AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.,

V.

CELL GENESYS, INC., AND
TRANSKARYOTIC THERAPIES, INC.

## SUMMONS IN A CIVIL ACTION

CASE NUMBER:

**04  11810 MLW**

TO: (Name and address of Defendant)
Transkaryotic therapies, Inc.
700 Main Street
Cambridge, MA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Fred A. Kelly, Jr.
Nixon Peabody, LLP
100 Summer Street
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE  8/19/2004

## RETURN OF SERVICE

| | | |
|---|---|---|
| Service of the Summons and Complaint was made by me (1) | DATE | August 31, 2004 |
| NAME OF SERVER: JOHN MILANO | TITLE | Process Server / A Disinterested Person |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____, MASSACHUSETTS

☐ Left copies thereof at the defendant's dwelling or usual place of abode with a person of suitable age and discretion then residing therein. Name of person whom the summons and complaint were left:
_____

Said service was made at: _____, MASSACHUSETTS

☒ Other: By handing true and attested copies thereof to  **Mr. Phil Chase, Assistant General Counsel and**
Duly Authorized Agent for the within-named  **Defendant, Transkaryotic Therapies, Inc.**

Said service was made at:
**700 Main Street, Cambridge**, MASSACHUSETTS

### STATEMENT OF SERVICE FEES

| SERVICE FEE | $ 24.00 | Trips | |
|---|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  **August 31, 2004**
Date

Signature of Server: *John Milano*

One Devonshire Place, Boston, Massachusetts
Address of Server

**ADDITIONAL INFORMATION**
PLEASE NOTE THAT IT WAS NECESSARY TO MAKE ____ ATTEMPTS BEFORE MAKING PROPER SERVICE.

| Date | Time | Remarks | FEE |
|---|---|---|---|
| | | | $ _____ |
| | | ALSO SERVED: FIRST AMENDED COMPLAINT | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | | $ _____ |
| | | TOTAL | $ _____ |

(1) As to who may serve a summons see Rule 4 to the Federal Rules of Civil Procedure.

---

Suvalle, Jodrey & Associates
Massachusetts Constables since 1925

One Devonshire Place
Boston, MA 02109

Telephone # (617) 720-5733
Fax # (617) 720-5737