UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> v. <br><br> CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 04-11810 (MLW) |

**NOTICE OF LIMITED APPEARANCE**

The undersigned enters his limited appearance on behalf of defendant Cell Genesys, Inc. ("CGI"), for the purpose of contesting this Court's personal jurisdiction over CGI.

          /s/ Michael D. Vhay
          Michael D. Vhay (BBO #566444)
          PIPER RUDNICK LLP
          One International Place, 21st Floor
          Boston, MA 02110-2600
          (617) 406-6000 (telephone)
          (617) 406-6100 (fax)

Dated: October 4, 2004