UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> v. <br><br> CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., <br><br> Defendants. | C.A. No. 04-11810 (MLW) |

**RULE 7.1(A) STATEMENT OF CELL GENESYS, INC.**

Pursuant to Rule 7.1(a), Fed.R.Civ.P., Cell Genesys, Inc. ("CGI") states that it is a publicly held corporation that has no parent corporation, and that no publicly held corporation owns 10% or more of CGI's stock.

CELL GENESYS, INC.,

By its attorney,

/s/ Michael D. Vhay
Michael D. Vhay (BBO #566444)
PIPER RUDNICK LLP
One International Place, 21st Floor
Boston, MA  02110-2600
(617) 406-6000 (telephone)
(617) 406-6100 (fax)

Dated: October 4, 2004

~BOST1:309707.v1