# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CELL GENESYS, INC.,        )
                                          )
        Plaintiff/Counterdefendant,    )
                                          )     C.A. NO. 04 CV 01407 JDB
        v.                             )
                                          )
APPLIED RESEARCH SYSTEMS ARS  )
HOLDING, N.V.,               )
                                          )
        Defendant/Counterclaimant.    )

## COUNTERCLAIM OF APPLIED RESEARCH SYSTEMS



## COUNTERCLAIM AND CROSS-ACTION

ARS, for its Counterclaim and Cross-action (*see* 37 C.F.R. § 1.304(a)(1)(i)) against Cell Genesys, states as follows:

1. This Action arises from the June 22, 2004 Decision on Preliminary Motions ("the Decision") (attached as Exhibit 1 to the Complaint filed by Cell Genesys in this Action) of the U.S. Patent and Trademark Office Board of Patent Appeals and Interferences ("the Board") in Interference No. 105,114 ("the '114 Interference").

2. The subject matter of the '114 Interference was defined by Count I, which was directed to "a method according to claim 2 or claim 3" of ARS's U.S. Patent No. 5,272,071 ("the '071 Patent"), which names as inventor Scott C. Chappel. Claims 2 and 3 of the '071 Patent recite:

> 2. A method of modifying the expression characteristics of a predetermined gene within the genome of a cell line, comprising inserting a DNA construct into said genome by homologous recombination, said DNA construct comprising a DNA regulatory segment capable of modifying the expression characteristics of said gene when operatively linked thereto, as compared to its existing DNA regulatory segment, and a DNA targeting segment homologous to a region of said genome within or proximal to said gene, wherein said construct is inserted such that said regulatory segment is operatively linked to said gene of interest.

> 3. A method of modifying the expression characteristics of a predetermined gene within the genome of a cell line, comprising inserting a DNA construct into said genome by homologous recombination, said DNA construct comprising an expressible, amplifiable gene capable of amplifying said gene when inserted in sufficiently close

- 2 -

proximity thereto, and a DNA targeting segment homologous to a region of said genome within or proximal to said gene, wherein said construct is inserted such that said amplifiable gene is in sufficiently close proximity to said gene of interest to cause amplification thereof when said amplifiable gene is amplified.

3. Plaintiff ARS is the assignee and real-party-in-interest of the '071 Patent that was at issue in the '114 Interference.

4. Cell Genesys purports to be the assignee and real-party-in-interest for U.S. Patent Application No. 08/102,390 ("the '390 Application") which was also at issue in the '114 Interference.

5. This Action arises under the patent laws of the United States, Title 35, United States Code.  This Court is vested with subject matter jurisdiction in this Action pursuant to 35 U.S.C. § 146 and 28 U.S.C. §§ 1331 and 1338(a).

6. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391 and Fed. R. Civ. P. 4(k)(2).

7. ARS is dissatisfied with the Decision and seeks reversal thereof insofar as the Board found that claims 1, 2, 5-7, 9-20, 22, 23, 25, 26, 32-39, 52-54, 56, and 57 of the '071 Patent are "unpatentable [sic: invalid]" over certain prior art, and insofar as the Board ruled against ARS on certain motions, claim construction issues and evidentiary issues.

8. Specifically, ARS seeks reversal of (i) the Board's decision that the term "cell line" in ARS's involved claims "does not exclude prokaryotes such as bacteria, single-celled eukaryotes such as yeasts and molds, or any other prokaryotic and eukaryotic

- 3 -

microorganisms" and "means nothing more than a cell culture derived from a single cell, preferably a permanent cell culture derived from a single cell." (*See* page 21 of Exhibit 1 to Cell Genesys's Complaint filed in this Action); (ii) the Board's dismissal of ARS's Preliminary Motion 7 and its finding that ARS is only entitled to benefit of the December 21, 1990 filing date for the claims of the '071 Patent (*see* page 125 of Exhibit 1); (iii) the Board's findings that Claims 1, 2, 5-7, 9-20, 22, 23, 25, 26, 32-39, 52-54, 56, and 57 of the '071 Patent are invalid over the "Japan" reference (Japanese Patent Publication 1-215280) (*see* page 79 of Exhibit 1) or invalid over the "Japan" reference in combination with other prior-art references (*see* pages 86-87 and 125 of Exhibit 1); (iv) the Board's decision that Claims 2, 17, 19, 20, 26, 28, 31 and 52-54 of the '071 Patent are invalid over the "Ribaud" reference (*see* page 54 of Exhibit 1); (v) the Board's decision that Claims 1, 2, 5, 9, 17, 18, 22, 25, 26, 28 and 32 of the '071 Patent are invalid over the "Nasmyth II" reference, alone or in combination with the "Nasmyth I" reference (*see* page 58 of Exhibit 1); (vi) the Board's decision that Claims 2, 17 and 26 of the '071 patent are invalid over the "Cid" reference (*see* page 68 of Exhibit 1); (vii) the Board's dismissal of ARS's Preliminary Motions 1 and 2 as regards Claims 105 and 107-112 of Cell Genesys's involved application, and denial of those motions as to Claim 106 of that application (*see* pages 136-140 of Exhibit 1); and (viii) the Board's dismissal of ARS's motions to suppress the Heartlein and Rowland Declarations (*see* pages 140-141 of Exhibit 1).

- 4 -

## PRAYER FOR RELIEF

9. ARS prays for a judgment ordering and decreeing, *inter alia*, that the claims of the

'071 Patent are not invalid, that the claims of the '390 Application are unpatentable,

and that ARS be awarded such other relief in law and equity, including costs and

attorneys' fees, as the Court may deem just under the circumstances.

Respectfully submitted,

Date: September 1, 2004

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
Charles L. Gholz
D.C. Bar No. 58396
1940 Duke Street
Alexandria, Virginia 22314
Tel: (703) 412-6485
Fax: (703) 413-2220

MARSHALL, GERSTEIN & BORUN LLP
Michael F. Borun
Kevin M. Flowers, Ph.D.
6300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

I:\INTERFERENCE\CASES\ARS LITIGATIONS\257790US DCDC\COUNTERCLAIM (IN DC).DOC

- 5 -

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CELL GENESYS, INC.,                    )
                                       )
    Plaintiff/Counterdefendant,    )
                                       )          C.A. NO. 04 CV 01407 JDB
    v.                             )
                                       )
APPLIED RESEARCH SYSTEMS ARS           )
HOLDING, N.V.,                         )
                                       )
    Defendant/Counterclaimant.     )

### CERTIFICATE OF SERVICE

I hereby certify that on September 1, 2004, a true and correct copy of the foregoing Counterclaim of Applied Research Systems was caused to be served via hand delivery upon:

    Steven B. Kelber
    Piper Rudnick, LLP
    1200 19th Street, N.W.
    Washington, D.C. 20036

_Frank J. West_
Frank J. West, Esq.

I:\INTERFERENCE\CASES\ARS LITIGATIONS\257790US DCDC\CERT OF SERVICE (1SEPT04).DOC