Atty's. Docket=3A

# ASSIGNMENT

(1–5) Insert Name(s) of Inventor(s).

(1) Scott C. CHAPPEL
(2) _____
(3) _____
(4) _____
(5) _____

In consideration of the sum of one dollar ($1.00) and other good and valuable considerations paid to each of the undersigned, the undersigned agree(s) to assign, and hereby does assign, transfer and set over to

(6) Insert name of Assignee

(6) Applied Research Systems, ARS Holding N.V.
6, John B. Gorsiraweg, P.O. Box 3889
(7) Curacao, Netherland Antilles

(7) Insert address of Assignee

(hereinafter designated as the Assignee) the entire right, title and interest for the United States, its territories, dependencies and possessions, in the invention, and all applications for patent and any Letters Patent which may be granted therefor, known as

(8) Insert Identification of Invention, such as Title, Case Number or Foreign Application Number

(8) ENDOGENOUS GENE EXPRESSION MODIFICATION WITH REGULATORY ELEMENT

[Foreign Application or Case No. _____]

for which the undersigned has (have) executed an application for patent in the United States of America

(9) Insert Date of Signing of Application

(9) on even date herewith

(10) Alternative identification for filed application

(10) U.S. application Serial Number 07/893,447
filed May 28, 1992

1) The undersigned agree(s) to execute all papers necessary in connection with the application and any continuing or divisional or reissue applications thereof and also to execute separate assignments in connection with such applications as the Assignee may deem necessary or expedient or essential to its full protection and title in and to the invention hereby transferred.

2) The undersigned agree(s) to execute all papers necessary in connection with any interference which may be declared concerning this application or continuation or division or re-issue thereof and to cooperate with the Assignee in every way possible in obtaining evidence and going forward with such interference.

3) The undersigned agree(s) to perform all affirmative acts which may be necessary to obtain a grant of a valid United States patent to the Assignee.

4) The undersigned agree(s) to communicate to the Assignee or representatives thereof any facts known to me (us) respecting the invention and improvements thereof, and will, upon request, but without expense to me (us), testify in any legal proceedings regarding the invention.

5) The undersigned hereby authorize(s) and request(s) the Commissioner of Patents to issue any and all Letters Patents of the United States resulting from said application or any division or divisions or continuing applications thereof to the said Assignee, as Assignee of the entire interest, and hereby covenants that he has (they have) full right to convey the entire interest herein assigned, and that he has (they have) not executed and will not execute, any agreement in conflict herewith.

6) The undersigned hereby grant(s) the firm of Browdy and Neimark the power to insert on this assignment any further identification which may be necessary or desirable in order to comply with the rules of the United States Patent Office for recordation of this document.

7) This Assignment shall be binding upon my (our) heirs, executors, administrators, and/or assigns, and shall inure to the benefit of the heirs, executors, administrators, successors and/or assigns of the Assignee.

In witness whereof, executed by the undersigned on the date(s) opposite the undersigned name(s).

(1) Date 22 My 92    Name of Inventor [signature]
(2) Date _____    Name of Inventor _____
(3) Date _____    Name of Inventor _____
(4) Date _____    Name of Inventor _____
(5) Date _____    Name of Inventor _____

Date _____    Witness _____
Date _____    Witness _____

RECORDED
PATENT AND TRADEMARK OFFICE
JUN 10 1993

