UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH HOLDING SYSTEMS ARS HOLDING, N.V.,<br><br>Plaintiff,<br><br>CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC.,<br><br>Defendants | C.A. No. 04 11810 MLW<br><br>ORAL ARGUMENT REQUESTED |

## DEFENDANT TRANSKARYOTIC THERAPIES, INC.'S MOTION TO DISMISS

Defendant Transkaryotic Therapies, Inc. ("TKT") moves to be dismissed from the action pursuant to Fed. R. Civ. P. 21. Plaintiff has improperly joined TKT in this action, wherein Plaintiff has alleged no nexus in fact, transaction, or occurrence between TKT and the other defendant, Cell Genesys, Inc. The grounds for this motion are more fully described in the memorandum of law filed herewith.

## REQUEST FOR ORAL ARGUMENT

Oral argument may assist the Court and TKT wishes to be heard.

TRANSKARYOTIC THERAPIES, INC.,

By their attorneys,

/s/   Alison R. Aubry
David B. Bassett (BBO # 551148)
Shann Kerner (BBO # 564537)
Donna M. Meuth (BBO # 645598)
Stephen M. Muller (BBO # 646699)
Alison R. Aubry (BBO # 657298)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: October 4, 2004

BOSTON 2290953v1

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I hereby certify that counsel for TKT has conferred in good faith with counsel for

Plaintiff in an attempt to resolve the issues discussed in the motion. Specifically, on September

30, 2004, I spoke to Plaintiff's counsel by telephone. To date, that effort has been unsuccessful.

/s/   Stephen M. Muller
Stephen M. Muller

## CERTIFICATE OF SERVICE

I, Alison R. Aubry, hereby certify that a true copy of the above document has been

delivered by hand upon Fred A. Kelly, Esq., Nixon Peabody LLP, 100 Summer St., Boston,

Massachusetts, 02110, and by first class mail upon each of the following:

Michael F. Borun, Esq.
Marshall, Gerstein, & Borun LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6357

Charles L. Gholz, Esq.
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, Virginia 22314

Steven B. Kelber Esq.
Piper Rudnick LLP
1200 Nineteenth Street, NW
Washington, DC 20036-2430

/s/ Alison R. Aubry
Dated:  October 4, 2004            Alison R. Aubry