UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| APPLIED RESEARCH HOLDING SYSTEMS ARS HOLDING, N.V., | ) ) ) | |
| Plaintiff, | ) ) ) | C.A. No. 04 11810 MLW |
| CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC., | ) ) ) | |
| Defendants | ) ) | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of David B. Bassett, Shann Kerner, Donna M. Meuth, Stephen M. Muller, and Alison R. Aubry of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109, (617) 526-6000, as counsel for defendant Transkaryotic Therapies, Inc. ("TKT") in the above-captioned matter.

TRANSKARYOTIC THERAPIES, INC.,

By their attorneys,

/s/  Alison Aubry
David B. Bassett (BBO # 551148)
Shann Kerner (BBO # 564537)
Donna M. Meuth (BBO # 645598)
Stephen M. Muller (BBO # 646699)
Alison R. Aubry (BBO # 657298)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

## CERTIFICATE OF SERVICE

I, Alison R. Aubry, hereby certify that a true copy of the above document has

been delivered by hand upon Fred A. Kelly, Esq., Nixon Peabody LLP, 100 Summer St.,

Boston, Massachusetts, 02110, and by first class mail upon each of the following:

Michael F. Borun, Esq.
Marshall, Gerstein, & Borun LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6357

Charles L. Gholz, Esq.
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, Virginia 22314

Steven B. Kelber Esq.
Piper Rudnick LLP
1200 Nineteenth Street, NW
Washington, DC 20036-2430

/s/   Alison Aubry_____

Dated:  October 4, 2004

BOSTON 2301517v1