UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH HOLDING SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC., <br><br> Defendants | C.A. No. 04 11810 MLW |

## CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT TRANSKARYOTIC THERAPIES, INC.

Pursuant to Local Rule 7.3, Defendant Transkaryotic Therapies, Inc. ("TKT") makes the following Corporate Disclosure Statement:

1. TKT has no parent corporation; and

2. No publicly held company holds more than 10 percent or more of the stock of TKT.

TRANSKARYOTIC THERAPIES, INC.,

By their attorneys,

/s/   Alison R. Aubry
David B. Bassett (BBO # 551148)
Shann Kerner (BBO # 564537)
Donna M. Meuth (BBO # 645598)
Stephen M. Muller (BBO # 646699)
Alison R. Aubry (BBO # 657298)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: October 4, 2004

BOSTON 2301552v1

## CERTIFICATE OF SERVICE

I, Alison R. Aubry, hereby certify that a true copy of the above document has been delivered by hand upon Fred A. Kelly, Esq., Nixon Peabody LLP, 100 Summer St., Boston, Massachusetts, 02110, and by first class mail upon each of the following:

Michael F. Borun, Esq.
Marshall, Gerstein, & Borun LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6357

Charles L. Gholz, Esq.
Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, Virginia 22314

Steven B. Kelber Esq.
Piper Rudnick LLP
1200 Nineteenth Street, NW
Washington, DC 20036-2430

/s/ Alison R. Aubry

Dated October 4, 2004