UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                            )
APPLIED RESEARCH SYSTEMS ARS                )
HOLDING, N.V.,                              )
                                            )
      Plaintiff,                            )
                                            )
      v.                                    )    C.A. No. 04-11810 (MLW)
                                            )
CELL GENESYS, INC. and                      )
TRANSKARYOTIC THERAPIES, INC.,              )
                                            )
      Defendants.                           )
_____)


JOINT MOTION TO EXTEND DEADLINES
FOR OPPOSITIONS TO PENDING MOTIONS

      Plaintiff Applied Research Systems ARS Holding, N.V. ("ARS"), and defendants Cell Genesys, Inc. ("CGI") and Transkaryotic Therapies, Inc. ("TKT") jointly move for an order:

(a) Extending the deadline for CGI and TKT to file their respective oppositions to ARS's Motion for Leave to Take Jurisdictional Discovery and For An Extension of Time to Respond to Defendants' Motions to Dismiss (the "Motion for Jurisdictional Discovery") to seven (7) days after the U.S. District Court for the District of Columbia rules on ARS's fully briefed motion to transfer the <u>Cell Genesys, Inc. v. Applied Research Systems ARS Holding, N.V.</u>, C.A. No. 04 CV 01407 JDB, action (the "DC Action") to this Court; and

(b) Extending the deadline for ARS to file its oppositions to (i) CGI's Motion To Dismiss For Lack of Personal Jurisdiction or, in the Alternative, For Severance and Transfer of Count I of Plaintiff's First Amended Complaint and (ii) TKT's Motion to Dismiss to seven (7) days after <u>either</u> the completion of any discovery allowed by this Court pursuant to the Motion for Jurisdictional Discovery <u>or</u> the denial of that motion.

      In support of this motion, the parties state as follows:

~BOST1:311473.v1

1.  One day before ARS filed its original Complaint here, CGI commenced the DC Action against ARS. CGI's complaint in the DC Action seeks review of the same PTO Decision of which ARS seeks review here.

3.  On September 17, 2004, ARS filed a motion to transfer the DC Action to this Court. On October 4, 2004, CGI filed an opposition to the Motion to Transfer. On October 12, 2004, ARS filed its reply in support of the Motion to Transfer. The Motion to Transfer is thus fully briefed and is awaiting decision.

4.  On October 4, 2004, CGI and TKT separately moved to dismiss ARS's First Amended Complaint in this action.

5.  On October 14, 2004, ARS filed its Motion for Jurisdictional Discovery in this action, seeking leave to take discovery regarding CGI's contacts with Massachusetts and its relationship with TKT. As indicated in that motion, CGI and TKT agreed that if this Court were to deny the motion, ARS's opposition to CGI's and TKT's respective motions to dismiss would not be due until seven (7) days after such denial.

6.  The parties believe that Judge Bates's decision whether the DC Action should be transferred to this Court may affect how they proceed on their pending motions in this Court. Consequently, the parties believe it is in their best interests and that it may best promote judicial economy to suspend further briefing on the Motion for Jurisdictional Discovery and the Motions to Dismiss until after Judge Bates has issued his ruling on the Motion to Transfer. No hearings have been scheduled here, and no party will be prejudiced by the requested extensions.

FOR THESE REASONS, the parties ask this Court to:

(A)  Extend the deadline for CGI and TKT to file their respective oppositions to ARS's Motion for Leave to Take Jurisdictional Discovery and For An Extension of Time to Respond to Defendants' Motions to Dismiss to seven (7) days after the U.S. District Court for the District of Columbia rules on ARS's Motion to

      Transfer in <u>Cell Genesys, Inc. v. Applied Research Systems ARS Holding, N.V.</u>, C.A. No. 04 CV 01407 JDB; and

(B)   Extend the deadline for ARS to file its oppositions to (i) CGI's Motion To Dismiss For Lack of Personal Jurisdiction or, in the Alternative, For Severance and Transfer of Count I of Plaintiff's First Amended Complaint and (ii) TKT's Motion to Dismiss to seven (7) days after <u>either</u> the completion of any discovery allowed by this Court pursuant to the Motion for Jurisdictional Discovery <u>or</u> the denial of that motion.

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | CELL GENESYS, INC., |
| By its attorney, | By its attorney, |
|     /s/ Fred K. Kelly, Jr._____ <br> Fred A. Kelly, Jr. (BBO #544046) <br> NIXON PEABODY LLP <br> 100 Summer Street <br> Boston, MA  02110 <br> (617) 345-1000 (telephone) <br> (617) 345-1300 (fax) |     /s/ Michael D. Vhay_____ <br> Michael D. Vhay (BBO #566444) <br> PIPER RUDNICK LLP <br> One International Place, 21st Floor <br> Boston, MA  02110-2600 <br> (617) 406-6000 (telephone) <br> (617) 406-6100 (fax) |
| | TRANSKARYOTIC THERAPIES, INC., |
| | By its attorneys, |
| |     /s/ David B. Bassett_____ <br> David B. Bassett (BBO # 551148) <br> Shann Kerner (BBO # 564537) <br> Donna M. Meuth (BBO # 645598) <br> Stephen M. Muller (BBO # 646699) <br> Alison R. Aubry (BBO # 657298) <br> WILMER CUTLER PICKERING HALE AND DORR LLP <br> 60 State Street <br> Boston, MA  02109 <br> (617) 526-6000 (telephone) <br> (617) 526-5000 (fax) |

Dated: October 28, 2004