IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 OCT 27 P 3: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | | |
|---|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) | |
| | ) | |
| Plaintiff, | ) | C.A. NO. 04 11810 MLW |
| v. | ) | |
| | ) | |
| CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC., | ) ) | |
| | ) | |
| Defendants. | ) | |

FILING FEE PAID: *5/4/15*
RECEIPT #
AMOUNT $ *300.00*
BY DPTY CLK
DATE *10/27/04*

## MOTION FOR ADMISSION *PRO HAC VICE* OF MICHAEL F. BORUN, KEVIN M. FLOWERS, BRADFORD P. LYERLA, WILLIAM K. MERKEL, SANDIP H. PATEL, AND MATTHEW C. NIELSEN

Pursuant to Local Rule 83.5.3, the plaintiff, Applied Research Systems ARS Holding, N.V. ("ARS"), by and through undersigned counsel, Fred A. Kelly, Jr., hereby moves for the *pro hac vice* admission of Michael F. Borun, Kevin M. Flowers, Bradford P. Lyerla, William K. Merkel, Sandip H. Patel, and Matthew C. Nielsen, of the firm of Marshall, Gerstein & Borun for the purpose of representing ARS in this matter until its conclusion.

As grounds for its Motion, ARS relies upon the Affidavits of Michael F. Borun, Kevin M. Flowers, Bradford P. Lyerla, William K. Merkel, Sandip H. Patel, and Matthew C. Nielsen (filed herewith), and further states that:

1.    This is a patent case involving an appeal of a decision of the Board of Patent Appeals and Interferences in the United States Patent & Trademark Office under 35 U.S.C. § 146, as well as a claim of patent infringement, each of which typically involves complicated issues.

BOS1429040.1

2.  The attorneys from Marshall, Gerstein & Borun are particularly familiar with the patent law issues and the scientific issues that will be involved in this action (for example, having represented Amgen in the very complex biotechnology-related patent case of *Amgen Inc. v. Hoechst Marion-Roussel and Transkaryotic Therapies, Inc.*, Civil Action No. 97-10814, before Chief Judge Young, which involves much of the same technology and many of the same legal issues that will be at issue herein).

3.  ARS believes that both it and the Court will benefit from the Marshall, Gerstein & Borun attorneys' experience and expertise with the matters at issue in this case.

**WHEREFORE**, ARS respectfully requests that this Honorable Court:

A.  Allow Michael F. Borun to appear *pro hac vice* before this Court until the conclusion of this case;

B.  Allow Kevin M. Flowers to appear *pro hac vice* before this Court until the conclusion of this case;

C.  Allow Bradford P. Lyerla to appear *pro hac vice* before this Court until the conclusion of this case;

D.  Allow William K. Merkel to appear *pro hac vice* before this Court until the conclusion of this case;

E.  Allow Sandip H. Patel to appear *pro hac vice* before this Court until the conclusion of this case;

F.  Allow Matthew C. Nielsen to appear *pro hac vice* before this Court until the conclusion of this case; and

- 2 -

G.    Grant such additional or alternative relief as is deemed appropriate.

APPLIED RESEARCH SYSTEMS ARS
HOLDING, N.V.

By its attorneys,

Fred A. Kelly, Jr.
BBO #544046
**Nixon Peabody, LLP**
100 Summer Street
Boston, MA 02110
Ph:  (617) 345-1319
Fax: (866) 947-1649

- 3 -

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

APPLIED RESEARCH SYSTEMS ARS   )
HOLDING, N.V.,   )
   )
       Plaintiff,   )   C.A. NO. 04 11810 MLW
   )
    v.   )
   )
CELL GENESYS, INC. AND   )
TRANSKARYOTIC THERAPIES, INC., )
   )
       Defendants.   )

## CERTIFICATE OF SERVICE

I, Fred A. Kelly, Jr., hereby certify that I have served the within Motion and supporting

Affidavits upon Defendants via First Class Mail to the following individuals, on this **26** day of

October, 2004.

Michael D. Vhay, Esq.
Piper Rudnick, LLP
One International Place, 21st Floor
Boston, MA  02110-2600

Steven B. Kelber, Esq.
Piper Rudnick, LLP
1200 19th Street, N.W.
Washington, D.C.  20036

Counsel for Defendant
Cell Genesys, Inc.

David B. Bassett, Esq.
Wilmer Cutler Pickering Hale and Dorr, LLP
60 State Street
Boston, MA  02109

Counsel for Defendant
Transkaryotic Therapies, Inc.

Fred A. Kelly, Jr.
BBO #544046
Nixon Peabody, LLP
100 Summer Street
Boston, MA 02110
Ph: (617) 345-1319
Fax: (866) 947-1649

- 4 -