IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> v. <br><br> CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) C.A. NO. 04 11810 MLW |

FILED
CLERK'S OFFICE

2004 OCT 27  P 3: 53

U.S. DISTRICT COURT
DISTRICT OF MASS.

## DECLARATION OF MICHAEL F. BORUN IN SUPPORT OF THE MOTION TO APPEAR *PRO HAC VICE*

I, Michael F. Borun, have personal knowledge of the facts set forth herein, and declare as follows:

1. My business address is: Marshall, Gerstein & Borun, 6300 Sears Tower, 233 S. Wacker Dr., Chicago, Illinois 60606; Telephone: (312) 474-6300; Facsimile: (312) 474-0448.

2. I have been admitted to practice in the following courts:

| COURT | DATE OF ADMISSION |
|---|---|
| Supreme Court of Illinois | 11-16-1970 |
| U.S. District Court, Northern District of Illinois | 02-05-1971 |
| U.S. Supreme Court | 05-13-1974 |
| U.S. Court of Customs and Patent Appeals | 06-15-1978 |
| U.S. Court of Appeals for the Federal Circuit | 1982 |

3. With respect to the bars of all the courts/agencies listed in section 2, I have been and remain a member in good standing.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6. I have filed, along with this application, a check for $50.00 representing the filing fee required for motion for leave to appear and practice *pro hac vice* in this Court, and a certificate of good standing from the United States District Court for the Northern District of Illinois.

For these reasons, I, Michael F. Borun, respectfully request the Court to grant this motion to appear *pro hac vice* and allow me to appear before this Court until the conclusion of this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 15, 2004 at Chicago, Illinois.

_____
Michael F. Borun

# CERTIFICATE OF GOOD STANDING

*United States of America*

} ss.      Michael F Borun

*Northern District of Illinois*

   I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

   DO HEREBY CERTIFY That      **Michael F Borun**
was duly admitted to practice in said Court on  February 5, 1971
and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on October 15, 2004

Michael W. Dobbins, Clerk,

By:   Marlan Cowan
      Deputy Clerk