IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., )<br><br>Plaintiff, )<br>v. )<br><br>CELL GENESYS, INC. AND )<br>TRANSKARYOTIC THERAPIES, INC., )<br><br>Defendants. ) | 2004 OCT 27 P 3: 53<br><br>U.S. DISTRICT COURT<br>DISTRICT OF MASS.<br><br>C.A. NO. 04-11810 MLW |

**DECLARATION OF MATTHEW C. NIELSEN IN SUPPORT OF THE MOTION
TO APPEAR *PRO HAC VICE***

I, Matthew C. Nielsen, have personal knowledge of the facts set forth herein, and declare as follows:

1. My business address is: Marshall, Gerstein & Borun, 6300 Sears Tower, 233 S. Wacker Dr., Chicago, Illinois 60606; Telephone: (312) 474-6300; Facsimile: (312) 474-0448.

2. I have been admitted to practice in the following courts:

| COURT | DATE OF ADMISSION |
|---|---|
| Supreme Court of Illinois | 11-04-1999 |
| U.S. District Court, Northern District of Illinois | 12-16-1999 |
| U.S. District Court, Central District of Illinois | 12-12-2001 |

3. With respect to the bars of all the courts/agencies listed in section 2, I have been and remain a member in good standing.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

2

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.  I have filed, along with this application, a check for $50.00 representing the filing fee required for motion for leave to appear and practice *pro hac vice* in this Court, and a certificate of good standing from the United States District Court for the Northern District of Illinois.

For these reasons, I, Matthew C. Nielsen, respectfully request the Court to grant this motion to appear *pro hac vice* and allow me to appear before this Court until the conclusion of this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 15, 2004 at Chicago, Illinois.

*[signature]*
Matthew C. Nielsen

2

780041v1

# CERTIFICATE OF GOOD STANDING

*United States of America*

} ss.    Matthew Calvin Nielsen

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That    **Matthew Calvin Nielsen**

was duly admitted to practice in said Court on December 16, 1999 and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on October 15, 2004

Michael W. Dobbins, Clerk,

By:    Marlan Cowan
       Deputy Clerk