SCANNED
DATE 11-19-04
BY: _____ CMG

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) ) |
| Plaintiff, | ) C.A. NO. 04 11810 MLW |
| v. | ) ) |
| CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC., | ) ) ) |
| Defendants. | ) |

## DECLARATION OF BRADFORD P. LYERLA IN SUPPORT OF THE MOTION TO APPEAR *PRO HAC VICE*

I, Bradford P. Lyerla, have personal knowledge of the facts set forth herein, and declare as follows:

1. My business address is: Marshall, Gerstein & Borun, 6300 Sears Tower, 233 S. Wacker Dr., Chicago, Illinois 60606; Telephone: (312) 474-6300; Facsimile: (312) 474-0448.

2. I have been admitted to practice in the following courts:

| COURT | DATE OF ADMISSION |
|---|---|
| Supreme Court of Illinois | 10-29-1980 |
| U.S. District Court, Northern District of Illinois | 12-08-1980 |
| U.S. Supreme Court | 06-12-1995 |
| U.S. Court of Appeals for the Seventh Circuit | 08-02-1999 |
| U.S. Court of Appeals for the Second Circuit | 07-25-2002 |
| U.S. Court of Appeals for the Federal Circuit | 05-31-1991 |
| U.S. District Court, District of Nebraska | 10-20-1980 |

| | |
|---|---|
| U.S. District Court, Northern District of California | 09-26-1991 |
| U.S. District Court, Eastern District of Wisconsin | 10-05-2000 |
| U.S. District Court, Central District of Illinois | 07-26-1991 |
| U.S. District Court, District of Colorado | 02-10-2004 |

3.  With respect to the bars of all the courts/agencies listed in section 2, I have been and remain a member in good standing.

4.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

6.  I have filed, along with this application, a check for $50.00 representing the filing fee required for motion for leave to appear and practice *pro hac vice* in this Court, and a certificate of good standing from the United States District Court for the Northern District of Illinois.

For these reasons, I, Bradford P. Lyerla, respectfully request the Court to grant this motion to appear *pro hac vice* and allow me to appear before this Court until the conclusion of this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 15, 2004 at Chicago, Illinois.

_____
Bradford P. Lyerla

2

780032v1

I, Michael W. Dobbins, Clerk of the United States District Court for

# CERTIFICATE OF GOOD STANDING

*United States of America*                    } ss.        Bradford P. Lyerla

*Northern District of Illinois*

I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That         **Bradford P. Lyerla**

was duly admitted to practice in said Court on December 8, 1980 and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on October 15, 2004

Michael W. Dobbins, Clerk,

*Marla Cowan* (signature)

By:   Marlan Cowan
      Deputy Clerk