UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                        )
APPLIED RESEARCH HOLDING                )
SYSTEMS ARS HOLDING, N.V.,              )
                                        )   C.A. No. 04 11810 MLW
                  Plaintiff,            )
                                        )
CELL GENESYS, INC. AND                  )
TRANSKARYOTIC THERAPIES, INC.,          )
                                        )
                  Defendants.           )
_____     )

**AFFIDAVIT OF ALISON AUBRY, ESQ. IN SUPPORT OF
DEFENDANT TRANSKARYOTIC THERAPIES, INC.'S
MEMORANDUM OF REASONS IN OPPOSITION
TO PLAINTIFF'S MOTION FOR LEAVE TO TAKE DISCOVERY**

COMMONWEALTH OF MASSACHUSETTS

COUNTY OF SUFFOLK

I, Alison Aubry, Esq., hereby depose and state the following:

1. I am an attorney with the firm of Wilmer Cutler Pickering Hale and Dorr LLP, counsel to Defendant Transkaryotic Therapies, Inc. in the above-captioned action. I am a member in good standing of the Bar of the Commonwealth of Massachusetts, and I submit this Affidavit in connection with Defendant Transkaryotic Therapies, Inc.'s Memorandum Of Reasons In Opposition to Plaintiff's Motion for Leave to Take Discovery filed herewith.

2. Attached hereto as Exhibit A is a true and correct copy of Judge Bates' Memorandum Opinion and Order in Civil Action No. 04-1407 (JDB) dated January 18, 2005.

US1DOCS 4939461v1

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2004.

                                                                  /s/  Alison R. Aubry  
                                                                  Alison Aubry, Esq.

US1DOCS 4939461v1