UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                                      )
APPLIED RESEARCH SYSTEMS ARS     )
HOLDING, N.V.,                                    )
                                                      )
    Plaintiff,                                     )
                                                      )
    v.                                                 )   C.A. No. 04-11810 (MLW)
                                                      )
CELL GENESYS, INC. and                     )
TRANSKARYOTIC THERAPIES, INC., )
                                                      )
    Defendants.                                 )
_____)

NOTICE OF FIRM NAME CHANGE

    Pursuant to Local Rule 83.5.2(e), please enter the following change of firm name on the docket of this action. Effective January 1, 2005, the firm name of counsel for defendant Cell Genesys, Inc. is:

Michael D. Vhay, Esq. (BBO #566444)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (telephone)
(617) 406-6100 (fax)

~BOST1:317773.v1
306229-21

CELL GENESYS, INC.

By its attorney,


     /s/ Michael D. Vhay
Michael D. Vhay, Esq. (BBO #566444)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (telephone)
(617) 406-6100 (fax)


Dated:  February 21, 2005

~BOST1:317773.v1
306229-21