UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH HOLDING <br> SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> CELL GENESYS, INC. AND <br> TRANSKARYOTIC THERAPIES, INC., <br><br> Defendants. | C.A. No. 04 11810 MLW |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule D. Mass. 83.5.2(c), the below-named counsel hereby withdraws her appearance as counsel for defendant Transkaryotic Therapies, Inc. ("TKT") in the above-captioned matter.

Respectfully submitted,

/s/   Alison Aubry
Alison Aubry (Bar No. 11637)

## CERTIFICATE OF SERVICE

I, Alison R. Aubry, hereby certify that on March 17, 2005, I served a copy of the above Notice of Withdrawal on counsel not otherwise severed electronically.

/s/   Alison Aubry

US1DOCS 5017962v1