UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| APPLIED RESEARCH HOLDING SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC., <br><br> Defendants | C.A. No. 04 11810 MLW |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Gregory F. Noonan of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109, (617) 526-6000, as counsel for defendant Transkaryotic Therapies, Inc. ("TKT") in the above-captioned matter.

TRANSKARYOTIC THERAPIES, INC.,

By their attorneys,

/s/  Gregory F. Noonan
Gregory F. Noonan (BBO # 11487)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

US1DOCS 5020477v1

## CERTIFICATE OF SERVICE

I, Gregory F. Noonan, hereby certify that a true copy of the above document has been mailed to counsel not otherwise served electronically.

/s/   Gregory F. Noonan

Dated:  March 17, 2005

-2-