UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
                                    )
APPLIED RESEARCH HOLDING            )
SYSTEMS ARS HOLDING, N.V.,          )
                                    )   C.A. No. 04-11810 MLW
                  Plaintiff,        )
                                    )
CELL GENESYS, INC. AND              )
TRANSKARYOTIC THERAPIES, INC.,      )
                                    )
                  Defendants.       )
_____)

### DEFENDANT TRANSKARYOTIC THERAPIES, INC.'S UNOPPOSED MOTION FOR LEAVE TO FILE A REPLY MEMORANDUM IN SUPPORT OF ITS MOTION TO DISMISS

Pursuant to Local Rule 7.1(B)(3), Defendant Transkaryotic Therapies, Inc. ("TKT") hereby moves for leave of Court to file the attached reply brief in support of its Motion to Dismiss the Plaintiff's Amended Complaint for Misjoinder ("TKT's Motion to Dismiss"). A reply brief is necessary to clarify statements of fact and law contained in Plaintiff Applied Research Holding Systems ARS Holding NV's ("ARS") Opposition to TKT's Motion to Dismiss ("Opposition").

The proposed Reply brief is attached hereto as Exhibit A.

Counsel for TKT have consulted with counsel for ARS concerning this Motion. ARS does not object to TKT filing a Reply, but has asked TKT to note to the Court that ARS filed its Opposition on March 2, 2005 (i.e., slightly more than three weeks ago).

US1DOCS 5024750v1

Respectfully submitted,

        TRANSKARYOTIC THERAPIES, INC.,

        By its attorneys,

        /s/  David B. Bassett_____
        David B. Bassett (BBO # 551148)
        Shann Kerner (BBO # 564537)
        Donna M. Meuth (BBO # 645598)
        Stephen M. Muller (BBO # 646699)
        Gregory F. Noonan (BBO # 651035)
        Wilmer Cutler Pickering Hale and Dorr LLP
        60 State Street
        Boston, Massachusetts 02109
        (617) 526-6000

Dated: March 25, 2005

## **RULE 7.1(A)(2) CERTIFICATION**

Stephen M. Muller, Esq., counsel for TKT, conferred with ARS's counsel on March 25, 2005 and attempted in good faith to resolve or narrow the issue that is the subject of this motion. ARS does not object to TKT filing a Reply, but has asked TKT to note to the Court that ARS filed its Opposition on March 2, 2005 (i.e., slightly more than three weeks ago).

   /s/ Stephen M. Muller
Stephen M. Muller (BBO # 646699)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated:  March 25, 2005

## **CERTIFICATE OF SERVICE**

     I, Gregory F. Noonan, hereby certify that a true copy of the above document has been delivered by hand or first-class mail to counsel of record not otherwise served electronically.

                                          /s/   Gregory F. Noonan_____

Dated:  March 25, 2005