UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| APPLIED RESEARCH HOLDING SYSTEMS ARS HOLDING, N.V., | ) ) ) ) | C.A. No. 04 11810 MLW |
| Plaintiff, | ) ) |  |
| CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC., | ) ) ) |  |
| Defendants | ) ) |  |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Stephen M. Muller of the law firm of Wilmer Cutler Pickering Hale and Dorr LLP, 60 State Street, Boston, Massachusetts 02109, (617) 526-6000, as counsel for defendant Transkaryotic Therapies, Inc. ("TKT") in the above-captioned matter.

TRANSKARYOTIC THERAPIES, INC.,

By its attorney,

/s/   Stephen M. Muller
Stephen M. Muller (BBO # 646699)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

## CERTIFICATE OF SERVICE

    I, Stephen M. Muller, hereby certify that a true copy of the above document has been mailed to counsel not otherwise served electronically.

                                           /s/   Stephen M. Muller

Dated: July 26, 2005

US1DOCS 5215504v1