UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                                    )
APPLIED RESEARCH SYSTEMS                            )
ARS HOLDING, N.V.,                                  )
                                                    )
          Plaintiff,                                )
                                                    )
v.                                                  )        Civil Action No. 04-11910-MLW
                                                    )
CELL GENESYS, INC. and                             )
TRANSKARYOTIC THERAPIES, INC.,                     )
                                                    )
          Defendants.                               )
_____)

**LOCAL RULE 85.5.3 MOTION FOR
ENTRY OF APPEARANCE PRO HAC VICE
(ASSENTED-TO)**

          Defendant Cell Genesys, Inc. ("CGI") moves for admission *pro hac vice* of Steven B.

Kelber, of Washington, D.C., as counsel to CGI in this action.  The undersigned counsel will

serve as CGI's local counsel in Boston.

          Plaintiff Applied Research Systems ARS Holding, N.V. ("ARS"), and defendant

Transkaryotic Therapies, Inc. assent to this motion.

          In support of this motion, CGI states that Mr. Kelber currently represents CGI in an

appeal, now pending in the U.S. District Court for the District of Columbia, from a decision in an

interference proceeding before the U.S. Patent and Trademark Office.  The issues in the D.C.

action are identical to the ones raised by ARS in Count I of its Amended Complaint in this

action.  In further support of this motion, attached hereto as Exhibit A is a certificate by

Mr. Kelber establishing his qualifications to practice in this Court.

1

FOR THESE REASONS, Cell Genesys, Inc. moves this Court grant Steven B. Kelber leave to appear *pro hac vice*.

CELL GENESYS, INC.,

By its attorney,

_____/s/ Michael D. Vhay_____
Michael D. Vhay (BBO #566444))
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA 02110
(617) 406-6000 (telephone)
(617) 406-6100 (facsimile)

Dated:  August 24, 2005

~BOST1:388931.v1