UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS<br>ARS HOLDING, N.V.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CELL GENESYS, INC. and<br>TRANSKARYOTIC THERAPIES, INC.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 04-11910-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

## *PRO HAC VICE* CERTIFICATE OF STEVEN B. KELBER

Pursuant to Local Rule 83.5.3 of the United States District Court for the District of Massachusetts, I hereby certify:

1.  I am a member of the law firm of Merchant & Gould. I practice in the firm's office at 901 Fifteenth Street, N.W., Suite 850, Washington, D.C. 20005.

2.  I am an active member in good standing with Bar of the District of Columbia, and have been since 1981. I am registered to practice before the United States Patent and Trademark Office in patent cases, and have been since 1980.

3.  I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice.

4.  There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

5.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the penalties of perjury this 24th day of August, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s/ Steven B. Kelber
　　　　　　　　　　　　　　　　　　　　　　　　　　　Steven B. Kelber

~BOST1:388925.v1