**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> v. <br><br> CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., <br><br> Defendants. | ) ) ) ) ) Civil Action No. 04-11810-MLW ) ) ) ) ) ) ) ) |

**[PROPOSED] SCHEDULING ORDER**

Pursuant to stipulation, the Court sets the following dates for activities in this litigation:

**I.     Pre-trial Schedule**

| Event | Schedule for Count I | Schedule for Count II |
|---|---|---|
| **Jurisdictional discovery** <br>(if Court grants ARS's motion for leave to take vis-à-vis CGI) | | |
| Completion of jurisdictional discovery | Oct. 28, 2005 | None for Count II |
| **Fact Discovery** | | |
| Exchange of initial disclosures under Fed. R. Civ. P. 26(a)(1) | Completed. | Sept. 1, 2005 |
| Motions to amend pleadings and join additional parties | Completed | Dec. 16, 2005 |
| Notice of reliance on advice of counsel as a defense to willful infringement, production of opinions of counsel, and production of all related materials | Not an issue for Count I | 45 days after claim construction ruling. If the date of notice and production is less than 45 days prior to the close of fact discovery, ARS will have 45 days to take discovery limited to the issue of willful infringement. |
| Completion of fact discovery | July 7, 2006 | |

| Event | Schedule for Count I | Schedule for Count II |
|---|---|---|
| **Claim Construction (*Markman*) Proceedings** | | |
| Submission of joint claim construction chart | Jan. 27, 2006 | |
| *Markman* briefs | Opening: Feb. 24, 2006  Response: March 24, 2006 | |
| *Markman* hearing | April 14, 2006 | |
| **Expert Discovery** | | |
| Expert reports on which the propounding party bears the burden of proof | July 28, 2006 | |
| Rebuttal expert reports | August 25, 2006 | |
| Completion of expert discovery | Sept. 29, 2006 | |
| **Dispositive Motions** | | |
| Summary judgment briefing | Opening: Oct. 27, 2006  Response: Nov. 24, 2006  Reply: Dec. 8, 2006 | |
| Summary judgment hearing | Jan. 12, 2007 or at the Court's discretion | |
| **Trial Phase** | | |
| Motions in limine | Opening: Jan. 26, 2007  Response: Feb. 2, 2007  Reply: Feb. 9, 2006 | |
| Submission of joint proposed pretrial order | March 9, 2007 | |
| Final pretrial conference | April 6, 2007 | |

**II.     Discovery limits**

Discovery for each party will be limited as follows:

| Discovery | Limit |
|---|---|
| Depositions per party on an opposing party | 10 per party on an opposing party (not including experts; 14 hours of a 30(b)(6) deposition counts as one deposition) |
| Interrogatories per party on an opposing party | 25 |
| Requests for admissions per party on an opposing party | 25, not including those directed to authenticity of documents or things (in accordance with L. Civ. R. 26.1(c)). |
| Requests for production of documents and things per party on an opposing party | 2 separate sets (in accordance with L. Civ. R. 26.1(c)). |

ORDERED:


Dated: _____          _____
                                         Mark L. Wolf
                                         United States District Judge

3