UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS<br>ARS HOLDING, N.V.,<br><br>    Plaintiff,<br><br>v.<br><br>CELL GENESYS, INC., and<br>TRANSKARYOTIC THERAPIES, INC.,<br><br>    Defendants. | C.A. No. 04-11810-MLW |

## CELL GENESYS, INC'S
## CERTIFICATION UNDER LOCAL RULE 16.1(D)(3)

Defendant Cell Genesys, Inc. and the undersigned counsel hereby certify that they have conferred (a) with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

CELL GENESYS, INC.

_____
By:  Robert H. Tidwell
Its:  Sr. Vice President, Corporate Development

_____
Michael D. Vhay (BBO No. 566444)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
Boston, MA  02110-2600
(617) 406-6000 (telephone)
(617) 406-6100 (fax)

Dated: August 25, 2005

~BOST1:388637.v1