UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH HOLDING SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC., <br><br> Defendants. | C.A. No. 04 11810 MLW |

## LR 16.1 (D)(3) CERTIFICATION

Pursuant to L.R. 16.1(d)(3), Defendant Transkaryotic Therapies, Inc. ("TKT") and its counsel have conferred (a) with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs, such as mediation, arbitration, and the alternative dispute resolution programs outlined in Local Rule 16.4.

Respectfully submitted,

/s/ Konstantinos Andrikopoulos_____
Associate General Counsel,
Intellectual Property Counsel
Transkaryotic Therapies, Inc.
700 Main St.
Cambridge, MA 02139
(617) 613-4255

Respectfully submitted,

/s/ Stephen M. Muller_____
David B. Bassett (BBO # 551148)
Stephen M. Muller (BBO # 646699)
Wilmer Cutler Pickering Hale and Dorr LLP
60 State Street
Boston, Massachusetts 02109
(617) 526-6000

Dated: August 22, 2005