IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., )<br>)<br>)<br>Plaintiff,                            )<br>)<br>v.                                   )<br>)<br>CELL GENESYS, INC. and )<br>TRANSKARYOTIC THERAPIES, )<br>INC.,                                )<br>)<br>Defendants.                    ) | Civil Action No. 04-11810-MLW |

**RULE 16.1 (D) (3) CERTIFICATION OF THE
PLAINTIFF APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.**

Pursuant to Local Rule 16.1 (D) (3), the plaintiff APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V. submits the attached certification.

Respectfully submitted,

APPLIED RESEARCH SYSTEMS ARS
HOLDING, N.V.

Date: August 25, 2005

By: /s/ Fred A. Kelly, Jr._____
Fred A. Kelly, Jr. (BBO No. 544046)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel: 617-345-1000
Fax: 617-345-1300

**Local Counsel**

                    MARSHALL, GERSTEIN & BORUN LLP
Michael F. Borun
Kevin M. Flowers, Ph.D.
Bradford P. Lyerla
William K. Merkel, Ph.D.
Matthew C. Nielsen
Cullen N. Pendleton, Ph.D.
6300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

**Trial Counsel**