## CERTIFICATION PURSUANT TO L. CIV. R. 16.1(D)(3)

In compliance with Local Civil Rule 16.1(D)(3), the undersigned authorized representative of Plaintiff Applied Research Systems ARS Holding, N.V. ("ARS") and its counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation styled as *Applied Research Systems ARS Holding, N.V. v. Cell Genesys, Inc., et al.*, Civil Action No. 04–11810-MLW (D. Mass), and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Civil Rule 16.4.

Dated: August 22, 2005

On behalf of Plaintiff Applied Research
Systems ARS Holding, N.V.

Counsel for Plaintiff Applied Research
Systems ARS Holding, N.V.