IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> v. <br><br> CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., <br><br> Defendants. | Civil Action No. 04-11810-MLW |

**CORPORATE DISCLOSURE STATEMENT OF THE
PLAINTIFF, ARS, PURSUANT TO LOCAL RULE 7.3**

Pursuant to Local Rule 7.3, the plaintiff APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., states that (i) it is a corporation organized under the laws of the Netherlands Antilles; (ii) its ultimate corporate parent is Serono, S.A., a company that is publicly traded in Switzerland; and (iii) American Depository Receipts ("ADRs") of Serono, S.A. are publicly traded in the United States.

        Respectfully submitted,

        APPLIED RESEARCH SYSTEMS ARS
        HOLDING, N.V.

Date: August 25, 2005

        By: /s/ Fred A. Kelly, Jr.
        Fred A. Kelly, Jr. (BBO No. 544046)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, MA 02110
        Tel: 617-345-1000
        Fax: 617-345-1300

        **Local Counsel**

2

        MARSHALL, GERSTEIN & BORUN LLP
        Michael F. Borun
        Kevin M. Flowers, Ph.D.
        Bradford P. Lyerla
        William K. Merkel, Ph.D.
        Matthew C. Nielsen
        Cullen N. Pendleton, Ph.D.
        6300 Sears Tower
        233 S. Wacker Drive
        Chicago, Illinois 60606-6357
        Tel: (312) 474-6300
        Fax: (312) 474-0448

        **Trial Counsel**