```
              UNITED STATES DISTRICT COURT
               DISTRICT OF MASSACHUSETTS

APPLIED RESEARCH SYSTEMS ARS      )
HOLDING, N.V.,                    )
    Plaintiff,                    )
                                  )
    v.                            )   C.A. No. 04-11810-MLW
                                  )
CELL GENENSYS, INC., ET. Al.      )
    Defendants.                   )
```

ORDER

Wolf, D.J.                                            August 30, 2005

For the reasons described in detail in court on August 29, 2005, it is hereby ORDERED that:

1. Plaintiff Applied Research Systems ARS Holding N.V.'s ("ARS") Motion for Extension of Time to File a Response (Docket No. 29) is ALLOWED.

2. Defendant Transkaryotic Therapies, Inc.'s ("TKT") Motion for Leave to File a Reply Brief in Support of its Motion to Dismiss (Docket No. 34). is ALLOWED.

3. TKT's Motion to Dismiss (Docket No. 10) pursuant to Federal Rule of Civil Procedure 21 is DENIED. However, pursuant to Rule 21, Count II of the Amended Complaint, which alleges a claim of patent infringement against TKT, is SEVERED from the remainder of the Amended Complaint.

4. Unless otherwise ordered, litigation of Count II is STAYED until the appeal of the Patent and Trademark Office's decisions in a patent interference proceeding, pursuant to 35 U.S.C. §146, is decided by the United States District Court for the District of Columbia or by this court.

5. ARS's Motion for Leave to Take Jurisdictional Discovery (Docket No. 14) is DENIED.

6. ARS shall, by September 9, 2005, file an opposition to CGI's Motion To Dismiss for Lack of Personal Jurisdiction or state that it does not intend to do so.

7. If ARS opposes CGI's Motion to Dismiss for Lack of Personal Jurisdiction, CGI shall file a reply memorandum by September 16, 2005.

8. If necessary, a hearing on CGI's Motion to Dismiss for Lack of Personal Jurisdiction will be held on September 27, 2005, at 3:00 p.m.

_____
UNITED STATES DISTRICT JUDGE