UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>CELL GENESYS, INC. and )<br>TRANSKARYOTIC THERAPIES, INC., )<br>)<br>Defendants. ) | C.A. No. 04-11810(MLW) |

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter my appearance as attorney for the defendant Cell Genesys, Inc. in the above-entitled case.

        CELL GENESYS, INC.

        By its attorneys,


        /s/ T. Christopher Donnelly
        T. Christopher Donnelly (BBO #129930)
        DONNELLY, CONROY & GELHAAR, LLP
        One Beacon Street, 33rd Floor
        Boston, Massachusetts 02108
        (617) 720-2880

Dated: September 2, 2005