UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> v. <br><br> CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 04-11810(MLW) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please withdraw my appearance as attorney for the defendant Cell Genesys, Inc. in the above-entitled case. This notice is accompanied by the appearance of my successor counsel and no trial date has been set.

/s/ Michael D. Vhay
Michael D. Vhay (BBO #566444)
DLA PIPER RUDNICK GRAY CARY
One International Place, 21st Floor
Boston, Massachusetts 02110-2600
(617) 406-6000

Dated: September 2, 2005