

**PIPER RUDNICK
GRAY CARY**

DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, Massachusetts 02110-2613
T 617.406.6000
F 617.406.6100
W www.dlapiper.com

MICHAEL D. VHAY
michael.vhay@dlapiper.com
T 617.406.6033

August 29, 2005

Cashier
United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: <u>Applied Research Systems ARS Holding, N.V. v. Cell Genesys, Inc.</u>
Civil Action No. 04-11810-MLW

Dear Sir or Madam:

We received a call this morning from Jim stating that the filing fee for Cell Genesys, Inc.'s motion for leave to have its attorney, Steven B. Kelber, appear *pro hac vice* is $50. On August 24, 2005, we forwarded to the Court a check in the amount of $100. Per the conversation with Jim, enclosed is a check in the correct amount of $50. Could you please return our check in the amount of $100 to the waiting courier?

Feel free to call me if you have any questions.

Cordially,

Michael D. Vhay/jmm

Michael D. Vhay

MDV/jmm
enclosure

~BOST1:388949.v2
306229-21
**Serving clients globally**