**PIPER RUDNICK GRAY CARY**

DLA Piper Rudnick Gray Cary US LLP
One International Place, 21st Floor
Boston, Massachusetts 02110-2613
T 617.406.6000
F 617.406.6100
W www.dlapiper.com

MICHAEL D. VHAY
michael.vhay@dlapiper.com
T 617.406.6033

August 24, 2005

Clerk
United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:    <u>Applied Research Systems ARS Holding, N.V. v. Cell Genesys, Inc.</u>
             Civil Action No. 04-11810-MLW

Dear Sir or Madam:

    Enclosed please a check for $100 to cover the fees for Cell Genesys, Inc.'s motion for leave to have its attorney, Steven B. Kelber, appear *pro hac vice*. Also enclosed is a copy of the Notice of Electronic Filing that we received when we filed Cell Genesys' motion.

    Feel free to call me if you have any questions.

                                 Cordially,

                                 Michael D. Vhay

MDV/jmm
Enclosures
cc:   Kevin M. Flowers, Esq. (w/o enclosures)
       Stephen M. Muller, Esq. (w/o enclosures)
       Steven B. Kelber, Esq. (w/o enclosures)



~BOST1:388949.v1
306229-21
**Serving clients globally**