**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., ) ) ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. NO. 04 11810 MLW |
| ) | |
| CELL GENESYS, INC., AND TRANSKARYOTIC THERAPIES, INC. ) ) | |
| ) | |
| Defendant. ) ) | |

**AFFIDAVIT OF FRED A. KELLY, JR.**

I, Fred A. Kelly, Jr., hereby depose and state that:

1. I am an attorney admitted to practice in the Commonwealth of Massachusetts and before this Court. I am local counsel for the plaintiff, Applied Research Systems ARS Holding, N.V. ("ARS").

2. I am submitting this affidavit in order to place before the Court certain documents that were obtained by me and individuals acting at my request, including Herm Dillon of the Business Intelligence Group ("B.I.Group"). These materials are being submitted in support of ARS Opposition to the Motion to Dismiss for Lack of Personal Jurisdiction filed by the defendant, Cell Genesys, Inc. ("CGI").

3. Attached at Tab 1 are documents showing the acceptance of service by Steven Kelber, Esq. on behalf of his client CGI.:

    A.    A letter dated August 24, 2004, to Mr. Kelber enclosing the summons and return of service for CGI.

    B.    The return of service signed by Mr. Kelber and sent to Fred A. Kelly, Jr., counsel for ARS.

    C.    The date stamped copy of the return of service and cover letter dated December 17, 2004, showing the return of service for CGI was filed with the Court.

4.    Attached at Tab 2 is an Affidavit of Herm Dillon of the B.I.Group, which among other things, shows that:

    A.    John M. Potts, M.D. has been a resident of the Commonwealth of Massachusetts since 1957, is licensed to practice medicine in the Commonwealth of Massachusetts, is a Director of CGI, and is a stockholder of CGI.

    B.    Bruce Chabner M.D. has been a resident of the Commonwealth of Massachusetts since 1995, is licensed to practice medicine in the Commonwealth of Massachusetts, is a member of CGI's Medical Advisory Board, and is a stockholder of CGI.

5.    Attached at Tab 3 are materials that document CGI's business relationship with Mitotix, Inc., a private biotechnology company engaged in the discovery and development of products to diagnose and treat cancer, cardiovascular disorders, opportunistic infections, and other cell proliferation disorders that was based in Cambridge, Massachusetts:

    A.    A press release from CGI's website dated April 13, 1998, announcing that CGI and Mitotix have signed a worldwide license and research collaboration for cardiovascular gene therapy.

    B.    A press release from CGI's website dated April 21, 1999, where CGI and Mitotix announce the expansion of their worldwide license and research collaboration to include cancer gene therapy.

      C.      A press release from CGI's website dated November 10, 1999, announcing results from the cardiovascular gene therapy research collaboration with Mitotix.

      D.      A press release from CGI's website dated August 23, 2000, announcing results from the cancer gene therapy research collaboration with Mitotix (which had been acquired by GPC Biotech AG, but was still in Massachusetts).

      E.      A press release from CGI's website dated August 6, 2001, announcing further results from the cardiovascular gene therapy research collaboration with Mitotix (which had been acquired by GPC Biotech AG, but was still in Massachusetts).

6.      Attached at Tab 4 are documents that give an overview of CGI's relationship with Transkaryotic Therapies, Inc. ("TKT"), the other defendant in this action, which is located in Cambridge, Massachusetts:

      A.      A CGI press release dated June 10, 2002, that describes a worldwide Licensing Agreement between CGI and TKT, and states that "Cell Genesys will receive an upfront license fee of $26 million, comprised of $11 million in cash and $15 million in shares of TKT common stock".

      B.      A redacted copy of the Licensing Agreement between CGI and TKT with an effective date of June 7, 2002.

      C.      A Stock Repurchase and Amendment Agreement, dated January 17, 2003, between TKT and CGI, wherein TKT agrees to pay $15 million in cash to CGI in lieu of the TKT common stock referred to above. Among other things, Section 3.2 of the Agreement provides that the "closing of the repurchase and sale of the [TKT common stock] pursuant to this Amendment shall be held at the offices of Hale & Dorr, LLP, 60 State Street, Boston, Massachusetts".

