



# NIXON PEABODY LLP

### ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300
Direct Dial: (617) 345-6036
E-Mail: kkuperstein@nixonpeabody.com

August 24, 2004

**VIA OVERNIGHT MAIL**

Mr. Steven B. Kelber
Piper Rudnick LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2430

     RE:   *Applied Research Sciences ARS Holding, N.V. v. Cell Genesys, Inc.*
            U.S.D.C. Mass. Civil Action No.: 04-11810-MLW

Dear Steven:

     In connection with the above-referenced matter, I enclose a copy of the Complaint and supporting papers that were filed by Applied Research System ARS Holdings N.V. in the United States District Court for the District of Massachusetts on August 19, 2004, as well as a copy of the Summons. Thank you for agreeing to accept service on behalf of Cell Genesys, Inc.

     If you have any questions, please do not hesitate to contact me. Thank you for your cooperation with this matter.

                Very truly yours,

                Kristin Dulong Kuperstein

Encl.

BOS1411660.1

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PHILADELPHIA, PA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

# 04  11810 MLW

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within _twenty (20)_ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK _____

(By) DEPUTY CLERK

DATE   _8/19/2004_

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
              Date              *Signature of Server*


                                _____
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**B**



# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-2131
(617) 345-1000
Fax: (617) 345-1300
Direct Dial: (617) 345-6036
E-Mail: kkuperstein@nixonpeabody.com

August 24, 2004

**VIA OVERNIGHT MAIL**

Mr. Steven B. Kelber
Piper Rudnick LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2430

      RE:   *Applied Research Sciences ARS Holding, N.V. v. Cell Genesys, Inc.*
             U.S.D.C. Mass. Civil Action No.: 04-11810-MLW

Dear Steven:

    In connection with the above-referenced matter, I enclose a copy of the Complaint and supporting papers that were filed by Applied Research System ARS Holdings N.V. in the United States District Court for the District of Massachusetts on August 19, 2004, as well as a copy of the Summons. Thank you for agreeing to accept service on behalf of Cell Genesys, Inc.

    If you have any questions, please do not hesitate to contact me. Thank you for your cooperation with this matter.

                      Very truly yours,

                      Kristin Dulong Kuperstein

Encl.

*To Fred*
*Kelly*
*Thank you.*

BOS1411660.1

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PHILADELPHIA, PA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL | $0.00 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
　　　　　　　　　Date　　　　　　　Signature of Server

_____
Address of Server

*Receipt of Service Acknowledged —*
*Steven Kelm*
*for Gall Gersapha, Inc.*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

## SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

## 04 11810 MLW

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE    8/19/2004

C

**NP**

## NIXON PEABODY LLP
### ATTORNEYS AT LAW

COPY

100 Summer Street
Boston, Massachusetts 02110-1832
(617) 345-1000
Fax: (617) 345-1300

Fred A. Kelly, Jr.
Direct Dial: (617) 345-1319
E-Mail: fkelly@nixonpeabody.com

December 17, 2004

**VIA HAND DELIVERY**

Clerk, United States District Court
  For the District of Massachusetts
1 Courthouse Way - Suite 2300
Boston, MA 02210

RE:    *Applied Research Systems ARS Holding, N.V. v. Cell Genesys, Inc.*
       C.A. No: 04 11810 MLW

Dear Sir or Madam:

In connection with the above-referenced matter, I enclose the following:

1.    Return of Service for Cell Genesys.

Kindly date stamp the enclosed copy of this letter and return it to the messenger.

Thank you for your attention to this matter.

Very truly yours,

Fred A. Kelly, Jr.

FAK:vlb
Encls.
cc:    Steven B. Kelber, Esq.

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • MANCHESTER, NH • McLEAN, VA
• PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of   Massachusetts

APPLIED RESEARCH SYSTEMS ARS HOLDING, N.W.

V.

CELL GENESYS, INC., AND
TRANSKARYOTIC THERAPIES, INC.

## SUMMONS IN A CIVIL ACTION

**CASE NUMBER:**

## 04   11810 MLW

TO: (Name and address of Defendant)

Cell Genesys, Inc.
500 Forbes Boulevard
South San Francisco, CA

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Fred A. Kelly, Jr.
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110

an answer to the complaint which is served on you with this summons, within   _twenty (20)_   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

DATE    8/19/2004

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL | $0.00 |
|---|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____   _____
                        Date                              Signature of Server

_____
Address of Server

*Receipt of Service Acknowledged —
Steven Keller
for Gall Gerosoft, Inc.*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.