**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., ) ) ) Plaintiff, ) ) v. ) ) CELL GENESYS, INC., AND ) TRANSKARYOTIC THERAPIES, INC. ) ) Defendant. ) ) | C.A. NO. 04 11810 MLW |

**AFFIDAVIT OF HERM DILLON**

I, Herm Dillon, hereby depose and state that:

1. I am a principal of the Business Intelligence Group ("B.I. Group"), which is based at 1513 Rose Virginia Road, Wyomissing, Pennsylvania. The B.I. Group is a consulting and investigative firm that has been in operation since 1991.

2. On or about August 30, 2005, the B.I. Group was asked by Fred A. Kelly, Jr. of Nixon Peabody LLP to obtain documents and information concerning any contacts between Cell Genesys, Inc. ("CGI") and people and entities in the Commonwealth of Massachusetts. The results of the B.I. Group's investigation are set forth below.

3. John T. Potts, Jr., M.D. has been a Director of CGI since May 1997, and is a member of CGI's Medical Advisory Board. Dr. Potts is a resident of Newtonville, Massachusetts, is the Director of Research at the Massachusetts General Hospital, and is the Jackson Distinguished Professor of Clinical Medicine at Harvard Medical School. Dr. Potts owns stock in CGI. *See* Exhibit A for additional details.

4.  Bruce Chabner, M.D. is a member of the Medical Advisory Board of CGI.  Dr. Chabner is a resident of Newton Centre, Massachusetts, is the Clinical Director of the Massachusetts General Hospital Cancer Center, and is a Professor of Medicine at Harvard Medical School.  He also owns stock in CGI.  *See* Exhibit B for additional details.

5.  I also collected information about CGI's relationships and collaborations with the following Massachusetts residents and entities:  Dr. Glenn Dranoff, the Dana Farber Cancer Institute, Massachusetts General Hospital, Harvard Medical School, Transkaryotic Therapies, Inc., Mitotix, Inc. (later GPC Biotech AG), Genzyme, Inc., and Decision Resources.  I then provided that information to Mr. Kelly.

Signed under the pains and penalties of perjury, this _____ day of September, 2005.

Herm Dillon

2

## EXHIBIT A

John Thomas Potts, Jr. ("Dr. Potts") has lived in Massachusetts for a large part of his adult life. Dr. Potts is married to Susanne Potts, and the two reside at 129 Chesnut Street, Newtonville MA 02165. The two also own property at 51 and 55 Towhee Road, Wareham, Massachusetts 02465.

Dr. Potts has a license to practice medicine in the State of Maryland and the Commonwealth of Massachusetts, although the Maryland license is listed as inactive.

Dr. Potts has his own medical practice operating as John T. Potts, Jr. M.D. Inc.

The following information about Dr. Potts is on the CGI website:

John T. Potts, Jr., M.D., Director
Director of Research and Physician-in-Chief Emeritus,
Massachusetts General Hospital
Jackson Distinguished Professor of Clinical Medicine,
Harvard School of Medicine

Dr. Potts has served as a director of Cell Genesys since May 1997.
Previously, he served as a director of Somatix Therapy Corporation since
March 1995. His career spans 40 years of distinguished service in science
and medicine. He earned his M.D. in 1957 from the University of
Pennsylvania, then trained at Massachusetts General Hospital and
National Heart Institute. At the National Institutes of Health, he became
head of the section on polypeptide hormones prior to becoming chief of
endocrinology at Massachusetts General Hospital in 1968. Dr. Potts
served as physician-in-chief at Massachusetts General Hospital and
Jackson Professor of Clinical Medicine at Harvard Medical School from
1981 to 1996. In September 1996, he moved from the post of physician-in-
chief to director of research at Massachusetts General Hospital and

Jackson Distinguished Professor of Clinical Medicine at Harvard Medical School.

**A review of the following information from the U.S. Securities and Exchange Commission website shows that as of June 30, 2004, Dr. Potts owned 89,625 shares of Cell Genesys, and as of July 1, 2005, Dr. Potts owned 87,500 shares of Cell Genesys. This represented 10% or more of the outstanding stock of the company.**

| No. | Company | Format | Form Type | Filing Date | Size |
|---|---|---|---|---|---|
| 1 | CELL GENESYS INC | [text] [html] | 4/A | 07/01/2005 | 1657 |
| 2 | CELL GENESYS INC | [text] [html] | 4 | 07/01/2005 | 1653 |
| 3 | CELL GENESYS INC | [text] [html] | 4 | 06/30/2004 | 1730 |
| 4 | CELL GENESYS INC | [text] [html] | 4 | 07/01/2003 | 1730 |
| 5 | CELL GENESYS INC | [text] [html] | 4 | 06/03/2003 | 1730 |
| 6 | CELL GENESYS INC | [text] [html] | 5 | 01/31/2003 | 1604 |
| 7 | POTTS JOHN T JR | [text] [html] | 4/A | 07/01/2005 | 1656 |
| 8 | POTTS JOHN T JR | [text] [html] | 4 | 07/01/2005 | 1652 |
| 9 | POTTS JOHN T JR | [text] [html] | 4 | 06/30/2004 | 1729 |
| 10 | POTTS JOHN T JR | [text] [html] | 4 | 07/01/2003 | 1729 |
| 11 | POTTS JOHN T JR | [text] [html] | 4 | 06/03/2003 | 1729 |
| 12 | POTTS JOHN T JR | [text] [html] | 5 | 01/31/2003 | 1603 |

BOS1525974.2

**EXHIBIT B**

Bruce A. Chabner ("Dr. Chabner") currently resides at 29 Beacon Heights Drive, Newton Center, Massachusetts 02159.  Dr. Chabner has lived in Massachusetts since June of 1995, and prior to that lived in the Baltimore and Rockville areas of Maryland.

Dr. Chabner and his wife Davi Ellen own the home on Beacon Heights Drive. They may also own a condominium located at 33 Pond Avenue #518, Brookline, Massachusetts 02445.

Dr. Chabner has a license to practice medicine the State of Maryland and the Commonwealth of Massachusetts, although the Maryland license has not been renewed and is no longer active.

We found no corporate affiliations for Dr. Chabner, but we did find him listed as the owner, with Davi Ellen, of the Bruce Allan Chabner Family Foundation located at 101 Federal Street Floor 3, Boston, Massachusetts 02110.

According to the CGI website, Dr. Chabner is a Member of CGI's Medical Advisory Board, Clinical Director of the Massachusetts General Hospital Cancer Center; and Professor of Medicine at the Harvard Medical School.

According to the following information from the U.S. Securities and Exchange Commission website, Dr. Chabner has owned 6,000 shares of Cell Genesys stock since May 2004.

| No. | Company | Format | Form Type | Filing Date | Size |
|-----|---------|--------|-----------|-------------|------|
| 1 | CHABNER BRUCE A MD | [text] [html] | 4 | 05/27/2005 | 1603 |
| 2 | CHABNER BRUCE A MD | [text] [html] | 4 | 05/27/2004 | 1537 |
| 3 | KOSAN BIOSCIENCES INC | [text] [html] | 4 | 05/27/2005 | 1606 |
| 4 | KOSAN BIOSCIENCES INC | [text] [html] | 4 | 05/27/2004 | 1540 |