A





- News

Press Release Archives

**CELL GENESYS**

CONTACT
Kathleen Sereda Glaub
Senior Vice President and
Chief Financial Officer
650-425-4542

Thomas Needham
Director, Business Development
Mitotix, Inc.
617-225-0001

Allison MacDuff
Porter Novelli
617-587-2875

### Cell Genesys Licenses Genes for Heart Disease From Mitotix

#### Companies To Collaborate On Research For Cardiovascular Gene Therapy

FOSTER CITY, Calif., April 13, 1998 - Cell Genesys, Inc. (Nasdaq: CEGE) and Mitotix, Inc. today announced that the companies have signed a worldwide license and research collaboration for cardiovascular gene therapy. Under the agreement, Cell Genesys has exclusive rights to use three cell cycle genes for the development of gene therapy products for cardiovascular disease and other indications. The agreement also covers a research collaboration in which Mitotix scientists will conduct research to enhance cell cycle inhibitors for Cell Genesys' development of these products. Based on successful preclinical studies, an initial cardiovascular gene therapy product could enter human clinical trials in 1999.

"Cardiovascular disorders could prove to be one of the most promising areas for gene therapy," said Mitchell H. Finer, Ph.D., Cell Genesys' vice president, research. "Cell Genesys' second generation adenoviral vector technology may be the ideal gene delivery system to deliver therapeutic genes quickly and effectively, potentially as a part of an already well-defined medical procedure for the treatment of cardiovascular disease."

"Mitotix is excited to be working with Cell Genesys to further expand the application of our research beyond cancer to new treatments for cardiovascular disease," said Muzammil Mansuri, Ph.D., Mitotix executive vice president, research. "Mitotix's cell cycle inhibitors are essential to regulate critical cell cycle transitions and ultimately to control the growth of all cells. Cell Genesys' use of these genes to target cardiovascular disease is the first example of our strategy to extend our cell cycle technology to other therapeutic areas. With over 130 patents and patent applications pending, Mitotix continues to have a leading proprietary position in this promising area of cell regulation."

Cell Genesys intends to seek a pharmaceutical partner to commercialize these potential products, with Mitotix sharing in certain revenues resulting from such a partnership. In addition, Mitotix will receive certain payments from Cell Genesys if certain research milestones are achieved.

The three genes covered by the new license agreement are p16, p27 and a p27-16 fusion gene. These cell cycle genes play a key role in the regulation of cellular growth and have the potential in gene therapy for the treatment of cardiovascular disorders, such as restenosis. In restenosis, excessive proliferation of the smooth muscle cells lining blood vessels can lead

to restricted blood flow or reocclusion, following an angioplasty procedure. Despite angioplasty and stenting to keep open these blood vessels, restenosis occurs within twelve months of treatment in a significant number of patients who undergo such procedures. Approximately 500,000 patients annually in the United States undergo angioplasty procedures. Inhibition of the abnormal cell growth in restenosis by p16 or p27-based gene therapy could be of benefit not only in the prevention of restenosis but also other conditions characterized by abnormal cell growth such as cancer.

Cardiovascular gene therapy products for restenosis could involve the delivery of one of these genes to the blood vessel at the time of angioplasty, potentially as an integral part of such a procedure. Utilizing Cell Genesys' adenoviral gene delivery system to deliver the therapeutic gene, the resulting genetic modification of the blood vessel lining cells could prevent hyperproliferation of these cells and provide protection against restenosis in the critical period following angioplasty. Ideally, the gene therapy could be delivered in an integrated angioplasty procedure via stents or balloon catheters.

In other preclinical studies, Cell Genesys has already demonstrated that the company's adenoviral gene delivery system can successfully deliver genes to blood vessels, achieving high level gene expression for several weeks without any significant toxicity or inflammation. In new studies utilizing the licensed cell cycle genes, the company plans to test its cardiovascular gene therapy product candidates in animal models for restenosis including peripheral vascular disease. Peripheral vascular disease is a serious condition that causes blood vessel blockages in the arms and legs and may lead to amputation. Future applications of this gene therapy strategy include other cardiovascular disorders such as coronary artery disease.

