



- News
  - Press Release Archives



**CELL GENESYS**

CONTACT
Jennifer Cook Williams
Associate Director
Corporate Communications
650-425-4542

**Cell Genesys Secures $60 Million Financing for Manufacturing Facility**

FOSTER CITY, CA, January 3, 2002--Cell Genesys, Inc. (Nasdaq: CEGE) today announced the completion of a $60 million asset-backed debt financing in connection with the construction of the company's manufacturing facility in Hayward, CA, which is scheduled for completion prior to the initiation of Phase III trials later this year. The loan, which is being provided by Fleet Bank of Boston, MA, will have an interest rate of LIBOR (London InterBank Offering Rate) plus one percent and a term of six years. Cell Genesys will pay interest only for the first year, followed by quarterly payments and an approximately 30 percent balloon payment at the end of the six-year period.

"Debt financings in the current interest rate environment are a very attractive financing option for companies at our stage making significant investments in product development and manufacturing infrastructure," stated Matthew J. Pfeffer, vice president and chief financial officer of Cell Genesys. "This $60 million financing will not only add significantly to our strong cash position of over $200 million but will also give us added flexibility in our long term financing strategy. As we have previously indicated, this strategy will continue to focus on the periodic sale of portions of our equity interest in Abgenix, Inc., a former subsidiary of Cell Genesys."

Cell Genesys has established a leadership position in manufacturing capabilities for both cell and viral-based gene therapy products. The company currently has a 48,000 square-foot GMP (Good Manufacturing Practices) manufacturing facility on-line in San Diego, CA and expects the Hayward GMP manufacturing facility, which will be 41,000 square feet, to be operational during the latter half of this year. Both facilities are designed to manufacture product for Phase III clinical trials as well as market launch. Cell-based products, such as the company's GVAX® cancer vaccines, will be manufactured in the Hayward facility, while viral-based products such as the company's oncolytic virus therapies and gene therapies are being manufactured in the San Diego manufacturing facility. The new Hayward facility is expected to cost approximately $60 million of which approximately $20 million was spent during 2001.

Cell Genesys, which is headquartered in Foster City, CA, is focused on the development and commercialization of innovative therapeutic products for cancer based on gene therapy technologies. The company is pursuing three cancer product platforms--GVAX® cancer vaccines, oncolytic virus therapies and *in vivo* cancer gene therapies. Clinical trials of GVAX® vaccines are under way in prostate cancer, lung cancer, pancreatic cancer, leukemia and myeloma. Clinical trials of oncolytic virus therapies include CG7060 and CG7870 in prostate cancer. Preclinical stage programs include oncolytic virus therapies and gene therapies for multiple types of cancer. Cell Genesys' majority-owned subsidiary, Ceregene, is focused on gene therapies for neurologic disorders. Cell Genesys also continues to hold approximately nine million shares of common stock in its former subsidiary, Abgenix, an antibody products company. For additional information, please visit the company's website at www.cellgenesys.com.

Statements made herein about Cell Genesys and its subsidiaries, other than statements of

historical fact, including statements about the company's financial situation, timelines for manufacturing facilities and the status and timelines of clinical trials and preclinical programs are forward-looking statements and are subject to a number of uncertainties that could cause actual results to differ materially from the statements made, including risks associated with the success of research and development programs, the ability to manufacture products for clinical trials, the success and results of clinical trials and preclinical studies, the regulatory approval process, patents and additional financings. For information about these and other risks which may affect Cell Genesys, please see the company's Annual Report on Form 10-K dated April 2, 2001 as well as Cell Genesys' reports on Form 10-Q and 8-K and other reports filed from time to time with the Securities and Exchange Commission.

