

Bibliography - Cell Genesys - Research Library



**CELL GENESYS**

ATTACKING SERIOUS DISEASES

GVAX® Prost

| Product Platforms | Clinical Stage Portfolio | Preclinical Pipeline | Manufacturing | Research Library |

| ABOUT US | PRODUCT PROGRESS | PATIENT INFORMATION | INVESTOR'S CORNER | CAREER OPPORTUNITIES |

| Clinical Trials | Trials Open for Enrollment | Patient's Library |

SEARCH

Research Library
Glossary
Industry Links

■ Bibliography

# BIBLIOGRAPHY

Morck Thomas A, Santarsiero LM, Lutz ER, Armstrong TD, Chen Y-C, Huang I-Q, Laheru DA, Goggins M, Hruban RH, Jaffee EM. Mesothelin-specific CD8+T Cell Responses Provide Evidence of In Vivo Cross-Priming by Antigen-Presenting Cells in Vaccinated Pancreatic Cancer Patients. *The Journal of Experimental Medicine*, Vol. 200, No. 3, pp: 297-306, (2004).

Nemunaitis J, Sterman D, Jablons D, SmithII J, Fox B, Maples P, Hamilton S, Borellini F, Lin A, Morali S, Hege K. Granulocyte-Macrophage Colony-Stimulating Factor Gene-Modified Autologous Tumor Vaccines in Non-Small-Cell Lung Cancer. *Journal of the National Cancer Institute*, Vol. 96, No. 4, pp: 326-331, (2004).

Salgia R, Lynch T, Skarin A, Lucca J, Lynch C, Jung K, Hodi FS, Jaklitsch M, Mentzer S, Swanson S, Lukanich J, Bueno R, Wain J, Mathisen D, Wright C, Fidias P, Donahue D, Clift S, Hardy S, Neuberg D, Mulligan R, Webb I, Sugarbaker D, Mihm M, Dranoff G. Vaccination with irradiated autologous tumor cells engineered to secrete granulocyte-macrophage colony-stimulating factor augments antitumor immunity in some patients with metastatic non-small-cell lung carcinoma. *Journal of Clinical Oncology*, 21(4), pp: 624-30 (2003).

Yu DC, Working P, and Ando D. Selectively replicating oncolytic adenoviruses as cancer therapeutics. *Current Opinion in Molecular Therapeutics*, 4(5), pp: 435-443 (2002).

Zhang J, Ramesh N, Chen Y, Li Y, Dilley J, Working P, Yu D.C. Identification of Human Uroplakin II Promoter and its use in the Construction of CG8840, a Urothelium-specific Adenovirus Variant that Eliminates Established Bladder Tumors in Combination with Docetaxel. *Cancer Research*, Vol. 62, pp: 3743-3750 (2002).

DeWeese,T.L., van Der Poel, H., Li, S., Mikhak, B., Drew, R., Goemann, M., Hamper, U., DeJong, R., Detorie, N., Rodrigues, R., Haulk, T., DeMarzo, A.M., Piantadosi, S., Yu, D.C., Chen, Y., Henderson, D.R., Carducci, M.A., Nelson, W.G., Simons, J.W., A phase I trial of CV706, a replication-competent, PSA selective oncolytic adenovirus, for the treatment of locally recurrent prostate cancer following radiation therapy. *Cancer Research*, Vol.61, No. 20, pp: 7464-72 (2001).

Li, Y., Yu, D.C., Chen, Y., Amin, P., Zhang, H., Nguyen, N., Henderson, D.R. A Hepatocellular Carcinoma-specific Adenovirus Variant, CV890, Eliminates Distant Human Liver Tumors in Combination with Doxorubicin. *Cancer Research*, Vol. 61, No. 17, pp: 6428-6436 (2001).

Chen, Y., DeWeese, T., Dilley, J., Zhang, Y., Li, Y., Ramesh, N., Lee, J., Pennathur-Das, R., Radzyminski, J., Wypch, J., Brignetti, D., Scott, S., Stephens, J., Karpf, D.B., Henderson, D.R., Yu, D.C. CV706, a Prostate Cancer-specific Adenovirus Variant, in Combination with Radiotherapy Produces Synergistic Antitumor Efficacy without Increasing Toxicity. *Cancer Research*, Vol. 61, No. 17, pp: 5453-5460 (2001).

Jaffee, E., Hruban, R., Biedrzycki, B., Laheru, D., Schepers, K., Sauter, P., Goemann, M., Coleman, J., Grochow, L., Donehower, R., Lillemoe, K., O'Reilly, S., Abrams, R., Pardoll, D., Cameron, J., Yeo, C. Novel allogeneic granulocyte-macrophage colony stimulating factor-secreting tumor vaccine for pancreatic cancer: A Phase I trial of safety and immune activation. *Journal of Clinical Oncology*, Vol. 19, No. 1, pp: 145-156 (2001).

Yu, D., Dilley, J., Li, Y., Embry, M., Zhang, H., Nguyen, N., Amin, P., Oh, J. Antitumor synergy of CV787, a prostate cancer-specific adenovirus, and paclitaxel and docetaxel. *Cancer Research*, Vol. 61, No. 2, pp: 517-525 (2001).

Borrello, I., Sotomayor, E., Rattis, F-M., Cooke, S., Gu, L., Levitsky, H. Sustaining the graft-versus-tumor effect through postransplant immunization with granulocyte/macrophage colony-stimulating factor (GM-CSF)-producing tumor vaccines. *Blood*, Vol. 95, No. 10, pp: 3011-3019 (2000).

Simons, J., Mikhak, B., Chang, J., DeMarzo, A., Carducci, M., Lim, M., Weber, C., Baccala, A., Goemann, M., Clift, S., Ando, D., Levitsky, H., Cohen, L., Sanda, M., Mulligan, R., Partin, A., Carter, H., Piantadosi, S., Marshall, F., Nelson, W. Induction of immunity to prostate cancer antigens: Results of a clinical trial of vaccination with irradiated autologous prostate tumor cells engineered to secrete granulocyte-macrophage colony-stimulating factor using ex vivo gene transfer. *Cancer Research*, No. 59, pp: 5160-5168 (1999).

Soiffer, R., Lynch, T., Mihm, M., Jung, K., Rhuda, C., Schmollinger, J., Hodi, F., Liebster, L., Lam, P., Mentzer, S., Singer, S., Tanabe, K., Cosimi, B., Duda, R., Sober, A., Bhan, A., Daley, J., Neuberg, D., Parry, G., Rokovich, J., Richards, L., Drayer, J., Berns, A., Clift, S., Cohen, L., Mulligan, R., Dranoff, G. Vaccination with irradiated autologous melanoma cells engineered to secrete human granulocyte-macrophage colony-stimulating factor generates potent antitumor immunity in patients with metastatic melanoma. *Proceedings of the National Academy of Sciences*, Vol. 95, pp: 13141-13146 (1998).

Rodriguez, Ron, Schuur, Eric R., Lim, Ho Yeong, Henderson, Gail A., Simons, Jonathan W., Henderson, Daniel R. Prostate Attenuated Replication Competent Adenovirus (ARCATM) CN706: A Selective Cytotoxic for Prostate-Specific Antigen-Positive Prostate Cancer Cells. *Cancer Research*, Vol. 57, No. 13, pp: 2559-2563, (1997).

Hardy, S., Kitamura, M., Harris-Stansil, T., Dai, Y., Phipps, M.L. Construction of adenovirus vectors through cre-lox recombination. *Journal of Virology*, Vol. 71, No. 3, pp: 1842-1849 (1997).

Wang, Q., Greenburg G., Bunch, D., Farson, D., Finer, M.H. Persistent transgene expression in mouse liver following in vivo transfer with a DE1/DE4 adenovirus vector. *Gene Therapy*, Vol. 4, No. 5, pp: 393-400 (1997).

Wang, Q., Finer, M. Second-generation adenovirus vectors. *Nature Medicine*, Vol. 2, No. 4,

Bibliography - Cell Genesys - Research Library

pp: 714-716 (1996).

Wang, Q., Jia X.-C., Finer, M. A packaging cell line for propagation of recombinant adenovirus vectors containing two lethal gene-region deletions. *Gene Therapy*, pp: 775-783 (1995).

Dranoff G., Jaffee E., Lazenby A., Golumbek P., Levitsky H., Brose K., Jackson V., Hamada H., Pardoll D., Mulligan R.C. Vaccination with irradiated tumor cells engineered to secrete murine granulocyte-macrophage colony-stimulating factor stimulates potent, specific, and long-lasting anti-tumor immunity, *Proceedings of the National Academy of Science*, Vol. 90, No. 8, pp: 3539-43 (1993).

BACK TO TOP

# B

Public release date: 5-Oct-2004
[ Print Article | E-mail Article | Close Window ]



Contact: Brian Brewer
brianb@cancerresearch.org
212-688-7515
Ludwig Institute for Cancer Research

# Cancer Vaccines: A Report from the World - Day Three

### International symposium showcases promise of cancer vaccine development

New York (October 6th) -- Vaccines that harness the exquisite specificity of a patient's own immune system to detect and attack cancer cells have long been a dream of cancer immunologists. Now cancer vaccines appear even closer to reality as speaker after speaker on the final day of the 2004 International Cancer Immunotherapy Symposia Series reported consistent and reproducible immunological responses against cancer cells using various approaches to vaccination. Several speakers also presented preliminary results from small early-phase trials, which suggest that even more Phase III clinical trials to test therapeutic efficacy will soon be warranted.

The three day Symposium was highly successful according to Dr. Jill O'Donnell-Tormey, Executive Director of the Cancer Research Institute (CRI) in New York, which organizes the acclaimed meetings. "This year's Symposium has brought together the leading cancer immunologists from around the globe, and really showcased the thoughtful, solid science that's going into the development of these vaccines. It's clear that the majority of the cancer immunotherapy field has moved away from 'shoot and see' approaches. Investigators are now carefully monitoring and characterizing the immune response to systematically develop effective vaccines."

Highlights from the third day included a presentation, by Dr. Glenn Dranoff of the Dana-Farber Cancer Institute, covering the latest developments in vaccines based on tumor cells that have been engineered to produce a protein component of the immune system. Dr. Dranoff's work, supported by CRI for several years, is the basis of the technology behind GVAX® Cancer Vaccines (Cell Genesys Inc.) one of the first types of vaccine to enter Phase III efficacy trials. Dr. Dennis Panicali of Therion Biologics Corporation gave an intriguing overview of preclinical and clinical research that has led to the initiation of the first Phase III clinical trial of a pox virus-based cancer vaccine.

Finally, a report on the progress of the international Cancer Vaccine Collaborative (CVC), an innovative partnership between CRI and the global Ludwig Institute for Cancer Research (LICR) was also presented. Dr. Kunle Odunsi (Roswell Park Cancer Institute) described laboratory and clinical research in the CVC's ovarian cancer program, including preliminary results from a Phase I clinical trial of a vaccine designed to reduce the high rate of ovarian cancer relapse. The CVC's Dr. Daniel Speiser (LICR Lausanne Branch) then compared and contrasted Dr. Odunsi's presentation with laboratory and clinical trials results from a parallel melanoma program in Switzerland.

