

**More Massachusetts contacts**

# Cell and Tissue BioProcessing Conference
Process Development and Production Issues for Cellular Therapy & Tissue Engineering

Sponsored by:

 



**5th Annual Meeting**

September 11-14, 2000

The Sheraton Hotel

Framingham, Massachusetts

## Topics

Tissue and Cell Procurement
Cell Selection/Isolation
Safety Testing
Cryopreservation
Assay & Media Development

Cell Expansion
Clinical Administration
Implant Preparation
Storage & Stability

Please join us for this unique analysis of the incredibly challenging issues facing organizations that are trying to supply effective cellular therapies. Topics will range from the problems encountered while

10/7/2004

sourcing cellular starting material to those involved in processing the cells and finally delivering them to the patient. The meeting will cover the latest processing techniques while providing an update on evolving industry standards and regulatory guidelines.

## Program

| Sunday, September 10 | |
|---|---|
| 5:30-7:00 pm: | *Welcome Reception, Exhibit Set Up* |
| **Monday, September 11** | |
| 8:30-10:00 am: | *Registration, Continental Breakfast* |
| 10:00-10:30 am: | **Introduction**<br>Keith L. Carson - *Conference Chairman* |
| 10:30-11:15 am: | **Allogeneic GVAX Cancer Vaccines: Development, Characterization, and Bioequivalence Studies**<br>Flavia Borellini, Ph.D. - *Cell Genesys, Inc.* |
| 11:15-12:00 noon: | **Development of Monoclonal Antibodies for Use in Cell Processing**<br>Steven Ford, Ph.D. - *Chimeric Therapies* |
| 12:00-1:30 pm: | *Lunch* - **Exhibit Area** |
| 1:30-2:15 pm: | **Development of Antibody Conjugated, High-Density Microparticle (HDM) Systems to Enrich Specific Cell Populatioins for Use in Clinical Cell Therapy**<br>Rod Monroy, Ph.D. - *Eligix, Inc.* |
| 2:15-3:00 pm: | **Regulatory Issues in the Manufacturing of Dendritic Cell-Based Tumor Vaccines**<br>Abdur Razzaque, Ph.D. - *FDA/CBER* |
| 3:00-3:30 pm: | *Break* - **Exhibit Area** |
| 3:30-4:15 pm: | **Moving Forward: Applying cGMPs to Cell & Gene Therapy Research Protocols**<br>Donna Rill - *Baylor College - Center for Cell and Gene Therapy* |
| 4:15-5:00 pm: | **Process Validation in a Cell Therapy Laboratory**<br>Robert Preti, Ph.D. - *Progenitor Cell Therapy* |
| 6:00-7:30 pm: | *Cheers Reception* |
| **Tuesday, September 12** | |
| 7:30-8:30 am: | *Full Breakfast* - **Exhibit Area** |
| 8:30-9:15 am: | **Cell Processing at the Blood Center: An Optimal Site for Manufacture?**<br>David Moolten, Ph.D. - *American Red Cross Blood Services* |
| 9:15-10:00 am: | **Development, Scale-Up, and Validation of Advanced Cellular Therapies**<br>Scott R. Burger, M.D. - *University of Minnesota* |
| 10:00-10:30 am: | *Break* - **Exhibit Area** |
| 10:30-11:15 am: | **T-Cells as Cell Therapies and Gene Delivery Vehicles** |

