## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04-11810-MLW |
| CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT MOTION TO RESCHEDULE HEARING

The Plaintiff Applied Research Systems ARS Holding N.V., ("ARS") and the Defendant Cell Genesys, Inc. ("CGI") hereby move to reschedule the hearing on CGI's Motion to Dismiss for Lack of Personal Jurisdiction from Wednesday, September 27, 2005 at 3:00 p.m. until any of the following dates and times:

- Wednesday, October 5, 2005 (afternoon);

- Thursday, October 6, 2005 (late afternoon); or

- Friday, October 7, 2005 (morning).

ARS and CGI are asking the Court to reschedule the hearing date because in-house counsel for ARS will be out of the country through Friday, September 29, 2005, and would like to attend the hearing on this dispositive motion. However, if the Court's schedule does not permit the hearing to be rescheduled to one of the dates and times suggested above, the parties respectfully request that the hearing remain on its present date and time – Wednesday, September 27, 2005 at 3:00

p.m. – so as not to delay the resolution of this motion. The defendant Transkaryotic Therapies, Inc. has no objection to this motion.

WHEREFORE, ARS and CGI respectfully request that this Honorable Court:

A.      Reschedule the hearing presently set for Wednesday, September 27, 2005 at 3:00 p.m. to either:

- Wednesday, October 5, 2005 (afternoon);

- Thursday, October 6, 2005 (late afternoon); or

- Friday, October 7, 2005 (morning); or

B.      If none of those dates and times are available, allow the hearing go forward as presently scheduled on Wednesday, September 27, 2005 at 3:00 p.m.; and

C.      Grant such additional or alternative relief as is deemed appropriate.

Respectfully Submitted

CELL GENESYS, INC.

By: /s/ T. Christopher Donnelly
    T. Christopher Donnelly
    (BBO No. 129930)
    Donnelly, Conroy & Gelhaar, LLP
    One Beacon Street, 33d Floor
    Boston, MA 02108
    Tel:  (617) 720-2880
    Fax: (617) 617-720-3554

    **Local Counsel**

Respectfully submitted,

APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.

By:  /s/ Fred A. Kelly, Jr. ___
    Fred A. Kelly, Jr.
    (BBO No. 544046)
    NIXON PEABODY LLP
    100 Summer Street
    Boston, MA 02110
    Tel: 617-345-1000
    Fax: 617-345-1300

    **Local Counsel**

BOS1527003.3

Steven B. Kelber
MERCHANT & GOULD
901 Fiftieth Street, N.W.
Suite 850
Washington, DC 20005

**Trial Counsel**


Dated: _____

MARSHALL, GERSTEIN & BORUN
LLP
Kevin M. Flowers, Ph.D.
Matthew C. Nielsen
6300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

**Trial Counsel**


Dated: _____

BOS1527003.3