**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS ) <br> HOLDING, N.V., ) <br> ) <br>       Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CELL GENESYS, INC. AND ) <br> TRANSKARYOTIC THERAPIES, INC., ) <br> ) <br>       Defendants. ) | C.A. NO. 04 11810 MLW |

**ARS'S MOTION FOR LEAVE TO FILE
SUR-REPLY TO CGI'S MOTION TO DISMISS OR TRANSFER**

Pursuant to Local Civil Rule 7.1(b)(3), Plaintiff Applied Research Systems ARS Holding, N.V. ("ARS") respectfully requests leave to file the attached sur-reply to correct the misstatements in Defendant Cell Genesys Inc.'s Reply Memorandum in Further Support of Its Motion to Dismiss ("CGI Reply Br."; Docket No. 59). A sur-reply is necessary to clarify misstatements regarding (i) the availability of G.L. c. 223, § 38 as a basis for exercising general personal jurisdiction over out-of-state defendants, and (ii) the status of the pending *Cell Genesys, Inc. v. Applied Research Systems ARS Holding, N.V.* action in the District of Columbia ("the D.C. action").

The proposed sur-reply is attached hereto as Exhibit A.

WHEREFORE, for the foregoing reasons, ARS respectfully requests this Court to:

(a) grant this motion for leave to file a sur-reply to CGI's motion to dismiss or transfer; and

(b) enter the proposed sur-reply attached hereto as Exhibit A.

Respectfully submitted,

Dated: September 26, 2005        NIXON PEABODY LLP

By:     /s/ Fred A. Kelly, Jr.
   Fred A. Kelly, Jr.
   BBO No. 544046
   100 Summer Street
   Boston, MA 02110
   Tel: 617-345-1000
   Fax: 617-345-1300

MARSHALL, GERSTEIN & BORUN LLP
   Kevin M. Flowers (*pro hac vice*)
   Matthew C. Nielsen (*pro hac vice*)
   6300 Sears Tower
   233 S. Wacker Drive
   Chicago, Illinois 60606-6357
   Tel: (312) 474-6300
   Fax: (312) 474-0448

Attorneys for Plaintiff Applied Research Systems ARS Holding, N.V

**LOCAL CIVIL RULE 7.1(a)(2) CERTIFICATION**

Matthew C. Nielsen, Esq., counsel for ARS, conferred with CGI's counsel on September 23, 2005 and attempted in good faith, but was unable, to resolve or narrow the issue that is the subject of this motion.

| | |
|---|---|
| Dated: September 26, 2005 | /s/ Matthew C. Nielsen_____<br>Matthew C. Nielsen (*pro hac vice*)<br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Sears Tower<br>233 S. Wacker Drive<br>Chicago, Illinois 60606-6357<br>Tel: (312) 474-6300<br>Fax: (312) 474-0448 |