## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from lcjdb1, entered on 9/15/2005 at 2:57 PM and filed on 9/15/2005

| | |
|---|---|
| **Case Name:** | CELL GENESYS, INC. v. APPLIED RESEARCH SYSTEMS ARS HOLDING N.V. |
| **Case Number:** | 1:04-cv-1407 |
| **Filer:** | |
| **Document Number:** | |

**Docket Text:**
Set/Reset Scheduling Order Deadlines: Fact discovery due by 11/16/2005. Expert discovery due by 3/17/2006. Dispositive Motions due by 4/3/2006. Response to Dispositive Motions due by 5/1/2006. Reply to Dispositive Motions due by 5/15/2006. Expert Witness List due by 11/16/2005. Status Report due by 2/17/2006. Status Conference set for 2/21/2006 02:00 PM before Judge John D. Bates. (lcjdb1)

## U.S. District Court

### District of Columbia

Notice of Electronic Filing

The following transaction was received from lcjdb1, entered on 9/15/2005 at 2:53 PM and filed on 9/15/2005

**Case Name:** CELL GENESYS, INC. v. APPLIED RESEARCH SYSTEMS ARS HOLDING N.V.
**Case Number:** 1:04-cv-1407
**Filer:**
**Document Number:**

**Docket Text:**
MINUTE ORDER: Upon consideration of the parties' Joint Motion for Extension of Times, [32] it is hereby ORDERED that the motion is GRANTED. It is further ORDERED that all times shall be extended to the dates indicated in that document; that oppositions to dispositive motions shall be filed and served no later than 05/01/2006; that replies to such oppositions shall be filed and served no later than 05/15/2006; that a Status Conference shall be held before Judge Bates on 02/21/2006 at 2:00 pm; and that Status Reports are due no later than 02/17/2006. Signed by John D. Bates on 09/15/05. (lcjdb1) (lcjdb1, )