UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**APPLIED RESEARCH SYSTEMS**                    CIVIL  CASE
                                                NO. 04-11810-MLW

V.

**CELL GENESYS, INC. et al**
         Defendant(s)

                    NOTICE OF RESCHEDULING

**WOLF, D.J.**

The **MOTION HEARING** previously scheduled for **OCTOBER 6, 2005** at **3:00 P.M.** before Judge **Wolf**, has been has been RESCHEDULED for **OCTOBER 18, 2005** at **2:00 PM** in courtroom no. 10 on the fifth floor.

                                                SARAH A. THORNTON
                                                CLERK OF COURT

**October 6, 2005**                By:    /s/ Dennis O'Leary
Date                                      Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                            [ntchrgcnf.]