UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-11810

| Applied Research Systems | Cell Genesys, Inc. et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Fred Kelly | Steven Kelber |
| Kevin Flowers | Christopher Donnelly |
| Matthew Nielsen | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 10/18/05 | Court listens to the parties arguments on the defendant, CGI's motion to dismiss for lack of personal jurisdiction (docket no. 6). Court takes a recess. Court denies CGI's motion to dismiss without prejudice. Court stays the case so that the D.C. court can decide whether the entire case should be transferred to this court. Court explains its reasoning to the parties from the bench. Defendant asks that the court would entertain a motion for certification to the circuit court on the issue. Court does not order the defendant not to file it. |