```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

APPLIED RESEARCH SYSTEMS ARS    )
HOLDING, N.V.,                  )
    Plaintiff                   )
                                )
    v.                          )    C.A. No. 04-11810-MLW
                                )
CELL GENESYS, INC.              )
    Defendant                   )


ORDER

WOLF, D.J.                                            October 20, 2005

    For the reasons stated in court on October 18, 2005, it is hereby ORDERED that:

    1. Defendant Cell Genesys, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction (Docket No. 6) is DENIED without prejudice. See Boit v. Gar-Tec Prods, Inc., 967 F.2d 671, 676 (1st Cir. 1992) (when court denies motion to dismiss for lack of personal jurisdiction, it defers determination of the motion until trial); see also Arctic Corner, Inc. v. United States, 845 F.2d 999, 1000 (Fed. Cir. 1988) (court may address jurisdiction sua sponte whenever it appears in doubt); Consolidation Coal Co. v. United States, 351 F.3d 1374, 1378 (Fed. Cir. 2003)(court may address jurisdiction at any stage in the proceedings).

    2. Plaintiff Applied Research System's Motion for Leave to File a Sur-Reply (Docket No. 62) is ALLOWED.

    3. This case is STAYED to allow the United States District

Court for the District of Columbia to decide whether this case is a "parallel proceeding" to the litigation pending in that court, and if so, whether to transfer that litigation to this court. See West Gulf Marine Ass'n. v. ILA Deep Sea Local 24, 751 F.2d 721, 729 n.1 (5th Cir. 1985) (stay is appropriate to permit the court of first filing to rule on motion to transfer); Boston and Maine Corp v. United Transp. Union, 110 F.R.D. 322, 329 (D. Mass. 1986) (court where first suit was filed determines whether both suits proceed); Davox Corp. v. Digital Sys. Int'l., 846 F. Supp. 144, 147-48 (D. Mass. 1993). The parties shall provide the judge in the District of Columbia case with the transcript of this court's observations on October 18, 2005, concerning this issue.

    /s/ MARK L. WOLF  
UNITED STATES DISTRICT JUDGE