IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., <br><br>  Plaintiff, <br><br> v. <br><br> CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., <br><br>  Defendant. | ) ) ) ) ) ) ) ) Civil Action NO. 04-11810 MLW ) ) ) ) ) ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Stacy L. Blasberg of Choate, Hall & Stewart LLP as counsel for defendant Transkaryotic Therapies, Inc. in the above-captioned case.

TRANSKARYOTIC THERAPIES, INC.

By its attorney,

/s/ Stacy Blasberg

Stacy L. Blasberg (BBO # 657420)
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-5000 (telephone)
(617) 248-4000 (facsimile)

Dated: October 27, 2005

K&E 10782931.1

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon an attorney of record for each other party by hand on October 27, 2005.

/s/ Stacy Blasberg

_____

4003708v1