UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| APPLIED RESEARCH HOLDING SYSTEMS ARS HOLDING, N.V., | ) ) ) ) | |
|  | ) | C.A. No. 04 11810 MLW |
| Plaintiff, | ) ) | |
| CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC., | ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule D. Mass. 83.5.2(c), the following counsel of Wilmer Cutler Pickering Hale and Dorr LLP hereby withdraw their appearances as counsel for defendant Transkaryotic Therapies, Inc. ("TKT") in the above-captioned matter:

1. David B. Bassett (BBO #551148);

2. Shann Kerner (BBO #564537);

3. Donna M. Meuth (BBO #645598); and

4. Gregory F. Noonan (BBO #651035).

                    Respectfully submitted,

                    /s/__Gregory F. Noonan
                    David S. Bassett (BBO #551148)
                    Shann Kerner (BBO #564537)
                    Donna M. Meuth (BBO #645598)
                    Gregory F. Noonan (BBO #651035)
                    Wilmer Cutler Pickering Hale and Dorr LLP
                    60 State Street, Boston MA 02109
                    617-526-6000 (phone)
                    617-526-5000 (fax)

## **CERTIFICATE OF SERVICE**

I, Stephen M. Muller, hereby certify that on October 27, 2005, I served a copy of the above Notice of Withdrawal on counsel not otherwise served electronically.

                    /s/__Gregory F. Noonan_____

US1DOCS 5353421v1