UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| APPLIED RESEARCH HOLDING SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC., <br><br> Defendants. | C.A. No. 04 11810 MLW |

## NOTICE OF WITHDRAWAL OF COUNSEL

Pursuant to Local Rule D. Mass. 83.5.2(c), the below-named counsel hereby withdraws his appearance as counsel for defendant Transkaryotic Therapies, Inc. ("TKT") in the above-captioned matter.

Respectfully submitted,

/s/__Stephen M. Muller
Stephen M. Muller (#646699)
Wilmer Cutler Pickering
Hale and Dorr LLP
60 State Street
Boston, MA 02109

## CERTIFICATE OF SERVICE

I, Stephen M. Muller, hereby certify that on October 31, 2005, I served a copy of the above Notice of Withdrawal on counsel not otherwise severed electronically.

/s/__Stephen M. Muller_____

US1DOCS 5343955v1