IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> v. <br><br> CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., <br><br> Defendant. | ) ) ) ) ) ) ) Civil Action NO. 04 11810 MLW ) ) ) ) ) ) |

## LOCAL RULE 85.5.3 MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE*

Co-defendant Transkaryotic Therapies, Inc. ("TKT") moves for admission *pro hac vice* of Gerald J. Flattmann, Ellen A. Scordino, Charlotte A. Pontillo, and Joseph A. Loy as counsel to TKT in this action. The undersigned counsel will serve as TKT's local counsel in Boston, Massachusetts.

TRANSKARYOTIC THERAPIES, INC.

By its attorney,

Eric J. Marandett (BBO # 561730)
Stacy L. Blasberg (BBO# 657420)
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-5000 (telephone)
(617) 248-4000 (facsimile)

Dated: October 31, 2005

K&E 10782931 1

2

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

I certify that counsel for Transkaryotic Therapies, Inc. conferred with counsel for Applied Research Systems ARS Holding, N.V. and counsel for Cell Genesys, Inc. on October 31, 2005 on this motion, and that counsel for Applied Research Systems ARS Holding, N.V., and counsel for Cell Genesys, Inc. both assented to this motion.

_____
Stacy L. Blasberg

4002737v1