IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | )<br>)<br>) |
| Plaintiff, | )<br>)<br>) |
| v. | ) Civil Action NO. 04 11810 MLW |
| CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., | )<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) |

### DECLARATION OF ELLEN A. SCORDINO IN SUPPORT OF THE MOTION TO APPEAR *PRO HAC VICE*

I, Ellen A. Scordino, have personal knowledge of the facts set forth herein, and declare as follows:

1. My business address is: Kirkland & Ellis LLP, Citicorp Center, 153 E. 53rd Street, New York, New York 10022; Telephone: (212) 446-4911; Facsimile: (212) 446-4900.

2. I have been admitted to practice in the following courts:

| COURT | DATE OF ADMISSION |
|---|---|
| United States Court of Appeals for the Federal Circuit | 1/26/2005 |
| Supreme Judicial Court of Massachusetts | 1/25/2002 |
| Supreme Court of New York Appellate Division | 2/4/2002 |
| Southern District of New York | 3/26/2002 |
| Eastern District of New York | 2/26/2002 |

3.  With respect to the bars of all the courts/agencies listed in Section 2, I have been and remain a member in good standing.

4.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.  I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

6.  I have filed, along with this application, a check for $50.00 representing the filing fee required for motion for leave to appear and practice *pro hac vice* in this Court, and a certificate of good standing from the United States District Court for the Southern District of New York.

For these reasons, I, Ellen A. Scordino, respectfully request the Court to grant this motion to appear *pro hac vice* and allow me to appear before this Court until the conclusion of this case.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 21, 2005 at New York, New York.

/s/ Ellen A. Scordino
Ellen A. Scordino

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, __J. Michael McMahon__, Clerk of this Court, certify that

__ELLEN AGNES SCORDINO__, Bar # __ES5127__

was duly admitted to practice in this Court on

__MARCH 26th, 2002__, and is in good standing

as a member of the Bar of this Court.

Dated at __500 Pearl Street, New York, New York__ on __OCTOBER 24th, 2005__

**J. MICHAEL McMAHON**
Clerk

by: _____
Deputy Clerk