IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> v. <br><br> CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., <br><br> Defendant. | Civil Action NO. 04 11810 MLW |

**DECLARATION OF CHARLOTTE A. PONTILLO IN SUPPORT OF THE MOTION TO APPEAR *PRO HAC VICE***

I, Charlotte A. Pontillo, have personal knowledge of the facts set forth herein, and declare as follows:

1. My business address is: Kirkland & Ellis LLP, Citicorp Center, 153 E. 53rd Street, New York, New York 10022; Telephone: (212) 446-4899; Facsimile: (212) 446-4900.

2. I have been admitted to practice in the following courts:

| COURT | DATE OF ADMISSION |
|---|---|
| State of New York | July 26, 2004 |
| Southern District of New York | September 14, 2004 |

3. With respect to the bars of all the courts/agencies listed in Section 2, I have been and remain a member in good standing.

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.      I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

6.      I have filed, along with this application, a check for $50.00 representing the filing fee required for motion for leave to appear and practice *pro hac vice* in this Court, and a certificate of good standing from the United States District Court for the Southern District of New York.

For these reasons, I, Charlotte A. Pontillo, respectfully request the Court to grant this motion to appear *pro hac vice* and allow me to appear before this Court until the conclusion of this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October ___, 2005 at New York, New York.

_____
Charlotte A. Pontillo

K&E 10784062.1

# United States District Court
### Southern District of New York

# Certificate of Good Standing

I, _____J. Michael McMahon_____, Clerk of this Court, certify that

_____CHARLOTTE  ANN  PONTILLO_____, Bar # _____CP1778_____

was duly admitted to practice in this Court on

_____SEPTEMBER  14th,  2004_____, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
_____New York, New York_____   on   _____OCTOBER  24th,  2005_____

**J. MICHAEL McMAHON**
_____   by: _____
Clerk                                                              Deputy Clerk