

# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-1832
(617) 345-1000
Fax: (617) 345-1300

Fred A. Kelly, Jr.
Direct Dial: (617) 345-1319
E-Mail: fkelly@nixonpeabody.com

November 18, 2005

VIA HAND DELIVERY

Judge Mark L. Wolf
United States District Court
  For the District of Massachusetts
1 Courthouse Way – Room 5110
Boston, MA 02210

      RE:    *Applied Research Systems ARS Holding, N.V. v. Cell Genesys, Inc .and Transkaryotic Therapies, Inc.*, C.A. No: 04 - 11810 MLW

Your Honor:

    Enclosed please find an Order transferring *Cell Genesys, Inc. v. Applied Research Systems ARS Holdings NV* from the United States District Court for the District of Columbia to this Court. A Memorandum Opinion from Judge Bates is also enclosed.

    Please contact me if you have any questions.

                                    Respectfully submitted,

                                    Fred A. Kelly, Jr.
                                    Counsel for Applied Research Systems ARS
                                    Holdings NV

FAK:vlb
Encls.
cc:     Counsel of Record

BOS1545484.1

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • LOS ANGELES, CA • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PHILADELPHIA, PA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC