IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.,<br><br>Plaintiff,<br><br>v.<br><br>CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC.,<br><br>Defendants. | C.A. No. 04 11810 MLW |

### DEFENDANT CELL GENESYS, INC.'S MOTION FOR DISCOVERY SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 37

Pursuant to Fed. R. Civ. P. 37, defendant Cell Genesys, Inc. ("CGI") respectfully requests that sanctions in the amount of $15,350.00 be awarded against Applied Research Systems ARS Holding, N.V. ("ARS") for failure to attend a properly noticed and confirmed deposition set for December 1, 2005.

The grounds for this motion are set forth in the accompanying Brief in Support of Motion for Sanctions and the Declaration of Steven B. Kelber.

CGI further notes that it has separately requested that a scheduling conference be set.

### REQUEST FOR ORAL ARGUMENT

Defendant Cell Genesys, Inc. respectfully requests oral argument.

CELL GENESYS, INC.,

By its attorneys,

/s/ T. Christopher Donnelly
T. Christopher Donnelly (BBO# 129930)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
(617) 720-2880

Steven B. Kelber
Merchant & Gould
901 Fifteenth St.
Suite 850
Washington, DC 20005
(202) 326-0300

Admitted pro hac vice

Dated: December 9, 2005

## LOCAL RULE 7.1 AND 37.1 CERTIFICATION

I hereby certify that on December 8, 2005, I did confer in good faith, via telephone, with counsel for Applied Research Systems ARS Holding, N.V., in an effort to narrow or resolve the issues raised in this motion.

Steven B. Kelber