IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) ) | C.A. No. 04 11810 MLW |
| Plaintiff, | ) ) ) |  |
| v. | ) ) |  |
| CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC., | ) ) ) |  |
| Defendants. | ) ) ) |  |

## DECLARATION OF STEVEN B. KELBER
## IN SUPPORT OF MOTION FOR SANCTIONS

Steven B. Kelber, being first duly sworn upon oath, deposes and states:

1.     I am a licensed attorney and represent the defendant Cell Genesys, Inc. in this action.

2.     I attach here as Exhibit A, a true and correct copy of the original notice for the deposition of ARS's inventor Scott C. Chappel.

3.     I attach here as Exhibit B, a true and correct copy of the amended notices/confirmatory correspondence changing the date for the deposition of ARS's inventor Scott C. Chappel, including the final notice, setting the date for December 1, 2005.

4.     On November 20, 2005, I first received a suggestion from ARS that it wanted to postpone the December 1, 2005 deposition indefinitely.

5.     On November 23, 2005, I informed ARS's counsel by telephone that CGI was not amenable to any postponement.

6.    ARS offered a different explanation as to why postponement of the deposition was preferred in several communications that took place between November 23, 2005 and November 29, 2005. At no time, however, did ARS indicate that the inventor-witness, Scott C. Chappel, was unavailable or that no one would attend the December 1, 2005 deposition.

7.    I, along with Sue Jensen of our office departed Washington, D.C. on the 11:00 a.m. train, for a 6:20 p.m. arrival in Boston late on November 30, 2005. It was not until we were well underway that I received an email from counsel for ARS indicating that it may not appear at the December 1, 2005 deposition.

8.    I attach here as Exhibit C, a true and correct copy of the deposition transcript taken on December 1, 2005.

9.    I attach here as Exhibit D, a true and correct copy of an excerpt from the transcript from the hearing before this Court concerning scheduling matters.

10.    By a September 15, 2005 Minute Order, the District of Columbia Court adopted the dates proposed in the parties' September 14, 2005 joint request for an extension of time, which I attach here as Exhibit E.

11.    I attach here as Exhibit F, a true and correct copy of the parties' November 1, 2005 joint request for an extension of the time to conduct fact discovery until December 16, 2005.

12.    The $15,350.00 CGI requests in sanctions is composed of the following fees and costs:

**FEES**

| Attorney | Hourly Rate | Description | Hours | Total |
|---|---|---|---|---|
| Steven Kelber | $650.00 | Travel to and from Boston for December 1, 2005 deposition. | 10.0 | $6,500.00 |
| Sue Jensen | $440.00 | Travel to and from Boston for December 1, 2005 deposition. | 10.0 | $4,400.00 |
| Kristine Boylan | $285.00 | Drafting motion for sanction | 10.0 | $2,850.00 |

**TOTAL:**     **$13,750.00**

**COSTS**

| Travel Expenses | $1,600.00 | Kelber and Jensen |
|---|---|---|

**GRAND TOTAL:**     **$15,350.00**

I DECLARE UNDER PENALTY OF PERJURY THAT THE
FOREGOING IS TRUE AND CORRECT

Executed on December _9th_, 2005 in Washington, District of Columbia.

_____
Steven B. Kelber

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CELL GENESYS, INC.,                     )
                                        )
          Plaintiff/Counterdefendant    )
                                        )
     v.                                 )        C.A. NO. 04 CV 01407 (JDB)
                                        )
APPLIED RESEARCH SYSTEM                 )
ARS HOLDING, N.V.                       )
                                        )
          Defendant/Counterclaimant     )
                                        )

## CELL GENESYS, INC. NOTICE OF DEPOSITION
## OF SCOTT C. CHAPPEL

Please take notice that the deposition of Scott C. Chappel, named as inventor on the face

of U.S. Patent 5,272,071 shall take place, in the absence of agreement between the parties as to

an alternate time and place, on September 13, 2005, at the offices of Merchant & Gould, 901

Fifteenth Street, N.W., Suite 850, Washington, D.C. 20005, from 9:00 am until 6:00 pm, eastern

time, unless completed earlier. The deposition shall be conducted in accordance with Rule 30 of

1

the Federal Rules of Civil Procedure and shall be recorded stenographically, and shall be taken in accordance with the rules of the Court and the Scheduling Order in this case.

