**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. NO. 04 11810 MLW |
| CELL GENESYS, INC., and TRANSKARYOTIC THERAPIES, INC., | ) ) ) | |
| Defendants. | ) | |

**DECLARATION OF KEVIN M. FLOWERS IN SUPPORT OF ARS'S OPPOSITION
TO CGI'S MOTION FOR SANCTIONS**

I, Kevin M. Flowers, state as follows:

1. I represent Applied Research Systems ARS Holding, N.V. ("ARS") in this action. I submit this Declaration in support of ARS's Opposition to CGI's Motion for Sanctions.

2. On November 29, 2005, Matthew Nielsen (also counsel for ARS) and I called Mr. Steven Kelber, counsel for Cell Genesys, Inc. ("CGI") in this action, and notified him that neither counsel for ARS nor Dr. Scott Chappel would attend a deposition on December 1, 2005, and that Dr. Chappel would next be available for a deposition on December 9, 2005. At the end of that telephone conversation, Mr. Kelber asked that we confirm that notice in an e-mail, which I sent later that day.

3. ARS postponed the deposition because Dr. Jill Uhl, in-house counsel for ARS, who has been actively engaged in both the underlying '114 Interference and in this litigation (including attending the hearings before this Court), would not be able to attend the deposition because she was required to be present at a court-ordered settlement conference in another patent action currently pending in the Central District of California.

4. Attached hereto as Exhibit A is a true and correct copy of a string of e-mail messages exchanged between counsel for ARS and counsel for CGI between November 26 and November 30, 2005.

5. Attached hereto as Exhibit B is a true and correct copy of the "Supplemental Disclosure Statement of Cell Genesys, Inc. Federal Rule of Civil Procedure 26(e)(1)" that was sent by CGI on December 9, 2005.

6. Attached hereto as Exhibit C is a true and correct copy of a string of e-mail messages exchanged between counsel for ARS and counsel for CGI on December 16, 2005.

7.  Attached hereto as Exhibit D is a true and correct copy of the docket for the case captioned *Cell Genesys, Inc. v. Applied Research Systems ARS Holding, N.V.*, Civ. Action No. 05-12448 RWZ.

I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: December 23, 2005

_____
Kevin M. Flowers