## Matthew Nielsen

**From:** Steven Kelber [SKelber@Merchant-Gould.com]
**Sent:** Wednesday, November 30, 2005 2:29 PM
**To:** Kevin Flowers
**Cc:** tcd@dcglaw.com; Sue Jensen M.D.; Matthew Nielsen; fkelly@nixonpeabody.com
**Subject:** Re: Chappell deposition

Truly Kevin you at no time until this email indicated you would not be present. You merely indicated your basis for desiring to move the deposition was that Jill Uhl would not be available due to some other matter in California. We continue to await receipt of the late "unanticipated" court order that makes Jill's presence necessary.
In any event - the witness is available, you, Matt, Fred or other counsel is available, the reporter will be there and we are there. The deposition was properly noticed and rescheduled twice to meet your convenience. You have not only not sought a Court Protective Order but declined to pursue the same. We look forward to seeing the witness at 1 Beacon at 9:00 am tomorrow. If you elect to keep the witness from appearing, our recourse will be through the Federal rules.
I again extend to you the opportunity to state with specifity the circumstances which are not just inconvenient but prevent you or the witness from appearing tomorrow.
Thanks
Steve Kelber
-------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Kevin Flowers <kflowers@marshallip.com>
To: Steven Kelber <SKelber@Merchant-Gould.com>
CC: tcd@dcglaw.com <tcd@dcglaw.com>; Sue Jensen M.D. <SJensen@Merchant-Gould.com>; Matthew Nielsen <mnielsen@marshallip.com>; fkelly@nixonpeabody.com <fkelly@nixonpeabody.com>
Sent: Wed Nov 30 12:49:21 2005
Subject: RE: Chappell deposition

Steve:

We indicated quite clearly yesterday that Dr. Chappel's deposition is not going forward tomorrow in Boston. Thus, you were and are well aware that there is no reason for you to travel to Boston insofar as the Chappel deposition is concerned. We will therefore not "see you tomorrow at 1 Beacon."

Regards,

Kevin

> -----Original Message-----
> From: Steven Kelber [mailto:SKelber@Merchant-Gould.com]
> Sent: Wed 11/30/2005 12:19 PM
> To: Kevin Flowers
> Cc: tcd@dcglaw.com; Sue Jensen M.D.; Matthew Nielsen
> Subject: Re: Chappell deposition
>
>
> Kevin:
> While I appreciate your email I am a bit mystidfied why it took so long to send.
>     In any event we are already committed to and are in transit to Boston. The deposition was properly noticed. The witness is under the control of ARS. Neither the witness nor lead counsel nor support counsel nor local counsel is unavailable. Under these circumstances the deposition should go forward as noticed, in the absence of a court order.
>     I have previously advised you we are not available on 12/9. It appears that all parties are available on 12/1. We will see you tomorrow at 1 Beacon.

12/22/2005

EXHIBIT
A

Thanks very much.
Steve Kelber
--------------------------
Sent from my BlackBerry Wireless Handheld

-----Original Message-----
From: Kevin Flowers <kflowers@marshallip.com>
To: Steven Kelber <SKelber@Merchant-Gould.com>
CC: T. Christopher Donnelly <tcd@dcglaw.com>; Sue Jensen M.D. <SJensen@Merchant-Gould.com>; Matthew Nielsen <mnielsen@marshallip.com>
Sent: Wed Nov 30 12:01:04 2005
Subject: RE: Chappell deposition

Steve:

I don't see a need to respond to each of your assertions below. Suffice it to say that we arranged to make Dr. Chappel, a third party, available for deposition in response to your notice of deposition. We have re-scheduled his deposition previously due to circumstances that have arisen, but we have never refused to make Dr. Chappel available for deposition. Nor are we now; we simply have asked to reschedule his deposition by a few days to avoid an unanticipated conflict, as we have agreed to do in the past. We stand by our offer to make Dr. Chappel available on the 9th, and to work with you to find another mutually agreeable date if the 9th continues to be unavailable for you. Consequently, we do not believe that we are under any obligation to seek a protective order regarding this simple scheduling matter.

Regards,

Kevin

-----Original Message-----
From: Steven Kelber [mailto:SKelber@Merchant-Gould.com]
Sent: Tue 11/29/2005 5:23 PM
To: Kevin Flowers
Cc: T. Christopher Donnelly; Sue Jensen M.D.; Matthew Nielsen
Subject: RE: Chappell deposition


Needless to say Kevin, this last minute development strikes us as very disappointing, particularly given the representation by ARS in Judge Wolfe's courtroom that ARS was interested in moving forward expeditiously and would adopt the DC schedule.

As I told you, I discussed this matter extensively with CGI when you raised the issue before Thanksgiving. My instructions were to proceed with the deposition on the 1st of December. I have spent the time since your phone call trying to reach decision-makers at CGI. They are not available today to either give new instructions, or alter the old ones. Under the circumstances I have no alternative but to proceed with the deposition at Chris Donnelly's office on December 1, as scheduled, at 9:00 am.

