IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) <br> ) C.A. No. 04 11810 MLW <br> ) |
| Plaintiff, | ) <br> ) |
| v. | ) <br> ) |
| CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC. | ) <br> ) <br> ) |
| Defendants. | ) <br> ) |

SUPPLEMENTAL DISCLOSURE STATEMENT OF CELL GENESYS, INC.
FEDERAL RULE OF CIVIL PROCEDURE 26(e)(1)

Pursuant to the provisions of FRCP 26(e)(1) and 26(a), plaintiff Cell Genesys, Inc. herewith supplements the disclosures of people and things made throughout the course of the interference below, Interference 105,114, and identifies further individuals pursuant to FRCP 26(a)(1)(A). No other supplementation of the disclosures made during Interference 105,114 and the pendency of this action, as well as the parallel proceeding in the United States District Court for the District of Columbia, now transferred here (C.A. NO. 04 CV 01407 (JBD)), is appropriate at this time. Cell Genesys, Inc. expressly notes that these prior disclosures and the supplementation made herewith are its full disclosure under Rule 26(a), and Cell Genesys, Inc. may rely on those individuals and things.

FRCP 26(a)(1)(A)

Andrew Thompson
Spring Ridge Ventures
800 El Camino Real, Suite 220
Menlo Park, CA 94025

EXHIBIT B

George Savage, M.D.
Spring Ridge Ventures
800 El Camino Real, Suite 220
Menlo Park, CA 94025

Both of the above-noted individuals may be in possession of information tending to show the events surrounding conception of the subject matter at issue, and diligence toward a reduction to practice, as well as constructive and actual reduction to practice of the same.

                CELL GENESYS, INC.

                By its attorneys,

                _____
                Steven B. Kelber
                Merchant & Gould
                901 Fifteenth Street, N.W.
                Suite 850
                Washington, DC 20005
                Telephone: (202) 326-0300

                T. Christopher Donnelly (BBO #129930)
                Donnelly, Conroy & Gelhaar, LLP
                One Beacon Street, 33rd Floor
                Boston, Massachusetts 02108
                Telephone: (617) 720-2880

Dated: 12/9/05

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the aforegoing SUPPLEMENTAL DISCLOSURE STATEMENT OF CELL GENESYS, INC. FEDERAL RULE OF CIVIL PROCEDURE 26(e)(1) was served upon Counsel as follows:

Kevin M. Flowers, Ph.D., Esq.
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357

Eric J. Marandett, Esq.
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110

via Federal Express on this _____ day of December, 2005.

_____
Steven B. Kelber


INTERFERENCE 105,114 (District Court Action)