# Matthew Nielsen

| | |
|---|---|
| **From:** | Steven Kelber [SKelber@Merchant-Gould.com] |
| **Sent:** | Friday, December 16, 2005 3:14 PM |
| **To:** | Kevin Flowers |
| **Subject:** | Re: CGI v. ARS |

There is no agreement to honor, Kevin. There is no schedule from the court and ARS unilaterally breached the understanding of the parties by withholding its witness. We previously informed you that we need to complete Dr. Chappel's deposition for our own expert reports.
If you elect to serve it will be voluntary on your part.
Thanks very much.
Steve
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Kevin Flowers <kflowers@marshallip.com>
To: Steven Kelber <SKelber@Merchant-Gould.com>
CC: Matthew Nielsen <mnielsen@marshallip.com>
Sent: Fri Dec 16 14:44:17 2005
Subject: RE: CGI v. ARS

Steve:

This is in response to your e-mail to Matt Nielsen earlier today. ARS is prepared to serve its expert designations today, in accordance with the most recent agreed schedule that the parties jointly submitted in the CGI v. ARS action. CGI will or will not honor that agreement, as it chooses. But CGI's decision not to serve its expert designations on the agreed date cannot be justified by the re-scheduling of the fact deposition of Dr. Chappel.

Contrary to your assertion, and as you are well aware, ARS has never refused to make Dr. Chappel available for deposition (it should be noted that Dr. Chappel is a third-party witness). When we had to forego the deposition of Dr. Chappel on December 1, we offered the first subsequent alternative date, December 9. You declined to take the deposition on that date. As indicated in Mr. Nielsen's e-mail to you yesterday, Dr. Chappel has indicated that his current schedule leaves him available for deposition on January 12 or 13, and we await word from you as to whether you want to take his deposition on either of those dates. In light of these facts, it is simply not true to say that we have "refused" to make Dr. Chappel available.

Moreover, your assertion that the postponement of Dr. Chappel's deposition "makes it clear that the old schedule is no longer in place" rings particularly hollow in light of your disclosure a few days ago of two new fact witnesses (Mssrs. Thompson and Savage) on whose testimony CGI may rely at trial, whose depositions cannot possibly be taken before the close of discovery under the agreed schedule. Regardless of when Dr. Chappel's deposition takes place, CGI's recent disclosure of these new witnesses (and, it should be noted, its recent production of documents from Dr. Skoultchi that should have been produced long ago) has effectively mooted the fact discovery deadline in this action.

In light of the parties' efforts at settlement, we think it makes sense to effectively "stay" this action right now, as we have previously indicated. However, absent any express agreement to that effect, ARS stands ready to comply with the dates in the parties' most recent agreed schedule in this action. It may be implicit in your e-mail earlier today, but just so there is no confusion, please confirm that CGI does not intend to (and does not expect ARS to) comply with the deadlines set out in that schedule.

Regards,

Kevin

> -----Original Message-----
> From: Steven Kelber [mailto:SKelber@Merchant-Gould.com]
> Sent: Friday, December 16, 2005 12:31 PM


EXHIBIT C

12/22/2005

To: Matthew Nielsen; Sue Jensen M.D.
Subject: Re: CGI v. ARS

No we will not be so serving. The decision of ARS to refuse to make the witness Scott Chappel available for deposition makes it clear that the old schedule is no longer in place
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Matthew Nielsen <mnielsen@marshallip.com>
To: Steven Kelber <SKelber@Merchant-Gould.com>; Sue Jensen M.D. <SJensen@Merchant-Gould.com>
Sent: Fri Dec 16 11:58:56 2005
Subject: CGI v. ARS

Steve & Sue,

Please confirm that CGI will serve ARS today with its expert witness designations, consistent with parties' most recent proposed pre-trial schedule.

Thank you,

Matthew C. Nielsen
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357
Direct Telephone No: (312) 474-9573
Fax: (312) 474-0448
email: mnielsen@marshallip.com


The material in this transmission contains confidential information intended only for the addressee. If you are not the addressee, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun LLP by telephone (312) 474-6300. Thank you.
****************************************************************************

12/22/2005