PATENT

## United States District Court
### District of Massachusetts (Boston)
### CIVIL DOCKET FOR CASE #: 1:05-cv-12448-RWZ

Cell Genesys, Inc. v. Applied Research Systems ARS Holding, NV
Assigned to: Judge Rya W. Zobel
Case in other court: USDC District of Columbia, 04-01407 JDB
Cause: 35:145 Patent Infringement

Date Filed: 12/07/2005
Jury Demand: None
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Cell Genesys, Inc.**  represented by  **Steven B. Kelber**
Merchant & Gould
901 Fifteenth Street NW
Suite 850
Washington, DC 20005
202-326-0300
Email: skelber@merchant-gould.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Applied Research Systems ARS Holding, NV**  represented by  **Bradford P. Lyerla**
Marshall, Gerstein & Borun
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606
312-474-6300
Fax: 312-474-0448
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/07/2005 | 41 | Case transferred in from District of USDC District of Columbia; Case Number 1:04-cv-01407-JDB., filed by Applied Research Systems ARS Holding, NV. (Attachments: # 1 Docket Sheet)(Johnson, Jay) (Entered: 12/08/2005) |



PACER Service Center



EXHIBIT D

| Transaction Receipt | | | |
|---|---|---|---|
| 12/22/2005 17:20:57 | | | |
| PACER Login: | mo0025 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:05-cv-12448-RWZ |
| Billable Pages: | 1 | Cost: | 0.08 |