```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

CELL GENESYS, INC.,              )
     Plaintiff,                  )
                                 )
     v.                          )    C.A. No. 05-12448-MLW
                                 )
APPLIED RESEARCH SYSTEMS ARS     )
HOLDING, N.Y.,                   )
     Defendant.                  )

APPLIED RESEARCH SYSTEMS ARS     )
HOLDING, N.V.,                   )
     Plaintiff,                  )
                                 )
     v.                          )    C.A. No. 04-11810-MLW
                                 )
CELL GENESYS, INC. AND           )
TRANSKARYOTIC THERAPIES,         )
INC.,                            )
     Defendants.                 )
```

ORDER

WOLF, D.J.                                         December 22, 2005

It is hereby ORDERED that:

1. <u>Cell Genesys, Inc. v. Applied Research Systems</u>, 05-12448-RWZ, was transferred to the District of Massachusetts to be consolidated with the related action pending before this court, <u>Applied Research Systems ARS Holding, N.V. v. Cell Genysys, Inc. and Transkaryotic Therapies, Inc.</u>, 04-11810-MLW. However, it was mistakenly assigned to Judge Rya Zobel. Accordingly, it is hereby REASSIGNED to this court. <u>See</u> Rule 40.1(G)(5) of the Local Rules of the United States District Court for the District of Massachusetts.

2.    Counsel in the above-captioned cases shall, by January 9, 2006, confer and submit a report, jointly if possible, describing: the status of discovery; any pending motions and, briefly, the parties' respective positions concerning them; and a proposed schedule to complete discovery concerning the challenge to the "114 Interference" proceeding.

3.    A conference and, if necessary, hearing will be held on January 18, 2005 at 2:00 p.m., or sooner if the court's schedule permits.

/s/ MARK L. WOLF
UNITED STATES DISTRICT JUDGE