UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04-11810-MLW |
| | ) | |
| CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., | ) ) | |
| | ) | |
| Defendants. | ) ) | |

## [PROPOSED] SCHEDULING ORDER

WOLF, D.J.                                                                                          January ___, 2005

This matter comes before the Court on the Joint Status Report of Cell Genesys, Inc., Applied Research Systems ARS Holding, N.V., and Transkaryotic Therapies, Inc. submitted on January 9, 2006 in the above-captioned cases. The Court, having fully considered the matter, hereby orders that the schedule for discovery and pretrial activities in Count I of *ARS v. CGI and TKT*, Case No. 04-11810, and in *CGI v. ARS*, Case No. 05-12448, is as follows:

| | |
|---|---|
| CGI to file and serve Answer and Counterclaim to ARS's Complaint in Case No. 04-11810 | 2/03/06 |
| ARS to file and serve Reply in Case No. 04-11810 | 2/23/06 |
| Designation of experts | 3/03/06 |

| | |
|---|---|
| Serve Opening Expert Reports on issues on which a party has the burden of proof | 4/07/06 |
| Complete depositions of experts regarding Opening Expert Reports | 5/05/06 |
| Serve Rebuttal Expert Reports | 5/12/06 |
| Complete depositions of experts regarding Rebuttal Expert Reports | 6/02/06 |
| File and Serve Dispositive Motions | 6/16/06 |
| Oppositions to Dispositive Motions | 7/14/06 |
| Replies to Dispositive Motions | 7/31/06 |

_____
UNITED STATES DISTRICT JUDGE