## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELL GENESYS, INC., ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | Civil Action No. 05-12448-MLW |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Defendant/Counterclaimant. ) | **THIS MOTION CONTAINS A REQUEST** |
| ) | **FOR EXPEDITED BRIEFING, HEARING,** |
| APPLIED RESEARCH SYSTEMS ARS ) | **AND RELIEF** |
| HOLDING, N.V., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11810-MLW |
| ) | |
| CELL GENESYS, INC. and ) | |
| TRANSKARYOTIC THERAPIES, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ARS'S MOTION FOR PROTECTIVE ORDER TO BAR TKT'S PARTICIPATION IN
THE CHAPPEL DEPOSITION, OR IN THE ALTERNATIVE
TO LIFT THE STAY OF COUNT II AGAINST TKT**

Pursuant to Fed. R. Civ. P. 26(c)(5), Applied Research Systems ARS Holding, N.V. ("ARS") respectfully moves for a protective order prohibiting TKT and its counsel from attending or participating in the deposition of Dr. Scott Chappel, which is scheduled to take place on January 19, 2006. In the alternative, if TKT is permitted to participate in the Chappel deposition, ARS requests that the Court lift the stay of Count II in Case No. 04-11810 against TKT.

In support of this motion, ARS is filing and relying upon *ARS's Memorandum In Support Of Its Motion For A Protective Order To Bar TKT's Participation In The Chappel Deposition,*

*Or In The Alternative To Lift The Stay Of Count II Against TKT* and the *Declaration Of Matthew C. Nielsen*.

### REQUEST FOR EXPEDITED BRIEFING, HEARING, AND RELIEF

Pursuant to Local Rules 5.1(c) and 7.1(d), ARS respectfully requests expedited briefing, hearing, and relief for this motion. Specifically, ARS requests the Court to (i) order TKT (and CGI, if the Court deems it necessary) to file a response, if any, by January 13, 2006, (ii) hear oral argument on this motion at the conference currently scheduled for January 18, 2006 at 2:00 p.m., and (iii) rule on the motion at that conference so that the deposition of Dr. Scott Chappel can proceed on January 19, 2006 with the benefit of the Court's resolution of this Motion.

WHEREFORE, for the foregoing reasons, ARS respectfully requests that the Court:

(a)     order TKT (and CGI, if the Court deems it necessary) to file a response, if any, by January 13, 2006;

(b)     hear oral argument on this motion at the conference currently scheduled for January 18, 2006 at 2:00 p.m.;

(c)     grant a protective order prohibiting TKT and its counsel from attending or participating in the deposition of Dr. Scott Chappel, or in the alternative, lift the stay of Count II in Case No. 04-11810 against TKT; and

(d)     grant any further relief that the Court deems appropriate and just.

                                        Respectfully submitted,

                                        NIXON PEABODY LLP

Dated: January 10, 2006              __/s/ Fred A. Kelly, Jr._____
                                        Fred A. Kelly, Jr.
                                        BBO No. 544046
                                        100 Summer Street
                                        Boston, MA 02110
                                        Tel: (617) 345-1000
                                        Fax: (617) 345-1300

                                        MARSHALL, GERSTEIN & BORUN LLP
                                        Kevin M. Flowers (*pro hac vice*)
                                        Matthew C. Nielsen (*pro hac vice*)
                                        6300 Sears Tower
                                        233 S. Wacker Drive
                                        Chicago, IL 60606-6357
                                        Tel: (312) 474-6300
                                        Fax: (312) 474-0448

                                        Attorneys for Plaintiff
                                        Applied Research Systems ARS Holding, N.V

**LOCAL CIVIL RULE 7.1(a)(2) AND 37.1(b) CERTIFICATION**

Kevin M. Flowers, Esq., counsel for ARS, conferred with counsel for CGI and TKT between December 23, 2005 and January 9, 2006 and attempted in good faith, but was unable, to resolve or narrow the issue that is the subject of this motion, and otherwise complied with the requirements of Local Rule 37.1(b).

Dated: January 10, 2006

/s/ Kevin M. Flowers_____
Kevin M. Flowers (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448