IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | **THIS DECLARATION IS IN** |
| | ) | **SUPPORT OF A REQUEST FOR** |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | **EXPEDITED BRIEFING, HEARING, AND RELIEF** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11810-MLW |
| | ) | |
| CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., | ) ) | |
| | ) | |
| Defendants. | ) ) | |

**DECLARATION OF MATTHEW C. NIELSEN IN SUPPORT OF
ARS'S MOTION FOR A PROTECTIVE ORDER TO BAR TKT'S
PARTICIPATION IN THE CHAPPEL DEPOSITION, OR IN THE
ALTERNATIVE TO LIFT THE STAY OF COUNT II AGAINST TKT**

I, Matthew C. Nielsen, state as follows:

1. I represent Applied Research Systems ARS Holding, N.V. ("ARS") in this action. I submit this Declaration in support of ARS's Motion For A Protective Order To Bar TKT's Participation In The Chappel Deposition, Or In The Alternative To Lift The Stay Of Count II Against TKT. Statements made herein are based on my firsthand knowledge.

2. Exhibit A is a true and correct copy of "Cell Genesys, Inc. Notice of Deposition of Scott C. Chappell," dated August 15, 2005, and served in *CGI v. ARS* (then pending as Case No. 04-CV-01407 before Judge John D. Bates in the United States District Court for the District of Columbia).

3. Exhibit B is a true and correct copy of "CGI's Notice of Deposition of Scott C. Chappell," dated December 27, 2005.

4. Exhibit C is a true and correct copy of pertinent pages from Defendant Transkaryotic Therapies, Inc.'s "Memorandum of Reasons in Support of its Motion to Dismiss" dated October 4, 2004.

5. Exhibit D is a true and correct copy of pertinent pages from Defendant Transkaryotic Therapies, Inc.'s "Memorandum of Reasons in Opposition to Plaintiff's Motion for Leave to Take Discovery" dated January 25, 2005.

I declare under the penalties of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: January 10, 2006

Matthew C. Nielsen