**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) | |
| | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | **ON REQUEST FOR EXPEDITED** |
| | ) | **BRIEFING, HEARING, AND RELIEF** |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11810-MLW |
| | ) | |
| CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[PROPOSED] ORDER**

WOLF, D.J.                                                                         January ___, 2006

  This matter comes before the Court on the motion of Applied Research Systems ARS

Holding, N.V. for a protective order under Fed. R. Civ. P. 26(c), or in the alternative, to lift the

stay of Count II against Transkaryotic Therapies, Inc. ("TKT"). The Court being fully advised on

the premises,

  IT IS HEREBY ORDERED as follows:

  1.  TKT and its counsel are prohibited from attending or in any other way

participating in the deposition of Dr. Scott Chappel, which is scheduled to take place on January

19, 2005; and

2

2.      TKT and its counsel are prohibited from attending or participating in any other way in any other discovery in Count I of Case No. 04-11810 or in Case No. 05-12448 until the stay of Count II in Case No. 04-11810 is lifted.

SO ORDERED:


                                            _____
                                            UNITED STATES DISTRICT JUDGE