IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CELL GENESYS, INC., ) | |
| ) | |
| Plaintiff/Counterdefendant ) | |
| ) | |
| v. ) | C.A. NO. 04 CV 01407 (JDB) |
| ) | |
| APPLIED RESEARCH SYSTEM ) | |
| ARS HOLDING, N.V. ) | |
| ) | |
| Defendant/Counterclaimant ) | |
| ) | |

### CELL GENESYS, INC. NOTICE OF DEPOSITION OF SCOTT C. CHAPPEL

Please take notice that the deposition of Scott C. Chappel, named as inventor on the face of U.S. Patent 5,272,071 shall take place, in the absence of agreement between the parties as to an alternate time and place, on September 13, 2005, at the offices of Merchant & Gould, 901 Fifteenth Street, N.W., Suite 850, Washington, D.C. 20005, from 9:00 am until 6:00 pm, eastern time, unless completed earlier. The deposition shall be conducted in accordance with Rule 30 of

1



the Federal Rules of Civil Procedure and shall be recorded stenographically, and shall be taken in accordance with the rules of the Court and the Scheduling Order in this case.

Respectfully submitted,

MERCHANT & GOULD

Date: 8/15/05

Steven B. Kelber D.C. Bar No. 358515
901 Fifteenth Street, N.W.
Suite 850
Washington, D.C. 20005
Telephone: (202) 326-0300
Facsimile: (202) 326-0778

*Attorney for Plaintiff Cell Genesys, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that true copies of:

1. CELL GENESIS, INC. NOTICE OF DEPOSITION OF SCOTT C. CHAPPEL

2. CERTIFICATE OF SERVICE

were served upon Counsel as follows:

> Charles L. Gholz
> Oblon, Spivak, McClelland, Maier & Neustadt, P.C.
> 1940 Duke Street
> Alexandria, Virginia 22314

via _Federal Express_ on this 15 day of AUGUST, 2005.

STEVEN B. KELBER

ATTORNEY DOCKET NO: 306229-21
INTERFERENCE 105,114 (District Court Action)

3