## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04 11810 MLW |
| | ) | |
| CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF SCOTT C. CHAPPEL

Please take notice that the deposition of Scott C. Chappel, named as inventor on the face of U.S. Patent 5,272,071 shall take place, in the absence of agreement between both parties as to an alternate time and place, on January 19, 2006, at the offices of Donnelly, Conroy and Gelhaar, One Beacon Street, Boston, Massachusetts 02108, from 9:00 a.m. until 6:00 p.m. EST, unless completed earlier. The deposition shall be conducted in accordance with Rule 30 of the Federal Rules of Civil Procedure and shall be recorded stenographically, and shall be taken in accordance with the rules of the Court in this case.

1



EXHIBIT
B

CELL GENESYS, INC.

By its attorneys,

Steven B. Kelber
Merchant & Gould
901 Fifteenth Street, N.W.
Suite 850
Washington, DC  20005
Telephone:  (202) 326-0300

T. Christopher Donnelly (BBO #129930)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts  02108
Telephone:  (617) 720-2880

Dated:  December 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the aforegoing NOTICE OF DEPOSITION OF

SCOTT C. CHAPPEL was served upon Counsel as follows:

Kevin M. Flowers, Ph.D., Esq.
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357

Eric J. Marandett, Esq.
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110

via Federal Express on this 27th day of December, 2005.

Steven B. Kelber

INTERFERENCE 105,114 (District Court Action)