

# NIXON PEABODY LLP
ATTORNEYS AT LAW

100 Summer Street
Boston, Massachusetts 02110-1832
(617) 345-1000
Fax: (617) 345-1300

Fred A. Kelly, Jr.
Direct Dial: (617) 345-1319
E-Mail: fkelly@nixonpeabody.com

January 13, 2006

**VIA HAND DELIVERY**

Judge Mark L. Wolf
United States District Court
  For the District of Massachusetts
1 Courthouse Way – Room 5110
Boston, MA 02210

      RE:   *Applied Research Systems ARS Holding, N.V.*
              *v. Cell Genesys, Inc .and Transkaryotic Therapies, Inc.,*
              C.A. No: 04 - 11810 MLW

Your Honor:

       On Monday, January 9, 2006, the plaintiff Applied Research Systems ARS Holding, N.V. ("ARS") filed a motion for a protective order, or in the alternative, to lift the stay of Count II in this action. Since then, the parties have agreed that TKT will not participate in any discovery related to Count I of the Complaint, but will be given appropriate access to that discovery when the stay on Count II is lifted. Consequently, ARS is withdrawing its motion.

                                   Respectfully submitted,

                                   Fred A. Kelly, Jr.
                                   Counsel for Applied Research Systems ARS
                                   Holdings NV

FAK:vlb
Encls.
cc:     Counsel of Record

BOS1559194.1

ALBANY, NY • BOSTON, MA • BUFFALO, NY • GARDEN CITY, NY • HARTFORD, CT • LOS ANGELES, CA • MANCHESTER, NH • McLEAN, VA
NEW YORK, NY • ORANGE COUNTY, CA • PHILADELPHIA, PA • PROVIDENCE, RI • ROCHESTER, NY • SAN FRANCISCO, CA • WASHINGTON, DC