UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) C.A. No. 04-11810(MLW) ) ) |
| CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., | ) ) ) |
| Defendants. | ) ) |

### NOTICE OF APPEARANCE

**TO THE CLERK OF THE ABOVE NAMED COURT:**

Please enter the appearance of Jill Brenner Meixel as attorney for the defendant Cell Genesys, Inc. in the above-entitled case.

        CELL GENESYS, INC.

        By its attorneys,

        /s/ Jill Brenner Meixel
        T. Christopher Donnelly (BBO# 129930)
        Jill Brenner Meixel (BBO# 652501)
        DONNELLY, CONROY & GELHAAR, LLP
        One Beacon Street, 33rd Floor
        Boston, Massachusetts 02108
        (617) 720-2880

        Steven B. Kelber
        Merchant & Gould
        901 Fifteenth St.
        Suite 850
        Washington, DC 20005
        Admitted pro hac vice

Dated: February 28, 2006

<u>Certificate of Service</u>

    I hereby certify that this Notice of Appearance filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 28, 2006.

                        <u>/s/ Jill Brenner Meixel</u>
                        Jill Brenner Meixel (BBO# 652501)