**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CELL GENESYS, INC., | ) |
| | ) |
| Plaintiff/Counterdefendant, | ) |
| | ) |
| v. | ) Civil Action No. 05-12448-MLW |
| | ) |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) |
| | ) |
| Defendant/Counterclaimant. | ) |
| | ) |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 04-11810-MLW |
| | ) |
| CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF MATTHEW C. NIELSEN IN SUPPORT OF**
**ARS'S MOTION TO DISMISS CGI'S COUNTERCLAIM COUNTS II AND III**

I, Matthew C. Nielsen, state as follows:

1.  I represent Applied Research Systems ARS Holding, N.V. ("ARS") in this action. I submit this Declaration in support of ARS's Memorandum in Support of its Motion to Dismiss CGI's Counterclaim Counts II and III. Statements made herein are based on my firsthand knowledge.

2.  Exhibit A is a true and correct copy of pertinent sections of Title 37 of the Code of Federal Regulations, including §§ 1.601, 1.633, 1.635, 1.639, 1.687 and 1.645 (now superceded), under which Interference No. 105,114 proceeded.

3.  Exhibit B is a true and correct copy the Notice Redeclaring Interference No. 103,737, dated February 7, 2003, and the September 20, 2000 Standing Order which the Board adopted therewith.

4.  Exhibit C is a true and correct copy of pertinent pages from the transcript of the deposition of Scott Chappel, Ph.D., which was conducted on January 19, 2006.

5.  Exhibit D is a true and correct copy of CGI Exhibit 2084 (a copy of U.S. Patent No. 5,240,832), which CGI marked at the deposition of Scott Chappel, Ph.D. on January 19, 2006.

6.  Exhibit E is a true and correct copy of pertinent pages of the U.S. Patent & Trademark Office Manual of Patent Examining Procedure (MPEP), 8th Ed., Vol. 1, Rev. 3.

7.  Exhibit F is a true and correct copy of pertinent pages from the prosecution history of U.S. Patent Application Serial No. 07/454,783, which is the parent application of U.S. Patent No. 5,272,071, including pertinent pages of an Amendment

2

filed by the applicant on September 20, 1991, and a Notice of Allowability mailed by the Patent Office on June 11, 1992.

I declare under the penalties of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.


Dated: February 23, 2006             /s/ Matthew C. Nielsen_____
                                     Matthew C. Nielsen