IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

ATTY.'S DOCKET: CHAPPEL-3

In re Application of: )   Art Unit: 187
CHAPPEL, S. )   Examiner: Escallon, M.
Serial No.: 07/454,783 )   Washington, D.C.
Filed: December 22, 1989 )   September 20, 1991
For: A METHOD FOR THE MODIFI- )
CATION OF THE EXPRESSION )
CHARACTERISTICS OF AN END- )
OGENOUS GENE OF A GIVEN )
CELL LINE OR MICROORGANISM )

## AMENDMENT

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

Responsive to the Official Action of June 20, 1991, please amend the above-identified application as follows:

### IN THE SPECIFICATION

Page 6, line 27, change "was" to --were--.

Page 18, line 24, delete "space"; line 25, after "F", insert --spaced--.

Page 29, line 3, after "used", insert a comma --,--.

### IN THE CLAIMS

Claim 1, lines 2 and 3, after "line", insert --or microorganism--.

Claim 2, line 4, after "being", delete "said targeting segment".


EXHIBIT F

ARS 000074

In re: USSN 07/454,783

Claim 6, line 2, after "line", insert --or microorganism--.

Claim 7, line 2, after "line", insert --or microorganism--.

Claim 8, line 2, after "line", insert --or microorganism--.

Claim 9, line 2, after "line", insert --or microorganism--.

Amend claim 10 as follows:

--10. (Amended) A method in accordance with claim 3, and additionally for causing expression of said gene product, further including the steps of, following said inserting step:

selecting clones of said cell line <u>or microorganism</u> which express [said gene] <u>the</u> product <u>of said selectable marker gene</u>;

cultivating the selected [clone] <u>clones</u> under conditions sufficient to permit expression of said gene product; and

collecting said gene product.--

Claim 12, line 7, replace "comprises" with --further includes--.

Claim 13, line 3, replace "comprises" with --includes--.

Claim 14, line 2, replace "genome" with --gene--.

Amend claim 15 as follows:

--15. (Amended) A [differentiated] cell line <u>or microorganism</u> capable of expressing a gene product by a normally transcriptionally silent gene within the genome of said cell line

- 2 -

ARS 000075



In re:  USSN 07/454,783

or microorganism, said genome having inserted therein a DNA regulatory segment operatively linked with said normally transcriptionally silent gene, said DNA regulatory segment being capable of promoting the expression of a gene product by said cell line or microorganism.--

Amend claim 16 as follows:

--16. (Amended)  a [differentiated] cell line or microorganism in accordance with claim 15, wherein said DNA regulatory segment is one which is capable of [promotes] promoting the expression of a gene product normally expressed by said cell line or microorganism.--

Claim 17, line 1, delete "differentiated"; same line, after "line", insert --or microorganism--.

Claim 18, line 1, delete "differentiated"; same line, after "line", insert --or microorganism--.

Amend claim 19 as follows:

--19. (Amended)  A method of [expressing] obtaining a gene product [by] from a [differentiated] cell line or microorganism, comprising culturing a [differentiated] cell line or microorganism in accordance with claim 15 under conditions which permit expression of said gene product, and collecting said gene product.--

Claim 21, line 7, replace "native" with --existing--.

Insert new claims 22 to 28 as follows:

--22. A method of modifying the expression characteristics of a gene within the genome of a cell line or microorganism, comprising inserting a DNA construct into said

- 3 -

ARS 000076

In re: USSN 07/454,783

genome by homologous recombination, said DNA construct comprising an expressible, amplifiable gene capable of amplifying said gene when inserted adjacent thereto, and a DNA targeting segment homologous to a region of said genome within or proximal to said gene, wherein said construct is inserted such that said amplifiable gene is adjacent to said gene of interest, so as to cause amplification thereof when said amplifiable gene is amplified.

--23. A method in accordance with claim 22, wherein said DNA construct additionally comprises at least one expressible selectable marker gene disposed so as to be inserted with said expressible, amplifiable gene.

