**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CELL GENESYS, INC., ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | Civil Action No. 05-12448-MLW |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Defendant/Counterclaimant. ) | |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11810-MLW |
| ) | |
| CELL GENESYS, INC. and ) | |
| TRANSKARYOTIC THERAPIES, INC., ) | |
| ) | |
| Defendants. ) | |

**JOINT MOTION FOR EXTENSION OF TIME**

Cell Genesys, Inc. ("CGI") and Applied Research Systems ARS Holding, N.V. ("ARS") respectfully jointly move for an extension of time to conduct a deposition of fact witness Andrew Thompson.

1.  The parties are filing this motion in view of the Court's January 19, 2006 Order to complete depositions of three remaining fact witnesses by February 15, 2006. The parties have completed depositions of two of those witnesses, but have been unable to conduct a deposition of Andrew Thompson before that date, and request leave to take Mr. Thompson's deposition on March 8, 2006. (Order, at 2; Court Docket No. 89)

2.  The background facts for this motion are as follows. In the Joint Status Report that CGI and ARS submitted to the Court on January 9, 2006, the parties represented that three

fact witnesses remained to be deposed. (Court Docket No. 84). CGI disclosed one of those witnesses, Mr. Thompson, in a supplemental Rule 26(a) disclosure statement that it served on ARS on December 9, 2005. One week later (on December 16, 2005), ARS served CGI with a notice of deposition of Mr. Thompson. The parties subsequently agreed that Mr. Thompson's deposition would take place on January 26, 2006, and ARS served an amended notice of deposition confirming that date.

3. On January 19, 2006, the Court ordered that "[t]he parties shall, by February 15, 2006, complete depositions of the three remaining fact witnesses . . . ." (Order, at 2; Court Docket No. 89). Since the date of that Order, the parties have completed depositions of two of those three remaining fact witnesses, but have been unable to take the deposition of Mr. Thompson.

4. Counsel for CGI has represented that Mr. Thompson was not able or willing to make himself available on January 26, 2006, and is not able or willing to make himself available before March 8, 2006.

5. The parties agree that an extension of time to take the deposition of Mr. Thompson on March 8, 2006 will not affect or alter any other deadlines in this case.

WHEREFORE, for the foregoing reasons, CGI and ARS respectfully request that the Court grant leave to conduct the deposition of Andrew Thompson on March 8, 2006.

Respectfully submitted,

| | |
|---|---|
| Dated: <u>March 3, 2006</u> | Dated: <u>March 3, 2006</u> |
| By: <u>/s/ Matthew C. Nielsen</u><br>Fred A. Kelly, Jr. (BBO # 544046)<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>Tel: 617-345-1000<br>Fax: 617-345-1300 | By: <u>/s/ Steven Kelber</u><br>T. Christopher Donnelly (BBO # 129930)<br>DONNELLY, CONROY & GELHAAR, LLP<br>One Beacon Street, 33d Floor<br>Boston, MA 02108<br>Tel: 617-720-2880<br>Fax: 617-720-3554 |
| Kevin M. Flowers (*pro hac vice*)<br>Matthew C. Nielsen (*pro hac vice*)<br>MARSHALL, GERSTEIN & BORUN LLP<br>6300 Sears Tower<br>233 S. Wacker Drive<br>Chicago, IL  60606-6357<br>Tel:  (312) 474-6300<br>Fax:  (312) 474-0448 | Steven Kelber (*pro hac vice*)<br>MERCHANT & GOULD<br>901 Fifteenth Str., N.W.<br>Suite 850<br>Washington, D.C. 20005<br>Tel: 202-326-0333<br>Fax: 202-326-0778 |
| COUNSEL FOR PLAINTIFF APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V. | COUNSEL FOR DEFENDANT CELL GENESYS, INC. |