# Exhibit A, Part 2

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

126

1    "define" is the wrong word. Can you give me an idea
2    of the life span of a typical primary cell? I think
3    you referred to a tumor cell. What would be a
4    typical life span for that?
5        A. Days to months.
6        Q. I ask you to take a look at Claim 3, which
7    is in Column 27 in Exhibit 2001. Now, you are not a
8    patent attorney, right?
9        A. That is correct.
10       Q. And thankful for it. But you have a fair
11   amount of experience with patent claims; is that
12   reasonable to say?
13       A. No.
14       Q. Some -- well, can you read Claim 3 to
15   yourself, sir, and to the best of your ability tell
16   me what you think it is specifying?
17           MR. FLOWERS: Object to the question to
18   the extent the document speaks for itself. With
19   respect to claim construction, it's a question of
20   law for the court.
21           MR. KELBER: Seeing as how I didn't ask
22   him to read the claim and -- I mean, I didn't ask
23   him to construe it, I just asked him to tell me what
24   he thought it meant, your objections are noted.

127

1        Q. If you can read the claim and tell me what
2    you think it means.
3            MR. FLOWERS: I'm going to object to the
4    question as vague and ambiguous, use of the term
5    "what it means."
6        A. (Witness reviews document.) Okay, I've read
7    it.
8        Q. Okay. What method is that claim
9    identifying? What do you do to practice that claim?
10           MR. FLOWERS: Again, objection. The
11   document speaks for itself.
12       A. You direct an amplifiable gene within close
13   proximity to a predetermined gene to modify its
14   expression.
15       Q. And you do that how?
16           MR. FLOWERS: Objection.
17       A. By the method that we discussed previously,
18   by amplifying the DHFR, the amplifiable marker.
19       Q. According to Claim 3, how do you make that
20   happen?
21           MR. FLOWERS: Objection.
22       Q. How do you direct the amplifiable marker?
23           MR. FLOWERS: Same objections and asked
24   and answered.

128

1        A. Using a DNA targeting segment homologous to
2    the region of the desired gene.
3        Q. And the DNA targeting segment is part of
4    the construct that Claim 3 refers to; is that right?
5            MR. FLOWERS: Same objections.
6        A. Yes.
7        Q. What else is in that construct according to
8    Claim 3?
9        A. An expressible amplifiable gene.
10       Q. Anything else?
11       A. DNA targeting segment homologous to the
12   region.
13       Q. Anything else?
14       A. No.
15       Q. That wasn't your invention, was it, Doctor?
16           (Pause.)
17       Q. I mean, we talked about this a little bit
18   ago, remember? Using just the naked DHFR gene, not
19   even a promoter for it?
20       A. It says "expressible amplifiable." It has
21   to have a promoter to be expressible.
22       Q. DHFR has to have a promoter in the vector
23   to be expressible; is that your testimony?
24       A. Yes.

129

1        Q. Now let me ask you to turn to Claim 2.
2    Were you, in 1989, somebody of at least ordinary
3    skill in the art to which your patent is directed?
4        A. Yes.
5        Q. So to work -- what else would have to be in
6    the construct of Claim 3 to make this invention
7    work? You've got your vector, you've got DHFR. Now
8    you mentioned a promoter for DHFR. Anything else to
9    make this invention work, to modify the expression
10   of the target gene?
11       A. Everything is shown in the figures
12   (indicating).
13       Q. *And I'm asking you, in order to change the
14   expression of the gene, according to Claim 3 -- and
15   the figures have other promoters, they have other
16   pieces. I just want to talk about Claim 3 for a
17   minute. What else do you need, or will it work just
18   that way with no more than that?
19       A. Yes.
20           MR. KELBER: Can I get the last question
21   before that answer, please?
22           *(Question read.)
23       Q. So you don't need anything more than the
24   targeting vector and the amplifiable, expressible

34 (Pages 130 to 133)

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

130

1  gene, right?
2      MR. FLOWERS:  Asked and answered.
3      Q. To change the expression of -- let me get
4  the exact language.  Let me withdraw that.
5          In order to modify the expression
6  characteristics of a predetermined gene the way you
7  defined that in the '071 patent, you can
8  successfully by targeting for homologous
9  recombination that predetermined gene with an
10  expressible amplifiable gene, of which DHFR is an
11  example, and nothing more, right?
12      MR. FLOWERS:  Asked and answered.
13      THE WITNESS:  I'm sorry?
14      MR. FLOWERS:  Asked and answered,
15  objection.
16      A. Amplifiable -- expressible amplifiable gene
17  and a DNA targeting sequence to modify the
18  expression of an endogenous gene, yes.
19      Q. And DHFR is an example of an expressible
20  and amplifiable gene, right?
21      A. Yes.
22      Q. And isn't that the thing you told me you'd
23  need to see data on to see if it worked just a
24  little bit ago?

131

1      MR. FLOWERS:  Objection to the extent it
2  mischaracterizes previous testimony.
3      (Pause.)
4      Q. Isn't that what you told me you'd need to
5  see data on to be convinced that it worked?
6      MR. FLOWERS:  Same objection.
7      A. Yes.
8      Q. And isn't that the thing you told me you
9  had never seen in the literature, a report of
10  successful increase of expression using just that
11  vector?
12      A. Yes.
13      Q. And you never intended to claim just that
14  as your invention, did you?
15      A. I don't understand.  "Just that"?
16      Q. When you originally filed your patent
17  application in 1989, you didn't intend to claim
18  that, did you?
19      A. I think I did intend to claim that.
20      Q. I'm sorry.
21      A. I think I did intend to claim that.
22      Q. Let me hand you that application.
23      MR. KELBER:  Can we mark this as 2085.
24      (Marked, Exhibit 2085, '89 patent

132

1  application, Bates Nos. ARS 000001-000041.)
2      Q. Take your time to look at 2085.
3      A. (Witness reviews document.)
4      Q. Is that your '89 application, sir?
5      A. Yes.
6      Q. Did you review this document with your
7  attorneys prior to today's deposition?
8      A. Yes.
9      Q. And in fact, you're aware that throughout
10  the document, when it talks about the use of an
11  expressible amplifiable gene, it talks about it as
12  an optional addition to the insertion of a
13  regulatory segment to express the gene of interest;
14  isn't that right?
15      A. Say that again.
16      Q. You know that already, that everywhere your
17  1989 application refers to the use of an expressible
18  amplifiable gene, it does so as a useful addition to
19  the vector that already includes the regulatory
20  segment to express the gene of interest?
21      MR. FLOWERS:  Are you asking him if he
22  knows that to be the case?
23      MR. KELBER:  I think he heard the
24  question.

133

1      A. This says "in another embodiment."
2      Q. Uh-huh, yes, go on.
3      A. "The construct includes an expressible
4  amplifiable gene."
5      Q. Is it limited to that?  Let me do this
6  differently.  Which page are you reading from?
7      A. 9.
8      Q. Do you see "therefor, is also disposed
9  between the two targeting regions"?
10      A. Yes, "also disposed."
11      Q. And what else is there besides that?  Take
12  a look at Claim 3 -- I'm sorry, Claim 5 as this case
13  was originally filed.  Again, feel free to look at
14  anything else.  But in fact I believe Claim 5 is the
15  first claim that mentions an expressible amplifiable
16  gene.
17      A. Uh-huh.
18      Q. Do you see that?  Claim 5 is on page 32.
19  Do you see that it depends from Claim 1?
20      A. Yes.
21      Q. You've gotten enough patents to know that
22  that means Claim 5 includes recitations of Claim 1,
23  right?
24      A. Claim 5 is a dependent of Claim 1.

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

134

1　　Q. *Do any of the claims of your 1989
2　application recite simply the use of a vector with
3　only the amplifiable gene in the targeting regions
4　to alter the method -- the expression of the gene of
5　interest?
6　　A. With only the amplifiable gene?
7　　Q. And the targeting vectors. Again, the
8　construct that you told me Claim 3 of the '071
9　patent calls for.**
10　　　　MR. FLOWERS: Is there a question in
11　there?
12　　　　MR. KELBER: Yes.
13　　　　MR. FLOWERS: Could you read it back.
14　　　　(Record read from * to **)
15　　Q. Do you understand the question, Doctor?
16　　A. No.
17　　Q. Do any of the claims of your 1989
18　application in Exhibit 2085 call for precisely the
19　same -- use of the same construct to modify
20　expression as the construct of Claim 3 of your '071
21　patent as you explained it to me?
22　　　　MR. FLOWERS: Objection to the extent
23　the document speaks for itself and the claims say
24　what they say. I also object to the extent you are

135

1　asking him to perform claim construction, which is
2　within the province of the court.
3　　Q. And if you're not able to understand the
4　claims, Doctor, that's okay, just say so.
5　　　　(Laughter.)
6　　Q. Kevin seems concerned about that. That's
7　the only reason I mentioned that.
8　　　　MR. FLOWERS: Okay, thank you. You can
9　put "laughter" in brackets.
10　　A. Did you ask if any one of the Claims 1, 2
11　or 3 -- what was your question?
12　　Q. Let's skip the question. It's not worth
13　it. Take a look at page 14 of Exhibit 2085. Do you
14　see where it indicates at about lines 10 to 13 that
15　the amplifiable and selectable DNA markers are
16　optional?
17　　　　MR. FLOWERS: Objection to the extent it
18　mischaracterizes what the document says.
19　　A. Yes, I see it.
20　　Q. Is that a correct characterization of your
21　invention as it was presented in 1989?
22　　A. Yes.
23　　Q. It is correct?
24　　A. Now I forgot the question.

136

1　　Q. Is that a correct characterization of your
2　invention?
3　　　　MR. FLOWERS: Objection, vague and
4　ambiguous.
5　　A. Yes. Please note also on page 10 at the
6　top of the page it says the selectable marker and
7　the amplifiable marker can be the same, so...
8　　Q. And DHFR is a good example of that, right?
9　　A. Right.
10　　Q. And on page 15 of 2085 it indicates about
11　lines 12 to 14 -- sorry, 12 to 15, that a positive
12　selectable marker is optionally included in the
13　construction; do you see that?
14　　A. Yes.
15　　Q. And that would be included with a
16　construction that included the regulatory sequence
17　to drive a gene of interest, right?
18　　A. I'm sorry, could you say that again?
19　　Q. It was optionally included with a
20　construction that included targeting segments in a
21　regulatory sequence that would cause the gene of
22　interest to be expressed, right?
23　　A. Yes.
24　　Q. Take a look at page 19. The last paragraph

137

1　that's incomplete down there indicates that an
2　amplifiable gene is also optionally included in the
3　construct of Region D; do you see that?
4　　A. Yes.
5　　Q. Is it correct to characterize your
6　invention as also optionally including the
7　amplifiable gene?
8　　A. On line 10 it says Region C is a positive
9　selectable marker, which could include DHFR; so as I
10　mentioned before, these are -- provide -- this
11　patent application is providing a framework and
12　latitude to be able to select differentially a
13　positive selectable market, an amplifiable marker,
14　one and the same, or whatever you want. It's not --
15　it's teaching a variety of different methods that
16　could be used.
17　　Q. And the selectable marker, the amplifiable
18　gene, or both, whether they're one and the same or
19　otherwise, are included as optional additions to the
20　vector that has the regulatory segment F in it,
21　right?
22　　　　MR. FLOWERS: Objection. The document
23　speaks for itself.
24　　Q. According to your disclosure.

36 (Pages 138 to 141)
Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

138

1    MR. FLOWERS: The document speaks for
2  itself.
3        MR. KELBER: Your testimony is helpful,
4  Kevin, but not nearly as important as Dr. Chappel's.
5        MR. FLOWERS: Objection. The statement
6  makes no sense.
7    A. *Mr. Kelber, do you see just one line
8  further, it says, "The members of the positive
9  selectable marker gene group and those of the
10  amplifiable gene overlap so that, in theory, instead
11  of using two genes, one for positive selection" --
12  so --
13    Q. Let me interrupt, 'cause I don't mean to
14  make this a more difficult exercise. I wasn't
15  meaning to suggest that it's either one or the other
16  or both or both can be one; but independent of that,
17  whether it's a selectable marker, an amplifiable
18  gene, both, or one and the same, they are
19  consistently described as an optional addition to
20  the vector construct that must have the regulatory
21  segment F in it, right?
22        MR. FLOWERS: Objection.
23    Q. In Exhibit 2085?
24        MR. FLOWERS: And I object to Mr. Kelber

139

1  interrupting Dr. Chappel's last answer.
2        Would you read the first part of the
3  answer, please.
4        *(Answer read.)
5    Q. If I interrupted you, Doctor, in
6  constructively answering the other question, I do
7  apologize. I think you were having a problem, and I
8  was probably running over the ability to distinguish
9  or identify as one and the same the amplifiable gene
10  and the selectable marker gene.
11        My question to you is, no matter what
12  form it takes as independent selectifiable genes and
13  amplifiable genes, as a gene which is both
14  selectable and amplifiable, or serves as a marker
15  for that, they are discussed throughout your
16  specification and claims from your 1989 application
17  as an optional addition to a vector construct that
18  includes the targeting regions for homologous
19  recombination and must have the regulatory segment
20  F; isn't that right, the way it's described to one
21  of skill in the art?
22    A. I disagree.
23    Q. Okay, where is it described otherwise?
24    A. Page 19, line 10, "Region C is a positive

140

1  selectable marker." That is required for this
2  invention, and it can be DHFR or the other output.
3    Q. What else is required for the invention?
4  We can do it by the regions of the -- that the
5  application refers to.
6        MR. FLOWERS: Objection, vague and
7  ambiguous as to use of the term "the invention."
8  Are you talking about the claims?
9    Q. You knew whatever you were talking about in
10  terms of the invention; and I'm just asking you, you
11  said Region C is required for the invention, right?
12    A. A positive selectable marker is required.
13    Q. Okay. But a positive selectable marker
14  alone will not achieve a change -- will not be
15  effective in activating a normally transcriptionally
16  silent gene, will it?
17    A. Alone?
18    Q. Alone.
19    A. No.
20    Q. What else do you need, according -- again,
21  not as of today or what we'd like to do, but
22  according to what's described in Exhibit 2085?
23    A. The targeting DNA and an active promoter to
24  drive the expression of the silent gene, and Region

141

1  C, the positive selectable marker, could be
2  dihydrofolate reductase.
3    Q. Take a look at page 29 of Exhibit 2085.
4  About line 5 through 7, there's an indication that
5  it's not absolutely necessary that a selectable
6  marker or an amplifiable marker also be included.
7    A. Yes.
8    Q. Is that an accurate description of your
9  invention as it's expressed in Exhibit 2085?
10        MR. FLOWERS: I'll object as vague and
11  ambiguous in the use of the term "your invention" as
12  it is expressed in this document.
13    A. Again, this patent was written to cover a
14  variety of different situations; and, for instance,
15  you may not -- in general, not specifically, but in
16  general molecular biology terms, you may not need a
17  selectable marker because the gene you are turning
18  on provides some selective advantage or survival
19  characteristic, so you wouldn't require it. So
20  this -- I believe that you're taking these sentences
21  out of context, that this is -- needs -- that this
22  needs to be considered in the whole context, which
23  is that you may not need a selectable marker,
24  depending upon the specific application that you are

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

142

1   using. As I just mentioned, for instance, as an
2   example, you may want to turn on a gene that
3   provides some kind of selection in a selectable
4   media where if the gene isn't turned on, all cells
5   will die; so therefore you wouldn't need an
6   amplifiable or selectable marker.
7       Q. So the way it's written here on page 29
8   that we were just -- oh, before I do that, I think
9   we're talking about the same thing, but when I say
10  page number I'm referring to the page number of the
11  application, not the Bates number at the bottom,
12  production number. Okay?
13      A. Yes.
14      Q. They're one off. So the way it's written
15  here in Exhibit 2085 is exactly accurate. You may
16  or may not need that amplifiable selectable marker,
17  depending on what it is you are seeking to express,
18  right?
19          MR. FLOWERS: Objection, vague and
20  ambiguous.
21      A. This document was drafted by me as an
22  instruction manual for using this technology for
23  applications that I maybe wouldn't even think of
24  because they're some other use that I wasn't

143

1   specifically thinking about. So this is describing
2   the different possibilities that could result. Depending
3   may need it to practice the invention. Depending
4   upon the specific use, you may not need it.
5       Q. And I think you captured that, Doctor. Let
6   me ask you to turn to page 16 of the exhibit that is
7   Exhibit 2085. There's a paragraph that runs from
8   lines 15 to 25 that I think captures the idea that
9   you just expressed, but if you could read it to
10  yourself, sir, and tell me if that in fact captures
11  the idea that you just expressed.
12      A. (Witness reviews document.)
13      Q. Does that paragraph capture that idea
14  fundamentally?
15      A. Yes.
16      Q. I'm not trying to put words in your mouth;
17  but as you understand your invention as one of skill
18  in the art would have understood it in 1989, is that
19  paragraph generally accurate, that paragraph on page
20  16, lines 15 to 25?
21          MR. FLOWERS: Objection, compound.
22  Which question do you want him to answer?
23          MR. KELBER: Sorry?
24          MR. FLOWERS: Which question do you want

144

1   him to answer? Do you want him to answer it as he
2   sits here today or one of ordinary skill of the art
3   back then? It's a compound question.
4       Q. Did you understand my question?
5       A. As I understood the question, it was as one
6   skilled in the art back at the time this was
7   written --
8       Q. Yes.
9       A. -- was this -- does this paragraph describe
10  the concept that you and I were just discussing?
11      Q. Let's treat it just that way?
12      A. Yes.
13      Q. Were you involved in the prosecution of
14  your patent application that matured into the '071
15  patent before the Patent Office?
16      A. I don't recall.
17      Q. Were you aware that the Patent Office
18  indicated in 1990 that your patent application was
19  allowable?
20          (Pause.)
21      Q. Let me ask it a different way. Did anybody
22  tell you that your first application, the one that
23  was filed in 1989, which is Exhibit 2085, got a
24  notice of allowance from the Patent Office in 1990?

145

1       A. I don't recall.
2       Q. Were you aware that the application was
3   refiled as a continuation-in-part application?
4       A. I'm sorry, I don't remember.
5       Q. You have Exhibit 2001 up there someplace.
6   If you would look at the face page, the front page,
7   in the left-hand column there's a bracket around the
8   63; do you see that?
9       A. Yes.
10      Q. Do you see how it indicates a continuation
11  in part of Serial No. 454,783?
12      A. Yes.
13      Q. Do you know what a continuation in part is?
14      A. Maybe you could tell me.
15      Q. I'm sorry?
16      A. Maybe you could tell me.
17      Q. I'll do my best.
18      A. Okay.
19      Q. A continuation-in-part application includes
20  at least some of an earlier application, and it may
21  include additional information, it may eliminate
22  information that was in the original, or it may do
23  both, add some information and remove some of the
24  original information. That's generally referred to

38 (Pages 146 to 149)

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

146

1  as a continuation in part. Does that refresh your
2  recollection at all as to whether you were aware
3  that your original application was abandoned in
4  favor of a continuation-in-part application?
5      A. No.
6      Q. Were you asked -- were you involved in the
7  preparation of the PCT application that corresponds
8  to your patent application?
9      A. I don't remember.
10     Q. Do you recall -- let me ask it this way:
11  If you look through Exhibit 2085, which is your 1989
12  filing, one of the things that shows up in the '071
13  patent that's not in Exhibit 2085 is the example,
14  activation of TSH beta gene in rate -- or rat
15  pituitary gene cells. So just so that you can
16  verify for yourself, the example I'm referring to
17  begins on Column 14 of your '071 patent.
18     A. Okay.
19     Q. That's not in your original application,
20  correct?
21     A. Yes.
22     Q. And that's because that hadn't been done
23  when your original application was filed, right?
24     A. Correct.

147

1      Q. Were you aware that your original
2  application was abandoned in favor of an application
3  that included that example?
4      A. No.
5      Q. Did you have any hand in drafting the
6  application that includes the example?
7      A. Yes.
8      Q. And what did you do in -- with respect to
9  that?
10     A. Well, I was responsible for writing the
11  patent except for the example, and the claims were
12  written by a patent attorney.
13     Q. Were you responsible for changing the
14  indication that the amplifiable and selectable
15  marker genes were an optional addition to the
16  construct that had the regulatory segment to an
17  alternative to the regulatory segment in this '071
18  patent?
19     A. Where? What are you referring to in the
20  patent?
21     Q. Well, let's take it from Step 1. Were you
22  responsible for writing the description that
23  corresponds to Claim 3 as you described it?
24     A. So Claim 3. (Witness reviews document.)

148

1      Q. Maybe I can make this easier for you. Take
2  a look at Column 4 of the '071 patent, lines 19
3  through 23. Do you see how it indicates provide a
4  method of regulation and/or amplification?
5      A. Yes.
6      Q. Now, without leaving this column of the
7  '071 patent, take a look at page 4 of your
8  application that is Exhibit 20 -- sorry, page 7 of
9  your application that is Exhibit 2085. If you
10  compare under "Summary of the Invention" the second
11  paragraph on page 7 of Exhibit 2085 with the second
12  paragraph in Column 4 of the '071, do you see the
13  difference that -- in the original application you
14  wrote, "It is another option of the present
15  invention to provide a method of regulation of gene
16  expression" and in the '071 patent it is written "to
17  provide a method of regulation and/or
18  amplification"; do you see that difference?
19     A. Yes.
20     Q. Did you write that in the '071 application?
21  Were you responsible for that addition?
22     A. I don't recall.
23     Q. If you would drop down another couple of
24  lines to line 20 -- line 18 -- sorry -- on page 7 of

149

1  Exhibit 2085. Do you see it says, "It is still
2  another object of the present invention... by
3  inserting DNA regulatory segments"?
4      A. Yes.
5      Q. Now, in the '071 patent, the same passage
6  reads "inserting DNA regulatory segments and/or
7  amplifying segments"; do you see that?
8      A. What line are you on?
9      Q. I'm sorry, Column 4, line -- the paragraph
10  appears at lines 32 through 38.
11     A. (Witness nods.)
12     Q. Did you change the application to read that
13  way?
14     A. I don't recall.
15     Q. That's not your idea at all, is it?
16        MR. FLOWERS: Objection, vague and
17  ambiguous.
18     A. It was my idea. The idea is included in
19  the initial -- I think the idea of amplification and
20  use of, for instance, DHFR is included in the first
21  submission.
22     Q. As an alternative to a regulatory segment?
23     A. It could -- as an alternative to a
24  regulatory segment?

FARMER ARSENAULT BROCK LLC

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

150

1    Q. Uh-huh.
2    A. No.
3    Q. In fact, we talked about a paragraph that's
4  accurate that also carries forward into the patent.
5  If you would turn to Column 9 of the '071 patent, it
6  begins about line 32 and continues on to line 44.
7  It's not my practice to make people read things
8  aloud. I don't see that it gains anything. But if
9  you read it to yourself, I think you will find that
10  it's pretty faithful to the passage that we read in
11  the '89 application. That's just about the same
12  passage, isn't it?
13    A. (Witness reviews document.) Yes.
14    Q. And that was a passage you indicated was a
15  pretty accurate description of your invention,
16  right?
17    A. Yes.
18    Q. And that passage indicates that in the most
19  basic embodiment of the present invention, only a
20  single targeting segment and the regulatory segment
21  must be present, right?
22    A. Yes.
23    Q. And that's what you meant, that you could
24  use the amplifiable marker -- amplifiable gene,

151

1  selectable marker, or they could be one and the
2  same, together with that regulatory segment, right?
3    A. Yes.
4    Q. And that's not what Claim 3 requires,
5  right, of the '071 patent?
6        MR. FLOWERS: Again, I will object to
7  the extent that you are calling for claim
8  construction, which is the province of the court.
9    A. Sorry, your question?
10    Q. Claim 3 doesn't require a regulatory
11  segment in the construct?
12        MR. FLOWERS: Same objection.
13    A. (Witness reviews document.) I see.
14  (Witness reviews document.) Yes.
15    Q. I hate to be -- yes, it does not require
16  it?
17    A. Yes, it does not require it.
18    Q. Okay. Thank you. Doctor, there are a
19  variety of folks from Serono for whom you consult
20  here today, and we're very happy to have them here.
21  Would it be easier for you to answer these questions
22  if they were not present?
23    A. I'm happy that they're present. I'm
24  comforted by their presence.

