IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V. | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04 11810 MLW |
| | ) | |
| CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT CELL GENESYS, INC.'S MOTION TO COMPEL THE DEPOSITION OF GIANPIERO DELUCA AND FOR DISCOVERY SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 37**

Defendant Cell Genesys, Inc. respectfully requests that this Court enter an Order:

1. Compelling the deposition of Serono employee Gianpiero DeLuca, to take place at the offices of CGI's counsel in Washington D.C. on March 30, 2006, or in the alternative, to take place on a date more convenient for Mr. DeLuca's schedule, but no later than March 31, 2006; and

1

2.  Awarding discovery sanctions in the amount of $14,000, in addition to the attorneys' fees and costs associated with the making of this motion, to be awarded against Applied Research Systems ARS Holding, N.V. ("ARS") for discovery abuses and delay.

This motion is based upon Federal Rule of Civil Procedure 37, the accompanying Brief In Support of Motion for Sanctions, the Declaration of Steven Kelber, all attachments, and the files, records and pleadings herein.

### REQUEST FOR ORAL ARGUMENT

Defendant Cell Genesys, Inc. respectfully requests oral argument.

Respectfully submitted,

CELL GENESYS, INC.

By its attorneys,

/s/   Steven B. Kelber
Steven B. Kelber
Merchant & Gould
901 Fifteenth Street, N.W.
Suite 850
Washington, DC  20005
Telephone:  (202) 326-0300

T. Christopher Donnelly (BBO #129930)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts  02108
Telephone:  (617) 720-2880

Dated:  March 16, 2006

## Local Rule 37.1 Certification

I hereby certify that I conferred in good faith with Plaintiff's counsel, Kevin Flowers, in an effort to narrow or resolve the issues raised in this motion.

/s/    Steven B. Kelber
Steven B. Kelber

## Certificate of Service

I hereby certify that this DEFENDANT CELL GENESYS, INC.'S MOTION TO COMPEL THE DEPOSITION OF GIANPIERO DELUCA AND FOR DISCOVERY SANCTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 37 was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 16, 2006.

/s/    Steven B. Kelber
Steven B. Kelber