IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELL GENESYS, INC., | ) |
| Plaintiff/Counterdefendant, | ) |
| v. | ) C.A. No. 05-12448-MLW |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V. | ) |
| Defendant/Counterclaimant. | ) |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04 11810 MLW |
| CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC. | ) |
| Defendants. | ) |

### DECLARATION OF STEVEN B. KELBER IN SUPPORT OF MOTION TO COMPEL THE DEPOSITION OF GIANPIERO DELUCA AND FOR DISCOVERY SANCTIONS

I, Steven B. Kelber, hereby depose and state:

1. I am a licensed attorney and represent the defendant Cell Genesys, Inc. in this action. I hereby certify that I in good faith attempted to confer with ARS's counsel in an effort to secure cooperation with the DeLuca deposition notice without court action.

2. Prior to the Chappel deposition, CGI's counsel never received information to indicate that Mr. DeLuca possessed significant and discoverable information.

1

3. Mr. DeLuca was not identified in the Rule 26(a) disclosures provided by ARS, and his name only appeared in corporate documents ARS produced on January 18, 2006 - the day prior to Chappel's deposition.

4. I attach hereto as Exhibit A a true and correct copy of the deposition transcript testimony of Scott C. Chappel including testimony addressing the nature and extent of Mr. DeLuca's knowledge and information about matters material to this suit.

5. I attach hereto as Exhibit B a true and correct copy of the original Notice for Taking Deposition of ARS's employee Gianpiero DeLuca.

6. In response to the Notice of Deposition, ARS asserted that a deposition of Mr. DeLuca would not be made available under the terms of the January 19, 2006 scheduling order from the Court. I advised ARS that no protective order would be required if ARS suggested alternative dates for the deposition.

7. ARS refused to provide alternatives dates for the DeLuca deposition. This is represented by an email exchange on February 8-15, 2006. A print out is attached as Exhibit C. On March 6, 2006, the substance of the parties' positions were repeated in a telephone conversation between counsel. ARS did not move for a protective order.

8. On February 28, 2006, neither ARS nor Mr. DeLuca appeared for the deposition.

9. The fees and costs associated with the making of this motion are itemized as follows:

| Attorney | Rate | Hours | Description of Work | Total |
|---|---|---|---|---|
| Kristine Boylan | $285 | 9.00 | Drafting Motion to Compel and for Sanctions | $2,565.00 |
| Sue Jensen, M.D. | $425 | 2.90 | Drafting Motion to Compel and for Sanctions | $1232.50 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 16, 2006 in Washington, District of Columbia

/s/   Steven B. Kelber
Steven B. Kelber

### Certificate of Service

I hereby certify that this DECLARATION OF STEVEN B. KELBER IN SUPPORT OF MOTION TO COMPEL THE DEPOSITION OF GIANPIERO DELUCA AND FOR DISCOVERY SANCTIONS was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on March 16, 2006.

/s/   Steven B. Kelber
Steven B. Kelber