# Exhibit B

Case 1:04-cv-11810-MLW    Document 101-4    Filed 03/16/2006    Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| Plaintiff/Counterdefendant, | ) | |
| v. | ) | C.A. No. 05-12448-MLW |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V. | ) | |
| Defendant/Counterclaimant. | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) | |
| Plaintiff, | ) | |
| v. | ) | C.A. No. 04 11810 MLW |
| CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC. | ) | |
| Defendants. | ) | |

## NOTICE OF DEPOSITION OF GIAMPIERO DE LUCA

Please take notice that the deposition of Giampiero De Luca shall take place, in the absence of agreement between both parties as to an alternate time and place, on February 28, 2006, at the offices of Merchant & Gould, 901 15th Street, N.W., Suite 850, Washington, D.C. 20005, from 9:00 a.m. until 5:00 p.m. EST, unless completed earlier. The deposition shall be conducted in accordance with Rule 30 of the Federal Rules of Civil Procedure and shall be recorded stenographically, and shall be taken in accordance with the rules of the Court in this case.

1

Respectfully submitted,

CELL GENESYS, INC.

By its attorneys,

/s/ Steven B. Kelber

Steven B. Kelber
Merchant & Gould
901 Fifteenth Street, N.W.
Suite 850
Washington, DC 20005
Telephone: (202) 326-0300

T. Christopher Donnelly (BBO #129930)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
Telephone: (617) 720-2880

Dated: February 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the aforegoing NOTICE OF DEPOSITION OF GIAMPIERO DE LUCA was served upon Counsel as follows:

Kevin M. Flowers, Ph.D., Esq.
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357

Eric J. Marandett, Esq.
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110

via Federal Express on this 6th day of February, 2006.

Steven B. Kelber

INTERFERENCE 105,114 (District Court Action)