**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11810-MLW |
| | ) | |
| CELL GENESYS, INC., Defendant/Counterclaimant, and TRANSKARYOTIC THERAPIES, INC., Defendant. | ) ) ) ) | |

**DECLARATION OF MATTHEW C. NIELSEN IN SUPPORT OF
ARS OPPOSITION TO CGI'S MOTION FOR ADDITIONAL DISCOVERY**

I, Matthew C. Nielsen, state as follows:

1. I represent Applied Research Systems ARS Holding, N.V. ("ARS") in this action. I submit this Declaration in support of ARS's Opposition To CGI's Motion For Additional Discovery. Statements made herein are based on my firsthand knowledge.

2. Prior to March 2, 2006, I conferred with counsel for CGI, Mr. Steven Kelber, by both email and telephone regarding CGI's request to depose Mr. Giampiero De Luca.

3. As of March 2 (the deadline under the Court's January 19, 2006 Order for CGI to notify ARS that it would seek additional discovery) and March 9 (the deadline under the same Order for CGI to meet-and-confer with ARS regarding such additional discovery), the only additional discovery in the above-captioned action which Mr. Kelber notified me that CGI contemplated requesting was the deposition of Mr. De Luca. As of March 9, 2006, Mr. Kelber had not indicated to me in any way that CGI was contemplating requesting any other additional discovery.

4. I have investigated and I am not aware of Mr. Kelber or any other person representing CGI contacting or attempting to contact me or any other person representing ARS prior to March 13, 2006 regarding any CGI request for additional discovery other than the requested deposition of Mr. De Luca.

5. The first instance that I am aware of CGI notifying ARS that it contemplated requesting additional discovery beyond the deposition of Mr. De Luca is on the afternoon of March 13, 2006. On that date, Mr. Kelber left a telephone message for

2

counsel for ARS, Mr. Kevin Flowers. I have listened to that message and confirm that Mr. Kelber said the following:

> Kevin, this is Steve Kelber. One of the things we still need to do, and it's kind of off-step with the schedule given your motion to dismiss, is to talk about further discovery that we would like responsive to your reply and I think if you need any, this is the time to resolve that too. Can you give me a call (202) 326-0333? I think that the discovery we're seeking you're gonna suggest is within the scope of Counterclaims 2 or 3, Counts 2 or 3 of our counterclaims, which I understand you'll be deferring but nonetheless we need to get it before Judge Wolf. Appreciate it. (202) 326-0333. Thanks. Bye now.

6.  On that same date, Mr. Kelber also left me a voicemail in which he said essentially the same thing as in his message to Mr. Flowers.

7.  Mr. Flowers and I were traveling abroad that day (March 13, 2006) and the following day (March 14, 2006) and were unable to immediately return Mr. Kelber's call, but in response to a later e-mail from Mr. Kelber, Mr. Flowers notified him that ARS objected to any additional discovery sought by CGI, both on the merits and because CGI failed to comply with the Court's January 19 Order. Exhibit A is a true and correct copy of that email which Mr. Flowers sent to Mr. Kelber on March 15, 2006.

8.  Exhibit B is a true and correct copy of pertinent pages of ARS's Fed. R. Civ. P. 26(a)(1) disclosures, which ARS served on CGI in the above-captioned action on April 29, 2005.

9.  Exhibit C is a true and correct copy of a letter which ARS sent to CGI on October 10, 2005 and pertinent pages from laboratory notebooks affixed with Ms. Christie Kelton's name which ARS produced to CGI with that same letter.

10. Exhibit D is a true and correct copy of the *curriculum vitae* of Ms. Christie Kelton which ARS served on CGI on October 31, 2003 during the '114 Interference.

I declare under the penalties of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.


Dated: March 23, 2006               /s/ Matthew C. Nielsen
                                    Matthew C. Nielsen