# Matthew Nielsen

| | |
|---|---|
| From: | Steven Kelber [SKelber@Merchant-Gould.com] |
| Sent: | Wednesday, March 15, 2006 6:05 PM |
| To: | Kevin Flowers; Matthew Nielsen |
| Cc: | T. Christopher Donnelly; Jill Brenner Meixel; Sue Jensen M.D. |
| Subject: | RE: Additional Discovery |

Kevin I received your email. Travel safely.

Your recitation of facts is not completely accurate Kevin, but we need not discuss it here. I have been calling both of you. Perhaps, if you are both going to be out of the country in the future, and not accessing voice mail, you can advise who to contact. In the past, Fred has indicated we should look to you.

As to the observations in your email, we obviously will have to see what the judge says. Please note though, that the Order outstanding does not appear to give ARS the right to refrain from seeking additional discovery "subject to Judge Wolf's resolution of the motion to dismiss." It is CGI's position that you have foreclosed further fact discovery by ARS.

Steven Kelber
Merchant & Gould
901 Fifteenth Str., N.W.
Suite 850
Washington, D.C. 20005
202-326-0333

-----Original Message-----
From: Kevin Flowers [mailto:kflowers@marshallip.com]
Sent: Wednesday, March 15, 2006 6:07 PM
To: Steven Kelber; Matthew Nielsen
Cc: tcd@dcglaw.com; fkelly@nixonpeabody.com
Subject: Re: Additional Discovery

Steve,

Thanks for the email followup, Matt and I were traveling Monday and yesterday out of the country, where we remain through Friday.

I am surprised by your request to discuss CGI's attempt to obtain additional discovery now, given that Judge Wolf's January 19 Order required CGI to meet-and-confer with ARS regarding additional discovery by March 9, last week. As of that deadline, the only additional discovery that CGI had mentioned was the deposition of Mr. De Luca, to which ARS had previously objected both in writing and in telephonic meet-and-confer. You are correct that ARS objects to any additional discovery that might be sought by CGI, both on the merits and because CGI failed to comply with Judge Wolf's January 19 Order. You are also correct that subject to Judge Wolf's resolution of the motion to dismiss, ARS is not seeking additional discovery at this time.

Regards,

Kevin

-----Original Message-----
From: Steven Kelber <SKelber@Merchant-Gould.com>
To: Kevin Flowers <kflowers@marshallip.com>; Matthew Nielsen <mnielsen@marshallip.com>
CC: T. Christopher Donnelly <tcd@dcglaw.com>; Sue Jensen M.D. <SJensen@Merchant-Gould.com>; Jill Brenner Meixel <jbm@dcglaw.com>
Sent: Wed Mar 15 09:13:43 2006
Subject: Additional Discovery

Kevin and Matt:

1

EXHIBIT A

I have left both of you voice mails during regular business hours on prior days inviting you to call me to discuss CGI's requests for additional discovery. I have not heard from either of you. As I assume we would disagree anyway, and much of the discovery sought might go away if your Motion to Dismiss is granted, we will so report to the Court in our Motion for discovery. I am also assuming ARS has no further need of fact discovery.

Steven Kelber
Merchant & Gould
901 Fifteenth Str., N.W.
Suite 850
Washington, D.C. 20005
202-326-0333

The material in this transmission contains confidential information intended only for the addressee.  If you are not the addressee, any disclosure or use of this information by you is strictly prohibited.  If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun LLP by telephone (312) 474-6300.  Thank you.
************************************************************************
***********