IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CELL GENESYS, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., <br><br> Defendant/Counterclaimant. | C.A. NO. 04 CV 01407 JDB |

**DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1)**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 26.2, Defendant Applied Research Systems ARS Holding, N.V. (hereinafter "ARS"), makes the following initial disclosures based on knowledge available to date:

**A.     The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Pursuant to the Court's April 14, 2005, Scheduling Order, information in the interference record below is deemed to have been previously disclosed in accordance with Rule 26(a)(1). ARS identifies the following individuals who may have discoverable information that ARS may use to support its claims or defenses in this action. ARS provides this identification without any concession, agreement, admission or waiver of any ultimate determination of relevance or admissibility of particular information, evidence or testimony, for any purpose, and without waiver of any attorney-client privilege or work-product immunity. In making these disclosures, ARS does not consent to or authorize Plaintiff's communication with ARS's employees, officers,



directors or attorneys, whether presently or formerly employed or retained by ARS, and does not consent to or authorize any communication otherwise prohibited by any applicable code or rule of professional conduct. ARS may supplement the list of individuals who may have discoverable information as more information becomes available.

| Name | Address | Potential Subject(s) of Information |
|---|---|---|
| Scott C. Chappel, Ph.D. | 125 Canton Ave. Milton, MA 02184  Dr. Chappel can be contacted through undersigned counsel. | Conception, diligence, reduction-to-practice of the subject matter described and claimed in U.S. Patent No. 5,272,071; prosecution of the '071 patent; enablement of the subject matter claimed in the '071 patent |
| Christie Kelton, Ph.D. | Serono Randolph, MA  Dr. Kelton can be contacted through undersigned counsel. | Conception, diligence, reduction-to-practice of the subject matter described and claimed in the '071 patent; enablement of the subject matter claimed in the '071 patent |
| Roger L. Browdy, Esq. | Browdy & Neimark, P.L.L.C. 624 Ninth Street, N.W. Suite 300 Washington, D.C. 20001 Tel. (202) 628-5197 | Conception, diligence, reduction-to-practice of the subject matter described and claimed in the '071 patent; prosecution of the '071 patent |
| Michael Heartlein, Ph.D. | Transkaryotic Therapies, Inc. 700 Main Street Cambridge, MA 02139 Tel. (617) 349-0200 | CGI's contentions regarding enablement of the subject matter claimed in the '071 patent. |

**B.  A copy of, or a description by category and location of, all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

ARS identifies the following categories of documents that may contain information that ARS may use to support its claims or defenses in this action. ARS provides this identification without any concession, agreement, admission or waiver of any ultimate determination of the relevance or admissibility of particular information, evidence or testimony, for any purpose, and

- 2 -

without waiver of any attorney-client privilege or work product immunity. To the extent other documents are discovered and deemed relevant, they may also be produced. Pursuant to the Court's April 14, 2005, Scheduling Order, information in the interference record below is deemed to have been previously disclosed in accordance with Rule 26(a)(1). ARS's production of business documents will be held in abeyance until a suitable protective order governing the handling of confidential information is entered in this case.

| Category | Location |
|---|---|
| The '071 patent and documents related to the prosecution of the '071 patent | Marshall, Gerstein & Borun<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, Illinois 60606 |
| Documents relating to and/or evidencing the conception, diligence in reducing to practice, and actual reduction-to-practice of the subject matter described and claimed in the '071 patent | Marshall, Gerstein & Borun<br>233 South Wacker Drive<br>6300 Sears Tower<br>Chicago, Illinois 60606 |
| The records in Interference Nos. 103,737 and 105,114 | United States Patent and Trademark Office |

    **C.    A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

ARS is not aware of any computation of any category of damages which can be made available for inspection or copying.

**D.** For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.

ARS is not aware of any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment.

Respectfully submitted,

Date: April 29, 2005

By: /s/ Michael F. Borun
Michael F. Borun
Kevin M. Flowers, Ph.D.
Bradford P. Lyerla
William K. Merkel, Ph.D.
Matthew C. Nielsen
Cullen N. Pendleton, Ph.D.
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of the foregoing DEFENDANT'S INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) were served by facsimile and by placing same in a properly addressed envelope with sufficient postage affixed thereto to:

Steven B. Kelber, Esq.
DLA PIPER RUDNICK GRAY CARY, LLP
1200 19th Street, N.W.
Washington, D.C. 20036
Telephone: (202) 861-3900
Fax: (202) 223-2085

COUNSEL FOR PLAINTIFF
CELL GENESYS, INC.

Dated: 4-29-05

Cullen N. Pendleton, Ph.D.
MARSHALL, GERSTEIN & BORUN LLP
233 S. Wacker Drive
6300 Sears Tower
Chicago, Illinois 60606-6402
Tel: (312) 474-6300
Fax: (312) 474-0448