# MARSHALL, GERSTEIN & BORUN LLP

— ATTORNEYS-AT-LAW —

Matthew C. Nielsen
Direct: (312) 474-9573
mnielsen@marshallip.com

October 10, 2005

*Via UPS*

Steven B. Kelber, Esq.
Merchant & Gould
901 Fifteenth Street, N.W.
Suite 850
Washington, DC  20005

Re:   *Cell Genesys, Inc. v. Applied Research Systems ARS Holdings N.V.*
      Case No. 1:04CV01407

Dear Steve:

    Enclosed are documents bearing Bates Nos. ARS 001429-001473. Please note that these documents have been designated as "Confidential – Attorney's Eyes Only." The parties' current agreement is that, until a protective order is entered, those documents will be reviewed only by CGI's outside counsel, and not by any employee of CGI or any experts.

    Please let us know if CGI is agreeable to our proposal to modify our confidentiality agreement and ultimate protective order whereby one designated in-house counsel for each party would be permitted to review the other party's materials designated "Confidential - Attorney's Eyes Only," provided that person uses that information only for preparation for trial of this case, and not for business purposes.

Sincerely,

*[signature]*

Matthew C. Nielsen

MCN/mmk



NOTEBOOK NO. MB0009
ISSUED TO Christie Kelton
ON January 21 19 91
DEPARTMENT Molecular Biology
RETURNED _____ 19 ___

RECEIVED

MARSHALL GERSTEIN

—SCIENTIFIC NOTEBOOK CO.—
2831 LAWRENCE AVE.
P.O. BOX 238
STEVENSVILLE, MI 49127
616-429-8285

ARS 001429
Confidential Attorney Eyes Only

**NOTEBOOK NO.** RP0002

**ISSUED TO** Christie Kelton

**ON** June 28, 19 89

**DEPARTMENT** Reproductive Endocrinology

**RETURNED** _____ 19 ___

—— SCIENTIFIC NOTEBOOK CO. ——
5007 WEST DONNA DRIVE
STEVENSVILLE, MICHIGAN 49127

ARS 001453
Confidential Attorney Eyes Only