# CURRICULUM VITAE

**CHRISTIE A. KELTON**
4 Valentine Road, Hopkinton, MA 01748, USA

## EDUCATION

COLUMBIA UNIVERSITY, New York, NY                1979-1980
Department of Microbiology
Completed two residence units in the Ph.D. program

UNIVERSITY OF NEW HAMPSHIRE, Durham, NH          1978
B.S. Pre-veterinary Medicine and Microbiology
*Honors:* Summa Cum Laude, Phi Beta Kappa, Phi Kappa Phi

## AWARDS

American Society of Animal Science Scholarship Award     1977
Ares-Serono Group Superwatch Award                       1990

## PROFESSIONAL SOCIETY

Member of the American Association for the Advancement of Science

## EMPLOYMENT

**SERONO REPRODUCTIVE BIOLOGY INSTITUTE**, Rockland, MA.
*ASSOCIATE DIRECTOR, Molecular Biology*           1989-present

**INTEGRATED GENETICS, INC.**, Framingham, MA.     1986-1989
*STAFF SCIENTIST, Fertility Hormone Group*

**CAMBRIDGE RESEARCH LABORATORY**, Cambridge, MA.  1983-1986
(Division of Johnson & Johnson)
*SCIENTIST, Molecular Biology*

**BRANDEIS UNIVERSITY**, Department of Biology      1982-1983
*SENIOR RESEARCH TECHNICIAN*

ARS Exhibit 3056
ARS Holding v. Cell Genesys
Interference No. 105,114



EXHIBIT
D

## PATENTS

**Kelton, C.A.**, Cheng, S. V. Y., Nugent, N. P., Schweickhardt, R.L. Methods for assaying human FSH using human FSH receptor. U.S. Patent No. 6,372,711 April 16, 2002.

**Kelton, C.A.**, Cheng, S. V. Y., Nugent, N. P., Schweickhardt, R.L. DNA encoding human follicle stimulating hormone receptor, vectors and cells containing such DNA, and methods of use thereof. U.S. Patent No. 6,121,016 September 19, 2000.

**Kelton, C.A.**, Cheng, S. V. Y., Nugent, N. P., Schweickhardt, R.L. Human Follicle Stimulating Hormone Receptor. U.S. Patent No. 5,744,448 April 28, 1998

**Kelton, C.A.**, Nugent, N.P., and Chappel, S.C. Heteropolymeric protein production methods. U.S. Patent No.5,674,711 Oct 7, 1997; U.S. Patent No.5,658,760 Aug. 19, 1997; U.S. Patent No. 5,602,006 Feb. 11, 1997; U.S. Patent No. 5,240,832 Aug. 31, 1993

## PATENT APPLICATION

Campbell, R.K., El Tayar, N., He, C., and **Kelton, C.A.** Novel glycoproteins and methods of use thereof. WO 02/14340 Feb. 21, 2002

## PUBLICATIONS

Mastrangeli R., Donini, S., **Kelton, C.**, He, C., Bressan, A., Milazzo, F., Ciolli, V. Borrelli, F., Martelli, F., Biffoni, M., Serlupi-Crescenzi, O., Serani, S., Micangeli, E., El Tayar, N., Vaccaro, R., Renda, T., Lisciani, R., Rossi, M., and Papoian, R. *ARS Component B*: Structural Characterization, Tissue Expression and Regulation of the Gene and Protein (SLURP-1) associated with Mal de Meleda. European Journal of Dermatology, in press

Loumaye, E., Dreano, M., Galazka, A., Howles, C., Ham, L., Munafo, A., Eshkol, A., Giudice, E., De Luca, E., Sirna, A., Antonetti, F., Giartosio, C-E., Scaglia, L., **Kelton, C.**, Campbell, R., Chappel, S. Duthu, B., Cymbalista, S., and Lepage, P. (1998) Recombinant follicle stimulating hormone: development of the first biotechnology product for the treatment of infertility. Human Reproduction Update 4(6):862-881

