IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELL GENESYS, INC., ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | C.A. No. 05-12448-MLW |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V. ) | |
| ) | |
| Defendant/Counterclaimant. ) | |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04 11810 MLW |
| ) | |
| CELL GENESYS, INC. AND ) | |
| TRANSKARYOTIC THERAPIES, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ASSENTED-TO MOTION OF CELL GENESYS, INC. TO RESCHEDULE
APRIL 10, 2006 HEARING ON ITS MOTION FOR ADDITIONAL DISCOVERY**

Cell Genesys, Inc. ("CGI") respectfully requests the Court to postpone the hearing on its motion for additional discovery presently scheduled for April 10, 2006, to the afternoon of April 13, 2006 or any time on April 14, 2006, which, because of pre-existing commitments, are the only dates that all counsel are available until May 2006. CGI's lead counsel, Steven B. Kelber, is committed teach on April 10, 2006 in Washington, DC the Patent Interference class under the auspices of the Patent Resources Group. Mr. Kelber's commitment pre-dated the scheduling of the hearing in this matter, and Mr. Kelber is unable to break his pre-existing commitment to PRG and the enrolled students.

1

The parties' respective counsel have conferred. Applied Research Systems ARS Holding, N.V. ("ARS") assents to this motion. All counsel are available for hearing on the afternoon of April 13 and any time on April 14, 2006.

Respectfully submitted,

CELL GENESYS, INC.

By its attorneys,

/s/ T. Christopher Donnelly
T. Christopher Donnelly (BBO #129930)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
Telephone: (617) 720-2880

Steven B. Kelber
Merchant & Gould
901 Fifteenth Street, N.W.
Suite 850
Washington, DC 20005
Telephone: (202) 326-0300

Dated: April 2, 2006

Assented-To:
Applied Research Systems ARS Holding, N.V.

/s/ Fred A. Kelly, Jr.
Fred A. Kelly, Jr. (BBO #544046)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
Telephone: (617) 345-1000

## CERTIFICATE OF SERVICE

I hereby certify that this ASSENTED-TO MOTION OF CELL GENESYS, INC. TO RESCHEDULE APRIL 10, 2006 HEARING ON ITS MOTION FOR ADDITIONAL DISCOVERY was filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 2, 2006.

/s/ T. Christopher Donnelly
T. Christopher Donnelly
