UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**APPLIED RESEARCH ARS HOLDING, N.V.**                     CIVIL CASE
                                                           NO. 04-11810-MLW

            V.

**CELL GENESYS, INC. et al**
            Defendant(s)

**NOTICE OF CANCELLATION**

**WOLF, D.J.**

The **MOTION HEARING** currently scheduled for **APRIL 10, 2006** at **3:00 P.M.** before Judge **Wolf,** in courtroom 10 on the 5th floor, has been CANCELLED.

                                                           SARAH A. THORNTON
                                                           CLERK OF COURT

**April 3, 2006**                         By:   **/s/ Dennis O'Leary**
Date                                             Deputy Clerk

**Notice mailed to:**

(notice.frm - 10/96)                                                   [ntchrgcnf.]