# EXHIBIT A

A

# Steven Kelber

**From:** Steven Kelber
**Sent:** Friday, March 24, 2006 5:30 PM
**To:** 'Kevin Flowers'; 'Matthew Nielsen'
**Cc:** Sue Jensen M.D.; T. Christopher Donnelly
**Subject:** ARS v. CGI - Expert Reports

Kevin and Matt:
We propose to delay by one month the due date for expert reports, currently set for April 7, 2006. As grounds for this request, we note that CGI has requested additional discovery that ARS has opposed. It appears likely, from the Court's scheduling order, that the question of additional fact discovery may not be decided until April 10, 2006 (adjusted per my earlier email of today). The additional fact discovery, if granted, will undoubtedly impact or moot our expert reports. It seems prudent then to delay matters. There is more than adequate time in the Court's current schedule to accommodate this.
Please advise if this is acceptable.

*Steven Kelber*
Merchant & Gould
901 Fifteenth Str., N.W.
Suite 850
Washington, D.C. 20005
202-326-0333