# EXHIBIT B



## Steven Kelber

**From:** Steven Kelber
**Sent:** Wednesday, March 29, 2006 12:26 PM
**To:** 'Matthew Nielsen'
**Subject:** RE: ARS v. CGI

Thanks - we look forward to hearing from you.

*Steven Kelber*
Merchant & Gould
901 Fifteenth Str., N.W.
Suite 850
Washington, D.C. 20005
202-326-0333

---

**From:** Matthew Nielsen [mailto:mnielsen@marshallip.com]
**Sent:** Wednesday, March 29, 2006 12:24 PM
**To:** Steven Kelber
**Cc:** Kevin Flowers; Kelly, Fred; Sue Jensen M.D.; T. Christopher Donnelly
**Subject:** ARS v. CGI

Steve,

Sorry for not responding to your messages earlier. With respect to the April 10 hearing before Judge Wolf, ARS will not oppose a CGI motion to reschedule that hearing to April 13 or 14. Please let us know if those dates work.

As for CGI's request to postpone the due date for expert reports, we are conferring with our client about that issue today, and I should have an answer for you by the end of the day.

Best regards,

Matt

Matthew C. Nielsen
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357
Direct Telephone No: (312) 474-9572
Fax: (312) 474-0448
email: mnielsen@marshallip.com

The material in this transmission contains confidential information intended only for the addressee. If

03/31/2006