# EXHIBIT C

## Steven Kelber

**From:** Steven Kelber
**Sent:** Wednesday, March 29, 2006 5:53 PM
**To:** 'Matthew Nielsen'
**Subject:** RE: ARS v. CGI

Matt:
Its not what we had in mind. I do not want to get into a battle over what supplementation is important and what is not. We will ask the Court for relief I guess, but I do appreciate your getting back to us. Is there a lesser time extension that you would agree to?

*Steven Kelber*
Merchant & Gould
901 Fifteenth Str., N.W.
Suite 850
Washington, D.C. 20005
202-326-0333

---

**From:** Matthew Nielsen [mailto:mnielsen@marshallip.com]
**Sent:** Wednesday, March 29, 2006 5:49 PM
**To:** Steven Kelber
**Cc:** Kevin Flowers; Kelly, Fred
**Subject:** RE: ARS v. CGI

Steve,

We've had a chance to confer with our client, and can now propose the following in response to your request to postpone the April 7, 2006 deadline for expert reports.

ARS does not think that it is appropriate to extend the deadline to submit the expert reports that are due on April 7. For the most part, the additional fact discovery which CGI requests is not relevant at all to those reports. However, we understand that if the Court grants CGI's pending motion for additional fact discovery, CGI may wish to supplement some reports in view of that discovery. Accordingly, ARS will have no objection to CGI requesting leave of Court to supplement expert reports which it submits by April 7, provided that any supplementation pertains only to that additional fact discovery, and ARS is permitted to supplement its corresponding rebuttal expert reports. In this way, the parties can at long last get started with expert discovery, yet still provide the experts with an opportunity to address any remaining fact discovery to the limited extent necessary.

Please let us know if CGI agrees to this proposal, or if you would like to discuss this further.

Best regards,

Matt

> -----Original Message-----
> **From:** Steven Kelber [mailto:SKelber@Merchant-Gould.com]
> **Sent:** Wednesday, March 29, 2006 11:26 AM
> **To:** Matthew Nielsen

03/31/2006