# EXHIBIT D

**Steven Kelber**

| | |
|---|---|
| **From:** | Steven Kelber |
| **Sent:** | Friday, March 31, 2006 6:57 AM |
| **To:** | 'Matthew Nielsen' |
| **Cc:** | Kevin Flowers; Sue Jensen M.D.; 'T. Christopher Donnelly'; 'Jill Brenner Meixel'; Kelly, Fred |
| **Subject:** | Expert Reports |

Matt:
I received your voice mail. It escapes me why the concept of multiple expert reports impacting a single issue defies your understanding - and I suspect it does not. But to lay all your questions to rest, please note the reports of the following experts will impact the following issues:
Peterson - Inequitable conduct
Tlsty - Enablement, prior art, best mode, inequitable conduct
Thomas - Enablement, prior art, best mode, inequitable conduct.

The following expert reports will be potentially impacted by the following fact witness testimony we have requested, if taken:
Kelton - Thomas, Tlsty, Peterson
DeLuca - Thomas, Tlsty, Peterson
30(b)(6) - Thomas, Tlsty, Peterson
Documents - Tlsty, Peterson, possibly Thomas

We initially proposed the extension of time to accommodate the Court's decision on pending motions over a week ago. There is nothing left to unearth. We proposed the extension to save the need to file further Motions and incur further hearings at the Court that do not impact fundamental issues in the case. Please understand that given what we regard as an egregiously incorrect characterization of our discussions regarding the need to take the deposition of DeLuca and your refusal to accommodate us in that regard, we will advise the Court in specific detail as to the inability of counsel for ARS to make a decision on whether to agree or oppose the extension advanced for over a week. It does not appear to us from your conduct that you are making the required attempt to resolve disputes.
Should there be further questions, please have someone with authority to speak on behalf of ARS contact me. You have indicated to me on the phone on 3/28, 3/29 and 3/30 that you lack authority in these matters.

CGI notes that it continues to seek an opportunity to reduce Motion and Opposition filing on issues that do not affect the substance of the case. To this end we again propose the following:
1. Extend the deadline for expert reports until May 7, 2006, to provide the opportunity to allow the Court to resolve the pending discovery issues, and your Motion to dismiss.
2. Contingent on your agreement to 1, we will waive opposition to a Motion for permission to a Reply to Our Opposition on your Motion to Dismiss. Otherwise, we must oppose until we understand the basis.
3. CGI has requested you indicate whether you will oppose the request of CGI to file a Reply to your Opposition to our Motion to Compel. If there is agreement on 1, we can forego the need to file such a Reply. Otherwise, please indicate your position. You indicated to me on the phone yesterday afternoon that you did not think it would be an issue, but lacked authority to commit.

Please advise by 2:00 pm eastern today (3/31/2006) of your intentions.

*Steven Kelber*
Merchant & Gould
901 Fifteenth Str., N.W.
Suite 850
Washington, D.C. 20005
202-326-0333

1