UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CELL GENESIS, INC.,                )
    Plaintiff              )
                                   )
    v.                     )     C.A. No. 05-12448-MLW
                                   )
APPLIED RESEARCH SYSTEMS ARS       )
HOLDING, N.V.,                     )
    Defendant              )

APPLIED RESEARCH SYSTEMS ARS       )
HOLDING, N.V.,                     )
    Plaintiff              )
                                   )
    v.                     )     C.A. No. 04-11810-MLW
                                   )
CELL GENESIS, INC.                 )
    Defendant              )

ORDER

WOLF, D.J.                                        April 7, 2006

At the January 18, 2006 hearing, this court ordered Cell Genesis, Inc. ("CGI") to answer Applied Research System's ("ARS") complaint in C.A. No. 04-11810 by February 3, 2006. See Docket No. 89. CGI answered the complaint and filed a two-count counterclaim, which is allegedly based on new evidence it acquired from ARS after the January 18, 2006 hearing. ARS has filed a motion to dismiss the counterclaim. CGI has responded by arguing that the motion to dismiss is actually a motion for summary judgment and is seeking additional fact discovery related to its counterclaim.

CGI now asks this court to extend the deadline to disclose

1

expert reports by one month, stating that its experts need additional time and facts to provide opinions on the counterclaims. ARS opposes the motion, stating that CGI should provide its expert reports by the original deadline and supplement them later if the counterclaims are not dismissed.

The court has not yet considered whether it is appropriate to grant ARS's motion to dismiss or CGI's motion for additional discovery. As a result, it is not yet clear whether CGI will need additional expert opinions to address issues raised by its counterclaims. Under these circumstances, it is appropriate for the parties to file their expert reports relating to ARS's claims by April 14, 2006. If the motion to dismiss is denied, the court will liberally allow supplementation of the expert reports to address issues raised by CGI's counterclaims.

Accordingly, it is hereby ORDERED that CGI's Motion to Extend Date for Expert Reports by One Month (Docket No. 109) is DENIED. The parties shall disclose the information described in Federal Rule of Civil Procedure 26(a)(2) related to ARS's claims by April 14, 2006.


                         /s/ MARK L. WOLF
                         UNITED STATES DISTRICT JUDGE


                              2