MARSHALL, GERSTEIN & BORUN LLP

— ATTORNEYS·AT·LAW —

Matthew C. Nielsen
Direct: (312) 474-9572
mnielsen@marshallip.com

April 10, 2006

Via ECF

The Honorable Chief Judge Mark L. Wolf
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:    *Applied Research Systems ARS Holding, N.V. v. Cell Genesys, Inc.*,
            (Case Nos. 05-12448-MLW & 04-11810-MLW)

Dear Chief Judge Wolf:

      ARS respectfully requests clarification of the Court's Order dated April 7, 2006 (Docket No. 113), in which the Court denied CGI's Motion to Extend Date for Expert Reports, and ordered that "The parties shall disclose the information described in Federal Rule of Civil Procedure 26(a)(2) *related to ARS's claims* by April 14, 2006." (*Id*. at 2) (emphasis added.)

      ARS specifically requests clarification as to whether the Court's April 7 Order contemplates expert discovery proceeding only as to ARS's claims, or also as to those CGI claims that are not the subject of ARS's motion to dismiss. In this respect, ARS notes that in the Court's April 7 Order, the Court noted that "CGI answered [ARS's] complaint and filed a *two-count counterclaim*." (*Id*. at 1) (emphasis added.) In fact, CGI filed a four-count counterclaim, and ARS has moved to dismiss only counts II and III of that counterclaim.

      ARS has maintained that expert discovery should go forward regarding CGI counterclaim counts I and IV, which are not the subject of (or impacted by) ARS's motion to dismiss (other than paragraph 43 of Count IV, which ARS has moved to strike). CGI's counterclaim count I requests substantially the same relief as its pending Complaint in Case No. 05-12448-MLW, which CGI filed in the United States District Court for the District of Columbia on August 18,

MARSHALL, GERSTEIN & BORUN LLP

The Honorable Chief Judge Mark L. Wolf
April 10, 2006
Page 2 of 2


2004, and which Judge Bates of that District transferred to this District. Both CGI's Complaint and counterclaim count I of its Answer and Counterclaims request reversal of several decisions of the Board in the '114 Interference, on which CGI bears the burden of proof in this case. Specifically, CGI requests:

- "[r]eversing the Board's denial of CGI Preliminary Motion 2 . . . ";

- "[r]eversing the Board's finding that a preponderance of the evidence demonstrates that inventor Skoultchi did not invent the subject matter of the '390 patent [sic, application] prior to August 29, 1989 . . . ";

- "[r]eversing the Board's decision denying CGI's Preliminary Motions 4 and 5";

- "[r]eversing the Board's decision denying CGI's Preliminary Motion 3"; and

- "[v]acating the Board's determination of No Interference-in-Fact; . . ."

(Docket No. 91, CGI Answer and Counterclaims, at p. 15.)

     As ARS argued in its limited opposition to CGI's Motion to Extend Date for Expert Reports, ARS believes that expert discovery should go forward (and therefore CGI should serve expert reports by April 14, 2006) on these issues, which CGI raised in both its Complaint and in counterclaim counts I and IV of its Answer and Counterclaims. Those counts do not relate to the issue of inequitable conduct or best mode, are not impacted by ARS's motion to dismiss CGI's counterclaim counts II and III, and do not relate in any way to CGI's pending motion for additional fact discovery. ARS is ready to proceed on April 14 with expert discovery regarding the issues on which ARS bears the burden of proof in this action, and believes that CGI should be required to do the same.

                          Sincerely,

                          /s/ Matthew C. Nielsen
                          Counsel (*pro hac vice*) for Applied Research
                          Systems ARS Holding, N.V

cc:     Counsel of record (via ECF)