# Merchant & Gould

An Intellectual Property Law Firm

901 Fifteenth Street NW
Suite 850
Washington, DC
20005 USA
TEL 202.326.0300
FAX 202.326.0778
www.merchant-gould.com

A Professional Corporation

Direct Contact

Steven B. Kelber
(202) 326-0333

April 11, 2006

**BY ELECTRONIC FILING**
The Honorable Chief Judge Mark L. Wolf
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:  Applied Research Holding Systems ARS Holding, N.V.
     v. Cell Genesys, Inc. and Transkaryotic Therapies Inc.
     United States District Court, District of Massachusetts
     C.A. No. 04-11810-MLW, No. 05-12448-MLW

Dear Chief Judge Wolf:

    This letter is responsive to the one filed by counsel for ARS of April 10, 2006, seeking modification of your Order of April 7, 2006. Cell Genesys, Inc. respectfully submits that no modification of your order is required.

    It is correct that CGI's original Complaint (transferred here from the United States District Court for the District of Columbia) and its Answer and Counterclaim herein seek revision of the decision of the Board of Patent Appeals and Interferences in Interference 105,114. Certain of the issues advanced by CGI are issues on which it bears the burden of proof. Included among these is the Board's reliance on certain prior art dated after the CGI date of invention. No expert testimony is required on this issue - it is a question of fact for this Court. ARS has taken no less than six fact witness depositions in connection with this issue, amplifying the record below. Another issue is the Board's denial of CGI's Motion to add certain claims. That is a purely legal issue on which no expert testimony is necessary or will be provided.

Minneapolis/St. Paul
Denver
Seattle
Atlanta
Washington, DC

The Honorable Chief Judge Mark L. Wolf
United States District Court
April 11, 2006
Page 2

In its Counterclaims, as the Court's April 7, 2006 Order notes, CGI has asserted certain bases for holding the claims of U.S. Patent 5,272,071 (the ARS involved patent) unpatentable to ARS. These issues involve enablement and best mode, tightly interwoven issues, and inequitable conduct involving withholding material information including prior art and information regarding practice of the invention claimed, which if shown, will affect all of the ARS '071 patent claims. CGI will present expert testimony as to these issues. It is unquestionably the case that the additional discovery CGI has requested in its outstanding Motion, when taken, will impact those expert reports. Accordingly, until the outstanding Motion for Additional Discovery and related Motions are resolved, CGI cannot complete these expert reports. When the question of further discovery is resolved, and fact discovery completed, CGI will timely advance its expert reports. In this respect, CGI sought the agreement of ARS to defer all expert reports until that discovery could be completed, and ARS declined. Accordingly, no current presentation of expert reports in support of CGI's claims is necessary or appropriate.

The Court's Order of April 7, 2006 is complete, and does not require either "clarification" or, as ARS proposes, modification.

Respectfully submitted,

/s/ Steven B. Kelber
Steven B. Kelber
Counsel (*pro hac vice*) for
Cell Genesys, Inc.

SBK/cmg

cc: Counsel of record (via ECF)