UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
CELL GENESIS, INC.,                    )
     Plaintiff                         )
                                       )
     v.                                )   C.A. No. 05-12448-MLW
                                       )
APPLIED RESEARCH SYSTEMS ARS           )
HOLDING, N.V.,                         )
     Defendant                         )

APPLIED RESEARCH SYSTEMS ARS           )
HOLDING, N.V.,                         )
     Plaintiff                         )
                                       )
     v.                                )   C.A. No. 04-11810-MLW
                                       )
CELL GENESIS, INC.                     )
     Defendant                         )
```

ORDER

WOLF, D.J.                                                May 5, 2006

On January 19, 2006, this court issued a scheduling order establishing discovery deadlines in this case. After that order was issued, Cell Genesis, Inc. ("CGI") filed an answer and four-count counterclaim in Civil Action No. 04-11810. Count I of CGI's counterclaim seeks to reverse parts of the Patent Board's decision in the '114 interference. Counts II and III ask this court to declare the '071 patent void for failure to disclose best mode and for inequitable conduct. Count IV seeks attorneys' fees.

Since discovery is well advanced on the issues other than CGI's counterclaims, it appears that it may be appropriate to

1

proceed with Count I of ARS's complaint before addressing the issues in Counts II, III, and IV of the counterclaim. See <u>Tropix, Inc. v. Lumigen, Inc.</u>, 53 U.S.P.Q.2d 2018, 2021 (Bd. Pat. App. & Interf. 2000) (opting to consider issues related to patentability and priority early in the proceeding, while deferring motions related to inequitable conduct).

While proceeding with Count I of ARS's complaint, it also appears appropriate to proceed with Count I of CGI's counterclaim because both counts seek to reverse the Patent and Trademark Office Board's interference decision.

The court would like to know whether the parties foresee any problems with this plan. Accordingly, it is hereby ORDERED that:

1. The parties shall, by May 19, 2006, confer and notify the court whether they foresee any problems with bifurcating Civil Action No. 04-11810 to resolve Count I of ARS's complaint and Count I CGI's counterclaim prior to proceeding with Counts II, III, and IV of CGI's counterclaim.

2. The parties shall, by May 19, 2006, confer and notify the court whether additional fact discovery regarding Count I of CGI's counterclaim is necessary, and if so, the earliest date by which they can complete it.

      /s/ MARK L. WOLF
   UNITED STATES DISTRICT JUDGE