UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELL GENESIS, INC.,<br>    Plaintiff<br><br>    v.<br><br>APPLIED RESEARCH SYSTEMS ARS<br>HOLDING, N.V.,<br>    Defendant | )<br>)<br>)<br>)   C.A. No. 05-12448-MLW<br>)<br>)<br>)<br>) |
| APPLIED RESEARCH SYSTEMS ARS<br>HOLDING, N.V.,<br>    Plaintiff<br><br>    v.<br><br>CELL GENESIS, INC.<br>    Defendant | )<br>)<br>)<br>)<br>)   C.A. No. 04-11810-MLW<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                              June 28, 2006

The parties have agreed that it is appropriate to bifurcate Civil Action No. 04-11810 to resolve Count I of ARS's complaint and Count I CGI's counterclaim prior to proceeding with Counts II, III, and IV of CGI's counterclaim. Therefore, it is hereby ORDERED that:

1. Counts II, III, and IV of CGI's counterclaim in 04-11810 are hereby STAYED.

2. CGI's Motion to Dismiss Counts II and III of ARS's Counterclaim (Docket No. 92) and CGI's Motion for Discovery (Docket No. 102) are DENIED without prejudice to refiling after the court has resolved Count I of the complaint and Count I of the

1

counterclaim.

    3. CGI's Motion to Reschedule Hearing (Docket No. 107) is MOOT.

    4. The court will address CGI's Motion to Compel Deposition of Gianpiero DeLuca (Docket No. 99) at the previously scheduled hearing on August 8, 2006, at 3:00 p.m. In addition, as stated in the January 19, 2006 Scheduling Order, the hearing will address settlement and whether it is appropriate to bifurcate any additional issues for resolution. At this hearing, the court will also set a schedule for summary judgment motions. Counsel shall attend with representatives of the parties who are fully authorized to agree to a settlement of these cases.

    5. As ordered in the January 19, 2006 Scheduling Order, the parties shall meet to discuss settlement and, by July 14, 2006, report to the court, jointly if possible: a) whether their attempts to settle the case were successful; if not, b) whether there are any issues that might expedite a settlement if they were resolved promptly; and c) whether they believe that there are any meritorious motions for summary judgment. In addition, the parties shall identify and address any other issues that should be on the agenda for the August 18, 2006 conference.

    /s/ MARK L. WOLF
    UNITED STATES DISTRICT JUDGE