UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-11810

| | |
|---|---|
| Applied Research Systems | Cell Genesys, Inc. |
| | Transkaryotic Therapies, Inc. |
| PLAINTIFF | DEFENDANT |
| | |
| Fred Kelly, Kevin Flowers | Steven Kelber, Christopher Donnelly |
| Matthew Neilsen, Michael Borun | Ellen Scordino, Gerald Flattmann |
| | Eric Marandett |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 8/4/06 | Court goes over the pending motions and the current posture of the case.  Court listens to the parties positions with regard to the same.  Court after listening to the parties orders the parties to brief the issues of whether CGI claims proceed the Japan reference including whether testimony is needed.  Court sees the parties in chambers to set a briefing schedule. |