```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


CELL GENESIS, INC.,                )
     Plaintiff                     )
                                   )
     v.                            )   C.A. No. 05-12448-MLW
                                   )
APPLIED RESEARCH SYSTEMS ARS       )
HOLDING, N.V.,                     )
     Defendant                     )

APPLIED RESEARCH SYSTEMS ARS       )
HOLDING, N.V.,                     )
     Plaintiff                     )
                                   )
     v.                            )   C.A. No. 04-11810-MLW
                                   )
CELL GENESIS, INC.                 )
     Defendant                     )
```

ORDER

WOLF, D.J.                                          August 9, 2006

For the reasons stated in court on August 8, 2006, it is hereby ORDERED that:

1. The parties shall confer to attempt to settle this case and, by September 20, 2006, report on the prospects for settlement.

2. The next phase of this case will address the issues of:

- whether the Board correctly found that CGI's claims 107-109 are unpatentable over the "Japan" reference; and

- whether the Board correctly held that there is no interference-in-fact between claim 106 in CGI's '390 application and the twenty-one claims of ARS's '071

1

patent that the Board found patentable.

Cell Genesis, Inc., ("CGI") shall, by September 30, 2006, file its memorandum and supporting evidence on these issues. CGI shall also address what testimony it would like to present relating to the second question and why that testimony is necessary.

Applied Research Systems ARS Holding, N.V., ("ARS") shall file an opposition by October 31, 2006. Any reply shall be filed by November 17, 2006, and any sur-reply shall be filed December 1, 2006.

As agreed by the parties, the court will conduct a trial on the written record to decide the first question, and will decide after briefing is complete whether to address the second question simultaneously.

3. The parties shall confer and, by December 1, 2006, state how long they expect the hearing to take if the court takes testimony and if the court does not take testimony.

4. The parties shall confer again about settlement and, by December 21, 2006, report on the prospects for settlement.

5. A hearing will be held on January 16, 2006, at 10:00 a.m. and, if necessary, continue on January 17, 2006.

6. CGI's Motion to Compel Testimony of Gianpiero Deluca (Dkt. No. 99) is DENIED without prejudice because CGI was required to seek authorization from this court before seeking that deposition. If CGI wishes to depose Deluca, it may file a motion seeking

permission during a phase of the case in which that testimony would be relevant.

                                                  /s/ MARK L. WOLF
                                                UNITED STATES DISTRICT JUDGE