**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CELL GENESYS, INC., ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | Civil Action No. 05-12448-MLW |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Defendant/Counterclaimant. ) | |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-11810-MLW |
| ) | |
| CELL GENESYS, INC., ) | |
| ) | |
| Defendant/Counterclaimant, ) | |
| and ) | |
| ) | |
| TRANSKARYOTIC THERAPIES, INC., ) | |
| ) | |
| Defendant. ) | |

**JOINT STATUS REPORT PURSUANT TO AUGUST 9, 2006 ORDER**

Pursuant to the Court's Order dated August 9, 2006, Applied Research Systems ARS Holding, N.V. ("ARS"), Cell Genesys, Inc. ("CGI"), and Transkaryotic Therapies, Inc. ("TKT", now owned by Shire plc) respectfully submit the following Joint Status Report to the Court regarding the prospects for settlement.

Representatives of ARS and Shire plc have had additional discussions since August 9 regarding settling ARS's Count II against TKT. ARS and Shire plc remain hopeful that a settlement can be reached between those parties.

Counsel for ARS and CGI have discussed settling the dispute between those two parties. At this point, counsel for ARS and CGI do not expect the parties to reach a settlement, but intend to continue discussions in the next few months.

Respectfully submitted,

Dated: September 20, 2006

By: /s/ Matthew C. Nielsen
Fred A. Kelly, Jr. (BBO # 544046)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel: 617-345-1000
Fax: 617-345-1300

Kevin M. Flowers (*pro hac vice*)
Matthew C. Nielsen (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL  60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

COUNSEL FOR PLAINTIFF APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.

Dated: September 20, 2006

By: /s/ Steven Kelber
T. Christopher Donnelly (BBO # 129930)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
Tel: 617-720-2880
Fax: 617-720-3554

Steven Kelber (*pro hac vice*)
MERCHANT & GOULD
901 Fifteenth Str., N.W.
Suite 850
Washington, D.C. 20005
Tel: 202-326-0333
Fax: 202-326-0778

COUNSEL FOR DEFENDANT
CELL GENESYS, INC.

Dated: September 20, 2006

By: /s/ Eric J. Marandett
Eric J. Marandett (BBO# 561730)
Choate, Hall & Stewart
Two International Place
100-150 Oliver Street
Boston, MA 02110
Tel.  (617) 248-4000
Fax.  (617) 248-4000

Gerald J. Flattmann, Jr. (*pro hac vice*)
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Tel.  (212) 446-4800
Fax.  (212) 446-4900

COUNSEL FOR DEFENDANT
TRANSKARYOTIC THERAPIES, INC.

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing **JOINT STATUS REPORT PURSUANT TO AUGUST 9, 2006 ORDER** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on September 20, 2006.

                                            /s/ Matthew C. Nielsen