## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

CELL GENESYS, INC.,                                )
                                                   )
        Plaintiff/Counterdefendant,       )
                                                   )
    v.                                           )   C.A. No. 05-12448-MLW
                                                   )
APPLIED RESEARCH SYSTEMS ARS                       )
  HOLDING, N.V.                                  )
                                                   )
        Defendant/Counterclaimant.        )
                                                   )
APPLIED RESEARCH SYSTEMS ARS                       )
  HOLDING, N.V.,                                 )
                                                   )
        Plaintiff,                        )
                                                   )
    v.                                           )   C.A. No. 04 11810 MLW
                                                   )
CELL GENESYS, INC. AND                             )
  TRANSKARYOTIC THERAPIES, INC.                  )
                                                   )
        Defendants.                       )
                                                   )

### DECLARATION OF STEVEN B. KELBER IN SUPPORT OF
### CELL GENESYS, INC.'s MEMORANDUM FOR JUDGMENT THAT THERE
### IS AN INTERFERENCE-IN-FACT

I, Steven B. Kelber depose and state:

1.     I am a licensed attorney and represent the defendant Cell Genesys, Inc. ("CGI") in this action. This Declaration is offered in support of the Memorandum of CGI for judgment on the papers that there is an interference-in-fact between Claim 106 of CGI and a claim of ARS not found by the Board of Patent Appeals and Interferences in Interference 105,114.

2.     Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Thea Tlsty, submitted by CGI and served on counsel for ARS on April 14, 2006.

3.      Attached hereto as Exhibit B is a true and correct copy of U.S. Patent 5,024,939.

4.      Attached hereto as Exhibit C is a true and correct copy of U.S. Patent 5,240,832.

5.      Attached hereto as Exhibit D is a true and correct copy of Skoultchi et al., CRC Crit. Reviews in Biochem. V. 16, pp. 349 - 379 (1984).

6.      Attached hereto as Exhibit E is a true and correct copy of pages 116 - 119 of the transcript of the deposition of Scott Chappel taken on January 19, 2006.

7.      The relevance and significance of Exhibits A - E hereto are further explained in CGI's Memorandum on the issue of Interference-In-Fact.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on October 2, 2006 in Washington, District of Columbia


/s/  Steven B. Kelber
Steven B. Kelber

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 2, 2006.

                                      /s/ T. Christopher Donnelly
                                      T. Christopher Donnelly