# EXHIBIT A

Thea D. Tlsty

**University of California San Francisco**
**CURRICULUM VITAE**

Prepared: 4/21/05

**Name:**          **Thea Dorothy Tlsty**

Position:          Professor, Step 4
                   Department of Pathology
                   School of Medicine

                   Graduate Program Memberships: PIBS, BMS

Address:           HSW 451, Box 0511
                   University of California, San Francisco
                   San Francisco, CA 94143-0511

                   Voice: (415) 502-6115
                   AA:    (415) 502-6116
                   FAX: (415) 502-6163
                   email: ttlsty@itsa.ucsf.edu
                   www: http://www.ucsf.edu/homepage

**EDUCATION:**

| | | | |
|---|---|---|---|
| 1973 | University of South Florida | B.S. | Zoology |
| 1974-76 | University of North Carolina (transferred) | Doctoral Candidate | Pathology |
| 1980 | Washington University School of Medicine Advisor: Michael Lieberman | Ph.D. | Molecular and Cellular Biology |
| 1980-81 | Washington University School of Medicine Advisor: Douglas Berg | Postdoctoral Fellow | Microbiology |
| 1981-84 | Stanford University, Stanford, CA Advisor: Robert Schimke | Postdoctoral Fellow | Biological Sciences |
| 1984-85 | Stanford University, Stanford, CA | Research Assistant Professor | Biological Sciences |

**PRINCIPAL POSITIONS HELD:**

| | | | |
|---|---|---|---|
| 1995-96 | University of California, San Francisco | Associate Professor | Pathology |
| 1996-present | University of California, San Francisco | Professor | Pathology |

**OTHER POSITIONS HELD CONCURRENTLY:**

| | | | |
|---|---|---|---|
| 1972-1974 | University of South Florida, FL Advisor: David Wilkinson | Undergraduate | Chemistry |
| 1974-1976 | University of North Carolina, NC Advisor: Michael W. Lieberman | Doctoral Candidate | Pathology |
| 1976-1980 | Washington University, St. Louis, MO Advisor: Michael W. Lieberman | Doctoral Candidate | Biomedical Sciences |
| 1980-1981 | Washington University, St. Louis, MO Advisor: Douglas E. Berg | Postdoctoral Fellow | Microbiology; Immunology |
| 1982-1982 | University of Geneva, Switzerland; Advisor: Jeffrey H. Miller | Visiting Scientist | Molecular Biology |

Thea D. Tlsty

| 1981-1984 | Stanford University, CA | Postdoctoral Fellow | Biological Sciences |
|---|---|---|---|
| 1984-1985 | Stanford University;<br>Advisor: Dr. Robert T. Schimke | Sr. Research Associate | Biological Sciences |
| 1985-1992 | Lineberger Comprehensive Cancer Center | Assistant Professor | Pathology |
| | UNC Molecular Biology and Biotechnology | Member | Program |
| 1992 | University of Zimbabwe | Visiting Scholar | Physiology |
| 1992-95 | Lineberger Comprehensive Cancer Center | Associate Professor | Pathology |
| | Lineberger Comprehensive Cancer Center | Member (UNC) | Genet.;Toxicology |
| | UNC Molecular Biology and Biotechnology | Member | Program |
| | Biological Sciences | Member | Program |
| | Biomedical Sciences | Member | Program |
| | Cancer Research Institute | Member | Molecular |
| 1995-96 | University of California, San Francisco | Associate Professor | Pathology |
| 1996-present | University of California, San Francisco | Professor | Pathology |
| | University of California, San Francisco | Director | Mol. Pathology |
| | UCSF Center for Translational Research | Director | Mol. Genet. Cancer |
| | Cell Cycling and Signaling | Director | Program |
| | UCSF Comprehensive Cancer Center | Member | Program |
| | Program in Biological Sciences | Member | Program |
| | Program in Biomedical Sciences | Member | Program |

## HONORS AND AWARDS:

Gold Key Honor Society, member, 1969
Viral Oncology Fellowship, Washington University, 1981
Cancer Biology Program Fellowship, Stanford University, 1982
Pharmaceutical Manufacturers Association Starter Grant Award, 1986
1st Gerald Wogan Distinguished Lectureship, Boston, MA., 1997
Distinguished Lecture Series, Harvard School of public Health, 1998
8th Annual corpus Ortigoza Distinguished Lectureship, Houston, TX., 1998
Avon Scholar, 2001
Richard T. Israels Distinguished Lectureship, BC Cancer Research Centre, 2001
Fellow, American Association for Advancement of Science, 2001
Meyenburg-Stiftung Honorary Lectureship, Heidleberg, Germany, 2002
NCI Knudson Award, 2003
Distinguished Lecture in Molecular Medicine, University of Toronto, 2004
Olof Pearson Lecture, Cleveland, OH, 2005

## KEYWORDS/AREAS OF INTEREST:

Regulation of genomic integrity, study of cellular systems which respond to DNA damage, stromal/epithelial interactions, cell cycle checkpoints, regulation of gene amplification and the formation of other chromosomal abnormalities, nuclear architecture and chemical carcinogenesis.

## PROFESSIONAL ACTIVITIES

Program Director-Cell Cycling and Signaling, UCSF Comprehensive Cancer Center
Program Director-Center for Translational Research in the Molecular Genetics of Cancer
NCI Board of Scientific Counselors, 2002-2005
Chair- NCI Board of Scientific Counselors, 2005-2007

Thea D. Tlsty

## PROFESSIONAL ORGANIZATIONS

American Association for the Advancement of Science
American Society for Microbiology
Association for Women in Science
American Association for Cancer Research
American Society for Biological Chemists & Molecular Biologists
Women in Cancer Research
Women in Cell Biology
California Society of Pathologists
Association of Molecular Pathologists
American Society for Investigative Pathology
American Society for Cell Biology
American Society for Biochemistry and Molecular Biology


Service to Professional Organizations
*Review Panels, Grants*

| | |
|---|---|
| NIH | Molecular Cytology Section, ad hoc reviewer, 1989 |
| NSF | Eucaryotic Genetics Program, ad hoc reviewer, 1990 |
| NIH | Pathology B Study Section, ad hoc reviewer/reserve reviewer/member, 1991 - present |
| DOD | US. Army Medical Research and Materiel Command (USAMRMC) Breast Cancer Research Program (BCRP), ad hoc reviewer, programmatic reviewer, 1997, 1999, 2001 |
| NIEHS | National Institutes of Environmental Health Sciences, Board of Scientific Advisors, 1995 –1998 |
| NIEHS | National Institutes of Environmental Health Sciences, Chair of Board of Scientific Advisors, 1999-2000 |
| NIH/NCI | Mouse Models of Human Cancers Consortium, reviewer, 1999 |
| NIH/NCI | Member, Board of Scientific Advisors (2001 – 2005) |
| NIH/NCI | Member, Board of Scientific Counselors—Subcommittee B (2001-2006) |
| ACS | Member, Peer Review Committee |
| AACR | Member, Nominating Committee (2004-2006) |
| NIH/NCI | Member, National Cancer Institute, Board of Scientific Counselors (2002-2005) |
| NIH/NCI | Chair, National Cancer Institute, Board of Scientific Counselors (2005) |
| NCI/TRWG | Member, The Translational Research Working Group (2005-2006) |

*Review Panels, Site Visits*

| | |
|---|---|
| NIH | Sloan-Kettering Program Project Grant review; site visit reviewer, 1994 |
| NIH/NCI | Internal Review, Laboratory of Molecular Pharmacology, site visit reviewer, 1994 |
| NIH/NCI | Internal Review, Laboratory of Viral Carcinogenesis, site visit reviewer 1995 |
| DOE | Office of Health and Environmental Research, Los Alamos National Laboratory, site visit reviewer, 1995 |
| DOD | U.S. Army Medical Research and Material Command Breast Cancer Research, 1997 |
| NCI | State of the Science Workshop in Prostate Cancer, Speaker 1999 |
| NCI | Roles and Regulation of p53, Columbia University, Carol Prives, P.I., site visit reviewer, 2000 |
| NIH | "Tumor Hypoxia: Molecular Studies and Clinical Exploitation," Program Project Retreat, Stanford, CA, Martin Brown, P.I., external advisor, 1997 - 2001 |
| NIH | Werner's Syndrome Program Project Grant Retreat, University of Washington, Seattle, Washington, external advisor, 1998 – 2002 |
| NCI | Combined Intramural PI Retreat, Chantilly, VA, Knudson Award speaker, 2003 |
| NIH/NCI | Internal Review, Bethesda, MD, Laboratory of Cellular Oncology and the NIEHS Laboratory of Molecular Carcinogenesis, site visit reviewer, 2003 |

Thea D. Tlsty

NIH/NCI    PO1, "Mechanism-Based Approaches for the Management of Prostate Cancer," Program Project
            Application, Houston, TX, Arap Wadih, P.I., site visit reviewer, 2003
NIH/NCI    Joint NCAB, PCP, BSA and BSC Board Retreat, Bethesda, MD, 2005
CRUK       Quinquennial Review of the Cancer Research UK, "Chromosomal Replication Group", 2005
NIH/NCI    PO1, Signal Transduction II, Cluster Review Meeting, Irving, TX, Reviewer, 2005

*Program Committees*

American Association for Cancer Research Annual Symposium, 1991
American Association for Cancer Research Annual Symposium, 1992
American Association for Cancer Research Task Force on Carcinogenesis, 1992
UNC Lineberger Comprehensive Cancer Center Annual Symposium, "Loss of Genomic Integrity in Neoplasia;"
    organizer, 1993
American Association for Cancer Research Special Conferences, "Cancer: Perturbations in Cell Cycle Control
    and Genomic Integrity," Banff, Canada, co-organizer with Larry Loeb, 1994
Program in Molecular Biology and Biotechnology, Symposium on "Chromosome Structure and Dynamics:
    Biological Consequences of Genomic Instability," Chapel Hill, NC; organizer, 1994
American Association for Cancer Research Rhoades Award Committee, 1993
American Association for Cancer Research, Special Conferences Committee, 1993-1996
American Association for Cancer Research, elected to Board of Directors 1994-1997
American Association for Cancer Research, By-Laws Committee, 1994
American Association for Cancer Research, Public Education Committee, 1994
American Association for Cancer Research, Research Integrity & Ethics Committee, 1994
Princess Takamatsu Cancer Symposium, Co-organizer with Larry Loeb, 1995
American Association for Cancer Research, Rhodes Award Committee, chair, 1995
American Association for Cancer Research, Gertrude Elion Awards Committee, Chair, 1996
American Association for Cancer Research, Legislative Committee in California, 1995
American Association for Cancer Research, Program Committee, 1997
American Association for Cancer Research, Clowes Memorial Awards Committee, 1998
American Association for Cancer Research, Member Development Committee, 1998
American Association for Cancer Research, Ad hoc Committee on Research Integrity & Ethics, 1998
American Association for Cancer Research, Molecular Biology Program Committee, 1998
American Association for Cancer Research, Development Committee, 1999
American Association for Cancer Research, Clowes Memorial Awards Committee, 1999
AACR, Career Development Awards Committee, Breast Cancer Research, 1999
10th International p53 Workshop, Monterey, California 2000, Organizer
American Society for Investigative Pathology Program Committee, 1998-Present
Women in Cell Biology, Investigator Awards Committee, 1999-Present
Women in Cell Biology, Board of Directors, 1998-Present
General Motors Cancer Research Foundation Award Assembly 2000-2004
General Motors Cancer Research Foundation Awards Program Committee – 1999, 2001
9th Prouts Neck Meeting on Prostate Cancer, Prouts Neck, Maine, Organizing Committee, 2002
11th International p53 Workshop, Barcelona, Spain, Organizing Committee, 2002
12th International p53 Workshop, Dunedin, New Zealand, Organizing Committee, 2004
13th International p53 Workshop, New York, New York, Organizing Committee, 2005
2nd International Conference on Breast Cancer, Molde, Norway, Organizing Committee 2005
The Albert Szent-Gyorgyi Award Committee, 2005
Ethel and Jane Sokolow Memorial Cancer Endowment Lectureship Committee, 2001-2005
American Association for Cancer Research, Program Committee, 2005
American Association for Cancer Research, Nominating Committee, 2005
Clinical and Scientific Advisory Board, 2005
Translational Research Working Group, 2005
Aspen Cancer Conference Advisory Committee, 2006

