Volume I, Pages 1-179

Exhibits: 2079-2087

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

-------------------------------

Cell Genesys, Inc.

      Plaintiff

vs.                    Docket No. 04-01407 (JDB)

Applied Research Systems

ARS Holding N.V.

      Defendants

-------------------------------

DEPOSITION OF SCOTT C. CHAPPEL, PH.D.

Thursday, January 19, 2006, 9:00 a.m.

Donnelly, Conroy & Gelhaar, LLP -- Conference Center

One Beacon Street

Boston, Massachusetts

-------Reporter: Joan M. Cassidy, RPR, CRR-------

jcassidy@fabreporters.com   www.fabreporters.com

Farmer Arsenault Brock LLC

50 Congress Street, Suite 415

Boston, Massachusetts 02109

617.728.4404   Fax 617.728.4403

1  the genetic tools necessary to clone and express TSH
2  beta of some mammalian species, right?
3          MR. FLOWERS:  Objection to the question
4  as asked and answered.
5      A.  It doesn't.
6      Q.  What's missing?
7      A.  In terms of tools, the tools that were
8  generated here do not include the targeting
9  sequence, so they're not all included here.
10     Q.  I'm sorry, I didn't hear you.
11     A.  So they're not all included.
12     Q.  Okay.  Anything else, sir?
13         (Pause.)
14     Q.  Anything else?
15     A.  Again, I think I'm having trouble
16  understanding what the -- what your question is.
17     Q.  Let me ask you to turn to Figure 2 of
18  Exhibit 2084, the '832 patent.  Figure 2, '832.
19  That vector that's there, because there are some
20  options, who developed that?
21         MR. FLOWERS:  Objection, vague and
22  ambiguous as to the word "developed."
23     Q.  Who invented it?
24     A.  I don't know.

1   Q.   Are you confident it was developed by one
2   of Kelton, Nugent, and Chappel?
3   A.   It was made by Kelton, Nugent, or Chappel.
4   Invented?  This pML is a commercially available
5   backbone vector.  Metallothionein promoter is known.
6   Cloning site is, you know, potential space for
7   something.  SV40 promoters, origins, or replication,
8   poly (A) sequences, those were all used routinely at
9   Integrated Genetics.  They weren't invented.
10   Q.   And the use of DHFR ODC or tPA?  Do you see
11   the asterisk at the bottom?
12   A.   Yes.
13   Q.   That was routine as well?
14   A.   Again, tPA is tissue plasminogen activator
15   that is used as a marker.  DHFR, ODC are selectable
16   markers or amplifiable markers.
17   Q.   And that all was customary and usual at
18   Integrated Genetics, the use of any one of those as
19   a selectable marker?
20   A.   They were all available.  They weren't used
21   customarily.
22   Q.   Was DHFR customary?
23   A.   It was used, yes.
24   Q.   In the work that you did that is reflected

118

1  in the '832 patent together with Kelton and Nugent,
2  did you use the same mutated DHFR that showed a
3  lower resistance to MTX -- I'm sorry, that showed
4  the reduced MTX influence?
5     A.  Yes.
6     Q.  Did you tell the Patent Office about the
7  '832 patent while you were filing for your own
8  application on homologous recombination?
9     A.  Did I?
10    Q.  Yes, sir.
11    A.  No.
12         MR. KELBER:  Let's take just a short
13 break, a couple minutes.  Is that okay?
14         THE WITNESS:  Sure.
15         MR. KELBER:  We'll go off the record.
16         (Recess.)
17 BY MR. KELBER:
18    Q.  With a cell line having the variability of
19 $GH_3$ cells, how, in terms of -- I'm sorry -- how do
20 you confirm that you're avoiding false positives,
21 genomic DNA or some type of phenotype change in the
22 clones that you pull off in -- or that you did pull
23 off in GF 4300?
24         (Pause.)

1     Q.    Let me try it a different way.  Isn't it
2  necessary to test the subclones to be certain you
3  are not seeing a change in the $GH_3$ cell itself
4  rather than something due to the activation, if you
5  are working with a TSH beta?
6     A.    First, I'm not sure what you mean by
7  variability in the $GH_3$ cells.  What do you mean by
8  "variability"?
9     Q.    Let me try and do that one.  You mentioned
10 that you looked at the literature for $GH_3$ and you --
11 they were available from the ATCC, right?
12    A.    Yes.
13    Q.    In looking at that, you undoubtedly noticed
14 that the chromosome counts for those cells were all
15 over the board, up to as high as 73, right?
16    A.    I didn't know that.
17    Q.    Prior to making the decision on $GH_3$ cells,
18 did you have anybody look at the stability of those
19 cells?
20    A.    Genetic stability?
21    Q.    Yes, sir.
22    A.    No.
23    Q.    How about phenotypic stability?
24    A.    Phenotype could be anything.  I don't know