# APPENDIX A

# TO THE

# MEMORANDUM OF CGI

# THE "JAPAN" REFERENCE IS NOT

# PRIOR ART TO CGI

# (Claims 107 - 109)

107. A method of causing a mammalian cell to express a gene of that cell's genome encoding a protein not normally expressed by said cell, comprising inserting a DNA construct through homologous recombination into said genome of said cell in proximity to said gene, said construct comprising at least one of an amplifiable gene, other regulatory sequence, or both, and DNA homologous with DNA of a region of said genome in proximity to said gene, whereby expression of said gene in said cell is caused to occur.

108. A method of causing a mammalian cell to increase the level of expression of a gene of that cell's genome encoding a protein normally expressed by said cell, comprising inserting a DNA construct through homologous recombination into said genome of said cell in proximity to said gene, said construct comprising at least one of an amplifiable gene, other regulatory sequence, or both, and DNA homologous with DNA of a region of said genome in proximity to said gene, whereby expression of said gene in said cell is caused to occur.

109. A method of causing a mammalian cell to express a gene of that cell's genome encoding a protein not normally expressed by said cell, comprising inserting a DNA construct through homologous recombination into said genome of said cell in proximity to said gene, said construct comprising at least one of an amplifiable gene, other regulatory sequence, or both, and DNA homologous with DNA of a region of said genome in proximity to said gene, whereby expression of said gene in said cell is caused to occur in said cell in which said DNA construct is incorporated .

A-1