APPENDIX B

TO THE

MEMORANDUM OF CGI

THE "JAPAN" REFERENCE IS NOT

PRIOR ART TO CGI

(Timelines Showing Conception Events and

Documents and Diligence)

# Timeline of Significant Events
## Invention Conception
### February to August, 1989

**2-15-89**
Meeting at Wilkerson Group – CEO wants a short term project – "something to put in a bottle" to sell. Skoultchi *conceives invention* after leaving the meeting. Familiar with IP issues – records idea in his notebook

**4-28-89**
Company wants to move forward with Skoultchi invention. Skoultchi discusses his idea with Rowland, documents discussion in his notebook

**7-10-89**
Levin memo update on key issues including prompting Skoultchi to complete scientific plan and work with Rowland

**7-24-89**
Skoultchi's written scientific plan faxed by Levin to Rowland

**7-25-89**
Skoultchi gives detailed presentation to CGI co-founders and start-up team

**8-26-89**
CGI draft Business Plan completed, Skoultchi's invention is 1 of 3 projects CGI will focus on

**8-29-89**
Rowland completes Patent Application for Skoultchi's invention (Confirmation of Invention)

Timeline: 2/89 — 3/89 — 4/89 — 5/89 — 6/89 — 7/89 — 8/89





Timeline of Significant Events
Diligence
August to November, 1989

8-1-89 to 11-6-89
Rowland prepares, reviews and finalizes Patent Application

11-6-89
Skoultchi's Patent Application is filed at the USPTO

8-29-89
Rowland completes Patent Application for Skoultchi's invention (Confirmation of Invention)

9-20-89
CGI draft Business Plan completed, Skoultchi's invention is CGI's first project to focus on, with patent status shown as "being filed"

8-1-89 to 11-6-89
CGI continues efforts to complete business plan, obtain funding, lab space, scientific advisors and consultants

8/89    9/89    10/89    11/89