# APPENDIX C

## TO THE

## MEMORANDUM OF CGI

## THE "JAPAN" REFERENCE IS NOT

## PRIOR ART TO CGI

(The Individuals Present for the

July 24 - 25 1989 Meeting and Their

Responsibilities)

# CGI Start Up Team 1989

**Cell Genesys, Inc. (CGI)**

**Founders and Scientific Advisory Board (SAB)**
Dr. Art Skoultchi – Inventor
Dr. Raju Kucherlapati
Dr. Oliver Smithies
Dr. Robert Tepper

**Those at CGI Responsible for Science, Management and Intellectual Property**
**All Met on July 24-25, 1989**

**CGI Counsel**
Burt Rowland, Patent Attorney
Leydig, Voit & Mayer, Ltd.

**Mayfield Group**
Mark Levin
Consulting Partner, CGI CEO
George Savage
Andy Thompson