# APPENDIX E

# TO THE

# MEMORANDUM OF CGI

# THE "JAPAN" REFERENCE IS NOT PRIOR

# ART TO CGI

(Minutes of the Meeting of the Scientific

Advisory Board of CGI, July 24 - 25, 1989)

**E.      Minutes from the Scientific Advisory Board Meeting Clearly Corroborate
Skoultchi's Conception of the Invention Prior to August 29, 1989**

CGI 3224 – 3234 reflect the actual minutes of the Scientific Advisory Board (SAB)

Meeting held July 24 and 25, 1989, at the Mayfield Fund.  Importantly, and in contrast to the

present case, this document was the sole corporate document relied upon CGI to antedate the

Japan reference in the interference below (submitted as Exhibit A to Exhibit 2054).  The Board

was critical of this document, and in particular, the drawing reflecting Skoultchi's presentation at

CGI 3231, which is referenced by the title "Art."  (Decision, beginning at page 95).  The Board

was critical of this evidence because it was not possible for CGI, at the time, to draw a

relationship between "the handwriting and hand-drawings" and Rowland's Declaration,

Decision, page 100 and because Rowland, whose Declaration introduced the minutes, could not

testify to much of the information in those minutes aside from Skoultchi's presentation and he

was not the author of the document.  *See*, in particular, pages 109 – 110.

Through discovery in this case, it was learned that the author of the document, including

the hand-drawings, was George Savage of Mayfield Fund.  The testimony of Savage and others

present for that meeting, confirmed Rowland was present only for Skoultchi's disclosure to the

group, and thus would not have had a recollection of the other topics in the document or

individuals other than the CGI founders/inventors and CEO Levin.

The drawing at CGI 3231 unquestionably describes the insertion of a construct, including

the DHFR amplifiable gene, which may include an enhancer regulatory segment ("for ↑

expression"), to be inserted either "upstream or downstream from the TPA gene" (also indicated

by arrows drawn to the left or right of the TPA gene), which is the same description in the July

24 fax of the Scientific Plan.  The process was specifically described as one for improving

"protein production in mammalian cells without cloning of the TPA gene."

E-1

**Testimony Authenticating and Corroborating the Minutes of the July 25, 1989 Meeting**

While the Board questioned whether this presentation by Skoultchi, in fact, reflected the use of homologous recombination, the witnesses to this extraordinary meeting confirmed that it did. Testimony concerning the SAB Meeting and Minutes was provided by Savage, Thompson, Levin, Skoultchi, Rowland and Kucherlapati.

Savage, the author of the document, has a vivid recollection of the actual meeting, independent of his notes. His drawing was intended to reflect Skoultchi's presentation of his protein production invention, using homologous recombination. The presentation was drawn on a white board in front of the Scientific Advisory Board and others. Savage specifically recalled Rowland's attendance, and where he sat during the meeting. Transcript, 50 – 55.

Thompson recognized and confirmed that the handwriting and the drawing of the minutes is that of George Savage. Transcript, 51 – 52. Thompson also has a clear recollection of the meeting and Skoultchi's presentation, independent of the minutes, and remembered that Rowland was in attendance. Transcript 43 – 46, 50 – 53. Thompson remembered that Rowland and Skoultchi had a conversation "on the side" because Rowland was going to write-up the presentation as a patent application. Thompson, 50 – 53.

Levin also testified that he was at the meeting, and that this was an important meeting. Levin testified that the drawing on CGI 3231 is a clear reflection of Skoultchi's idea, and that during the meeting, this idea, its patentability and the freedom from other patents was discussed. Transcript, page 121.

Seventeen years after the event, Skoultchi had a very vivid memory of going to the white board at the Mayfield Fund Conference Room and drawing his invention out, as well as his discussions surrounding it. Transcript, 70 – 71, 81, 84, 105, 107 – 100 and 121. The minutes of

the SAB Meeting reflects his presentation. Transcript, 128 – 131. Skoultchi specifically remembered that the decision was made on July 25, 1989, for Rowland to prepare a patent application. As is discussed below, that patent application was prepared, with a first draft being finalized on August 29, 1989. Rowland also specifically recalled the meeting and Skoultchi's presentation. Rowland was only there on the 25th to hear Skoultchi's presentation, Exhibit 2054, para. 2, and would have had no cause to have been familiar with many of the names or subjects of the minutes, something that the Board could not reconcile with the evidence then available. Decision on Motions, pages 109 – 111. Rowland felt that the presentation was absolutely clear when presented, and it was absolutely clear that it would work. Transcript, pages 34 – 35.

Kucherlapti also recognized the minutes from the meeting and noted that it reflected Skoultchi's idea for production of therapeutic proteins using homologous recombination to modify cells, CGI 3231 and Transcript, p. 94 - 101. He confirmed that there was discussion of transfer to secondary cells because of FDA concerns that the primary modified cells, that is the cells altered by homologous recombination, would not be considered acceptable sources of protein by the FDA. Transcript, 94 – 101.

In addition, Kucherlapati also drew a schematic reflecting Skoultchi's July 25th presentation (CGI 3236), which is similar to that drawn by Savage for the minutes, but which further includes an "X" notation between the "amplifiable vector" and the "TPA gene." That notation is the art recognized abbreviation for depicting homologous recombination between two sequences. Moreover, homologous recombination was the technology platform the entire company was founded upon, as exemplified in the August 26, 1989 draft Business Plan:

> Cell Genesys, Inc. will become a fully-integrated
> biopharmaceutical company that develops novel classes of
> products for treatment of human diseases based upon the cell

E-3

engineering technology of Homologous Recombination. (CGI
3263, *see* also, 3266 Technology)

Again, CGI respectfully submits that the fax of July 24, 1989, provided to Rowland,

taken alone, and especially in light of the meetings of the SAB, and the presentation of Skoultchi

of his idea on July 25, 1989, as recorded by Savage and Kucherlapati, unquestionably

demonstrate that Skoultchi and CGI were in possession of the invention of claims 107 – 109, as

understood by the Board, prior to August 29, 1989.

# Levin Memo to Founders and Scientific Advisory Board
# Re: SAB Meeting





# Minutes from Scientific Advisory Board Meeting

## July 25, 1989

## Skoultchi's white board presentation to the Scientific Advisory Board



## Drawn by Savage - July 25, 1989