# APPENDIX F

## TO THE

## MEMORANDUM OF CGI

## THE "JAPAN" REFERENCE IS NOT PRIOR

## ART TO CGI

(CGI Business Plan of August 26, 1989)

F.  **CGI's Business Plan of August 26, 1989**

No later than the SAB Meeting of July 25, 1989, and in fact quite a bit earlier, the newly formed company had made the determination to proceed with and develop Skoultchi's invention, as addressed in claims 107-109, as a focal piece. This continued focus on the invention is reflected in a CGI Business Plan (draft number 2) dated August 26, 1989 (CGI 3260 – 3313), directed toward an audience of potential investors. At 3263, three major projects of Cell Genesys (that will lead to the company's first products) are identified. Item 3, which the handwritten notes indicate should become item 1, is:

> Production of human proteins – development of a technique to produce already approved therapeutic proteins without infringing on existing patents.

This, of course, is Skoultchi's idea, and is expanded upon at CGI 3264 (*see*, Production of Human Proteins). This production of human proteins, using homologous recombination, is reflected as a core of the Business Plan at CGI 3274. The in-depth discussion of Skoutchi's invention begins at CGI 3288 and continues to 3292. It identifies, as the scientific purpose, to demonstrate that the use of "homologous recombination for gene insertion" can be used by "creating genetically engineered cell lines that express significant amounts of therapeutic human proteins." Again, the emphasis on the invention is the use of homologous recombination to insert DNA sequences that will increase the amount of therapeutic human proteins expressed by the cell lines so modified. Among the proteins then approved for therapeutic applications, and targeted by the company, is TPA or tissue plasminogen activator, CGI 3288, which is the same exemplary gene discussed in the July 24, 1989 fax to Rowland, and at the July 25th meeting. Another protein of interest, captured in CGI claim 106, is erythropoietin or EPO. These two proteins were among those selected as initial targets to focus on, in terms of products to sell. CGI 3289. That this was a continuing project of CGI is reflected in the draft Business Plan "key

tasks and milestones," CGI 3291 – 3292, and in fact refers to the amplification vector discussed above, and modified primary and secondary cell lines. Again, the very first task or milestone emphasizes the importance of the company filing its own patent application. A "summary of inventions and patents applied for" is set forth at CGI 3304. This "Patent Strategy" summary page was written by Thompson (Savage Transcript, page 85, ll. 21-24), and plainly identifies Skoultchi as the inventor of the "protein production in mammalian cells" invention/idea (left column) and that the status of the patent was "in preparation" (column 5) by Bertram Rowland (top paragraph).

**Testimony Authenticating and Corroborating the August 26, 1989 Draft Business Plan**

Testimony was offered with respect to this Business Plan, Savage testifying that he prepared it together with Thompson. He recalled that together, they prepared all of it, and noted that Skoultchi's work clearly came much earlier than August 26, 1989. Transcript, pages 82 – 89.

Thompson also recalled preparation of the Business Plan, and monitored the progress of the patent applications referred to therein. Thompson specifically recalled Skoultchi talking about CHO cells, the cells acceptable to the FDA, in the context of the Business Plan, page 104. Thompson specifically recalled that he first heard about Skoultchi's invention for producing therapeutic proteins using homologous recombination sometime in late Spring (February – April, 1989). Transcript, 34 – 36, 51 – 52 and 57 – 58. Again, the testimony is consistent and the documents convincing – Skoultchi had possession of the invention that is the subject matter of claims 107 – 109 well prior to August 29, 1989.

Levin testified that the Business Plan was prepared by Thompson and Savage, and reflects the date of preparation and the status of the projects, pages 138 – 140, confirming the

F-2

Business Plan accurately reflected the status of the start-up efforts of CGI. Kucherlapati was asked a particular question over and over by counsel for ARS (indeed, it is worth noting that <u>all of the testimony</u> relied on by CGI herein was provided in response to questions by counsel for ARS). Kucherlapati testified that he generally recognized the CGI Business Plan, and characterized the plan as a "selling document" for investors, not one intended to reveal detail of how each project would be approached in scientifically (Transcript, page 114.) Indeed, the patent application for Skoultchi's idea had not yet been filed, but was in preparation (CGI 3304). Nonetheless, at page 3291, the Business Plan revealed the method as one requiring an "amplification vector," identifying cells with proper "integration of the vector in sites flanking the target gene," and then using those cells for the "production of the human protein of interest." As the introductory paragraph, CGI 3288, makes clear, the method requires homologous recombination to insert the DNA vector.

    Taken together, the documentation is overwhelming that Skoultchi and CGI were in possession of the invention well prior to August 29, 1989, particularly given that Skoultchi is identified as the inventor of the "Production of Human Proteins" project (CGI 3304), with preparation of the patent application underway prior to the August 26, 1989 date of the Business Plan.

# Cell Genesys, Inc. Business Plan Draft #2
## August 26, 1989

Cell Genesys intends to be the world's leading company in the development and application of Homologous Recombination.



August 26, 1989

### INTRODUCTION

Cell Genesys, Inc. will become a fully-integrated biopharmaceutical company that develops novel classes of products for treatment of human disease based upon the cell engineering technology of Homologous Recombination.

Cell Genesys intends to be the world's leading company in the development and application of Homologous Recombination. The company is recruiting a team of outstanding scientists who have the capability to achieve rapid scientific success, expects to continue to attract the best scientists in the field of Homologous Recombination, growing to become an important force in the biopharmaceutical industry.

The commercial development of Homologous Recombination by Cell Genesys is particularly timely. The techniques involved have been developed over many years and a long history now exists in the scientific literature. (This is referenced in the Appendix.) Homologous Recombination technology is just reaching the point where it has significant commercial potential. This represents an exciting opportunity for the founders and investors in Cell Genesys.

### THE BUSINESS

Cell Genesys has developed three major projects that will lead to the company's first products:

1. Universal Retinal Transplants – development of a new therapy to treat blindness caused by macular degeneration.

2. Human Monoclonal Antibodies – development of strains of mice capable of producing fully human monoclonal antibodies.

3. Production of Human Proteins – development of a technique to produce already approved therapeutic proteins without infringing on existing patents.

Each of these projects is described in detail in the Cell Genesys Business Plan. A summary of each is given below.

CGI 3263

3. Production of Human Proteins – development of a technique to produce already approved therapeutic proteins without infringing on existing patents.