APPENDIX H

TO THE

MEMORANDUM OF CGI

THE "JAPAN" REFERENCE IS NOT PRIOR

ART TO CGI

(Skoultchi's Notebook of February 15, 1989)

**H.**    **Skoultchi Thought of the Invention on February 15, 1989**

As noted in CGI's Memorandum, there is no requirement, pursuant to 37 C.F.R. § 1.131 to provide corroboration. Nonetheless, as discussed above, each of the documents, and the testimony with respect to the same, are corroborated by multiple sources. In American jurisprudence, an inventor's notebook is typically the most authoritative and reliable document reflecting conception. *Grasselli v. Dewing*, 534 F.2d 306, 311 (C.C.P.A. 1976) where the Court specifically emphasized the reliability of relevant pages of a laboratory notebook kept in the ordinary course of an organized program of research. Skoultchi's conception of the invention dates to February 15, 1989. It is clearly reflected in a single page from Skoultchi's notebook, dated February 15, 1989, CGI 4004. This entry was made on the way home from a meeting at the Wilkerson Group in New York City, while riding the train. Transcript, 63 -65, 67 - 68.

It reflects Skoultchi's concentration on "shorter term projects for Cell Genesys, relying on the phrase 'something to put in a bottle,'" Mark Levin's catch phrase for a short term product that could be developed quickly and raise money for the company through sales and investment money based on the potential for those sales. In fact, CGI 4004 reflects this very terminology, "something to put in a bottle." This same phrase is handwritten on the front page of the August 26, 1989 draft Business Plan, indicating Skoultchi's project should be the first project (CGI 3260).

Skoultchi identifies two approaches for "manufacturing of therapeutic proteins without using the patented nucleic acid sequence of that protein." The first approach set forth in CGI 4004 is the use of DHFR amplification of a gene in a human cell line making small amounts of the protein endogenously. This, the Board found to be the requirement of 108, a protein already expressed. The second approach identified by Skoultchi was the insertion of a promoter-

H-1

enhancer (regulatory sequence) and the amplifiable gene in a human cell. Importantly, Skoultchi identified the human cell as one either making small amounts of the protein, or "even [an] inactive gene" thus satisfying the requirements identified by the Board for claims 107 and 109. Importantly, that same single page specifically notes that both methods use homologous recombination to place elements in the flanking region of the genes (homologous sequences in the region of the target gene) "without using the patented sequences." Each and every one of the elements of claims 107 – 109 were recorded by Skoultchi, in his notebook, on February 15, 1989. Skoultchi recalls making the entry following the meeting at the Wilkerson Group (a consulting group), because he came away from the meeting with the message that a short term project was needed. Transcript, 62 – 65. Kucherlapati's notes taken during the meeting with the Wilkerson Group mirror those in Skoultchi's notebook, CGI 4000-4003, and are dated February 15, 1989 (*see*, CGI 1945-1951).

## Testimony Authenticating and Corroborating Conception of the Invention on February 15, 1989

Mark Levin confirmed the reliability of the date on Skoultchi's notebook. He also recalled encouraging Skoultchi, and others, on February 15, to look for a "pill in a bottle" concept. Transcript, 218 – 220. Skoultchi testified that he wrote it down and included the date knowing that that would be important for patenting, Transcript, 165 and 175 – 180 and that he would have told Kucherlapati in the next day or few days. Kucherlapati testified that he recognized the page as reflecting Skoultchi's invention and Levin's repeated request for short term projects. Transcript, 55 – 58. Kucherlapati testified that he knew the idea came between August 1988, and June 1989. Transcript, 59 – 63. There can be very little doubt that Arthur Skoultchi conceived of the invention on February 15, 1989, made repeated disclosures that

reflect that invention to others at CGI prior to August 29, 1989, and that CGI pursued that concept, and the preparation of a patent application thereto, before and after August 29, 1989.

In fact, progress towards a patent application was made no later than April, 1989. CGI 4025 is another page from Skoultchi's notebook, dated April 28, 1989. That notebook reflects that Skoultchi spoke with patent attorney Rowland regarding "method to express patented proteins by homologous recombination amplification <u>or</u> activation-enhancement in human cell line." Again, these are the elements identified by the Board in construing claims 107 – 109.

Skoultchi testified that the entry in his notebook reflected Levin's instructions to call Rowland regarding the idea to produce therapeutic proteins Skoultchi had previously provided to Levin. Rowland, of course, indicated that it "looks good for patent" as reflected in Skoultchi's notebook. Skoultchi called Rowland after the Chicago meeting in April, 1989. Transcript, 75 – 80 and 181 – 182. Skoultchi testified that he discussed his invention with Kucherlapati and Levin before April, 1989. Transcript, 73. This is consistent with the testimony of Levin, Kucherlapati, Savage and Thompson that Skoultchi's conception of the invention, Skoultchi's plan to produce therapeutic proteins, was being widely reviewed and developed at CGI prior to April, 1989.

Levin testified that he told Skoultchi to call Rowland. Levin was aware of a continual effort on the part of CGI and Rowland to move the project forward. Transcript, page. 212.

There is no more frequently cited type of document in support of conception than an inventor's notebook. The contemporaneous reduction to writing of the inventor's clear mental image of the specific and definite solution to the problem presented is frequenlty the first dated document capturing that solution. So it is with Arthur Skoultchi. Focused on the problem of a short term project - "something to put in a bottle" - Skoultchi, with the time provided by the train

ride home from his meeting at the Wilkerson Group, conceived of the invention, and put it in

writing, capturing the four elements identified by the Board as the recitations of Claims 107 -

109. He wrote it down and dated because he knew it would be important for establishing rights

in intellectual property. Those with whom Skoultchi worked verified both the entry, and the

time they became aware of Skoultchi's idea. Clearly, Skoultchi conceived of the invention of

CGI Claims 107 - 109 on February 15, 1989.

# Skoultchi's 1st Notebook Entry on Invention



**Feb. 15, 1989   Thinking about shorter term projects for Cell Genesys**

**Something to put in a bottle – or an animal for research**

**1. Manufacturing of therapeutic proteins without using the patented nucleic acid sequence (cDNA or gene) of that protein**

# Skoultchi's Notes Re: Phone Call with Rowland



**Chicago – April 26**

**Burt Rowland 415-324-8999 Circumventing Patent**

**Talked to Burt on Fri April 28 re: method to express patented proteins by homologous recomb amplification or activation-enhancement in human cell line.**

**Looks good for patent – Burt ? business**