IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELL GENESYS, INC., ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | C.A. No. 05-12448-MLW |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V. ) | |
| ) | |
| Defendant/Counterclaimant. ) | |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 04 11810 MLW |
| ) | |
| CELL GENESYS, INC. AND ) | |
| TRANSKARYOTIC THERAPIES, INC. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**RECORD IN SUPPORT OF MEMORANDUM OF CELL GENESYS, INC. -
CGI'S CLAIMS 107 – 109 ARE NOT UNPATENTABLE
OVER THE "JAPAN" REFERENCE**

Cell Genesys, Inc. ("CGI") submits the attached Record in support of its Memorandum that CGI Claims 107-109 Are Not Unpatentable Over the "Japan" Reference. The documents and testimony attached hereto are discussed in the above-referenced Memorandum, filed contemporaneously herewith, and in the Summary of Documents & Testimony Establishing CGI's Date of Invention, filed August 1, 2006 (Docket No. 51).

Respectfully submitted,

CELL GENESYS, INC.

By its attorneys,


/s/ Steven B. Kelber
Steven B. Kelber
Merchant & Gould
901 Fifteenth Street, N.W.
Suite 850
Washington, DC  20005
Telephone:  (202) 326-0300

T. Christopher Donnelly (BBO #129930)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts  02108
Telephone:  (617) 720-2880

Dated:  October 2, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 2, 2006.

/s/ T. Christopher Donnelly
T. Christopher Donnelly