*Jan 6*
*McQuitty*

CELL GENESYS

AGENDA
January 5 – January 7, 1989

Jan. 5

| 5:30pm – 7:30pm | Raju, Mark | SAN DIEGO<br>Dr. Fred Gage<br>(UCSD) |

Jan. 6

| 9:00am – 12:30pm | Bob, Art | DENVER<br>Dr. Barry Hoffer<br>(University of Colorado) |
| 10:30am – 12:30pm | Raju, Mark | DENVER<br>joining above meeting |
| 4:00pm – 7:00pm | Bob, Art, Raju, Mark | SAN FRANCISCO<br>Dr. Jonathon MacQuitty<br>(Genencor) |
| 7:30pm – 10:00pm | Bob, Art, Raju, Mark | SAN FRANCISCO<br>Dr. Tim Stewart<br>(Genentech)<br>Dinner – Julius' Castle<br>1541 Montgomery St.<br>415-362-3042 |

Jan. 7

| 9:00am – 12:00 noon | Bob, Art, Raju, Mark | MAYFIELD FUND<br>Dr. Dan Capon<br>(V.P./Dir. of Research) |
| 1:30pm – 4:30pm | Bob, Art, Raju, Mark | MAYFIELD FUND<br>Dr. Steve Sherwin<br>(CEO/VP of Pharmacological Development) |
| 4:30pm – 10:00pm | Bob, Art, Raju, Mark | MAYFIELD FUND<br>Dinner meeting |

CGI 2944

```
                              CELL GENESYS
                      AGENDA FOR DINNER MEETING


4:30pm - 5:30pm      I.   Candidate Discussion

                     -      Job spec review

                   * -      CEO (Current Candidates)

                     -      Director of Science (Current candidates)

                     -      Sr. scientists (Current candidates)

                     -      Future candidates

                            -    Scientists
                            -    Wozney, Levinson, Putney, Nial, etc.

                     -      Hiring plan


5:30pm - 6:00pm     II.   Budget Review


6:00pm - 7:00pm    III.   Project Selection Review/University Collaboration

                     -      RPE

                     -      Marrow

                     -      Etc.


7:00pm - 8:00pm     IV.   SAB/Consultants

                     -      Structure

                     -      Composition

                     -      Compensation
```

CGI 2945

| 8:00pm – 8:30pm | V. | Trip and Schedule Review |
| | | – Wilkerson |
| | | – Saks |
| | | – Turner |
| | | – RPE |
| | | – T Cell Hybroderm |
| | | – Herring |
| | | – CML |
| | | – Transformed Cells |
| | | – Hepatocytes |
| | | – Eaves |
| 8:30pm – 9:00pm | VI. | 90 Day Tasks |
| | | – Tasks |
| | | – Assignments |
| 9:00pm – 10:00pm | VII. | Others |
| | | – Equipment list |
| | | – Patent decisions |
| | | – Location |

CGI 2946

Feb. 1989 — Aug 1990

ARTHUR SKOULTCHI

DEPT. of Cell Biology

Albert Einstein College of

Medicine

1300 Morris Park Av

Bronx, N.Y. 10461

BOORUM & PEASE.
B&P

Feb. 15, 1989

Wilkerson Group    Harri Taranto.

Vascular Grafts   — Stephen Shapiro

Biggest app. — coronary bypass surgery    225,000/yr
  — very small bore — multiple bypass always.
  —    saphenous  95%        quadruple.
  —   mammary — harder. but superior in patency.
      artery.    surgically.
                    10-20%   ↑   |
                                    reocclusion
Other app. small diam.              much less.
          below knee

Coronary — need n't that great for synthetic
needs to be — patency as good as saphen & mammar
                              ^as
                              ↓        ↓
                             5yr      10y.

large diam.
Current artificial graft market    dacron or expanded teflon
      100 - 200 x 10^6     big∘ artery & vein.

10% bypass come back & w/out saphenous vein
      for 2nd time
         + saphenous vein may be bad

CGI 4001

arterial

Medium + small diam below groin to knee

22,000 are PTFE prosthetic    saphenous vein preferred

75,000/yr    but other veins may be possible for eg arm etc

Below knee - never use prosthetic below

saphenous or amputate.

50 - 75,000/yr.

? portion for bypass

all arteries above

venous syst. - problem ↑ thrombus much more
serious because flow << arterial

Varicose veins

CGI 4002

px10×10

## Skin Transplants

150 burn centers U.S.

$2.5 \times 10^6$ burns U.S.

80 – 100,000 treated in hosp.

> 40% total body surf = 30,000

50,000 – partial thickness

3rd degree – autograph preferred. but only low vol
if hi vol – then just protection
until skin grown out

Partial thickness burn – tempory cover – allograft cadaver

Bioplasty        or synthetic
$3–4\times10^6$        or porcine.

temporary dressing
(now in Winthrop)
Biobrane – Woodruff labs – collagen polymesh
coming on ∵ fear of AIDS    $3–4\times10^6$
Integra – Marion labs – collagen + ?
best for burns
as presence in market.

