5-15-89

# C E L L   G E N E S Y S ,   I N C .

## CELLULAR GENETIC SYSTEMS

## B U S I N E S S   P L A N

CGI 2964

## I.    EXECUTIVE SUMMARY

### A.    BUSINESS

Cell Genesys, Inc. will become a fully integrated biotechnology company that develops, manufactures and markets novel classes of products for treatment of human disease. The company plans to develop three classes of products, all based on the cell engineering technology of homologous recombination. In order to develop these products, we will utilize our technology in three distinct manners:  gene knockout, gene replacement and gene insertion.

1.    Universal Donor Tissues (gene knockout)

Cell Genesys will develop "universal donor" cells for therapeutic treatment in two areas:  1) retinal epithelial cell transplants for use in macular degeneration and other related eye disorders and (2) human skin grafts for the treatment of burns, wounds and ulcers.

The key to this product concept is to have "living grafts" that will be used universally in any patient.

2.    Gene Therapy (gene replacement)

Cell Genesys will utitlize gene corrected autologous marrow stem cells for the therapeutic treatment of sickle cell anemia. Autologous marrow will be corrected in-vitro and transplanted back to the patient.

3.    Protein Delivery Systems (gene insertion)

Cell Genesys will utilize human cells which have been engineered to manufacture proteins to therapeutically treat human disease. These transplants will be autologous, universal donor cells or enclosed by a semipermeable membrane to immunoprotect the cells. Initial products will include cells for treatment of Parkinson's and Alzheimer's.

The selection of the these distinct product classes offers the following advantages:  (1) diversification into several diseases:

CGI 2965

macular degeneration, burns, sickle cell anemia, neurological diseases; (2) diversification in applying the technology: gene knockout, gene replacement, and gene insertion; (3) diversification into three distinct medical areas: transplantation, genetic diseases and drug delivery.

## B.   TECHNOLOGY

The products that will be developed by Cell Genesys will utilize the company's expertise in the new genetic engineering technology of homologous recombination, recent developments of which have been pioneered by our founders. Homologous recombination, a normal germ line cellular process, is also a powerful genetic engineering methodology for precisely modifying genes in mammalian cells.

Our founders have developed procedures to take advantage of this process to modify genes of somatic cells at high efficiency. The newly developed homologous recombination strategies will allow Cell Genesys to insert, delete or modify genes in mammalian cells without affecting other genes. Because it provides a controlled method of directed gene modification, it is believed that this methodology will have significant advantages over alternative technologies in developing safe and effective products.

## C.   MARKETS

### 1.   Universal Donor Products

There is a tremendous potential market for universal donor tissues. In fact, the availability of universal donor tissues will revolutionize the treatment of a number of important disease states and conditions. Two large and relatively near-term markets for universal donor tissues are retinal epithelial cell transplants and skin grafts.

The company plans to develop a universal donor retinal epithelial (RPE) cell that will prevent further loss of vision in people affected by macular degeneration. Current research indicates that the RPE cell, responsible for debris phagocytosis of the photoreceptor surface, loses its ability to remove waste products. By replacing the non-functioning RPE cells with universal donor RPE cells, we will halt further damage to the photoreceptor cells. Macular degeneration, the leading cause of blindness in the western world, is currently untreatable. There are 5.3 million patients affected in the U. S., blinding 2.6% of the population over 75. The market potential for a universal donor RPE cell product is estimated to be $   million per year.

Currently, full thickness burns are treated acutely with temporary dressings and then, with autologous (self) grafts. It would be desirable to cover the affected area with a permanent skin graft as soon as is possible. Such treatment is not

possible today because suitable donor tissues are unavailable and several weeks are required to grow sufficient skin from unaffected areas of the patient. The development of universal donor cells for use in skin grafts would alleviate these problems. The current market for burn covering products is estimated to be $100 million per year. The market potential for a universal donor skin graft product is estimated to be $ million per year.

