## VI.  REGULATORY STRATEGY

The recombinant DNA regulatory strategies of the 1970's and the mammalian cell culture strategies of the 1980's, although eventually successful, were often ill-conceived. Several companies sacrificed timely drug approval, significant dollars, long-term market share and a damaged reputation at the FDA. Their failure can clearly be attributed to a lack of understanding of the agency and its politics, a demonstrated lack of respect for agency reviewers, an inability to develop a clear and concise long-term strategy and a lack of understanding on how to design and implement relevant pharmacological safety studies.

The alteration of the genome of human cells in vitro and the transfer of these cells back into the patient for therapeutic use has already attracted regulatory and ethical attention. Products from this technology will require a well-conceived regulatory strategy to minimize the pitfalls of the past, to ensure marketed products in the mid-90's and to earn the respect and assistance of the FDA. Cell Genesys' strategy will be based on the following key points:

1.  Hire key people in leadership roles at the company who are sensitive and knowledgeable about regulatory issues confronting the development of therapeutic products in the gene therapy area.

2.  Assemble a regulatory advisory board composed of:
    a.  device regulatory consulting expert or firm

    b.  a biological regulatory consulting expert or firm

    c.  a Washington, D.C. regulatory based attorney with strong FDA contacts

    d.  an ethicist with gene therapy experience

    e.  a pharmacology consultant

    f.  scientific lumenairies in the field of gene therapy

    The board will be used to assist in developing our regulatory strategy, establishing appropriate contacts at the agency and establishing credibility in the medical community.

3.  Develop a regulatory strategy that includes:

CGI 2986

a.  how and with whom to begin discussions with the agency

b.  appropriate safety studies

c.  appropriate clinical targets

d.  device vs. biologic vs. drug

e.  differentiation from competition

4.  Assume a leadership role in the regulatory and scientific community in establishing gene therapy regulatory policy.

5.  Use the inherent safety advantages of homologous recombination over retroviral vectors to clearly separate us from the competition.

6.  The disease states we select, products and patient selection within a disease state, will be significantly influenced by our regulatory strategy.

7.  Build a long-term relationship with the agency based on honesty, trust, excellent science, well-conceived and implemented safety studies.  At the same time, have a strong understanding that decisions at the FDA will not only be based on excellent science but on the politics at the agency and the ethical implications of gene therapy.

CGI 2987

## VII.  COMPETITION

### A.    TECHNOLOGY

Homologous recombination is a unique and normal cellular process by which cellular genes can be modified in many different ways.   To our knowledge, Cell Genesys is the only company which utilizes this base technology to approach cures of several human disorders.    It is probably fair to state that there were four individual laboratories which contributed heavily to the development of the HR technology.   They include the laboratories of Paul Berg, Mario Capecchi, Raju Kucherlapati and Oliver Smithies.   Dr. Berg is associated with DNAX, a Palo Alto company. Dr. Capecchi is a consultant to Chimera, a newly-formed company which proposes to develop useful produts through manipulation of the genone of animals.

It is possible to introduce generic information into mammalian cells by other methods such retroviral vectors, herpes viral vectors, etc.   The advantages of the use of such vectors lie in the fat that retroviruses can theoretically infect virtually all cells in a population and vectors such as the herpes vectors could provide tissue tropism.   Of these, several companies are preparing to exploit the retroviral technology for commercial purposes.    These include Gene Therapy Inc., Viagene and Somatix.   Despite the advantage of the high efficiency gene transfer, the retroviral vector systems do not offer significant advantages over HR.   Besides the fact that the genes introduced through retroviral vectors integrate at random sites within the genome, it is not possible to perform gene replacement or gene corrections that HR enables us to do.   Thus, many of the projects proposed by Cell Genesys cannot be accomplished by methods other than HR.

Gene inactivation can be accomplished through the use of antisense RNS or antisense oligonucleotides.   Through antisense inactivation, strategies have proved useful in modifying gene expression in plants, similar successes in animals and animal cells have not been achieved.

Some of the product areas that Cell Genesys has chosen do have competition.   This is especially true in the case of coverings for burn patients and perhaps decubitus ulcers.   The companies who have interests in these areas are Marion Laboratories, Organogenesis and Bio-Surface.   Bio-Surface, founded by Dr. Howard Green, developed methods to grow keratinocytes from skin samples and they are utilizing autologous transplants and, in some cases, allografts as skin coverings. Organogenesis, headed by Dr. Bell, proposes to synthesize a full thickness skin substitute but the procedure is quite laborious and has not been used extensively.   Marion Laboratories markets

synthetic skin substitutes. Cell Genesys feels that the UD keratinocytes are unique and, because of their ready availability, would make a significant impact on the market. The company does not intend to pursue marketing of UD skin and wishes to sell the product concept to a well-established company with interests in this area. To the best of our knowledge, there is no competition for the major UD product, the UD retinal pigment epithelial cells.

In the area of stem cell modification, some diseases such as ADA deficiency may be treated by using retroviral vectors. But, for important diseases such as sickle cell anemia, it is not different to introduce a normal copy of the gene but it is necessary to replace the defective gene. This can be accomplished by homologous recombination only.

