TO:      Raju
         Art
         Bob
         Oliver
         Grant
         Kurt

FROM:    Mark

DATE:    June 12, 1989


I have been thinking a lot about our progress lately and I feel we need to pick up the level of our efforts to successfully start up the company.  I have included some thoughts on timing, tasks and assignments to get it done.  Please call me with your comments and Barbara with your available days in July, August and September.

A.

| KEY TASKS | ASSIGNMENT | COMPLETION BY |
|---|---|---|
| 1. Hire part-time start-up assistance (Kurt Wheeler) | Levin | June 10 |
| 2. Agree on financing structure | Group | July 15 |
| 3. Hire scientific leader | Group | Sept. 1 |
| 4. Hire Folger/get husband a job | Kucherlapati/ Levin | Sept. 1 |
| 5. Hire 3-5 scientists | Group | Sept. 1 |
| 6. Hire CEO | Group | Nov. 1 |
| 7. Complete scientific plan on RPE | Group | August 15 |
| Complete CRADA on RPE | Wheeler/Levin | August 15 |
| 8. Complete scientific plan on stem cells with Eaves | Group | Sept. 1 |
| Complete agreement with Terry Fox | Group | Sept. 1 |
| 9. Complete SAB agreement with Bernstein | Kucherlapati/ Levin | July 15 |

CGI 3009

B.    Time Requirements (through August 15, 1989)

These are proposed time commitments for the next two months.
Additional individual time will be required to complete the
necessary tasks by September.

| Date | Person | Location | Potential Purposes |
|------|--------|----------|--------------------|
| 6-15 | Mark | SF | Interview |
| 6-22 | Raju/Mark | Boston | Interview |
| 6-23 | Raju/Mark | SF | Interview |
| 6-30 | Raju, Bob Art, Mark, Kurt | NY or Boston | SAB or interview day |
| 7-10,11 | Raju, Bob Art, Mark, Oliver | NY or Boston | SAB and interviews |
| 7-17,18 | Part of group | NY or SF or Boston | Interview, SAB candidates |
| 7-21 | Raju, Bob Art, Mark Oliver, Kurt | NY or Boston | SAB |
| 8-3,4 | Part of group | NY or SF or Boston | Interviews, SAB candidates |
| 8-14 | Raju, Bob Art, Mark Oliver, Kurt | NY or Boston | SAB |

CGI 3010

TO:           Dr. Raju Kucherlapati
              Dr. Arthur Skoultchi
              Dr. Oliver Smithies
              Dr. Robert Tepper
              Grant Heidrich
              Andy Thompson
              George Savage
              Kurt Wheeler

FROM:         Mark Levin

DATE:         July 10, 1989

A.    A quick update on a few key matters

      1.    We are in final negotiations on our new facility.
            Scheduled to move in November 1, 1989.

      2.    We are in negotiations with the NIH on a CRADA
            with the eye institute.

      3.    We are conducting references on several candidates
            to hire as molecular biologists:

                  −     Brenner (Harvard, Stanford)
                  −     Dubridge (Genentech)
                  −     Frohman (UCSF)

            Potential candidates:

                  −     Finger (FELS Institute)
                  −     Jacobovitz (Genentech)

            Offer still out to:

                  −     Kim Folger

      4.    Equipment list is out for bid to four leaseline
            companies.   Equipment on order in next two weeks.

      5.    Sachs has called.    Wants to participate as a SAB
            member.   We should get him.

                  −     Negotiations ongoing with Bernstein for
                        SAB.

      6.    −     Raju has talked to Freidman/Gage/McKay startup
                  about joining our effort.   Waiting for a response.

            −     Raju/Mark have talked to Blau about muscular
                  dystrophy, checking out.

CGI 1852

7.   Kurt Wheeler has joined our startup team.   He is assisting on:

   – lease

   – insurance

   – equipment

   – CRADA

   – strategy on human monoclonals, disease models

8.   Andy Thompson and George Savage have joined our startup team.   They will assist on assessing markets, clinical relevance on business plan competition.

9.   Patent on $B_2$ knockout to be filed in July.

10.   We have issued a search contract to Levin & Associates for our Director or Vice President of Research. Candidates are beginning to come in (Wang, Putney, Fiddes have been interviewed).

B.   We have scheduled a meeting on July 24 and 25 with dinner on July 23 in San Francisco.   During this two-day meeting, <u>we have to accomplish the following in order to raise our funds by September:</u>

Decisions to be Made!!!

1.   Scientific plan on the production of human monoclonals in mice

2.   Scientific plan for RPE, skin collaboration

3.   Scientific plan for Art's idea

   – Art to meet with Rowland

4.   Scientific plan for stem cell collaboration/ sickle cell

5.   Scientific plan for TIL cell therapy

6.   Scientific plan for Parkinson's

7.   Business ideas on disease models, plants, monoclonals

8.   Interview with key candidates:

   – Fiddes (VP candidate)

   – Murray (Director of Research candidate)

CGI 1853

—    Jacobovitz (Scientist)

—    potential CEO candidates

<u>In order to get through the agenda, we will need detailed
scientific plans brought to the meeting:</u>

                                        <u>Assignment</u>

-   human monoclonals                   Raju
-   RPE                                 Raju
-   Art's idea                          Art
-   Stem cells                          Art, Oliver
-   TIL cells                           Bob
-   Parkinson's                         Raju

The plans are to include an overall strategy and intended
outcome, a list of critical experiments, key risks, a timetable
and headcount required to complete. We will review and improve
the plan at the meeting and they will be included in the
business/development plan for Kleiner Perkins.

