Use genes cloned by others

Art
<u>___</u>

*[Handwritten diagram and notes:]*

Protein production in mammalian cells. S Cloning tPA gene.
(Focus: Known Therapeutic Proteins)
Key: Sidesteps Patents

Burt — case by case CAN DO I

human diploid fibroblasts → [TPA]

Plasmid → (cell) ← Neo — can put enhancer here → for ↑ expression
 ← tPA ← enh
 DHFR^MUT — vector to go upstream or downstream from tPA gene

Transfer into CHO (Chinese Hamster Ovary) cells

Methotrexate ↑ conc → amplification of DHFR (and nearby tPA gene)

Need to know upstream or downstream sequences


<u>Burt Rowland</u>-Patent Attorney-Biotech

    cDNA only - open
    tPA and FVIII genomic was patented; FVIIIc patent open
    EPO there

    cannot patent natural protein per se (if known in relatively pure conc.)
    Doesn't matter if recombinant or natural method
    Doesn't matter if you change it subtly
    Europe - you can patent product made by method
        - product by process claim (limited by that method)
        - Narrow process claims in Europe - already easy to avoid
    Japan - not much happening yet
        - combined claims okay but no ruling on "uniqueness" of recombinant product vs. natural

<u>Questions</u>

    1.   DNA patents
    2.   Process
    3.   Method of use claims?

Amgen/(Genetics Institute) Chugai - Chiron product claim EPO
                                  - Amgen DNA claim EPO
Amgen/(Genetics Institute) Chugai currently can't make EPO without infringing on Amgen.

CHO Step - worth it because of FDA considerations

Burroughs Wellcome - excluded from U.S. on tPA

    1. Patent search
    2. File
    3. Search for proteins
    4. Business plan?
    5. Test method
    6. Go and sell to partners

FDA process approval - 12 - 18 months for otherwise approved products, e.g. Lilly with Insulin.

Subjects for Burt (BURT ROWLAND)

    1. Current patents
    2. Future patents - Oliver knockout $B_2$ microglobulin one copy in mouse - germ line - breed dual knockout mice
    3. University relationships
    4. NEI relationship
    5. Burt's future career

Idea: Eliminate mouse's and B genes fro SCD mouse. Time to file later, will take from one year to reduce to practice.

Raju        Brook does not like skin!

        1. UD-RPE-Skin-Myoblasts (U)
U.    2. Stem cells - bone marrow
        3. Human monoclonals
        4. Animal models - production
        5. Plants
        6. TIL cells
U.    7. Neural cells
        8. Patent busting

Burt on Systemics

    1. Human monoclonals - sell off
    2. VC fad not market
    3. Our patents not a conflict of interest

CGI 3232

Headcount at 12 months

1.    UD RPE = $50K + 1S CG     Skin - 2S     Myoblast  1 yr.
   (one "swing" scientist)

3.    Human monoclonals - 2-35    2 yrs. [maybe 3 years (for lt and hvy clains)] O.S.
8.    Patent 1-25 (12 - 15 months)

Candidates - Projects

Offers:    Folger 3                    Cell Bio:   Doug Jefferson
        Brenner 1 or 8                           Assoc. Professor
        DuBridge 8                                at Tufts
        Frohman 3

        Aya 3
        Finger 1 or 8
        Petros
        AA - no refs yet, still thinking
        Wozney - Senior Scientist, Cambridge
        Hart
        Kulik - pending

Random comments:   O.S. likes skin.

## SCI ADVISORS

SAB/Founders                                                   Collaborators

Candidates:           Needs:
*Bernstein            Immunologists                      Fuchs - (Skin)
*Housman             (Transplant)                       Nussenblatt
                     Saks                                 Eaves
                     (Molecular)
                     Fred
                     Ursula Storm
                     Mattie

Founders

HR/Molec.Bio
Cell Bio
Clinical
Genetics
Mouse Breeding

CGI 3233

<u>Consultants (two boards; twice per year)</u>

| <u>Cell Biology)</u> | <u>Clinical</u> |
|---|---|
| 3 | 3 |
|   | (Neurobia - Hoffer |
|   | (Endocrinologist |
|   | (Liver |

         Try ad hoc arrangement

1 - 2 weeks - approaching people

Space Plan

CGI 3234

Art Skoultchi.        July 25, 1989

```
                        TPA
    ─────────────✕──────▭──────────
              ╱  ╲
             (    )
              ╲__╱
              DHFR
          other elements                    Sequences upstream or
          for selection                         downstream
          eg neo etc.
            mutant DHFR gene
                mtxR
             ∿∿∿
              └──➔ High MW DNA or
                    metaphase chromosome
                         ↓
                       CHO cell line
                         Select for neo or DH
                    2° recipient
                         higher and higher concent
                           of mtx — leads to hi
                             amplification.
```

Burt Rowland.

    1: Power of Attorney
    2.

CGI 3248