XTRa

Raju Kucherlapati  July 24, 1989.

Scientific Plan for RPE- SKin.

RPE in collaboration with Nussenblatt.
SKin - in house.

CELL·GENESYS
Raju 7/24/89
General concepts
→ modification

RPE - Rat and Human
SKin - Mouse and human.

J/KO → day not yet had AH

Steps.
1. Establishment of cell lines.
2. Construction of knockout vectors.
3. Isolation of appropriate cell lines with first knockout
4. second knockout and test of cell lines
5. molecular analysis
6. Immunological analysis.

SKin:
1. Cell lines -
    Human and mouse cell lines already available
    Need to signup Elaine Fuchs.
    The culture conditions are already described.
    available in the patent application.

2. Knockout vectors:
(cat, ret, mouse, rat, primate, human)
    mouse   4.4 Kb - HindIII fragment
    2 diff constructs. one with neo alone
                      another with neo and HSV TK.
    I think we go for the second set.

3. Introduce plasmid vector DNA by microinjection
    and/or electroporation - select for neoR GANCR colonies.

CGI 3236

2

4. Screen for the events initially by PCR, later by blot.

5. Second round KO. Hyg and HSVTK.
   *(use Hyg plasmid)*
   Is it possible to use the same construct and select for KO cells by immunological selection
   a H-2 and HLA antibodies are available.
   complement mediated killing.
   we do not have FACS !!

6. Characterization and immunological assays.
   (a) blot
   (b) mouse cells. do transplantation in syngeneic and allogeneic mice – diff at class I and class II.
   *(Xenografts – viral susceptibility question. Primate models.)*
   (c) human cells – do MLR – T-cell proliferation mixed lymphocyte rxn.

   People needed:   Two people initially.
   ① Either make or obtain universal KO constructs.

   [diagram: pUC18 plasmid with polylinker; neo or hyg; sites for cloning gene, TK TK, rare cutting sites B, C, D]

   a) introduce oligo containing rare cutter recognition
   b) ~~Introduce~~ neo into pUC
   c) introduce two copies of TK immediately adjacent to the rare cut sites.
   d) clone the desired gene pieces – at either end of the polylinker.

   (1 MONTH)

CGI 3237

-3-

2. Electroporation a injecting          1 month.
3. Screen for first KO                  2-3 month
4. Second KO.                           2-3 months.

```
0.        2        4        6        8        10        12
PLASMIDS
          ELECTOPORA
                   SCREEN ──────→
                            2nd KO ──────────→
                                           IMMU INVITRO →
                                           IMM IN VIVO ────────→ 18 MC
```

Technological hurdles - None.
Chances of getting KO - good-exc.
Chances of getting desired product VO - good-exc.

CGI 3238

1. Can confirmed TPE cure the RPE defect in Rats
2. Regulatory issues - to check re private models

CGI 3239

### HUMAN MONOCLONALS

Strategy: Replace mouse Ig gene with human in ES cells and make a gen line chimeric mouse.

1. Need to replace the variable regions
   - Many diff. strategies are available.
   a. delete the region first and then do partial replaceme
   b. Do not completely delete but do partial replacements.
      i. generate several mice
      ii. generate one mouse.

2. Generate constructs.



3. Introduce into ES cells. Select for marker and screen for recombinants.



a subset will be human.
could be for a particular ag.

(4) Do this for diff regions.    500 kb each = 5 mice.
    any human Ig H will be of interest.

(5) Doing this to light chain is easy — can do a kappa, and it is smaller

CGI 3240

Technical challenges.

1. Yeast manipulations are easy
2. Have to isolate the YAC clones - can do. Need mol. exp.
3. Isolating adequate DNA - need good methods
4. Introduction of large fragments. Feasible - but no published data
5. Recombination - efficiency unknown. must be as good as small DNA molecules.
6. Production of mice - need expertise.

Generally pushing technology to the limit - but it is com[...]

Need 2 people.

1. Isolate clones    2-3 months
2. Yeast manipulation  2-3 months
3. Injection -    3 months
4. Analysis -  2-3 months.
5. Production of chimeras ?  3-6 months.

If technical challenges are met, the chance of getting the desired mice are virtually 100%.

CGI 3241