Muscular Dystrophy.   Talk to ~~Helen Blau~~
Lou Kunkel and Ron Worton.
  AS                              RK

CGI 3242

Art Skoultchi.                July 25, 1989

```
_____TPA_____
           ⋁
         (  )
         DHFR
       other elements
       for selection
       eg neo etc.
       mutant DHFR gene
            mtxR
```

sequences upstream or downstream

→ High MW DNA or metaphase chromosome
     ↓
     CHO cell line –
         select for neo or DHFR.
     2° recipient ·
         higher and higher concentration
         of mtx – leads to
         amplification –


Burt Rowland.

   1: Power of Attorney
   2.

CGI 3243

Project selection:

1. UB   RPE   skin   myoblasts   Include in plan
2. Stem cells - marrow .  collaboration with oliver
3. Human monoclonals .  Include in plan.
4. Animal models - Production - Hold
5. Plans                hold.
6. TIL cells      - Hold
7. Neural cells   - Hold
8. Patent Busting

|  People      | Project |
|--------------|---------|
| Folger       | 3       |
| Bremer       | 1       |
| Dubridge     | 8       |
| Froman       | 3       |
| Jacobovitz   | 3       |
| Finge        |         |
| Hantzopoulos |         |
| Aruffo       |         |
| Wozney       |         |
| Hurt         |         |

THERAPY: PARKINSONS

Objective: Modify mouse and human diploid fibroblasts to have NGF expressed and secreted. These cells to be used as an adjunct to transplantation of adrenal medullary cells into the substantia nigra of Parkinsons patients.

Rationale:
- Large number of patients become unresponsive to DOPA administration
- Transplantation is indicated in these cases
- Chances of fetal transplantation to continue as a mode of therapy are not good.
- Adrenal medullary cell transplants have not been very successful
- When such cells are transplanted along with NIH 3T3 cells transfected with NGF gene - the transplants are successful.

Method: Gene Replacement or Gene targeting of mouse NGF gene to the actin locus.

- These expts have to be done in conjunction with an active group.
- Barry Hoffer of Colorado and Lars Olson from Sweden
- Friedman, Gage, McKay.

CGI 3245

July 24, 1989.

Kurt Wheeler.

Stem cells:       Oliver Smithies.

HR for gene therapy of BM diseases.
4 strategies.

1. Stem cells.
2. Modification
3. Return to patient.

BM - self renewing population
½ ton of red cells during a life time.
cells divide asymmetrically.

Can we get proliferation of cells.
BM cells difficult to isolate - difficult to culture in vitro
Getting adequate cells will be the bottleneck.
Need to proliferate the cells in vitro before
introduction into the patient.
What is the number needed to repopulate
human patients.

Isolation of stem cells - 1/20 with human cells now
expect 10% within a year or so.

HR sickle or other thallasemias are
appropriate.

MEL expt.
8000 cells injected.
Stable transfection 10%

CGI 3246

July 24, 1989 — Page 2.

Microinjection into stem cells obtained from Heinfeld: eA.

Collaboration c̄ Connie Eves.
    Hughries: Frozen cells shipped from Vancouver.
        enriched population of cells.
  CML cells.    cells good shape.
    Technique for attaching cells to glass. — works.
    Microinjected - sent back to Vancouver.
    Being tested for culture.

Need to continue - Have to have Cell Genesys involved.

HR -    from MEL cells to stem cells - or CML cells.

| Provide Funds or people to oliver and Connie Eves. |

CGI 3247