

CGI 4038

<u>Oliver. – Sickle Cell – Bone Marrow.</u>

1. Isolate ~~+ replicate~~ stem cell.
   ~~a~~ Correction of a globin gene

2. Replicate stem cell – ? needed.

3. Correction of a globin ge~~ne~~

1. Successful globin gene correction – MEL
2.  "        "      "    "      "       BFU E
3. Purif. of the stem cell
4. Replic of the stem cell
⑤ Making space in marrow.

( Immort.
  Univ. BFU-E.

Call David on c-kit ligand + Steelie.
Call Peter Landsdorp on question of future exps.
                    to better purif. stem cell

Human replacement in mouse    put in hu c-kit
                        then search for kit ligand

Human Monoclonal – homozygous replacement
                    vs transgenic large human segment.

Call Louis Kunkel on myoblast cult
                    myoblast immunogenicity

B4 - TIL cells.  + LAK cells -peripheral

- heterogeneous
- individ. therapy

Procedure - isolate from individ.

         expand in cult $\bar{c}$ IL-2 → ∞

use TIL ∩ LAK to deliver substances to tumor

     eg TNF in mice works well when injected into tumor.

→ 1. VD-RPE, Skin    Go Internal + NIH    Myoblasts.

    2. Bone marrow stem   Go Oliver + another?

→ 3. Human Monoclonals   Gr Internal

    4. DMD   talk to people

    5. Animal Models   Held

    6. Plants + 🔲   Held

    7. TIL Cell   Held.

    8. NGF — Parki's + Alz.

→ 9. Amplified Mamm. Cell Lines   Patent Busting

CGI 4040

<u>Recruitment</u>

<u>SAB + Consultants</u>

<u>Sci. Advisors.</u>

<u>SAB/Founders</u>          <u>Collaborators.</u>          <u>Consultants</u>

<u>Founders</u>                                  Nussenblatt.      <u>Cell Biol.</u>    <u>Clinical</u>
                                                Eevar.              3              3
HR                        Berndtech
                          Houseman                          meeting      Neuro
Cell Biol.                Fuchs                             2x/yr.       Endochrm.
Clinical                  Sachs ?                                        Fausto
Genetics                  <u>Hofler ?</u>

                 Mol. Immuno.      Alt
                                   Storb
                 Transpl. Immuno.  Sachs   Brigham
                                   Strong
                 Cell Immuno.

*agr. KPC*

CELL GENESYS

KPCB UPDATE

July 31, 1989

I    SEED ROUND ACCOMPLISHMENTS

    A.    STATUS - Sept 1988

    B.    STATUS - July 1989

           1.    Team
           2.    Collaborations
           3.    Proof of Principle
           4.    Patents
           5.    Facilities

II   PROJECT PLAN

    A.    Overall Strategy

    B.    Protein Production

    C.    Human MAB

    D.    Universal Donors

    E.    Other Options

III. FINANCING

    A.    Seed Expenditures

    B.    Equipment Lease Line

    C.    1st Round

CGI 1856

# DOCUMENT INFO

File Date:          8/2/1989 3:49:00 AM

File Name:          BizPlans

File Path:          Mayfield Stuffit Archive\Mayfield
                    Consulting\CG\CG Bizplan\

# DOCUMENT INFO

CGI 4346

# CELL GENESYS

## BUSINESS PLAN

27th July 1989

2200 Sand Hill Road • Menlo Park • California 94025

DUE DATE FOR FIRST DRAFT:............................

CGI 4347

# CONTENTS

**Executive Summary**

**Business Plan**

I        Introduction

II       Project Plans

III      Research Collaborations

IV      Management

V       Patent Strategy

VI      Regulatory Issues

VII     Financial Strategy


**Appendices**

i        Facilities Plan
ii       Recruitment Plan
iii      Technology Overview
iv       Disease Summaries
v        Resumes
vi       Glossary

CGI 4348

# EXECUTIVE SUMMARY

| | |
|---|---|
| **Estimated Length:** | 3 - 4 pages |
| **Primary Responsibility:** | Andy with Mark |
| **First Draft Due:** | August 7th |
| **Current Status:** | Largely drafted in existing CG Plan |

## Ideas on Content:

1. The Business
   - Mission statement (eg: "The leading company in cellular therapy").
   - Long term vision
   - Short term goals

2. Technology
   - Homologous recombination (HR): a simple explanation of the technology and its potential importance in the development of therapeutics to treat serious diseases. Introduce concepts of knockout, replacement and insertion.
   - Discussion of competitive technologies (eg: non homologous gene transfer)
   - Importance of HR in the context of other developing technologies in the pharmaceutical industry, (eg: drug delivery, therapeutic proteins etc).

