Instructor of Medicine at the Harvard Medical School. Dr. Tepper is currently involved in clinical medicine and research studying biological agents with anti-tumor, and immunomodulatory activities in-vivo.

Dr. Smithies (scientific advisor) has recently accepted a position at the University of North Carolina as Professor of Genetics. He has been involved in several major scientific breakthroughs, including homologous recombination. He is currently one of the leading authorities in the world on this topic. His recent work has been directed towards the targeted modification of specific genes in living cells. Dr. Smithies' honors include membership of the National Academy of Science, Marker Scholar and Fellow of the American Association for the Advancement of Science.

In addition to this group, Mayfield Fund, a venture capital firm based in Menlo Park, California, has played an active role in the development of the company over the last twelve months. Mayfield has extensive experience in growing and managing significant technology-based medical companies.

A Grant Heidrich, III, a General Partner of Mayfield Fund, has been designated as Chairman of the Board of Cell Genesys, Inc. Mr. Heidrich has extensive board level experience with high-growth technology based companies. Included amongst his current directorships are ~~Adept Technology~~, InSite Vision, and MIPS Computer Systems, *Protein Design Labs, Catalytica, Inc., Origin Medsystems,*

FUNDS SOUGHT

Cell Genesys is seeking to raise $3.5M in equity financing. It is expected that this money will fund the next 18 months of the company's growth and enable significant milestones to be reached, as outlined below:

Milestones Reached in 18 Months

| | |
|---|---|
| Universal Retinal Transplants: | Inactivation of MHCI and MHCII genes completed. |
| Human Monoclonal Antibodies: | Completion of the construction of vector to introduce human DNA into mouse cells. |
| Production of Human Proteins: | Production methodology for first human protein developed and licensed to a corporate partner. |

CGI 3272

BUSINESS PLAN

CGI 3273

OVERVIEW

## STRUCTURE OF THIS BUSINESS PLAN

The Cell Genesys business plan is based around three project plans and three research collaborations which form the focus of the company's initial work.  Additional sections are included on the company's management, patent, regulatory and financial strategies.

In developing the business plan and selecting core projects, six criteria were used to evaluate proposals:

1.    Technical Feasibility - scientific risks well defined.

2.    Market Size/Potential - clear clinical need, little market development needed.

3.    Uniqueness of HR Approach - HR the dominant technology in developing a viable therapy.

4.    Development Time - time required to develop products as short as possible.

5.    Portfolio Fit - each project independent but complementary.

6.    FDA Requirements - approval products as straightforward as possible.

7.    Diversification of risk - mix of scientific, clinical and commercial risk in portfolio of projects.

Three main projects have been selected:

1.    Universal Retinal Transplants

2.    Production of Human Monoclonal Antibodies

3.    Production of Human Proteins

Each of these is described in detail in the project plans which follow.  In addition, three research collaborations are outlined:

1.    Duchenne Muscular Dystrophy

2.    Bone Marrow Stem Cells

3.    Neurologic Disorders

CGI 3274

PROJECT PLANS

CGI 3275

*1 strategy → many U.D. types.*

## UNIVERSAL RETINAL TRANSPLANTS

### PURPOSE

Scientific Purpose

- Create lines of Universal Donor (UD) Retinal Pigmented Epithelial (RPE) cells that can be transplanted into the human eye without significant risk of tissue rejection.

Commercial Purpose

- Develop UD RPE cells into an effective therapy for age-related macular degeneration, the most common cause of blindness in the over 51 age group.

Strategic Purpose

- Establish capability to develop, test and market medical therapeutics based on Universal Donor cell lines.

### MARKET OPPORTUNITY

Disease

Age-related Macular Degeneration (AMD) is the name given for a progressive, irreversible degeneration of light sensitive receptors in the eye thought to result from dysfunction of the supporting layer of RPE cells. The disease primarily affects the elderly and is quite common: 3.3 million Americans have some visual loss due to AMD, while 268,000 suffer from the often blinding exudative form of the disorder. AMD is the leading cause of visual impairment and blindness among those over 51 years of age.

AMD can be divided into two distinct subtypes: atrophic and exudative. The atrophic form of disease is most common, affecting 80% of patients. This form is characterized by the presence of drusen, a breakdown pigment associated with RPE cell dysfunction, and generally mild visual loss due to photoreceptor atrophy. The exudative form of AMD is a progression from the atrophic stage and is characterized by the development of choroidal neovascular membranes (CNVM's) that severely degrade visual acuity.

Therapy

The only currently available therapy for AMD is laser photocoagulation of CNVM's developing in patients with the exudative subtype. This therapy is not curative - at best it delays or prevents severe visual impairment. In addition, only 25% of CNVM's are suitable for photocoagulation and 52% of those treated recur within two years.

