REGULATORY STRATEGY

CGI 3305

# REGULATORY STRATEGY

*? needed.*

## MAJOR ISSUES

### Oncogenic Events

Concerns may be raised over the possibility of gene-altered cells having a greater propensity to become cancerous than unaltered cells. Concern is largely due to the possibility that gene manipulation may promote a hitherto dormant cancer causing gene. Such an oncogene can then lead to cancerous changes, sometimes in a delayed fashion. However, chances of oncogene activation are greatest where foreign DNA undergoes recombination in a random fashion, as is the case with retroviral approaches to gene therapy.

Homologous Recombination is a process that works by specific, not random recombination. Gene targeting is precise enough to alter a single DNA base pair with high efficiency while leaving nearby genes unaltered. This high specificity greatly reduces the chance of oncogene activation.

### Viral Contamination of Human Cells

CG's development of human cell lines for use in transplant gives rise to concern over possible undetected infection by human viruses. Such viruses could infect patients receiving transplant therapy.

### Ethical Concerns

Some ethicists and other medical observers have raised concerns regarding potential misuse of gene therapy. Most issues center on the prospect of altering germ-line human cells, passing on alterations to future generations. There are two major objections to tampering with the human germ-line. First, there is no clear understanding what impact seemingly straight-forward changes in DNA structure may have on future generations. Second, such techniques could be employed to "enhance" the human condition in some manner by tampering with otherwise normal genes.

CG is sensitive to these concerns and intends to limit gene alteration to somatic human cells. In his manner, alterations will be limited to the treated individual and cannot be passed on to offspring. Furthermore, The Company will treat only diseases that have severe, undeniably detrimental effects on patients. In this manner, The Company believes that genetically engineered cells can be used to treat human disease in an ethically responsible fashion.

*organ transplantation*

CGI 3306

Side Effects

Concern over potential side effects associated with therapy with gene altered cells may be raised. CG intends to address these concerns by conducting extensive safety testing in animal disease models in advance of human trials.

CELL GENESYS APPROACH          *Shinton*

The recombinant DNA regulatory strategies of the 1970's and the mammalian cell culture strategies of the 1980's, although eventually successful, were often ill-conceived. Several companies sacrificed timely drug approval, significant dollars, long-term market share and a damaged reputation at the FDA. Their failure can clearly be attributed to a lack of understanding of the agency and its politics, a demonstrated lack of respect for agency reviewers, an inability to develop a clear and concise long-term strategy and a lack of understanding on how to design and implement relevant pharmacological safety studies.

The alteration of the genome of human cells in vitro and the transfer of these cells back into the patient for therapeutic use has already attracted regulatory and ethical attention. Products from this technology will require a well-conceived regulatory strategy to minimize the pitfalls of the past, to ensure marketed products in the mid-90's and to earn the respect and assistance of the FDA. Cell Genesys' strategy will be based on the following key points:

1. Hire key people in leadership roles at the company who are sensitive and knowledgeable about regulatory issues confronting the development of therapeutic products in the gene therapy area.

2. Assemble a regulatory advisory board composed of:

   a. device regulatory consulting expert or firm

   b. a biological regulatory consulting expert or firm

   c. a Washington, D.C. regulatory based attorney with strong FDA contacts

   d. an ethicist with gene therapy experience

   e. a pharmacology consultant

   f. scientific luminaries in the field of gene therapy

   The board will be used to assist in developing our regulatory strategy, establishing appropriate contacts at the agency and establishing credibility in the medical community.

3. Develop a regulatory strategy that includes:

   a. how and with whom to begin discussions with the agency

   b. appropriate safety studies

   c. appropriate clinical targets

   d. device vs. biologic vs. drug

   e. differentiation from competition

4. Assume a leadership role in the regulatory and scientific community in establishing gene therapy regulatory policy.

5. Use the inherent safety advantages of homologous recombination over retroviral vectors to clearly separate us from the competition.

6. The disease states we select, products and patient selection within a disease state, will be significantly influenced by our regulatory strategy.

7. Build a long-term relationship with the agency based on honesty, trust, excellent science, well-conceived and implemented safety studies. At the same time, have a strong understanding that decisions at the FDA will not only be based on excellent science but on the politics at the agency and the ethical implications of gene therapy.

