about 0.01-0.25 μM of methotrexate.

In carrying out the homologous recombination, the DNA will be introduced into the primary cells. Techniques which may be used include calcium phosphate/
5   DNA co-precipitates, microinjection of DNA into the nucleus, electroporation, bacterial protoplast fusion with intact cells, transfection or the like. The DNA may be single or double stranded DNA. For various techniques for transforming mammalian cells, see
10  Keown et al 1989 (Methods in Enzymology — in press) Mansour et al., Nature, 336:348-352, (1988).

[margin note: poly catio eg polybrene, polyornith etc]
[margin note: ? ck for ok check Rajiv]

Upstream and/or downstream from the target region construct may be a gene which provides for identification of whether a double crossover has occurred. For this purpose, the herpes simplex virus
15  thymidine kinase gene may be employed since the presence of the thymidine kinase gene may be detected by the use of nucleoside analogs, such as acyclovir or gancyclovir, for their cytotoxic effects on cells that contain a functional HSV-tk gene. The absence of
20  sensitivity to these nucleoside analogs indicates the absence of the thymidine kinase and, therefore, where homologous recombination has occurred, that a double crossover event has also occurred.

[margin note: B: Again is this OK given the colpeical patent - probably not. Probably best to delete paragraph]

The presence of the marker gene as evidenced
25  by resistance to a biocide or growth in a medium which selects for the presence of the marker gene, establishes the presence and integration of the target construct into the host genome. No further selection need be made at this time, since the selection will be
30  made in the secondary expression host, where expression of the amplified target gene may be detected. If one wishes, one can determine whether homologous recombination has occurred by employing PCR and sequencing the resulting amplified DNA sequences. If
35  desired, amplification may be performed at this time by stressing the primary cells with the appropriate amplifying reagent, so that multi-copies of the target

gene are obtained. Alternatively, amplification may await transfer to the secondary cell expression host.

High molecular weight DNA, greater than about 20kb, preferably greater than about 50kb DNA or
5     preferably metaphase chromosomes are prepared from the primary recipient cell strain having the appropriate integration of the amplification vector. Preparation and isolation techniques are described by _Nelson and Housman In Gene Transfer (ed. R. Kucherlapati) Plenum Press 1986_. The DNA may then be
10    introduced in the same manner as described above into the secondary host expression cells, using the same or different techniques than employed for the primary cells. Various mammalian expression hosts are available and may be employed. These hosts include CHO
15    cells, monkey kidney cells, _C127 mouse fibroblasts, 3T3 mouse cells, Vero cells etc_. Desirably the hosts will have a negative background for the amplifiable gene or a gene which is substantially less responsive to the amplifying agent.

The transformed cells are grown in selective
20    medium containing about 0.01-0.5 μM methotrexate and, where another marker is present, e.g., the neo gene, the medium may contain from about 0.1-1 mg/ml G418. The resistant colonies are isolated and may then be analyzed for the presence of the construct in
25    juxtaposition to the target gene. This may be as a result of detection of expression of the target gene product, where there will normally be a negative background for the target gene product, use of PCR, Southern hybridization, or the like.

30    The cells containing the construct are then expanded and subjected to selection and amplification with media containing progressively higher concentrations of the amplifying reagent, for example, 0.5-200 μM of methotrexate for the DHFR gene, and may
35    be analyzed at each selection step for production of the target product.

The various clones may then be screened for

optimum stable production of the target product and these clones may then be expanded and used commercially for production in culture. In this manner, high yields of a product may be obtained, without the necessity of
5    isolating the message and doing the various manipulations associated with genetic engineering or isolating the genomic gene, where very large genes can be a major research and development effort.

The following examples are offered by way of
10   illustration and not by way of limitation.

