## September 8

|  |  |  |  |
|---|---|---|---|
| I. | Team Meeting |  | 8 - 9 a.m. |
|  | - Presentation Review |  |  |
| II. | Partners' Presentation |  | 9 - 10:30 a.m. |
| III. | Team Meeting |  | 10:30 - 12 noon |

- Burt Rowland
- Agenda for Employee Meeting
- Lab use - October-December 1989
- Agenda for founders - October-December 1989 in San Francisco
- Company operations - October-December 1989 in San Francisco

IV. Burt Rowland                    12 - 2 p.m.

V. Team Meeting                     2 - 3 p.m.

- Personnel
- SAB

VI. Bosselman - Amgen              3 - 5 p.m.

VII. Employees                     5 - 9 p.m.

CGI 3317

So Thy$^{lo}$ Lin$^-$ Sca$^+$

surviving animals.



c/o

S        $-30$    $1000X$   $3 \times 10^6$

\# cells.

+ all animals → donor reconst.

$.05\%$ of b.m.

②  Day 12 / Day 8 CFU-S

Hu. — Systemics — tries to develop.

assay for human

Scid.

Hu thymus + human cells    →    mature

IV                                Hu T cells

in circ.

stromal                under
micro env.          kidney capsule

but doesn't
get B
or myeloid.

Thinks need specific micro env.

CELL GENESYS, INC.

PARTNER PRESENTATION

September 8, 1989

| | | | | |
|---|---|---|---|---|
| I. | Overview | | Levin | 9:00-9:30 |
| | | - Technology Breadth | | |
| | | - Seed Round Accomplishments | | |

| | | | | |
|---|---|---|---|---|
| II. | Plan Review | | Kucherlapati | 9:30-10:00 |
| | | | Skoultchi | |
| | | | Tepper | |

| | | | | |
|---|---|---|---|---|
| III. | Financial Review | | | 10:00-10:30 |
| | | - Headcount | Levin | |
| | | - Budget/Cash Flow | Wheeler | |
| | | - Venture | Heidrich | |

CGI 15906



CGI 15907



CGI 15908

CELL GENESYS, INC.

SEED ROUND ACCOMPLISHMENTS

September 1988 - September 1989

I.   Visited approximately twenty different hospitals, universities, companies to evaluate technology and projects, i.e.:

- NIH                  - Harvard
- Bowman-Grey          - Columbia
- Brown                - UCSF
- U. of Illinois       - UCSD
- U. of Colorado       - Fred Hutchinson
- Terry Fox            - Stanford

II.  Filed two patents and three more in progress.

Filed

- Universal Donor
- Oligonucleotide

Being Filed

- Universal Donor
- Monoclonal
- Protein

III. Facility

Facility

- Leased
- Drawings ongoing
- Build out begins mid-September

Equipment

- Lease line in place ($650,000)
- Equipment being speced

IV.  Project Plan

- Complete by September 15

- Three well-designed and evaluated projects

- Top scientists concur

CGI 15909

V.    Personnel

<u>Scientists</u>

-    Reviewed 300 C.V.'s, interviewed 100

-    Three scientists hired

    -    Jakobovits (Weizmann Institute,
         G. Martin, Capon)

    -    DuBridge (              G.Martin)

    -    Brenner (Knowles, Cohen)

-    Five more under consideration

    -    Finer (Mulligain)

    -    Aruffo (Seed)

    -    Hart (Ruddle, Chambon)

    -    Frohman (G. Martin)

    -    Folger (Capechi, Oncogene)

    -    Jefferson (Einstein)

<u>Research Leader</u>

-    Interviewed 15 top scientists

-    Current candidates

    -    Fiddes (Cal Bio)

    -    Goeddel (Genentech)

    -    Kayman (G.I.)

