# GENE REPLACEMENT



# GENE TARGETING



# GENE KNOCKOUT



CGI 4416

# DOCUMENT INFO

File Date:        9/22/1989 4:29:00 PM

File Name:        Glossary

File Path:        Mayfield Stuffit Archive\Mayfield
                  Consulting\CG\CG Bizplan\

# DOCUMENT INFO

CGI 4419

# GLOSSARY

**Amino Acids**  Basic chemical components that are linked together to form peptides and proteins.

**Antibody**  A protein synthesized by lymphocytes that has a specific amino acid sequence by virtue of which it interacts only with the antigen that induced its synthesis. (See antigen, monoclonal)

**Antigen**  Any substance which is capable of inducing a specific immune response and of reacting with the product of that response. (See antibody)

**Atrophic**  Characterized by atrophy: a wasting away; a diminution in the size of a cell, tissue, organ, or part.

**Chimera**  An individual organism whose body contains cell populations derived from different individuals, of the same or of different species.

**Chromosome**  Structure in the animal cell nucleus containing a linear thread of DNA, which transmits genetic information.

**CNVMs**  Choroidal Neovascular Membranes: Round to oval greenish-grey lesions found in patients with the exudative form of Age-related Macular Degeneration (AMD). These lesions are actually areas of aberrant blood vessel proliferation in the thin vascular lining of the eye (choroid.) CNVMs cause a number of changes in the eye that damage photoreceptors. Their occurence is linked with rapid loss of vision in patients suffering from AMD. (See exudate, photoreceptors)

**DNA**  Deoxynbonucleic Acid: Double helix molecule that is the carrier of genetic information for all organisms except some viruses.

**Donor**  Supplier of living tissue to be used in another body.

**Exudate**  Material such as fluid, cells, or cellular debris which has escaped from blood vessels and has been deposited in tissues or on tissue surfaces. In the case of AMD, exudates

associated with CNV damage photoreceptors and lead to rapid loss of vision.  (See CNVM, photoreceptors)

| | |
|---|---|
| **Fibroblast** | Connective tissue cell found in fibrous tissues throughout the body. |
| **Gene** | Biologic unit of heredity, made up of DNA and located on chromosomes, genes can be structural, operator or regulatory.  (See chromosome, genome) |
| **Genome** | Complete set of hereditary factors for an organism.  (See genome) |
| **Hematology** | Branch of medical science dealing with blood and blood-forming tissues. |
| **Homologous Recombination** | Normal cellular process by which genetic information between structurally corresponding (homologous) chromosomes is exchanged.  This process can be used in the laboratory, so that DNA sequences can be targeted for insertion into specific sites in the mammalian genome. (See chromosome, DNA, gene) |
| **Hybridoma** | Cell culture consisting of fused (hybrid) cells of different kinds, e.g. mouse lymphocytes and myeloma (tumor) cells.  Such hybrids can be useful as an "immortal" line of cells producing a particular Monoclonal Antibody.  (See Monoclonal Antibody) |
| **Immunosuppression** | Prevention or diminution of the immune response. |
| **IND** | Investigational New Drug application to the Food and Drug Administration (FDA).  Clinical trials can begin upon approval of an IND. |
| *in vitro* | In an artificial environment, such as a test tube. |
| *in vivo* | Within the living body. |
| **Macula** | Most light sensitive area of the retina:  responsible for most color and detail vision.  (See retina) |

CGI 4421

| | |
|---|---|
| **MHC** | Major Histocompatibility Complex: Area of the genome that codes for antigens responsible for tissue rejection. There are two classes, types I and II. (See antigens, genome, tissue rejection) |
| **Monoclonal Antibody** | Single antibody produced by cells which are all descended from the same cell. (See antibody) |
| **Murine** | Pertaining to mice or rats. |
| **Myoblast** | Stem cell which is a precursor of a cell of the muscle fiber. |
| **Ocular Immunology** | Branch of medical science dealing with the immune system of the eye. |
| **Oncology** | The study of tumors. |
| **Peptides** | Low molecular weight compounds made up of amino acids. Constituent parts of proteins. (See amino acids, proteins) |
| **Photoreceptor** | Receptor sensitive to light located in the retina. These cells are specialized nerve endings and do not have the capability to regenerate. (See retina) |
| **Pluripotential** | A cell able to give rise to a variety of more specialized cell lines. (See stem cell) |
| **Proteins** | High molecular weight compounds composed of amino acids in peptide linkages. They serve as enzymes, structural elements, hormones, antibodies, etc. (See amino acids, antibodies, peptides) |
| **Recombinant DNA** | DNA that has been artificially introduced into a cell so that it alters the cell's genome and is replicated along with the natural DNA (See DNA, genome) |
| **Retina** | Layer of the eye that includes structures responsible for vision including RPE cells and photoreceptors. |
| **RPE** | Retinal Pigmented Epithelium: layer of cells supporting photoreceptors in the retina. Dysfunction of RPE cells results in photoreceptor death. This is thought to be the |

