CONFIDENTIAL                                                                19

# PROJECT

# PLANS

?????????????????                                                                CGI 4448

CONFIDENTIAL                                                                20

## PRODUCTION OF THERAPEUTIC PROTEINS

### PURPOSE

**Scientific Purpose**    Use Homologous Recombination to produce therapeutic human proteins without infringing on existing patents.

**Commercial Purpose**    To sell rights to Cell Genesys' production methodologies for specific therapeutic proteins of proven application to established companies interested in becoming a second player in a major market.

**Strategic Purpose**    To prove HR technology in a relatively straight-forward application and generate substantial revenue for the company in four years.

### MARKET OPPORTUNITY

**Current Products**

There are currently two human proteins approved for therapeutic applications in the United States that are attractive candidates for production using Cell Genesys' production methodology - erythropoietin and TPA. Sales of these products were estimated to be $300 million in 1988. The potential market for these products, based upon their approval in a wider variety of applications, is estimated to be as high as $1.125 billion.

Therapeutic proteins still subject to approval in the United States that could also be produced using Cell Genesys technique include Factor VIIIC (treatment of hemophilia) Granulocyte Macrophage Colony Stimulating Factor, GMCSF (treatment of bone marrow transplant patients) and interleukins (treatment of cancer). In each case market potential is substantial.

CONFIDENTIAL                                                          21

## Estimated Market Potential Of Therapeutic Proteins
## That Could Be Produced By Cell Genesys

| Protein | Estimated Market Potential |
|---|---|
| TPA | 800 |
| Erythropoietin | 325 |
| Factor VIIIIC | 155 |
| Granulocyte Macrophage Colony Stimulating Factor GMCSF | 250 |
| Interleukin 2 | 400 |
| Granulocyte Colony Stimulating Factor (GCSF) | 150 |
| Macrophage Colony Stimulating Factor | 100 |

**Cell Genesys Opportunity**

Cell Genesys has developed a technique for engineering mammalian cell lines to produce therapeutic human proteins in significant quantities. This technique sidesteps existing process patents and is itself being patented by Cell Genesys. It provides an opportunity for a second player to enter an already existing market.

**Legal Issues**

Cell Genesys believes that a number of existing proteins can be produced using the company's proprietary method and without infringing on existing patents. Cell Genesys has examined the patent position of Erythropoietin and TPA and is currently deciding which to target as the initial company product in this area. The patent attorney advising Cell Genesys on these matters is Dr. Bertram Rowland of Leydig, Voit & Mayer.

**OPPORTUNITY DEVELOPMENT**

**Product Selection**

Following the patent screen, initial product selection will be based on estimates of the probability of achieving satisfactory levels of protein expression in the engineered cell line, current market size and future market potential. It is expected that production systems for other proteins will follow the initial effort.

**Patents**

?????????????????

CONFIDENTIAL                                                                                   22

Cell Genesys has applied for a patent for its technique of producing human proteins using engineered mammalian cell lines, created using Homologous Recombination. In addition, the company will file additional patents to cover the production of specific proteins using this technique wherever this is possible.

**Sale of Products**

Cell Genesys expects to identify companies interested in purchasing the market rights to its human proteins relatively quickly. Purchasers will be expected to fund research costs and make benchmark payments. In addition, Cell Genesys will receive a royalty on subsequent sales of its proteins.

??????????????

