CONFIDENTIAL                                                                    8

## RESEARCH COLLABORATION: DUCHENNE MUSCULAR DYSTROPHY

### PURPOSE

**Scientific Purpose**    Determine whether Homologous Recombination is critical to the development of an effective therapy for Duchenne Muscular Dystrophy (DMD).

**Strategic Purpose**    Position CG to participate in developing effective therapies for DMD and other muscular disorders by staying abreast of events in the field.

### MARKET OPPORTUNITY

**Disease**

Duchenne Muscular Dystrophy is the second most common genetic disorder in man, affecting approximately 1 in 3500 male children born throughout the world. The course of the disease is marked by diffuse muscular weakness that is invariably progressive, leading to wheelchair confinement by adolescence and death by early adulthood.

**Therapy**

There is currently no effective therapy for DMD.

**Research**

Recent evidence suggests a rationale for a DMD therapy. A team of researchers has demonstrated that injection of normal myoblasts into dystrophic mouse muscle results in conversion of muscle fibers from dystrophin negative to dystrophin positive, thereby indicating that dystrophin, the missing structural protein in DMD, can be restored to mature muscle fibers. Another study suggests that transplantation of normal cells leads to improved function in a rodent disease model.

**CG Opportunity**

Myoblast therapy is currently beginning multi-center human clinical trials. If this treatment is limited by tissue rejection, inadequate dystrophin production or complications of immunosuppression, CG will consider elevating the collaboration to full project status. CG can approach such problems with two strategies. First, the

CONFIDENTIAL                                                                                    9

company could work to create a Universal Donor myoblast cell line that would overcome tissue rejection problems associated with allogenic donors. Secondly, a UD myoblast could be developed that would produce unusually high quantities of dystrophin after transplantation. This might prove more useful in improving muscle function than unaltered myoblast transplantation.

CG will only make DMD a full project if Homologous Recombination appears to be a critical link in the development of a truly effective therapy.

**Market Size**

There are 20,000 U.S. patients suffering from DMD. Additionally, approximately 20,000 patients in Europe and 10,000 in Japan suffer from the disease. About 1,000 new patients are diagnosed each year in the U.S.

### DUCHENNE MUSCULAR DYSTROPHY: MARKET SIZE ESTIMATES

| | |
|---|---|
| Potential patients (world) | 50,000 |
| Charge per patient | $10,000 |
| Total market (world) | $500 million |

### OPPORTUNITY DEVELOPMENT

**Collaboration**

Cell Genesys is currently discussing a collaboration with a well-known university researcher specializing in myoblast physiology. The researcher is preparing to begin clinical trials of unaltered myoblast transplantation in DMD patients. Immunologic data from early experiments will be critical in determining CG's future role in any collaboration.

CONFIDENTIAL                                                                10

## RESEARCH COLLABORATION:  BONE MARROW DISORDERS

### PURPOSE

| | |
|---|---|
| **Scientific Purpose** | Study the feasibility of modifying unipotential and pluripotential bone marrow stem cells for the purpose of treating marrow-related genetic diseases. |
| **Strategic Purpose** | Position CG to take the lead in developing therapies for sickle cell disease and other bone marrow based genetic diseases as well as the development of bone marrow based cellular drug delivery systems. |

### MARKET OPPORTUNITY

**Diseases**

A variety of genetic diseases affecting primarily bone marrow derived components have been identified.  These diseases are particularly attractive as candidates for gene therapy.  Bone marrow stem cells can be removed, altered and replaced in patients whose remaining diseased marrow has been destroyed. Reconstitution of the entire hematopoietic and immunological systems can then take place.  Diseases which could potentially be treated in this manner include Sickle Cell Disease, the thalassemias and Severe Combined Immunodeficiency Syndrome, among others.

Bone marrow transplantation today is limited by the lack of suitable donors and by risks arising from bone marrow ablation and post transplant Graft Versus Host Disease (GVHD) - a condition where immune cells from the transplanted bone marrow attack the "foreign" tissues in the recipient's body.  Actual correction of the genetic defect in a patient's own cells offers a means of avoiding GVHD and making marrow transplantation more acceptable.

The problem with applying gene therapy to bone marrow is that it is not yet possible to effectively isolate marrow stem cells and, once selected, reproduce them in a way that allows them to remain stem cells rather than differentiating into lymphoid or myeloid cell types.  Once this problem is solved, Homologous Recombination may be used to develop new therapies.

**CG Opportunity**

CGI 4475

CONFIDENTIAL                                                                11

Acquisition of cell culture technology essential to the development of genetic therapies for bone marrow based genetic diseases will allow CG to develop therapeutics for bone marrow based genetic diseases.

## OPPORTUNITY DEVELOPMENT

### Collaboration

CG is discussing research collaborations with two university based academicians. Both are respected researchers in the field of characterization of bone marrow stem cells.

