# DOCUMENT INFO

File Date:        9/22/1989 4:45:00 PM

File Name:      Raju

File Path:       Mayfield Stuffit Archive\Mayfield
                 Consulting\CG\CG Bizplan\

# DOCUMENT INFO

CGI 4521

# CURRICULUM VITAE

## RAJU S. KUCHERLAPATI

**Address:**   Department of Molecular Genetics
Albert Einstein College of Medicine
1300 Morris Park Avenue
Bronx, NY 10461

**Telephone:**  212-430-2824
**Date of birth:** January 18, 1943
**Citizenship:**  U.S.A.

**Positions Held:**

Saul and Lila Kramer Professor and
Chairman, Molecular Genetics
Albert Einstein College of Medicine          1989-

Professor
University of Illinois College of Medicine     1982-1989

Assistant Professor
Princeton University                  1975-1982

Postdoctoral Fellow
Yale University                     1972-1975

**Education:**

P. R. College, Kakinada, India
Bachelor of Science in Biology            1960

Andhra University, Waltair, India
Master of Science in Biology             1962

University of Illinois, Urbana
Ph. D. in Genetics                   1972

**Research Experience:**

Graduate Work with Dr. John Laughnan, University of Illinois

Postdoctoral work with Dr. Frank Ruddle, Yale University

Assistant Professor - Princeton University

CGI 4522

Professor-University of Illinois College of Medicine

Professor-Albert Einstein College of Medicine

CGI 4523

**Teaching Experience:**

Teaching Assistant: Cell Biology, University of Illinois, 1969-1971

Lecturer:            Genetics, University of Illinois, 1972

Preceptor:           Human Genetics, Yale University, 1974-75

Professor:           Molecular Biology, Princeton University
                     Human Biochemical Genetics, Princeton

                     Molecular Biology, University of Illinois
                     Biological Regulatory Mechanisms,
                     University of Illinois

Director:            Course on Cell Hybridization, W. A. Alton Jones Cell Science
Center, Lake Placid, NY 1973-1981.

**Other Activities:**

Assistant Editor, New Haven Conference, First International Conference on Human
Gene Mapping. National Foundation, 1975

Mary Jennifer Selznick Fellow, 1975, 1988

Member - NIH Biomedical Sciences Study Section 1981-1984

Member - NIH Mammalian Genetics Study Section 1985-1989

Editor - Gene Transfer, A book published by Plenum Press 1986

Editor - Genetic Recombination, A book published by American
         Society for Microbiology, 1988

Editor - Journal of Experimental Zoology 1987-

Editor - Genomics                        1988-

Editor - Cytogenetics and Cell Genetics  1988

**Honors:**

Pushpa Rangaswamy Iyengar Memorial Prize for standing first in the class of 1962

Damon Runyon-Walter Winchell Cancer Research Fellow, 1973-1974

NIH Postdoctoral Fellow 1974-1975

CGI 4524

Vice-Chairman, Gordon Research Conference on Molecular Genetics 1987

Co-organizer, Cold Spring Harbor meeting,

Intermediates in Recombination 1988

Chairman - Gordon Research Conference on Molecular Genetics 1989.

Member, Gene Therapy Task Force, March of Dimes Birth Defects Foundation 1989.

**Activities at Princeton:**

Member, Budget setting Priorities Committee 1978-1981

Member, Institutional Biosafety Committee, 1976-1978

Director, Undergraduate Studies, 1978-1981

**Activities at Chicago:**
Director, Graduate Studies, Department of Genetics 1986-88

Graduate Committee, Microbiology and Immunology 1983-86

Appointments and Promotions Committee, College of Medicine 1985-88

Member, Search Committee for Vice Chancellor for Research, UIC 1987

**Membership:**

American Association for the Advancement of Science

Genetics Society of America

American Society for Microbiology

American Society for Human Genetics

**Major Research Interests:**

Somatic Cell Genetics, Gene Transfer Systems, Gene Therapy, Genetic Recombination, Molecular Aspects of Growth and Differentiation in Mammalian Cells.

**Current Research Support**

National Institutes of Health

CGI 4525

RAJU KUCHERLAPATI

Publications

Articles

1.  Kucherlapati, R. S., R. P. Creagan and F. H. Ruddle, 1972, Progress in Human Gene Mapping by Somatic Cell Hybridization. In: The Cell Nucleus. H. Busch (ed) vol II: 209-222, Acadamic Press, NY.

2.  McDougall, J. K., R. Kucherlapati and F. H. Ruddle, 1973, Localization and Induction of the Human Thymidine Kinase Gene by Adenovirus 12. Nature New Biol. 245: 172-175.

3.  Creagan, R. P., B. Carrit, S. Chen, R. Kucherlapati, F. A. McMorris, F. Ricciuti, Y. H. Tan, J. A. Tischfield and F. H. Ruddle, 1974, Confirmation of the synteny of the human genes for cytoplasmic isocitrate dehydrogenase and cytoplasmic malale dehydrogenase and assignment to chromosome 2. New Haven Conference (1993) First International Workshiop on Human Gene Mapping. Birth Defects Original Article Series X: 3, 79-82.

4.  Kucherlapati, R., J. K. McDougall and F. H. Ruddle, 1974, Regional localization of the human genes for thymidine kinase, lactate dehydrogenase and esterase-A4. Ibid. 108-110.

5.  Gilbert, F., R. Kucherlapati, M. J. Murnane, G. J. Darlington, R. Creagan and F. H. Ruddle, 1974, Assignment of a locus involved in the expression of hexosaminidase A to chromosome 7 in man. Ibid. 96-99.

6   Gilbert, F., R. Kucherlapati, R. Creagan, M. J. Murnane, G. J. Darlington and F. H. Ruddle, 1974, Hexosaminidase B: Assignment of a locus involved in its expression to chromosome 5 in man. Ibid. 93-95.

7   Elsevier, S. M., R. S. Kucherlapati, E. A. Nichols, K. Willecke, R. P. Creagan, R. E. Giles, J. K. McDougall and F. H. Ruddle, 1974, Assignment of the gene for galactokinase to human chromosome 17 and its regional localization to band q21-22. Nature 251: 633-635.

8   Creagan, R. P., B. Carrit, S. Chen, R. Kucherlapati, F. A. McMorris, F. Ricciuti, Y. H. Tan, J. A. Tischfield and F. H. Ruddle, 1974, Chromosome assignments of genes in man using somatic cell hybrids: Cytoplasmic isocitrate dehydrogenase (IDH-I) and Malate dehydrogenase (MDH-I) to chromosome 2. Amer. Jour. Human Genet. 26: 604-613.

