CONFIDENTIAL

# HUMAN MONOCLONAL ANTIBODIES KEY TASKS AND MILESTONES

| Key Task | Description |
|---|---|
| Generate Constructs | Yeast Artificial Chromosome (YAC) vectors are developed to introduce human DNA of interest into mouse embryonic (ES) cells. Constructs will be used to create a mouse containing a portion of the human antibody repertoire. It is presently estimated that five strains of mice will suffice for production of the complete range of human MAbs. |
| Vector Introduction and Recombination Screen | ES cells are altered and the resulting group is screened for those cells undergoing Homologous Recombination; all others are discarded. |
| Repeat Vector Introduction and Recombination Screen | Following successful alteration of ES cells using one portion of human antibody DNA, the procedure is repeated using the other sections. Current estimates call for five strains of mice. |
| Generation of Chimeric Mice | Mice capable of making human antibodies are produced. |
| Demonstration of Human MAb Capability | Rigorous testing of capability of chimeric mice to function as predicted |
| Hybridoma Development | Proof that human MAb producing mice can be used to create murine hybridoma is demonstrated. |
| Begin MAb Development | In house MAb development program commences. Product sales also underway to other companies working in non-competing areas. |

Important tasks regarding assay development and initial MAb product selection will be conducted in parallel with the above steps as appropriate progress is made.

## Estimated Resource Requirements and Anticipated Revenues

Cell Genesys plans to hire three scientists to begin the human MAb project in 1989. In 1990 four additional scientists will be recruited. In 1991 a development team will begin to be assembled to commercialize researchers' discoveries. Additional details on staffing can be found in the financial section of this document.

CG expects to generate early revenues from corporate partners totalling $3 million over the first three years. In addition, the Company hopes to secure additional project financing of $0.5 million in the form of Small Business Innovation Research (SBIR) grants. Additional details on anticipated revenues can be found in the Financial Strategy section of the plan.

*9/22/89*

CGI 4891

# UNIVERSAL RETINAL TRANSPLANTS

## PURPOSE

| | |
|---|---|
| **Scientific Purpose** | Create lines of Universal Donor (UD) Retinal Pigmented Epithelial (RPE) cells that can be transplanted into the human eye without significant risk of tissue rejection. |
| **Commercial Purpose** | Develop UD RPE cells into an effective therapy for Age-related Macular Degeneration, the most common cause of blindness in the over 51 age group. |
| **Strategic Purpose** | Establish capability to develop, test and market medical therapeutics based on Universal Donor cell lines. |

## MARKET OPPORTUNITY

**Disease**

Age-related Macular Degeneration (AMD) is the name given for a progressive, irreversible degeneration of light sensitive receptors in the eye thought to result from dysfunction of the supporting layer of RPE cells. The disease primarily affects the elderly and is quite common: 3.3 million Americans have some visual loss due to AMD, while 268,000 suffer from the often blinding exudative form of the disorder. AMD is the leading cause of visual impairment and blindness among those over 51 years of age.

AMD can be divided into two distinct subtypes: atrophic and exudative. The atrophic form of the disease is most common, affecting 80% of patients. This form is characterized by the presence of drusen, a breakdown pigment associated with RPE cell dysfunction, and generally mild visual loss due to photoreceptor atrophy. The exudative form of AMD is a progression from the atrophic stage and is characterized by the development of choroidal neovascular membranes (CNVM's) that severely degrade visual acuity.

**Therapy**

The only currently available therapy for AMD is laser photocoagulation of CNVM's developing in patients with the exudative subtype. This therapy is not curative - at best it delays or prevents severe visual impairment. In addition, only 25% of CNVM's are suitable for photocoagulation and 52% of those treated recur within two years.

9/22/89

CGI 4892

## Research

Two groups of scientists recently demonstrated that transplantation of normal RPE cells into the eye of the RCS rat arrests the otherwise inevitable photoreceptor degeneration that develops in this genetic animal model of AMD. This finding suggests that RPE cell transplantation may offer a similarly effective means of therapy in human patients. RPE cells are widely available from eye banks and can easily be grown in cell culture. However, a major barrier to human therapy is the likelihood of rejection of transplanted cells. This issue is not faced in animal experiments because donor rats were bred to be immunologically compatible with RCS rats. While systemic administration of immunosuppressant drugs such as cyclosporin A might reduce the risk, side effects, such as increased susceptibility to infection, would be especially dangerous for elderly patients.

## CG Opportunity

Development of Universal Donor RPE cells using Homologous Recombination should greatly reduce the risk of retinal transplant rejection. This would reduce or eliminate the use of systemic immunosuppressant drugs, thereby making human RPE transplantation feasible.

