CONFIDENTIAL

55



**APPENDICES**

CONFIDENTIAL

## Facilities Plan

Cell Genesys has leased 6,000 square feet in a multi-tenant biotechnology building in South San Francisco. This square footage will allow the company to grow to approximately 20 employees before additional space is required. The company has negotiated a lease with Simeon Properties, the owner of the building, which allows Cell Genesys to have an exclusive option to take an additional 12,000 square feet in two stages over the next 20 months. This will allow the company to grow and expand without requiring an upfront financial commitment for an oversized facility.

The laboratory facility is designed to allow CG to be self-sufficient and to be able to carry out the proposed Cell Genesys work plan. The facility is equipped with cell culture facilities, laboratory benches and equipment, animal rooms, glasswash, media prep, conference room and offices. It is anticipated the facility will create a productive laboratory work environment. An architectural plan detailing the facility layout appears on the following page.

CGI 4919



CGI 4920

CONFIDENTIAL

# TECHNOLOGY OVERVIEW

The business plan of Cell Genesys is based upon the use of a novel technology, that of gene replacement or gene targeting in somatic mammalian cells by using procedures that take advantage of Homologous Recombination. The use of these Homologous Recombination procedures is so unique that Cell Genesys is in an excellent position to become the premier company applying this technology to developing products with large markets.

## Homologous Recombination

Homologous Recombination is a normal cellular process by which genetic information between homologous chromosomes is exchanged. It is also known that Homologous Recombination plays an important role in maintaining cell integrity by acting as part of the cellular DNA repair machinery.

This normal cellular process can be used in the laboratory, so that DNA sequences introduced into cells can be targeted for insertion into specific sites in the mammalian genome. Such targeted integration is useful in obtaining high levels of gene expression, while retaining normal gene regulation in differentiated cells.

Until now, the manipulation of mammalian genes in such a predetermined fashion was restricted to the test tube. The newly developed Homologous Recombination strategies permit modification, ~~of cellular genomes at high efficiency.~~ *these* to occur at hi effic. within the target cell.

Homologous Recombination has a number of advantages over other methods of gene transfer that make it more suitable for the development of unique, commercially significant products. Genetic information can be introduced into mammalian cells by a number of methods. It can be directly introduced by microinjection; it can be complexed with chemical agents such as calcium phosphate, which is taken up efficiently by cells; or it can be packaged into RNA or DNA viral envelopes which can be used to efficiently infect mammalian cells. Though these methods are quite efficient, it is not possible to control the sites at which this exogenously introduced genetic information becomes incorporated or integrated into the cellular DNA. Such random insertion of DNA is known to have profoundly adverse effects on the properly regulated expression of the introduced genes. In some instances (e.g., retroviral mediated gene transfer), it is possible to inactivate important genes, resulting in cell death or activation of oncogenes, which might lead to unlimited growth of the cells or cancer. Homologous Recombination, on the other hand, is a normal cellular process, which when properly utilized results in gene modification in a predetermined way (as simple a change as a single base alteration is possible). There are absolutely no adverse effects on normal cell growth, proliferation, or regulation

9/22/89

# GENE REPLACEMENT



# GENE TARGETING

checked in
Raju
This reads to
: modif. of endogenous
g-ve – undesirable
in gene targetting.



# GENE KNOCKOUT



CGI 4922

**CONFIDENTIAL**

of gene expression that result from modifications made using Homologous Recombination.

During the past few years a number of advances in Homologous Recombination techniques have been made. These advances now make it possible to modify any gene in the mammalian genome, in a predetermined way, at extremely high efficiencies. These techniques are so powerful and widely useful that they are expected to revolutionize the way mammalian cells are manipulated.

Cell Genesys also plans to capitalize on the newly developed technology of generating mice through the use of embryonic stem (ES) cells. These cells, derived from mouse embryos, can be manipulated *in vitro* and used to generate chimeric mice, which in turn can be bred to generate pure bred animals which are derived from the cultured ES cells. The combination of ES cell and Homologous Recombination technologies are proving to be powerful tools in generating animals of desired genetic composition.

— This sect. needs a text describing the three types
of modifications in the figure or how CG will
use each of these for its 3 projects.

— stress again very precise — single nucleotide
eg SCD

— stress only desired change is made.

CGI 4923

Transfer with
construct cells.



Select for
homologous
recombination
events

Screen for
homologous
recombination events

Methods

    Transfection:        Ca-PO4 precipitation

                        Electroporation etc.

Select for Homologous Recombination

    1.    Selectable genes eg., HPRT etc.
    2.    Cell surface antigens-antibody killing

Screening

    1.    Southern blot analysis
    2.    Gene rescue
    3.    Polymerase chain reaction
    4.    Flow sorting

*9/22/89*

CGI 4924

CONFIDENTIAL

## SIGNIFICANT EVENTS IN THE STUDY
## OF HOMOLOGOUS RECOMBINATION

Folger et al., 1982
Indirect evidence for Homologous Recombination between plasmids into mammalian cells.

De Saint Vincent and Wahl, 1983 PNAS
One of the first convincing papers showing that mammalian cells have the ability to recombine two input molecules.

Shapira et al., 1983 PNAS
One of the first convincing papers showing Homologous Recombination in cultured mouse cells.

Small and Scangos, 1983 Science
One of the first papers showing recombination between introduced plasmids in mammalian cells.

