GMS (MASTER)



# CELL GENESYS, INC.

**BUSINESS PLAN**

SEPTEMBER 20, 1989

# DRAFT

CGI 4965

CONFIDENTIAL

## TABLE OF CONTENTS

1.    **Executive  Summary**                                                    Page

         The Business.............................................................................1
         Technology................................................................................5
         Market  Opportunities.............................................................8
         Company  Creation .................................................................11
         Funds Sought ...........................................................................12


2.    **Business Plan**

         Overview...................................................................................14
         Project Plans.............................................................................15
         Research Collaborations..........................................................36
         Management and Employees...................................................41
         Patent Strategy.........................................................................44
         Regulatory Strategy .................................................................46
         Financial Strategy ....................................................................48


3.    **Appendices**                                                          *Pages*

         Facilities Plan
         Technology  Overview
         Resumes
         Glossary

*take out - make separate book.*
*scientists + SAB members.*

*REMOVE*

## SOURCES OF NUMERICAL DATA

Unless otherwise noted, all numerical data in this Plan is based on Savage-Thompson Management/Mayfield Fund analysis of data from a variety of published and unpublished sources. Examples include:  Science, Nature, Survey of Opthalmology, The New England Journal of Medicine, U.S. census data and expert interviews.

*9/22/89*



EXECUTIVE

SUMMARY

9/22/89

CGI 4967



CGI 4968

# EXECUTIVE SUMMARY

## THE BUSINESS

Cell Genesys, Inc. will become a fully-integrated biopharmaceutical company that develops novel classes of products for treatment of human disease based upon the cell engineering technology of Homologous Recombination.

Cell Genesys intends to be the ~~world's~~ leading company in the development and application of Homologous Recombination. The Company is recruiting a team of outstanding scientists who have the capability to achieve rapid scientific success. Cell Genesys ~~expects to~~ _will_ attract the best scientists in the field of genetic engineering, growing to become a leader in the biopharmaceutical industry.

The commercial development of Homologous Recombination by Cell Genesys is particularly timely. The techniques involved have been developed over the past several years and two members of the Scientific Advisory Board have played a key role in this process (referenced in the Technology Overview Appendix). Homologous Recombination technology is just reaching the point where it has significant commercial potential. This represents an exciting opportunity for the founders of and investors in Cell Genesys.

Cell Genesys has developed three major projects that will lead to the company's first products:

STRATEGY –
THE BUSINESS
Why 3 Projects

Unifying
Science
=> one company

■ **Production of Therapeutic Proteins** - development of a technique to produce already approved therapeutic proteins without infringing on existing patents.

■ **Human Monoclonal Antibodies** - development of strains of mice capable of producing fully human monoclonal antibodies.

Strategy of Three.

■ **Universal Retinal Transplants** - development of a new therapy to prevent blindness caused by macular degeneration.

Each of these projects is described in detail in the Cell Genesys Business Plan. A summary of each follows.

9/22/89

CGI 4969

2

CONFIDENTIAL

## SUMMARY OF PROJECTS

### Production of Therapeutic Proteins ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Purpose:                    Production of ~~approved~~ therapeutic proteins without infringing upon existing patents.

Market Opportunity:         The total sales of therapeutic proteins currently approved in the U.S. is estimated to be $730 million in 1988.

Opportunity Development:    Basic genetic modification completed by the end of 1990. Production methodologies will be sold to corporate partners. Royalty payments from product sales expected by late 1994.

### Human Monoclonal Antibodies ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Purpose:                    Creation of chimeric mice capable of producing fully human monoclonal antibodies.

Market Opportunity:         The market for monoclonal antibodies is projected to be $3.5 billion in 1995.

Opportunity Development:    Development of a strain of mice which demonstrates the feasibility of this project to be completed by the end of 1991. Mice capable of producing fully human monoclonal antibodies to be developed by 1993. Antibodies first developed with corporate partners and later by CG. Product sales begin at the end of 1996.

### Universal Retinal Transplants ▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Purpose:                    Development of a treatment for Age-related Macular Degeneration, a potentially blinding disease.

Market Opportunity:         The target worldwide market for treatment with Universal Retinal Transplants is $1 billion. Total worldwide market potential exceeds $5 billion.

