Gross, P.R., K.W. Gross, A.I. Skoultchi, and J.V. Ruderman (1973). Maternal mRNA and protein synthesis in the embryo. 6th Karolinska Symposium on Protein Synthesis in Reproductive Tissue, p. 1-15.

Forget, B.G., E.J. Benz, Jr., A. Skoultchi, C. Baglioni, and D. Housman (1974). Absence of messenger RNA for beta globin chain in -Thalassemia. Nature, 247: 379-381.

Forget, B.G., D. Baltimore, E.J. Benz, Jr., D. Housman, P. Lebowitz, C. Marotta, R.P. McCaffrey, A. Skoultchi, P.S. Swerdlow, I.M. Verma and S.M. Weissman (1974). Globin messenger RNA in thalassemia syndromes. Ann. N.Y Acad. Sci. 232: 76-87.

Housman, D., A. Skoultchi, G.B. Forget and E.J. Benz (1974). Use of globin cDNA as a hybridization probe for globin mRNA. Ann. N.Y. Acad. Sci. 241: 280.

Skoultchi, A. (1975). Use of globin complementary DNA in studies of globin genes and mRNA. Erythrocyte Structure and Function, Proceedings of the Third International Conference on Red Cell Metabolism and Function, ed. G.J. Brewer; A.R. Liss, Inc., New York pp. 121-138.

Conscience, J.F., F. Ruddle, A. Skoultchi, G. Darlington (1977). Somatic cell hybrids between Friend erythroleukemic cells and mouse hepatoma cells. Somatic Cell Genetics 3: 157.

Aisen, P., A. Leibman, H. Hu, A. Skoultchi (1977). Studies of transferrin receptors of erythroid cells. In: Proteins of Iron Metabolism, ed. E. Brown et al., Gruen and Stratton, pp. 281-291.

Luftig, R.B., J.F. Conscience, A. Skoultchi, P. McMillian, M.Revel and F. Ruddle (1977). Effect of interferon on DMSO-stimulatd Friend erythroleukemic cells. J. Virology 23: 799.

Hu, H.Y., J. Gardner, P. Aisen and A. Skoultchi (1977). Inducibility of tr~nsferrin receptors on Friend erythroleukemic cells. Science 197: 559.

Strair, R., A. Skoultchi and D. Shafritz (1977). A characterization of globin mRNA sequences in the nucleus of duck immature red blood cells. Cell 12: 131.

Benoff, S. and A. Skoultchi (1977). Control of hemoglobin production in somatic hybrids of mouse erythroleukemic cells and mouse lymphoma or bone marrow cells. I. Evidence for control mediated by an X-linked locus. Cell 12: 263.

Benoff-Rind, S., S. Bruce and A. Skoultchi (1977). Negative control of heme biosynthesis and hemoglobin production in somatic cell hybrids. Genetics 86: 5.

CGI 5047

Bruce, S.A. and A. Skoultchi (1977). Increased transcription of globin genes during differentiation of erythroleukemia cells. J. Cell Biol. 75: 348.

Skoultchi, A., S. Benoff, S. Bruce, P. Lin, H. Lonial and J. Pyati (1977). Genetic control of hemoglobin production by erythroleukemic cells. In: Differentiation of Normal and Neoplastic Hematopoietic Cells, ed. B. Clarkson, P.Marks and J. Till, pp. 723-746.

Benoff, S., S.A. Bruce and A. Skoultchi (1978). **Negative control of** hemoglobin production in somatic cell hybrids due to **heme deficiency.** Proc. Nat. Acad. Sci. 75: 4354.

Pyati, J., R. Kucherlapati, H. Lonial and A. Skoultchi (1978). Activation of human globin gene expression in somatic cell hybrids. J. Cell Biol. 79: 397.

Benoff, S., S.A. Bruce and A. Skoultchi (1980). X-linked control of globin mRNA and hemoglobin production in erythroleukemia x lymphoma cell hybrids. Somatic Cell Genetics 6: 15-28.

Pyati, J., R. Kucherlapati and A. Skoultchi (1980). Activation of human beta globin genes from non-erythroid cells by fusion with murine erythroleukemia cells. Proc. Nat. Acad. Sci. 77: 3435-3439.

Skoultchi, A., J. Pyati, N. Hsiung, H. Warrick, R. Kucherlapati, J.K. de Riel, D. Tuan and B.G. Forget (1980). Introduction and expression of human globin genes in cultured mouse cells. In: In Vivo and In Vitro Erythropoiesis: The Friend System, ed. G.B. Rossi, Elsevier Press, pp. 403-412.

Hsiung, N., H. Warrick, J.K. de Riel, D. Tuan, B.G. Forget, A. Skoultchi and R. Kucherlapati (1980). Co-transfer of circular and linear prokaryotic and eukaryotic DNA sequences into mouse cells. Proc. Natl. Acad. Sci. 77: 4852-4856.

Hsiung, N., R. Roginski, P. Henthorn, 0. Smithies, R. Kucherlapati and A. Skoultchi (1982). Introduction and expression of a fetal human globin gene in mouse fibroblasts. ~olecular and Cellular Biology, 2: 401-411.

Zavodrv, P., R. Roginski, and A. Skcultchi (1983). Regulated expression of human globin genes and flanking DNA in mouse erythroleukemia-human cell hybrids. In Globin Gene Expression and Hematopoietic Differentiation, ed. A. Neinhuis and G. Stamatoyanopoulos pp. 53-62.

Roginski, R., A. Skoultchi, P. Henthorn, 0. Smithies, N. Hsiung and R. Kucherlapati (1983). Coordinate modulation of transfected HSV thymidine kinase and human globin genes. Cell, 35: 149-155.

CGI 5048

Kucherlapati, R. and A. Skoultchi (1984). Introduction of purified genes into mammalian cells. CRC Critical Reviews in Biochemistry, 16: 349-379.

