# DOCUMENT INFO

File Date: 10/17/1989 10:28:00 AM

File Name: CG Plan Timeline 17-Oct-89

File Path: Mayfield consulting Stuffit Archive bkup\Mayfield Consulting\CG\CG Bizplan\

CGI 4806

# DOCUMENT INFO

# CG REVISION TIMELINE

17th October 1989

| Task | Status | Responsibility |
|---|---|---|
| Examine changes to date | Completed | GMS |
| Scientist feedback | Complete 10/18 | GMS/AMT |
| Technology section revision | Complete 10/23 | AMT |
| Resume check and split out | Complete 10/20 | GMS |
| Revised financials | Complete 10/20 | KW |
| Detailed edit of clean copy | Complete 10/23 | GMS |
| Typing (Patsy) | Complete 10/24-25 | GMS |
| Final review | Complete 10/26-27 | GMS |
| Velobind | Complete 10/27 | GMS |

CGI 4807

Oct 30 — C.G.

— ? use for β2⁻ mouse to get Jaenisch patent.

Is Vector = chrom. check Genentech tpa patent.
  ↳ what is definition
    — recomb. exp. vector.

TPA ✗ Colleen in U.S. comp. of matter — TPA not attractive in Europe because broad claims disallowed.

✱ GMCSF — U.C. composition of matter filed   Bert arguing ? open.
   lic to → G.I. exclusive?
            ↳ Sandoz.  ↔ Schering cross license.

EGF   v. unlikely for comp. of matter
other FGF   "      "     "    "    "

Factor IX   check   (Scripps) Factor had but lost fraud.

✱ Factor VIII c — no comp. of matter.

Epo — comp of matter · G.I.   so far held valid during summary judgment. (i.e. issues of fact may remain)
    (DNA recomb. prod. — Amgen.

  ⎧ good if they
  ⎩ don't cross license.

27949/CELL-3
08/29/89:APP:slb

5         PRODUCTION OF PROTEINS
       USING HOMOLOGOUS RECOMBINATION


              INTRODUCTION
10
    Technical Field
          The field of this invention is the expression
    of mammalian proteins.


15  Background
          The discoveries of restriction enzymes,
    cloning, sequencing, reverse transcriptase, and
    monoclonal antibodies has resulted in extraordinary
    capabilities in isolating, identifying, and
20  manipulating nucleic acid sequences. As a result of
    these capabilities, numerous genes and their
    transcriptional control elements have been identified
    and manipulated. The genes have been used for
    producing large amounts of a desired protein in both
25  wild-type and heterologous hosts (bacterial and mammalian host-cell systems).
          In many cases, the process of obtaining coding
    sequences and (obtaining) eliciting their expression has been a long and
    arduous one. The identification of the coding
    sequence, either cDNA or genomic DNA, has frequently
30  involved the (cloning) construction of libraries, identification of
    fragments of the open reading frame, (walking of the examining the flanking DNA sequences
    sequence) and the like. In mammalian genes where
    introns are frequently encountered, in many instances,
    the coding region has been only a small fraction of the
35  total nucleic acid associated with the gene. In other
    cases, pseudogenes or multi-membered gene families have
    obscured the ability to isolate a particular gene of

interest. Nevertheless, as techniques have improved, there has been a continuous parade of successful identifications and isolation of genes of interest.

In many situations, one is primarily
5   interested in a source of the protein product. The (wild-type) cell is frequently an inadequate source, since the protein may be produced in low amounts, the protein may only be produced in a differentiated host cell which is only difficultly grown in culture, or the
10  host cell, particularly a human cell, is not economic or efficient in a culture process for production of the product. There is, therefore, significant interest in (providing for) alternative techniques for producing proteins of interest in culture with cells which
15  provide for economic and efficient production of the desired protein and, when possible, appropriate processing of the protein product.

