WHAT IS CLAIMED IS:

    1. A method for producing mammalian proteins comprising:

growing mammalian secondary expression host cells comprising multiple copies of an amplifiable region comprising a target gene heterologous to said secondary expression host and expressing a protein of interest and an amplifiable gene, whereby said target gene is expressed and said protein is produced;

wherein said secondary host expression cells are produced by the method comprising:

transforming primary mammalian cells comprising said target gene with a construct comprising an amplifiable gene and ~~at least one~~ flanking region of at least about 150bp homologous with a DNA sequence within (10kb) of the coding region of said target gene, wherein said amplifiable gene is at a site which does not interfere with the expression of said target gene, whereby said construct becomes homologously integrated into the genome of said primary cells to define an amplifiable region;

selecting for primary cells comprising said construct by means of said amplifiable gene or other marker present in said construct;

isolating DNA portions of said genome from said primary cells, wherein said portions are large enough to include all of said amplifiable region;

transforming secondary expression host cells with said primary cell DNA portions and cloning said transformed secondary expression host cells to produce clones of said secondary expression host cells differing in said DNA portions present in said secondary expression host cells;

selecting clones of said mammalian secondary expression host cells comprising said amplifiable region; and

[handwritten margin notes: "how impt.? is this #", "? Rajiv"]

amplifying said amplifiable region by means of an amplifying agent, wherein said amplifying is prior to said isolating or after said selecting and prior to said growing.

2. A method according to Claim 1, wherein said amplifiable gene is a mammalian DHFR gene.

3. A method according to Claim 1, wherein said portions are metaphase chromosomes.

4. A method according to Claim 1, wherein said portions are restriction fragments.

5. A method according to Claim 1, wherein said primary cells are human cells.

6. A method according to Claim 5, wherein said human cells are fibroblast cells.

7. A method according to Claim 1, wherein said construct comprises a biocidal marker providing resistance to a biocide for said primary host cells.

8. A method for producing mammalian proteins comprising:

transforming mammalian primary mammalian cells comprising said target gene with a construct comprising an amplifiable gene and a flanking region of at least about 150bp homologous with a DNA sequence within 10kb of the coding region of said target gene, wherein said amplifiable gene is at a site which does not interfere with the expression of said target gene, whereby said construct becomes homologously integrated into the genome of said primary cells to define an amplifiable region comprising said amplifiable gene and said target gene in said genome;

          selecting for primary cells comprising said construct by means of said amplifiable gene or other marker present in said construct;

          isolating DNA portions of said genome from said primary cells, wherein said portions are large enough to include all of said amplifiable region;

          transforming mammalian secondary expression host cells with said primary cell DNA portions, wherein said secondary expression host cells are of a different species from said primary host cells, and cloning said transformed secondary expression host cells to produce clones of said secondary expression host cells differing in said DNA portions present in said secondary expression host cells;

          selecting clones of said mammalian secondary expression host cells comprising said amplifiable region;

          amplifying said amplifiable region by means of an amplifying agent, wherein said amplifying is prior to said isolating or after said selecting; and

          growing said secondary expression host cells comprising multiple copies of said amplifiable region, whereby said target gene is expressed and said protein is produced.

9.   A method according to Claim 8, wherein said amplifying is with said secondary expression host cells.

10.   A method according to Claim 8, wherein said primary cells are human cells.

11.   A method according to Claim 10, wherein said human cells are diploid fibroblast cells.

12.   A method according to Claim 8, wherein said amplifiable gene is a mutated DHFR gene having a higher

Km than the wild-type gene.

13. A method according to Claim 12, wherein said secondary host expression cell is DHFR deficient.

14. A human cell comprising an amplifiable gene at other than its wild-type site in the human genome and within 10kb of a target gene expressing a protein.

15. A human cell according to Claim 14, wherein said cell is a normal cell.

16. A human cell according to Claim 14, wherein said cell is a neoplastic cell.

17. A human cell according to Claim 14, wherein said amplifiable gene is a DHFR gene.

18. A mammalian cell other than a human cell for expression of mammalian proteins in culture comprising an amplifiable region comprising an amplifying gene within 10kb of a human wild-type gene expressing a protein, wherein said two genes are separated by substantially solely human wild-type sequence associated with said target gene and the flanking sequence associated with the amplifying gene.

