Page 1

```
 1                                    Volume:   I

 2                                    Pages :   1 - 225

 3                                    Exhibits: 52 - 61

 4


 5              UNITED STATES DISTRICT COURT

 6              DISTRICT OF MASSACHUSETTS

 7                      CASE NO. 04 CV 01407(JDB)

 8      - - - - - - - - - - - - - - - - - - - - - - -

 9    CELL GENESYS, INC.,                          :

10                      Plaintiff,                 :

11        Vs.                                      :

12    APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.,:

13                      Defendant.                 :

14      - - - - - - - - - - - - - - - - - - - - - - -

15

16              DEPOSITION OF MARK LEVIN

17          Tuesday, November 15, 2005 9:00 a.m.

18                  Nixon Peabody

19                100 Summer Street

20              Boston, Massachusetts

21        Reporter:  Rosemary F. Grogan, CSR, RPR

22                LegaLink Boston

23        320 Congress Street, Boston, MA  02210

24                  (617)542-0039
```

Page 83

1    applications.

2                    I just see general concepts about what

3    you can do.

4        Q.    If you didn't prepare this document, who would

5    have?

6        A.    Nobody else; it would be very unlikely.  It's

7    possible that if Kurt or Andy or George were there at

8    the time, I asked them to help me draft it.  But part of

9    it does look like the kinds of lists I make, simplistic

10   kinds of things.  So I could have had help with it, but

11   I would have certainly drafted some of it.

12       Q.    Is it correct that you did not look at or you

13   did not see Dr. Skoultchi's notebook in 1989?

14       A.    I don't remember if I did or not.  As you

15   asked me, did I have a practice of reviewing his

16   notebook, I don't think I did.  It wouldn't be uncommon

17   to see it at a meeting.  Art drew a lot on blackboards

18   and pieces of paper, but I don't remember specifically

19   seeing his notebook.

20               MR. NIELSEN:  Would you mark that as

21       Exhibit 53 please?

22               (Exhibit 53 Marked for Identification)

23                       (Witness reviewing document)

24   BY MR. NIELSEN:

Page 84

```
 1        Q.   The court reporter has handed you a document
 2   that has been marked as ARS Deposition Exhibit 53, and
 3   it bears Bates No. CGI 3217 through 3219.  Take as much
 4   time as you need to look at the document.
 5                  My question to you is, have you seen that
 6   before?
 7                      (Witness reviewing document)
 8        A.   I reviewed it and I remember seeing it
 9   yesterday.  I assume I saw it in 1989, since I
10   clearly -- these clearly look like my minutes, but I
11   don't remember it specifically.
12        Q.   You don't remember preparing this document?
13        A.   I do not.
14        Q.   It looks to you, though, that it's something
15   that you prepared?
16        A.   It does.
17        Q.   This is a document that you reviewed yesterday
18   in preparation for --
19        A.   I did see this document.
20        Q.   Sorry, if you could just let me finish.
21        A.   Sorry, I apologize.
22             MR. NIELSEN:  Off the record.
23                      (Off Record Discussion)
24   BY MR. NIELSEN:
```

Page 85

1          Q.    Mr. Levin, does Exhibit 53 provide any

2     indication of when Dr. Skoultchi came up with this idea

3     for gene activation?

4          A.    From what I can see, it doesn't.

5          Q.    Is this a document that you would rely on to

6     show when Dr. Skoultchi came up with this idea for gene

7     activation?

8          A.    No.

9          Q.    As of June 12, 1989, had you spoken with

10    Dr. Skoultchi about his idea for gene activation?

11         A.    As I said before, based on what I saw

12    yesterday with Art's idea in the first quarter, again,

13    my standard modus operandi is to follow up on these with

14    lots of detail.  And I do remember many months of

15    discussion.

16                So probably six months of discussion,

17    plus or minus, about Art's idea regarding technical

18    dueability, regulatory business development, and the

19    other things I mentioned in the past.  Those things take

20    a long time to sort them out.  You don't sort them out

21    in a couple of months.  So I would say again, Art had in

22    his book it was thought about early in the year.  We

23    talked about it certainly well into mid-year as we hired

24    Burt to write the intellectual property.

 1        Q.    As of June 12, 1989 had Skoultchi's idea for
 2   gene activation become the No. 1 project at CGI that you
 3   referred to?
 4        A.    That, I don't know.  I would have to look at
 5   all the other documents around this.  I did see a
 6   document yesterday where it indicated it certainly was
 7   becoming No. 1, but I don't remember the dates on that.
 8        Q.    Did you think that if it had become the No. 1
 9   project at CGI, it would have been referenced in this
10   document?
11        A.    I think it might have been.  You know, again,
12   I think one of the things is key is, when you look at
13   the next page, you can see, and I said this several
14   times, we talked and met all the time on lots of
15   different topics.  And so either -- and when I say
16   No. 1, it was from a time standpoint; all three of them
17   were important, but it was the protein in the bottle.
18   That meant it was the lowest risk, shortest time frame
19   for a No. 1 project.
20              So we were meeting all the time to talk
21   about these things.  So it was around this time frame.
22   It might have been a little later; I don't remember.
23   But again, as I mentioned, because I think one of the
24   things to realize is, if you look at the concepts on

Page 87

1   here, a lot of these we had been working on a long time

2   and wanted to review the final plans on these, and ideas

3   take so long to develop.

4              It was either No. 1 from a time -- No. 1

5   from a priority standpoint or soon to be after this;

6   it's hard to tell.

7       Q.   No. 7, where it says, Complete scientific plan

8   on RPE, is that what you referred to earlier?

9       A.   It is.

10      Q.   What was the Scientific Plan on Stem Cells

11  with Eaves as No. 8?

12      A.   I don't remember.

13      Q.   Mr. Levin, I'm handing you document that's

14  been previously marked in this litigation as ARS

15  Deposition Exhibit 11.  Take your time to look at the

16  document.

17             And my question for you is, have you seen

18  this before?

19             (Witness reviewing document)

20      A.   I did see this document yesterday.  I don't

21  remember specifically seeing it in 1989, but this

22  certainly looks like a set of minutes that I would

23  generate.

24      Q.   Okay.  You don't remember preparing this in

Page 88

1      1989?

2           A.    I don't.

3           Q.    What is this document?

4           A.    They appear to be -- no.  I'm sorry -- yeah,

5      they appear to be minutes -- wait, let me look at it

6      again.

7                        (Witness reviewing document)

8           A.    No, actually -- yeah, it's kind of a

9      combination of minutes and action items that I sent out,

10     I guess, in early July.  Yeah, so minutes, action items,

11     agendas, it's a combination of things it appears that

12     were on my mind at the time about here's what needs to

13     be done, here's some issues, things like that to keep

14     everybody on board since it was tough to get everybody

15     in the same room since they were all over the country.

16          Q.    Are they minutes of a meeting that took place?

17                       (Witness reviewing document)

18          A.    I don't think so.  It's a combination of

19     things where I was trying to keep -- I did this on a

20     regular basis for lots of things over the last 20 years,

21     where you have scientific founders and people all over

22     the country.  It's a combination of, here's what needs

23     to be done, here's some things I did, here's some things

24     Raju did or whatever.

Page 89

1            So you don't have to have a conversation

2   with five people and forget all kinds of things.  It's

3   on paper so people know what's going on.  And it was

4   also a planning tool clearly for a meeting we had coming

5   up at the end of the month in July, and probably to get

6   people's comments on the agenda and make sure everybody

7   is on board and be prepared for that; and also

8   identifying very specific decisions that needed to be

9   made as we move forward.

10            It's a combination of things.

11       Q.    Okay.  On the first page under No. 3,

12   potential candidates, who is Finger?

13       A.    I don't remember.

14       Q.    You don't remember a candidate by that name

15   from the FELS Institute?