  D.  A press release from CGI's website dated January 22, 2003, announcing that CGI had received $15 million in cash from TKT as contemplated by the Stock Repurchase and Amendment Agreement.

  E.  An excerpt from the decision of the Board of Patent Appeals and Interferences, dated June 22 , 2004, showing that Dr. Michael Heartlein of TKT submitted a declaration in support of CGI during the interference proceeding.

7.  Attached at Tab 5 are materials that show that CGI executed a Merger Agreement with Genzyme, Inc. (headquartered in Cambridge, Massachusetts) whereby Genzyme was to acquire CGI:

  A.  A press release from CGI's website dated October 18, 1999, announcing that CGI has entered into a definitive agreement under which Genzyme General will acquire CGI for approximately $350 million in a tax free stock-for-stock exchange.

  B.  A press release from CGI's website dated December 22, 1999, announcing that the merger agreement had been terminated after CGI Board withdrew its recommendation for the merger.

  C.  An article from the Boston Business Journal dated December 22, 1999, which states that CGI will pay a $15 million break-up fee to Genzyme.

8.  Attached at Tab 6A is a press release from CGI's website dated January 3, 2002, announcing that CGI had just obtained $60 million in financing from Fleet Bank of Boston. Attached at Tab 6B is a web page from Decision Resources, a company located in Waltham, Massachusetts, that lists Cell Genesys, Inc. as a company that "relies on Decision Resources products and services".

9.      Attached at Tab 7 are materials that show the relationship between CGI and several Massachusetts healthcare facilities (such as Dana Farber Cancer Institute and Massachusetts General Hospital) and several Massachusetts researchers (such as Dr. Glenn Dranoff and Dr. Daniel DeAngelo of the Dana Farber Cancer Institute):

- A.    A bibliography from the research library of CGI's website which lists a number of articles by Dr. Dranoff. The first article where Dr. Dranoff is an author is dated 1993.

- B.    An article dated October 5, 2004, describing the proceedings of an international cancer symposium which states that "Dr. Dranoff's work, supported by [the Cancer Research Institute] for several years is the basis of the technology behind GVAX® cancer vaccines (Cell Genesys, Inc.) one of the first types of vaccines to enter Phase III efficacy trials.

- C.    A press release from CGI's website dated January 8, 1997, where CGI announces the recent signing of research collaborations with several cancer research institutions, including the Dana Farber Cancer Institute.

- D.    A press release from CGI's website dated October 1, 1997, announcing that CGI has initiated Phase I / II human clinical studies of its GVAX™ cancer vaccine program. The release states that two of the studies – one targeting lung cancer and one targeting melanoma - are being conducted by Glenn Dranoff, M.D. and colleagues at the Dana Farber Cancer Institute, Massachusetts General Hospital, and the Brigham and Women's Hospital. Dr. Dranoff is quoted in the press release.

5

E.	A press release from CGI's website dated October 13, 1997, announcing that a team of CGI scientists have demonstrated that HIV-infected cells can be killed with T Cell Gene Therapy. the laboratory work was done in collaboration with Bruce D. Walker, M.D., of the Partners AIDS Research Center at the Massachusetts General Hospital and Harvard Medical School.

F.	A press release from CGI's website dated October 26, 1998, announcing the publication of results from the Phase I trial of CGI's GVAX ™ vaccine for melanoma. The release states that the trial was conducted by Dr. Dranoff and his colleagues at the Dana Farber Cancer Institute and Harvard Medical School.

G.	A press release from CGI's website dated September 12, 2000, where CGI announced further encouraging results from the initial Phase I / II Trial of its GVAX® lung cancer vaccine. Results of the study were presented by Ravi Salgia, M.D., Ph.D. and colleagues from the Dana Farber/Partners Cancer Care.

H.	A press release from CGI's website dated May 13, 2001, where CGI announces updates on its initial trials, including the initial trial of the GVAX® lung cancer vaccine which was conducted by Dr. Glenn Dranoff and his colleagues at the Dana Farber/Partners Cancer Care Center, an affiliate of Harvard Medical School.