Mitotix, Inc. is a private biotechnology company engaged in the discovery and development of products to diagnose and treat cancer, cardiovascular disorders, opportunistic infections, and other cell proliferation disorders. The company's development programs are based on proprietary patentable knowledge of the molecular pathways that regulate the cycle of cell growth and division. Mitotix recently formed major collaborations in cancer therapeutics with The DuPont Merck Pharmaceutical Company focused on cyclin-dependent kinase inhibitors and with BASF Pharma focused on cdc25 inhibitors. Mitotix was founded in 1992 and is headquartered in Cambridge, Massachusetts.

Cell Genesys is focused on the development and commercialization of *ex vivo* and *in vivo* gene therapies to treat major, life-threatening diseases and disorders such as cancer and AIDS. The company's AIDS gene therapy is in Phase II human clinical testing and the company also is conducting human clinical trials for its T cell gene therapy in colon cancer and for its GVAX(TM) cancer vaccine in lung, melanoma and prostate cancer. Additionally, the company has preclinical studies under way in other cancer indications, hemophilia, cardiovascular disease and neurodegenerative disorders. Cell Genesys' assets outside gene therapy include its Abgenix subsidiary and the company's licensing program in gene activation technology.

Statements made herein, other than statements of historical fact, including statements about the company's and its subsidiary's progress and results of clinical trials, marketability of potential products and nature of product pipelines, availability of financing and adequacy of capital resources, technology, corporate partnerships, licenses and intellectual property are forward-looking statements and are subject to a number of uncertainties that could cause actual results to differ materially from the statements made, including risks associated with the success of research and development programs, the regulatory approval process, competitive technologies and products, patents, corporate partnerships and additional financings. For information about these and other risks which may affect Cell Genesys, please see the company's Annual Report on Form 10-K dated March 31, 1998 as well as Cell Genesys' reports on Form 10-Q and 8-K and other reports filed from time to time with the Securities and Exchange Commission.

# B

Case 1:04-cv-11810-MLW    Document 51    Filed 09/09/2005    Page 5 of 17

 CELL GENESYS

CONTACT
Jennifer Cook Williams
Manager
Corporate Communications
Cell Genesys, Inc.
650-425-4542

Thomas Needham
Director, Business Development
Mitotix, Inc.
617-225-0001

## Cell Genesys and Mitotix Expand Collaboration to Include Cancer Gene Therapy

### Positive Preclinical Studies Reported at American Association for Cancer Research Meeting

FOSTER CITY, Calif. and CAMBRIDGE, Mass., April 21, 1999 - Cell Genesys, Inc. (Nasdaq: CEGE) and Mitotix, Inc. today announced the expansion of a worldwide license and research collaboration to include cancer gene therapy. Under this collaboration which was signed in 1998, Cell Genesys exclusively licensed from Mitotix a series of cell cycle inhibitor genes essential to the growth and regulation of human cells, including p16, p27 and additional novel p27/p16 fusion molecules for the development of products for cardiovascular gene therapy. Based on its recently reported positive findings in preclinical studies of cancer gene therapy, Cell Genesys will now have exclusive rights to these genes for cancer applications.

"The results from our preclinical studies recently reported at the American Association for Cancer Research meeting are very encouraging," stated Mitchell H. Finer, Ph.D., vice president, research at Cell Genesys. "We are studying the effects of these cell cycle inhibitor genes on multiple types of cancer and have observed that certain of these genes can induce tumor cell death in a wide range of cancers in laboratory studies and eliminate or inhibit the growth of human tumors in mice."

"Mitotix is pleased to expand its collaboration with Cell Genesys into the area of cancer gene therapy," said Muzammil Mansuri, Ph.D., Mitotix's executive vice president, research. "The proprietary cell cycle inhibitor genes and novel fusion genes, created by Mitotix scientists, appear to have great potential as therapeutic genes for cancer treatment."

The p16 and p27 cell cycle inhibitor genes, also referred to as cyclin dependent kinase inhibitors (CDKi), play a key role in the natural regulation of cellular division. The p16 gene, a known tumor suppressor gene, has been shown to be missing or mutated in many important cancers. These genes through the control of cell replication could potentially be used to treat cancer by blocking tumor cell growth or inducing tumor cell death. In addition, these genes can be used in the treatment of restenosis, which results from the abnormal growth of blood vessel smooth muscle cells following angioplasty for coronary artery disease and peripheral vascular disease. Cell Genesys intends to seek a pharmaceutical partner to commercialize potential products based on p27/p16 gene therapy with revenue being shared with Mitotix.