BACK TO LIST                                                                                       BACK TO TOP

About Us | Product Progress | Patient Information | Investor's Corner | Career Opportu
) 2005 Cell Genesys, Inc. | Home | Search | Contact Us

# B

SEARCH REPORTS

Advanced Search

# DECISION RESOURCES
*Knowledge, Experience, Insight*

> > LOGIN

PRODUCTS AND SERVICES
- ■ Pharmacor
- ☐ Spectrum
- ☐ DecisionBase
- ☐ DecisionMETRICS
- ☐ HealthLeaders-InterStudy
- ☐ DR Pipeline & Industry
- ☐ PhysicianForum
- ☐ PatientBase
- ☐ Consulting
- ☐ Pathways & Processes

THERAPEUTIC FOCUS
- ☐ Cancer
- ☐ Cardiovascular
- ☐ CNS Disorders
- ☐ Gastrointestinal Diseases
- ☐ Genitourinary Diseases
- ☐ Immune & Inflammatory
- ☐ Infectious Diseases
- ☐ Metabolic Disorders
- ☐ Pain
- ☐ Respiratory Diseases

BUSINESS INTELLIGENCE
- ☐ Commercial & Regulatory
- ☐ Drug Discovery Technology
- ☐ Industry Dynamics
- ☐ Pricing & Reimbursement

> > BROWSE OUR PRODUCTS
> > PURCHASED REPORTS
> > ACCOUNT ADMIN

Forgot your password?

HOME | ABOUT US | CAREERS | CONTACT US | DIRECTIONS | ?





## About Us

>Who We Are
>Executive Team
>Clients
>Core Values
>Our Corporate Headquarters

**Who We Are**

For almost three decades, Decision Resources has provided in-depth research on the trends, emerging developments, and market potential of the drug industry. Large pharmaceutical companies as well as startup biotechs turn to Decision Resources for the information they need to license, market, and compete. The privately owned company offers research publications, advisory services, and consulting designed to help clients shape strategy, allocate resources, and master their chosen markets. Using both primary and secondary resources, our highly credentialed in-house staff studies surveys and data, and conduct interviews with physicians to determine the status of a variety of diseases and drugs. By assessing international pharmaceutical and health care industry trends, Decision Resources can present specific conclusions that help organizations achieve commercial success.

**Executive Team**

Peter Hoenigsberg, CEO
Sarah W. Fuller, President and COO
Loretta D. Keane, Vice President and CFO
Andy Archer, Vice President, Business Development
Mark E. Boyer, Vice President Marketing
Mary Carrigan, Vice President, Human Resources
Cecilia Lenk, Vice President, Information Technology
Joan L. L'Esperance, Vice President
James McDermott, Vice President, Consulting
Zvi Ruder, Vice President, Content and Advisory Services
Joseph Walsh, Vice President and Managing Director, North America
Makiko Yoshimoto, Vice President and Managing Director, Japan

**Clients**

The following is a partial list of organizations that rely on

Decision Resources products and services.

| | |
|---|---|
| 454 Corp. | Meiji Seika Kaisha |
| Ajinomoto Co., Inc. | Merck KGaA |
| Almirall Prodesfarma | Millennium Pharmaceuticals |
| Altana Pharma | MONY Life Insurance |
| Amgen | Myriad Genetics |
| Asahi | Novartis |
| AstraZeneca | Novo Nordisk A/S |
| Aventis | NPS |
| Baxter | OSI |
| Bayer | Otsuka |
| Biotie Therapies | Pain Therapy |
| Biovail Pharmaceuticals | Pfizer |
| Boehringer-Ingelheim | Pharmacia |
| Bristol-Myers Squibb | Procter & Gamble |
| Capital Group | Protein Design Labs |
| Cell Genesys Inc. | Purdue Pharma |
| Chiron Corp. | QLT Inc. |
| Corixa Corp. | Sankyo Co. |
| Dade Behring Marburg | Sanofi-Synthelabo |
| Daiichi Pharmaceutical | Schering AG |
| Dainippon | Schering-Plough |
| Eisai Co. | Schwarz Pharma |
| Ferring A/S | Serono International |
| Fujisawa Pharma | Servier |
| GelTex | Shire Pharma |
| Genecor | Solvay Pharmaceuticals |
| Genetech, Inc. | Sumitomo Pharmaceutical |
| GlaxoSmithKline | Sun America |
| Human Genome Sciences | Taisho Pharmaceutical |
| IDEC | Takeda |
| Immunex | Theratechnologies |
| Industry Canada | Tularik, Inc. |
| Inhale Therapeutic Systems | UCB |
| InterMune | Vertex Pharmaceuticals |
| Invesco | Wyeth Ayerst |
| Japan Tobacco | Xoma |
| Johnson & Johnson | Yamanouchi |
| Lab. ESTEVE | ZymoGenetics |
| Lundbeck | |

Core Values

We are committed to excellence, integrity, compassion, and innovation in all that we do.