For Dr. O'Donnell-Tormey, the prominence of the results from CRI-funded research and CVC clinical trials was especially gratifying. "It's exciting to know that the CRI, a small New York-based charity, is contributing to developments in the international cancer vaccine movement through the funding of basic laboratory discovery and clinical discovery for vaccines. But it's even more exciting that the CVC clinical trial sites in the US are benefiting from the pooled knowledge from vaccine developments taking place around the world."

### ###

* Presentation summaries available on request.

[ Print Article | E-mail Article | Close Window ]



# C



CELL GENESYS

| ABOUT US | PRODUCT PROGRESS | PATIENT INFORMATION | INVESTOR'S CORNER | CAREER OPPORTUNITIE |



Stockholder Information     Corporate Governance     News     Calendar     Investor's Library     Informa

■ News

Press Release
Archives

CELL GENESYS

CONTACT
Kathleen Sereda Glaub
Senior Vice President and
Chief Financial Officer
415-358-9600, X242

**Cell Genesys Signs Additional Research Collaborations for Cancer Gene Therapy Program**

FOSTER CITY, Calif., January 8, 1997 -- Cell Genesys, Inc. (Nasdaq: CEGE) today announced the recent signing of separate research collaborations and options with the National Cancer Institute (NCI), the Dana-Farber Cancer Institute, and the Arizona Cancer Center at the University of Arizona related to gene therapies for specific cancers, including ovarian, colon, breast, lung and prostate cancers. These agreements will expand the portfolio of genes available for the company's cancer gene therapy program and will generate preclinical data for multiple cancer applications.

SEARCH

"We believe Cell Genesys' gene therapy represents an exciting and novel approach to the treatment of cancer," said Mitchell Finer, Ph.D., vice president, research at Cell Genesys. "Recent studies have indicated that the immune systems of cancer patients are in fact working hard to counter disease. However, their immune systems either cannot keep pace with the disease, or the cancer cells somehow escape the recognition process of the immune system. By creating cancer-specific immune cells for therapy, Cell Genesys' gene therapy could potentially overcome these problems and thereby enhance the natural disease-fighting power of the human immune system."

Initial Cancer Gene Therapy Targets Multiple Cancers
The company's lead cancer effort, which targets multiple cancers including colon, breast, lung, ovarian and prostate cancers, is being conducted in collaboration with the NCI under a Collaborative Research and Development Agreement (CRADA) with NCI signed by the company.

In this effort, Cell Genesys scientists have utilized an antibody gene, CC49, to construct immune cells that specifically target a tumor-associated antigen, TAG-72. This antigen is associated with several cancers, including the majority of colon and ovarian carcinomas. Preclinical laboratory studies have demonstrated highly specific killing of colon tumor cells in vitro by these engineered immune cells. Additional preclinical studies will provide the basis for an Investigational New Drug application (IND) and the initiation of Phase I human clinical testing planned for the second quarter of 1997.

Preclinical work also is under way with the company's collaborators to study Cell Genesys' gene therapy approach for the treatment of a variety of additional cancers. Based on these studies, the company plans to initiate clinical trials for a second cancer gene therapy product candidate in early 1998. Research and preclinical studies are being conducted for a breast cancer product candidate under an option agreement with the Dana-Farber Cancer Institute, and for a cancer product candidate which targets multiple cancers under a research collaboration with Evan Hersh, M.D., Chief of Oncology of the Arizona Cancer Center at the University of Arizona. The company also has a collaboration with Dr. Lloyd Old of the Ludwig Institute for Cancer Research and the Sloan-Kettering Institute for Cancer Research, signed in 1995.

Cell Genesys' Approach To Gene Therapy

Company scientists engineer killer T cells from the human immune system by introducing novel, proprietary disease-specific receptor genes. The resulting disease-specific T cells can then mimic the body's natural defense system by targeting and destroying specific cancer cells or virally-infected cells. Because the normal immune function could be enhanced by these engineered T cells, this approach may be particularly useful in treating patients whose immune systems are impaired such as cancer patients who have undergone radiation or chemotherapy.

Specifically for the treatment of cancer, Cell Genesys scientists engineer killer T cells by utilizing genes that express cancer-specific antibodies. The proprietary genes are introduced into a T cell causing the cell to produce a novel cell surface receptor that targets and binds a specific disease antigen, or protein, on a cancer cell thereby signaling the T cell to kill the cancer cell through normal immune system mechanisms.

Additional Company Background Information

Cell Genesys is focused on the development and commercialization of gene therapies to treat major, life-threatening diseases, including AIDS and cancer. The company's objective is to commercialize both *ex vivo* gene therapy with genetically engineered human immune cells and *in vivo* gene therapy. Gene therapy for AIDS is in Phase II human clinical testing and is being developed through a worldwide collaboration with Hoechst Marion Roussel. Cell Genesys has retained worldwide rights to gene therapy for cancer and is conducting preclinical studies for colon, ovarian and other specific types of cancer. Abgenix, a wholly owned subsidiary of Cell Genesys, was established in June 1996 to focus on the development and commercialization of human antibodies to treat a wide range of medical disorders, including inflammation, autoimmune disorders, cancer and other serious diseases.

Statements made in this press release about the company's and its subsidiary's clinical trials and product pipelines, other than statements of historical fact, are forward looking statements and are subject to a number of uncertainties that would cause actual results to differ materially from the statements made, including risks associated with the success of research and product development programs, the regulatory approval process, and competitive products. Please see the company's Form 10-K dated March 28, 1996, including the portions of the Annual Report to Stockholders incorporated therein by reference, for information about risks associated with clinical trials and product development programs and other risks which may affect the company.

BACK TO LIST                                                                BACK TO TOP

# D



■ News

Press Release
Archives



CONTACT
Kathleen Sereda Glaub
Senior Vice President and
Chief Financial Officer
650-425-4542

SEARCH

### Cell Genesys Initiates Human Clinical Trials For New GVAX™ Cancer Vaccine

#### Initial Clinical Data Expected in First Half of 1998

FOSTER CITY, Calif., October 1, 1997 - Cell Genesys, Inc. (Nasdaq: CEGE) today announced that Phase I/II human clinical studies have been initiated in the company's GVAX(TM) cancer vaccine program. Based on positive data from earlier trials of the first generation GVAX(TM), reported at the May 1997 American Society of Clinical Oncology meeting, Cell Genesys is conducting additional clinical trials testing improved configurations of this cancer vaccine. Two of the GVAX(TM) clinical studies, targeting lung cancer and melanoma, are being conducted by Glenn Dranoff, M.D. and colleagues at the Dana-Farber Cancer Institute, Massachusetts General Hospital and The Brigham and Women's Hospital, Inc. The third clinical study, targeting prostate cancer, is being conducted at Johns Hopkins Medical Institutions under the direction of Jonathan Simons, M.D.

"The clinical results that we have seen from this cancer vaccine have been encouraging, so we are enthusiastic about continuing clinical development with the improved configurations of GVAX(TM)," stated Dr. Glenn Dranoff, medical oncologist, department of adult oncology at the Dana-Farber Cancer Institute and assistant professor of medicine at Harvard Medical School. "We observed a strong antitumor immune response and occasional tumor regressions in previous GVAX(TM) trials, which were conducted in patients with melanoma."

"Cancer has been an elusive disease, and in spite of tremendous research effort, cancer remains a significant unmet medical need. There are approximately 307,000 new cases of prostate cancer each year in the United States," said Dr. Jonathan Simons, associate professor of oncology and urology at Johns Hopkins Medical Institutions. "We are intrigued by the Phase I data for GVAX(TM) in prostate cancer and hope that GVAX(TM), if used following surgery or radiation, can be effective in preventing the spread of cancer."

The clinical trials being conducted in lung cancer and melanoma will evaluate a more economical and practical format of GVAX(TM) cancer vaccine as an "autologous" or patient-specific product. This treatment involves the surgical removal of the patient's tumor. A vaccine is prepared from the patient's tumor cells following radiation, and then genetically modified using an adenoviral gene delivery system to secrete granulocyte macrophage-colony stimulating factor (GM-CSF), a powerful immune system stimulant. The modified cells, or vaccine, are then injected as a form of cancer gene therapy to stimulate the immune system to specifically target and kill the patient's tumor cells. The use of the adenoviral gene delivery system eliminates the need for extensive cell expansion and thereby has significantly shortened the procedure to one which can be completed at the hospital site within approximately two days. Enrollment for these trials is expected to include approximately 25 melanoma patients and approximately 25 lung cancer patients.

A second newly configured GVAX(TM) product format, which is "allogeneic" or non-patient specific, will be tested in prostate cancer. This vaccine is composed of irradiated, genetically modified GM-CSF-secreting tumor cell lines which can be manufactured easily at commercial

scale as a traditional pharmaceutical product in a bottle. This alleviates the need for individual patient tumor cell processing, making this product configuration more economical. Enrollment for this study is expected to include up to approximately 30 patients. Following surgery and treatment with the GVAX(TM) vaccine, potential recurrence of prostate cancer will be measured by a highly sensitive prostate specific antigen (PSA) blood test which can measure disease prior to obvious tumors.

The company's cancer gene therapy program also includes a human clinical trial evaluating the company's T cell gene therapy for cancer which has recently been initiated in advanced colon cancer. The trial will evaluate approximately 20 patients and is being conducted at Stanford University and the University of California San Francisco. This therapy involves removing immune system cells, or T cells, from patients and genetically modifying them with a proprietary therapeutic gene to target and kill colon cancer cells. The T cells are engineered to target a specific antigen that is associated with colon cancer cells in over 90 percent of patients with this disease. When the genetically modified T cells are injected back into the patient, they can potentially seek out the tumor cells and destroy them, causing shrinkage of the tumor.

Cell Genesys is focused on the development and commercialization of *ex vivo* and *in vivo* gene therapies to treat major, life-threatening diseases and disorders such as cancer and AIDS. The company's AIDS gene therapy is in Phase II human clinical testing. In the cancer area, Cell Genesys has initiated human clinical trials for its T cell gene therapy in colon cancer and for its GVAX(TM) cancer vaccine in lung, melanoma and prostate cancer. The company is conducting preclinical studies in other cancer indications, hemophilia, cardiovascular disease and neurologic disorders. Cell Genesys' assets outside gene therapy include its Abgenix, Inc. subsidiary, which is developing antibody therapies for transplantation-associated medical conditions, inflammation, autoimmune disorders and cancer, as well as the company's licensing program in gene activation technology.

Statements made in this press release about the company's and its subsidiary's clinical trials and product pipelines, other than statements of historical fact, are forward looking statements and are subject to a number of uncertainties that could cause actual results to differ materially from the statements made, including risks associated with the timing and success of clinical trials and product development and the impact of the clinical regulatory approval process. Please see the company's Form 10-K/A dated April 30, 1997 for information about risks associated with clinical trials and product development programs and other risks which may affect the company.