10/7/2004

|  | Bruce L. Levine - *Univ. of Pennsylvania, School of Medicine* |
|---|---|
| 11:15-12:00 noon: | **Development of a Closed System Process to Manufacture Activated T-Cells for Cell Therapy**<br>Alan Hardwick - *Xcyte Therapies* |
| 12:30 pm: | *Box Lunch/Board Bus* |
| 1:00-3:00 pm: | *Facility Tour - Genzyme Tissue Repair* and *Genzyme Corporation* |
| 3:00-4:30 pm: | *Reception - Genzyme Tissue Repair* |
| **Wednesday, September 13** |  |
| 7:30-8:30 am: | *Continental Breakfast* - Exhibit Area |
| 8:30-10:00 am: | **Technology Workshops** |
| 10:00-10:30 am: | *Break* - Exhibit Area |
| 10:30-11:15 am: | **Quality Assurance of Cell and Tissue Procurement**<br>Cindy Entstrasser - *Genzyme Tissue Repair* |
| 11:15-12:00 noon: | **Processing Mammalian Cells for Clinical Transplantation Therapy**<br>Roger Gay, Ph.D. - *Diacrin, Inc.* |
| 12:00-1:30 pm: | *Lunch* - Exhibit Area |
| 1:30-2:15 pm: | **3-Dimensional Culture That Replicates Bone Marrow or Thymus**<br>Michael Rosenzweig, VMD, Ph.D. - *Cytomatrix* |
| 2:15-3:00 pm: | **Development of a Cryopreserved, Tissue Engineered Wound Healing Product**<br>Nitya Ray, Ph.D. - *Ortech International, Inc.* |
| 3:00-3:30 pm: | *Break* - Exhibit Area |
| 3:30-4:15 pm: | **The Cryopreservation Triage: Multiple Mechanisms of Cell Death**<br>John G. Baust, Ph.D. - *State University of New York at Binghamton* |
| 4:15-5:00 pm: | **Genetically Modified Dendritic Cells for Cancer Immunotherapy**<br>Bruce Roberts, Ph.D. - *Genzyme Molecular Oncology* |
| 5:00-5:45 pm: | **Development of a Scaleable Manufacturing Process for a Cell-Based Cancer Vaccine**<br>David Frey - *Cell Genesys, Inc.* |
| 6:00-9:00 pm: | *Banquet* |
| **Thursday, September 14** |  |
| 7:30-8:30 am: | *Full Breakfast* - Exhibit Area |
| 8:30-9:15 am: | **Macroencapsulation: A Delivery Vehicle for Cell and Gene Therapies**<br>Thomas Loudovaris, Ph.D. - *TheraCyte, Inc.* |
| 9:15-10:00 am: | **Cell/Selection: Evolution of a Technology**<br>John D. McMannis, Ph.D. - *MD Anderson Cancer Center* |
| 10:00-10:30 am: | *Break* - Exhibit Area |
| 10:30-11:15 am: | **Clinical Production of Mesenchymal Stem Cells--Process Improvements Moving Toward Phase III Trials and Commercialization**<br>Alan Smith, Ph.D. - *Osiris Therapeutics* |
| 11:15-12:00 noon: | **Engineering of Monocytes Derived Activated Macrophages and Antigen Presenting Cells for Clinical Application**<br>Mohamed Chokri, Ph.D. - *IDM, Inc.* |

10/7/2004

# B




- News

  Press Release Archives

CONTACT
Jennifer Cook Williams
Associate Director
Corporate Communications 650-425-4542

Amy Finan
Director
Corporate Communications
EntreMed, Inc.
240-864-2640 or
240-413-3300

### Cell Genesys and EntreMed Report Positive Preclinical Studies of Antiangiogenesis Gene Therapy

BOSTON, MA, June 6, 2002—Cell Genesys, Inc. (Nasdaq: CEGE) and EntreMed, Inc. (Nasdaq: ENMD) today reported encouraging preclinical data demonstrating that the systemic delivery of the Angiostatin gene, an angiogenesis inhibitor gene that blocks the growth of tumor blood vessels, significantly decreased tumor burden and increased survival in multiple types of cancer in preclinical animal studies. In these studies, EntreMed's Angiostatin gene was combined with Cell Genesys' adeno-associated viral (AAV) gene delivery system. A single injection of Angiostatin-AAV gene therapy resulted in at least 50 percent tumor reduction and prolongation of survival in a highly aggressive mouse tumor model of metastatic melanoma and reduction in tumor burden in various other tumor models including lung, pancreatic, breast and prostate. Stable levels of Angiostatin were measured in serum throughout the duration of the study (as long as 120 days following the gene therapy treatment), and the treatment was well tolerated with no evidence of toxicity. These data were presented by Karin Jooss, Ph.D., associate director of preclinical oncology at Cell Genesys, at the American Society of Gene Therapy Meeting (ASGT) in Boston, MA.

The Angiostatin-AAV gene therapy demonstrated the most significant evidence of antitumor activity of the various combinations of angiogenesis inhibitor genes and gene delivery vectors tested which also included studies with Cell Genesys' adenoviral vector and EntreMed's Endostatin gene. In a melanoma model, lung tumor metastases were reduced by more than 75 percent in animals treated with Angiostatin-AAV. Survival was prolonged to 120 days—approximately four-fold longer than the control group's survival. Additionally, in a mouse model of spontaneous pancreatic cancer, Angiostatin-AAV decreased tumor burden by more than 30 percent. Inhibition of primary tumor progression was also observed in mouse models of breast cancer, lung cancer and prostate cancer. In all studies, the angiogenesis inhibitor gene therapy was delivered systemically by a single intravenous injection. Additional preclinical studies are under way including studies with Angiostatin-AAV and Endostatin-AAV in combination with chemotherapy.

"We are encouraged by the preclinical data we have observed to date with Angiostatin-AAV gene therapy particularly with respect to the broad range of tumor types inhibited," stated Peter K. Working, Ph.D., vice president, research and development at Cell Genesys. "Cell Genesys' preclinical programs in cancer gene therapy combined with the company's extensive clinical programs for multiple GVAX® cancer vaccines and oncolytic virus therapies further demonstrate the depth of the company's product pipeline in cancer."