Respectfully submitted,

MERCHANT & GOULD

Date: 8/15/05

Steven B. Kelber D.C. Bar No. 358515
901 Fifteenth Street, N.W.
Suite 850
Washington, D.C. 20005
Telephone: (202) 326-0300
Facsimile: (202) 326-0778

*Attorney for Plaintiff Cell Genesys, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that true copies of:

      1.     CELL GENESIS, INC. NOTICE OF DEPOSITION
              OF SCOTT C. CHAPPEL

      2.     CERTIFICATE OF SERVICE

were served upon Counsel as follows:

      Charles L. Gholz
      Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
      1940 Duke Street
      Alexandria, Virginia 22314

via *Federal Express* on this 15 day of AUGUST, 2005.

STEVEN B. KELBER

ATTORNEY DOCKET NO: 306229-21
INTERFERENCE 105,114 (District Court Action)

3

# EXHIBIT B

**From:** Matthew Nielsen [mailto:mnielsen@marshallip.com]
**Sent:** Wednesday, November 09, 2005 12:45 PM
**To:** Steven Kelber
**Subject:** RE: Deposition Schedule

Steve,

Please confirm that CGI has reserved a conference room at the New Rochelle Marriott for Dr. Skoultchi's deposition.

Thanks, Matt

> -----Original Message-----
> **From:** Matthew Nielsen
> **Sent:** Monday, November 07, 2005 3:35 PM
> **To:** 'Steven Kelber'; Kevin Flowers
> **Cc:** Sue Jensen M.D.; T. Christopher Donnelly; Catherine Grosshans; 'Kelly, Fred'
> **Subject:** RE: Deposition Schedule
>
> Steve,
>
> Thanks for your messages, including the offer to take Dr. Chappel's deposition in DC on Dec. 2. That won't be necessary though, and we can go forward with the schedule you proposed below. As we understand it, the schedule is as follows:
>
> On Dec. 1, 2005, beginning at 9:00 am, Dr. Chappell's deposition will take place at 1 Beacon Place, Donnelly, Conroy and Gelhar in Boston.
>
> On Nov. 13, 2005, beginning at 9:00 am, Dr. Skoultchi's deposition will take place at the Marriott Residence Inn in New Rochelle, New York.

12/9/2005

On Nov. 15, 2005, beginning at 9:00 am, Mark Levin's deposition will take place at Nixon Peabody, 100 Summer Street in Boston.
(Per the regular practice and as I mentioned to you, we'll take Mr. Levin's deposition at our local counsel's office, instead of at Donnelly, Conroy and Gelhar.)

Please keep us advised on the availability of Dr. Finer.

And you're correct, for security purposes, please plan on me, Kevin Flowers, Jill Uhl and Fred Kelly attending the depositions.

Thanks for your cooperation.

Matt Nielsen

-----Original Message-----
**From:** Steven Kelber [mailto:SKelber@Merchant-Gould.com]
**Sent:** Friday, November 04, 2005 9:31 AM
**To:** Steven Kelber; Matthew Nielsen; Kevin Flowers
**Cc:** Sue Jensen M.D.; T. Christopher Donnelly; Catherine Grosshans
**Subject:** RE: Deposition Schedule

Well, of course they don't really let me schedule anything, too dangerous.
The deposition date for Chappell is correct - December 1.
The date for Skoultchi and Levin is NOV 13 and NOV 15. My apologies.

*Steven Kelber*
Merchant & Gould
901 Fifteenth Str., N.W.
Suite 850
Washington, D.C. 20005
202-326-0333

_____
**From:**  Steven Kelber
**Sent:**  Friday, November 04, 2005 10:10 AM
**To:**  'Matthew Nielsen'; 'Kevin Flowers'
**Cc:**  Sue Jensen M.D.; 'T. Christopher Donnelly'; Catherine Grosshans
**Subject:**  Deposition Schedule

Matt:
Firming things up, we will take Dr. Chappell's deposition in Boston, 1 Beacon Place, Donnelly, Conroy and Gelhar, on Dec.1, 2005. Does 9:00 work as a start time?

We will make Dr. Skoultchi available for deposition on Dec. 13, at the Marriott Residence Inn in New Rochelle, New York, starting at 9:00 am.

We will make Mark Levin available for deposition on Dec. 15 at 1 Beacon Place, Donnelly, Conroy and Gelhar, on Nov. 15, 2005 starting at 9:00 am (no other dates worked out close).