In this respect, please rest assured I understand your dilemma. But this deposition was scheduled long ago and agreed to by you, after two earlier dates that were rescheduled at your request. As I told you yesterday, completing this deposition in a timely basis is essential to CGI's pursuit of its soon-to-be Counterclaim, which incorporates much of what is in CGI's Complaint in the DC case.

Jill Uhl's availability, or lack thereof, simply does not offer a compelling reason to yet again defer the only deposition we have requested. I do not believe that Jill is even of record in this case.

12/22/2005

She was not of record in the interference below. There have been many depositions in the 146 actions, and the interference below, that Jill has simply not attended. We have no objection to ARS having someone else in attendance prior to or during Chappel's deposition. It is not reasonable that given Jill Uhl's very limited participation to date, that she could not provide whatever assistance is hers to provide via teleconference. The deposition will start 3 or four yours before the earliest possible conference in California, and she is welcome to attend by phone.

If you feel that somehow, her availability is a key to this case worth extending the matter beyond the time frame you personally promised Judge Wolf you and ARS were willing to comply with, I urge you to seek a protective order as the appropriate remedy.


Steven Kelber
Merchant & Gould
901 Fifteenth Str., N.W.
Suite 850
Washington, D.C. 20005
202-326-0333

-----Original Message-----
From: Kevin Flowers [mailto:kflowers@marshallip.com]
Sent: Tuesday, November 29, 2005 4:32 PM
To: Steven Kelber
Cc: T. Christopher Donnelly; Sue Jensen M.D.; Matthew Nielsen
Subject: RE: Chappell deposition

Steve:

This is to follow up on and confirm our telephone conversations earlier today and last week. We are unable to go forward with the deposition of Scott Chappel this Thursday, due to a conflict for our client created by an unanticipated court-ordered conference in another case in California. Moreover, as we discussed with you last week and today, we believe that delaying both Dr. Chappel's deposition and our outstanding requested deposition of CGI's witness Dr. Finer makes sense in view of the settlement negotiations between the parties. As we've discussed, Dr. Chappel and we are available on December 9th, and if that does not work for you, we are certainly willing to work with you to provide Dr. Chappel for deposition on the earliest date that everyone is available.

Best regards,

Kevin

-----Original Message-----
From: Steven Kelber [mailto:SKelber@Merchant-Gould.com]
Sent: Monday, November 28, 2005 5:25 PM
To: Kevin Flowers
Cc: T. Christopher Donnelly; Sue Jensen M.D.
Subject: RE: Chappell deposition


The 9th does not work for us, Kevin, one of our concerns. You gave us the dates he was available, we offered to move the deposition to accommodate you so that you would have enough time for this matter. It is not clear to us why this deposition, twice rescheduled, cannot go forward as is. Lets just take the deposition on the first as scheduled,

12/22/2005

as it does not seem inconvenient to anyone. If ARS really has an issue with this, they and CGI are in contact on a fairly constant basis, and can take it up directly, I am sure.

I appreciate it.


Steven Kelber
Merchant & Gould
901 Fifteenth Str., N.W.
Suite 850
Washington, D.C. 20005
202-326-0333

-----Original Message-----
From: Kevin Flowers [mailto:kflowers@marshallip.com]
Sent: Monday, November 28, 2005 5:02 PM
To: Steven Kelber
Cc: Matthew Nielsen
Subject: RE: Chappell deposition

Steve:

It's disappointing that CGI is being inflexible about this; we can't see what "scheduling concerns" would prohibit us from putting this case on hold while we try to settle it. And beyond the fact that it makes sense to avoid potentially unnecessary depositions when the parties are seemingly close to settlement, one of us has a mandatory conference in a case out in California that renders us unavailable on the 1st, so we really need to move Chappel's depo from the 1st. He is available, for example, on the 9th, which works for all of us on our end.

Please let me know if we can work this out.

Regards,

Kevin


-----Original Message-----
From: Steven Kelber <SKelber@Merchant-Gould.com>
To: Matthew Nielsen <mnielsen@marshallip.com>
Sent: Sat Nov 26 16:55:45 2005
Subject: RE: Mark Levin deposition

Matt:
We have now had a chance to talk with CGI, and because of shceduling concerns, will push ahead with Scott Chappell's deposition on the 1st as scheduled. PLease let me know if anyone other than yourself, Kevin, Fred or Jill is coming.  We are happy to put off Finer for the time being. It does not appear he is due back from Europe until the 13th or 14th in any event. Thanks for your patience on this. Steve Kelber

The material in this transmission contains confidential information intended only for the addressee.  If you are not the addressee, any disclosure or use of this information by you is strictly prohibited.  If you have received this transmission in error, please delete it, destroy

12/22/2005

all copies, and notify Marshall, Gerstein & Borun LLP by telephone (312) 474-6300.  Thank you.
**************************************************************************

12/22/2005