--24. A cell line or microorganism capable of enhanced expression of a gene product compared to the cell line or microorganism from which it is derived, said gene product being the expression product of an endogenous gene within the genome of said cell, said genome having inserted therein in an operative manner, at or near said endogenous gene, an exogenous DNA regulatory segment and/or amplifiable gene capable of enhancing the expression of said gene product by said cell line or microorganism.

--25. A cell line or microorganism in accordance with claim 24, wherein said exogenous DNA regulatory segment and/or amplifiable gene is an exogenous DNA regulatory segment.

ARS 000077



In re: USSN 07/454,783

--26. A cell line or microorganism in accordance with claim 24, wherein said exogenous DNA regulatory segment and/or amplifiable gene is an exogenous amplifiable gene.

--27. A DNA construct for insertion into a predetermined host cell line or microorganism, comprising an expressible, amplifiable gene capable of amplifying a gene in the host cell line or microorganism when inserted adjacent thereto, and a DNA targeting segment homologous to a region of the genome of a preselected gene within the host cell line or microorganism.

--28. A method in accordance with claim 1, wherein said cell line or microorganism is a microorganism.--

## Remarks

Claims 1-28 presently appear in this case. No claim has been allowed. The Official Action of June 20, 1991, and the references provided therein have now been carefully studied. Reconsideration and allowance are hereby respectfully urged.

Briefly, the present invention relates to a process for the modification of the expression characteristics of a gene which is naturally present within the genome of a stable cell line or cloned microorganism. The gene may be a normally transcriptionally silent gene, which becomes activated, or it may be a gene which endogenously expresses a product, the expression characteristics of which become enhanced or amplified. This is accomplished by inserting a DNA construct into the genome by homologous recombination, so that the construct is placed at precisely the desired portion of the genome, so as to be

ARS 000078

In re: USSN 07/454,783 

It is submitted that all of the claims now present in the case clearly define over the references of record. Reconsideration and allowance are therefore earnestly solicited.

Respectfully submitted,

BROWDY and NEIMARK
Attorney for Applicant(s)

_____
Roger L. Browdy
Registration No. 25,618

419 Seventh Street, N.W.
Suite 300
Washington, D.C. 20004

Telephone: (202) 628-5197
Facsimile: (202) 737-3528
RLB:jkh
chappel3.amd

- 17 -

ARS 000090



UNITED STATES DEPARTMENT OF COMMERCE
Patent and Trademark Office
Address: COMMISSIONER OF PATENTS AND TRADEMARKS
Washington, D.C. 20231

| SERIAL NUMBER | FILING DATE | FIRST NAMED APPLICANT | | ATTORNEY DOCKET NO. |
|---|---|---|---|---|
| 07/454,783 | 12/22/89 | CHAPPEL | S | CHAPPEL.3 |

EXAMINER: ESCALLON, M

BROWDY & NEIMARK
419 7TH STREET, N.W.
WASHINGTON, DC 20004

RECEIVED JUN 15 1992 BROWDY & NEIMARK

ART UNIT: 1814
PAPER NUMBER: 13
DATE MAILED: 06/11/92

## NOTICE OF ALLOWABILITY

**PART I.**

1. ☒ This communication is responsive to _the amendment filed 5-15-92_.
2. ☐ All the claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice Of Allowance And Issue Fee Due or other appropriate communication will be sent in due course.
3. ☒ The allowed claims are _1-21_.
4. ☐ The drawings filed on _____ are acceptable.
5. ☐ Acknowledgment is made of the claim for priority under 35 U.S.C. 119. The certified copy has [..] been received, [..] not been received, [..] been filed in parent application Serial No. _____ filed on _____.
6. ☒ Note the attached Examiner's Amendment.
7. ☒ Note the attached Examiner Interview Summary Record, PTOL-413.
8. ☒ Note the attached Examiner's Statement of Reasons for Allowance.
9. ☐ Note the attached NOTICE OF REFERENCES CITED, PTO-892.
10. ☐ Note the attached INFORMATION DISCLOSURE CITATION, PTO-1449.

**PART II.**

A SHORTENED STATUTORY PERIOD FOR RESPONSE to comply with the requirements noted below is set to EXPIRE THREE MONTHS FROM THE "DATE MAILED" indicated on this form. Failure to timely comply will result in the ABANDONMENT of this application. Extensions of time may be obtained under the provisions of 37 CFR 1.136(a).