152

1        MR. FLOWERS: We've been going about an
2  hour and 15 minutes. Want to take a break?
3        MR. KELBER: Sure.
4        MR. FLOWERS: You're moving on to
5  something else, I take it?
6        MR. KELBER: I wouldn't characterize it
7  as something else. There a new document.
8        MR. FLOWERS: Okay, let's take a break.
9        (Recess.)
10  BY MR. KELBER:
11    Q. If you could turn back to the '071. And
12  while I realize you were not responsible for the
13  writeup of the experiment section, you are familiar
14  with that experiment work, right?
15    A. Yes.
16    Q. If you could turn to Column 22.
17    A. 22.
18    Q. This is actually a very long paragraph
19  looking at the results for the colony pools and the
20  subclones, but at about -- beginning at about line
21  15, it begins talking about the bands, the nuclear
22  bands that you're looking for, to show up to prove
23  that the transcription of the TSH beta gene had been
24  stably activated. And at about line 22 or 23, it's

153

1  pointing to the presence of bands at 247 base pairs
2  as demonstrating that production has been --
3  production of the RNA has been achieved; do you see
4  that?
5    A. Yes.
6    Q. And it's referring to the bands in Figure
7  15. Figure 15 is referenced in the same descriptive
8  portion, but it's down about Column 21, line 60. If
9  you turn to Figure 15, could you identify for me the
10  lines that are 247 base pairs?
11    A. Do you want me to point them out to you?
12    Q. Well, maybe you could just tell me,
13  first-off, which lane the 247 base pair bands show
14  up in.
15    A. Lane 4, Lanes 5, 7, 8, 9, and 10.
16    Q. Now, Lane M2 is a marker lane, right?
17    A. That's correct.
18    Q. And that's the higher molecular weight
19  markers for that lane, right? The lower molecular
20  weight markers are in M1. The higher molecular
21  weight markers are in M 2?
22    A. It looks like there's overlap.
23    Q. Okay. Do you see how there's a marker lane
24  at 298 base pairs?

40 (Pages 154 to 157)

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

154

1    A. Yes.
2    Q. Is it your testimony that as you look at
3  Figure 15, the base pairs in Lanes 4 -- the bands,
4  sorry, in Lanes 4, 5, 7, 8, 9, and 10 can be
5  distinguished by you as being at 247 rather than 298
6  or above?
7    A. I can't particularly determine what is the
8  exact molecular weight of -- molecular size of these
9  bands.
10    Q. Let me see if I can help. Take a look at
11  the band on the left marker lane at M1, at 242 base
12  pairs.
13    A. Yes.
14    Q. Wouldn't you expect a band at 247 to be
15  much closer to 242 than 298?
16    A. In a perfect world, yes. And also you --
17  if you look at M2, you can see that -- where 242
18  runs is approximately where 220 runs on the other
19  side. This -- these gels are -- when you get down
20  to such a low molecular weight, you know, small
21  differences in buffers, there's an effect called
22  "smiling" that you see (demonstrating). So I think
23  the predicted size was -- of the positive PCR
24  product was anticipated to be 247 based on DNA

155

1  sequence, and that's how they're described here.
2    They are clearly less than 300 base
3  pairs but higher than 220. The exact size I don't
4  think you can say from this, which is a diagram of a
5  gel. This is --
6    Q. It's a faithful diagram, isn't it?
7    A. Yes.
8    Q. And in the diagram and in the gel, there
9  was no problem distinguishing between 238 and 242
10  under the exact same conditions, right?
11    MR. FLOWERS: Objection, calls for
12  speculation.
13    A. I don't know.
14    Q. Well, you see in Marker Lane 1 there's an
15  indication for a band at 238 and one at 242?
16    A. Yes.
17    Q. Do you have problems seeing the difference
18  between those two?
19    A. I have no problem.
20    Q. Well, that's a difference of four base
21  pairs, right?
22    A. That's correct.
23    Q. A difference of five base pairs ought to be
24  discernible, shouldn't it?

156

1    A. Yes.
2    Q. I'll ask the question a different way,
3  Doctor. If it wasn't for the description that says
4  it's 247, there's no way on earth, as a responsible
5  scientist, you'd assign the lowest bands in Lanes 4,
6  5, 7, 8, 9 and 10 a value of 247, would you?
7    A. They would need to be assigned an
8  approximate molecular weight that would be defined
9  on the basis of DNA sequence.
10    Q. Was the sequencing of these selected base
11  pairs ever done?
12    A. I don't know.
13    Q. Well, this is the experiment that was done
14  in your laboratory. Do you recall it being done?
15    MR. FLOWERS: Asked and answered.
16    A. I don't recall.
17    Q. Well, if it had been done under GF 4300,
18  would it be in your final -- be in the final report
19  for that experiment?
20    A. Probably.
21    Q. If the discernment of the size of the
22  lanes -- I'm sorry, of the bands in the lanes of
23  Figure 15 is that imprecise, can you really confirm
24  the fragments of the targeted genes based on Figure

157

1  15 alone?
2    A. With the appropriate positive and negative
3  controls and the accompanying data of selectable --
4  cells that have survived the selection process as
5  would be expected for the appropriate targeting and
6  the fact that these bands were generated on the
7  basis of nested PCR -- or selected on the basis of
8  PCRs -- I'm sorry, I said nested. It's not
9  nested -- you would conclude that positive PCR
10  product was generated in the appropriate cell and
11  also the positive controls and not in the negative
12  controls.
13    Q. Is it important what that positive product
14  is? I mean, let me try it a different way. You're
15  looking to confirm that the mRNA transcript was
16  expressed in the cells that were targeted, right?
17    A. Yes.
18    Q. And if what you are picking up is not the
19  molecular weight that corresponds to that
20  transcript, is your experiment nonetheless
21  confirmed?
22    A. This in and of itself is an imprecise
23  measure of the molecular weight. As I mentioned
24  before, when you look at how a 220 base pair marker

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

---

158

1 runs on M2 and how a 238 base pair runs on M1,
2 they're not running in equivalent fashion.
3    **Q. Do you really have difficulty telling the**
4 **distance between 220 and 238?**
5    A. Was that a rhetorical question?
6    **Q. No, sir. I mean, you've looked at these**
7 **gels over your lifetime, not a few times, right?**
8    A. I've looked at gels before, yes.
9    **Q. And in fact, there are gels and there are**
10 **gels, but these types of DNA separation gels are**
11 **actually quite precise, right?**
12    A. They are.
13    **Q. And that's why I was surprised that you**
14 **would suggest that those base pairs correspond to**
15 **247 KB -- I'm sorry, those bands correspond to 247**
16 **KB?**
17    A. It's not KB.
18    **Q. Did I say KB? I'm going to try it again,**
19 **Doctor. It's probably late for us all of us. I was**
20 **surprised that you would suggest that those bonds**
21 **correspond to 247 base pairs. If a student -- you**
22 **taught at one point in time, right?**
23    A. Yes.
24    **Q. If they came to you with that gel and said**

---

159

1 **those are at 247, those are at 247, would you tell**
2 **them to redo the experiment to confirm it?**
3    A. I would say that that PCR product is
4 running higher than 247.
5    **Q. Do you remember we talked about the problem**
6 **with these experiments and false positives earlier**
7 **that was reported in the final report?**
8    A. Yes.
9    **Q. How do you confirm, given the apparent**
10 **weight of those bands, that these are not false**
11 **positives?**
12    A. The general way you confirm whether they're
13 positives or false positives is that you would test
14 them several times, and they need to show up the
15 same way each time, for instance, freeze a cell down
16 and thaw it out, culture it, and redo the
17 experiment.
18    **Q. And Christie Kelton did that subsequent to**
19 **the filing of this application, didn't she?**
20    A. I believe she did.
21    **Q. Are you familiar with the results of that**
22 **effort?**
23    A. I believe -- I guess I should say no.
24    **Q. A publication or a document, a write-up**

---

160

1 **corresponding to the final report was submitted to a**
2 **technical journal for publication, right?**
3    A. I don't -- I don't believe so. If it was,
4 I was not involved with it.
5    **Q. Bear with me one second. Bear with me,**
6 **Doctor, because we just got these, and I'm not**
7 **familiar with everything in them. And I will get**
8 **you a copy.**
9    MR. KELBER: Can I have you mark this
10 document as 2086.
11    (Marked, Exhibit 2086, Memo from J.
12 Cirino to B. Slenters dated 12 July 1991, Bates Nos.
13 ARS 001496-001510.)
14    **Q. Have you seen that document before today,**
15 **sir?**
16    A. (Witness reviews document.)
17    **Q. Does that document seem familiar?**
18    A. No.
19    **Q. Let me ask you to turn to the last page of**
20 **that document, which bears, I believe, Production**
21 **No. 1510. Do you see the reference there to "the**
22 **draft of the EGA paper for submission was given to**
23 **S. Chappel"?**
24    A. Yes.

---

161

1    **Q. You're the S. Chappel, right?**
2    A. Yes.
3    **Q. Do you remember receiving a draft**
4 **submission?**
5    A. No.
6    **Q. You don't remember that at all?**
7    A. No.
8    MR. KELBER: Would you mark this
9 two-page document, Production Nos. 1513 and 1514, as
10 2087.
11    (Marked, Exhibit 2087, Telecopy
12 transmission sheet from E. Halloran to B. Slenters
13 dated 1/8/92 plus attached memo, Bates Nos. ARS
14 001513-001514.)
15    **Q. Have you seen that document before, Doctor?**
16    A. (Witness reviews document.)
17    MR. FLOWERS: Do you have another copy?
18    MR. KELBER: We're looking, Kevin, right
19 now. We don't have substantive questions on it.
20    **Q. Does that refresh your recollection at all**
21 **about the submission of this document?**
22    A. No.
23    **Q. Somewhere in this stack of documents that**
24 **we've managed to give you over the day is Exhibit**

---

42 (Pages 162 to 165)

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

162

1  2083, the final report. Would you pull that out.
2  If you could turn to production page 1559, which is,
3  like, three pages from the end. 1559. Do you see
4  the heading "GF 4300"?
5      A. Yes.
6      Q. If you could read the entry under that.
7      A. (Witness reviews document.)
8      Q. Does that refresh your recollection at all?
9      A. No, I'm sorry, it does not.
10     Q. Do you have any understanding of what the
11 "c-o-n-f-i-d indication, R.DNA laboratory" means
12 there?
13     A. "Confidential," I would imagine the first
14 part means.
15     Q. Does the F have an indication in any way?
16 I mean, have meaning for you, sorry, the F right
17 there?
18     A. "Final"? I don't know.
19     Q. Fair enough. Do you recall why or recall
20 ever hearing why the article was rejected?
21     A. No. I honestly don't remember this at all.
22     Q. Would Jeff Olsen be the most likely
23 candidate to have drafted the report, drafted the
24 publication draft and submitted it?

163

1      A. He would be one.
2      Q. Anybody else that you can think of?
3      A. Perhaps Christie Kelton.
4      Q. Let me hand you a document that's been
5  previously marked as Exhibit 2017. Have you seen
6  this patent before?
7      A. (Witness reviews document.) No.
8      Q. Take a second to familiarize yourself with
9  it the best way you can. I'm not sure -- and I
10 don't wish to direct you away from any portion of
11 the document, but if you could look at the passage
12 bridging Columns 5 and 6, in the course of your
13 perusal, I have a couple of questions about that.
14     A. I'm going to have to read the --
15     Q. Okay.
16     A. I've never seen this before.
17     Q. Okay, take your time.
18        MR. FLOWERS: Off the record.
19        (Discussion off the record.)
20     Q. Was Philippe Brulet the gentleman from
21 Institut Pasteur you had lunch with?
22     A. Yes.
23     Q. And was in fact the technology of Institut
24 Pasteur you discussed the technology that's

164

1  addressed in this Exhibit 2017, to the best of your
2  ability to determine?
3      A. It was a long time ago. I've looked at
4  this for four minutes, so... It's at least related.
5      Q. *Would you take a look at the passage
6  bridging Columns 5 and 6. Is that a fair
7  description of the invention that is in your 1989
8  patent application?
9         MR. FLOWERS: Would you read that
10 question back, please.
11        *(Question read.)
12        MR. FLOWERS: Objection, vague and
13 ambiguous. Objection to the extent you are
14 suggesting there's only one invention in the '071
15 patent.
16        (Pause.)
17     Q. I'm sorry, sir, I was trying to read it
18 myself. What was your answer?
19     A. The first part is not similar. "Insertion
20 of the foreign regulatory sequence in order to give
21 a 'double promoter,'" that's not what my patent
22 describes. "Or the replacement of an endogenous
23 promoter by the foreign promoter." That is similar.
24     Q. With respect to the first part, the double

165

1  promoter part of it, what's the difference between
2  that and Claim -- that aspect of your invention
3  which involves increasing the expression of a gene
4  normally expressed by the cell that is transfected
5  with a homologous recombinant construct by adding a
6  regulatory sequence? If you want to look at Claim 2
7  for reference, that might be helpful.
8      A. (Witness reviews document.) I'm not a
9  patent attorney. You probably figured that out.
10 These are not the same.
11     Q. If you can, tell me how they're different.
12     A. As I read the Brulet patent, we're
13 inserting a second promoter to provide a double
14 promoter effect. In this one, we're inserting a new
15 promoter that becomes operatively linked to the
16 coding sequence.
17     Q. And I'm sorry, what is the difference
18 between that? Isn't in both cases the new promoter
19 operatively linked to the coding sequence?
20     A. As I read the Brulet claim just now, the,
21 in quotes, double promoter effect means to me that
22 you rely on the strength of both promoters.
23     Q. Is that something not within the nature of
24 your invention?

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

166

1        MR. FLOWERS:  Objection as to "the
2  nature of your invention," vague and ambiguous.
3        A.  Claim No. 2 of the '071 patent does not
4  depend upon the -- a double promoter effect.
5        Q.  If you have a gene with an operative
6  promoter in a cell, in the endogenous cell genome,
7  and you add another promoter according to Claim 2 of
8  the '071 patent through homologous recombination,
9  wouldn't you have the double promoter effect?
10       A.  I don't know.
11       Q.  What I'm referring to, I suppose, may be
12  captured by the sentence in Column 24, lines 22
13  through 24, of the '071 patent.
14       A.  Lines?
15       Q.  22 through 24.  "The preferred
16  modifications are those which activate and/or
17  enhance expression of the product of interest."  Is
18  the double promoter effect the enhancement of the
19  expression of the product of interest?
20       A.  It could be.  It also could be inserting a
21  promoter with increased strength --
22       Q.  Sure.
23       A.  -- regardless of the first one.
24       Q.  Speaking broadly, the subject matter that

167

1  is addressed in the '313 patent, is that the subject
2  matter that you were asked by De Luca to provide a
3  scientific opinion with respect to?
4        MR. FLOWERS:  I'll instruct the witness
5  not to answer that question on the basis of
6  attorney/client privilege.
7        Q.  Are you going to follow that instruction?
8        A.  Yes.
9        Q.  Are you aware of any Institut Pasteur
10  technology in-licensed by Serono other than gene
11  activation technology?
12       A.  I'm not aware of in-licensing activities at
13  Serono.
14       Q.  *In the period 1989 to 1992, your first
15  stint at Serono, did you discuss more than one type
16  of Institut Pasteur technology with De Luca?
17       MR. FLOWERS:  I instruct the witness not
18  to answer on the basis of attorney/client privilege.
19       MR. KELBER:  What's the nature of the
20  privilege, if it was one or more?  How is that
21  privileged?
22       MR. FLOWERS:  You are asking for the
23  substance of an attorney/client conversation.
24       MR. KELBER:  I am not asking for the

168

1  substance.  I'm just asking how many he had.
2        MR. FLOWERS:  You are asking about the
3  substance in your question.
4        MR. KELBER:  I didn't ask about the
5  substance.  I said, did you have more than one
6  conversation.
7        MR. FLOWERS:  I didn't hear that
8  question, Steve.  Could we have the question back?
9        MR. KELBER:  Could you read the question
10  back.  Maybe I misspoke.
11       *(Question read.)
12       MR. FLOWERS:  So you're asking if he had
13  more than one conversation?
14       MR. KELBER:  No, I know he had more than
15  one conversation.  He already testified to that.
16  I'm asking if he discussed more than one type of
17  Institut Pasteur technology with De Luca.
18       MR. FLOWERS:  I'll let him answer that
19  on the basis that there's no waiver.
20       MR. KELBER:  Okay.
21       MR. FLOWERS:  Okay, you can answer.
22       A.  I don't recall.
23       Q.  Come on, for all that work, make something
24  up -- no, no, I'm just kidding.

169

1        MR. KELBER:  Give us two minutes, three
2  minutes.  We'll be right back.
3        (Recess.)
4  BY MR. KELBER:
5        Q.  Doctor, we earlier talked about the
6  differences between the original application that
7  was filed in 1989 and the continuation-in-part
8  application that issued as the '071 patent.  We
9  talked about the fact that you were not responsible
10  for drafting the experimental section, for lack of a
11  better term.  And I know you weren't responsible for
12  drafting the claims in either case.  We did talk
13  about the changes from the original application to
14  the continuation in part to indicate that you can
15  insert a regulatory segment and/or an amplifiable
16  segment.
17       Your contribution to the continuation in
18  part, was it basically the original application?
19  Did you provide more information in connection with
20  the continuation in part?
21       A.  As I recall, my contribution was the
22  original application.
23       MR. KELBER:  No more questions.
24       MR. FLOWERS:  I have a little cross-

44 (Pages 170 to 173)

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

**170**

1  examination. Why don't you give me five minutes.
2      MR. KELBER: Take the time you need.
3      (Recess.)
4          CROSS-EXAMINATION
5  BY MR. FLOWERS:
6      Q. Dr. Chappel, earlier today Mr. Kelber asked
7  you some questions about the consulting agreement
8  that you have with my firm, Marshall Gerstein &
9  Borun, in relation to this litigation. Do you
10 recall that question-and-answer section?
11     A. Yes.
12     Q. How long ago did you enter into the
13 consulting agreement with my firm?
14     A. I think I signed it about six months ago.
15     Q. And if you recall, what's the scope of that
16 consulting agreement?
17     A. I don't recall the exact language, but it
18 has to do with serving as a witness but also an
19 advisor.
20     Q. Does that agreement cover consulting by you
21 outside of -- consulting by you for our firm in
22 regard to this litigation outside the context of
23 this deposition?
24     MR. KELBER: Objection, vague.

**171**

1      Q. Let me ask another question. That was a
2  bad question. Does that agreement cover services
3  that you would provide to my firm in regard to this
4  litigation outside the context of your serving as
5  a witness in this deposition?
6      MR. KELBER: Objection, vague.
7      A. Yes.
8      Q. Does your compensation under that agreement
9  depend in any way on how you testified during this
10 deposition?
11     A. No.
12     Q. During the time that you've spent
13 consulting for us in regard to this litigation and
14 in preparation and participating in this deposition,
15 if you hadn't been doing that work for us and
16 preparing to testify in this deposition, what would
17 you have been doing with that time?
18     A. I would have been doing my real job.
19     Q. By spending the time working with us in
20 preparing for your deposition and participating in
21 your deposition, have you forgone any opportunities
22 to earn money from other sources?
23     MR. KELBER: Objection, leading.
24     A. No.

**172**

1      Q. Does ARS have, or did they have, any
2  control over you whatsoever in regards to appearing
3  for this deposition?
4      A. No.
5      Q. Did Serono have any control over you
6  whatsoever in regard to whether you appeared for
7  this deposition?
8      A. No.
9      Q. Did anyone have any control over you in
10 regard to whether you appeared for this deposition?
11     A. No, but as I understand, I could have been
12 subpoenaed, I could have --
13     THE WITNESS: Somebody could have made
14 me come, right?
15     (Laughter.)
16     MR. FLOWERS: The record will reflect
17 that the witness gestured toward Mr. Kelber.
18     Q. Do you recall earlier today Mr. Kelber
19 asked you some questions about who assisted you in
20 drafting the patent applications that ultimately
21 resulted in the '071 patent at issue?
22     A. Yes.
23     Q. Did anyone assist you other than Giampiero
24 De Luca in preparing or revising those patent

**173**

1  applications?
2      A. Roger Browdy.
3      Q. Anyone else?
4      A. Not to my knowledge.
5      MR. FLOWERS: We will suspend any cross-
6  examination at this point.
7      MR. KELBER: I'm sorry, I didn't hear
8  the last part.
9      MR. FLOWERS: We will suspend any
10 cross-examination at this point.
11     MR. KELBER: So we're not closing this
12 one?
13     MR. FLOWERS: As far as
14 cross-examination goes, I would at this point just
15 note that we're not waiving any right to further
16 cross-examine Dr. Chappel.
17         REDIRECT EXAMINATION
18 BY MR. KELBER:
19     Q. A couple of questions. What advice -- on
20 what subjects have you provided advice to
21 Mr. Flowers' firm in the context of your agreement
22 other than your deposition and the events
23 surrounding it?
24     MR. FLOWERS: Just a second. (Pause.)

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

---

174

1  I'm going to object and instruct the witness not to
2  answer on the basis of attorney/client privilege and
3  work product.
4      **Q. Have you provided Mr. Flowers' firm with**
5  **advice under your consultant contract on any subject**
6  **other than this deposition?**
7          MR. FLOWERS: You can answer that
8  question.
9      A. On any subject -- you're asking on any
10  subject contained within this --
11      **Q. Within your consulting agreement but**
12  **unrelated to your deposition.**
13      A. Unrelated to the deposition... No.
14      **Q. To date, how many hours have you devoted to**
15  **working under the consulting agreement,**
16  **approximately?**
17      A. Approximately 14.
18      **Q. Does that include today?**
19      A. Okay, including today, today would be from
20  9:00 to 5:00, so eight. About 20, 21.
21      **Q. Do you receive compensation of any type for**
22  **the '071 -- from -- by reason of the existence of**
23  **the '071 patent?**
24      A. No.

---

175

1          MR. KELBER: I have nothing further.
2          MR. FLOWERS: Nothing further at this
3  time.
4          MR. KELBER: The only thing I have to do
5  is to thank you, sir, for your patience and
6  attendance. It's not an easy thing.
7          THE WITNESS: Thank you.
8          (Whereupon the deposition was adjourned
9  at 5:10 p.m.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

---

176

1          CERTIFICATE OF COURT REPORTER
2          I, Joan M. Cassidy, Registered
3  Professional Reporter and Certified Realtime
4  Reporter, do certify that the deposition of Scott C.
5  Chappel, Ph.D., in the matter of Cell Genesys, Inc.
6  v. Applied Research Systems, etc., on January 19,
7  2006, was stenographically recorded by me; that the
8  witness provided satisfactory evidence of
9  identification, as prescribed by Executive Order 455
10  (03-13) issued by the Governor of the Commonwealth
11  of Massachusetts, before being sworn by me, a Notary
12  Public in and for the Commonwealth of Massachusetts;
13  that the transcript produced by me is a true and
14  accurate record of the proceedings to the best of my
15  ability; that I am neither counsel for, related to,
16  nor employed by any of the parties to the above
17  action; and further that I am not a relative or
18  employee of any attorney or counsel employed by the
19  parties thereto, nor financially or otherwise
20  interested in the outcome of the action.
21
22  1/24/06 _____
23          Joan M. Cassidy, RPR, CRR
24

---

177

1              I N D E X
2
3          EXAMINATIONS
4  Scott C. Chappel, Ph.D.
5      BY MR. KELBER          4
6      BY MR. FLOWERS          170
7      BY MR. KELBER          173
8
9          EXHIBITS MARKED
10  2079, Witness's resume from Website    7
11  gonadotropin.org, no Bates numbers
12  2080, Green Form 4300, Bates Nos. ARS    51
13  001480-001481
14  2081, Memo from S. Bettelli to S.    61
15  Chappel dated 11/7/89 plus
16  attachments, Bates ARS 001482-001490
17  2082, Part of report, Bates Nos. ARS    67
18  001491-001492
19  2083, Final report on Green Form 4300    99
20  dated January 1992, Bates Nos. ARS
21  001515-001119
22  2084, U.S. Patent 5,240,832          112
23  2085, '89 patent application, Bates    131
24  Nos. ARS 000001-000041

---

46 (Pages 178 to 180)

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

178

| | |
|---|---|
| 1 | 2086, Memo from J. Cirino to B.    160 |
| 2 | Slenters dated 12 July 1991, Bates |
| 3 | Nos. ARS 001496-001510 |
| 4 | 2087, Telecopy transmission sheet    161 |
| 5 | from E. Halloran to B. Slenters dated |
| 6 | 1/8/92 plus attached memo, Bates Nos. |
| 7 | ARS 001513-001514 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | Original exhibits returned to Attorney Kelber |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |

1    Sent via UPS to counsel/witness on 1/24/06

2

3        Scott C. Chappel, Ph.D.

4    SIGNATURE PAGE/ERRATA SHEET INFORMATION

5    For deposition taken on: January 19, 2006

6    Cell Genesys, Inc. v. Applied Research Systems, etc.

7

8        SIGNATURE INFORMATION FOR COUNSEL

9    The original signature page/errata sheet has been sent to Kevin

10   Flowers, Esq., to obtain signature from the deponent. When

11   complete, please send original to Steven Kelber, Esq. A copy of

12   any errata should be sent to each party of record present at the

13   deposition.