Chappel, S., Buckler, D., **Kelton, C.** El Tayar, N. (1998) Follicle Stimulating Hormone and its receptor: future perspectives. In: Global Trends in Assisted Human Reproduction, Cohen J., Hamberger, L., and Jones, H. W. Jr. eds. Human Reproduction 13 Supplement 3:18-35

Cole, E., Lee, K., Lauziere, K., **Kelton, C.**, Chappel, S., Weintraub, B., Ferrara, D., Peterson P., Bernasconi, R., Edmunds, T., Richards, S., Dickrell, L., Kleeman, J., McPherson, J., and Pratt, B. (1993) Recombinant Human Thyroid Stimulating Hormone: Development of a biotechnology product for detection of metastatic lesions of thyroid carcinoma. Bio/Technology 11:1014-1024

**Kelton, C.**, Cheng, S., Nugent, N., Schweickhardt, R., Rosenthal, J., Overton, S., Wands, G., Kuzeja, J., Luchette, C., and Chappel, S. (1992) The cloning of the human follicle stimulating hormone receptor and its expression in COS-7, CHO, and Y-1 cells. Mol. Cell. Endocrinol. 89:141-151

Chappel, S., **Kelton, C.** and Nugent N. (1992) Expression of human gonadotropins by recombinant DNA methods. In: Genazzani, A. R. and Petraglia, F. eds. Proc. 3rd Wld. Congr. Gynecol. Endocrinol. p. 179-184

Figurski, D. H., Pohlman, R. F., Bechhofer, D. H., Prince, A. S., **Kelton, C. A.** (1982) Broad host range plasmid RK2 encodes multiple "kil" genes potentially lethal to *Escherichia coli* host cells. Proc. Natl. Acad. Sci. USA 79:1935-1939

## ABSTRACTS

He, C., **Kelton, C.**, Garone, L., Callahan, B., Ihley, T., Stein-Picarella, M., Bao, B., El Tayar, N. and Campbell, R. (2002) Identification and chracterization of new glycoprotein hormones from the human genome. Program and Abstracts of the 84th Annual Meeting of the Endocrine Society, Abst. P3-85

**Kelton, C.,** Stein-Picarella, M., Finn, A., Weiser, W., Campbell, R. and Racowsky, C. (2002) A single nucleotide polymorphism in the scavenger receptor class B type I gene is associated with a diagnosis of unexplained infertility in women. J Soc Gynecol Investig 9 (1) (Supplement): Abst. 572 (slide presentation)

Campbell, R., Moyle, W., **Kelton, C.**, and Nugent, N. (2001) Positive Darwinian selection in the evolution of glycoprotein hormone systems. Annual meeting of the Society of Molecular Biology and Evolution, U. of Georgia, Athens, Georgia, Abst. p. 24

Rosenthal, J., Chan, V., Wands, G., Luchette, C., Nugent, N., Schweickhardt, R., Cheng, S., **Kelton, C.**, Campbell, R., and Chappel, S. (1992) Development of an *in vitro* FSH bioassay with Y-1 cells that express the human FSH receptor. Program and Abstracts of the 74th Annual Meeting of the Endocrine Society, Abst. 1201, p. 352

**Kelton, C.**, Overton, S., Hendricks, M., Sasak, H., and Chappel, S. (1989) Utilization of genomic alpha subunit clones greatly enhances expression of

recombinant human gonadotropins.  Program and Abstracts of the 71st Annual Meeting of the Endocrine Society, Abst. 306

**Kelton, C. A.** and Monahan, J. E. (1986)  Androgen induction of CDP mRNA, a human breast tumor marker.  ICSU Short Reports, Vol. 4, Puett *et al.* ed. Cambridge University Press, Cambridge UK

Monahan, J. E. and **Kelton, C. A.** (1984)  The cDNA cloning of the 15,000 dalton human breast gross cystic disease fluid protein.  Fed. Proc., Abst. 15, p. 1419