Thea D. Tlsty

American Society for Cell Biology, Program Committee, 2006
18th EORC-NCI-AACR, Scientific Committee, 2006

**SERVICE TO PROFESSIONAL PUBLICATIONS:**

*Editorial Boards*

Molecular Carcinogenesis 1992-Present
Carcinogenesis 1993-2002
Cancer Research 1995-2004
American Journal of Pathology 1997-Present
Environmental Health Perspectives 1996 - 2002

*Review Panels, Journals (ad hoc reviewer)*

Cell, Nature, Science, Proc. Natl. Acad. Sci., Molecular and Cellular Biology, Journal of Biological Chemistry,
Genes & Development, Nature Genetics, Nature Cell Biology, Nature Medicine, Developmental Cell

Cancer Research, Oncogene, Journal of the National Cancer Institute, Clinical Cancer Research, Carcinogenesis,
Molecular Carcinogenesis, The Cancer Journal, Oncology Research, Archives of Pathology & Laboratory
Medicine, American Journal of Pathology

Genetics, Journal of Bacteriology, Nucleic Acids Research, Molecular Biology of the Cell, Experimental Cell
Research, Trends in Cell Biology, Trends in Genetics, Genomics, Biophysics et Biochimie Acta, Mutation
Research

*Consultant*

Bristol-Meyers Co., November 1987
Glaxo, 1990-1994
Regulon 1993-1994
Geron, 1993-1995
Oncormed, 1995-1997
Onyx, 1997-1998
Day Casebeer, 1999-2000
Pennie and Edmonds, 2001-2002

**INVITED PRESENTATIONS**

*Conferences*

| | |
|---|---|
| 1981 | Cold Spring Harbor Banbury Conference, "Gene Amplification", Invited Speaker |
| 1983 | Cold Spring Harbor Banbury Conference, "Mechanisms of Mutagenesis", Invited Speaker |
| 1984 | North Carolina Conference, Gene Expression and Transfer, Quail Roost Conference Center, NC, Invited Speaker |
| 1988 | UCLA Symposium, "Biological Consequences of DNA Damage", Invited Speaker |
| | FASEB Summer Conference, "Molecular and Cellular Genetics", Invited Speaker |
| 1991 | American Association for Cancer Research Annual Symposium, Invited Speaker |
| | UCLA Symposium, "Genetic Instability and Tumorigenicity", Invited Speaker |
| | NIH Workshop, "Genetic Instability." Invited Speaker |
| | Fred Hutchinson Cancer Research Center Symposium, "Genetic Instability and Its Role in Carcinogenesis", Invited Speaker |
| 1992 | US-Japan Co-Operative Workshop, "Genetic Instability", Invited Speaker |

4/7/06                                         5

Thea D. Tlsty

American Association for Cancer Research Annual Symposium, symposium chair: "Genomic Fluidity", and Invited Speaker

International Union Against Cancer, "Genotype and Phenotypes of Tumor Suppression", Invited Speaker

7th Aspen Cancer Conference Workshop, "Mechanisms of Toxicity and Carcinogenesis", Invited Speaker

American Association for Cancer Research Special Conference, "Chemicals, Mutations and Cancer", session chair and Invited Speaker

6th p53 Workshop, Tiberias, Israel, Invited Speaker

UCSF Minisymposium, "Mechanisms of Genomic Disarray in Cancer", Invited Speaker

1993    Radiation Research Society, "Genomic Instability", Dallas, Texas, Invited Speaker

Cold Spring Harbor, Banbury Conference, "Polygenic Basis of Cancer", Invited Speaker

American Association for Cancer Research Special Conference, "Genetic Control of Cell Growth", Galveston, Texas, Invited Speaker

Fifth International Workshop on Chromosomes in Solid Tumors, session chair and Invited Speaker

Environmental Mutagenesis Society 24th Annual Meeting, "Global Responses to Genotoxic Stress", Invited Speaker

17th Annual Symposium, UNC Lineberger Comprehensive Cancer Center, "Loss of Genomic Integrity In Neoplasia", symposium organizer and Speaker

American Association for Cancer Research Annual Symposium, Invited Speaker

Gordon Conference, "Molecular and Genetic Regulation of Cell Proliferation", Invited Speaker

British Society for Cell Biology, "DNA Repair Network Conference", Cambridge, England, Invited Speaker

58th Symposium on Quantitative Biology, "DNA and Chromosome", Invited Speaker

Eighth Aspen Cancer Conference "Molecular Mechanisms of Toxicity in Relation to the Genetics of Animal and Human Neoplasia", Invited Speaker

American Society for Human Genetics Annual Symposium, Invited Speaker

American Association for Cancer Research, "Interactions of Cancer Susceptibility Genes and Environmental Carcinogenesis", Lyon, France, Invited Speaker

Hereditary Disease Foundation, "Expanding Repeats: Whimper or Big Bang", Dallas, TX, Invited Speaker

Carolina Conference on Integrins and Cell Signaling, Chapel Hill, NC,

Fifth International Workshop on Chromosomes in Solid Tumors, Tucson, AZ, Invited Speaker

DNA Replication, "Recombination and Repair in the Genetics of Human Cancers", Paris, France, Invited Speaker

1994    American Association for Cancer Research Special Conference, "Genomic Instability and Cancer", Banff, Alberta, Canada, conference organizer and Speaker

Keystone Symposium on Molecular and Cellular Biology, "Tumor Suppressor Genes"/ "Human Tumor Viruses", Taos, NM, Invited Speaker

Cold Spring Harbor Annual Symposium, "Molecular Genetics of Cancer", session chair, Invited Speaker

2nd Annual Carolina Conference, "Chromosome Structure and Dynamics", conference organizer and Speaker

American Association for Cancer Research, Annual Symposium, plenary session, San Francisco, CA, Invited Speaker

Research Institute of Molecular Pathology, "Molecular Mechanism of Human Disease", Vienna, Austria, Invited Speaker

Cold Spring Harbor Conference, "Cell Cycle", Invited Speaker

General Motors Cancer Research Foundation, Awards Ceremony, "Genetic Predisposition to Cancer", Bethesda, MD, Invited Speaker

7th p53 Workshop, Ontario, Canada, Invited Speaker

Gordon Conference, Plymouth, NH, Invited Speaker

Banbury Conference, "Targets for Specific Therapies in Leukemia", Cold Spring Harbor, Invited Speaker

5th International Congress of the Metastasis Research Society, Bethesda, MD, Invited Speaker
International Conference of Neuropathology, Toronto, Canada, Invited Speaker
Symposium on Genetic Instability and Cancer, Munich, Germany, Invited Speaker
Joint Conference of the American Association for Cancer Research and the Institute of Biomedical
    Sciences (Taiwan), "Modern Developments in Cancer Therapeutics", Taiwan, Invited Speaker
9th Annual Maimonides Conferences on Cancer Research, "Molecular Analysis of Tumor
    Progression", Ein Gedi, Israel, Invited Speaker
2nd Nature International Conference in Europe, "Cycling Out of Control: the cell cycle in growth,
    differentiation and disease", Paris, France, Invited Speaker
17th Annual Meetings of Japanese Society of Molecular Biology, "Molecular Biology of Cellular
    Senescence and Immortalization", Kobe, Japan, Invited Speaker

1995     Keystone Symposia, "Molecular Toxicology", Copper Mountain, CO, Invited Speaker.
Gordon Conference, "DNA Repair", Ventura, CA, Invited Speaker
3rd Joint Conference of the American Association for Cancer Research and the Japanese Cancer
    Association, "Molecular Biology of Cancer: Implications for Prevention and Therapy", Hawaii,
    Invited Speaker
6th International Workshop on Chromosomes in Solid Tumors, Tucson, AZ, Invited Speaker
SOT Symposium, "Cell Cycle Controls and Carcinogenesis", Baltimore, MD, Invited Speaker
86th Meeting of the American Association for Cancer Research, Toronto, Canada, session chair and
    Invited Speaker
Keystone Symposia, "DNA Damage", Taos, NM, Invited Speaker
3rd Annual Ben May Institute Symposium, Chicago, IL, Invited Speaker
ASBMB Symposium, "Genetic Instability and Cancer", San Francisco, CA, Invited Speaker
Gordon Conference, "Molecular Targets of Cancer Therapy", Newport, RI, Invited Speaker
Radiation Effects Branch (NCI/NASA) Workshop, "Mechanisms of Transmissible Genomic
    Instability from the Exposure of Mammalian Cells to Ionizing Radiation", Invited Speaker
26th International Symposium of the Princess Takamatsu Cancer Research Fund, "Genetic Instability
    and Carcinogenesis", Tokyo, Japan, co-organizer and Invited Speaker
Neoplastic Transformation in Human Cell Systems in Culture "Mechanisms of Carcinogenesis",
    Chicago, IL, Invited Speaker
"Cancer: The Translation of Advances in Basic Science to Human Therapy", Fondation des Treilles,
    France, Invited Speaker
1995 Mary Lasker Symposium on Frontiers of Cancer Research, "Modern Concepts in Tumor
    Biology and Their Relevance to Prostate Cancer," San Diego, CA, Invited Speaker
19th Annual Symposium, "Signaling Pathways in Development and Cancer", Chapel Hill, NC, Invited
    Speaker
11th International Conference on Brain Tumor Research and Therapy, Napa, CA, Invited Speaker

1996     AACR Board of Directors Meeting, Philadelphia, PA, Member, Board of Directors
Cambridge Symposia, "Genetic, Molecular, and Structural Control of Signal
    Transduction", Lake Tahoe, NV, Invited Speaker
Department of Health and Human Services, National institutes of Health, Division of
    Research Grants, Oncological Sciences Initial Review Group, Pathology B Study Section,
    Washington, D.C., Reviewer
Eighth International p53 Workshop, Dundee, Scotland, Invited Speaker
University of California, San Diego Cancer Center, "Topics in Cancer Research: Cancer
    Genetics", La Jolla, CA, Invited Speaker
32nd Annual American Society of Clinical Oncology Meeting, Philadelphia, PA, Invited
    Speaker
Vanderbilt Cancer Center Seminar, Nashville, TN, Invited Speaker
Bristol-Myers Sqibb Seminar on the Biological Bases of Cancer: Clinical Studies,     Segovia, Spain,
    Invited Speaker
87th Annual Meeting of the AACR, Washington, D.C., Invited Speaker
National Cancer Institute Workshop, Seattle, WA, Invited Speaker
NIEHS, Board of Scientific Counselors, Durham, N.C., Reviewer

Keystone Symposia Conference on Breast and Prostate Cancer: Basic Mechanisms, Taos, N.M., Invited Speaker

Cambridge Symposia Conference on Emergent Technologies for the Treatment of Brain Tumors, Lake Tahoe, CA, Invited Speaker

NIEHS Board of Scientific Counselors, Durham, N.C., Reviewer

Gordon Research Conference "Mechanisms of Toxicity", New England College, Henniker, N.H., Invited Speaker

48th Annual American Association for Clinical Chemistry and Canadian Society of Clinical Chemist Meeting and Clinical Laboratory Exposition, Chicago, IL, Invited Speaker

4th Annual SPORE Investigators Meeting, Washington, D.C.