Biosurface – being used in some patients    $2000/applic
cosmetic outcome not good
some antimicrobials can't be used

Organogenesis – not in clinical use

CGI 4003

Experts

- Burn at MGH
-

— Decubitus ulcers + other skin ulcers
    Flaps + allo grafts OK.

-

Feb. 15, 1989    Thinking about shorter term projects for
            Cell Genesys
- something to put in a bottle  — or an animal for research
    ① Manufacturing of therapeutic proteins without using the
        patented nucleic acid sequence (cDNA or gene)
        of that protein
        2 approaches
        a) DHFR amplification of the gene in a human
            cell line making small amts. of the protein
            endogenously
        b) Promoter - enhancer insertion (replacement)
    + DHFR   of the human gene in a human cell
            either making small amts or even inactive gene
    Both methods use homolog recomb to place elements
    in the flanking region of the gene without using the
    patented sequences.
    ② After develop. of human cell line transfer portion of chromosome to CHO
                                                        or to c.

CGL4004

Experts:

— Burn at MGH

— Decubitus ulcers + other skin ulcers

    Flaps + allo grafts ok.

—

Feb 15, 1989   Thinking about shorter term projects for
             Cell Genesys

— something to put in a bottle   — or an animal for research

(1)  Manufacturing of therapeutic proteins without using the
      patented nucleic acid sequence (cDNA or gene)
      of that protein

    2 approaches

      a) DHFR amplification of the gene in a human
          cell line making small amts of the protein
          endogenously

      b) Promoter — enhancer insertion (replacement)
   + DHFR of the human gene in a human cell
          either making small amts or even inactive gene

    Both methods use homolog recomb to place elements

in the flanking region of the gene without using the

patented sequences.

(2) After develop of human cell line transfer portion of chromosome to CHO etc

CGI 4004

# DOCUMENT INFO

File Date:        3/29/1989 10:54:00 AM

File Name:        Cell Genesys Info II

File Path:        Mayfield consulting Stuffit Archive
                  bkup\Mayfield Consulting\CG\CG Bizplan\

# DOCUMENT INFO

CGI 4175

þ4LäL€'L€'L§L§L§LLµLLÅLÅLÅLÅ
LÏLLßLßLLLñLñLLä=à/ÐL LLL LLLÐJ€LL@To: Randy Marcinko, Dynamic Information, Redwood
City
From: Andy Thompson & George Savage, c/o Mayfield Fund, 2200 Sand Hill Road,
        Menlo Park CA 94025. Telephone (415) 854 5560

Information on Wound Dressings

1. Patient Data
        - Number of skin grafts performed in 1987/86/85 or most recent years available
                -- Source is ICD 9 ?
        - Number of burns patients (by category)
        - Number of ulcer patients (by category)
                -- Venous, decubitous, arterial, diabetic, rheumatoid

2. Company Information
        - Most recent annual report for Marion Labs
        - Information on Marion and wound care

3. Wound Dressings Market
        - General information on size in dollars for US (and Japan and Europe)
        - Segmentation by treatment type, eg: grafts, artificial skin, other dressings
        - Segmentation by wound type, eg: burns, ulcers, others

4. Cost of Treatment
        - Any information on the price of treatment, eg: price per dressing, cost per square
          inch of artificial skin, total cost of treating a burns patient


L7L<;L=LPLLLLLLLLLLLLLLLL

CGI 4176

LLLLL6L;L´LÓLÔLäLØLïLEL_L1LFLäLízuzuzuzuzuzuoL@LLLLLL€LLLLL6L₌L³
L´LÓLÔLäL4LKLuLŸL×LØLïLLLDLEL_L§L+L0xxxxoxxxxxxxxxxxxxxxxLLLLLLhLLLLLh
LL0L1LFLLLLáLâLäLäxxxxxxxLLLLLhL
LReportLLLL
LLLLŸ¦LÞLLäLLäLäLLLLí
LL0LäL

CGI 4177

# DOCUMENT INFO

**File Date:**     3/29/1989 10:59:00 AM

**File Name:**     Cell Genesys Info Request

**File Path:**     Mayfield Stuffit Archive\Mayfield
Consulting\CG\CG Bizplan\

# DOCUMENT INFO

CGI 4181

þ4
'
'
'
'
'L
5L
Q
Q
Q
Q

[L
q
qL
ƒ
ƒL        '=à/ÐL ∟ ∟ ∟ LÐJ€LL

Information Request
Please note that most of the following are essentially basic epidemiologic questions. Obviously, whatever information is easily and quickly available would be helpful. Therefore, the questions listed below should be viewed as a starting point. Some specific references are listed at the end of this document in the event they may be helpful to you (note that I have the references only and not the information contained therein).