### 2. Gene Therapy Products

Sickle cell disease, an inherited hemotological disorder, is caused by a single amino acid error in the B-globin molecule. The disease causes the blockage of small vessels thereby causing pain, organ damage and eventually death. Cell Genesys will correct the defect in vitro through homologous recombination and transplant the corrected autologous cells back into the patient. There are currently 57,000 patients in the U. S. with an annual occurence of 2600 new patients. The market potential for gene correction of sickle cell disease is estimated to be $ million per year.

### 3. Protein Delivery System (gene insertion)

There is a major market opportunity for improved delivery of therapeutic proteins such as the type being produced through recombinant DNA methods. Currently, all recombinant proteins approved by the FDA are administered by injection. The company's genetically engineered delivery systems will provide a major therapeutic advance; the continuous long-term delivery of proteins.

## D.  FOUNDERS

The company was founded by four scientists who have collaborated together for many years - Raju Kucherlapati, Art Skoultchi, Bob Tepper and Oliver Smithies. The scientific founders bring to Cell Genesys extensive experience in recombinant DNA technology and cell biology, a pioneering position in homologous recombination, and a strong expertise in clinical medicine.

Dr. Kucherlapati has recently accepted a position at Albert Einstein School of Medicine as Chairman of Molecular Genetics. Dr. Kucherlapati received his undergraduate training in India and then moved to the United States in 1967. After receiving his Ph.D. in Genetics in 1972 from the University of Illinois, Urbana, he conducted his postdoctoral work with Frank Ruddle at Yale University. His interests in gene transfer mechanisms date back to this period. Following his postdoctoral research at Yale, Dr. Kucherlapati became an Assistant Professor at Princeton University in the Department of Biochemical Sciences in 1975. In 1982, Dr. Kucherlapati moved to the University of Illinois, where he became a Professor of Genetics. He has pioneered and

developed useful techniques to take advantage of the naturally occurring process of homologous recombination to insert and delete genes in mammalian cells.

Dr. Skoultchi is currently Professor of Cell Biology at Albert Einstein College of Medicine. His major basic research interest has been to use molecular biology and gene transfer to understand how cellular differentiation is controlled at the genetic level. Recently, Dr. Skoultchi has used procedures that take advantage of homologous recombination to achieve high-level regulated expression of genes in mammalian cells. Dr. Skoultchi also brings to the company his experience in founding and serving on the Scientific Advisory Board of Integrated Genetics, a Boston-based biotechnology company. Dr. Skoultchi graduated in 1962 from Princeton University with an A.B. in Physics and from Yale University in 1969 with a Ph.D. in Molecular Biophysics and Biochemistry. Dr. Skoultchi joined the faculty of Albert Einstein College of Medicine after postdoctoral work at M.I.T. and Yale University.

Dr. Tepper is a staff physician in the division of Hematology-Oncology of the Department of Medicine as the Massachusetts General Hospital in Boston and an Instructor in Medicine at the Harvard Medical School. He graduated in 1977 from Princeton University with an A.B. degree in Biochemical Sciences and in 1981 with an M.D. degree from the Harvard Medical School. Dr. Tepper is currently involved in clinical medicine and research studying biological agents with anti-tumor and immunomodulatory activities in vivo.

Dr. Smithies has recently accepted a position at the University of North Carolina as Professor of Genetics. He has been involved in several major scientific breakthroughs in his career, including the field of homologous recombination of which he is currently one of the leading authorities in the world. His honors include being a member of the National Academy of Science, member of the American Academy of Arts and Sciences, Markel Scholar and Fellow of the American Association for the Advancement of Science. His recent work has been directed towards the targeted modification of specific genes in living cells. He and his collaborators have successfully used that modification to alter the human B-globin gene in cells in tissue culture.

CGI 2968

E.    EMPLOYEES

CGI 2969

F.    PROPRIETARY STRATEGY

The proprietary strategy of the company is threefold. We propose to patent the unique methods that are being developed which permit high efficiency gene modification. Secondly, we will patent specific products that will be generated through the use of homologous recombination. The third strategy is to support collaborative research with experts in the field with the provision that new discoveries stemming from the collaborations will be patented and licensed exclusively by the company.