The neural cell area is highly competitive and rival technologies are being developed. These include fetal cell transplants, use of slow release polymers and other similar methods. However, there is substantial evidence to indicate that cellular transplantation is becoming a most important novel technique for curing neurological diseases and the techniques and products that Cell Genesys proposes to develop are certain to play a very important role in this important area.

CGI 2989

## VIII.  RISKS

Cell Genesys is a startup company based on a rapidly developing area of biotechnology.  The development of this technology and its application in clinical medicine will require a significant commitment from the founding scientists, investors and employees.  With this commitment comes a high level of risk, some normal to any venture and some very specific to Cell Genesys.

Risks that have specific significance in relation to Cell Genesys are as follows:

1.   Regulatory Approval

The FDA, NIH and the governmental agencies are currently involved in assessing the gene alteration of human cells for therapeutic benefit.  Anderson and Rosenburg recently received approval for their clinical trials using retroviral altered TIL cells in cancer patients having less than a 90-day survival projection.  As this field progresses for the treatment of chronic diseases, the risk/reward assessment at the FDA will become more stringent.

Minimization of Risk:

Cell Genesys will implement a well-conceived, strategic plan to manage the regulatory complexity of the projects.  They will include:

   a.   Early employees will have a sensitivity and significant experience in the regulatory area.

   b.   Assemble a regulatory panel of outside experts to assist in the plan and appropriate contacts at the FDA.

   c.   A regulatory strategy and plan will be developed immediately with the help of our outside panel.

   d.   Clinical targets will be impacted heavily by regulatory input.

   e,   Well-defined, agreed upon and well-executed safety studies and final product characterization will be a top priority.

   f.   Develop a clear distinction at the FDA

between homologous recombination and retroviral techniques.

g.   Build a long-term relationship with the agency that is based on honesty, trust and outstanding science.

2.   Cell Type Availability

The success of homologous recombination will require cell types that can be either expanded in cell culture or in-vivo post transfection.  Cell types, including keratinocytes, retinal epithelial cells, fibroblasts and endothelial cells can be expanded in culture and are excellent target for our technology.  Marrow, hepatocytes and neurons are cell types where extensive cell culture research is being conducted in order to isolate and grow stem cells.

Minimization of Risk:

a.   Cell Genesys will begin work on products where current cell types are readily grown in culture.

   - Eye transplants (retinal epithelial cells)
   - Skin transplants (keratinocytes)

b.   We will establish scientific collaborations with the best groups in cell culture technology for areas including marrow, hepatocytes and neurons.

3.   Technical Challenges

Homologous Recombination:

Although the technology has progressed rapdily in the last several years, questions about its applicability to human disease still exist.  Questions center around several challenges:  increasing the percentage of homologous events, the ability to select the homologous recombination event and the tranfection of non-dividing cells.

Minimization of Risk:

Data currently in the literature indicates that the abovementioned technology challenges will be possible. Utilizing new selection techniques, such as PCR, improved cell culture techniques for cell proliferation and automated injection techniques for improved transfection will allow us to conduct the necessary

genetic alterations. Most importantly, however, in assuring our success and overcoming current and future technical challenges of the project is hiring outstanding scientific talent. Through our scientific networks, commissioned searches and advertising for scientists, we are currently assembling a scientific team that will utilize the current state-of-the-art technology as a base and will build Cell Genesys into the leader in future homologous recombination technologies.

4. Competition

Gene therapy and gene manipulation is an area that has attracted not only very bright scientific minds but has not escaped the attention of the entrepreneur and the venture capitalist. Several startups have been formed in the last two years and the pharmaceutical and biotech industry are now devoting efforts to the evaluation of and hiring of expertise.

Minimization of Risk:

Cell Genesys has implemented a well thought-out strategic plan to maximize our technology advantages and minimize the impact of competitive technologies:

a. Choose clinical targets where retroviral approaches are not effective (knockout of MHC I and II, sickle cell gene replacement).

b. Choose clinical targets where high expression levels will be important (NGF expression) thereby making it very difficult for retroviral approaches.

c. Develop a regulatory strategy that will clearly stress the advantages of homologous recombination over retroviral technologies (minimization of oncogene activation, no retroviral vectors).

d. The use of automated microinjection systems to eliminate low incorporation rates.

e. Building a top in-house scientific team in the area of homologous recombination.

f. License of complementary technologies that enhance our products.

5. Disease Understanding

CGI 2992

The treatment of a disease without the knowledge of

absolute biological mechanisms for that particular disease, carries with it a given level of risk.

Minimization of Risk:

Risk minimization in this category will be accomplished through several areas:

1.  Diversification into three clinical categories:

    - immunology alteration (universal donor)

    - genetic disease correction (sickle cell)

    - protein production (neurological diseases)

2.  Diversification of risk profile of each clinical project:

    - the genetic disease correction of the single amino acid defect in sickle cell will correct the disease.

    - the knockout of MHC I or II will certainly reduce the immunogenicity of the cells but it is not clear how far and how it will affect other functionality.