I will talk to everybody in the next couple days to confirm the
plans.

C.    AGENDA

    <u>7/23</u>

        —    Potential candidate interview late afternoon/night
        —    Sunday dinner

    <u>7/24</u>

    8:00 - 9:00    Updates                          Kurt

                    —    lease
                    —    equipment
                    —    CRADA
                    —    insurance

    9:00 - 11:00   Scientific Plan RPE, Skin        Raju

    11:00 - 1:00   Scientific Plan Stem Cell        Art/
                                                     Oliver

    1:00 - 3:30    Scientific Plan Human Monoclonal  Raju

    3:30 - 5:00    Muscular Dystrophy, Proteins in   Andy/
                   Animals                           George

    5:00 - 6:30    Thoughts on Plants, Disease Models Kurt

    6:30 - 7:30    TIL Cell Plans                   Bob

| | | |
|---|---|---|
| 8:00 - 10:30 | Dinner, VP-Research Candidate, John Fiddes | |

7/25

| | | |
|---|---|---|
| 8:00 - 9:30 | Scientific Plan, Parkinson | Raju |
| 9:30 - 11:00 | Scientific Plan - Art's New Idea on Expressing Protein (Rowland to attend) | Art |
| 11:00 - 1:00 | Patent Discussion (Rowland in attendance) | Group |

- $B_2$ Knockout
- $B_2$ Mouse
- Human Monoclonals
- Sickle Cell Mouse

| | | |
|---|---|---|
| 1:00 - 3:00 | SAB and Consultants | Mark |

I will talk to everybody in the next couple days to confirm the plans. Please make all return airplane reservations after 4:00 p.m. on the 25th.


ML:brw

CGI 1855

# DOCUMENT INFO

File Date:          7/23/1989 11:03:00 PM

File Name:        MD Consult Report

File Path:          Mayfield Stuffit Archive\Mayfield
                       Consulting\CG\Muscular Dystrophy\

# DOCUMENT INFO

CGI 4266

SAVAGE • THOMPSON MANAGEMENT

DISCUSSION DRAFT

MUSCULAR DYSTROPHY

OPPORTUNITIES FOR CELL GENESYS

24th July 1989

2200 Sand Hill Road • Suite 215
Menlo Park • California 94025

CGI 4267

AGENDA

I      The Muscular Dystrophies

II     Duchenne Muscular Dystrophy (DMD)
       -   Etiology
       -   Diagnosis
       -   Therapy

III    Opportunities for Cell Genesys

IV     Action Critical Questions

V      Summary of Sources

CGI 4268

**The Muscular Dystrophies...**

MUSCULAR DYSTROPHIES ARE MYOPATHIES THAT HAVE A GENETIC BASE AND ARE PROGRESSIVE. IN OTHER RESPECTS THESE DISORDERS HAVE LITTLE IN COMMON WITH ONE ANOTHER. THE FOCUS OF MOST CLINICAL AND RESEARCH ATTENTION IS DUCHENNE MUSCULAR DYSTROPHY (DMD), THE MOST COMMON AND MOST SEVERE OF THESE AILMENTS

- The major types of muscular dystrophy are:  Duchenne's - death by age 20, Becker's - similar to Duchenne's but with a more benign course, Myotonic - distal muscles affected, Facioscapulohumeral - face/shoulder/foot weakness, Limb-girdle - shoulder and hip weakness, Oculopharyngeal - face and throat muscles affected, Distal - feet and legs affected.

- Recent breakthroughs in the understanding of the genetic and biochemical defects responsible for DMD make this an exciting area of medical research.

- Human trials are about to begin on the first-ever DMD treatment to show distinct promise in animal models.  It is possible that CG technology may be useful in developing this treatment.

- The new therapy for DMD is still unproven in man and the utility of CG technology in this context is as yet uncertain.

- This report provides an overview of DMD etiology, diagnosis and therapy and focuses on the opportunity for CG to participate in developing a therapy for DMD.

CGI 4269

**Duchenne Muscular Dystrophy...**

DUCHENNE MUSCULAR DYSTROPHY IS THE SECOND MOST COMMON GENETIC DISORDER IN MAN, AFFECTING APPROXIMATELY 1 IN 3500 MALE CHILDREN BORN THROUGHOUT THE WORLD. THE COURSE OF THE DISEASE IS MARKED BY DIFFUSE MUSCULAR WEAKNESS THAT IS INVARIABLY PROGRESSIVE, LEADING TO WHEELCHAIR CONFINEMENT BY ADOLESCENCE AND DEATH BY EARLY ADULTHOOD

- 95% of patients are confined to a wheelchair by age 12 and 90% are dead by age 20.

- The disease is limited to males and transmitted by healthy females in an X-linked recessive pattern. Approximately 33% of all cases result from new mutation, a higher mutation rate than for any other X-linked disorder.

- There are 20,000 U.S. patients suffering from DMD. Approximately 20,000 patients in Europe and 10,000 in Japan suffer from the disease. About 1000 new patients are diagnosed each year in the U.S.