3. Market Opportunities
   - Broad overview of potential markets, eg: all diseases that are thought to be caused by single gene pair defects; size and dollar value
   - Concept of universal donor tissues.
   - Focus of company's initial efforts.

4. Company Founders
   - Scientists
   - Mayfield Fund
   - Early recruits

CGI 4349

BUSINESS PLAN

CGI 4350

# INTRODUCTION

**Estimated Length:**          1 page
**Primary Responsibility:**    Mark Levin
**First Draft Due:**           August 7th
**Current Status:**            Not started

**Ideas on Content:**

1. Explanation of the structure of the plan

2. Key strategic concepts incorporated in the plan
   - Three or four key ideas that are key assumptions that underpin the business plan. For example:
     • HR is the core technology of the company. Projects are selected because HR is crtical to their success.
     • The company will focus on developing products for markets that do not require extensive development.
     • The company will focus on a few projects, while at the same time covering sufficient ground to be a recognized leader in the field of HR

CGI 4351

## PROJECT PLANS

| | |
|---|---|
| **Estimated Length:** | 3 - 4 pages each project (12 - 16 in total for the section) |
| **Primary Responsibility:** | RPE and Monoclonals: George |
| | Skin and Human Porteins: Andy |
| **First Draft Due:** | August 12th |
| **Current Status:** | Need to combine existing material with results of meeting of |
| | 24th/25th July |

**Ideas on Content:**

Project plans form the core of the document. Each project is effectively a "mini business plan" in its own right. Current projects are:

1. Universal Donor Tissues
   - RPE    - Skin
2. Human Monoclonals
3. Production of Human Proteins

Each project plan should include:

1. Statement of purpose
   - Define the objectives of the project in commercial terms
2. Market opportunity
   - Outline the specific market window CG has identified
3. Key goals and objectives
   - Identify key technical tasks
   - Outline the key challenges and the major breakthroughs anticipated (milestones)
   - Outline timing of achievement of milestones
4. Timing, staffing and resources
   - Headcount, equipment and reagents
5. Financial projections
   - Revenue: SBIRs and other grant income; cash from licensing arrangements; intermediate product revenue over the next 3 to 5 years
   - Costs: Anticipated costs accrued by the project over the same time period

CGI 4352

# RESEARCH COLLABORATIONS

**Estimated Length:**  2 pages each (6 - 8 pages for the section)
**Primary Responsibility:**  DMD Bone Marrow and Neural Cells: George with Scientists
**First Draft Due:**  August 12th
**Current Status:**  Need to combine existing material with results of meeting of 24th/25th July

**Ideas on Content:**

Similar in format to the project plans, but shorter and with emphasis upon a few key points.
Research collaborations planned are:

1. Duchenne Muscular Dystrophy (DMD)
2. Neural cells
3. Bone marrow / stem cells

Each collaboration description should include:

1. Statement of purpose
2. Critical issues
   - Areas of investigation
   - Developments that would lead to elevation to full project status
3. Names of collaborators and specific programs envisaged
   - Raju's lab; Oliver's lab; Art's lab; Bob's lab; Nussemblatt's lab; Others?