CGI 3276

## Research

Two groups of scientists recently demonstrated that transplantation of normal RPE cells into the eye of the RCS rat arrests the otherwise inevitable photoreceptor degeneration that develops in this genetic animal model of AMD. This finding suggests that RPE cell transplantation may offer a similarly effective means of therapy in human patients. RPE cells are widely available from eye banks and can easily be grown in cell culture. However, a major barrier to human therapy is the likelihood of potentially scarring rejection of transplanted cells. This issue is not faced in animal experiments because donor rats were bred to be immunologically compatible with RCS rats. Systemic administration of immunosuppressant drugs, such as cyclosporin A, would reduce but not eliminate rejection risk while producing side effects, such as increased susceptibility to infection, especially dangerous for elderly patients.

## CG Opportunity

Development of Universal Donor RPE cells by Homologous Recombination should greatly reduce the risk of retinal transplant rejection without the use of systemic immunosuppressant drugs, thereby making human RPE transplantation feasible.

## Market Size

The population at risk for AMD is the 52+ age group. This segment is the fastest growing in the U.S. and in 1988 numbered approximately 58.7 million. Drusen is present - indicating RPE dysfunction - in 25% of this group or 14.7 million Americans. 5.7% of Americans over age 52, 3.3 million people, have corrected visual acuity of 20/30 or less in at least one eye because of AMD. About 8% of this clinically affected subgroup, 268,000 Americans, have the more severe exudative form of the disease.

The initial market for universal donor RPE cell transplantation consists of those patients with the exudative form of AMD. The total U.S. market and initial anticipated CG penetration is calculated below.

|  |  |
|---|---|
| Potential U.S. Patients | 268,000 |
| Charge per patient | $ 2,000 |
| Total Initial U.S. Market | $536 M |
| Anticipated CG Penetration | |
| in Three Years | 10% |

CGI 3277

## Market Size Assumptions

1.  The initial potential patient pool is defined as those U.S. residents suffering from exudative macular degeneration. This subgroup was selected for its poor prognosis. XX% will go on to severe visual loss within X months of diagnosis.

2.  The CG charge per patient is assumed to be $2,000. This figure approximates the cost of device implants in markets where little competition exits. Charges are computed per patient because it is likely that early patients will have only one eye treated. It is expected that second eye procedures will expand as the therapy is proven safe over time.

3.  Initial CG marker penetration of 10% is based on considerations of surgeon availability and cell distribution. A core group of            qualified ophthamologists could quickly be trained by surgeons participating in clinical trials. This group could readily handle the projected caseload while training additional colleagues. It is anticipated that UD RPE cells will be available from one or more culture facilities via express delivery services.

## OPPORTUNITY DEVELOPMENT

### Collaboration

CG will collaborate on the Universal Retinal Transplant Project with Dr. Robert Nussenblatt of the National Institutes of Health. Dr. Nussenblatt is a pioneer in RPE cell culture and transplantation. His lab will be involved in testing UD RPE cells in animals and, later, in carefully selected human subjects. CG has formalized its relationship with the NIH in the form of a Collaborative Research and Development Agreement (CRADA).

### Product Sales

CG does not anticipate selling any product or marketing rights to Universal Donor RPE cells during initial product development. The option of licensing foreign marketing rights will likely be reserved until the time of IND filing. The company plans to retain all U.S. rights to UD RPE cells and may retain foreign rights if the development of overseas distribution operations appears attractive. Supplemental project financing will be sought from government sponsored Small Business Innovation Research grants, (SBIRs).

CGI 3278

Appendix

## Project Timeline



| Activity | 89 | 90 | 91 | 92 | 93 | 94 | 95 | 96 |
|---|---|---|---|---|---|---|---|---|
| 3 Research | | | | | | | | |
| Cell line establishment | | | | | | | | |
| MHC 1 Inactivation Vector Construction | | | | | | | | |
| First Inactivation | | | | | | | | |
| Homologous Selection | | | | | | | | |
| Second Inactivation | | | | | | | | |
| Characterization | | | | | | | | |
| Animal Studies | | | | | | | | |
| Assay Development | | | | | | | | |
| MP Development | | | | | | | | |
| IND Enabling | | | | | | | | |
| IND Application | | | | | | | | |
| Phase I | | | | | | | | |
| Phase II/III | | | | | | | | |
| IA/PLA | | | | | | | | |

## Key Tasks and Milestones

- Cell Line Establishment - Rat RPE cells are available in Dr. Nussenblatt's lab. Simian and human RPE cell lines are established following initial testing in rats.

CGI 3279

*Appendix 7*

- **MHC1 Inactivation Vector Construction** - The vector that will deliver foreign DNA to the precise point in the RPE cell genome responsible for MHCI expression is produced at Cell Genesys' South San Francisco facility.

- **First Inactivation** - The first copy of the gene coding for MHCI expression is inactivated (each cell has two copies of this gene)

- **Select for Homologous Events** - Cells undergoing random recombination or no recombination are discarded, leaving only those undergoing homologous recombination.