FINANCIAL STRATEGY

CGI 3309

# FINANCIAL STRATEGY

Cell Genesys anticipates raising a total of $8M in venture capital to support its growth until 1992. A third party equity investor will be sought in 1993. The company is projected to make an initial public offering of $30M in 1994. A second public offering of $50M is expected in 1995 when Universal Retinal Transplants have completed Phase II clinical trials. Sales are expected to begin in 1996.

Cell Genesys financial strategy assumes that the company retains worldwide product rights to its Universal Retinal Transplant product. Some rights to products developed in the Monoclonal Antibody project and the Human Proteins project will be licensed to development partners. The strategy developed for each project is outlined in more detail below.

## Summary of Project Development Strategies

| | |
|---|---|
| Universal Retinal Transplants | Product developed independently by Cell Genesys. Worldwide marketing and production rights retained. |
| Human Monoclonal Antibodies | Development funded by corporate partners on a cost plus benchmark payment basis. In exchange, CG will give up rights to products in certain market areas, receiving royalties on sales once products are approved. |
| Production of Human Proteins | Development funded by corporate partners on a cost plus benchmark payment basis. Protein production systems sold to these partners with Cell Genesys retaining rights to royalties. |

Cell Genesys will manage its corporate relationships very carefully and does not anticipate being involved with more than 2 or 3 partners at any one time. Criteria for selection of corporate partners will include strategic issues such as overall fit with CG business, as well as interest in specific projects. It is anticipated that the company will seek a corporate partner to make an equity investment of $10M in 1993.

Summary financial information is shown in the following pages with detailed pro forma financial statements appearing in the appendix.

CGI 3310

## SUMMARY OF SOURCES OF FUNDS

| Sources of Funds $000s | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| **Financing** | | | | | | | | |
| Venture Capital | 3,500 | 0 | 5000 | 0 | 0 | 0 | 0 | 0 |
| Equity Capital | 0 | 0 | 0 | 10,000 | 0 | 0 | 0 | 0 |
| Public Offering | 0 | 0 | 0 | 0 | 30,000 | 0 | 50,000 | 0 |
| Lease Lines | 650 | 650 | 550 | 900 | 1500 | 2,000 | 2,500 | 2,500 |
| Development Partners | | | | | | | | |
| - Retinal Transplants | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| - Monoclonals | 0 | 0 | 1,000 | 2,000 | 3,000 | 4,000 | 4,000 | 4,000 |
| - Human Proteins | 0 | 0 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| - Other Projects | 0 | 1,000 | 0 | 0 | 1,000 | 1,000 | 1,000 | 1,000 |
| Total Financing | 4,150 | 1,650 | 8,550 | 14,900 | 37,500 | 9,000 | 59,500 | 9,500 |
| **Operating** | | | | | | | | |
| Interest on Cash | 100 | 150 | 100 | 500 | 1,500 | 500 | 250 | 1,000 |
| Research Grants | | | | | | | | |
| - Retinal Transplants | 0 | 50 | 500 | 0 | 0 | 0 | 0 | 0 |
| - Monoclonals | 0 | 50 | 500 | 0 | 0 | 0 | 0 | 0 |
| - Human Proteins | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| - Other Projects | 0 | 50 | 500 | 50 | 500 | 100 | 1,000 | 150 |
| Product Sales | | | | | | | | 5,000 |
| - Retinal Transplants | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 700 |
| - Monoclonals | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,000 |
| - Human Proteins | 0 | 0 | 0 | 500 | 1000 | 3000 | 5000 | 0 |
| - Other Projects | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Total Operating | 100 | 300 | 1600 | 1050 | 3,000 | 3,600 | 6,250 | 14,850 |
| **Total Funds** | 4,250 | 1,950 | 10,150 | 15,950 | 40,500 | 12,600 | 64,950 | 24,350 |

Assumptions:
1. Corporate Partner buys a stake in CG in 1992 for $10M
2. Public offerings are made in 1993 ($30M) and 1995 ($50M)
3. Retinal Transplants developed independently. Monoclonals and Human Proteins developed with Corporate Partners on a cost plus benchmark payment basis
4. SBIR grants estimated as $50,000 for phase I and $500,000 for phase II
5. Retinal Transplants sold by CG at $2000 per patient in 1996
6. Monoclonal Antibodies sold by a corporate partner - CG receives 7% royalty
7. Human Proteins sold by Corporate Partners - CG receives 10% royalty