EXPERIMENTAL

Cells [Normal]

15   Human diploid skin fibroblasts (WI38 available [> WI 35 still avail]) from the ATCC) are propagated in RPMI1640 [DMEM] medium supplemented with 20% fetal bovine serum. Chinese hamster ovary cells are propagated into Dulbecco's medium with 10% fetal bovine serum.
20

DNA Vector

The amplification vectors are constructed from pFR400 (Simonsen and Levinson, Proc. Natl. Acad. Sci. USA, 80:2495, (1983)). pFR400 contains a 2.8kb
25   PstI-SalI fragment that includes a mutant dihydrofolate reductase (DHFR) gene with an increased Km for methotrexate (MTX). The DHFR gene is driven by SV40 transcription signals. pFR400 also contains a plasmid replication origin permitting preparation and
30   manipulation of the vector in E. coli. An EcoRI fragment described as a β-actin gene HuT-14 DNA (14 β-27 (βI)) and described in Leavitt et al., Mol. and Cell. Biol. 4:1961-1969, (1984), is isolated and digested with EcoRI. The 13.8 kb fragment provides two
35   fragments, an 8.2 kb fragment comprising the coding region of the β-actin gene and a 5.6 kb fragment comprising the 3'-flanking region. The two fragments

are separated using gel electrophoresis and the 8.2 kb fragment inserted upstream from the DHFR gene at an EcoRI site (IF AVAILABLE, IF NOT, WE CAN PROVIDE FOR INSERTION OF POLYLINKERS) upstream from the DHFR
5      gene. The 5.6 kb fragment is joined to polylinkers providing for a convenient-restriction site, digested with _____, and inserted into the _____ site downstream from the DHFR gene in pFR400. The resulting plasmid pFR400(DHFR/β-actin) is then ready to be used
10     for transformation of the human diploid fibroblast.

Preparation of Primary Recipients

pFR400(DHFR/β-actin) is introduced into the primary recipients by microinjection employing _____
15     µg DNA per cell. The resulting cells are then grown in selective medium (RPMI1640 plus 0.05 µM MTX). Resistant colonies are isolated and analyzed by PCR using as primers the sequences _____ and _____. Cells comprising the DHFR gene integrated into the
20     β-actin region are expanded and used as a source of genetic material for preparation of secondary recipients.

Preparation of Secondary Recipients
25     Metaphase chromosomes are prepared in accordance with the method of Nelson and Housman (1986) from recipients demonstrating homologous recombination with the DHFR. The metaphase chromosomes are then transformed into CHO cells by calcium phosphate
30     mediated gene transfer according to the method of Lowy et al (1978). The cells are then grown in selective medium (INDICATE MEDIUM DMEM) containing 0.25 µM MTX. Resistant colonies are isolated and analyzed for expression of human β-actin. The cell clones are then
35     grown in selective medium containing progressively higher concentrations of methotrexate (0.5-200 µM, with steps of increased concentration, ranging from 0.5 µM

to 25 µM). The cells are removed from the selective medium and grown in _____ medium containing _____ µM methotrexate.

After _____, the cells are harvested, lysed and
5   the human β-actin is analyzed employing an ELISA assay employing monoclonal antibodies specific for β-actin. Clones providing for high levels of expression of β-actin are stored for subsequent use.

It is evident from the above results, that the
10  subject method provides for a novel approach to expression of a wide variety of mammalian genes of interest. The method is simple, only requires the knowledge of a sequence of about 300 bp or more in the region of a target gene, and one may then use
15  substantially conventional techniques for isolation of the target gene, transfer to an expression host, and production of the desired product in high yield.

All publications and patent applications cited
20  in this specification are herein incorporated by reference as if each individual publication or patent application were specifically and individually indicated to be incorporated by reference.

Although the foregoing invention has been
25  described in some detail by way of illustration and example for purposes of clarity of understanding, it will be readily apparent to those of ordinary skill in the art in light of the teachings of this invention that certain changes and modifications may be made
30  thereto without departing from the spirit or scope of the appended claims.