    -    Ulrich (Max Planck)

    -    Capon (Genentech)

    -    Putney (Repligen)

    -    Wu (Roche)

    -         (Upjohn)

    -    Hu (Oncogene)

    -    Bosselman (Amgen)

CGI 15910

- Murray (Zymogenetics)

<u>SAB/Consultants/Collaborators</u>

<u>SAB</u>

| | | | |
|---|---|---|---|
| - | Kucherlapati | - | Bernstein |
| - | Skoultchi | - | Alt |
| - | Tepper | - | Saks |
| - | Smithies | - | Blau |

<u>Collaborators</u>

- Nussenblatt - Macular Degeneration (CRADA)

- Blau - Muscular Dystrophy

- Eaves - Marrow (Sickle Cell)

<u>Consultants</u>

- Robertson - embryonic cells

  - YAC clones

  - cell biology

- Fausto - hepatocytes

  - neural

- Fuchs - keratinocytes

- Eaves - marrow

  - clinical

VI.  Startup Team

- Founders

- Wheeler

- Savage/Thompson

CGI 15911

# Homologous Recombination
# A New Technology for
# Modification of Human Genes

| | |
|---|---|
| NATURAL | Catalyzed by the Cell |
| PRECISE | Change as Little as a Single Letter in the Genetic Code of the Organism |
| POWERFUL | Gene Correction, Inactivation and Targeting Achieved |
| UNIQUE | Modifications Cannot be Achieved by Any Other Method |
| REVOLUTIONARY | Power of DNA Technology Applied to Cells |

CELL GENESYS, INC.

CGI 15912

# Relative Merits of Technologies

|                                    | HR   | Retrovirus | Antisense |
|------------------------------------|------|------------|-----------|
| Gene Correction                    | Yes  | No         | No        |
| Targeted Modification              | Yes  | No         | No        |
| Gene Inactivation                  | Yes  | Rare       | Yes       |
| Efficiency of Gene Introduction    | Good | Excellent  | Good      |
| Regulated Expression               | Yes  | No         | No        |
| True Gene Replacement              | Yes  | No         | No        |
| Treatment of Genetic Diseases      | Yes  | Yes        | No        |
| Treatment of Infectious Diseases   | ?    | No         | Yes       |
| Future Commercial Potential        | High | Low        | ?         |

CELL GENESYS, INC.

CGI 15913

# Product Development Strategy

- Focused

- Short, Middle and Long Term Projects

- Unique Approach to Human Health Care

- Large Existing Markets

- Diverse Product Set Reduces Risk

- Strong Proprietary Position

CELL GENESYS, INC.

CGI 15914

# A Powerful New Method
## For Producing
# Human Therapeutic Proteins

**PROBLEM**

Human Therapeutic Proteins Made By Using Cloned DNA
Sizable Markets Occupied by Big Players Protected by Patents on Cloned DNA

**SOLUTION**

Generate A Novel Method to Produce Proteins Without Manipulating Patented DNA Sequences

**CG APPROACH**

Use HR to Insert Regulatory Sequences into Non Patented DNA Located Close to the Gene

**BUSINESS STRATEGY**

Obtain Development Costs and Royalties from Established Companies Desiring to Enter Market

CELL GENESYS, INC.

CGI 15915

# Key Business Targets

|  | Sales in 1988 | Potential |
|---|---|---|
| Tissue Plasminogen Activator | $190 | $800 |
| Erythropoietin | $100 | $500 |
| Granulocyte-Colony Stimulating Factor | - | $150 |

## Future Targets

Any Human Protein Which Has
to be Produced in Mammalian Cells

## Proprietary Position

Patent Application Being Filed

CELL GENESYS, INC.

CGI 15916

# A Novel and Unique Method To Produce Human Monoclonals

**PROBLEM**

Human Monoclonals Needed for Imaging and Therapy

Highly Active Human Monoclonals Cannot Be Produced Today

Humanized Mouse Antibodies Can be Made But One at a Time

**SOLUTION**

Generate a Mouse Whose Antibody Genes Are Replaced by Human Genes

**CG APPROACH**

Use HR to Replace Mouse Antibody Genes with Human Counterparts in Embryonic Stem Cells

CELL GENESYS, INC.