underlying cause of Age-related Macular Degeneration.  (See photoreceptors)

**Stem Cell**  Generalized mother cell whose descendants specialize, often in different directions.  (See pluripotential)

**Systemic Administration**  Delivery of a drug or other substance to the entire body, usually by way of the bloodstream.

**Tissue Rejection**  Recipient's immunologic reaction to the MHC antigens present on transplanted cells that can result in death of the donor tissue.  (See antigen MHC)

**Universal Donor Tissue**  Tissue made up of cells incapable of expressing the MHC antigens responsible for tissue rejection.  (See antigen, MHC, tissue rejection)

**Uveoretinal Diseases**  Diseases of the middle, vascular coat of the eye (uvea) and of the retina.  (See retina)

CGI 4423

# DOCUMENT INFO

File Date:        9/22/1989 4:19:00 PM

File Name:        NEW-9_23-Part 1

File Path:        Mayfield Stuffit Archive\Mayfield
                  Consulting\CG\CG Bizplan\

# DOCUMENT INFO

CGI 4429



CELL GENESYS, INC.

BUSINESS
PLAN

SEPTEMBER 20, 1989

CGI 4430

CONFIDENTIAL                                                          2

TABLE OF CONTENTS

1.    **Executive Summary**                                    <u>Page</u>

      The Business ...................................................................1
      Technology ....................................................................5
      Market Opportunities .....................................................8
      Company Creation .........................................................11
      Funds Sought................................................................12


2.    **Business Plan**

      Overview........................................................................14
      Project Plans..................................................................15
      Research Collaborations ................................................36
      Management and Employees...........................................41
      Patent Strategy..............................................................44
      Regulatory Strategy .......................................................46
      Financial Strategy ..........................................................48


3.    **Appendices**

      Facilities Plan
      Technology Overview
      Resumes
      Glossary

SOURCES OF NUMERICAL DATA

CONFIDENTIAL

Unless otherwise noted, all numerical data in this Plan is based on Savage-Thompson
Management/Mayfield Fund analysis of data from a variety of published and unpublished sources.
Examples include: Science, Nature, Survey of Opthalmology, The New England Journal of Medicine,
U.S. census data and expert interviews.

# EXECUTIVE

# SUMMARY

CONFIDENTIAL

# EXECUTIVE SUMMARY

## THE BUSINESS

Cell Genesys, Inc. will become a fully-integrated biopharmaceutical company that develops novel classes of products for treatment of human disease based upon the cell engineering technology of Homologous Recombination.

Cell Genesys intends to be the world's leading company in the development and application of Homologous Recombination. The Company is recruiting a team of outstanding scientists who have the capability to achieve rapid scientific success. Cell Genesys expects to attract the best scientists in the field of genetic engineering, growing to become a leader in the biopharmaceutical industry.

The commercial development of Homologous Recombination by Cell Genesys is particularly timely. The techniques involved have been developed over the past several years and two members of the Scientific Advisory Board have played a key role in this process (referenced in the Technology Overview Appendix). Homologous Recombination technology is just reaching the point where it has significant commercial potential. This represents an exciting opportunity for the founders of and investors in Cell Genesys.

Cell Genesys has developed three major projects that will lead to the company's first products:

> **Production of Therapeutic Proteins** - development of a technique to produce already approved therapeutic proteins without infringing on existing patents.

> **Human Monoclonal Antibodies** - development of strains of mice capable of producing fully human monoclonal antibodies.

> **Universal Retinal Transplants** - development of a new therapy to prevent blindness caused by macular degeneration.

CONFIDENTIAL                                                                 5

Each of these projects is described in detail in the Cell Genesys Business Plan.  A summary of each follows.