CONFIDENTIAL                                                        23

## PRODUCTION OF THERAPEUTIC PROTEINS PROJECT TIMELINE

| Activity | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| Patent Searches | xxx | | | | | | | |
| | | | | | | | | |
| Protein 1 | | | | | | | | |
| Establishment of Cell Lines | xx | | | | | | | |
| Prepare DNA Vectors | xxxx | | | | | | | |
| Isolation of Character-ization of Primary Recipients | | xxx | | | | | | |
| Isolation of Character-ization of Secondary Recipients | | xxx | | | | | | |
| | | | | | | | | |
| FDA Approval Cycle | | | xxxxxxxxxxxxxxxx | | | | | |
| Product Sales | | | | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx |
| | | | | | | | | |
| Protein 2 | | | | | | | | |
| CG Development | | | | xxxxxxxxxxxxx | | | | |
| FDA Approval Cycle | | | | xxxxxxxxx | | | | |
| Product Sales | | | | | | xxxxxxx | xxxxxxxxx | xxxxxxxxx |
| | | | | | | | | |
| Protein 3 | | | | | | | | |
| CG Development | | | | xxxxxxxxxxxx | | | | |
| FDA Approval Cycle | | | | | xxxxxxxxxxxx | | | |
| Product Sales | | | | | | xxxxxxxxx | xxxxxxxxx | xxxxxxxxx |
| | | | | | | | | |
| Identification of Purchasers | | xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx | | | | | | |

CONFIDENTIAL                                                                    24

## PRODUCTION OF THERAPEUTIC PROTEINS KEY TASKS AND MILESTONES

| Key Task | Description |
|---|---|
| **Complete Patent Searches on Therapeutic Proteins** | Cell Genesys examines the patent position on all human proteins thought to have significant therapeutic potential to determine whether it can establish a proprietary position of its own. Where possible, the company will make its own patent application. |
| **Establishment of Cell Lines** | Previously characterized human diploid skin fibroblasts are obtained and propagated. These cells are used as primary recipients for the amplification vector which is inserted at a site allowing for expression of the desired product. Secondary vector recipients will be the Chinese Hamster Ovary cell line (CHO). |
| **Prepare DNA Vectors** | The amplification vector is constructed using well-understood techniques. |
| **Isolation and Characertization of Primary Recipients** | DNA preparations of the amplification vector are isolated and introduced into human diploid fibroblasts by microinjection. Cells demonstrating integration of the vector in sites flanking the target gene are then used as a source of genetic material for preparation of secondary recipients. |
| **Isolation and Characterization of Secondary Recipients** | Very high molecular weight DNA (greater than 50kb) or metaphase chromosomes are prepared from a primary recipient cell strain that has appropriate integration of the amplification vector. The material will be subsequently introduced into CHO cells by calcium phosphate mediated gene transfer. The cells will then be grown and selected for production of the therapeutic protein of interest. |
| **Identification of Purchasers** | Cell Genesys will identify a company that wishes to buy rights to the targeted protein as soon as possible. Additional purchasers will be identified for subsequent products. |
| **FDA Approval Cycle** | The company purchasing rights to the Cell Genesys production technique for the targeted protein will be expected to manage the development of the product through IND to NDA. Because the targeted protein is already approved for therapeutic use, it is anticipated that the Cell Genesys product will be approved in 18 to 24 months. |
| **Product Sales** | The protein produced using the Cell Genesys technique is expected to be sold for the first time in 1993. Sales of the second and third products are expected in 1993 and 1994, respectively. |

## Estimated Resource Requirements and Anticipated Revenues

It is anticipated that Cell Genesys will hire three scientists to work on the production of human proteins in 1989. This will rise to five in 1990 and reach ten in 1991. Additional details are given in the Financial Strategy section of this business plan.

CONFIDENTIAL                                                                    25

The company expects to negotiate contracts to develop each therapeutic protein
whereby research and development costs are reimbursed and benchmark payments
are made.

CGI 4454

CONFIDENTIAL                                                                 26

## HUMAN MONOCLONAL ANTIBODIES

### PURPOSE

Scientific Purpose     Use Homologous Recombination to create strains of
                       chimeric mice capable of producing completely
                       human monoclonal antibodies (MAbs) to any desired
                       antigen.

Commercial Purpose     Provide developers of therapeutic MAbs with fully
                       human MAbs.  Later, develop therapeutic MAbs
                       which are proprietary to CG.

Strategic Purpose      Establish a second Cell Genesys line of business
                       based upon clear and sustainable technology-based
                       competitive advantage.