In the event that controlled reproduction of undifferentiated bone marrow stem cells becomes possible, CG would consider creating a project around a particular bone marrow based disease, such as Sickle Cell Disease (SCD). SCD is the most common such disorder and, with a single base pair DNA correction needed, it is technically the simplest choice.

CONFIDENTIAL                                                                        12

# MANAGEMENT

## AND

# EMPLOYEES

CONFIDENTIAL                                                                13

## MANAGEMENT AND EMPLOYEES

### SENIOR MANAGEMENT

**Chief Executive Officer:** Mark Levin, a consulting partner with Mayfield Fund and former Genentech senior manager. Mr. Levin is expected to remain as Chief Executive for another 6 - 12 months. Subsequently, another experienced general manager from the pharmaceutical industry will be recruited to lead the company.

**Vice President of Research & Development:** Cell Genesys is negotiating with three potential candidates and expects to have filled this position by early 1990. Individuals targeted have substantial senior management experience in the biotechnology industry and outstanding reputations.

**Board of Directors:** Current members are A. Grant Heidrich, III (Chairman), Dr. Raju Kucherlapati, Mark Levin and Mario Rosati, a partner with Wilson, Sonsini, Goodrich & Rosati.

### ADVISORY BOARDS

**Scientific Advisory Board:** This has been established to provide Cell Genesys with leading edge scientific information in fields critical to the company's success. These include: Homologous Recombination, molecular biology, cell biology, genetics, clinical medicine, transplant immunology and molecular immunology. The members of the Scientific Advisory Board are shown below:

**Dr. Raju Kucherlapati,** Founder, Chairman of Molecular Genetics, Albert Einstein, College of Medicine

**Dr. Arthur Skoultchi,** Founder, Professor of Cell Biology, Albert Einstein College of Medicine

**Dr. Oliver Smithies**, Chief Scientific Advisor, Professor of Genetics, University of North Carolina

**Dr. Robert Tepper,** Founder, Physician in Hematology and Oncology, Massachusetts General Hospital

CONFIDENTIAL                                                                 14

**Consultants:**  A group of academic clinicians active in fields particularly relevant to Cell Genesys will be appointed to act as consultants to the company and advise on the development of new therapies.  Candidates have been identified in the following areas:

Cardiovascular Disease     - Two candidates identified
Oncology/Hematology      - Dr. Robert Tepper (Founder)
Molecular Genetics  - Two candidates identified

## EMPLOYEES

Cell Genesys is in the process of recruiting a team of outstanding scientists to lead its in-house research efforts. Over the next 18 months, the company expects to hire up to 18 researchers.

Researchers currently employed by the company include:

**Aya Jakobovits** holds a Ph.D. in Lifesciences from the Weizmann Institute and has spent the past three years working with Dr. David J. Capon at Genentech.
Dr. Jakobovits has done post doctoral work with Dr. Gail Martin at UCSF, Dr. E. Ferber at the Max Planck Institute and Drs. Francois Jacob and G. Gachelin at the Pasteur Institute.

**Robert DuBridge** holds a Ph.D. in Genetics from Stanford University and has spent the past two years as a post doctoral scientist in Dr. David Martin's lab at Genentech.

**Daniel Brenner** holds a Ph.D. in Chemistry from Harvard University.  His post doctoral experience includes work with Dr. Stanley Cohen at Stanford and Dr. William Shaw at the University of Leicester in the United Kingdom.  Dr. Brenner's industry experience includes one year with Merck Sharpe and Dohme.

CGI 4479

CONFIDENTIAL

15

# PATENT

# STRATEGY

?????????????????

CONFIDENTIAL                                                                16

## PATENT STRATEGY

Cell Genesys has three approaches to securing a proprietary position over its products and technology.  First, the company will patent the methods under development enabling high efficiency gene modification.  Second, specific products that are produced using Homologous Recombination will be patented. Finally, Cell Genesys will support collaborative research efforts at leading institutions, provided that resulting new discoveries may be patented and licensed exclusively by Cell Genesys.

The proprietary strategy of the company has been developed with the assistance of Dr. Bertram Rowland of Leydig, Voit & Mayer. Dr. Rowland is an expert on biotechnology matters.

A summary of inventions and patents applied for is given in the table below:

### SUMMARY OF INVENTIONS AND PATENTS

| INVENTION/ IDEA | INVENTOR | STATUS OF INVENTION | | STATUS OF PATENT | | | COMMENTS |
|---|---|---|---|---|---|---|---|
| | | Concept | Practice | Prep. | Filed | Granted | |
| Homologous Recombination - Oligonucleotides | Dr. Kucherlapati | 4 | 4 | 4 | 4 | | In process of being licensed from University of Illinois |
| Universal Donor Concept - MHC I | Dr. Kucherlapati | 4 | | 4 | 4 | | |
| & MHC II Inactivation | Dr. Smithies | 4 | Partiall | 4 | | | One copy of MHC successfully knocked out |
| Protein Production in Mammalian Cells | Dr. Skoultchi | 4 | | 4 | | | |
| Production of Human Monoclonal Antibodies | Dr. Kucherlapati | 4 | | 4 | | | |
| Animal Model of Sickle Cell Disease | Dr. Smithies | 4 | | | | | |