9   Ruddle, F. H. and R. S. Kucherlapati, 1974, Hybrid cells and human genes. Scientific American 231: 36-44.

10. Gilbert, F., R. Kucherlapati, R. P. Creagan, M. J. Murnane, G. J. Darlington and F. H. Ruddle, 1975, Tay-Sachs and Sandhoff's diseases:   The assignment of genes for hexosaminidases A and B to individual human chromosomes. Proc. Nat. Acad. Sci. 72: 263-267.

11. Kucherlapati, R. S., R. P. Creagan, E. A. Nichols, D. S. Borgoankar and F. H. Ruddle, 1975, Synteny relationships of four human genes: Mannose phosphate isomerase to pyruvate kinase-3 and triose phosphate isomerase to lactate dehydrogenase B. Cytogent. Cell Genet. 14: 192-193.

12. Kucherlapati, R. S., R. M. Baker and F. H. Ruddle, 1975, Ouabain as a selective agent in the isolation of somatic cell hybrids. Cytogenet. Cell Genet. 14: 117-119.

13. Elsevier, S. M., R. S. Kucherlapati, E. A. Nichols, K. Willecke, R. P. Creagan, R. E. Giles, J. K. McDougall and F. H. Ruddle, 1975, Assignment and regional localization of a gene coding for galactokinase to human chromosome 17q21-22. Cytogent. Cell Genet. 14: 117-119.

14. Bias, W. B., D. S. Borgaonkar, R. S. Kucherlapati and R. H. Ruddle, 1975, Lymphocytotoxicity inhibition: A reliable method for HL-A typing of culture cell lines. Cytogenet. Cell Genet. 14: 71-76.

15. Kucherlapati, R. S., I. Hilwig, A. Gropp and F. H. Ruddle, 1975, Mammalian chromosome identification in interspecific hybrid cells using "Hoechst 33258". Humangentik 27: 9-14.

16. Satlin, A., R. Kucherlapati and R. H. Ruddle, 1975, Assignment of the gene for uridine monophosphate kinase to chromosome 1 using somatic cell hybrid clone panels. Cytogenet. Cell Genet. 15: 146-152.

17. Kucherlapati, R. S. and F. H. Ruddle, 1975, Mammalian somatic hybrids and human gene mapping. Annals Int. Med. 83: 553-560.

18. Kucherlapati, R. S. and F. H. Ruddle, 1976, Advances in human gene mapping by parasexual procedures. In Progress in Medical Genetics (M. Steinberg and A. Bearn eds), W. B. Saunders, Phila. pp. 121-144.

19. Friend, K. K., B. P. Dorman, R. S. Kucherlapati and F. H. Ruddle, 1976, Detection of interspecific translocations in mouse-human hybrids by alkaline giemsa staining. Exp. Cell Res. 99: 31-36.

20. Faber, H. E., R. S. Kucherlapati, M. D. Poulik, F. H. Ruddle and 0. Smithies, 1976, Beta-2 microglobulin locus on human chromosome 15. Som. Cell Genet. 2: 141-154.

CGI 4527

21. Shimizu, N., Y. Shimizu, R. S. Kucherlapati and F. H. Ruddle, 1976, Immunochemical detection of human enzymes in hybrid cells. Cell 7: 123-130.

22. Shimizu, N., R. S. Kucherlapati and F. H. Ruddle, 1976, Assignment of a human gene for tryptophanyl-tRNA synthetase to chromosome 14 using human-mouse somatic cell hybrids. Som. Cell Genet. 2: 345-357.

23. Kucherlapati, R. and F. H. Ruddle, 1976, Assignment of the human genes for mannose phosphate isomerase, pyruvate kinase (M2) and hexosaminidase A to chromosome 15. Cytogent. Cell Genet. 16: 181-183.

24. Kucherlapti, R. S., H. E. Faber, M. D. Poulik, F. H. Ruddle and 0. Smithies, 1976, Assignment of the gene for Beta 2 microglobulin to human chromosome 15. Cytogenet. Cell Genet. 16: 178-180.

25. Schacter, B., R. Kucherlapati and F. H. Ruddle, 1976, Synteny of the loci for beta 2 microglobulin and PKM2 in man-mouse somatic cell hybrid subclones Cytogenet. Cell Genet. 16: 215-218.

26. Anderson, W. F., A. Deisseroth, A. W. Neinhuis, R. Velez, F. H. Ruddle and R. S. Kucherlapati, 1976, A new technique for mapping the human hemoglobin genes. Cytogent. Cell Genet. 16: 367-371.

27. McDougall, J. K., P. H. Gallimore, A. R. Dunn, T. P. Webb, R. S. Kucherlapati, D. A. Nichols and F. H. Ruddle, 1976, Mapping viral integration sites in somatic cell hybrids. Cytogenet. Cell Genet. 16: 206-210.

28. Klobutcher, L. A., E. A. Nichols, R. S. Kucherlapati and F. H. Ruddle, 1976, Assignment of the gene for human adenosine kinase to chromosome 10 using a somatic cell hybrid clone panel. Cytogenet. Cell Genet. 16: 171-174.

29. Willecke, K., T. Reber, R. S. Kucherlapati and F. H. Ruddle, 1976, Segregation of the human mitochondrial thymidine kinase activity in human-mouse somatic cell hybrids. Cytogenet. Cell Genet. 16: 252-255.

30. Shimizu, N., R. S. Kucherlapati and F. H. Ruddle, 1976, Assignment of a human gene for tryptophanyl tRNA synthetase to chromosome 14 using human-mouse somatic cell hybrids. Cytogenet. Cell Genet. 16: 223-226.

31. Turner, V. S., B. M. Turner, R. Kucherlapati, F. H. Ruddle and K. Hirschhorn, 1976, Assignment of the human alpha L-fucosidase gene locus to chromosome 1 by use of a "clone panel". Cytogenet. Cell Genet. 16: 238-240.

32. Shimizu, N., R. E. Giles, R. S. Kucherlapati , Y. Shimizu and F. H. Ruddle, 1977, Somatioc cell genetic assignment of the human gene for mitochondrial NADP-

CGI 4528

linked isocitrate dehydrogenase to the long arm of chromosome 15. Somatic Cell Genet. 3: 47-60.

33. Willecke, K., T. Reber, R. S. Kucherlapati and F. H. Ruddle, 1976, Human mitochondrial thymidine kinase is encoded by a gene on chromosome 16 of the nucleus. Som. Cell Genet. 3: 237-245.

34. Deisseroth, A., A. Nienhuis, P. Turner, R. Velez, W. F. Anderson, F. Ruddle, J. Lawrence, R. Creagan and R. Kucherlapati, 1977, Localization of the human alpha globin gene to chromosome 16 in somatic cell hybrids by molecular hybridization assay. Cell 12: 205-218.

35. Turner, B. M., M. Smith, V. S. Turner, R. S. Kucherlapati, F. H. Ruddle and K. Hirschhorn, 1978, Assignment of the gene locus for human alpha L-fucosidase to chromosome 1 by analysis of somatic cell hybrids. Somatic Cell Genet. 4: 45-54.