## Market Size

The population at risk for AMD is the over 51 age group. This segment is the fastest growing in the U.S. and in 1988 numbered approximately 58.7 million. Drusen is present - indicating RPE dysfunction - in 25% of this group or 14.7 million Americans. 5.7% of Americans over age 51, 3.3 million people, have corrected visual acuity of 20/30 or less in at least one eye because of AMD. About 8% of this clinically affected subgroup, 268,000 Americans, have the more severe exudative form of the disease. In addition, there are 230,000 estimated patients in Europe and Japan giving a total initial patient population of approximately 500,000.

The initial market for Universal Donor RPE cell transplantation consists of those patients with the exudative form of AMD. An outline of the estimated total world market and initial anticipated CG penetration follows.

*9/22/89*

## UNIVERSAL RETINAL TRANSPLANTS: MARKET SIZE ESTIMATES

| | |
|---|---|
| Potential Patients (world) | 500,000 |
| Charge per patient | $ 2,000 |
| Total Initial Market (world) | $1.0 Billion |
| Anticipated CG Penetration in Three Years | 10% |

## Market Size Assumptions

1. The initial potential patient pool is defined as those U.S. residents suffering from exudative macular degeneration. This subgroup was selected for its poor prognosis. 79% will go on to severe visual loss within 24 months of diagnosis.

2. The CG charge per patient is assumed to be $2,000. This figure approximates the cost of device implants in markets where little competition exits. Charges are computed per patient because it is likely that early patients will have only one eye treated. It is expected that second eye procedures will expand as the therapy is proven safe over time.

3. Initial CG market penetration of 10% is based on considerations of surgeon availability and cell distribution. A core group of qualified ophthamologists could quickly be trained by surgeons participating in clinical trials. This group could readily handle the projected caseload while training additional colleagues. It is anticipated that UD RPE cells will be available from one or more culture facilities via express delivery services.

## OPPORTUNITY DEVELOPMENT

## Collaboration

CG will collaborate on the Universal Retinal Transplant Project with Dr. Robert Nussenblatt of the National Institutes of Health. Dr. Nussenblatt is a leading authority in ocular immunology and uveoretinal diseases. His lab will be involved in testing UD RPE cells in animals and, later, in carefully selected human subjects. CG has formalized its relationship with the NIH in the form of a Collaborative Research and Development Agreement (CRADA).

9/22/89

CONFIDENTIAL

## Product Sales

CG wishes to retain full domestic product and marketing rights to Universal Donor RPE cells. The option of licensing foreign marketing rights will be reserved until the time of IND filing, but The Company may retain these rights if the development of overseas operations appears sufficiently attractive. Supplemental project financing will be sought from government sponsored Small Business Innovation Research grants, (SBIRs).

CGI 4895

9/22/89

## UNIVERSAL RETINAL TRANSPLANTS PROJECT TIMELINE

| Activity | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| CG Research | | | | | | | | |
| - Cell Line Establishment | ▬ | | | | | | | |
| - MHC1 Inactivation Vector Construction | ▬ | | | | | | | |
| - First Inactivation | | ▬ | | | | | | |
| - Homologous Selection | | ▬ | | | | | | |
| - Second Inactivation | | ▬ | | | | | | |
| - Characterization | | ▬ | | | | | | |
| Animal Studies | | ▬▬▬ | | | | | | |
| Assay Developments | | ▬▬ | | | | | | |
| GMP Development | | | ▬ | | | | | |
| IND Encoding | | | ▬ | | | | | |
| IND Application | | | | ▬ | | | | |
| Phase I | | | | ▬▬ | | | | |
| Phase II/III | | | | | ▬▬▬▬ | | | |
| NDA/PLA | | | | | | | | ▬▲ |