Subramani and Berg, 1983 MCB
Recombination within a plasmid introduced into cells.

*Kucherlapati et al., 1984 PNAS
Showed for the first time that double strand breaks can increase Homologous Recombination in mammalian cells.

*Kucherlapati et al., 1984a CSHSQB
Showed that cell free extracts from human cells can catalyze Homologous Recombination between plasmids.

Rubnitz and Subramani, 1984 MCB
Showed that as little as 14 bp of homology is sufficient for recombination.

Smith and Berg, 1984 CSHQB
Recombination between an integrated (chromosal) neo gene and a plasmid. A targeted recombination. Efficiency $10^{-4}$ - $10^{-3}$

*Smithies et al., 1984 CSHSQBE
Evidence for Homologous Recombination between an integrated neo gene and a plasmid. Also described the strategy for the experiments published in Nature 1985.

Folger et al., 1985 MCB
Showed that gene conversion can play a role in recombination between plasmid sequences introduced into cells.

CGI 4925

CONFIDENTIAL

Jasin et al., 1985 Cell
Evidence that genetic information on the chromosome can be transferred to plasmids introduced into cells. This is the reverse of gene targeting.

*Kucherlapati et al., 1985 MCB
Detailed description of the ability of cell extracts to mediate recombination.

Lin et al., 1985 PNAS
Showed that recombination between an integrated plasmid and chromosomal sequences can occur. Used HSV tk gene as the target. Efficiency low (only $10^{-4}$ or so).

Shaul et al., 1985 PNAS
Similar to Jasin et al. (Cell) paper. Reports transfer of information from chromosome to plasmid.

*Smithies et al., 1985 Nature
First paper to show that a true chromosomal gene can be modified by Homologous Recombination. Efficiency $10^{-3}$.

*Song et al., 1985 MCB
Detailed description of the effects of double strand breaks. They enhance Homologous Recombination.

*Ayares et al., 1986 PNAS
Showed that as little as 25 basepairs of homology is sufficient for recombination in mammalian cells.

Brenner et al., 1986 PNAS
Confirmed that double-strand breaks can enhance recombination between plasmids.

Hsieh et al., 1986 Cell
Partial purification of an enzyme which may be involved in Homologous Recombination.

*Rauth et al., 1986 PNAS
Showed that single-stranded DNA can participate in recombination.

Subramani, 1986 MCB
Transfer of information from the chromosome onto a plasmid.

Thomas and Capecchi, 1986
Showed that sometimes the Homologous Recombination events are not precise.

Thomas et al., 1986 Cell

CGI 4926

CONFIDENTIAL

Targeting of an integrated neo gene.  Method used is microinjection.  Efficiency high $10^{-2}$.

*Ganea et al., 1987 MCB
Partial purification of a key enzyme involved in Homologous Recombination.

*Song et al., 1987 PNAS
Recombination between an integration neo gene and a plasmid.  Efficiency 1/75 - 1/500.

Thomas and Capecchi, 1987
Targeting to a true chromosomal gene in mouse ES cells.  The gene is *hprt*.  Best efficiency $10^{-3}$.

*Doetschman et al., 1987
Targeting to a true chromosomal gene in mouse ES cells.  The gene is *hprt*.  Best efficiency is 1/6.

*Nandi et al., 1988
Showed that the gene integrated at the correct site by  Homologous Recombination is expressed and regulated properly while genes inserted at other locations do not.

Mansour et al., 1988 Nature
Development of a positive-negative selection system for isolation of gene knock-out events.  Using this system, Capecchi and colleagues obtained nearly 80% homologous recombinants.

Jasin and Berg, 1988 Genes & Development
Promoter capture strategy to isolate Homologous Recombination events Efficiencies of 10-80% observed.

Zimmer and Grus, 1989 Nature
Microinjection and screening by PCR to isolate Homologous Recombination events.  1/200 injected cells has undergone a Homologous Recombination event.

* Papers from the laboratories of the members of the SAB.

# CURRICULUM VITAE

## RAJU S. KUCHERLAPATI

**Address:** Department of Molecular Genetics
Albert Einstein College of Medicine
1300 Morris Park Avenue
Bronx, NY 10461

**Telephone:** 212-430-2824
**Date of birth:** January 18, 1943
**Citizenship:** U.S.A.

## Positions Held:

| | |
|---|---|
| Saul and Lila Kramer Professor and Chairman, Molecular Genetics Albert Einstein College of Medicine | 1989- |
| Professor University of Illinois College of Medicine | 1982-1989 |
| Assistant Professor Princeton University | 1975-1982 |
| Postdoctoral Fellow Yale University | 1972-1975 |

## Education:

| | |
|---|---|
| P. R. College, Kakinada, India Bachelor of Science in Biology | 1960 |
| Andhra University, Waltair, India Master of Science in Biology | 1962 |
| University of Illinois, Urbana Ph. D. in Genetics | 1972 |

## Research Experience:

Graduate Work with Dr. John Laughnan, University of Illinois

Postdoctoral work with Dr. Frank Ruddle, Yale University

Assistant Professor - Princeton University

Professor-University of Illinois College of Medicine

Professor-Albert Einstein College of Medicine

CGI 4928

**Teaching Experience:**

Teaching Assistant:  Cell Biology, University of Illinois, 1969-1971

Lecturer:          Genetics, University of Illinois, 1972

Preceptor:         Human Genetics, Yale University, 1974-75

Professor:         Molecular Biology, Princeton University
                   Human Biochemical Genetics, Princeton

                   Molecular Biology, University of Illinois
                   Biological Regulatory Mechanisms,
                   University of Illinois

Director:          Course on Cell Hybridization, W. A. Alton Jones Cell Science
Center, Lake Placid, NY 1973-1981.