Opportunity Development:    Research agreements established with Dr. Robert Nussenblatt at the National Eye Institute ~~(part of~~ at the National Institutes of Health. ~~NIH).~~ Basic research expected to be completed by mid-1991. IND projected to be filed in 1992. Product sales of $5 million expected in 1996.

9/22/89

CGI 4970

CONFIDENTIAL

3

## RESEARCH COLLABORATIONS

In addition to its lead projects, Cell Genesys is developing collaborative agreements with leading researchers in the fields of Muscular Dystrophy and Bone Marrow Stem Cells. The Company will have rights to license technology developed through these collaborations in order to develop future products.

## CRITICAL TASKS COMPLETED

Prior to this financing, the scientific founders and Mayfield Fund have sought to challenge the assumptions and concepts thought to underpin any commercial application of HR. Input from the scientific and medical community has been used to refine and focus the efforts of the company. Critical tasks completed are outlined below:

### STATUS OF CRITICAL TASKS

| Critical Task | Status |
|---|---|
| Project Selection and Planning | Potential applications reviewed and areas of initial focus defined. |
| Recruitment of Key Staff | Core management and scientific team established. |
| Lease Facilities and Equipment | In-house operations commenced. |
| Establishment of Advisory Boards and Research Collaborations | Key institutional affiliations developed. |
| Patent Strategy Development | Key applications in process or filed. |
| Regulatory Environment Evaluation | Strategy to work with the FDA and other regulatory agencies established. |
| Business Plan Production | Thorough documentation of the Company completed. |

9/22/89

CGI 4971

CONFIDENTIAL

4

# HOMOLOGOUS RECOMBINATION: TECHNOLOGY AND APPLICATIONS



Shading

Revise

9/22/89

CGI 4972

## TECHNOLOGY

The business plan of Cell Genesys is based upon the use of a novel technology, that of gene replacement or gene targeting in somatic mammalian cells by using procedures that take advantage of Homologous Recombination. The use of these Homologous Recombination procedures is so unique that Cell Genesys is in an excellent position to become the premier company applying this technology to developing products with large markets.

Homologous Recombination (HR) is a powerful genetic engineering methodology for precisely modifying genes in human cells. Recent developments in this technology have been pioneered by the founders of Cell Genesys. HR is the most precise method currently known for modifying genetic information.

Homologous Recombination has broad application in many different areas, as shown in the facing exhibit. Cell Genesys will focus its efforts on cell and protein-based human therapeutic products.

Within the human therapeutic area, HR has greater breadth of application than existing techniques of gene modification such as retroviral vectors. Cell Genesys has the capability to insert, replace or inactivate genes in cells without affecting other genes. This technology can therefore be used, amongst other applications, to correct the mutations associated with human genetic diseases.

   **Gene Insertion**: Genetic information can be inserted into cells at precisely defined locations in order to change or enhance their function. Cell Genesys will use the technique to insert genes responsible for production of therapeutic proteins into mammalian cells.

   **Gene Replacement**: HR can be used to replace sections of the cell's chromosome. Gene Replacement techniques will be used by Cell Genesys to develop strains of mice capable of producing fully human monoclonal antibodies.

   **Gene Inactivation**: Homologous Recombination can be used to inactivate specific genes. Initially, Cell Genesys will use this technique to inactivate genes to reduce or eliminate tissue rejection. As a result, the company will be able to develop universal cell grafts that can be used in any patient.

9/22/89

CGI 4973

CONFIDENTIAL

## COMPARISON OF GENE MODIFICATION TECHNIQUES

| Characteristic | Gene Modification Technique | | |
|---|---|---|---|
| | HR | Retrovirus | Antisense |
| **Gene Correction** | Yes | No | No |
| **Targeted Modification** | Yes | No | No |
| **Gene Inactivation** | Yes | Rare | Yes |
| **Efficiency of Gene Introduction** | Good | Excellent | Good |
| **Regulated Expression** | Yes | No | No |
| **True Gene Replacement** | Yes | No | No |
| **Treatment of Genetic Diseases** | Yes | Yes | No |
| **Treatment of Infectious Diseases** | ? | No | Yes |
| **Future Commercial Potential** | High | Low | ? |

Gene Replacement cannot be performed with any known cell engineering technique except Homologous Recombination. Cell Genesys is currently unique in its level of expertise in Homologous Recombination, and is devoting all its efforts to the development of this technology.