Alterman, R.B., S. Ganguly, D. Schultz, W. Marzluff, C. Schildkraut and A. Skoultchi (1984). Cell cycle regulation of mouse H3 histone mRNA metabolism. Molecular and Cellular Biology, 4: 123-132.

Gunning, P., P. Ponte, L. Kedes, R. Hickey and A. Skoultchi (1984). Expression of human cardiac actin in transfected mouse L-cells: a sarcomeric actin can be integrated into a non-muscle cell cytoskeleton. Cell, 36: 709-715.

Lachman, H.M. and A. Skoultchi (1984). Expression of c-myc changes during differentiation of mouse erythroleukemia cells. Nature 310: 592-594.

Ganguly, S. and A. Skoultchi (1985). Absolute rates of **globin gene** transcription and mRNA **formation during differentiation of cultured mouse** erythroleukemia cells. J. Biol. Chem. 260: 12167-12173.

Alterman, R., C. Sprecher, R. Graves, W. Marzluff and A. Skoultchi (1985). Regulated expression of a chimeric histone gene introduced into mouse fibroblasts. Molecular and Cellular Biology 5: 2316-2324.

Lachman, H.M., Hatton, K., Skoultchi, A. and C. Schildkraut (1985). c-myc mRNA Levels in the cell cycle change in mouse erythroleukemia cells following inducer treatment. Proc. Natl. Acad. Sci. 82: 5323-5327.

Tur-Kaspa, R., L. Teicher, B.J. Levine, A. Skoultchi and D. A. Shafritz. (1986). Use of electroporation to introduce biologically active foreign genes into primary rat hepatocytes. Molecular and Cellular Biology 6: 716-718.

Hickey, R., A. Skoultchi, P. Gunning and L. Kedes (1986). Regulation of the human cardiac actin gene in rat L6 myoblasts reveals a defect in their myogenic program, Molecular and Cellular Biology, 6: 3287-3290.

Lachman, H.M., G. Cheng, and A. Skoultchi (1986) Transfection of mouse erythroleukemia cells with myc sequences changes the rate of induced commitment to differentiate. Proc. Natl. Acad. Sci. 83: 6480-6484.

Chudchoy, N., B.J. Levine, C. Sprecher, A. Skoultchi and W.F. Marzluff. (1987). Expression of Mouse Histone Genes: Transcription into 3' intergenic DNA and cryptic processing sites downstream from the 3' end of the H3 gene. Molecular and Cellular Biology 7: 1039-1047.

Levine, B.J., N. Chudchoy, W.F. Marzluff ard A. ~koultchi (1987). Coupling of replication type histone mRNA levels to DNA synthesis requires the stem-loop sequence at the 3' end of the mRNA, Proc. Natl. Acad. Sci., 84: 6189-6193.

CGI 5049

Lachman, H.M. and A. Skoultchi (1987). Regulation of p53 expression and commitment in mouse erythroleukemia cell differentiation. Submitted for publication.

Nepveu, A., K.B. Marcu, A. Skoultchi and H.M. Lachman (1987). Contributions of transcriptional and post-transcriptional mechnisms for the regulated expression of myc genes in mouse erythroleukemia cells. Genes and Development, in press.

Nandi A., R. Roginski, R. Gregg, O. Smithies and A. Skoultchi. Regulated expression of genes inserted at the human B-globin locus by homologous recombination. Submitted for publication.

Levine, B.J., T.J. Liu, W.F. Marzluff and A. Skoultchi. Differential expression of individual members of the histone multigene family due to sequences in the 5' and 3' regions of the genes. Submitted for publication

Skoultchi, A., A. Nandi, R. Roginski, R.G. Gregg and O. Smithies. Expression of genes inserted at the human ~-globin locus by homologous recombination. In "Hemoglobin Switching V", ed. A Nienhuis and G. Stamatoyanopoulos. In press.

CGI 5050

OLIVER SMITHIES

CURRICULUM VITAE AND PUBLICATION LIST

## 1. Personal Data

Name:              Oliver Smithies

Address:           Department of Medical Genetics, University of Wisconsin
                   Madison, Wisconsin 53706

Date of Birth:     June 23, 1925

Place of Birth:    Halifax, England

Citizenship:       United States

## 2. Positions Held

1943-1946    Student at Oxford University
             B. A. with First Class Honors in Physiology, 1946

1946-1951    Graduate work at Oxford
             M. A., D. Phil (Oxon) in biochemistry, 1951

1951-1953    Postdoctoral fellow in physical chemistry,
             University of Wisconsin-Madison

1953-1960    Research assistant and associate at Connaught Medical
             Research Laboratory in Toronto, Canada

1960-1961    Assistant Professor of Genetics and Medical Genetics,
             University of Wisconsin-Madison

1961-1963    Associate Professor of Genetics and Medical Genetics,
             University of Wisconsin-Madison

1963         Professor of Genetics and Medical Genetics, University of Wisconsin-Madison

1971         Leon J. Cole Professor of Genetics and Medical Genetics, University of
             Wisconsin-Madison

1980         Hilldale Professor of Genetics and Medical Genetics, University of
             Wisconsin-Madison

CGI 5051

### 3. Honors

1942    Winner by competitive examination open to all applicants of
        the Brackenbury Scholarship in Science to Balliol College, Oxford, England

1957    Connaught research prize "for published research of
        exceptional merit."

1961    Markel Scholar

1964    American Society of Human Genetics William Allen Memorial Award
        "for outstanding work in human genetics, in recognition of development
        of starch gel electrophoresis and of important work on the
        heredity of the haptoglobins, transferrins, and gamma globulins."

1971    Elected member of the National Academy of Sciences

1974    Vice-President, Genetics Society of America

1975    President, Genetics Society of America

1978    Elected member of the American Academy of Arts and Sciences

1979    Elected honorary member of the Phi Beta Kappa society,
        Wisconsin Alpha Chapter

1984    1984 Founders Award, Electrophoresis Society
        "For outstanding contributions to the field of electrophoresis
        in the biological sciences."