Relevant Literature
20      Mansour et al., Common Nature, 336:348-352, (1988), describes a general strategy for targeting mutations to non-selectable genes. Weidle et al., Gene, 66:193-203, (1988), describes amplification of tissue-type plasminogen activator with a DHFR gene and
25  loss of amplification in the absence of selective pressure. Murnane and Yezzi, Somatic Cell and Molecular Genetics, 14:273-286, (1988), describe transformation of a human cell line with an integrated selectable gene marker lacking a transcriptional
30  promoter, with tandem duplication and amplification of the gene marker. Thomas and Capecchi, Cell, 51:503-512, (1987), describe site-directed mutagenesis by gene targeting in mouse embryo-derived stem cells. Song et al., Proc. Natl. Acad. Sci. USA, 84:6820-6824, (1987),
35  describe homologous recombination in human cells by a two staged integration. Liskay et al., "Homologous Recombination Between Repeated Chromosomal Sequences in

Mouse Cells," Cold Spring Harbor, Symp. Quant. Biol. 49:183-189, (1984), describe integration of two different mutations of the same gene and homologous recombination between the mutant genes. Rubnitz and Subramani, Mol. and Cell. Biol. 4:2253-2258, (1984), describe the minimum amount of homology required for homologous recombination in mammalian cells. Kim and Smithies, Nucl. Acids. Res. 16:8887-8903, (1988), describe an assay for homologous recombination using the polymerase chain reaction.

## SUMMARY OF THE INVENTION

Expression of mammalian proteins of interest is achieved by employing homologous recombination for integration of an amplifying gene in proximity to the gene of interest without interruption of the production of a proper transcript. The region comprising the amplifying gene and the gene of interest may be amplified, the genome fragmented and directly or indirectly transferred to an expression host for expression of the target protein. If not previously amplified, the target region is then amplified, and the library screened for cells producing the target protein. Cells providing for high stable production of the target protein are expanded and used for expression of the target protein.

## DESCRIPTION OF SPECIFIC EMBODIMENTS

Methods and compositions are provided for production of mammalian proteins of interest in culture. The method employs homologous recombination in a primary host cell for integrating an amplifying gene in the vicinity of a target gene, which target gene encodes the protein of interest. The region comprising both the amplifying gene and target gene will be referred to as the amplifying region. The resulting transformed primary cells may now be

subjected to conditions which allow for amplification, or the amplification may be performed subsequently. The ~~genome~~ chromosomes of the DNA of the primary ~~transfectant~~ cells is then ~~fragmented and integrated~~ used to transfer the amplifiable region into the genome of secondary expression host
5   cells, where the target region, if not previously amplified, is amplified. The resulting library is [cell lines are population] screened for production of the target protein and secondary cell lines selected for desired levels of production, which cells may be expanded and used for
10  production of the desired protein in culture.
    The primary cell may be any mammalian cell of interest, particularly mammalian cells which do not grow readily in culture, more particularly primate cells, especially human cells, where the human cells
15  may be normal cells or neoplastic cells, particularly normal cells. Various cell types may be employed as the primary cells, including fibroblasts, particularly diploid skin fibroblasts, lymphocytes, epithelial cells, neurons, endothelial cells, or other somatic
20  cells, or germ cells. Of particular interest are skin fibroblasts, which can be readily propagated to provide for ~~high levels~~ large numbers of normal cells. These cells may or may not be expressing the gene of interest, ~~desirably expressing the gene of interest~~. [? unlikely.] In those instances
25  where the target gene is inducible or only expressed in certain differentiated cells, one may select cells in which the target gene is expressed, which may require immortalized cells capable of growth in culture.
    A number of amplifying genes exist, where by
30  appropriate use of an inducing agent, a gene integrated [selection] in the genome will be amplified with adjacent flanking DNA. Amplifiable genes include dihydrofolate reductase, metallothionein-I and -II, preferably primate metallothionein genes, _____ (adenosine deaminase, ornithine decarboxylase). The
35  amplifiable gene will have a transcriptional ~~initiation~~ signals ~~region~~ are which ~~is~~ functional in the secondary or expression host and desirably be functional in the

primary host, particularly where amplification is employed in the primary host or the amplifying gene is used as a marker.

The target genes may be any gene of interest, there already having been a large number of proteins of interest identified and isolated with continual additions to the list. Proteins of interest include cytokines, such as interleukins 1-7; growth factors such as EGF, FGF, PDGF, and TGF; somatotropins; growth hormones; colony stimulating factors, such as G-, M-, and GM-CSF; erythropoietins; plasminogen activators, such as tissue and urine; enzymes, such as superoxide dismutase, _____, interferons; T-cell receptors; surface membrane proteins; insulin, lipoproteins, $\alpha_1$-antitrypsin; CD proteins, such as CD3, 4, 8, 19; etc., _____.