19. A method for producing cells for expression of a heterologous protein in culture, said method comprising:

transforming mammalian primary cells comprising said target gene with a construct comprising an amplifiable gene and at least one flanking region of at least about 150bp homologous with a DNA sequence within 10kb of the coding region of said target gene, wherein said amplifiable gene is at a site which does not interfere with the expression of said target gene,

whereby said construct becomes homologously integrated into the genome of said primary cells to define an amplifiable region comprising said amplifiable gene and said target gene in said genome;

selecting for primary cells comprising said construct by means of said amplifiable gene or other marker present in said construct;

isolating DNA portions of said genome from said primary cells, wherein said portions are large enough to include all of said amplifiable region;

transforming mammalian secondary expression host cells with said primary cell DNA portions, wherein said secondary expression host cells are of a different species from said primary host cells, and cloning said transformed secondary expression host cells to produce clones of said secondary expression host cells differing in said DNA portions present in said secondary expression host cells;

selecting clones of said mammalian secondary expression host cells comprising said amplifiable region; and

amplifying said amplifiable region by means of an amplifying agent, wherein said amplifying is either prior to said isolating or after said selecting.

20. A method according to Claim 19, wherein said amplifying is with said secondary expression host cells.

21. A method according to Claim 19, wherein said primary cells are human cells.

22. A method according to Claim 21, wherein said human cells are diploid fibroblast cells.

23. A method according to Claim 19, wherein said amplifiable gene is a mutated DHFR gene having a higher

Km than the wild-type gene.

24. A method according to Claim 23, wherein said secondary host expression cell is DHFR deficient.

? should claims also contain claims for <u>alteration</u> of the transcriptional promoter region and 3' untranslated region, and poly A site and coding or intron regions of the target gene?

— Similarly addition of new enhancer sequences to the target gene

# PRODUCTION OF PROTEINS
# USING HOMOLOGOUS RECOMBINATION

ABSTRACT OF THE DISCLOSURE

Methods and compositions are provided for expression of mammalian genes in culture. An amplifying gene is introduced by homologous recombination in juxtaposition to a target gene, the resulting combination of amplifying gene and target gene transferred to a convenient host and the target gene amplified by means of the amplifying gene. The resulting expression host may then be grown in culture with enhanced expression of the target gene.

APP/27949

Protein patent 10/30/89

Nora 2309

## EXPERIMENTAL

### Cells

Normal human diploid skin fibroblasts are propagated in EEMEM medium supplemented with 20% fetal calf serum. Dihydrofolate reductase (DHFR) deficient Chinese hamster ovary (CHO) DUKX-B11 cells (Urlaub and Chasin, Proc. Natl. Acad. Sci. USA 77: 4216-4220 (1980)) are propagated in alpha-medium supplemented with 10% dialyzed fetal bovine serum.

### DNA vector

The amplification vector is constructed from pUC19 (Yanisch-Perron et al., Gene 33: 103-119 (1985)). A 1.8 kb HaeII fragment containing a hygromycin B phosphotransferase gene (hph) driven by the herpes simplex virus thymidine kinase (HSV tk) promoter is isolated from pHyg (Sugden et al., Mol. Cell. Biol. 5: 410-413 (1985)) by digestion with HaeII and gel electrophoresis. Synthetic adaptors are added onto this fragment to convert the HaeII ends into HindIII ends and the resulting fragment is joined to pUC19 digested with HindIII. The resulting plasmid pUCH contains the hygromycin cassette such that transcription of hph and beta-lactamase are in the opposite orientation. A 1.3 kb SalI fragment containing a DHFR gene driven by SV40 transcriptional signals is isolated from pTND (Connors et al., DNA 7: 651-661 (1988)) by digestion with SalI and gel electrophoresis. This fragment is ligated to pUCH digested with SalI. The resulting plasmid pUCD contains the DHFR cassette such that DHFR and hph are transcribed in the same direction. A 1.76 kb BamHI fragment from the phage F15 (Friezner Degen et al., J. Biol. Chem. 261: 6972-6985 (1986)) which contains 1.45 kb of DNA flanking the transcriptional start of human tissue plasminogen activator (t-PA) in addition to the first exon and part of the first intron is isolated by gel electrophoresis after BamHI digestion. This fragment is joined to pUCD following digestion of the latter with BamHI. The resulting plasmid pUCG has the promoter of the t-PA fragment oriented opposite to that of the DHFR cassette. The t-PA