16       A.    I don't.

17       Q.    That's not Mitch Finer?

18       A.    No, Mitch was from M.I.T., as I remember, the

19   Whitehead.

20       Q.    The Whitehead?

21       A.    I'm pretty sure Mitch was from the Whitehead.

22   I'm not positive, but I think he was.

23       Q.    At this point CGI had not interviewed Mitch

24   Finer?

Page 90

1      A.   I don't know.  I mean just so you know over

2    the last 16 years, I probably interviewed somewhere

3    between 1500 to 2,000 people at least.

4      Q.   It's difficult to keep track of who you

5    interviewed and when?

6      A.   Yeah, and difficult to keep thumbs from

7    fingers from toes.  So Finger was probably a candidate,

8    and we probably interviewed dozens of candidates for the

9    few positions at Cell Genesys.

10     Q.   How about Brenner, do you remember

11   interviewing him?

12     A.   I do.

13     Q.   When did he come aboard at Cell Genesys?

14     A.   I know he did come aboard and I do remember

15   interviewing him.  Evidently we interviewed him here, so

16   he came aboard probably later that year.

17     Q.   Do you know if Skoultchi's idea for gene

18   activation was disclosed to any of these potential

19   candidates?

20     A.   I don't remember specifically.  It might have

21   been to attract people.  If we did, we would have done

22   it in confidence, but I just don't remember what we did

23   at that time.

24     Q.   Okay.  If I could direct your attention to the

Page 91

1    second page bearing Bates No. CGI 1853 if you look under

2    B3, where it says, Scientific Plan for Art's idea, Art

3    to meet with Rowland, what does that refer to?

4        A.    I'm almost positive it refers to the idea with

5    regard to -- that's in conversation here, Art's idea of

6    expressing proteins; putting proteins in the bottle

7    using homologous recombination.

8        Q.    Were there any other ideas of Art's or

9    Dr. Skoultchi's that were being kicked around at CGI?

10       A.    It's certainly possible.  Art had a lot of

11   ideas.  I think what gives it away here is, Art to meet

12   with Rowland.  I think that's the only idea I remember

13   at the time that Art was meeting with Burt on.

14              I'm not absolutely positive about that,

15   but it's almost certainly the protein idea we're talking

16   about here today.  And then at the end, of course, it

17   says, Scientific plan, Art's new idea on expressing

18   protein.  So that essentially guarantees that that's the

19   same idea; Rowland to attend.

20       Q.    Okay.  Dr. Skoultchi didn't have any other

21   ideas for expressing proteins other than the one we're

22   talking about today?

23       A.    Not that I remember, and certainly not that

24   we're going to talk to Burt about.

Page 92

1      Q.   So as of July 10th, 1989, had Dr. Skoultchi

2    met with Rowland about Skoultchi's idea for gene

3    activation?

4      A.   Well, I couldn't say for sure.  It does say

5    Art to meet with Burt, so I think it said that.  Let me

6    look back here again.

7                    (Witness reviewing document)

8      A.   So it said under B3, Art to meet with Rowland.

9    So that would either be the first meeting or it could

10   have been a second or third meeting.  Certainly by that

11   point they had had phone conversations.

12     Q.   How do you know?

13     A.   I just know that based on the importance I put

14   on the project and based on the timing I saw yesterday,

15   that I would have had Art talk to Burt a long time

16   before that just about the concepts.

17     Q.   You didn't participate in any of those

18   conversations, though?

19     A.   As I said yesterday, I don't remember -- I'm

20   sorry, as I said today, I don't think so; it's certainly

21   possible.  But I don't remember specifically

22   participating in those conversations.

23     Q.   Okay.

24     A.   The idea was to get Burt and Art together in a

1    group and all of us hear the conversation from a, not

2    only a review, but to really ascertain we had something

3    from Burt's standpoint now, and I wanted to hear it with

4    both of them in the room.  And that would also mean that

5    there had been a lot of discussions leading up to that.

6              We don't bring Burt Rowland to just

7    reviewer thousands of ideas.  There had to be very

8    specific ideas we kicked around technically for quite

9    sometime and commercially.

10   Q.   And when was the first time you heard about

11   the idea with both Skoultchi and Rowland in the room?

12   A.   You know, I don't know for sure, but this

13   document would indicate that at least one of the times

14   would be July 24th, but -- I'm sorry, July 25th.  But I

15   don't know that that was the first time; but it looks

16   like it certainly happened only July 25th.

17             The person-to-person, I'm clear there

18   would have had to have been conversations before that on

19   the phone.

20   Q.   Okay.  From the time you first heard of

21   Skoultchi's idea for gene activation through July 10th,

22   1989, can you remember any other communications about

23   his idea; any more detail than what you've described

24   already?

Page 94

1        A.    No, again, and I know, you know, we all do

2    things differently whether you're in a law firm or

3    venture firm or whatever, when you're in a company, and

4    starting up a company, at least the way that I did it

5    when I used to work on startups, was to find great

6    people with break-throughs in technology that were

7    commercially relevant, and spend a lot of time with

8    them; all over the country and in many cases all over

9    the world with meeting with lots of people, reviewing

10   lots of ideas.

11              So when Art put this in his notebook, and

12   I think it was February, we would have had lots of

13   conversations about this.  I remember them; blackboard

14   conversations written on the paper about -- but I

15   couldn't tell you specifically when they were, but they

16   occurred.  And I remember we were interested in it.  We

17   thought it would certainly move up to the No. 1 project,

18   but I can't tell you that it occurred on a specific date

19   and what was specifically said.

20              It's just that I review all the ideas

21   from a market standpoint, a technical standpoint, an IP

22   standpoint, a regulatory standpoint, a partnership

23   standpoint, competition standpoint, et cetera, and

24   that's how I approached all these concepts.

Mark Levin   November 15, 2005

Page 95

1        Q.    So through July 10, 1989, you can't recall

2    anything more about any other conversations about

3    Skoultchi's ideas?

4        A.    Except we had lots of them.  I remember lots

5    of conversations about them in various parts of the

6    country and with relation to all the things I just said.

7    I can't tell you on a specific date because I have had

8    thousands of these kinds of meetings literally over the

9    last 20 years.

10               And I remember generally what we talked

11   about and how we worked on them, but I can't tell you

12   that on March 5th we met in San Francisco at the Hilton

13   hotel in Room 201, and this is what we talked about.

14   But I do know based on what I saw yesterday that we

15   talked about this a lot before this July meeting because

16   we were now getting ready -- you'll notice in this

17   document it mentions Andy and George, as I remember,

18   getting on board, I think.  Let me just go back and

19   review this.  Just give me one second.  I think this is

20   the document now.

21               (Witness reviewing document)

22       A.    Yeah.  So No. 8 on page 1853, Andy Thompson

23   and George Savage have joined our startup team.  They

24   will assist on assessing markets, clinical relevance on

1   business plan, competition.  And above that is, Kurt is

2   working on lease, insurance, equipment, CRADA, strategy

3   on human monoclonal, et cetera.  All this was directing

4   the team now to go into high gear about writing business

5   plans and let's move forward.

6              We've brought Burt Rowland in to do the

7   intellectual property and we're moving forward and

8   building the company.

9       Q.   What did you look at yesterday that indicated

10  to you that there were many conversations?

11      A.   I didn't look at anything in particular.  What

12  I looked at and what I'm telling you is, I looked at

13  when Art in his notebook recorded the date.  I remember

14  I saw other documents, I believe, in that time frame

15  that talked about some conversations.  I would have to

16  look back at those.  But again, as you look at the

17  minutes here and you see how I operate, you'll see these

18  like nine meetings scheduled within a month.  That's how

19  I ran every month.

20             And when Art comes up with an idea, we

21  talked about it immediately.  An idea could not possibly

22  get to the point of bringing Burt Rowland in to write a

23  patent application without many months of work,

24  technically, market-wise, et cetera, and now I've

1  actually charged Andy and George to start writing the

2  plan; so this is very typical.