I.	A press release from CGI's website dated December 10, 2001, announcing the results of a Phase I Clinical Trial of GVAX® vaccine for leukemia. The release states that the trial is being sponsored by the Dana Farber Cancer Institute under the direction of Daniel J. DeAngelo, M.D., Ph.D.

J.	A press release from CGI's website dated February 13, 2003, announcing an update from the initial clinical trial of the GVAX® lung cancer vaccine. The

6

   release states that it is updating with results obtained since the last update of September 2000, and that those results were the basis of a paper by Dr. Glenn Dranoff, M.D. and his colleagues at the Dana Farber Cancer Institute featured in the February 15, 2003 issue of the Journal of Clinical Oncology.

K. A press release from CGI's website dated September 2, 2003, announcing long term follow-up data from a Phase I clinical trial of the GVAX® melanoma vaccine. The release states that the study was conducted by Glenn Dranoff, M.D., and his colleagues at the Dana Farber Cancer Institute an affiliate of Harvard Medical School. The results of the study were reported in the September 1, 2003 issue of the Journal of Clinical Oncology.

L. A press release from CGI's website dated December 6, 2003 announcing interim clinical data from a Phase III trial of GVAX® cancer vaccine for leukemia which was being conducted in four centers, including the Dana Farber Research Center.

M. The abstract of a study, dated July 15, 2004, and published in the Journal of Clinical Oncology, which is a follow-up to prior vaccine studies involving the GVAX vaccine. The study was conducted at the Dana Farber Cancer Institute by Glenn Dranoff, M.D., and colleagues from the Massachusetts General Hospital and Brigham and Women's Hospital. The abstract shows that the research was funded by CGI.

N. A page from CGI's website recruiting patients for a GVAX® leukemia vaccination trial. One of the centers listed as a site for the trial is the Dana Farber Cancer Institute in Boston, Massachusetts. The webpage also has a

        Massachusetts telephone number – (617 632-3902) – for patients to call to inquire about or enroll in the study.

  O.    A press release from CGI's website dated December 7, 2004, reporting follow-up clinical data from the Phase II trial of the GVAX® leukemia vaccine. The trial results were reported by Dr. Dan DeAngelo from the Dana Farber Cancer Institute at Harvard University.

  P.    A summary from the website ClinicalTrials.gov, showing that CGI is sponsoring a clinical study for a leukemia vaccine in four trial centers throughout the United States, including the Dana Farber Cancer Institute in Boston, Massachusetts. The document indicates that the study was started in March 2001 and is continuing.

10.    Attached at Tab 8 is a collection of materials that show employees and representatives of CGI attending meetings and conferences in Massachusetts on a regular basis from 2000 through 2004.

  A.    An agenda from the Cell and Tissue BioProcessing Conference (5th annual meeting) held on September 11 – 14, 2000 at the Sheraton Hotel, Framingham, Massachusetts. The agenda shows Flavia Borellini, Ph.D. from Cell Genesys, Inc. and David Frey from Cell Genesys, Inc. as speakers.

  B.    A press release from CGI's website dated June 6, 2002, showing that Karin Jooss, Ph.D., the associate director of preclinical oncology at CGI, made a presentation at the American Society of Gene Therapy meeting in Boston, Massachusetts.

  C.    A press release from CGI's website dated June 11, 2002, showing that Deborah Farson, the associate director of molecular virology at CGI, made a presentation at the American Society of Gene Therapy meeting in Boston, Massachusetts.

    D.    A job posting from ScienceJobs.com showing that a representative from CGI attended the Cambridge Healthcare Institute presentation on Cancer Immunotherapeutics at the Fairmont Copley Plaza in Boston, Massachusetts on September 20 – 21, 2004.

11.    Attached at Tab 9 is a copy of U.S. District Judge Bates's Memorandum Opinion and Order denying ARS's motion to transfer without prejudice to renew, in *CGI v. ARS*, No. 04-1407 (District of Columbia)

Signed under the pains and penalties of perjury this 9th day of September, 2005.

                                                                    /s/ Fred A. Kelly, Jr.
                                                                  Fred A. Kelly, Jr.