Cell Genesys and Mitotix recently reported encouraging results from preclinical studies in mouse models of human cancer using certain p27/p16 fusion genes. Upon delivery, the gene encoding the p27/p16 fusion protein demonstrated potent antitumor activity and induced tumor cell death in cells from a wide range of human cancers. Additionally, the p27/p16 gene therapy did not induce significant killing of normal human cells. The p27/p16 genes were delivered using Cell Genesys' adenoviral gene delivery system, directly into human tumors in immunodeficient mice. Of note, Cell Genesys and Mitotix have been able to effect cell death in tumors that are both p53 positive and p53 negative. The p53 gene is an important growth regulatory or tumor suppressor gene, which is deficient in many tumors. These results were reported last week at the American Association for Cancer Research meeting in Philadelphia by James G. McArthur, Ph.D., director, preclinical biology and immunology at Cell Genesys.

In preclinical studies, Cell Genesys and Mitotix have demonstrated that the p27/p16 fusion genes have the ability to inhibit proliferation of blood vessel cells including vascular smooth muscle cells and endothelial lining cells. Aside from the potential applicability to the prevention and treatment of restenosis following angioplasty, such properties could be useful in cancer therapy by blocking the growth of tumor blood vessels, which are required for the growth of human tumors. This therapeutic strategy is referred to as "anti-angiogenesis" and is currently

viewed as one of the more promising approaches to the development of novel cancer treatments. The p27/p16 fusion genes could be therefore effective in cancer gene therapy through two mechanisms--the inhibition of tumor cell growth as well as the inhibition of tumor blood vessel growth.

Mitotix, Inc. is a private biotechnology company engaged in the discovery and development of products to diagnose and treat cancer, cardiovascular disorders, opportunistic infections, and other cell proliferation disorders. The company's development programs are based on proprietary patentable knowledge of the molecular pathways that regulate the cycle of cell growth and division. Mitotix has formed major collaborations in cancer therapeutics with The DuPont Pharmaceuticals Company focused on cyclin dependent kinase inhibitors and with BASF Pharma focused on cdc25 inhibitors. Mitotix was founded in 1992 and is headquartered in Cambridge, Massachusetts.

Cell Genesys is focused on the development and commercialization of gene therapies to treat major, life-threatening diseases including cancer and AIDS. The company is conducting Phase I/II human clinical trials for its GVAX(TM) cancer vaccine in prostate cancer, lung cancer and melanoma, and the company's AIDS gene therapy is in Phase II human clinical testing. Preclinical stage programs include gene therapy for cancer, cardiovascular disorders, hemophilia and Parkinson's disease. Cell Genesys' assets outside gene therapy include its approximately 22 percent ownership of Abgenix (Nasdaq: ABGX) and the company's licensing program in gene activation technology.

# C





- News
  Press Release
  Archives

CELL GENESYS

CONTACT
Jennifer Cook Williams
Manager
Corporate Communications
650-425-4542

Thomas Needham
Vice President, Business
Development
Mitotix, Inc.
617-225-0001

### Cell Genesys and Mitotix Report Positive Preclinical Results for Cardiovascular Gene Therapy for Restenosis

**Studies Show 50 Percent Inhibition of Arterial Occlusion Following Angioplasty**

FOSTER CITY, Calif. and CAMBRIDGE, Mass., November 10, 1999 - Cell Genesys, Inc. (Nasdaq: CEGE) and Mitotix, Inc. today reported that further preclinical studies of gene therapy with a novel cell cycle inhibitor fusion gene, p27/p16, have demonstrated potent inhibition of arterial occlusion associated with restenosis, a complication of angioplasty treatment for coronary artery disease. Specifically, these studies indicated approximately 50 percent reduction in the proliferation of smooth muscle cells following angioplasty in blood vessels receiving p27/p16 gene therapy compared with untreated control vessels. The preclinical evaluation performed to date has included both vein bypass graft and single and double balloon angioplasty-induced vascular restenosis models in rabbits. The data were reported at the American Heart Association Meeting in Atlanta, Georgia by a team of scientists led by James G. McArthur, Ph.D. of Cell Genesys, Samuel E. George, M.D. of Duke University and Jeno Gyuris, Ph.D. of Mitotix.