Our first responsibility is to the clients who use our products, for whom we will strive to produce the best value.
Our products must be of the highest quality and help our clients make better decisions.
We will make and keep commitments to our clients and ourselves.

Our second responsibility is to our most vital asset: the men and women who work with us.
We must recruit and retain excellent people, train them, inspire them, and expect them to succeed.
We are committed to creating a work environment that is challenging and stimulating.
We will trust and respect the dignity of all and foster personal and professional growth.
We will support our colleagues' desire to live balanced lives; we will work hard and have fun.
Our employees must have a sense of security in their jobs, and compensation must be fair.
We will provide equal opportunity for employment and advancement.
We will recognize, celebrate, and reward team and individual success.

Our third responsibility is to the communities in which we work and

live.
We will be good citizens - support good works and charities.
We will encourage civic involvement, better health, and education.

Our final responsibility is to our shareholders.
Our business must make a fair profit.
Steady profitable growth is a means to make all our values and goals attainable.

We will strive to improve continuously and to be best-in-class in all that we do.

Inspired by the Johnson & Johnson credo.
Used with the permission of Johnson & Johnson.

**Our Corporate Headquarters**

**The Howard Clock Building, Charles Street, Waltham**

1884-1896
In 1884, Charles vanderWoerd, the former mechanical superintendent of the Waltham Watch Company, enlisted the support of E.C. Hammer to form the United States Watch Company. In 1886, this company purchased three acres of land on Charles Street in Waltham and erected the first wing of a factory. To raise capital, the land and building were sold in June 1895 to the executors for the estate of E.C. Hammer. By 1896, the company had produced about 900,000 watches.

1901
The United States Watch Company was reincorporated in 1901 by Theophilus Zurbrugg of the Keystone Watch Case Company and Walter W. Hastings of the New York Standard Watch Company. The Suffolk Watch Company of Waltham was purchased and its equipment and personnel were transferred to the Charles Street factory, which was expanded with two additional wings.

1903-1910
Rights to use the "Howard" name in the manufacture of watches were transferred from E. Howard and Company of Boston to E. Howard Watch Company, which was incorporated with Zurbrugg as president. The E. Howard Watch Company was dissolved in 1910, and the Charles Street plant was operated under the E. Howard Watch Works name.

1910-1930
E. Howard Watch Works continued with moderate success into the late 1920s, when increased competition forced it to cease manufacturing watch movements. In 1930 the land and buildings of the Charles Street factory were sold to the E. Howard Clock Company, the business started in 1842 by Edward Howard in Roxbury. The Howard Watch companies produced about 1,500,000 watches during their 30-year existence.

1930-1934
The E. Howard Clock Company produced Howard clocks, supplied repair parts for Howard watches, and made instrument parts on a contract basis. The Howard Clock Products Company was incorporated in 1934 and leased the Charles Street factory from E. Howard Clock Company.

1935-1976
Howard Clock Products built a successful business, concentrating on precision machine components, screw making products, gear pinions, repair parts for Howard clocks, and complete clocks of the original Howard design. Bomb fuses were a significant product during the Vietnam War years.

1977-1983
In 1977, Howard Clock Products was sold to E. Richard Beckman, who was later convicted of arson for setting fire to the Charles

Street factory to collect insurance. After the fire, Ira B. Gordon of Waltham helped rescue the firm by purchasing the real estate and providing needed finances. Replicas of mid-1800 Howard clocks were produced at Charles Street. Steve Abrams purchased the company from the estate of Ira Gordon in 1983.

1986-2000
In 1986, Abrams sold the Howard Clock assets to Alan Ritsko. Under the E. Howard and Company name, Ritsko made wall clocks with the original Howard designs. In 1988, this business relocated to Hanover, Massachusetts, and in 1993 it was sold to Alan McCormack and relocated to LaCrosse, Wisconsin. Howard Precision Products, formed by Abrams in 1986, manufactured precision parts for the timing industry in the Charles Street factory until 2000.

2000
In 2000, National Development purchased the Charles Street factory from the Gordon family and entered into a long-term lease to renovate and expand the facility to serve as the headquarters of Decision Resources, Inc.