BACK TO LIST                                                          BACK TO TOP

About Us | Product Progress | Patient Information | Investor's Corner | Career Opportur
) 2002 Cell Genesys, Inc. | Home | Search | Contact Us

http://208.39.185.170/investing-press-release.shtml?code=AC1EEEBEEE9D449E83606BE...     9/6/2005

# E

 CELL GENESYS



| ABOUT US | PRODUCT PROGRESS | PATIENT INFORMATION | INVESTOR'S CORNER | CAREER OPPORTUNITIE |

| Stockholder Information | Corporate Governance | News | Calendar | Investor's Library | Informa |

■ **News**

Press Release
Archives

 CELL GENESYS

CONTACT
Kathleen Sereda Glaub
Senior Vice President and
Chief Financial Officer
650-425-4542

**Cell Genesys Scientists Report Killing Of HIV-Infected Cells With T Cell Gene Therapy**

FOSTER CITY, Calif., October 13, 1997--Cell Genesys, Inc. (Nasdaq: CEGE) reported today that a team of company scientists has demonstrated early and efficient killing of human immunodeficiency virus (HIV)-infected cells in laboratory studies using immune system T cells which have been genetically engineered to seek out and destroy HIV-infected cells. The "programmed" T cells target and kill infected cells as efficiently and early as naturally occurring HIV-specific T cells, which are lost during the early stages of HIV infection. In addition, the gene modified T cells demonstrated efficient killing of both types of immune cells--T cells and macrophages--where HIV infection has been shown to persist despite the best available antiviral drug therapy. The laboratory work, which was done in collaboration with Bruce D. Walker, M.D., director, Partners AIDS Research Center at Massachusetts General Hospital and Harvard Medical School, was published in the October 1997 issue of the journal, *Proceedings of the National Academy of Sciences.* The company is currently conducting Phase II human clinical trials of T cell gene therapy in HIV infection.

SEARCH

"We believe we have identified an important new treatment strategy for AIDS based on our findings in this study," stated Bruce D. Walker, M.D. "Not only did we demonstrate that the genetically modified T cells perform as efficiently as naturally occurring cells, but the cells also recognize the infected cells early enough to enable the genetically modified cells to destroy them before they produce virus, thus inhibiting viral replication."

"In light of the recent announcements reporting the deficiencies of even the best of the new antiviral drugs, it is clear that we need to continue to aggressively seek more effective and potentially complementary approaches for the treatment of AIDS," stated Dale G. Ando, M.D., vice president, clinical research of Cell Genesys. "Importantly, our genetically modified T cells have shown that in addition to killing HIV-infected T cells, they are also able to kill macrophages, a reservoir for virus which antiviral drugs are not able to eradicate."

Cell Genesys also demonstrated as reported in this published work that the genetically modified T cells are able to recognize and kill diverse mutated strains of HIV. This virus has been shown to continuously mutate, preventing the naturally occurring HIV-specific T cells from recognizing the HIV-infected cells and therefore disabling the patient's immune system to fight the mutated strains of virus. Infusion of the genetically modified T cells could enable the patient's immune system to again be able to fight the battle against HIV.

Cell Genesys has developed a proprietary gene therapy technology in which T cells are genetically modified to express receptors enabling the cells to target and destroy malignant or virally infected cells. In its AIDS gene therapy program, which is currently in Phase II human clinical trials, T cells have been modified with a proprietary gene to seek out "gp120", a cell surface protein expressed by HIV-infected cells.

Two types of cells which are eradicated early in HIV-infected patients are CD4 (helper) and CD8 (killer) T cells. Both are immune system cells, and their absence severely disables the

**F**



Stockholder Information    Corporate Governance    News    Calendar    Investor's Library    Informa

■ News

Press Release
Archives



SEARCH

CONTACT
Jennifer Cook Williams
Corporate Communications
650-425-4542

**Cell Genesys Reports Encouraging Clinical Data For First-Generation GVAX(TM) Vaccine For Melanoma**

FOSTER CITY, Calif., October 26, 1998 -- Cell Genesys, Inc. (Nasdaq: CEGE) announced today the publication of results from a Phase I trial of the company's first-generation GVAX (TM) vaccine for melanoma. This clinical trial in 21 patients with advanced metastatic melanoma demonstrated potent antitumor immunity as evidenced by the dense infiltration of immune cells into metastatic tumors in 11 of 16 patients in whom biopsies were possible, as well as the detection of antitumor T cells and antibodies specific for melanoma and the destruction of tumor blood vessels. In addition, the trial demonstrated that the treatment could be given safely in an outpatient clinic setting. These results were published in the October 27, 1998 issue of the *Proceedings of the National Academy of Sciences* by a team of investigators led by Glenn Dranoff, M.D., assistant professor of medicine at the Dana-Farber Cancer Institute and Harvard Medical School where the trial was conducted. Cell Genesys is now conducting three Phase I/II clinical trials of second-generation GVAX(TM) for melanoma, lung cancer and prostate cancer and recently reported encouraging clinical findings for prostate cancer GVAX(TM).

"These results from our first-generation GVAX(TM) cancer vaccine published by Dr. Dranoff and colleagues provided the basis for initiating clinical trials with our second-generation GVAX(TM) product," stated Dale G. Ando, M.D., vice president, clinical research at Cell Genesys. "We believe that these initial findings in patients with melanoma, as well as our more recent findings in prostate cancer, indicate that GVAX(TM) can potentially be used to treat multiple types of cancer."

GVAX(TM) cancer vaccine is comprised of tumor cells which have been irradiated and genetically modified to secrete granulocyte-macrophage colony stimulating factor (GM-CSF), a hormone which plays a key role in stimulating the body's immune response to vaccines. The genetically modified tumor cells are used to vaccinate patients to stimulate an immune response against their tumor. GVAX(TM) may prove to be most useful in preventing the recurrence of cancer in patients who have already undergone surgery or radiation treatment for their primary tumor. GVAX(TM) can be conveniently administered as an intradermal (under the skin) injection in an outpatient clinic setting. The first-generation GVAX(TM) product used a retroviral gene delivery system and required as long as two months to prepare each patient's vaccine, but this process has been reduced to less than 24 hours in second-generation GVAX(TM) by using an adenoviral gene delivery system. This patient-specific (autologous) form of GVAX(TM) is currently being tested in Phase I/II trials at Dana-Farber Cancer Institute for melanoma and lung cancer and could potentially be commercialized by Cell Genesys by selling the gene therapy reagents in a "kit" to hospitals where the vaccine could then be produced on a patient-by-patient basis. Cell Genesys expects to report clinical data from its melanoma and lung cancer GVAX(TM) trials during the first half of 1999. The company's ongoing clinical trial of second-generation GVAX(TM) for melanoma recently completed enrollment.

Cell Genesys recently reported encouraging clinical data from a non patient-specific (allogeneic) form of GVAX(TM) which is being evaluated in prostate cancer patients at Johns

Hopkins Medical Institutions. Prostate cancer GVAX(TM) is a non patient-specific vaccine product that can potentially be used as an "off the shelf" pharmaceutical to stimulate an antitumor immune response in any patient with prostate cancer. Preliminary results demonstrated that the treatment was safe and well tolerated and resulted in antitumor effects as measured by blood levels of prostate specific antigen (PSA), a marker for prostate cancer. Disease stabilization and a decrease in the rate of rise of PSA levels were observed in 11 of 15 (73 percent) evaluable patients. Two patients experienced a greater than 50 percent decrease in PSA levels, in one case continuing after six months. Expanded clinical trials of GVAX(TM) in prostate cancer are expected to be initiated during the fourth quarter of this year.

Cell Genesys is focused on the development and commercialization of *ex vivo* and *in vivo* gene therapies to treat major, life-threatening diseases and disorders. The company's AIDS gene therapy is in Phase II human clinical testing, and the company is also conducting Phase I/II human clinical trials for its T cell gene therapy in colon cancer and for its GVAX(TM) cancer vaccine in lung cancer, melanoma and prostate cancer. The company also has conducted preclinical studies in hemophilia, Parkinson's disease and cardiovascular disorders. Cell Genesys' assets outside gene therapy include its approximately 40 percent ownership of the antibody therapy company, Abgenix, Inc. (Nasdaq: ABGX), and the company's licensing program in gene activation technology.

Statements made herein, other than statements of historical fact, including statements about the company's progress and results of clinical trials and preclinical programs, marketability of potential products and nature of product pipelines are forward-looking statements and are subject to a number of uncertainties that could cause actual results to differ materially from the statements made, including risks associated with the success of research and development programs, the regulatory approval process, competitive technologies and products, patents, corporate partnerships and the need for additional financings. For information about these and other risks which may affect Cell Genesys, please see the company's Annual Report on Form 10-K dated March 31, 1998 as well as Cell Genesys' reports on Form 10-Q and 8-K and other reports filed from time to time with the Securities and Exchange Commission.

BACK TO LIST                                                                 BACK TO TOP

# G





- News

Press Release
Archives

SEARCH

CONTACT
Jennifer Cook Williams
Manager
Corporate Communications
650-425-4542

**Cell Genesys Reports Further Encouraging Results From Initial Phase I/II Trial of GVAX® Lung Cancer Vaccine**

**Vaccine Demonstrates Enhanced Antitumor Immunity**

FOSTER CITY, Calif., September 12, 2000-Cell Genesys, Inc. (Nasdaq: CEGE) today announced an encouraging follow-up report on an initial clinical trial of GVAX® lung cancer vaccine. The trial was conducted in patients with advanced non small-cell lung cancer, the majority of whom have failed prior treatment with surgery, radiation and/or chemotherapy. Eighteen of 25 patients who received the complete course of vaccinations demonstrated enhanced antitumor immunity as measured by delayed-type hypersensitivity (DTH) skin reactions. In addition, two patients continue to experience disease-free survival for more than two years after treatment and three other patients were reported to have stable disease without evidence of tumor progression after 15, eight and four months respectively. Treatment with GVAX® vaccine was safe and well tolerated in the outpatient setting. These data were presented by Ravi Salgia, M.D., Ph.D. and colleagues of Dana-Farber/Partners Cancer Care at the Ninth World Conference on Lung Cancer in Tokyo, Japan.

This initial clinical trial of GVAX® vaccine in lung cancer is testing a patient-specific product format in which the vaccine is prepared from the patient's own tumor cells in an overnight process carried out at the hospital where the patient is treated. The feasibility of this approach was demonstrated by the successful preparation of vaccine product for over 90 percent of the patients enrolled in the study. Based on the results of the initial trial, Cell Genesys initiated a multicenter Phase I/II clinical trial of GVAX® lung cancer vaccine in approximately 40 patients with both early stage and advanced non small-cell lung cancer. More than 35 patients have already been enrolled in this trial since it began earlier this year. In addition, Cell Genesys plans to develop a non patient-specific GVAX product for lung cancer since other non patient-specific GVAX® vaccines have previously been reported to demonstrate encouraging results in initial clinical trials in prostate cancer and pancreatic cancer.