Dr. Ed Gubish, EntreMed President and Chief Operating Officer, commented, "Today's data

# C




- News
- Press Release Archives



**CELL GENESYS**

CONTACT
Jennifer Cook Williams
Associate Director
Corporate Communications
650-425-4542

### Cell Genesys Reports Clinical Scale Production Capabilities for Lentiviral Gene Therapy

BOSTON, MA, June 11, 2002—Cell Genesys, Inc. (Nasdaq: CEGE) today announced that company scientists have developed a proprietary lentiviral-producing cell line that will enable the production of large quantities of high quality lentiviral gene delivery vector. This new technology is expected to enable Cell Genesys to produce sufficient quantities of high quality vector for future human clinical trials, an objective not readily achieved with earlier generation production methods for lentiviral vectors. The new production technology provides both scaleable and stable production capabilities. Lentiviral vectors are highly efficient at delivering genes to multiple types of dividing and non-dividing cells, including nerve, liver, muscle and bone marrow stem cells, making them potentially applicable to the gene therapy of a wide range of serious diseases. These data were presented at the American Society of Gene Therapy (ASGT) Meeting in Boston, MA by Deborah Farson, associate director in the molecular virology department of Cell Genesys.

Lentiviral vectors are gene delivery vehicles that have demonstrated efficient and long lasting *in vivo* gene transfer into a variety of cell types. In comparison to other viral vectors, lentiviral vectors have a large gene delivery capacity and can therefore be used to deliver a wider range of therapeutic genes. Scientists at Cell Genesys have enhanced the safety profile of the lentiviral vector, which is derived from the human immunodeficiency virus (HIV), by eliminating six genes, five of which are associated with replication (virulence), without reducing the efficiency of gene delivery. The removal of these six genes is accompanied by the addition of a built-in self-inactivating safety feature that further decreases the potential for the vector to replicate or recombine with wild-type virus during vector manufacturing or patient treatment.

"Lentiviral vectors are one of the most efficient gene delivery vehicles for gene therapy, and we are pleased to advance this vector to a position where we may be able to evaluate its benefit in the human clinical trial setting," stated Peter K. Working, Ph.D., vice president, research and development. "While we intend to further evaluate the potential applicability of this technology to the development of novel cancer treatments which is our business focus, we also plan to enter into external collaborations to evaluate lentiviral gene therapy for other serious diseases."

Lentiviral vectors, given their demonstrated success in preclinical studies of delivering genes to multiple cell types, may have broad utility in the treatment of multiple diseases including genetic deficiency disorders such as hemophilia A, a blood clotting disorder. The initial clinical target is likely to be a life threatening genetic deficiency disorder through a sponsored research collaboration at an academic center, and discussions to this effect are now under way. Additionally, Cell Genesys' lentiviral vectors have been made available to the company's majority-owned subsidiary, Ceregene, Inc., for use in gene therapies for neurologic disorders.

Cell Genesys has four different gene delivery technologies with potential applications in both *in vivo* and *ex vivo* gene therapy. These vector systems include adeno-associated viral (AAV)

# D

NewScientist | Home | News | *Jobs* | Archive | Subscribe

# ScienceJobs.com — From New Scientist magazine

SEARCH | MY JOBS | JOBS BY EMAIL | RESUME DATABASE | THE INSIDER | EMPLOYERS OF CHOICE | FOR RECRUITERS

## Job description

New search

**Position** CANCER IMMUNOTHERAPEUTICS
**Organization** Cambridge Healthtech Institute
**Location** Boston, US Massachusetts
**Date Posted** Aug 24 2004

Store to My Jobs

**Cambridge Healthtech Institute Presents...**
**CANCER IMMUNOTHERAPEUTICS**

**September 20-21, 2004**
**Fairmont Copley Plaza**
**Boston, Massachusetts**

Successful new developments in cancer vaccine research, especially in exciting areas such as dendritic cell based vaccines, heat shock protein derived vaccines and T-cell responses, have immensely increased the opportunities for the design and development of new immunotherapeutics. This conference will focus on successful and novel strategies to overcome the hurdles of producing effective cancer vaccines. Topics will range from the design of novel immunotherapies, development of clinical studies and finally the challenges of commercialization.

**Hear Presentations From:**
- Antigenics, Inc.
- Aventis Pasteur
- CancerVax Corp.
- *Cell Genesys, Inc.*
- Chiron Corporation
- Genzyme Corporation
- Memorial Sloan-Kettering Cancer Center
- NIH

**SEARCH BY REGION**



**MORE INFORMATION**

For more information organization search

- a named contact
- a department nam
- organization name

search powered by S



**Have you search**
The ScienceJobs.co
Database is the idea
best scientific candid

10/7/2004