We are still working to get a date for Dr. Finer and will advise you soonest.
We look forward to getting the draft protective order from you.
For security, I will assume, unless you advise otherwise, that yourself, Kevin, Jill Uhl and Fred Kelly

will be attending the two depositions in Boston.

**Steven Kelber**
Merchant & Gould
901 Fifteenth Str., N.W.
Suite 850
Washington, D.C. 20005
202-326-0333


The material in this transmission contains confidential information intended only for the addressee. If you are not the addressee, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun LLP by telephone (312) 474-6300. Thank you.
*********************************************************************************

# EXHIBIT C

# ORIGINAL

1

PAGES 1 - 5

EXH. 1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Cell Genesys, Inc.            \*

v.                            \*        Civil Action

Applied Research Systems      \*   No. 04-01407(JDB)

ARS Holding N.V.              \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

Scheduled Deposition of Scott C. Chappel

Thursday, December 1, 2005

Donnelly Conroy & Gelhaar, LLP

One Beacon Street - 33rd Floor

Boston, Massachusetts 02108

----------- *J. EDWARD VARALLO, RMR, CRR* ----------

*COURT REPORTER*

*FARMER ARSENAULT BROCK LLC, BOSTON, MASS.*

*617.728.4404*

*evarallo@fabreporters.com*

2

*Counsel for Cell Genesys, Inc.*:

    Steven B. Kelber, Esq.

    Sue Jensen, M.D., Esq.

    Merchant & Gould

      901 Fifteenth Street, N.W. - Suite 850

      Washington, D.C. 20005

      202.326.0300  Fax 202.326.0778

      sjensen@merchant-gould.com

      skelber@merchant-gould.com


    T. Christopher Donnelly, Esq.

    Donnelly Conroy & Gelhaar, LLP

      One Beacon Street - 33rd Floor

      Boston, Massachusetts 02108

      617.720.2880  Fax 617.720.3554

      tcd@dcglaw.com

3

```
1    ---------------------------------------------------
2                P R O C E E D I N G S
3                      9:20 a.m.
4    ---------------------------------------------------
5              MR. KELBER:  Good morning.  I'm Steven
6    Kelber and we are here at the offices of Donnelly
7    Conroy & Gelhaar in Boston, Massachusetts, for the
8    noticed deposition of Scott C. Chappel in the
9    transferred case that was originally in the District
10   of Columbia as C.A. Number 04-CV-01407.  That case
11   has now been transferred to Judge Wolf in the
12   District Court for the District of Massachusetts.
13             The deposition was noticed originally for
14   September 13, 2005.  It was rescheduled twice at the
15   request of counsel for ARS to today, December 1,
16   2005.
17             No indication has been provided that the
18   witness is unavailable, that counsel is unavailable,
19   or that there is another reason why the deposition
20   cannot go forward under the Federal Rules of
21   Evidence.  It is now twenty minutes past the noticed
22   time for beginning and no appearance by counsel, no
23   notice by counsel, no phone call by counsel, no
24   e-mail or other communication from counsel for ARS
```

4

1    has been received.

2            Accordingly, this transcript will be made

3    of record in the Massachusetts case, which is Civil

4    Action Number 04-11810-MLW.  In the absence of a

5    witness or presence of plaintiff in the

6    Massachusetts case, Applied Research Systems Ares

7    Holding, N.V., we will now close this deposition.

8            MR. DONNELLY:  I guess formally suspend it

9    until such time as the court orders or the witness

10    appears, whatever might happen, reserving all of our

11    rights.

12            MR. KELBER:  Yes.  Thank you.  And we're

13    off the record.

14            (Deposition concluded at 9:22 a.m.)

15

16

17

18

19

20

21

22

23

24

5

1    Commonwealth of Massachusetts )

2    County of Suffolk                )

3

4                C E R T I F I C A T E

5

6        I, J. Edward Varallo, Registered Professional

7    Reporter, Certified Realtime Reporter, and Notary

8    Public in the Commonwealth of Massachusetts (my

9    commission expires 01/09/2009), do hereby certify

10   that the foregoing record, pages 1 to 4 inclusive,

11   is a true and accurate transcript of my stenographic

12   notes taken on December 1, 2005, at the scheduled

13   deposition of Scott C. Chappel at the time and place

14   noted above.

15       IN WITNESS WHEREOF, I have hereunto set my

16   hand this 1st day of December, 2005, at Boston.