1. ☐ Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL APPLICATION, PTO-152, which discloses that the oath or declaration is deficient. A SUBSTITUTE OATH OR DECLARATION IS REQUIRED.
2. ☐ APPLICANT MUST MAKE THE DRAWING CHANGES INDICATED BELOW IN THE MANNER SET FORTH ON THE REVERSE SIDE OF THIS PAPER.
   a. ☐ Drawing informalities are indicated on the NOTICE RE PATENT DRAWINGS, PTO-948, attached hereto or to Paper No. _____. CORRECTION IS REQUIRED.
   b. ☐ The proposed drawing correction filed on _____ has been approved by the examiner. CORRECTION IS REQUIRED.
   c. ☐ Approved drawing corrections are described by the examiner in the attached EXAMINER'S AMENDMENT. CORRECTION IS REQUIRED.
   d. ☒ Formal drawings are now REQUIRED.

Any response to this letter should include in the upper right hand corner, the following information from the NOTICE OF ALLOWANCE AND ISSUE FEE DUE: ISSUE BATCH NUMBER, DATE OF THE NOTICE OF ALLOWANCE, AND SERIAL NUMBER.

**Attachments:**
- ✓ Examiner's Amendment
- ✓ Examiner Interview Summary Record, PTOL-413
- ✓ Reasons for Allowance
- ☐ Notice of References Cited, PTO-892
- ☐ Information Disclosure Citation, PTO-1449
- ☐ Notice of Informal Application, PTO-152
- ☐ Notice re Patent Drawings, PTO-948
- ☐ Listing of Bonded Draftsmen
- ☐ Other

ROBERT A. WAX
SUPERVISORY PATENT EXAMINER
GROUP 180

PTOL-37 (REV. 4-89)   USCOMM-DC 89-3789

ARS 000118

Serial No. 07/454,783                                    -2-
Art Unit   1814

An Examiner's Amendment to the record appears below. Should the changes and/or additions be unacceptable to applicant, an amendment may be filed as provided by 37 C.F.R. § 1.312. To ensure consideration of such an amendment, it **MUST** be submitted no later than the payment of the Issue Fee.

1. In claims 1, 6, 8-10, 15, 17, 18, 20-22, 24 and 26-28 after "cell line" delete --- or microorganism ---

2. In the title after "line" delete -- or microorganism --

Authorization for this Examiner's Amendment was given in a telephone interview with Roger L. Browdy on June 4, 1992

The following is an Examiner's Statement of Reasons for Allowance: Claims 1-28 were rejected under 35 USC 112, first and 35 USC 103. These rejections are withdrawn in light of the applicant's interview and amendment. The claims amended by Examiner, raises no grounds for rejection under these sections.

The reasons for allowance are evident from the record. The present invention relates which becomes activated by inserting a DNA construct operatively link to the gene of interest by homologous recombination.

Prior to the present invention there is no evidence in the prior art of a process for the modification of the expression characteristics of predetermined gene which is naturally present within the genome of stable cell line being the gene normally transcriptionally silent (non-expressed) can be made to be expressed in a given cell line by targeting a promoter with a DNA

ARS 000119

Serial No. 07/454,783                                    -3-
Art Unit   1814

construct operatively link to the gene of interest in a cell line by means of homologous recombination and thus obtaining expression of a silent gene. Upon further search, no other art was found that rendered the claims anticipated or obvious. Therefore, the claimed invention is novel, unobvious and patentable over the prior art of record.

Any comments considered necessary by applicant must be submitted no later than the payment of the Issue Fee and, to avoid processing delays, should preferably accompany the Issue Fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Miguel H. Escallon, Ph.D. whose telephone number is (703) 308-0376.

Any inquiry of a general nature or relating to the status of this application should be directed to the Group receptionist whose telephone number is (703) 308-0196.


M.H.E.
June 6, 1992.
                                      ROBERT A. WAX
                                SUPERVISORY PATENT EXAMINER
                                        GROUP 180

ARS 000120