14

15        WITNESS INSTRUCTIONS

16   After reading the transcript of your deposition, please note any

17   change or correction and the reason on the errata/signature

18   page. DO NOT make any notations on the transcript itself. If

19   necessary, continue the format on a separate page.

20

21   PLEASE SIGN AND DATE the errata/signature page and return it to

22   your counsel.

23

24

179

WITNESS: Scott C. Chappel, Ph.D.
CASE: Cell Genesys, Inc. v. Applied Research Systems, etc.
SIGNATURE PAGE/ERRATA SHEET
PAGE    LINE    CHANGE OR CORRECTION AND REASON

___|___|_____
___|___|_____
___|___|_____
___|___|_____
___|___|_____
___|___|_____
___|___|_____
___|___|_____
___|___|_____
___|___|_____
___|___|_____
___|___|_____
___|___|_____
___|___|_____
___|___|_____

I have read the transcript of my deposition taken January 19,
2006. Except for any corrections or changes noted above I
hereby subscribe to the transcript as an accurate record of the
statements made by me.
Signed under the pains and penalties of perjury.


_____DATE_____
Deponent, Scott C. Chappel, Ph.D.

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

181

| A | | | | |
|---|---|---|---|---|
| abandoned 146:3 147:2 | 114:22 140:14 | 73:19 83:1 88:7 | 59:8 83:21 94:15 | 143:22 144:1,1 |
| abilities 17:23 | achieved 31:15 85:6 | 104:9 180:16 | 113:16 116:22 127:4 | 151:21 164:18 167:5 |
| ability 126:15 139:8 | 92:19 153:3 | afternoon 36:22 100:1 | 136:4 140:7 141:11 | 167:18 168:18,21 |
| 164:2 176:15 | achieving 14:23 | again 32:24 40:16 43:1 | 142:20 149:17 164:13 | 174:2,7 |
| able 4:23 25:14 57:13 | acquired 8:21 9:1,2 | 46:8 69:2 79:2 85:19 | 166:2 | answered 53:3 116:4 |
| 57:19 91:6,9 98:21 | acquires 76:12 | 101:15 106:11 111:20 | ambivalent 23:9,21 | 127:24 130:2,12,14 |
| 105:16 107:18 135:3 | acquisition 49:5 | 116:15 117:14 122:6 | amount 41:21 46:5 | 156:15 |
| 137:12 | action 176:17,20 | 123:6 125:11,14 | 75:11 104:21 126:11 | answering 139:6 |
| about 6:21 11:17 14:7 | activate 55:23 57:2,5 | 127:10 132:15 133:13 | amounts 15:3 17:18,19 | answers 31:7 58:1,23 |
| 16:1,5 22:8 23:9,21 | 57:13 98:10 111:15 | 134:7 136:18 140:20 | amplifiable 19:21 21:3 | 67:12,24 68:15,19,21 |
| 32:22 34:23 40:22 | 166:16 | 141:13 151:6 158:18 | 21:8,14,18,24 23:13 | 69:3,8,21 |
| 45:20 46:15 47:22 | activated 152:24 | against 74:14 | 28:1,5 30:12,16,21 | anterior 12:3 |
| 50:7,16,23 51:4 53:22 | activating 140:15 | agent 120:20 | 86:9,16 87:3,14,24 | antibodies 20:17,23 |
| 58:19 61:5 72:22 | activation 33:8 35:8 | agents 124:9 | 89:21 90:13,14,24 | anticipated 154:24 |
| 79:13,22 80:2 94:21 | 36:13 49:17 50:3,24 | ago 35:1 46:18 47:18 | 94:4,12,22 95:9 96:21 | anybody 24:7 36:3 |
| 95:19,21 97:7 99:2 | 51:12,14 52:1,6 56:15 | 47:22 73:11 94:21 | 99:3 117:16 127:12 | 66:22 79:22 80:4 |
| 100:9 102:19 103:6 | 58:3 59:6,13 60:12,23 | 111:5 112:13 128:18 | 127:18,22 128:9,20 | 94:6 99:2 119:18 |
| 103:11 108:7 118:6 | 66:15 68:10 77:17,20 | 130:24 164:3 170:12 | 129:24 130:10,16,16 | 144:21 163:2 |
| 119:23 120:19 123:10 | 79:3,10,20 85:5 93:20 | 170:14 | 130:20 132:11,18 | anyone 20:7,8 22:7 |
| 123:11,19,22 125:23 | 94:3,18 95:10,22,24 | agree 67:15,16 81:16 | 133:4,15 134:3,6 | 49:7,7 80:10 172:9,23 |
| 128:17 129:16 132:10 | 97:7 114:7,23 115:6 | agreeable 67:20 | 135:15 136:7 137:2,7 | 173:3 |
| 132:11 135:6,14 | 115:19 119:4 146:14 | agreement 40:7,15,19 | 137:13,17 138:10,17 | anything 9:21 26:1,18 |
| 136:10 140:8,9 141:4 | 167:11 | 41:2,5,12,15,17,22 | 139:9,13,14 141:6 | 34:12,16 35:9 41:7,18 |
| 142:9 143:1 150:3,6 | activator 117:14 | 45:8,9,12,14 46:3 | 142:6,16 147:14 | 42:19 45:22 47:24 |
| 150:11 152:1,20,20 | active 97:17 140:23 | 48:24 69:6 170:7,13 | 150:24,24 169:15 | 48:23 55:8 58:11 |
| 152:21,24 153:8 | activities 39:13 48:19 | 170:16,20 171:2,8 | amplification 23:10,20 | 79:8 116:12,14 |
| 159:5 161:21 163:13 | 167:12 | 173:21 174:11,15 | 25:20,20 30:2,6,19 | 119:24 128:10,13 |
| 168:2,4 169:5,9,13 | activity 16:4 77:19 | Ah 66:1 93:22 | 31:12 32:11,19 34:4 | 129:8,23 133:14 |
| 170:7,14 172:19 | actually 4:10 13:2 26:1 | ahead 64:21 | 89:10 91:10,20 92:13 | 150:8 |
| 174:20 | 39:1 47:11 57:1 | aim 14:14 100:17 | 92:17,21 93:14 94:2 | anyway 109:6 |
| above 52:10 64:21 | 99:17 152:18 158:11 | airplane 51:4,7 | 111:6 148:4,18 | anywhere 125:14 |
| 154:6 176:16 179:18 | acute 29:17 | alive 65:22,23 | 149:19 | apart 26:2 |
| absolutely 141:5 | add 93:8 145:23 166:7 | allow 26:14 85:4,11 | amplified 22:19 24:21 | apologies 51:8 |
| academic 57:19 | added 25:5 | allowable 144:19 | 25:22 26:2 31:3 | apologize 51:6 60:1 |
| accept 82:5 | adding 165:5 | allowance 144:24 | 90:24 | 89:19 139:7 |
| acceptable 54:17 | addition 11:2 25:2 | allowing 29:15 | amplify 25:3 28:10 | apparent 159:9 |
| access 101:6,10 105:16 | 29:12 32:9 70:14 | allows 52:9 | 30:1,23 31:18 90:16 | appear 92:1 |
| 106:2,6 108:6,12 | 115:14 132:12,18 | almost 6:22 16:7 23:20 | 91:4,6 98:12 | APPEARANCES 2:1 |
| accessed 105:9 | 138:19 139:17 147:15 | alone 140:14,17,18 | amplifying 24:17 89:1 | appeared 172:6,10 |
| accompanied 31:8 | 148:21 | 157:1 | 96:5 127:18 149:7 | appearing 48:21 172:2 |
| accompanying 157:3 | additional 94:19 | along 10:16 87:4 | and/or 148:4,17 149:6 | appears 52:19 149:10 |
| accomplish 18:17 | 145:21 | aloud 150:8 | 166:16 169:15 | Apple 37:11,13,19 40:1 |
| according 8:6 127:19 | additions 137:19 | alpha 16:15 11:24 12:5 | animal 123:13 | 42:9,14,24,24 43:7,10 |
| 128:7 129:14 137:24 | addressed 109:15 | 12:14,24 | annual 43:20 45:4,10 | application 13:7,12 |
| 140:20,22 166:7 | 164:1 167:1 | already 85:16 88:10 | another 17:14 82:17 | 51:12 53:10 54:5,7 |
| accordingly 32:12 | adjourned 175:8 | 89:15 111:9 113:20 | 93:8 133:1 148:14,23 | 62:9 66:3 80:16 |
| accurate 8:1 46:22 | adjunct 95:12 | 132:16,19 168:15 | 149:2 161:17 166:7 | 101:17 118:8 131:17 |
| 52:17 61:18 79:20 | advance 67:22 | alter 9:23 10:1 134:4 | 171:1 | 131:22 132:1,4,17 |
| 141:8 142:15 143:19 | Advanced 102:8 | altered 10:3 | answer 4:16,23 11:22 | 134:2,18 137:11 |
| 150:4,15 176:14 | advantage 141:18 | alternative 147:17 | 21:20,22 43:5 46:12 | 139:16 140:5 141:24 |
| 179:17 | advice 173:19,20 174:5 | 149:22,23 | 46:13 58:5,7 59:17,18 | 142:11 144:14,18,22 |
| accurately 14:4 | advise 83:13 | always 25:15,18 74:11 | 59:18 67:16 68:4,8 | 145:2,3,19,20 146:3,4 |
| achieve 9:24 93:13 94:2 | advisor 170:19 | 87:7 95:10,11,14 | 69:6,14,18 78:8 78:8 | 146:7,8,19,23 147:2,2 |
| 95:1 100:17 101:1 | advisory 32:7 | ambiguous 19:9 25:16 | 80:9 81:15,19 82:7,8 | 147:6 148:8,9,13,20 |
|  | affixed 54:19 | 27:2 28:16 32:14 | 82:10 83:9 90:1 | 149:12 150:11 159:19 |
|  | after 15:7 30:9 51:15 | 36:6 51:2,14 55:20 | 129:21 139:1,3,4 | 164:8 169:6,8,13,18 |

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

182

169:22 177:23
applications 142:23
172:20 173:1
Applied 1:9 176:6
179:1 180:6
applying 28:13
appointments 8:1
appreciate 86:11 97:4
approach 56:21
appropriate 65:11
96:17 125:22 157:2,5
157:10
appropriately 83:3
approvable 23:4
approval 22:15 52:6
61:20 73:11,19
approximate 156:8
approximately 154:18
174:16,17
archive 101:5 104:18
archives 108:2
area 20:11 50:11 54:3
Ares 102:8
Ares-Serono 60:3
Arizona 51:5
armamentarium 30:10
around 8:8 18:13 38:1
54:24 145:7
arrive 84:2 113:4
arrived 110:5
ARS 1:10 5:2 8:12,13
51:2 61:14 67:8
99:20 132:1 160:13
161:13 172:1 177:12
177:16,17,20,24
178:3,7
Arsenault 1:21
art 20:4 32:2 49:3 66:4
66:5,6,8,10,14,17
129:3 139:21 143:18
144:2,6
article 162:20
asked 6:23 33:5 39:12
48:10,14 53:22 58:12
69:4 72:21 78:22
79:4,7,8 103:13
105:17 116:4 126:23
127:23 130:2,12,14
146:6 156:15 167:2
170:6 172:19
asking 28:16 32:14
53:22 58:18 66:5
90:15 97:24 129:13
132:21 135:1 140:10
167:22,24 168:1,2,12
168:16 174:9

aspect 56:11 109:12
165:2
aspects 20:2 55:9 56:24
assay 110:6,10,16,19
110:24
assign 53:11 156:5
assigned 156:7
assist 172:23
assistance 87:7,10
assisted 172:19
associated 31:19
assume 105:11 108:15
assumed 29:1
assure 120:14,17
122:13
assuring 123:22
asterisk 117:11
ATCC 111:24 119:11
120:6 121:1
attached 161:13 178:6
attaches 29:7
attachments 61:14
177:16
attempted 94:24 95:1
attendance 39:23 175:6
attendant 24:3
attention 47:22 96:15
96:22
attorney 3:10,18 34:21
34:22 37:3,3 54:4,6
67:17 68:7 80:15
126:8 147:12 165:9
176:18 178:16
attorneys 39:5 41:11
58:20 67:22 69:14,18
80:19 81:7 91:18
99:13 123:1 132:7
attorney/client 38:22
39:15 40:17 58:5,16
78:8,19 80:7,8 81:14
83:9 167:6,18,23
174:2
attributed 123:4
audible 4:17
August 49:18
Aulx 3:19
author 71:2 101:19
102:4 105:7,10,19
authored 124:5
authorization 52:24
102:5
authorized 54:18 70:19
108:6
authorizing 53:1 54:19
automatically 22:11
available 39:2,4,10,10

39:11 109:6 111:24
114:12,14,18 117:4
117:20 119:11 120:23
avoid 22:15 64:2
avoiding 118:20
aware 32:5 77:19,23
79:18 114:8 132:9
144:17 145:2 146:2
147:1 167:9,12
away 61:8 95:16
163:10
a.m 1:14

_____ B _____

B 2:4 160:12 161:12
178:1,5
back 6:16 11:19 19:6
21:21 23:2 27:9 28:2
55:12 57:23 61:24
79:16 94:23 95:16
100:3 104:9,10
121:18 124:18 134:13
144:3,6 152:11
164:10 168:8,10
169:2
backbone 26:16,16
117:5
bacteria 16:9
bacterial 26:12,15
bad 6:13 78:23 96:14
171:2
band 154:11,14 155:15
bands 152:21,22 153:1
153:6,13 154:3,9
156:5,22 157:6
158:15 159:10
bank 121:7,8
base 153:1,10,13,24
154:3,11 155:2,20,23
156:10 157:24 158:1
158:14,21
based 44:16 63:6 67:13
154:24 156:24
basic 150:19
basically 169:18
basis 53:16 68:24 82:6
83:9 156:9 157:7,7
167:5,18 168:19
174:2
Bates 7:22 51:20 61:14
67:8 99:20 132:1
142:11 160:12 161:13
177:11,12,16,17,20
177:23 178:2,6
Beacon 1:16
bear 42:20 160:5,5

bearing 86:4
bears 160:20
beauty 23:9
became 13:12
becomes 121:7 165:15
before 4:8 5:10,10,12
5:18 7:16 13:24
14:22 15:24 30:20
34:24 38:4 53:11
63:3 72:21 89:16
98:22 100:3 102:14
112:5 121:18 124:12
129:21 137:10 142:8
144:15 157:24 158:8
160:14 161:15 163:6
163:16 176:11
began 8:7 53:6
begin 37:22 52:8,23
beginning 38:1 53:9
101:16 152:20
begins 123:11 146:17
150:6 152:21
behalf 37:8 42:23
behind 6:9 64:21
being 8:21 9:1 10:18
17:16 29:5 30:21
31:16 41:4,7 54:19
57:13 62:11 64:9
73:3 76:3 77:3 85:17
87:1,18 88:10 95:9
154:5 156:14 176:11
believe 5:3 6:5,24 16:24
36:7 38:14 45:5,16
46:8 49:18,20 50:1,22
53:13 54:9 62:11
66:12,24 75:6 86:5
92:5 100:7 101:3,4
105:19 133:14 141:20
159:20,23 160:3,20
below 64:22
benefits 43:12,18
Bertarelli 65:16,19
77:11,12
besides 33:7 36:3 45:23
49:3 72:1 133:11
best 7:17 11:12 26:8
37:12 38:11,18 49:15
52:16 63:10 73:8
78:6,10 86:13 96:19
104:11 110:1 126:15
145:17 163:9 164:1
176:14
beta 10:16 11:24 12:8
12:13,15 14:12 71:12
84:11 85:5,12,21
94:19 95:13,15,24

96:2 106:22 109:19
110:7,11 111:1 114:2
114:10,16,19 116:2
119:5 120:3 146:14
152:23
Bettelli 61:13 64:18,19
177:14
Bettelli's 65:1
better 17:23 169:11
between 33:22 51:4
82:17,22 90:10
113:13 125:2,8,16
133:9 155:9,18 158:4
165:1,18 169:6
big 120:17
biologic 16:4
biologist 24:4
biologists 24:1
biology 24:12 79:14
141:16
biosynthesis 29:9
bit 32:22 95:19 100:5
102:19 111:5 128:17
130:24
Bitterman 11:16
board 32:8 49:4 119:15
bonds 158:20
bookshelf 105:15
boring 121:12
Borun 2:13 170:9
boss 77:8,9
Bossone 3:10
Boston 1:17,23 3:4 51:4
both 23:12 137:18
138:16,16,18 139:13
145:23 165:18,22
bottom 6:14 50:17
64:12 117:11 142:11
bovine 12:20 16:11,21
17:8
box 52:10 62:15
BPV 19:11,23
bracket 145:7
brackets 135:9
break 4:11,13 31:5
99:14 118:13 152:2,8
bridging 163:12 164:6
brief 31:10 39:9
broadly 166:24
Brock 1:21
Browdy 173:2
Brulet 79:11 163:20
165:12,20
budget 64:20,22,22
buffers 154:21
build 28:2

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

183

building 22:8,14
built 18:18,19
business 76:11

**C**

C 1:13 2:15 4:1,2 137:8
  139:24 140:11 141:1
  176:4 177:4 179:1,24
  180:3
calcium 10:10 28:23
calendar 43:20
call 31:17 101:22 122:5
  124:7 134:18
called 15:16 22:21
  26:13 43:12 154:21
calling 151:7
calls 24:6 34:7 38:21
  39:9,15 40:16 58:5
  59:15 81:13 85:8
  106:5 124:1 134:9
  155:11
came 11:8 120:6,13
  121:15 158:24
candidate 162:23
capacity 47:3
caption 71:16
capture 7:10 143:13
captured 143:5 166:12
captures 143:8,10
care 111:15
careful 82:20
carefully 112:18
Carol 72:3,5
carried 13:8
carries 150:4
carry 11:14 59:23
case 13:2 14:11 18:23
  22:6,24 24:20 25:9
  26:22 37:1 38:17
  42:15,17,19 46:11,16
  46:17,19 47:2,2,2,7
  48:11,12 57:2 76:15
  76:17 92:6 94:19
  132:22 133:12 169:12
  179:1
cases 46:19 48:13 51:7
  69:12 165:18
Cassidy 1:19 176:2,23
cause 6:22 74:18
  136:21 138:13
caused 13:6,12
caution 75:20 108:3
  115:1
cDNA 115:20
cDNAs 19:16
cease 74:23

cell 1:6 9:12,15 15:15
  15:18 16:13,18 17:2,4
  17:7,11,13,23 18:3
  22:24 25:5 27:22
  29:16 31:8 33:4,5,7
  33:23 90:3,16 109:20
  114:12,14,18 118:18
  119:3 120:6,22 121:7
  121:8,15 122:7,9,12
  122:16 123:13,16,17
  123:18,20 124:6
  125:3,22 126:2,3
  157:10 159:15 165:4
  166:6,6 176:5 179:1
  180:6
cells 9:17,20,23 10:12
  10:18 13:14 15:13,14
  15:18,19,20,21,23,24
  16:3,6 17:16,16 18:1
  18:10 19:4 21:12
  22:5,7,21 27:13 28:23
  29:1,4,10,11,13,18,19
  29:19,20,24 32:22,24
  33:9,18 71:12 85:6
  88:11,20,23,23 89:2
  89:11,23 90:9,13
  106:22 110:8 111:7
  111:24,24 113:20
  114:8 118:19 119:7
  119:14,17,19 120:19
  120:21 121:11,22
  123:5 125:4,8 142:4
  146:15 157:4,16
Celltech 87:7
Center 1:15
central 22:16
certain 16:15 23:16
  27:11 29:1 85:4
  90:21 119:2
certainly 20:6,22 53:4
CERTIFICATE 176:1
Certified 176:3
certify 176:4
chamber 29:5
chance 6:8
change 17:21 76:3,5
  113:9 118:21 119:3
  129:13 130:3 140:14
  149:12 179:2 180:17
changed 77:3
changes 169:13 179:18
changing 54:15 75:18
  113:23 147:13
Chappel 1:13 4:2,5 6:9
  7:23 37:2 40:13
  45:10 53:18 61:13

67:11,16,21 108:6
  112:5 117:2,3 160:23
  161:1 170:6 173:16
  176:5 177:4,15 179:1
  179:24 180:3
Chappel's 138:4 139:1
characteristic 141:19
characteristics 121:4
  130:6
characterization
  135:20 136:1
characterize 137:5
  152:6
characterized 14:4
charge 63:18
Charlotte 3:18
charlotte.retzler@se...
  3:23
checked 26:1
chemical 22:5
chemicals 23:15
chemin 3:19
chemotherapy 22:7
Chicago 2:18
chief 46:21
Chinese 15:19
CHO 15:18 16:18 18:1
  18:3,10 21:12 32:22
  33:4,7,9,23
chorionic 12:10 13:4
chose 15:24 24:13
Christie 11:3 35:13
  71:18,21 72:1 101:24
  104:22 105:22 159:18
  163:3
chromosome 119:14
circulation 101:20
circumstances 8:17
  48:13
Cirino 160:12 178:1
claim 126:6,14,19,22
  127:1,8,9,19 128:4,8
  129:1,6,14,16 131:13
  131:17,19,21 133:12
  133:12,14,15,18,19
  133:22,22,24,24
  134:8,20 135:1
  147:23,24 151:4,7,10
  165:2,6,20 166:3,7
claims 126:11 134:1,17
  134:23 135:4,10
  139:16 140:8 147:11
  169:12
clarify 97:4
classification 76:16
clear 90:6 95:9

clearance 37:23
clearly 155:2
client 67:18
clipped 5:23 6:1,3,4
clone 111:11,18,19,20
  113:21 116:1 120:5
  120:11
cloned 121:2 124:9
clones 19:16 118:22
cloning 12:19 112:14
  112:19 113:12 114:1
  115:8 117:6 122:11
close 127:12
closer 154:15
closing 173:11
coamplifying 44:22
coding 165:16,19
coinventors 112:9
collection 6:18 7:4
  100:5,7
collocate 98:11,13
colony 120:12,13
  152:19
COLUMBIA 1:4
column 123:5 124:16
  125:15 126:7 145:7
  146:17 148:2,6,12
  149:9 150:5 152:16
  153:8 166:12
Columns 163:12 164:6
come 38:12 51:8 61:8
  88:13 124:6,8 168:23
  172:14
comfortable 43:8 46:10
comforted 151:24
comment 79:4 92:7
commercial 56:3 57:18
  57:20
commercialization
  109:14
commercially 117:4
commissioned 110:2
common 12:5,14,24
  101:10
Commonwealth 176:10
  176:12
communication 64:7,9
communications 38:22
  39:16 40:17 58:6
  78:19 81:14
community 87:11
companies 44:5,14 57:6
companion 25:15,18
company 8:12 11:7
  37:11,13,19,19 40:1,2
  48:17 60:5,7 66:22