Welcome/CRC Institute, Cambridge, England, Invited lecturer

ASCB 6th International Congress on Cell Biology / 36th American Society for Cell Biology Annual Meeting, San Francisco, CA, Plenary session

U.S. Army Medical Research and Material Command Breast Cancer Research, Peer Review Panel Member/Consultant, Arlington, VA

International Business Communications Conference, "Tumor Suppressors and Oncogenes", San Francisco, CA., Invited Speaker

Keystone Symposia, "The Cell Cycle", Taos, N.M., Invited Speaker

35th Annual Meeting of the Society of Toxicology, Anaheim, CA, Invited Speaker

BACR/ACP/EACR Scientific Meeting, Riccarton, Edinburgh, Invited Speaker

Gordon Research Conferences, " Molecular Cytogenetics", Barga, Italy, Invited Speaker

International Society for Analytical Cytology, Rimini, Italy, Invited Speaker

1997 Banbury Center Conference, " The Biology of p53 and its Implications for Diagnosis and Therapy", Cold Spring Harbor, NY, Invited Speaker

AACR Board of Directors Meeting, Rockvill Pike, Rockville, MD, Member, Board of Directors

ASIP Experimental Biology 97, New Orleans, LA, Invited Speaker

Stanford University, Department of Biological Sciences, "Mechanisms of DNA Repair", Stanford, CA., Invited Speaker

Molecular Carcinogenesis Conference, "Molecular Mechanisms of Cancer Causation and Prevention", Hawaii, Invited Speaker

NIEHS Board Meeting, Raleigh, N.C., Member, Board of Directors

Keystone Symposia on Molecular and Cell Biology, "Growth Control", Keystone, CO, Invited Speaker

Keystone Symposia on Molecular and Cell Biology "Genetics of Human Cancer: Pathogenesis and Diagnosis. Keystone, CO, Invited Speaker

Aspen Cancer Conference, "Twelfth Aspen Cancer Conference: Mechanisms of Toxicity and Carcinogenesis", Aspen, CO, Keynote Speaker

International Symposium on Genotoxic Agents and Cancer, Madrid, Spain, Invited Speaker

UICC Cancer Management Meeting, Vienna, Austria, Invited Speaker

Department of Health and Human Services National Institute of Health Division of Research Grants, Oncological Sciences Initial Review Group, Pathology B Study Section. Washington, D.C., Reviewer

The National Managed Health Care Congress Bio/Technology Conference Division: Cell Cycle Therapeutics. Loews Coronado Bay Resort, Coronado, CA, Program Speaker

PPG External Review Committee/Retreat "Tumor Hypoxia: Molecular Studies and Chemical Exploration", Menlo Park, CA, Committee member

NIEHS Board of Scientific Counselors, Review of the Laboratory of Molecular Genetics, Durham, N.C.

17th International Congress of Biochemistry and Molecular Biology/1997 Annual Meeting American Society for Biochemistry and Molecular Biology, San Francisco, CA, Invited Speaker

Gordon Conference on Cancer, "Cell Specificity in Cancer Mechanisms", Newport, RI, Discussion Leader/ Invited Speaker

7th International Conference on Environmental Mutagenes, Toulouse, France, Invited Speaker

23rd Annual Asilomar Research Conference/Retreat, PIBS, Pacific Grove, CA, Invited Speaker

Thea D. Tlsty

Association of Pathology Chairs, West/Midwest Regional Meeting, San Francisco, CA, Invited Speaker

The 1st Joint Meeting of Japan Cytometry Society and International Society for Analytical Cytology, Hachimartai National Park, Iwate, Japan, Invited Speaker

NIH Pathology B Study Section, Washington, D.C., Reviewer

50th Annual Symposium on Fundamental Cancer Research, "Molecular Determinants of Cancer Metastatis", Houston, TX, Invited Speaker/ Faculty

DOD Breast Cancer Research Program Meeting, "Era of Hope", Washington, D.C., Scientific Co-Chair

31st Paterson Symposium, "Li-Fraumeni Syndrome", Manchester, England, Invited Speaker

IBC Symposium, "Tumor Suppressors & Oncogenes", San Francisco, CA, Invited Speaker

ICN Symposium, "Cell Cycle Therapeutics: Setting the Balance", San Diego, CA, Invited Speaker

88th Annual Meeting of the American Association for Cancer Research, San Diego, CA, Invited Speaker

1998    4th Joint Conference of the AACR/JCA, Maui, Hawaii, Invited Speaker

NIH Pathology B Study Section, San Diego, CA, Reviewer

Cancer Genetics Course, U of Michigan, Ann Arbor, MI, Invited Speaker

AACR 89th Annual Meeting, New Orleans, LA. Invited Speaker

8th Annual Symposium in Molecular and Cell Biology, U of Maryland, Baltimore, MD, Invited Speaker

46th Annual Meeting, Radiation Research Society, Louisville, KY, Invited Plenary Speaker

p53 Workshop, Crete, Greece, Invited Speaker

The Cell Cycle, Toronto, Canada, Invited Speaker

Tenth Pezcollar Symposium, Trento, Italy, Invited Speaker

SPORE Investigators Meeting, Baltimore, MD

Gordon Research Conference, "Molecular Cancer Biology", Newport, RI, Invited Speaker

Cold Spring Harbor Conference, "Cancer Genetics and Tumor Suppressor Genes", Cold Spring Harbor, NY, Invited Speaker

AACR Special Conference, "Cellular Targets of Viral Carcinogenesis", Dana Point, CA, Conference Chairperson

UCSF Prostate Cancer Center Retreat, San Francisco, CA, Invited Speaker

7th International Symposium on Predictive Oncology and Therapy, "Impact of Biotechnology on Cancer", Nice, France, Invited Speaker

International Theodor-Boveri-Symposium of the SFB 172, "Genomic Instability in Carcinogenesis", Wurzburg, Germany, Invited Speaker

American Society for Investigative Pathology Annual Meeting, San Francisco, CA, Invited Speaker

Program Project Grant Retreat, "Tumor Hypoxia: Molecular Studies and Clinical Exploitation", Stanford, CA, External Reviewer

4th Annual Symposium, Samuel Lunenfeld Research Institute of Mount Sinai Hospital, "The Cell Cycle," Toronto, Ontario, Invited Speaker

1998 Keystone Symposia, "Genomic Instability: Regulation and Consequences", Lake Tahoe, Nevada, Invited Speaker

1999    1999 Keystone Symposia, "The Molecular Basis of Cancer", Taos, NM, Invited Speaker

The American Association for Cancer Research, 90th Annual Meeting, Philadelphia, PA, Invited Symposium Speaker

Pediatric Academic Societies 1999 Annual Meeting, San Francisco, CA, Invited Speaker

Biochemistry & Molecular Biology '99, "New World Science for the Next Millennium", San Francisco, CA, Invited Speaker

UCSF Cancer Center Symposium, San Francisco, CA, Invited Speaker

General Motors Cancer Research Foundation, 1999 Annual Scientific Conference, Bethesda, MD, Invited Speaker

AACR Summer Workshop, "Pathobiology of Cancer", Keystone, CO, Lecturer

Gordon Research Conference, "Cancer", West Kingston, RI, Invited Speaker

Thea D. Tlsty

ASCB Annual Meeting, Washington, DC, Invited Speaker
UCSF Cell Biology Retreat, Wilbur Hot Springs, CA, Invited Speaker
UCSF BOP Retreat, Napa, CA, Invited Speaker
UCSF Genetics Day Retreat, San Francisco, CA, Invited Speaker
UCSF Tetrad Retreat, Lake Tahoe, CA, Invited Speaker
Loeb Lab Retreat, Seattle, WA, Invited Speaker
ASBMB Satellite Meeting, "Cellular Aging & Genomic Instability", San Francisco, CA, Invited
    Speaker
Women in Cell Biology/Education Committee-sponsored lunch, "Career Options and Issues Facing
    Cell Biologists", Participant
CaP CURE, 1999 Sixth Annual Scientific Retreat, Participant

2000    Keystone Symposia, "Cancer, Cell Cycle and Therapeutics", Steamboat Springs, CO, Invited Speaker
Keystone Symposia on Molecular and Cellular Biology, "Molecular Epidemiology: A new Tool in
Cancer Prevention", Taos, New Mexico
The American Association for Cancer Research, 91st Annual Meeting, "DNA Repair on Genetic
    Stability", San Francisco, CA, Invited Speaker
10th International p53 Workshop, Monterey, CA, Co-Organizer, Opening Address
General Motors Annual Scientific Conference, "Genetic Instability and Cancer", Bethesda, MD,
    Moderator
NIH SPORE Investigator's Meeting, Chantilly, VA, Invited Speaker
AACR Summer Workshop, Pathobiology of Cancer, "DNA Repair and Genetic Instability",
    Keystone, CO, Lecturer
P & S Biomedical Symposium, "Control of Genomic Stability in Normal and Cancer Cells",
    Harriman, New York, Invited Speaker
International Conference at Mayo Clinic, "Fragile site, Gene Amplification and Cancer", Rochester,
    MN, Invited Speaker
US-Japan Cancer Symposium, "Genetic Instability and Cancer", Tokyo, Japan, Invited Speaker

2001    Keystone Symposia on Molecular and Cellular Biology, Keystone, CO, Invited Speaker
The American Association for Cancer Research, 92nd Annual Meeting, New Orleans, LA, Invited
    Speaker
SPORE Investigators Meeting, Baltimore, MD, Invited Speaker
General Motors Cancer Research Foundation Scientific Conference, "Mechanism of Metastasis",
    Washington, DC, Invited Speaker
UCSF Genetic Day 2001, Marin Headlands Institute, CA, Invited Speaker
Experts' Research Roundtable Meeting "The Role of the Bone Microenvironment in Multiple
    Myeloma" Chicago, IL, Invited Speaker
9th SPORE Investigators' Workshop, Washington, D.C., Poster Session
ACCR Summer Workshop, Pathobiology of Cancer 2001, " Progression and Genomic Instability,"
    Keystone, CO, Invited Speaker
FASEB, "Nuclear Structure and Cancer", Saxtons River, VT, Invited Speaker
Salk/EMBL, " Oncogenes and Growth Control", La Jolla, CA, Invited Speaker
AACR, "Cancer and Chromosomal Organization Epigenetics of Cancer," Palm Desert, CA,
    Participant
Washington State University, 3rd Annual Inland Northwest Cancer Conference," Spokane, WA,
    Invited Speaker
British Columbia Cancer Research Center "Israels QC Inaugural Memorial Lecture", Vancouver,
    British Columbia, Canada, Distinguished Lectureship

2002    The American Association for Cancer Research, 93rd Annual Meeting, San Francisco, CA, Invited
    Speaker
Gordon Research Conference on Mammary Gland Biology, Lucca, Italy, Participant
Environmental Mutagen Society, "Frontiers Beyond the Human Genome," Anchorage, AK, Invited
    Speaker
International Society for Analytical Cytology, 21st International Congress, "Frontiers in
    Oncogenetics," San Diego, CA, Invited Speaker

Thea D. Tlsty

11th International p53 Workshop, Barcelona, Spain, Session Speaker, Session Chair
10th SPORE Investigators Workshop, Chantilly, VA, Invited Speaker
EMBO/EMBL Conference on Centrosomes and Spindle Pole Bodies, Heidelberg, Germany,
    Participant
Schilling Conference, Aptos, CA, Invited Speaker
Conference on Cell Immortalization and Transformation, Cold Spring Harbor, NY, Invited Speaker
Conference on Cancer Intervention, Grand Rapids, MI, Invited Speaker
9th Prouts Neck Meeting on Prostate Cancer, Prouts Neck, ME, Invited Speaker
AACR, "The Role of Telomeres and Telomerase in Cancer," San Francisco, CA, Invited Speaker