Sickle Cell Disease
Number and location (if possible) of major treatment centers
Number of patients with Sickle Cell Disease (U.S. and Foreign)
Number of patients with Sickle Cell Trait (U.S. and Foreign)
Information of severity variability amongst patients with the disease
Incidence of disease (i.e. number of NEW cases/year)

Macular Degeneration
Types (i.e. age related, retinitis pigmentosa, lysosomal storage diseases, etc)
Relationship to Age (focus on age-related disease)\
Demographic Trends (statistics on number of people in each age group today and in the near future)
Severity - i.e. progressivity of age-related macular degeneration

Alzheimer's Disease
# patients (U.S. and foreign)
Severity profile
relationship to age
Cost
Prevalence vs. incidence

Parkinson's Disease
# patients vs severity
% refractory to medical therapy
relationship to age
Cost


References (potential starting points)

Macular Degeneration
Knave B, Tengroth B, Voss M:  Age and sex distribution of some retinal macular diseases:  senile and

presenile macular degeneration and central serous retinitis. Acta Ophthalmol. (In Press) AS OF 1987
Royal National Institute for the Blind: Initial Demographic Study. Shankland Cox, London, 1985
Gibson JM, Rosental AR, Lavery J: A study of the prevalence of eye disease in the elderly in an English
Community. Trans. Ophthalmol. Soc. U.K. 1985; 104: 196-203

Sickle Cell Anemia
Motulsky, A.G.: Frequency of sickling disorders in U.S. blacks. New England Journal of Medicine.
288:31, 1973
Scott-Emuakpor, A.B.: Genetic aspects of sickle cell disease. In Scott, R. B. (ed): International Aspects
of Sickle Cell Disease. Washington, D.C., Howard University Center for Sickle Cell Disease, 1979, pp
11-19.

Alzheimer's Disease
?????????????????????

Parkinson's Disease
"...affects 1% of individuals over the age of 60." (unattributed quote from review article)
"...or approximately 1% of the population over age 50." (unattributed quote from textbook)

L7L<;L=LPLÖ/.^õLÃL|8°äÅ‰nHù@+LL0BA,IƒLLD+LL0Á(ĹòäïLÔpAI...õaLÁLëLq
ÀLÄLÁL¢LLLLLLÃ¬LÕãëⁱH'•sL%RL|9°æÒ ¡LÁ‡ÈLpÀLLLLÈLÜLLL'LQLeLÇLÛL,LiL>LQ
        L      ±      Ã      Ù

ɔzuzuzuzuzuzuzuzuzuoL@LLLLLL€LLLLLLLLLLLLÇLÈLÜLLLXL–LÜLLLLL'LwL«LLLPLQ
LexxxqjjjjjjjjjjcjjjLLLLLhLLLLLhLLLLLhLLLLeLƒL"L¨L-LÆLÇLÛLòLLL&L+L,LSLTLiL5
L–L=L>LQxxxxxxxxxxxxxxxqxjxxLLLLLhLLLLLhLLLLLhLLQLÃ      œ      L      ±
5           Ä      Ã      Ù
ⁱ

'xqjjjjjjjjLLLLLhLLLLLhLLLLLh

LReportLLLL
LLLLÿ¦LÞL  'L
'LT    'ÀLLLLL
ɔLLLeLQ
'LLLLLLLLLLL

CGI 4183

# DOCUMENT INFO

File Date:          3/30/1989 11:39:00 PM

File Name:          Cell Genesys GMS Appendix

File Path:          Mayfield Stuffit Archive\Mayfield
                    Consulting\CG\CG Bizplan\

# DOCUMENT INFO          CGI 4187

þ4LæL€'L€'L§L§L§LLµLLÑLÑLÑLÑLLáLL÷L÷LL          L
         LLæ=à/ÐL L L L LÐJ€LLCell Genesys Appendix

## Sickle Cell Disease

Sickle cell disease is primarily a disorder of blacks. The incidence of sickle trait in the U.S. is approximately 7-10%. SCD is much rarer, afflicting approximately 0.4% of blacks at birth. However, due to the high mortality rate associated with the disease the prevalence rate among the black population overall is roughly 0.2%.

¥        11.9% of the 240 million U.S. residents are black, or 28.6 million people.
¥        Approximately 57,200 U.S. residents have SCD.
¥        The prevalence of SCD in most of Africa is quite low due to the high mortality among afflicted infants.

        A price to Cell Genesys of $5,000 for curative gene therapy would yield a $286 million total market. This price is reasonable for government agencies and other third party payors because the curative nature of the therapy reduces the patient's need for medical treatment on a chronic basis. However, it must be noted that the steady state market is limited to the incidence of SCD in the general population, or approximately 2,600 patients per year, for an ongoing potential market of $13 million.