The company has developed a long-term proprietary strategy with the aid of Dr. B. Rowland of Leydig, Voit and Mayer Ltd. Dr. Rowland is an expert on biotechnology patents and is our counsel on these aspects.

The company has filed a patent application on a new method to modify cellular genes. Raju Kucherlapati is the inventor of this method. It is expected that this method will play an important role in modification of cellular genes.

The company has also filed a patent on the universal donor cells that it plans to produce. This patent initially covers UD retinal pipment epithelial cells and keratinocytes. Other cell types will be added as work on generating them progresses.

We are currently writing up a patent for our work in the knockout of $B_2$ microglobin from mouse ES cells. We are applying for a patent for a MHC-1 deficient mouse which will be the result of this work. We are also writing a patent for the use of homologous recombination in the generation of human monoclonals.

The company is in the process of finalizing agreements with at least two groups, one at the National Eye Institute and the other at the National Cancer Institute. Under these agreements, the company will provide financial support for which we will have access to specific methodologies and applications of HR. The company will be the sole beneficiary of these agreements and the patents that come forth.

G.    FINANCING STRATEGY/FINANCIAL PROJECTIONS

Financing Strategy:

The company plans to use its initial round of venture capital to establish laboratory facilities in the San Francisco area and to begin product development. Based upon progress made in meeting scientific benchmarks that demonstrate the value of the company's products and technology, subsequent rounds of financing will be raised from additional sources such as venture capital, joint venture partners and an aggressive licensing program. Overseas partners will be sought who can contribute to rapid product development and regulatory approval.

CGI 2970

## INCOME FORECAST
### (Millions of Dollars)

| | 1988 | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues** | | | | | | | | | | |
| Develop.Funds* | | | | | | | | | | |
|   Univ.DonorRPE | | | 1.5 | 1.5 | 1.5 | | | | | |
|   Univ.DonorSkin | | | .5 | .5 | .5 | | .5 | | | |
|   SickleCell | | | | | | | | | | |
|   Neurological | | | | | | | | | | |
|   ProteinDeliv. | | | | | | | | | | |
| | | | | | | | | | | |
| **Product Sales** | | | | | | | | | | |
| **& Royalties** | | | | | | | | | | |
|   Univ.DonorRPE | | | | | | | | .500 | .700 | 1.25 |
|   Univ.DonorSkin | | | | | | | | | | |
|   SickleCell | | | | | | | | | | |
|   Neurological | | | | | | | | | | |
|   ProteinDeliv. | | | | | | | | | | |
| | | | | | | | | | | |
| Other | | | | | | | | | | |
| Total Revenues | | | | | | | | | | |
| | | | | | | | | | | |
| **Expenses** | | | | | | | | | | |
|   R&DExpense | | | | | | | | | | |
|   SG&AExpense | | | | | | | | | | |
|   Cost/Sales(20%) | | | | | | | | | | |
|   Other | | | | | | | | | | |
| Total Expenses | | | | | | | | | | |
| | | | | | | | | | | |
| Operating Income | | | | | | | | | | |
|   (pre tax) | | | | | | | | | | |

\*    Development funds include money from R&D Development Partnerships and from Corporate Partners/Licensees.

FUNDS REQUESTED:  $1.8 MILLION

CGI 2971

## II.   SEED ROUND ACCOMPLISHMENTS

A.   GOALS

The seed effort began September 1989 with the Mayfield Fund and Cell Genesys working together to further develop a business plan based on homologous recombination.

Mayfield was looking to work closely with the founders and the medical and scientific community to challenge the assumptions and concepts in the original plan and to refine the plan based on these inputs.  We were also interested in working closely with the founders to determine their commitment, ability to work together and their ability to solve problems.  By accomplishing these goals, Mayfield would make a decision on first-round financing.

Cell Genesys was also very interested in meeting with the medical and scientific community in order to obtain further input to the company's projects.  At the same time, we were evaluating each person we met with as either a potential consultant or scientific collaborator to the company.  In working closely with Mayfield, we were evaluating their capabilities and how they complemented our own, plus, of course, working towards raising first-round financing.