3.  Clinical collaboration with the best in each respective disease state.

CGI 2993

## IX.   COMPANY EMPLOYEES

A.    Current Employees

B.    Current and Future Recruiting Efforts

C.    Organizational Plans

Cell Genesys will hire only the best and in so doing will build the strongest scientific and management team in the genetic and cell therapy field.

The first year's effort will be dedicated to building the scientific team.  We will hire five scientists who will lead

CGI 2994

three key development programs. The scientists will be a mixture of people who have industry experience and are sensitive to product development and post doctoral scientists who are technically current and uninfluenced by years of industry. During the first year, we will also hire the VP of research and CEO. These two positions will have industrial background, knowledge with regard to research and product development and have had significant experiences with the FDA and NIH (see appendix I, II).

The second year's effort will continue to enhance our scientific team plus begin to build our pharmaceutical development team. The second part of the organization will include people with pharmacology, clinical medicine and regulatory expertise. These people will establish the safety of the drug, give appropriate knowledge of regulatory requirements and the medical understanding to bridge research, pharmacology and regulatory needs. This group will have industry experience and work closely with research as products move into the development phase.

CGI 2995

## X.  PROPRIETARY POSITION

CGI 2996

|  | SEED | Q2 | Q3 | Q4 | Total 1989 | Total 1990 | Total 1991 | Total 1992 | Total 1993 |
|---|---|---|---|---|---|---|---|---|---|
| Headcount |  | 3 | 12 | 13 | 13 | 33 | 50 | 75 | 110 |
| Additions/Qtr. |  | 3 | 9 | 1 | 1 |  |  |  |  |
| **Cash Disbursements** |  |  |  |  |  |  |  |  |  |
| Payroll |  |  |  |  |  |  |  |  |  |
| Salaries |  | $28,125 | $146,625 | $234,375 | $403,125 | $1,511,250 | $2,437,500 | $3,772,500 | $5,452,500 |
| Taxes/Benefits @20% |  | $5,625 | $28,125 | $46,875 | $80,625 | $302,250 | $487,500 | $754,500 | $1,090,500 |
| Total Payroll |  | $33,750 | $168,750 | $281,250 | $483,750 | $1,813,500 | $2,925,000 | $4,527,000 | $6,543,000 |
| Recruiting/Relocation |  | $50,000 | $50,000 | $50,000 | $150,000 | $220,500 | $214,375 | $151,125 | $230,875 |
| Facility |  |  | $22,000 | $22,000 | $44,000 | $184,475 | $348,200 | $518,400 | $680,400 |
| Animal Studies |  |  | $10,000 | $10,000 | $20,000 | $70,000 | $120,000 | $150,000 | $200,000 |
| Materials |  |  | $10,000 | $15,000 | $25,000 | $100,000 | $200,000 | $300,000 | $400,000 |
| Clinical lab equip./Supplies |  |  | $15,000 | $20,000 | $35,000 | $75,000 | $100,000 | $125,000 | $150,000 |
| Lease Line Security Deposit |  | $90,000 | $20,000 | $10,000 | $120,000 | $300,000 |  |  |  |
| Lease Expense |  | $19,443 | $39,285 | $39,285 | $98,213 | $451,791 | $600,000 | $1,080,000 | $2,100,000 |
| Travel |  | $40,000 | $39,000 | $59,000 | $100,000 | $309,000 | $745,439 | $1,371,457 | $3,142,141 |
| Telephone |  |  | $5,000 | $6,000 | $11,000 | $40,000 | $427,500 | $528,000 | $571,250 |
| Insurance |  |  | $5,000 | $10,000 | $17,500 | $40,000 | $68,000 | $79,200 | $114,300 |
| Utility/Tax |  | $5,000 | $7,500 | $5,000 | $5,000 | $10,000 | $100,000 | $150,000 | $300,000 |
| Clinical Trials |  |  |  |  |  |  | $15,000 | $25,000 | $30,000 |
| Conversities |  | $50,000 | $50,000 | $70,000 | $170,000 | $250,000 | $250,000 | $500,000 | $1,000,000 |
| Office supplies |  | $5,000 | $10,000 | $10,000 | $25,000 |  |  | $300,000 | $300,000 |
| Consultants |  |  |  |  |  |  |  |  |  |
| SAB/Consultants |  | $30,000 | $35,000 | $60,000 | $105,000 | $150,000 | $150,000 | $150,000 | $150,000 |
| Legal |  | $45,000 | $5,000 | $35,000 | $35,000 | $100,000 | $100,000 | $75,000 | $75,900 |
| Regulatory |  | $5,000 | $15,000 | $15,000 | $15,000 | $40,000 | $40,000 | $60,000 | $80,000 |
| Pharmacology |  | $2,500 | $2,500 | $12,500 | $47,500 | $15,000 | $15,000 | $15,000 | $115,000 |
| Marketing |  | $10,000 | $5,000 | $5,000 | $20,000 | $10,000 | $10,000 | $10,000 | $10,000 |
| Total Disbursements | $210,000 | $340,893 | $485,035 | $839,035 $1,444,963 | $4,153,244 | $4,420,014 | $10,302,182 | $14,090,989 |
| **Cash Receipts** |  |  |  |  |  |  |  |  |  |
| Mgmt Venture Capital |  | $2,000,000 |  |  | $2,000,000 | $4,000,000 | $0 | $0 | $0 |
| Corporate Partners |  |  |  | $2,000,000 | $2,000,000 | $2,000,000 | $1,000,000 | $4,000,000 | $1,000,000 |
| IPO/R&D Partner |  |  |  | $0 | $0 | $0 | $0 | $25,000,000 | $0 |
| Total Equity |  | $2,000,000 | $0 | $0 $2,000,000 | $8,000,000 | $4,000,000 | $31,000,000 | $1,000,000 |