CGI 4270

**DMD Etiology...**

THE GENE RESPONSIBLE FOR DUCHENNE MUSCULAR DYSTROPHY WAS DISCOVERED IN LATE 1986 BY A HARVARD MEDICAL SCHOOL TEAM LEAD BY DR. LOUIS KUNKEL. DYSTROPHIN, THE PROTEIN CODED FOR BY THE DMD GENE, WAS DISCOVERED BY THE SAME GROUP A YEAR LATER

- The DMD gene is the longest yet identified and was fully characterized by the Harvard Group in mid-1987.

- Two other groups stand out in the characterization of the DMD gene and Dystrophin:  one is led by K.E. Davies at the University of London and the other by Ronald Worton at the Hospital for Sick Children in Toronto.

CGI 4271

**DMD Etiology...**

DYSTROPHIN IS ABSENT FROM PATIENTS SUFFERING FROM DMD AND IS ABNORMALLY FORMED IN THOSE WITH THE MILDER BECKER'S FORM OF MUSCULAR DYSTROPHY

- The protein is thought to function by stabilizing the sarcolemmal membrane of muscle fibers
  - Normal muscle formation and function in the first year of life may be due to the presence of as yet undiscovered proteins
  - Alternatively, the relative lack of fibrosis in infancy could account for this.

- Easy tearing of dystrophin negative sarcolemmal membranes is thought by Eric Hoffman, a member of Kunkel's group, to lead to calcium influx, phospholipase A activation and muscle fiber death.

- Regeneration of muscle fibers in humans is inhibited by a marked fibrotic reaction not seen in animal models. This reaction is thought to be a major factor in functional impairment
  - The dystrophin negative mdx mouse, which does not mount a fibrotic reaction to degenerating muscle, is functionally normal despite continuous degeneration and regeneration of skeletal muscle.

- Myoblasts in DMD have only 5% of the proliferative capacity of muscle cell precursors cultured from normal subjects. Whether this is a cause or an effect of the continuous muscle degeneration/regeneration seen in in DMD remains unclear.

CGI 4272

**DMD Diagnosis...**

DIAGNOSIS OF DMD PATIENTS IS STRAIGHTFORWARD. HOWEVER, EVEN WITH RECENT ADVANCES, THE DISEASE WILL NOT BE
ERADICATED

- Nearly all DMD patients are diagnosed by age five
  - Historically, diagnosis has been effected by a combination of history, exam, muscle enzyme determination and muscle
    biopsy
  - Recently developed gene-based diagnostic tests are now available with the capability to diagnose 65% of affected
    individuals in the pre-natal period.
  - A newer protein based test is capable of 100% specificity but is impractical for pre-natal screening because of the necessity
    of obtaining a fetal muscle biopsy.

- Better pre-natal screening and the availability of therapeutic abortions cannot be expected to eliminate DMD since 33% of all cases
  are the result of spontaneous mutation. In addition, some parents are opposed to therapeutic abortion in any event.

- In the future, better screening tools will be especially useful for avoiding unnecessary abortion of male fetuses borne by known
  DMD carriers

CGI 4273

- The protein based test is exclusively licensed to Genica Corporation while the genetic test is licensable on a non-exclusive basis from Harvard University for approximately $10,000.

CGI 4274

**DMD Therapy...**

THERE ARE CURRENTLY NO EFFECTIVE THERAPIES FOR DMD. A VARIETY OF TREATMENTS ARE UNDER INVESTIGATION AS SUMMARIZED BELOW

- **Cell Therapy** - transplanted myoblasts have shown promise in improving muscle function in dystrophic mice.

- **Calcium channel blockers** - such as diltiazem have been tried in response to the abnormally high calcium levels found in dystrophic muscle fibers. No objective benefit has been demonstrated with this treatment.

- **Anti-Human Growth Hormone (HGH) drugs** - such as mazindol have been tested based on the observation that DMD patients with coexisting HGH deficiency progress more slowly than other patients. To date there have been conflicting results seen with these drugs. In all cases improvement has been marginal

- **Prednisone** - therapy has been shown to slow progression somewhat, with some patients ambulatory for 2-3 years longer than matched controls. However, side effects are severe. Corticosteroids are thought to act by stabilizing cell membranes, as evidenced by decreased creatine phosphokinase levels in patients undergoing therapy.

- **Vitamin E, selenium, allopurinol, cholera toxin and many other compounds** - all have been tested, some, such as cholera toxin, with initially favorable results, but none have proven significantly effective in altering the course of Duchenne Muscular Dystrophy.

CGI 4275

**DMD Therapy...**

THE TREATMENT THAT SHOWS MOST PROMISE IS CELL THERAPY

- Injection of normal myoblasts into dystrophic mouse muscles has been shown to result in conversion of muscle fibers from dystrophin negative to dystrophin positive. Other studies suggest that cellular transplantation can preserve muscle strength in dystrophic mice.

  - Transplanted myoblasts fuse with regenerating host muscle fibers in the mdx mouse. The resulting bundle has normal dystrophin genes within it and therefore manufactures dystrophin in quantities approaching 40% of that found in normal mouse muscle.

  - These experiments have been repeated using immunologically dissimilar strains of mice with good results, provided that the host was immunosupressed with cyclosporin A.

- A potential disadvantage of this approach would be the necessity for injections spaced approximately 1 cm apart for a treated muscle group

  - Kunkel reports that myoblasts do not migrate more than a few millimeters after transplantation. However, some researchers are questioning this observation and are actively investigating the matter

- Clinical trials have not yet begun and the success of this approach in humans is, therefore, conjectural at this time.