CGI 4353

# MANAGEMENT

| | |
|---|---|
| **Estimated Length:** | 1 page |
| **Primary Responsibility:** | Mark |
| **First Draft Due:** | August 12th |
| **Current Status:** | Not yet written |

**Ideas on Content:**

Major issues are:
1. VP of Research and Development - candidates and status
2. CEO - Mark Levin and ongoing position
3. Boards
   - Scientific advisory
   - Collaborators
   - Consultants

CGI 4354

# PATENT STRATEGY

| | |
|---|---|
| **Estimated Length:** | 2 pages |
| **Primary Responsibility:** | Kurt Wheeler, (with Mark and Burt Roland) |
| **First Draft Due:** | 12th August |
| **Current Status:** | Some material in existing CG plan |

**Ideas on Content:**

Intellectual Properties
- General approach
- Current position on patents
- Ongoing issues
- Legal counsel

CGI 4355

## REGULATORY ISSUES

| | |
|---|---|
| **Estimated Length:** | 2 pages |
| **Primary Responsibility:** | Mark, (with Kurt) |
| **First Draft Due:** | 12th August |
| **Current Status:** | Not yet written |

**Ideas on Content:**

Covering major anticipated problems and CG position.

CGI 4356

FINANCIAL STRATEGY

**Estimated Length:**        4 pages
**Primary Responsibility:**  Andy (with Mark and Kurt)
**First Draft Due:**         12th August
**Current Status:**          Not yet written

**Ideas on Content:**

It is anticipated that the detail involved in planning this section will not necessarily be incorporated into the final plan presented. However, at this stage it is an important part of the process. Specific items are:

1. Sources of finance for next 5 years
   - Operating and financing, broken down by categories
2. Compound cash flow statement for 3 to 5 years
3. Compound income statement for 3 to 5 years
4. Balance sheet for next 3 to 5 years
5. Anticipated equity structure and projected returns at each stage
6. Finance and operations summary
   - Timeline showing key financial and scientific milestones anticipated over the next 3 to 5 years

APPENDICES

**Estimated Length:**       Not more than 30 pages
**Primary Responsibility:** As assigned below
**First Draft Due:**        August 16th
**Current Status:**         Not yet written

**Ideas on Content:**

| i   | Facilities Plan      | - Kurt                      |
|-----|----------------------|-----------------------------|
| ii  | Recruitment Plan     | - Mark                      |
| iii | Technology Overview  | - Raju (written?)           |
| iv  | Disease Summaries    | - George                    |
| v   | Resumes              | - Raju, Art, Oliver and Bob |
| vi  | Glossary             | - George                    |

CGI 4358

TO:        Art, Bob, Oliver, Raju, Grant,
           Kurt, Andy, George

FROM:      Mark

SUBJECT:   July 24 and 25 Meeting - Action Items

DATE:      August 10, 1989

| Item | Respon.<br>Person | Time |
|------|--------|------|
| 1. CRADA Coordination | | |
| **Technical** | | |
| - Nussenblatt meeting August 2 | Raju | Answer questions in August |
|   - is rat gene isolated? | | |
|   - can we identify rat strains that are immunologically different? | | |
|   - are mice impossible to work with? | | |
|   - can we put a person in Bob's lab? | | |
|   - need to put cultured RPE's into rats to see if it cures | | |
|   - need to include primate studies in parallel? primate vectors | | |
|   - is he going to use consultants in RPE - should we insist? | | |
|   - need to check rejection in model before developing system | | |
|   - test G418 + hygromycin sensitivity to RPE cells, keratinocytes | | |
| **Business** | | |
| - write up justification for royalty reduction | Kurt | Complete in August |
| - write up proposed agreement with WSCAR | | |
| - meet with Adler, MacManus and complete negotiations | | |
| 2. Facility/Equipment | | |
| - complete lease line agreement on equipment by August 25 | Kurt | August |
| - complete lease on facility by August 25 | | |
| - coordinate space plan comments by August 11 | | |
| - hire project manager in August | | |
| - coordinate purchase of equipment | | |

CGI 1857

3. Bone Marrow Project

| Task | Person | Date |
|---|---|---|
| set up collaboration with Connie Eaves by September 15 | Oliver, Art | September 15 |
| develop program for Oliver's lab, Eaves lab, CGI lab with headcount and tasks assigned by September 15 | | |
| analyze markets for all diseases that could be treated through bone marrow therapy – nos. to guide effort in area | George, Andy | September 1 |