- **Second Inactivation** - The second copy of the MHCIgene is inactivated in cells obtained from the preceding step. These cells are then sorted again for homologous events. The result is cells incapable of expressing MHCI, the Major Histocompatibility Complex responsible for most tissue rejection events.

- **Characterization and Immunological Assay** - UD cells are screened for absence of MHCI antigens.

- **Proof of UD Properties** - Transplantation across histoincompatible strains of rat without need for immunosuppression proves the universal donor concept in practice.

- **Efficacy Demonstration in RCS Rat** - UD cells are shown to arrest retinal deterioration in the same manner as unaltered histocompatible rat RPE cells.

- **Primate UD Cell Line** - creation of UD primate RPE cells-following the method already outlined - for testing in monkeys.

- **UD Properties and Efficacy Demonstration** - UD RPE transplantation is shown to be safe and effective in primates.

- **Human UD Cell Line** - Creation of human UD RPE cells.

- **IND** - Human trials begin.

- **Phase I** - Safety demonstrated in humans.

- **Phase II/III** - Efficacy of RPE transplantation as a therapy for Age-related Macular Degeneration is established. Safety in humans is also confirmed.

- **NDA/PLA** - FDA approval.

CGI 3280

*1 mouse → all hu mAbs*

# HUMAN MONOCLONAL ANTIBODIES

## PURPOSE

### Scientific Purpose

- Create strains of chimeric mice capable of producing completely human monoclonal antibodies (MAbs) to any desired antigen.

### Commercial Purpose

- Provide developers of therapeutic MAbs with fully human MAbs of interest. Later, develop CG proprietary therapeutic MAbs in-house.

### Strategic Purpose

- Establish a second Cell Genesys line of business based upon clear and sustainable technologic advantage over competitors.

## MARKET OPPORTUNITY

### Monoclonal Antibodies

Monoclonal Antibodies (MAbs) are proteins produced by the immune system to inactivate certain types of foreign material. Commercial interest in MAbs stems from their highly specific binding properties. These properties permit the development of antibodies that target particular cells or proteins. Imaging or therapeutic agents, such as anti-cancer drugs, can ride a MAb to a particular cellular target in much the same way a warhead rides a guided missile.

### Current Technology

MAb products are most commonly of mouse origin and are widely used for in-vitro diagnostic testing. However, in vivo applications of murine MAbs are limited by the antigenicity of the antibody itself. The recipient's immune system often regards the mouse antibody as foreign and manufactures new anti-antibodies to neutralize the intruder, particularly when repeated doses are administered. Less antigenic chimeric antibodies (mouse/human hybrids) have been created by non-homologous recombinant techniques and hold greater promise for in vivo diagnostic and therapeutic use. However, even such near human antibodies are likely to prove too antigenic for in-vivo uses where the treatment regimen calls for multiple dosing over extended periods of time.

Human monoclonal antibodies offer several potential advantages over murine MAbs. First, human MAbs are thought to be more

CGI 3281



effective and induce ~~loss~~ _will not_ of _any undesirable_ an immune response when administered in vivo. Second, they may interact with important determinants not readily recognized by MAbs of mouse origin. Finally, where MAbs are used to identify and purify candidate antigens for vaccines, murine MAbs may not recognize structures that would prove effective in inducing immunization in humans.

Due to numerous technical factors, including lack of a fusion candidate comparable to the mouse myeloma, there is as yet no satisfactory method for producing human MAbs in commercially useful quantities.

## CG Opportunity

_fully human_

Human monoclonal antibodies offer the potential to deliver bound imaging or therapeutic agents to specific antigenic targets, such as tumor markers, with greatly reduced risk of inactivation or allergic response. Such humanized MAbs may prove especially effective in treating cancer, ~~infectious~~ disease, cardiovascular ailments and transplant rejection. Inherent advantages are likely wherever multiple dosing is required and, hence, immunization poses a significant risk.

## Market Structure

The monoclonal antibody market can be divided into in-vivo and in-vitro segments. Both segments contain diagnostic and therapeutic subgroups that in turn encompass a number of specific application markets. The largest clinical application markets are: cancer, cardiovascular, infectious disease and transplant rejection.

## CG Focus: IN-VIVO Therapeutic MAbs

The company intends to focus its internal development program on markets where human MAb availability offers the potential for clear advantage over competing products. The in-vivo segment is the obvious first choice since immunization is not a risk faced by in-vitro products. Therapeutics are more appealing than diagnostics for several reasons. These include the greater need for novel therapeutics, higher immunization risk due to multiple dosing and larger potential markets. The criteria possessed by the ideal therapeutic application area are: a large market, rapid pace of discovery of target antigens for MAb therapy, and likely necessity of multiple doses of a MAb product. The company will finance the development of human MAbs by licensing some areas while retaining rights to others. This development strategy is discussed in greater detail in the Opportunity Development Section of this Project Plan.