CGI 3311

## SUMMARY OF HEADCOUNT AND USES OF FUNDS

| Man Years[1] | 1989[2] | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| Scientists | | | | | | | | |
| - Retinal Cells | 0.75 | 4 | 12 | 26 | 42 | 55 | 65 | 75 |
| - Monoclonals | 0.75 | 5 | 8 | 12 | 20 | 30 | 35 | 40 |
| - Proteins | 0.6 | 4 | 7.5 | 10 | 10 | 12 | 12 | 12 |
| - Other Projects | 0.1 | 1.5 | 3.5 | 10 | 22 | 35 | 40 | 45 |
| Total | 2.2 | 14.5 | 31 | 58 | 94 | 132 | 152 | 167 |
| Administration | 0.75 | 4 | 9 | 19 | 27 | 32 | 34 | 35 |
| Total Man Years | 2.95 | 18.5 | 40 | 77 | 121 | 164 | 186 | 202 |
| Uses of Funds $000s | | | | | | | | |
| - Operating[3] | 850[7] | 3,145 | 5,600 | 9,240 | 14,520 | 20,500 | 24,180 | 27,270 |
| - Cost of Goods[4] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,000 |
| - Capital Assets[5] | 650 | 650 | 550 | 900 | 1,500 | 2,000 | 2,500 | 2,500 |
| - Working Capital[6] | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,500 |
| Total | 1,500 | 3,795 | 6,150 | 18,240 | 16,020 | 22,500 | 26,680 | 32,270 |

Assumptions

1. Total man years allocated to a project during each year
2. From October 1989 - 0.25 years. Actual headcount at year end projected to be 12 people
3. Fully loaded cost per head estimated as follows: 1989 - $170,000; 1990 - $170,000; 1991 - $140,000; 1992 - $120,000; 1993 - $120,000; 1994 - $125,000; 1995 - $130,000; 1996 - $135,000
4. Cost of Goods estimated at 20% of sales
5. Capital assets purchased according to negotiated leases in 1989 and 1990. Subsequently asset purchases equivalent to 10% of operating costs
6. Inventory and receivables estimated at $1.5M to support Universal Retinal Transplants
7. Operating costs in 1989 include approximately $400,000 in set up costs

## SUMMARY OF SOURCES AND USES OF FUNDS

|  | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| Total Uses | 1500 | 3,795 | 6,150 | 18,240 | 16,020 | 22,500 | 26,680 | 32,270 |
| Total Sources | 4250 | 1950 | 10150 | 15950 | 40,500 | 12,600 | 64,750 | 24,150 |
| Cash Balance | 2750 | 905 | 4905 | 2615 | 27,095 | 17,195 | 55,265 | 47,345 |

## SUMMARY OF KEY OPERATING AND FINANCIAL MILESTONES

| | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| GETTING | | | | | | | | |
| Company Formation | ▲ | | | | | | | |
| Project Definition | | ▲ | | | | | | |
| Retinal Transplants | | | | | | | | |
| – Cell Line Establishment | | ▲ | | | | | | |
| – First Inactivation | | | ▲ | | | | | |
| – Second Inactivation | | | ▲ | ▲ | | | | |
| – Animal Studies Complete | | | | ▲ | | | | |
| – IND Application | | | | | ▲ | | | |
| – Phase I complete | | | | | | | ▲ | |
| – Phase II/III complete | | | | | | | | ▲ |
| – FDA Approval | | | | | | | | |
| Clonal Antibodies | | | | | | | | |
| – Vector Introduction | | | ▲ | | | | | |
| – Chimeric Mouse Born | | | | ▲ | | | | |
| – Human MAbs Produced | | | | ▲ | | | | |
| – IND | | | | | | ▲ | | |
| – Phase II/III complete | | | | | | | ▲ | |
| – FDA Approval | | | | | | | | ▲ |
| Human Proteins | | | | | | | | |
| – DNA Vectors Prepared | | ▲ | | | | | | |
| – Primary cells identified | | ▲ | | | | | | |
| – Secondary cells identified | | | ▲ | | | | | |
| – Product Sales #1 | | | | | ▲ | | | |
| – Product Sales #2 | | | | | | ▲ | | |
| – Product Sales #3 | | | | | | ▲ | | |
| FINANCIAL | | | | | | | | |
| Seed | ▲ | | | | | | | |
| Round 1 | | ▲ | | | | | | |
| Round 2 | | | | ▲ | | | | |
| Equity Capital | | | | | | ▲ | | |
| Initial Public Offering | | | | | | | ▲ | |