35

WHAT IS CLAIMED IS:

1. A method for producing mammalian proteins comprising:

growing mammalian secondary expression host cells comprising multiple copies of an amplifable region comprising a target gene heterologous to said secondary expression host and expressing a protein of interest and an amplifiable gene, whereby said target gene is expressed and said protein is produced;

wherein said secondary host expression cells are produced by the method comprising:

transforming primary mammalian cells comprising said target gene with a construct comprising an amplifiable gene and ~~at least one~~ flanking region of at least about 150bp homologous with a DNA sequence within 10kb of the coding region of said target gene, wherein said amplifiable gene is at a site which does not interfere with the expression of said target gene, whereby said construct becomes homologously integrated into the genome of said primary cells to define an amplifiable region;

selecting for primary cells comprising said construct by means of said amplifiable gene or other marker present in said construct;

isolating DNA portions of said genome from said primary cells, wherein said portions are large enough to include all of said amplifiable region;

transforming secondary expression host cells with said primary cell DNA portions and cloning said transformed secondary expression host cells to produce clones of said secondary expression host cells differing in said DNA portions present in said secondary expression host cells;

selecting clones of said mammalian secondary expression host cells comprising said amplifiable region; and

[handwritten annotations: "how impt. is this #", "? Raju"]

amplifying said amplifiable region by means of an amplifying agent, wherein said amplifying is prior to said isolating or after said selecting and prior to said growing.

2. A method according to Claim 1, wherein said amplifiable gene is a mammalian DHFR gene.

3. A method according to Claim 1, wherein said portions are metaphase chromosomes.

4. A method according to Claim 1, wherein said portions are restriction fragments.

5. A method according to Claim 1, wherein said primary cells are human cells.

6. A method according to Claim 5, wherein said human cells are fibroblast cells.

7. A method according to Claim 1, wherein said construct comprises a biocidal marker providing resistance to a biocide for said primary host cells.

8. A method for producing mammalian proteins comprising:

transforming mammalian primary mammalian cells comprising said target gene with a construct comprising an amplifiable gene and a flanking region of at least about 150bp homologous with a DNA sequence within 10kb of the coding region of said target gene, wherein said amplifiable gene is at a site which does not interfere with the expression of said target gene, whereby said construct becomes homologously integrated into the genome of said primary cells to define an amplifiable region comprising said amplifiable gene and said target gene in said genome;

   selecting for primary cells comprising said
construct by means of said amplifiable gene or other
marker present in said construct;
   isolating DNA portions of said genome from
5 said primary cells, wherein said portions are large
enough to include all of said amplifiable region;
   transforming mammalian secondary expression
host cells with said primary cell DNA portions, wherein
said secondary expression host cells are of a different
10 species from said primary host cells, and cloning said
transformed secondary expression host cells to produce
clones of said secondary expression host cells
differing in said DNA portions present in said
secondary expression host cells;
15   selecting clones of said mammalian secondary
expression host cells comprising said amplifiable
region;
   amplifying said amplifiable region by means of
an amplifying agent, wherein said amplifying is prior
20 to said isolating or after said selecting; and
   growing said secondary expression host cells
comprising multiple copies of said amplifiable region,
whereby said target gene is expressed and said protein
is produced.
25

  9. A method according to Claim 8, wherein said
amplifying is with said secondary expression host
cells.

30  10. A method according to Claim 8, wherein said
primary cells are human cells.

  11. A method according to Claim 10, wherein said
human cells are diploid fibroblast cells.
35

  12. A method according to Claim 8, wherein said
amplifiable gene is a mutated DHFR gene having a higher

Km than the wild-type gene.

13. A method according to Claim 12, wherein said secondary host expression cell is DHFR deficient.

14. A human cell comprising an amplifiable gene at other than its wild-type site in the human genome and within 10kb of a target gene expressing a protein.