CGI 15917

# Monoclonal Antibody Markets in 1995

| Areas | Market Size $ (Millions) |
|---|---|
| Cancer | 2,833 |
| Infectious Disease | 252 |
| Cardiovascular | 225 |
| Transplantation | 85 |
| Miscellaneous | 105 |
| | 3,500 |

## Proprietary Position

Currently Under Discussion with Patent Attorneys

CELL GENESYS, INC.

CGI 15918

# Generate Universal
# Donor Cells For Transplantation

**PROBLEM**

Cellular Transplants Between Individuals Are Frequently Rejected and Require Use of Immunosuppressive Drugs

**SOLUTION**

Reduce or Eliminate the Immunogenicity of Transplanted Cells

**CG APPROACH**

Use HR to Inactivate a Key Gene Whose Product is Important in the Rejection Process

**PROPRIETARY POSITION**

Patent Filed

CELL GENESYS, INC.

CGI 15919

# Markets For Universal Donor Products

| Disease State | No. of Patients in USA | Market Size $ (Millions) |
|---|---|---|
| Ocular Diseases | 268,000 | $536 |
| Burns and Skin Ulcers | 100,000 | $100 |
| Muscular Dystrophies | 20,000 | $200 |

## Future Applications

Degenerative Liver Disease

Diabetes

Neurological Disorders (Parkinsons, Alzheimers)

CELL GENESYS, INC.

CGI 15920

CELL GENESYS, INC.

HEADCOUNT

| Project | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 |
|---|---|---|---|---|---|---|
| UD/RPE | | | | | | |
| R | 3 | 4 | 10 | 10 | 7 | 5 |
| D | 0 | 1 | 4 | 15 | 20 | 25 |
| M | 0 | 0 | 4 | 10 | 15 | 25 |
| | 3 | 5 | 18 | 35 | 42 | 55 |
| Human Monocloncals | | | | | | |
| R | 3 | 7 | 15 | 15 | 15 | 15 |
| D | 0 | 0 | 2 | 4 | 5 | 10 |
| M | 0 | 0 | 0 | 1 | 5 | 10 |
| | 3 | 7 | 17 | 20 | 25 | 35 |
| Proteins | | | | | | |
| R | 2.5 | 5 | 5 | 5 | 3 | 3 |
| D | 0 | 0 | 2 | 2 | 3 | 3 |
| M | 0 | 0 | 3 | 3 | 4 | 4 |
| | 2.5 | 5 | 10 | 10 | 10 | 10 |
| Other Projects | .5 | 2 | 5 | 15 | 30 | 40 |
| R.D.M. Total | 9 | 19 | 50 | 80 | 107 | 140 |
| Administration | 3 | 5 | 13 | 25 | 30 | 35 |
| TOTAL | 12 | 24 | 63 | 105 | 137 | 175 |

CGI 15921

CELL GENESYS, INC.
PROFORMA INCOME STATEMENT
$ MILLIONS

| | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| Research | 8 | 19 | 50 | 80 | 107 | 140 | 160 | 180 |
| Administration | 1 | 5 | 13 | 25 | 30 | 35 | 40 | 45 |
| Total Headcount | 9 | 24 | 63 | 105 | 137 | 175 | 200 | 225 |
| | | | | | | | | |
| Corporate Partner | $- | $.3 | $3.0 | $5.8 | $8.4 | $11.5 | $15.0 | $16.5 |
| Royalties | - | - | - | - | .4 | 1.8 | 4.5 | 8.4 |
| Product Sales | - | - | - | - | - | - | - | 5.0 |
| SBIRS | - | - | .2 | .4 | .4 | .4 | .4 | .4 |
| Total Revenue | $- | $.3 | $3.2 | $6.2 | $9.2 | $13.7 | $19.9 | $30.3 |
| | | | | | | | | |
| Cost of Goods Sold | - | - | - | - | - | - | - | 1.0 |
| | | | | | | | | |
| Operating Expense: | | | | | | | | |
| RPE Project | $- | $.7 | $1.6 | $3.2 | $4.6 | $6.1 | $7.5 | $8.4 |
| Human MAbs | - | .7 | 1.7 | 2.2 | 2.7 | 3.8 | 4.9 | 5.7 |
| Therap Proteins | - | .6 | 1.0 | 1.2 | 1.2 | 1.3 | 1.3 | 1.4 |
| Other Programs | - | .2 | .5 | 1.2 | 2.7 | 4.3 | 5.9 | 7.4 |
| Administration | .9 | .6 | 1.3 | 2.3 | 3.3 | 4.1 | 4.9 | 5.7 |
| Total Operating | $.9 | $2.8 | $6.1 | $10.1 | $14.5 | $19.6 | $24.5 | $28.6 |
| | | | | | | | | |
| Other (Inc.)/Exp. | - | (.2) | (.1) | (.7) | (.3) | .3 | (.6) | (.1) |
| | | | | | | | | |
| Net Income(Loss) | $(.9) | $(2.3) | $(2.8) | $(3.2) | $(5.0) | $(6.2) | $(4.0) | $.8 |