CGI 4434

CONFIDENTIAL                                                                    6

## SUMMARY OF PROJECTS

**Production of Therapeutic Proteins** ////////////////////////////////////////////////////////

Purpose:                    Production of approved therapeutic proteins without
                            infringing upon existing patents.

Market Opportunity:         The total sales of therapeutic proteins currently
                            approved in the U.S. is estimated to be $730 million in
                            1988.

Opportunity                 Basic genetic modification completed by the end of
Development:                1990. Production methodologies will be sold to
                            corporate partners. Royalty payments from product
                            sales expected by late 1993.

**Human Monoclonal Antibodies** //////////////////////////////////////////////////////////////

Purpose:                    Creation of chimeric mice capable of producing fully
                            human monoclonal antibodies.

Market Opportunity:         The market for monoclonal antibodies is projected to be
                            $3.5 billion in 1995.

Opportunity                 Development of a strain of mice which demonstrates
Development:                the feasibility of this project to be completed by the
                            end of 1991. Mice capable of producing fully human
                            monoclonal antibodies to be developed by 1993.
                            Antibodies first developed with corporate partners
                            and later by CG. Product sales begin at the end of
                            1996.

**Universal Retinal Transplants** /////////////////////////////////////////////////////////////////

Purpose:                    Development of a treatment for Age-related Macular
                            Degeneration, a potentially blinding disease.

Market Opportunity:         The target worldwide market for treatment with
                            Universal Retinal Transplants is $1 billion. Total
                            worldwide market potential exceeds $5 billion.

Opportunity                 Research agreements established with Dr. Robert
Development:                Nussenblatt at the National Eye Institute (part of
                            N.I.H.). Basic research expected to be completed by

CGI 4435

CONFIDENTIAL                                                                                    7

mid-1991.  IND projected to be filed in 1992.  Product
sales of $5 million expected in 1996.

## RESEARCH COLLABORATIONS

In addition to its lead projects, Cell Genesys is developing collaborative agreements
with leading researchers in the fields of Muscular Dystrophy and Bone Marrow
Stem Cells.  The Company will have rights to license technology developed through
these collaborations in order to develop future products.

## CRITICAL TASKS COMPLETED

Prior to this financing, the scientific founders and Mayfield Fund have sought to
challenge the assumptions and concepts thought to underpin any commercial
application of HR.  Input from the scientific and medical community has been used
to refine and focus the efforts of the company.  Critical tasks completed are outlined
below:

### STATUS OF CRITICAL TASKS

| Critical Task | Status |
|---|---|
| **Project Selection and Planning** | Potential applications reviewed and areas of initial focus defined. |
| **Recruitment of Key Staff** | Core management and scientific team established. |
| **Lease Facilities and Equipment** | In-house operations commenced. |
| **Establishment of Advisory Boards and Research Collaborations** | Key institutional affiliations developed. |
| **Patent Strategy Development** | Key applications in process or filed. |
| **Regulatory Environment Evaluation** | Strategy to work with the FDA and other regulatory agencies established. |
| **Business Plan Production** | Thorough documentation of the Company completed. |

?????????????????                                                              CGI 4436

CONFIDENTIAL                                                    8

## HOMOLOGOUS RECOMBINATION:  TECHNOLOGY AND APPLICATIONS



CONFIDENTIAL                                                                                    9

## TECHNOLOGY

The business plan of Cell Genesys is based upon the use of a novel technology, that of gene replacement or gene targeting in somatic mammalian cells by using procedures that take advantage of Homologous Recombination. The use of these Homologous Recombination procedures is so unique that Cell Genesys is in an excellent position to become the premier company applying this technology to developing products with large markets.

Homologous Recombination (HR) is a powerful genetic engineering methodology for precisely modifying genes in human cells. Recent developments in this technology have been pioneered by the founders of Cell Genesys. HR is the most precise method currently known for modifying genetic information.

Homologous Recombination has broad application in many different areas, as shown in the facing exhibit. Cell Genesys will focus its efforts on cell and protein-based human therapeutic products.

Within the human therapeutic area, HR has greater breadth of application than existing techniques of gene modification such as retroviral vectors. Cell Genesys has the capability to insert, replace or inactivate genes in cells without affecting other genes. This technology can therefore be used, amongst other applications, to correct the mutations associated with human genetic diseases.