### MARKET OPPORTUNITY

**Monoclonal Antibodies**

Monoclonal Antibodies (MAbs) are proteins produced by the immune system to
inactivate certain types of foreign material. Commercial interest in MAbs stems from
their highly specific binding properties.  These properties permit the development of
antibodies that target particular cells or proteins.  Imaging or therapeutic agents,
such as anti-cancer drugs, can ride an MAb to a particular cellular target with high
specificity.

**Current Technology**

MAb products are most commonly of mouse origin and are widely used for *in vitro*
diagnostic testing.  However, *in vivo* applications of murine MAbs are limited by the
antigenicity of the antibody itself.  The recipient's immune system often regards the
mouse antibody as foreign and manufactures new anti - antibodies to neutralize the
intruder, particularly when repeated doses are administered.  Less antigenic
chimeric antibodies (mouse/human hybrids) have been created by non-homologous
recombinant techniques and hold greater promise for *in vivo* diagnostic and
therapeutic use.  However, even such near human antibodies are likely to prove too
antigenic for *in vivo* uses where the treatment regimen calls for multiple dosing over
extended periods of time.

Human monoclonal antibodies offer several potential advantages over murine MAbs. First, human MAbs are thought to be more effective and should not induce an immune response when administered *in vivo.* Second, they may interact with important determinants not readily recognized by MAbs of mouse origin. Finally, where MAbs are used to identify and purify candidate antigens for vaccines, murine MAbs may not recognize structures that would prove effective in inducing immunization in humans.

There is as yet no satisfactory method for producing human MAbs in commercially useful quantities.

## CG Opportunity

Completely human monoclonal antibodies offer the potential to deliver bound imaging or therapeutic agents to specific antigenic targets, such as tumor cells, with greatly reduced risk of inactivation or allergic response. Such fully human MAbs may prove especially effective in treating cancer, infectious disease, cardiovascular ailments and transplant rejection. Inherent advantages are likely wherever multiple dosing is required.

### Market Structure

The monoclonal antibody market can be divided into *in vivo* and *in vitro* segments. Both segments contain diagnostic and therapeutic subgroups that in turn encompass a number of specific application markets. The largest clinical application markets are: cancer, cardiovascular disease, infectious disease and transplant rejection.

### CG Focus: *In Vivo* Therapeutic MAbs

The company intends to focus its internal development program on markets where human MAb availability offers the potential for clear advantage over competing products. The *in vivo* segment is the obvious first choice since immunization is not a risk faced by *in vitro* products. Therapeutics are more appealing than diagnostics for several reasons. These include the greater need for novel therapeutics, higher immunization risk due to multiple dosing and larger potential markets. The criteria possessed by the ideal therapeutic application area are: a large market, rapid pace of discovery of target antigens for MAb therapy, and likely necessity of multiple doses of an MAb product. The company will finance the development of human MAbs by licensing some areas while retaining rights to others. This development strategy is discussed in greater detail in the Opportunity Development section of this Project Plan.

### Market Size

??????????????                                                                            CGI 4456

CONFIDENTIAL                                                                28

A large number of pipeline products and aggressive development by a number of major pharmaceutical companies lie behind analyst estimates of a 1995 market of approximately $3.5 billion.  Application markets are broken down in the following table:

### MONOCLONAL ANTIBODIES:  MARKET SIZE ESTIMATES

| Application Area | 1995 Market ($ Millions) |
|---|---|
| Cancer | 2,830 |
| Infectious Disease | 250 |
| Cardiovascular | 225 |
| Transplantation | 90 |
| Miscellaneous | 105 |
| TOTAL | 3,500 |

Source:  Find/SVP

The market for cancer therapeutics is actually made up of many distinct disease markets that are broken out below:

### CANCER MAbs:  MARKET SIZE ESTIMATES

| Market Segments | 1995 # Patients (Thousands) | 1995 MAb Market ($Millions) |
|---|---|---|
| Lung | 304 | 970 |
| Colon | 250 | 600 |
| Breast | 22 | 480 |
| Leukemia | 46 | 120 |
| Pancreas | 44 | 110 |
| Ovary | 42 | 110 |
| Lymphoma | 32 | 110 |
| Bladder | 27 | 90 |
| Gastrointestinal | 30 | 85 |
| Kidney | 18 | 65 |
| Skin(melanoma) | 27 | 65 |
| Miscellaneous | 25 | 25 |
| TOTAL | | 2830 |

Source:  Find/SVP

**Potential Partners**

?????????????????