??????????????                                              CGI 4481

CONFIDENTIAL                                                                    17

# REGULATORY

# STRATEGY

CGI 4482

CONFIDENTIAL                                                                                          18

# REGULATORY STRATEGY

## CELL GENESYS APPROACH

Two projects, Production of Therapeutic Proteins and Human Monoclonal Antibodies are quite straightforward from a regulatory standpoint. These projects produce pharmaceutical substances by way of recombinant DNA technology and as such are familiar in concept to the FDA and other regulatory agencies. Although eventually successful, the recombinant DNA regulatory strategies of the 1970's and the mammalian cell culture strategies of the 1980's often resulted in longer than expected product approval cycles. Cell Genesys intends to work closely with the FDA and make use of industry experience to obtain expeditious approval of its recombinant DNA products.

The third project, Universal Retinal Transplants, involves transplanting genetically altered cells into humans and, hence raises new issues with the FDA. In 1989 for the first time Dr. Steven Rosenberg, Dr. W. French Anderson and colleagues at the NIH transplanted genetically-altered cells into a human. This process - the alteration of the genome of human cells *in vitro* and the transfer of these cells back into the patient for therapeutic use - has already attracted regulatory and ethical attention. Products resulting from this technology will require a well-conceived regulatory strategy. Cell Genesys' strategy will be based on the following key points:

1.  Hire key people in leadership roles at the company who are sensitive and knowledgeable about regulatory issues confronting the development of therapeutic products in the gene therapy area.

2.  Work closely with the National Institutes of Health in designing and carrying out animal and human trials of universal transplants at the National Eye Institute.

3.  Develop a regulatory strategy that includes:

    a.  device regulatory consulting expert or firm
    b.  a biological regulatory consulting expert or firm
    c.  a Washington, D.C., regulatory based attorney with strong FDA contacts
    d.  scientific experts in the field of gene therapy

CONFIDENTIAL                                                                19

4.    AMD is a blinding disease for which no effective therapy exists. The severity of the disease and the clear need for a therapy favor approval of a truly effective cellular therapy.

CGI 4484

CONFIDENTIAL                                                                    20

# FINANCIAL

# STRATEGY

?????????????????

CONFIDENTIAL                                                                 21

## FINANCIAL STRATEGY

Cell Genesys anticipates raising a total of $5 million in venture capital to support its growth over the next 18 months. A corporate equity investor will be sought in 1991. The company is projected to make an initial public offering of $20 million in 1994.

Cell Genesys financial strategy assumes that the company retains worldwide product rights to its Therapeutic Proteins project. Some rights to products developed in the Monoclonal Antibody project and the Universal Retinal Transplant product will be licensed to development partners. The strategy developed for each project is summarized below.

### Summary of Project Development Strategies

| Project | Development Strategy |
|---------|---------------------|
| Production of Therapeutic Proteins | Development funded by corporate partners on a cost plus benchmark payment basis. Protein production systems sold to these partners with Cell Genesys retaining rights to royalties. |
| Human Monoclonal Antibodies | Development funded by corporate partners on a cost plus benchmark payment basis. In exchange, CG will give up rights to products in certain market areas, receiving royalties on sales once products are approved. |
| Universal Retinal Transplants | Product developed independently by Cell Genesys. Worldwide marketing and production rights retained. |

Cell Genesys will manage its corporate relationships very carefully. Criteria for selection of corporate partners will include strategic issues such as overall fit with CG business, as well as interest in specific projects. Cell Genesys anticipates establishing a number of corporate research and development relationships. The first of these will be in the area of Therapeutic Proteins.

Summary financial information is shown in the following pages.

CONFIDENTIAL                                                                22

## CELL GENESYS, INC.
### HEADCOUNT SUMMARY (End of Year)

| | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| **Headcount** | | | | | | | | |
| Therapeutic Proteins | 3 | 5 | 10 | 10 | 10 | 10 | 10 | 10 |
| Human MAbs | 3 | 7 | 17 | 20 | 25 | 35 | 40 | 45 |
| Universal Retinal Transplants | 3 | 5 | 18 | 35 | 42 | 55 | 60 | 65 |
| Other Projects | 0 | 2 | 5 | 15 | 30 | 40 | 50 | 60 |
| **Total Research** | 9 | 19 | 50 | 80 | 107 | 140 | 160 | 180 |
| Administration | 1 | 5 | 13 | 25 | 30 | 35 | 40 | 45 |
| **Total Headcount** | 10 | 24 | 63 | 105 | 137 | 175 | 200 | 225 |