36. Kucherlapati, R. S., 5. P. Hwang, N. Shimizu, J. K. McDougall and M. D. Botchan, 1978, Another chromosomal assignment for a simian viurs 40 integration site in human cells. Proc. Nat. Acad. Sci. 75: 4460-4464.

37. Kucherlapati, R., R. Tepper, A. G. Piperno and E. Reich, 1978, Modulation and mapping of a human plasminogen activator by cell fusion. Cell 15: 1331-1340.

38. Levy, R., J. Dilley, K. Sikora and R. Kucherlapati, 1978, Mouse-human hybridomas. The conversion of non-secreting human B cells into Ig secretors. In Current Topics in Microbiology and Immunology, (eds. K. Melchers, M. Potter and N. Warner) 81: 170-172.

39. Kucherlapati, R. and S. I. Shin, 1979, Genetic control of tumorigenicity in interspecific mammalian cell hybrids. Cell 16: 639-648.

40. Wolin, S. L. and R. S. Kucherlapati, 1979, Expression of microtubule networkds in normal cells, transformed cells and their hybrids. J. Cell Biol. 82: 76-85.

41. Skoultchi, A. I., J. Pyati, N. Hsiung, H. Warrick, R. Kucherlapati, J. D. DeRial, D. Tuan and B. G. Forget, 1980, In: In vivo and in vitro erythropoiesis: The Friend system (G. B. Rossi, ed) Elsevier-North Holland, pp. 403-412.

42 Pyati, J., R. S. Kucherlapati and A. I. Skoultchi, 1980, Activation of human B-globin genes from nonerythroid cells by fusion with murine erythroleukemia cells. Proc. Nat. Acad. Sci. 77: 3435-3439.

43. Warrick, H., N. Hsiung, T. B. Shows and R. Kucherlapati, 1980, DNA mediated cotransfer of unlinked mammalian cell markers into mouse L cells. J. Cell Biol. 86: 341-346.

44.  Davies, R. L., V. A. Grosse, R. Kucherlapati and M. Bothwell, 1980, Genetic analysis of epidermal growth factor action: Assignment of a human gene for the epidermal growth factor receptor to chromosome 7. Proc. Nat. Acad. Sci. 77: 4188-4192.

45.  Hsiung, N., H. Warrick, J. K. deRial, D. Tuan, B. G. Forget A. Skoultchi and R. Kucherlapati, 1980, Co-transfer of circular and linear prokarotic and eukaryotic DNA sequences into mouse cells. Proc. Nat. Acad. Sci. 77: 4852-4856.

46.  Hwang, S. P. and R. Kucherlapati, 1980, Localization and organization of integrated simian virus 40 sequences in a human cell line. Virology 105: 196-204.

47.  Hsiung, N. and R. Kucherlapati, 1980, Histone gene expression and chromatin structure in mammalian cell hybrids. J. Cell Biol. 87: 227-236.

48.  Hsiung, N., R. 5. Roginski, P. Henthorn, 0. Smithies, R. Kucherlapati and A. I. Skoultchi, 1982, Introduction and expression of a fetal human globin gene in mouse fibroblasts. Mol. Cell. Biol. 2: 401-411.

49.  Kucherlapati, R., 1982, Introduction and expression of foreign DNA sequences in mammalian cells. In: Advances in Tissue Culture ( K. Maramorosch ed.) Academic Press pp. 69-98.

50.  Hsiung, N. and R. Kucherlapati, 1982, Detection of specific DNA sequences in somatic cell hybrids and DNA transfectants. In: Techniques in Somatic Cell Genetics (J. Shay ed.) Plenum Press, pp. 449-461.

51.  Davies, R. L., S. Fuhrer-Krusi and R. Kucherlapati, 1984, High frequency alterations of transfected thymidine kinase gene expression are mediated by changes in chromatin structure. In: Gene Transfer and Cancer (M. Pearson and N. Sternberg eds.) Raven Press pp.

52.  Gilboa, E., J. Park, M. Kolbe, S. Hwang, R. Kucherlapati, K. Noonan and H. Freeman, 1982, Transduction and expression of non-selectable genes using retrovirus derived vectors. In: Eukaryotic Viral Vectors (Y. Gluzman ed.) Cold Spring Harbor Press pp. 146-152.

53.  Davies, R. L., 5. Fuhrer-Krusi and R. Kucherlapati, 1982, Modulation of transfected gene expression mediated by changes in chromatin structure. Cell 31: 521-529.

54.  Gilboa, E., M. Kolbe, K. Noonan and R. Kucherlapati, 1982, Construction of a mammalian transducing vector from the genome of Moloney murine leukemia virus. J. Virol. 44: 845-851.

CGI 4530

55. Hwang, S. P. and R. 5. Kucherlapati, 1983, Events preceding stable integration of SV40 genomes in a human cell line. Som. Cell Genet. 9: 457-468.

56. Davies, R. L., D. B. Rifkin, R. Tepper, A. Miller and R. Kucherlapati, 1983, A polypeptide secreted by transformed cells modulates human plasminogen activator production. Science 221: 171-173.

57. Roginski, R., A. Skoultchi, P. Henthorn, 0. Smithies, N. Hsiung and R. Kucherlapati, 1983, Coordinate modulation of transfected HSV thymidine kinase and human globin genes. Cell 35: 149-155.

58. Kucherlapati, R., 1984, Introduction of purified genes into mammalian cells. ASM News 50: 49-53.

59. Clough, D. W., B. 5. Morse, R. 5. Kucherlapati and R. L. Davidson, 1984, Insulin induced reactivation of an inactive herpes simplex thymidine kinase gene. Proc. Nat. Acad. Sci. 81: 838-842.

60. Kucherlapati, R., E. M. Eves, K. Y. Song, B. 5. Morse and 0. Smithies, 1984, Homologous recombination between plasmids in mammalian cells can be enhanced by treatment of input DNA. Proc. Nat. Acad. Sci. 81: 3153-3157.

61. Kucherlapati, R. and A. I. Skoultchi, 1984, Introduction of purified genes into mammalian cells. CRC Revs. Biochem. 16: 349-379.

62. Kucherlapati, R., 1984, Transfer of purified genes into mammalian cells. Proc. XV Int. Congr. Genet. pp. 455-462.

63. Rauth, S. and R. S. Kucherlapati, 1984, Expression of DNA transferred into mammalian cells. J. Biosci. 6: 543-567.

64. Kucherlapati, R. S., D. Ayares, A. Hanneken, K. Noonan, S. Rauth, J. M. Spencer, L. Wallace and P. D. Moore, 1984, Homologous recombination in monkey cells and human cell-free extracts. Cold Spring Harbor Symp. Quant. Biol 49: 191-198.