*(handwritten note: "agressive?")*

**CONFIDENTIAL**

## Universal Retinal Transplants Key Tasks and Milestones

| Key Task | Description |
|---|---|
| Cell Line Establishment | Rat RPE cells are available in Dr. Nussenblatt's lab. Human RPE cell lines are established following initial testing in rats. |
| Class I MHC Inactivation Vector Construction | The vector that will deliver foreign DNA to the precise point in the RPE cell genome responsible for MHC I expression is produced at Cell Genesys' South San Francisco facility. |
| First Inactivation | The first copy of the gene coding for MHC I expression is inactivated (each cell has two copies of this gene.) |
| Select for Homologous Events | Cells undergoing random recombination or no recombination are discarded, leaving only those undergoing Homologous Recombination. |
| Second Inactivation | The second copy of the MHC I gene is inactivated in cells obtained from the preceding step. These cells are then sorted again for homologous events. The result is cells incapable of expressing MHC I, the Major Histocompatibility Complex responsible for most tissue rejection events. |
| Characterization and Immunological Assay | UD cells are screened for absence of MHCI antigens. |
| Proof of UD Properties | Transplantation across histoincompatible strains of rat without need for immunosuppression proves the universal donor concept in practice. |
| Efficacy Demonstration in RCS Rat | UD cells are shown to arrest retinal deterioration in the same manner as unaltered histocompatible rat RPE cells. |
| UD Safety Demonstration in Animals | Transplantation of human UD RPE cells is shown to be safe and effective in primates and rats. |
| IND | Human trials begin. |
| Phase I | Safety demonstrated in humans. |
| Phase II/III | Efficacy of RPE transplantation as a therapy for Age-related Macular Degeneration is established. Safety in humans is also confirmed. |
| NDA/PLA | FDA approval. |

Some important tasks, such as assay development and implementation of Good Manufacturing Practices (GMP) will be carried out in parallel during the pre-clinical period.

### Estimated Resource Requirements and Anticipated Revenues

Cell Genesys anticipates hiring three researchers to work on the development of Universal Retinal Transplants in 1989. In 1990 an additional scientist will be brought on board and a development team will begin to be assembled.

9/22/89

CGI 4897

**CONFIDENTIAL**                                                                35

Additional details on staffing can be found in the management and employees section of the plan.

Cell Genesys anticipates receiving research revenues from Small Business Innovation Research (SBIR) grants totaling $0.5 million over the first three years. The company does not anticipate obtaining any funding from corporate partners for Universal Retinal Transplant project. Cell Genesys has adopted the strategy of maintaining full worldwide product rights.

9/22/89

CGI 4898



CGI 4899

9/22/89

CONFIDENTIAL                                                                37

# RESEARCH COLLABORATION: DUCHENNE MUSCULAR DYSTROPHY

## PURPOSE

| | |
|---|---|
| **Scientific Purpose** | Determine whether Homologous Recombination is critical to the development of an effective therapy for Duchenne Muscular Dystrophy (DMD). |
| **Strategic Purpose** | Position CG to participate in developing effective therapies for DMD and other muscular disorders by staying abreast of events in the field. |

## MARKET OPPORTUNITY

### Disease

Duchenne Muscular Dystrophy is the second most common genetic disorder in man, affecting approximately 1 in 3500 male children born throughout the world. The course of the disease is marked by diffuse muscular weakness that is invariably progressive, leading to wheelchair confinement by adolescence and death by early adulthood.

### Therapy

There is currently no effective therapy for DMD.

### Research

Recent evidence suggests a rationale for a DMD therapy. A team of researchers has demonstrated that injection of normal myoblasts into dystrophic mouse muscle results in conversion of muscle fibers from dystrophin negative to dystrophin positive, thereby indicating that dystrophin, the missing structural protein in DMD, can be restored to mature muscle fibers. Another study suggests that transplantation of normal cells leads to improved function in a rodent disease model.

### CG Opportunity

Myoblast therapy is currently beginning multi-center human clinical trials. If this treatment is limited by tissue rejection, inadequate dystrophin production or complications of immunosuppression, CG will consider elevating the collaboration to full project status. CG can approach such problems with two strategies. First, the company could work to create a Universal Donor myoblast cell line that would overcome tissue rejection problems associated with allogenic donors. Secondly, a UD myoblast could be developed that would produce

9/22/89

CONFIDENTIAL

unusually high quantities of dystrophin after transplantation. This might prove more useful in improving muscle function than unaltered myoblast transplantation.

CG will only make DMD a full project if Homologous Recombination appears to be a critical link in the development of a truly effective therapy.

**Market Size**

There are 20,000 U.S. patients suffering from DMD. Additionally, approximately 20,000 patients in Europe and 10,000 in Japan suffer from the disease. About 1,000 new patients are diagnosed each year in the U.S.

### DUCHENNE MUSCULAR DYSTROPHY: MARKET SIZE ESTIMATES

| | |
|---|---|
| Potential patients (world) | 50,000 |
| Charge per patient | $10,000 |
| Total market (world) | $500 million |

## OPPORTUNITY DEVELOPMENT

**Collaboration**

Cell Genesys is currently discussing a collaboration with a well-known university researcher specializing in myoblast physiology. The researcher is preparing to begin clinical trials of unaltered myoblast transplantation in DMD patients. Immunologic data from early experiments will be critical in determining CG's future role in any collaboration.