**Other Activities:**

Assistant Editor, New Haven Conference, First International Conference on
Human Gene Mapping. National Foundation, 1975

Mary Jennifer Selznick Fellow, 1975, 1988

Member - NIH Biomedical Sciences Study Section 1981-1984

Member - NIH Mammalian Genetics Study Section 1985-1989

Editor - Gene Transfer, A book published by Plenum Press 1986

Editor - Genetic Recombination, A book published by American
         Society for Microbiology, 1988

Editor - Journal of Experimental Zoology 1987-

Editor - Genomics                1988-

Editor - Cytogenetics and Cell Genetics    1988

**Honors:**

Pushpa Rangaswamy Iyengar Memorial Prize for standing first in the class of
1962

Damon Runyon-Walter Winchell Cancer Research Fellow, 1973-1974

NIH Postdoctoral Fellow 1974-1975

CGI 4929

Vice-Chairman, Gordon Research Conference on Molecular Genetics 1987

Co-organizer, Cold Spring Harbor meeting,

Intermediates in Recombination 1988

Chairman - Gordon Research Conference on Molecular Genetics 1989.

Member, Gene Therapy Task Force, March of Dimes Birth Defects Foundation 1989.

**Activities at Princeton:**

Member, Budget setting Priorities Committee 1978-1981

Member, Institutional Biosafety Committee, 1976-1978

Director, Undergraduate Studies, 1978-1981

**Activities at Chicago:**
Director, Graduate Studies, Department of Genetics 1986-88

Graduate Committee, Microbiology and Immunology 1983-86

Appointments and Promotions Committee, College of Medicine 1985-88

Member, Search Committee for Vice Chancellor for Research, UIC 1987

**Membership:**

American Association for the Advancement of Science

Genetics Society of America

American Society for Microbiology

American Society for Human Genetics

**Major Research Interests:**

Somatic Cell Genetics, Gene Transfer Systems, Gene Therapy, Genetic Recombination, Molecular Aspects of Growth and Differentiation in Mammalian Cells.

**Current Research Support**

National Institutes of Health

CGI 4930

RAJU KUCHERLAPATI

Publications

Articles

1. Kucherlapati, R. S., R. P. Creagan and F. H. Ruddle, 1972, Progress in Human Gene Mapping by Somatic Cell Hybridization. In: The Cell Nucleus. H. Busch (ed) vol II: 209-222, Acadamic Press, NY.

2. McDougall, J. K., R. Kucherlapati and F. H. Ruddle, 1973, Localization and Induction of the Human Thymidine Kinase Gene by Adenovirus 12. Nature New Biol. 245: 172-175.

3. Creagan, R. P., B. Carrit, S. Chen, R. Kucherlapati, F. A. McMorris, F. Ricciuti, Y. H. Tan, J. A. Tischfield and F. H. Ruddle, 1974, Confirmation of the synteny of the human genes for cytoplasmic isocitrate dehydrogenase and cytoplasmic malale dehydrogenase and assignment to chromosome 2. New Haven Conference (1993) First International Workshiop on Human Gene Mapping. Birth Defects Original Article Series X: 3, 79-82.

4. Kucherlapati, R., J. K. McDougall and F. H. Ruddle, 1974, Regional localization of the human genes for thymidine kinase, lactate dehydrogenase and esterase-A4. Ibid. 108-110.

5. Gilbert, F., R. Kucherlapati, M. J. Murnane, G. J. Darlington, R. Creagan and F. H. Ruddle, 1974, Assignment of a locus involved in the expression of hexosaminidase A to chromosome 7 in man. Ibid. 96-99.

6 Gilbert, F., R. Kucherlapati, R. Creagan, M. J. Murnane, G. J. Darlington and F. H. Ruddle, 1974, Hexosaminidase B: Assignment of a locus involved in its expression to chromosome 5 in man. Ibid. 93-95.

7 Elsevier, S. M., R. S. Kucherlapati, E. A. Nichols, K. Willecke, R. P. Creagan, R. E. Giles, J. K. McDougall and F. H. Ruddle, 1974, Assignment of the gene for galactokinase to human chromosome 17 and its regional localization to band q21-22. Nature 251: 633-635.

8 Creagan, R. P., B. Carrit, S. Chen, R. Kucherlapati, F. A. McMorris, F. Ricciuti, Y. H. Tan, J. A. Tischfield and F. H. Ruddle, 1974, Chromosome assignments of genes in man using somatic cell hybrids: Cytoplasmic isocitrate dehydrogenase (IDH-l) and Malate dehydrogenase (MDH-l) to chromosome 2. Amer. Jour. Human Genet. 26: 604-613.