Homologous Recombination has a number of advantages over other methods of gene transfer that make it more suitable for the development of unique, commercially significant products. Genetic information can be introduced into mammalian cells by a number of methods. It can be directly introduced by microinjection; it can be complexed with chemical agents such as calcium phosphate, which is taken up efficiently by cells; or it can be packaged into RNA or DNA viral envelopes which can be used to efficiently infect mammalian cells. Though these methods are quite efficient, it is not possible to control the sites at which this exogenously introduced genetic information becomes incorporated or integrated into the cellular DNA. Such random insertion of DNA is known to have profoundly adverse effects on the properly regulated expression of the

9/22/89

CGI 4974

CONFIDENTIAL                                                                                    **7**

introduced genes.  In some instances (e.g., retroviral mediated gene transfer), it is possible to inactivate important genes, resulting in cell death or activation of oncogenes, which might lead to unlimited growth of the cells or cancer. Homologous recombination, on the other hand, is a normal cellular process, which when properly utilized≤ results in gene modification in a predetermined way (as simple a change as a single base alteration is possible).  There are absolutely no adverse effects on normal cell growth, proliferation, or regulation of gene expression that result from modifications made using Homologous Recombination.

During the past few years a number of advances in Homologous Recombination techniques have been made.  These advances now make it possible to modify any gene in the mammalian genome, in a predetermined way, at extremely high efficiencies.  These techniques are so powerful and widely useful that they are expected to revolutionize the way mammalian cells are manipulated.

Cell Genesys believes that Homologous Recombination is superior to all other gene modification techniques.  The company intends to use its proprietary technology to develop a leadership position in this field, developing novel therapeutics based upon insertion, replacement and inactivation of genes.

9/22/89

CGI 4975

CONFIDENTIAL

## MARKET OPPORTUNITIES

The technology being developed by Cell Genesys has exceptionally broad application. The company has identified substantial market opportunity in three distinct areas:

1.  Production of Therapeutic Proteins
2.  Production of Human Monoclonal Antibodies
3.  Development of Universal Retinal Transplants

Each of these is described in more detail in the following section.

### Production of Therapeutic Proteins

By inserting specific genetic regulatory elements into mammalian cells, Cell Genesys has the capability to develop systems for *in vitro* production of human proteins. CG processes will be designed to produce FDA approved therapeutic proteins without infringing upon existing DNA patents.

The market for therapeutic proteins is substantial - $730 million in 1988, with an estimated potential for the nine products already approved of $1.8 billion. Cell Genesys has conducted patent searches on several approved therapeutic proteins. The company has been advised by legal counsel that it will be able to produce these proteins using Homologous Recombination without violating any existing patent.

### Human Monoclonal Antibodies

Cell Genesys will make use of Homologous Recombination and Gene Replacement techniques to create unique strains of mice capable of producing fully human monoclonal antibodies (MAbs) to any administered antigen. The availability of human, instead of mouse, MAbs promises to greatly reduce the incidence of adverse immune responses in patients, thereby increasing the attractiveness of MAb-based therapeutic agents. This is important because, in the absence of an immune response, the ability of MAbs to latch onto particular target proteins in the body make them attractive vehicles for therapeutics designed to fight cancer, infection, heart disease, transplant rejection and other significant ailments. The market for MAb-based therapeutic drugs is estimated to be $3.5 billion in 1995.

CGI 4976

## Universal Retinal Transplants

The concept underpinning this product is the production of "living grafts" that can be used in any patient. This will be achieved by using HR to inactivate the genes that play a key role in transplant rejection. The company will thereby create a Universal Donor tissue.

Universal Retinal Transplants to treat Macular Degeneration will be Cell Genesys' first Universal Donor product. Macular Degeneration is caused by retinal cells losing their ability to remove waste products from the eye. By replacing nonfunctioning retinal cells with normally functioning Universal Donor retinal cells, further damage to the eye may be halted. Macular Degeneration is currently the leading cause of blindness in the over 51 age group and is incurable. There are over 3 million patients in the U.S. alone. The target market for Universal Donor Retinal Transplants is estimated at $1.0 billion worldwide.

## FUTURE POTENTIAL

Each of the Cell Genesys lead projects has considerable scope for expansion.

## Universal Retinal Transplants

The technology used here can be expanded to create a whole range of Universal Donor Tissues to treat diseases where some form of cell therapy is indicated. Examples include:

Universal Fibroblast Transplants: nerve growth factor producing fibroblasts to treat Alzheimer's disease.