1984    Karl Landsteiner Memorial Award, American Association of
        Blood Banks. "For the development of zone electrophoresis using
        starch gels, the discovery of the genetic polymorphism of haptoglobin
        and the insight provided on the role of chromosomal rearrangement
        and gene duplication in the evolution of protein structure."

1985    Member, National Advisory Medical Sciences Council, N.I.H.

1986    Elected, Fellow of the American Association for the Advancement
        of Science

Dr. Smithies' recent work has been directed towards the targetted modification
of specific genes in living cells. He and his collaborators have successfully used
this targetted modification to alter the human $\beta$-globin gene in cells in tissue
culture.

CGI 5052

OLIVER SMITHES

## 4.  List of Publications

1.  Ogston, A. G. and O. Smithies.  Some thermodynamic and kinetic aspects of metabolic phosphorylation.  Physiol. Revs. 28:283-303 (1948).

2.  Smithies, O. A dynamic osmometer for accurate measurements on small quantities of material: osmotic pressures of isoelectric β-lactoglobulin solutions. Biochem. J. 55:57-67 (1953).

3.  Smithies, O. The application of four methods for assessing protein homogeneity to crystalline β-lactoglobulin:  an anomaly in phase rule solubility tests. Biochem. J. 58:31-38 (1954).

4.  Smithies, O. Grouped variations in the occurrence of new protein components in normal human serum.  Nature 175:307 (1955).

5.  Smithies, O. Zone electrophoresis in starch gels:  group variations in the serum proteins of normal human adults.  Biochem. J. 61:629-641 (1955).

6.  Smithies, O. and N. F. Walker.  Genetic control of some serum proteins in normal humans.  Nature 176:1265-1266 (1955).

7.  Smithies, O. and M. D. Poulik.  Two-dimensional electrophoresis of serum proteins.  Nature 177:1033 (1956).

8.  Smithies, O. and N. F. Walker.  Notation for serum-protein groups and the genes controlling their inheritance.  Nature 178:694-695 (1956).

9.  Dixon, G. H. and O. Smithies.  Zone electrophoresis of cabbage enzymes in starch gels.  Biochem. Biophys. Acta. 23:198-199 (1957).

10. Hickman, G. and O. Smithies.  Evidence for inherited variations in the serum proteins of cattle.  Proc. Genetics Soc. Canada 2:39 (1957).

11. Smithies, O. Variations in human serum β-globulins.  Nature 180:1482-1483 (1957).

12. Smithies, O. and C. G. Hickman.  Inherited variations in the serum proteins of cattle.  Genetics 43:374-385 (1958).

CGI 5053

13. Poulik, M. D. and O. Smithies. Comparison and combination of the starch-gel and filter-paper electrophoretic methods applied to human serum: two-dimensional electrophoresis. Biochem. J. 68:636-64 (1958).

14. Horsfall, W. R. and O. Smithies. Genetic control of some human serum β-globulins. Science 128:35 (1958).

15. Smithies, O. Third allele at the serum β-globulin locus in humans. Nature 181:1203-1204 (1958).

16. Smithies, O. The serum β-globulin system in humans. Proc. X International Congress of Genetics 2:266 (1958).

17. Smithies, O. and O. Hiller. The genetic control of transferrins in humans. Biochem. J. 72:121-126 (1959).

18. Giblett E.R., C.G. Hickman and O. Smithies. Serum transferrins. Nature 183:1589-1590 (1959).

19. Smithies, O. An improved procedure for starch-gel electrophoresis: further variations in the serum proteins of normal individuals. Biochem. J. 71:585-587 (1959).

20. Connell, G.E. and O. Smithies. Human haptoglobins: estimation and purification. Biochem. J. 72:115-121 (1959).

21. Smithies, O. Zone electrophoresis in starch-gels and its application to studies of serum proteins. Adv. Protein Chem. 14:65-113 (1959).

22. Smithies, O. and G.E. Connell. Biochemical aspects of the inherited variations in human serum haptoglobins and transferrins. In: Biochemistry of Human Genetics. Ciba symposium, Churchill (London) pp. 178-189 (1959).

23. Harris, H., S.D. Lawler, E.B. Robson and O. Smithies. The occurrence of two unusual serum protein phenotypes in a single pedigree. Ann. Human Genet. 24:63-69 (1960).

24. Smithies, O. Haptoglobins. In: Transactions of Macy Foundation Conference on Genetics. pp. 129-136 (1960).

CGI 5054

25. Connell, G.E., G.H. Dixon and O. Smithies. Subdivision of the three common haptoglobin types based on "hidden" differences. Nature 505-506 (1961).

26. Connell, G.E., O. Smities and G.H. Dixon. Inheritance of haptoglobin subtypes. Amer. J. Human Genet. 14:14-21 (1962).

27. Smithies, O., G.E. Connell and G.H. Dixon. Chromosomal rearrangements and the evolution of haptoglobin genes. Nature 196:232-236 (1962).

28. Smithies, O. Molecular size and starch-gel electrophoresis. Arch. Biochem. Biophys. Supplement 1:125-131 (1962).

29. Mueller, J.O., O. Smithies, and M.R. Irwin. Transferrin variants in Columbidae. Genetics 47:1385-1392 (1962).

30. Nance, W.E. and O. Smithies. New haptoglobin alleles: a prediction confirmed. Nature 198:869-870 (1963).

31. Smithies, O. Gamma-globulin variability: a genetic hypothesis. Nature 199:1231-1236 (1963).

32. Smithies, O. Protein variations in man. In: Proc. XI International Congress of Genetics. Pergamon Press pp. 897-901 (1963).

33. Nance, W.E., A. Claflin and O. Smithies. Genetic control of lactic dehydrogenase in man. Science 142:1075-1077 (1963).