For homologous recombination, constructs will be prepared where the amplifying gene will be flanked on ~~at least one side, usually~~ both sides with DNA homologous with the DNA of the target region. The homologous DNA will generally be within 10 kb, usually 5 kb, of the transcribed ~~coding~~ region of the target gene, preferably within 2 kb of the target gene. By gene is intended the coding region and those sequences required for transcription of a mature mRNA. The homologous DNA may include the 5'-upstream region comprising any enhancer sequences, transcriptional initiation sequences, or the like. The homologous region may include a portion of the coding region, where the coding region may be comprised only of an open reading frame or combination of exons and introns. The homologous ~~flanking~~ region may comprise all or a portion of an intron, where all or a portion of one or more exons may also be present. Alternatively, the homologous ~~flanking~~ region may comprise the 3'-region, so as to comprise all or a portion of the transcription termination region. The flanking regions may extend over all or a portion of the target

[handwritten margin notes: "or the region 5' of these sequences"; "homologous"; "Raju??"; "B: Do you mean untranslated region?"; "? coding region patented"; "or the region 3' of these sequences"; "? Distinguishing the term homologous DNA vs flanking region — endogenous vs vector sequences"]

gene or be outside the target gene comprising all or a portion of the transcriptional regulatory regions and/or the structural gene. For the most part, the sequence separating the amplifiable gene from the target

5  gene will be substantially the same as the wild-type sequence normally associated with the target gene. Some portion of the sequence will be the 5' or 3' sequence associated with the amplifiable gene, as a result of the manipulations associated with the

10  amplifying gene.
   The flanking regions need not be identical to the target region, where in vitro mutagenesis is desired. For example, one may wish to change the transcriptional initiation region for the target gene,

15  so that a portion of the homologous region might comprise nucleotides different from the wild-type 5'-region of the target gene. Alternatively, one could provide for insertion of a transcriptional initiation region different from the wild-type initiation region

20  between the wild-type initiation region and the structural gene. Similarly, one might wish to introduce various mutations into the structural gene, so that the homologous region would comprise mismatches, resulting in a change in the encoded

25  protein. For example, a signal leader sequence would be introduced in proper reading frame with the target gene to provide for secretion of the target protein expression product. Therefore, by homologous recombination, one can provide for maintaining the

30  integrity of the target gene, so as to express the wild-type protein under the transcriptional regulation of the wild-type promoter or one may provide for a change in transcriptional regulation, processing or sequence of the target gene. In some instances, one

35  may wish to introduce an enhancer in relation to the transcriptional initiation region, which can be provided by, for example, integration of the amplifying

gene associated with the enhancer in a region upstream from the transcriptional initiation regulatory region or in an intron or even downstream from the target gene.

*Insert fr p.6*

5   In order to prepare the subject constructs, it will be necessary to know the sequence which is targeted for homologous recombination. While it is reported that a sequence of 14 bases complementary to a sequence in a genome may provide for homologous
10  recombination, normally the individual flanking sequences will be at least about 150 bp, and may be 10 kb or more, usually not more than about 5 kb. The size of the flanking regions will be determined by the size of the known sequence, the number of sequences in the
15  genome which may have homology to the site for integration, whether mutagenesis is involved and the extent of separation of the regions for mutagenesis, the particular site for integration, or the like.

The integrating constructs may be prepared in
20  accordance with conventional ways, where sequences may be synthesized, isolated from natural sources, manipulated, cloned, ligated, subjected to in vitro mutagenesis, primer repair, or the like. At various stages, the joined sequences may be cloned, and
25  analyzed by restriction analysis, sequencing, or the like. Usually the construct will be carried on a cloning vector comprising a replication system functional in a prokaryotic host, e.g., E. coli, and a marker for selection, e.g., biocide resistance,
30  complementation to an auxotrophic host, etc. Other functional groups may also be present, such as polylinkers, for ease of introduction and excision of the construct or portions thereof, or the like. A large number of cloning vectors are available such as
35  pBR322, the pUC series, etc.

Once the construct is prepared, it may then be used for homologous recombination in the primary cell

target. Various techniques may be employed for integrating the construct into the genome of the primary cell without being joined to a replication system functional in the primary host. See for example, U.S. Patent No. 4,319,216, as well as the references cited in the Relevant Literature section. Alternatively, the construct may be inserted into an appropriate vector, usually having a viral replication system, such as SV40, bovine papilloma virus, adenovirus, or the like, where the vector may also have a selectable marker for identifying transfected cells. Selectable markers include the neo gene, allowing for selection with G418, the herpes TK gene for selection with gancyclovir or acyclovir, etc.