fragment contains a single NcoI site, which is not unique to pUCG. A partial NcoI digest is carried out and a NotI linker is inserted. The resulting plasmid pCG contains a unique NotI site in the t-PA fragment which allows the plasmid to be linearized prior to transformation of the primary human diploid fibroblasts in order to increase the frequency of homologous recombination (Kucherlapati et al., Proc. Natl. Acad. Sci. USA 81: 3153-3157 (1984)).

Preparation of Primary Recipients

The plasmid pUCG linearized with NotI is introduced into the primary recipients by electroporation employing DNA at 10nM. The resulting cells are then grown in selective medium (EEMEM with 200 µg/ml hygromycin B). Resistant colonies are isolated and analyzed by PCR (Kim and Smithies, Nucleic Acids Res. 16: 8887-8903 (1988)) using as primers the sequences GCGGCCTCGGCCTCTGCATA and CATCTCCCTCTGGAGTGGA to distinguish homologous integrants from random ones. Amplification of cellular DNA by PCR using these two primers yields a fragment of 1.9 kb only when DNA from correctly targeted cells is present. Cells comprising the DHFR gene integrated into the t-PA region are expanded and used as a source of genetic material for preparation of secondary recipients.

Preparation of Secondary Recipients

Metaphase chromosomes are prepared (Nelson et al., J. Mol. Appl. Genet. 2: 563-577 (1984)) from recipients demonstrating homologous recombination with the DHFR and are then transformed in DHFR-deficient CHO cells by calcium phosphate mediated gene transfer (Nelson et al., J. Mol. Appl. Genet. 2: 563-577 (1984)). The cells are then grown in selective medium (alpha-medium containing 200 µg/ml hygromycin B). Resistant colonies are isolated and analyzed for expression of human t-PA (Kaufman et al., Mol. Cell. Biol. 5: 1750-1759 (1985)). The cell clones are then grown in selective medium containing progressively higher concentrations of methotrexate (.02-80 µM, with steps of 4-fold increases in concentration). After this amplification procedure, the cells are harvested and the human t-PA is analyzed employing an ELISA

assay with a monoclonal antibody specific for t-PA (Weidle and Buckel, Gene 51: 31-41 (1987)). Clones providing for high levels of expression of t-PA are stored for subsequent use.

It is evident from the above...(p. 13, l. 9)

CELL GENESYS, INC.
OPS MEETING
October 31, 1989

| | | |
|---|---|---|
| 10 Mins. | I. | Update on Meeting with Robert Miller |
| 5 Mins. | II. | Facility |
| 5 Mins. | III. | Finances |
| 20 Mins. | IV. | Candidates |

- Overview
- Ullrich (visit)
- Finer (visit)
- Nora
- C.C. from Hana (mee...
- Tom, Steve
- Frohman
- YAC, CC, transgenic job description

20 Mins.    V.    Odds and Ends

- Brian Pontius
- Raju, Art Visit
- UCSD visit
- WDC Trip
    - What to do
    - Confidentiality
    - Review agenda
    - Blau meeting
    - Steinman meeting
    - Maria Jasin

CGI 3332

| | | | |
|---|---|---|---|
| 30 Mins. | VI. | Protein Project | Daniel |
| | | - Next Steps | |
| | | - Tom Kiely; other consultants | |
| 30 Mins. | VII. | Human Monoclonals | Aya |
| | | - Next Steps | |
| | | - SBIR | |
| | | - Consultants | |
| | |    - Alt | |
| 30 Mins. | VIII. | U.D. | Bob |
| | | - Next Steps | |
| | | - SBIR | |
| | | - Consultants | |
| | |    - Davis | |
| | |    - Hall | |
| | |    - InSite | |
| | |    - La Vail | |

CGI 3333

CELL GENESYS, INC.
OPS MEETING
October 31, 1989

| Time | | Topic | Lead |
|---|---|---|---|
| 10 Mins. | I. | Update on Meeting with Robert Miller | Mark/Art/Bob |
| 5 Mins. | II. | Facility | Kurt |
| 5 Mins. | III. | Finances | Mark |
| 20 Mins. | IV. | Candidates | |