3      Q.   I'm sorry, where is the reference to Andy and

4  George starting to write a plan?

5      A.   So if we look on the second page, 1853, you'll

6  see what Kurt's working on, he's getting ready to do the

7  lease, the insurance, and then and Andy and George have

8  joined the team to start assessing markets, clinical

9  relevance on business plan, competition, et cetera; and

10 now we've hired Burt to put the intellectual property

11 down on paper.

12              So this is how I would really get close

13 now to thinking about raising dollars with the venture

14 community.

15     Q.   You referred to blackboard conversations --

16     A.   Yeah.

17     Q.   -- a moment ago?

18     A.   Yeah.

19     Q.   What do you mean by that?

20     A.   Wherever we were because we were typically --

21 we were in Chicago at times, as I think we were actually

22 in New York at times, we're certainly in Mayfield, used

23 conference rooms in Mayfield; and so we would always use

24 blackboards or paper to talk about different ideas.

Mark Levin   November 15, 2005

Page 98

1    Q.   And was Skoultchi's idea put on blackboard or

2    paper in any of those meetings?

3    A.   Again, I couldn't tell you for sure.  It's

4    just a normal operating procedure when we're looking at

5    ideas like this, you just can't describe them.  And you

6    know, as I look at some of the notes, lots of Raju's

7    drawing or Arthur's drawing, those were the kinds of

8    things people would put on blackboards or pieces of

9    paper.

10        You can't talk about them without

11   drawings and we did use drawings on the blackboard and

12   on paper, but I can't tell you for sure.

13   Q.   You don't specifically remember Skoultchi's

14   idea being put on paper on a blackboard?

15   A.   I don't.  I can't tell you I remember that 100

16   percent.  It would just be typical.

17   Q.   Okay.  Putting aside the MO, as I believe you

18   said, of how you did it --

19   A.   Right.

20   Q.   -- can you recall specifically any other

21   conversations or any more details of any conversations

22   about Skoultchi's idea for gene activation in 1989?

23   A.   Specifically, I can't.  I can just remember

24   many conversations, that's all.  That's just what we

Mark Levin  November 15, 2005

1    did.   I remember talking about the idea many times, can

2    we do it technically?   Is there a market?   What's the

3    competition?   Do you think partners would be interested?

4    I just remember those conversations because they were

5    absolutely critical.

6                    And anybody will tell you who builds

7    companies that when you now look at the fact we're

8    putting it to paper and we're bringing in patent

9    counsel, there's a lot of work that has occurred at this

10   point.   I can't tell you on this date we talked

11   specifically about that, but I remember lots of

12   conversations.

13       Q.   Do you remember lots of conversations

14   independent of the documents or is that the documents --

15       A.   I remember lots of conversations independent

16   of the documents, absolutely.

17       Q.   Okay.   Mr. Levin, I'm handing you a document

18   that has been previously marked in a deposition as ARS

19   Exhibit 13; take as much time as you would like to look

20   at the document.

21                    My question to you is, if you've seen it

22   before?

23                    (Witness reviewing document)

24       A.   Okay; I've looked at it.

Mark Levin   November 15, 2005

Page 100

1        Q.    Have you even this before?

2        A.    I've seen it yesterday.  I don't remember it

3    specifically from 1989.

4        Q.    You don't remember seeing it before yesterday?

5        A.    I don't.

6        Q.    Did you prepare this document?

7        A.    Almost certainly; it looks like the kinds of

8    minutes I would take.

9        Q.    Why is that?

10       A.    Except for the drawings, I should say.  It's

11   bulleted, it's short, hopefully it's action-oriented,

12   and it just covers lots of different topics.  It looks

13   like typical minutes I would take.

14       Q.    You don't recall preparing this document?

15       A.    I don't.

16       Q.    Whose drawings are in this?

17       A.    I don't know whose handwriting that is.

18   There's a possibility actually that -- because I know

19   we've talked to various people about it.  I don't think

20   we talked to Andy and George yet.  They may have been in

21   the meeting and may have actually drawn it out.

22       Q.    Talked to various people about what?

23       A.    In the cases I understand, you've talked to

24   various people about whether they actually drew this.

Mark Levin   November 15, 2005

Page 101

1    You talked to Arthur, as I understand, or I've heard

2    that.  A year and a half ago when the lawyers called me,

3    a year to two years ago, and they asked me whether I

4    knew what the handwriting was, and I said, I did not.

5         Q.    Is that Art Skoultchi's handwriting?

6         A.    Arthur would have to comment on that.  I

7    wouldn't recognize his handwriting.

8         Q.    And why don't I specifically direct your

9    attention to the page bearing Bates No. CGI 3231.

10                So you can't comment on whether

11   Skoultchi's handwriting?

12        A.    I can't.

13        Q.    How about Raju Kucherlapati?

14        A.    I can't.  It's not mine.

15        Q.    No idea whose handwriting that is?

16        A.    As I said essentially I assume asked all of

17   the likely people that would have done it, it's possible

18   it's Andy or George's.  What is the possibility is, we

19   drew it on the blackboard and they copied it off the

20   blackboard.

21                It's a possibility, but I couldn't tell

22   you that for sure at all.

23        Q.    Neither Andy nor George were people with

24   technical backgrounds, right?

Page 102

1      A.    George is a M.D.

2      Q.    Do you have any idea how those handwritten

3    notes ended up in this document?  The reason I ask, it

4    doesn't look like they were part of the document as

5    prepared on a typewriter or wordprocessor.

6                    (Witness reviewing document)

7      A.    You know, I don't.  As I said, although the

8    minutes certainly in general look like what I've done, I

9    don't recall 16-year-old minutes that I specifically

10   wrote.  Clearly what happened was since I did write

11   these, we left a blank space to put in the exact idea.

12   And either somebody wrote it in here or since there's

13   lines there, we copied out of somebody's notebook that

14   took minutes, but I couldn't tell you.  I don't know.

15     Q.    So do these minutes reflect a meeting that

16   took place?

17     A.    They appear to reflect the meeting that we

18   were scheduling in the document, July 10th; the July

19   meeting on the 24th.  So I assume they reflect that

20   meeting that we were talking about on July 10th in the

21   note that I sent out.

22     Q.    Do you remember a meeting taking place on

23   July 24th or 25th, 1989?

24     A.    I don't specifically remember the meeting.

Mark Levin   November 15, 2005

Page 103

1    There were so many of them I think every week, every

2    month or whatever.  I don't specifically remember this

3    meeting.

4        Q.   You don't remember any of the details of this

5    meeting?

6        A.   I don't.

7        Q.   Does looking at this document refresh your

8    recollection as to anything that happened or that was

9    discussed at that meeting?

10       A.   I guess one of the things is clear is that one

11   of the reasons you take minutes is because you won't

12   remember them 16 years from now.  And that's why I took

13   minutes.  We took them from an intellectual property's

14   standpoint.  We took them from an action standpoint.

15            That's why I took minutes because I was

16   familiar with the intellectual property issues.  I don't

17   remember the specifics.  I do remember the conversation

18   about Burt Rowland going to Systemics.  I see that in

19   here now.  I don't remember specifically talking about

20   it at this meeting, but I do remember hearing he was

21   leaving and that meant that we were going to have to

22   find somebody else.