"Restenosis is a troubling complication of angioplasty. Each year, approximately 30 percent of the 500,000 patients who undergo angioplasty in the U.S. experience artery reclosure within twelve months of their angioplasty procedures," stated James G. McArthur, Ph.D., acting head of research and director, preclinical biology and immunology at Cell Genesys. "The encouraging data from our preclinical studies of restenosis gene therapy reported today clearly support the further advancement of this program."

"These additional data, which corroborate earlier positive results using the novel cell cycle inhibitor genes created by our scientists, further demonstrate the potential of p27/p16 gene therapy," stated Muzammil Mansuri, Ph.D., Mitotix's executive vice president, research. "We are encouraged by the results to date from our preclinical p27/p16 gene therapy studies in both cardiovascular and cancer gene therapy."

Cell Genesys has exclusively licensed from Mitotix a group of natural cell cycle inhibitor genes essential to the growth and regulation of human cells, including p16, p27 and additional novel p27/p16 fusion molecules for the development of both cardiovascular and cancer gene therapy products. These genes play a key role in the regulation of cellular growth and have the potential in gene therapy for the treatment of cardiovascular disorders, such as restenosis, and other diseases including cancer. Mitotix and Cell Genesys have an ongoing research collaboration for the optimization and testing of the p16, p27 and p27/p16 fusion molecules. In several preclinical models, the p27/p16 fusion gene, delivered by an adenoviral gene delivery system, has demonstrated greater anti-proliferative activity than

either of the parental genes, p16 or p27.

Cardiovascular gene therapy products for restenosis could involve the delivery of the p27/p16 gene to the blood vessel at the time of angioplasty, potentially as an integral part of such a procedure. Utilizing Cell Genesys' second-generation adenoviral vector to deliver the therapeutic p27/p16 gene, the resulting genetic modification of the cells of the blood vessel lining could prevent hyperproliferation of these cells and provide protection against angioplasty induced restenosis. Ideally, the gene therapy could be delivered in an integrated angioplasty procedure using balloon catheters.

Cell Genesys is focused on the development and commercialization of gene therapies to treat major, life-threatening diseases including cancer and cardiovascular disease. The company is conducting two multicenter Phase II human clinical trials for its GVAX® cancer vaccine in prostate cancer and a Phase I/II trial of GVAX® vaccine in lung cancer. Preclinical stage programs include gene therapy for cancer, cardiovascular disorders, hemophilia and Parkinson's disease. Cell Genesys' assets outside gene therapy include its approximately 22 percent ownership of Abgenix, Inc. (Nasdaq: ABGX) and the company's licensing program in gene activation technology. Cell Genesys recently announced that subject to stockholder and regulatory approval, the company will be acquired by Genzyme General (Nasdaq: GENZ) in a stock-for-stock transaction expected to close during the first quarter of 2000.

Mitotix, Inc. is a private biotechnology company engaged in the discovery and development of products to diagnose and treat cancer, cardiovascular disorders, opportunistic infections, and other cell proliferation disorders. The company's development programs are based on proprietary patentable knowledge of the molecular pathways that regulate the cycle of cell growth and division. Mitotix has formed major collaborations in cancer therapeutics with the DuPont Pharmaceuticals Company focused on cyclin dependent kinase inhibitors and with BASF Pharma focused on cdc25 inhibitors. Mitotix was founded in 1992 and is headquartered in Cambridge, Massachusetts.