"We are encouraged by the longer term follow-up report on this initial GVAX® lung cancer vaccine trial, particularly since lung cancer has been largely unresponsive to other immunotherapies to date," stated Joseph J. Vallner Ph.D., executive vice president and chief operating officer at Cell Genesys. "GVAX® cancer vaccines have now demonstrated antitumor activity in all five cancers tested to date including prostate cancer, lung cancer, pancreatic cancer, kidney cancer and melanoma."

GVAX® cancer vaccines are comprised of tumor cells which have been genetically modified to secrete granulocyte-macrophage colony stimulating factor (GM-CSF), a hormone which plays a key role in stimulating the body's immune response to vaccines. The genetically modified tumor cells are then irradiated for safety and used to vaccinate patients to stimulate an immune response against their tumor. The company's lead GVAX® cancer vaccine program targets patients with recurrent prostate cancer and is currently being evaluated in two multicenter Phase II trials. Additionally, a Phase II trial of GVAX® pancreatic cancer vaccine and Phase I trials of GVAX® vaccine for myeloma and leukemia are expected to

commence by early 2001. In addition to clinical trial progress, Cell Genesys is also developing large scale manufacturing capabilities as well as higher potency GVAX® products for prostate and other cancers that could allow for more efficient vaccine administration. GVAX® cancer vaccines for prostate cancer and lung cancer are being developed by Cell Genesys through a worldwide 50:50 profit sharing agreement with the pharmaceutical division of Japan Tobacco Inc. (JT). The company retains North American marketing rights for prostate and lung cancer and worldwide rights to all other cancers including pancreatic cancer, myeloma and leukemia.

At the American Society of Clinical Oncology Meeting in May, Cell Genesys announced encouraging data from a Phase I trial of GVAX® pancreatic cancer vaccine and a preclinical study of GVAX® vaccine for leukemia. In a human clinical trial in fourteen pancreatic cancer patients conducted at the Johns Hopkins Oncology Center, three of eight patients receiving the two highest doses of the vaccine are alive and free of disease more than two years later while all six patients receiving the two lowest doses have relapsed. These patients received the vaccine following surgery and adjuvant radiation and chemotherapy. In addition, as reported in a May issue of the journal, Blood, studies of GVAX® vaccine in a mouse model of acute leukemia conducted at Johns Hopkins University, significantly prevented tumor relapse when administered following bone marrow transplantation.

Cell Genesys is focused on the development and commercialization of cancer vaccines and gene therapies to treat major, life-threatening diseases. The company is conducting two multicenter Phase II human clinical trials for its GVAX® cancer vaccine in prostate cancer, a multicenter Phase I/II trial of GVAX® vaccine in lung cancer and expects to initiate additional GVAX® vaccine trials in pancreatic cancer, myeloma and leukemia during the coming year. Preclinical stage programs include gene therapy for hemophilia, cancer, cardiovascular disorders and Parkinson's disease. Cell Genesys' assets outside gene therapy include its approximately 12 percent ownership of Abgenix, Inc. and the company's licensing program in gene activation technology. For additional information, please visit the company's web site at www.cellgenesys.com.

Statements made herein, other than statements of historical fact, including statements about the progress and reports of results of GVAX® clinical trials, the future of the collaboration with JT, including the timing and amount of payments to Cell Genesys, the company's progress and results of other clinical trials and preclinical programs, successful development of large scale manufacturing capabilities, marketability and success of potential products and nature of product pipelines, licenses and intellectual property are forward-looking statements and are subject to a number of uncertainties that could cause actual results to differ materially from the statements made, including risks associated with the success of research and development programs, the success and results of clinical trials, the regulatory approval process, competitive technologies and products, patents, continuation of corporate partnerships with JT and other entities and additional financings. For information about these and other risks which may affect Cell Genesys, please see the company's Annual Report on Form 10-K dated March 30, 2000 as well as Cell Genesys' reports on Form 10-Q and 8-K and other reports filed from time to time with the Securities and Exchange Commission.

BACK TO LIST                                                                        BACK TO TOP

About Us | Product Progress | Patient Information | Investor's Corner | Career Opportu
) 2005 Cell Genesys, Inc. | Home | Search | Contact Us

http://www.cellgenesys.com/investing-press-release.shtml?code=B44ED85108B04754AC5        9/8/2005

# H



■ News

Press Release
Archives



CONTACT
Jennifer Cook Williams
Manager
Corporate Communications
650-425-4542

### Cell Genesys Reports Antitumor Activity in Phase I/II GVAX® Lung Cancer Vaccine Trial

#### Results Highlighted at ASCO Meeting

SAN FRANCISCO, Calif., May 13, 2001--Cell Genesys, Inc. (Nasdaq: CEGE) today reported interim clinical data from its multicenter Phase I/II GVAX® lung cancer vaccine trial which demonstrates objective evidence of antitumor activity including a major response rate of 18 percent in patients with advanced non small-cell lung cancer who have failed chemotherapy and/or radiation therapy. These data were presented on behalf of the GVAX® Lung Cancer Clinical Investigators by John Nemunaitis, M.D. of U.S. Oncology at the American Society of Clinical Oncology (ASCO) Meeting in San Francisco, Calif. The presentation was one of 17 selected for ASCO's Official Press Program from the more than 3,300 submitted to the meeting.

The interim clinical trial data includes results on 30 currently evaluable patients with advanced or early-stage lung cancer. Of 22 patients with advanced-stage lung cancer, three patients, two of whom had failed chemotherapy and one who failed radiation therapy, showed a complete disappearance of metastatic tumors following treatment with GVAX® lung cancer vaccine. One other patient who failed radiation and chemotherapy had partial (greater than 50 percent) reduction in his tumor. In addition to these major responses, four patients currently have stable (non-progressive) disease. All of these responses are continuing with a median follow-up time of approximately five months. In addition to the responses in patients with advanced disease, seven of eight patients with early-stage lung cancer who received GVAX® vaccine following surgery, currently remain free of disease with a median follow-up time of seven months.

"We are very encouraged by what we have seen to date with GVAX® lung cancer vaccine, particularly with respect to the major tumor responses in patients with metastatic lung cancer who have failed chemotherapy," stated Dr. Nemunaitis. "These findings are all the more noteworthy given that lung cancer patients who fail chemotherapy have little chance of responding to further chemotherapy or other treatment."

"These exciting clinical results with our GVAX® lung cancer vaccine are yet another reason we have increased our investment in the clinical and manufacturing development required to bring a GVAX® product to market," stated Joseph J. Vallner, Ph.D., executive vice president and chief operating officer of Cell Genesys. "GVAX® vaccines have demonstrated objective evidence of antitumor activity in all five types of cancer in which they have been tested-- lung, prostate, pancreatic, kidney and melanoma--as well as a very favorable safety profile compared to chemotherapy which has been documented in over 300 patients treated to date."

The currently ongoing Phase I/II trial of GVAX® lung cancer vaccine for which the interim results were reported has recently completed enrollment. A final report on the trial is expected during the next year. In this trial, patients were administered up to six vaccine treatments every other week for three months as an intradermal (under the skin) injection.

Patients received no other anticancer treatments during the trial evaluation period. As has been demonstrated in all GVAX® cancer vaccine trials to date, the vaccine was shown to be safe and well tolerated--a side effect profile which compares favorably to other cancer treatments such as chemotherapy. No dose limiting toxicities have been observed. In addition to the antitumor activity noted above, the interim trial results also demonstrate that GVAX® lung cancer vaccine induces an anti-lung cancer cellular immune response as well as the formation of new anti-lung cancer antibodies in the blood.

### Update on Initial Trial of GVAX® Lung Cancer Vaccine

An earlier Phase I/II trial of GVAX® lung cancer vaccine in patients with advanced non small-cell lung cancer which was conducted by Dr. Glenn Dranoff and colleagues at Dana-Farber/Partners Cancer Care, an affiliate of Harvard Medical School, was reported at the Ninth World Conference on Lung Cancer in Tokyo, Japan in September 2000. This trial demonstrated antitumor immunity in 18 of 25 patients. In addition, two patients who received GVAX® lung cancer vaccine following surgery remain in complete remission more than three years after GVAX® treatment.

### Future Clinical Trials for GVAX® Lung Cancer Vaccine

The GVAX® lung cancer vaccine trials to date, including the current study, have employed a patient-specific product format in which the vaccine is directly prepared from the patient's own tumor cells in an overnight process. In the near future, Cell Genesys plans to launch a clinical trial in advanced lung cancer to evaluate a non patient-specific GVAX® product which will be centrally manufactured by Cell Genesys and then mixed with patients' own irradiated tumor cells prior to vaccination. This new product format for GVAX® lung cancer vaccine is expected to have significant development and commercialization advantages compared to the first generation product used in the trial reported today. Given the encouraging results demonstrated in ongoing clinical trials for prostate and pancreatic cancer, Cell Genesys is emphasizing non patient-specific GVAX® products which can be developed and commercialized as "off-the-shelf" pharmaceuticals.

### Background on GVAX® Cancer Vaccines

GVAX® cancer vaccines are comprised of tumor cells which have been genetically modified to secrete granulocyte-macrophage colony stimulating factor (GM-CSF), a hormone which plays a key role in stimulating the body's immune response to vaccines. The genetically modified tumor cells are then irradiated for safety and used to vaccinate patients to stimulate an immune response against their tumor. The company's lead GVAX® cancer vaccine program targets patients with recurrent hormone refractory prostate cancer and is currently being evaluated in two multicenter Phase II trials. A series of Phase I/II trials was recently initiated utilizing the company's new high-potency GVAX® prostate cancer vaccine. Additionally, a Phase I/II trial for GVAX® vaccine for myeloma was recently initiated, and a Phase II trial of GVAX® pancreatic cancer vaccine and a Phase I/II trial of GVAX® vaccine for leukemia are expected to commence in mid 2001.

### Cell Genesys Profile

Cell Genesys is focused on the development and commercialization of cancer vaccines and gene therapies to treat major, life-threatening diseases. The company is conducting clinical trials of GVAX® cancer vaccines in prostate cancer, pancreatic cancer, lung cancer and myeloma and expects to initiate new studies in acute leukemia during 2001. Preclinical stage programs include gene therapies for cancer, hemophilia and cardiovascular disorders. Cell Genesys' majority-owned subsidiary, Ceregene, is focused on gene therapies for central nervous system disorders. Cell Genesys also continues to hold a 10.5 percent equity interest in its former subsidiary, Abgenix, an antibody product company. For additional information, please visit the company's web site at www.cellgenesys.com.