17

18

19

20

21

22

23   _____

24              J. Edward Varallo

FARMER ARSENAULT BROCK LLC
617.728.4404

**EXHIBIT D**

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

APPLIED RESEARCH                    )  CA 04-11810
                                    )  Boston, MA
v.                                  )  October 18, 2005
                                    )
CELL GENESYS, ET AL                 )

BEFORE THE HONORABLE MARK L. WOLF
UNITED STATES DISTRICT JUDGE
MOTION HEARING

APPEARANCES:

(As previously noted.)

JUDITH A. TWOMEY, RPR
Official Court Reporter
One Courthouse Way
Courtroom 10~Room 5200
Boston, MA 02210
(617)946-2577

1          THE CLERK:  This is Civil Action Number 04-11810,

2    Applied Research versus Cell Genesys, et al.

3          Court is in session.  You may be seated.

4          THE COURT:  Good afternoon.  Would counsel please

5    identify themselves for the court and for the record.

6          MR. KELLY:  Fred Kelly from Nixon Peabody, local

7    counsel for Applied Research.

8          MR. FLOWERS:  Kevin Flowers from Marshall

9    Gerstein in Chicago for ARS.

10          MR. NIELSON:  Mathew Nielson from Marshall

11    Gerstein in Chicago on behalf of Applied Research Systems.

12          MR. KELBER:  Steven Kelber, your Honor, with

13    Merchant & Gould from DC on behalf of Cell Genesys.

14          MR. DONNELLY:  Christopher Donnelly, Donnelly

15    Conroy & Gelhaar, Boston, local counsel to Cell Genesys.

16          THE COURT:  Okay.  We're here in connection with

17    Cell Genesys' motion to dismiss for personal -- lack of

18    personal jurisdiction.

19          I've studied it and can tell you my tentative

20    views.  There seems to be a certain irony.  I denied the

21    motion for jurisdictional discovery when I saw you in

22    August.  At that time, as I recall, the sole reason,

23    statutory basis for jurisdiction that was being discussed,

24    was the Massachusetts Long Arm Statute.  But having denied

25    that motion for jurisdictional discovery, under the

1    case for us.  There was an independent sales

2    representative in that case.  There was a stock of parts.

3    And there were employees who came into Massachusetts to

4    confer with surgeons.  That's exactly what we have here in

5    a different context of a biotechnology company as opposed

6    to a company that sold surgical implant devices.

7              THE COURT:  Let me ask you a question.  Does your

8    client want an expeditious resolution of this interference

9    part of the case?

10             MR. FLOWERS:  Yes, I believe it's fair to say we

11   do, your Honor.

12             THE COURT:  And CGI does too?

13             MR. KELBER:  Yes, your Honor.

14             THE COURT:  Because if ARS wins today, you know,

15   I could take the case.  But if we got to summary judgment

16   or trial, while now I would be drawing reasonable

17   inferences, the inferences might not prove to be

18   well-founded.  And then the case would have to stop.  I

19   mean, you know there's jurisdiction in the District of

20   Columbia.  There would be some duplication of effort for

21   me to -- well, I mean, for two courts to handle it.  But

22   if Judge Bates decided the interference matter, depending

23   on what he found, maybe it would be easy to resolve the

24   TKT matter.  I mean, he could be -- if there's

25   jurisdiction for present purposes, it's on a very low

1    expert in interference issues than he is.  I've never had

2    an interference case, to my memory.  However, I am going

3    to be responsible for the allegations that TKT infringes

4    ARS's '071 patent.  It may be most efficient to have one

5    judge handle all of the issues relating to that patent if

6    one judge has jurisdiction over all the parties.  Judge

7    Bates, as I understand it, does not have and cannot get

8    jurisdiction over TKT.

9           If the case is transferred here, as I said

10   earlier, it would be my intention to maintain Judge Bates'

11   schedule.  Probably have to be further educated on it.

12   But a transfer should not entail any delay or any material

13   delay.

14          Is there anything further in this matter for

15   today?

16          MR. FLOWERS:  No, your Honor.

17          MR. KELBER:  Your Honor, I haven't, obviously,

18   had a chance to confer with the client, but I wonder if

19   the court would entertain briefing of certification.  Very

20   quickly, why.

21          THE COURT:  Certification to whom?

22          MR. KELBER:  To the Federal Circuit, your Honor.

23   This is controlled by Federal Circuit law, as you've

24   correctly observed, and the parties have briefed that, and

25   we believe that there is a touchstone for these cases.  I

# EXHIBIT E

Sue Jensen M.D.