76:18 101:9 104:6,12
  104:17,18 108:11
  115:8
compare 148:10
compared 19:23
compensated 44:1 46:2
compensation 45:2,10
  46:5 171:8 174:21
competitive 63:14
complete 54:2 180:11
completed 103:18
  104:13,15
completely 11:23
compound 22:11,13
  143:21 144:3
concept 49:17 56:13,14
  57:13 144:10
concern 120:18,19,21
concerned 65:1 120:9
  135:6
concerning 68:9
concerns 23:14,16 24:3
conclude 157:9
conclusion 84:2 88:14
  100:19 101:2 108:19
condition 4:22
conditions 155:10
conduct 36:10 123:20
conducted 123:21
conducting 40:9
Conference 1:15
confidence 122:13
confident 117:1
confidential 42:14 43:7
  46:9 162:13
confine 32:24
confined 57:8 61:8
confirm 61:20 84:8
  85:17 118:20 156:23
  157:15 159:2,9,12
confirmed 85:21 114:9
  157:21
confusing 95:17
confusion 97:5
Congress 1:22
connect 57:20
connection 38:4 40:3
  73:4 86:8 92:24
  108:20 111:8 169:19
Conroy 1:15
consideration 88:8
considered 63:13 74:20
  125:5 141:22
consistent 83:18
consistently 125:17
  138:19

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

184

constant 26:6,17
  120:15,17
constitute 67:17
construct 128:4,7
  129:6 133:3 134:8,19
  134:20 137:3 138:20
  139:17 147:16 151:11
  165:5
construction 107:15
  126:19 135:1 136:13
  136:16,20 151:8
constructively 139:6
construe 126:23
consult 44:14,19
  151:19
consultant 43:22 174:5
consultation 44:7,22
  45:3,11,17,23
consulting 44:3,4 170:7
  170:13,16,20,21
  171:13 174:11,15
contain 29:22 96:8,10
  96:11
contained 29:2,6 37:19
  89:23 96:7 100:21
  174:10
contains 62:15
contemplated 64:3
contest 4:11 84:24
  99:10
context 5:20 28:11
  30:16,21 68:18 82:19
  86:10 89:20 102:6
  110:19 113:4 120:3
  121:10 123:13,21
  124:2 141:21,22
  170:22 171:4 173:21
continuation 145:10,13
  146:1 169:14,17,20
continuation-in-part
  145:3,19 146:4 169:7
continue 29:16 30:8
  180:19
continues 150:6
continuing 13:20
continuous 123:14
  125:3,5,8,10,18
continuum 125:16
contract 174:5
contribution 19:15
  169:17,21
contributors 101:19
control 16:23 97:22
  172:2,5,9
controls 157:3,11,12
controversy 42:22

conversation 38:24
  67:13 80:10,11,12,21
  81:3 167:23 168:6,13
  168:15
conversations 38:16
  39:17 58:19 78:8
  80:7 81:5,11,24 82:4
  82:19
converting 19:15
convinced 131:5
copies 16:24 26:14
  29:14
copy 25:6,8 29:13 61:4
  89:24 90:4,10 99:5
  160:8 161:17 180:11
copying 109:6
corner 5:18
correct 8:16 13:1 15:12
  17:10 28:6 31:13
  41:5 44:17 46:24
  47:20 48:1 61:18
  62:13 75:5,11,13
  76:21 81:3 83:7 85:6
  85:13 87:16 93:3,16
  93:17 94:24 101:21
  105:19 114:10,11
  122:5 126:9 135:20
  135:23 136:1 137:5
  146:20,24 153:17
  155:22
correction 179:2
  180:17
corrections 179:18
correspond 158:14,15
  158:21
corresponding 160:1
corresponds 146:7
  147:23 157:19
cost 60:5
cotransfecting 20:13
counsel 3:9 45:6 47:11
  48:22 58:3,10,22
  91:24 94:1 108:24
  176:15,18 180:8,22
counsel's 39:19
counsel/witness 180:1
counts 119:14
couple 34:24 79:16
  118:13 148:23 163:13
  173:19
course 9:21 18:8 49:12
  66:1,2 109:19,20
  163:12
court 1:3 126:20 135:2
  151:8 176:1
cover 141:13 170:20

171:2
coworkers 9:22
create 18:21 22:8 42:22
  54:4,7 56:8,9
created 22:20 33:17
  97:5 120:7
creating 20:12 22:16
  54:22
creation 113:2
criteria 28:14
critical 16:4 59:9
cross 169:24 173:5
cross-examination
  170:4 173:10,14
cross-examine 173:16
CRR 1:19 176:23
culture 88:11 121:1
  124:6,8 125:5 159:16
currently 37:14 44:2,4
  108:1
customarily 117:21
customary 117:17,22
cut 92:2
cycle 101:9
c-o-n-f-i-d 162:11
C127 15:16,20 16:10
  17:7,11,11 19:11,23

_____ D _____

D 4:1 137:3 177:1
data 55:22 83:24 84:2,2
  84:8,16 85:4 98:22,23
  130:23 131:5 157:3
date 7:1 34:23 47:11,24
  52:17,24 53:7 55:1,2
  73:11 75:7 88:23
  94:6 174:14 179:23
  180:21
dated 61:13 99:20
  160:12 161:13 177:15
  177:20 178:2,5
dates 39:3 53:4
David 49:6,6
day 42:4,6,8,12 48:19
  48:19 161:24
days 39:9 47:18 70:6
  126:5
De 54:10,23 66:2 80:11
  80:12 81:7,12 82:1,19
  101:11,14 167:2,16
  168:17 172:24
dead 65:19,21
dealing 120:10,20
December 75:7
decided 24:14
decision 119:17

declaration 47:6
decrease 34:3
Defendants 1:11 3:24
defensive 50:9 56:19
deficient 33:10 90:9
define 39:9 125:24
  126:1
defined 125:4,17 130:7
  156:8
defining 122:15
definition 10:1
degree 90:3
deliberately 30:22
demonstrate 55:22
demonstrated 60:12
demonstrating 83:24
  91:3 92:12 106:21
  153:2 154:22
demonstration 59:12
dentist 4:21
departure 32:20
depend 86:6 166:4
  171:9
dependent 133:24
depending 18:15
  141:24 142:17 143:3
depends 133:19
depleted 11:21
deponent 179:24
  180:10
deposed 4:8
deposition 1:13 5:4
  34:17 35:23 36:1
  39:3 40:3 41:19,19
  48:21,22 67:22 68:1
  69:4 91:19 132:7
  170:23 171:5,10,14
  171:16,20,21 172:3,7
  172:10 173:22 174:6
  174:12,13 175:8
  176:4 179:17 180:5
  180:13,16
depositions 11:19
des 3:19
describe 44:8 144:9
described 14:10 24:3
  30:17 56:18 89:16
  109:11 122:4 138:19
  139:20,23 140:22
  147:23 155:1
describes 112:19
  164:22
describing 56:12 97:6
  143:1
description 54:16 65:7
  109:11 141:8 147:22

150:15 156:3 164:7
descriptive 153:7
designated 62:24 63:3
  63:7
designed 14:18
desirability 81:22
desirable 55:17
desired 92:19 96:9
  128:2
desiring 9:24
detail 76:9
detailed 105:9
detailing 70:13
details 20:23 54:14
  67:19 68:3 121:12
detect 28:13 110:6
detected 109:19,20
determine 39:2 110:2
  154:7 164:2
develop 18:8 19:2
  22:12
developed 16:13 17:7
  17:12 18:14 19:10
  110:6 116:20,22
  117:1
developing 9:8 76:10
development 60:1
  63:18 76:12
devoted 174:14
DHF 34:2
DHFR 23:20,24 24:4
  24:13,18,20,21,24
  25:1,5,11,13,20 26:4
  26:23 28:9,13 29:2
  30:4,9,12,16,18,21
  31:3,9,19 32:11,23
  33:3,3,9,15,15,23
  34:1,2 86:9 87:17
  88:3,9,18 89:11,13,21
  89:24 90:2,4,6,8,9,10
  90:12,15 91:4,5 92:21
  93:2,5,6,9,9,16,16
  95:4,4 96:4,10,11
  97:12,12,19,19 98:9,9
  98:13 117:10,15,22
  118:2 127:18 128:18
  128:22 129:7,8
  130:10,19 136:8
  137:9 140:2 149:20
DHFR-containing
  28:21
Diacrin 8:7,9 30:20
  32:16,20 33:2 63:4
diagram 155:4,6,8
die 29:19 142:5
differ 95:24

FARMER ARSENAULT BROCK LLC

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

185

difference 74:4,6,8
82:16 113:13 114:5
124:14 125:2,8
148:13,18 155:17,20
155:23 165:1,17
differences 154:21
169:6
different 9:19 12:14,24
15:8 18:19,23 19:18
27:7,8,8 59:11 76:19
82:22 87:22,23 95:8
96:21 99:1 104:17
108:5 113:11 119:1
137:15 141:14 143:2
144:21 156:2 157:14
165:11
differentially 137:12
differently 133:6
difficult 110:18,21
111:3 138:14
difficulties 27:24
difficulty 158:3
dihydrofolate 21:19
22:4 29:8,11,14,24
141:2
dilution 120:7 121:3
124:10
dimer 111:1
dimeric 12:4 18:23
20:15
direct 4:3 5:7 127:12
127:22 163:10
directed 13:7,13 51:12
52:15 62:12 129:3
directions 76:19
directly 109:15
director 60:2
disagree 139:22
discernible 155:24
discernment 156:21
disclose 38:23
disclosing 43:8 46:10
64:2
disclosure 40:17
115:14 137:24
discontinue 88:8
discounting 113:8
discrete 55:9
discuss 58:1,10,22
67:23 68:6,13,14,20
69:8 123:5 167:15
discussed 53:20 58:16
68:4 69:2,7,15 78:2
82:3 98:22 111:5
127:17 139:15 163:24
168:16

discussing 55:16 68:19
144:10
discussion 78:9 99:16
112:16 123:11 124:15
163:19
discussions 67:10,12,19
67:21 78:6
disposed 133:8,10
distance 158:4
distilled 55:7
distinct 90:20
distinguish 82:22 139:8
distinguished 154:5
distinguishing 155:9
DISTRICT 1:3,4
division 40:2
divulge 40:18 42:16
68:3 78:19
DNA 10:2,6,17 16:8
20:24 22:20 26:17
27:14,15,18 29:9,19
30:1,1,2 89:1,11,18
118:21 128:1,3,11
130:17 135:15 140:23
149:3,6 154:24 156:9
158:10
Docket 1:8
Doctor 31:22 34:17
42:21 46:13 51:21
56:21 58:21 59:3,19
60:1 61:7,15 70:4
82:13 84:23 86:10
94:24 100:3 104:17
115:4,24 128:15
134:15 135:4 139:5
143:5 151:18 156:3
158:19 160:6 161:15
169:5
document 5:4,6,6,8,11
5:12 6:6 7:4,16,20,23
8:3 36:14,16 45:6,7
46:24 47:13,17 49:21
50:12 51:22 52:2,18
53:6 54:16 60:15
61:2,4,17,20,22,24
62:3,12,23 70:4,5,7,9
70:22 74:17 83:1
85:1 100:4,9,11,13
109:2 112:8,17 115:1
122:18,23 124:21,22
126:18 127:6,11
132:3,6,10 134:23
135:18 137:23 138:1
141:12 142:21 143:12
147:24 150:13 151:13
151:14 152:7 159:24

160:10,14,16,17,20
161:9,15,16,21 162:7
163:4,7,11 165:8
documentation 48:18
91:19
documented 122:1
documents 5:1 6:19
35:3,5 36:18 37:1
39:13 41:11 48:11,14
50:14,16 91:17,24
92:4 100:5,8 106:11
161:23
doing 53:22 66:19 91:1
99:2 110:10,20
171:15,17,18
dominant 86:9,16 87:2
90:14 94:22
done 37:18,18 71:23
83:2 85:16,20 89:6
94:6 98:20 101:6
107:9,18 108:10,20
109:21 120:5 146:22
156:11,13,14,17
Donnelly 1:15
dots 57:20
double 22:21 23:1
164:21,24 165:13,21
166:4,9,18
down 23:2,5 31:5
120:11,14 121:7
122:5 137:1 148:23
153:8 154:19 159:15
downstream 22:13
Dr 4:5,8 6:9 7:23 37:2
40:13 45:10 53:18
54:23 66:2 67:11,15
67:21 108:5 112:5
138:4 139:1 170:6
173:16
draft 54:22 160:22
161:3 162:24
drafted 142:21 162:23
162:23
drafting 147:5 169:10
169:12 172:20
drafts 62:11
draw 43:12,19 96:15
drawing 96:22
drew 47:21
drink 62:19
drive 2:16 136:17
140:24
drop 148:23
drug 22:24 23:3
due 47:24 119:4
during 5:4 8:22 30:19

32:15 47:8 68:1 73:5
81:5,11,24 82:4
125:19 171:9,12
D.C 2:7

E

E 3:9 4:1,1 161:12
177:1 178:5
each 12:12,16,17 18:13
19:20 21:2 26:23
27:3 31:9 87:4 122:1
159:15 180:12
earlier 46:23 53:21
55:16 67:10 69:5
90:5 113:14 145:20
159:6 169:5 170:6
172:18
earliest 51:3
early 33:12 48:1
earn 171:22
earth 156:4
easier 33:12 42:21
87:13 148:1 151:21
easy 175:6
effect 154:21 165:14,21
166:4,9,18
effective 88:22 89:1
140:15
effectiveness 84:1
effort 13:7 14:14 22:17
23:6 75:11 101:1
159:22
efforts 13:20 14:18
43:18
EGA 109:15 160:22
eight 42:5 174:20
eight-hour 42:4
either 10:15 37:24 47:1
138:15 169:12
elapsed 73:19
electroporation 10:11
28:24
element 97:9,18
elements 19:12 20:1,3
eliminate 145:21
elsewhere 87:21
else's 36:3
embodiment 133:1
150:19
embraced 115:15
employ 10:9
employed 9:16 105:13
176:16,18
employee 176:18
employing 9:10 83:6
employment 9:4 73:5

empty 103:20
encode 26:18
encoded 10:14 12:13
encoding 91:21
encounter 38:20
encouraging 88:12,15
end 37:24 59:6,10
60:14 76:15 104:2
125:21 162:3
endeavor 31:24
ended 76:17
endogenous 10:17 33:8
33:20,22 35:7 36:13
49:17 50:2,24 51:12
51:14,24 52:6 56:14
56:15 58:3 59:6
60:12,23 66:15 68:10
77:17,20 79:2,10,20
85:5 89:24 90:4,6,11
90:12 91:5 93:20
94:3,18 95:10,22,23
97:7 111:16 115:18
130:18 164:22 166:6
endorsed 60:3
endorsement 60:8
ends 71:11 76:13
endurance 4:11 84:24
99:10
engineered 17:17,18
90:7
enhance 166:17
enhancement 166:18
enjoy 43:12
enough 133:21 162:19
enter 170:12
entering 27:22 100:24
enterprise 57:20
entire 5:6 100:8 115:13
entirely 95:16
entitled 43:18
entity 57:18
entry 162:6
enzyme 29:7,15 33:17
34:1 89:17 90:11
episomal 17:1 27:20
equine 12:19
equivalent 42:11 158:2
errata 180:12
errata/signature
180:17,21
especially 120:22
Esq 2:4,5,14,15 3:2,9
180:10,11
establish 85:12
established 18:4
etc 176:6 179:1 180:6

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

186

eukaryotic 16:3 29:11
European 46:17 47:2,6
  48:11
even 18:13 105:13
  108:21 128:19 142:23
event 25:15 27:12
  64:10
events 32:18 86:19
  104:23 173:22
eventually 61:6
ever 7:12 13:21 30:11
  32:2 48:10 75:14
  78:2,22 81:7 156:11
  162:20
every 51:6
everything 129:11
  160:7
everywhere 132:16
evidence 114:6 176:8
exact 7:1 34:23 39:8
  53:4,6 54:14 55:2
  88:23 130:4 154:8
  155:3,10 170:17
exactly 55:1 142:15
examination 4:3 170:1
  173:6,17
EXAMINATIONS
  177:3
example 76:9 130:11
  130:19 136:8 142:2
  146:13,16 147:3,6,11
except 29:13 147:11
  179:18
excess 43:15
exclamation 63:20
exclude 78:7 80:6
exclusively 57:7
Executive 176:9
exercise 138:14
exerted 23:6
exhibit 7:19,21 51:18
  51:19,22 52:4 61:12
  61:16,21 65:8 67:2,7
  70:3 71:2 74:14
  84:12 85:2 89:14
  99:19 100:4 112:3,6
  113:5 116:18 122:19
  123:5 126:7 131:24
  134:18 135:13 138:23
  140:22 141:3,9
  142:15 143:6,7
  144:23 145:5 146:11
  146:13 148:8,9,11
  149:1 160:11 161:11
  161:24 163:5 164:1
exhibits 1:2 177:9

178:16
exist 109:5
existence 174:22
exogenous 10:2,6
  115:13
expand 90:1 120:13
expanded 120:11
expanding 121:6 122:5
expect 41:14 48:2
  92:15 106:21 154:14
expected 157:5
experience 34:9 44:17
  63:6 126:11
experiment 111:4
  152:13,14 156:13,19
  157:20 159:2,17
experimental 84:2
  169:10
experimenter 114:22
experiments 59:23 83:2
  88:21 109:11 120:8
  159:6
explained 124:11
  134:21
explaining 115:19,20
explanation 75:3
exploratory 121:14,20
exposed 28:22
exposure 30:4
express 9:8 20:15 27:21
  50:7 63:10 111:11
  113:21 114:9 116:1
  132:13,20 142:17
expressed 12:11 15:7
  20:20 34:1 91:12
  111:2 136:22 141:9
  141:12 143:9,11
  157:16 165:4
expressible 128:9,20,21
  128:23 129:24 130:10
  130:16,19 132:11,17
  133:3,15
expressing 12:19 18:22
  114:1
expression 9:12,15,24
  10:5 13:14,22 14:15
  14:19,20,24 15:4,17
  16:6,8,11,13,16,17,18
  17:3,6,8,21 18:15,18
  18:19,20 19:10,11,13
  19:20,23 20:9,12
  21:13 22:8 23:1,4,7
  24:14,15,17,19 26:15
  31:2,17,18,20,20
  32:11,19 33:4 55:17
  55:18 56:1,6,10 60:24

61:3 91:10 92:14
  98:15 99:6 112:14,19
  113:12 115:8,9,21
  120:4 127:14 129:9
  129:14 130:3,5,18
  131:10 134:4,20
  140:24 148:16 165:3
  166:17,19
extent 7:14 24:5 34:6
  42:14 43:6 46:10
  55:6 61:1 85:7 106:4
  123:24 124:20 126:18
  131:1 134:22,24
  135:17 151:7 164:13
extra 29:13,13
extreme 125:7
e-mail 47:22 62:22

_____

**F**

F 137:20 138:21 139:20
  162:15,16
Fabio 65:19 77:11,12
face 145:6
facility 121:21
fact 13:6 16:7 18:3,19
  47:5,5 60:22 61:4
  76:13 85:17,21 89:9
  111:1 112:19 115:19
  122:24 132:9 133:14
  143:10 150:3 157:6
  158:9 163:23 169:9
facts 44:13,15,17
fair 44:12 104:21
  126:10 162:19 164:6
fairly 26:6 104:22
faithful 104:23 150:10
  155:6
false 86:2 118:20 159:6
  159:10,13
familiar 4:16 70:5
  152:13 159:21 160:7
  160:17
familiarize 163:8
far 65:1 113:5,11
  173:13
Farmer 1:21
fashion 124:11 158:2
favor 146:4 147:2
Fax 1:24 2:8,19 3:5,13
  3:22
FDA 22:10,15 23:3
feature 15:21 19:17,17
  19:19
features 16:15,19 17:22
  19:22 20:5
feel 5:4 46:10 62:6

106:12 133:13
feeling 61:8
fell 23:4
felt 17:20,20 55:10
few 96:1,3 100:16
  158:7
fibroblast 15:17 17:17
Fifteenth 2:6
Figure 116:17,18 153:6
  153:7,9 154:3 156:23
  156:24
figured 165:9
figures 129:11,15
file 100:20
filed 13:6,13 47:6 74:24
  75:2,4 131:16 133:13
  144:23 146:23 169:7
filing 35:6 118:7
  146:12 159:19
filled 103:19 105:13
final 7:11,12 99:19
  100:12,16,18,24
  101:2,11 102:11
  105:8,9,18 106:3
  107:1 156:18,18
  159:7 160:1 162:1,18
  177:19
finance 100:21
financially 176:19
find 17:23 90:8 94:12
  96:18 108:14 150:9
finding 108:7
Fine 4:6
finish 7:10
firm 37:8,10,17 40:8,12
  43:10,11 49:1 170:8
  170:13,21 171:3
  173:21 174:4
first 16:7 22:3 38:8,9
  38:20 46:15 55:21
  56:24 59:9 61:19
  62:5 71:10,15 86:3,3
  86:15 96:3 97:16
  103:23 109:8 111:19
  119:6 133:15 139:22
  144:22 149:20 162:13
  164:19,24 166:23
  167:14
first-off 153:13
five 155:23 170:1
fkelly@nixonpeabod.
  3:6
Flowers 2:14 5:21 6:2
  7:14 18:11 19:5,8
  24:5 25:16 27:1
  28:15 32:13 34:6

36:5,18,23 37:4,5,7
  37:10 38:3,9,15,19,21
  39:15,22 40:11,16
  42:13 43:1,6 45:7,9
  45:16 46:8 47:14,19
  47:23 48:4,8 51:1,13
  53:2 55:11,19 58:4,14
  58:18 59:1,7,15,20
  61:1 67:3,9 68:2,16
  68:23 69:5,11,23 70:2
  75:20 78:7,11,15,18
  78:24 80:6,9 81:13,19
  82:5,10 83:8,20 85:7
  92:4 93:11,23 94:14
  106:4,9 108:3 113:15
  114:24 115:16 116:3
  116:21 122:20 123:24
  124:4,17,20 126:17
  127:3,10,16,21,23
  128:5 130:2,12,14
  131:1,6 132:21
  134:10,13,22 135:8
  135:17 136:3 137:22
  138:1,5,22,24 140:6
  141:10 142:19 143:21
  143:24 149:16 151:6
  151:12 152:1,4,8
  155:11 156:15 161:17
  163:18 164:9,12
  166:1 167:4,17,22
  168:2,7,12,18,21
  169:24 170:5 172:16
  173:5,9,13,21,24
  174:4,7 175:2 177:6
  180:10
Flower's 6:12
focus 56:8
focused 57:7,12
folks 104:13,14 151:19
follicle 12:9
follow 6:12 39:19 58:8
  59:2 83:11 167:7
followed 11:9 60:7
following 5:19 115:21
forced 88:7
foreign 164:20,23
forget 37:6
forgone 171:21
forgot 135:24
form 7:11 36:5,14
  48:18 51:13,19 55:19
  64:1 65:6 73:22
  90:20,20,23 99:20
  100:19,20 101:2
  102:7 112:21,24
  139:12 177:12,19