2003    AACR, "The TGF-B Superfamily", La Jolla, CA
Board of Scientific Counselors, National Cancer Institute, Washington, D.C.
Massachusetts Institute of Technology, Boston, Invited Speaker
Breast Cancer Conference for Researchers, Santa Barbara, CA
GM Cancer Research Foundation Awards Assembly Meeting, NYC, NY
External & Internal Advisory Boards Meeting, UCSF Comprehensive Cancer Center
CSHL Meeting, "Telomeres & Telomerase", Cold Spring Harbor, NY
Genomic Instability Symposium, " Cellular Consequences of Genome Instability", University of
    Virginia, Charlottesville, VA, Invited Speaker
GRC, "Mammary Gland Biology", Bristol, RI, Invited Speaker
FASEB Summer Research Conference, "Nuclear Structure and Cancer", Saxtons River, VT, Invited
    Speaker
AACR 94th Annual Meeting, "Redefining the Frontiers of Science", Toronto Convention Centre,
    Toronto, Ontario Canada
Multiple Myeloma Consortium Meeting, Washington, DC
NIH/NCI Board of Scientific Counselors Meeting, Bethesda, MD
Arolla Workshop, "Cell Growth in Development and Disease", Arolla, Switzerland, Invited Speaker
NIH/NCI Board of Scientific Counselors Meeting, Bethesda, MD

2004    AACR 95th Annual Meeting, "Epigenetics and Cancer", Orlando FL, Invited Speaker
CME Conference, "Myeloma & Plasma Cell Disorders", Los Angeles, CA, Invited Speaker
NCI/NIH and National Human Genome Research Institute, "Exploring Cancer Through Genomic
    Sequence Comparisons", Bethesda, MD, Invited Speaker
NIH/NCI Board of Scientific Counselors Meeting, Bethesda, MD
NCI 12th Spore Investigators' Workshop, Baltimore, MD
CSHL Meeting, "Cancer Genetics & Tumor Suppressor Genes", Cold Spring Harbor, NY
UCSF, Molecular Medicine Research Conference, San Francisco, CA
President's Cancer Panel Meeting, San Francisco, CA
Dana-Farber Cancer Institute's Seminars in Oncology, Boston, MS, Invited Speaker
Early Detection Research Network/GYN Workshop, New York, NY, Invited Speaker
EMS 35th Annual Meeting, "Genes, Mutations and Disease; the Environmental Connection",
    Pittsburg, PA, Invited Speaker
12th International p53 Workshop, Dunedin, New Zealand, Invited Speaker
NIH/NCI Board of Scientific Counselors Meeting, Bethesda, MD
27th Annual San Antonio Breast Cancer Symposium, San Antonio, TX, Invited Speaker
Cancer Institute of New Jersey, Distinguished Lecture Series, New Brunswick, NJ, Invited Speaker

2005    Keystone Symposium, "Molecular Target for Cancer Therapy", Santa Fe, NM, Invited Speaker
AACR Special Conference- Chromatin, Chromosomes, and Cancer Epigenetics, Waikoloa, Hawaii,
    Invited Speaker
Gordon Research Conference, "New Frontiers In Cancer Detection & Diagnosis" Santa Barbara,
    CA, Invited Speaker
Keystone Symposium, "The Role of Microenvironment in Tumor Induction and Progression",
Banff,
    Alberta, Canada, Invited Speaker
Keystone Symposium, "Cellular Senescence and Cell Death", Keystone, Colorado, Invited Speaker
Keystone Symposium, "Inflammation and Cancer", Breckenridge, Colorado, Invited Speaker

Thea D. Tlsty

Midwest Student Biomedical Research Forum, University of Nebraska Medical Center, Omaha, Nebraska, Keynote Invited Speaker

ASIP Experimental Biology 2005, San Diego, CA, Invited Speaker

Virginia Commonwealth University, Richmond, VA, Invited presenter for Pathology Grand Rounds

John Hopkins University, Biology of Cancer Seminar Series, Baltimore, MD, Invited Speaker

European Human Genetics Conference 2005, Prague, Czech Republic, Invited Speaker

70th CSHL Symposium, "Molecular Approaches to Controlling Cancer", Cold Spring Harbor, NY

University of California San Francisco, Epigenetic Regulation and Chromatin Remodeling Symposium, San Francisco, CA, Co-organizer

University of Pennsylvania, Philadelphia, PA, Hematology/Oncology Research Seminar, Invited Speaker

4th Era of Hope 2005 Conference, Philadelphia, PA, Invited Platform Presenter

3rd International Symposium on the Molecular Biology of Breast Cancer, Molde, Norway, Invited Speaker

SPORE Investigators Meeting, Baltimore, MD, Invited Speaker

NIH/NHGRI "Toward a Comprehensive Genomic Analysis of Cancer" workshop. Washington, DC, Invited Presenter

Aspen Cancer Conference, "Twentieth Aspen Cancer Conference: Mechanisms of Toxicity and Carcinogenesis", Aspen, CO, Invited Keynote Speaker

2005 FASEB Summer Research Conference, "Hematopoietic Malignances", Saxtons River, VT, Invited Speaker

EMBO Conference on Centrosomes and Spindle Pole Bodies, Heidelberg, Germany

NIH/NCI Board of Scientific Counselors Meeting, Bethesda, MD, Chair

Case Western Reserve University, Olof Pearson Lecture, Cleveland Ohio, Invited Speaker

MD Anderson 58th Annual Symposium, "Biomarker Discovery", Houston, TX, Invited Speaker

The Campbell Family Institute for Breast Cancer Research, CSAB meeting, Toronto, Canada, Invited Speaker

4th Annual Future of Breast Cancer: An International Congress, Southampton, Bermuda, Invited Speaker

NCI Workshop, "Defining the Epigenome", Rockville, MD, Invited

AACR Special Conference, "Cancer Proteases and the Microenvironment", Bonita Springs, FL, Invited Speaker

Banbury Center, Cold Spring Harbor Laboratory, "Cancer Stem Cells", Cold Spring Harbor, NY, Invited Speaker

ASCB 45th Annual Meeting, San Francisco, CA

2006    3rd Annual NCI Joint Board Retreat and Intramural Scientific Retreat, Bethesda, MD, Invited

University of California San Francisco, Bay Area Epigenetics Symposium: Stem Cells and Epigenetics, San Francisco, CA, Co-organizer

NCI, Division of Cancer Biology, Workshop, "Nuclear Microenvironment and Cancer", Washington, D.C., Invited

AACR Special Conference, "Cancer Susceptibility and Cancer Susceptibility Syndromes", Maui, HI, Invited Speaker

Keystone Symposium, "Molecular Targets for Cancer Prevention", Tahoe City, CA, Invited Speaker

AACR 97th Annual Meeting, Major Symposium, "Tumor Microenvironment", Washington, D.C., Chair and Organizer

AACR Workshop, "Cancer Stem Cells", Lansdowne, VA, Invited Speaker

Timberline Symposium, "Epithelial Cell Biology", Timberline Lodge, Oregon, Invited Speaker

NIH/NCI Board of Scientific Counselors Meeting, Bethesda, MD

Memorial Sloan-Kettering Cancer Center, Presidential Research Seminar Series, New York, NY, Invited Speaker

NIH, Prestigious Lecture Series, Bethesda, MD

5th Annual AACR International Conference, "Frontiers in Cancer Prevention Research", Boston, MA, Co-Chair

Thea D. Tlsty

## UNIVERSITY SERVICE

<u>Committees</u>

*School of Medicine, UCSF*

Executive Steering Committee, Cancer Research Institute, 1995-present
Committee on Diversity, 1995-1998
Breast SPORE Steering Committee, 1995-present
Member of Program in Biochemical Sciences (PIBS), 1995-present
Member of Program in Biomedical Sciences (BMS), 1995-present
Admissions Committee for Program in Biomedical Sciences, 1996-2000
President's Postdoctoral Fellowship Program Advisory Committee, 1996-1997
UCSF Cancer Center Faculty Search Committee, chair, 1996-1999
Cancer Research Institute Search Committee, chair, 1996-1999
Gastrointestinal Cancer Search Committee, 1998-1999
Cancer Risk Program, 1999-present
Graduate Council Committee, 1998-2001
Program Leader – UCSF Cancer Center Program in Cell Cycle Signaling, 1998–present
Pathology Chair Search Committee, member, 1998-1999
UCSF Academic Senate Committee, 2000-present
Diversity Committee, 1996-1997
Pathology Department, Faculty Search Committee, chair, 2001, 2004
Pathology Department, Faculty Search Committee for Molecular Pathologist, member, 2001
UCSF Comprehensive Cancer Center, Space Appropriations Committee, 2001–2005
UCSF Comprehensive Cancer Center, Academic Promotions and Merit Committee, 2001–present
American Cancer Society, Institutional Grant to UCSF, Review Committee, 1996–present
UCSF Member of the Chancellor's Council, 2001–2004
Stem Cell and Developmental Biology Search Committee, 2005
Radiology Search Committee, 2005

*School of Medicine, University of North Carolina at Chapel Hill*

Lineberger Cancer Res. Ctr., Library Committee, member 1985-1989
Lineberger Cancer Research Center, Seminar Committee, member 1987-1989
Medical Student Advisor, member, 1987-1995
Graduate Education Committee, Dept. of Pathology, member, 1988-1995
Curriculum Committee, General Pathology Course, 1st year Medical Students, Dept. of Pathology, 1988-1995
Subcommittee Member of Liaison Committee on Medical Education (LCME) Institutional Self Study Task Force Research Subcommittee, 1989
UNC Lineberger Comprehensive Cancer Center Administrative Committee, 1992
Search Committee for Biochemistry, member, 1986
Search Committee for LCRC, Chemical Carcinogenesis, member, 1986
Search Committee for Director of Genetics Curriculum, member, 1990
Search Committee for Department of Pathology Associate, member, 1992
Search Committee for Department of Radiology, member, 1993-1994
Search Committee for Lineberger Comprehensive Cancer Center, member, 1993-1994
Search Committee for Chair of Biochemistry Department at UNC, member, 1994
Search Committee for Lineberger Comprehensive Cancer Center, member 1994-1995
Search Committee for Division of Medical Oncology in Breast Oncology, member, 2002

*Graduate Division, University of North Carolina at Chapel Hill*

Curriculum in Toxicology, preceptor, 1985-1995

Thea D. Tlsty

Curriculum in Toxicology, Admissions Committee, 1989-1995
Curriculum in Genetics, preceptor 1985-1995
Curriculum in Genetics, Examination Committee, 1987, 1990, 1991
Curriculum in Genetics, Chair Seminar Committee, 1991-1993
Program in Molecular Biology and Biotechnology, member 1985-1995
Organizer for The 2nd Carolina Conference On Chromosome Structure and Dynamics, 1993-1994

*Thesis Committees, UCSF*

Darryl Miles – School of Medicine, Dr. Kevin Shannon (advisor), member
Maureen Fitch – Biomedical Sciences Program, Dr. Tristram Parslow (advisor), member
Melissa Rivera – Department of Microbiology, Dr. Elizabeth Blackburn (advisor), member
Michael Lowenstein – Department of Biophysics, Dr. John Sedat (advisor), member
Audrey Rosales – Department of Microbiology, Dr. Joachim Li (advisor), member
Karen Fitzgerald – Department of Biochemistry, Dr. Martin McMahon (advisor), member
Charles Holst – Program in Biological Sciences, Dr. Thea Tlsty (advisor), chair
Curtis Pickering- Program in Biological Sciences, Dr. Thea Tlsty (advisor), chair
Geoff Benton- Program in Biological Sciences, Dr. Thea Tlsty (advisor), chair
Brian Green- Department of Microbiology, Dr. Joachim Li (advisor), member

*Orals Committees, PIBS, UCSF*

Sue Jasperson 1996, Maxine Bauzon 1996, Julia Charles 1996, Christina Hull 1996, Seiko Ishida 1997, Melissa Rivera 1997, Karen Fitzgerald 2001, Greg Whitworth 2002