## Sickle Cell Treatment Categories

Bone marrow transplant - is a curative therapy but its use is constrained to those patients with immunologically compatible relatives free of sickle cell disease. Use of this therapy is further complicated by the risk associated with the procedure and with graft-versus-host disease - a rejection state where the immune cells of the transplanted bone marrow attack the "foreign" cells of the treated patient. These problems make this form of treatment unattractive to most patients.
Anti-sickling agents - a bewildering variety of agents have been developed to reduce the propensity of abnormal red cells to sickle by way of a number of intriguing physiologic mechanisms. At present, a wholly satisfying drug or treatment has yet to be discovered.
Promotion of the persistence of fetal hemoglobin - by drugs such as erythropoietin (EPO) and azacytidine is designed to reduce the degree of sickling in affected patients. The practical benefit of this approach has yet to be demonstrated but it remains a promising area of research.
Vasoactive drugs - such as Nifedipine are designed to relieve the vasospasm that accompanies a sickle cell crisis and thereby improve the flow of sickled cells. This approach has yet to yield clear clinical benefits although a number of trials are currently underway.
Penicillin - has been the most successful therapy to date for sickle cell disease. Penicillin does nothing to affect sickling, but compensates for the functional asplenia that sickling causes. Prophylactic treatment of patients under 5 years of age prevents 80% of the potentially fatal cases of pneumococcal bacteremia - the largest single cause of death in this disease.

## Parkinson's Products

L-Dopa - The mainstay of therapy for Parkinson's patients is replacement of the deficient neurotransmitter in combination with a compound that prevents degradation in the peripheral circulation. This therapy is initially effective but is limited by the occurrence of side effects in those patients who develop tolerance to the drug and require higher doses.
Fetal transplantation - The transplantation of fetal CNS tissue shows promise as a cellular therapy for this disease. However, this treatment is very experimental and raises ethical questions regarding the use of aborted human fetuses for medical therapy.

## Alzheimer's Products

There is currently no approved therapy for Alzheimer's disease in the U.S. However, there are a number of products under investigation, among them:
Tetrahydroaminocrydine (THA) - caused significant improvement in 16 of 17 patients in one study and has been highly publicized in the lay press. However, the validity of the study design has been questioned by a number of prominent scientists. Furthermore, reports of unacceptably high liver toxicity associated with THA caused the FDA to halt the earliest controlled trial of the drug. THA and analogues are currently undergoing further clinical trials.
A number of other experimental therapies are being explored in animal models, such as nerve growth

CGI 4188

factor administration via the grafting of genetically altered cells.  Initial results have been promising.but are not yet conclusive.

L7L<;L=LPan implantable thLLLLLL*LULwLxLLL]LqLgL—          „          "

# DOCUMENT INFO

File Date:        3/30/1989 11:40:00 PM

File Name:        Cell Genesys GMS backgnd

File Path:        Mayfield Stuffit Archive\Mayfield
Consulting\CG\CG Bizplan\

# DOCUMENT INFO

CGI 4193

þ4     0L'L'L'L'L'LL5LLELELELE
LOLL_L_LLqLqLL0=à/ÐL L L L LÐJ€LL Cell Genesys Research Background


Macular Degeneration Therapy

¥      30% of 12 million people over 75 years of age and 10% of 17 million between 65-74 years suffer from some degree of macular degeneration, for a total patient population of 5.3 million.  Market penetration of just 10% is estimated in order to allow for the fact that, initially at lease, only the more severely affected patients will undergo transplant therapy.  Furthermore, this allows the assumption of a static market where new patients continue to become available each year to match those cured of the disease.  Of course, my assumptions ignore the possibility of repetitive transplantation.

¥      $2,000 projected price for transplant cell culture is in the range of current orthopedic appliance prices and is competitive with procedure charge of surgeons for relatively routine opthalmic and orthopedic procedures.  This price is per patient and ignores the likelihood of staged procedures for patients suffering from bilateral disease.  Potentially, the price could be set much higher so as to reflect the value to patients and savings to society inherent in preserving the vision of elderly patients.  Higher prices could be justified most easily during the early years of availability, particularly if the therapy establishes a monopoly position.  If a very high safety profile is proven then lowering the price may be a useful way of inducing trial in patients with less severe visual problems associated with RPE diseases.