B.   TASKS COMPLETED/CURRENT STATUS

   1.   Project Selection

      - Literature search.

      - Meet with appropriate scientists/M.D.'s.

      - Founders' meetings on a regular basis.

      - Select current projects, collaboration projects (long term), potential business development projects

      Status:  Business Plan Complete

   2.   Evaluate Candidates for In-House Positions (CEO, Director of Research, Scientists)

      - Interview candidates we know.

      - Contact candidates from post molecular biology searchs.

      - Interview candidates from personal recommendations.

      - Begin searchs where appropriate.

CGI 2972

- Place ads in appropriate journals.

- Hire appropriate candidates.

Status:

3.  Market Evaluation

- Clinical interviews.

- Literature search.

- In-house consultants.

- Wilkerson Group.

Status:  Project selection complete based on technology
and market.  Market projections complete.

4.  Facilities

- Decide on location.

- Visit appropriate lab spaces.

- Lease space.

Status:  Complete.  Lab space leased.

5.  Equipment

- Develop equipment list.

- Select lease line company.

- Order equipment.

Status:  Complete.  $400,000 lease line arranged.
Equipment on order.

6.  SAB/Consultants/Collaborations

- Meet with scientists/M.D.'s in our areas of
interest.

- Sign up the best people or universities who match
our interests.

Status:  Research collaborations are currently being
formalized with:

1.  Dr. Robert Nussenblatt, Director of
NIH

CGI 2973

2.  Dr. David Sachs, Director of

3.

4.

7.  FDA Strategy

- Meet with several FDA consultants for evaluation.

- Hire consultants.

- Begin development of a regulatory strategy.

Status:

8.  Proprietary Strategy

- Meet with several patent attorneys.

- Hire attorney.

- File patent on U.D. and oligonucleotides.

- Develop a patent strategy for long-term enhancement of our proprietary position.

Status:  Burt Rowland is company patent attorney. Patents filed in above areas and two more are being written.

9.  Insurance

- Meet with insurance brokers.

- Evaluate policy.

- Purchase medical, facility, workman's compensation etc.

Status:

CGI 2974

### III.    TECHNOLOGY OVERVIEW

**HISTORICAL PERSPECTIVE**

The development of methods to introduce purified DNA into mammalian cells was accomplished in the late 1970's. The fact that these foreign genes can be expressed in their new environment raised the possibility that these gene transfer methods can be used to cure human diseases. Early attempts to cure genetic diseases by gene transfer methods failed because of the low level of expression achieved by these transfer systems and the relatively low efficiency of transfer. In the early 1980's it was clearly established that the central reason for the low level expression is the lack of specificity of integration of the foreign genes. The same problems have plagued a large number of workers who have begun experiments to utilize retroviral vectors to introduce genes into cells. All of these experimental systems and results utilizing them have emphasized the need to develop alternative methodologies for gene transfer methods which would permit regulated levels of gene expression. The development of methods to achieve homologous recombination in the 1990's now provides an ideal method to achieve all of these goals.

Homologous recombination is a normal cellular process which occurs during the generation of germ cells in higher organisms. Since most of the manipulations for genetic therapy requires modification of somatic cells, the initial experiments focused on exploring if mammalian somatic cells have the enzymatic machinery to mediate homologous recombination. A founding member and a founding consultant of Cell Genesys made important contributions to the development of this field at various stages of its evolution. The first demonstrations that it is possible to modify cellular genes by homologous recombination were provided by several groups in 1984. In all these cases, the target for gene modification was a defective gene that was introduced into the genome. The first example of modification of a true cellular gene by homologous recombination was provided by work conducted by Drs. Oliver Smithies, Raju Kucherlapati and their colleagues. Since this demonstration, several other examples of gene modification by homologous recombination have been published by a diverse group of scientists. Gene replacement by HR, which began as a dream, has progressed to reality and is now becoming incorporated as a new genetic tool in the laboratories of scientists across the world.