CGI 2997

Cash Flow Forecast
1989-1993

| | SEED | Q2 | Q3 | Q4 | Total 1989 | Total 1990 | Total 1991 | Total 1992 | Total 1993 |
|---|---|---|---|---|---|---|---|---|---|
| Cumulative Equity | $2,000,000 | $2,000,000 | $2,000,000 | $2,000,000 | $2,000,000 | $10,000,000 | $14,000,000 | $45,000,000 | $49,000,000 |
| Revenues: Clinical Market | | | | | | | | $250,000 | $500,000 |
| Other Receipts: | | | | | | | | | |
| Interest Income | | $32,391 | $24,780 | $14,035 | $71,205 | $417,553 | $345,459 | $1,381,764 | $1,715,136 |
| Total Receipts | | $2,032,391 | $24,780 | $14,035 | $2,071,205 | $8,417,553 | $4,345,459 | $32,631,764 | $6,215,136 |
| Balance | ($210,000)$1,481,497 | $1,021,243 | $324,243 | $324,243 | $4,460,529 | $2,604,174 | $24,935,756 | $15,059,903 |

ptions:

1. 1988 dollars
2. $75K/employee in 1989, $85K/employee in 1990, $60K/employee in 1991,
   $65K/employee in 1992 and 1993. Benefits/taxes assumed to be 20% of salaries.
3. Employees added in each quarter work 1 1/2 months in quarter added.
4. Facility lease at $1.35/foot/month in 1989, $1.55/foot/month in 1990
   and $1.80/foot/month in 1991 and beyond. Lease includes amortized TIs.
   300 sq. ft. per employee assumed.
5. $4M capital equip. lease line with 30% deposit in Q2 1989,
   3 yr lease at 15%. Additional $1M line in Q2 1990, $2M in Q4 1991,
   $5M in Q4 1992, and $6M in Q4 1993.
   No residual value assumed.
6. Recruiting/Relocation- in 1990 and 1991, 50% of the new employees are recruited or
   at a cost of 15% of their annual salary. In 1992 and 1993, this percentage
   drops to 25%.
7. Travel- $1,500/employee/qtr. 1990, $2,500 in 1991, $2,000 in 1992, $1,500 in 1993.
8. Seminars- $600/employee/qtr. in 1990, $400 in 1991, $300 in 1992/1993.
9. Interest income at 8%.
10. Clinical revenue assumed to be $250,000 in 1992 and $500,000 in 1993.
11. Corporate partnerships assume three: 1990, 1991, 1992
    each with an initial payment and benchmark payments

CGI 2998

## IV.   PRODUCT DEVELOPMENT

Products chosen by Cell Genesys for initial development fit several strategic criteria. These products represent focused short-term opportunities which will also allow the company to build technologies with long-term applications. Each product area represents a unique approach to a human healthcare problem with large market potential. The proposed solution within each product area is independent of developments in another area of the company's activities, so that success of each product is not dependent on progress on other products.

## A.   OVERVIEW OF MEDICAL OPPORTUNITIES

Over the past ten years, the impact of biotechnology on the practice of medicine has been significant. The ability to manipulate genes in vitro has allowed for the development of a wide array of new diagnostic tests and has provided a means for the large-scale in vitro manufacturing of biologically-relevant human proteins, such as insulin and tissue plasminogen activator. While these in vitro approaches will continue to play an important role in the development of new therapeutic agents, they are limited in that many disease states require the expression of protein products within the context of a specific cell; systemic delivery of the therapeutic agent is ineffective. Furthermore, the need for temporal regulation or continuous administration of a therapeutic protein complicates delivery by an exogenous route of administration. In addition, certain disorder cannot be treated by delivery of a protein product at all; rather, transplantation of viable cells or tissues are needed. This is true in the case of a number of degenerative disorders, for example, involving the eye or the nervous system.

The ability to precisely modify genes within viable human cells by homologous recombination technology provides a novel approach to the treatment of several classes of human disease for which there are currently no satisfactory therapies. This technology will allow scientists to make specific modifications in the genome of a cell without altering other genetic loci. In this way, defective genetic loci can be corrected within a cell. Additionally, precise modifications can be made within a gene in order to activate or enhance the expression of desirable protein products, again, within the context of cell, thereby creating a type of "cellular factory," which, upon implantation, can supply (in a predictable fashion) a missing protein product. By homologous recombination, the expression of undesirable genes can also be selectively inhibited, thereby generating modified cells with novel features. Such a modification will have important applications, for example, in modulating genes responsible for transplantation rejection.