CGI 4276

**DMD Therapy...**

GROUPS INVESTIGATING MYOBLAST TRANSPLANTATION IN ANIMAL MODELS INCLUDE THOSE HEADED BY LOUIS KUNKEL AT HARVARD, PETER LAW AT THE UNIVERSITY OF TENNESSEE AND HELEN BLAU AT STANFORD. LIMITED HUMAN TRIALS ARE CURRENTLY PLANNED BY ALL THREE GROUPS

- As noted earlier, Dr. Kunkel was the first to characterize the DMD gene and discovered dystrophin. Dr. Blau is a respected researcher focusing on human myoblasts.

- The most aggressive investigator in this area is Peter Law, who has formed a start-up company, MyoGenica, to commercialize his research. Dr. Law is expecting to begin human trials within the next 1-2 months. His work is being funded in part by the Muscular Dystrophy Association.

- Results showing improved function in cyclosporin treated dystrophic mice transplanted with histoincompatible normal myoblasts, presented by Law at an international conference on muscular dystrophy held this month, have captured the attention of the scientific community
  - Some colleagues are question Law's credibility because of his enthusiasm for early clinical trials and his dramatic results in mice
  - Others characterize his work as "sensational."

- MyoGenica is reportedly being seeded at $1.6mm by Hillman Ventures and Venture First Associates. The company's aim is to develop "...cell transplantation as a treatment modality for human disease, particularly degenerative muscle diseases like the muscular dystrophies."

CGI 4277

**DMD Therapy...**

ALTHOUGH CELL THERAPY IS PROMISING, IT IS POSSIBLE THAT CHARACTERIZATION OF DYSTROPHIN AND BETTER UNDERSTANDING OF THE HUMAN FIBROSIS PROCESS WILL RESULT IN THE DEVELOPMENT OF EFFECTIVE PHARMACOLOGIC TREATMENTS FOR THE DISEASE

• Administering dystrophin to DMD patients is not likely to prove possible because dystrophin is too large a molecule to cross intact muscle cell membranes.

• However, evidence exists that dystrophin may not be essential to normal muscle function
  - The mdx mouse lacks dystrophin and suffers from repeated degeneration and regeneration of muscle but has supernormal strength and a normal lifespan
  - Muscles in DMD patients develop normally and show only mild weakness in the first months of life despite the total absence of dystrophin
  - DMD patients with concurrent human growth hormone deficiency progress much more slowly than DMD patients with normal growth hormone levels.

CGI 4278

**DMD Therapy...**

THREE MAJOR TECHNICAL PROBLEMS NEED TO BE OVERCOME IN ORDER FOR THE APPLICATION OF MYOBLAST TRANSPLANTATION THERAPY IN HUMAN DMD PATIENTS TO BE EFFECTIVE   SUCCESS DEPENDS UPON SURMOUNTING THESE OBSTACLES AND REPLICATING IN HUMANS RESULTS DEMONSTRATED IN ANIMALS

- **The migratory capacity of grafted myoblasts is limited** - This necessitates closely spaced injections of donor cells

- **The immunogenicity of foreign myoblasts remains uncertain** - Myoblasts and mature muscle cells do not normally express MHC I antigens.   The degree of tissue matching and host immunosuppression required for long-term graft survival must be determined.

- **Myoblasts are difficult to culture and sort** - Purer transplants are more successful in animals.   Therefore, techniques for large scale culture and sorting of myoblasts must be developed

CGI 4279

**DMD Therapy...**

HELEN BLAU'S GROUP AT STANFORD IS ADDRESSING SOME OF THESE PROBLEMS. HER TEAM HAS MADE PROGRESS IN CULTURING AND SORTING MYOBLASTS. THEY HAVE ALSO DEMONSTRATED GREATER MYOBLAST MIGRATORY CAPACITY THAN THAT REPORTED BY KUNKEL. BLAU'S EFFORTS FOCUS ON TRANSPLANT IMMUNOGENICITY AND MUSCLE FUNCTION RESTORATION

- Blau's methodology is capable of producing $10^{12}$ muscle fibers from a single myoblast. Automated sorting is achieved through use of a Fluorescent Activated Cell Sorter (FACS). Approximately $10^5$ cells will be introduced per injection in the upcoming human trials.

- She has developed a technique that has allowed her to track myoblast migration through the basal lamina of muscle fibers, giving rise to hope that cellular therapy may require fewer injections than currently envisaged.

- Blau believes that immune response is likely to be important in two ways: first is the host response to foreign myoblasts and second is the host response to the newly present dystrophin. She has teamed up with Larry Steinman at Stanford and should have some preliminary results on this by the end of the summer. Limited human trials are expected to begin within six months.

CGI 4280

**Opportunities for Cell Genesys...**

CG HAS THE OPPORTUNITY TO TAKE PART IN THE DEVELOPMENT OF CELLULAR THERAPY FOR THE MUSCULAR DYSTROPHIES. IT IS IMPORTANT TO ESTABLISH THE DEGREE TO WHICH CG'S CORE TECHNOLOGY COULD ENHANCE THE PROPOSED THERAPEUTIC APPROACH

- In the event that close tissue matching proves necessary, the availability of a universal donor myoblast could offer significant advantages in reducing the requirement for immunosuppression as well as the need to maintain multiple donor cell culture lines.