4. Human Monoclonal Project

| Task | Person | Date |
|---|---|---|
| hire a molecular immunologist for SAB or consultant – review project with person | Raju, Art | September 15 |
| write patent in area and get new attorney for this project only | Raju, Mark | September 15 |

5. Universal Donor Cells

| Task | Person | Date |
|---|---|---|
| hire Fuchs as consultant if pursue area (skin) | Raju | September 15 |
| hire Blau as consultant/founder if pursue area (DMD) | Mark | September 15 |
| talk to Kunkle, Worton | Raju | September 1 |
| talk to Steinman & UCSF clinical person on DMD | George, Andy | September 1 |
| investigate superdystrophin secretion | George, Andy | September 1 |
| talk to Hillman on MyoGenic | Mark | September 1 |

6. Protein Production Project

| Task | Person | Date |
|---|---|---|
| search literature and write patent | Art, Burt | September 15 |
| research patented protein and recommend collaborator | Burt, George/Andy | September 1 |
| meet with Kiley on project | Mark | September 1 |
| talk to Eisen at GI, if appropriate | Burt | September 15 |

CGI 1858

## 7. Patent Discussion

- oligonucleotide patents/license from U of I - get initial reading — Kurt — September 15
- supply Burt with preprint, licensing person's name and grant application — Oliver — August 15
- write B₂ knockout patent from Oliver's lab and begin negotiating license for initial input — Burt / Kurt — September 1 / September 15
- call Utah and check on Mario's patent application — Burt — August 11
- review NEI agreement — Burt / Kurt — August 20

## 8. Recruitment

- continue efforts on scientists and Director of Research — Team — Ongoing
- need to hire four scientists — September 15
- need to have an offer to Research Director by September 15 — September 15

## 9. SAB/Consultants

- hire Bernstein for SAB — Art, Raju, Mark — September 1
- talk to Housman; commitment by September 15 — Art / Raju — September 15
- hire molecular immunologist — Art/Raju/Mark — September 15
- hire transplant immunologist — Art/Raju/Mark — September 15
- consultants — Art/Raju/Oliver/Mark — September 15
    - Fuchs - skin
    - Eaves - marrow
    - Saks - transplantation immunology
- clinical consulting team — Bob/Andy/George — August 15
    - research for best endocrinologist, neurologist, hepatologist, cardiologist — Bob/Raju — September 15
    - hire appropriate members — Art/Mark

CGI 1859

September 15

cell biology consulting team

- hepatocytes (Brown U.)    Art
- marrow (Eaves)    Art/Oliver
- keratinocytes (Fuchs)    Raju
- muscle (Blau)    Mark

CGI 1860

*Pvt*



*redacted version produced at depo.*

CELL GENESYS, INC.

BUSINESS PLAN

DRAFT #2

August 26, 1989

*Project 1+2 → ~~prod~~ products in a bottle.*
*(2+3)*
*Project 3(1) → cellular therapy*

CGI 3260

CONTENTS

Page

1.    Introduction

            The Business...................................
            Technology.....................................
            Market Opportunities...........................
            Company Creation...............................
            Funds Sought...................................

2.    Business Plan

            Overview.......................................
            Project Plans..................................
            Research Collaborations........................
            Management and Employees.......................
            Patent Strategy................................
            Regulatory Strategy............................
            Financial Strategy.............................

3.    Appendices

            Facilities Plan................................
            Recruitment Plan...............................
            Technology Overview............................
            Resumes........................................
            References.....................................
            Glossary.......................................

CGI 3261

INTRODUCTION

CGI 3262

INTRODUCTION

## THE BUSINESS

Cell Genesys, Inc. will become a fully-integrated biopharmaceutical company that develops novel classes of products for treatment of human disease based upon the cell engineering technology of Homologous Recombination.

Cell Genesys intends to be the world's leading company in the development and application of Homologous Recombination. The company is recruiting a team of outstanding scientists who have the capability to achieve rapid scientific success, expects to continue to attract the best scientists in the field of Homologous Recombination, growing to become an important force in the biopharmaceutical industry.