CGI 3282

Some important tasks, such as assay development and implementation of Good Manufacturing Practices (GMP) will be carried out in parallel during the pre-clinical period.

Estimated Resource Requirements and Anticipated Revenues

Cell Genesys anticipates hiring three researchers to work on the development of Universal Retinal Transplants in 1989. In 1990 an additional scientist will be brought on board and a development team will begin to be assembled. Additional details on staffing can be found in the management and employees section of the plan.

Cell Genesys anticipates receiving research revenues from Small Business Innovation Research (SBIR) grants totaling $0.5 million over the first three years. The company does not anticipate any corporate partner funding of the Universal Retinal Transplant project due to its strategy of maintaining full worldwide product rights. Additional details on anticipated revenues can be found in the financial strategy section of the plan.

## Market Size

A large number of pipeline products and aggressive development by a number of major pharmaceutical companies lie behind analyst estimates of a 1995 market of $3.5B. Application markets are broken down in the following table:

| Application Area | 1995 Market ($ Millions) |
|---|---|
| Cancer | 2,833 |
| Infectious Disease | 252 |
| Cardiovascular | 225 |
| Transplantation | 85 |
| Miscellaneous | 105 |
| TOTAL | 3,500 |

The market for cancer therapeutics is actually made up of many distinct disease markets that are broken out below:

| Cancer Application Areas | 1995 # Patients | Assumed MAb Penetration(%) | Cost($) | 1995 MAb Market ($Mill.) |
|---|---|---|---|---|
| Lung | 304,000 | 65 | 5000 | 971 |
| Colon | 250,000 | 30 | 6000 | 600 |
| Breast | 220,000 | 46 | 6000 | 480 |
| Leukemia | 46,000 | 45 | 6000 | 123 |
| Pancreas | 44,000 | 50 | 5000 | 111 |
| Ovary | 42,000 | 43 | 6000 | 108 |
| Lymphoma | 32,000 | 56 | 6000 | 108 |
| Bladder | 27,000 | 56 | 6000 | 90 |
| Gastrointest. | 30,000 | 48 | 6000 | 84 |
| Kidney | 18,000 | 60 | 6000 | 65 |
| Skin(melanoma) | 27,000 | 40 | 6000 | 65 |
| Miscellaneous | | | | 25 |
| TOTAL | | | | 2833 |

## Potential Partners

There is currently great interest in the development of therapeutic MAbs. The following table breaks down company involvement by disease type.

CGI 3284

Companies Involved in the Development of In-Vivo Therapeutic MAbs

| Clinical Application Market | Developers of MAb-based Agents |
|---|---|
| Cancer | Bristol-Myers; Eli Lilly; Boehringer-Mannheim; Johnson & Johnson |
| Infectious Disease | Merck; Bayer; Burroughs-Wellcome; DuPont; Bristol-Myers |
| Cardiovascular | Genentech |
| Transplantation | Johnson & Johnson; Burroughs-Wellcome |

It is anticipated that Cell Genesys will be able to develop partnerships with companies already competing in this field based upon the strength of its technology.

## OPPORTUNITY DEVELOPMENT

### Product Sales

The company will finance the human MAb project by licensing rights to certain disease states or application areas to one or more corporate partners. The cancer area is particularly attractive for licensing opportunities due to its size, fragmentation and the high degree of interest shown by major pharmaceutical companies. Upon development of mice capable of producing human MAbs, CG will begin in-house development of human MAbs targeted at attractive clinical areas where the company retains full rights.

Following completion of this project, research attention will turn to development of "enhanced" human MAbs. These antibodies offer the promise of even greater specificity than normal human MAbs while continuing to be accepted by patient immune systems. Cell Genesys Project headcount numbers, projected in the Financial Strategy section, reflect the company's continuing commitment to MAb research and development in the longer term.

### Product Development

Cell Genesys has developed a proprietary technique for creating a strain of mice capable of producing fully human monoclonal antibodies. The process entails using Homologous Recombination to precisely replace mouse DNA coding for antibody production with the human equivalent in the mouse embryonic stem cell. Resulting chimeric mice should be capable of producing completely human antibodies in response to antigenic challenge.

CGI 3285

Commercial quantities of resulting MAbs of interest will be produced using conventional murine hybridoma techniques. The Company envisions following human MAb development with the creation of mouse strains capable of producing enhanced MAbs that promise greater specificity ~~from~~ normal human antibody products.

*than*

Project Timeline

Key Tasks and Milestones

- Generate constructs - Yeast Artificial Chromosome (YAC) vectors are developed to introduce human DNA of interest into mouse ES cells. Constructs will be used to create a mouse containing a portion of the human antibody repertoire. It is presently estimated that five strains of mice will suffice for production of the complete range of human MAbs.

- Vector introduction and recombination screen - ES cells are altered and the resulting group is screened for those cells undergoing homologous recombination; all others are discarded.