# PRODUCTION OF PROTEINS
## USING HOMOLOGOUS RECOMBINATION

### INTRODUCTION

#### Technical Field

The field of this invention is the expression of mammalian proteins.

#### Background

The discoveries of restriction enzymes, cloning, sequencing, reverse transcriptase, and monoclonal antibodies has resulted in extraordinary capabilities in isolating, identifying, and manipulating nucleic acid sequences. As a result of these capabilities, numerous genes and their transcriptional control elements have been identified and manipulated. The genes have been used for producing large amounts of a desired protein in both wild-type and heterologous hosts (bacterial and mammalian host cell systems).

In many cases, the process of obtaining coding sequences and eliciting their (obtaining) expression has been a long and arduous one. The identification of the coding sequence, either cDNA or genomic DNA, has frequently involved the (cloning) construction of libraries, identification of fragments of the open reading frame, (walking of the sequence) examining the flanking DNA sequences and the like. In mammalian genes where introns are frequently encountered, in many instances, the coding region has been only a small fraction of the total nucleic acid associated with the gene. In other cases, pseudogenes or multi-membered gene families have obscured the ability to isolate a particular gene of

interest. Nevertheless, as techniques have improved, there has been a continuous parade of successful identifications and isolation of genes of interest.

In many situations, one is primarily interested in a source of the protein product. The (wild-type) cell is frequently an inadequate source, since the protein may be produced in low amounts, the protein may only be produced in a differentiated host cell which is only difficultly grown in culture, or the host cell, particularly a human cell, is not economic or efficient in a culture process for production of the product. There is, therefore, significant interest in (providing for) alternative techniques for producing proteins of interest in culture with cells which provide for economic and efficient production of the desired protein and, when possible, appropriate processing of the protein product.

Relevant Literature

Mansour et al., Common Nature, 336:348-352, (1988), describes a general strategy for targeting mutations to non-selectable genes. Weidle et al., Gene, 66:193-203, (1988), describes amplification of tissue-type plasminogen activator with a DHFR gene and loss of amplification in the absence of selective pressure. Murnane and Yezzi, Somatic Cell and Molecular Genetics, 14:273-286, (1988), describe transformation of a human cell line with an integrated selectable gene marker lacking a transcriptional promoter, with tandem duplication and amplification of the gene marker. Thomas and Capecchi, Cell, 51:503-512, (1987), describe site-directed mutagenesis by gene targeting in mouse embryo-derived stem cells. Song et al., Proc. Natl. Acad. Sci. USA, 84:6820-6824, (1987), describe homologous recombination in human cells by a two staged integration. Liskay et al., "Homologous Recombination Between Repeated Chromosomal Sequences in

Mouse Cells," Cold Spring Harbor, Symp. Quant. Biol. 49:183-189, (1984), describe integration of two different mutations of the same gene and homologous recombination between the mutant genes. Rubnitz and
5   Subramani, Mol. and Cell. Biol. 4:2253-2258, (1984), describe the minimum amount of homology required for homologous recombination in mammalian cells. Kim and Smithies, Nucl. Acids. Res. 16:8887-8903, (1988), describe an assay for homologous recombination using
10  the polymerase chain reaction.

## SUMMARY OF THE INVENTION

Expression of mammalian proteins of interest is achieved by employing homologous recombination for
15  integration of an amplifying gene in proximity to the gene of interest without interruption of the production of a proper transcript. The region comprising the amplifying gene and the gene of interest may be amplified, the genome fragmented and directly or
20  indirectly transferred to an expression host for expression of the target protein. If not previously amplified, the target region is then amplified, and the library screened for cells producing the target protein. Cells providing for high stable production of
25  the target protein are expanded and used for expression of the target protein.