15. A human cell according to Claim 14, wherein said cell is a normal cell.

16. A human cell according to Claim 14, wherein said cell is a neoplastic cell.

17. A human cell according to Claim 14, wherein said amplifiable gene is a DHFR gene.

18. A mammalian cell other than a human cell for expression of mammalian proteins in culture comprising an amplifiable region comprising an amplifying gene within 10kb of a human wild-type gene expressing a protein, wherein said two genes are separated by substantially solely human wild-type sequence associated with said target gene and the flanking sequence associated with the amplifying gene.

19. A method for producing cells for expression of a heterologous protein in culture, said method comprising:

transforming mammalian primary cells comprising said target gene with a construct comprising an amplifiable gene and at least one flanking region of at least about 150bp homologous with a DNA sequence within 10kb of the coding region of said target gene, wherein said amplifiable gene is at a site which does not interfere with the expression of said target gene,

whereby said construct becomes homologously integrated into the genome of said primary cells to define an amplifiable region comprising said amplifiable gene and said target gene in said genome;

selecting for primary cells comprising said construct by means of said amplifiable gene or other marker present in said construct;

isolating DNA portions of said genome from said primary cells, wherein said portions are large enough to include all of said amplifiable region;

transforming mammalian secondary expression host cells with said primary cell DNA portions, wherein said secondary expression host cells are of a different species from said primary host cells, and cloning said transformed secondary expression host cells to produce clones of said secondary expression host cells differing in said DNA portions present in said secondary expression host cells;

selecting clones of said mammalian secondary expression host cells comprising said amplifiable region; and

amplifying said amplifiable region by means of an amplifying agent, wherein said amplifying is either prior to said isolating or after said selecting.

20. A method according to Claim 19, wherein said amplifying is with said secondary expression host cells.

21. A method according to Claim 19, wherein said primary cells are human cells.

22. A method according to Claim 21, wherein said human cells are diploid fibroblast cells.

23. A method according to Claim 19, wherein said amplifiable gene is a mutated DHFR gene having a higher

Km than the wild-type gene.

24. A method according to Claim 23, wherein said secondary host expression cell is DHFR deficient.

?. should claims also contain claims for <u>alteration</u> of the transcriptional promoter region and 3' untranslated region, and polyA site and coding or intron regions of the target gene?

— Similarly addition of new enhancer sequence to the target gene

# PRODUCTION OF PROTEINS
# USING HOMOLOGOUS RECOMBINATION

ABSTRACT OF THE DISCLOSURE

Methods and compositions are provided for expression of mammalian genes in culture. An amplifying gene is introduced by homologous recombination in juxtaposition to a target gene, the resulting combination of amplifying gene and target gene transferred to a convenient host and the target gene amplified by means of the amplifying gene. The resulting expression host may then be grown in culture with enhanced expression of the target gene.

APP/27949

Nora    2309

Protein patent 10/30/89

## EXPERIMENTAL

### Cells

Normal human diploid skin fibroblasts are propagated in EEMEM medium supplemented with 20% fetal calf serum. Dihydrofolate reductase (DHFR) deficient Chinese hamster ovary (CHO) DUKX-B11 cells (Urlaub and Chasin, Proc. Natl. Acad. Sci. USA 77: 4216-4220 (1980)) are propagated in alpha-medium supplemented with 10% dialyzed fetal bovine serum.