CGI 15922

CELL GENESYS, INC.
PROFORMA BALANCE SHEET
$ MILLIONS

| | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| Cash | $.3 | $2.9 | $10.2 | $6.6 | $1.5 | $15.4 | $11.3 | $10.3 |
| Working Capital | - | - | - | - | - | .1 | .1 | 1.5 |
| Leased Equipment | .4 | .6 | 1.2 | 2.2 | 3.7 | 5.6 | 8.1 | 11.0 |
| LHI | - | .1 | .2 | .5 | .8 | 1.0 | 1.5 | 2.0 |
| (Depreciation) | - | (.1) | (.3) | (.7) | (1.4) | (2.5) | (4.0) | (6.1) |
| Other Assets | -.1 | .1 | .1 | .1 | .1 | .1 | .1 | .1 |
| Total Assets | $.7 | $3.6 | $11.4 | $8.7 | $4.7 | $19.7 | $17.1 | $18.8 |
| | | | | | | | | |
| A/P | $- | $.1 | $.1 | $.1 | $.2 | $.2 | $.3 | $.4 |
| Lease Lines | .4 | .5 | 1.1 | 1.6 | 2.5 | 3.7 | 5.0 | 5.8 |
| Total Liabilities | $.4 | $.6 | $1.2 | $1.7 | $2.7 | $3.9 | $5.3 | $6.2 |
| | | | | | | | | |
| Capital Stock | $1.2 | $6.2 | $16.2 | $16.2 | $16.2 | $36.2 | $36.2 | $36.2 |
| Retained Deficit | (.9) | (3.2) | (6.0) | (9.2) | (14.2) | (20.4) | (24.4) | (23.6) |
| Total Equity | $.3 | $3.0 | $10.2 | $7.0 | $2.0 | $15.8 | $11.8 | $12.6 |
| | | | | | | | | |
| Total Liab/Equity | $.7 | $3.6 | $10.4 | $8.7 | $4.7 | $19.7 | $17.1 | $18.8 |