> **Gene Insertion:** Genetic information can be inserted into cells at precisely defined locations in order to change or enhance their function. Cell Genesys will use the technique to insert genes responsible for production of therapeutic proteins into mammalian cells.

> **Gene Replacement:** HR can be used to replace sections of the cell's chromosome. Gene Replacement techniques will be used by Cell Genesys to develop strains of mice capable of producing fully human monoclonal antibodies.

> **Gene Inactivation:** Homologous Recombination can be used to inactivate specific genes. Initially, Cell Genesys will use this technique to inactivate genes to reduce or eliminate tissue rejection. As a result, the company will be able to develop universal cell grafts that can be used in any patient.

CONFIDENTIAL 10

## COMPARISON OF GENE MODIFICATION TECHNIQUES

| Characteristic | Gene Modification Technique | | |
|---|---|---|---|
| | HR | Retrovirus | Antisense |
| **Gene Correction** | Yes | No | No |
| **Targeted Modification** | Yes | No | No |
| **Gene Inactivation** | Yes | Rare | Yes |
| **Efficiency of Gene Introduction** | Good | Excellent | Good |
| **Regulated Expression** | Yes | No | No |
| **True Gene Replacement** | Yes | No | No |
| **Treatment of Genetic Diseases** | Yes | Yes | No |
| **Treatment of Infectious Diseases** | ? | No | Yes |
| **Future Commercial Potential** | High | Low | ? |

Gene Replacement cannot be performed with any known cell engineering technique except Homologous Recombination.  Cell Genesys is currently unique in its level of expertise in Homologous Recombination, and is devoting all its efforts to the development of this technology.

Homologous Recombination has a number of advantages over other methods of gene transfer that make it more suitable for the development of unique, commercially significant products.  Genetic information can be introduced into mammalian cells by a number of methods.  It can be directly introduced by microinjection; it can be complexed with chemical agents such as calcium phosphate, which is taken up efficiently by cells; or it can be packaged into RNA or DNA viral envelopes which can be used to efficiently infect mammalian cells.  Though these methods are quite efficient, it is not possible to control the sites at which this exogenously introduced genetic information becomes incorporated or integrated into the cellular DNA.  Such random insertion of DNA is known to have profoundly

CONFIDENTIAL                                                                      11

adverse effects on the properly regulated expression of the introduced genes. In some instances (e.g., retroviral mediated gene transfer), it is possible to inactivate important genes, resulting in cell death or activation of oncogenes, which might lead to unlimited growth of the cells or cancer. Homologous recombination, on the other hand, is a normal cellular process, which when properly utilized_ results in gene modification in a predetermined way (as simple a change as a single base alteration is possible). There are absolutely no adverse effects on normal cell growth, proliferation, or regulation of gene expression that result from modifications made using Homologous Recombination.

During the past few years a number of advances in Homologous Recombination techniques have been made. These advances now make it possible to modify any gene in the mammalian genome, in a predetermined way, at extremely high efficiencies. These techniques are so powerful and widely useful that they are expected to revolutionize the way mammalian cells are manipulated.

Cell Genesys believes that Homologous Recombination is superior to all other gene modification techniques. The company intends to use its proprietary technology to develop a leadership position in this field, developing novel therapeutics based upon insertion, replacement and inactivation of genes.

                                                          CGI 4440

CONFIDENTIAL                                                                        12

## MARKET OPPORTUNITIES

The technology being developed by Cell Genesys has exceptionally broad application. The company has identified substantial market opportunity in three distinct areas:

1.   Production of Therapeutic Proteins
2.   Production of Human Monoclonal Antibodies
3.   Development of Universal Retinal Transplants

Each of these is described in more detail in the following section.

### Production of Therapeutic Proteins

By inserting specific genetic regulatory elements into mammalian cells, Cell Genesys has the capability to develop systems for *in vitro* production of human proteins. CG processes will be designed to produce FDA approved therapeutic proteins without infringing upon existing DNA patents.

The market for therapeutic proteins is substantial - $730 million in 1988, with an estimated potential for the nine products already approved of $1.8 billion. Cell Genesys has conducted patent searches on several approved therapeutic proteins. The company has been advised by legal counsel that it will be able to produce these proteins using Homologous Recombination without violating any existing patent.