CGI 4457

CONFIDENTIAL                                                                         29

There is currently great interest in the development of therapeutic MAbs.  The
following table breaks down company involvement by disease type.

CGI 4458

CONFIDENTIAL                                                                30

### Major Companies Developing *In Vivo* Therapeutic MAbs

| Clinical Application Market | Developers of MAb-Based Agents |
|---|---|
| Cancer | Bristol-Myers; Eli Lilly; Boehringer-Mannheim; Johnson & Johnson |
| Infectious Disease | Merck; Bayer; Burroughs-Wellcome; DuPont; Bristol-Myers |
| Cardiovascular | Genentech |
| Transplantation | Johnson & Johnson; Burroughs-Wellcome |

It is anticipated that Cell Genesys will be able to develop partnerships with companies already competing in this field based upon the strength of its technology.

## OPPORTUNITY DEVELOPMENT

### Product Sales

The company will finance the human MAb project by licensing rights to certain disease states or application areas to one or more corporate partners. The cancer area is particularly attractive for licensing opportunities due to its size, fragmentation and the high degree of interest shown by major pharmaceutical companies. Upon development of mice capable of producing human MAbs, CG will begin in-house development of human MAbs targeted at attractive clinical areas where the company retains full rights.

Following completion of this project, research attention will turn to development of "enhanced" human MAbs. These antibodies offer the promise of even greater specificity than normal human MAbs while continuing to be accepted by patient immune systems. Cell Genesys projected headcount numbers, detailed in the Financial Strategy section, reflect the company's continuing commitment to MAb research and development in the longer term.

### Product Development

Cell Genesys has developed a method for creating a strain of mice capable of producing fully human monoclonal antibodies against any chosen antigen. The process entails using Homologous Recombination to precisely replace mouse DNA coding for antibody production with the human equivalent in the mouse embryonic stem cell. Resulting chimeric mice should be capable of producing completely human antibodies in response to antigenic challenge.

?????????????????

CONFIDENTIAL                                                                 31

Commercial quantities of resulting MAbs of interest will be produced by
conventional murine hybridoma techniques using B lymphocytes isolated from the
engineered mouse strain.  The Company envisions following human MAb
development with the creation of mouse strains capable of producing enhanced
MAbs that promise greater specificity than normal human antibody products.

CONFIDENTIAL                                                                    32

## HUMAN MONOCLONAL ANTIBODIES PROJECT TIMELINE

| Activity | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| CG Research |  |  |  |  |  |  |  |  |
| - Construct Generation |  | ▨▨ |  |  |  |  |  |  |
| - Vector Introduction |  | ▨▨ |  |  |  |  |  |  |
| - Recombinant Screen |  |  | ▨ |  |  |  |  |  |
| - Repeat Vector Inactivation |  |  | ▨ |  |  |  |  |  |
| - Repeat Recombinant Screen |  |  | ▨ |  |  |  |  |  |
| - Generation of Chimerics |  |  | ▨▨ |  |  |  |  |  |
| - Demonstration of Human MAbs |  |  |  | ▨ |  |  |  |  |
| - Demonstration of Hybridoma |  |  |  | ▨ |  |  |  |  |
| Assay Development |  | ▨▨ |  |  |  |  |  |  |
| Human MAb Product Screen |  |  | ▨▨▨ |  |  |  |  |  |
| Production of Human MAb |  |  |  | ▨▨ |  |  |  |  |
| - Assay Development |  |  |  | ▨▨ |  |  |  |  |
| - GMP |  |  |  | ▨ |  |  |  |  |
| Preclinical Testing |  |  |  |  | ▨ |  |  |  |
| IND Enabling |  |  |  |  |  | ▨ |  |  |
| IND Application |  |  |  |  |  | ▨ |  |  |
| Phase I |  |  |  |  |  | ▨ |  |  |
| Phase II/III |  |  |  |  |  |  | ▨▨ |  |
| NDA/PLA |  |  |  |  |  |  |  | ▨ |
| Enhanced MAb Research |  |  |  | ▨▨▨▨▨ |  |  |  |  |