## CELL GENESYS, INC.
### PROFORMA INCOME STATEMENT
#### ($ Millions)

| | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | |
| Corporate Partner | - | $.3 | $3.0 | $5.8 | $8.4 | $11.5 | $15.0 | $16.5 |
| Royalties | - | - | - | - | .4 | 1.8 | 4.5 | 8.4 |
| Product Sales | - | - | - | - | - | - | - | 5.0 |
| SBIR | - | - | .2 | .4 | .4 | .4 | .4 | .4 |
| **Total Revenue** | - | $.3 | $3.2 | $6.2 | $9.2 | $13.7 | $19.9 | $30.3 |
| | | | | | | | | |
| Cost of Goods Sold | - | - | - | - | - | - | - | 1.0 |
| | | | | | | | | |
| Operating Expense: | | | | | | | | |
| Therap. Proteins | - | $.6 | $1.0 | $1.2 | $1.2 | $1.3 | $1.3 | $1.4 |
| Human MAbs | - | .7 | 1.7 | 2.2 | 2.7 | 3.8 | 4.9 | 5.7 |
| RPE Project | - | .7 | 1.6 | 3.2 | 4.6 | 6.1 | 7.5 | 8.4 |
| Other Programs | - | .2 | .5 | 1.2 | 2.7 | 4.3 | 5.9 | 7.4 |
| Administration | $.9 | .6 | 1.3 | 2.3 | 3.3 | 4.1 | 4.9 | 5.7 |
| **Total Operating Exp.** | $.9 | $2.8 | $6.1 | $10.1 | $14.5 | $19.6 | $24.5 | $28.6 |
| | | | | | | | | |
| Other (Inc.)/Exp. | - | (.2) | (.1) | (.7) | (.3) | .3 | (.6) | (.1) |
| | | | | | | | | |
| **Net Income(Loss)** | $(.9) | $(2.3) | $(2.8) | $(3.2) | $(5.0) | $(6.2) | $(4.0) | $.8 |

?????????????????                                                CGI 4487

CONFIDENTIAL                                                                23

## CELL GENESYS, INC.
## PROFORMA BALANCE SHEET
### ($ Millions)

|  | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | |
| Cash | $.3 | $2.9 | $10.2 | $6.6 | $1.5 | $15.4 | $11.3 | $10.3 |
| Working Capital | - | - | - | - | - | .1 | .1 | 1.5 |
| Leased Equipment | .4 | .6 | 1.2 | 2.2 | 3.7 | 5.6 | 8.1 | 11.0 |
| LHI | - | .1 | .2 | .5 | .8 | 1.0 | 1.5 | 2.0 |
| (Depreciation) | - | (.1) | (.3) | (.7) | (1.4) | (2.5) | (4.0) | (6.1) |
| Other Assets | - | .1 | .1 | .1 | .1 | .1 | .1 | .1 |
| Total Assets | $.7 | $3.6 | $11.4 | $8.7 | $4.7 | $19.7 | $17.1 | $18.8 |
| | | | | | | | | |
| **Liabilities and** | | | | | | | | |
| **Stockholders Equity** | | | | | | | | |
| A/P | - | $.1 | $.1 | $.1 | $.2 | $.2 | $.3 | $.4 |
| Lease Lines | $.4 | .5 | 1.1 | 1.6 | 2.5 | 3.7 | 5.0 | 5.8 |
| Total Liabilities | $.4 | $.6 | $1.2 | $1.7 | $2.7 | $3.9 | $5.3 | $6.2 |
| | | | | | | | | |
| Capital Stock | $1.2 | $6.2 | $16.2 | $16.2 | $16.2 | $36.2 | $36.2 | $36.2 |
| Retained Deficit | (.9) | (3.2) | (6.0) | (9.2) | (14.2) | (20.4) | (24.4) | (23.6) |
| Total Equity | $.3 | $3.0 | $10.2 | $7.0 | $2.0 | $15.8 | $11.8 | $12.6 |
| | | | | | | | | |
| Total Liab/Equity | $.7 | $3.6 | $10.4 | $8.7 | $4.7 | $19.7 | $17.1 | $18.8 |

CGI 4488

????????????????