65. Smithies, 0., M. A. Koralewski, K. Y. Song and R. 5. Kucherlapati, 1984, Homologous recombination with DNA introduced into mammalian cells. Cold Spring Harbor Symp. Quant. Biol. 49: 161-170.

66. Kucherlapati, R. 5., J. Spencer and P. D. Moore, 1985, Homologous recombination catalyzed by human cell extracts. Mol. Cell Biol. 5: 714-720.

67. Kucherlapati, R., 1986, Gene Therapy. In: McGraw Hill Encyclopedia Yearbook. pp 72-79.

CGI 4531

68. Ayares, D., J. Spencer, F. Schwartz, B. Morse and R. Kucherlapati, 1985, Homologous recombination between autonomously replicating plasmids in mammalian cells. Genetics 111: 375-388.

69. Smithies, 0., R. G. Gregg, S. S. Boggs, M. A. Koralewski and R. S. Kucherlapati, 1985, Insertion of DNA sequences into the human chromosomal Beta globin locus by homologous recombination. Nature 317: 230-234.

70. Song, K. Y., L. Chekuri, S. Rauth, S. Ehrlich and R. Kucherlapati, 1985, Effect of double strand breaks on homologous recombination in mammalian cells and extracts. Mol. Cell. Biol. 5: 3331-3336.

71. Moore, P.D., K. Y. Song, L. Chekuri, L. Wallace and R. S. Kucherlapati, 1986, Homologous recombination in a chinese hamster X-ray sensitive mutant. Mut. Res. 160: 149-155.

72. Ayares, D., L. Chekuri, K. Y. Song and R. Kucherlapati,1986, Homology requirements for intermolecular recombination in mammalian cells. Proc. Nat. Acad. Sci. 83: 5199-5203.

73. Rauth, S., K. Y. Song, D. Ayares, L. Wallace, P. D. Moore and R. Kucherlapati, 1986, Transfection and homologous recombination involving single-stranded DNA substrates in mammalian cells and nuclear extracts. Proc. Nat. Acad. Sci. 83: 5587-5591.

74. Kucherlapati, R., 1986, Homologous recombination in mammalian somatic cells. In: Gene Transfer (R. Kucherlapati ed). Plenum Publishing Corp. NY. pp. 363-381.

75. Ayares, D., D. Ganea, L. Chekuri, C. R. Campbell and R. Kucherlapati, 1987, Repair of single-stranded DNA nicks, gaps and loops in mammalian cells. Mol. Cell. Biol. 7: 1656-1662.

76. Kucherlapati, R., 1987, Gene replacement by homologous recombination in mammalian cells. Som. Cell Mol. Genet. 13: 447-449.

77. Ganea, D., P. Moore, L. Chekuri and R. Kucherlapati, 1987, Characterization of an ATP dependent DNA strand transferase from human cells. Mol. Cell. Biol. 7: 3124-3130.

78. Song, K. Y., F. Schwartz, N. Maeda, 0. Smithies and R. Kucherlapati, 1987, Accurate modification of a chromosomal plasmid by homologous recombination in human cells. Proc. Nat. Acad. Sci. 84: 6820-6824.

CGI 4532

79. Kucherlapati, R. and P.D. Moore, 1988, Biochemical aspects of recombination in mammalian somatic cells. In: Genetic Recombination (Ed: R. Kucherlapati and G.R. Smith) American Society for Microbiology. Washington D.C. pp 575-595.

80. Kucherlapati, R., 1989, Homologous recombination in mammalian somatic cells. Progr. Nucl. Acid. Res. Mol. Biol. in press.

81. Keown, W., C.R. Campbell and R.S. Kucherlapati, 1989, Methods for introducing DNA into mammalian cells. Methods in Enzymology. in press.

82. Campbell, C.R., D. Ayares, K. Watkins, R. Wolski and R. Kucherlapati 1989, Single stranded DNA gaps, tails and loops are repaired in Escherichia coli. Mut. Res. in press.

83. Campbell, C.R., W. Keown, L. Lowe, D. Kirschling and R. Kucherlapati. Homologous recombination involving small single-stranded oligonucleotides in human cells. Submitted for publication.

84. Keown, W., C. Campbell, L. Lowe and R.S. Kucherlapati. Correction of insertions and deletions by homologous recombination in mammalian cells. Submitted for publication.

CGI 4533

# DOCUMENT INFO

File Date:      9/22/1989 4:56:00 PM

File Name:      ART SK

File Path:      Mayfield Stuffit Archive\Mayfield
                Consulting\CG\CG Bizplan\

CGI 4775

# DOCUMENT INFO

# CURRICULUM VITAE

# ARTHUR I. SKOULTCHI

Title: Professor of Cell Biology

Birth: August 8, 1940, New York, N.Y.

Education:

> Princeton University, Princeton, New Jersey
> A.B. 1962                Major:        Physics
>
> Yale University, New Haven, Connecticut
> M.S. 1965
> Ph.D., 1969                Major:        Molecular Biophysics
> and Biochemistry
>
> Thesis:        Studies on Peptide Chain Elongation
>                (Sponsor: Dr. Peter Lengyel)

Professional Experience:

NIH-USPHS Postdoctoral Fellow
Yale University, New Haven, Connecticut
October, 1969 - October, 1970
(Sponsor: Dr. Peter Lengyel)

Fellow of the Jane Coffin Childs Memorial Fund for Medical Research
Massachusetts Institute of Technology, Cambridge, Mass.
October, 1970 - December, 1972
(Sponsor: Dr. Paul Gross)

Special NIH Postdoctoral Fellow
Yale University, New Haven, Connecticut
December, 1972 - November, 1973
(Sponsor: Dr. Frank Ruddle)

Assistant Professor
Department of Cell Biology
Albert Einstein College of Medicine
Bronx, N.Y. 10461

CGI 4776

November, 1973 - June 1978

CGI 4777

Associate Professor
Department of Cell Biology
Albert Einstein College of Medicine
Bronx, New York, 10461
July, 1978 - June, 1984

Professor
Department of Cell Biology
Albert Einstein College of Medicine
Bronx, New York 10461
July, 1984 - present

Honors:

| | |
|---|---|
| Princeton University Scholarship | (1958-1962) |
| NIH-USPHS Predoctoral Traineeship | (1963-1969) |
| NIH-USPHS Postdoctoral Fellowship | (1969-1970) |
| Fellow of the Jane Coffin Childs | |
|    Memorial Fund for Medical Research | (1970-1972) |
| Special NIH Postdoctoral Fellow | (1972-1973) |
| American Cancer Society Faculty | |
|    Research Award | (1974-1979) |
| Irma T. Hirschl Career Scientist | |
|    Award | (1979-1984) |

Memberships:

Chairman, Scientific Advisory Committee Damon Runyon-Walter Winchell Cancer
Fund
Sigma Xi
American Society of Cell Biology

Administrative Experience

Graduate Student Adviser - Department of Cell Biology
Course Leader - Gene Expression in Animal Cells
Course Leader - AECOM Cell Biology Course at C.U.N.Y. Biomedical Program

Major Research Interest:

Molecular and Cell Biology
Control of Cellular Differentiation

CGI 4778

Bibliography:

Skoultchi, A. and H.J. Morowitz (1964). Information storage and survival of biological systems at temperatures near absolute zero. The **Yale Journal** of Biology and Medicine 37: 158-163.