9/22/89

CONFIDENTIAL
                                                                    39

# RESEARCH COLLABORATION: BONE MARROW DISORDERS

## PURPOSE

**Scientific Purpose**     Study the feasibility of modifying unipotential and pluripotential bone marrow stem cells for the purpose of treating marrow-related genetic diseases.

**Strategic Purpose**      Position CG to take the lead in developing therapies for sickle cell disease and other bone marrow based genetic diseases as well as the development of bone marrow based cellular drug delivery systems.

## MARKET OPPORTUNITY

**Diseases**

A variety of genetic diseases affecting primarily bone marrow derived components have been identified. These diseases are particularly attractive as candidates for gene therapy. Bone marrow stem cells can be removed, altered and replaced in patients whose remaining diseased marrow has been destroyed. Reconstitution of the entire hematopoietic and immunological systems can then take place. Diseases which could potentially be treated in this manner include Sickle Cell Disease, the thalassemias and Severe Combined Immunodeficiency Syndrome, among others.

Bone marrow transplantation today is limited by the lack of suitable donors and by risks arising from bone marrow ablation and post transplant Graft Versus Host Disease (GVHD) - a condition where immune cells from the transplanted bone marrow attack the "foreign" tissues in the recipient's body. Actual correction of the genetic defect in a patient's own cells offers a means of avoiding GVHD and making marrow transplantation more acceptable.

The problem with applying gene therapy to bone marrow is that it is not yet possible to effectively isolate marrow stem cells and, once selected, reproduce them in a way that allows them to remain stem cells rather than differentiating into lymphoid or myeloid cell types. Once this problem is solved, Homologous Recombination may be used to develop new therapies.

40 **CONFIDENTIAL**

**CG Opportunity**

Acquisition of cell culture technology essential to the development of genetic therapies for bone marrow based genetic diseases will allow CG to develop therapeutics for bone marrow based genetic diseases.

## OPPORTUNITY DEVELOPMENT

**Collaboration**

CG is discussing research collaborations with two university based academicians. Both are respected researchers in the field of characterization of bone marrow stem cells.

In the event that controlled reproduction of undifferentiated bone marrow stem cells becomes possible, CG would consider creating a project around a particular bone marrow based disease, such as Sickle Cell Disease (SCD). SCD is the most common such disorder and, with a single base pair DNA correction needed, it is technically the simplest choice.

CGI 4903

9/22/89

CONFIDENTIAL

41



MANAGEMENT

AND

EMPLOYEES

CONFIDENTIAL

# MANAGEMENT AND EMPLOYEES

## SENIOR MANAGEMENT

**Chief Executive Officer:** Mark Levin, a consulting partner with Mayfield Fund and former Genentech senior manager. Mr. Levin is expected to remain as Chief Executive for another 6 - 12 months. Subsequently, another experienced general manager from the pharmaceutical industry will be recruited to lead the company.

**Vice President of Research & Development:** Cell Genesys is negotiating with three potential candidates and expects to have filled this position by early 1990. Individuals targeted have substantial senior management experience in the biotechnology industry and outstanding reputations.

**Board of Directors:** Current members are A. Grant Heidrich, III (Chairman), Dr. Raju Kucherlapati, Mark Levin and Mario Rosati, a partner with Wilson, Sonsini, Goodrich & Rosati.

## ADVISORY BOARDS

**Scientific Advisory Board:** This has been established to provide Cell Genesys with leading edge scientific information in fields critical to the company's success. These include: Homologous Recombination, molecular biology, cell biology, genetics, clinical medicine, transplant immunology and molecular immunology. The members of the Scientific Advisory Board are shown below:

**Dr. Raju Kucherlapati,** Founder, Chairman of Molecular Genetics, Albert Einstein, College of Medicine

**Dr. Arthur Skoultchi,** Founder, Professor of Cell Biology, Albert Einstein College of Medicine

**Dr. Oliver Smithies,** Chief Scientific Advisor, Professor of Genetics, University of North Carolina

**Dr. Robert Tepper,** Founder, Physician in Hematology and Oncology, Massachusetts General Hospital

9/22/89

CGI 4905

**CONFIDENTIAL**                                                                                    **43**

**Consultants:** A group of academic clinicians active in fields particularly relevant to Cell Genesys will be appointed to act as consultants to the company and advise on the development of new therapies. Candidates have been identified in the following areas:

Cardiovascular Disease    - Two candidates identified
Oncology/Hematology       - Dr. Robert Tepper (Founder)
Molecular Genetics        - Two candidates identified

*Transplant Immunology, Ocular Diseases, Molecular Immunol.*

## EMPLOYEES

Cell Genesys is in the process of recruiting a team of outstanding scientists to lead its in-house research efforts. Over the next 18 months, the company expects to hire up to 18 researchers.