9 Ruddle, F. H. and R. S. Kucherlapati, 1974, Hybrid cells and human genes. Scientific American 231: 36-44.

CGI 4931

10. Gilbert, F., R. Kucherlapati, R. P. Creagan, M. J. Murnane, G. J. Darlington and F. H. Ruddle, 1975, Tay-Sachs and Sandhoff's diseases: The assignment of genes for hexosaminidases A and B to individual human chromosomes. Proc. Nat. Acad. Sci. 72: 263-267.

11. Kucherlapati, R. S., R. P. Creagan, E. A. Nichols, D. S. Borgoankar and F. H. Ruddle, 1975, Synteny relationships of four human genes: Mannose phosphate isomerase to pyruvate kinase-3 and triose phosphate isomerase to lactate dehydrogenase B. Cytogent. Cell Genet. 14: 192-193.

12. Kucherlapati, R. S., R. M. Baker and F. H. Ruddle, 1975, Ouabain as a selective agent in the isolation of somatic cell hybrids. Cytogenet. Cell Genet. 14: 117-119.

13. Elsevier, S. M., R. S. Kucherlapati, E. A. Nichols, K. Willecke, R. P. Creagan, R. E. Giles, J. K. McDougall and F. H. Ruddle, 1975, Assignment and regional localization of a gene coding for galactokinase to human chromosome 17q21-22. Cytogent. Cell Genet. 14: 117-119.

14. Bias, W. B., D. S. Borgaonkar, R. S. Kucherlapati and R. H. Ruddle, 1975, Lymphocytotoxicity inhibition: A reliable method for HL-A typing of culture cell lines. Cytogenet. Cell Genet. 14: 71-76.

15. Kucherlapati, R. S., I. Hilwig, A. Gropp and F. H. Ruddle, 1975, Mammalian chromosome identification in interspecific hybrid cells using "Hoechst 33258". Humangentik 27: 9-14.

16. Satlin, A., R. Kucherlapati and R. H. Ruddle, 1975, Assignment of the gene for uridine monophosphate kinase to chromosome 1 using somatic cell hybrid clone panels. Cytogenet. Cell Genet. 15: 146-152.

17. Kucherlapati, R. S. and F. H. Ruddle, 1975, Mammalian somatic hybrids and human gene mapping. Annals Int. Med. 83: 553-560.

18. Kucherlapati, R. S. and F. H. Ruddle, 1976, Advances in human gene mapping by parasexual procedures. In Progress in Medical Genetics (M. Steinberg and A. Bearn eds), W. B. Saunders, Phila. pp. 121-144.

19. Friend, K. K., B. P. Dorman, R. S. Kucherlapati and F. H. Ruddle, 1976, Detection of interspecific translocations in mouse-human hybrids by alkaline giemsa staining. Exp. Cell Res. 99: 31-36.

20. Faber, H. E., R. S. Kucherlapati, M. D. Poulik, F. H. Ruddle and 0. Smithies, 1976, Beta-2 microglobulin locus on human chromosome 15. Som. Cell Genet. 2: 141-154.

21. Shimizu, N., Y. Shimizu, R. S. Kucherlapati and F. H. Ruddle, 1976, Immunochemical detection of human enzymes in hybrid cells. Cell 7: 123-130.

CGI 4932

22. Shimizu, N., R. S. Kucherlapati and F. H. Ruddle, 1976, Assignment of a human gene for tryptophanyl-tRNA synthetase to chromosome 14 using human-mouse somatic cell hybrids. Som. Cell Genet. 2: 345-357.

23. Kucherlapati, R. and F. H. Ruddle, 1976, Assignment of the human genes for mannose phosphate isomerase, pyruvate kinase (M2) and hexosaminidase A to chromosome 15. Cytogent. Cell Genet. 16: 181-183.

24. Kucherlapti, R. S., H. E. Faber, M. D. Poulik, F. H. Ruddle and 0. Smithies, 1976, Assignment of the gene for Beta 2 microglobulin to human chromosome 15. Cytogenet. Cell Genet. 16: 178-180.

25. Schacter, B., R. Kucherlapati and F. H. Ruddle, 1976, Synteny of the loci for beta 2 microglobulin and PKM2 in man-mouse somatic cell hybrid subclones    Cytogenet. Cell Genet. 16: 215-218.

26. Anderson, W. F., A. Deisseroth, A. W. Neinhuis, R. Velez, F. H. Ruddle and R. S. Kucherlapati, 1976, A new technique for mapping the human hemoglobin genes. Cytogent. Cell Genet. 16: 367-371.

27. McDougall, J. K., P. H. Gallimore, A. R. Dunn, T. P. Webb, R. S. Kucherlapati, D. A. Nichols and F. H. Ruddle, 1976, Mapping viral integration sites in somatic cell hybrids. Cytogenet. Cell Genet. 16: 206-210.

28. Klobutcher, L. A., E. A. Nichols, R. S. Kucherlapati and F. H. Ruddle, 1976, Assignment of the gene for human adenosine kinase to chromosome 10 using a somatic cell hybrid clone panel. Cytogenet. Cell Genet. 16: 171-174.

29. Willecke, K., T. Reber, R. S. Kucherlapati and F. H. Ruddle, 1976, Segregation of the human mitochondrial thymidine kinase activity in human-mouse somatic cell hybrids. Cytogenet. Cell Genet. 16: 252-255.

30. Shimizu, N., R. S. Kucherlapati and F. H. Ruddle, 1976, Assignment of a human gene for tryptophanyl tRNA synthetase to chromosome 14 using human-mouse somatic cell hybrids. Cytogenet. Cell Genet. 16: 223-226.