Universal Myoblast Transplants: dystrophin positive myoblasts to treat Duchenne Muscular Dystrophy.

Universal Skin Transplants: heterologous donor skin to treat severe burn patients.

As the concepts of cellular therapy and Universal Donor tissue gain broader acceptance, clinical research is likely to generate expanded opportunities for Cell Genesys.

9/22/89

CGI 4977

**CONFIDENTIAL**

## Human Monoclonal Antibodies

In the future, Cell Genesys may develop additional strains of mice capable of producing enhanced MAbs that have greater specificity than a human MAb, or multiple functionality. Availability of a mouse based production system for these new MAbs will reinforce Cell Genesys' position as a leader in advanced MAb development.

## Production of Therapeutic Proteins

An important future market opportunity lies in confirming CG's experience in cellular therapy with its protein production capability to design cell-based *in vivo* drug delivery systems.   Currently, therapeutic proteins are administered by injection.   Universal donor cells that release the desired protein in a controlled manner and do not result in transplant rejection could be transplanted to create an *in vivo* drug delivery system.   This would represent a major advance in drug therapy and has market potential in excess of $1 billion.

CGI 4978

## COMPANY CREATION

Cell Genesys was conceived by four scientists who have collaborated together for many years - Raju Kucherlapati, Art Skoultchi, Bob Tepper and Oliver Smithies. The group bring to the company extensive experience in recombinant DNA technology and cell biology, a pioneering position in Homologous Recombination and a strong expertise in clinical medicine. The scientists have worked closely over the last year with Mark Levin, a consulting partner with Mayfield Fund. Mr. Levin has extensive management experience in the biopharmaceutical industry.

**Dr. Kucherlapati (Founder)** is currently Chairman of Molecular Genetics at Albert Einstein College of Medicine. His interest in gene transfer mechanisms dates from 1972 when he began his postdoctoral work with Frank Ruddle at Yale University. Following this, Dr. Kucherlapati became an Assistant Professor at Princeton University in the Department of Biochemical Sciences in 1975. In 1982, Dr. Kucherlapati moved to the University of Illinois as Professor of Genetics. He has since developed techniques to take advantage of the naturally occurring process of Homologous Recombination to insert and delete genes in mammalian cells. Dr. Kucherlapati is one of the world's leading experts on HR.

**Mr. Levin (Founder)** is Chief Executive Officer of Cell Genesys and a consulting partner with Mayfield Fund. Previously, he held a number of senior management positions at Genentech. These included Project Leader for AIDS vaccine, Relaxin and TGF-B. Mr. Levin was responsible for all aspects of research, process development, immunology, toxicology, analytical chemistry, manufacturing, Q.C., Q.A., regulatory, marketing and clinical evaluation. Mr. Levin successfully evaluated all three programs as research projects, organized development teams and initiated work on IND applications.

**Dr. Skoultchi (Founder)** is Professor of Cell Biology at Albert Einstein College of Medicine. His major research interest is the use of molecular biology and gene transfer to understand genetic control of cellular differentiation. Recently, Dr. Skoultchi has used procedures involving Homologous Recombination to achieve high-level regulated expression of genes in mammalian cells. Dr. Skoultchi also brings to Cell Genesys his experience as a founder and member of the Scientific Advisory Board of Integrated Genetics, a Boston-based biotechnology company. Dr. Skoultchi joined the faculty of Albert Einstein College of Medicine after postdoctoral work at MIT and Yale University.

**Dr. Tepper (Founder)** is a staff physician in the division of Hematology-Oncology of the Department of Medicine at the Massachusetts General Hospital in Boston. He is also an Instructor of Medicine at the Harvard Medical School. Dr. Tepper is currently involved in clinical medicine and research studying biological agents with anti-tumor and immunomodulatory activities *in vivo*.

9/22/89

12                                                         **CONFIDENTIAL**

**Dr. Smithies (Chief Scientific Advisor)** is currently Professor of Genetics at the University of North Carolina. He has been involved in several major scientific breakthroughs, including Homologous Recombination. He is currently one of the leading authorities in the world on this topic. His recent work has been directed towards the targeted modification of specific genes in living cells. Dr. Smithies' honors include membership of the National Academy of Science, Marker Scholar and Fellow of the American Association for the Advancement of Science.