34. Smithies, O. Starch-gel electrophoresis. Proc. Brook Lodge Conf. Proteins and Polypeptides. Metabolism 13:974-984 (1964).

35. Smithies, O. Chromosomal Rearrangements and Protein Structure. Cold Spring Harbor Symp. Quant. Biol. 29:309-319 (1964).

36. Azen, E.A., S. Orr and O. Smithies. Starch-gel electrophoresis of erythrocyte strom. J. Lab. and Clin. Med. 65(3):440, March (1965).

37. Smithies, O. Somatic Mutations and Proteins. Proc. Royal Soc. London (B) 164:320-327 (1965).

38. Smithies, O. Antibody Induction and Tolerance. Science 149:151-156 (1965).

CGI 5055

39.  Smithies, O. Characterization of Genetic Variants of Blood Proteins.  In:
     Proc. of the X Cong. of the Int. Soc. of Blood Transf. S. Karger,
     ed. pp. 1175-1177 (1965).

40.  Smithies, O. Disulfide-Bond Cleavage and Formation in Proteins.  Science
     150:1595-1598 (1965).

41.  Wegmann, T. and O. Smithies.  A simple Hemagglutination System Requiring Small
     Amounts of Red Cells and Antibodies.  Transfusion 6:67 (1966).

42.  Azen, E.A., O. Smithies and R.A. Nazhat.  Acidic Buffer Systems for Urea-Starch
     Gel Electrophoresis.  J. Lab. and Clin. Med. 67(4):650-659 (1966).

43.  Claflin, A., O. Smithies and R.K. Meyer.  Antibody Responses in Bursa-Deficient
     Chickens.  J. of Immunology 97:5 (1966).

44.  Smithies, O., G.E. Connell and G.H. Dixon.  Gene Action in the Human
     Haptoglobins.
            I.   Dissociation into Constituent Polypeptide Chains.  J. Mol. Biol.
                 21:213-224 (1966).
            II.  Isolation and Physical Characterization of Alpha Polypeptide Chains.
                 J. Mol. Biol. 21:225-229 (1966).

45.  Claflin, A. and O. Smithies.  Antibody-Producing Cells in Division.  Science
     157:1561-1562 (1967).

46.  Smithies, O. Antibody Variability.  Science 157:267-273 (1967).

47.  Smithies, O. The Genetic Basis of Antibody Variability.  In: Cold Spring
     Harbor Symposia on Quantitative Biology, Vol. XXXII pp. 161-168 (1967).

48.  Smithies, O. Perspectives: Mutation and Selection in the Immune System.
     Regulation of the Antibody Response, B. Cinader, Ed., 363-375 (1968).

49.  Wegmann, T.G. and O. Smithies.  Improvement of the Microtiter Hemagglutination
     Method.  Transfusion 8:47 (1969).

50.  Azen, E. and O. Smithies.  Genetic Polymorphism of C 3($\beta_{1c}$-Globulin) in Human
     Serum.  Science 162:905-907 (1968).

51.  Gilman, J.G. and O. Smithies.  Fetal Hemoglobin Variants in Mice.  Science
     160:885-886 (1968).

CGI 5056

52. Smithies, O. Genetic Aspects of the Immune System. In: Child Care in Health and Disease. Year Book Medical Publishers pp. 364-372 (1968).

53. Smithies, O. The variability of Antibodies. Proc. XXII Intern Congress of Genetics 3:167-176 (1969).

54. Sung, M. and O. Smithies. Differential Elution of Histones from Gel-trapped Nuclei. Biopolymers 7:39-58 (1969).

55. Azen, E.A., O. Smithies and O. Hiller. High-voltage Starch-Gel Electrophoresis in the Study of Post-Albumin Proteins and C 3($\beta_{1c}$-Globulin) Polymorphism. Biochemical Genetics 3:215-228 (1969).

56. Smithies, O., D. Gibson and M. Levanon. Linkage Relationships in Normal Light Chains. In: Symposium on Developmental Aspects of Antibody Formation and Structure, Prague, Czechoslovakia, Vol. I, pp. 339-345 (1969).

57. Smithies, O. Pathways Through Networks of Branched DNA. Science 169:882 (1970).

58. Sung, M.T., G.H. Dixon and O. Smithies. Phosphorylation and Synthesis of Histones in Regenerating Rat Liver. J. of Biol. Chem. 246(5):1358-1364 (1971).

59. Smithies, O., D.M. Gibson, E.M. Fanning, M.E. Percy, D.M. Parr, G.E. Connell. Deletions in Immunoglobulin Polypeptide Chains as Evidence for Breakage and Repair in DNA. Science 172:574-577 (1971).

60. Gibson, D., M. Levanon and O. Smithies. Heterogeneity of Normal Individual Light Chains. Non-Allelic Variation in the Constant Region of Lambda Chains. Biochemistry 10:3114-3122 (1971).

61. Smithies, O., D. Gibson, E.M. Fanning, R.M. Goodfliesch, J.B. Gilman and D.L. Ballantyne. Quantitative procedures for use with the Edman-Begg Sequenator: Partial sequences of two unusual immunoglobulin light chains, Rzf and Sac. Biochemistry 10:4912-4921 (1971).

62. Smithies, O. and M.D. Poulik. Initiation of protein synthesis at an unusual position in an immunoglobulin gene? Science 175:187-189 (1972).

63. Kornguth, S.E., L.R. Kozel and O. Smithies. Probable identity of tissue specific histone with encephalitogenic protein. Nature New Biology 237:49-50 (1972).

CGI 5057

64.  Smithies, O. and M.D. Poulik. Dog homologue of human $\beta_2$-microglobulin. Proc. Natl. Acad. of Sci. USA 69(190):2914-2917 (1972).

65.  Fett, J.W., H.F. Deutsch and O. Smithies. Hinge-region deletion localized in the $IgG_1$ globulin Mcg. Immunochemistry 10:115-118 (1973).