The vector may or may not be capable of stable maintenance in the host. Where the vector is capable of stable maintenance, the cells will be screened for integration of the vector into the genome of the host, where various techniques for curing the cells may be employed. Where the vector is not capable of stable maintenance, for example, where a temperature sensitive replication system is employed, one may change the temperature from the permissive temperature to the non-permissive temperature, so that the cells may be cured of the vector. In this case, only those cells having integration of the construct comprising the amplifiable gene and, when present, the selectable marker, will be able to survive selection.

Where a selectable marker is present, one may select for the presence of the construct by means of the selectable marker. Where the selectable marker is not present, one may select for the presence of the construct by the amplifiable gene. For the neo gene or the herpes tk gene, one could employ a medium for growth of the transformants of about 0.1-1 mg/ml of G418 or gancyclovir respectively. Where DHFR is the amplifiable gene, the selective medium may include from

about 0.01-0.25 µM of methotrexate.

In carrying out the homologous recombination, the DNA will be introduced into the primary cells. Techniques which may be used include calcium phosphate/
5   DNA co-precipitates, microinjection of DNA into the nucleus, electroporation, bacterial protoplast fusion with intact cells, transfection or the like. The DNA may be single or double stranded DNA. For various techniques for transforming mammalian cells, see
10  Keown et al 1989 (Methods in Enzymology - in press) ?
~~Mansour et al., Nature, 336:348-352, (1988).~~

Upstream and/or downstream from the target region construct may be a gene which provides for identification of whether a double crossover has occurred. For this purpose, the herpes simplex virus
15  thymidine kinase gene may be employed since the presence of the thymidine kinase gene may be detected by the use of nucleoside analogs, such as acyclovir or gancyclovir, for their cytotoxic effects on cells that contain a functional HSV-tk gene. The absence of
20  sensitivity to these nucleoside analogs indicates the absence of the thymidine kinase and, therefore, where homologous recombination has occurred, that a double crossover event has also occurred.

The presence of the marker gene as evidenced
25  by resistance to a biocide or growth in a medium which selects for the presence of the marker gene, establishes the presence and integration of the target construct into the host genome. No further selection need be made at this time, since the selection will be
30  made in the secondary expression host, where expression of the amplified target gene may be detected. If one wishes, one can determine whether homologous recombination has occurred by employing PCR and sequencing the resulting amplified DNA sequences. If
35  desired, amplification may be performed at this time by stressing the primary cells with the appropriate amplifying reagent, so that multi-copies of the target

gene are obtained. Alternatively, amplification may await transfer to the secondary cell expression host.

High molecular weight DNA, greater than about 20kb, preferably greater than about 50kb DNA or
5  preferably metaphase chromosomes are prepared from the primary recipient cell strain having the appropriate integration of the amplification vector. Preparation and isolation techniques are described by Nelson and Hagsman In Gve Transfer (ed. R. Kucheloperti) plenum Press 1986. The DNA may then be
10  introduced in the same manner as described above into the secondary host expression cells, using the same or different techniques than employed for the primary cells. Various mammalian expression hosts are available and may be employed. These hosts include CHO
15  cells, monkey kidney cells, C127 mouse fibroblasts, 3T3 mouse cells. Desirably Vero cells etc the hosts will have a negative background for the amplifiable gene or a gene which is substantially less responsive to the amplifying agent.

The transformed cells are grown in selective
20  medium containing about 0.01-0.5 µM methotrexate and, where another marker is present, e.g., the neo gene, the medium may contain from about 0.1-1 mg/ml G418. The resistant colonies are isolated and may then be analyzed for the presence of the construct in
25  juxtaposition to the target gene. This may be as a result of detection of expression of the target gene product, where there will normally be a negative background for the target gene product, use of PCR, Southern hybridization, or the like.
30  The cells containing the construct are then expanded and subjected to selection and amplification with media containing progressively higher concentrations of the amplifying reagent, for example, 0.5-200 µM of methotrexate for the DHFR gene, and may
35  be analyzed at each selection step for production of the target product.