- Overview
- Ullrich (visit)
- Finer (visit)
- Nora
- C.C. from Hana (meeting)
- Tom, Steve Williams (Martin's Tech).
- Frohman
- YAC, CC, transgenic job description

20 Mins.    V.    Odds and Ends

- Brian Pontius
- Raju, Art Visit
- UCSD visit
- WDC Trip
    - What to do
    - Confidentiality
    - Review agenda
    - Blau meeting
    - Steinman meeting
    - Maria Jasin

CGI 3335

| | | | | |
|---|---|---|---|---|
| 30 Mins. | VI. | Protein Project | SBIR? | Daniel |
| | | - Next Steps | Kanan. | |
| | | - Tom Kiely; other consultants | | |
| 30 Mins. | VII. | Human Monoclonals | | Aya |
| | | - Next Steps | | |
| | | - SBIR | | |
| | | - Consultants | | |
| | |    - Alt | | |
| | |    - | | |
| 30 Mins. | VIII. | U.D. | | Bob |
| | | - Next Steps | | |
| | | - SBIR | | |
| | | - Consultants | | |
| | |    - Davis — Hieter | | |
| | |    - Hall | | |
| | |    - InSite | | |
| | |    - La Vail | | |
| | |    - Turner — Trophic Factor | | |

*(handwritten marks: α A / αβ γ)*

CGI 3336

LAW OFFICES

# LEYDIG, VOIT & MAYER

A PARTNERSHIP INCLUDING A PROFESSIONAL CORPORATION

SUITE 200
350 CAMBRIDGE AVENUE
PALO ALTO, CALIFORNIA 94306

(415) 324-8999
CABLE: WOLFEHUB-PA
TELEX: 184125
TELECOPIER: (415) 322-9443

IN RESIDENCE
BERTRAM I. ROWLAND
RICHARD L. NEELEY
BARBARA RAE-VENTER
STEVEN F. CASERZA

CHICAGO OFFICE
ONE IBM PLAZA
SUITE 4600
CHICAGO, ILLINOIS 60611
(312) 822-9666
CABLE: WOLFEHUB-CGO
TELEX: 25-3833
TELECOPIER: (312) 670-2548

WASHINGTON OFFICE
METROPOLITAN SQUARE
SUITE 520
655 FIFTEENTH STREET, N.W.
WASHINGTON, D.C. 20005
(202) 737-6770
CABLE: WOLFEHUB-WASH
TWX: 710 822-1931
TELECOPIER: (202) 737-6776

ROCKFORD OFFICE
815 NORTH CHURCH STREET
ROCKFORD, ILLINOIS 61103
(815) 963-7661
CABLE: WOLFEHUB-RKO
TELEX: 190410
TELECOPIER: (815) 963-7664

ILLINOIS OFFICES
LEYDIG, VOIT & MAYER, LTD.

November 1, 1989

Arthur Skoultchi
Albert Einstein College of Medicine
Yeshiva University
Dept. of Molecular Genetics
1300 Morris Park Avenue
Bronx, New York 10461

Re: Final Draft of Patent Application for
PRODUCTION OF PROTEINS USING HOMOLOGOUS RECOMBINATION
Inventor: Arthur Skoultchi
Our Ref. No. 27949/CELL-3

Dear Art:

Enclosed herewith are the final draft of the above-referenced patent application and the formal papers for execution. An Inventor Instruction Sheet is also enclosed to ensure proper completion of the formal papers.

When the formal papers have been executed, please return them promptly, with the patent application, to my attention for filing in the United States Patent and Trademark Office.

CGI 3656

Arthur Skoultchi
November 1, 1989
Page 2.


      If you have any questions about the execution of the formal papers or the application, please do not hesitate to call.

      Sincerely,

      LEYDIG, VOIT & MAYER

      *Joy Day for*

      Bertram I. Rowland, Ph.D.

BIR:jad
LTR:00btappf/27949v

Encs:    Final Draft of Application to be filed
         Inventor Instruction Sheet
         Formal Papers for Execution:
             Declaration and Power of Attorney
             Assignment

CGI 3657