23            I remember a lot of the topics, but I

24   don't remember -- you know, I remember talking about

Page 104

1    Myoblast.  I remember talking about Transgen.  I
2    remember talking about all of these, but it's dozens of
3    meetings.  So it's impossible for me to tell you on
4    which exact date which of these occurred.
5         Q.    You say you remember talking about Rowland
6    going to Systemics?
7         A.    Yes.
8         Q.    What was that?
9         A.    Again, he decided he was going to leave his
10   law firm and as I look at the document it says here,
11   he's going to Systemics.  I remember that issue coming
12   up.  Again, I don't remember what day of the week that
13   was, but we were going to have to get a new intellectual
14   property attorney.  So I remember that as an issue.
15             All of these, I remember talking with
16   Elaine Fuchs about keratinocytes.  The list goes on, but
17   it was a constant discussion, not just on one particular
18   day.
19        Q.    Do you know if there was any discussion of
20   Skoultchi's idea of gene activation on July 24th, 1989?
21        A.    Well, I'd have to look at the minutes.  I
22   couldn't tell you specifically without looking at a set
23   of minutes.  Again, that's why you prepare minutes.
24             And as I look at documents on July 24th,

Page 105

1    and I look to page 3231, that's at least one.  I'm sure

2    it's mentioned on other pages.  I see a drawing of a

3    proposed way to accomplish it.  I see notes about Burt

4    working on it.  I see questions about doing it on the

5    next page.  I see potential partners, I think, yeah, it

6    looks like it.  I see regulatory discussions, et cetera.

7              So based on what I see here, I know we

8    talked about it on July 24th and 25th, but other than

9    that, I couldn't tell you that we did.

10        Q.   Anything more that you can remember discussing

11   on either of those two days about Skoultchi's idea about

12   gene activation?

13        A.   Only what's in the minutes here.  I don't

14   remember that day at all except it's a day after my

15   birthday, and maybe I'm not being clear.  Dozens --

16   hundreds of conversations in that year continuous.

17   They're a continuum of discussion.  This was just

18   getting people together to review where we are, to move

19   things forward.

20              So we talked about these things months

21   before and months after.  This date is part of a

22   continuum.  I couldn't tell you anything more on that

23   date than what's in the minutes.

24        Q.   Okay.  But do you actually remember everything

Mark Levin   November 15, 2005

Page 106

1    in the minutes being discussed that day?

2         A.    I don't remember that day.  Maybe I'm not

3    being clear.  So all of these topics were talked about

4    for a long time.  Each topic takes six months to a year

5    to work on, to identify an idea, to kick it around, to

6    meet with consultants, to work on it for months, to talk

7    to an IP attorney, to have commercial input, to talk to

8    somebody on a regulatory standpoint.

9                   It's a continuum.  It occurs forever, and

10   I couldn't tell you what happened on July 24.  I

11   couldn't tell you what happened on July 24 this year.

12   Could you?

13        Q.    Maybe.

14        A.    You're much better than I am, and it was a day

15   after my birthday.  So what I'm trying to tell you is, I

16   worked on this with these guys starting in '87, all the

17   way through when I left and became a board member, and

18   then for years after that.

19                   During this time frame I was intensively

20   involved with Art on this concept.  I do -- I was

21   reminded when he put it in his notebook, and now I see

22   these other minutes, I remember doing the work.  I don't

23   remember the days we did it on, but I remember the

24   discussions, and I remember the questions I would ask.

Page 107

1    And they were asked, and now you're seeing business plan

2    coming up hiring Andy and George to put it on paper, to

3    get Burt to put it on paper from an IP standpoint.  This

4    is all during the course of building a company.

5         Q.   So other than what you've discussed already,

6    there's nothing that you can remember discussing with

7    respect to his idea on July 24th or 25th 1989; is that

8    correct?

9         A.   Nothing more than what I just said, that's

10   correct.

11        Q.   So from the time you first heard of

12   Skoultchi's idea for gene activation to July 24, 25th,

13   1989, is there anything more about any conversations

14   about his idea that you remember, anything more?

15        A.   I have nothing else to add.

16        Q.   Even the slightest detail?

17        A.   Nothing.

18        Q.   You don't remember if this meeting took place,

19   if it did, on July 24th, July 25th, '89?

20        A.   If you give me a second, I'll look at where

21   the agenda says it took place.

22        Q.   Independent of the document, do you recall?

23        A.   Again, I don't remember the meeting so I

24   certainly don't remember where it took place.

Page 108

1                    (Witness reviewing document)

2    BY MR. NIELSEN:

3        Q.   Does the document indicate to you anything

4    about where the meeting took place?

5        A.   I'm not sure.  I think it took place in

6    Mayfield in California, but, you know, if there's

7    additional information other than this -- I'm just

8    looking at, Please make all return airplane reservations

9    after 4 p.m.

10                   That's typical of me trying to get

11   everybody to stay as late as possible before they go

12   home.

13       Q.   What page are you on?

14       A.   I'm on the last page of, actually, of July 10,

15   yeah, because we're talking about --

16       Q.   I'm sorry, what was the Bates number?

17       A.   The July 10 memo, looking at the very last

18   page.

19       Q.   You're referring to Exhibit ARS 11?

20       A.   I am.

21       Q.   Okay.

22       A.   Sorry.  Last page says, I'll talk to everybody

23   in the next couple of days to confirm the plans.  Please

24   make all return airplane reservations after 4:00 p.m.

Page 109

```
 1    And then I'm looking at the people that were there and

 2    we had lots of candidates.  We had Andy and George and

 3    Kurt.

 4                   And it's likely it was in the Mayfield

 5    conference room, but I'm not positive.

 6       Q.   And I take it you can't remember who was at

 7    that meeting on July 24th and 25th, 1989?

 8       A.   The only thing I can tell you is based on

 9    what's in front of us.  If we read through these things,

10    we might be able to figure it out.

11       Q.   You don't have knowledge independent of the

12    documents?

13       A.   Again, as I said, I don't remember the meeting

14    and I don't remember where it was, it's certainly hard

15    to remember who was at the meeting.

16       Q.   Okay.  Mr. Levin, I'm handing to you a

17    document that has been previously marked in this case as

18    ARS Deposition Exhibit 12.

19                   (Witness reviewing document)

20    BY MR. NIELSEN:

21       Q.   Take your time looking at it and my question

22    for you is, have you seen this before?

23       A.   I have seen the document, yes.

24       Q.   When have you seen it?
```

Page 110

1        A.    I remember seeing it yesterday.

2        Q.    Have you ever seen it before yesterday?

3        A.    I couldn't tell you for sure that I have,

4   although I most certainly have because it looks like I

5   forwarded to Burt Rowland, and this is in line with the

6   way I would have run the project for Art to send me

7   something and send it to Burt, so I could review it

8   first.  But I can't tell you -- I don't remember

9   specifically he seeing it in 1989.

10       Q.    Okay.  You don't remember sending it Burt

11   Rowland in 1989?

12       A.    I don't.

13       Q.    What is this document?

14       A.    I do remember that, you know, in the first

15   half of the year as we worked on this idea, that I was

16   asking Art, along with everybody else on their own

17   projects of molecules we thought we were going to file

18   for a patent, to write down in a typical patent summary,

19   the field, the background, and the summary of the

20   invention, et cetera, and I asked Arthur to do this.  I

21   do remember that.

22             And that this evidently is the summary I

23   asked to get from Art.

24       Q.    So this document wasn't prepared by you?

Page 111

1      A.    It was not.  I'm not that smart.

2      Q.    You believe it was prepared by Dr. Skoultchi?

3      A.    I do.

4      Q.    And why do you believe that?

5      A.    Because one, I'm not that smart; two, it was

6  Art's idea; three, I remember asking him to draft it;

7  and four, since he's the inventor, I would have

8  definitely asked him to draft it and send to Burt since

9  he was the attorney going to write the patent

10 application; and five, we needed to get it down on paper

11 soon because we're finalizing the business plan.

12     Q.    Do you have a specific recollection of asking

13 Skoultchi to prepare this?

14     A.    Not on any particular day.  I remember

15 conversations with Art about how important it was that

16 he summarize it; certainly I knew it was important.  I'm

17 sure Burt reminded me of that, and I do remember these

18 conversations back and forth.  And I remember asking for

19 the document.

20             I don't remember on what specific date

21 and I don't remember the document specifically.