Statements made herein with respect to Cell Genesys, other than statements of historical fact, including statements about the company's progress and results of clinical trials and preclinical programs in cancer and cardiovascular gene therapy and others, timing of clinical trials, marketability of potential products and therapies and nature of product pipelines and the acquisition by Genzyme are forward-looking statements and are subject to a number of uncertainties that could cause actual results to differ materially from the statements made, including risks associated with the success of research and development programs, clinical trials, the regulatory approval process for clinical trials, competitive technologies and products, patents, corporate partnerships and collaborations with Mitotix and others and the need for additional financings and shareholder and regulatory approvals. There can be no assurance that Genzyme's acquisition of Cell Genesys will be consummated. For information about these and other risks which may affect Cell Genesys, please see the company's Annual Report on Form 10-K dated March 31, 1999 as well as Cell Genesys' reports on Form 10-Q and 8-K and other reports filed from time to time with the Securities and Exchange Commission.

BACK TO LIST                                                                                              BACK TO TOP

# D





- News

Press Release
Archives

**CELL GENESYS**

CONTACT
Jennifer Cook Williams
Manager
Corporate Communications
Cell Genesys
+1-650-425-4542

Petra Bassen
Investor Relations and
Corporate Communications
GPC Biotech AG
Germany
+49-89-85-65-26-91

## Cell Genesys and GPC Biotech Report Successful Preclinical Studies for Novel Cancer Gene Therapy

### Unique Growth Inhibitory Fusion Gene Can Target Multiple Tumor Types

FOSTER CITY, Calif. and MUNICH, Germany, August 23, 2000-Cell Genesys, Inc. (Nasdaq: CEGE) announced today, in collaboration with GPC Biotech AG (FSE: GPC) that a novel gene therapy employing a unique, proprietary fusion gene, referred to as p27/p16, was capable of killing multiple cancer cell types in preclinical studies. Of particular significance was that tumor cell death was induced in twelve of fourteen human tumor cell types regardless of whether the cells contained a normal or mutated p53 gene-a naturally occurring tumor suppressor gene which typically protects against cancer but is mutated in more than 50 percent of all human cancers. Additionally, the tumor cell killing with p27/p16 gene therapy was selective and did not affect surrounding normal tissue. These data were published in the August issue of the journal, *Molecular Therapy*, by James G. McArthur, Ph.D., and colleagues at Cell Genesys and GPC Biotech.

In the reported work, a number of preclinical studies were conducted to evaluate gene therapy with p27/p16, a unique fusion gene comprised of two cell cycle inhibitory genes, p27 and p16, which control tumor growth by blocking tumor cell division and inducing tumor cell death. In a series of studies in human tumor models in mice, the p27/p16 gene was delivered to the tumor using an adenoviral gene delivery system. Gene therapy with the p27/p16 fusion gene blocked tumor progression in approximately 50 percent of the treated animals, a result that was highly statistically significant in these experiments (p= .002). The fusion gene demonstrated five to 50-fold greater tumoricidal activity than either of the individual p16 and p27 genes. In addition, p27/p16 gene therapy demonstrated microscopic evidence of an antiangiogenic effect against the tumor with inhibition of tumor blood vessel formation.

"We are encouraged by the preclinical studies performed to date with p27/p16 gene therapy particularly with respect to the breadth of antitumor activity and selectivity for tumor as opposed to normal cells," stated Joseph J. Vallner, Ph.D., executive vice president and chief operating officer at Cell Genesys. "The success of this program together with our expanding research efforts in cancer gene therapy involving antiangiogenesis demonstrates Cell Genesys' growing pipeline of potential cancer products and is an important complement to our program in human clinical trials of GVAX® cancer vaccines." "This project exemplifies the substantial value of GPC Biotech's extensive estate of issued patents in the field of tumor suppressor genes and growth control, including p27/p16 which is derived from the tumor suppressor genes p16 and p27 and was originally engineered by scientists at Mitotix Inc.,

now GPC Biotech Inc. In the hands of Cell Genesys with its world class expertise in gene therapy, the p27/p16 fusion gene has exciting potential in the treatment of both cancer and cardiovascular disease," stated Muzammil Mansuri, Ph.D., executive vice president and chief operating officer for GPC Biotech's Cambridge, MA site.