Statements made herein about Cell Genesys and its subsidiaries, other than statements of historical fact, including statements about the progress and reports of GVAX® clinical trials and progress and reports of preclinical programs, marketability and success of potential products and nature of product pipelines, licenses and intellectual property are forward-looking statements and are subject to a number of uncertainties that could cause actual results to differ materially from the statements made, including risks associated with the success of research and development programs, the success and results of clinical trials, the regulatory approval process, competitive technologies and products, patents and additional financings. For information about these and other risks which may affect Cell Genesys, please see the company's Annual Report on Form 10-K dated April 2, 2001 as well as Cell Genesys' reports on Form 10-Q and 8-K and other reports filed from time to time with the Securities and Exchange Commission.

BACK TO LIST                                                    BACK TO TOP

About Us | Product Progress | Patient Information | Investor's Corner | Career Opportu
) 2005 Cell Genesys, Inc. | Home | Search | Contact Us

**I**



■ News

Press Release
Archives


CELL GENESYS

CONTACT
Jennifer Cook Williams
Associate Director
Corporate Communications
650-425-4542

### Cell Genesys Reports Encouraging Interim Results from Phase I Trial of GVAX® Cancer Vaccine for Acute Leukemia

FOSTER CITY, CA, December 10, 2001--Cell Genesys, Inc. (Nasdaq: CEGE) today reported that a Phase I clinical trial of GVAX® cancer vaccine in patients with refractory or relapsed acute myelogenous leukemia (AML) and pre-leukemia has demonstrated clinical safety and the induction of antitumor immunity following GVAX® vaccination. The Phase I trial is being sponsored by the Dana-Farber Cancer Institute under the direction of Daniel J. DeAngelo, M.D., Ph.D who presented the interim data today at the American Society of Hematology (ASH) Meeting in Orlando, FL. In follow-up, Cell Genesys has recently initiated a multicenter Phase II trial of GVAX cancer vaccine in up to 50 patients with AML.

SEARCH

The interim clinical trial data include results on five patients with AML or pre-leukemia entered on the trial to date. All five patients demonstrated a biopsy-proven immune response at the vaccine site following treatment with GVAX® cancer vaccine. Additionally, a patient whose disease had relapsed, developed a strong immune response directed against her leukemia cells and has ongoing stable disease at 22 months following treatment. As with other GVAX® clinical trials, vaccine treatment was safe and well tolerated, and no significant hematologic toxicity was noted.

"New strategies for the treatment of leukemia are greatly in need, because while many patients respond to chemotherapy, the majority of acute leukemia patients ultimately relapse and die from their disease," stated Dr. DeAngelo. "We are encouraged by the results we have seen with GVAX® cancer vaccine and hope that it will provide a promising treatment option for leukemia patients in the future."

"These Phase I clinical data provide a further rationale for our recently initiated Phase II study of GVAX® cancer vaccine in patients with leukemia following chemotherapy and bone marrow stem cell transplantation," stated Joseph J. Vallner, Ph.D., president and chief operating officer of Cell Genesys. "GVAX® cancer vaccines continue to demonstrate antitumor activity in multiple types of cancer, and we are pleased to have the financial resources to advance multiple clinical trials in parallel with the goal of bringing safe and effective cancer treatments to the market as quickly as possible."

The GVAX® vaccine evaluated in this Phase I trial was comprised of patient-specific leukemia cells that were genetically modified to secrete granulocyte-macrophage colony stimulating factor (GM-CSF), an immune stimulatory hormone, and then irradiated for safety. Patients received at least a total of six vaccine treatments administered both intradermally and subcutaneously weekly for three weeks and then every other week for a median of four months. The form of GVAX® leukemia vaccine used in the study differs from that being evaluated in the Phase II trial initiated by Cell Genesys which employs a mixture of the patient's irradiated leukemia cells and a non patient-specific GVAX® product manufactured at Cell Genesys.

Cell Genesys is currently evaluating GVAX® cancer vaccines in multiple types of cancer

including lung, prostate, pancreatic, leukemia and multiple myeloma. GVAX® cancer vaccines are comprised of irradiated tumor cells genetically modified to secrete GM-CSF which stimulates an antitumor immune response directed against the patient's tumor. Cell Genesys is currently testing both patient-specific and non patient-specific GVAX® vaccines since different types of cancer may benefit from treatment with one or the other type of vaccine. Non patient-specific vaccines, which can be developed as "off-the-shelf" pharmaceuticals, are currently being tested in patients with prostate and pancreatic cancer, whereas patient-specific vaccines are being tested in patients with lung cancer, leukemia and myeloma. GVAX® cancer vaccines have demonstrated antitumor activity in all human clinical trials reported to date and have been safely administered to more than 350 patients with a very favorable side effect profile compared to other cancer treatments.

Cell Genesys is focused on the development and commercialization of innovative therapeutic products for cancer based on gene therapy technologies. The company is pursuing three cancer product platforms--GVAX® cancer vaccines, oncolytic virus therapies and *in vivo* cancer gene therapies. Clinical trials for GVAX® vaccines are under way in prostate cancer, lung cancer, pancreatic cancer, leukemia and myeloma. Clinical stage programs involving oncolytic viruses include CG7060 and CG7870 in prostate cancer. Preclinical programs include gene therapies and oncolytic virus therapies for multiple types of cancer as well as gene therapy for hemophilia. Cell Genesys' majority-owned subsidiary, Ceregene, is focused on gene therapies for neurologic disorders. Cell Genesys also continues to hold a 10.5 percent equity interest in its former subsidiary, Abgenix, an antibody products company. For additional information, please visit the company's website at www.cellgenesys.com

Statements made herein about Cell Genesys and its subsidiaries, other than statements of historical fact, including statements about the progress and reports of GVAX® clinical trials and progress and reports of preclinical programs, marketability and success of potential products and nature of product pipelines, licenses and intellectual property are forward-looking statements and are subject to a number of uncertainties that could cause actual results to differ materially from the statements made, including risks associated with the success of research and development programs, the ability of the company to manufacture its products, the success and results of clinical trials, the regulatory approval process, competitive technologies and products, patents and additional financings. For information about these and other risks which may affect Cell Genesys, please see the company's Annual Report on Form 10-K dated April 2, 2001 as well as Cell Genesys' reports on Form 10-Q and 8-K and other reports filed from time to time with the Securities and Exchange Commission.

BACK TO LIST                                                                BACK TO TOP

**J**



- News
  Press Release
  Archives



CONTACT
Jennifer Cook Williams
Director
Corporate Communications
650-425-4542

SEARCH

### Cell Genesys Reports Encouraging Update from Initial Clinical Trial of GVAX® Lung Cancer Vaccine

*GVAX® Report is "Featured Article" in Journal of Clinical Oncology*

FOSTER CITY, CA, February 13, 2003—Cell Genesys, Inc. (Nasdaq: CEGE) today reported updated data from the initial Phase I/II clinical trial of GVAX® lung cancer vaccine, a patient-specific vaccine made directly from patient tumor biopsies. Data from this early trial, which involved patients with advanced non small-cell lung cancer (NSCLC), the majority of whom had failed prior treatment with surgery, radiation and/or chemotherapy, were last updated in September 2000. Eighteen of 22 patients who completed the entire course of vaccinations demonstrated enhanced antitumor immunity as measured by delayed-type hypersensitivity (DTH) skin reactions following treatment with GVAX® lung cancer vaccine. In addition, two patients continue to experience disease-free survival at least 3.5 years after treatment, one of whom has bronchoalveolar carcinoma (BAC), a subtype of NSCLC which may be more responsive to GVAX® lung cancer vaccine. Five additional patients were reported to have stable disease with no evidence of tumor progression for up to 33 months (median duration = 12 months). Treatment with GVAX® vaccine was safe and well tolerated in the outpatient setting. This paper by Glenn Dranoff, M.D. and colleagues at the Dana-Farber Cancer Institute was the featured article in the February 15th issue of the *Journal of Clinical Oncology*—the official journal of the American Society of Clinical Oncology.

"We continue to be encouraged by the data we have seen from clinical trials of GVAX® lung cancer vaccine and other product candidates from our GVAX® cancer vaccine product platform," stated Joseph J. Vallner, Ph.D., president and chief operating officer of Cell Genesys. "These updated data and data from other GVAX® cancer vaccine trials further reinforce our plans to advance these product candidates into late-stage development, beginning with the initiation of a Phase III clinical trial of GVAX® prostate cancer vaccine in mid-2003."

Subsequent to the trial reported above, Cell Genesys initiated a multicenter Phase I/II clinical trial of GVAX® lung cancer vaccine in patients with advanced NSCLC. Encouraging data from this trial were recently updated at the December 2002 International Conference on Gene Therapy of Cancer. Of 33 treated patients, the majority of whom had failed prior chemotherapy and/or radiation therapy, three patients (9 percent) experienced complete responses (complete disappearance of tumor) with a median duration of response of 17.8 months. Additionally, one of the complete responses was reported to be ongoing at 21.7 months. Of these three patients, two were noted to have BAC and were among only three patients with this diagnosis entered on the trial. The median survival of all 33 treated patients was 8.6 months (not including the time required to manufacture their vaccines). These data compare favorably to the reported median survival of 5.7 to 7.0 months for the approved second-line chemotherapy (docetaxel) for such patients or 4.6 months for best supportive care. Moreover, median survival was significantly longer in patients whose vaccine products secreted higher levels of GM-CSF, an immune stimulatory hormone, which all GVAX® vaccines are engineered to produce (median survival of 15.7 months for GM-CSF >40 ng./$10^6$ cells/24 hr. versus median survival of 5.8 months for GM-CSF <40ng./$10^6$ cells/24 hr., p= .04).

In follow-up to the results of these Phase I/II trials, Cell Genesys plans to initiate two Phase II clinical trials of GVAX® lung cancer vaccine—one which is expected to be sponsored and partially funded by the Southwest Oncology Group (SWOG), a cooperative clinical trials group of the National Cancer Institute (NCI), and the other which will be sponsored by Cell Genesys. The SWOG-sponsored trial will focus on patients with BAC to further explore the possibility that this type of NSCLC may be particularly responsive to GVAX® lung cancer vaccine therapy. The company-sponsored trial will enroll patients with all subtypes of NSCLC and patients will be randomized to receive GVAX® lung cancer vaccine with or without low-dose cyclophosphamide, a chemotherapeutic agent which in the doses to be employed has been shown to enhance the immune response. The two trials are expected to treat approximately 75 patients each and are expected to begin within the next few months. Data from these trials could be part of future regulatory filings for product approval. A Phase III clinical trial of GVAX® lung cancer vaccine in patients with all types of NSCLC is targeted to begin at the end of 2003.

In December 2002, Cell Genesys announced that it had completed construction of its 35,000 square-foot GMP (good manufacturing practices) facility located in Memphis, TN. This facility, which will be used primarily to manufacture GVAX® lung cancer vaccines for future clinical trials and potential subsequent market launch, is currently undergoing validation testing. In addition, the company has developed a semi-automated closed system that it expects to use to manufacture its patient-specific GVAX® lung cancer vaccines, which has been designed to enable the safe and sterile manufacturing of each patient's vaccine. Memphis is centrally located within the United States and is widely recognized as one of the major shipping hubs in the world. Cell Genesys believes these two factors will help facilitate the receipt of patient tumor specimens and the distribution of the patient-specific cancer vaccines to treatment centers throughout the United States.