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Thursday, September 15, 2005 2:54 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-01407-JDB CELL GENESYS, INC. v. APPLIED RESEARCH SYSTEMS ARS HOLDING N.V. "Order on Motion for Extension of Time to" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.
<!-- rcsid='\$Header: /district/html/TextHead,v 3.1 2003-04-25 07:56:43-04 loy Exp \$' --> U.S. District Court District of Columbia

Notice of Electronic Filing
The following transaction was entered on 9/15/2005 at 2:53 PM  and filed on 9/15/2005

#ident 'rcsid=\$Header: /ecf/district/server/TextBody,v 3.1 2003-04-25 07:52:35-04 loy Exp \$'
Case Name: CELL GENESYS, INC. v. APPLIED RESEARCH SYSTEMS ARS HOLDING N.V.
Case Number: 1:04-cv-1407 https://ecf.dcd.uscourts.gov/cgi-bin/DktRpt.pl?110325

Document Number:
 opy the URL address from the line below into the location bar of your Web browser to view the document:

Docket Text:
MINUTE ORDER: Upon consideration of the parties' Joint Motion for Extension of Times, [32] it is hereby ORDERED that the motion is GRANTED.  It is further ORDERED that all times shall be extended to the dates indicated in that document; that oppositions to dispositive motions shall be filed and served no later than 05/01/2006; that replies to such oppositions shall be filed and served no later than 05/15/2006; that a Status Conference shall be held before Judge Bates on 02/21/2006 at 2:00 pm; and that Status Reports are due no later than 02/17/2006. Signed by John D. Bates on 09/15/05. (lcjdb1) (lcjdb1, )

The following document(s) are associated with this transaction:

<!-- rcsid='\$Header: /ecf/district/server/TextAtyList,v 3.2 2003-06-02 17:37:56-04 bibeau Exp \$' -->
1:04-cv-1407 Notice will be electronically mailed to:
Michael F. Borun                                    mborun@marshallip.com,

Kevin M. Flowers
scollazo@marshallip.com                             kflowers@marshallip.com,

Charles L. Gholz                                    cgholz@oblon.com,

Steven B. Kelber                                    skelber@merchant-gould.com,
craimund@merchant-gould.com;sjensen@merchant-gould.com;jberryman@merchant-gould.com

Matthew C. Nielsen                                  mnielsen@marshallip.com,


1:04-cv-1407 Notice will be delivered by other means to:
Bradford P. Lyerla
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6367

William K. Merkel
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower

233 South Wacker Drive
Chicago, IL 60606-6367

Sandip H. Patel
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6367

Cullen N. Pendleton
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 South Wacker Drive
Chicago, IL 60606-6367

Frank J. West
OBLON, SPIVAK, MCCLELLAND, MAIER & NEUSTADT 1940 Duke Street Alexandria, VA 22314

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CELL GENESYS INC.                    )
                                     )
            Plaintiff,               )        Civil Action No. 04-01407 (JDB)
                                     )
    v.                               )
                                     )
APPLIED RESEARCH SYSTEMS ARS         )
HOLDING, N.V.,                       )
                                     )
            Defendant                )

## JOINT MOTION FOR EXTENSION OF TIMES

The parties, CELL GENESYS, INC. (CGI) and APPLIED RESEARCH

SYSTEMS ARS HOLDING, N.V. (ARS), move jointly to extend the time periods set in

the Scheduling Order dated April 14, 2005 in the above-captioned matter by two (2)

months, so as to allow the parties to complete fact discovery, which has commenced,

followed by expert reports and discovery, and dispositive pleadings, in an orderly

fashion. The parties are currently engaged in setting deposition dates to complete fact

discovery, but it does not appear possible that the parties can complete the fact discovery

by the current due date of September 16, 2005.

Accordingly, the parties move that the dates be reset as follows:

All fact discovery shall be completed by November 16, 2005.

All fact depositions shall be completed by November 16, 2005.

Experts shall be designated pursuant to Fed.R.Civ.P.26(a)(2) by
November 16, 2005.

Initial expert reports regarding issues on which the propounding party
bears the burden of proof shall be served by December 14, 2005.

Depositions of experts on issues raised in initial expert reports shall be completed by January 16, 2006.

Rebuttal expert reports shall be served by February 17, 2006.

Depositions of experts on issues addressed in rebuttal expert reports shall be completed by March 17, 2006.

Dispositive motions shall be filed and served no later than April 3, 2006.