FARMER ARSENAULT BROCK LLC

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

187

formal 52:7 53:6
format 107:5 180:19
forms 7:9,9 47:18
    70:14,19
forth 41:21
forward 7:5 47:13
    51:16,24 52:6 150:4
found 71:16 111:23
foundation 18:12 56:9
    57:19 68:24 124:5
four 12:23 97:8 155:20
    164:4
four-page 7:19
fragments 156:24
frame 13:23 23:24
    32:14 47:8 59:8
    77:10,21 80:5 100:14
framework 19:2
    137:11
Fred 3:2
free 5:5 106:12 123:6
    125:14 133:13
freedom-to-operate
    37:15
freeze 120:14 159:15
freezing 121:6 122:5
frequency 70:23 72:23
    72:24 74:9
fresh 29:22
friends 49:9
from 7:5,10,22,24 8:1
    15:8,14 26:2 27:14
    31:6 34:5 36:8 39:6
    45:11 46:6 53:20
    55:21 61:12 63:17
    69:13,17 70:6 71:11
    73:5 75:14,18 76:3
    77:3 78:7,14,20 79:3
    81:14 95:16,24 110:8
    111:22,24 113:9
    114:8 119:11 120:6
    120:12 121:1 124:16
    133:6,19 134:14
    139:16 143:7 144:24
    147:21 151:19 155:4
    160:11 161:12 162:3
    163:10,20 169:13
    171:22 174:19,22
    177:10,14 178:1,5
    180:10
front 70:4 101:18 145:6
frozen 120:11
frustrating 86:22
frustration 86:18,21
    94:17
FSH 12:9,18 15:7 32:1

32:9,18 91:14,20,21
    92:2,9,10,12,17,22
    93:1,5,8,14,15,17,18
    111:4 112:19
full 71:10 109:9
fundamentally 143:14
further 59:14,23 67:18
    138:8 173:15 175:1,2
    176:17
future 85:14 101:7

―――――――――――
G

G 4:1
gains 150:8
gather 27:11 106:16
gave 6:5 83:4 92:1
Gazella 49:6
gel 155:5,8 158:24
Gelhaar 1:15
gels 154:19 158:7,8,9
    158:10,10
gene 10:14,15 12:14
    21:4,14,19,24 22:19
    24:18,21,22,22,24
    25:3,9,10,13 26:3,4
    26:22,23,24 27:3,19
    28:1 29:10,11 30:8,9
    30:23 31:8,8,9,16,17
    33:3,8,15,19,20 35:7
    55:23 56:2 57:2,5,8
    60:24 71:12 85:5,12
    85:22 86:16 87:3
    90:2,12,17 91:6,21
    92:21 93:2,6,8,14,17
    93:18 94:19 96:10,10
    97:10,10,11,17 98:8,8
    98:10,12,12,14 99:4,5
    111:16 114:19,22
    115:6,13,18 127:12
    127:13 128:2,9,18
    129:10,14 130:1,6,9
    130:10,16,18,20
    132:11,13,18,20
    133:4,16 134:3,4,6
    136:17,21 137:2,7,18
    138:9,10,18 139:9,10
    139:13 140:16,24
    141:17 142:2,4
    146:14,15 148:15
    150:24 152:23 165:3
    166:5 167:10
general 14:18 19:14
    54:15 77:21 107:4
    141:15,16 159:12
generally 7:3 44:8 50:4
    64:2 143:19 145:24

generate 14:20 55:22
    57:22
generated 9:3 62:10
    64:18 66:10 74:18
    84:11 116:8 157:6,10
generation 59:5
generations 125:24
genes 10:17 12:18
    13:22 14:11 21:9
    25:7,23 26:12,20 27:7
    27:8 34:2 57:13 96:5
    138:11 139:12,13
    147:15 156:24
Genesys 1:6 176:5
    179:1 180:6
genetic 30:10 33:21
    111:10 112:13,15
    113:20 114:1,4 116:1
    119:20
genetically 24:20 33:16
Genetics 8:20,20,23,24
    9:7 13:11,18,24 16:12
    16:14,15 18:14 32:3
    36:9 49:4,13 53:20
    117:9,18
Geneva 3:21 63:17
    73:10,20
genome 17:2 90:16
    166:6
genomic 19:16 20:9
    118:21
gentleman 163:20
gentlemen 49:9
Genzyme 8:21 9:1 13:8
    13:12 49:5 115:7
Gerstein 2:13 37:14
    38:5 39:6 40:8,23
    49:1 170:8
gestured 172:17
getting 103:11
GF 65:11,15 66:23
    70:15 71:3 73:12,15
    75:11 76:22 77:14
    84:5,9 86:8 92:2,14
    94:16 98:1 101:21
    102:3,6,12,22 105:18
    105:20 108:21 109:21
    110:19 111:8 113:4
    113:17 114:2 115:15
    118:23 123:22 156:17
    162:4
GH3 33:7 71:12 85:6
    88:11,19,23 89:2,11
    90:13,16 96:19
    106:22 111:7,24,24
    113:20 114:8,16

118:19 119:3,7,10,17
    120:19,24 121:10
Giampiero 54:10 66:3
    66:11 80:12 172:23
give 5:20 13:23 34:3
    61:4 67:13 68:6 69:9
    69:19 84:21 126:1
    161:24 164:20 169:1
    170:1
given 24:2 27:24 31:17
    42:6 159:9 160:22
gland 12:3
glutamine 88:8
glycoproteins 20:15
glycosylation 16:4
go 6:6 22:9 23:2 27:9
    34:13 59:14 67:3
    90:18 101:1,11
    103:11 107:8,20
    108:7 118:15 123:19
    123:22 133:2
goal 18:17 22:15
    111:12,13
God 17:18
goes 97:11 113:5
    173:14
going 5:1 7:18 8:23 9:6
    13:20 30:3 39:3,19
    48:6,7 58:8 59:2
    61:15 76:9 81:17
    83:11 96:18 98:2
    106:13 127:3 152:1
    158:18 163:14 167:7
    174:1
gonadotropin 12:11
    13:4 14:5,16 24:21,22
    24:24 25:3,10,21
    26:22 32:12
gonadotropins 9:9 10:5
    12:2,6,16,19,20,20,21
    13:14,23 14:3 19:23
    20:10 21:13 45:20,24
    46:7
gonadotropin.org 7:22
    177:11
gone 6:23 72:18
good 4:5 18:4 37:5
    78:22 99:14 136:8
gotten 11:22 22:12
    133:21
Gould 2:3
Governor 176:10
greater 14:15,23 15:3
green 7:9,11 51:19 64:1
    65:6 70:14,19 99:20
    100:19,20 101:2

102:7 112:21,24
    177:12,19
ground 89:19
group 9:3,4 11:2,3,5,11
    11:14 14:23 18:18
    19:1 27:4 52:20
    53:19 71:9 72:16
    88:11 138:9
grow 120:12
grown 121:2
growth 121:4
guess 59:22 79:14
    101:15 159:23
guy 79:11
guys 99:13

―――――――――――
H

Halloran 161:12 178:5
hamster 15:19
hand 5:1,3 131:22
    147:5 163:4
handed 36:22 103:8,9
handing 122:18
handle 86:2
handled 86:5
hands 25:18
happen 76:22 89:10
    104:2 127:20
happened 53:8
happy 59:12 99:14
    151:20,23
harbored 120:19
harder 99:9
hate 16:1 151:15
hated 15:23
having 6:17,18,20 90:2
    90:11 104:9 111:20
    114:24 116:15 118:18
    139:7
hCG 12:10,18 13:3
    15:8
head 4:17 72:16 101:21
    102:9
heading 71:11 162:4
heads 101:22
health 23:14
hear 21:20 49:19
    116:10 168:7 173:7
heard 46:15,18 70:3
    132:23
hearing 162:20
help 8:4 154:10
helped 80:15
helpful 138:3 165:7
helping 54:4,7
her 64:22 65:3 104:23

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

188

105:2
hierarchy 63:15
high 119:15
higher 23:5 31:19
153:18,20 155:3
159:4
him 54:12,22 77:14
81:15 126:22,23,23
132:21 135:1 143:22
144:1,1 168:18
hired 103:16
Hm 10:1
holding 1:10 112:5
homologous 55:23
61:23 62:5 80:4
81:10,23 83:6 85:13
85:22 95:2 96:20
97:2,15 98:7 99:4
114:19 115:11,18,22
118:8 128:1,11 130:8
139:18 165:5 166:8
honestly 162:21
hoped 23:2
hoping 43:14
hormone 12:7,7,9,10
12:12
hormones 12:2 15:11
host 17:2,23 18:1 89:23
90:3
hour 42:2,2,10 43:22
44:23 45:1 152:2
hourly 41:23,24 44:21
hours 42:5 100:10
174:14
Houseman 49:6,14
human 9:8 10:15,15
11:24 12:10 111:18
111:20 112:20 113:9
113:13,24,24 114:14
114:14,16 120:22
humans 13:3
hybridomas 20:22
Hyman 11:20
hypothetical 124:1,7

I

idea 20:11 35:7 36:13
52:14,21 66:14 73:21
78:23,23 126:1 143:8
143:11,13 149:15,18
149:18,19
ideas 51:8
identification 60:13
176:9
identified 12:16,23
20:2 30:12,15 101:20

identifies 101:19
identify 11:13 111:17
139:9 153:9
identifying 37:16 127:9
identity 65:12
Illinois 2:18
imagine 162:13
immediate 25:7
immortal 123:14 125:6
125:9,10,13,19
imparts 12:8
important 39:1 55:10
94:12 101:5 120:2
138:4 157:13
importing 120:19
imprecise 156:23
157:22
improve 14:18 17:22
23:7 24:16
improved 19:22 20:9
improvement 20:2
improving 115:21
Inc 1:6 176:5 179:1
180:6
inclined 68:22
include 22:10 41:17
55:10 94:18 116:8
137:9 145:21 174:18
included 26:3 60:15
61:3 67:12 116:9,11
136:12,15,16,19,20
137:2,19 141:6 147:3
149:18,20
includes 132:19 133:3
133:22 139:18 145:19
147:6
including 52:20 137:6
174:19
inclusive 5:3
incoming 121:22
incomplete 63:9,11
137:1
increase 25:7 31:4 91:9
98:14 99:4 131:10
increased 32:10 92:13
92:16 95:2 166:21
increases 32:19
increasing 25:6 31:2
92:20 165:3
independent 56:5,6
85:16 102:24 138:16
139:12
index 66:20 108:15
indicate 102:16 169:14
indicated 21:4,5 56:15
144:18 150:14

indicates 86:14 109:13
135:14 136:10 137:1
145:10 148:3 150:18
indicating 45:21
129:12
indication 60:18 64:1
141:4 147:14 155:15
162:11,15
individual 104:5 108:1
inducing 31:11
infection 121:17
infectious 120:20 124:9
influence 118:4
information 42:14 43:7
46:9 56:9 64:16
65:14 77:13 101:7,10
145:21,22,23,24
169:19 180:4,8
inherently 22:23
initial 35:6 55:22 75:7
149:19
initially 13:18 68:21
initiate 50:10
initiated 13:19
inject 17:4
input 64:14 102:11
inputted 64:9
insert 26:20 93:1
169:15
inserted 28:21 93:18
inserting 149:3,6
165:13,14 166:20
insertion 95:12 99:3
132:12 164:19
instance 57:6 108:11
141:14 142:1 149:20
159:15
instead 19:19 115:12
138:10
Institut 77:19 78:14
79:3,8,11,19 80:3
81:10,23 83:5,14
163:21,23 167:9,16
168:17
Institute 3:8
instruct 38:23 39:16
40:18 46:11 58:4,6
68:2 69:23 83:8
167:4,17 174:1
instruction 39:20 58:8
58:14 59:1,2 69:11
78:11,15,18,24 83:11
142:22 167:7
instructions 68:12
69:13 180:15
insulation 33:22

integrate 17:2 27:16,20
integrated 8:19,20,22
8:24 9:7 13:11,18,24
16:12,14,14 18:14
25:1 32:3 36:9 49:4
49:13 53:20 117:9,18
integrating 115:12
integration 10:21,24
14:10 27:17 95:21
96:2,6 114:21 115:9
115:21
intellectual 9:2
intend 131:17,19,21
intended 7:4 55:4 72:17
98:1 100:24 102:16
131:13
intent 55:15
intention 95:18
interacting 54:22
interaction 54:11
interest 14:11 25:9
26:4 31:16 55:18
57:16,22 58:2 60:4
91:7 97:11,12,17 98:8
98:11,12,13,14 99:5
132:13,20 134:5
136:17,22 166:17,19
interested 11:10 57:15
110:20 176:20
interesting 57:22
interests 98:24
interim 70:11,17,23
72:6,23 75:19 84:19
internal 70:10
International 3:17
interrupt 138:13
interrupted 139:5
interrupting 139:1
intimately 71:24
intractable 87:19 88:4
introduce 25:13 38:17
introduced 10:20 25:10
introducing 35:7 36:13
56:14
invented 116:23 117:4
117:9
invention 128:15 129:6
129:9 131:14 135:21
136:2 137:6 140:2,3,7
140:10,11 141:9,11
143:3,17 148:10,15
149:2 150:15,19
164:7,14 165:2,24
166:2
inventor 115:6,7
inventors 13:17

investigation 123:21
investigations 70:18
investigator 16:23
involve 9:16 96:24
involved 13:16 15:24
48:12 64:19 71:24
101:16 144:13 146:6
160:4
involvement 47:1
involves 165:3
in-house 27:4 88:10
89:14,15
in-license 77:16
in-licensed 77:23
167:10
in-licenses 76:12
in-licensing 76:20
167:12
irrelevant 43:2
isolating 122:4
issue 37:15 172:21
issued 62:1,8 169:8
176:10
issues 23:17 64:22 92:6
item 4:15

J

J 160:11 178:1
January 1:14 6:23 38:2
99:20 176:6 177:20
179:17 180:5
jcassidy@fabreporte...
1:20
JDB 1:8
Jeff 35:18,24 71:18,22
72:1 162:22
Jeffrey 105:5,19
Jensen 2:5 4:8
Jill 3:9
jill.uhl@serono.com
3:14
Jim 49:6
Joan 1:19 176:2,23
job 171:18
join 49:24
joining 8:18 14:1 30:9
journal 7:13 160:2
journals 66:19
Jr 3:2
judge 43:3
July 160:12 178:2
June 50:1
just 4:12 5:19,21 25:14
26:19 27:22 38:15,23
40:19 42:13 48:6
52:10 62:2,6 67:14

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

189

68:2 74:1 75:20
76:16 78:7 80:6
82:13,18 84:12,17
87:14 92:1,1 93:2
95:4,9 96:1,15,21
99:3 102:22 105:17
114:24 118:12 120:16
123:10 126:23 128:18
129:16,17 130:23
131:10,13,15 135:4
138:7 140:10 142:1,8
143:9,11 144:10,11
146:15 150:11 153:12
160:6 165:20 168:1
168:24 173:14,24

**K**

**KB** 158:15,16,17,18
**keep** 102:20,23 103:3
**Kelber** 2:4 4:4,7 5:24
6:7 7:18 21:20 34:13
34:15 36:16,20 43:3,9
45:5,8,14 47:11,16,21
48:2,5 51:17 58:15
61:11 67:1,5,9,20
81:17 82:7 91:23
94:1 99:8,12,17 100:2
108:24 112:2 118:12
118:15,17 126:21
129:20 131:23 132:23
134:12 138:3,7,24
143:23 152:3,6,10
160:9 161:8,18
167:19,24 168:4,9,14
168:20 169:1,4,23
170:2,6,24 171:6,23
172:17,18 173:7,11
173:18 175:1,4 177:5
177:7 178:16 180:11
**Kelly** 3:2
**Kelton** 11:3 35:13
101:24 103:3 104:22
105:22 117:2,3 118:1
159:18 163:3
**Kelton's** 36:3 106:2
**kept** 103:1
**Kevin** 2:14 37:4 43:4
135:6 138:4 161:18
180:9
**kflowers@marshalli...**
2:20
**kidding** 168:24
**kill** 29:12
**kills** 22:7
**kind** 16:2 21:9 23:23
62:23 63:19 82:17,22

100:12 107:4 120:10
122:3 123:20 142:3
**Kindly** 62:4
**kinds** 64:23
**knew** 20:7 46:17 59:17
79:24 111:22 140:9
**know** 4:10,13 7:3 20:11
21:1 28:18 34:8,11
36:20 40:6 42:5,15
44:3 47:19 49:7
50:13 53:7 59:17,21
60:9 61:16 63:1
64:20 65:17 70:9
71:5,9 72:21 73:17
75:9,22 77:6,12 78:21
84:21 88:18 89:3
90:19 94:7,8 98:19
100:23 101:8,13
102:4 103:7 104:9
106:6,20 107:18
108:10 114:22 115:3
115:4,14 116:24
117:6 119:16,24
122:1,2 132:16
133:21 145:13 154:20
155:13 156:12 162:18
166:10 168:14 169:11
**knowing** 98:24 115:10
**knowledge** 7:17 37:12
77:18 86:13 104:11
110:1 173:4
**known** 16:5 18:21 20:6
20:22 21:6,9 22:19,20
111:18 117:5
**knows** 56:9 132:22

**L**

**lab** 102:23 103:1,9,17
103:19
**laboratories** 121:19
**laboratory** 18:13 34:10
35:10,11,15,17 36:10
48:19 70:15,17 71:20
72:19 73:15 85:3
86:1,11,12 87:6,18
89:7 94:9,23 95:11
102:19,21 103:3,6,11
104:20,23 106:2
107:20,24 108:12
111:10 121:13,15,16
156:14 162:11
**lack** 18:11 120:3
169:10
**laid** 124:5
**lane** 153:13,15,16,16
153:19,23 154:11

155:14
**lanes** 153:15 154:3,4
156:5,22,22
**language** 89:15 130:4
170:17
**large** 17:18,19 63:20
109:9
**last** 37:24 42:23 46:20
49:19,21 129:20
136:24 139:1 160:19
173:8
**late** 158:19
**later** 113:3
**latitude** 137:12
**laughter** 62:21 135:5,9
172:15
**Laura** 11:16
**law** 40:8 126:20
**lawyers** 78:19
**layman's** 56:21
**leading** 171:23
**least** 13:7 35:24 103:3
108:21 129:2 145:20
164:4
**leave** 8:6
**leaving** 13:11 30:20
32:15 63:3 148:6
**lectured** 90:5
**led** 15:21
**left** 6:22,24 7:1 8:4
11:11 33:1 104:6,10
104:16 154:11
**left-hand** 145:7
**legal** 50:16
**legend** 62:16
**less** 33:18 155:2
**let** 4:12 5:16 6:12,16
9:19 13:23 28:1,19
31:5 32:24 43:16
59:11 68:18 69:2
74:6 79:16 81:15
94:23 95:16 99:8
104:17 108:5 109:7
116:17 119:1,9 122:6
122:17 129:1 130:3,4
131:22 133:5 138:13
143:5 144:21 146:10
154:10 157:14 160:19
163:4 168:18 171:1
**let's** 5:13 24:9 34:13
38:8 66:7 72:8 90:18
118:12 122:15 135:12
144:11 147:21 152:8
**leuteinizing** 12:9
**level** 31:17,18,20,20
32:11 44:2

**levels** 14:24 15:4 23:1,4
24:15 31:2 55:17
109:13,18
**LH** 12:9,18 15:8 32:1,9
32:18 112:20
**license** 78:13 79:2,5
83:14
**licensing** 78:3 79:19
80:3 81:23
**life** 33:12 125:4 126:2,4
**lifetime** 125:23 158:7
**like** 17:22 22:4,21
23:15 24:14 26:19
45:20 50:10,16 62:22
70:10 98:15 106:11
121:14,21,23 123:17
140:21 153:22 162:3
**likelihood** 64:8
**likely** 68:20 73:14
162:22
**limited** 30:5 98:9 133:5
**limiting** 120:7 121:2
123:3 124:10
**Linda** 11:20
**line** 114:18 118:18
120:6 123:8,12,13,16
123:17,18,20 137:8
138:7 139:24 141:4
148:24,24 149:8,9
150:6,6 152:20,24
153:8 179:2
**lines** 18:3,4 33:23 99:2
120:22 121:15 124:16
125:15 135:14 136:11
143:8,20 148:2,24
149:10 153:10 166:12
166:14
**linked** 24:20 165:15,19
**list** 101:14,20
**listed** 109:1
**listing** 107:13
**literature** 111:22 114:8
119:10 131:9
**litigation** 38:4 39:7,14
48:24 170:9,22 171:4
171:13
**little** 18:17 32:22 95:19
100:4 102:19 111:5
128:17 130:24 169:24
**LLC** 1:21
**LLP** 1:15 2:13 3:1
**long** 31:22 152:18
164:3 170:12
**longer** 30:2 74:19
104:13,14
**look** 5:19 6:8,13 39:12

47:12 48:10 51:21
52:15 66:18 87:21
88:6 106:8,12 108:15
119:18 123:6,10,12
125:14,15 126:6
132:2 133:12,13
135:13 136:24 141:3
145:6 146:11 148:2,7
154:2,10,17 157:24
163:11 164:5 165:6
**looked** 46:23 61:7,21
65:7 73:11 100:4,6
102:13 109:23 119:10
122:24 158:6,8 164:3
**looking** 25:24 41:11
50:12,20 62:22 78:13
84:12 105:17 112:18
119:13 121:3,5 123:8
152:19,22 157:15
161:18
**looks** 153:22
**lore** 27:4
**lot** 101:13 120:21
**lots** 120:21
**low** 154:20
**lower** 5:17 118:3
153:19
**lowest** 156:5
**Luca** 54:10,23 66:2
80:11,13 81:7,12 82:1
82:19 101:12,14
167:2,16 168:17
172:24
**Luchetti** 72:3,5
**lunch** 79:11,13 99:10
99:14 163:21
**Luncheon** 99:22

**M**

**M** 1:19 2:14 153:21
176:2,23
**made** 19:15 24:19
33:12 114:5 117:3
172:13 179:20
**maintain** 48:17 104:12
**make** 13:4 26:14 42:21
43:15 74:4,6,8 92:7
109:5,6 122:15,17
127:19 129:6,9
138:14 148:1 150:7
168:23 180:18
**makes** 138:6
**making** 20:22 87:12
119:17 121:23
**mammal** 12:22
**mammalian** 9:12,14,15