*Orals Committees, BMS, UCSF*

Madhu Macrae 1996, Maureen Fitch 1997, Le Trinh 2000

*Thesis Committees, UNC*

Connie Cirks - Department of Microbiology, Dr. J.S. Pagano (advisor), member
Margaret Price - Department of Microbiology, Dr. M. Edgell (advisor), member
John Benson - Genetics Curriculum, Dr. E-S. Huang (advisor), member
Scott Peterson - Genetics Curriculum, Dr. G. Maroni (advisor), member
Guang Jin Im - Department of Pharmacology, Dr. Y-C. Cheng (advisor), member
Tamela Butler - Department of Pathology, Dr. D. Kaufman (advisor), member
Steve (Yaw-Wen) Guo - Genetics Curriculum, Dr. E-S. Huang (advisor), member
Dana L. Shuey - Curriculum in Toxicology, Dr. J. Lauder (advisor), member
Robert Whitehead - Curriculum in Toxicology, Dr. C. Barrett (advisor), member
Michael Howard - Curriculum in Genetics, Dr. J. Griffith (advisor), member
Cynthia Afshari - Curriculum in Toxicology, Dr. C. Barrett (advisor), member
Pengchin Chen - Department of Pathology, Dr. B. Weissman (advisor), member
Sunny Zhang - Department of Pathology, Dr. N. Maeda (advisor), member

## TEACHING EXPERIENCE

*University of California, San Francisco*

Biomedical Sciences Program, BMS 225, Tissue and Organ Biology, Fall 1995-2004
Biomedical Sciences Program, BMS 198, Spring 1998
Cell Biology, PIBS, Cell Cycle Lectures, Spring 1998, and Faculty 1997-2003
Molecular Pathology of Neoplasia, (PIBS, BMS), Course Co-Director, Winter 1998, 2000
PIBS/BMS Journal Club Coach, Emmitt Jolly (PIBS) 1998, Le Trinh (BMS) 1999

Thea D. Tlsty

Ethical Conduct of Science for PIBS/BMS students (Data Management), 1999 – present
Molecular Pathology of Neoplasia, (PIBS, BMS), Course Director, Winter 2004-2005
Breast Oncology Program, Breast Cancer Today and Tomorrow, Spring 2003, 2005
Biomedical Sciences Program, BMS 225A, Developmental and Stem Cell Biology, Winter 2006

*University of North Carolina at Chapel Hill*

Pathology, second year medical class, 1987 - 56 hours, laboratory faculty; 1988, 1989 - 12 hours laboratory
    faculty; 1990, 1991, 1992 - lecture on metastasis plus 12 hours laboratory faculty; 1993, 2 lectures in
    gastrointestinal pathology and metastasis (40 hours); 1994 - 1 lecture in pathology plus 20 hours laboratory
    faculty.
General Pathology, first year medical class, 1987 - 40 hours laboratory faculty, 1 hour as lecturer; 1988 - 36
    hours, unit director and 2 hours as lecturer; 1989, 1990 and 1991 - 40 hours laboratory faculty and 1 hour as
    lecturer; 1992-1994 - 12 hours laboratory faculty and 1 hour as lecturer.
Microbiology 190, 1986 and 1987 - 4 hours, 2 lectures
Genetics 145, 1986, 1988 - lecturer
Pathology 418, School of Medicine elective, 1986 and 1987 - 6 hours, 2 lectures
Pathology 214 (Graduate), 1987 and 1991 - 2 hours, 1 lecture
Pathology, 1st year dental class, 1988 and 1989 - 4 hours and 1 hour lecture
Microbiology 156, Growth Control in Normal and Neoplastic Cells, 1990 - 3 lecture hours, 1992-1995, 1.5
    lecture hours

*Other Institutions*

Medical Genetics, entire course, 21 lectures, University of Zimbabwe, Department of Physiology, 1992.
Eppley Institute for Research in Cancer and Allied Diseases, University of Nebraska, Med. Center, Short course
    in cancer Biology, "Cell Cycle Regulation," 1993
Karolinska Institue, Short course, "Molecular Mechanisms of Mutagenesis and Carcinogenesis," 1994
Stanford, Lecturer, "Cancer Biology" 1997- 2000

*Prior*

Genomic Fluidity - Organization and presentation of a course sponsored by the Cancer Biology Program at
    Stanford University, 1985
Chemical Carcinogenesis - Organization and presentation of a seminar course given at the National Institute for
    Environmental Health Sciences, Research Triangle Park, North Carolina, 1976
Pathology - to remedial medical students 1st year, School of Medicine, University of North Carolina, 1976
Biochemistry - Tutored in School of Medicine, University of North Carolina, 1974
Pathology - Tutored in School of Medicine, University of North Carolina, 1974
Comparative Anatomy - Teaching Assistant in Biology Department, University of South Florida, 1972-1973

Trainees, UCSF

Post Doctoral Fellows – Antonio Gualberto, 1995-1996; Janice Nigro, 1995-1998; Serge Romanov,
    1994-2000; Aria Olumi, 1995-1998; Richard Chao, 1997-1999; Valeria Ossovskaya, 1997-2000, Larisa
    Haupt 1999-2001, Patrick Hein, 1999-2002, Kim McDermott 2001-present, Mona Gauthier 2001-present,
    Jianmin Zhang 2001-2004, Colleen Fordyce 2002-present, Nancy Dumont 2003-present, RosaAnna De
    Filippis 2003-present, Paul Reynolds 2003-present, Bob Liu 2004-present, Matthew Wilson 2005-Present,
    Jennifer Markovics 2005-present, Christopher Sarkisian 2006-present
Medical Fellows - Ken Aldape, Aria Olumi, Lucy Song, Richard Chao, Max Meng, Kristin Mantei, Hal Berman,
    Jochen Schaefer
Graduate Students- (rotations) Michael Cronin  (PIBS), Ludmila Pawlikowska (BMS), Justine Melo
    (PIBS), Max Nieman (PIBS), Sarah Green (PIBS), Lori Roberts (BMS), Sarah Green (PIBS), Nathan

Edwards (PIBS), Jonathan Zalevsky (PIBS), Neal Freedman (BMS), Aparna Sohoni (medical student), Joyce Tung (PIBS), David Sanchez (BMS), Greg Whitworth (PIBS), Analeah Sundberg (PIBS), Curtis Pickering (PIBS), Lucy Lebedeva (BMS), Joshua Anderson (BMS), Jennifer Giampaolo (BMS), Veena Singla (PIBS), Amy Young (BMS), Daniel Garcia (BMS), Katherine Sorber (PIBS), Ashley Robinson (PIBS)

Graduate Students- (doctoral projects) Charles Holst (PIBS), Yong Ping Crawford (BMS), Curtis Pickering (PIBS), Geoff Benton (PIBS)

Undergraduate Students- Alaa-Eddine Djedouani, Roopa Vemireddy

Trainees, UNC

Post Doctoral Fellows - David Sorscher, 1985-1987; Edward Otto, 1987-1988; Ron LaBiche, 1990-1991; Laura Livingstone, 1990-1992; Piotr Jonczyk, 1990-1993; Deborah Iman Schaefer, 1991-1993; Dhan Kuppuswamy, 1993-1994; Helene Roelofs, 1992-1994; Todd Gray, 1994-1995; Suzanne Hess, 1993-1995

Medical Students - Tul Kalayanamit, John Norris

Graduate Students - (rotations) James Samet, Paula Adams, Stuart Thompson, John O'Brien, Todd Wyatt, Ingrid Hall, Alicia White, Jonathan Phillips, Andrew Sparks, Amy Briot, Jason Sprouse, Eric Fleming, Mary Hixon, Andrea Gonzales, Jennifer Goulet and Lee Bennett, Victoria Lee, Amy O'Conner

Graduate Students - (doctoral projects) Ingrid Hall, Alicia White and Mary Hixon

Undergraduate Students - Peter McInernee, Chemistry Major; Kevin Watson, Chemistry Major; Benjamin Poulose, Biology Major; Raj Solanki, Chemistry Major; Jennifer Dorrity, Chemistry Major

## LECTURESHIPS

- University of California, San Francisco, Dept. of Microbiology and Immunology (1982)
- Pasteur Institute, Paris, France (1982)
- University of Karlsruhe, Institute for Genetics, Karlsruhe, Federal Republic of Germany (1982)
- Biogen, Geneva, Switzerland (1982)
- University of Geneva, Department of Molecular Biology, Geneva, Switzerland (1982)
- Lawrence Berkeley Laboratories, Berkeley, California (1983)
- ARCO Plant Cell Research Institute, Dublin, California (1983)
- Genetics Curriculum, University of North Carolina at Chapel Hill, North Carolina (1984)
- IRSC, Villejuif, France (1984)
- University of Geneva, Department of Molecular Biology, Geneva, Switzerland (1984)
- Vanderbilt University, Dept. of Biochemistry (1986)
- Burroughs Welcome Co., Molecular & Cellular Biology (1987)
- Bristol - Myers Co., Molecular & Cellular Biology (1987)
- National Inst. of Environmental Health Sciences (1987)
- Chemical Institute of Industrial Toxicology (1989)
- New York University (1989)
- Children's Hospital of Los Angeles (1989)
- Cornell University, NY (1989)
- Environmental Biostatistics at the University of North Carolina at Chapel Hill (1989)
- North Carolina State University (1990)
- Environmental Protection Agency (1990)
- Univ. of California at Berkeley (1990)
- Stanford University, Dept. of Biological Sciences (1991)
- Columbia University, Dept. of Biochemistry and Biophysics (1991)
- National Institutes of Health, Laboratory of Experimental Carcinogenesis, Bethesda, MD (1991)
- McArdle Laboratory, University of Wisconsin (1991)
- Ohio State University, Department of Radiology (1991)
- Johns Hopkins University (1992)
- Southwestern Med., University of Texas, Dallas (1992)
- Lawrence Berkeley Laboratory, Life Sciences Division, Berkeley, CA (1992)

- Milton S. Hershey Medical Center, Pennsylvania State University, Department of Microbiology and Immunology (1992)
- Stanford University, Palo Alto, CA, Department of Pathology (1992)
- Fred Hutchinson Cancer Research Center, Seattle, Washington (1992)
- Pennsylvania State University, Philadelphia (1992)
- Duke University (1993)
- Washington University School of Medicine, St. Louis, MO (1993)
- The Cancer Institute of New Jersey, 1992-1993 Distinguished Lecture Series New Brunswick, NJ (1993)
- University of Nebraska Medical Center, Eppley Institute for Research in Cancer and Allied Diseases, Omaha, NE (1993)
- University of California at San Francisco (1993)
- Salk Institute (1993)
- Fred Hutchinson Cancer Research Center, Seattle, Washington (1993)
- University of Texas at Austin (1994)
- New York University (1994)
- Case Western, Cleveland (1994)
- Duke University (1994)
- Emory University (1994)
- McArdle Laboratory, Univ. of Wisconsin, Madison (1994)
- Fox Chase Cancer Center, Philadelphia (1994)
- Karolinska Institute, Stockholm, Sweden (1994)
- Princeton University (1994)
- Los Alamos National Laboratory, Los Alamos, NM (1994)
- NIEHS, Research Triangle Park, NC, Distinguished Women Scientists Seminar Series (1995)
- Stanford University (1995)
- Temple University, Sugarloaf Estate Conference Center, Philadelphia, PA (1995)
- Molecular & Cellular Biology Program, External Seminar Series, Charleston, S.C. (1997)
- 1st Gerald Wogan Distinguished Lectureship, Boston, MA (1997)
- Molecular Medicine Seminar Series, San Antonio, TX (1997)
- Massachusetts Institute of Technology (1997)
- University of California, Berkeley (1997)
- Distinguished Lecturer Series, Harvard School of Public Health, Boston, MA (1998)
- 8th Annual Corpus Ortigoza Distinguished Lectureship, Houston, TX (1998)
- Eppley Institute for Research in Cancer and Allied Diseases, Seminar Series, Omaha, NE (1998)
- Stanford University, Tumor Biology Postdoctoral Training Program, Stanford, CA (2001)
- University of Michigan, Cancer Center Grand Rounds, Ann Arbor, MI (2001)
- Department of Microbiology & Molecular Genetics students-sponsored seminar series, UC Irvine, CA, (2001)
- British Columbia Cancer Research Center "Israels Lecture", Vancouver, British Columbia, Canada, Distinguished Lectureship (2001)
- Fred Hutchinson Cancer Research Center (2001)
- Joint International Journal of Cancer/Meyer-Stiftung Lectureship, Distinguished Speaker Series, Deutsches Krebsforschungszentrum (DKFZ), Heidelberg, Germany (2002)
- Vanderbilt-Ingram Cancer Center, Breast Cancer Research Program Seminar Series, Nashville, TN (2002)
- NCI Combined Intramural Principal Investigator Retreat, Knudson Award Lecture, Chantilly, VA (2003)
- MIT Department of Biology Colloquium Series, Cambridge, MA (2003)
- Dan-Farber Cancer Institute's Seminars in Oncology, Boston, MS (2004)
- Cancer Institute of New Jersey, Distinguished Lecture Series, New Brunswick, NJ (2004)
- Midwest Student Biomedical Research Forum, University of Nebraska Medical Center, Omaha, Nebraska (2005)
- Virginia Commonwealth University, Richmond, VA (2005)
- John Hopkins, Baltimore, MD (2005)
- University of Pennsylvania, Philadelphia, PA, (2005)
- Case Western Reserve University, Olof Pearson Lecture, Cleveland Ohio (2005)
- University of California, San Francisco, Dept. of Pathology (2005)