Sickle Cell Disease

¥      Note that the price of $5,000 is a ball park figure.  The cost of treating sickle cell crises and the complications of SCD is certainly far greater than the suggested price; after all, one day in the hospital can cost 1/10th to 1/5th of this amount..  However, the fact that city hospitals and welfare agencies pay for 80% of the health cost of sickle cell patients argues for a reasonably low price  Government funds are limited year to year and the savings associated with SCD cure will only be realized over time.  We need rapid adoption of this, CG's "HGH," therapy.
L7L<;L=LP&*&ì&î&î&Ð&ÑLLL¿L;LÿLLô¿L;LLLL¿L:ìLLL L$LALÜLõ   0
        9zupupujL@LLLL@LLLLLL€LLLLL!L"L#L$LALBL˜L ™LÜyuqqqqaQAL
LLLhLLhL þ˜LLhLLLLLhLLhLþ˜LLhLLLLLhLLhLþ˜LLhLL
LLL
LL     LÛLÜLõLñ   Orrre


CGI 4194

L
LLhLLhLþ˜L
LReportLLLL
LLLLÿ¦LÞLL0L    0L0ÀLLL    9LLLÛ    0LLLLLLLLLL

CGI 4195

# DOCUMENT INFO

File Date:        3/30/1989 6:44:00 PM

File Name:        M.L. Agenda for 3_31

File Path:        Mayfield Stuffit Archive\Mayfield
                  Consulting\CG\CG Bizplan\

# DOCUMENT INFO

CGI 4198

þ4L⸺L€'L€'L§L§L§L§LLµLLÅLÅLÅLÅ
LÏLLßLßLLñLñLL⸺=à/ÐL L L L LÐJ€LLM.L. meeting 3/31/89

AGENDA

1. Cell Genesys market opportunity section
a. take Mark through first draft
b. initial reaction
c. arrange follow-up for suggestions re:  final product

2. Additional consulting for Mayfield
a. put within context of overall STM plan
            endorsement
            fundraising
b. SUGGEST TAKE REFERENCES
c. We add more value earlier - AT's value greater at "softer" questions of greater import
d ADVANCEMENT OF STM AGENDA IS REQUIRED!
            more work means A.T. abandons one year relationship with Neurex
            we are running short of time

3. What we want
a. to work with Mark.  What is his agenda?
b. negotiation session leading to STM!!
L7L<;L=LP~LÿLÿàLüLLLÿxLLLL⸺L zuoL@LLLLLL€LLLLLLLLLLLLLLL
L!LMLoL„L½L¾L¿LÀLÁLêLLL L-vvvoooooeeeeeeoeee
            LLLLÐLLhLLLLLhLLLLLLLhLL-LIL¤LÎLLL-
L.L/L0L1LBLnL⸺uuuuuqqqqjuuLLLLLhLL
            LLLLÐLLh

∟Report∟∟∟∟
∟∟∟∟ÿ¦∟Þ∟∟—∟∟—∟—∟∟∟∟ ∟∟∟-∟—
∟∟∟∟∟∟∟∟

# DOCUMENT INFO

File Date:      3/31/1989 12:24:00 AM

File Name:      Cell Genesys

File Path:      Mayfield Stuffit Archive\Mayfield
                Consulting\CG\CG Bizplan\

# DOCUMENT INFO

CGI 4204

þ4⌐9??€m?€mAAA⌐AL_dArArArL_A†(A®.AÜAÜL_AîAîL'L_8DL_=à/ÐL_ L_ L_ L_ ⌐ÐB€L_L_L_Market Opportunity

## A. Market Strategy

Cell Genesys plans to develop three classes of products: Universal donor Tissues, Autologous Cellular Therapy and Cellular Drug Delivery Systems. Within each category initial product development efforts are focused upon chronic or acute disease states for which current treatment is unsatisfactory. It is anticipated that the company's first product will be a universal donor skin for treatment of burns and chronic ulcers. This will be followed by treatments for sickle cell anemia and macular degeneration. In-brain protein delivery systems to treat disorders such as Alzheimer's and Parkinson's are envisaged in the longer term. A conservative estimate of the total value of these markets is in excess of $2 billion.

## B. Universal Donor Tissues

Many diseases can be ameliorated by transplantation of either entire organs or, less commonly, specific classes of cells. Examples are insulin dependent diabetes, biliary atresia, macular degeneration and severe burns. Problems associated with this approach are first, the availability of suitable donor organs or cells; second, the rejection of transplanted tissues as a result of the patient's immune response; and third, side effects associated with the prolonged use of drugs to prevent tissue rejection. An opportunity thus exists to create a new class of treatments based upon tissues that can be grown in culture eliminating genes that cause immune response. Cell Genesys has identified two target areas for product development: skin replacement and macular degeneration.

Skin Replacement

Cell Genesys intends to develop a Universal Donor Skin (allograph) for use as either a temporary dressing or permanent graft to treat full thickness (3rd degree) burns, chronic ulcers (for example diabetic, decubital, venous) and other major skin defects. Total market potential is estimated to exceed $1 billion in the US. Cell Genesys skin products will be superior to current products because of their widespread and immediate availability and relatively low cost.