**EFFICIENCY OF HOMOLOGOUS RECOMBINATION**

There are two factors that play a role in the efficiency with which homologous recombination occurs in mammalian cells. The first is the efficiency with which purified DNA can be introduced and integrated into chomosomal sequences. This efficiency varies depending upon the methodology used but 10-20%

CGI 2975

efficiency can be readily achieved by microinjection.  The second component that is of importance is the relative efficiency of the introduced gene going to the right target as opposed to a random place in the genome.  This ratio varies in different experiments but the current methodologies can achieve as much as 10% or better efficiencies.  This means that a combination of methods will make it possible to modify 1/50-1/200 cells in a precisely predetermined fashion.  Methods are also available to either enrich the population for the desired cells (positive selection) or eliminate the undesired cells from the population (negative selection).

WHAT CAN BE ACCOMPLISHED BY HOMOLOGOUS RECOMBINATION

     From the cellular point of view, homologous recombination permits three different types of manipulations.  It is possible to inactivate genes.  The inactivation can be accomplished by inserting a fragment of foreign DNA into the middle of a gene or by a sophisticated modification method by which one or a few nucleotides in the gene can be replaced (gene knockout).  It is also possible to correct gene deficiencies in which a defective gene in the genome can be replaced by a normal gene (gene replacement).  Finally, homologous recombination also makes it possible to insert a gene at a predesignated location in the genome so that the introduced gene can be expressed or regulated in a predesigned fashion (target recombination).  Each of these methods are pictorially represented in Figures 1-3.

CGI 2976

cellular systems can be manipulated to generate amounts of the product which is biologically optimal. In addition, the use of heterologous cells will permit short-term delivery while use of autologous cells or UD cells will permit one-time therapy which would last the lifetime of the patient.

The cellular therapy systems are not restricted to the brain. They can be applied to virtually any organ system from which appropriate cells can be isolated, modified and transplanted. If, as expected, this method turns out to be the drug delivery system of the future, it has the potential to revolutionize the pharmacological industry.

E.  COLLABORATION PROGRAM

The research and development goals and tasks for each development project will be clearly discussed and understood and contained in an agreed upon project plan. Each product will be led by a senior scientist, who will be responsible for the science in their area, plus overall matrix responsibility for the project.

The in-house focus will be complemented by an equally focused outside collaboration program. Cell Genesys, realizing that homologous recombination is a powerful technology, yet a technology that's application relies on cell procurement and strong clinical input, will form technology collaborators with leading scientists and institutions in areas where complementary technology is required.

1.  Product Focus

| Product Area | Scientist/ Institution | Purpose of Collaboration | Financial Arrange. |
|---|---|---|---|
| Universal Donor Skin | Elaine Fuchs Professor of U. of Illinois | Keratinocyte Culture, Keratinocyte Molelcular Biology | |
| Universal Donor RPE | Robert Nussenblatt Director of NIH | Retinal Immunology RPE Culture, Clinical, NIH Relationship | $60K/year |
| Bone Marrow (Sickle Cell) | Connie Evans | | |

CGI 2977

Parkinson's            Barry Hoffer   - Neurobiology
                       U. of Colorado - Parkinson's
                                      - Animal and
                                        Human Trials

Transplantation
Tolerance              David Sachs
                       Director of
                       NIH

The above relationships will include a supported scientific research project at the institution plus a consulting agreement with the scientist. The scientist will attend SAB meetings only for detailed review of their respective projects.

## 2. Technology Focus

Technology development and enhancement will be an ongoing and underlying focus of the company long term. We will develop an in-house expertise in homologous recombination that will clearly distinguish Cell Genesys from any other efforts in the field. We will also build a strong expertise in mammalian cell biology, the complementary technology required to successfully develop cellular transplants genetically altered by homologous recombination.

This in-house focus on homologous recombination and mammalian cell biology will be complemented by outside technology consultation. These consultants will have technical expertise in fields we will require long-term in developing the company. Their input will be relevant not only to ongoing products but to future directions of the company. The major input to this area will come from two areas: (1) our scientific founders will serve on the scientific advisory board. The group brings expertise in molecular biology, cell biology and clinical medicine; and (2) the second input in this area will come from experts in technology we do not currently posses yet need for long-term success. Consultants presently being considered for these positions include Dr. Alan Bernstein (retroviral enhancement of homologous recombination) and Dr. David Sachs (Transplantation Immunology).