The potential range of disease states which are amenable to therapies involving genetically-modified cells is great. Cell

Genesys believes that the development of this technology will have an enormous impact on the practice of medicine.

Each of the three methods of precise gene modification achievable by homologous recombination can be exploited for the purpose of treating human disease. Gene knockout can be used to generate cells or tissues in which an undesirable gene product can be irreversibly inhibited. This approach will be used to generate cells and tissues which lack, or have greatly reduced, immunogenicity and thereby can be used as universal donor transplants. As detailed below, keratinocytes (skin cells) modified in this manner would have immediate applicabililty in the treatment of burns. The transplantation of retinal pigmented epithelial cells (RPE) is a promising approach to the treatment of macular degeneration, a common cause jof blindness in the elderly, as well as other retinal diseases. Again, the availabilty of tissue which can be transplanted without the problem of immunologic rejection allows this types of therapy to become universally applicable.

Gene replacement by means of homologous recombination provides a means to precisely correct genetic defects responsible for an inherited genetic disorder. These diseases typically result from a qualitative or quantitative abnormality of the gene product in one or more cell types in the body. For many of the diseases in this category, exogenous administration of the missing protein product cannot ameliorate the symptoms of the disease, rather regulated expression of the protein within the context of the cell is necessary. This is the case, for example, in sickle cell disease, which results from a qualitative defect in B-globin production in red blood cells. At the present time, no satisfactory therapy is available for the vast majority of patients with these types of disorders. The ability of homologous recombination to precisely correct genetic defects without altering other genetic loci provides a novel approach to this category of disease. The rapid progress in the isolation of human hematopoietic stem cells and the ability to culture cells from various organs in vitro suggests that gene replacement technology will be applicable to an increasing number of human diseases.

Finally, homologous recombination can be used to engineer transplantable human cells to manufacture proteins in a predictable fashion by the insertion, for example, of heterologous control regions from another gene whose expression properties have been characterized. In this manner, protein drug delivery within a cellular factory can be achieved in vivo, obviating the need for parenteral administration. Such a system will provide a continuous source of the therapeutic agent and can be engineered to elaborate the product either locally at the site of implantation or systemically when placed in contact with the vasculature. The ability to both spatially and temporally regulate protein delivery in vivo represents an important advance in the use of therapeutic proteins for the treatment of human

disease.

The ability to perform, in effect, genetic "surgery, on cells by homologous recombination allows precise manipulations to be performed on many genes associated with human diseases. We believe that genetically-modified cells represent a new dimension in the treatment of human diseases providing unique therapeutic agents with a spectrum of applicability unlike conventional pharmaceuticals or even protein biotherapeutics. Based on our extensive discussions with basic and clinical researchers throughout the country, the demand for this novel class of therapeutics is enormous and the realization of such products may prove to be one of the most exciting developments in medicine over the next decade.

## B.    UNIVERSAL DONOR TRANSPLANTS

### Background

Transplantation of human organs and tissues represents a well-established method for treating a variety of serious human health problems. A major difficulty in such procedures is the problem of transplant rejection which is due to differences in the major histocompatibility complex (MHC) antigens between donor and recipient. This problem can be overcome to some extent by matching the MHC antigens of the donor and recipient. However, it is estimated that suitable matching can be achieve for only about 30% of patients. Even with matching, the administration of immunosuppressive drugs is needed. These drugs have severe side effects on major organ systems of the body.

An invention of the company is the novel concept that homologous recombination can be used to inactivate or "knock out" the genes critical to transplant rejection and thereby create universal donor cells and tissues. Universal donor tissues would represent a major medical breakthrough. No longer would tissue transplantation be limited by the availability of matched tissue or by the time it takes to grow tissues from the patient for an autologous transplant. In some cases these cells are no good anyway. Immunosuppressive drugs also would not be needed. A patent is being filed on the company's universal donor invention.

## HISTOCOMPATIBILITY GENE KNOCK OUT

Rejection of organ and tissue transplants is known to be directed by differences in the major histocompatibility complex (MHC) antigens. There are two classes of MHC antigens expressed on the surface of cells. Class I antigens are expressed by most cell types in the body. Class II antigens are more restricted in their expression; they are presently primarily on cells of the immune system, although other cells may express Class II under special circumstances. Although both classes of antigens play

important roles in the complete immunological reaction leading to rejection, it is believed that the Class I antigens on the donor cells is the key factor in initiating tissue rejection.

The structure and composition of the two classes of histocompatibility antigens are well known. Class I molecules consist of three high polymorphic subunits, called X1, X2 and X3, and a non-polymorphic subunit, called B2 microglobulin. The production of B2 microglobulin is essential for expression of the Class I antigens on the cell surface. If B2 microglobulin is not produced, the X1, X2 and X3 subunits are made but do not reach the cell surface to perform their function. Cell Genesys' strategy for developing universal donor cells is to use homologous recombination to inactivate the single copy of the B2 microglobulin gene residing on each of the two human #15 chromosomes. Knock out of the B2 microglobulin genes will produce cells that do not express Class I antigens and, therefore, should not be rejected.