- However, myoblasts and mature muscle fibers do not normally express MHC antigens, although in mice foreign myoblasts are usually rejected without treatment with cyclosporin A.

- In addition, the DMD gene is the largest yet discovered. Gene alteration of dystrophic myoblasts may offer no major advantages over transplantation with mild immunosuppression and may be less efficacious if transplanted gene altered autologous myoblasts exhibit the poor proliferative potential reported by Blau and others.

- If myoblast therapy is proven a safe and effective therapy for DMD then CG participation could provide financial and non-financial benefits relatively quickly
  - At a $10,000 price to CG for myoblasts the U.S., European and Japanese markets total $500mm initially
  - Market size will decline to $20mm annually as existing patients are treated and sales are limited by the incidence of DMD in the general population.
  - This is a very high profile project, given that DMD is an invariably fatal, well-known disease.

CGI 4281

**Action Critical Questions...**

ANSWERS TO THE QUESTIONS LISTED BELOW WILL AID CG IN DETERMINING THE BEST APPROACH TO THE OPPORTUNITY REPRESENTED BY MYOBLAST THERAPY FOR DMD

- If myoblast transplantation is effective but limited by rejection problems, how valuable are universal donor (UD) myoblasts likely to be, given that normal myoblasts and muscle fibers do not usually express MHC antigens?  Will UD cells have advantages over the combination of matched donor cells and cyclosporin A?

- Can DMD be treated by replacing the defective gene via homologous recombinant techniques?  How difficult is this?
  - Will autologous treated myoblasts have adequate proliferative capacity?
  - Will gene altered autologous transplant have any benefit over allografts?
  - What are the regulatory considerations?

- Is MyoGenica likely to obtain a proprietary position on myoblast therapy for DMD?

- How likely is the near term development of a safe and effective pharmaceutical treatment for DMD?

CGI 4282

**Summary of Sources...**

| Journals | Specialist Sources | Interviews |
|---|---|---|
| Washington Post | Medline | Helen Blau, Ph.D. |
| Wall Street Journal | Prompt | - Stanford University |
| New York Times | Biosis | Peter Law, Ph.D. |
| New Scientist | Duchenne Muscular Dystrophy | - University of Tennessee |
| Science News | - by Alan E.H. Emery, M.D. | Eric Hoffman, Ph.D. |
| Scrip | Principles of Internal Medicine | - Harvard University |
| Nature | - Harrison's | Roger Miller, M.D. |
| Science | Muscular Dystrophy Association | - San Francisco Children's Hospital |
| Experimental Neurology | Peter Law, Ph.D. | Larry Stern, M.D. |
| Muscle & Nerve | MyoGenica | - Muscular Dystrophy Association |
| Human Genetics | Pharm News Index | David Cooper, M.D. |
| | Current Diagnosis | - Muscular Dystrophy Association |

CGI 4283

# DOCUMENT INFO

File Date:        7/24/1989 10:10:00 AM

File Name:        CG Transgenics

File Path:        Mayfield Stuffit Archive\Mayfield
                  Consulting\CG\

# DOCUMENT INFO

CGI 4302

JUL 24 '89 07:59 MAYFIELD FUND - MENLO PARK                                    P.1



# MAYFIELD FUND

2200 Sand Hill Road • Menlo Park, California 94025 • (415) 854-5560
FAX (415) 854-5712 • Telex 171785

Date __7/24/89__        Time __8:15 A m__

To __Burt Rowland__

Company __Knobbe Voit & Mayer, LTD__

FAX # __322 - 9443__

Telephone __324 - 8999__

Number of Pages Being
Transmitted (including
cover sheet) _____ __5__

From ____ __Mark Levin__

Contact (Secretary) ____ __Diane__

CGI 3650

## INTRODUCTION

### Technical Field

The field of the subject invention is the preparation of memmalian cells producing a protein (usually of human origin) to be administered in therapeutic applications.

### Background

Modern methods for the manufacturing of therapeutic proteins include purification of the protein from a natural source or production of cultured cell lines (microorganisms, invertebrate or vertebrate cells) expressing the protein of interest. In the latter case it is often desirable that the cell line be of a mammalian origin since such cells are more likely to be capable of carrying out certain modifications (eg. glycosylations) yielding a protein similar to that from the natural source. The production of mammalian cell lines for this purpose often employs recombinant DNA techniques. An essential step in this procedure is the isolation (cloning) of the gene or complementary DNA copy of the messenger RNA encoding the protein. The gene or cDNA is then incorporated into an expression vector which is introduced into heterologous cells. In instances in which the gene and/or cDNA is very large it may be quite difficult to isolate the complete protein coding sequence or to incorporate it into the expression vector. In these cases, but not limited to such examples, it would be desirable to have a method that would not require the isolation of the complete gene or cDNA.

### Summary of the Invention

Mammalian cells are produced which contain amplified copies of a specific region of that species or another species genome including the gene for a desired therapeutic protein. The specific region has been amplified by integration of a marker gene near the gene of interest by introduction of homologous DNA sequences and homologous recombination followed by selection procedures for amplification of the marker gene and DNA sequences surrounding the integration site. The resulting cells may be used to produce the protein encoded by the gene. Alternatively the DNA from cells containing the marker gene, either before or after amplification, may be used to prepare secondary cell lines containing amplified copies of the marker gene and the gene of interest. The method does not require cloning the gene nor a cDNA copy of the mRNA.