The commercial development of Homologous Recombination by Cell Genesys is particularly timely. The techniques involved have been developed over many years and a long history now exists in the scientific literature. (This is referenced in the Appendix.) Homologous Recombination technology is just reaching the point where it has significant commercial potential. This represents an exciting opportunity for the founders and investors in Cell Genesys.

Cell Genesys has developed three major projects that will lead to the company's first products:



1.  Universal Retinal Transplants – development of a new therapy to treat blindness caused by macular degeneration. *generalize univ. don tissues* *age related*

2.  Human Monoclonal Antibodies – development of strains of mice capable of producing fully human monoclonal antibodies.

3.  Production of Human Proteins – development of a technique to produce already approved therapeutic proteins without infringing on existing patents.

Each of these projects is described in detail in the Cell Genesys Business Plan. A summary of each is given below.

## SUMMARY OF PROJECTS

Universal Donor Retinal Transplants

Purpose:    Development of a treatment for age-related Macular
            Degeneration, which causes blindness

Market Opportunity:  The target market for treatment with
Universal Donor Retinal Cells is $536 million.  Total market
potential exceeds $5 billion.

Opportunity Development:  Research agreements established *Natl. Eye Inst.t.*
with Dr. Robert Nussenblatt at N.I.H.  Basic research expected to
be completed by mid-1991.  IND projected to be filed in 1992.
Product sales of $5 million expected in 1996.

Human Monoclonal Antibodies

Purpose:  Creation of chimeric mice capable of producing fully
human monoclonal antibodies.

Market Opportunity:  The market for monoclonal antibodies is
projected to be $3.5 billion in 1995.

Opportunity Development:  Development of chimeric mice to be
completed by the end of 1991.  Antibodies subsequently developed
with corporate partners.  Product sales begin at the end of 1996. *earlie*

Production of Human Proteins

Purpose:  Production of approved therapeutic proteins without
infringing upon existing patents.

Market Opportunity:  The total sales of therapeutic proteins
currently approved in the U.S. is estimated to be $730 million in
1988.

Opportunity Development:  Basic research completed by the end of
1990.  Production methodologies will be sold to corporate
partners.  Royalty payments from product sales expected by late
1992.

## RESEARCH COLLABORATIONS

In addition to its lead projects, Cell Genesys has developed
collaborative agreements with leading researchers in the fields
of Duchenne's Muscular Dystrophy, Bone Marrow Stem Cells and
Neurological Disorders.  The Company will have rights to license
technology developed through these collaborations in order to
develop future products.

## CRITICAL TASKS COMPLETED

Prior to this financing, the scientific founders and Mayfield Fund have sought to challenge the assumptions and concepts thought to underpin any commercial application of HR. The inputs of the scientific and medical community have been used to refine and focus the efforts of the company. Critical tasks completed include:

1. Project selection and planning - reviewing potential applications and defining areas of initial focus.

2. Recruitment of key staff - establishing care management and scientific team.

3. Lease facilities and equipment - beginning in-house operations.

4. Establishment of advisory boards and research collaborations - developing key institutional affiliations.

5. Patent strategy development - key applications field.

6. Regulatory environment evaluation - establishing strategy to deal with the FDA.

7. Business planning - completing thorough documentation of the proposed company.

## TECHNOLOGY

*inc. hu ce* )

Homologous Recombination (HR) is a powerful genetic engineering methodology for precisely modifying genes in mammalian cells. Recent developments in this technology have been pioneered by the founders of Cell Genesys. Unlike other techniques used to modify genetic ~~structure~~, HR is ~~a normal cellular process.~~
*information*     *highly specific and is the most precise method poss*
Homologous Recombination has greater breadth of application than existing techniques of gene modification such as retroviral vectors. Cell Genesys has the capability to inactivate, replace or insert genes in mammalian cells without affecting other genes.

Gene Inactivation: Homologous Recombination can be used to inactivate specific genes. Initially, Cell Genesys will use this technique to inactivate the MHCI and MHCII genes to reduce or eliminate immune response. As a result, the company will be able to develop cell grafts that can be used in any patient.     ← *universal*

Gene Replacement: HR can be used to replace sections of the cell's chromosome. Gene Replacement techniques will be used by Cell Genesys to develop strains of mice capable of producing fully human monoclonal antibodies.