- Repeat vector introduction and recombination screen- Following successful alteration of ES cells using one portion of human antibody DNA, the procedure is repeated using the other sections. Current estimates call for five strains of mice.

- Generation of (chimerics) - chimeric mice are produced. *— Confusing w chimeric MAbs*

- Demonstration of human MAb capability - rigorous testing of capability of chimeric mice to function as predicted.

- Hybridoma Development - Proof that human MAb producing mice can be used to create murine hybridoma is demonstrated.

- Begin MAb Development - In house MAb development program commences. Product sales also underway to other companies working in non-competing areas.

Important tasks regarding assay development and initial MAb product selection will be conducted in parallel with the above steps as appropriate progress is made.

Estimated Resource Requirements and Anticipated Revenues

Cell Genesys plans to hire three scientists to begin the human MAb project in 1989. In 1990 three additional scientists will be recruited. In 1991 a development team will begin to be assembled to commercialize researchers' discoveries. Additional details on staffing can be found in the management and employees section of this document.

CG expects to generate early revenues from corporate partners totalling $3M over the first three years. In addition, the Company hopes to secure additional project financing of $0.5M in the form of Small Business Innovation Research (SBIR) grants. Additional details on anticipated revenues can be found in the financial strategy section of the plan.

CGI 3287

## PRODUCTION OF HUMAN PROTEINS

### PURPOSE

Scientific Purpose

- Prove the efficacy of Homologous Recombination for gene insertion by creating genetically engineered cell lines that express significant amounts of therapeutic human proteins.

Commercial Purpose

- Develop methods of producing therapeutic proteins of proven application that can be sold to established companies interested in becoming a second player in a major market.

Strategic Purpose

- To prove HR technology in a relatively straightforward application and generate substantial revenue for the company in three to four years.

### MARKET OPPORTUNITY

Current Products

There are currently nine human proteins approved for therapeutic applications in the United States, with an estimated total market in 1988 of $730M.  The potential market for these products, based upon their approval in a wider variety of applications, is estimated to be as high as $2.2B.  A summary is given in the table below.

### Estimated Sales of Human Proteins Approved for Therapeutic Applications

| Protein | Estimated Sales in 1988[1] | Total Market Potential[1] |
|---|---|---|
| Somatotropin | 10 | 40 |
| Human Insulin | 170 | 170 |
| Tissue Plasminogen Activator | 190 | 1,200 |
| Human Growth Hormone | 120 | 160 |
| Interferon alpha-2a | 20 | 100 |
| Hepatitis B Vaccine | 80 | 100 |
| Interferon alpha-2b | 30 | 100 |
| Erythropoietin | 100 | 325 |

[1] Source:  Cable Howse & Ragen Estimates

In addition to the products listed above, an additional fifteen proteins have been identified as being in the later stages of clinical trials.

## Cell Genesys Opportunity

Cell Genesys has developed a technique for engineering mammalian cell lines to produce therapeutic human proteins in significant quantities. This technique sidesteps existing process patents and is itself being patented by Cell Genesys. Although the technique is generally not competitive with more traditional recombinant methods for expression of newly cloned genes in mammalian cells, it provides an opportunity for a second player to enter an already existing market.

## Patent Searches

The company has completed an examination of the patents covering the production of Tissue Plasminogen Activator and Erythropoietin. Cell Genesys has been advised by its patent counsel, Dr. Bertram Rowland of Leydig, Voit & Mayer, Ltd., that it will be possible to produce all of these products using the Cell Genesys technique without infringing upon existing patents.

## OPPORTUNITY DEVELOPMENT

### Product Selection

The first therapeutic protein Cell Genesys will attempt to produce will be Tissue Plasminogen Activator (TPA). This selection is based on estimates of the probability of achieving satisfactory levels of protein expression in the engineered cell line, current market size and future market potential. It is expected production systems for Erythropoietin, Somatotropin and other proteins will follow.

### Patents

Cell Genesys has applied for a patent for its technique of producing human proteins using engineered mammalian cell lines, created using Homologous Recombination. In addition, the company will file additional patents to cover the production of specific proteins using this technique wherever this is possible.

### Sale of Products

Cell Genesys expects to identify companies interested in purchasing the market rights to its human proteins relatively quickly. Purchasers will be expected to fund research costs and make substantial benchmark payments. In addition, Cell Genesys will receive a royalty on subsequent sales of its proteins.