## DESCRIPTION OF SPECIFIC EMBODIMENTS

Methods and compositions are provided for
30  production of mammalian proteins of interest in culture. The method employs homologous recombination in a primary host cell for integrating an amplifying gene in the vicinity of a target gene, which target gene encodes the protein of interest. The region
35  comprising both the amplifying gene and target gene will be referred to as the amplifying region. The resulting transformed primary cells may now be

subjected to conditions which allow for amplification, or the amplification may be performed subsequently. The genome [chromosomes of the DNA transfectant] of the primary cells is then ~~fragmented and integrated~~ [used to transfer the amplifiable region] into the genome of secondary expression host
5  cells, where the target region, if not previously amplified, is amplified. The resulting library is screened for production of the target protein and secondary cell lines selected for desired levels of production, which cells may be expanded and used for
10  production of the desired protein in culture. [cell lines are populations] [selects]

The primary cell may be any mammalian cell of interest, particularly mammalian cells which do not grow readily in culture, more particularly primate cells, especially human cells, where the human cells
15  may be normal cells or neoplastic cells, particularly normal cells. Various cell types may be employed as the primary cells, including fibroblasts, particularly diploid skin fibroblasts, lymphocytes, epithelial cells, neurons, endothelial cells, or other somatic
20  cells, or germ cells. Of particular interest are skin fibroblasts, which can be readily propagated to provide for ~~high levels~~ [large numbers] of normal cells. These cells may or may not be expressing the gene of interest; ~~desirably expressing the gene of interest~~. In those instances [? unlikely]
25  where the target gene is inducible or only expressed in certain differentiated cells, one may select cells in which the target gene is expressed, which may require immortalized cells capable of growth in culture.

A number of amplifying genes exist, where by
30  appropriate use of an inducing agent, a gene integrated in the genome will be amplified with adjacent flanking DNA. Amplifiable genes include dihydrofolate reductase, metallothionein-I and -II, preferably primate metallothionein genes, [adenosine deaminase, ornithine decarboxylase]. The [selection]
35  amplifiable gene will have a transcriptional ~~initiation region~~ [signals] which ~~is~~ [are] functional in the secondary or expression host and desirably be functional in the

primary host, particularly where amplification is
employed in the primary host or the amplifying gene is
used as a marker.

 5    The target genes may be any gene of interest, there already having been a large number of proteins of interest identified and isolated with continual additions to the list. Proteins of interest include cytokines, such as interleukins 1-7; growth factors such as EGF, FGF, PDGF, and TGF; somatotropins; growth
10   hormones; colony stimulating factors, such as G-, M-, and GM-CSF; erythropoietin; plasminogen activators, such as tissue and urine; enzymes, such as superoxide dismutase, _____, interferons; T-cell receptors; surface membrane proteins; insulin, lipoproteins,
15   $\alpha_1$-antitrypsin; CD proteins, such as CD3, 4, 8, 19; etc., _____.

    For homologous recombination, constructs will be prepared where the amplifying gene will be flanked on ~~at least one side, usually~~ both sides with DNA
20   homologous with the DNA of the target region. The homologous DNA will generally be within 10 kb, usually 5 kb, of the transcribed ~~coding~~ region of the target gene, preferably within 2 kb of the target gene. By gene is intended the coding region and those sequences required
25   for transcription of a mature mRNA. The homologous DNA may include the 5'-upstream region comprising any enhancer sequences, transcriptional initiation sequences, or the like. The homologous region may include a portion of the coding region, where the
30   coding region may be comprised only of an open reading frame or combination of exons and introns. The homologous ~~flanking~~ region may comprise all or a portion of an intron, where all or a portion of one or more exons may also be present. Alternatively, the homologous ~~flanking~~ region
35   may comprise the 3'-region, so as to comprise all or a portion of the transcription termination region. The flanking regions may extend over all or a portion of the target