### DNA vector

The amplification vector is constructed from pUC19 (Yanisch-Perron et al., Gene 33: 103-119 (1985)). A 1.8 kb HaeII fragment containing a hygromycin B phosphotransferase gene (hph) driven by the herpes simplex virus thymidine kinase (HSV tk) promoter is isolated from pHyg (Sugden et al., Mol. Cell. Biol. 5: 410-413 (1985)) by digestion with HaeII and gel electrophoresis. Synthetic adaptors are added onto this fragment to convert the HaeII ends into HindIII ends and the resulting fragment is joined to pUC19 digested with HindIII. The resulting plasmid pUCH contains the hygromycin cassette such that transcription of hph and beta-lactamase are in the opposite orientation. A 1.3 kb SalI fragment containing a DHFR gene driven by SV40 transcriptional signals is isolated from pTND (Connors et al., DNA 7: 651-661 (1988)) by digestion with SalI and gel electrophoresis. This fragment is ligated to pUCH digested with SalI. The resulting plasmid pUCD contains the DHFR cassette such that DHFR and hph are transcribed in the same direction. A 1.76 kb BamHI fragment from the phage F15 (Friezner Degen et al., J. Biol. Chem. 261: 6972-6985 (1986)) which contains 1.45 kb of DNA flanking the transcriptional start of human tissue plasminogen activator (t-PA) in addition to the first exon and part of the first intron is isolated by gel electrophoresis after BamHI digestion. This fragment is joined to pUCD following digestion of the latter with BamHI. The resulting plasmid pUCG has the promoter of the t-PA fragment oriented opposite to that of the DHFR cassette. The t-PA

fragment contains a single NcoI site, which is not unique to pUCG. A partial NcoI digest is carried out and a NotI linker is inserted. The resulting plasmid pCG contains a unique NotI site in the t-PA fragment which allows the plasmid to be linearized prior to transformation of the primary human diploid fibroblasts in order to increase the frequency of homologous recombination (Kucherlapati et al., Proc. Natl. Acad. Sci. USA 81: 3153-3157 (1984)).

Preparation of Primary Recipients

The plasmid pUCG linearized with NotI is introduced into the primary recipients by electroporation employing DNA at 10nM. The resulting cells are then grown in selective medium (EEMEM with 200 µg/ml hygromycin B). Resistant colonies are isolated and analyzed by PCR (Kim and Smithies, Nucleic Acids Res. 16: 8887-8903 (1988)) using as primers the sequences GCGGCCTCGGCCTCTGCATA and CATCTCCCCTCTGGAGTGGA to distinguish homologous integrants from random ones. Amplification of cellular DNA by PCR using these two primers yields a fragment of 1.9 kb only when DNA from correctly targeted cells is present. Cells comprising the DHFR gene integrated into the t-PA region are expanded and used as a source of genetic material for preparation of secondary recipients.

Preparation of Secondary Recipients

Metaphase chromosomes are prepared (Nelson et al., J. Mol. Appl. Genet. 2: 563-577 (1984)) from recipients demonstrating homologous recombination with the DHFR and are then transformed in DHFR-deficient CHO cells by calcium phosphate mediated gene transfer (Nelson et al., J. Mol. Appl. Genet. 2: 563-577 (1984)). The cells are then grown in selective medium (alpha-medium containing 200 µg/ml hygromycin B). Resistant colonies are isolated and analyzed for expression of human t-PA (Kaufman et al., Mol. Cell. Biol. 5: 1750-1759 (1985)). The cell clones are then grown in selective medium containing progressively higher concentrations of methotrexate (.02-80 µM, with steps of 4-fold increases in concentration). After this amplification procedure, the cells are harvested and the human t-PA is analyzed employing an ELISA

assay with a monoclonal antibody specific for t-PA (Weidle and Buckel, Gene 51: 31-41 (1987)).  Clones providing for high levels of expression of t-PA are stored for subsequent use.

It is evident from the above...(p. 13, l. 9)

LEYDIG, VOIT & MAYER
A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION

SUITE 200
350 CAMBRIDGE AVENUE
PALO ALTO, CALIFORNIA 94306

(415) 324-8999
CABLE: WOLFEHUB-PA
TELEX: 184125
TELECOPIER: (415) 322-9443

IN RESIDENCE
BERTRAM I. ROWLAND
RICHARD L. NEELEY
BARBARA RAE-VENTER
STEVEN F. CASERZA

CHICAGO OFFICE
ONE IBM PLAZA
SUITE 4600
CHICAGO, ILLINOIS 60611
(312) 822-9666
CABLE: WOLFEHUB-CGO
TELEX: 25-3533
TELECOPIER: (312) 670-2548