CGI 15923

CELL GENESYS, INC.
FINANCING OVERVIEW
$ MILLIONS

| | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Sources of Financing:** | | | | | | | | | |
| Venture Capital | $1.2 | $5.0 | - | - | - | - | - | - | $6.2 |
| Corporate Equity | - | - | $10.0 | - | - | - | - | - | 10.0 |
| Public Market | - | - | - | - | - | $20.0 | - | - | 20.0 |
| Total Equity | $1.2 | $5.0 | $10.0 | - | - | $20.0 | - | - | $36.2 |
| | | | | | | | | | |
| Corp. Resch Collab | - | $.3 | $3.0 | $5.8 | $8.4 | $11.5 | $15.0 | $16.5 | $60.5 |
| Product Sales/Royalties | - | - | - | - | .4 | 1.8 | 4.5 | 13.4 | 20.1 |
| Interest Inc/Resch SBIRS | - | .2 | .3 | 1.1 | .7 | .1 | 1.0 | .5 | 3.9 |
| Lease Lines/A/P | .4 | .2 | .6 | .5 | 1.0 | 1.2 | 1.4 | .9 | 6.2 |
| Depreciation | - | .1 | .2 | .4 | .7 | 1.1 | 1.5 | 2.1 | 6.1 |
| Total Other Sources | $.4 | $.8 | $4.1 | $7.8 | $11.2 | $15.7 | $23.4 | $33.4 | $96.8 |
| | | | | | | | | | |
| Total Sources | $1.6 | $5.8 | $14.1 | $7.8 | $11.2 | $35.7 | $23.4 | $33.4 | $133.0 |
| | | | | | | | | | |
| **Uses of Funds** | | | | | | | | | |
| Operating Expenses | $.9 | $2.8 | $6.1 | $10.1 | $14.5 | $19.6 | $24.5 | $28.6 | $107.1 |
| Fixed/Oth Assets | .4 | .4 | .7 | 1.3 | 1.8 | 2.1 | 3.0 | 3.4 | 13.1 |
| COGS/W.C. | - | - | - | - | - | .1 | - | 2.4 | 2.5 |
| Total Uses of Funds | $1.3 | $3.2 | $6.8 | $11.4 | $16.3 | $21.8 | $27.5 | $34.4 | 122.7 |
| | | | | | | | | | |
| Ending Cash Balance | $.3 | $2.9 | $10.2 | $6.6 | $1.5 | $15.4 | $11.3 | $10.3 | $10.3 |

CGI 15924

CELL GENESYS, INC.
FINANCING OVERVIEW & KEY MILESTONES
$ MILLIONS

| | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | Total |
|---|---|---|---|---|---|---|---|---|---|
| Total Equity | $1.2 | $5.0 | $10.0 | - | - | $20.0 | - | - | $36.2 |
| Total Other Sources | $.4 | $.8 | $4.1 | $7.8 | $11.2 | $15.7 | $23.4 | $33.4 | $96.8 |
| Total Sources | $1.6 | $5.8 | $14.1 | $7.8 | $11.2 | $35.7 | $23.4 | $33.0 | $133.0 |
| | | | | | | | | | |
| Total Uses of Funds | $1.3 | $3.2 | $6.8 | $11.4 | $16.3 | $21.8 | $27.5 | $34.4 | 122.7 |
| | | | | | | | | | |
| Core Team Assembled | XX | XX | | | | | | | |
| Key Patents Filed | X | XX | | | | | | | |
| | | | | | | | | | |
| T. PROTEINS--Expressed | | X | XX | | | | | | |
| PROTEIN-- Approved | | | | | X | XX | | | |
| | | | | | | | | | |
| HUM MAbs--Chimeric Mouse | | XX | | | | | | | |
| HUM MAbs--Produced | | | XX | | | | | | |
| HUM MAbs--IND | | | | XX | | | | | |
| HUM MAbs--Approval | | | | | | | | XX | |
| | | | | | | | | | |
| RPE UD--Transplant | | X | XX | | | | | | |
| RPE UD--IND | | | | XX | | | | | |
| RPE UD--NDA | | | | | | | XX | | |
| RPE UD--APPROVAL | | | | | | | | XX | |

CGI 15925

CELL GENESYS, INC.

COMPANY MEETING

September 8, 1989

5:00 p.m.

AGENDA

I.   Vision and Philosophy                    Mark/Raju/Art/Bob

II.  Update                                   Mark/Group

   1.  Personnel

      -   Company

      -   SAB

      -   Consultants

      -   Collaboration

   2.  Facility                               Kurt

      -   Facility

      -   Equipment

   3.  Patents                                Raju

III. Project Review

   1.  Operations (October-December 1989)

      -   company meetings

      -   lab work

      -   offices

   2.  Projects

      -   projects

      -   experimental design

      -   SBIRS

CGI 3314

- literature/scientific review
- recruiting/interviewing
- lab equipment/lab startup
- start dates

IV.  Party

  - Name for Party
  - Party

CGI 3315

# DOCUMENT INFO

**File Date:**    9/20/1989 9:07:00 AM

**File Name:**    Drawing-Final

**File Path:**    Mayfield Stuffit Archive\Mayfield
Consulting\CG\CG Bizplan\

DOCUMENT INFO                    CGI 4415