### Human Monoclonal Antibodies

Cell Genesys will make use of Homologous Recombination and Gene Replacement techniques to create unique strains of mice capable of producing fully human monoclonal antibodies (MAbs) to any administered antigen. The availability of human, instead of mouse, MAbs promises to greatly reduce the incidence of adverse immune responses in patients, thereby increasing the attractiveness of MAb-based therapeutic agents. This is important because, in the absence of an immune response, the ability of MAbs to latch onto particular target proteins in the body make them attractive vehicles for therapeutics designed to fight cancer, infection, heart disease, transplant rejection and other significant ailments. The market for MAb-based therapeutic drugs is estimated to be $3.5 billion in 1995.

CGI 4441

CONFIDENTIAL                                                                13

## Universal Retinal Transplants

The concept underpinning this product is the production of "living grafts" that can be used in any patient. This will be achieved by using HR to inactivate the genes that play a key role in transplant rejection. The company will thereby create a Universal Donor tissue.

Universal Retinal Transplants to treat Macular Degeneration will be Cell Genesys' first Universal Donor product. Macular Degeneration is caused by retinal cells losing their ability to remove waste products from the eye. By replacing nonfunctioning retinal cells with normally functioning Universal Donor retinal cells, further damage to the eye may be halted. Macular Degeneration is currently the leading cause of blindness in the over 51 age group and is incurable. There are over 3 million patients in the U.S. alone. The target market for Universal Donor Retinal Transplants is estimated at $1.0 billion worldwide.

## FUTURE POTENTIAL

Each of the Cell Genesys lead projects has considerable scope for expansion.

## Universal Retinal Transplants

The technology used here can be expanded to create a whole range of Universal Donor Tissues to treat diseases where some form of cell therapy is indicated. Examples include:

| | |
|---|---|
| Universal Fibroblast Transplants: | nerve growth factor producing fibroblasts to treat Alzheimer's disease. |
| Universal Myoblast Transplants: | dystrophin positive myoblasts to treat Duchenne Muscular Dystrophy. |
| Universal Skin Transplants: | heterologous donor skin to treat severe burn patients. |

As the concepts of cellular therapy and Universal Donor tissue gain broader acceptance, clinical research is likely to generate expanded opportunities for Cell Genesys.

?????????????????                                    CGI 4442

CONFIDENTIAL                                                                14

### Human Monoclonal Antibodies

In the future, Cell Genesys may develop additional strains of mice capable of producing enhanced MAbs that have greater specificity than a human MAb, or multiple functionality. Availability of a mouse based production system for these new MAbs will reinforce Cell Genesys' position as a leader in advanced MAb development.

### Production of Therapeutic Proteins

An important future market opportunity lies in confirming CG's experience in cellular therapy with its protein production capability to design cell-based *in vivo* drug delivery systems.  Currently, therapeutic proteins are administered by injection.  Universal donor cells that release the desired protein in a controlled manner and do not result in transplant rejection could be transplanted to create an *in vivo* drug delivery system.  This would represent a major advance in drug therapy and has market potential in excess of $1 billion.

CONFIDENTIAL                                                                                    15

## COMPANY CREATION

Cell Genesys was conceived by four scientists who have collaborated together for many years - Raju Kucherlapati, Art Skoultchi, Bob Tepper and Oliver Smithies. The group bring to the company extensive experience in recombinant DNA technology and cell biology, a pioneering position in Homologous Recombination and a strong expertise in clinical medicine. The scientists have worked closely over the last year with Mark Levin, a consulting partner with Mayfield Fund. Mr. Levin has extensive management experience in the biopharmaceutical industry.

**Dr. Kucherlapati (Founder)** is currently Chairman of Molecular Genetics at Albert Einstein College of Medicine. His interest in gene transfer mechanisms dates from 1972 when he began his postdoctoral work with Frank Ruddle at Yale University. Following this, Dr. Kucherlapati became an Assistant Professor at Princeton University in the Department of Biochemical Sciences in 1975. In 1982, Dr. Kucherlapati moved to the University of Illinois as Professor of Genetics. He has since developed techniques to take advantage of the naturally occurring process of Homologous Recombination to insert and delete genes in mammalian cells. Dr. Kucherlapati is one of the world's leading experts on HR.