????????????????                                          CGI 4461

CONFIDENTIAL                                                                33

## HUMAN MONOCLONAL ANTIBODIES KEY TASKS AND MILESTONES

| Key Task | Description |
|---|---|
| **Generate Constructs** | Yeast Artificial Chromosome (YAC) vectors are developed to introduce human DNA of interest into mouse embryonic (ES) cells. Constructs will be used to create a mouse containing a portion of the human antibody repertoire. It is presently estimated that five strains of mice will suffice for production of the complete range of human MAbs. |
| **Vector Introduction and Recombination Screen** | ES cells are altered and the resulting group is screened for those cells undergoing Homologous Recombination; all others are discarded. |
| **Repeat Vector Introduction and Recombination Screen** | Following successful alteration of ES cells using one portion of human antibody DNA, the procedure is repeated using the other sections. Current estimates call for five strains of mice. |
| **Generation of Chimeric Mice** | Mice capable of making human antibodies are produced. |
| **Demonstration of Human MAb Capability** | Rigorous testing of capability of chimeric mice to function as predicted |
| **Hybridoma Development** | Proof that human MAb producing mice can be used to create murine hybridoma is demonstrated. |
| **Begin MAb Development** | In house MAb development program commences. Product sales also underway to other companies working in non-competing areas. |

Important tasks regarding assay development and initial MAb product selection will be conducted in parallel with the above steps as appropriate progress is made.

**Estimated Resource Requirements and Anticipated Revenues**

Cell Genesys plans to hire three scientists to begin the human MAb project in 1989. In 1990 four additional scientists will be recruited. In 1991 a development team will begin to be assembled to commercialize researchers' discoveries. Additional details on staffing can be found in the financial section of this document.

CG expects to generate early revenues from corporate partners totalling $3 million over the first three years. In addition, the Company hopes to secure additional project financing of $0.5 million in the form of Small Business Innovation Research (SBIR) grants. Additional details on anticipated revenues can be found in the Financial Strategy section of the plan.

????????????????

CONFIDENTIAL                                                                34

## UNIVERSAL RETINAL TRANSPLANTS

### PURPOSE

| | |
|---|---|
| **Scientific Purpose** | Create lines of Universal Donor (UD) Retinal Pigmented Epithelial (RPE) cells that can be transplanted into the human eye without significant risk of tissue rejection. |
| **Commercial Purpose** | Develop UD RPE cells into an effective therapy for Age-related Macular Degeneration, the most common cause of blindness in the over 51 age group. |
| **Strategic Purpose** | Establish capability to develop, test and market medical therapeutics based on Universal Donor cell lines. |

### MARKET OPPORTUNITY

**Disease**

Age-related Macular Degeneration (AMD) is the name given for a progressive, irreversible degeneration of light sensitive receptors in the eye thought to result from dysfunction of the supporting layer of RPE cells. The disease primarily affects the elderly and is quite common: 3.3 million Americans have some visual loss due to AMD, while 268,000 suffer from the often blinding exudative form of the disorder. AMD is the leading cause of visual impairment and blindness among those over 51 years of age.

AMD can be divided into two distinct subtypes: atrophic and exudative. The atrophic form of the disease is most common, affecting 80% of patients. This form is characterized by the presence of drusen, a breakdown pigment associated with RPE cell dysfunction, and generally mild visual loss due to photoreceptor atrophy. The exudative form of AMD is a progression from the atrophic stage and is characterized by the development of choroidal neovascular membranes (CNVM's) that severely degrade visual acuity.

**Therapy**

The only currently available therapy for AMD is laser photocoagulation of CNVM's developing in patients with the exudative subtype. This therapy is not curative - at best it delays or prevents severe visual impairment. In addition, only 25% of

???????????????