CONFIDENTIAL                                                          24

**CELL GENESYS, INC.**
**FINANCING OVERVIEW**
**($ Millions)**

|  | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Sources of Financing:** | | | | | | | | | |
| Venture Capital | $1.2 | $5.0 | - | - | - | - | - | - | $6.2 |
| Corporate Equity | - | - | $10.0 | - | - | - | - | - | 10.0 |
| Public Market | -.- | -.- | -.- | - | - | $20.0 | - | - | 20.0 |
| Total Equity | $1.2 | $5.0 | $10.0 | - | - | $20.0 | - | - | $36.2 |
| | | | | | | | | | |
| Corp. Resch Collab | - | $.3 | $3.0 | $5.8 | $8.4 | $11.5 | $15.0 | $16.5 | $60.5 |
| Product Sales/Royalties | - | - | - | - | .4 | 1.8 | 4.5 | 13.4 | 20.1 |
| Interest Inc/Resch SBIRS | - | .2 | .3 | 1.1 | .7 | .1 | 1.0 | .5 | 3.9 |
| Lease Lines/A/P | .4 | .2 | .6 | .5 | 1.0 | 1.2 | 1.4 | .9 | 6.2 |
| Depreciation | - | .1 | .2 | .4 | .7 | 1.1 | 1.5 | 2.1 | 6.1 |
| Total Other Sources | $.4 | $.8 | $4.1 | $7.8 | $11.2 | $15.7 | $23.4 | $33.4 | $96.8 |
| | | | | | | | | | |
| **Total Sources** | **$1.6** | **$5.8** | **$14.1** | **$7.8** | **$11.2** | **$35.7** | **$23.4** | **$33.4** | **$133.0** |
| | | | | | | | | | |
| **Uses of Funds** | | | | | | | | | |
| Operating Expenses | $.9 | $2.8 | $6.1 | $10.1 | $14.5 | $19.6 | $24.5 | $28.6 | $107.1 |
| Fixed/Oth Assets | .4 | .4 | .7 | 1.3 | 1.8 | 2.1 | 3.0 | 3.4 | 13.1 |
| COGS/W.C. | -.- | -.- | -.- | -.- | -.- | .1 | -.- | 2.4 | 2.5 |
| **Total Uses of Funds** | **$1.3** | **$3.2** | **$6.8** | **$11.4** | **$16.3** | **$21.8** | **$27.5** | **$34.4** | 122.7 |
| | | | | | | | | | |
| **Ending Cash Balance** | **$.3** | **$2.9** | **$10.2** | **$6.6** | **$1.5** | **$15.4** | **$11.3** | **$10.3** | **$10.3** |

????????????????

CGI 4489

CONFIDENTIAL                                                             25

## CELL GENESYS INC.
## ASSUMPTIONS USED IN FINANCIAL ANALYSIS

- First round of financing in 1990 of $5.0 million.

- First corporate partner relationship established in 1990 - Therapeutic Proteins.

- Corporate Partner Equity investment in 1991 for $10M.

- SBIR grants estimated at $50,000 for Phase I and $500,000 for Phase II.

- MAbs and Therapeutic Proteins developed with partners on a cost plus benchmark payment basis.

- MAbs sold by a corporate partner - CG receives a 7% royalty.

- Therapeutic Proteins sold by corporate partners - CG receives a 10% royalty.

- Retinal transplant cells sold by CG at $2,000 per patient in 1996.

- Fully loaded cost per head estimated as $170K in 1990, $140K in 1991, $120K in 1992, $120K in 1993, $125K in 1994, $130K in 1995, $135K in 1996.

- Cost of goods sold for Universal Retinal Transplants estimated at 20% of sales.

- Capital assets purchased in 1989 and 1990 financed by leaselines. Subsequent asset purchases equal to 10% of operating costs financed by leaselines.

- Working capital of $1.5 million is assumed to support Universal Retinal Transplant distribution.

CONFIDENTIAL                                                                 26

## CELL GENESYS OVERVIEW:  OPERATING AND FINANCIAL MILESTONES

| Operating Milestones | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| Company Formation | ▲ | | | | | | | |
| Project Definition | ▲ | | | | | | | |
| **Human Proteins** | | | | | | | | |
| - DNA Vectors Prepared | | ▲ | | | | | | |
| - Primary Cells Identified | | ▲ | | | | | | |
| - Secondary Cells Identified | | | ▲ | | | | | |
| - Product Sales #1 | | | | ▲ | | | | |
| - Product Sales #2 | | | | | ▲ | | | |
| - Product Sales #3 | | | | | | ▲ | | |
| **Monoclonal Antibodies** | | | | | | | | |
| - Vector Introduction | | | | ▲ | | | | |
| - Chimeric Mouse Born | | | | | ▲ | | | |
| - Human MAbs Produced | | | | | ▲ | | | |
| - IND | | | | | | ▲ | | |
| - Phase II/III Complete | | | | | | | | ▲ |
| - FDA Approval | | | | | | | | ▲ |
| **Retinal Transplants** | | | | | | | | |
| - Cell Line Establishment | | ▲ | | | | | | |
| - First Inactivation | | ▲ | | | | | | |
| - Second Inactivation | | | ▲ | | | | | |
| - Animal Studies Complete | | | | ▲ | | | | |
| - IND Application | | | | ▲ | | | | |
| - Phase I Complete | | | | | ▲ | | | |
| - Phase II/II Complete | | | | | | | ▲ | |
| - FDA Approval | | | | | | | | ▲ |
| **Financial Milestones** | | | | | | | | |
| Seed | ▲ | | | | | | | |
| Round 1 | | ▲ | | | | | | |
| Corporate Investor | | | ▲ | | | | | |
| Initial Public Offering | | | | | | ▲ | | |
| Cumulative Total Sources ($ Millions) | 1.6 | 7.4 | 21.5 | 29.3 | 40.5 | 76.2 | 99.6 | 133.0 |
| Cumulative Total Uses ($ Millions) | 1.3 | 4.5 | 11.3 | 22.7 | 39.0 | 60.8 | 88.3 | 122.7 |

?????????????????