Skoultchi, A.,H. Moon, Y. Ono, and P. Lengyel (1968). **Studies on peptide** chain elongation with three amino acid polymerization factors. Fed. Proc. 27: 778.

Skoultchi, A., Y. Ono, H. Moon, and P. Lengyel (1968). On three complementary amino acid polymerization factors from Bacillus stearothermophilus: separation of a complex containing two of the factors, guanosine-5'-triphosphate and aminoacyl-transfer RNA. Proc. Nat. Acad. Sci. 60: 675-672.

Ono, Y., A. Skoultchi, A. Klein, and P. Lengyel (1968). Peptiae chain elongation: discrimination against initiator transfer RNA by microbial amino acid polymerization factors. Nature 220: 1304-1307.

Ono, Y., A. Skoultchi, J. Waterson, and P. Lengyel (1969). Peptide chain elongation: GTP cleavage catalyzed by factors binding aminoacyl-transfer RNA to the ribosome. Nature 222: 645-648.

Ono, Y., A. Skoultchi, J. Waterson, and P. Lengyel (1969). Stoichiometry of aminoacyl-transfer RNA binding and GTP cleavage during chain elongation and translocation . Nature 223: 697-701.

Skoultchi, A., Y. Ono, J. Waterson and P. Lengyel (1969). Peptide chain elongation. Cold Spring Harbor Symp. Quant. Biol. 34: 437-454.

Skoultchi, A., Y. Ono, J. Waterson, and P. Lengyel (1970). Peptide chain elongation V: indications for the binding of an amino acid polymerization factor-guanosine-5'-triphosphate-aminoacyl-transfer ribonucleic acid complex to the messenger-ribosome complex. Biochemistry 9: 508-514.

Pawelek, J., W. Godchaux, J. Grasso, A. Skoultchi, J. Eisenstadt, and P. Lengyel (1971). Occurrence of cysteinyl t-RNA with a blocked -amino group in rabbit reticulocytes. Biochimica et Biophysica. Acta. 232: 289-305.

Housman, D., B.G. Forget, A. Skoultchi, and E. Benz, Jr. (1973). Quantitative deficiency of chain-specific globin messenger ribonucleic acids in the thalassemia syndromes. Proc. Nat. Acad. Sci. 70: 1809-1813.

CGI 4779

Skoultchi, A. and P.R. Gross (1973). Maternal histone messenger RNA: detection by molecular hybridization. Proc. Nat. Acad. Sci. 70: 2840-2844.

Gross, P.R., K.W. Gross, A.I. Skoultchi, and J.V. Ruderman (1973). Maternal mRNA and protein synthesis in the embryo. 6th Karolinska Symposium on Protein Synthesis in Reproductive Tissue, p. 1-15.

Forget, B.G., E.J. Benz, Jr., A. Skoultchi, C. Baglioni, and D. Housman (1974). Absence of messenger RNA for beta globin chain in °-Thalassemia. Nature, 247: 379-381.

Forget, B.G., D. Baltimore, E.J. Benz, Jr., D. Housman, P. Lebowitz, C. Marotta, R.P. McCaffrey, A. Skoultchi, P.S. Swerdlow, I.M. Verma and S.M. Weissman (1974). Globin messenger RNA in thalassemia syndromes. Ann. N.Y Acad. Sci. 232: 76-87.

Housman, D., A. Skoultchi, G.B. Forget and E.J. Benz (1974). Use of globin cDNA as a hybridization probe for globin mRNA. Ann. N.Y. Acad. Sci. 241: 280.

Skoultchi, A. (1975). Use of globin complementary DNA in studies of globin genes and mRNA. Erythrocyte Structure and Function, Proceedings of the Third International Conference on Red Cell Metabolism and Function, ed. G.J. Brewer; A.R. Liss, Inc., New York pp. 121-138.

Conscience, J.F., F. Ruddle, A. Skoultchi, G. Darlington (1977). Somatic cell hybrids between Friend erythroleukemic cells and mouse hepatoma cells. Somatic Cell Genetics 3: 157.

Aisen, P., A. Leibman, H. Hu, A. Skoultchi (1977). Studies of transferrin receptors of erythroid cells. In: Proteins of Iron Metabolism, ed. E. Brown et al., Gruen and Stratton, pp. 281-291.

Luftig, R.B., J.F. Conscience, A. Skoultchi, P. McMillian, M.Revel and F. Ruddle (1977). Effect of interferon on DMSO-stimulatd Friend erythroleukemic cells. J. Virology 23: 799.

Hu, H.Y., J. Gardner, P. Aisen and A. Skoultchi (1977). Inducibility of tr~nsferrin receptors on Friend erythroleukemic cells. Science 197: 559.

Strair, R., A. Skoultchi and D. Shafritz (1977). A characterization of globin mRNA sequences in the nucleus of duck immature red blood cells. Cell 12: 131.

CGI 4780

Benoff, S. and A. Skoultchi (1977). Control of hemoglobin production in somatic hybrids of mouse erythroleukemic cells and mouse lymphoma or bone marrow cells. I. Evidence for control mediated by an X-linked locus. Cell 12: 263.

Benoff-Rind, S., S. Bruce and A. Skoultchi (1977). Negative control of heme biosynthesis and hemoglobin production in somatic cell hybrids. Genetics 86: 5.

Bruce, S.A. and A. Skoultchi (1977). Increased transcription of globin genes during differentiation of erythroleukemia cells. J. Cell Biol. 75: 348.

Skoultchi, A., S. Benoff, S. Bruce, P. Lin, H. Lonial and J. Pyati (1977). Genetic control of hemoglobin production by erythroleukemic cells. In: Differentiation of Normal and Neoplastic Hematopoietic Cells, ed. B. Clarkson, P.Marks and J. Till, pp. 723-746.

Benoff, S., S.A. Bruce and A. Skoultchi (1978). **Negative control of** hemoglobin production in somatic cell hybrids due to **heme deficiency.** Proc. Nat. Acad. Sci. 75: 4354.

Pyati, J., R. Kucherlapati, H. Lonial and A. Skoultchi (1978). Activation of human globin gene expression in somatic cell hybrids. J. Cell Biol. 79: 397.