Researchers currently employed by the company include:    *Daniel*

**Aya Jakobovits** holds a Ph.D. in Lifesciences from the Weizmann Institute and has spent the past three years working with Dr. David J. Capon at Genentech. Dr. Jakobovits has done post doctoral work with Dr. Gail Martin at UCSF, Dr. E. Ferber at the Max Planck Institute and Drs. Francois Jacob and G. Gachelin at the Pasteur Institute.

**Robert DuBridge** holds a Ph.D. in Genetics from Stanford University and has spent the past two years as a post doctoral scientist in Dr. David Martin's lab at Genentech.

**Daniel Brenner** holds a Ph.D. in Chemistry from Harvard University. His post doctoral experience includes work with Dr. Stanley Cohen at Stanford and Dr. William Shaw at the University of Leicester in the United Kingdom. Dr. Brenner's industry experience includes one year with Merck Sharpe and Dohme.

CONFIDENTIAL

44



9/22/89

CGI 4907

CONFIDENTIAL                                                                    45

# PATENT STRATEGY

Cell Genesys has three approaches to securing a proprietary position over its products and technology.  First, the company will patent the methods under development enabling high efficiency gene modification.  Second, specific products that are produced using Homologous Recombination will be patented. Finally, Cell Genesys will support collaborative research efforts at leading institutions, provided that resulting new discoveries may be patented and licensed exclusively by Cell Genesys.

The proprietary strategy of the company has been developed with the assistance of Dr. Bertram Rowland of Leydig, Voit & Mayer. Dr. Rowland is an expert on biotechnology matters.

A summary of inventions and patents applied for is given in the table below:

## SUMMARY OF INVENTIONS AND PATENTS

| INVENTION/ IDEA | INVENTOR | STATUS OF INVENTION | | STATUS OF PATENT | | | COMMENTS |
|---|---|---|---|---|---|---|---|
| | | Concept | Practice | Prep. | Filed | Granted | |
| Homologous Recombination - Oligonucleotides | Dr. Kucherlapati | ✔ | ✔ | ✔ | ✔ | | In process of being licensed from University of Illinois |
| Universal Donor Concept - MHC I & MHC II Inactivation | Dr. Kucherlapati | ✔ | | ✔ | ✔ | | |
| | Dr. Smithies | ✔ | Partiall | ✔ | | | One copy of MHC successfully knocked out |
| Protein Production in Mammalian Cells | Dr. Skoultchi | ✔ | | ✔ | | | |
| Production of Human Monoclonal Antibodies | Dr. Kucherlapati | ✔ | | ✔ | | | |
| Animal Model of Sickle Cell Disease | Dr. Smithies | ✔ | | | | | |

9/22/89

CGI 4908

46

CONFIDENTIAL



REGULATORY

STRATEGY

CGI 4909

9/22/89

## REGULATORY STRATEGY

## CELL GENESYS APPROACH

Two projects, Production of Therapeutic Proteins and Human Monoclonal Antibodies are quite straightforward from a regulatory standpoint. These projects produce pharmaceutical substances by way of recombinant DNA technology and as such are familiar in concept to the FDA and other regulatory agencies. Although eventually successful, the recombinant DNA regulatory strategies of the 1970's and the mammalian cell culture strategies of the 1980's often resulted in longer than expected product approval cycles. Cell Genesys intends to work closely with the FDA and make use of industry experience to obtain expeditious approval of its recombinant DNA products.

The third project, Universal Retinal Transplants, involves transplanting genetically altered cells into humans and, hence raises new issues with the FDA. In 1989 for the first time Dr. Steven Rosenberg, Dr. W. French Anderson and colleagues at the NIH transplanted genetically-altered cells into a human. This process - the alteration of the genome of human cells *in vitro* and the transfer of these cells back into the patient for therapeutic use - has already attracted regulatory and ethical attention. Products resulting from this technology will require a well-conceived regulatory strategy. Cell Genesys' strategy will be based on the following key points:

1.  Hire key people in leadership roles at the company who are sensitive and knowledgeable about regulatory issues confronting the development of therapeutic products in the gene therapy area.

2.  Work closely with the National Institutes of Health in designing and carrying out animal and human trials of universal transplants at the National Eye Institute.