31. Turner, V. S., B. M. Turner, R. Kucherlapati, F. H. Ruddle and K. Hirschhorn, 1976, Assignment of the human alpha L-fucosidase gene locus to chromosome 1 by use of a "clone panel". Cytogenet. Cell Genet. 16: 238-240.

32. Shimizu, N., R. E. Giles, R. S. Kucherlapati , Y. Shimizu and F. H. Ruddle, 1977, Somatioc cell genetic assignment of the human gene for mitochondrial NADP-linked isocitrate dehydrogenase to the long arm of chromosome 15. Somatic Cell Genet. 3: 47-60.

CGI 4933

33.  Willecke, K., T. Reber, R. S. Kucherlapati and F. H. Ruddle, 1976, Human mitochondrial thymidine kinase is encoded by a gene on chromosome 16 of the nucleus. Som. Cell Genet. 3:  237-245.

34.  Deisseroth, A., A. Nienhuis, P. Turner, R. Velez, W. F. Anderson, F. Ruddle, J. Lawrence, R. Creagan and R. Kucherlapati, 1977, Localization of the human alpha globin gene to chromosome 16 in somatic cell hybrids by molecular hybridization assay. Cell 12:  205-218.

35.  Turner, B. M., M. Smith, V. S. Turner, R. S. Kucherlapati, F. H. Ruddle and K. Hirschhorn, 1978, Assignment of the gene locus for human alpha L-fucosidase to chromosome 1 by analysis of somatic cell hybrids.  Somatic Cell Genet. 4:  45-54.

36.  Kucherlapati, R. S., 5. P. Hwang, N. Shimizu, J. K. McDougall and M. D. Botchan, 1978, Another chromosomal assignment for a simian viurs 40 integration site in human cells.  Proc. Nat. Acad. Sci. 75:  4460-4464.

37.  Kucherlapati, R., R. Tepper, A. G. Piperno and E. Reich, 1978, Modulation and mapping of a human plasminogen activator by cell fusion.  Cell 15: 1331-1340.

38.  Levy, R., J. Dilley, K. Sikora and R. Kucherlapati, 1978, Mouse-human hybridomas. The conversion of non-secreting human B cells into Ig secretors. In Current Topics in Microbiology and Immunology, (eds. K. Melchers, M. Potter and N. Warner) 81:  170-172.

39.  Kucherlapati, R. and S. I. Shin, 1979, Genetic control of tumorigenicity in interspecific mammalian cell hybrids. Cell 16:  639-648.

40.  Wolin, S. L. and R. S. Kucherlapati, 1979, Expression of microtubule networkds in normal cells, transformed cells and their hybrids. J. Cell Biol. 82: 76-85.

41.  Skoultchi, A. I., J. Pyati, N. Hsiung, H. Warrick, R. Kucherlapati, J. D. DeRial, D. Tuan and B. G. Forget, 1980, In: In vivo and in vitro erythropoiesis: The Friend system (G. B. Rossi, ed) Elsevier-North Holland, pp. 403-412.

42   Pyati, J., R. S. Kucherlapati and A. I. Skoultchi, 1980, Activation of human B-globin genes from nonerythroid cells by fusion with murine erythroleukemia cells. Proc. Nat. Acad. Sci. 77:  3435-3439.

43.  Warrick, H., N. Hsiung, T. B. Shows and R. Kucherlapati, 1980, DNA mediated cotransfer of unlinked mammalian cell markers into mouse L cells. J. Cell Biol. 86:  341-346.

44.  Davies, R. L., V. A. Grosse, R. Kucherlapati and M. Bothwell, 1980, Genetic analysis of epidermal growth factor action: Assignment of a human gene for

CGI 4934

the epidermal growth factor receptor to chromosome 7. Proc. Nat. Acad. Sci. 77: 4188-4192.

45. Hsiung, N., H. Warrick, J. K. deRial, D. Tuan, B. G. Forget A. Skoultchi and R. Kucherlapati, 1980, Co-transfer of circular and linear prokarotic and eukaryotic DNA sequences into mouse cells. Proc. Nat. Acad. Sci. 77: 4852-4856.

46. Hwang, S. P. and R. Kucherlapati, 1980, Localization and organization of integrated simian virus 40 sequences in a human cell line. Virology 105: 196-204.

47. Hsiung, N. and R. Kucherlapati, 1980, Histone gene expression and chromatin structure in mammalian cell hybrids. J. Cell Biol. 87: 227-236.

48. Hsiung, N., R. 5. Roginski, P. Henthorn, 0. Smithies, R. Kucherlapati and A. I. Skoultchi, 1982, Introduction and expression of a fetal human globin gene in mouse fibroblasts. Mol. Cell. Biol. 2: 401-411.

49. Kucherlapati, R., 1982, Introduction and expression of foreign DNA sequences in mammalian cells. In: Advances in Tissue Culture ( K. Maramorosch ed.) Academic Press pp. 69-98.

50. Hsiung, N. and R. Kucherlapati, 1982, Detection of specific DNA sequences in somatic cell hybrids and DNA transfectants. In: Techniques in Somatic Cell Genetics (J. Shay ed.) Plenum Press, pp. 449-461.