In addition to this group, Mayfield Fund, a venture capital firm based in Menlo Park, California, has played an active role in the development of the company. Mayfield has extensive experience in managing and fostering the growth of significant technology-based companies.

**A. Grant Heidrich, III**, a General Partner of Mayfield Fund, is Chairman of the Board of Cell Genesys, Inc. Mr. Heidrich has extensive board level experience with high-growth technology based companies. Included amongst his current directorships are Adept Technology, InSite Vision and MIPS Computer Systems.

→ Kurt/George/Andy

## FUNDS SOUGHT

Cell Genesys is seeking to raise $5.0 million in equity financing in the first half of 1989. It is expected that this money will fund the next 18 months of the company's growth and enable significant milestones to be reached, as outlined below:

**Milestones to be Reached in 18 Months**

Production of Therapeutic Proteins:
- Production methodology for first therapeutic protein developed.
- First therapeutic protein licensed to corporate partner.

Human Monoclonal Antibodies:
- Key steps in replacement of mouse antibody gene with human counterparts completed.
- Development of chimeric mouse line substantially complete.

Universal Retinal Transplants:
- Inactivation of MHCI completed.
- Inactivation of MHCII nearing completion.
- Transplantation of engineered cells into rats and primates.

CGI 4980

9/22/89

CONFIDENTIAL



# BUSINESS

# PLAN

9/22/89

CGI 4981

CONFIDENTIAL

**14**

## OVERVIEW

The Cell Genesys business plan is based around three project plans and two research collaborations which form the focus of the company's initial work. Additional sections are included on the company's management, patent, regulatory and financial strategies.

### Project Selection

Three main projects have been selected:

- Production of Therapeutic Proteins
- Production of Human Monoclonal Antibodies
- Universal Retinal Transplants

Each of these is described in detail in the project plans which follow. In addition, two research collaborations are outlined:

- Duchenne Muscular Dystrophy
- Bone Marrow Stem Cells

In developing the business plan and selecting core projects, seven criteria were used to evaluate proposals.

### PROJECT SELECTION CRITERIA

| Criterion | Description |
|---|---|
| Technical Feasibility | Scientific risks well defined. |
| Market Size/Potential | Clear clinical need, little market development needed. |
| Uniqueness of HR Approach | HR the dominant technology in developing a viable therapy. |
| Development Time | Time required to develop products as short as possible. |
| Portfolio Fit | Each project independent but complementary. |
| FDA Requirements | Approval of products as straightforward as possible. |
| Diversification of Risk | Mix of scientific, clinical and commercial risk in portfolio of projects. |

9/22/89

CGI 4982

CONFIDENTIAL

15



9/22/89

CGI 4983

# PRODUCTION OF THERAPEUTIC PROTEINS

## PURPOSE

| | |
|---|---|
| **Scientific Purpose** | Use Homologous Recombination to produce therapeutic human proteins without infringing on existing patents. |
| **Commercial Purpose** | To sell rights to Cell Genesys' production methodologies for specific therapeutic proteins of proven application to established companies interested in becoming a second player in a major market. |
| **Strategic Purpose** | To prove HR technology in a relatively straight-forward application and generate substantial revenue for the company in four years. |

## MARKET OPPORTUNITY

### Current Products

There are currently two human proteins approved for therapeutic applications in the United States that are attractive candidates for production using Cell Genesys' production methodology - erythropoietin and TPA. Sales of these products were estimated to be $300 million in 1988. The potential market for these products, based upon their approval in a wider variety of applications, is estimated to be as high as $1.125 billion.

Therapeutic proteins still subject to approval in the United States that could also be produced using Cell Genesys technique include Factor VIIIC (treatment of hemophilia) Granulocyte Macrophage Colony Stimulating Factor, GMCSF (treatment of bone marrow transplant patients) and interleukins (treatment of cancer). In each case market potential is substantial.