66.  Smithies, O. Immunoglobulin genes: Arranged in tandem or in parallel? Cold Spring Harbor Symposium on Quantitative Biology, Volume XXVII, 725-737 (1973).

67.  Finlayson, J.S., M. Potter, C.S. Shinnick and O. Smithies. Components of the major urinary protein complex of inbred mice: Determination of $NH_2$-terminal sequences and comparison with homologous components from wild mice. Biochemical Genetics 11(4):325-335 (1974).

68.  McKean, D.J., E.H. Peters, J.I. Waldby and O. Smithies. Amino Acid Sequence Determination with Radioactive Proteins. Biochemistry 13(15):3048-3051 (1974).

69.  Poulik, M.D., D. Farrah, G.H. Malek, C.J. Shinnick and O. Smithies. Low Molecular Weight Urinary Proteins. I. Partial amino acid sequences of the retinol-binding proteins of man and dog. Biochemica et Biophysica Acta 412:326-334 (1975).

70.  Shinnick, T.M., E. Lund, O. Smithies and F.R. Blattner. Hybridization of labelled RNA to DNA in agarose gels. Nucleic Acids Research 10:1911-1929 (1975).

71.  Faber, H.E., R.S. Kucherlapati, M.D. Poulik, F.H. Ruddle and O. Smithies Beta-2-microglobulin locus on human chromosome 15. Somatic Cell Genetics 2(2):141-153 (1976).

72.  Ballou, B., D.J. McKean, E.F. Freelender and O. Smithies. HLA membrane antigens: Sequencing by intrinsic radioactivity. Proc. Natl. Acad. Sci. USA 73(12):4487-4491 (1976).

73.  Ballou, B. and O. Smithies. A Simplified Chloral Hydrate Electrophoresis System for Analysis of Biological Membranes. Analytical Biocemistry 80:616-623 (1977).

74.  Freedlender, E.F. L. Taichman and O. Smithies. Nonrandom Distribution of Chromosomal Proteins During Cell Replication. Biochemistry 16(9):1802-1808 (1977).

75.  Blattner, F.R., B.G. Williams, A.E. Blechl, K. Denniston-Thompson, H.E. Faber, L.A. Furlong, D.J. Grunwald, D.O. Kiefer, D.D. Moore, J.W. Schumm, E.L. Sheldon and O. Smithies. Charon Phages for Cloning DNA: Characterization and Safety Tests. Science 196:161-169 (1977).

CGI 5058

76. Walker, I.D., O. Smithies, B. Ballou, E.F. Freedlender and C.J. Shinnick. Protein Sequencing with Radioisotopes. Trends in Biochemical Sciences 2(8):179-184 (1977).

77. Frangione, G., E.F. Franklin and O. Smithies. Unusual Genes at the Aminoterminus of Human Immunoglobulin Variants. Nature 273:400-401 (1978).

78. Freedlender, E.F., L. Taichman and O. Smithies. Segregation of Some Chromosomal Proteins during Cell Replication. Cold Spring Harbor Symp. on Quant. Biol., Vol. XLII, pp. 417-420 (1978).

79. Wessels, B.W., D.J. McKean, N.C. Lien, C. Shinnick, P.M. Deluca and O. Smithies. Amino Acid Sequence Determination of Proteins Labeled in Tritium Gas by Microwave Discharge. Radiation Research 74:35-50 (1978).

80. Smithies, O., A.E. Blechl, K. Denniston-Thompson, N. Newell, J.E. Richards, J.L. Slightom, P.W. Tucker and F.R. Blattner. Cloning Human Fetal $\gamma$ Globin and Mouse $\alpha$-Type Globin DNA: Preparation and Screening of Shotgun Collections. Science 202-1279-1284 (1978).

81. Blattner, F.R., A.E. Blechl, K. Denniston-Thompson, H.E. Faber, J.E. Richards, J.L. Slightom, P.W. Tucker and O. Smithies. Cloning Human Fetal $\gamma$ Globin and Mouse $\alpha$-Tupe Globin DNA: Preparation and Screening of Shotgun Collections. Science 202:12179-1284 (1978).

82. Smithies, O., J.L. Slightom, P.W. Tucker and F.R. Blattner. Genomic Clones and Unfractionated DNA. From Gene To Protein: Information Transfer In Normal and Abnormal Cells. The Eleventh Miami Winter Symposium, pp. 167-186 (1979).

83. Poulik, M.D. and O. Smithies. Partial Amino Acid Sequences of Rabbit and Rat $\beta_2$-Microglobulins. Molecular Immunology 16:731-734 (1979).

84. Slightom, J.L., A.E. Blechl and O. Smithies. Human Fetal $^G\gamma$ and $^A\gamma$ Globin Genes: Complete Nucleotide Sequences Suggest that DNA can be Exchanged Between These Duplicated Genes. Cell 21:627-638 (1980).

85. Vanin, E.F., G.I. Goldberg, P.W. Tucker and O. Smithies. A Mouse Alpha Globin-Related Pseudo Gene ($\psi\alpha$30.5) Lacking Intervening Sequences. Nature 286:222-226 (1980).

86. Efstratiadis, A., J.W. Posakony, T. Maniatis, R.M. Lawn, C. O'Connell, R.A. Spritz, J.K. DeRiel, B.G. Forget, S.M. Weissman, J.L. Slightom, A.E. Blechl,

CGI 5059

O. Smithies, F.E. Baralle, C.C. Shoulders and N.J. Proudfoot. The Structure and Evolution of the Human β-Globin Gene Family. Cell 21:653-668 (1980).

87. Smithies, O., A.E. Blechl, S. Shen, J.L. Slightom and E.F. Vanin. Co-Evolution and Control of Globin Genes. In Organization and Expression of Globin Genes. G. Stamatoyannopoulos and A.W. Nienhuis, Editors. Alan R. Liss, New York. Pp. 101-116 (1981).