The various clones may then be screened for

optimum stable production of the target product and these clones may then be expanded and used commercially for production in culture. In this manner, high yields of a product may be obtained, without the necessity of
5   isolating the message and doing the various manipulations associated with genetic engineering or isolating the genomic gene, where very large genes can be a major research and development effort.

The following examples are offered by way of
10  illustration and not by way of limitation.

### EXPERIMENTAL

Cells
15      Normal Human diploid skin fibroblasts (WI38 available available ? WI 35 still avail from the ATCC) are propagated in RPMI1640 DMEM medium supplemented with 20% fetal bovine serum. Chinese hamster ovary cells are propagated into Dulbecco's medium with 10% fetal bovine serum.
20

DNA Vector

The amplification vectors are constructed from pFR400 (Simonsen and Levinson, Proc. Natl. Acad. Sci. USA, 80:2495, (1983)). pFR400 contains a 2.8kb
25  PstI-SalI fragment that includes a mutant dihydrofolate reductase (DHFR) gene with an increased Km for methotrexate (MTX). The DHFR gene is driven by SV40 transcription signals. pFR400 also contains a plasmid replication origin permitting preparation and
30  manipulation of the vector in E. coli. An EcoRI fragment described as a β-actin gene HuT-14 DNA (14 β-27 (βI)) and described in Leavitt et al., Mol. and Cell. Biol. 4:1961-1969, (1984), is isolated and digested with EcoRI. The 13.8 kb fragment provides two
35  fragments, an 8.2 kb fragment comprising the coding region of the β-actin gene and a 5.6 kb fragment comprising the 3'-flanking region. The two fragments

are separated using gel electrophoresis and the 8.2 kb fragment inserted upstream from the DHFR gene at an EcoRI site (IF AVAILABLE, IF NOT, WE CAN PROVIDE FOR INSERTION OF POLYLINKERS) upstream from the DHFR
5   gene. The 5.6 kb fragment is joined to polylinkers providing for a convenient-restriction site, digested with _____, and inserted into the _____ site downstream from the DHFR gene in pFR400. The resulting plasmid pFR400(DHFR/β-actin) is then ready to be used
10  for transformation of the human diploid fibroblast.

Preparation of Primary Recipients

pFR400(DHFR/β-actin) is introduced into the primary recipients by microinjection employing _____
15  μg DNA per cell. The resulting cells are then grown in selective medium (RPMI1640 plus 0.05 μM MTX). Resistant colonies are isolated and analyzed by PCR using as primers the sequences _____ and _____ . Cells comprising the DHFR gene integrated into the
20  β-actin region are expanded and used as a source of genetic material for preparation of secondary recipients.

Preparation of Secondary Recipients

25  Metaphase chromosomes are prepared in accordance with the method of Nelson and Housman (1986) from recipients demonstrating homologous recombination with the DHFR. The metaphase chromosomes are then transformed into CHO cells by calcium phosphate
30  mediated gene transfer according to the method of Lowy et al (1978). The cells are then grown in selective medium (INDICATE MEDIUM) DMEM containing 0.25 μM MTX. Resistant colonies are isolated and analyzed for expression of human β-actin. The cell clones are then
35  grown in selective medium containing progressively higher concentrations of methotrexate (0.5-200 μM, with steps of increased concentration, ranging from 0.5 μM

to 25 µM). The cells are removed from the selective medium and grown in _____ medium containing _____ µM methotrexate.

After _____, the cells are harvested, lysed and
5   the human β-actin is analyzed employing an ELISA assay employing monoclonal antibodies specific for β-actin. Clones providing for high levels of expression of β-actin are stored for subsequent use.

It is evident from the above results, that the
10  subject method provides for a novel approach to expression of a wide variety of mammalian genes of interest. The method is simple, only requires the knowledge of a sequence of about 300 bp or more in the region of a target gene, and one may then use
15  substantially conventional techniques for isolation of the target gene, transfer to an expression host, and production of the desired product in high yield.

All publications and patent applications cited
20  in this specification are herein incorporated by reference as if each individual publication or patent application were specifically and individually indicated to be incorporated by reference.

Although the foregoing invention has been
25  described in some detail by way of illustration and example for purposes of clarity of understanding, it will be readily apparent to those of ordinary skill in the art in light of the teachings of this invention that certain changes and modifications may be made
30  thereto without departing from the spirit or scope of the appended claims.

35