22     Q.    Well, do you know if this was in fact sent to

23 Burt Rowland?

24     A.    I don't know for sure.  I assume it was

Page 112

1    because as I look at this document in conjunction with

2    the agenda and the minutes of the meeting on July 24 and

3    25th, you'll see we talked about Art's idea on the 25th.

4    I remember talking to Art about the fact that he was

5    getting late in writing this up, and he had to get it to

6    Burt before the meeting, so not only those two could

7    talk, but we could talk as a group.

8              So it looks like Burt got it on the 24th

9    so that he could read it beforehand because I feel very

10   strongly that the patent attorney shouldn't come in the

11   room without having something to read ahead of time

12   because then he won't be prepared.  And it looks

13   timeline-wise that Art got it to him the day before.

14   And what likely happened was since I sent it from

15   Mayfield, and it was on the 24th, and Art was there on

16   the 24, Art probably gave it to me because Art was

17   already in town.

18             It looks like wherever we were, and I

19   think we were at Mayfield, so we probably sent it off to

20   Burt.  I don't know that for sure, but that's likely

21   what happened.

22        Q.    I'm sorry, you think Art gave this to you or

23   Skoultchi gave this to you or Rowland gave this to you?

24        A.    No, I sent this to Burt.

Page 113

1    Q.    So you believe Skoultchi gave this to you?

2    A.    I don't know this for sure.  I'm just trying

3    to work with you in looking at the documents here.  And

4    you see the minutes from the meeting on the 25th, we

5    talked with Burt, right?  Am I getting this mixed up?

6    Let me look again.

7                    (Witness reviewing document)

8    A.    24th, we talked about the concept, and Burt

9    was at this meeting; is that correct?  Let me look back

10   here.  I'm going to have to step back and read the

11   documents one more time.  I just want to make sure I

12   read this right.

13                   (Witness reviewing document)

14   A.    Okay.  So again, as I said, I don't know for

15   sure.  I'm just looking at the minutes.  When I look at

16   the agenda proposed on 6 to 7:10, it says, Burt to be at

17   the meeting on the 25th.  So then when I look at the

18   25th, we actually reviewed the ideas and Burt was there.

19                    So this went to Burt on the 24th because

20   he wasn't in the meeting on the 24th.  And I remember I

21   asked Art to get it to Burt as soon as he can,

22   definitely before the meeting in general, so that we can

23   move forward here.  And it looks like he got it to him

24   the day beforehand.

Page 114

1          What I'm saying is, if this was at

2    Mayfield, the meeting, that Art probably gave it to me

3    at Mayfield, and I just sent it over to Burt down the

4    street.  That's a likely scenario, but I don't know that

5    for sure.

6        Q.   Do you have any idea if anyone else

7    contributed to preparing this besides Dr. Skoultchi?

8        A.   Art's the inventor, so I assume these were his

9    ideas.

10       Q.   To your knowledge no one else --

11       A.   That's correct.

12       Q.   I'm sorry, to your knowledge no one else

13   prepared this document or any part of it?

14       A.   To my knowledge, that's correct.

15       Q.   Had Skoultchi prepared any patent applications

16   of his own up until this point?

17       A.   For Cell Genesys or in the past?

18       Q.   At all up until July 24, 1989?

19       A.   In his whole life?

20       Q.   To your knowledge?

21       A.   I don't know.  I can't remember for Cell

22   Genesys.  He was involved with other companies so that's

23   certainly possible.  You would have to ask Art.

24       Q.   Does this document ARS Exhibit 12 refresh your

Mark Levin   November 15, 2005

Page 115

1   recollection as to any other conversations that you had

2   about Skoultchi's idea with anyone, even the slightest

3   detail?

4        A.   It does not.

5                         (Off Record Discussion)

6                         (Recess from 12:01 - 12:17 p.m.)

7   BY MR. NIELSEN:

8        Q.   Back on the record.

9             Okay.  Mr. Levin, you said that you

10  remember just having many, many conversations?

11       A.   Right.

12       Q.   I believe, I think you said, somewhere in the

13  range of 15 to 100; is that correct?

14       A.   That sounds right in the time period that you

15  laid out, yes.

16       Q.   Okay.  I just want to take it by month, if we

17  can, and find out if you can recall any specific

18  conversations by month.  So let's start with February of

19  1989.

20            Do you recall any specific conversations

21  about Skoultchi's idea in that month?

22       A.   I don't.

23       Q.   How about March of 1989?

24       A.   I don't.

Mark Levin   November 15, 2005

Page 116

1      Q.   April of 1989?

2      A.   I don't.

3      Q.   May of 1999 (sic)?

4      A.   I don't.

5      Q.   I'm sorry, May of 1989?

6      A.   I don't.  I don't remember '99 either.

7      Q.   June of 1989?

8      A.   I don't.

9      Q.   July of 1989?

10     A.   I don't.

11     Q.   August of 1989?

12     A.   I don't.

13     Q.   September of 1989?

14     A.   I don't.

15     Q.   October of 1989?

16     A.   I don't.

17     Q.   November of 1989?

18     A.   I don't.

19     Q.   You don't recall specific conversations about

20  his idea taking place in any of those specific months?

21     A.   I remember lots of conversations.  I don't

22  remember specific conversations at a specific time.

23     Q.   You can't narrow any of them down to a month?

24     A.   I can narrow them down to the whole year.  In

Mark Levin  November 15, 2005

Page 117

1    order to accomplish what we accomplished, we had to

2    continuously talk about this.

3        Q.    Okay.  Did it seem like it was taking a long

4    time for Skoultchi to get his idea on paper?

5        A.    At the time whenever I work on it, it seems

6    like it takes a long time.  But in retrospect, four to

7    five to six months to bring an idea from in your brain

8    to intellectual properties is moving pretty quickly

9    especially when you have almost everybody working a

10   small percentage of their time and nobody working full

11   time in the company.

12              In this period of time in the beginning

13   of 1989 to the end of '99, we accomplished a tremendous

14   amount with very few full-time equivalents.  As I looked

15   back now, I'm really excited what we did in such a short

16   period of time.

17       Q.    Do you know what else Burt Rowland was working

18   on in that time frame?

19       A.    I don't.

20       Q.    How about Art Skoultchi?

21       A.    Except that he was a professor and had a

22   full-time job and a young family and other than those

23   two areas, he had lots of free time.

24       Q.    He had lots of free time?

Page 118

1      A.    That was a joke.  He was very busy, but he was

2   doing this in the time he had.  He worked on weekends,

3   as you see, and worked at night.

4      Q.    I'm sorry, is it evident from something we

5   looked at --

6      A.    Just the calendars.  If you look at the

7   calendars, it shows we worked late in the night.  It was

8   just a general statement.

9      Q.    I'm sorry, the calendars?

10      A.    The calendars that I laid out here -- let me

11   dig them up.  Just, for instance, on page 3218 --

12      Q.    I'm sorry, which exhibit are you looking at?

13      A.    I'm on Exhibit 53.

14      Q.    Okay.

15      A.    I say, Time requirements through August, so I

16   wrote this in June.  And as you'll see, these are

17   proposed time commitments for the next two months;

18   additional individual time will be required to complete

19   the necessary task by September, and then I layout like

20   12 to 14 days that people need to be available.

21               This is on top of phone conversations and

22   everything else.  We were just constantly working when

23   people had the time.  And this is the same kind of

24   schedule we kept at the beginning of the year, too, as

Page 119

1    we talked about Art's idea and others.

2        Q.   Okay.  Was anyone else actually trying to get

3    Skoultchi's idea for gene activation to work during that

4    year or to perform it?

5        A.   Well, as I remember, we didn't have anybody in

6    the company; so, you know, I would say no.

7        Q.   Skoultchi wasn't trying to perform it on his

8    own in his lab?

9        A.   I'm sorry, in his lab, not that I remember,

10   no.