In 1998, Cell Genesys exclusively licensed a family of cell cycle inhibitor genes from Mitotix, Inc., which was recently acquired by GPC Biotech AG (Munich, Germany). The licensed genes include p16, p27 and novel p27/p16 fusion genes. The collaboration was initially focused on the development of cardiovascular gene therapy products and was expanded to include cancer gene therapy products in 1999. The p16 and p27 cell cycle inhibitor genes, also referred to as cyclin dependent kinase inhibitors (CDKi), play a key role in the regulation of cellular division. Moreover, the p16 gene, a known tumor suppressor gene, has been shown to be missing or mutated in many important cancers. Gene therapy employing p16, p27 and/or the p27/p16 fusion gene could therefore potentially be used to treat a variety of cancers. In addition, such gene therapy may have applicability to the treatment of other diseases characterized by abnormal cell growth such as restenosis, a condition resulting from the excessive growth of blood vessel smooth muscle cells which can arise after angioplasty for coronary artery disease and other cardiovascular disorders. GPC Biotech and Cell Genesys have an ongoing research collaboration for the optimization and testing of the p16, p27 and p27/p16 fusion genes.

Cell Genesys is focused on the development and commercialization of cancer vaccines and gene therapies to treat major, life-threatening diseases. The company is conducting two multicenter Phase II human clinical trials for its GVAX® cancer vaccine in prostate cancer, a multicenter Phase I/II trial of GVAX® vaccine in lung cancer and expects to initiate additional GVAX® vaccine trials in pancreatic cancer, myeloma and leukemia during the coming year. Preclinical stage programs include gene therapy for hemophilia, cancer, cardiovascular disorders and Parkinson's disease. Cell Genesys' assets outside gene therapy include its approximately 12 percent ownership of Abgenix, Inc. and the company's licensing program in gene activation technology. For additional information, please visit the company's web site at www.cellgenesys.com.

GPC Biotech AG is a genomics-driven drug discovery company focused on applying a number of proprietary genomic, proteomic and drug discovery technologies to accelerate the identification and validation of novel drug targets for development of mechanism-based drugs in oncology, infectious diseases and immunology. The proprietary technologies provide life-science companies with a unique "one-stop-shop" resource by fully integrating functional genomics, proteomics and bioinformatics into drug discovery. GPC Biotech has globally-leading cell cycle expertise and a broad intellectual property position with 40 issued patents and over 120 patents pending. Drug discovery alliance partners include: Aventis Pharma, Bayer AG, DuPont Pharmaceuticals, Boehringer Ingelheim, Byk Gulden, Cell Genesys, Maxim Pharmaceuticals, Evotec Biosystems, MorphoSys, Genetica, Gene Alliance, Karo Bio USA and Atugen. GPC Biotech AG is headquartered in Munich, Germany with US subsidiaries GPC Biotech Inc. in Cambridge, MA and GPC Biotech USA in Princeton, NJ. For further information, please visit the corporate web site at www.gpc-biotech.com.

Statements made herein, other than statements of historical fact, including statements about Cell Genesys' progress and results of cancer and other preclinical studies, clinical trials, marketability and success of potential products and nature and growth of product pipelines, corporate partnerships, licenses and intellectual property including that pertaining to gene delivery technology and the company's patent portfolio are forward-looking statements and are subject to a number of uncertainties that could cause actual results to differ materially from the statements made, including risks associated with the continuation of research collaborations with GPC Biotech AG and others, the success of research and development programs, results achieved in future preclinical studies and clinical trials, the regulatory approval process, competitive technologies and products, the scope and validity of patents, corporate partnerships and additional financings. For information about these and other risks which may affect Cell Genesys, please see the company's Annual Report on Form 10-K dated March 30, 2000 as well as Cell Genesys' reports on Form 10-Q and 8-K and other reports filed from time to time with the Securities and Exchange Commission. This press release may contain certain views and forward-looking statements, which include terms such as "believes", "assumes", "expects", "intends" and similar language. Such views and forward-looking statements are based upon currently available information and are subject to known and unknown risks, uncertainties and other factors, as a result of which the actual future financial performance, development or performance of GPC Biotech or the business of GPC Biotech may substantially deviate from the anticipated events presented herein. Such factors include, but are not limited to, the following: competition from other companies, GPC Biotech's capital needs, financing costs, changes in operating costs, the ability to find and retain qualified staff, uncertainties relating to drug development and obtaining regulatory approvals, uncertainties related to the operations of GPC Biotech and other factors identified in GPC Biotech's Offering Circular dated May 30, 2000. GPC Biotech is not

undertaking any obligation to release publicly any updates to any forward-looking statements to reflect events or circumstances after the date of this release or to reflect the occurrence of unanticipated events.