Cell Genesys' GVAX® cancer vaccines are comprised of tumor cells which have been irradiated and genetically modified to secrete granulocyte-macrophage colony stimulating factor (GM-CSF), a hormone which plays a key role in stimulating the body's immune response to vaccines. The genetically modified tumor cells are used to vaccinate patients to stimulate an immune response against their tumor. GVAX® cancer vaccines have demonstrated antitumor effects against every type of human cancer against which they have been tested to date, and the company is currently evaluating these products in five types of cancer—prostate, lung, pancreatic, leukemia and myeloma. Currently, Cell Genesys is evaluating non patient-specific, off-the-shelf GVAX® vaccines for prostate cancer and pancreatic cancer and patient-specific, individualized vaccines for lung cancer, leukemia and myeloma. With all tumor types and vaccine formats tested, GVAX® cancer vaccines have demonstrated a favorable side effect profile and have been safely administered to over 500 patients to date.

Cell Genesys is focused on the development and commercialization of innovative biological therapies for cancer. The company is pursuing three cancer product platforms—GVAX® cancer vaccines, oncolytic virus therapies and cancer gene therapies. Clinical trials of GVAX® vaccines are under way in prostate cancer, lung cancer, pancreatic cancer, leukemia and myeloma. Clinical programs of oncolytic virus therapies include CG7870 for prostate cancer. Preclinical studies are in progress for additional GVAX® cancer vaccines, oncolytic virus therapies and cancer gene therapies for multiple types of cancer. Cell Genesys' majority-owned subsidiary, Ceregene, Inc., is focused on gene therapies for neurologic disorders. Cell Genesys also continues to hold approximately 8.7 million shares of common stock in its former subsidiary, Abgenix, Inc., an antibody products company. Cell Genesys is headquartered in Foster City, CA and has manufacturing operations in San Diego, CA, Hayward, CA and Memphis, TN. For additional information, please visit the company's website at www.cellgenesys.com.

Statements made herein about the company and its subsidiaries, other than statements of historical fact, including statements about the company's progress, results and timing of clinical trials and preclinical programs and the nature of product pipelines are forward-looking statements and are subject to a number of uncertainties that could cause actual results to differ materially from the statements made, including risks associated with the success of clinical trials and research and development programs, the regulatory approval process for clinical trials, competitive technologies and products, patents, continuation of corporate partnerships and the need for additional financings. For information about these and other risks which may affect Cell Genesys, please see the company's Annual Report on Form 10-K dated April 1, 2002 as well as Cell Genesys' reports on Form 10-Q and 8-K and other reports filed from time to time with the Securities and Exchange Commission. The company assumes no obligation to update the forward-looking information in this press release.

BACK TO LIST                                                                 BACK TO TOP

About Us | Product Progress | Patient Information | Investor's Corner | Career Opportu
) 2005 Cell Genesys, Inc. | Home | Search | Contact Us

**K**



■ News

Press Release
Archives

SEARCH

CELL GENESYS

CONTACT
Jennifer Cook Williams
Director
Corporate Communications and
Investor Relations
650-266-3200

### Cell Genesys Reports Positive Long-Term Follow-Up Data from Phase 1 Trial of GVAX® Melanoma Vaccine

SOUTH SAN FRANCISCO, CA, September 2, 2003—Cell Genesys, Inc. (Nasdaq: CEGE) today reported long-term follow-up data from a Phase 1 clinical trial of GVAX® melanoma vaccine, a patient-specific vaccine made directly from patient tumor biopsies. Data from this trial, which completed enrollment in mid-1999, involved patients with metastatic melanoma, the majority of whom had failed prior treatment including surgery, radiation, chemotherapy and/or interferon. Of the 35 patients enrolled in this study, 10 patients (29 percent) remain alive with a minimum follow-up of 36 months, including four patients without evidence of recurrent disease following surgical resection of their tumor. One complete response, one partial response and one mixed response were observed following the initial treatment period, and the overall median survival was 15 months. Treatment with GVAX® vaccine was safe and well tolerated in the outpatient setting, and vaccine was successfully manufactured in 97 percent of the enrolled patients. The study was conducted by Glenn Dranoff, M.D. and colleagues at the Dana-Farber Cancer Institute, an affiliate of Harvard Medical School, and was reported in the September 1st issue of the *Journal of Clinical Oncology*—the official journal of the American Society of Clinical Oncology.

"The trial reported today corroborates a growing body of clinical data from multiple GVAX® cancer vaccine trials which have demonstrated prolonged survival and increased time to disease progression in some patients and a side effect profile that compares favorably to standard cancer treatments. While we will continue to prioritize our more advanced clinical programs for GVAX® prostate and lung cancer vaccines, the data for GVAX® melanoma vaccine clearly indicate the potential broad applicability of this product platform," stated Joseph J. Vallner, Ph.D., president and chief operating officer of Cell Genesys. "The melanoma trial also provides another example of the ability to successfully manufacture patient-specific GVAX® products as we are currently doing in our lung cancer program. However, our focus will remain on GVAX® products that can be developed as non patient-specific, off-the-shelf products."

In addition to the encouraging long-term follow-up data noted above, the Phase 1 trial also demonstrated the ability of a GVAX® cancer vaccine to elicit a specific immune response directed against the patient's own tumor. Twenty-five patients were evaluated for enhanced antitumor immunity as measured by delayed-type hypersensitivity (DTH) skin reactions following treatment with GVAX® melanoma vaccine, and 17 of the 25 patients (68 percent) demonstrated induction of immunologic reactivity against their tumors by the DTH test. In addition, microscopic examination of surgically resected metastatic tumor showed an active immune response with T- and B-lymphocyte infiltration and tumor necrosis (cell death) in 10 of 16 cases (63 percent). These findings demonstrate the induction of both cellular (T cell) and antibody (B cell) immunity by the GVAX® vaccine and are consistent with the immunologic findings previously reported for other GVAX® cancer vaccine products.

Cell Genesys' GVAX® cancer vaccines are comprised of tumor cells which have been irradiated and genetically modified to secrete granulocyte-macrophage colony stimulating

factor (GM-CSF), a hormone which plays a key role in stimulating the body's immune response to vaccines. The genetically modified tumor cells are used to vaccinate patients to stimulate an immune response against their tumor. GVAX® cancer vaccines have demonstrated antitumor effects against every type of human cancer against which they have been tested to date, and the company is currently evaluating these products in five types of cancer—prostate, lung, pancreatic, leukemia and myeloma. Currently, Cell Genesys is evaluating non patient-specific, off-the-shelf GVAX® products for prostate cancer, pancreatic cancer, leukemia and myeloma and a patient-specific, individualized product for lung cancer. Melanoma is currently not a target of Cell Genesys' GVAX® cancer vaccine program. With all tumor types and vaccine product formats tested, GVAX® cancer vaccines have demonstrated a favorable side effect profile and have been safely administered to over 500 patients to date.

Cell Genesys currently manufactures its patient-specific GVAX® lung cancer vaccines in its 35,000 square-foot GMP (good manufacturing practices) facility located in Memphis, TN. The company has developed a semi-automated closed system, which has been designed to enable the safe and sterile manufacturing of patient-specific vaccines. Memphis is centrally located within the United States and is widely recognized as one of the major shipping hubs in the world. Cell Genesys believes these two factors will help facilitate the receipt of patient tumor specimens and the distribution of the patient-specific cancer vaccines to treatment centers throughout the United States. Cell Genesys also has GMP manufacturing facilities scaled for Phase 3 trials and future commercial launch for both its non patient-specific cancer vaccines and viral-based cancer therapies located in Hayward, CA and San Diego, CA respectively.

Cell Genesys is focused on the development and commercialization of novel biological therapies for patients with cancer. The company is pursuing three cancer product platforms— GVAX® cancer vaccines, oncolytic virus therapies and cancer gene therapies. Clinical trials of GVAX® vaccines are under way in prostate cancer, lung cancer, pancreatic cancer, leukemia and myeloma. Clinical programs of oncolytic virus therapies include CG7870 for prostate cancer. Preclinical studies are in progress for additional GVAX® cancer vaccines, oncolytic virus therapies and cancer gene therapies for multiple types of cancer. Cell Genesys' majority-owned subsidiary, Ceregene, Inc., is focused on gene therapies for neurologic disorders. Cell Genesys also continues to hold an equity interest in its former subsidiary, Abgenix, Inc., an antibody products company. Cell Genesys is headquartered in South San Francisco, CA and has manufacturing operations in San Diego, CA, Hayward, CA and Memphis, TN. For additional information, please visit the company's website at www.cellgenesys.com.

Statements made herein about the company and its subsidiaries, other than statements of historical fact, including statements about the company's progress, results and timing of clinical trials and preclinical programs and the nature of product pipelines are forward-looking statements and are subject to a number of uncertainties that could cause actual results to differ materially from the statements made, including risks associated with the success of clinical trials and research and development programs, the regulatory approval process for clinical trials, competitive technologies and products, patents, continuation of corporate partnerships and the need for additional financings. For information about these and other risks which may affect Cell Genesys, please see the company's Annual Report on Form 10-K dated March 31, 2003 as well as Cell Genesys' reports on Forms 10-Q and 8-K and other reports filed from time to time with the Securities and Exchange Commission. The company assumes no obligation to update the forward-looking information in this press release.

BACK TO LIST                                                    BACK TO TOP

# L



Stockholder Information    Corporate Governance    News    Calendar    Investor's Library    Informa

- News

Press Release
Archives



CONTACT
Jennifer Cook Williams
Director
Corporate Communications and
Investor Relations
650-266-3200

SEARCH

### Cell Genesys Reports Interim Clinical Data from Phase 2 Trial of GVAX® Leukemia Vaccine

**Updated Phase 1/2 Clinical Data from GVAX® Myeloma Vaccine Also Reported**

SAN DIEGO, CA., December 6, 2003—Cell Genesys, Inc. (Nasdaq: CEGE) today reported interim clinical data from a Phase 2 trial of GVAX® cancer vaccine for acute myelogenous leukemia (AML). Patients with newly diagnosed leukemia were treated with chemotherapy, and if responsive, subsequently received autologous bone marrow stem cell transplantation and GVAX® leukemia vaccine. The preliminary findings of this trial indicate that vaccine therapy is well tolerated and may reduce residual leukemic cells that persist after chemotherapy as indicated by decreased levels of WT-1, a leukemia-associated genetic marker, which is detectable in over 95 percent of patients with active AML. The trial is being conducted by Ivan Borrello, M.D., Hyam I. Levitsky, M.D. and colleagues at the Sidney Kimmel Comprehensive Cancer Center at Johns Hopkins and was reported today at the American Society of Hematology (ASH) Annual Meeting in San Diego, CA, by Dr. Borrello (ASH Abstract #1791).