Oppositions to a dispositive motion shall be filed and served within twenty-eight (28) days after service of the motion.

A reply shall be filed and served within fourteen (14) days after service of an opposition.

The parties jointly move for this relief, and sincerely expect to be able to complete discovery in an orderly fashion, and be ready for a trial, as necessary, without further extensions of time.

Respectfully submitted,

MERCHANT & GOULD

/s/Steven B. Kelber
Steven B. Kelber
D.C. Bar No. 358515
Christopher W. Raimund
D.C. Bar No.: 476290
Merchant & Gould
901 Fifteenth Street, N.W., Suite 850
Washington, D.C. 20005
Telephone: 202.326.0300
Facsimile: 202.326.0778

Attorneys for Plaintiff
Cell Genesys, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the aforegoing JOINT MOTION FOR

EXTENSION OF TIMES was served upon Counsel as follows:

         Kevin M. Flowers, Ph.D., Esq.
         Marshall, Gerstein & Borun LLP
         233 South Wacker Drive
         6300 Sears Tower
         Chicago, IL 60606-6357

         and

         Charles L. Gholtz, Esq.
         OBLON SPIVAK McCLELLAND
           MAIER & NEUSTADT
         1940 Duke Street
         Alexandria, VA 22314

via Federal Express on this 14th day of September, 2005.

                                /s/Steven B. Kelber
                                Steven B. Kelber

INTERFERENCE 105,114 (District Court Action)

**EXHIBIT F**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CELL GENESYS INC. | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 04-01407 (JDB) |
| | ) | |
| v. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS | ) | |
| HOLDING, N.V., | ) | |
| | ) | |
| Defendant | ) | |

## JOINT MOTION FOR EXTENSION OF TIMES

The parties, CELL GENESYS, INC. (CGI) and APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V. (ARS), move jointly to extend the time periods set in the Minute Order dated September 15, 2005 in the above-captioned matter by one (1) month, so as to allow the parties to complete fact discovery, which has commenced, followed by expert reports and discovery, and dispositive pleadings, in an orderly fashion. The parties are currently engaged in setting deposition dates to complete fact discovery, but it does not appear possible that the parties can complete the fact discovery by the current due date of November 16, 2005.

Accordingly, the parties move that the dates be reset as follows:

All fact discovery shall be completed by December 16, 2005.

All fact depositions shall be completed by December 16, 2005.

Experts shall be designated pursuant to Fed.R.Civ.P.26(a)(2) by December 16, 2005.

Initial expert reports regarding issues on which the propounding party bears the burden of proof shall be served by January 16, 2006.

Depositions of experts on issues raised in initial expert reports shall be completed by February 16, 2006.

Rebuttal expert reports shall be served by March 17, 2006.

Depositions of experts on issues addressed in rebuttal expert reports shall be completed by April 17, 2006.

Dispositive motions shall be filed and served no later than May 3, 2006.

Oppositions to a dispositive motion shall be filed and served within twenty-eight (28) days after service of the motion.

A reply shall be filed and served within fourteen (14) days after service of an opposition.

The parties jointly move for this relief, and sincerely expect to be able to complete discovery in an orderly fashion, and be ready for a trial, as necessary, without further extensions of time.

Respectfully submitted,

MERCHANT & GOULD

/s/Steven B. Kelber                    
Steven B. Kelber
D.C. Bar No. 358515
Christopher W. Raimund
D.C. Bar No.: 476290
Merchant & Gould
901 Fifteenth Street, N.W., Suite 850
Washington, D.C. 20005
Telephone: 202.326.0300
Facsimile: 202.326.0778

Attorneys for Plaintiff
Cell Genesys, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing JOINT MOTION FOR

EXTENSION OF TIMES and [PROPOSED] ORDER FOR JOINT MOTION FOR

EXTENSION OF TIMES were served upon Counsel as follows:

> Kevin M. Flowers, Ph.D., Esq.
> Marshall, Gerstein & Borun LLP
> 233 South Wacker Drive
> 6300 Sears Tower
> Chicago, IL 60606-6357
>
> and
>
> Charles L. Gholtz, Esq.
> OBLON SPIVAK McCLELLAND
>     MAIER & NEUSTADT
> 1940 Duke Street
> Alexandria, VA 22314

via Federal Express on this 1st day of November, 2005.


/s/Steven B. Kelber_____
Steven B. Kelber


INTERFERENCE 105,114 (District Court Action)

3