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

190

| | | | | |
|---|---|---|---|---|
| 9:17,20,23 10:12 13:13 16:3,6,12 20:16 116:2<br>**managed** 161:24<br>**management** 35:8 73:9 73:20<br>**manipulation** 9:17,18<br>**manual** 142:22<br>**many** 18:19,23 20:10 20:13 56:11 87:22,23 101:8 108:18 168:1 174:14<br>**Mario** 65:19<br>**mark** 7:19 51:17 67:1 99:17 112:2 131:23 160:9 161:8<br>**marked** 7:21 51:19,22 52:18 54:20 61:12 67:7 99:19 106:13 109:2 112:3 122:19 131:24 160:11 161:11 163:5 177:9<br>**marker** 19:21 21:4,8,14 21:17,18 22:4 23:12 24:13 26:23 27:10,17 27:17,21 28:9,13 29:3 30:5,13,17,18,22 32:23 86:9,16 87:3 88:3,19 89:21 90:13 90:14 94:4,13,22 95:10 96:16,19 117:15,19 127:18,22 136:6,7,12 137:9,13 137:17 138:9,17 139:10,14 140:1,12 140:13 141:1,6,6,17 141:23 142:6,16 147:15 150:24 151:1 153:16,23 154:11 155:14 157:24<br>**markers** 20:6 21:5 28:3 28:4 87:12,24 96:22 117:16,16 135:15 153:19,20,21<br>**marker's** 27:16<br>**market** 137:13<br>**Marshall** 2:13 37:14 38:4 39:6 40:8,23 49:1 170:8<br>**Massachusetts** 1:17,23 3:4,12 176:11,12<br>**master** 121:7<br>**MATAI** 62:16<br>**matter** 84:20 100:10 113:5 139:11 166:24 167:2 176:5 | **Matthew** 2:15 37:4<br>**matured** 144:14<br>**may** 5:19,22 6:3,23 11:22,23 14:17 23:18 37:17 56:10,10,22 75:2 82:10 92:7 108:18 121:24 123:12 123:13 141:15,16,23 142:2,15,16 143:3,4 145:20,21,22 166:11<br>**maybe** 20:16,16 34:24 42:21 43:16 63:10 142:23 145:14,16 148:1 153:12 168:10<br>**Ma-Tai** 62:22 64:9,14<br>**MB0002** 106:17 108:7 108:14<br>**mean** 9:18 28:18 42:22 53:8 70:8 71:7 74:5 82:24 86:10 94:16 106:7 107:1 115:5 119:6,7 120:1 123:15 123:16 124:2 126:22 128:17 138:13 157:14 158:6 162:16<br>**meaning** 123:3 138:15 162:16<br>**means** 10:2 17:1 22:4 22:11 88:12 127:2,5 133:22 162:11,14 165:21<br>**meant** 53:18 99:9 124:15 126:24 150:23<br>**measure** 157:23<br>**media** 29:6,21,22 142:4<br>**Medicus** 66:20<br>**medium** 31:11<br>**meet** 34:22 38:8,9,13<br>**meeting** 38:12,14<br>**member** 32:7<br>**members** 138:8<br>**memo** 35:6 49:16 50:2 50:20 56:13 60:10 61:12 160:11 161:13 177:14 178:1,6<br>**memoranda** 48:16,17<br>**memorandum** 36:12<br>**memory** 11:21 86:23<br>**mention** 60:11<br>**mentioned** 15:9 21:2 26:21 28:8,23 40:10 47:9 53:5 74:12 119:9 129:8 135:7 137:10 142:1 157:23<br>**mentions** 133:15<br>**Merchant** 2:3 | **met** 34:20 37:3 38:3<br>**Metallothionein** 117:5<br>**method** 22:12 28:23 127:8,17 134:4 148:4 148:15,17<br>**methods** 9:8,10 10:8 16:6 18:24 111:10 137:15<br>**methotrexate** 22:6,24 23:7,8,16 25:5 29:7,7 29:12,23 33:18,21 90:7<br>**methotrexate-contai...** 29:21<br>**microfiche** 108:16<br>**microfiched** 108:13<br>**might** 4:22 39:13 58:12 58:24 67:23,24 69:4,7 69:8,9,18 98:6 108:21 165:7<br>**mind** 8:12 57:10 82:24<br>**minute** 22:22 23:1 67:4 73:11 84:22 95:17 129:17<br>**minutes** 22:21,22 118:13 152:2 164:4 169:1,2 170:1<br>**mischaracterizes** 131:2 135:18<br>**misheard** 23:18<br>**missing** 116:6<br>**misspoke** 168:10<br>**mistake** 93:4<br>**misunderstood** 11:23<br>**mnielsen@marshalli...** 2:21<br>**mode** 10:4<br>**modification** 13:13<br>**modifications** 68:21 166:16<br>**modified** 33:16<br>**modify** 127:13 129:9 130:5,17 134:19<br>**modifying** 68:14,14<br>**molecular** 24:1,4,12 79:14 141:16 153:18 153:19,20 154:8,8,20 156:8 157:19,23<br>**moments** 112:13<br>**money** 60:5 76:18 171:22<br>**monitor** 101:19,23 102:1<br>**months** 96:1,3 126:5 170:14<br>**more** 14:20 22:16 26:14 | 42:5,23 43:17,20 44:12 68:18 81:2 86:6 90:6,7 102:7 129:18,23 130:11 138:14 167:15,20 168:5,13,14,16 169:19,23<br>**morning** 4:5,21 53:21 100:5 102:19<br>**most** 16:22 31:6 36:21 36:24 39:1 59:9 101:4 150:18 162:22<br>**mouse** 15:16 111:14<br>**mouth** 143:16<br>**move** 51:15,24 52:6<br>**moved** 14:23 36:8 53:19<br>**moving** 152:4<br>**mRNA** 59:5 60:20 120:4 157:15<br>**MTX** 30:4 31:11 34:3,5 118:3,4<br>**much** 5:5 16:5 30:2 99:8 154:15<br>**multimeric** 20:17<br>**multiple** 101:3 125:19<br>**must** 138:20 139:19 150:21<br>**mutant** 92:21<br>**mutated** 90:23 118:2<br>**mutation** 89:16,18,22 90:2,21<br>**myself** 164:18<br>**M.D** 2:5<br>**M1** 153:20 154:11 158:1<br>**M2** 153:16 154:17 158:1<br><br>---<br>**N**<br><br>**N** 4:1 177:1<br>**naked** 18:18<br>**name** 4:7 54:9<br>**named** 11:8 112:9<br>**names** 11:10 23:22<br>**nature** 9:5 16:19 17:17 17:20 24:2 37:17 38:12 40:15 44:3,7 45:2,17,22 51:23 52:4 54:11 56:12 58:1,23 73:1 78:5,9 100:16 165:23 166:2 167:19<br>**nearly** 138:4<br>**necessarily** 27:19 53:8 56:8 111:13<br>**necessary** 116:1 119:2 | 123:19 141:5 180:19<br>**need** 4:11 5:5 16:2 22:5 22:11 24:12 83:24 84:1 98:23 99:10,11 101:9 108:14 114:22 115:3,4,13 129:17,23 130:23 131:4 140:20 141:16,23 142:5,16 143:3,4 156:7 159:14 170:2<br>**needed** 17:21 27:4,5 57:19 64:20 90:20 107:9 108:12<br>**needs** 4:16 16:17,20 18:16 22:9 141:21,22<br>**negative** 97:22 106:22 157:2,11<br>**negotiated** 9:3<br>**neither** 176:15<br>**neophyte** 54:3<br>**nested** 157:7,8,9<br>**never** 7:15 8:13 94:23 95:1 106:20 122:20 131:9,13 163:16<br>**new** 103:24 105:14 121:15 152:7 165:14 165:18<br>**news** 64:5,13,24<br>**next** 39:5 103:18,20,21<br>**Nielsen** 2:15 37:4,7,10 38:3<br>**Nielsen's** 39:23<br>**night** 49:21<br>**NIH** 87:9<br>**Nixon** 3:1<br>**Nobody** 78:22<br>**nod** 4:17<br>**nodding** 65:2 97:21<br>**nods** 64:15 73:13 149:11<br>**nominal** 105:7<br>**nonetheless** 7:24 90:14 157:20<br>**nonexpressed** 111:23<br>**Noreen** 11:6<br>**normal** 90:14<br>**normally** 12:3 140:15 165:4<br>**Nos** 51:20 67:8 99:20 132:1 160:12 161:9 161:13 177:12,17,20 177:24 178:3,6<br>**Notary** 176:11<br>**notations** 180:18<br>**note** 62:4 136:5 173:15 180:16 |

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

191

notebook 35:15,22 36:3
102:21,23 103:12,19
104:15,24 105:2,13
105:14 106:2,15,17
106:20 107:8,20
108:7
notebooks 35:10,11,17
35:24 102:20 103:1,4
103:7,9,17,24 104:2,6
104:7,12,20 105:8,15
107:14,24 108:12,20
109:1,5 121:11
noted 126:24 179:18
notes 48:17
nothing 104:4 111:14
111:21 115:17,22
130:11 175:1,2
notice 144:24
noticed 106:14 119:13
notification 77:2
November 38:10 62:10
noxious 22:5,11,13
23:15
no-waiver 82:6
nuclear 152:21
Nugent 11:6 117:2,3
118:1
number 16:23 22:17,18
25:6,8 50:21 109:1
142:10,10,11,12
numbered 5:2 103:17
numbers 5:17 7:22
50:14,15 177:11
N.V 1:10
N.W 2:6

O

O 4:1
object 42:18 43:1 61:1
68:7,23 126:17 127:3
134:24 138:24 141:10
149:2 151:6 174:1
objection 7:14 18:11
19:8 24:5 25:17 27:1
28:15 32:13 34:6
36:5 38:21 51:1,13
53:2 55:19 59:7,15,20
83:20 85:7 94:14
106:4,9 113:15
115:16 116:3,21
123:24 124:4,20
127:10,16,21 130:15
131:1,6 134:22
135:17 136:3 137:22
138:5,22 140:6
142:19 143:21 149:16

151:12 155:11 164:12
164:13 166:1 170:24
171:6,23
objections 126:24
127:23 128:5
obligation 48:23
observation 61:9
observed 85:23
obtain 56:1 91:9
180:10
obtained 7:24 76:20
84:8 110:8
obtaining 78:13 88:1,2
obviously 4:15 6:20 7:2
7:23 48:5 50:3 70:8
70:12
occasion 13:21
occurred 21:1 27:12
85:18
occurs 30:6
October 52:19 57:10
57:12 73:12
ODC 117:10,15
off 34:13 46:23 67:3,13
75:8,9 99:16 118:15
118:22,23 142:14
163:18,19
offer 9:4
office 54:17 63:17
118:6 144:15,17,24
official 77:1 102:5
oh 14:6 93:4 125:16
142:8
okay 6:7 7:3 11:16 13:6
15:6 22:2 27:22
28:20 30:11 49:21
59:10 70:2,3 71:17
80:2 81:2 85:1,1
94:21 96:3 102:18
103:15 116:12 118:13
127:6,8 135:4,8
139:23 140:13 142:12
145:18 146:18 151:18
152:8 153:23 163:15
163:17 168:20,21
174:19
older 105:15
Olsen 35:18 103:3
105:5,19 106:2
162:22
Olsen's 35:24 36:4
omitted 55:8
Once 29:17
one 1:16 3:11 6:13
12:12 13:7,16 15:16
17:14,21 21:16 22:17

23:14 28:7 35:24
38:9 42:20 51:7 55:7
56:11 62:20 66:7
78:2 81:2 86:22
89:15 90:14 98:6
101:24 103:8,9,12,13
103:14,15,18,21,23
103:24 105:21 112:9
113:19 117:1,18
119:9 120:18,23
122:22 135:10 137:14
137:18 138:7,11,15
138:16,18 139:9,20
142:14 143:17 144:2
144:5,22 146:12
151:1 155:15 158:22
160:5 163:1 164:14
165:14 166:23 167:15
167:20 168:5,13,15
168:16 173:12
ones 98:2,3 125:9
ongoing 46:19 88:13
102:8 111:12
only 12:17 13:2,3 30:5
33:19 43:19 49:14
60:20 77:7 82:14,21
95:3 97:19 110:24
134:3,6 135:7 150:19
164:14 175:4
open 26:20
operated 74:1,3
operative 166:5
operatively 165:15,19
opinion 81:9,22 82:11
82:13,14,15,17,18,21
82:21,23,24 83:4,19
83:23 84:5 98:21
104:22 114:6 167:3
opportunities 41:17
171:21
opportunity 25:2 68:7
opposed 30:13,16
optimal 16:16 19:3
optimally 18:22
optimized 16:14 21:12
optimum 16:20
option 104:7 148:14
optional 132:12 135:16
137:19 138:19 139:17
147:15
optionally 136:12,19
137:2,6
options 116:20
order 42:17 56:1 90:21
98:20 129:13 130:5
164:20 176:9

Ordinarily 100:18
105:11
ordinary 129:2 144:2
origin 15:17
original 145:22,24
146:3,19,23 147:1
148:13 169:6,13,18
169:22 178:16 180:9
180:11
originally 8:18 131:16
133:13
originals 6:4
origins 26:13 117:7
OSHA 23:16
other 4:15,22 11:7,10
13:3 15:18 20:4
23:11,14 26:2,5,9,17
32:9,24 33:5 35:2,3,5
37:8,17,18 40:8 41:7
41:18 43:12 44:4
47:2 48:16,21 56:18
59:10 63:2 70:13,14
71:21 73:4,4 75:17,23
76:2,14 80:19 81:7
86:9 87:5,12 96:14
100:5 101:13 102:7
106:11 107:1 108:22
113:8,9,12,23 114:18
115:10 120:18 121:4
121:17 123:7 125:7
129:15,15 138:15
139:6 140:2 142:24
154:18 167:10 171:22
172:23 173:22 174:6
others 13:5,19 56:11
88:1,2 101:6 106:1
otherwise 137:19
139:23 176:19
ought 155:23
ourselves 111:23
120:17
out 17:4 29:4,20 92:2
101:9 103:8,9 108:14
109:10 111:23 141:21
153:11 159:16 162:1
165:9
outcome 176:20
output 140:2
outside 170:21,22
171:4
ovarian 15:19
over 16:23 38:19 53:19
80:21 81:1,5,9,22
99:1 119:15 139:8
158:7 161:24 172:2,5
172:9

overcome 30:11
overlap 138:10 153:22
Overton 11:6
owing 4:21
own 18:14,18 26:24
114:9 118:7

P

P 4:1 63:16
paces 79:16
page 5:13,18 86:4,6
88:6 89:14 96:16,16
100:6,7 101:18
106:15 109:7,8,10
133:6,18 135:13
136:5,6,10,24 139:24
141:3 142:7,10,10
143:6,19 145:6,6
148:7,8,11,24 160:19
162:2 179:2 180:18
180:19,21
pages 1:1 5:19 6:9 7:4
61:17 106:20 107:8
107:12,20 108:19
162:3
page/errata 179:2
180:4,9
paid 41:4,7,10,14,18,22
42:8,10,11,20,22
43:11,20 44:21,23
45:1
pains 179:21
pair 153:13 157:24
158:1
pairs 153:1,10,24 154:3
154:12 155:3,21,23
156:11 158:14,21
Paola 63:17
paper 83:1 160:22
papillomavirus 16:11
16:21 17:8
paragraph 55:3,7 62:3
62:5 63:19 64:12
71:11,15 86:3 109:9,9
136:24 143:7,13,19
143:19 144:9 148:11
148:12 149:9 150:3
152:18
parallel 76:11
paralleled 79:9
Park 3:11
part 11:3,11,13,23 26:3
26:5 30:10 42:15
49:19 66:10 67:7
89:10 90:15 92:2
98:1,1 106:12 121:20

FARMER ARSENAULT BROCK LLC

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

192

123:7 128:3 139:2
145:11,13 146:1
162:14 164:19,24
165:1 169:14,18,20
173:8 177:17
partial 19:16 20:9
participating 171:14
171:20
particular 10:23 15:21
17:1 18:22 21:14
23:9,20 56:22 74:17
87:1 88:4 89:21 96:6
100:22 107:14 121:10
particularly 86:22
102:20 121:5 154:7
parties 176:16,19
Partners 37:11,20
42:24
party 46:11 180:12
passage 17:3 31:11
125:18 149:5 150:10
150:12,14,18 163:11
164:5
passages 125:19
Pasteur 77:20 78:14
79:3,12,19 80:3 81:10
81:23 83:5,14 163:21
163:24 167:9,16
168:17
Pasteur's 79:9
patent 3:9,10,18 13:7
13:12 34:20 35:2
38:6 40:10 48:12
51:11 52:14,21,23
53:10,24 54:2,3,4,6
54:7,13,17 60:16,18
60:19,22 61:8,23 62:1
62:1,6,8,9 66:3 74:24
75:2,4 80:10 101:16
112:3,6,10,12,15,23
114:3,21 115:14,17
116:18 118:1,6,7
122:24 123:4 124:3
124:16 125:12 126:8
126:11 129:3 130:7
131:16,24 134:9,21
137:11 141:13 144:14
144:15,15,17,18,24
146:8,13,17 147:11
147:12,18,20 148:2,7
148:16 149:5 150:4,5
151:5 163:6 164:8,15
164:21 165:9,12
166:3,8,13 167:1
169:8 172:20,21,24
174:23 177:22,23

patents 13:17 133:21
patience 175:5
Pause 116:13 118:24
128:16 131:3 144:20
164:16 173:24
pay 41:1
paying 39:22 40:2,5
PCR 84:11 106:22
154:23 157:7,9 159:3
PCRs 157:8
PCT 146:7
Peabody 3:1
peculiar 43:10
penalties 179:21
people 9:4 11:8,8,9,10
11:13,18 15:18 16:24
20:10,14 23:7,8,15,19
23:23 27:3 33:14
94:24 101:8,14,19,22
103:2 150:7
per 42:2,2
percent 86:20
percentage 29:1
perfect 154:16
perform 37:23 66:13
135:1
performed 111:4
performing 37:14
109:21
perhaps 72:21 74:19
90:13 104:16 163:3
period 33:1 72:19
102:21 167:14
periodic 66:21
perjury 179:21
permission 50:10 51:15
51:24
permit 67:15
persistence 125:23
person 64:18 80:21,24
81:1,6 82:1
personal 37:8
personally 14:2 36:9
40:13
person's 105:12
perspective 81:15
pertain 39:13
pertaining 48:11
perusal 163:13
phenomenal 109:1
phenotype 118:21
119:24 121:5
phenotypic 119:23
Philippe 163:20
phone 38:19
phosphate 10:10 28:24

Ph.D 1:13 2:14 3:10,18
4:2 176:5 177:4
179:1,24 180:3
picked 4:18 120:24
picking 113:19 121:3
157:18
piece 70:9
pieces 129:16
pile 103:18
pituitary 12:3 146:15
placenta 12:11
plainly 68:18
Plaintiff 1:7 2:11
plan 100:21
planning 64:19
plant 123:14
Plan-les-Ouates 3:20
plasmid 10:14 18:15
19:3,19,20 26:3,6,10
27:7 28:21 29:2 30:9
93:13 96:7
plasmids 10:20 14:10
18:20 19:18 21:11
26:20
plasminogen 117:14
please 5:4 68:6 99:18
124:18 129:21 136:5
139:3 164:10 180:11
180:16,21
plus 30:9,9 61:13 77:7
93:9 161:13 177:15
178:6
pML 117:4
point 31:14 60:14 61:5
63:20 77:16 153:11
158:22 173:6,10,14
pointing 153:1
poly 117:8
polyadenylation 26:12
pools 152:19
population 28:22,22
29:18 121:6
porcine 12:20
portfolio 37:13,23 38:6
40:9,10
portion 86:17 124:5
153:8 163:10
portions 5:6,8 26:9
posed 69:7,10
position 92:3
positive 6:22 27:17
85:10 88:16 136:11
137:8,13 138:8,11
139:24 140:12,13
141:1 154:23 157:2,9
157:11,13

positives 86:2 118:20
159:6,11,13,13
possession 85:4 108:1
possibilities 143:2
possibility 78:2,4 79:18
80:2
possible 59:13 68:19
73:18 98:18
potential 69:3 79:4
117:6
potentially 63:14 92:5
practice 71:20 87:6,9
103:6 104:11 127:9
143:3 150:7
practiced 111:6
pre 62:22
preceding 107:19
precipitation 10:10
28:24
precise 158:11
precisely 107:18
134:18
predecessor 115:7
predetermined 127:13
130:6,9
predicate 69:1
predicted 154:23
prefer 21:17,23
preferred 21:15 166:15
preparation 35:23 36:1
41:19 53:11 146:7
171:14
prepare 34:16 49:16
105:7
prepared 47:5 61:24
62:11 73:1,3 100:13
preparing 48:22 51:11
101:1 106:3 109:19
123:19 171:16,20
172:24
prescribed 176:9
presence 90:11 91:5
110:7 151:24 153:1
present 10:17 80:19
81:7 148:14 149:2
150:19,21 151:22,23
180:12
presentations 45:20,23
46:7
presented 68:20 114:24
135:21
pressure 29:17,18 34:5
pretty 37:5 106:19
150:10,15
previous 131:2
previously 6:19 21:6,9

58:23 96:1 122:19
127:17 163:5
primarily 15:15 33:3
primary 10:4 122:7,8,9
122:12,15 123:5,14
123:15,16,16,20
125:3,4,17,22 126:2
primate 12:21
principal 17:10
prior 8:19 13:11 15:3,4
18:4,5 20:4,7,8,21
31:4 32:15,20 33:1
49:4 52:24,24 54:18
55:1 66:4,5,6,8,10,14
66:17 73:15 95:20
110:5 119:17 123:12
132:7
privilege 67:18 83:10
167:6,18,20 174:2
privileged 38:22 39:16
58:6,16 78:8 80:8
81:14 167:21
probably 31:6 42:5
63:9 72:19 101:3
102:13 106:10 108:13
125:17 139:8 156:20
158:19 165:9
problem 17:11,14,14
17:16 34:9 86:2 87:2
139:7 155:9,19 159:5
problems 23:11 30:11
30:15 87:4 155:17
procedure 122:4
procedures 113:10
122:10
proceedings 176:14
process 8:20 9:1 22:10
22:18 23:4 30:2
52:13,20 53:24 54:1
54:12 157:4
produce 14:14 16:2
48:6,7 56:16,23 57:3
57:4,17 109:5
produced 6:1 20:24
31:16 36:17,19,21,24
37:1 45:15 91:23
92:4 98:8 109:15
110:3 176:13
producing 29:15 56:18
product 56:2,5,8 60:24
64:2 67:18 76:11,12
84:11 154:24 157:10
157:13 159:3 166:17
166:19 174:3
production 5:9,17
36:21 47:12,15,17

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

193

50:14,15,21 86:4
92:16,20 93:15 95:2
106:15 107:12 109:8
109:18 142:12 153:2
153:3 160:20 161:9
162:2
products 57:8,9
Professional 176:3
program 8:23 9:22
74:19 76:13 100:22
111:11
programs 70:13 74:2
74:11 102:10
progress 65:10 66:23
70:10,13,18,24 73:15
74:12 88:16
project 9:5 18:5,16
55:6,15,16,20 56:23
60:4,14 64:6,14,21
65:7,11 71:24 72:19
73:4,20,21 75:10
76:10,14,15,17 77:3
86:17 87:5 88:4
89:10 100:21 102:24
103:2 104:3 105:20
105:23 110:2 111:12
111:13,20
projects 7:10 55:9
63:13 75:24 76:2,6
88:13 108:22
promise 98:4
promoter 26:11,21,24
27:3 31:9 93:1,5,5,9,9
93:15,16 95:4,12,15
96:8,11 97:8,9,12,16
97:18,20 98:7,9 117:5
128:19,21,22 129:8
140:23 164:21,23,23
165:1,13,14,15,18,21
166:4,6,7,9,18,21
promoters 27:6,8 117:7
129:15 165:22
properly 25:1
property 9:2
Proponent's 53:16
proposal 61:20
propose 57:21
proposed 65:7
prosecution 144:13
protective 42:17
protein 14:11,15,20,24
15:10 17:19,24 18:22
18:23 22:9 29:8
32:18 33:17 55:17,18
56:6,10 61:3 91:10,12
92:13,16,20 95:2 99:5

109:14,18 110:2,7
proteins 12:4 15:2,13
16:2 20:4,17 31:23
32:10 50:8 55:18
56:16,18,23 57:3,4,8
57:17
prove 60:11 152:22
proved 88:4
provide 39:17 40:22
44:10,13,16 45:18,19
46:7 55:17 58:24
64:5 67:24 68:8,22
69:14 70:17 72:17
73:9 90:2 112:24
114:21 115:3 137:10
148:3,15,17 165:13
167:2 169:19 171:3
provided 19:22 64:17
66:22 70:24 77:13,14
109:3 173:20 174:4
176:8
provides 141:18 142:3
providing 25:2 73:20
114:6 137:11
province 135:2 151:8
proving 87:18 94:16
proximity 127:13
Public 176:12
publication 7:13
159:24 160:2 162:24
publications 20:4
published 20:8 83:1
pull 118:22,22 162:1
purely 60:4
purpose 60:19,23 68:9
73:7 100:23 107:7
purposes 7:13
pursuant 41:14
pursued 99:1
pursuing 68:10 76:19
put 4:23 29:18 63:22
75:10 96:9 135:9
143:16
putting 20:12 27:6
54:12
p.m 99:22 100:1 175:9

―――――――――――
Q
―――――――――――
qualified 66:16
quantitative 109:12
question 4:16 9:20 19:6
19:7 23:21 31:22
40:11 42:18 43:2,5,14
43:16 46:13 51:23
52:3 55:11,13 56:20
58:2,5,21 59:18 61:19

67:15,16 68:4,17,24
69:1,6 81:21 82:11
92:18 94:20 95:7
97:24 99:9,13 108:5
109:13 112:23 116:3
116:16 124:18,19
126:17,19 127:4
129:20,22 132:24
134:10,15 135:11,12
135:24 139:6,11
143:22,24 144:3,4,5
151:9 156:2 158:5
164:10,11 167:5
168:3,8,8,9,11 171:1
171:2 174:8
questions 4:23 58:24
67:10,23 68:1,9,19
69:3,7,9 98:3 151:21
161:19 163:13 169:23
170:7 172:19 173:19
question-and-answer
170:10
quick 27:13
quite 158:11
quotes 17:18 165:21