Thea D. Tlsty

- University of California, San Francisco, Bay Area Epigenetics (2006)
- Memorial Sloan-Kettering Cancer Center, New York, NY (2006)

**RESEARCH AND CREATIVE ACTIVITIES**

Grants Funded (present)

NIH/NCI, R01 CA122024-01 - "Regulation of DNA hypermethylation in human mammary cells" Thea D. Tlsty, P.I., 10%, $600,000, 7/1/06-6/30/09

NIH/NCI, PO1 CA107584-01 A1 – "The Biological Basis of Breast Density and Cancer Risk" Thea D. Tlsty, P.I., 20% Project 2, $14,479,170, 3/1/06 -2/28/11

California Breast Cancer Research Program (11IB-0039)– "Breast Cancer Risk Associated with High Mammographic Density," Thea Tlsty, Co-P.I., 10%, $148,163.00, 7/01/05 – 12/31/06.

NIH/NCI, P50 (CA58207-04/SPORE in Breast Cancer) - "Bay Area Breast Cancer Translational Research Program," Thea D. Tlsty, Sub-Project P.I., 5%, $135,000.00. 9/1/95 - 11/30/08. Objective of this project is to study-specific aspects of mammary tissue that regulates genomic integrity.

DOD (USAMRAA) – "Benign Breast Disease: Toward a Molecular Prediction of Breast Cancer Risk," Lynn Hartmann, P.I., Thea D. Tlsty, Co-Investigator, 20%, $113,162.00, 6/01/02 – 5/31/06. Objective is to bring molecular risk prediction for breast cancer into the clinical area.

DOD/BCCOE (Mayo Clinic)- "Benign Breast Disease: Toward Molecular Prediction of Breast Cancer Risk" Lynn Hartmann (PI), Thea D. Tlsty, Co-Investigator, 20% $113,162.00. 06/01/02 – 05/31/06. The goal of this funding is to bring molecular risk prediction for breast cancer into the clinical area.

NIH / NCI, P30 (CA 82103-01)- "Cancer Center Support"
Frank McCormick (PI), Thea D. Tlsty, Co-Investigator, 15% $29,000.00. 06/01/99-05/31/07. The major goal of this funding is for partial salary support for Program Director of Cell Cycling and Signaling

NIH/NCI (1 R01 CA097214-01A1)- "Regulation of Genomic Instability in Early Breast Cancer" Thea D. Tlsty (PI), 20% $178,000.00. 06/01/03 – 05/31/08. Objective is to determine how p16INK41 contributes to the vHMEC phenotype.

Grants Funded (past)

California BCRP (9WB-0107)- "Early Transitions in Breast Cancer" Thea D. Tlsty (PI), 10% $95,276.00. 07/1/03 - 06/30/05. The goal of this funding is to study mammary cells that may be precursors to malignancy.

California Breast Cancer Research Program (8EB 0106)– "Breast Stromal Genes Act as Early Markers of Malignancy," Thea Tlsty, Co-P.I., 10%, $83,333.00, 7/01/02 – 6/30/05.  Objective is to identify markers that define the expression profile of fibroblasts that stimulate tumor progression.

Avon (CA58207-08) – "Development of New Model System to Identify Targets for Chemoprevention" Thea D. Tlsty, Sub-Project P.I., 10% $100,000.00. 04/01/02 – 03/31/05. Objective is to examine the location and frequency of mammary epithelial cells that are prone to accumulating genetic alterations.

NIH/NCI (1 RO1 CA 83812-01) – "Stromal Influences in Prostate Carcinogenesis" Thea D. Tlsty, P.I., 20%, $203,075.00 12/1/99 – 11/30/04. Objective is to examine stromal-epithelial interactions in the initiation and progression of cancer.

Thea D. Tlsty

DOD BCRP (BC023982/Concept Award)- "Modulation of Epigenetic Changes in Cancer by the Stromal Environment" Thea D. Tlsty (PI), 2% $113.625.00. 08/15/03 – 09/14/04. The goal of this funding is to determine the frequency of promoter methylation in human mammary epithelial cells that are grown in tissue culture in both 2 dimension (on plastic) and in 3 dimensions (in Matrigel).

NIH/NCI, P30 (CA82103) – "Cancer Center Support " Frank McCormick, P.I., Thea D. Tlsty, Sub-Project P.I., 15% $25,000.00. 6/01/99 - 5/31/03. Objective is for funding partial salary support for the Program Director of Cell Cycling and Signaling.

California Cancer Research Program (00-91135) - "Molecular Pathology of Neoplasia," Thea D. Tlsty, 10%, $ 236,470.00. 7/01/00 - 6/30/03. Objective is to create the Center for Translational Research in the Molecular Genetics resource is for the examination of mutational changes that lead to cancer in humans.

Cancer League, Inc. – "Selective Targeting of Early Events in Breast Cancer," Thea Tlsty, P.I., 0%, $25,000.00, 6/10/02 - 6/09/03. Objective is to test the prostaglandin synthetase inhibitor for the elimination of the early events of breast cancer in women that are highly predisposed to developing breast cancer.

Charlotte Geyer Fund – "Regulation of Genomic Instability in Early Breast Cancer," Thea Tlsty, P.I., 10%, $100,000.00, 8/01/02 – 7/30/03. Objective is to determine how $p16^{INK4a}$ contributes to the vHMEC.

NIH/NASA (CA73952-01) - "Mechanisms of Genomic Radiation" Thea D. Tlsty P.I., 0%, $168,753.03. 9/01/97 - 9/30/02. Objectives of this project are to examine how regulation of homologous recombination contributes to genomic instability.

DOE (3 T32 ES07106-18) – "Environmental Mutagenesis and Carcinogenesis" Zena Werb, P.I., Thea Tlsty, Co-P.I. 0%, $195,653.00. 7/1/82 - 6/30/02. Objective is for support of post-doctoral fellows studying environmental contributions to cancer initiation and progression.

UCSF REAC Thea D. Tlsty P.I., 0%, $50,000.00, 2001. Funds to purchase objectives for confocal microscope.

NIH/NCI, P01 (CA42765) – " Cycle-Dependent Mechanism of Chemical Carciogenesis" Thea D. Tlsty, Sub-Project (2) P.I., 10%, $96,356.00. 7/01/94 – 4/30/01. Objective of this project is to examine how aberrations in cell cycle checkpoint control leads to initiation of cancer.

UCSF Sandler Program in Basic Science (444939-41326 / 444939 - 43726) – "Dual Photon Microscope Study " Thea D. Tlsty, Co-P.I., 0%, $200,000.00, 4/01/01 – 3/31/02. Funds to purchase of fluorescent laser for confocal microscope.

DOE - "Environmentally induced Malignancies: An In Vivo Model to Evaluate the Health Impact of Chemicals in Mixed Waste" Thea D. Tlsty, Co-Investigator, Maria Pallacicini, P.I., Project 1, 20% $969,988. 6/1/97 - 5/30/00. Objective is to identify the molecular mechanisms, which allow an up regulation of strand transferase activity and homologous recombination in human cells after treatment with environmental carcinogens.

CaP Cure – "Regulation of Primary and Metastatic Adenocarcinoma of Prostate by the Associated Stroma" Thea D. Tlsty P.I., Project 1, 20%, $100,000. 7/94 - 6/99. Objectives of this project are to study stromal epithelial interactions in Prostate Cancer.

NIH (CA51912) - "Gene Amplification; A Tool to Study Neoplasia;" Thea D. Tlsty, P.I., 20%, $490,000. 1/94 - 1/99. Objective is to determine how p53 contributes to the maintenance of genomic integrity.

NIH (CA 42765) - "Cycle-dependent Mechanisms of Chemical Carcinogenesis:" David G. Kaufman, Program Director, $487,109; Thea D. Tlsty, P.I., 20%, Project 3, 6/94 - 6/00. Objective is to evaluate the relative genomic stability (aneuploidy and gene amplification).

Thea D. Tlsty

NIH (CA35488-4) Shared Equipment Grant - $12,500, 3/1/97-6/30/97.

NIH (CA58413) – "Control of Genomic Fluidity in Cancer Cells;" Thea D. Tlsty P.I., 30%, $484,000.  2/93 - 1/97.  Objective of this project is to identify complementation groups that control gene amplification and examine the regulation of deletions and recombinations.

NIH Minority Supplement, Thea D. Tlsty, P.I., Ingrid Hall, Student, 100%, $51,000. 02/94 - 06/95.   To support a minority student in her graduate program.

NIH Minority Supplement, Thea D. Tlsty, P.I., Alicia White, Student, 100%, $51,000. 12/93 - 11/94.  To support a minority student in her graduate program.

NIH Minority Supplement, Thea D. Tlsty, P.I., Ingrid Hall, Student, 100%, $30,000. 1991-1994. To support a minority student in her graduate program.

Glaxo Research Grant - "Gene Amplification in Human Tumor Cells;" Thea D. Tlsty P.I., 10%, $475,000. 09/01/93 - 08/31/95.  Objective of this project is to clone the gene(s) that suppresses the amplification potential in the HT1080 fibrosarcoma cell after fusion with a normal diploid human fibroblast

NIH (CA51912) – "Gene Amplification; A Tool to Study Neoplasia;" Thea D. Tlsty, P.I., 20%, $366,834.  1/91 - 1/94.  Objective is to determine, when in the formation of a tumorigenic cell, the ability amplify is acquired.

Glaxo Research Grant - "Gene Amplification in Human Tumor Cells;" Thea D. Tlsty P.I., 10%, $526,432. 09/01/90 - 08/31/93.  Objective of this project is to clone the gene(s) that suppresses the amplification potential in the HT1080 fibrosarcoma cell after fusion with a normal diploid human fibroblast.

Glaxo - "Gene Amplification and the Metastatic Phenotype;" Thea D. Tlsty, P.I., no effort applicable, $56,000. 2/90 - 2/92.  Objective is to support a postdoctoral fellow to study gene amplification in cells of differing metastatic potential.

NIH (5RO1 CA43110-03) - "Cellular Adaptation and Environment Carcinogenesis;" Thea D. Tlsty, P.I., 40%, $311,266. 7/1/87 - 1/30/91.  Objective of this project is to understand the role of genomic instability in carcinogenesis by elucidating the cellular and biochemical factors, which control genomic instability as exemplified by dihydrofolate reductase gene amplification.