Market Size

The potential US market to treat for wound dressings to treat burns that result in hospitalization and chronic ulcers in estimated at $800 million annually.

| Burns | Number of patients | 80,000 |
| | Average cost per patient | $6,729 |
| | Market value | $538 million |
| | | |
| Ulcers | Number of patients | 1,066,000 |
| | Average cost per patient | $242 |
| | Market value | $256 million |
| | | |
| | Total market value | $794 million |

It is anticipated that the company will sell its allographic dressings through specialist burns centers. There are approximately 180 centers in the US. Initial market focus will be on the treatment of 3rd degree which are currently operated on. This market alone has an estimated value of $387 million.

Products

A number of temporary dressings are currently used. These include Silvadene Cream and gauze, synthetic wound dressings (such as Biobrane), porcine skin (for example Bioplasty's EasyDerm) and human cadaver skin. A Cell Genesys allograph would be superior to each of these products in that it

provides a more effective barrier to fluid loss and bacterial infection.

Permanent wound treatments include autologous grafts, autologous cell culture grafts (produced by Biosurface) and synthetic skin (for example Integra, under development by Marion Laboratories). Autologous grafts are the treatment of first choice for severe burns patients, but are limited by the availability of donor skin. Use of Biosurface's autologous culture service is currently limited by product shelf life (less than 8 hours), cost of the skin ($100,000 per square meter) and extended hospital stays that result from its use (a minimum of three weeks). Artificial skin is still in clinical trials. Marion hopes to launch its Integra product by the early 1990's. An effective allographic skin graft would be an especially attractive product for severe burns patients - particularly if it were widely available and competitively priced.

Competitors

Many major companies currently compete in the market for wound care products. These include Johnson & Johnson, Squibb and Smith & Nephew. An interesting new entrant to the field is Marion Laboratories. The company is planning to launch a number of new wound healing products over the next two years and according to Sanford Bernstein sales in this division are expected to increase from $13 million in 1987 to $130 million by 1993.

RPE Cell Transplant and Age-Related Macular Degeneration

Cell Genesys plans to employ homologous recombinant technology to create a line of RPE cells lacking the antigens responsible for major cell-mediated immune responses. The company hopes to create a "universal donor" RPE cell that can be transplanted into patients suffering from macular degeneration, thereby preventing further loss of vision.

Macular degeneration is a generic term for a number of diseases that result in the destruction of the retinal cells essential for clear vision. The condition is the leading cause of central visual impairment and blindness in the western world, affecting 30% of the over 75 year old population and blinding nearly 3% of this group. Recent research indicates that age-related macular degeneration, by far the largest disorder in this category, is caused by abnormal function in Retinal Pigmented Epithelial (RPE) cells. Normally these cells support the delicate light sensitive nerve cells by, among other things, scavenging waste products from retinal rods and cones. However, as RPE function declines so does the number of irreplaceable light sensitive cells. The loss of an unusual number of such cells leads to an irreversible decline in visual acuity in the affected eye

Recent research in a rat model has demonstrated that an RPE disorder can be successfully treated, and visual loss arrested, by the intraocular transplantation of healthy RPE cells from an immunologically identical donor rat. This experimental procedure is technically simple and holds great promise for humans if tissue rejection hurdles can be overcome.

Market Size

The market for a macular degeneration therapy is estimated at $1 billion. This figure is calculated as follows:

| | |
|---|---|
| Potential Patients | 5.3 million. |
| Charge per patient | $2,000 |
| Market Penetration | 10% |
| Total Market | $1 billion[1,2] |

Age-related or senile macular degeneration is a serious problem that is certain to grow in importance as the number of elderly people increases in the years ahead. Prevalence for both eyes in the U.S. is estimated at 4% between 65-74 years rising to 17% between 75-85 years. Fully 30% of persons over 75 years have some disease in one or both eyes.[2] The condition is often serious, resulting in considerable visual impairment for many elderly patients: age related macular degeneration blinds approximately 2.6% of the over 75 year old population.[3]

Products

Currently there is no effective therapy for macular degeneration. The primary treatment used to forestall visual loss is laser photocoagulation of new vessel membranes. This procedure does not treat the underlying disease but slows visual loss in a few patients.

CGI 4206

c. Autologous Cellular Therapy

A considerable number of diseases have been identified that are caused by specific genetic defects. Examples include some types of severe combined immune deficiency (SCID), sickle cell disease (SCD) and thalassemia. Adequate medical therapy is unavailable for most of these disorders. Homologous recombinant techniques promise the correction of selected genetic defects in somatic cells through in vitro correction of the genetic defect in a patient's cells and return of the target cells to the body. Cell Genesys' initial efforts are targeted to applying this technology to sickle cell disease. Success in treating SCD will be the first step in treating the entire range of hematologic genetic disorders.

Sickle Cell Disease

Sickle cell disease is an inherited hematologic disorder caused by a single mutated base pair in the §-globin gene. This simple error results in the wrong amino acid being inserted in the §-globin molecule. Under conditions of low oxygen tension, abnormal deoxyhemoglobin polymerizes and causes red blood cells to change to a shape resembling a farmer's sickle. These abnormal blood cells can block small vessels leading to "crises" during which severe pain and organ damage can result. The long-term prognosis for sickle-cell patients is poor and there is currently no cure or satisfactory treatment available.