CGI 2978

## V.  MARKET STRATEGY

A.   MARKET STRATEGY

Cell Genesys plans to develop three classes of products: universal donor tissues, autologous gene therapy and cellular drug delivery systems. Within each category, initial product development efforts are focused upon chronic or acute disease states for which current treatment is unsatisfactory. It is anticipated that the company's first product will be a universal donor skin for treatment of burns and chronic ulcers. This will be followed by treatments for macular degeneration and sickle cell anemia. In-brain protein delivery systems to treat disorders such as Alzheimer's and Parkinson's are envisaged in the longer term.

B.   UNIVERSAL DONOR TISSUES

Many diseases can be ameliorated by transplantation of either entire organs or, less commonly, specific classes of cells. Examples are insulin dependent diabetes, biliary atresis, macular degeneration and severe burns. Problems associated with this approach are first, the availability of suitable donor organs or cells; second, the rejection of transplanted tissues as a result of the patient's immune response; and third, side effects associated with the prolonged use of drugs to prevent tissue rejection. An opportunity thus exists to create a new class of treatments based upon tissues that can be grown in culture eliminating genes that cause immune response. Cell Genesys has identified two target areas for product development: skin replacement and macular degeneration.

Skin Replacement

Cell Genesys intends to develop a Universal Donor Skin (allograph) for use as either a temporary dressing or permanent graft to treat full thickness (third degree) burns, chronic ulcers (for example diabetic, decubtial, venous) and other major skin defects. Total market potential is estimated to exceed $1 billion in the U. S. Cell Genesys skin products will be superior to current products because of their widespread and immediate availability and relatively low cost.

Market Size

The potential U. S. market for wound dressings to treat burns that result in hospitalization and chronic ulcers is estimated to be $800 million annually.

Burns

| Number of Patients | |
|---|---|
| | 80,000 |

| Ulcers | |
|---|---|
| Average Cost per Patient | $6,729 |
| Market Value | $538 million |
| Number of Patients | 1,066,000 |
| Average Cost per Patient | $242 |
| Market Value | $256 million |
| Total Market Value | $794 million |

It is anticipated that the company will sell its allographic dressings through specialist burn centers. There are approximately 180 such centers in the U. S. Initial market focus will be on the treatment of third degree burns that are currently operated on. This market alone has an estimated value of $387 million.

Products

A number of temporary dressings are currently used. These include Silvadene Cream and gauze, synthetic wound dressings (such as Biobrane), porcine skin (for example, Bioplasty's EasyDerm) and human cadaver skin. A Cell Genesys allograph would be superior to each of these products in that it provides a more effective barrier to fluid loss and bacterial infection.

Permanent wound treatments include autologous grafts, autologous cell culture grafts (produced by BioSurface) and synthetic skin (for example, Integra, under development by Marion Laboratories). Autologous grafts are the treatment of first choice for severely burned patients but are limited by the availability of donor skin. Use of BioSurface's autologous culture service is currently limited by product shelf life (less than eight hours), cost of the graft ($100,000 per square meter) and extended hospital stays that result from its use (a minimum of three weeks). Artificial skin is still in clinical trials. Marion hopes to launch its Integra product by the early 1990's. An effective allographic skin graft would be an especially attractive product for severely burned patients, particularly if it were widely available and competitively priced.

Competitors

Many major companies currently compete in the market for wound care products. These include Johnson & Johnson, Squibb and Smith & Nephew. An interesting new entrant to the field is Marion Laboratories. The company is planning to launch a number of new wound healing products over the next two years and, according to Sanford Bernstein, sales in this division are expected to increase from $13 million in 1987 to $130 million in 1993.

venue - Cell Genesys

CGI 2980

RPE Cell Transplant and Age-Related Macular Degeneration

Cell Genesys plans to employ homologous recombinant technology to create a line of RPE cells lacking the antigens responsible for major cell-mediated immune responses. The company hopes to create a "universal donor" RPE cell that can be transplanted into patients suffering from macular degeneration, thereby preventing further loss of vision.