## INITIAL PRODUCTS

The company's stategy for developing universal donor cells can be applied to any type of human cell that can be grown in cell culture. For successful transplantation applications, these cells must be readily transplantable to the affected site and once transplanted be capable of regenerating a functional tissue or organ. We have chosen two types of human cells that satisfy these criteria - retinal pigmented epithelial (RPE) cells and skin keratinocytes.

## UNIVERSAL RETINAL TRANSPLANTS

Degenerative diseases of the retina are very common and often lead to severely impaired vision or blindness. One of the most important retinal dystrophies is senile macular degeneration which is the leading cause of blindness in the U. S. in individuals over 60 years old. Other common retinal dystrophies include retinitis pigmentosum and uveitis. It is believed that many types of retinal dystrophies involve dysfunction of the retinal pigmented epithelial (RPE) cells. These cells lie in close proximity to the light collecting photoreceptor cells. The principal functions of the RPE cells are to nourish the photoreceptors and to digest the debris normally secreted by the photoreceptors. Dysfunction of RPE cells leads to degeneration of photoreceptors and, ultimately, blindness.

Recently, two groups of scientists have successfully transplanted RPE cells into the eyes of animals suffering from a genetic form of retinal degeneration. The transplanted cells prevented further degeneration of the retina. Ophthamologists and eye researchers feel that RPE transplants hold great promise for treatment of a variety of human retinal dystrophies. However, as

with organ transplants, the problem of immunological rejection must be overcome. To overcome the rejection problem, scientists at the company will prepare universal donor RPE cell lines from animal and human sources using the homologous recombination knock out strategy described above.

Large numbers of human RPE cells are available from eye banks. Furthermore, these cells can be grown extensively in cell culture. In collaboration with scientists at Eye Institute of the National Institutes of Health, these universal RPE cells will be characterized and tested by transplantation into animals. These studies will be directed at demonstrating that Cell Genesys' universal donor RPE can cure retinal diseases in animal models. After these studies are completed, the company anticipates initiation of clinical trials in humans at the National Eye Institute.

## UNIVERSAL SKIN TRANSPLANTS

Current treatments for the large number of severely burned patients (third degree and partial thickness burns and ulcers) are quite unsatisfactory. When a burn patient reaches the hospital, it is critical to cover the burned area as quickly as possible to prevent infection and fluid loss. At present, such patients are treated with temporary dressings consisting of either synthetic materials or porcine skin or, in some cases, human skin allografts from cadavers. These temporary measures are usually followed several weeks to months later by surgical transplantation of skin from unaffected areas of the patient to the burned sites. Such treatments require long and repeated hospitalization over several years. In patients with extensive burns over much of their body, these procedures may not be feasible. An alternative strategy in patients with sufficient unburned skin is to remove a small portion of skin, isolate the keratinocytes and expand them in cell culture. This autograft procedure takes at least several weeks to obtain sufficient amounts of skin. It is a costly, individualized therapy with inherent problems in reproducibility. For these reasons, it would be very desirable to have a reproducible, off-the-shelf skin equivalent which could be applied to burn patients soon after hospitalization. To achieve this, the problem of transplant rejection must be overcome.

Cell Genesys intends to meet this need by producing a universal donor human skin equivalent. Human epidermal keratinocytes are isolated readily and can be grown for long periods of time in cell culture. Furthermore, these cultured cells have been demonstrated to be transplantable and to reconstitute a fully-functional epidermal layer. Using the homologous recombination knock out technique, scientists at Cell Genesys will prepare animal and human epidermal keratinocytes that do not express Class I MHC antigens. The modified keratinocytes will then be tested by transplantation into animals. These studies will be

directed towards demonstrating that the modified cells are not rejected and that they are capable of generating a functional epidermis. Subsequently, clinical trials in burn patients will be initiated.

## FUTURE APPLICATIONS

The potential of the company's universal donor strategy is limited only the availability of human cells that have the capacity to regenerate tissue function after transplantation from in vitro culture. Considerable progress is now being made in developing techniques for isolation and cultivation of other human tissue from stem cells. For example, cultured vascular endothelial cells may be useful to provide a natural lining for protheses used in small and medium diameter arterial grafts. Recent experiments in animals indicate that muscle precursor cells can be transplanted to dystrophic muscles and results in considerable functional improvement. Progress is currently being made in the isolation and cultivation of putative lever stem cells and similar efforts are underway with pancreatic and brain cells. In each case, the company's universal donor strategy would provide the means to overcome the rejection problem inherent to the successful application of these cells for transplantation.

The company is also evaluating the possibility of generating universal donor organs from miniature swine. Because of size, physiology and high reproduction rates, miniature swine are considered a potential source of organs for human transplants. The company's homologous recombination knock out strategy can be used to produce animals lacking histocompatibility antigens. Organs from such animals might be much less susceptible to tissue rejection and graft versus host reactions. If successful, such developments could revolutionize organ transplantation.