### Strategy

The intended outcome of the steps outlined below is to

produce a mammalian cell line expressing a protein (usually of human origin) at sufficiently high levels so that the protein can be readily purified and used commercially for therapeutic applications. The overall strategy is to integrate an amplifiable gene either upstream or downstream of the gene of interest, using homologous recombination between these target DNA sequences in the cell and the same sequences present on a vector also containing the amplifiable marker gene. The resulting primary cells which have the integrated marker gene in the appropriate site could be used in two ways to produce the protein of interest. One method would be to subject these cells to procedures which will select for cells with amplified copies of the marker gene. It is expected that during amplification of the marker gene the surrounding DNA including the gene of interest also will be amplified, leading to higher levels of expression of the desired protein. The alternative strategy would be to transfer genomic DNA from the primary cells, probably before amplification, to a different cell line (eg CHO cells). When this transfer is done with large pieces of DNA, or preferably with metaphase chromosomes, it is expected that the secondary recipient cell will have incorporated both the marker gene and extensive portions of the DNA flanking the marker gene including the gene of interest. These secondary cells can then be subjected to the amplification procedure.

There are several potential disadvantages with the first method, especially when a human protein is to be produced. They derive primarily from the assumption that the FDA is not likely to allow manufacturing of therapeutic proteins in human cells other than normal, diploid cells. If this is the case such cells are not desirable for manufacturing purposes. It is not clear that these cells can be subjected successfully to the amplification procedure nor that they can produce efficiently any specific protein that they do not ordinarily express. They also are not especially suitable for high density, serum-free culture usually used in mammalian cell fermentation and they have a limited lifespan. The use of an established rodent cell line, especially CHO cells, as a secondary recipient for DNA from a primary human cell transfectant solves all of these problems.

It should be noted that the principal purpose envisioned for this strategy is to sidestep existing process patents on human therapeutic proteins made by recombinant methods. Such patents usually include proprietary information on the amino acid or nucleic acid sequences of a gene, but they usually do not include information on the DNA sequences upstream or downstream of the gene. Thus the use of such flanking sequences in our vectors should not violate these patents, although discovering the sequence of the flanking DNA probably would require use of patented sequences unless the flanking sequences have been published already. As mentioned the procedure also may be useful for expressing proteins from large genes (eg. factor VIII C) but I am not sure how important this will be. Regarding the sidestepping

CGI 3652

objective, we must determine whether any co-development partner would be interested in using this procedure to enter an existing market. This is the key to determining whether or not the procedure will be useful. In general I do not think that the procedure is truly competitive with traditional recombinant methods for expression of newly cloned genes in mammalian cells. Thus we must seek partners who are motivated for whatever reasons to be in a specific market, but who are excluded currently by patent considerations.

### Outline of Experimental Steps

### Preparation of CHO Cell Lines
### Producing Human TPA

#### Cells

Previously characterized human diploid skin fibroblasts ( eg. WI38) are obtained from the ATTC and propagated in RPMI medium supplemented with 20% fetal bovine serum. These cells are to be used as the primary recipients for the amplification vector. It is possible that integration by homologous recombination near the TPA gene will not occur in these cells because the gene may not be expressed. If so then other human cells expressing TPA (eg. Bowes melanoma) should be used. However a generic method employing the same normal human cells as primary recipients for each application would be most desirable.

The Chinese hamster ovary (CHO) cell line (    ) also obtained from ATTC is propagated in Dulbecco's medium or other suitable medium with 10% fetal bovine serum. These cells are used as secondary recipients.

#### DNA Vectors

The amplication vector is constructed from pFR400 (Simonsen and Levinson, PNAS 80; 2495; 1983). pFR400 contains a 2.8kb PstI - Sal I fragment that includes a mutant dihydrofolate reductase (DHFR) gene with an increased Km for methotrexate (MTX). The DHFR gene is driven by SV40 transcription signals. pFR400 also contains a plasmid replication origin permitting preparation and manipulation of the vector in E coli. pFR400 is modified by incorporating DNA segments, not less than 150 bp nor greater than 10kb, from the upstream or downstream sequences flanking the human TPA gene. These sequences are inserted at the Eco RI site or other suitable sites in pFR400. It may be useful to insert such sequences with Not I (or other) linkers. The vector may also include one or more of the following: (1) the SVneo gene permitting selection in G418; (2) the Herpes tk gene permitting selection for homologous recombination events by selection of cells resistant to gangcyclovir; (3) one or more copies of a transcriptional enhancer sequence (eg. SV40 enhancer) which may stimulate expression of the TPA gene after integration of the vector.

CGI 3653

## Preparation of Primary Recipients

Closed circular plasmid DNA preparations of the amplification vector are isolated by conventional methods and introduced into human diploid fibroblasts by microinjection. The cells are then grown in selective medium including 0.01 - 0.25 uM MTX. If the SVneo and Herpes tk genes are included in the vector, MTX is not used and the selective medium contains 100 - 1000ug/ml G418 and gangcyclovir. Resistant colonies are isolated and analyzed by PCR and Southern blot hybridization for integration of the amplification vector into sequences flanking the TPA gene. Cells demonstrating integration of the vector in sites flanking the TPA gene are used as a source of genetic material for preparation of secondary recipients.