Gene Insertion: Specific genes of interest can be inserted into cells in order to change or enhance their function. Cell Genesys will use the technique to insert genes responsible for production of human proteins into mammalian cells.

Gene Inactivation and Gene Replacement cannot be performed with any known cell engineering technique except Homologous Recombination. Cell Genesys is currently unique in devoting all its efforts to development of this technology.

In addition to its breadth of application, Homologous Recombination has significant advantage over competing genetic engineering technologies because of its greater specificity and ~~efficiency~~, as shown in the table on the following page.
*precision*

CGI 3266

*Cell*

## Summary Assessment of Genetic Engineering Technologies

*complicated.*

| Technique | Specificity | Efficiency |
|---|---|---|
| | Characteristic | |
| Homologous Recombination | Highly specific – can target single base pairs | Integration[1]: Up to 10% of transfected cells<br>Expression[2]: Excellent |
| Retroviral Gene Transfer | Completely random – gene modification can happen anywhere on the on the chromosome *and the cell's own genes may be disrupted* | Integration: Up to 50% of transfected cells<br>Expression: Often poor |
| Transfection/ Non Homologous Transformation | Completely random – gene modification can happen anywhere on the chromosome | Integration: Up to 90% of transfected cells<br>Expression: Often poor |

[1]  Integration:  the successful genetic modification of targeted cells.
[2]  Expression:  the extent to which modified cells express desired characteristics

These characteristics are important.  The much greater specifity of Homologous Recombination reduces concern about the possibility of oncogenic events resulting from random alteration of the chromosome.  In addition, the much higher levels of expression achievable using HR mean that genetically modified material is more likely to exhibit the desired functionality.

Cell Genesys believes that Homologous Recombination is superior to competing gene modification techniques.  The company intends to use its proprietary technology to develop a leadership position in this field, developing novel therapeutics based upon inactivation, replacement and insertion of genes.

CGI 3267

## MARKET OPPORTUNITIES

The technology being developed by Cell Genesys has exceptionally broad application. The company has identified substantial market opportunity in three distinct areas:

1. Development of Universal Retinal Transplants
2. Production of Human Monoclonal Antibodies    *order*
3. Production of Human Protein.

Each of these is described in more detail in the following section.

## Universal Retinal Transplants    *inactivate*

The concept underpinning this product is the production of "living grafts" that can be used in any patient. This will be achieved by using HR to delete the MHCI and MHCII genes that cause immune response. The company will thereby create a Universal Donor Tissue.    *rejection*

Universal Retinal Transplants to treat Macular Degeneration will be Cell Genesys' first Universal Donor product. Macular Degeneration is caused by retinal cells losing their ability to remove waste products (drusen) from the eye. By replacing nonfunctioning retinal cells with Universal Donor retinal cells, further damage to the eye may be halted. Macular degeneration is currently the leading cause of blindness in the over 51 age group and is uncurable. There are over 3 million patients in the U.S. alone. The target market for Universal Donor Retinal Transplants is estimated at $536 million per year in the U.S.

## Human Monoclonal Antibodies

Cell Genesys will make use of Homologous Recombination and Gene Replacement techniques to create strains of chimeric mice capable of producing fully human monoclonal antibodies (MAbs) to any administered antigen. The availability of human, instead of mouse, MAbs promises to greatly reduce the incidence of adverse immune responses in patients, thereby increasing the attractiveness of MAb-based therapeutic agents. This is important because, absent an immune response, the ability of MAbs to latch onto particular target proteins in the body make them attractive vehicles for therapeutics designed to fight cancer, infection, heart disease, transplant rejection and other significant ailments. The market for MAb-based therapeutic drugs is estimated to be $3.5 billion in 1995.

CGI 3268

## Production of Human Proteins

*unique*

By inserting specific genes into mammalian cells, Cell Genesys has the capability to develop systems for in-vitro production of human proteins. CG processes will be designed to produce FDA approved therapeutic proteins without infringing upon existing product or process patents.