Project Timeline

| ...TIVITY | | 84 | 90 | 91 | 92 | 93 | 94 | 95 | 96 |
|---|---|---|---|---|---|---|---|---|---|
| ...tent Searches | | | | | | | | | |
| ...EIN 1 | | | | | | | | | |
| ...ablishment of Cell Lines | | | | | | | | | |
| ...pare DNA Vectors | | | | | | | | | |
| ...ation & Characterization | | | | | | | | | |
| ...primary Recipients | | | | | | | | | |
| ...lation & Characterization | | | | | | | | | |
| ...Secondary Recipients | | | | | | | | | |
| ...A Approval Cycle | | | | | | | | | |
| ...uct Sales | | | | | | | | | |
| ...OTEIN 2 | | | | | | | | | |
| ...Development | | | | | | | | | |
| ...A Approval Cycle | | | | | | | | | |
| ...oduct Sales | | | | | | | | | |
| ...OTEIN 3 | | | | | | | | | |
| ...Development | | | | | | | | | |
| ...A Approval Cycle | | | | | | | | | |
| ...oduct Sales | | | | | | | | | |
| ...entification of | | | | | | | | | |
| ...rchasers | | | | | | | | | |

CGI 3290

Key Tasks and Milestones

- Complete Patent Searches on Therapeutic Proteins - Cell Genesys examines the patent position on all human proteins thought to have significant therapeutic potential to determine whether it can establish a proprietary position of its own. Where possible, the company will make its own patent application.

- Establishment of Cell Lines - Previously characterized human diploid skin fibroblasts are obtained and propagated. These cells are used as primary recipients for the amplification vector. Secondary vector recipients will be the Chinese Hamster Ovary cell line (CHO).

- Prepare DNA Vectors - The amplification vector is constructed using a well-understood technique.

- Isolation and Characertization of Primary Recipients - DNA preparations of the amplification vector are isolated and introduced into human diploid fibroblasts by microinjection. Cells demonstrating integration of the vector in sites flanking the target gene are then used as a source of genetic material for preparation of secondary recipients.

- Isolation and Characterization of Secondary Recipients- Very high molecular weight DNA (greater than 50kb) or metaphase chromosomes are prepared from a primary recipient cell strain that has appropriate integration of the amplification vector. The material will be subsequently introduced into CHO cells by calcium phosphate mediated gene transfer. The cells will then be grown and selected for production of the human protein of interest.

- Identification of Purchasers - Cell Genesys will identify a company that wishes to buy rights to its protein production method for TPA as soon as possible. Additional purchasers will be identified for subsequent products.

- FDA Approval Cycle - The company purchasing rights to the Cell Genesys production technique will be expected to manage the development of the product through IND to NDA. Because TPA is already approved for therapeutic use, it is anticipated that the Cell Genesys product will be approved in 18 to 24 months.

- Product Sales - TPA produced using the Cell Genesys technique is expected to be sold for the first time in late-1992. Sales of the second and third products are expected in 1993 and 1994, respectively.

## Estimated Resource Requirements and Anticipated Revenues

It is anticipated that Cell Genesys will hire two scientists to work on the production of human proteins in 1989. This will rise to three in 1990 and reach six in 1991. Additional details are given in the management and employees section of this business plan.

The company expects to negotiate contracts to develop each therapeutic protein whereby research and development costs are reimbursed and benchmark payments are made in addition. Cell Genesys expects to be paid up to $1 million in 1990 on this basis. Longer term revenue expectations are given in the financing section.

CGI 3292

RESEARCH COLLABORATIONS

Needs in trod on strategy

too much would + cold

CGI 3293

RESEARCH COLLABORATION:  DUCHENNE MUSCULAR DYSTROPHY

## PURPOSE

### Scientific Purpose

- Determine whether homologous recombination is critical to the development of an effective therapy for Duchenne Muscular Dystrophy (DMD).

### Strategic Purpose

- Position CG to participate in developing effective therapies for DMD and other muscular disorders by staying abreast of events in the field.

## MARKET OPPORTUNITY

### Disease

Duchenne Muscular Dystrophy is the second most common genetic disorder in man, affecting approximately 1 in 3500 male children born throughout the world.  The course of the disease is marked by diffuse muscular weakness that is invariably progressive, leading to wheelchair confinement by adolescence and death by early adulthood.

### Therapy

There is currently no effective therapy for DMD.

### Research

Recent evidence suggests a rationale for a DMD therapy.  A team of researchers has demonstrated that injection of normal myoblasts into dystrophic mouse muscle results in conversion of muscle fibers from dystrophin negative to dystrophin positive. Another study suggests that transplantation of normal cells leads to improved function in a rodent disease model.

### CG Opportunity

Myoblast therapy is currently beginning multicenter human clinical trials.  If this treatment is limited by tissue rejection, inadequate dystrophin production or complications of immunosuppression, CG would consider elevating the collaboration to full project status.  CG could approach such problems with two strategies.  First, The Company could work to create a Universal Donor myoblast cell line that would overcome tissue rejection problems associated with allogenic donors.  Secondly, a UD myoblast could be developed that would produce unusually high

quantities of dystrophin after transplantation.  This could

CGI 3294

potentially overcome any problems associated with low dystrophin levels.

CG will only make DMD a full project if Homologous Recombination appears to be a critical link in the development of a truly effective therapy.