[handwritten margin notes: "or the region 5' of these sequences"; "Raju ??"; "B: Do you mean untranslated region?"; "? coding region patented"; "homologous"; "or the region 3' of these sequences."; "? Distinguishing the term homologous DNA vs flanking region / endogenous vs vector sequences"]

gene or be outside the target gene comprising all or a
portion of the transcriptional regulatory regions
and/or the structural gene. For the most part, the
sequence separating the amplifying gene from the target
5   gene will be substantially the same as the wild-type
sequence normally associated with the target gene.
Some portion of the sequence will be the 5' or 3'
sequence associated with the amplifying gene, as a
result of the manipulations associated with the
10  amplifying gene.
    The flanking regions need not be identical to
the target region, where *in vitro* mutagenesis is
desired. For example, one may wish to change the
transcriptional initiation region for the target gene,
15  so that a portion of the homologous region might
comprise nucleotides different from the wild-type
5'-region of the target gene. Alternatively, one could
provide for insertion of a transcriptional initiation
region different from the wild-type initiation region
20  between the wild-type initiation region and the
structural gene. Similarly, one might wish to
introduce various mutations into the structural gene,
so that the homologous region would comprise
mismatches, resulting in a change in the encoded
25  protein. For example, a signal leader sequence would
be introduced in proper reading frame with the target
gene to provide for secretion of the target protein
expression product. Therefore, by homologous
recombination, one can provide for maintaining the
30  integrity of the target gene, so as to express the
wild-type protein under the transcriptional regulation
of the wild-type promoter or one may provide for a
change in transcriptional regulation, processing or
sequence of the target gene. In some instances, one
35  may wish to introduce an enhancer in relation to the
transcriptional initiation region, which can be
provided by, for example, integration of the amplifying

gene associated with the enhancer in a region upstream from the transcriptional initiation regulatory region or in an intron or even downstream from the target gene.

Insert fr p.6

5    In order to prepare the subject constructs, it will be necessary to know the sequence which is targeted for homologous recombination. While it is reported that a sequence of 14 bases complementary to a sequence in a genome may provide for homologous
10   recombination, normally the individual flanking sequences will be at least about 150 bp, and may be 10 kb or more, usually not more than about 5 kb. The size of the flanking regions will be determined by the size of the known sequence, the number of sequences in the
15   genome which may have homology to the site for integration, whether mutagenesis is involved and the extent of separation of the regions for mutagenesis, the particular site for integration, or the like.

The integrating constructs may be prepared in
20   accordance with conventional ways, where sequences may be synthesized, isolated from natural sources, manipulated, cloned, ligated, subjected to in vitro mutagenesis, primer repair, or the like. At various stages, the joined sequences may be cloned, and
25   analyzed by restriction analysis, sequencing, or the like. Usually the construct will be carried on a cloning vector comprising a replication system functional in a prokaryotic host, e.g., E. coli, and a marker for selection, e.g., biocide resistance,
30   complementation to an auxotrophic host, etc. Other functional groups may also be present, such as polylinkers, for ease of introduction and excision of the construct or portions thereof, or the like. A large number of cloning vectors are available such as
35   pBR322, the pUC series, etc.

Once the construct is prepared, it may then be used for homologous recombination in the primary cell

target. Various techniques may be employed for
integrating the construct into the genome of the
primary cell without being joined to a replication
system functional in the primary host.  See for
example, U.S. Patent No. 4,319,216, as well as the
references cited in the Relevant Literature section.
Alternatively, the construct may be inserted into an
appropriate vector, usually having a viral replication
system, such as SV40, bovine papilloma virus,
adenovirus, or the like, where the vector may also have
a selectable marker for identifying transfected
cells.  Selectable markers include the neo gene,
allowing for selection with G418, the herpes TK gene
for selection with gancyclovir or acyclovir, etc.

The vector may or may not be capable of stable
maintenance in the host.  Where the vector is capable
of stable maintenance, the cells will be screened for
integration of the vector into the genome of the host,
where various techniques for curing the cells may be
employed.  Where the vector is not capable of stable
maintenance, for example, where a temperature sensitive
replication system is employed, one may change the
temperature from the permissive temperature to the non-
permissive temperature, so that the cells may be cured
of the vector.  In this case, only those cells having
integration of the construct comprising the amplifiable
gene and, when present, the selectable marker, will be
able to survive selection.

Where a selectable marker is present, one may
select for the presence of the construct by means of
the selectable marker.  Where the selectable marker is
not present, one may select for the presence of the
construct by the amplifiable gene.  For the neo gene or
the herpes tk gene, one could employ a medium for
growth of the transformants of about 0.1-1 mg/ml of
G418 or gancyclovir respectively.  Where DHFR is the
amplifiable gene, the selective medium may include from