WASHINGTON OFFICE
METROPOLITAN SQUARE
SUITE 520
655 FIFTEENTH STREET, N.W.
WASHINGTON, D.C. 20005
(202) 737-6770
CABLE: WOLFEHUB-WASH
TWX: 710 822-1931
TELECOPIER: (202) 737-6776

ROCKFORD OFFICE
815 NORTH CHURCH STREET
ROCKFORD, ILLINOIS 61103
(815) 963-7661
CABLE: WOLFEHUB-RKD
TELEX: 190410
TELECOPIER: (815) 963-7664

ILLINOIS OFFICES
LEYDIG, VOIT & MAYER, LTD.

September 6, 1989

Arthur Skoultchi
Albert Einstein College of Medicine
Yeshiva University
Dept. of Molecular Genetics
1300 Morris Park Avenue
Bronx, New York  10461

Re:  Draft of Patent Application for
     PRODUCTION OF PROTEINS USING HOMOLOGOUS
     RECOMBINATION
     Inventor:     Arthur Skoultchi
     Our Ref. No.  27949/CELL-3

Dear Art:

A draft of the above-identified application has now been completed and is enclosed for review by the inventors. Also enclosed are a brief discussion of inventorship and an Inventor Information form to be returned to me with the name, address and citizenship of each inventor.

An attempt has been made to draft the application as broadly as possible while attempting to define as many specific examples as possible within the limits of the disclosure made available to us. Please review the application while considering whether all broad aspects of the invention, as well as any specific examples that you consider of particular importance, have been included. In addition, specific questions are included in the draft and should receive your attention. However, do not hesitate to comment on or to question anything in this draft application.

I included a paper example based on b-actin, since I had written an application on b-actin. It seemed to have sufficient information to provide a paper example, although I believe it could be improved. In addition, I would suspect that there are better examples which you could provide in more detail than you previously provided. I would like to get down to, if possible, specific restriction sites, fragment sizes, particular sites of

CGI 3659

Arthur Skoultchi
September 6, 1989
Page 2.

insertion, and the like. We do not have to have a very sophisticated gene, so that if there is a highly characterized gene which has been manipulated, so that we know which fragments to employ as flanking regions for the DHFR, this would be ideal.

If you have a number of comments, they can be most expeditiously handled if you return the draft marked with your comments, together with any additional pages or information that you wish to be included. If you have only a few comments, you may call and I will include them in a final draft. In either event, please do not hesitate to call if you have any questions regarding the application.

                              Sincerely,

                              LEYDIG, VOIT & MAYER

                              Bertram I. Rowland, Ph.D.

cc: Mark Levin
BIR:jad
LTR:00btappd/27949v

Encs:    Draft of Application
          Discussion of Inventorship
          Inventor Information form

CGI 3660

CELL GENESYS, INC.

AGENDA

TEAM MEETING

September 7 and 8, 1989

September 7

| | | |
|---|---|---|
| I. | Project Plan | 8 - 10 a.m. |
| | - Agenda Review | |
| | - Plan Review | |
| II. | Updates | 10 - 12 noon |
| | - Facilities | |
| | - Lease line | |
| | - Lease | |
| | - CRADA | |
| | - University License | |
| III. | Bill Smith - Patent Attorney | 12 - 2 p.m. |
| IV. | Team Meeting | 2 - 4 p.m. |
| | - Blau Strategy | |
| | - Goeddel Strategy | |
| | - Personnel Review | |
| V. | Helen Blau | 4 - 6 p.m. |
| VI. | Team Meeting | 6 - 7:30 p.m. |
| | - Finance Review | |
| | - Scientific Milestones | |
| VII. | Goeddel | 7:30 - 10 p.m. |

CGI 3316