**Mr. Levin (Founder)** is Chief Executive Officer of Cell Genesys and a consulting partner with Mayfield Fund. Previously, he held a number of senior management positions at Genentech. These included Project Leader for AIDS vaccine, Relaxin and TGF-B. Mr. Levin was responsible for all aspects of research, process development, immunology, toxicology, analytical chemistry, manufacturing, Q.C., Q.A., regulatory, marketing and clinical evaluation. Mr. Levin successfully evaluated all three programs as research projects, organized development teams and initiated work on IND applications.

**Dr. Skoultchi (Founder)** is Professor of Cell Biology at Albert Einstein College of Medicine. His major research interest is the use of molecular biology and gene transfer to understand genetic control of cellular differentiation. Recently, Dr. Skoultchi has used procedures involving Homologous Recombination to achieve high-level regulated expression of genes in mammalian cells. Dr. Skoultchi also brings to Cell Genesys his experience as a founder and member of the Scientific Advisory Board of Integrated Genetics, a Boston-based biotechnology company. Dr. Skoultchi joined the faculty of Albert Einstein College of Medicine after postdoctoral work at MIT and Yale University.

**Dr. Tepper (Founder)** is a staff physician in the division of Hematology-Oncology of the Department of Medicine at the Massachusetts General Hospital in Boston. He is also an Instructor of Medicine at the Harvard Medical School. Dr. Tepper is

CONFIDENTIAL                                                                        16

currently involved in clinical medicine and research studying biological agents with anti-tumor and immunomodulatory activities *in vivo*.

**Dr. Smithies (Chief Scientific Advisor)** is currently Professor of Genetics at the University of North Carolina. He has been involved in several major scientific breakthroughs, including Homologous Recombination. He is currently one of the leading authorities in the world on this topic. His recent work has been directed towards the targeted modification of specific genes in living cells. Dr. Smithies' honors include membership of the National Academy of Science, Marker Scholar and Fellow of the American Association for the Advancement of Science.

In addition to this group, Mayfield Fund, a venture capital firm based in Menlo Park, California, has played an active role in the development of the company. Mayfield has extensive experience in managing and fostering the growth of significant technology-based companies.

**A. Grant Heidrich, III,** a General Partner of Mayfield Fund, is Chairman of the Board of Cell Genesys, Inc. Mr. Heidrich has extensive board level experience with high-growth technology based companies. Included amongst his current directorships are Adept Technology, InSite Vision and MIPS Computer Systems.

## FUNDS SOUGHT

Cell Genesys is seeking to raise $5.0 million in equity financing in the first half of 1989. It is expected that this money will fund the next 18 months of the company's growth and enable significant milestones to be reached, as outlined below:

**Milestones to be Reached in 18 Months**

| | |
|---|---|
| Production of Therapeutic Proteins: | • Production methodology for first therapeutic protein developed. <br> • First therapeutic protein licensed to corporate partner. |
| Human Monoclonal Antibodies: | • Key steps in replacement of mouse antibody gene with human counterparts completed. <br> • Development of chimeric mouse line substantially complete. |
| Universal Retinal Transplants: | • Inactivation of MHCI completed. |

???????????????

CONFIDENTIAL                                                                              17

- Inactivation of MHCII nearing completion.
- Transplantation of engineered cells into rats and primates.

# BUSINESS

# PLAN

??????????????

CONFIDENTIAL                                                                                                    18

## OVERVIEW

The Cell Genesys business plan is based around three project plans and two research collaborations which form the focus of the company's initial work.  Additional sections are included on the company's management, patent, regulatory and financial strategies.

**Project Selection**

Three main projects have been selected:

- Production of Therapeutic Proteins
- Production of Human Monoclonal Antibodies
- Universal Retinal Transplants

Each of these is described in detail in the project plans which follow.  In addition, two research collaborations are outlined:

- Duchenne Muscular Dystrophy
- Bone Marrow Stem Cells

In developing the business plan and selecting core projects, seven criteria were used to evaluate proposals.

### PROJECT SELECTION CRITERIA

| Criterion | Description |
|---|---|
| Technical Feasibility | Scientific risks well defined. |
| Market Size/Potential | Clear clinical need, little market development needed. |
| Uniqueness of HR Approach | HR the dominant technology in developing a viable therapy. |
| Development Time | Time required to develop products as short as possible. |
| Portfolio Fit | Each project independent but complementary. |
| FDA Requirements | Approval of products as straightforward as possible. |
| Diversification of Risk | Mix of scientific, clinical and commercial risk in portfolio of projects. |