CGI 4463

CONFIDENTIAL                                                                    35

CNVM's are suitable for photocoagulation and 52% of those treated recur within two years.

## Research

Two groups of scientists recently demonstrated that transplantation of normal RPE cells into the eye of the RCS rat arrests the otherwise inevitable photoreceptor degeneration that develops in this genetic animal model of AMD. This finding suggests that RPE cell transplantation may offer a similarly effective means of therapy in human patients. RPE cells are widely available from eye banks and can easily be grown in cell culture. However, a major barrier to human therapy is the likelihood of rejection of transplanted cells. This issue is not faced in animal experiments because donor rats were bred to be immunologically compatible with RCS rats. While systemic administration of immunosuppressant drugs such as cyclosporin A might reduce the risk, side effects, such as increased susceptibility to infection, would be especially dangerous for elderly patients.

## CG Opportunity

Development of Universal Donor RPE cells using Homologous Recombination should greatly reduce the risk of retinal transplant rejection. This would reduce or eliminate the use of systemic immunosuppressant drugs, thereby making human RPE transplantation feasible.

## Market Size

The population at risk for AMD is the over 51 age group. This segment is the fastest growing in the U.S. and in 1988 numbered approximately 58.7 million. Drusen is present - indicating RPE dysfunction - in 25% of this group or 14.7 million Americans. 5.7% of Americans over age 51, 3.3 million people, have corrected visual acuity of 20/30 or less in at least one eye because of AMD. About 8% of this clinically affected subgroup, 268,000 Americans, have the more severe exudative form of the disease. In addition, there are 230,000 estimated patients in Europe and Japan giving a total initial patient population of approximately 500,000.

The initial market for Universal Donor RPE cell transplantation consists of those patients with the exudative form of AMD. An outline of the estimated total world market and initial anticipated CG penetration follows.

# DOCUMENT INFO

File Date:          9/22/1989 4:20:00 PM

File Name:          NEW-9_23-Part 2

File Path:          Mayfield Stuffit Archive\Mayfield
                    Consulting\CG\CG Bizplan\

# DOCUMENT INFO

CGI 4465

CONFIDENTIAL                                                            1

CGI 4466

CONFIDENTIAL                                                                      2

## UNIVERSAL RETINAL TRANSPLANTS: MARKET SIZE ESTIMATES

| | |
|---|---|
| Potential Patients (world) | 500,000 |
| Charge per patient | $ 2,000 |
| Total Initial Market (world) | $1.0 Billion |
| Anticipated CG Penetration in Three Years | 10% |

### Market Size Assumptions

1.  The initial potential patient pool is defined as those U.S. residents suffering from exudative macular degeneration. This subgroup was selected for its poor prognosis. 79% will go on to severe visual loss within 24 months of diagnosis.

2.  The CG charge per patient is assumed to be $2,000. This figure approximates the cost of device implants in markets where little competition exits. Charges are computed per patient because it is likely that early patients will have only one eye treated. It is expected that second eye procedures will expand as the therapy is proven safe over time.

3.  Initial CG market penetration of 10% is based on considerations of surgeon availability and cell distribution. A core group of qualified ophthamologists could quickly be trained by surgeons participating in clinical trials. This group could readily handle the projected caseload while training additional colleagues. It is anticipated that UD RPE cells will be available from one or more culture facilities via express delivery services.

## OPPORTUNITY DEVELOPMENT

### Collaboration

CG will collaborate on the Universal Retinal Transplant Project with Dr. Robert Nussenblatt of the National Institutes of Health. Dr. Nussenblatt is a leading authority in ocular immunology and uveoretinal diseases. His lab will be involved in testing UD RPE cells in animals and, later, in carefully selected human subjects. CG has formalized its relationship with the NIH in the form of a Collaborative Research and Development Agreement (CRADA).

?????????????????