CGI 4491

CONFIDENTIAL

27



????????????????

CONFIDENTIAL                                                                    28

# TECHNOLOGY OVERVIEW

The business plan of Cell Genesys is based upon the use of a novel technology, that of gene replacement or gene targeting in somatic mammalian cells by using procedures that take advantage of Homologous Recombination. The use of these Homologous Recombination procedures is so unique that Cell Genesys is in an excellent position to become the premier company applying this technology to developing products with large markets.

## Homologous Recombination

Homologous Recombination is a normal cellular process by which genetic information between homologous chromosomes is exchanged. It is also known that Homologous Recombination plays an important role in maintaining cell integrity by acting as part of the cellular DNA repair machinery.

This normal cellular process can be used in the laboratory, so that DNA sequences introduced into cells can be targeted for insertion into specific sites in the mammalian genome. Such targeted integration is useful in obtaining high levels of gene expression, while retaining normal gene regulation in differentiated cells.

Until now, the manipulation of mammalian genes in such a predetermined fashion was restricted to the test tube. The newly developed Homologous Recombination strategies permit modification of cellular genomes at high efficiency.

Homologous Recombination has a number of advantages over other methods of gene transfer that make it more suitable for the development of unique, commercially significant products. Genetic information can be introduced into mammalian cells by a number of methods. It can be directly introduced by microinjection; it can be complexed with chemical agents such as calcium phosphate, which is taken up efficiently by cells; or it can be packaged into RNA or DNA viral envelopes which can be used to efficiently infect mammalian cells. Though these methods are quite efficient, it is not possible to control the sites at which this exogenously introduced genetic information becomes incorporated or integrated into the cellular DNA. Such random insertion of DNA is known to have profoundly adverse effects on the properly regulated expression of the introduced genes. In some instances (e.g., retroviral mediated gene transfer), it is possible to inactivate important genes, resulting in cell death or activation of oncogenes, which might lead to unlimited growth of the cells or cancer. Homologous Recombination, on the other hand, is a normal cellular process, which when properly utilized_ results in gene modification in a predetermined way (as simple a change as a single base alteration is possible). There are absolutely no adverse effects on normal cell

CGI 4493

CONFIDENTIAL 29

growth, proliferation, or regulation of gene expression that result from modifications made using Homologous Recombination.

During the past few years a number of advances in Homologous Recombination techniques have been made. These advances now make it possible to modify any gene in the mammalian genome, in a predetermined way, at extremely high efficiencies. These techniques are so powerful and widely useful that they are expected to revolutionize the way mammalian cells are manipulated.

Cell Genesys also plans to capitalize on the newly developed technology of generating mice through the use of embryonic stem (ES) cells. These cells, derived from mouse embryos, can be manipulated *in vitro* and used to generate chimeric mice, which in turn can be bred to generate pure bred animals which are derived from the cultured ES cells. The combination of ES cell and Homologous Recombination technologies are proving to be powerful tools in generating animals of desired genetic composition.

????????????????

CGI 4494

CONFIDENTIAL                                                           30

## SIGNIFICANT EVENTS IN THE STUDY
## OF HOMOLOGOUS RECOMBINATION

Folger et al., 1982
Indirect evidence for Homologous Recombination between plasmids into mammalian cells.

De Saint Vincent and Wahl, 1983 PNAS
One of the first convincing papers showing that mammalian cells have the ability to recombine two input molecules.

Shapira et al., 1983 PNAS
One of the first convincing papers showing Homologous Recombination in cultured mouse cells.

Small and Scangos, 1983 Science
One of the first papers showing recombination between introduced plasmids in mammalian cells.

Subramani and Berg, 1983 MCB
Recombination within a plasmid introduced into cells.

*Kucherlapati et al., 1984 PNAS
Showed for the first time that double strand breaks can increase Homologous Recombination in mammalian cells.

*Kucherlapati et al., 1984a CSHSQB
Showed that cell free extracts from human cells can catalyze Homologous Recombination between plasmids.

Rubnitz and Subramani, 1984 MCB
Showed that as little as 14 bp of homology is sufficient for recombination.

Smith and Berg, 1984 CSHQB
Recombination between an integrated (chromosal) neo gene and a plasmid. A targeted recombination. Efficiency $10^{-4}$ - $10^{-3}$

*Smithias et al., 1984 CSHSQBE
Evidence for Homologous Recombination between an integrated neo gene and a plasmid. Also described the strategy for the experiments published in Nature 1985.

Folger et al., 1985 MCB

????????????????

CGI 4495

Showed that gene conversion can play a role in recombination between plasmid sequences introduced into cells.