Benoff, S., S.A. Bruce and A. Skoultchi (1980). X-linked control of globin mRNA and hemoglobin production in erythroleukemia x lymphoma cell hybrids. Somatic Cell Genetics 6: 15-28.

Pyati, J., R. Kucherlapati and A. Skoultchi (1980). Activation of human beta globin genes from non-erythroid cells by fusion with murine erythroleukemia cells. Proc. Nat. Acad. Sci. 77: 3435-3439.

Skoultchi, A., J. Pyati, N. Hsiung, H. Warrick, R. Kucherlapati, J.K. de Riel, D. Tuan and B.G. Forget (1980). Introduction and expression of human globin genes in cultured mouse cells. In: In Vivo and In Vitro Erythropoiesis: The Friend System, ed. G.B. Rossi, Elsevier Press, pp. 403-412.

Hsiung, N., H. Warrick, J.K. de Riel, D. Tuan, B.G. Forget, A. Skoultchi and R. Kucherlapati (1980). Co-transfer of circular and linear prokaryotic and eukaryotic DNA sequences into mouse cells. Proc. Natl. Acad. Sci. 77: 4852-4856.

Hsiung, N., R. Roginski, P. Henthorn, 0. Smithies, R. Kucherlapati and A. Skoultchi (1982). Introduction and expression of a fetal human globin gene in mouse fibroblasts. ~olecular and Cellular Biology, 2: 401-411.

CGI 4781

Zavodrv, P., R. Roginski, and A. Skcultchi (1983). Regulated expression of human globin genes and flanking DNA in mouse erythroleukemia-human cell hybrids. In Globin Gene Expression and Hematopoietic Differentiation, ed. A. Neinhuis and G. Stamatoyanopoulos pp. 53-62.

Roginski, R., A. Skoultchi, P. Henthorn, 0. Smithies, N. Hsiung and R. Kucherlapati (1983). Coordinate modulation of transfected HSV thymidine kinase and human globin genes. Cell, 35: 149-155.

Kucherlapati, R. and A. Skoultchi (1984). Introduction of purified genes into mammalian cells. CRC Critical Reviews in Biochemistry, 16: 349-379.

Alterman, R.B., S. Ganguly, D. Schultz, W. Marzluff, C. Schildkraut and A. Skoultchi (1984). Cell cycle regulation of mouse H3 histone mRNA metabolism. Molecular and Cellular Biology, 4: 123-132.

Gunning, P., P. Ponte, L. Kedes, R. Hickey and A. Skoultchi (1984). Expression of human cardiac actin in transfected mouse L-cells: a sarcomeric actin can be integrated into a non-muscle cell cytoskeleton. Cell, 36: 709-715.

Lachman, H.M. and A. Skoultchi (1984). Expression of c-myc changes during differentiation of mouse erythroleukemia cells. Nature 310: 592-594.

Ganguly, S. and A. Skoultchi (1985). Absolute rates of **globin gene** transcription and mRNA **formation during differentiation of cultured mouse** erythroleukemia cells. J. Biol. Chem. 260: 12167-12173.

Alterman, R., C. Sprecher, R. Graves, W. Marzluff and A. Skoultchi (1985). Regulated expression of a chimeric histone gene introduced into mouse fibroblasts. Molecular and Cellular Biology 5: 2316-2324.

Lachman, H.M., Hatton, K., Skoultchi, A. and C. Schildkraut (1985). c-myc mRNA Levels in the cell cycle change in mouse erythroleukemia cells following inducer treatment. Proc. Natl. Acad. Sci. 82: 5323-5327.

Tur-Kaspa, R., L. Teicher, B.J. Levine, A. Skoultchi and D. A. Shafritz. (1986). Use of electroporation to introduce biologically active foreign genes into primary rat hepatocytes. Molecular and Cellular Biology 6: 716-718.

Hickey, R., A. Skoultchi, P. Gunning and L. Kedes (1986). Regulation of the human cardiac actin gene in rat L6 myoblasts reveals a defect in their myogenic program, Molecular and Cellular Biology, 6: 3287-3290.

CGI 4782

Lachman, H.M., G. Cheng, and A. Skoultchi (1986) Transfection of mouse erythroleukemia cells with myc sequences changes the rate of induced commitment to differentiate. Proc. Natl. Acad. Sci. 83: 6480-6484.

Chudchoy, N., B.J. Levine, C. Sprecher, A. Skoultchi and W.F. Marzluff. (1987). Expression of Mouse Histone Genes: Transcription into 3' intergenic DNA and cryptic processing sites downstream from the 3' end of the H3 gene. Molecular and Cellular Biology 7: 1039-1047.

Levine, B.J., N. Chudchoy, W.F. Marzluff ard A. ~koultchi (1987). Coupling of replication type histone mRNA levels to DNA synthesis requires the stem-loop sequence at the 3' end of the mRNA, Proc. Natl. Acad. Sci., 84: 6189-6193.

Lachman, H.M. and A. Skoultchi (1987). Regulation of p53 expression and commitment in mouse erythroleukemia cell differentiation. Submitted for publication.

Nepveu, A., K.B. Marcu, A. Skoultchi and H.M. Lachman (1987). Contributions of transcriptional and post-transcriptional mechnisms for the regulated expression of myc genes in mouse erythroleukemia cells. Genes and Development, in press.

Nandi A., R. Roginski, R. Gregg, 0. Smithies and A. Skoultchi. Regulated expression of genes inserted at the human B-globin locus by homologous recombination. Submitted for publication.

Levine, B.J., T.J. Liu, W.F. Marzluff and A. Skoultchi. Differential expression of individual members of the histone multigene family due to sequences in the 5' and 3' regions of the genes. Submitted for publication

Skoultchi, A., A. Nandi, R. Roginski, R.G. Gregg and 0. Smithies. Expression of genes inserted at the human ~-globin locus by homologous recombination. In "Hemoglobin Switching V", ed. A Nienhuis and G. Stamatoyanopoulos. In press.