3.  Develop a regulatory strategy that includes:

    a.   device regulatory consulting expert or firm
    b.   a biological regulatory consulting expert or firm
    c.   a Washington, D.C., regulatory based attorney with strong FDA contacts
    d.   scientific experts in the field of gene therapy

4.  AMD is a blinding disease for which no effective therapy exists. The severity of the disease and the clear need for a therapy favor approval of a truly effective cellular therapy.

CGI 4910

CONFIDENTIAL



FINANCIAL

STRATEGY

CGI 4911

9/22/89

CONFIDENTIAL

# FINANCIAL STRATEGY

Cell Genesys anticipates raising a total of $5 million in venture capital to support its growth over the next 18 months. A corporate equity investor will be sought in 1991. The company is projected to make an initial public offering of $20 million in 1994.

Cell Genesys financial strategy assumes that the company retains worldwide product rights to its ~~Therapeutic Proteins~~ project. Some rights to products developed in the Monoclonal Antibody project and the ~~Universal Retinal Transplant~~ product will be licensed to development partners. The strategy developed for each project is summarized below.

## Summary of Project Development Strategies

| Project | Development Strategy |
|---------|---------------------|
| Production of Therapeutic Proteins | Development funded by corporate partners on a cost plus benchmark payment basis. Protein production systems sold to these partners with Cell Genesys retaining rights to royalties. |
| Human Monoclonal Antibodies | Development funded by corporate partners on a cost plus benchmark payment basis. In exchange, CG will give up rights to products in certain market areas, receiving royalties on sales once products are approved. |
| Universal Retinal Transplants | Product developed independently by Cell Genesys. Worldwide marketing and production rights retained. |

Cell Genesys will manage its corporate relationships very carefully. Criteria for selection of corporate partners will include strategic issues such as overall fit with CG business, as well as interest in specific projects. Cell Genesys anticipates establishing a number of corporate research and development relationships. The first of these will be in the area of Therapeutic Proteins.

Summary financial information is shown in the following pages.

CGI 4912

50

CONFIDENTIAL

**CELL GENESYS, INC.**
**HEADCOUNT SUMMARY (End of Year)**

| | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| **Headcount** | | | | | | | | |
| Therapeutic Proteins | 3 | 5 | 10 | 10 | 10 | 10 | 10 | 10 |
| Human MAbs | 3 | 7 | 17 | 20 | 25 | 35 | 40 | 45 |
| Universal Retinal Transplants | 3 | 5 | 18 | 35 | 42 | 55 | 60 | 65 |
| Other Projects | 0 | 2 | 5 | 15 | 30 | 40 | 50 | 60 |
| **Total Research** | 9 | 19 | 50 | 80 | 107 | 140 | 160 | 180 |
| Administration | 1 | 5 | 13 | 25 | 30 | 35 | 40 | 45 |
| **Total Headcount** | 10 | 24 | 63 | 105 | 137 | 175 | 200 | 225 |

**CELL GENESYS, INC.**
**PROFORMA INCOME STATEMENT**
**($ Millions)**

| | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | |
| Corporate Partner | - | $.3 | $3.0 | $5.8 | $8.4 | $11.5 | $15.0 | $16.5 |
| Royalties | - | - | - | - | .4 | 1.8 | 4.5 | 8.4 |
| Product Sales | - | - | - | - | - | - | - | 5.0 |
| SBIR | - | - | .2 | .4 | .4 | .4 | .4 | .4 |
| **Total Revenue** | - | $.3 | $3.2 | $6.2 | $9.2 | $13.7 | $19.9 | $30.3 |
| | | | | | | | | |
| Cost of Goods Sold | - | - | - | - | - | - | - | 1.0 |
| | | | | | | | | |
| Operating Expense: | | | | | | | | |
| Therap. Proteins | - | $.6 | $1.0 | $1.2 | $1.2 | $1.3 | $1.3 | $1.4 |
| Human MAbs | - | .7 | 1.7 | 2.2 | 2.7 | 3.8 | 4.9 | 5.7 |
| RPE Project | - | .7 | 1.6 | 3.2 | 4.6 | 6.1 | 7.5 | 8.4 |
| Other Programs | - | .2 | .5 | 1.2 | 2.7 | 4.3 | 5.9 | 7.4 |
| Administration | $.9 | .6 | 1.3 | 2.3 | 3.3 | 4.1 | 4.9 | 5.7 |
| **Total Operating Exp.** | $.9 | $2.8 | $6.1 | $10.1 | $14.5 | $19.6 | $24.5 | $28.6 |
| | | | | | | | | |
| Other (Inc.)/Exp. | - | (.2) | (.1) | (.7) | (.3) | .3 | (.6) | (.1) |
| | | | | | | | | |
| **Net Income(Loss)** | $(.9) | $(2.3) | $(2.8) | $(3.2) | $(5.0) | $(6.2) | $(4.0) | $.8 |