51. Davies, R. L., S. Fuhrer-Krusi and R. Kucherlapati, 1984, High frequency alterations of transfected thymidine kinase gene expression are mediated by changes in chromatin structure. In: Gene Transfer and Cancer (M. Pearson and N. Sternberg eds.) Raven Press pp.

52. Gilboa, E., J. Park, M. Kolbe, S. Hwang, R. Kucherlapati, K. Noonan and H. Freeman, 1982, Transduction and expression of non-selectable genes using retrovirus derived vectors. In: Eukaryotic Viral Vectors (Y. Gluzman ed.) Cold Spring Harbor Press pp. 146-152.

53. Davies, R. L., 5. Fuhrer-Krusi and R. Kucherlapati, 1982, Modulation of transfected gene expression mediated by changes in chromatin structure. Cell 31: 521-529.

54. Gilboa, E., M. Kolbe, K. Noonan and R. Kucherlapati, 1982, Construction of a mammalian transducing vector from the genome of Moloney murine leukemia virus. J. Virol. 44: 845-851.

55. Hwang, S. P. and R. 5. Kucherlapati, 1983, Events preceding stable integration of SV40 genomes in a human cell line. Som. Cell Genet. 9: 457-468.

CGI 4935

56. Davies, R. L., D. B. Rifkin, R. Tepper, A. Miller and R. Kucherlapati, 1983, A polypeptide secreted by transformed cells modulates human plasminogen activator production. Science 221: 171-173.

57. Roginski, R., A. Skoultchi, P. Henthorn, O. Smithies, N. Hsiung and R. Kucherlapati, 1983, Coordinate modulation of transfected HSV thymidine kinase and human globin genes. Cell 35: 149-155.

58. Kucherlapati, R., 1984, Introduction of purified genes into mammalian cells. ASM News 50: 49-53.

59. Clough, D. W., B. 5. Morse, R. 5. Kucherlapati and R. L. Davidson, 1984, Insulin induced reactivation of an inactive herpes simplex thymidine kinase gene. Proc. Nat. Acad. Sci. 81: 838-842.

60. Kucherlapati, R., E. M. Eves, K. Y. Song, B. 5. Morse and O. Smithies, 1984, Homologous recombination between plasmids in mammalian cells can be enhanced by treatment of input DNA. Proc. Nat. Acad. Sci. 81: 3153-3157.

61. Kucherlapati, R. and A. I. Skoultchi, 1984, Introduction of purified genes into mammalian cells. CRC Revs. Biochem. 16: 349-379.

62. Kucherlapati, R., 1984, Transfer of purified genes into mammalian cells. Proc. XV Int. Congr. Genet. pp. 455-462.

63. Rauth, S. and R. S. Kucherlapati, 1984, Expression of DNA transferred into mammalian cells. J. Biosci. 6: 543-567.

64. Kucherlapati, R. S., D. Ayares, A. Hanneken, K. Noonan, S. Rauth, J. M. Spencer, L. Wallace and P. D. Moore, 1984, Homologous recombination in monkey cells and human cell-free extracts. Cold Spring Harbor Symp. Quant. Biol 49: 191-198.

65. Smithies, O., M. A. Koralewski, K. Y. Song and R. 5. Kucherlapati, 1984, Homologous recombination with DNA introduced into mammalian cells. Cold Spring Harbor Symp. Quant. Biol. 49: 161-170.

66. Kucherlapati, R. 5., J. Spencer and P. D. Moore, 1985, Homologous recombination catalyzed by human cell extracts. Mol. Cell Biol. 5: 714-720.

67. Kucherlapati, R., 1986, Gene Therapy. In: McGraw Hill Encyclopedia Yearbook. pp 72-79.

68. Ayares, D., J. Spencer, F. Schwartz, B. Morse and R. Kucherlapati, 1985, Homologous recombination between autonomously replicating plasmids in mammalian cells. Genetics 111: 375-388.

69. Smithies, O., R. G. Gregg, S. S. Boggs, M. A. Koralewski and R. S. Kucherlapati, 1985, Insertion of DNA sequences into the human

CGI 4936

chromosomal Beta globin locus by homologous recombination. Nature 317: 230-234.

70. Song, K. Y., L. Chekuri, S. Rauth, S. Ehrlich and R. Kucherlapati, 1985, Effect of double strand breaks on homologous recombination in mammalian cells and extracts. Mol. Cell. Biol. 5: 3331-3336.

71. Moore, P.D., K. Y. Song, L. Chekuri, L. Wallace and R. S. Kucherlapati, 1986, Homologous recombination in a chinese hamster X-ray sensitive mutant. Mut. Res. 160: 149-155.

72. Ayares, D., L. Chekuri, K. Y. Song and R. Kucherlapati,1986, Homology requirements for intermolecular recombination in mammalian cells. Proc. Nat. Acad. Sci. 83: 5199-5203.

73. Rauth, S., K. Y. Song, D. Ayares, L. Wallace, P. D. Moore and R. Kucherlapati, 1986, Transfection and homologous recombination involving single-stranded DNA substrates in mammalian cells and nuclear extracts. Proc. Nat. Acad. Sci. 83: 5587-5591.

74. Kucherlapati, R., 1986, Homologous recombination in mammalian somatic cells. In: Gene Transfer (R. Kucherlapati ed). Plenum Publishing Corp. NY. pp. 363-381.