CONFIDENTIAL                                                                    17

## Estimated Market Potential Of Therapeutic Proteins
## That Could Be Produced By Cell Genesys

| Protein | Estimated Market Potential ($ millions) |
|---|---|
| TPA | $ 800 |
| Erythropoietin | 325 |
| Factor VIIIC | 155 |
| Granulocyte Macrophage Colony Stimulating Factor GMCSF (GM-CSF) | 250 |
| Interleukin 2 | 400 |
| Granulocyte-Colony Stimulating Factor (GCSF) (G-CSF) | 150 |
| Macrophage Colony Stimulating Factor (M-CSF) | $ 100 |

## Cell Genesys Opportunity

Cell Genesys has developed a technique for engineering mammalian cell lines to produce therapeutic human proteins in significant quantities. This technique sidesteps existing process patents and is itself being patented by Cell Genesys. It provides an opportunity for a second player to enter an already existing market.

## Legal Issues

Cell Genesys believes that a number of existing proteins can be produced using the company's proprietary method and without infringing on existing patents. Cell Genesys has examined the patent position of Erythropoietin and TPA and is currently deciding which to target as the initial company product in this area. The patent attorney advising Cell Genesys on these matters is Dr. Bertram Rowland of Leydig, Voit & Mayer.

## OPPORTUNITY DEVELOPMENT

## Product Selection

Following the patent screen, initial product selection will be based on estimates of the probability of achieving satisfactory levels of protein expression in the engineered cell line, current market size and future market potential. It is expected that production systems for other proteins will follow the initial effort.

9/22/89

CGI 4985

**CONFIDENTIAL**

**Patents**

Cell Genesys has applied for a patent for its technique of producing human proteins using engineered mammalian cell lines, created using Homologous Recombination. In addition, the company will file additional patents to cover the production of specific proteins using this technique wherever this is possible.

**Sale of Products**

Cell Genesys expects to identify companies interested in ~~purchasing the market rights to~~ *developing the market potential of* its human proteins relatively quickly. ~~Purchasers~~ *Corporate Partners.* will be expected to fund research costs and make benchmark payments. In addition, Cell Genesys will receive a royalty on subsequent sales of its proteins.

CGI 4986

9/22/89

**CONFIDENTIAL**                                                                    **19**

## PRODUCTION OF THERAPEUTIC PROTEINS PROJECT TIMELINE



| Activity | 1989 | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 |
|---|---|---|---|---|---|---|---|---|
| Patent Searches | | | | | | | | |
| **Protein 1** | | | | | | | | |
| Establishment of Cell Lines | | | | | | | | |
| Prepare DNA Vectors | | | | | | | | |
| Isolation of Characterization of Primary Recipients | | | | | | | | |
| Isolation of Characterization of Secondary Recipients | | | | | | | | |
| FDA Approval Cycle | | | | | | | | |
| Product Sales | | | | | | | | |
| **Protein 2** | | | | | | | | |
| CG Development | | | | | | | | |
| FDA Approval Cycle | | | | | | | | |
| Product Sales | | | | | | | | |
| **Protein 3** | | | | | | | | |
| CG Development | | | | | | | | |
| FDA Approval Cycle | | | | | | | | |
| Product Sales | | | | | | | | |
| Identification of ~~Purchasers~~ Corporate Partners | | | | | | | | |

9/22/89

CGI 4987

CONFIDENTIAL

# PRODUCTION OF THERAPEUTIC PROTEINS KEY TASKS AND MILESTONES

| Key Task | Description |
|---|---|
| Complete Patent Searches on Therapeutic Proteins | Cell Genesys examines the patent position on all human proteins thought to have significant therapeutic potential to determine whether it can establish a proprietary position of its own. Where possible, the company will make its own patent application. |
| Establishment of Cell Lines | Previously characterized human diploid skin fibroblasts are obtained and propagated. These cells are used as primary recipients for the amplification vector which is inserted at a site allowing for expression of the desired product. Secondary vector recipients will be the Chinese Hamster Ovary cell line (CHO). |
| Prepare DNA Vectors | The amplification vector is constructed using well-understood techniques. |
| Isolation and Characertization of Primary Recipients | DNA preparations of the amplification vector are isolated and introduced into human diploid fibroblasts by microinjection. Cells demonstrating integration of the vector in sites flanking the target gene are then used as a source of genetic material for preparation of secondary recipients. |
| Isolation and Characterization of Secondary Recipients | Very high molecular weight DNA (greater than 50kb) or metaphase chromosomes are prepared from a primary recipient cell strain that has appropriate integration of the amplification vector. The material will be subsequently introduced into CHO cells by calcium phosphate mediated gene transfer. The cells will then be grown and selected for production of the therapeutic protein of interest. |
| Identification of ~~Purchasers~~ Corporate Partners | Cell Genesys will identify a company that wishes to buy rights to the targeted protein as soon as possible. Additional purchasers will be identified for subsequent products. |
| FDA Approval Cycle | The company purchasing rights to the Cell Genesys production technique for the targeted protein will be expected to manage the development of the product through IND to NDA. Because the targeted protein is already approved for therapeutic use, it is anticipated that the Cell Genesys product will be approved in 18 to 24 months. |
| Product Sales | The protein produced using the Cell Genesys technique is expected to be sold for the first time in ~~1992~~. Sales of the second and third products are expected in ~~1993 and~~ 1994, respectively. |