88. Smithies, O., A.E. Blechl, S. Shen, J.L. Slightom and E.F. Vanin. Co-evolution and control of globin genes. 39th Symposium for the Society for Developmental Biology. In Levels of Genetic Control in Development. S. Subtelny and U.K. Abbot, editors. Alan R. Liss, New York. Pp. 185-200 (1981).

89. Shen, S., J.L. Slightom and O. Smithies. A History of the Human Fetal Globin Gene Duplication. Cell 26:191-203 (1981).

90. Smithies, O., W.R. Engels, J.R. Devereux, J.L. Slightom and S. Shen. Base Substitutions, Length Differences and DNA Strand Asymmetries in the Human $^G\gamma$ and $^A\gamma$ Fetal Globin Gene Region. Cell 26:345-353 (1981).

91. Smithies, O. The control of globin and other eukaryotic genes. J. Cellular Physiology Supplement 1:137-143 (1982).

92. Hsiung, N., R.S. Roginski, P. Henthorn, O. Smithies, R. Kucherlapati and Skoultchi, A.I. Introduction and Expression of a Fetal Human Globin Gene in Mouse Fibroblasts. Molecular and Cellular Biology 2:401-411 (1982).

93. Shen, S-H. and O. Smithies. Human globin $\psi\beta_2$ is not a globin-related sequence. Nucleic Acids Research 10:7809-7818 (1982).

94. Roginski, R., A.E. Skoultchi, P. Henthorn, O. Smithies, N. Hsiung and R. Kucherlapati. Coordinate Modulation of Transfected HSV Thymidine Kinase and Human Globin Genes. Cell 35:149-155 (1983).

95. Vanin, E.F., P.S. Henthorn, D. Kioussis, F. Grosveld and O. Smithies. Unexpected Relationships Between Four Large Deletions in the Human β Globin Gene Cluster. Cell 35:701-709 (1983).

96. Maeda, N., J.B. Bliska and O. Smithies. Recombination and Balanced Chromosome Polymorphism Suggested by DNA Sequences 5' to the Human δ Globin Gene. Proc. Natl. Acad. Sci. USA 80:5012-5016 (1983).

CGI 5060

97.  Devereux, J., P. Haeberli and O. Smithies.  A Comprehensive Set of Sequence Analysis Programs for the VAX.  Nucleic Acids Research 12:387-395 (1984).

98.  Maeda, N., F. Yang, D.R. Barnett, B.H. Bowman and O. Smithies.  Duplication Within the Haptoglobin $Hp^2$ Gene.  Nature, 309:131-135 (1984).

99.  Kucherlapati, R.S., E.M. Eves, K.Y. Song, B.S. Morse and O. Smithies.  Homologous Recombination Between Plasmids in Mammalian Cells Can be Enhanced by Treatment of Input DNA.  Proc. Natl. Acad. Sci., 81:3153-3157 (1984).

100.  Azen, E., K.M. Lyons, T. McGonigal, N.L. Barrett, L.S. Clements, N. Maeda, E.F. Vanin, D.M. Carlson and O. Smithies.  Clones From the Human Gene Complex Coding for Salivary Proline-rich Proteins.  Proc. Natl. Acad. Sci., 81:5561-5565 (1984).

101.  Smithies, O., M.A. Koralewski, K.-Y. Song, and R.S. Kucherlapati.  Homologous Recombination With DNA Introduced into Mammalian Cells.  Cold Spring Harbor Symp. on Quant. Biology, Vol. XLIX, 161-170 (1984).

102.  Powers, P. A., C. Altay, T.H.J. Huisman, and O. Smithies.  Two Novel Arrangements of the Human Fetal Globin Genes: $G\gamma$-$G\gamma$ and $A\gamma$-$A\gamma$.  Nuc. Acids Res. 12:7023-7034 (1984).

103.  Henthorn, P. S., O. Smithies, T. Nakatsuji, A. E. Felice, M. B. Gardiner, A. L. Reese, and T. H. J. Huisman.  $(A\gamma\delta\beta)^o$-Thalassaemia in blacks is due to a deletion of 34 kbp of DNA.  British J. of Haematology 59:343-356 (1985).

104.  Smithies, O. and P. Powers.  Gene Conversions and their Relationship to Homologous Chromosome Pairing.  Phil. Trans. R. Soc. Lond., B312:291-302 (1986).

105.  Li, Q., P. A. Powers and O. Smithies.  Nucleotide Sequence of 16 Kilobase Pairs of DNA 5' to the Human $\epsilon$-Globin Gene.  J. of Biol. Chemistry 28:14901-14910 (1985).

106.  Maeda, N., H-S. Kim, E. A. Azen and O. Smithies.  Differential RNA Splicing and Post-translational Cleavages in the Human Salivary Proline-Rich Protein Gene System.  J. of Biol. Chemistry, 260: 11123-11130 (1985).

107.  Mager, D. L., P. S. Henthorn and O. Smithies.  A Chinese $G\gamma(A\gamma\delta\beta)^o$ Thalassemia Deletion: Comparison to Other Deletions in the Human $\beta$-Globin Gene Cluster and Sequence Analysis of the Breakpoints.  Nucleic Acid Res., 13:6559-6575 (1985).

CGI 5061

108.  Smithies, O., R. G. Gregg, S. S. Boggs, M. A. Koralewski and R. S. Kucherlapati. Insertion of DNA Sequences into the Human Chromosomal β Globin Locus via Homologous Recombination.  Nature 317:230-234 (1985).


9.   Powers, P. A. and O. Smithies.  Short gene conversions in the human fetal globin gene region:  A by-product of chromosome pairing during meiosis? Genetics 112:343-358 (1986).