11       Q.   No one else to your knowledge?

12       A.   None, nobody.

13       Q.   Why was that?

14       A.   We didn't have a laboratory.

15       Q.   Why didn't Skoultchi try to perform it in his

16   lab?

17       A.   I couldn't say for sure, but certainly I mean

18   in general, when you're -- if you're an academic in a

19   major institution, you don't do experiments in a lab for

20   a company that you're working on and use your students

21   to do that.  In general that would not be appropriate

22   behavior because they're doing their post docs., et

23   cetera, on lots of other things.

24       Q.   Do you know the year when CGI first started to

Mark Levin  November 15, 2005

Page 120

1    attempt to perform Skoultchi's idea for gene activation?

2        A.   I don't remember the exact date, no.

3        Q.   Do you know a year?

4        A.   I'd have to look at the minutes.  It would

5    depend on when we started the lab up, and I don't

6    remember exactly when the lab started up.

7        Q.   Okay Mr. Levin, I'm handing you a document

8    that's been previously marked in this litigation as ARS

9    Deposition Exhibit 15.  Take your time to look at it.

10               My question for you is, if you've seen

11   that document before?

12       A.   I remember seeing it yesterday.

13       Q.   Okay.  And have you ever seen it before

14   yesterday?

15       A.   I most certainly -- I probably did since it

16   looks like an agenda I would make up, but I don't

17   remember this specifically.

18       Q.   So you believe that you prepared this

19   document?

20       A.   I do.

21       Q.   Does this document refer to Skoultchi's idea

22   for gene activation?

23       A.   I think it does, but I'm not positive.

24       Q.   How so?

Page 121

1      A.    When it says, Protein production, again, just

2  looking at the agenda, I see protein production first,

3  human monoclonal second, universal donors third, that's

4  essentially how the business plan ended up as I

5  remember.

6      Q.    So is this a document that you would rely upon

7  for when Dr. Skoultchi came up with his idea for gene

8  activation?

9      A.    No.

10     Q.    Why not?

11     A.    One, because it occurred long before this, and

12  two, it's an agenda with not a lot of details to it.

13     Q.    Were there any other protein production in the

14  pipe lines at CGI in 1989?

15     A.    Not that I remember.  I'm just, again, trying

16  to put this together for you, as I look at this

17  document, Deposition Exhibit 13, and I look at the last

18  page of it, you'll see a proposed agenda, which is very

19  similar to this agenda.  And this was discussed at our

20  July 24th meeting and '5th meeting after we talked about

21  Art's idea.

22            And this KPCB stands for Kliner, Perkins,

23  Caufield & Beyer, one of the largest venture capital

24  firms in the world, and we were going to present to

Mark Levin   November 15, 2005

Page 122

1    them.   And so this agenda would have come out of these

2    discussions.   And we spent a tremendous amount of time,

3    again based on this agenda, and these minutes, I should

4    say on Art's idea.

5              And if you turn to page CGI 3231, and if

6    you look -- and this is the drawing of Art's idea, the

7    first thing it says is protein production under Art's

8    idea --

9         Q.   I'm sorry, where are you?

10        A.   3231.

11             MR. KELBER:   ARS 13.

12   BY MR. NIELSEN:

13        Q.   Okay, okay.

14        A.   So if you look at page 3231, and you look

15   where this drawing occurs, and this is the idea that

16   we're talking about today, you'll see under Art, first

17   words of protein production.

18             So I would say this is the idea.   We

19   talked about it here.   We then put on the agenda for

20   Brook who was the senior biotech person there at the

21   time and still is, and we went and evidently presented

22   it to him and his team.

23        Q.   But you don't have a recollection of any of

24   that independent of the document, right?

Mark Levin  November 15, 2005

Page 123

1      A.    I remember meeting with Kliner Perkins about

2  the idea because they were involved actually early on.

3  And we talked with them in '88.  We talked with them in

4  '89.  I remember talking with them in, I believe, 1990.

5              So Brook was involved in reviewing this

6  plan during the evolution of the plan.

7      Q.    Do you remember specifically discussing with

8  Kliner Perkins Skoultchi's idea for gene activation?

9      A.    I don't, I don't.  I just remember as the idea

10  developed talking to Kliner Perkins about it because

11  they were our closest colleagues in the community at

12  Mayfield.

13      Q.    I'm handing to you a document that's been

14  previously marked as ARS Deposition Exhibit 16; take

15  your time and look at it.

16              And my question for you is, if you've

17  ever seen this before?

18              (Witness reviewing document)

19      A.    I remember seeing the document yesterday.

20      Q.    How about before yesterday?

21      A.    Since they look like the kinds of minutes I

22  would take, this is probably mine, but I don't remember

23  it specifically.

24      Q.    Do you recognize the handwriting on the first

Mark Levin   November 15, 2005

Page 124

1    page?

2         A.    In the upper right-hand corner?

3         Q.    Yes.

4                        (Witness reviewing document)

5         A.    I don't.

6         Q.    Okay.  If I could direct your attention to

7    page bearing Bates No. CGI 1858, under bullet six?

8         A.    Yes.

9         Q.    You see where it says, Meet with Kiley on

10   project?

11        A.    Yes, I do.

12        Q.    Who is Kiley?

13        A.    His name is Tom Kiley, and he was general

14   counsel at Genentech at one point and had left

15   Genentech, as I remember, at this point, and I don't

16   know what he was doing in particular, but I probably

17   recommended that we meet with him to talk about the

18   idea.

19        Q.    And how about Eisen just below that, who is

20   that?

21                        (Witness reviewing document)

22        A.    I think Eisen -- I don't know this for sure,

23   but I think it's Jeffrey Eisen, I believe, who is a

24   well-known attorney in the Boston area, who was

Page 125

1    potentially involved with Genetics Institute.  And I see

2    I had asked Burt to talk with Jeff, and you notice, if

3    appropriate, with the idea of potentially G.I. might be

4    interested in this concept.

5              But I don't know that for sure.  I'm not

6    positive that it's Jeff.  That looks like to be G.I.

7    which is Genetics Institute; would potentially be a

8    business development partner, but I'm not absolutely

9    positive.

10        Q.   Do you remember having any conversations with

11   Tom Kiley about Skoultchi's idea for gene activation?

12        A.   I do not.

13        Q.   How about Jeff Eisen?

14        A.   If it was Jeff Eisen, I do not.

15        Q.   No one else named Eisen, I take it?

16        A.   Not that I can think of.  Jeff didn't actually

17   work inside G.I., I don't think, but when I see Burt's

18   name there, Burt would know Jeff Eisen, and it's a

19   possible connection.

20        Q.   So you don't remember preparing this document?

21        A.   I do not.

22        Q.   Does this document refresh your recollection

23   as to any conversations that you had in 1989 about

24   Skoultchi's idea for gene activation, any at all with

Page 126

1    anyone?

2         A.    The only thing it just reminds me of, again,

3    is research patented protein and recommended

4    collaborator.  So it just goes back, this is under six

5    again, with Andy and George, and the assignments are for

6    Burt to look at the patented area, and for Andy and

7    George to look at potential collaborators on the

8    business side.

9              It tells me we were moving forward on the

10   project pretty aggressively, but we've talked about that

11   already; so it doesn't remind me of anything new.

12        Q.    It does not remind you of any additional

13   conversations?

14        A.    Above and beyond the ones we talked about.

15        Q.    It doesn't remind you of any additional work

16   that was being done with respect to Skoultchi's idea for

17   gene activation?

18        A.    Above and beyond writing the patent, searching

19   the literature, talking to the collaborators, thinking

20   about who we might be partners with, other than that, it

21   doesn't remind me of anything else.

22        Q.    Do you remember anything about searching the

23   literature with respect to Skoultchi's idea?