BACK TO LIST                                                                                         BACK TO TOP

About Us | Product Progress | Patient Information | Investor's Corner | Career Opportu
) 2005 Cell Genesys, Inc. | Home | Search | Contact Us

# E





- News

Press Release
Archives

CONTACT
Jennifer Cook Williams
Manager
Corporate Communications
Cell Genesys, Inc.
650-425-4542

Eva Grabner
IR and Corp. Comm. Specialist
GPC Biotech AG
49 89 85 65 2693

**Cell Genesys and GPC Biotech Report Positive Preclinical Results for Cardiovascular Gene Therapy for Restenosis**

Significant Inhibition of Arterial Occlusion Following Gene Therapy in Pig Models

FOSTER CITY, CA, and MARTINSRIED/MUNICH, Germany, August 6, 2001--Cell Genesys, Inc. (Nasdaq: CEGE) today announced in collaboration with GPC Biotech AG (FSE: GPC) that in preclinical studies of cardiovascular gene therapy in porcine models, a novel cell cycle inhibitor fusion gene, p27/p16, has demonstrated potent inhibition of coronary artery occlusion resulting from restenosis, a complication associated with angioplasty treatment for coronary artery disease. Specifically, these studies showed a significant reduction of angioplasty-induced coronary intimal artery thickening in blood vessels--in some cases more than 60 percent--after treatment with p27/p16 gene therapy. These data were published in an August issue of the journal *Circulation Research*, the official journal of the American Heart Association, by James G. McArthur, Ph.D. and colleagues at Cell Genesys and GPC Biotech.

This preclinical study for preventing coronary restenosis is part of the companies' research collaboration to evaluate GPC Biotech's proprietary p27/p16 fusion genes which are created from the two cell cycle inhibitory genes p27 and p16. These *in vivo* studies, which used an infusion catheter mediated by an adenoviral gene delivery system, were initiated after encouraging results from preclinical studies of bypass graft and single and double balloon angioplasty induced restenosis in rabbits using p27/p16. These data were reported in November 1999 at the American Heart Association Meeting and were published in the journal, *Molecular Therapy*, the official journal of the American Society of Gene Therapy. In pigs, the model commonly used prior to initiating human trials, the p27/p16 gene therapy demonstrated significant inhibition of the proliferation of smooth muscle cells, which are responsible for the narrowing of the blood vessels, when compared with the untreated animals. Additionally, no toxicities were observed.

"We are encouraged by the data demonstrated in this preclinical study of p27/p16 for cardiovascular gene therapy, particularly in this therapeutically relevant model," stated Joseph J. Vallner, Ph.D., executive vice president and chief operating officer at Cell Genesys. "Cell Genesys is very optimistic about the future of this technology and the important complement it could provide to existing stent therapies. With our primary focus on commercializing products for cancer, however, we plan to outlicense or partner our cardiovascular program with a company dedicated to developing therapeutics for cardiovascular disorders."

"This study further demonstrates the commercial value of GPC Biotech's family of tumor suppressor and cell cycle control genes, including the p27/p16 fusion gene which was

engineered by GPC Biotech scientists," stated Muzammil Mansuri, Ph.D., executive vice president and chief operating officer for GPC Biotech's Waltham/Boston, Massachusetts site. "Cell Genesys' expertise in the field of gene therapy is a key element in fully realizing the exciting potential of p27/p16 gene therapy, which is being explored for both cardiovascular disease and cancer."

In 1998, Cell Genesys exclusively licensed a group of natural cell cycle inhibitor genes essential to the growth and regulation of human cells, from Mitotix Inc., which was later acquired by GPC Biotech AG (Munich, Germany). The licensed genes include p16, p27 and additional novel p27/p16 fusion molecules. GPC Biotech holds issued patents on these genes for the development of both cardiovascular and cancer gene therapy products. These genes play a key role in the regulation of cellular growth and have the potential in gene therapy for the treatment of cardiovascular disorders, such as restenosis, and other diseases including cancer. GPC Biotech and Cell Genesys have an ongoing research collaboration for the optimization and testing of the p16, p27 and p27/p16 fusion molecules. In several preclinical models, the p27/p16 fusion gene, delivered by an adenoviral gene delivery system, has demonstrated greater anti-proliferative activity than either of the parental genes, p16 or p27.