The Phase 2 trial was conducted at four leukemia bone marrow transplant centers in the United States and enrolled 54 patients. To date, 17 patients have received at least one GVAX® vaccination following a successful response to chemotherapy and stem cell transplantation. Twelve of these 17 patients had detectable WT-1 levels in their bone marrow following chemotherapy suggesting persistent leukemic cells, and in eight of these patients (67 percent), WT-1 levels declined after vaccination. In addition, in 13 of the 17 patients, WT-1 was detected in peripheral blood cells, and in eight of these patients (61 percent), there were post-vaccination declines in WT-1. Additionally, GVAX® leukemia vaccine was shown to induce both a cellular and antibody-based immune response against leukemia cells in the majority of patients tested to date. There have been no serious side effects reported to date with the experimental GVAX® leukemia vaccine therapy.

"We are encouraged by the initial clinical activity reported today from our Phase 2 study of GVAX® vaccine in acute leukemia as well as the updated results from a related Phase 1/2 study in multiple myeloma," stated Joseph J. Vallner, Ph.D., president and chief operating officer of Cell Genesys. "These results in hematologic malignancies further demonstrate the potential broad applicability of GVAX® cancer vaccines for multiple types of cancer."

In related news, updated data from the Phase 1/2 trial of GVAX® myeloma vaccine were also presented today at the ASH Meeting (ASH Abstract #1794). Patients with advanced multiple myeloma were treated with chemotherapy, and if responsive, subsequently received autologous bone marrow stem cell transplantation and GVAX® vaccination. The trial enrolled 20 patients, and 14 patients received at least one GVAX® vaccination. Combination therapy with transplantation and GVAX® vaccine resulted in three complete responses, five partial responses, five patients with stable disease and one patient with progression. Importantly, three of the responders progressed after transplantation and then demonstrated antitumor activity attributed to vaccination as measured by reductions in the myeloma-associated

circulating protein (M-spike) of 92 percent, 37 percent and 25 percent. Treatment with GVAX® myeloma vaccine to date has been safe and well tolerated.

The form of GVAX® vaccine used in both the leukemia and myeloma clinical trials is a non patient-specific GVAX® product manufactured at Cell Genesys that is mixed at the treatment center with the patient's irradiated tumor cells that were collected prior to chemotherapy. Cell Genesys believes that this product (sometimes referred to as "bystander GVAX®") could potentially be developed as an off-the-shelf pharmaceutical for use in multiple types of hematologic malignancies. Future manufacturing of the product would be expected to occur at the company's plant in Hayward, California, one of three Cell Genesys manufacturing facilities with Phase 3 and market launch production capabilities.

Clinical trials of GVAX® cancer vaccines are under way for multiple types of cancer including prostate cancer, lung cancer, pancreatic cancer, leukemia and myeloma. Cell Genesys' GVAX® cancer vaccines are whole-cell vaccines which are designed to stimulate an immune response against the patient's tumor. The vaccines are comprised of tumor cells that have been irradiated and genetically modified to secrete GM-CSF (granulocyte-macrophage colony stimulating factor), an immune stimulatory hormone which plays a key role in stimulating the body's immune response to vaccines.

Cell Genesys is focused on the development and commercialization of novel biological therapies for patients with cancer. The company is pursuing three cancer product platforms— GVAX® cancer vaccines, oncolytic virus therapies and antiangiogenesis therapies. Clinical trials of GVAX® vaccines are under way in prostate cancer, lung cancer, pancreatic cancer, leukemia and myeloma. Clinical programs of oncolytic virus therapies include CG7870 for prostate cancer. Preclinical studies are in progress for additional GVAX® cancer vaccines, oncolytic virus therapies and antiangiogenesis therapies for multiple types of cancer. Cell Genesys' majority-owned subsidiary, Ceregene, Inc., is focused on gene therapies for neurologic disorders. Cell Genesys also continues to hold an equity interest in its former subsidiary, Abgenix, Inc., an antibody products company. Cell Genesys is headquartered in South San Francisco, CA and has manufacturing operations in San Diego, CA, Hayward, CA and Memphis, TN. For additional information, please visit the company's website at www.cellgenesys.com.

Statements made herein about the company and its subsidiaries, other than statements of historical fact, including statements about the company's progress, results and timing of clinical trials and preclinical programs and the nature of product pipelines are forward-looking statements and are subject to a number of uncertainties that could cause actual results to differ materially from the statements made, including risks associated with the success of clinical trials and research and development programs, the regulatory approval process for clinical trials, competitive technologies and products, patents, continuation of corporate partnerships and the need for additional financings. For information about these and other risks which may affect Cell Genesys, please see the company's Annual Report on Form 10-K dated March 31, 2003 as well as Cell Genesys' reports on Form 10-Q and 8-K and other reports filed from time to time with the Securities and Exchange Commission. The company assumes no obligation to update the forward-looking information in this press release.

BACK TO LIST                                                      BACK TO TOP

M

JOURNAL OF
CLINICAL
ONCOLOGY
Official Journal of the American Society of Clinical Oncology

Search for: [            ] GO
Limit by: All Topics [        ] All Ye
Browse by **Topic** or **Issue**

Home        Search/Browse        Subscriptions        PDA Services        E-mail Alerts        Custor

*Journal of Clinical Oncology*, 2004 ASCO Annual Meeting Proceedings (Post-Meeting Edition). Vol 22, No 14S (July 15 Supplement), 2004: 2536
) 2004 American Society of Clinical Oncology

## Abstract

*This Article*

▸ Alert me when this article is cited
▸ Alert me if a correction is posted

*Services*

▸ Email this article to a friend
▸ Similar articles in this journal
▸ Download to citation manager

*PubMed*

▸ Articles by Hodi, F. S.
▸ Articles by Dranoff, G.

# Cytotoxic T lymphocyte-associated antigen-4 (CTLA-4) antibody blockade in patients previously vaccinated with irradiated, autologous tumor cells engineered to secrete granulocyte-macrophage colony stimulating factor (GM-CSF)

**F. S. Hodi, M. Seiden, M. Butler, F. G. Haluska, I. Lowy, E. Vincent-Brunick, D. Lautz, M. Mihm and G. Dranoff**

Dana-Farber Cancer Institute, Boston, MA; Massachusetts General Hospital, Boston, MA; Medarex, Inc., Bloomsbury, NJ; Brigham and Women's Hospital, Boston, MA

**2536**

**Background:** Vaccination with irradiated, autologous tumor cells engineered to secrete GM-CSF (GVAX) consistently stimulates anti-tumor immune responses, but most patients eventually succumb to progressive disease. Mechanisms to augment the potency of vaccination are required. The attenuation of T cell activation by CTLA-4 represents one potential limitation. In a pilot study of patients previously treated with a variety of vaccination strategies, treatment with a CTLA-4 blocking antibody (MDX-010) induced extensive tumor destruction with lymphocyte and granulocyte infiltrates in 3 of 3 melanoma patients and the reduction or stabilization of CA-125 levels in 2 of 2 ovarian carcinoma patients who previously received GVAX. **Methods:** We recently undertook a phase I study administering MDX-010 to metastatic melanoma, NSCLC, ovarian cancer, and AML/MDS patients previously immunized with GVAX. Eligibility required measurable disease, no standard curative options, adequate end organ function, and no autoimmune disease requiring immunosuppressive treatment. Patients receive a 3 mg/kg infusion of MDX-010, with repeat dosing possible every 2 months. **Results:** An additional 2 ovarian patients and one AML patient have been treated to date. One ovarian patient has stable disease; the second had a dramatic reduction in CA-125 from 3478 to 145 with tumor regression after a single dose of MDX-010. No significant toxicities including autoimmune were observed. The trial will accrue 48 patients. **Conclusions:** CTLA-4 antibody blockade augments effective anti-tumor immunity without inducing

autoimmunity in patients previously vaccinated with GVAX.

**Author Disclosure**

| Employment or Leadership | Consultant or Advisory | Stock Ownership | Honoraria | Research Funding | Expert Testimony | Other Remuneration |
|---|---|---|---|---|---|---|
| Medarex, Inc. | | Medarex, Inc. | | Cell Genesys; Medarex, Inc. | | |

Abstract presentation from the 2004 ASCO Annual Meeting

**About JCO**    **Editorial Roster**    **Advertising Information**    **Rights & Permissions**

Copyright ) 2004 by the American Society of Clinical Oncology, Online ISSN: 1527-7755. Print ISSN: 0732-183X
Terms and Conditions of Use

 HighWire Press™ assists in the publication of JCO Online

# N

 CELL GENESYS



Product Platforms    Clinical Stage Portfolio    Preclinical Pipeline    Manufacturing    Research Library

**Clinical Stage Portfolio**

GVAX® Prostate Cancer Vaccine

GVAX® Lung Cancer Vaccine

GVAX® Pancreatic Cancer Vaccine

■ GVAX® Leukemia Vaccine

GVAX® Myeloma Vaccine

CG7870 (Prostate)

# GVAX® LEUKEMIA K-0009

| TRIAL NAME: | Vaccination in Peripheral Stem Cell Transplant Setting for Acute Myelogenous Leukemia: The Use of Autologous Tumor Cells with an Allogeneic GM-CSF Producing Bystander Cell Line |
|---|---|

TRIAL #:    K-0009

## OBJECTIVES

- To evaluate the safety and efficacy in study participants receiving Leukemia Bystander GVAX® cancer vaccine.

- To evaluate the feasibility of vaccine preparation using a mixture of the study participant's leukemia cells and Bystander GVAX®.

- To evaluate the feasibility of vaccine preparation using a mixture of the study participant's leukemia cells and Bystander GVAX®.

## ELIGIBILITY

- Newly diagnosed Acute Myelogenous Leukemia (excluding acute promyelocytic leukemia)

- No preexisting hematologic dysplasia for more than 3 months

- No prior treatment for leukemia except for apheresis or less than 72 hours of hydroxyurea

- Eligible for autologous stem cell transplant

## TREATMENT

Leukemia cells will be harvested from the study participant by blood draw, apheresis, or bone marrow aspiration, processed, and mixed with Bystander GVAX® in order to generate the final vaccine. Study participants will undergo chemotherapy to treat their leukemia, and then receive the first vaccination. Study participants then undergo a stem cell harvest followed by an autologous stem cell transplant. About 6 weeks after the transplant, study participants will begin vaccinations. Study participants will receive up to 8 post-transplant vaccinations; vaccinations will take place every three weeks. After receiving the 8 vaccinations, study participants will be evaluated at 2 months and 5 months after the last vaccination. The duration of this study is approximately 18 months.