―――――――――――
R
―――――――――――
R 4:1
random 10:20 14:10
95:20 96:1,5,5,8
114:20 115:9,11,21
rat 13:21 14:3,7,8
71:12 84:10 85:5
111:15,19,19,21,24
112:21,22 113:10,13
113:17,23,24 146:14
rate 41:23,24 43:23
44:21 146:14
rather 114:20 119:4
154:5
rationale 53:16 65:6
read 19:5,7 21:22 55:3
55:13 66:19 84:22
99:2,7 102:17 124:17
124:19 126:14,22
127:1,6 129:22
134:13,14 139:2,4
143:9 149:12 150:7,9
150:10 162:6 163:14
164:9,11,17 165:12
165:20 168:9,11
179:17
readily 120:23
reading 133:6 180:16
reads 109:10 149:6
real 121:20 171:18

reality 98:17
realize 108:17 152:12
really 111:13 156:23
158:3
Realtime 176:3
reason 4:12,12,21
75:17 91:24 101:4
105:17 111:9 112:17
135:7 174:22 179:2
180:17
reasonable 126:12
reasonably 8:1 19:3
55:4
reasons 16:10 22:1
50:9 56:19 76:5
101:4 113:19 120:16
120:18,24
recall 6:20 7:1 8:4 14:2
19:12 20:7 25:24
26:8 33:15 35:11
38:18 39:8 49:7
50:21 51:3 55:1
63:15,22,23 70:12,24
72:10 73:3,8 74:21
75:14 76:5 78:6,10,12
79:15 87:1 88:21,24
100:8 144:16 145:1
146:10 148:22 149:14
156:14,16 162:19,19
168:22 169:21 170:10
170:15,17 172:18
receive 45:11 46:6
68:12 69:13,17 87:12
174:21
received 45:6 51:15
61:19 77:2 103:17
receiving 161:3
recent 36:21,24
receptor 92:9,10
recess 34:14 67:6 99:22
118:16 152:9 169:3
170:3
recitations 133:22
recite 134:2
recognize 6:9 122:22
recognizes 111:1
recognizing 115:10
recollection 6:18 11:12
38:11 49:15 52:16
86:19 146:2 161:20
162:8
recombinant 16:8
20:14,24 25:15 165:5
recombinantly 20:20
recombination 27:12
55:24 61:23 62:5

80:4 81:11,24 83:6
85:15,23 95:3 96:20
97:1,3,15 98:7 99:4
114:20 115:12,18,23
118:8 130:9 139:19
166:8
recommendations
44:11,16
record 5:22 34:13 67:3
67:14 99:16 118:15
134:14 163:18,19
172:16 176:14 179:19
180:12
recorded 176:7
recorder 104:23
recover 15:2
recovered 15:10,13
REDIRECT 173:17
redo 159:2,16
reduced 34:4 118:4
reductase 21:19 22:4
29:8,12,14,24 141:2
refer 8:11 65:11
reference 71:13,18,19
106:16 160:21 165:7
referenced 108:20
153:7
references 106:15
107:13,16
referencing 107:7
referred 8:13 11:24
19:2 35:2 46:16 52:5
53:23 54:8 80:16
84:17 86:3,5 89:13
112:13 113:13 126:3
145:24
referring 53:14,19
54:21 62:7,18 65:4
142:10 146:16 147:19
153:6 166:11
refers 52:13 62:4
109:12 128:4 132:17
140:5
refiled 145:3
reflect 86:18 108:20
112:12,15,15 172:16
reflected 85:20 91:20
113:14 117:24 121:10
reflecting 105:8
reflective 55:4
refresh 6:17 146:1
161:20 162:8
regard 14:22 15:20
23:16,22,22 40:20
48:24 59:5 67:9
81:17 82:7,8 170:22

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

194

171:3,13 172:6,10
regarding 45:24 46:7
48:13 58:11 66:22
67:10 77:14,20
regardless 166:23
regards 172:2
region 128:2,12 137:3,8
139:24 140:11,24
regions 26:11,18,21
133:9 134:3 139:18
140:4
Registered 176:2
regulation 148:4,15,17
regulatory 10:16
132:13,19 136:10,21
137:20 138:20 139:19
147:16,17 149:3,6,22
149:24 150:20 151:2
151:10 164:20 165:6
169:15
rejected 162:20
related 8:9 17:15 71:3
164:4 176:15
relation 70:10 170:9
relationship 102:3
relative 176:17
relevance 42:18
relevant 39:13 42:19
43:4 64:5,13,23 66:14
92:2,5
rely 105:3 165:22
remain 27:20 114:2
remainder 6:6
remained 17:1 98:24
remember 34:24 53:4
54:14 72:22,24 89:4
128:18 145:4 146:9
159:5 161:3,6 162:21
remind 42:13
remove 22:23 145:23
removed 23:3
render 98:21
rendering 83:23
Rene 11:6
renewed 125:18
repeat 13:10 30:14
52:3 68:16 93:11
95:7
repeatedly 85:10
repetition 50:4
replaced 16:18
replacement 164:22
replication 26:13 117:7
report 7:11,12 65:10,14
67:7 70:11,11,21 71:8
71:19 72:10 73:14

84:19 85:21 88:16
92:15 99:19 100:16
100:18,24 101:2,11
102:12 105:8,9,18
106:3 131:9 156:18
159:7 160:1 162:1,23
177:17,19
reported 85:17 159:7
reporter 1:19 4:18 7:19
176:1,3,4
reports 66:21 70:17,24
72:6,17,24 73:3,7
74:9,10,12,12 75:19
92:14 100:12 107:1
represent 61:15
request 47:16 51:24
52:5,7 102:4
requested 82:12,15,21
requesting 109:3
requests 87:12
require 141:19 151:10
151:15,17
required 27:3 29:9
140:1,3,11,12
requires 151:4
reread 34:20
research 1:9 3:8 8:23
9:5,22 59:24 68:10
86:20 87:5 99:2
121:21 176:6 179:1
180:6
Researchers 104:15
resistance 118:3
respect 5:8 14:7 37:22
38:5 39:6 65:15
76:22 79:8 83:5
89:22 92:21 114:13
126:19 147:8 164:24
167:3
responded 25:24
responds 25:6
response 47:23 48:2,8
68:1,9 69:9
responsible 102:9
147:10,13,22 148:21
152:12 156:4 169:9
169:11
rest 113:24
restate 56:20
restriction 26:19
result 31:1 85:13,22
92:19 143:2
resulted 172:21
results 85:9 88:12,15
152:19 159:21
resume 7:21 46:23

177:10
resuspended 29:6,22
retain 37:7 65:12
103:24
retained 38:5 45:19
104:1
retaining 104:16
retreading 89:19
retrospect 55:9
return 180:21
returned 8:14 178:16
Retzler 3:18
reveal 38:15
review 5:5 35:3,5,17,22
35:24 61:16 66:3,5,6
66:8 72:6 107:9
132:6
reviewed 36:12,19
60:10,16 68:15
102:14 108:18
reviewing 72:10 83:1
91:18,18
reviews 5:11 8:3 46:24
52:2 61:22 66:20
70:7,22 85:1 100:11
112:8,17 122:23
124:22 127:6 132:3
143:12 147:24 150:13
151:13,14 160:16
161:16 162:7 163:7
165:8
revising 172:24
rhetorical 158:5
Ricci 63:16,17
rid 22:12 23:1
right 4:18 8:8,15 9:3
13:9,15 18:6 20:5
21:6 25:4,11 27:12
28:5 30:6 41:2 42:6
47:10 49:22 53:10,12
57:17 60:16,24 63:20
69:4 73:12 76:20
80:17 84:14 85:14
87:15,19 88:5 89:10
92:22 93:2,6,10 94:19
95:5 97:1,13 102:22
103:22 105:20 106:23
107:2,5,10,21 110:8
112:7,10 116:2
119:11,15 120:3
126:8 128:4 130:1,11
130:20 132:14 133:23
136:8,9,17,22 137:21
138:21 139:20 140:11
142:18 146:23 150:16
150:21 151:2,5

152:14 153:16,19
155:10,21 157:16
158:7,11,22 160:2
161:1,18 162:16
169:2 172:14 173:15
right-hand 5:17 50:17
52:10
rise 34:3
RNA 57:7,9,22 106:22
153:3
Rockland 3:12
Roger 173:2
role 102:5
routine 117:13 121:23
routinely 16:12 23:8
27:7 117:8 120:5
121:18
royal 53:17
RPR 1:19 176:23
rules 74:14
running 139:8 158:2
159:4
runs 143:7 154:18,18
158:1,1
R-i-c-c-i 63:16
R.DNA 162:11

_____

S

S 4:1 61:12,13 160:23
161:1 177:14,14
safety 23:17
salary 43:11,19
same 8:8,12 12:5 14:9
58:14 59:1,21 69:11
76:19 77:20 78:11,15
78:18,24 80:15 82:5
91:15 105:5 106:9
114:2,15 115:16
118:2 122:3,9,13
123:20 127:23 128:5
131:6 134:19,19
136:7 137:14,18
138:18 139:9 142:9
149:5 150:11 151:2
151:12 153:7 155:10
159:15 165:10
samples 85:10
satisfactory 114:6
176:8
saw 35:6 49:21 84:10
84:16 107:1
saying 14:17 58:15
96:13
says 62:5 70:11 85:9,11
88:9 128:20 133:1
135:18 136:6 137:8

138:8 149:1 156:3
schedule 64:21,21
Schweikhart 11:7
science 64:20 100:21
scientific 32:7 44:10,10
44:13,15 49:4 53:16
54:16 55:6 57:13
60:2,4 66:19 82:11,14
82:17,20,24 83:4,18
83:23 86:20 87:11
167:3
scientifically 83:2,3
scientist 46:21 56:7
103:16 156:5
scope 170:15
Scott 1:13 4:2 71:19
176:4 177:4 179:1,24
180:3
scratch 28:12 102:18
111:6
screening 107:15
search 37:23 66:14
Sears 2:17
second 24:16 28:2
42:20 53:15 62:2
86:6 88:6 89:13
96:16 100:7 109:12
148:10,11 160:5
163:8 165:13 173:24
secondly 57:2
secret 62:24 63:3,8,13
74:2,5,5,7,10,11,20
74:23 75:8,9,15,18,23
76:2,3,10,13,14,16
77:3
secrete 17:18,24
secreted 12:3
secretory 17:20 18:4
section 107:19 152:13
169:10 170:10
sections 106:14
securing 7:13 10:4
see 5:17 24:23 25:24
26:1 52:14,15 55:21
57:1 60:18 62:16
63:19 64:12 71:10,12
83:24 84:1 86:14
91:17 98:20,22,23
106:16,21 107:16,16
109:4,16 117:10
122:17 130:23,23
131:5 133:8,18,19
135:14,19 136:13
137:3 138:7 145:8,10
148:3,12,18 149:1,7
150:8 151:13 153:3

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

195

153:23 154:10,17,22
155:14 160:21 162:3
seeing 24:15 70:6 89:4
100:8 119:3 126:21
155:17
seeking 10:5 142:17
seem 160:17
seems 52:12 106:19
135:6
seen 5:10,11,14,18 6:17
6:18,20 7:15 50:14
89:7 131:9 160:14
161:15 163:5,16
segment 128:1,3,11
132:13,20 137:20
138:21 139:19 147:16
147:17 149:22,24
150:20,20 151:2,11
169:15,16
segments 97:18 136:20
149:3,6,7
select 15:22 25:14
28:12 29:24 31:10
90:9 111:6 137:12
selectable 19:21 20:6
21:3,5,8,14,17,18
22:3 23:12 24:13
26:23 27:10,21 28:3,4
28:9 29:3,17 30:17,18
30:22 32:23 87:12,14
87:24 89:20 94:3
96:16,19 117:5,19
135:15 136:6,12
137:9,13,17 138:9,17
139:10,14 140:1,12
140:13 141:1,5,17,23
142:3,6,16 147:14
151:1 157:3
selected 19:4 112:1
114:7 156:10 157:7
selectifiable 21:3
139:12
selecting 88:22
selection 18:5 20:5 25:2
28:14 30:4,13 34:4
86:7,15 87:2 138:11
142:3 157:4
selective 141:18
self-defined 125:20
self-replicating 16:22
send 180:11
sending 64:13
senior 3:10 35:8 73:9
sense 56:3 138:6
sensitive 33:18,20 90:7
sensitivity 34:3

sent 180:1,9,12
sentence 53:15 55:21
88:7 109:12 123:11
123:13 125:15 166:12
sentences 86:15 141:20
separate 19:18,20,21
20:12 27:5 61:17
180:19
separating 27:13
separation 158:10
sequence 111:18
113:23 116:9 130:17
136:16,21 155:1
156:9 164:20 165:6
165:16,19
sequences 10:16 20:9
26:2,5,9,12,14 96:7
117:8
sequencing 156:10
Serial 145:11
series 13:19 104:6
Serono 3:8,17 6:22 7:1
8:5,9,11,13,14,18,21
8:24 9:1,6 11:9,14
13:8,20 14:1,23 18:9
30:9,20 32:15 35:8,14
35:19 36:9,14 39:10
44:19 45:3,8,11,18,23
46:6,9,11,22 47:3
48:16,19 49:16,24
50:2 56:13,14,17
57:15,16,21 59:12
60:11 63:3,16 64:6
65:18 70:6,18 73:5
75:24 77:16,23 78:13
78:20 79:18 83:13
100:13 102:21 103:7
104:9,10 107:2 108:1
108:2 110:6 115:6
121:11,13 151:19
167:10,13,15 172:5
Serono's 57:18
serve 101:5
served 47:16,24
serves 139:14
services 40:20,22 41:1
171:2
serving 170:18 171:4
SESSION 100:1
set 5:9 41:21
several 13:17 22:1 27:6
39:9 46:18,20 70:13
70:14 120:16 121:3
159:14
severe 65:24
shake 4:17

share 63:11 76:8
shared 77:13
sheet 161:12 178:4
179:2 180:4,9
short 118:12 125:21
Shortly 51:15
show 22:12 88:21
152:22 153:13 159:14
showed 105:2 118:2,3
shown 129:11
shows 146:12
side 154:19
sign 6:24 180:21
signature 6:14,17,21
7:2 52:8,9,10 53:1
54:19 162:16 179:2
180:4,8,9,10
signed 47:6 170:14
179:21
silent 57:14 114:13,19
140:16,24
similar 48:16,18 55:15
114:12 124:11 164:19
164:23
similarly 114:13
simply 43:17 44:13
53:23 61:18 92:20
134:2
since 11:17 46:11
single 19:19 120:12,13
150:20
sir 7:7,8 9:11 33:6
35:20 44:24 50:18
53:23 73:23 78:10
79:24 108:9 116:12
118:10 119:21 124:3
124:23 126:15 132:4
143:10 158:6 160:15
164:17 175:5
site 10:24 101:10 102:9
117:6
sites 26:19
sits 144:2
situation 25:19
situations 141:14
six 170:14
size 154:8,23 155:3
156:21
sjensen@merchant-g...
2:10
skelber@merchant-g...
2:9
skill 129:3 139:21
143:17 144:2
skilled 144:6
skip 135:12

Skoultchi 32:2 49:3
Slenters 160:12 161:12
178:2,5
slightly 9:19
small 154:20
smiling 51:6 154:22
solely 99:3
solicited 81:11,24
solutions 121:23
some 5:20 13:23 14:8
16:24 26:12 30:15
33:14 35:10 47:2
48:18 69:12 77:16
86:18 89:19 90:3
91:19 94:17 101:7,10
107:14,15 116:2,19
118:21 126:14 141:18
142:3,24 145:20,23
145:23 170:7 172:19
somebody 71:21 129:2
172:13
someone 6:23 15:23
71:9,23
someplace 51:7 145:5
something 27:9 56:17
75:15 76:3 77:3 89:9
117:7 119:4 152:5,7
165:23 168:23
sometime 49:22
somewhere 22:13 38:1
108:15 161:23
soon 22:23
SOP 121:24,24
sorry 6:24 8:21 9:14
18:20 21:3,11 31:22
34:2 35:23 40:13
44:2,24 47:5 49:19
60:1 62:4,20 64:11
68:16 70:7,24 71:14
71:15 72:4,23 75:1
77:7 80:24 83:16
90:24 93:4,11 94:20
95:6 98:12 110:14
111:7 115:11 116:10
118:3,19 124:23
130:13 131:20 133:12
136:11,18 143:23
145:4,15 148:8,24
149:9 151:9 154:4
156:22 157:8 158:15
162:9,16 164:17
165:17 173:7
sort 26:19 33:21 40:7
62:22 91:19 121:21
121:23
sound 83:2,7

source 66:17 86:17
94:17 120:6
sources 12:22 171:22
South 2:16
so-called 121:14
space 117:6
span 125:4 126:2,4
speaking 61:5 166:24
speaks 61:2 124:21
126:18 127:11 134:23
137:23 138:1
species 13:3 15:8 116:2
specific 5:8 12:8,13
13:3 17:6 18:9 20:1
37:16 43:10 47:17
58:24 64:3 66:13
69:14 72:10 88:3
106:14 141:24 143:4
specifically 17:7 59:21
60:22 70:12 100:6
111:14 112:24 141:15
143:1
specification 139:16
specificity 12:8
specifics 78:12
specifying 126:16
spectrum 125:7,21
speculate 75:21 108:4
115:2
speculating 115:5
speculation 24:6 34:7
59:16 85:8 106:5
124:1 155:12
spelled 22:21
spend 76:18
spending 93:24 171:19
spent 41:10 171:12
spit 17:4
spun 29:20
stability 119:18,20,23
stable 123:23 125:19
stably 152:24
stack 5:1 36:24 161:23
stamped 53:7
standard 43:22 100:12
stands 108:14
stapled 5:22,24 6:3,4
stapling 61:17
start 5:13 7:10 24:9
50:23 51:11 72:8
122:6
started 23:6 122:7
starts 62:3 109:10
statement 138:5
statements 179:20
states 1:3 60:22

FARMER ARSENAULT BROCK LLC

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

196

| | | | | |
|---|---|---|---|---|
| status 75:19 | substance 38:16,23 | SV40 117:7 | technique 91:7 | thing 39:1 76:19 91:15 |
| stenographically 176:7 | 39:17 40:18 58:11,19 | Switzerland 3:21 | techniques 9:16 16:8 | 121:23 130:22 131:8 |
| step 59:9 87:4 147:21 | 67:12,23,24 68:8,15 | sworn 4:2 176:11 | technology 3:11 9:13 | 142:9 175:4,6 |
| steps 109:4 | 69:3 71:2,8 80:6 | synthetase 88:9 | 9:15 16:13 20:15,24 | things 63:2,7 64:23 |
| sterility 121:17 | 167:23 168:1,3,5 | system 16:16,17,18 | 50:6 56:4 57:1 77:17 | 87:22 146:12 150:7 |
| Steve 4:7 168:8 | substantial 75:10 | 17:21 18:9,18,21 | 77:24 79:3,9,19 80:3 | think 5:22 6:21 11:20 |
| Steven 2:4 3:10 180:11 | substantive 161:19 | 19:11,24 20:16 22:8 | 81:10,23 83:3 83:5,14 | 13:17 15:16 19:14 |
| steve.bossone@seron... | subunit 10:15,16 12:5,8 | 22:14 23:10,20 24:16 | 102:8 142:22 163:23 | 23:18 36:23 39:21 |
| 3:15 | 12:18 14:12 25:10,21 | 24:19 26:15 86:7 | 163:24 167:10,11,16 | 42:19 47:23 48:1 |
| still 24:16 27:21 54:9 | 26:22 91:21 92:17 | 88:9 | 168:17 | 50:7,8 52:5 62:8 |
| 65:17,23 104:11 | 93:1 95:13,16 96:2 | systems 1:9 18:19 88:9 | Telecopy 161:11 178:4 | 73:14,18 75:4,6 79:17 |
| 105:12,12 149:1 | 110:7,11 111:1 | 176:6 179:1 180:6 | telephone 38:14 39:9 | 79:21 89:14 95:8 |
| stimulating 12:10 | subunits 11:24 12:1,4 | S.A 3:17 | 80:22 81:1,6 82:1 | 96:11,23 112:5,12 |
| stint 167:15 | 12:13,15,24 19:18 | | telex 62:22 | 116:15 122:22 125:16 |
| stock 120:8,9,15,17 | subunit's 92:13 | **T** | tell 7:7 8:17 24:7,8 | 126:2,16 127:2 |
| 123:23 | success 84:5,9 91:20 | take 4:13 5:5 11:19 | 28:19 34:19 40:19 | 131:19,21 132:23 |
| straightforward | successful 14:22 31:15 | 27:14 28:1 38:8 | 43:9 53:5 70:1,8 77:8 | 139:7 142:8,23 143:5 |
| 106:19 | 31:23 84:6 91:2,3 | 51:21 66:7 79:13 | 82:16,20 98:2 118:6 | 143:18 149:19 150:9 |
| strains 33:10 | 131:10 | 84:23 103:2 109:4 | 122:17 123:8 126:15 | 154:22 155:4 163:2 |
| strategic 50:9 56:19 | successfully 31:1 32:10 | 118:12 123:10 126:6 | 126:23 127:1 143:10 | 170:14 |
| 63:14 | 92:12 130:8 | 132:2 133:11 135:13 | 144:22 145:14,16 | thinking 50:7,23 51:3 |
| strategy 111:17 | Sue 2:5 4:8 | 136:24 141:3 147:21 | 153:12 159:1 165:11 | 98:10 143:1 |
| Street 1:16,22 2:6 3:3 | sufficient 109:14 | 148:1,7 152:2,5,8 | telling 58:12 68:13 | thinks 22:8 |
| strength 165:22 166:21 | suggest 52:12 71:8 | 154:10 163:8,17 | 158:3 | though 89:7 |
| strike 9:21 44:2 49:15 | 138:15 158:14,20 | 164:5 170:2 | tendency 34:4 | thought 11:17 19:3 |
| 50:13 84:1 113:11 | suggesting 6:2 164:14 | taken 29:19 30:1 33:19 | tense 85:14 | 33:14 43:3 122:20 |
| 114:7 | suggestion 6:13 | 90:10 179:17 180:5 | term 125:3 127:4 140:7 | 125:5 126:24 |
| stroke 65:24 | suggestions 69:17 | takes 139:12 | 141:11 169:11 | three 19:22 20:1,3 |
| struck 102:18 | suitable 114:15 | taking 92:3 104:7 | terms 19:14 55:8 56:5 | 162:3 169:1 |
| structures 22:20,22 | Suite 1:22 2:6 | 115:20 141:20 | 101:18 116:7 118:19 | through 5:2,9 8:2 10:20 |
| struggling 97:4 | summarized 107:19 | talk 39:5 49:12 79:22 | 122:11 125:21,24 | 22:9 31:11 32:11,19 |
| student 158:21 | summarizing 86:16 | 80:2 95:21 125:23 | 140:10 141:16 | 70:6 72:19 89:11 |
| studies 33:8 96:18 | summary 72:18 148:10 | 129:16 169:12 | test 119:2 159:13 | 91:7,10 94:2 99:4 |
| subcloned 120:7 | Summer 3:3 | talked 32:22 79:13,17 | tested 85:10 88:10 | 106:13 141:4 146:11 |
| subclones 119:2 121:3 | super 96:17,20,24 97:2 | 94:21 95:19 97:7 | 121:16 124:8 | 148:3 149:10 166:8 |
| 152:20 | superior 19:11 | 102:19 128:17 150:3 | testified 7:15 168:15 | 166:13,15 |
| subcloning 122:6 | support 44:10 | 159:5 169:5,9 | 171:9 | throughout 65:12 |
| subject 20:3 42:17 | supported 13:8 18:9 | talking 50:16 72:22 | testify 171:16 | 106:14 132:9 139:15 |
| 45:12 69:5,21 75:19 | suppose 109:9 122:6 | 82:18 100:9 140:8,9 | testimony 128:23 131:2 | THS 110:12 |
| 81:3 84:20 100:10 | 166:11 | 142:9 152:21 | 138:3 154:2 | Thursday 1:14 |
| 113:5 166:24 167:1 | supposed 44:9 72:7,13 | talks 132:10,11 | testing 96:21 | thyroid-stimulating |
| 174:5,9,10 | 73:1 | target 14:15 25:14 | tests 121:18 | 12:7,12 |
| subjects 173:20 | sure 43:17 61:6 67:5 | 56:22 129:10 | text 52:10,12 53:15 | time 4:11 5:3,5 8:8,22 |
| submission 52:18 54:3 | 84:23 106:1,6 118:14 | targeted 96:10,24 | 62:3 | 13:23 18:21 20:23 |
| 54:17 75:7 149:21 | 119:6 122:15 152:3 | 97:10 156:24 157:16 | thank 4:6,14 94:1 | 23:23 28:16 30:5 |
| 160:22 161:4,21 | 163:9 166:22 | targeting 10:23 95:3 | 135:8 151:18 175:5,7 | 32:5,14 33:1,1,23 |
| submitted 7:12 13:18 | Surely 52:4 | 96:7 97:9,10,18 | thankful 126:10 | 34:24 38:9,18 39:8,12 |
| 100:19 102:14 160:1 | surprised 158:13,20 | 114:20 115:12 116:8 | thaw 159:16 | 41:4,8,10 46:15 47:8 |
| 162:24 | surrender 103:23 | 128:1,3,11 129:24 | their 18:14,16 25:8 | 48:10 51:3,21 52:17 |
| submitting 52:14,21 | surrounding 173:23 | 130:8,17 133:9 134:3 | 37:8,10 40:2 82:3 | 53:9,11,12 54:24 |
| 53:24 54:1 | survival 141:18 | 134:7 136:20 139:18 | 105:15 151:24 | 58:22 59:8 61:24 |
| subpoenaed 172:12 | survive 29:14 | 140:23 150:20 157:5 | theory 138:10 | 63:16 64:19 66:2,22 |
| subscribe 179:19 | survived 29:20 157:4 | tasked 54:15 | therapeutic 22:9 57:9 | 72:9,19 74:15 77:9,10 |
| subsequent 84:13,18 | Susan 11:6 | taught 158:22 | therapeutics 57:7 | 77:21 80:4 84:13,16 |
| 159:18 | Susi 64:19 65:1 | teaching 137:15 | therefor 133:8 | 84:23 85:2 91:17 |
| subsequently 31:18 | suspend 173:5,9 | technical 160:2 | thereto 176:19 | 93:24 95:20 99:14 |