ACS Institutional Grant #IN-15-28 - "Genomic Instability and Carcinogenesis;" Thea D. Tlsty, P.I., 20%, $3,647. 07/01/85 - 06/30/86.  Pilot study to investigate the possible relationship between a cell's potential to amplify a DNA sequence and its potential to cause tumors.

ACS Institutional Grant (#IN-15-28) - Thea D. Tlsty, P.I., 10%, $7,500.  07/01/86 - 06/30/87.  Pilot study to investigate the possible relationship between a cell's potential to amplify a DNA sequence as its response to carcinogen treatment.

Pharmaceutical Manufacturers Assoc.  Foundation 1986 Research Starter Grant -  "Gene Amplification as an Induced Stress Response;" Thea D. Tlsty, P.I., 40%, $10,000/year (2 years).  01/01/86 - 12/31/87.  Objective is to investigate the generation of cellular resistance to chemotherapeutic drugs.  This pilot study seeks to characterize DNA sequences, which may be simultaneously amplified and determined if the amplification can be induced by UV-radiation.

Medical Faculty Grant - "Induction of Dihydrofolate Reductase Gene Amplification."  Thea D. Tlsty, P.I., $2,000, 1 year.  3/86 - 3/87.  The aim of this research is to investigate the possibility that dhfr gene amplification is induced by a trans-acting factor.

Thea D. Tlsty

Medical Faculty Grant "Genomic Instability and Tumorigenicity." Thea D. Tlsty, P.I., $2,000.  4/86 - 4/87.  Pilot study to investigate a cell's potential to amplify a DNA sequence as related to its ability to form tumors.

University Research Council Grant "Induction of Homologous Recombination in Mammalian Tissue Culture Cells After Treatment With Chemical Carcinogenesis." Thea D. Tlsty, P.I., $1,500 from 5/86 to 5/87.  Pilot study to investigate the promotion of homologous recombination after carcinogen treatment.

North Carolina Biotechnology Center Grant (87-G-01011) - "Gene Amplification As A Diagnostic Marker for Tumorigenicity," Thea D. Tlsty, P.I., $24,000.  5/87 - 4/88.  Purpose is to measure gene amplification in tumorigenic cells.

## Peer-Reviewed Publications

1.    Wilkinson, DS., Tlsty, TD., and Hanas, RJ.  "The Inhibition of Ribosomal RNA Synthesis and Maturation in Novikoff Hepatoma Cells by 5-Fluorouridine."  Cancer Research 35:3014-3020, 1975

2.    Smerdon, MJ., Tlsty, TD., and Lieberman, MW.  "Distribution of Ultraviolet-Induced DNA Repair Synthesis in Nuclease Sensitive and Resistant Regions of Human Chromatin."  Biochemistry 17:2377-2386, 1978

3.    Tlsty, TD., and Lieberman, MW.  "The Distribution of DNA Repair Synthesis in Chromatin and its Rearrangement Following Damage with N-Acetoxy-2-Acetylamino-fluorene."  Nucleic Acids Research 5(9): 3261-3273, 1978

4.    Brown, PC., Tlsty, TD., and Schimke, RT.  "Enhancement of Methotrexate Resistance and Dihydrofolate Reductase Gene Amplification by Treatment of Mouse 3T6 Cells with Hydroxyurea."  Molecular and Cellular Biology, 3:1097-1107, 1983

5.    Tlsty, TD., Albertini, AM. and Miller, JH.  "Gene Amplification in the *lac* Region of *Escherichia coli.*"  Cell, 37:217-224, 1984

6.    Tlsty, TD., Brown, PC., and Schimke, RT.  "UV Radiation Facilitates Methotrexate Resistance and Amplification of the Dihydrofolate Reductase Gene in Cultured 3T6 Cells."  Molecular and Cellular Biology, 4:1050-1056, 1984

7.    Rath, H., Tlsty, TD., and Schimke, RT.  "Rapid Emergence of Methotrexate Resistance in Cultured Mouse Cells."  Cancer Research 44:3303-3306, 1984

8.    Otto, E., McCord, S., and Tlsty, TD.  "Increased Incidence of CAD Gene Amplification of Tumorigenic Rat Lines as an Indicator of Genomic Instability of Neoplastic Cells."  J. Biol. Chem., 264,3390-3396, 1989

9.    Goz, B., Carl, PL., and Tlsty, TD.  "1-beta-D-Arabino-furanosylcytosine Enhancement of Resistance to Several Antineoplastic Drugs in Mammalian Tissue Culture Cells."  Mol. Pharm. 36:360-365, 1989

10.    Tlsty, TD., Margolin, B., and Lum, K.  "Differences in the Rates of Gene Amplification in Non-tumorigenic and Tumorigenic Cell Lines as Measured by Luria-Delbrück Fluctuation Analysis."  P.N.A.S. 86:9441-9445, 1989

11.    Tlsty, TD., and Adams, P.  "Replication of the Dihydrofolate Reductase Genes on Double Minute Chromosomes in a Murine Cell Line."  Exp. Cell. Res. 188:164-168, 1990

Thea D. Tlsty

12.     Tlsty, TD. "Normal diploid human and rodent cells lack a detectable frequency of gene amplification." P.N.A.S. 87:3132-3135, 1990

13.     Tlsty, TD., White, A., and Sanchez, J. "Suppression of Gene Amplification in Human Cell Hybrids." Science. 255:1425-1427, 1999

14.     Livingstone, L., White, A., Sprouse, J., Livanos, E. and Tlsty, TD. "Altered Cell Cycle Arrest and Gene Amplification Potential Accompany Loss of Wild-Type p53." Cell. 70:923-935, 1992

15.     Jonczyk, P., White, A., Lum K., Barrett, C. and Tlsty, TD. "Amplification Potential in Preneoplastic and Neoplastic Syrian Hamster Embryo Fibroblasts Transformed by Various Carcinogens[1]." Cancer Research. 53: 3098-3102, 1993

16.     Schaefer, DI., White, A., Livanos, E. and Tlsty, TD. "Multiple Mechanisms of N-(Phosphonoacetyl)-L-aspartate Drug Resistance in SV40-infected Precrisis Human Fibroblasts[1]." Cancer Research. 53: 4946-4951, 1993

17.     Tlsty, TD., Jonczyk, P., White, A., Sage, M., Hall, I., Schaefer, D., Briot, A., Livanos, E., Roelofs, H., Poulose, B. and Sanchez, J. "Loss of Chromosomal Integrity in Neoplasia." Cold Spring Harbor Symposia on Quantitative Biology. 58: 645-654, 1993

18.     White, A., Livanos, E. and Tlsty, TD. "Differential Disruption of Genomic Integrity and Cell Cycle Regulation in Normal Human Fibroblasts by the HPV Oncoproteins." Genes and Development. 8: 666-677, 1994

19.     Dulic, V., Kaufman, WK., Wilson, SJ., Tlsty, TD., Lees, E., and Reed, S. "p53 Dependent Inhibition of Cyclin-Dependent Kinase Activities in Human Fibroblasts during Radiation-Induced $G_1$ Arrest." Cell. 76:1013-1023, 1994

20.     Forrester, K., Kispert, J., Sanchez, JH., Gerwin, BI., Tlsty, TD. and Harris, CC. "Clonal Variation of Tumorigenic Potential in v-HA-ras Transformed Human Bronchial Epithelial Cells: Relationship to ras Oncogene Expression and CAD Gene Amplification." Molecular Carcinogenesis 11:34-41, 1994

21.     Tlsty, TD., White, A., Livanos, E., Sage, M., Roelofs, H., Briot, A. and Poulose, B. "Genomic Integrity and the Genetics of Cancer." Cold Spring Harbor Symposia on Quantitative Biology. 59: 265-275, 1994

22.     Paules, RS., Wilson, SJ., Innes, CL., Rhoses, N., Levedakou, EN., Tlsty, TD., Donehower, LA., Tainsky, MA. and Kaufmann, WK. "Defective $G_2$ Checkpoint Function in Cells from Individuals with Familial Cancer Syndromes." Cancer Research. 55:1763-1773, 1995

23.     Tlsty, TD., Briot, M., Poulose, B. "[8] Analysis of Cell Cycle Checkpoint Status in Mammalian Cells." Methods in Enzymology. 254:125-152, 1995

24.     Xion, Y., Kuppuswamy, D., Hixon, M., Livanos, E., Beach, D., and Tlsty, TD. "Alteration of Cell Cycle Kinase Complexes in Human Papillomavirus E6- and E7- Expressing Fibroblasts Precedes Neoplastic Transformation." Journal of Virology. 70:999-1008, 1996

25.     Chen, CYM., Hall, IJ., Lansing, TJ., Gilmer, TM., Tlsty, TD., and Kastan, MB. "Separate Pathways for p53 Induction by Ionizing Radiation and N- (Phosphonoacetyl)-L-aspartate" Cancer Research. 56:3659-3662, 1996

26.     Tlsty, TD. "Gene Amplification as Marker for Studying Genomic Instability" Methods in Molecular Genetics. 8: 388-401, 1996

27.    Tlsty, TD. "Regulation of Genomic Instability in Preneoplastic Cells." Cancer Surveys. 28: 217-224, 1996

28.    Tlsty, TD. " Abrogation of Cell Cycle Checkpoint Control in Preneoplastic Cells." Radiation Oncology Investigations 3:320-322, 1996

29.    Tlsty, TD. "Genomic instability and its role in neoplasia." Current Topics in Microbiology and Immunology, 221:37-46, 1997

30.    Hall, IJ., Gioeli, D., Weissman, BE., Tlsty, TD. "Identification of Additional Complementation Groups that Regulate Genomic Instability." Genes, Chromosomes and Cancer, 20:103-112. 1997

31.    Nigro, NM., Aldape, KD., Hess, SM., and Tlsty, TD.  "Cellular Adhesion Regulates p53 Protein Levels in Primary Human Keratinocytes."  Cancer Research. 57:3635-3639, 1997

32.    Gualberto, A, Aldape, KD, Tlsty, TD. "An oncogenic form of p53 confers a dominant gain-of-function phenotype that disrupts spindle checkpoint control." Proceedings National Academy of Sciences. 95:5166-5171, 1998

33.    Gonzalez, AJ., Christensen, JG., Preston, RJ., Goldsworthy, TL., Tlsty, TD., and Fox, TR. "Attenuation of G1 checkpoint function by the non-genotoxic carcinogen Phenobarbital." Carcinogenesis. 19:1173-1183, 1998

34.    Tlsty, TD. "Cell-adhesion-dependent influences on genomic instability and carcinogenesis." Current Opinion in Cell Biology. 10:647-653, 1998

35.    Olumi, AF., Dazin, P., and Tlsty, TD. "A Novel Coculture Technique Demonstrates That Normal Human Prostatic Fibroblasts Contribute to Tumor Formation of LNCaP Cells by Retarding Cell Death." Cancer Research. 58:4525-4530, 1998

36.    Jiang, X., Jimenez, G., Chang, E., Frolkis, M., Kusler, B., Sage, M., Beeche, M., Bodnar, AG., Wahl, GM., Tlsty, TD., Chiu, C. "Telomerase Expression in Human Somatic Cells Does Not Induce Changes Associated With A Transformed Phenotype." Nature Genetics, 21:111-114, 1999

37.    Tlsty, TD.  "A Molecular Blueprint for Targeting Cancer?"  Nature Genetics 21:4-5, 1999

38.    Olumi, AF., Grossfeld, GD., Hayward, SW., Carroll, PR., Tlsty, TD., and Cunha, GR. "Carcinoma-associated Fibroblasts Direct Tumor Progression of Initiated Human Prostatic Epithelium[1]." Cancer Research, 61: 5002-5011, 1999