Cell Genesys plans to correct the defective base pair in bone marrow stem cells These cells would then be transplanted back into the patient, producing red blood cells containing normal hemoglobin. It is hoped that physiologic space for transplanted marrow cells can be created without resorting to ablation of the abnormal bone marrow. This would result in a mixture of sickled and normal red blood cells being present in the circulation, a condition similar to that present in patients with sickle cell trait, a relatively benign condition affecting an estimated 8-10% of black Americans. Ablation of abnormal bone marrow prior to transplant would lead to total cure where successful. However, this procedure carries with it a small risk of death and a more significant risk of sterility.

Market Size

The initial market for a successful SCD therapy is estimated at $280 million. Once the initial patient population is treated the long-term market drops to $13 million annually. The figures for the initial market are calculated as follows:

| | | |
|---|---|---|
| Number of Patients | 57,200 . | |
| Charge per patient | | $5,000 |
| Total Market | | $280 million1,4,5,6 |

The long-term market figures are calculated as follows:

| | | |
|---|---|---|
| Number of Patients | 2,600 . | |
| Charge per patient | | $5,000 |
| Total Market | | $13 million1,4,5,6 |

Products

No acceptible therapy for SCD exists today. The only curative therapy, bone marrow transplant, is limited by the lack of available donors and the significant risk of death associated with the procedure. Other therapies such as recombinant erythropoietin, Nifedipine and a variety of anti-sickling agents are currently being investigated but offer little hope of significantly affecting the course of the disease.1

d. Cellular Drug Delivery Systems

The delivery of peptides to target tissues effectively, conveniently and safely is a major issue for pharmaceutical companies today; particularly the delivery of such substances across the blood brain barrier. Many of the more novel cellular therapies under investigation require frequent injections or nasal administration of peptide products in order to get peptides into the body intact. Even then, quite often drug concentrations at target tissues are unpredictable at best. Gene therapy offers a potential delivery route that circumvents the problems associated with existing peptide delivery mechanisms while promising more stable drug concentrations at target tissues.

Disease States

Cellular Genesys is focused on two diseases of the central nervous system (CNS), Alzheimer's and Parkinson's, that are of major clinical importance and are particularly well-suited to initial

CGI 4207

investigation. Both disorders are associated with a deficiency in neurotransmitters (acetylcholine and dopamine, respectively), are progressively disabling, affect a large number of people and are difficult to treat adequately. In fact, there is as yet no approved treatment for Alzheimer's disease.

It has long been known that increasing the amount of dopamine reaching the basal ganglia of the brain reduces or abolishes the symptoms of Parkinsonism. However, medical therapy is limited by a decreasing response to medication seen over time in many patients. Recent transplantation experiments involving the grafting of autologous renal medulla and fetal CNS cells to the brain have improved motor control and overall function in some patients. While the efficacy of this approach is still far from certain, the potential of cellular transplantation is apparent. Animal research in the area of Alzheimer's disease also suggests that delivery of increased levels of acetylcholine and/or nerve growth factor directly to CNS tissue may be helpful in improving memory and overall cognitive function.

Cell Genesys will explore the potential of homologous recombination to create an implantable therapy that will continuously deliver peptides to the brains of afflicted patients. The company will focus on developing the ability to deliver agents to target tissues in a predictable and effective manner. The agents selected for delivery depend upon the course of research in the field, particularly in the case of Alzheimer's disease. The company sees its technology as complementary to the efforts of a number of neuroscience companies including Neurex, Athena and Nova to develop effective therapies for these diseases.

Market Size

The market for effective therapies for Alzheimer's and Parkinson's disease is clearly enormous. It is estimated that Alzheimer's disease alone affects 3 million people in the U.S. and is responsible for 20-25% of all nursing home admissions. Alzheimer related patient costs in the U.S. total $13 billion for in-patients and $31.5 billion for in-home care.7,8 Parkinson's disease affects an additional 500,000 people in the U.S.8

Products

No effective therapy for Alzheimer's disease exists at this time. A number of drugs are under investigation, among them THA. Much research effort is directed to the interrelationship between nerve growth factor (NGF) levels and acetylcholine production in the brain.

Two major therapies currently exist for Parkinson's disease, neither of them entirely satisfactory: dopamine therapy and fetal or adrenal transplantation. Medical therapy is generally quite helpful but becomes less effective over time while transplant therapy is still very experimental and has yielded mixed results. Furthermore, significant ethical questions have been raised over the use of human fetal tissue in transplant experiments.