Macular degeneration is a generic term for a number of diseases that result in the destruction of the retinal cells essential for clear vision. The condition is the leading cause of central visual impairment and blindness in the western world, affecting 30% of the over-75-year-old population and blinding nearly 3% of this group. Recent research indicates that age-related macular degeneration, by far the largest disorder in this category, is caused by abnormal function in Retinal Pigmented Epithelial (RPE) cells. Normally, these cells support the delicate light sensitive nerve cells by, among other things, scavenging waste products from retinal rods and cones. However, as RPE function declines so does the number of irreplaceable light sensitive cells. The loss of an unusual number of such cells leads to an irreversible decline in visual acuity in the affected eye.

Recent research in a rat model has demonstrated that an RPE disorder can be successfully treated, and visual loss arrested, by the intraocular transplantation of healthy RPE cells from an immunologically identical donor rat. This experimental procedure is technically simple and holds great promise for humans if tissue rejection hurdles can be overcome.

Market Size

The market for a macular degeneration therapy is estimated at $1 billion. This figure is calculated as follows:

| Potential Patients | 5.3 million |
| Charge per Patient | $2,000 |
| Market Penetration | 10% |
| Total Market | $1 billion[1,2] |

Age-related, or senile macular degeneration, is a serious problem that is certain to grow in importance as the number of elderly people increases in the years ahead. Prevalence for both eyes in th U. S. is estimated at 4% between 65-74 years rising to 17% between 75-85 years. Fully 30% of persons over 75 years have some disease in one or both eyes.[2] The condition is often serious, resulting in considerable visual impairment for many elderly patients: age-related macular degeneration blinds approximately 2.6% of the over-75-year-old population.[3]

CGI 2981

Products

Currently there is no effective therapy for macular degeneration. The primary treatment used to forestall visual loss is laser photocoagulation of new vessel membranes. This procedure does not treat the underlying disease but slows visual loss in a few patients.

Revenues - Cell Genesys

C.   AUTOLOGOUS GENETIC THERAPY

A considerable number of diseases have been identified that are caused by specific genetic defects. Examples include some types of severe combined immune deficiency (SCID), sickle cell disease (SCD) and thalassemia. Adequate medical therapy is unavailable for most of these disorders. Homologous recombinant techniques promise the correct of selected genetic defects in somatic cells through in vitro correction of the genetic defect in a patient's cells and return of the target cells to the body. Cell Genesys' initial efforts are targeted to applying this technology to sickle cell disease. Success in treating SCD will be the first step in treating the entire range of hematologic genetic disorders.

Sickle Cell Disease

Sickle cell disease is an inherited hematologic disorder caused by a single mutated base pair in the B-globin gene. This simple error results in the wrong amino acid being inserted in the B-globin molecule. Under conditions of low oxygen tension, abnormal deoxyhemoglobin polymerized and causes red blood cells to change to a shape resembling a farmer's sickle. These abnormal blood cells can block small vessels leading to "crises" during which severe pain and organ damage can result. The long-term prognosis for sickle cell patients is poor and there is currently no cure or satsifactory treatment available.

Cell Genesys plans to correct the defective base pair in bone marrow stem cells. These cells would then be transplanted back into the patient, producing red blood cells containing normal hemoglobin. It is hoped that physiologic space for transplanted marrow cells can be created without resorting to ablation of the abnormal bone marrow. This would result in a mixture of sickled and normal red blood cells being present in the circulation, a condition similar to that present in patients

with sickle cell trait, a relatively benign condition affecting an estimated 8-10% of black Americans. Ablation of abnormal bone marrow prior to transplant would lead to total cure where successful. However, this procedure carries with it a small risk of death and a more significant risk of sterility.