## C. GENE THERAPY

### Background

Genetic diseases constitute a serious public health problem. These disorders are estimated to affect 5%-10% of liveborn infants and account for about 10% of neonatal and child deaths. Some single gene disorders occur at surprisingly high frequencies in the population. The most common single gene disorders are sickle cell disease (1 in 625 U. S. blacks), cystic fibrosis (1 in 2000 U. S. whites), Huntington disease (1 in 2500), Duchenne muscular dystrophy (1 in 7000) and hemophilia (1 in 10,000). Among these diseases, the genes for sickle cell disease (beta hemoglobin), muscular dystrophy (dystrophin) and hemophilia (Factor VIIIC) have been cloned and the genes for cystic fibrosis and Huntington disease probably will be isolated in the near future.

CGI 3004

Organ transplantation is an established procedure for treating a variety of genetic diseases. In fact, organ transplantation can be thought of as a form of somatic gene therapy since the patient receives transplanted tissue from another individual who does not harbor the genetic defect. Among the types of organ transplantation that can be successfully performed, bone marrow transplantation has been used to cure the largest number of genetic diseases. This is because the bone marrow contains pluripotent stem cells which can differentiate and give rise to all of the various types of mature blood cells. Bone marrow transplants have been used to <u>cure</u> one of the most common genetic diseases in the U. S., sickle cell disease. However, the problems of finding a suitably matched donor, graft vs. host disease, and the need for immunosuppression of the patient represent serious limitations to widespread use of bone marrow transplants in sickle cell disease and other genetic diseases. An alternative strategy is to remove a portion of the patient's own bone marrow, correct the genetic defect in the bone marrow stem cells and return the corrected cells to the patient (autologous transplant after gene correction). Homologous recombination, the technology employed by Cell Genesys, is the only method currently available for correcting the mutation present in the beta hemoglobin gene of sickle cell disease patients.

## GENE CORRECTION IN SICKLE CELL DISEASE

Sickle cell disease is a very serious, debilitating disorder which is due to gelation of sickle hemoglobin causing a loss in the normal deformability of the hemoglobin-carrying red blood cell. The "sickled" red cells become lodged in small capilliaries throughout the body leading to loss of blood flow (hypoxia) to major organ systems (heart, lung, gut, bone, etc.), infarctions and, ultimately, tissue death. There is also a mild to severe hemolytic anemia. Patients with sickle cell disease suffer from chronic heart disease and heart failure, debilitating and very painful bone and joint disease, obstruction of retinal vessels and blindness, and infarction of the spleen leading to high risk of infection. Treatment regimens are generally unsatisfactory, consisting of hydration therapy and frequent transfusions which leads to iron overload and infectious diseases (e.g. hepatitis). Despite this supportive therapy, most patients with sickle cell disease die before 50 years of age (get stats) and many patients die much earlier.

All cases of sickle cell disease have a common origin in Africa and are caused by a single amino acid change (glutamic acid-valine) in the sixth position of the beta hemoglobin chain. This change is due to a single DNA base change in the gene coding for beta hemoglobin [GAG(glutamic) - GTG(valine)]. This single kind of change is an ideal candidate for gene correction by homologous recombination using Cell Genesys' technology.

CGI 3005

To develop a cure for sickle cell disease, scientists at Cell Genesys, in collaboration with bone marrow experts, will microinject a small piece of good copy of the beta hemoglobin gene into pluripotent blood stem cells from the bone marrow of the patient. By homologous recombination, the microinjected DNA will correct the mutation present in patient's gene. During this process, only a single DNA base pair will be changed. Very sensitive techniques (e.g. polymerase chain reaction) will be used to identify microinjected cells that have undergone gene correction. The corrected stem cells will then be returned to the patient where they will develop into mature red blood cells, now containing normal hemoglobin molecules. These procedures are now feasible because of recent developments in the identification and purification of pluripotent bone marrow stem cells. Using specific monoclonal antibodies and other cell sorting techniques, these cells have been partially purified. Experiments in mice indicate that a very small number (1-5 cells) of these stem cells are capable of fully reconstituting the entire blood cell compartment. Furthermore, the stem cells can be maintained in in vitro cell culture for at least several weeks, allowing sufficent time to carry out the gene correction procedures. Finally, the efficacy of the procedure carried out on human cells can be tested directly, prior to clinical trials, by using specially bred mice (SC ID mice) lacking a functional immune system which would otherwise reject the human cells. The company believes that the several components needed to develop this advanced approach are in place and that the time is right for applying the precision of homologous recombination to gene therapy.

## FUTURE GENE THERAPY APPLICATIONS

The company's choice of sickle cell disease for it first gene therapy trial provides a major advantage for developing future applications in the gene therapy area. The expertise that the company gains in the genetic manipulation of the bone marrow stem cell will sllow it to apply these techniques to other diseases of the blood forming system. Because the single pluripotent bone marrow stem cell is a constant source of the largest number of different cell types found in adults, it has the greatest potential of any cell in the body for treating a wide variety of human diseases. Most importantly, the pluripotent stem cell gives rise to the wide array of cell types in the human immune system. Thus, genetic manipulation of this cell may provide the most effective way to treat a variety of immunological disorders, including autoimmune diseases, leukemias and AIDS.