## Preparation of Secondary Recipients

Very high molecular weight (greater that 50kb) DNA or preferably metaphase chromosomes are prepared from a primary recipient cell strain which has appropriate integration of the amplification vector. This material is introduced into CHO cells by calcium phosphate mediated gene transfer. The cells are then grown in selective medium containing 0.25uM MTX. If the SVneo gene is included in the vector, the medium may also contain 100 - 1000ug/ml G418. Resistant colonies are isolated and then analyzed for production of human TPA. Cell clones are then subjected to selection in media containing progressively higher concentrations (0.5 - 200uM) of MTX and analyzed at each selection step for human TPA production.

## Risks
1.) H.R occurs at very low frequency at inactive loci in diploid fibroblasts.
2.) Low frequency of intact gene in secondary transfer.
3.) Possible low expression of endogenous promoter (inherent or down regulated in CHO) requiring promoter modification or exchange.

## Timetable
1.) Vector construction:  1-2 months assuming cloned flanking DNA available; otherwise 3-6 months.
2.) Isolation and characterization of primary recipients: 3-6 months.
3.) Isolation of secondary recipients:  2-4 months.
4.) Selection and characterization of amplified secondary recipients:  2-4 months.

## Headcount
1 Ph.D.; 0.5 Technician

CGI 3654

*See Pg5 9,10*

CELL GENESYS, INC.
Minutes, SAB Meeting
July 24 and 25, 1989

<u>July 24</u>

1.    Cell Lines

Keratinocytes - mouse - human (cell lines + technology
established (not immortalized)

-    Elaine Fuchs, University of Chicago - expertise

-    License agreement necessary?

-    What about in-house lines with Elaine consulting
     (time cost = 1-2 mos.)

<u>Art</u> - Make sure model has rejection before testing MHC
negative cells, Nussenblatt has problems with using mouse -
too small; rat preferred (also duplicates Turner's studies).

<u>Raju</u> - RPE cells growing cell but they lose pigment within
one month (may regain pigment in one month).

<u>Art</u> - Can cultured RPE cure RCS defect?  Should this be
interim  goal?   Consensus is "yes" in interim.   Now
Nussenblatt is culturing cells only.

Knockout Vectors

Raju   Universal Vector - useful for inactivating many different
genes.



Selectable gene.
① NEO
② Hrg

Beginning to be made in
Raju's lab

<u>Universal  Knockout
Vectors</u>

HSVTK  Vector  (Mario
Kopeche)
Patent Problems?
Probably not.
Bev Coller reward?  UNC
Rewards for young post-
docs

CGI 3224

Develop proprietary system for selection?  Use Kopeche's?

3.  Make these constructs - human + mouse gene has been isolated, rat?  If not, can be isolated within one month.

In house electroporation - microinjection
Nussenblatt - only electroporation will be used ($3000 equipment)

<u>Net Hire</u> - Bob Nussenblatt's or CG as primary loyalty
        - Joint hire with agreement to go to CG in time?
        - Head count arrangement?
        - NIH $25K for post-doc; $50K for CG

4.  Screen by polymerase chain reaction (PCR), confirm by blots.

5.  Second round knockout (KO)

                       inactive

                       need to KO second copy

    Option:  repeat first strategy but with Hyg ) probably
(neo gene already in place)                        ) go for
            without HSVTK                          ) this

* <u>Bob</u> may want to test G418 + hygromycin sensitivity of RPE cells
(one-week experiment)

Selection:  Not PCR.
    1.    Panning
    2.    FACS ($100K machine) can rent time
    3.    Complement killing

6.    Characterization    a.  blot
                          b.  mouse cells - syngenic + allogenic
                          (<u>Bob</u> xenogenic at sometime?) diff at
                          Class I and Class II <u>Oliver</u> viral
                          susceptibility
                          c.  human cells - MLR - T-cell
                          proliferation (mixed lymphoeyte line)

                          <u>Bob</u> - RPE - initial immunologic model-
                          nearly blind eye that may soon be
                          envcleated for other reasons - contained
                          unit.

Our cells will not present viral antigens (presented by MHC1)-
(host cells will present antigen but not CG's)

<u>Headcount</u>

    Two for keratinocytes (one molecular biologist Ph.D. and one
cellular biologist Ph.D.) both FT in SF (may need technician,

CGI 3225

too; post-doc vectors ready <u>six weeks</u>)

    CG personnel for B. Nussenblatt - separate

    Timeline on P.3.

<u>Highlights</u>

in vitro - 12 months
in vivo - 18 months

<u>Mark</u> - Would FDA want rat and <u>primate</u> (for safety) model?
<u>Probably</u>

In parallel? availability of model? (none we know) $1000/animal
to $20,000/animal (chimp)

What does Bob think about pre-primate Phase I?

<u>Should be part of initial plan.</u>

<u>Oliver</u> - work now on primate vectors?

<u>Art</u> - what about HLA-matched trials - when?

<u>Oliver</u> - Gene Rx for SCD to thalassemia.

    - Stem cells - problems getting to them
        correcting - replicating - returning

Three types of stem cell proliferation possible:



A.  ~1/10,000 bone marrow cells is pluripotent stem cell; some estimates to 1/100,000.

B.  Difficult to Cx in vitro.

C.  S.C. Cx may be worst bottleneck - multiplying useful, maybe not absolutely essential.

<u>Problem #1</u> - one cell can reconstitute mouse; maybe a few hundred will work for humans; isolation of stem cells (SC) <u>is</u> essential.