The market for therapeutic proteins is substantial - $730M in 1988, with an estimated potential for the nine products already approved of $2.2B. Cell Genesys has conducted patent searches on Tissue Plasminogen Activator (TPA), Somatotropin and Erythropoietin. The company has established that it will be able to produce these proteins using Homologous Recombination without violating any existing patent. Sales of these three products alone were estimated at $300M in 1988.

## FUTURE POTENTIAL — *pin each future to above indivd. designs.*

Each of the Cell Genesys' lead projects has considerable scope for expansion.

## Universal Retinal Transplants

The technology used here can be expanded to create a whole range of Universal Donor Tissues to treat diseases where some form of cell therapy is indicated. Examples include:

Universal Fibroblast Transplants - inject nerve growth factor producing fibroblasts to treat Alzheimer's disease.

Universal Myoblast Transplants - inject dystrophin positive myoblasts to ~~break~~ *treat* Duchenne Muscular Dystrophy.

Universal Skin Transplants - transplant heterologous donor skin to treat severe burns patients.

As the concepts of cellular therapy and Universal Donor Tissue gain more broad acceptance, clinical research is likely to generate expanded opportunities for Cell Genesys.

## Human Monoclonal Antibodies

In the future, Cell Genesys may develop enhanced MAbs that have greater specificity than a human MAb, or multiple functionality. These new MAbs will have significantly improved therapeutic potential and would reinforce Cell Genesys' position as a leader in advanced MAb development.

## Production of Human Proteins

An important future market opportunity lies in the development of in-vivo drug delivery systems.  Currently, therapeutic proteins are administered by injection.  Cells that release in immune response could be transplanted to create an in-vivo drug delivery system.  This would represent a major advance in drug therapy and has market potential in excess of $1B.

## COMPANY CREATION

Cell Genesys was conceived by four scientists who have collaborated together for many years - Raju Kucherlapati, Art Skoultchi, Bob Tepper and Oliver Smithies.  The group bring to the company extensive experience in recombinant DNA technology and cell biology, a pioneering position in homologous recombination and a strong expertise in clinical medicine.  The scientists have worked closely over the last year with Mark Levin, a consulting partner with Mayfield Fund.  Mr. Levin has extensive management experience in the biopharmaceutical industry.

*College*

Dr. Kucherlapati (founder) has recently accepted a position at Albert Einstein School of Medicine as Chairman of Molecular Genetics.  His interest in gene transfer mechanisms dates back to 1972 when he began his postdoctoral work with Frank Ruddle at Yale University.  Following this, Dr. Kucherlapati became an Assistant Professor at Princeton University in the Department of Biochemical Sciences in 1975.  In 1982, Dr. Kucherlapati moved to the University of Illinois as Professor of Genetics.  He has since developed techniques to take advantage of the naturally occurring process of homologous recombination to insert and delete genes in mammalian cells.  *& Dr. Smithies one of the pioneers int*

Mr. Levin (founder) is a consulting partner with Mayfield Fund. Previously, he held a number of senior management positions at Genentech.  These included Project Leader for AIDS vaccine, Relaxin and TGF-B.  Mr. Levin was responsible for all aspects of research, process development, immunology, toxicology, analytical chemistry, manufacturing, Q.C., Q.A., regulatory marketing and clinical.  Mr. Levin successfully evaluated all three programs as research projects, organized development teams and began work on IND applications.

Dr. Skoultchi (founder) is currently Professor of Cell Biology at Albert Einstein College of Medicine.  His major research interest has been to use molecular biology and gene transfer to understand how cellular differentiation is controlled at the genetic level. Recently, Dr. Skoultchi has used procedures involving homologous recombination to achieve high-level regulated expression of genes in mammalian cells.  Dr. Skoultchi also brings to Cell Genesys his experience as a founder and member of the Scientific Advisory Board of Integrated Genetics, a Boston-based biotechnology company.  Dr. Skoultchi joined the faculty of Albert Einstein College of Medicine after postdoctoral work at MIT and Yale University.

Dr. Tepper (founder) is a staff physician in the division of Hematology-Oncology of the Department of Medicine at the Massachusetts General Hospital in Boston.  He is also an

CGI 3271