Market Size

There are 20,000 U.S. patients suffering from DMD. Additionally, approximately 20,000 patients in Europe and 10,000 in Japan suffer from the disease. About 1000 new patients are diagnosed each year in the U.S.

| Potential patients | 50,000 |
| Charge per patient | $10,000 |
| Total world market | $500M |

OPPORTUNITY DEVELOPMENT

Collaboration

Cell Genesys is currently arranging a collaboration with a well-known university researcher who is preparing to begin clinical trials of unaltered myoblast transplantation on DMD patients. The Company anticipates providing funding support equivalent to one researcher ($25K) in exchange for access to myoblast technology and clinical data developed by the lab. Immunologic data from early experiments will be critical in determining CG's future role in the collaboration.

CGI 3295

## RESEARCH COLLABORATION:  BONE MARROW DISORDERS

<u>PURPOSE</u>

Scientific Purpose

– Assist in development of techniques to effectively identify and control the proliferation of pluripotential stem cells.

Strategic Purpose

– Position CG to take the lead in developing therapies for sickle cell disease and other bone marrow based genetic diseases as well as the development of bone marrow based cellular drug delivery systems.

<u>MARKET OPPORTUNITY</u>

Disease

A variety of genetic diseases affecting primarily bone marrow derived components have been identified.  These diseases are particularly attractive as candidates for gene therapy.  Bone marrow stem cells can be removed, altered and replaced in patients whose remaining diseased marrow has been destroyed. Reconstitution of the entire hematopoietic and immunological systems can then take place.  A partial listing of these diseases appears in table X.

Bone marrow transplantation today is limited by the lack of suitable donors and by risks arising from bone marrow ablation and post transplant Graft Versus Host Disease (GVHD) – a condition where immune cells from the transplanted bone marrow attack the "foreign" tissues in the recipient's body.  Altering the patient's own cells offers a means of avoiding GVHD and making marrow transplantation more acceptable.

The problem with applying gene therapy to bone marrow is that it is not yet possible to effectively isolate marrow stem cells and, once selected, reproduce them in a way that allows them to remain stem cells rather than differentiating into lymphoid or myeloid cell types.  Once this problem is solved, homologous recombination may be used to develop new therapies.

Market Size

TABLE X

CGI 3296

## CG Opportunity

Acquisition of cell culture technology essential to the development of genetic therapies for bone marrow based genetic diseases will allow CG to develop therapeutics for bone marrow-based genetic diseases.

## OPPORTUNITY DEVELOPMENT

### Collaboration

CG has arranged research collaborations with Dr. Connie Eaves at XX university and founder Oliver Smithies' lab at the University of North Carolina. Both are respected researchers in the field of characterization of bone marrow stem cells. The Company anticipates providing funding support equivalent to one additional scientist for each laboratory. In exchange, CG will have access to any stem cell culturing techniques developed by Dr. Eaves or Dr. Smithies.

In the event that controlled reproduction of undifferentiated bone marrow stem cells becomes possible, CG would consider creating a project around a particular bone marrow based disease. Sickle Cell Disease is the most common such disorder and, with a single base pair DNA correction needed, it is technically the simplest choice. Dr. Smithies has already developed the concept of a mouse model for Sickle Cell Disease that would be useful in developing a treatment for this illness.

① Gene correction in cell cult model.
② "     "     in BFU-E
③ "     "     " stem

RESEARCH COLLABORATION:   NEUROLOGIC DISORDERS

PURPOSE

Scientific Purpose

-   Assist in defining the utility of delivering proteins to specific sites within the brain.

Strategic Purpose

-   Position CG to lead in developing effective cellular therapies for Central Nervous System (CNS) disorders such as Alzheimer's and Parkinson's diseases.

MARKET OPPORTUNITY

Disease

Alzheimer's and Parkinson's diseases are both CNS disorders associated with deficiencies in the neurotransmitters acetylcholine and dopamine, respectively.   Both diseases are progressively disabling:  Alzheimer's disease is characterized by progressive loss of cognitive function while Parkinson's leads to progressive voluntary motor function loss.

Therapy

It has long been known that increasing the amount of dopamine reaching the basal ganglia of the brain reduces or abolishes the symptoms of Parkinsonism.  However, medical therapy is limited by a decreasing response to medication seen over several years in most patients.   Alzheimer's disease currently has no effective therapy.

Research

Recently, experimental grafting of autologous renal medulla and fetal CNS cells to the brain has led to functional improvement in some Parkinson's patients.   Other experiments show that renal medullary grafts fare better if accompanied by administration of Nerve Growth Factor (NGF).  Alzheimer animal models have recently also shown improvement when injected with NGF over long periods.

Market Size

Alzheimer's Disease affect 3 million people in the U.S. alone. Parkinson's Disease afflicts 500,000 Americans.

CG Opportunity

Delivery of NGF via genetically altered cells potentially provides a key to improved therapies for Alzheimer's and Parkinson's Diseases. CG could apply its technology to create in vivo drug delivery systems that would fulfill this function.