CGI 4467

CONFIDENTIAL 3

**Product Sales**

CG wishes to retain full domestic product and marketing rights to Universal Donor RPE cells. The option of licensing foreign marketing rights will be reserved until the time of IND filing, but The Company may retain these rights if the development of overseas operations appears sufficiently attractive. Supplemental project financing will be sought from government sponsored Small Business Innovation Research grants, (SBIRs).

CONFIDENTIAL                                                                4

## UNIVERSAL RETINAL TRANSPLANTS PROJECT TIMELINE

| Activity | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|----------|------|------|------|------|------|------|------|------|
| CG Research | | | | | | | | |
| - Cell Line Establishment | xx | | | | | | | |
| - MHC1 Inactivation Vector Construction | xxx | | | | | | | |
| - First Inactivation | | xx | | | | | | |
| - Homologous Selection | | xx | | | | | | |
| - Second Inactivation | | xx | | | | | | |
| - Characterization | | | xxxx | | | | | |
| Animal Studies | | xxxxxxxxxx | | | | | | |
| Assay Developments | | xxxxxxxxxx | | | | | | |
| GMP Development | | xxxxxx | | | | | | |
| IND Encoding | | | | xxxx | | | | |
| IND Application | | | | xxx | | | | |
| Phase I | | | | xxxxxxxx | | | | |
| Phase II/III | | | | | | xxxxxxxxxxxxxxxxxxxx | | |
| NDA/PLA | | | | | | | | xxxx▲ |

????????????????

CGI 4469

CONFIDENTIAL                                                                                      5

## Universal Retinal Transplants Key Tasks and Milestones

| Key Task | Description |
|---|---|
| Cell Line Establishment | Rat RPE cells are available in Dr. Nussenblatt's lab. Human RPE cell lines are established following initial testing in rats. |
| Class I MHC Inactivation Vector Construction | The vector that will deliver foreign DNA to the precise point in the RPE cell genome responsible for MHC I expression is produced at Cell Genesys' South San Francisco facility. |
| First Inactivation | The first copy of the gene coding for MHC I expression is inactivated (each cell has two copies of this gene.) |
| Select for Homologous Events | Cells undergoing random recombination or no recombination are discarded, leaving only those undergoing Homologous Recombination. |
| Second Inactivation | The second copy of the MHC I gene is inactivated in cells obtained from the preceding step. These cells are then sorted again for homologous events. The result is cells incapable of expressing MHC I, the Major Histocompatibility Complex responsible for most tissue rejection events. |
| Characterization and Immunological Assay | UD cells are screened for absence of MHCI antigens. |
| Proof of UD Properties | Transplantation across histoincompatible strains of rat without need for immunosuppression proves the universal donor concept in practice. |
| Efficacy Demonstration in RCS Rat | UD cells are shown to arrest retinal deterioration in the same manner as unaltered histocompatible rat RPE cells. |
| UD Safety Demonstration in Animals | Transplantation of human UD RPE cells is shown to be safe and effective in primates and rats. |
| IND | Human trials begin. |
| Phase I | Safety demonstrated in humans. |
| Phase II/III | Efficacy of RPE transplantation as a therapy for Age-related Macular Degeneration is established. Safety in humans is also confirmed. |
| NDA/PLA | FDA approval. |

Some important tasks, such as assay development and implementation of Good Manufacturing Practices (GMP) will be carried out in parallel during the pre-clinical period.

**Estimated Resource Requirements and Anticipated Revenues**

Cell Genesys anticipates hiring three researchers to work on the development of Universal Retinal Transplants in 1989. In 1990 an additional scientist will be brought

CONFIDENTIAL                                                                                      6

on board and a development team will begin to be assembled.  Additional details on staffing can be found in the management and employees section of the plan.

Cell Genesys anticipates receiving research revenues from Small Business Innovation Research (SBIR) grants totaling $0.5 million over the first three years. The company does not anticipate obtaining any funding from corporate partners for Universal Retinal Transplant project.  Cell Genesys has adopted the strategy of maintaining full worldwide product rights.

CONFIDENTIAL

7

# RESEARCH

# COLLABORATIONS

CGI 4472