Jasin et al., 1985 Cell
Evidence that genetic information on the chromosome can be transferred to plasmids introduced into cells. This is the reverse of gene targeting.

*Kucherlapati et al., 1985 MCB
Detailed description of the ability of cell extracts to mediate recombination.

Lin et al., 1985 PNAS
Showed that recombination between an integrated plasmid and chromosomal sequences can occur. Used HSV tk gene as the target. Efficiency low (only $10^{-4}$ or so).

Shaul et al., 1985 PNAS
Similar to Jasin et al. (Cell) paper. Reports transfer of information from chromosome to plasmid.

*Smithies et al., 1985 Nature
First paper to show that a true chromosomal gene can be modified by Homologous Recombination. Efficiency $10^{-3}$.

*Song et al., 1985 MCB
Detailed description of the effects of double strand breaks. They enhance Homologous Recombination.

*Ayares et al., 1986 PNAS
Showed that as little as 25 basepairs of homology is sufficient for recombination in mammalian cells.

Brenner et al., 1986 PNAS
Confirmed that double-strand breaks can enhance recombination between plasmids.

Hsieh et al., 1986 Cell
Partial purification of an enzyme which may be involved in Homologous Recombination.

*Rauth et al., 1986 PNAS
Showed that single-stranded DNA can participate in recombination.

Subramani, 1986 MCB
Transfer of information from the chromosome onto a plasmid.

CONFIDENTIAL                                                               32

Thomas and Capecchi, 1986
Showed that sometimes the Homologous Recombination events are not precise.

Thomas et al., 1986 Cell
Targeting of an integrated neo gene.  Method used is microinjection.  Efficiency high $10^{-2}$.

*Ganea et al., 1987 MCB
Partial purification of a key enzyme involved in Homologous Recombination.

*Song et al., 1987 PNAS
Recombination between an integration neo gene and a plasmid.  Efficiency 1/75 - 1/500.

Thomas and Capecchi, 1987
Targeting to a true chromosomal gene in mouse ES cells.  The gene is *hprt*.  Best efficiency $10^{-3}$.

*Doetschman et al., 1987
Targeting to a true chromosomal gene in mouse ES cells.  The gene is *hprt*. Best efficiency is 1/6.

*Nandi et al., 1988
Showed that the gene integrated at the correct site by  Homologous Recombination is expressed and regulated properly while genes inserted at other locations do not.

Mansour et al., 1988 Nature
Development of a positive-negative selection system for isolation of gene knock-out events.  Using this system, Capecchi and colleagues obtained nearly 80% homologous recombinants.

Jasin and Berg, 1988 Genes & Development
Promoter capture strategy to isolate Homologous Recombination events  Efficiencies of 10-80% observed.

Zimmer and Grus, 1989 Nature
Microinjection and screening by PCR to isolate Homologous Recombination events. 1/200 injected cells has undergone a Homologous Recombination event.

?????????????????                                        CGI 4497

CONFIDENTIAL                                                    33

\* Papers from the laboratories of the members of the SAB.

CONFIDENTIAL                                                                    34

## Facilities Plan

Cell Genesys has leased 6,000 square feet in a multi-tenant biotechnology building in
South San Francisco.  This square footage will allow the company to grow to
approximately 20 employees before additional space is required.  The company has
negotiated a lease with Simeon Properties, the owner of the building, which allows
Cell Genesys to have an exclusive option to take an additional 12,000 square feet in
two stages over the next 20 months.  This will allow the company to grow and
expand without requiring an upfront financial commitment for an oversized facility.

The laboratory facility is designed to allow CG to be self-sufficient and to be able to
carry out the proposed Cell Genesys work plan.  The facility is equipped with cell
culture facilities, laboratory benches and equipment, animal rooms, glasswash,
media prep, conference room and offices.  It is anticipated the facility will create a
productive laboratory work environment.  An architectural plan detailing the
facility layout appears on the following page.

CONFIDENTIAL                                                                    35



Transfer with
construct cells.

Select for                              Screen for
homologous                              homologous
recombination                           recombination events
events

Methods

    Transfection:  Ca-PO4 precipitation

                Electroporation etc.


Select for Homologous Recombination

    1.    Selectable genes eg., HPRT etc.
    2.    Cell surface antigens-antibody killing


Screening

    1.    Southern blot analysis
    2.    Gene rescue
    3.    Polymerase chain reaction
    4.    Flow sorting

CONFIDENTIAL                                                                 36

## Glossary

**Amino Acids**        Basic chemical components that are linked together to form peptides and proteins.

**Antibody**           A protein synthesized by lymphocytes that has a specific amino acid sequence by virtue of which it interacts only with the antigen that induced its synthesis. (See antigen, monoclonal)

**Antigen**            Any substance which is capable of inducing a specific immune response and of reacting with the product of that response. (See antibody)

**Atrophic**           Characterized by atrophy: a wasting away; a diminution in the size of a cell, tissue, organ, or part.