CGI 4783

# DOCUMENT INFO

File Date:        9/22/1989 4:57:00 PM

File Name:        BOB

File Path:        Mayfield Stuffit Archive\Mayfield
                  Consulting\CG\CG Bizplan\

CGI 4784

# DOCUMENT INFO

# CURRICULUM VITAE

## ROBERT I. TEPPER

| | |
|---|---|
| Address | 2 Hawthorne Place #5R<br>Boston, MA 02114 |
| Date of Birth: | June 26, 1955 |
| Place of Birth: | New York, New York |
| Education: | |

| | | |
|---|---|---|
| 1977 A.B. | | Princeton University |
| 1981 M.D. | | Harvard Medical School |

Postdoctoral Training:

Internship and Residencies:

| | |
|---|---|
| 1981-1982 | Intern in Medicine, Massachusetts General Hospital, Boston, MA |
| 1982-1983 | Junior Assistant Resident, Medicine, Masssachusetts General Hospital |
| 1983-1984 | Senior Assistant Resident, Medicine, Massachusetts General Hospital |
| 1984-1985 | Clinical Fellow in Hematology-Oncology, Massachusetts General Hospital |
| 1986 | Chief Resident in Medicine, Massachusetts General Hospital |

Research Experience:

| | |
|---|---|
| 1973-1975 | Laboratory of Dr. James Holland and J.G. Bekesi, Department of Neoplastic Diseases, Mount Sinai School of Medicine, New York, NY |
| 1977-1978 | Laboratory of Dr. Raju Kucherlapati, Department of Biochemical Sciences, Princeton University, Princeton, NJ |
| 1977 | Laboratory of Dr. James McDougall, Cold Spring Harbor Laboratory, Cold Spring Harbor, NY |
| 1980-1981 | Laboratory of Dr. Judah Folkman, Department of Surgery, Children's Hospital Medical Center, Boston, MA |

CGI 4785

1984-1985                          Fellow, Hematology-Oncology Unit, Massachusetts
                                   General Hospital,
                                   Boston, MA

CGI 4786

Licensure and Certification:

| | |
|---|---|
| 1981 | National Board of Medical Examiners |
| 1982 | Massachusetts License - Registration No. 50875 |
| 1984 | American Board of Internal Medicine-Specialty of Internal Medicine |
| 1987 | American Board of Internal Medicine Subspecialty of Oncology |

Academic Appointments:

| | |
|---|---|
| 1981-1984 | Clinical Fellow in Medicine, Harvard Medical School |
| 1984-1985 | Research Fellow in Medicine, Harvard Medical School |
| 1986- | Instructor in Medicine, Harvard Medical School |

Hospital Appointments:

| | |
|---|---|
| 1987- | Assistant in Medicine, Massachusetts General Hospital |

Awards and Honors:

| | |
|---|---|
| 1977 | E.R. Squibb and Sons Award for Biochemical Research, Princeton University |
| 1979 | Soma Weiss Award for Medical Research, Harvard Medical School |

Membership, Professional Societies:

| | |
|---|---|
| 1982- | American College of Physicians |
| 1983- | Massachusetts Medical Society |

Major Committee Assignments:

National and Regional

| | |
|---|---|
| 1986 | American Cancer Society, Board of Directors, Boston West End Branch |

Harvard Medical School

| 1978-79 | Committee on Admissions |
| 1980-81 | |

Massachusetts General Hospital

| 1985 | Internship Selection Committee |
| 1987 | |

Major Research Interests:

1. Oncogene Structure, Function and Role in Human Malignancies
2. The Role of Proteases in the Biology of Tumors
3. Growth Factors in the Hematopoietic and Immune Systems

Teaching Experience:

| 1985-1988 | Lecturer, Emergency Medicine Course, Massachusetts General Hospital and Department of Continuing Education Harvard Medical School |
| 1986-1988 | Lecturer, Harvard Medical School and Massachusetts Institute of Technology Program in Health Science and Technology, Hematology Course |
| 1986 | Director, Electrocardiography Course, Core Clerkship in Medicine, Massachusetts General Hospital and Harvard Medical School |

Bibliography:

Davies, R.L., Rifkin, D.B., Tepper, R., Miller, A. and Kucherlapati, R. "A Polypeptide Secreted by Transformed Cells that Modulates Human Plasminogen Activator Production", Science 221: 171-173, 1983.

Rucherlapati, R.S., Tepper, R., Granelli-Piperno, A. and Reich, E. "Modulation and Mapping of a Human Plasminogen Activator by Cell Fusion", Cell 15: 1331-1340, 1978.

CGI 4788

# DOCUMENT INFO

File Date:        9/19/1989 10:38:00 PM

File Name:        BOB T

File Path:        Mayfield Stuffit Archive\Mayfield
                  Consulting\CG\CG Bizplan\

CGI 4789

# DOCUMENT INFO

## CURRICULUM VITAE

| | |
|---|---|
| Name: | Robert Ira Tepper |
| Address | 2 Hawthorne Place #5R<br>Boston, MA 02114 |
| Date of Birth: | June 26, 1955 |
| Place of Birth: | New York, New York |

Education:

| | | |
|---|---|---|
| 1977 | A.B. | Princeton University |
| 1981 | M.D. | Harvard Medical School |

Postdoctoral Training: Internship and Residencies:

| | |
|---|---|
| 1981-1982 | Intern in Medicine, Massachusetts General Hospital, Boston, MA |
| 1982-1983 | Junior Assistant Resident, Medicine, Masssachusetts General Hospital |
| 1983-1984 | Senior Assistant Resident, Medicine, Massachusetts General Hospital |
| 1984-1985 | Clinical Fellow in Hematology-Oncology, Massachusetts General Hospital |
| 1986 | Chief Resident in Medicine, Massachusetts General Hospital |

Research Experience:

| | |
|---|---|
| 1973-1975 | Laboratory of Dr. James Holland and J.G. Bekesi, Department of Neoplastic Diseases,Mount Sinai School of Medicine, New York, NY |
| 1977-1978 | Laboratory of Dr. Raju Kucherlapati, Department of Biochemical Sciences, Princeton University, Princeton, NJ |
| 1977 | Laboratory of Dr. James McDougall, Cold Spring Harbor Laboratory, Cold Spring Harbor, NY |
| 1980-1981 | Laboratory of Dr. Judah Folkman, Department of Surgery, Children's Hospital Medical Center, Boston, MA |
| 1984-1985 | Fellow, Hematology-Oncology Unit, Massachusetts General Hospital, ~oston, MA |

CGI 4790

Licensure and Certification:

| | |
|---|---|
| 1981 | National Board of Medical Examiners |
| 1982 | Massachusetts License - Registration No. 50875 |
| 1984 | American Board of Internal Medicine-Specialty of Internal Medicine |
| 1987 | American Board of Internal Medicine Subspecialty of Oncology |

Academic Appointments:

| | |
|---|---|
| 1981-1984 | Clinical Fellow in Medicine, Harvard Medical School |
| 1984-1985 | Research Fellow in Medicine, Harvard Medical School |
| 1986- | Instructor in Medicine, Harvard Medical School |

Hospital Appointments:

| | |
|---|---|
| 1987- | Assistant in Medicine, Massachusetts General Hospital |

Awards and Honors:

| | |
|---|---|
| 1977 | E.R. Squibb and Sons Award for Biochemical Research, Princeton University |
| 1979 | Soma Weiss Award for Medical Research, Harvard Medical School |

Membership, Professional Societies:

| | |
|---|---|
| 1982- | American College of Physicians |
| 1983- | Massachusetts Medical Society |