CGI 4913

9/22/89

CONFIDENTIAL                                                                  51

**CELL GENESYS, INC.**
**PROFORMA BALANCE SHEET**
**($ Millions)**

|                          | 1989  | 1990   | 1991    | 1992   | 1993   | 1994    | 1995    | 1996    |
|--------------------------|-------|--------|---------|--------|--------|---------|---------|---------|
| **Assets**               |       |        |         |        |        |         |         |         |
| Cash                     | $.3   | $2.9   | $10.2   | $6.6   | $1.5   | $15.4   | $11.3   | $10.3   |
| Working Capital          | -     | -      | -       | -      | -      | .1      | .1      | 1.5     |
| Leased Equipment         | .4    | .6     | 1.2     | 2.2    | 3.7    | 5.6     | 8.1     | 11.0    |
| LHI                      | -     | .1     | .2      | .5     | .8     | 1.0     | 1.5     | 2.0     |
| (Depreciation)           | -     | (.1)   | (.3)    | (.7)   | (1.4)  | (2.5)   | (4.0)   | (6.1)   |
| Other Assets             | -     | .1     | .1      | .1     | .1     | .1      | .1      | .1      |
| Total Assets             | $.7   | $3.6   | $11.4   | $8.7   | $4.7   | $19.7   | $17.1   | $18.8   |
|                          |       |        |         |        |        |         |         |         |
| **Liabilities and**      |       |        |         |        |        |         |         |         |
| **Stockholders Equity**  |       |        |         |        |        |         |         |         |
| A/P                      | -     | $.1    | $.1     | $.1    | $.2    | $.2     | $.3     | $.4     |
| Lease Lines              | $.4   | .5     | 1.1     | 1.6    | 2.5    | 3.7     | 5.0     | 5.8     |
| Total Liabilities        | $.4   | $.6    | $1.2    | $1.7   | $2.7   | $3.9    | $5.3    | $6.2    |
|                          |       |        |         |        |        |         |         |         |
| Capital Stock            | $1.2  | $6.2   | $16.2   | $16.2  | $16.2  | $36.2   | $36.2   | $36.2   |
| Retained Deficit         | (.9)  | (3.2)  | (6.0)   | (9.2)  | (14.2) | (20.4)  | (24.4)  | (23.6)  |
| Total Equity             | $.3   | $3.0   | $10.2   | $7.0   | $2.0   | $15.8   | $11.8   | $12.6   |
|                          |       |        |         |        |        |         |         |         |
| Total Liab/Equity        | $.7   | $3.6   | $10.4   | $8.7   | $4.7   | $19.7   | $17.1   | $18.8   |

9/22/89

CGI 4914

52                                                                 **CONFIDENTIAL**

earlier?

## CELL GENESYS, INC.
## FINANCING OVERVIEW
### ($ Millions)

|  | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | Total |
|---|---|---|---|---|---|---|---|---|---|
| **Sources of Financing:** | | | | | | | | | |
| Venture Capital | $1.2 | $5.0 | - | - | - | - | - | - | $6.2 |
| Corporate Equity | - | - | $10.0 | - | - | - | - | - | 10.0 |
| Public Market | -.- | -.- | -.- | = | = | $20.0 | = | = | 20.0 |
| Total Equity | $1.2 | $5.0 | $10.0 | - | - | $20.0 | - | - | $36.2 |
|  | | | | | | | | | |
| Corp. Resch Collab | - | $.3 | $3.0 | $5.8 | $8.4 | $11.5 | $15.0 | $16.5 | $60.5 |
| Product Sales/Royalties | - | - | - | - | .4 | 1.8 | 4.5 | 13.4 | 20.1 |
| Interest Inc/Resch SBIRS | - | .2 | .3 | 1.1 | .7 | .1 | 1.0 | .5 | 3.9 |
| Lease Lines/A/P | .4 | .2 | .6 | .5 | 1.0 | 1.2 | 1.4 | .9 | 6.2 |
| Depreciation | = | .1 | .2 | .4 | .7 | 1.1 | 1.5 | 2.1 | 6.1 |
| Total Other Sources | $.4 | $.8 | $4.1 | $7.8 | $11.2 | $15.7 | $23.4 | $33.4 | $96.8 |
|  | | | | | | | | | |
| **Total Sources** | **$1.6** | **$5.8** | **$14.1** | **$7.8** | **$11.2** | **$35.7** | **$23.4** | **$33.4** | **$133.0** |
|  | | | | | | | | | |
| **Uses of Funds** | | | | | | | | | |
| Operating Expenses | $.9 | $2.8 | $6.1 | $10.1 | $14.5 | $19.6 | $24.5 | $28.6 | $107.1 |
| Fixed/Oth Assets | .4 | .4 | .7 | 1.3 | 1.8 | 2.1 | 3.0 | 3.4 | 13.1 |
| COGS/W.C. | -.- | -.- | -.- | -.- | -.- | .1 | -.- | 2.4 | 2.5 |
| Total Uses of Funds | $1.3 | $3.2 | $6.8 | $11.4 | $16.3 | $21.8 | $27.5 | $34.4 | 122.7 |
|  | | | | | | | | | |
| **Ending Cash Balance** | **$.3** | **$2.9** | **$10.2** | **$6.6** | **$1.5** | **$15.4** | **$11.3** | **$10.3** | **$10.3** |