75. Ayares, D., D. Ganea, L. Chekuri, C. R. Campbell and R. Kucherlapati, 1987, Repair of single-stranded DNA nicks, gaps and loops in mammalian cells. Mol. Cell. Biol. 7: 1656-1662.

76. Kucherlapati, R., 1987, Gene replacement by homologous recombination in mammalian cells. Som. Cell Mol. Genet. 13: 447-449.

77. Ganea, D., P. Moore, L. Chekuri and R. Kucherlapati, 1987, Characterization of an ATP dependent DNA strand transferase from human cells. Mol. Cell. Biol. 7: 3124-3130.

78. Song, K. Y., F. Schwartz, N. Maeda, 0. Smithies and R. Kucherlapati, 1987, Accurate modification of a chromosomal plasmid by homologous recombination in human cells. Proc. Nat. Acad. Sci. 84: 6820-6824.

79. Kucherlapati, R. and P.D. Moore, 1988, Biochemical aspects of recombination in mammalian somatic cells. In: Genetic Recombination (Ed: R. Kucherlapati and G.R. Smith) American Society for Microbiology. Washington D.C. pp 575-595.

80. Kucherlapati, R., 1989, Homologous recombination in mammalian somatic cells. Progr. Nucl. Acid. Res. Mol. Biol. in press.

81. Keown, W., C.R. Campbell and R.S. Kucherlapati, 1989, Methods for introducing DNA into mammalian cells. Methods in Enzymology. in press.

CGI 4937

82. Campbell, C.R., D. Ayares, K. Watkins, R. Wolski and R. Kucherlapati 1989, Single stranded DNA gaps, tails and loops are repaired in <u>Escherichia coli.</u> Mut. Res. in press.

83. Campbell, C.R., W. Keown, L. Lowe, D. Kirschling and R. Kucherlapati. Homologous recombination involving small single-stranded oligonucleotides in human cells. Submitted for publication.

84. Keown, W., C. Campbell, L. Lowe and R.S. Kucherlapati. Correction of insertions and deletions by homologous recombination in mammalian cells. Submitted for publication.

CGI 4938

# CURRICULUM VITAE

# ARTHUR I. SKOULTCHI

<u>Title:</u> Professor of Cell Biology

<u>Birth:</u> August 8, 1940, New York, N.Y.

<u>Education:</u>

> Princeton University, Princeton, New Jersey
> A.B. 1962                Major:        Physics
>
> Yale University, New Haven, Connecticut
> M.S. 1965
> Ph.D., 1969                Major:        Molecular Biophysics
> and Biochemistry
>
> Thesis:    Studies on Peptide Chain Elongation
>                 (Sponsor: Dr. Peter Lengyel)

<u>Professional Experience:</u>

NIH-USPHS Postdoctoral Fellow
Yale University, New Haven, Connecticut
October, 1969 - October, 1970
(Sponsor: Dr. Peter Lengyel)

Fellow of the Jane Coffin Childs Memorial Fund for Medical Research
Massachusetts Institute of Technology, Cambridge, Mass.
October, 1970 - December, 1972
(Sponsor: Dr. Paul Gross)

Special NIH Postdoctoral Fellow
Yale University, New Haven, Connecticut
December, 1972 - November, 1973
(Sponsor: Dr. Frank Ruddle)

Assistant Professor
Department of Cell Biology
Albert Einstein College of Medicine
Bronx, N.Y. 10461
November, 1973 - June 1978

CGI 4939

Associate Professor
Department of Cell Biology
Albert Einstein College of Medicine
~~Bronx, New York, 10461~~
July, 1978 - June, 1984


Professor
Department of Cell Biology
Albert Einstein College of Medicine
~~Bronx, New York 10461~~
July, 1984 - present

*Assistant Director
Cancer Research Center
Albert Einstein College of Medicine
July, 1988 - present.*

<u>Honors:</u>

| | |
|---|---|
| Princeton University Scholarship | (1958-1962) |
| NIH-USPHS Predoctoral Traineeship | (1963-1969) |
| NIH-USPHS Postdoctoral Fellowship | (1969-1970) |
| Fellow of the Jane Coffin Childs | |
|    Memorial Fund for Medical Research | (1970-1972) |
| Special NIH Postdoctoral Fellow | (1972-1973) |
| American Cancer Society Faculty | |
|    Research Award | (1974-1979) |
| Irma T. Hirschl Career Scientist | |
|    Award | (1979-1984) |

<u>Memberships:</u>
*Other Activities:*
Chairman, Scientific Advisory Committee Damon Runyon-Walter Winchell
Cancer
Fund ← *Editorial Board, Molecular and Cellular Biology*
Sigma Xi
American Society of Cell Biology

<u>Administrative</u> <u>Experience</u>

Graduate Student Adviser - Department of Cell Biology
Course Leader - Gene Expression in Animal Cells
Course Leader - AECOM Cell Biology Course at C.U.N.Y. Biomedical Program
*Course Leader - Medical Cell Biology*
<u>Major</u> <u>Research</u> <u>Interest</u>:

Molecular and Cell Biology
Control of Cellular Differentiation

CGI 4940

## Bibliography:

Skoultchi, A. and H.J. Morowitz (1964). Information storage and survival of biological systems at temperatures near absolute zero. The **Yale Journal** of Biology and Medicine 37: 158-163.