1994

~~1993~~1994    ~~1993~~1994

Double Check
These.

9/22/89

CONFIDENTIAL                                                              **21**

### Estimated Resource Requirements and Anticipated Revenues

It is anticipated that Cell Genesys will hire three scientists to work on the production of human proteins in 1989.  This will rise to five in 1990 and reach ten in 1991.  Additional details are given in the Financial Strategy section of this business plan.

The company expects to negotiate contracts to develop each therapeutic protein whereby research and development costs are reimbursed and benchmark payments are made.

9/22/89

CGI 4989

## HUMAN MONOCLONAL ANTIBODIES

### PURPOSE

| | |
|---|---|
| Scientific Purpose | Use Homologous Recombination to create strains of chimeric mice capable of producing completely human monoclonal antibodies (MAbs) to any desired antigen. |
| Commercial Purpose | Provide developers of therapeutic MAbs with fully human MAbs. Later, develop therapeutic MAbs which are proprietary to CG. |
| Strategic Purpose | Establish a second Cell Genesys line of business based upon clear and sustainable technology-based competitive advantage. |

### MARKET OPPORTUNITY

#### Monoclonal Antibodies

Monoclonal Antibodies (MAbs) are proteins produced by the immune system to inactivate certain types of foreign material. Commercial interest in MAbs stems from their highly specific binding properties. These properties permit the development of antibodies that target particular cells or proteins. Imaging or therapeutic agents, such as anti-cancer drugs, can ride an MAb to a particular cellular target with high specificity.

#### Current Technology

MAb products are most commonly of mouse origin and are widely used for *in vitro* diagnostic testing. However, *in vivo* applications of murine MAbs are limited by the antigenicity of the antibody itself. The recipient's immune system often regards the mouse antibody as foreign and manufactures new anti - antibodies to neutralize the intruder, particularly when repeated doses are administered. Less antigenic chimeric antibodies (mouse/human hybrids) have been created by non-homologous recombinant techniques and hold greater promise for *in vivo* diagnostic and therapeutic use. However, even such near human antibodies are likely to prove too antigenic for *in vivo* uses where the treatment regimen calls for multiple dosing over extended periods of time.

Human monoclonal antibodies offer several potential advantages over murine MAbs. First, human MAbs are thought to be more effective and should not induce an immune response when administered *in vivo*. Second, they may interact with important determinants not readily recognized by MAbs of mouse

9/22/89

CGI 4990

origin. Finally, where MAbs are used to identify and purify candidate antigens for vaccines, murine MAbs may not recognize structures that would prove effective in inducing immunization in humans.

There is as yet no satisfactory method for producing human MAbs in commercially useful quantities.

## CG Opportunity

Completely human monoclonal antibodies offer the potential to deliver bound imaging or therapeutic agents to specific antigenic targets, such as tumor cells, with greatly reduced risk of inactivation or allergic response. Such fully human MAbs may prove especially effective in treating cancer, infectious disease, cardiovascular ailments and transplant rejection. Inherent advantages are likely wherever multiple dosing is required.

## Market Structure

The monoclonal antibody market can be divided into *in vivo* and *in vitro* segments. Both segments contain diagnostic and therapeutic subgroups that in turn encompass a number of specific application markets. The largest clinical application markets are: cancer, cardiovascular disease, infectious disease and transplant rejection.