110.  Henthorn, P. S., D. L. Mager, T.H.J. Huisman and O. Smithies.  A gene deletion ending within a complex array of repeated sequences 3' to the human β-globin gene cluster.  Proc. Natl. Acad. Sci. 83:5194-5198 (1986).


111.  Maeda, N., S.M. McEvoy, H.F. Harris, T.H.J. Huisman, and O. Smithies. Polymorhpisms in the human haptoglobin gene cluster: Chromosomes with multiple haptoglobin-related (Hpr) genes.  Proc. Natl. Acad. Sci. 83:7395-7399 (1986).


112.  Smithies, O. Direct alteration of a gene in the human genome. J. Inher. Metab. Dis. 9:92-97 (1986).


113.  Gregg, R.G. and O. Smithies.  Targeted modification of human chromosomal genes. Cold Spring Harbor Symp. on Quant. Biol., Vol 51 (1986) In Press.


114.  Boggs, S.S., R.G. Gregg, N. Borenstein and O. Smithies.  Efficient transformation and frequent single site, single copy insertion of DNA can be obtained in mouse erythroleukemia cells transformed by electroporation.  Exp. Hematology 14 (1986) In Press.


115.  Maeda, N. and O. Smithies.  The evolution of multigene families: Human haptoglobin genes.  Ann. Rev. Genet. 20:81-108 (1986).

CGI 5062

# CURRICULUM VITAE

## ROBERT I. TEPPER

| | |
|---|---|
| Address | 2 Hawthorne Place #5R<br>Boston, MA 02114 |
| Date of Birth: | June 26, 1955 |
| Place of Birth: | New York, New York |
| Education: | |

| | | |
|---|---|---|
| 1977 A.B. | Princeton University |
| 1981 M.D. | Harvard Medical School |

Postdoctoral Training:

Internship and Residencies:

| | |
|---|---|
| 1981-1982 | Intern in Medicine, Massachusetts General Hospital, Boston, MA |
| 1982-1983 | Junior Assistant Resident, Medicine, Masssachusetts General Hospital |
| 1983-1984 | Senior Assistant Resident, Medicine, Massachusetts General Hospital |
| 1984-1985 | Clinical Fellow in Hematology-Oncology, Massachusetts General Hospital |
| 1986 | Chief Resident in Medicine, Massachusetts General Hospital |

Research Experience:

| | |
|---|---|
| 1973-1975 | Laboratory of Dr. James Holland and J.G. Bekesi, Department of Neoplastic Diseases,Mount Sinai School of Medicine, New York, NY |
| 1977-1978 | Laboratory of Dr. Raju Kucherlapati, Department of Biochemical Sciences, Princeton University, Princeton, NJ |
| 1977 | Laboratory of Dr. James McDougall, Cold Spring Harbor Laboratory, Cold Spring Harbor, NY |
| 1980-1981 | Laboratory of Dr. Judah Folkman, Department of Surgery, Children's Hospital Medical Center, Boston, MA |
| 1984-1985 | Fellow, Hematology-Oncology Unit, Massachusetts General Hospital, Boston, MA |

CGI 5063

**Licensure and Certification:**

| 1981 | National Board of Medical Examiners |
|------|-------------------------------------|
| 1982 | Massachusetts License - Registration No. 50875 |
| 1984 | American Board of Internal Medicine-Specialty of Internal Medicine |
| 1987 | American Board of Internal Medicine Subspecialty of Oncology |

**Academic Appointments:**

| 1981-1984 | Clinical Fellow in Medicine, Harvard Medical School |
|-----------|-----------------------------------------------------|
| 1984-1985 | Research Fellow in Medicine, Harvard Medical School |
| 1986- | Instructor in Medicine, Harvard Medical School |

**Hospital Appointments:**

| 1987- | Assistant in Medicine, Massachusetts General Hospital |
|-------|-------------------------------------------------------|

**Awards and Honors:**

| 1977 | E.R. Squibb and Sons Award for Biochemical Research, Princeton University |
|------|--------------------------------------------------------------------------|
| 1979 | Soma Weiss Award for Medical Research, Harvard Medical School |

**Membership, Professional Societies:**

| 1982- | American College of Physicians |
|-------|--------------------------------|
| 1983- | Massachusetts Medical Society |

**Major Committee Assignments:**

**National and Regional**

| 1986 | American Cancer Society, Board of Directors, Boston West End Branch |
|------|--------------------------------------------------------------------|

**Harvard Medical School**

| 1978-79 | Committee on Admissions |
|---------|-------------------------|
| 1980-81 | |

Massachusetts General Hospital

| | |
|---|---|
| 1985 | Internship Selection Committee |
| 1987 | |

Major Research Interests:

1. Oncogene Structure, Function and Role in Human Malignancies
2. The Role of Proteases in the Biology of Tumors
3. Growth Factors in the Hematopoietic and Immune Systems

Teaching Experience:

| | |
|---|---|
| 1985-1988 | Lecturer, Emergency Medicine Course, Massachusetts General Hospital and Department of Continuing Education Harvard Medical School |
| 1986-1988 | Lecturer, Harvard Medical School and Massachusetts Institute of Technology Program in Health Science and Technology, Hematology Course |
| 1986 | Director, Electrocardiography Course, Core Clerkship in Medicine, Massachusetts General Hospital and Harvard Medical School |

Bibliography:

Davies, R.L., Rifkin, D.B., Tepper, R., Miller, A. and Kucherlapati, R. "A Polypeptide Secreted by Transformed Cells that Modulates Human Plasminogen Activator Production", Science 221: 171-173, 1983.

Rucherlapati, R.S., Tepper, R., Granelli-Piperno, A. and Reich, E. "Modulation and Mapping of a Human Plasminogen Activator by Cell Fusion", Cell 15: 1331-1340, 1978.