24        A.    Well, that's something I've been fanatical

Page 127

1    about.  I always ask whoever is working on something to

2    look into all the literature on everything, whether it's

3    just an idea, a concept, market issues, technical

4    issues, we always look at the literature in detail to

5    see what everybody else is doing; and we would do that

6    on everything.

7        Q.   Other than that potentially being your

8    practice, do you remember that specifically happening in

9    1989 for Skoultchi's idea?

10       A.   I don't remember it specifically happening.  I

11   know it happened, though, because it's just how I

12   operate.  And everywhere we went, I used to carry bags

13   of literature with me.  The bag I brought here, I would

14   have two or three of those.  I would walk into every

15   meeting with stacks of literature that I would do the

16   searches myself with everything because I was just

17   learning the business and I also wanted to understand

18   what everybody was doing to make sure we were not

19   barking up the wrong tree.

20               I can't tell you we did on a particular

21   day; I know we did it.

22       Q.   Do you remember doing a literature search for

23   Skoultchi's idea?

24       A.   I don't remember it specifically.  I just know

Page 128

1    that everything I every worked on we would always look

2    at the literature from a commercial standpoint, a

3    regulatory standpoint, an IP standpoint, et cetera, et

4    cetera, but I don't remember specifically doing that

5    search.

6         Q.   And other than that being the practice, you

7    don't specifically remember that being done for

8    Skoultchi's idea in 1989; is that correct?

9         A.   That's correct.

10        Q.   I take it you don't have any idea of whether

11   or not literature had been searched for a patent

12   application that had been drafted as of August 10th,

13   1989?

14                  (Witness reviewing document)

15        A.   Say the question again.

16             MR. NIELSEN:   Okay.  Can you repeat it,

17   please?

18                  (Record Read)

19        A.   Just based on the dates I saw yesterday --

20   when you say, Drafted, you mean the final patent

21   application or do you mean the beginning of the draft?

22        Q.   The beginning of the draft.

23        A.   Well, Art had supplied, based on what you just

24   showed me a little while ago, certainly the beginnings

Mark Levin   November 15, 2005

Page 129

1   of the draft that was given to Burt in July, and Burt

2   was now working on it.  And as we all know, any

3   intellectual property lawyer, the first thing they do is

4   search the literature.  And the very first thing you do

5   is search the patent literature.

6               So I would feel pretty comfortable we had

7   done it by then and were doing that because we would do

8   it continuously to the point we filed it and past filed

9   it.  But I can't tell you on a particular day we did it,

10  but I know we did.

11      Q.  As of a certain date or it was just done at

12  some point in 1989?

13      A.  It was done long before sometime.  So early on

14  with the idea in February, I would have definitely

15  searched the literature with Art from an idea

16  standpoint.  When Burt came on board obviously writing

17  the patent, he would have had to have searched the

18  literature.

19               I don't know specifically when we did it,

20  I just know we did it.

21      Q.  Okay.  Well, on the right-hand column in this

22  document, there are various dates.

23               Are those the deadlines or the projected

24  completion dates for these various projects?

Mark Levin   November 15, 2005

Page 130

1          A.    Let me look here.

2                    (Witness reviewing document)

3          A.    In general, I would say they were dates we

4     were using for completion.  There could be exceptions

5     since many tasks sometimes will take a little longer,

6     but in general the idea was to get a lot of this done by

7     then simply because we only -- we didn't have a lot of

8     money.  And we were clearly, as I remember, coming to

9     the end of our dollars.

10                    So we were moving along quickly now.

11         Q.    Were Skoultchi and Rowland the only people

12    tasked with preparing a patent application for

13    Skoultchi's idea?

14         A.    That would be my remembrance, yes.

15         Q.    No one else involved with that, to your

16    knowledge?

17         A.    No.

18         Q.    Do you have any knowledge of what Skoultchi

19    did in between August 10th -- well, do you have any

20    knowledge of what Skoultchi did in between July 25th,

21    1989 and September 15th, 1989 with respect to a draft

22    patent application?

23         A.    I don't remember specifically what he did.  He

24    wrote up the draft for me, which I gave to Burt, and

Page 131

1    then I had asked him and Burt to work together on it,

2    but I don't remember specifically how they did it.  We

3    were doing so many things.  He was in charge of it with

4    Burt, and I would eventual follow up on how we were

5    doing and bring it back to the team.

6        Q.   So you don't have any knowledge of anything

7    Skoultchi did in between July 25 and September 15, 1989

8    with respect to his patent application?

9        A.   I wouldn't say any knowledge.  Based on dates

10   I'm seeing here, I know he got it done and I know I

11   asked him and Burt to work together on it.

12       Q.   Well, Skoultchi, if I'm correct according to

13   your testimony, prepared some type of a document at

14   least by July 24th, right?

15       A.   Right.

16       Q.   Is there something else that he got done, as

17   you said after that?

18       A.   Well, what I'm saying is, in this case, and in

19   every case I've ever been involved in, when you write a

20   patent, the inventor and the intellectual property

21   attorney sit down, and obviously they have to -- the

22   intellectual property attorney has to get Arthur's ideas

23   in the patent.

24                So Burt would not have gone off and

Mark Levin   November 15, 2005

Page 132

```
 1    written it totally on his own.  So I wasn't at the
 2    table; Art had to be a major contributor in making sure
 3    the patent got done in that time frame.
 4         Q.   But you don't have any knowledge of anything
 5    else that Skoultchi did after that document dated
 6    July 24th through September 15th, 1989 with respect to
 7    assisting prepare a patent application; is that correct?
 8         A.   I don't specifically remember what he did.  I
 9    know he did a lot.
10         Q.   You know he did a lot in between those dates?
11         A.   Again, I hear your point.  When you write a
12    patent, the intellectual property attorney doesn't write
13    it totally by themselves.  So in order to get things
14    done, I know he was working on it.
15         Q.   What do you think he was doing?
16         A.   He was helping to draft the patent
17    application.  He's the expert on the technology.
18         Q.   Okay.  So other than what you've described
19    already, you can't point to any specific work,
20    conversations, anything else that Skoultchi did in
21    between July 25 and September 15, 1989 on his patent
22    application; is that correct?
23         A.   I can't.
24         Q.   Okay.  How about Rowland in between July 25th
```

Page 133

1    and September 15th, 1989, are you aware of anything that

2    he did specifically between those dates on Skoultchi's

3    patent application?

4        A.    Without reviewing the minutes, I am not;

5    further minutes down stream, if there are any.

6        Q.    So from July 25 through September 15, 1989,

7    you weren't participating in any of the work or

8    discussions concerning getting Skoultchi's idea on that

9    patent application?

10       A.    I don't remember specifically.  I would have

11   asked Art and Burt to keep it moving.  I would have

12   asked them to draft it.  At some point I would have

13   probably had a chance to remember.  I'd have to look at

14   additional minutes.

15               I do not remember specifically what I did

16   16 years ago on August 16 through September 14th.

17       Q.    And this document, ARS Exhibit 16, this

18   doesn't indicate any participation of yours in between

19   July 25th and September 15th, 1989 with respect to

20   Skoultchi's patent application; is that correct?

21              MR. KELBER:  Objection as to form.  You can

22        answer it.

23       A.    All it suggests or tells you is I'm running

24   the company, and so I'm responsible for bringing this

Mark Levin   November 15, 2005

Page 134

1   altogether to make sure we have a business plan that

2   makes sense; commercially, scientifically, regulatory,

3   business development-wise, et cetera; and that's what

4   we're trying to do here.

5        Q.   So the answer is no, this document doesn't

6   reflect any work of yours during this time frame with

7   respect to Skoultchi's patent application?

8        A.   No, that's not true.  By the way, I'm not

9   looking for credit on it.  What I'm telling you is that

10  when you run a company, I'm directly accountable for

11  getting these things done.  And if these things don't

12  get done by the time we run out of money in a few

13  months, then it's my fault.