Cell Genesys is focused on the development and commercialization of cancer vaccines and gene therapies to treat major, life-threatening diseases. The company is conducting clinical trials of GVAX® cancer vaccines in prostate cancer, lung cancer, pancreatic cancer and myeloma and expects to initiate new studies in acute leukemia during 2001. Preclinical stage programs include gene therapies for cancer, hemophilia and cardiovascular disorders. Cell Genesys' majority-owned subsidiary, Ceregene, is focused on gene therapies for central nervous system disorders. Cell Genesys also continues to hold a 10.5 percent equity interest in its former subsidiary, Abgenix, an antibody product company. Additionally, on August 2, 2001, Cell Genesys announced that it entered into a definitive agreement, expected to close in 30 days, for the acquisition of Calydon, Inc., a private biotechnology company focused on developing therapeutic products for cancer. For additional information, please visit the company's web site at www.cellgenesys.com.

GPC Biotech AG is a genomics- and proteomics-driven drug discovery company focused on applying a number of proprietary genomic, proteomic and drug discovery technologies to accelerate the identification and validation of novel drug targets for development of mechanism-based drugs in oncology, infectious diseases and immunology. GPC Biotech has leading cell cycle expertise and a broad intellectual property position with 59 patents issued, that are wholly owned, co-owned or exclusively/co-exclusively licensed, and over 180 patents pending. Drug discovery alliance partners include: Aventis Pharma, Bayer AG, DuPont Pharmaceuticals, Boehringer Ingelheim GmbH, the Altana AG subsidiary Byk Gulden, Cell Genesys, Inc., Evotec OAI AG, MorphoSys AG and Karo Bio USA. GPC Biotech AG is headquartered in Martinsried/Munich (Germany) with two wholly owned US subsidiaries in Waltham/Boston, MA and in Princeton, NJ. For further information, please visit the corporate website at: http://www.gpc-biotech.com.

Statements made herein, other than statements of historical fact, including statements about Cell Genesys' progress and results of cardiovascular and other preclinical studies, clinical trials, marketability and success of potential products and nature and growth of product pipelines, corporate partnerships, licenses and intellectual property including that pertaining to gene delivery technology and the company's patent portfolio are forward-looking statements and are subject to a number of uncertainties that could cause actual results to differ materially from the statements made, including risks associated with the continuation of research collaborations with GPC Biotech AG and others, the success of research and development programs, results achieved in future preclinical studies and clinical trials, the regulatory approval process, competitive technologies and products, the scope and validity of patents, corporate partnerships and additional financings. For information about these and other risks which may affect Cell Genesys, please see the company's Annual Report on Form 10-K dated April 2, 2001 as well as Cell Genesys' reports on Form 10-Q and 8-K and other reports filed from time to time with the Securities and Exchange Commission.

This press release may contain certain views and forward-looking statements, which include terms such as "believes", "assumes", "expects", "intends" and similar language. Such views and forward-looking statements are based upon currently available information and are subject to known and unknown risks, uncertainties and other factors, as a result of which the actual future financial performance, development or performance of GPC Biotech or the business of GPC Biotech may substantially deviate from the anticipated events presented herein. Such factors include, but are not limited to, the following: competition from other companies, GPC Biotech's capital needs, financing costs, changes in operating costs, the ability to find and retain qualified staff, uncertainties relating to drug development and obtaining regulatory approvals, uncertainties related to the operations of GPC Biotech and other factors identified in GPC

Biotech's Offering Circular dated May 30, 2000. GPC Biotech is not undertaking any obligation to release publicly any updates to any forward-looking statements to reflect events or circumstances after the date of this release or to reflect the occurrence of unanticipated events.

BACK TO LIST                                                            BACK TO TOP

About Us | Product Progress | Patient Information | Investor's Corner | Career Opportu
) 2005 Cell Genesys, Inc. | Home | Search | Contact Us