In order to assist you with determining whether this trial is appropriate for you, major eligibility criteria are listed above. If you live near the listed clinical trial sites and believe you may be a candidate for this clinical trial, **please contact the clinical trial site directly** to obtain more information about the eligibility criteria. The contact information is listed below.

| PARTICIPATING CLINICAL TRIAL SITE |
|---|

Johns Hopkins University School of Medicine
Ivan Borrello, MD
Department of Oncology
Bunting-Blaustein Cancer Research Building

1650 Orleans Street, Suite 453
Baltimore, MD 21231
Contact: Barbara Biedrzycki
(410) 614-6894

University of Chicago Medical Center
Wendy Stock, MD
Division of Hematology/Oncology
5841 South Maryland Avenue, MC 2115
Chicago, IL 60637-1470
Contact: Diane Switzer
(773) 834-2487

UCSF Medical Center
Lloyd Damon, MD
400 Parnassus Avenue, Suite A502
San Francisco, CA 94143
Contact: Dr. Damon
(415) 353-2737

Dana-Farber Cancer Institute
Daniel DeAngelo, MD, Ph.D
Department of Adult Oncology
44 Binney Street
Boston, MA 02115
Contact: Ilene Galinsky, RN, BSN
(617) 632-3902

BACK TO TOP





| Stockholder Information | Corporate Governance | News | Calendar | Investor's Library | Informa |

■ News

Press Release
Archives



SEARCH

CONTACT
Ina Cu
Investor Relations
Cell Genesys, Inc.
650-266-3200

### Cell Genesys Reports Encouraging Followup Clinical Data From Phase 2 Trial of GVAX® Leukemia Vaccine

**Reduction in Residual Leukemic Cells Following Vaccination**

SAN DIEGO, CA., December 7, 2004—Cell Genesys, Inc. (Nasdaq: CEGE) today reported follow up clinical data from an ongoing Phase 2 trial of GVAX® cancer vaccine for acute myelogenous leukemia (AML). Patients with newly diagnosed leukemia were treated with chemotherapy, and if responsive, subsequently received autologous bone marrow stem cell transplantation and GVAX® leukemia vaccine. The ongoing findings of this trial indicate that vaccine therapy is well tolerated and may reduce residual leukemic cells that persist after chemotherapy as indicated by decreased levels of WT-1, a leukemia-associated genetic marker, which is detectable in over 95 percent of patients with active AML. The interim trial results were reported in an oral presentation at the American Society of Hematology (ASH) Annual Meeting in San Diego, CA, by Dr. Dan DeAngelo from the Dana Farber Cancer Institute at Harvard University (ASH Abstract #441).

The Phase 2 trial was conducted at four leukemia bone marrow transplant centers in the United States and enrolled 54 patients. To date, 28 patients have initiated GVAX® vaccination after achieving a complete response to chemotherapy and thus far 19 of these patients have completed the stem cell transplantation and initiated a series of post-transplant vaccinations. The majority of patients had detectable WT-1 levels in their blood following chemotherapy indicating persistent leukemic cells. There were post-vaccination declines in WT-1 in 11 of 16 patients (69 percent) in the blood and in 12 of 20 (60 percent) in the bone marrow. The median decrease in WT-1 in the blood following just a single outpatient vaccination was approximately 90% and was greater in magnitude than that seen following high dose consolidation chemotherapy which requires a multiple-week hospital stay. In addition, with a median follow up of 12.5 months, relapse-free survival was 67% for the 28 patients who achieved complete remission following chemotherapy and GVAX® vaccination. Furthermore, relapse-free survival was greater in the 11 patients who showed a decrease in WT-1 in the blood following the single pre-transplant vaccination compared to those who did not (80% vs. 0%, p=0.02). Relapse-free survival was also greater in the 18 patients who achieved an undetectable level of WT-1 in the blood following post-transplant vaccinations (90% vs. 20%, p=0.002), consistent with the potential clinical relevance of WT-1 as a marker of persistent leukemia. To date, there have been no serious side effects considered related to the experimental GVAX® leukemia vaccine therapy.

"We are encouraged by the results of our ongoing Phase 2 study of GVAX® vaccine in acute leukemia, particularly the newly reported findings regarding relapse-free survival," stated Joseph J. Vallner, Ph.D., president and chief operating officer of Cell Genesys. "We believe that GVAX leukemia vaccine represents a potential new treatment option for acute leukemia that may improve on the results of chemotherapy, a particularly important development strategy to consider for elderly patients and patients for whom bone marrow transplantation is not readily available or indicated."

In related news, Cell Genesys reported that updated data from the Phase 1/2 trial of GVAX®

myeloma vaccine were also presented at the ASH Meeting (ASH Abstract #440). Patients with advanced multiple myeloma were treated with chemotherapy, and if responsive, subsequently received autologous bone marrow stem cell transplantation and GVAX® vaccination. The trial enrolled 22 patients, and 18 patients received at least one GVAX® vaccination. Combination therapy with transplantation and GVAX® vaccine resulted in six complete responses, five partial responses, three patients with stable disease and two patients with progression. Importantly, three of the responders progressed after transplantation and then demonstrated antitumor activity attributed to vaccination as measured by reductions in the myeloma-associated circulating protein (M-spike) of 92 percent, 37 percent and 25 percent. Treatment with GVAX® myeloma vaccine to date has been safe and well tolerated.

The form of GVAX® vaccine used in both the leukemia and myeloma clinical trials is a non patient-specific GVAX® product manufactured at Cell Genesys that is mixed at the treatment center with the patient's irradiated tumor cells that were collected prior to chemotherapy. Cell Genesys believes that this product could potentially be developed as an off-the-shelf pharmaceutical for use in multiple types of hematologic malignancies. Future manufacturing of the product would be expected to occur at the company's plant in Hayward, California, one of three Cell Genesys manufacturing facilities with Phase 3 and potential market launch production capabilities.

Clinical trials of GVAX® cancer vaccines are under way for multiple types of cancer including prostate cancer, lung cancer, pancreatic cancer, leukemia and myeloma. Cell Genesys' GVAX® cancer vaccines are whole-cell vaccines which are designed to stimulate an immune response against the patient's tumor. The vaccines are comprised of tumor cells that have been irradiated and genetically modified to secrete GM-CSF (granulocyte-macrophage colony stimulating factor), an immune stimulatory hormone which plays a key role in stimulating the body's immune response to vaccines.

Cell Genesys is focused on the development and commercialization of novel biological therapies for patients with cancer. The company is pursuing three cancer product platforms - GVAX® cancer vaccines, oncolytic virus therapies and antiangiogenesis therapies. Clinical trials of GVAX® cancer vaccines include an ongoing Phase 3 trial of GVAX® prostate cancer vaccine as well as trials of GVAX® vaccines for lung cancer, pancreatic cancer, leukemia and myeloma. Clinical programs of oncolytic virus therapies include CG7870 for prostate cancer. Preclinical studies are in progress for additional GVAX® cancer vaccines, oncolytic virus therapies and antiangiogenesis therapies for multiple types of cancer. Cell Genesys' subsidiary, Ceregene, Inc., is focused on gene therapies for neurologic disorders. Cell Genesys also continues to hold an equity interest in its former subsidiary, Abgenix, Inc., an antibody products company. Cell Genesys is headquartered in South San Francisco, CA and has manufacturing operations in San Diego, CA, Hayward, CA and Memphis, TN. For additional information, please visit the company's website at www.cellgenesys.com.

Statements made herein about the company and its subsidiaries, other than statements of historical fact, including statements about the company's progress, results and timing of clinical trials and preclinical programs and the nature of product pipelines are forward-looking statements and are subject to a number of uncertainties that could cause actual results to differ materially from the statements made, including risks associated with the success of clinical trials and research and development programs, the regulatory approval process for clinical trials, competitive technologies and products, patents, continuation of corporate partnerships and the need for additional financings. For information about these and other risks which may affect Cell Genesys, please see the company's Annual Report on Form 10-K for the year ended December 31, 2003 dated March 4, 2004 as well as Cell Genesys' reports on Form 10-Q and 8-K and other reports filed from time to time with the Securities and Exchange Commission. The company assumes no obligation to update the forward-looking information in this press release.

BACK TO LIST                                              BACK TO TOP

About Us | Product Progress | Patient Information | Investor's Corner | Career Opportu
) 2005 Cell Genesys, Inc. | Home | Search | Contact Us

http://www.cellgenesys.com/investing-press-release.shtml?code=2942741D7805460984670     9/8/2005

P



**ClinicalTrials.gov**
A service of the U.S. National Institutes of Health

*Linking patients to medical research*
Developed by the National Library of Medicine

| Home | Search | Browse | | Resources | Help | What's New | About |

# Vaccination in the Peripheral Stem Cell Transplant Setting for Acute Myelogenous Leukemia

## This study is no longer recruiting patients.

**Sponsored by:** Cell Genesys
**Information provided by:** Cell Genesys
**ClinicalTrials.gov Identifier:** NCT00116467

## Purpose

The purpose of this study is to evaluate clinical and laboratory safety associated with the administration of GVAX leukemia vaccine and to determine the feasibility of generation of GVAX leukemia vaccine in subjects with acute myelogenous leukemia (AML).

| Condition | Intervention | Phase |
|-----------|--------------|-------|
| Acute Myelogenous Leukemia | Vaccine: GVAX leukemia vaccine (therapeutic cellular vaccine, GM-CSF producing) | Phase II |

MedlinePlus related topics: Immune System and Disorders; Leukemia, Adult Acute; Leukemia, Adult Chronic; Leukemia, Childhood; Lymphatic Diseases

Study Type: Interventional
Study Design: Treatment, Non-Randomized, Open Label, Uncontrolled, Single Group Assignment, Safety/Efficacy Study

Official Title: Vaccination in the Peripheral Stem Cell Transplant Setting for Acute Myelogenous Leukemia: The Use of Autologous Tumor Cells with an Allogeneic GM-CSF Producing Cell Line

Further Study Details:

Expected Total Enrollment: 55

Study start: March 2001

## Eligibility

Ages Eligible for Study: 18 Years  -  60 Years,  Genders Eligible for Study:  Both

Criteria

Inclusion Criteria:

- Initial diagnosis of de novo AML with no preexisting hematologic dysplasia for more than 3 months.
- No prior therapy except leukapheresis or less than 72 hours of hydroxyurea.

Exclusion Criteria:

- Prior myelodysplastic disorder, or treatment-related leukemia.
- Prior myeloproliferative disease.
- Acute promyelocytic leukemia (APL).
- Prior chemotherapy for a malignant or nonmalignant disorder.

## Location Information

### California
University of California, San Francisco, San Francisco, California, 94143, United States

### Illinois
University of Chicago, Chicago, Illinois, 60637, United States

### Maryland
Johns Hopkins University, Baltimore, Maryland, 21231, United States

### Massachusetts
Dana Farber Cancer Institute, Boston, Massachusetts, 02115, United States

## More Information

Study ID Numbers: K-0009; K-0009
Last Updated: August 1, 2005
Record first received: June 29, 2005
ClinicalTrials.gov Identifier: NCT00116467
Health Authority: United States: Food and Drug Administration
ClinicalTrials.gov processed this record on 2005-09-07

U.S. National Library of Medicine, Contact NLM Customer Service
National Institutes of Health, Department of Health & Human Services
Copyright, Privacy, Accessibility, Freedom of Information Act