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

197

100:14 101:7 103:7,8
103:10 104:10,21
110:5,22 122:1 132:2
144:6 158:22 159:15
163:17 164:3 170:2
171:12,17,19 175:3
times 158:7 159:14
tissue 88:11 117:14
tissues 121:22
title 64:1
today 4:7,23 19:12 26:8
28:17 34:17 47:11,14
48:1,4,6 55:3 58:12
67:13 90:5 102:15
108:8 140:21 144:2
151:20 160:14 170:6
172:18 174:18,19,19
today's 5:4 35:23 36:1
68:1 69:4 132:7
together 9:22 25:11
54:12 118:1 151:2
told 57:16 69:22 75:4,6
79:17 130:22 131:4,8
134:8
tools 111:10,16,22
112:14,15,20,21,22
112:24 113:2,3,20
114:1,4 116:1,7,7
top 5:12,13 62:24 63:3
63:7,13 74:2,5,5,7,10
74:11,20,23 75:8,9,15
75:18,23 76:2,3,10,13
76:14,16 77:3 136:6
totally 37:15
toward 172:17
Tower 2:17
tPA 117:10,14
transcript 84:11,17
157:15,20 176:13
179:17,19 180:16,18
transcription 60:13,20
61:9 85:12,22 152:23
transcriptionally
140:15
transfect 10:2,12 17:12
31:7 96:17
transfected 10:18 15:7
15:14 29:5 109:20
110:8 165:4
transfection 6:6,8
15:3,4 96:21,24 97:2
transgene 91:4
transitioning 75:14
transmission 161:12
178:4
treat 22:5 77:6 144:11

Tree 37:11,14,19 40:1
42:9,15,24,24 43:7,10
trick 97:24 98:3
tried 18:23 57:15 87:22
88:1,2
trip 51:7
trouble 116:15
true 74:21 105:5
176:13
truth 70:1
try 27:5,8 28:2 31:5
34:12 56:21 59:11
68:18 69:2 87:23
90:6 91:15 94:9 95:8
108:5 119:1,9 157:14
158:18
trying 20:7 39:2 62:6
96:18 143:16 164:17
TS 84:10
TSH 12:6,12,18 14:4,7
14:8,12,16 15:9 71:11
84:10 85:5,12,21
91:15 94:19 95:24
96:2 106:22 109:19
110:7,11,13,14,24
111:1,11,14,14,15,16
111:18,23 112:14,20
112:20 113:6,10,12
113:19,21 114:1,10
114:14,16,19,23
115:6,9 116:1 119:5
120:3 146:14 152:23
tumor 123:17 124:6
126:3
turn 5:16 6:16 87:7,9
106:15 107:12 109:7
116:17 129:1 142:2
143:6 150:5 152:11
152:16 153:9 160:19
162:2
turned 142:4
turning 141:17
two 12:4 15:15 19:18
20:12 22:18 25:23
32:18 47:22 56:24
76:19 85:9 86:15
133:9 138:11 155:18
169:1
two-page 161:9
type 9:10 14:9 23:23
70:5 89:24 91:5
118:21 167:15 168:16
174:21
typed 36:14
types 15:14,15 31:23
32:24 33:5 48:17

158:10
typical 126:2,4
typically 5:7 42:4
typing 71:8

_____ U _____

Uhl 3:9 65:22
Uh-huh 43:13 133:2,17
150:1
ultimate 22:14
ultimately 16:17 19:2
56:3 86:1 99:12
172:20
under 34:4 41:1,5,11
46:2,6 48:23,24 70:19
71:11 86:15 109:21
148:10 155:10 156:17
162:6 171:8 174:5,15
179:21
undergo 122:9
underneath 53:15
71:16
understand 4:20 31:7
67:14 92:11,18 94:20
95:6 96:12 97:23
106:7 113:1 115:24
131:15 134:15 135:3
143:17 144:4 172:11
understanding 63:7,9
63:24 102:15 106:23
107:23 116:16 124:15
124:24 162:10
understood 65:3 96:12
143:18 144:5
undertake 66:13
undoubtedly 119:13
unimportant 113:9
unique 50:8 56:16,18
unit 12:24 25:3 40:10
UNITED 1:3
units 97:8
universally 23:21
unrelated 37:15 174:12
174:13
unstable 17:3 22:23
updates 73:9
UPS 180:1
upstream 96:9 97:11
uptake 28:13 31:10,14
use 15:18 16:3 22:3,10
23:7,11,21 24:4 27:8
28:7,11 29:23 30:22
32:23 62:20 87:2
88:10 89:11,21 90:23
94:3 95:9,22 96:16
98:6 110:18 114:15

114:19 117:10,18
118:2 127:4 132:10
132:17 134:2,19
140:7 141:11 142:24
143:4 149:20 150:24
used 7:9 16:12 19:16
21:18 22:6 23:8 28:9
28:23 30:18 33:3,5,7
33:9,16,24 34:2 50:7
56:16 57:3,4 87:18
93:13 95:15,20,23
96:1 108:22 110:24
111:19 112:21,22
113:2,3,4,17 114:16
117:8,15,20,23
120:18 125:3,11,13
137:16
useful 56:5 57:17
132:18
using 9:12 16:6,8,9
20:14 23:24 28:11
30:4,12,16 55:23
87:23 89:20 96:4
99:3 109:15 114:16
115:6 128:1,18
131:10 138:11 142:1
142:22
usual 117:17
usually 22:24 31:6 37:6
104:1
utility 60:19 61:9 90:3
115:11
U.S 112:3,6 177:22

_____ V _____

v 176:6 179:1 180:6
vague 19:8 25:16 27:1
28:15 32:13 36:6
51:1,14 55:20 59:7
83:20 94:14 113:15
116:21 127:4 136:3
140:6 141:10 142:19
149:16 164:12 166:2
170:24 171:6
valuable 11:15 69:18
value 56:4,17 79:4 81:9
82:3 83:3 94:22
156:6
Vannini 65:16,20
variability 118:18
119:7,8
variation 120:10
varied 99:1
variety 15:8 16:10
137:15 141:14 151:19
various 12:22 13:22

47:17 70:18
vector 16:11,21 17:1,4
17:5,6,9,12,15 18:9
19:10,13 21:2 24:23
26:16 31:10 95:3,23
95:24 97:6,16 98:6,11
98:13 107:14 116:19
117:5 128:22 129:7
129:24 131:11 132:19
134:2 137:20 138:20
139:17
vectors 20:12 21:11
95:19,21 115:20
Velucci 11:17
venture 43:10,11
verbal 64:7,9,17 74:13
77:7,7
verbally 65:14 77:14
verify 146:16
version 90:8 91:4
very 33:20 37:24 82:20
151:20 152:18
via 180:1
vice-president 46:21
59:24 60:2
vicinity 25:7
Vinny 11:16
Virtually 51:6
viruses 16:22
visit 4:20
Volume 1:1
vs 1:8

_____ W _____

Wacker 2:16
Wait 71:14
waiver 67:17 81:16,18
82:8,9 168:19
waiving 173:15
want 5:7,19 22:15 27:9
42:16 43:9 44:3 50:3
59:13,22 76:18 95:21
99:10,11 123:12
129:16 137:14 142:2
143:22,24 144:1
152:2 153:11 165:6
wanted 89:9 98:8
103:12,13 111:15
122:12
wants 68:7
Ward 49:6
Washington 2:7
wasn't 18:20 66:16
96:3 97:24 128:15
138:14 142:24 156:3

FARMER ARSENAULT BROCK LLC

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

198

| | | | | |
|---|---|---|---|---|
| waste 110:22 | 68:20,21 70:23 72:13 | 170:18 171:5 172:13 | write-up 159:24 | 02370 3:12 |
| way 8:9 9:17 24:16,19 | 72:17 73:1 74:13 | 172:17 174:1 175:7 | writing 71:22,23 94:17 | 03-13 176:10 |
| 27:13 31:15 50:8 | 79:3,7,7,17 81:6 | 176:8 179:1 180:15 | 101:16 147:10,22 | 04-01407 1:8 |
| 56:16,19 57:17,22 | 82:20 83:2 87:4 88:3 | Witness's 7:21 177:10 | written 45:12,14 46:6 | 071 124:3,16 130:7 |
| 59:11 64:5 74:1,2 | 88:7,13,19,21 89:6 | wondered 93:23 | 66:21 73:22 74:9,10 | 134:8,20 144:14 |
| 87:4 91:13 95:8 98:6 | 91:1,3,6,9 92:14 | wondering 48:6 | 74:11 77:7 84:13,20 | 146:12,17 147:17 |
| 98:10 104:17 114:15 | 93:23 96:12,18,18,22 | word 116:22 126:1 | 85:2,14 124:24 | 148:2,7,12,16,20 |
| 119:1 129:18 130:6 | 97:6 100:12 101:3,21 | words 59:11 96:14 | 141:13 142:7,14 | 149:5 150:5 151:5 |
| 139:20 142:7,14 | 102:4 103:7,9,16,17 | 143:16 | 144:7 147:12 148:16 | 152:11 164:14 166:3 |
| 144:11,21 146:10 | 104:1,13,14,16 | word-for-word 50:4 | wrong 6:3,4 31:6 126:1 | 166:8,13 169:8 |
| 149:13 156:2,4 | 105:11,12,14 106:1 | work 7:10 8:7 13:21 | wrote 35:7 86:23 | 172:21 174:22,23 |
| 157:14 159:12,15 | 108:6 109:18,23 | 14:8,9 15:22 16:7 | 148:14 | |
| 162:15 163:9 171:9 | 112:21,21 113:2,3,4 | 18:9 21:9,12,15,16,17 | www.fabreporters.co... | |
| Website 7:22,24 177:10 | 114:8 116:7 117:8,20 | 21:23 22:16 23:23 | 1:20 | **I** |
| weeks 35:1 47:22 | 118:7 119:11,14 | 28:1 30:8,19,20 31:1 | | |
| weight 153:18,20,21 | 120:9,10,20 121:5,16 | 32:2,15 33:4,7 36:10 | **X** | 1 19:17 31:18,20 |
| 154:8,20 156:8 | 121:16 129:2 139:7 | 37:8,11,17,17,18,22 | | 133:19,22,24 135:10 |
| 157:19,23 159:10 | 140:9 142:8 144:10 | 38:5 40:2,9 42:4,5,8 | X 177:1 | 147:21 155:14 |
| Welcome 100:3 | 144:13,17 145:2 | 42:23 49:13 50:11 | | 1-179 1:1 |
| well 5:13 12:6 22:19 | 146:2,6,6 147:1,11,13 | 52:8,23 53:6,8,9,22 | **Y** | 1/24/06 176:22 180:1 |
| 23:14 28:19 30:15 | 147:15,21 148:21 | 54:18,21 55:4,22 | yeah 5:13 98:21 | 1/8/92 161:13 178:6 |
| 33:14 43:14 46:17 | 151:22 152:12 157:6 | 56:22 57:1 63:2 64:3 | year 37:24 38:1 42:23 | 1:36 100:1 |
| 50:9 56:4,19 57:6,9 | 157:16 167:2 169:9 | 67:18 72:18 75:23 | 73:19 | 10 135:14 136:5 137:8 |
| 61:6 62:2 64:8 71:10 | weren't 17:19 20:13 | 79:9 85:16,20 86:8,12 | years 46:18,20 96:4,4 | 139:24 153:15 154:4 |
| 74:4,6 79:16 85:9 | 103:13 117:9,20 | 88:19,22 90:12 92:11 | 99:1 108:18 | 156:6 |
| 86:14,19 87:14,15 | 120:23 169:11 | 95:5,10 96:6 97:15 | yesterday 34:23 36:22 | 100 3:3 |
| 92:19 93:18 108:22 | wet 105:20,22 | 98:15,17 101:5 105:9 | 41:11 49:22 50:13 | 11 52:19 |
| 109:8 117:13 120:2 | we'll 4:13 61:6 118:15 | 105:20,22 106:21 | 58:3,10,22 60:10,16 | 11/7/89 61:13 177:15 |
| 126:14 147:10,21 | 169:2 | 107:9,19 108:20,21 | 61:7 67:11 92:1 | 112 177:22 |
| 153:12 155:14,20 | we're 99:14 122:15 | 109:21 110:19 111:7 | 123:1 | 12 3:19 136:11,11 |
| 156:13,17 | 142:9 151:20 161:18 | 111:8 113:2 114:9,11 | | 160:12 178:2 |
| well-known 28:4 | 165:12,14 173:11,15 | 115:15 117:24 121:9 | **Z** | 12:45 99:22 |
| went 11:8 75:8,9 104:9 | we've 70:3 152:1 | 122:12 123:18,19 | zero 15:5 53:9,11,12 | 1228 3:20 |
| 104:10 105:7 121:16 | 161:24 | 129:5,7,9,17 152:14 | | 13 135:14 |
| 121:18,22 | whatsoever 172:2,6 | 168:23 171:15 174:3 | **S** | 131 177:23 |
| were 6:1 7:9,9 9:6,8,10 | whichever 113:24 | workbench 105:12 | $2400 42:11 | 14 92:3 135:13 136:11 |
| 9:12,24 10:5,17,20 | while 9:6 11:17 13:24 | worked 15:15 23:19 | $300 42:1,2 43:22 | 146:17 174:17 |
| 11:7,9,10,13 12:15,17 | 35:14,19 47:3 94:21 | 104:21 130:23 131:5 | $600,000 42:23 43:20 | 1474 5:9 |
| 12:19 13:17,19,24 | 118:7 152:12 | working 8:19 12:15,17 | | 1491 86:4 |
| 14:17,22 15:14 16:8 | whole 56:7,7 71:15 | 12:23 14:3 17:11 | **0** | 15 136:10,11 143:8,20 |
| 16:11,15,16,20 17:17 | 73:18 107:13 141:22 | 18:16 19:4 20:11,14 | 000001-000041 132:1 | 152:2,21 153:7,7,9 |
| 18:1,16,17 19:13,18 | wild 89:24 91:5 | 23:15 50:10 54:23 | 177:24 | 154:3 156:23 157:1 |
| 19:22 20:6,10,14,16 | wish 163:10 | 66:1,2 76:14 88:3,19 | 001474 5:2 | 1510 160:21 |
| 20:24 21:5,8 22:22 | withdraw 43:16 130:4 | 95:1 103:2 104:5 | 001480-001481 51:20 | 1513 6:5 161:9 |
| 23:5,5,8,11,20,24 | witness 5:11 7:15 8:3 | 108:11 119:5 121:8 | 177:13 | 1514 161:9 |
| 24:15,22 25:23,23 | 46:24 52:2 61:22 | 171:19 174:15 | 001482-001490 61:14 | 1515 6:5,16 |
| 26:5,10,15,17,18 27:6 | 64:15 65:21 68:3 | world 18:13 56:7 | 177:16 | 1516 6:5,14 7:5 100:6 |
| 28:3 29:5 31:23 32:5 | 70:7,22 73:13 75:20 | 154:16 | 001491-001492 67:8 | 102:16 |
| 32:6,20 33:9,9,11,13 | 85:1 99:11 100:11 | worth 135:12 | 177:18 | 1517 5:16,18 6:6,8 |
| 33:22 34:11 35:12,14 | 108:3 112:8,17 115:1 | wouldn't 33:13 34:11 | 001496-001510 160:13 | 1519 106:16 |
| 36:20,21 39:10,12 | 118:14 122:23 124:22 | 64:8 97:23 120:3 | 178:3 | 1522 107:12 |
| 41:10 42:22 43:20 | 127:6 130:13 132:3 | 141:19 142:5,23 | 001513-001514 161:14 | 1523 107:13 |
| 46:21 47:3 48:10 | 143:12 147:24 149:11 | 152:6 154:14 166:9 | 178:7 | 1540 109:7,8 |
| 49:9 50:12,20 55:16 | 150:13 151:13,14 | write 71:7 80:16 | 001515-001119 99:21 | 1559 162:2,3 |
| 56:12,24 57:14 62:11 | 160:16 161:16 162:7 | 108:17 148:20 | 177:21 | 1561 5:2,9 |
| 63:2,13 64:22 66:21 | 163:7 165:8 167:4,17 | writeup 152:13 | 02109 1:23 | 16 143:6,20 |
| | | | 02110-2131 3:4 | 160 178:1 |
| | | | | 161 178:4 |

Scott C. Chappel, Ph.D.
Volume 1 - January 19, 2006

**170** 177:6
**173** 177:7
**18** 3:22 148:24
**19** 1:14 20:8 136:24
  139:24 148:2 176:6
  179:17 180:5
**1978** 8:2
**1989** 8:18,19 20:8,21
  28:3 49:18 50:1 51:9
  52:19 57:11,12,23
  61:24 62:10 73:12
  75:5,7 77:10,21 79:18
  80:5 129:2 131:17
  132:17 134:1,17
  135:21 139:16 143:18
  144:23 146:11 164:7
  167:14 169:7
**1990** 144:18,24
**1991** 72:2 73:16 88:18
  160:12 178:2
**1992** 6:23 8:6,7 60:3
  73:5 77:10,21 79:18
  80:5 99:20 167:14
  177:20
**1995** 8:14
**1997** 46:22

────── **2** ──────

**2** 19:17 116:17,18
  129:1 135:10 153:21
  165:6 166:3,7
**20** 148:8,24 174:20
**20005** 2:7
**2001** 122:19,19 123:5
  126:7 145:5
**2003** 8:2
**2005** 43:19
**2006** 1:14 176:7 179:18
  180:5
**2017** 163:5 164:1
**202-326-0300** 2:8
**202-326-0778** 2:8
**2079** 7:19,19,21 177:10
**2079-2087** 1:2
**2080** 51:18,19,22 52:4
  52:19 54:20 61:21
  65:8 177:12
**2081** 61:11,12,16
  177:14
**2082** 67:2,7 70:4 71:3
  72:11 73:1 74:14
  84:12,20 85:2 89:14
  94:18 95:17 177:17
**2083** 99:18,19 100:4
  105:18 106:13 109:2
  162:1 177:19

**2084** 112:2,3,6 113:5
  113:14 116:18 177:22
**2085** 131:23,24 132:2
  134:18 135:13 136:10
  138:23 140:22 141:3
  141:9 142:15 143:7
  144:23 146:11,13
  148:9,11 149:1
  177:23
**2086** 160:10,11 178:1
**2087** 161:10,11 178:4
**21** 153:8 174:20
**22** 3:22,22 123:6
  124:16 125:15 152:16
  152:17,24 166:12,15
**220** 154:18 155:3
  157:24 158:4
**23** 3:22 148:3 152:24
**233** 2:16
**238** 155:9,15 158:1,4
**24** 166:12,13,15
**2400** 42:8
**242** 154:11,15,17 155:9
  155:15
**247** 153:1,10,13 154:5
  154:14,24 156:4,6
  158:15,15,21 159:1,1
  159:4
**25** 143:8,20
**27** 126:7
**29** 141:3 142:7
**298** 153:24 154:5,15

────── **3** ──────

**3** 19:19 126:6,14
  127:19 128:4,8 129:6
  129:14,16 133:12
  134:8,20 135:11
  147:23,24 151:4,10
**30** 47:18
**300** 155:2
**312-474-0448** 2:19
**312-474-6300** 2:19
**313** 167:1
**32** 124:16 133:18
  149:10 150:6
**38** 149:10

────── **4** ──────

**4** 148:2,7,12 149:9
  153:15 154:3,4 156:5
  177:5
**41** 3:22,22
**415** 1:22
**43** 123:12 125:15
**4300** 7:11 51:19 65:12

**65:15 66:23 70:14**
  71:3 73:4,12,15 75:12
  76:22 77:14 84:5,9
  86:8 92:15 94:16
  98:1 99:20 101:21
  102:3,6,12,22 105:18
  105:20 108:21 109:21
  110:19 111:8 112:21
  113:1,4,17 114:2
  115:15 118:23 123:22
  156:17 162:4 177:12
  177:19
**44** 150:6
**4493** 70:15 73:5 92:3
**45** 125:15
**454,783** 145:11
**455** 176:9

────── **5** ──────

**5** 133:12,14,18,22,24
  141:4 153:15 154:4
  156:6 163:12 164:6
**5,240,832** 112:4,6
  177:22
**5:00** 174:20
**5:10** 175:9
**50** 1:22 124:16
**51** 177:12

────── **6** ──────

**6** 163:12 164:6
**60** 153:8
**60606-6257** 2:18
**61** 177:14
**617-345-1000** 3:5
**617.728.4403** 1:24
**617.728.4404** 1:24
**63** 145:8
**6300** 2:17
**67** 177:17

────── **7** ──────

**7** 62:10 141:4 148:8,11
  148:24 153:15 154:4
  156:6 177:10
**706** 3:22,22
**73** 119:15
**781-681-2648** 3:13
**781-681-2946** 3:13

────── **8** ──────

**8** 153:15 154:4 156:6
**80s** 16:5
**832** 114:2,21 115:14
  116:18,18 118:1,7
**850** 2:6

**866-947-1649** 3:5
**89** 100:13 131:24 132:4
  150:11 177:23

────── **9** ──────

**9** 133:7 150:5 153:15
  154:4 156:6
**9:00** 1:14 174:20
**901** 2:6
**91** 3:22
**92** 70:6 100:14
**93** 3:22
**95** 86:20
**98** 46:22
**99** 177:19