39.    Meyer, KM., Hess, SM., Tlsty, TD., and Leadon, ST.  "Human Mammary Epithelial Cells Exhibit a Differential p53-Mediated Response Following Exposure to Ionizing Radiation or UV Light." Oncogene 18:5795-5805, 1999

40.    Felsher, DW., Zetterberg, A., Zhu, J., Tlsty, TD., Bishop, JM. "Overexpression of MYC causes p53 dependent G2 arrest of normal fibroblasts."  PNAS. 97:10544-8, 2000

41.    Romanov, S., Kozakiewicz, BK., Holst, CR. Stampfer, MR., Haupt, LM., and Tlsty, TD. "Normal Human Mammary Epithelial Cells Spontaneously Emerge from Senescence and Acquire Genomic Instability." Nature 409:633-637, 2001

42.    Tlsty, TD., Hein, PH. "Know thy neighbor: stromal cells can contribute oncogenic signals." Current Opinion in Genetics & Dev. 11:54-59, 2001

43.     Tlsty, TD., Romanov, SR., Kozakiewicz, BK., Holst, CR., Haupt, LM., Crawford, YG. "Loss of Chromosomal Integrity in Human Mammary Epithelial Cells Subsequent to Escape from Senescence." Journal of Mammary Gland Biology and Neoplasia 6:235-243, 2001

44.     Tlsty TD. "Stromal cells can contribute oncogenic signals"Semin Cancer Biol. Apr;11(2):97-104. Review, 2001

45.     Stoeber, K., Tlsty, TD., Happerfield, L., Thomas, G., Romanov, S., Bobrow, L., Williams, ED., Williams, GH. "DNA replication licensing and human cell proliferation." Journal of Cell Science 114:5027-2041, 2001

46.     Tlsty, TD. "Searching for Targets: The Power of Somatic Cell Genetics." Genome Research 11:187-188, 2001

47.     Tlsty, TD. "Stromal Cells can Contribute Oncogenic Signals." Seminar in Cancer Biology 11:97-104, 2001

48.     Meng, M., Grossfeld, G., Williams, GH., Dilworth, S., Stoeber, K., Mulley, T., Weinberg, V., Carroll, P., Tlsty, TD. "Minichromosome Maintenance Protein 2 Expression in Prostate: Characterization and Association with Outcome after Therapy for Cancer." Clinical Cancer Research 7:2712-2718, 2001

49.     Venetsanakos E., Mirza A., Fanton C., Romanov S., Tlsty TD., McMahon M. "Induction of tubulogenesis in telomerase-immortalized human microvascular endothelial cells by glioblastoma cells. Experimental Cell Research 273: 21-33, 2002.

50.     Tlsty TD. "Functions of p53 suppress critical consequences of damage and repair in the initiation of cancer" Cancer Cell. Jul;2(1):2-4, 2002

51.     Holst, C., Nuovo, G., Esteller, M., Chew, K., Baylin, S., Herman, J., Tlsty, TD. "Methylation of p16INK4a Occurs in Vivo in Histologically Normal Human Mammary Epithelia." Cancer Research 7: 1596-1601, 2003.

52.     Shim, V., Gauthier, ML., Sudilovsky, D., Mantei, K., Chew, KL., Moore, DH., Cha, I., Tlsty, TD., Esserman, LJ. "COX-2 expression is related to nuclear grade in DCIS and is increased in its normal adjacent epithelium." Cancer Research 63:2347-2350, 2003

53.     McDermott KM., Holst CR., Zhang J., Kozakiewicz BK., **Tlsty TD** "Loss of p16[INK4a] uncouples centrosome duplication and DNA replication cycles permitting genomic instability in primary human mammary epithelial cells" Nature Cell Biology (Submitted).

54.     Crawford YP, Gauthier M, Joubel A, Mantei K, Kozakiewicz BK, Afshari C, Tlsty TD. "Histologically normal human mammary epithelia with silenced p16INK4a overexpress COX-2, promoting a premalignant program" Cancer Cell 5(3):263-73, 2004

55.     Tlsty TD, Crawford YG, Holst CR, Fordyce CA, Zhang J, McDermott K, Kozakiewicz K, Gauthier ML. "Genetic and epigenetic changes in mammary epithelial cells may mimic early events in carcinogenesis".J Mammary Gland Biol Neoplasia. Jul;9(3):263-74, 2004

56.     Gauthier ML, Pickering CR, Miller CJ, Fordyce CA, Chew KL, Berman HK, Tlsty TD. "p38 regulates cyclooxygenase-2 in human mammary epithelial cells and is activated in premalignant tissue" Cancer Res. Mar 1;65(5):1792-9, 2005

57.    Tlsty TD, Coussens LM, "Tumor Stroma and Regulation of Cancer Development." Annual Review of Molecular Pathology volume 1, 2005

58.    Hartmann LC, Sellers TA, Frost MH, Lingle WL, Degmin AC, Ghosh K, Vierkant RA, Maloney SD, Pankratz VS, Hillman DW, Suman VJ, Johnson J, Blake C, Tlsty TD, Vachon CM, Melton LJ, Visscher DW. "Benign Breast Disease and the Risk of Breast Cancer" N Engl J Med Jul 21;353(3):229-237, 2005

59.    McDermott KM, Zhang Z, Holst CR, Kozakiewicz KB, Singla V,Tlsty TD. "p16 Prevents Centrosome Dysfunction and Genomic Instability in Primary Cells " Plos Biol. Mar;4(3):e51, 2006

60.    Berman H, Zhang J, Crawford YG, Gauthier ML, Fordyce CA, McDermott KM, Sigaroudinia M, Kozakiewicz, Tlsty TD, "Genetic and Epigenic Changes in Mammary Epithelial Cells Identify a Subpopulation of Cells Involved in Early Carcinogenesis" Cold Spring Harbor Symposia on Quantitative Biology, Volume LXX (In press)

61.    Reynolds PA, Sigaroudinia M, Zardo G, Wilson MB, Benton GM, Miller CJ, Hong C, Fridlyand J, Costello JF, Tlsty TD, "Polycomb-mediated DNA hypermethylation is regulated by the tumor suppressor p16INK4A" (In review)

Requested Publications

1.    Lieberman, MW., Smerdon, MJ., Tlsty, TD., and Oleson, FB. "The Role of Chromatin Structure in DNA Repair in Human Cells Damaged with Chemical Carcinogens and Ultraviolet Radiation." Environmental Carcinogenesis, Emmelot, P. and Kriek, E., eds., Elsevier/North Holland Biomedical Press, Amsterdam, pp. 345-363. 1979

2.    Berg, D., Egner, C., Hirschel, B., Howard, J., Jorgensen, R., and Tlsty, TD. "Insertion, Excision, and Inversion of Transposon Tn5." Cold Spring Harbor Symposium, Quantitative Biology. 45 pp. 115-123, 1981

3.    Tlsty, TD., Brown, P., Johnston, R., and Schimke, RT. "Enhanced Frequency of Generation of Methotrexate Resistance and Gene Amplification in Cultured Mouse & Hamster Cell Lines." Gene Amplification, Schimke, R.T., editor, Cold Spring Harbor Laboratory, New York, pp. 231-238, 1982

4.    Albertini, AM., Hofer, M., Calos, MP., Tlsty, TD. and Miller, JH. "An Analysis of Spontaneous Deletions and Gene amplification in the lac Region of Escherichia coli." Cold Spring Harbor Symposium, Quantitative Biology, Volume 47, pp. 841-850, 1983

5.    Schimke, RT., Brown, PC., Johnston, RN., Mariani, B. and Tlsty, TD. "Gene Amplification and Methotrexate Resistance in Cultured Animal Cells." Genes and Proteins in Oncogenesis, Weinstein and Vogel, editors, Academic Press, Inc, New York, pp. 269-283, 1983

6.    Schimke, RT., Beverly, S., Brown, P., Cassin, R., Federspiel, N., Gasser, C., Hill, A., Johnston, R., Mariani, B., Mosse, E., Rath, H., Smouse, D., and Tlsty, TD. "Drug Resistance and Gene Amplification in Eucaryotic Cells." Mechanisms of Drug Action, T.P. Singer and R.N. Ondarza, editors, Academic Press, Inc., New York, 1983

7.    Tlsty, TD., McCord, S., and Otto, E. "Gene Amplification and Tumorigenicity." Mechanisms and Consequences of DNA Damage Processing, UCLA Symposia on Molecular and Cellular Biology, E. Friedberg and P. Hanawalt, editors, Alan R. Liss, Inc., New York, NY, New Series, 83:571-575, 1988

Thea D. Tlsty

8.      Barrett, JC., Tsutsui, T., Tlsty, TD., and Oshimura, M. "Role of Genetic Instability in
        Carcinogenesis." UCLA Symposia on Molecular and Cellular Biology, C. Harris and L. Liotta,
        editors, Alan R. Liss, Inc., New York, NY, New Series, Volume 114, 1989

9.      Tlsty, TD. "Loss of Genomic Integrity in Cancer." DNA Repair Mechanisms: Impact on Human
        Diseases and Cancer, J. -M. H. Vos, ed., R.G. Landes Co., Austin, TX, 'Molecular Biology
        Intelligence Unit Series', pp. 285-299. 1994

10.     Tlsty, TD. "Cell Cycle Control and Genomic Instability." Cancer and Metastasis Reviews, R.S.
        Kerbel, ed., Kluwer Academic Publishers, Dortrecht, The Netherlands, 14:1-2, 1995

11.     Tlsty, TD. "Abrogation of Cell Cycle Checkpoint Control in Preneoplastic Cells." Accomplishments
        in Cancer Research, 1994, J.G. Fortner, ed., J.B. Lippincott Co., Philadelphia, PA, p. 133-139, 1995

12.     Tlsty, TD., Briot, A., Poulose, B. "Analysis of Cell Cycle Checkpoint Status in Mammalian Cells."
        Methods in Enzymology, P.K. Vogt and I.M. Verma, eds., Academic Press, Inc., San Diego, CA,
        Volume 254 (Oncogene Techniques), pp. 125-152, 1995

13.     Tlsty, TD., Briot, A., Gualberto, A., Hall, I., Hess, S., Hixon, M., Kuppuswamy, D., Romanov, S.,
        Sage, M., White, A. "Genomic Instability and Cancer." Mutation Research - DNA Repair, E.C.
        Friedberg, ed., Elsevier Science B.V., Amsterdam, The Netherlands, 337:1-7, 1995

14.     Tlsty, TD. "Multistep Carcinogenesis and Genomic Instability." Cancer Research, C.M. Croce, M.
        Foti, M.A. Mennite, eds., AACR, Philadelphia, PA, 'Perspectives in Cancer Research Column', 1995

15.     Tlsty, TD. "Genetic Control of Genomic Instability in Neoplastic Cells." Trends in Genetics, A.
        Stewart, ed., Elsevier Trends Journals, Cambridge, UK, 1995

16.     Tlsty, TD. "Genomic Instability and Response to DNA Damage." DNA Damage and Repair
        Biochemistry, Genetics and Cell Biology, M.F. Hoekstra, J.A. Nickoloff, eds., Humana
        Press, Totowa, NJ, 1995

17.     Tlsty, TD. "Gene Amplification as a Marker for Studying Genomic Instability." Human Molecular
        Genetics, K.W. Adolph, ed., Academic Press, Orlando, FL, 'Methods in Molecular Genetics Series',
        8:388-401, 1996

18.     Tlsty, TD. "Gene Amplification." Encyclopedia of Molecular Biology, T.E. Creighton, ed., European
        Molecular Biology Laboratory London, England, A. Wiley-Interscience Publication p.965-976, 1999

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing EXPERT REPORT OF THEA

D. TLSTY, PH.D. was served upon Counsel as follows:

Kevin M. Flowers, Ph.D., Esq.
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357

via Federal Express on this 14th day of April, 2006.

Steven B. Kelber