Sources: 1 STM analysis
2 American Journal of Epidemiology
3 John Marshall, "The Ageing Retina: Physiology or Pathology"
4 New England Journal of Medicine
5 Genetic Epidemiology
6 U.S. Bureau of the Census
7 American Journal of Preventive Medicine
8 Annals of Neurology

7L<;Ä=LBA8    The potential US marketchronic ulcers isto besuch  inLLLLLL'LúLLL#L 4
inLLLLLL'LúLLL#L 4          L

Overheads    4/89.

## Product Development Strategy

- Focussed short term opportunities → technology
     with long term applications
- Unique approach to human health care
- Large market potential
- Diverse (Independent) product set.

## Product Areas

- Universal Donor Transplants
- Somatic Gene Therapy
- Protein Delivery Systems

CGI 3426

## Class I Histocompatibility (MHC I) Antigen Structure

use diagram from original plan p.9

## Gene Knock Out to Produce
## Universal Donor Cells

RPE ? $536 M

Skin ? $800 M

## Universal Donor Products

### Initial Products

↑ more                    ↓ more                    ↑ more

### Universal Donor Cell Type                    ### Applications

- Retinal Pigmented Epithelium          - Macular Degenere
                                        - Retinitis Pigmen
                                        - Uveitis
- Skin Epidermal Keratinocyte           - Third Degree B
                                        - Partial Thickness
                                        - Skin Ulcers

### Future Applications

- Vascular Endothelium            - Arterial Graft
- Muscle Myoblasts                - Muscular Dystr
- Liver Oval Stem Cells           - Liver Diseases
- Pancreatic Islet Cells          - Diabetes

- Universal Organs - Miniature Swine      - Organ Transpla

CGI 3427

RPE Transplantation

use diagram from N.Y. Times article.

Somatic Gene Therapy

Initial Product

Gene Corrected

| Cell Type | | Disease |

Bone Marrow Stem Cell    Beta Hemoglobin    Sickle Cell Disea

Future Applications

Bone Marrow Stem Cell    Immunoglobulin    Various Immune Diso
                          CD4             eg. Auto immunity
                          Oncogenes        AIDS
                                           Leukemias

Muscle Myoblasts         Dystrophin       Duchenne Muscular Dy
Liver Oval Stem Cell     Factor VIII C    Hemophilia
Lung Epithelium          Chloride Channel Protein    Cystic Fibrosi
                         (T.B.I.)

Gene Correction in Sickle Cell Disease



Homologous
Recombination

9) Need overhead for Protein Delivery Systems similar to (5)+(7)

## Scientific Collaborators/Consultants

use table from current plan

suggestions —    1. RPE first.

2. include title + degree of investigator

3. Bone Marrow Stem Cells

   Connie Eaves, Ph.D. and Allan Eaves, M.D.

   Directors, Terry Fox Lab.

   British Columbia Cancer Research Center

   purpose: stem cell isolation, culture, assay.

   bone marrow transplantation

4. drop financial arrange unless we can fill
   in specifics for most  – others = negotiating.
   prefer to fill in as best we can

CGI 3430

(10) chimeric Mouse



Ag ( eg Tumor Ag )

↓

Human MAbs against Ag.

Market: $3500M

(11.) Table of Hu Therap. Protein Approved — from George/Andy Plo

(12) Diagram of ~~Traditional~~ Conventional Method for Hu Therap. Protein Product

patent

Gene

mRNA



patent

↓

clone into bacterial plasmid.



transfer plasmid to mamm. cell.

CGI 3431



(13) Steps in the Therap. Protein Production by H.R.

CGI 3432

Chicago - April 26

~~Gottfdalbbg~~

Julie Gage - Attney - Chicago   on RAC re Rosenberg.

(Alan Wilkinson)

## Abs.
Human - can do less than 1000 Abs. + useful.
   - Families.

IL2 stim TIL's.
   Augment - Enhance   TIL receptor.

Burt Rowland - 415-324-8999   Circumventing patents

Generate names for VP.

Immortalization

Ig V family.

Talked to Burt on Fri April 28 re: method to express
   patented proteins by homology recomb amplification
   or activation - enhancement in human cell line
   Looks good for patent  - Burt ? business

CGI 4025

5/10   Yong Lab Meeting

Genhong's cDNA clones — Southern w Ha Hf probe

   +  1.5, 1.6, 1.8

maybe
contain
in plasmid     others which are + in screen are − in Southern
1.7.1
        w 5ₚg.

      1.6 ṛ 1.8.  Subcloned + partial sequence
           2 clones are similar.
        then give up on 1.6 because confusion w
           MHf − a genomic clone.

( Splicing ?? )   Comparison of 1.8 + HIV.

      10 genomic clones w̄ 1.8 probe → 10 clones
                    5 diff clones by 3 enz.
                    1 is HIV by 3'UT = #1,3,4,6
      1 is clustered w̄ #3 ṛ #2,5,7
      1 is weaker w̄ 1.8 ṛ #9
      #8 + #10 candidates for 1.8 genomic

CGI 4031