Market Size

The initial market for a successful SCD therapy is estimated at $280 million. Once the initial patient population is treated, the long-term market drops to $13 million annually. The figures for the initial market are calculated as follows:

| | |
|---|---|
| Number of Patients | 57,200 |
| Charge per Patient | $5,000 |
| Total Market | $280 million[1,4,5,6] |

The long-term market figures are calculated as follows:

| | |
|---|---|
| Number of Patients | 2,600 |
| Charge per Patient | $5,000 |
| Total Market | $13 million[1,4,5,6] |

Products

No acceptable therapy for SCD exists today. The only curative therapy, bone marrow transplant, is limited by the lack of available donors and the significant risk of death associated with the procedure. Other therapies such as recombinant erythropoietin, Nifedipine and a variety of anti-sickling agents are currently being investigated but offer little hope of significantly affecting the course of the disease.[1]

Revenue - Cell Genesys

D.   CELLULAR DRUG DELIVERY SYSTEMS

The delivery of peptides to target tissues effectively, conveniently and safely is a major issue for pharmaceutical companies today; particularly the delivery of such substances across the blood brain barrier. Many of the more novel cellular therapies under investigation require frequent injections or nasal administration of peptide products in order to get peptides into the body intact. Even then, quite often drug concentrations at target issues are unpredictable at best. Gene therapy offers potential delivery route that circumvents the problems associated with existing peptide delivery mechanisms while promising more stable drug concentrations at target tissues.

CGI 2983

## Disease States

Cellular Genesys is focused on two diseases of the central nervous system (CNS), Alzheimer's and Parkinson's, that are of major clinical importance and are particularly well-suited to initial investigation. Both disorders are associated with a deficiency in neurotransmitters (acetylcholine and dopamine, respectively), are progressively disabling, affect a large number of people and are difficult to treat adequately. In fact, there is as yet no approved treatment for Alzheimer's disease.

It has long been known that increasing the amount of dopamine reaching the basal ganglia of the brain reduces or abolishes the symptoms of Parkinsonism. However, medical therapy is limited by a decreasing response to medication seen over time in many patients. Recent transplantation experiments involving the grafting of autologous renal medulla and fetal CNS cells to the brain have improved motor control and overall function in some patients. While the efficacy of this approach is still far from certain, the potential of cellular transplantation is apparent. Animal research in the area of Alzheimer's disease also suggests that delivery of increased levels of acetylcholine and/or nerve growth factor directly to CNS tissue may be helpful in improving memory and overall cognitive function.

Cell Genesys will explore the potential of homologous recombination to create an implantable therapy that will continuously deliver peptides to the brains of afflicted patients. The company will focus on developing the ability to delliver agents to target tissues in a predictable and effective manner. The agents selected for delivery depend upon the course of research in the field, particularly in the case of Alzheimer's disease. The company sees its technology as complementary to the efforts of a number of neuroscience companies including Neurex, Athena and Nova to develop effective therapies for these diseases.

## Market Size

The market for effective therapies for Alzheimer's and Parkinson's disease is clearly enormous. It is estimated that Alzheimer's disease alone affects 3 million people in the U. S. and is responsible for 20-25% of all nursing home admissions. Alzheimer's-related patient costs in the U. S. total $13 billion for in-patients and $31.5 billion for in-home care.[7,8] Parkinson's disease affects an additional 500,000 people in the U. S.[8]

## Products

No effective therapy for Alzheimer's disease exists at this time. A number of drugs are under investigation, among them THA. Much research effort is directed to the interrelationship between

nerve growth factor (NGF) levels and acetylcholine production in the brain.

Two major therapies currently exist for Parkinson's disease, neither of them entirely satisfactory: dopamine therapy and fetal or adrenal transplantation. Medical therapy is generally quite helpful but becomes less effective over time while transplant therapy is still very experimental and has yielded mixed results. Futhermore, significant ethical questions have been raised over the use of human fetal tissue in transplant experiments.

Revenues - Cell Genesys

Sources:    [1]STM analysis
            [2]American Journal of Epidemiology
            [3]John Marshall, "The Ageing Retina: Physiology or Pathology
            [4]NewEngland Journal of Medicine
            [5]Genetic Epidemiology
            [6]U. S. Bureau of the Census
            [7]American Journal of Preventive Medicine
            [8]Annals of Neurology

CGI 2985