The company's gene correction approach using homologous recombination will also be directly applicable to other important genetic diseases when the genes and appropriate tissue stem cells are isolated. Recent progress in muscle cell transplantation, combined with the already isolated Duchenne muscular dystrophy gene, may allow gene therapy for this disease in the near future.

CGI 3006

Similarly, the successful isolation of a liver stem cell would permit gene correction with the cloned Factor VIIIC gene. Gene correction of cystic fibrosis and Huntington disease is perhaps further in the future but certainly on the horizon.

? We may need a statement on the <u>complementary</u> approval of universal donor vs. gene correction of autologous transplant.

## D. PROTEIN DELIVERY

### Background

Most of the pharmacological industry is currently aimed at developing therapeutic products which are then delivered to the patient either orally or as injectables. One class of these products are proteins. Examples of this include insulin tissue plasminogen activator and antihemophilic factor VIII. Although the procedures for administering these products are adequate, some problems remain. The problems lie in the fact that products such as factor VIII are administered after a bleeding episode. At least in some of these cases, it would be ideal if the body or cells in the body are capable of producing and delivering the product as needed. Such a novel delivery system could very well prove to be the method of delivering drugs to patients in the future.

Homologous recombination provides a novel method by which specific protein products could be made to be produced by cells in the body. Though there are a wide range of applications of this approach, we have chosen, as a front-line product, to develop human fibroblast cell lines which produce and secrete nerve growth factor. Such cells are expected to be expressly useful in the treatment of Parkinson's disease.

### Parkinson's Disease:
Parkinson's disease affects a large number of individuals and is the result of lack of cells which are capable of producing dopamine. One of the of the therapy for Parkinson's is the administration of L-dopa which is like dopamine in the body. Though this therapy is quite successful, the efficacy is reduced after prolonged exposures and individuals become resistant to it.

An alternative to the administration of L-dopa is neural cell transplantation. One type of neural cell transplantation that could be conceived is fetal cell transplantation. Though research with fetal cell transplants can be pursued under strict government regulations, the availability, the ability to isolate the appropriate cell type and transplant rejection problems make this approach unsatisfactory. The second approach is transplantation of adrenal medullary cells. In this case, one of the two adrenal glands is surgically removed and the medulla is carefully separated from the cortex and the medulla as a tissue or disassociated cells are stereotaxically introduced into

the substantia nigra. Though this surgery received widespread attention a few years ago, it has not resulted in long-term cure of the disease. There is now substantial evidence that the reason for failure of these grafts lies in the fact that the medullary cells are not capable of developing axons which are necessary for cell-cell contacts which in turn is essential for normal function. Experiments conducted by Dr. B. Hoffer at the University of Colorado Health Science Center in Denver, Colorado and his colleagues in Stockholm, Sweden have shown that the transplanted adrenal medullary cells will be able to develop axons and generate functional cell-cell contacts if provided with a source of nerve growth factor. They have also shown that the ideal way of delivering NGF is through the use of cells which are producing and searching this product. Cell Genesys is developing collaborative arrangements to clinically test the efficacy of using human fibroblasts producing NGF to augment the transplantation of adrenal medullary cells.

<u>Development of NGF Producing Human Fibroblasts</u>: As pointed out earlier, the functionality of transplanted adrenal medullary cells in Parkinson's patients depends upon the ability of these cells to generate axonal outgrowths and make cell-cell contacts. Axonal outgrowths can be accomplished by administration of NGF and the administration is required for a period of 2 - 3 weeks. We feel that allografts of fibroblasts producing NGF would be ideally suited for this purpose. Fibroblasts are easy to isolate, they are readily manipulable and can be grown to large quantities and stored in liquid nitrogen for easy retrieval.

Cell Genesys will incorporate the human NGF gene by targeted recombination methods to one of the active list of diploid fibroblasts. The targeting will be achieved so that the NGF gene is an add-on rather than a replacement. The cells will be tested for NGF production. An appropriate cell line will then be co-transferred into a Parkinson's patient along with adrenal medullary cells. The efficacy of this method to that of transplantation of AMC without fibroblasts will be examined. It is expected that the brain will slowly reject the fibroblasts but they would remain functional for long enough periods of time to provide adequate NGF for the AMC to produce cell-cell contacts.

<u>Future of Cellular Therapy</u>: It is quite clear that cellular transplantation and administration of protein or other cellular products is going to play a very important role in therapy of neurological diseases, including Parkinson's and Alzheimer's diseases. For example, a national advisory committee to the National Insitutes of Health has recently recommended that the efficacy of NGF administration to Alzheimer's patients be tested in clinical trials. We feel that the cellular therapy systems that Cell Genesys proposes to develop will be far more useful than direct administration or the use of mechanical devices that can be implanted into the brain. Cells are the normal sources of the products and they can be implanted in virtually any part of the brain by stereotactic methods safely and efficiently. The