D.  OiS (Oliver Smithies) research now focused on growth factor ID giving rise to symmetrical proliferation.

CGI 3226

Time to solution is indeterminate.

SC - greatly enriched - pure isolates very useful for HR.  Good progress in mice.  Human research progressing well - ⁻one year to pure population (now at ⁻5% enrichment).

Problem #2 - Purification - 1985 Raju/Oliver paper - only known globin gene replacement but introduced undesirable elements.  HR to work with globin genes - estimate is one year.

Problem #3 - Detection strand as small as 20bp now - probably okay.  Sticking to glass for microinjection + then getting them off - good method developed.

Problem #4 - Moving back mouse cml HR back to E.S. cell. ⁻2 yrs. to HR SCD E.S. cell.

Making space - total ablation not necessary?  Thalassemia - No; SCD-?

Tom Wakeman-Alberta monoclonal Ab. - knockout stem cell only allowing repopulation.

Optimistic - one day gene Rx via HR will be appropriate.

Low optimism - NR - Med Term II, long-term II okay.

Benefits - recognition/skill development
         - fellowship concept

Art  1.  Successful globin gene correction in any cell.
     2.  Successful gene correction in BFUE.
     3.  Stem cell purification (many groups trying this - how can we compete - we can assist someone else)
     4.  Replication of stem cells in culture - growth factor?
     5.  Making space in the bone marrow.

Mark 1.  What does CG do now?

Oliver 2.  No product, only techniques likely.  Service business iffy.


STEM CELL STRATEGY

Raju -   support for outside groups (person for Oliver)
         another group - association with?

     -   global business plan = #'s for thalassemis/SCD etc.
         All pts for which B.M. transplant is now indicated.

Oliver   Weissman - others - relationship
         Connie Eones - Divide person between Oliver and
            Connie's lab

CGI 3227

<u>Raju</u>        Market numbers drive decision, i.e. vs. -

              Other treatments -

              Question Mark - Markets
              Service Market (Autologous)

<u>Raju</u>   HUMAN MONOCLONALS

"Humanize the Mouse"   Replace mouse genes with human genes.
Replace mouse Ig genes with human E.S. cells - make a germ-line
chimeric mouse.

Human

     <u>Heavy Ig</u> 2500kb
     Light Ig XX smaller (size?)

     1.   Can mouse function normally with human abs
     2.   Does it matter? How long must they survive?

     Start with constant region.

*    Weissman SCID mice - how close to success?

     -  Transgenic - chimeric monoclonals - Cambridge
                      Biggest competition is Weissman

     Many spinoffs from this technology.

*    Legal*  patent rights for existing mouse technologies likely
will not apply.

     First clinical target   OKT3 J&J
        -  market there, partner, look at numbers

     Expert in immunology - rearrangement of genes

     Integrated Genetics - consultant

*    Intelligence on Weissman's company   *   Systemics
              -  calling
              -  technical review someone else

     Burt Rowland is going to Systemics to be chief legal counsel
(over next year) so CG needs new counsel eventually.

REVIEW MHC

1.   Short bridge to market

2.   UD - <u>high profile financing clinic</u>
        other people's technology

CGI 3228

3.  Promoter for:  dystrophin - superdystrophin

4.  <u>Replica culture</u> - preserve cell doubling

5.  Do fibroblasts fuse?  (could express dystrophin?)

MORE DATA

    HR efficiency is problem; $2^{20}$ used

    Law, Partridge, Worton

*   Call Hillman re:  MyoGenica

    Go into more detail with H. Blau

<u>Ron Worton</u>


<u>TRANSGENICS</u>

<u>Art</u>  HR - substitute another protein for lactoglobulin

    Can you do HR in germ-line of other species

    E.S. isolation is key  (mouse)   only
                           (hamster)

Something like secretory factor in nursing mother's milk for IgA
or ? other proteins.

Not now - think about collaboration.

<u>Kurt</u>      <u>PLANTS</u>        24 July 1989

        Summation: not a very attractive area right now

<u>Bob</u>  TIL find tumors (with radioactive tracers)

    IL02
    TNF
    Interferon X

    TIL - heterogenous endlessly proliferate in IL-2
    LAK

    No specific products in mind now

    On List
    Not first line area
    We should keep it on our list.

    Ca - lung/breast - good target

CGI 3229

TIL cells are not a clone - tough to work with

French Anderson - Genetic Theory Inc.
        Freedom of Information Act - CRADA's (#two)


July 25

Myoblasts - other things fuse?  Half life of dystrophin?  How stable is it?

Raju Parkinson's Disease (see handout)

        Mouse/human fibroblasts - NGF as adjunct for medullary cell transplant.

        Mice - grafts work with transient NGF support
        Exp. data - NIH 3T3 cells - eventual rejection 4-6 weeks

        Need to modify only one copy of the gene
        Fibroblasts easy to culture
        Only one cell-line necessary

Active Transplant Groups
        Barry Hoffer of Colorado (collab with Larry Olsen of Sweden)
        (interested in SAB)

        Friedman, Gage (UCSD), McKay - haven't heard from them yet

Questions 1.   Area?
          2.   How to collaborate? (assuming interest in 1)

        Important disorder
        No good therapies for subset of patients

Mark Tremendous competition - Gage is starting a company

        Neurogen

        Mayfield Co.

        Hana

        Another start-up

        Another east coast start-up - engineering NGF cells

        Future - protected (encapsulated) xenografts


CGI 3230