## OPPORTUNITY DEVELOPMENT

### Collaboration

CG is developing collaborations with leading researchers involved in determining the cellular mechanism of CNS diseases. The Company expects to provide financial support equivalent to one additional scientist to each of these researchers. In exchange, CG will have access to cell culture techniques and other related technology developed in collaborator's laboratories.

A CG project could be started in this area if NGF was shown to be the critical factor in Alzheimer's and/or Parkinson's therapy. If the ability to develop a cellular delivery mechanism was critical to development of a successful therapy, CG's interest would be significant.

CGI 3299

MANAGEMENT AND EMPLOYEES

CGI 3300

## MANAGEMENT AND EMPLOYEES

### SENIOR MANAGEMENT

**Chief Executive Officer:** The position is occupied by Mark Levin, a consulting partner of Mayfield Fund. Mr. Levin is expected to remain as Chief Executive for another 6 - 12 months. Subsequently, an experienced general manager from the pharmaceutical industry will be sought to lead the company.

**Vice President of Research & Development:** Cell Genesys is negotiating with three potential candidates and expects to have filled this position by November 1, 1989. Individuals targeted have substantial senior management experience in the biotechnology industry and outstanding reputations.

**Board of Directors:** Current members are A. Grant Heidrich, III (Chairman), Dr. Raju Kucherlapati, Mark Levin and Mario Rosati, a partner with Wilson, Sonsini, Goodrich & Rosati.

### ADVISORY BOARDS

**Scientific Advisory Board:** This has been established to provide Cell Genesys with leading edge scientific information in fields critical to the company's success. These include: homologous recombination, molecular biology, cell biology, genetics, clinical medicine, transplant immunology and molecular immunology. The members of the Scientific Advisory Board are shown below:

Dr. Raju Kucherlapati, Founder, Chairman of Molecular Genetics, Albert Einstein, College of Medicine

Dr. Arthur Skoultchi, Founder, Professor of Cell Biology, Albert Einstein College of Medicine

Dr. Oliver Smithies, Founder, Professor of Genetics, University of North Carolina

Dr. Robert Tepper, Founder, Physician in Hematology and Oncology, Massachusetts General Hospital

Dr. Alan Bernstein, Mt. Sinai Hospital, Toronto

Dr. David Saks

Consultants:    A group of academic clinicians active in fields particularly relevant to Cell Genesys will be appointed to act as consultants to the company and advise on the development of new therapies.    Candidates have been identified in the following areas:

| | |
|---|---|
| Cardiovascular Disease | – Two candidates identified |
| Oncology/Hematology | – Dr. Robert Tepper (Founder) |
| Molecular Genetics | – Two candidates identified |

## EMPLOYEES

Cell Genesys is in the process of recruiting a team of outstanding scientists to lead its in-house research efforts. Over the next 18 months, the company expects to hire up to 18 researchers.

Researchers currently employed by the company include:

<u>Aya Jakobovits</u>, a Ph.D. from the Weizmann Institute.

<u>Robert DuBridge</u>, a Ph.D. from XXX University.

<u>Daniel Brenner</u>, a Ph.D. from XXX University.

CGI 3302

PATENT STRATEGY

CGI 3303

## PATENT STRATEGY

Cell Genesys has three approaches to securing a proprietary position over its products and technology. First, the company will patent the methods under development enabling high efficiency gene modification. Second, specific products that are produced using Homologous Recombination will be patented. Finally, Cell Genesys will support collaborative research efforts at leading institutions, provided that resulting new discoveries may be patented and licensed exclusively by Cell Genesys.

The proprietary strategy of the company has been developed with the assistance of Dr. Bertram Rowland of Leydig, Voit & Mayer, Ltd. Dr. Rowland is an expert on biotechnology matters.

A summary of inventions and patents applied for is given below:

CGI 3304

| INVENTION / IDEA | INVENTOR | STATUS OF INVENTION | | STATUS OF PATENT | | | COMMENTS |
|---|---|---|---|---|---|---|---|
| | | CONCEPT | REDUCED TO PRACTICE | IN PREPARATION | FILED | GRANTED | |
| HOMOLOGOUS RECOMBINATION OLIGONUCLEOTIDES | Dr Kucherlapati | ✓ | ✓ | ✓ | ✓ | | In process of being licensed from University of Illinois |
| UNIVERSAL DONOR CONCEPT - MHCI | Dr Kucherlapati | ✓ | | ✓ | ✓ | | |
| MHC II ACTIVATION | Dr Smithies | ✓ | PARTIALLY | ✓ | | | One copy of MHC successfully knocked out. |
| PROTEIN PRODUCTION IN MAMMALIAN CELLS | Dr Skoultchi | ✓ | | ✓ | | | |
| PRODUCTION OF HUMAN MONOCLONAL ANTIBODIES | Dr Kucherlapati | ✓ | | ✓ | | | |
| ANIMAL MODEL SICKLE CELL | Dr Smithies | ✓ | | | | | |