**Chimera**            An individual organism whose body contains cell populations derived from different individuals, of the same or of different species.

**Chromosome**         Structure in the animal cell nucleus containing a linear thread of DNA, which transmits genetic information.

**CNVMs**              Choroidal Neovascular Membranes: Round to oval greenish-grey lesions found in patients with the exudative form of Age-related Macular Degeneration (AMD). These lesions are actually areas of aberrant blood vessel proliferation in the thin vascular lining of the eye (choroid.) CNVMs cause a number of changes in the eye that damage photoreceptors. Their occurence is linked with rapid loss of vision in patients suffering from AMD. (See exudate, photoreceptors)

**DNA**                Deoxynbonucleic Acid: Double helix molecule that is the carrier of genetic information for all organisms except some viruses.

**Donor**              Supplier of living tissue to be used in another body.

**Exudate**            Material such as fluid, cells, or cellular debris which has escaped from blood vessels and has been deposited in tissues or on tissue surfaces. In the case of AMD,

CONFIDENTIAL                                                                        37

> exudates associated with CNV damage photoreceptors and lead to rapid loss of vision. (See CNVM, photoreceptors)

**Fibroblast**               Connective tissue cell found in fibrous tissues throughout the body.

**Gene**                     Biologic unit of heredity, made up of DNA and located on chromosomes, genes can be structural, operator or regulatory. (See chromosome, genome)

**Genome**                   Complete set of hereditary factors for an organism. (See genome)

**Hematology**               Branch of medical science dealing with blood and blood-forming tissues.

| **Homologous Recombination** | Normal cellular process by which genetic information between structurally corresponding (homologous) chromosomes is exchanged. This process can be used in the laboratory, so that DNA sequences can be targeted for insertion into specific sites in the mammalian genome. (See chromosome, DNA, gene) |
|---|---|

**Hybridoma**               Cell culture consisting of fused (hybrid) cells of different kinds, e.g. mouse lymphocytes and myeloma (tumor) cells. Such hybrids can be useful as an "immortal" line of cells producing a particular Monoclonal Antibody. (See Monoclonal Antibody)

**Immunosuppression**        Prevention or diminution of the immune response.

**IND**                      Investigational New Drug application to the Food and Drug Administration (FDA). Clinical trials can begin upon approval of an IND.

*in vitro*                   In an artificial environment, such as a test tube.

*in vivo*                    Within the living body.

**Macula**                   Most light sensitive area of the retina: responsible for most color and detail vision. (See retina)

CGI 4502

CONFIDENTIAL                                                                                    38

| | |
|---|---|
| **MHC** | Major Histocompatibility Complex: Area of the genome that codes for antigens responsible for tissue rejection. There are two classes, types I and II. (See antigens, genome, tissue rejection) |
| **Monoclonal Antibody** | Single antibody produced by cells which are all descended from the same cell. (See antibody) |
| **Murine** | Pertaining to mice or rats. |
| **Myoblast** | Stem cell which is a precursor of a cell of the muscle fiber. |
| **Ocular Immunology** | Branch of medical science dealing with the immune system of the eye. |
| **Oncology** | The study of tumors. |
| **Peptides** | Low molecular weight compounds made up of amino acids. Constituent parts of proteins. (See amino acids, proteins) |
| **Photoreceptor** | Receptor sensitive to light located in the retina. These cells are specialized nerve endings and do not have the capability to regenerate. (See retina) |
| **Pluripotential** | A cell able to give rise to a variety of more specialized cell lines. (See stem cell) |
| **Proteins** | High molecular weight compounds composed of amino acids in peptide linkages. They serve as enzymes, structural elements, hormones, antibodies, etc. (See amino acids, antibodies, peptides) |
| **Recombinant DNA** | DNA that has been artificially introduced into a cell so that it alters the cell's genome and is replicated along with the natural DNA (See DNA, genome) |
| **Retina** | Layer of the eye that includes structures responsible for vision including RPE cells and photoreceptors. |
| **RPE** | Retinal Pigmented Epithelium: layer of cells supporting photoreceptors in the retina. Dysfunction of RPE cells |

?????????????????

CGI 4503

CONFIDENTIAL                                                        39

results in photoreceptor death.  This is thought to be the underlying cause of Age-related Macular Degeneration. (See photoreceptors)

**Stem Cell**               Generalized mother cell whose descendants specialize, often in different directions.  (See pluripotential)

**Systemic
Administration**            Delivery of a drug or other substance to the entire body, usually by way of the bloodstream.

**Tissue Rejection**        Recipient's immunologic reaction to the MHC antigens present on transplanted cells that can result in death of the donor tissue.  (See antigen MHC)

**Universal Donor Tissue**  Tissue made up of cells incapable of expressing the MHC antigens responsible for tissue rejection.  (See antigen, MHC, tissue rejection)

**Uveoretinal Diseases**    Diseases of the middle, vascular coat of the eye (uvea) and of the retina.  (See retina)