Major Committee Assignments:
National and Regional

| | |
|---|---|
| 1986 | American Cancer Society, Board of Directors, Boston West End Branch |

Harvard Medical School

| | |
|---|---|
| 1978-79 | Committee on Admissions |
| 1980-81 | |

Massachusetts General Hospital

| | |
|---|---|
| 1985 | Internship Selection Committee |
| 1987 | |

CGI 4791

Major Research Interests:

1. Oncogene Structure, Function and Role in Human Malignancies
2. The Role of Proteases in the Biology of Tumors
3. Growth Factors in the Hematopoietic and Immune Systems
   Teaching Experience:

| | |
|---|---|
| 1985-1988 | Lecturer, Emergency Medicine Course, Massachusetts General Hospital and Department of Continuing Education Harvard Medical School |
| 1986-1988 | Lecturer, Harvard Medical School and Massachusetts Institute of Technology Program in Health Science and Technology, Hematology Course |
| 1986 | Director, Electrocardiography Course, Core Clerkship in Medicine, Massachusetts General Hospital and Harvard Medical School |

Bibliography:
    Davies, R.L., Rifkin, D.B., Tepper, R., Miller, A. and Kucherlapati, ~. "A Polypeptide Secreted by Transformed Cells that Modulates Human Plasminogen Activator Production", Science 221:171-173, 1983.
    Rucherlapati, R.S., Tepper, R., Granelli-Piperno, A. and Reich, E. "Modulation and Mapping of a Human Plasminogen Activator by Cell Fusion", Cell 15:1331-1340, 1978.

CGI 4792

LAW OFFICES

## LEYDIG, VOIT & MAYER, LTD.

SUITE 4600   ONE IBM PLAZA

CHICAGO. ILLINOIS 60611

(312) 822-9666

WASHINGTON. D.C.
PALO ALTO. CALIFORNIA
ROCKFORD. ILLINOIS

PLEASE MAIL REMITTANCE TO CHICAGO OFFICE

*PATENT*

Cell Genesys
c/o Mayfield Fund
220 Sand Hill Road
Menlo Park, CA  94025
ATTN:  Mr. Mark Levin

INVOICE #    95853

SEPTEMBER 25, 1989

CLIENT NUMBER -      P0036-00

FOR PROFESSIONAL SERVICES RENDERED
THROUGH SEPTEMBER 25, 1989 IN CONNECTION
WITH THE FOLLOWING MATTERS -

MATTER NUMBER - 27259
        CELL-CORR
        General Correspondence

| Date | Init. | Description |
|---|---|---|
| 9/08/89 | BIR | Conference. |
| 9/09/89 | BIR | Review disclosure Smithies. |
| 9/12/89 | BIR | Telecon re Capecchi. |
| 9/25/89 | BIR | Review Utah application; telecon with Levin. |
| 9/12/89 | DP | Letter to client advising of new Canadian law re foreign filing. |

PROFESSIONAL SERVICES                                    1,042.50

COSTS ADVANCED

Patent/Trademark Copies                              86.66

TOTAL COSTS ADVANCED                                     86.66

MATTER TOTAL                                          1,129.16

*Copies sent to Steve [illegible] 3/25/43*

PAGE    1

LAW OFFICES

## LEYDIG, VOIT & MAYER, Ltd.
SUITE 4600   ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 822-9666

WASHINGTON, D.C.
PALO ALTO, CALIFORNIA
ROCKFORD, ILLINOIS

PLEASE MAIL REMITTANCE TO CHICAGO OFFICE

MATTER NUMBER - 27614
    CELL-1
    US Patent Application
    Single-Strand Site-Directed Mutagenesis
    of Mammalian Gene in Vitro
    Kucherlapati et al.

8/16/89    BIR    File declaration after application.

9/14/89    BRV    Attention to file re foreign filing license.

9/14/89    DP     Prepare petition for expedited foreign filing license.


    PROFESSIONAL SERVICES                                121.00


    MATTER TOTAL                                         121.00


MATTER NUMBER - 27716
    CELL-2
    U.S. Patent Application
    Universal Cell Donors; Kucherlapati et
    al


    COSTS ADVANCED

    Postage                                               .25
    Photocopies                                         11.80


                                                        PAGE

LAW OFFICES
# LEYDIG, VOIT & MAYER, Ltd.
SUITE 4600   ONE IBM PLAZA
CHICAGO, ILLINOIS 60611
(312) 822-9666

WASHINGTON, D.C.
PALO ALTO, CALIFORNIA
ROCKFORD, ILLINOIS

PLEASE MAIL REMITTANCE TO CHICAGO OFFICE

TOTAL COSTS ADVANCED                                              12.05

MATTER TOTAL                                                      12.05


MATTER NUMBER - 27949
        CELL-3
        U.S. Patent Application
        Production of Proteins Using Homologous
        Recombination
        Skoutchi


8/25/89      BIR       Drafting application.
8/29/89      BIR       Draft application and claims.
9/06/89      BIR       Review and revise.


        PROFESSIONAL SERVICES                                  1,485.00


        MATTER TOTAL                                           1,485.00



MATTER NUMBER - 33006
        CELL-1CA
        Single-Strand Site-Directed
        Modification Of Mammalian Genes In Vivo
        Kucherlapati et al


9/19/89      BIR       Filing application.

9/19/89      BC        Letter to client with Canadian assignment enclosed.

LAW OFFICES

## LEYDIG, VOIT & MAYER, Ltd.

SUITE 4600   ONE IBM PLAZA

CHICAGO. ILLINOIS 60611

(312) 822-9666

WASHINGTON, D.C.
PALO ALTO. CALIFORNIA
ROCKFORD, ILLINOIS

PLEASE MAIL REMITTANCE TO CHICAGO OFFICE

PROFESSIONAL SERVICES                                   371.75

COSTS ADVANCED

Photocopies                                              8.20

TOTAL COSTS ADVANCED                                      8.20

MATTER TOTAL                                            379.95


MATTER NUMBER - 33007
        CELL-2CA
        Canadian Patent Application,
        Raju S. Kucherlapati et al.;

9/18/89     BIR      Filing application.

9/18/89     BC       Letter to client with Canadian assignment enclosed.


PROFESSIONAL SERVICES                                   372.50

COSTS ADVANCED

Photocopies                                             11.80

TOTAL COSTS ADVANCED                                     11.80

MATTER TOTAL                                            384.30


PAGE

LAW OFFICES

## LEYDIG, VOIT & MAYER, LTD.
SUITE 4600   ONE IBM PLAZA

CHICAGO, ILLINOIS 60611

(312) 822-9666

WASHINGTON, D.C.

PALO ALTO, CALIFORNIA

ROCKFORD, ILLINOIS

PLEASE MAIL REMITTANCE TO CHICAGO OFFICE

INVOICE TOTAL                                                3,511.46

PAGE