? go this
lov

CGI 4915

9/22/89

CONFIDENTIAL

53

# CELL GENESYS INC.
## ASSUMPTIONS USED IN FINANCIAL ANALYSIS

- First round of financing in 1990 of $5.0 million.

- First corporate partner relationship established in 1990 - Therapeutic Proteins.

- Corporate Partner Equity investment in 1991 for $10M.

- SBIR grants estimated at $50,000 for Phase I and $500,000 for Phase II.

- MAbs and Therapeutic Proteins developed with partners on a cost plus benchmark payment basis.

- MAbs sold by a corporate partner - CG receives a 7% royalty.

- Therapeutic Proteins sold by corporate partners - CG receives a 10% royalty.

- Retinal transplant cells sold by CG at $2,000 per patient in 1996.

- Fully loaded cost per head estimated as $170K in 1990, $140K in 1991, $120K in 1992, $120K in 1993, $125K in 1994, $130K in 1995, $135K in 1996.

- Cost of goods sold for Universal Retinal Transplants estimated at 20% of sales.

- Capital assets purchased in 1989 and 1990 financed by leaselines. Subsequent asset purchases equal to 10% of operating costs financed by leaselines.

- Working capital of $1.5 million is assumed to support Universal Retinal Transplant distribution.

CGI 4916

54                                                                CONFIDENTIAL

## CELL GENESYS OVERVIEW: OPERATING AND FINANCIAL MILESTONES

| Operating Milestones | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| Company Formation | ▲ | | | | | | | |
| Project Definition | ▲ | | | | | | | |
| **Human Proteins** | | | | | | | | |
| - DNA Vectors Prepared | | ▲ | | | | | | |
| - Primary Cells Identified | | ▲ | | | | | | |
| - Secondary Cells Identified | | | ▲ | | | | | |
| - Product Sales #1 | | | | ▲ | | | | |
| - Product Sales #2 | | | | | ▲ | | | |
| - Product Sales #3 | | | | | | ▲ | | |
| **Monoclonal Antibodies** | | | | | | | | |
| - Vector Introduction | | | ▲ | | | | | |
| - Chimeric Mouse Born | | | | ▲ | | | | |
| - Human MAbs Produced | | | | ▲ | | | | |
| - IND | | | | | | ▲ | | |
| - Phase II/III Complete | | | | | | | | |
| - FDA Approval | | | | | | | | ▲ |
| **Retinal Transplants** | | | | | | | | |
| - Cell Line Establishment | | ▲ | | | | | | |
| - First Inactivation | | ▲ | | | | | | |
| - Second Inactivation | | | ▲ | | | | | |
| - Animal Studies Complete | | | | | | | | |
| - IND Application | | | | ▲ | | | | |
| - Phase I Complete | | | | | | ▲ | | |
| - Phase II/II Complete | | | | | | | ▲ | |
| - FDA Approval | | | | | | | | ▲ |
| **Financial Milestones** | | | | | | | | |
| Seed | ▲ | | | | | | | |
| Round 1 | | ▲ | | | | | | |
| Corporate Investor | | | ▲ | | | | | |
| Initial Public Offering | | | | | | ▲ | | |
| Cumulative Total Sources ($ Millions) | 1.6 | 7.4 | 21.5 | 29.3 | 40.5 | 76.2 | 99.6 | 133.0 |
| Cumulative Total Uses ($ Millions) | 1.3 | 4.5 | 11.3 | 22.7 | 39.0 | 60.8 | 88.3 | 122.7 |

9/22/89

CGI 4917