Skoultchi, A.,H. Moon, Y. Ono, and P. Lengyel (1968). **Studies on peptide** chain elongation with three amino acid polymerization factors. Fed. Proc. 27: 778.

Skoultchi, A., Y. Ono, H. Moon, and P. Lengyel (1968). On three complementary amino acid polymerization factors from <u>Bacillus</u> <u>stearothermophilus</u>: separation of a complex containing two of the factors, guanosine-5'-triphosphate and aminoacyl-transfer RNA. Proc. Nat. Acad. Sci. 60: 675-672.

Ono, Y., A. Skoultchi, A. Klein, and P. Lengyel (1968). Peptiae chain elongation: discrimination against initiator transfer RNA by microbial amino acid polymerization factors. Nature 220: 1304-1307.

Ono, Y., A. Skoultchi, J. Waterson, and P. Lengyel (1969). Peptide chain elongation: GTP cleavage catalyzed by factors binding aminoacyl-transfer RNA to the ribosome. Nature 222: 645-648.

Ono, Y., A. Skoultchi, J. Waterson, and P. Lengyel (1969). Stoichiometry of aminoacyl-transfer RNA binding and GTP cleavage during chain elongation and translocation . Nature 223: 697-701.

Skoultchi, A., Y. Ono, J. Waterson and P. Lengyel (1969). Peptide chain elongation. Cold Spring Harbor Symp. Quant. Biol. 34: 437-454.

Skoultchi, A., Y. Ono, J. Waterson, and P. Lengyel (1970). Peptide chain elongation V: indications for the binding of an amino acid polymerization factor-guanosine-5'-triphosphate-aminoacyl-transfer ribonucleic acid complex to the messenger-ribosome complex. Biochemistry 9: 508-514.

Pawelek, J., W. Godchaux, J. Grasso, A. Skoultchi, J. Eisenstadt, and P. Lengyel (1971). Occurrence of cysteinyl t-RNA with a blocked -amino group in rabbit reticulocytes. Biochimica et Biophysica. Acta. 232: 289-305.

Housman, D., B.G. Forget, A. Skoultchi, and E. Benz, Jr. (1973). Quantitative deficiency of chain-specific globin messenger ribonucleic acids in the thalassemia syndromes. Proc. Nat. Acad. Sci. 70: 1809-1813.

Skoultchi, A. and P.R. Gross (1973). Maternal histone messenger RNA: detection by molecular hybridization. Proc. Nat. Acad. Sci. 70: 2840-2844.

Gross, P.R., K.W. Gross, A.I. Skoultchi, and J.V. Ruderman (1973). Maternal mRNA and protein synthesis in the embryo. 6th Karolinska Symposium on Protein Synthesis in Reproductive Tissue, p. 1-15.

Forget, B.G., E.J. Benz, Jr., A. Skoultchi, C. Baglioni, and D. Housman (1974). Absence of messenger RNA for beta globin chain in -Thalassemia. Nature, 247: 379-381.

Forget, B.G., D. Baltimore, E.J. Benz, Jr., D. Housman, P. Lebowitz, C. Marotta, R.P. McCaffrey, A. Skoultchi, P.S. Swerdlow, I.M. Verma and S.M. Weissman (1974). Globin messenger RNA in thalassemia syndromes. Ann. N.Y Acad. Sci. 232: 76-87.

Housman, D., A. Skoultchi, G.B. Forget and E.J. Benz (1974). Use of globin cDNA as a hybridization probe for globin mRNA. Ann. N.Y. Acad. Sci. 241: 280.

Skoultchi, A. (1975). Use of globin complementary DNA in studies of globin genes and mRNA. Erythrocyte Structure and Function, Proceedings of the Third International Conference on Red Cell Metabolism and Function, ed. G.J. Brewer; A.R. Liss, Inc., New York pp. 121-138.

Conscience, J.F., F. Ruddle, A. Skoultchi, G. Darlington (1977). Somatic cell hybrids between Friend erythroleukemic cells and mouse hepatoma cells. Somatic Cell Genetics 3: 157.

Aisen, P., A. Leibman, H. Hu, A. Skoultchi (1977). Studies of transferrin receptors of erythroid cells. In: Proteins of Iron Metabolism, ed. E. Brown et al., Gruen and Stratton, pp. 281-291.

Luftig, R.B., J.F. Conscience, A. Skoultchi, P. McMillian, M.Revel and F. Ruddle (1977). Effect of interferon on DMSO-stimulatd Friend erythroleukemic cells. J. Virology 23: 799.

Hu, H.Y., J. Gardner, P. Aisen and A. Skoultchi (1977). Inducibility of tr~nsferrin receptors on Friend erythroleukemic cells. Science 197: 559.

Strair, R., A. Skoultchi and D. Shafritz (1977). A characterization of globin mRNA sequences in the nucleus of duck immature red blood cells. Cell 12: 131.

Benoff, S. and A. Skoultchi (1977). Control of hemoglobin production in somatic hybrids of mouse erythroleukemic cells and mouse lymphoma or bone marrow cells. I. Evidence for control mediated by an X-linked locus. Cell 12: 263.

Benoff-Rind, S., S. Bruce and A. Skoultchi (1977). Negative control of heme biosynthesis and hemoglobin production in somatic cell hybrids. Genetics 86: 5.

CGI 4942