## CG Focus: *In Vivo* Therapeutic MAbs

The company intends to focus its internal development program on markets where human MAb availability offers the potential for clear advantage over competing products. The *in vivo* segment is the obvious first choice since immunization is not a risk faced by *in vitro* products. Therapeutics are more appealing than diagnostics for several reasons. These include the greater need for novel therapeutics, higher immunization risk due to multiple dosing and larger potential markets. The criteria possessed by the ideal therapeutic application area are: a large market, rapid pace of discovery of target antigens for MAb therapy, and likely necessity of multiple doses of an MAb product. The company will finance the development of human MAbs by licensing some areas while retaining rights to others. This development strategy is discussed in greater detail in the Opportunity Development section of this Project Plan.

## Market Size

A large number of pipeline products and aggressive development by a number of major pharmaceutical companies lie behind analyst estimates of a 1995 market of approximately $3.5 billion. Application markets are broken down in the following table:

9/22/89

CGI 4991

## MONOCLONAL ANTIBODIES: MARKET SIZE ESTIMATES

| Application Area | 1995 Market ($ Millions) |
|---|---|
| Cancer | 2,830 |
| Infectious Disease | 250 |
| ~~Cardiovascular~~ *xomazyme H65* | ~~225~~ |
| Transplantation *GVHD H65* | 90 |
| Miscellaneous *RA* | 105 |
| TOTAL | 3,500 |

Source:  Find/SVP

The market for cancer therapeutics is actually made up of many distinct disease markets that are broken out below:

## CANCER MAbs: MARKET SIZE ESTIMATES

| Market Segments | 1995 # Patients (Thousands) | 1995 MAb Market ($Millions) |
|---|---|---|
| Lung | 304 | 970 |
| Colon | 250 | 600 |
| Breast | 22 | 480 |
| Leukemia | 46 | 120 |
| Pancreas | 44 | 110 |
| Ovary | 42 | 110 |
| Lymphoma | 32 | 110 |
| Bladder | 27 | 90 |
| Gastrointestinal | 30 | 85 |
| Kidney | 18 | 65 |
| Skin(melanoma) *xomazyme-mel* | 27 | 65 |
| Miscellaneous | 25 | 25 |
| TOTAL | | 2830 |

Source:  Find/SVP

**Potential Partners**

There is currently great interest in the development of therapeutic MAbs.  The following table breaks down company involvement by disease type.

*Confusing order of tables*

9/22/89

CGI 4992

**CONFIDENTIAL**                                                                    25

## Major Companies Developing *In Vivo* Therapeutic MAbs

| Clinical Application Market | Developers of MAb-Based Agents |
|---|---|
| **Cancer** | Bristol-Myers; Eli Lilly; Boehringer-Mannheim; Johnson & Johnson |
| **Infectious Disease** | Merck; Bayer; Burroughs-Wellcome; DuPont; Bristol-Myers |
| **Cardiovascular** | Genentech |
| **Transplantation** | Johnson & Johnson; Burroughs-Wellcome |

X Source: Find/SVP

It is anticipated that Cell Genesys will be able to develop partnerships with companies already competing in this field based upon the strength of its technology.

## OPPORTUNITY DEVELOPMENT

### Product Sales

The company will finance the human MAb project by licensing rights to certain disease states or application areas to one or more corporate partners. The cancer area is particularly attractive for licensing opportunities due to its size, fragmentation and the high degree of interest shown by major pharmaceutical companies. Upon development of mice capable of producing human MAbs, CG will begin in-house development of human MAbs targeted at attractive clinical areas where the company retains full rights.

Following completion of this project, research attention will turn to development of "enhanced" human MAbs. These antibodies offer the promise of even greater specificity than normal human MAbs while continuing to be accepted by patient immune systems. Cell Genesys projected headcount numbers, detailed in the Financial Strategy section, reflect the company's continuing commitment to MAb research and development in the longer term.

### Product Development

Cell Genesys has developed a method for creating a strain of mice capable of producing fully human monoclonal antibodies against any chosen antigen. The process entails using Homologous Recombination to precisely replace mouse

9/22/89

CGI 4993

CONFIDENTIAL

DNA coding for antibody production with the human equivalent in the mouse embryonic stem cell. Resulting chimeric mice should be capable of producing completely human antibodies in response to antigenic challenge.

Commercial quantities of resulting MAbs of interest will be produced by conventional murine hybridoma techniques using B lymphocytes isolated from the engineered mouse strain. The Company envisions following human MAb development with the creation of mouse strains capable of producing enhanced MAbs that promise greater specificity than normal human antibody products.

CGI 4994

9/22/89