CGI 5065

# GLOSSARY

**Amino Acids**     Basic chemical components that are linked together to form peptides and proteins.

**Antibody**     A protein synthesized by lymphocytes that has a specific amino acid sequence by virtue of which it interacts only with the antigen that induced its synthesis. (See antigen, monoclonal)

**Antigen**     Any substance which is capable of inducing a specific immune response and of reacting with the product of that response. (See antibody)

**Atrophic**     Characterized by atrophy: a wasting away; a diminution in the size of a cell, tissue, organ, or part.

**Chimera**     An individual organism whose body contains cell populations derived from different individuals, of the same or of different species.

**Chromosome**     Structure in the animal cell nucleus containing a linear thread of DNA, which transmits genetic information.

**CNVMs**     Choroidal Neovascular Membranes: Round to oval greenish-grey lesions found in patients with the exudative form of Age-related Macular Degeneration (AMD). These lesions are actually areas of aberrant blood vessel proliferation in the thin vascular lining of the eye (choroid.) CNVMs cause a number of changes in the eye that damage photoreceptors. Their occurence is linked with rapid loss of vision in patients suffering from AMD. (See exudate, photoreceptors)

**DNA**     Deoxynbonucleic Acid: Double helix molecule that is the carrier of genetic information for all organisms except some viruses.

**Donor**     Supplier of living tissue to be used in another body.

**Exudate**     Material such as fluid, cells, or cellular debris which has escaped from blood vessels and has been deposited in tissues or on tissue surfaces. In the case of AMD, exudates associated with CNV damage photoreceptors and lead to rapid loss of vision. (See CNVM, photoreceptors)

CGI 5066

| | |
|---|---|
| **Fibroblast** | Connective tissue cell found in fibrous tissues throughout the body. |
| **Gene** | Biologic unit of heredity, made up of DNA and located on chromosomes, genes can be structural, operator or regulatory. (See chromosome, genome) |
| **Genome** | Complete set of hereditary factors for an organism. (See genome) |
| **Hematology** | Branch of medical science dealing with blood and blood-forming tissues. |
| **Homologous Recombination** | Normal cellular process by which genetic information between structurally corresponding (homologous) chromosomes is exchanged. This process can be used in the laboratory, so that DNA sequences can be targeted for insertion into specific sites in the mammalian genome. (See chromosome, DNA, gene) |
| **Hybridoma** | Cell culture consisting of fused (hybrid) cells of different kinds, e.g. mouse lymphocytes and myeloma (tumor) cells. Such hybrids can be useful as an "immortal" line of cells producing a particular Monoclonal Antibody. (See Monoclonal Antibody) |
| **Immunosuppression** | Prevention or diminution of the immune response. |
| **IND** | Investigational New Drug application to the Food and Drug Administration (FDA). Clinical trials can begin upon approval of an IND. |
| *in vitro* | In an artificial environment, such as a test tube. |
| *in vivo* | Within the living body. |
| **Macula** | Most light sensitive area of the retina: responsible for most color and detail vision. (See retina) |
| **MHC** | Major Histocompatibility Complex: Area of the genome that codes for antigens responsible for tissue rejection. There are two classes, types I and II. (See antigens, genome, tissue rejection) |
| **Monoclonal Antibody** | Single antibody produced by cells which are all descended from the same cell. (See antibody) |

CGI 5067

| | |
|---|---|
| **Murine** | Pertaining to mice or rats. |
| **Myoblast** | Stem cell which is a precursor of a cell of the muscle fiber. |
| **Ocular Immunology** | Branch of medical science dealing with the immune system of the eye. |
| **Oncology** | The study of tumors. |
| **Peptides** | Low molecular weight compounds made up of amino acids. Constituent parts of proteins. (See amino acids, proteins) |
| **Photoreceptor** | Receptor sensitive to light located in the retina. These cells are specialized nerve endings and do not have the capability to regenerate. (See retina) |
| **Pluripotential** | A cell able to give rise to a variety of more specialized cell lines. (See stem cell) |
| **Proteins** | High molecular weight compounds composed of amino acids in peptide linkages. They serve as enzymes, structural elements, hormones, antibodies, etc. (See amino acids, antibodies, peptides) |
| **Recombinant DNA** | DNA that has been artificially introduced into a cell so that it alters the cell's genome and is replicated along with the natural DNA (See DNA, genome) |
| **Retina** | Layer of the eye that includes structures responsible for vision including RPE cells and photoreceptors. |
| **RPE** | Retinal Pigmented Epithelium: layer of cells supporting photoreceptors in the retina. Dysfunction of RPE cells results in photoreceptor death. This is thought to be the underlying cause of Age-related Macular Degeneration. (See photoreceptors) |
| **Stem Cell** | Generalized mother cell whose descendants specialize, often in different directions. (See pluripotential) |
| **Systemic Administration** | Delivery of a drug or other substance to the entire body, usually by way of the bloodstream. |

**Tissue Rejection**  Recipient's immunologic reaction to the MHC antigens present on transplanted cells that can result in death of the donor tissue.  (See antigen MHC)

**Universal Donor Tissue**  Tissue made up of cells incapable of expressing the MHC antigens responsible for tissue rejection.  (See antigen, MHC, tissue rejection)

**Uveoretinal Diseases**  Diseases of the middle, vascular coat of the eye (uvea) and of the retina.  (See retina)

CGI 5069

AGENDA
PATENT MEETING
OCTOBER 30 OR OCTOBER 31

I.     Review Assignments of October 20 Meeting

II.    Protein Patent Strategy

    A.    Finalize patent application

    B.    Analysis of TPA, EPO and recommendation
       on what to pursue

    C.    Other proteins that we should get

III.   Finalize $B_2$ Knockout Patent

Attendees:     Art Skoultchi
              CGI Scientists
              Mark Levin
              Kurt Wheeler

Note:          Art will be here from 1:00 p.m. on Monday, October
              30 to 2:00 p.m. on Tuesday, October 31

              Please call Kurt or Daniel to confirm time.

CGI 3344