14            So this is what I'm doing, I'm running

15  the company.

16       Q.   Mr. Levin, I'm showing a document that has

17  been previously marked as ARS Deposition Exhibit 17.

18  Take your time to look at it.

19            And my question for you is, is this a

20  document you reviewed in preparation for your

21  deposition?

22       A.   I did see it yesterday.

23       Q.   Okay.  Did you prepare this document?

24            (Witness reviewing document)

Mark Levin   November 15, 2005

Page 135

1          A.    I would have been involved in writing it.   My

2    best educated answer would be that Andy and George and

3    Kurt took charge of writing the overall document, and

4    that people supplied certain sections potentially in

5    their expertise, like in the area of their expertise

6    like I would have supplied my background.

7                    If there's technical aspects of the

8    document other people might have written a paragraph or

9    two, but I would assume that Andy or George and/or Kurt

10   put the document together based on everybody's ideas.

11         Q.    Is there anything in this document that

12   refreshes your recollection about any other

13   conversations that you know of about Skoultchi's idea

14   for gene activation that we haven't discussed already?

15         A.    Well, I would have to read the document in

16   detail.  I would be glad to do that.

17   BY MR. NIELSEN:

18         Q.    You had a chance to look at it yesterday?

19         A.    I generally reviewed it.  I don't remember all

20   the details and I didn't read the document in lots of

21   detail.  I just remember seeing it yesterday.

22                    So would you like me to read it in

23   detail?

24         Q.    Do you know when this was prepared?

Mark Levin    November 15, 2005

Page 136

1       A.    I would assume based on the front of the page,

2    August 26, 1989, although I don't know that for sure,

3    but I would assume so since that's the date on the

4    document.

5              Do you want me to read the document

6    during the break?

7       Q.    Sure.

8                    (Lunch Recess 12:55 - 1:38 p.m.)

9    BY MR. NIELSEN:

10      Q.    Mr. Levin, have you had a chance to review ARS

11   Exhibit 17?

12      A.    I did.

13      Q.    Okay.  And does this document refresh your

14   recollection as to any activities or any conversations

15   that you can remember in 1989 with respect to

16   Skoultchi's idea for gene activation other than what

17   you've described already?

18      A.    Yeah, I went through it during the break and

19   it does repeat a lot of the things we talked about with

20   regard to the front page of the document; talking about

21   making sure we get products in a bottle, which was a big

22   issue.  On page 3264, it just confirmed what we were

23   talking about probably, the third paragraph from the

24   bottom talks about the market opportunity.  We were

1    spending time on the market opportunity.

2                    And I think a couple of key points I

3    wanted to make as I looked at the document was that,

4    again, on page 3288, you'll see that by this time, we

5    had spent a reasonable amount of time just identifying

6    the market opportunity again, and looking at a lot of

7    proteins like human growth hormone, and insulin, and

8    tissue plasminogen activator, et cetera, which taking a

9    little bit of time there.

10                   Then on page 3289, again, it says under

11   Patent Searches, the second category down says, The

12   company has completed an examination of the patents

13   covering the production of TPA and erythropoietin.  So

14   again, the idea here is work had been ongoing certainly

15   before this document was done.  And then on page 3291,

16   at the top of the page, it says, Task and milestones

17   complete patent searches, would certainly implies that

18   you were asking me about patent searches before, that

19   patent searches were ongoing.  It's an implication,

20   let's complete them now that we've started them.

21                   And then on page 3302, you asked me about

22   the employees that were on board at the time.  It

23   certainly looks like by August -- I'm not sure what they

24   were doing.  I know they were involved in meeting, but

Page 138

 1   Aya Jakobovits and Robert DuBridge and Daniel Brenner

 2   had joined the company officially, it looks like --

 3        Q.   I'm sorry, the page you're on?

 4        A.   I think it was 3302.

 5        Q.   Okay.

 6        A.   And then as I look at page 3304, it talks

 7   about patent strategy.  And my page seems to have been

 8   copied, at least some of it is cut off, but it looks

 9   like down the middle of the page, it says, protein

10   production, Dr. Skoultchi, status of concept checked,

11   reduce to practice not checked.  You had asked me that

12   question.  Status of patent in preparation; so at least

13   according to this document by this document the patent

14   was in preparation.

15               On page 3301, it's the section on the

16   financial strategy.  And you'll see under production of

17   human proteins, it's talking about corporate partners on

18   a cost plus benchmark basis.  Just this concept of

19   putting partnerships in place, which we talked about.

20   And then 3312, summary of head count and uses of funds,

21   you'll see where on the protein side, we're talking

22   about in 1989 under scientists putting .6 of a person on

23   very soon, I guess, because it is 1989, and then ramping

24   up to four and seven, et cetera.  So the idea was

Mark Levin   November 15, 2005

1    clearly let's get people on this project this year and

2    let's get moving on it.

3                    So those are some of the things we talked

4    about that gives me a little bit more detail based on

5    what I looked at during the break.

6        Q.   Does this document refresh your recollection

7    about any additional conversations about Skoultchi's

8    idea for gene activation in 1989?

9        A.   Just the things I mentioned were clearly

10   ongoing.  They don't all happen on one day.  It takes

11   months and months to come to these conclusions.

12       Q.   Does this document refresh your recollection

13   as to any additional work being done with respect to

14   Skoultchi's idea for gene activation during 1989, other

15   than what you've just described?

16       A.   Above and beyond what I've described, it does

17   not.

18       Q.   And it doesn't give you -- or doesn't refresh

19   your recollection as to any specific dates for

20   conversations or work being done with respect to

21   Skoultchi's idea for gene activation?

22       A.   Well, I think it does indirectly.  It talks a

23   lot about the fact that market research is done; patent

24   application is ongoing.  This is -- development

Page 140

1    strategies are ongoing and in that context these things

2    takes months to get done.  It just tells you there's a

3    lot of work preceding this, but it doesn't give you an

4    exact date.

5         Q.   Anything other than that with respect to

6    specific dates?

7         A.   No, not for me.

8         Q.   I'm handing you a document that's been

9    previously marked in this litigation as ARS Deposition

10   Exhibit 31.  Take your time looking at it, Mr. Levin.

11              And my question to you is, have you ever

12   seen it before?

13                   (Witness reviewing document)

14        A.   I did see it yesterday.  It reminded me of the

15   document.  I am CC'd on the document, so I almost

16   certainly got the document.  I don't remember

17   specifically reviewing it in September of 1989.

18        Q.   Okay.  Do you remember seeing it before

19   yesterday?

20        A.   I don't.

21        Q.   Okay.  Does this document refresh your

22   recollection as to any conversations about Skoultchi's

23   idea for gene activation?

24                   (Witness reviewing document)

Page 141

1          A.    The only thing it reminds me of, where it

2     says, Cell-3, and I forget about this, is that I

3     remember we had Cell-1, Cell-2 and Cell-3, and those

4     were the three top priorities in the company.  So just

5     kind of reemphasizes that in my mind that we were using

6     that notation at that point.

7                    Again, I did get it CC'd.  I almost

8     certainly reviewed it, but I don't remember specifically

9     sitting down and reviewing it.

10         Q.    Do you know what Cell-1 and Cell-2 were?

11         A.    They were the other top priorities in the

12    company.  So one of them would be Raju's human

13    monoclonal project, I should have said, and that was

14    either one or two, and then one or two also had to do

15    with the whole cell transplant area.  I don't remember

16    exactly that patent as well as I do the others.

17         Q.    Okay.  So ARS Exhibit 31 doesn't refresh your

18    recollection about any additional conversations about

19    Skoultchi's idea for gene activation?

20         A.    Above and beyond what I've said before, no.

21         Q.    How about any specific dates for work on

22    Skoultchi's idea for gene activation?

23         A.    No, the only thing it suggests to me, there

24    was work that preceded this, and that's certainly in the