Page 142

1    minutes we've seen and other documents, but it

2    doesn't -- as I look it at it, I don't come up with

3    additional dates based on this.

4        Q.    And it doesn't refresh your recollection as to

5    any dates that Burt Rowland worked on Art Skoultchi's

6    idea for gene activation drafting a patent application?

7        A.    Well, it tells me on September 6 that he's

8    completed the draft, if that's what you mean.  I didn't

9    realize you were asking that basic of a question.

10                It says, A draft of the above-identified

11   application has now been completed, and it says

12   September 6.  So I assume that by September 6, he had at

13   least the first draft, it sounds like.

14       Q.    But it doesn't tell you anything about dates

15   before September 6th on which Rowland specifically

16   worked on Skoultchi's patent application?

17                       (Witness reviewing document)

18       A.    Not that I see.

19       Q.    And you don't recall receiving this on or

20   around September 6, 1989?

21       A.    I don't specifically recall receiving it.  I'm

22   sure I did, but I don't specifically recall it.

23       Q.    Do you recall receiving a copy of a patent

24   draft application?

Page 143

1        A.    I'm not sure I remember seeing it

2    specifically.  I would have gotten it for sure since it

3    was so key to the company.  I can't tell you I remember

4    sitting at a table reading it on a particular day.  I

5    can't tell you that, no.

6        Q.    Okay.  I'm going to hand you a document that's

7    been previously marked as ARS Deposition Exhibit 32.

8    Take your time looking at it.

9                 My question for you is, have you seen

10   this before?

11                 (Witness reviewing document)

12       A.    I think I saw this yesterday.  I'm not

13   positive.

14       Q.    You remember seeing it before yesterday?

15       A.    I specifically don't remember seeing it,

16   although since it was key to the company, I would have

17   almost certainly reviewed it.

18       Q.    Okay.  Is any of the handwriting on this

19   document yours?

20                 (Witness reviewing document)

21       A.    None of the pages are mine, no.

22       Q.    Do you recognize the handwriting?

23       A.    I don't.

24       Q.    And you didn't prepare this document; is that

Page 144

1    correct?

2         A.    That's correct.

3         Q.    Does this document refresh your recollection

4    as to any additional conversations about Skoultchi's

5    idea for gene activation?

6         A.    No.

7         Q.    How about any additional work done with

8    respect to that idea?

9         A.    And by Work, what do you mean?

10        Q.    Including drafting the patent application,

11   anything?

12        A.    Above and beyond what I've said before, no.

13        Q.    Does this document refresh your recollection

14   about any specific dates that Rowland spent preparing

15   this application?

16        A.    Well, it just tells me that at least according

17   to the date on the top, it was prepared, I assume, on

18   8/29/89.  And that certainly means there was significant

19   time prior to this where we worked on it, and it was

20   lots of discussions.  But other than that, it doesn't

21   suggest any other dates to me.

22        Q.    Other than the fact that it says 8/29/89 on

23   the first page, you don't have any other knowledge that

24   it was prepared on that day, do you?

1        A.    I do not.

2        Q.    Do you know who marked this document up?

3        A.    I do not.

4        Q.    Does this document refresh your recollection

5   as to when the handwriting was made on this document?

6        A.    No.

7        Q.    Okay.   Handing you a document that has been

8   previously marked as ARS Deposition Exhibit 21.   Take as

9   much time as you need to look at that; and again, have

10  you seen that before?

11                      (Witness reviewing document)

12       A.    I remember seeing this yesterday.

13       Q.    You remember seeing it any time before

14  yesterday?

15       A.    It's definitely my agenda, but I don't

16  remember specifically -- I don't remember the agenda

17  specifically, but I definitely wrote it.

18       Q.    Do you remember preparing it?

19       A.    I don't remember preparing it, but I can feel

20  that it's mine.   This is exactly the kind of agenda I

21  would make up.

22       Q.    Does this document refresh your recollection

23  as to any additional conversations about Skoultchi's

24  idea for gene activation, any at all?

Page 146

1                    (Witness reviewing document)

2        A.    No.

3        Q.    Okay.   How about any additional activities

4    regarding Skoultchi's idea for gene activation?

5                    (Witness reviewing document)

6        A.    Well, it tells me one of the things is based

7    on looking at the minutes that Burt was going to go to

8    Systemics.   So I see Bill Smith's name on here on No. 3.

9    I don't remember specifically that day, but we were

10   probably interviewing Bill Smith to be the patent

11   counsel for Cell Genesys, or at least to take part of it

12   because at some point Burt was going to leave.

13                   So there was some implication there about

14   overall patent strategy; potentially not Art's projects

15   since that would probably be done by this time.   The

16   only thing I see on there on September 8, is partner's

17   presentation; doesn't specifically say so, but that

18   would be the partners at Mayfield.   And we would be

19   presenting to them, you know, what we thought the

20   company looked like, the major projects, financing that

21   would be required.

22                   So that kind of presentation for an hour

23   and a half, to get venture -- to get partners in a fund

24   to sit for an hour and a half meant we were moving ahead

Page 147

1    pretty quickly and we were thinking about raising some

2    money.  This is on the second page, September 8th,

3    No. 2.

4         Q.    Okay, thanks.

5         A.    Burt Rowland on the agenda.  We were reviewing

6    everything he was working on, but it doesn't tell me

7    anything new.

8         Q.    It doesn't tell you anything about any other

9    conversations about Skoultchi's idea for gene

10   activation?

11        A.    No.

12        Q.    And no other activities with respect to that

13   idea?

14        A.    Just continual activities.  As you see here, I

15   have under three on September 8th, lab use, what are we

16   going to do from October to December of '89?  The agenda

17   for the founders, what are they going to do for the next

18   few months?  What's the company going to do for the next

19   few months?

20              The idea was to have detailed

21   conversations about what everybody was going to do.

22        Q.    Was there anything that was going to be done

23   in those months for Skoultchi's idea?

24        A.    Well, this agenda certainly doesn't mention

Page 148

1    them.  So just based on the business plan we reviewed a

2    second ago, where it talked about people started working

3    on it, patent applications were going to continue, et

4    cetera, that's much more descriptive.

5              This is just an overall agenda.

6        Q.   Okay.  This doesn't tell you anything about

7    specific dates that Burt Rowland worked on the patent

8    application for Skoultchi's idea for gene activation?

9        A.   It doesn't tell me any, no.

10       Q.   Bill Smith wasn't involved in preparing the

11   patent application for Skoultchi's idea, correct?

12       A.   I don't think he was.  I think Burt finished

13   it up.  I'm not 100 percent positive, but like

14   99.9 percent positive.

15       Q.   Where did Bill Smith work; do you remember?

16       A.   He was in a major firm in the Bay area.  I

17   don't remember the name of the firm.

18       Q.   Did he become outside patent counsel for CGI?

19       A.   I don't remember.  We were talking to several

20   people.

21       Q.   He wasn't hired --

22       A.   No, no --

23       Q.   -- as a CGI employee, was he?

24       A.   -- no, no, we were talking to him about being

1    outside counsel.

2         Q.    Handing you a document that has been

3    previously been marked as ARS Deposition Exhibit 20,

4    take as much time as you need to look at it.

5              And again, my question is, have you seen

6    this document before?

7                   (Witness reviewing document)

8         A.    I saw the document yesterday.

9         Q.    Do you remember seeing it before yesterday?

10        A.    I don't remember seeing it before yesterday

11   but it's clearly my agenda.

12        Q.    Okay.  Why do you say that?

13        A.    Well, vision and philosophy is something I

14   would always put on there.  The structure of the agenda,

15   the way it's spaced.  The brevity of the agenda with

16   regard to details are clearly mine.  Naming the party,

17   that's something I always did.  Having a party, that

18   would be something I would always put on there.

19              So it was just, I think one of the

20   things -- again, I know I've said this before, if you

21   look from early '89 through this point, this is how I

22   would run a project or a company when we started it up;

23   constant meetings, agenda, follow-up action items, lots

24   of conversations.  And this just one of dozens of

Page 150

1    agendas that we had during this time period.

2                    And, you know, it really doesn't, at

3    least looking at it, it doesn't give you any specifics

4    at this point.  The idea was people were assigned to

5    come prepared to talk about facilities.  Kurt, where are

6    we on the facility?  Are we going to lease it?  Do we

7    have an offer out?  On the equipment, what equipment are

8    we buying?  How much do we need to spend?  What do the

9    lease lines look like?  And that's what all this looks

10   like.  It's a straightforward, simple agenda, and I ask

11   people to come prepared to talk about these topics.

12       Q.   You don't remember preparing this?

13       A.   I don't remember sitting down and writing this

14   particular agenda, no.

15       Q.   Okay.  Does this document refresh your

16   recollection as to any additional conversations about

17   Skoultchi's idea for gene activation?

18       A.   No.

19       Q.   How about any additional activities with

20   respect to his idea?

21                    (Witness reviewing document)

22       A.   No.

23       Q.   Does it refresh your recollection as to any

24   specific dates on which anyone worked on the draft

Mark Levin  November 15, 2005

Page 151

1    patent application for Skoultchi's idea?

2         A.   It does not.

3         Q.   Handing you a document that's been marked as

4    ARS Deposition Exhibit 18, take as much time as you need

5    to look at it.

6              And again, my question is, do you

7    recognize this?

8                   (Witness reviewing document)

9         A.   I think I saw this yesterday.

10        Q.   Okay.  Have you seen it before yesterday?

11        A.   I probably saw it because, again, it's the way

12   I would write an agenda; and that's my handwriting on

13   this.

14        Q.   The top or bottom or both?

15        A.   The bottom; the top is not mine.

16        Q.   Do you know whose handwriting that is?

17        A.   I have no idea what that means.

18        Q.   You don't recognize the handwriting?

19        A.   I not only don't recognize the handwriting,

20   I'm not sure what it says.

21        Q.   Okay.  Does this document refresh your

22   recollection about any conversations concerning

23   Skoultchi's idea for gene activation?

24        A.   No, all it tells me is that this is -- when

Page 152

1    you look at these previous agendas you showed me now,

2    this is a very specific agenda for the partner

3    presentation.  So this is the specifics for the partner

4    presentation that was in one of the previous agendas --

5    oh, okay.

6              In Deposition Exhibit 21, if we look at

7    page 3317, you'll see between 9:00 and 10:30 on

8    September 8th is the partner presentation.  That's to

9    the Mayfield Fund 'cause they were funding this, and

10   then if you look at this agenda, it's 9:00 to 10:30,

11   partner presentation.  So this is the specific agenda

12   blown up for that hour and a half.

13             And so the partners at Mayfield would

14   have attended.  As I mentioned an hour and a half is a

15   long time for that group to listen to a business plan.

16   And we were clearly telling them what we accomplished in

17   the seed round in the overview upfront, which means that

18   we were trying to impress them in the fact we had

19   accomplished a lot.

20             And then under Plan Review, you'll see

21   the three major projects; Raju Kucherlapati talking

22   about the monoclonal antibody project, Skoultchi about

23   the protein project, and Tepper about cell transplants,

24   T-cells or RPE, whatever the focus was; and that we were

Page 153

1    presenting those three projects.  And then we had Kurt

2    talking about budget and cash flow.  Kurt was a former

3    CFO, finance guy.  And he was specifically talking about

4    the fact where we were on cash, and Grant was going to

5    give his opinion clearly on what he thought about the

6    whole thing.

7              So this was a late stage partner

8    presentation about -- the notes on there actually, I

9    think, although it looked to me to be comments probably

10   based on some business plan or something just to make

11   sure because we would have handed out a draft business

12   plan to the partnership to review.  And so this is

13   probably in preparation for the meeting for the fact

14   that we were moving ahead and that we were thinking

15   about raising funds sometime in the reasonable future.

16        Q.   Do you remember that specific partner

17   presentation on September 8, 1989?

18        A.   I don't.

19        Q.   Other than what's indicated from this

20   document, do you remember any of the details of the

21   discussion of that partner presentation with respect to

22   Skoultchi's idea?

23        A.   I don't.

24        Q.   Does this refresh your recollection as to any

Page 154

1    steps that were being taken to prepare the patent

2    application for Skoultchi's idea?

3        A.    It does not.  This is a typical presentation

4    to a partnership.  And just based on this and other

5    minutes, we were clearly moving to the point where we

6    were trying to show people we were doing a good job and

7    the plan was in place and usually intellectual property

8    goes with it, but it certainly doesn't say that here.

9                And we were probably telling people we

10   were going to need money at some point in the near

11   future.

12       Q.    You can't remember anything about what

13   Skoultchi presented that day?

14       A.    I cannot.

15             MR. NIELSEN:  Off the record for a minute.

16                  (Off Record Discussion)

17   BY MR. NIELSEN:

18       Q.    Handing you a document that has been

19   previously marked as ARS Deposition Exhibit 19, take as

20   much time as you need to look at it.

21                And my question for you is, if you

22   recognize this document?

23                  (Witness reviewing document)

24       A.    I did see this document yesterday.

Mark Levin    November 15, 2005

Page 155

1        Q.    Did you see it before yesterday?

2        A.    I don't remember seeing it before yesterday,

3    but this agenda is clearly mine.  But I couldn't tell

4    you that I saw it at a specific time, but I almost

5    certainly saw it because we were presenting this to the

6    Mayfield partnership.

7        Q.    Do you remember preparing any of this?

8        A.    I don't specifically remember preparing it,

9    no.

10        Q.    Okay.

11        A.    But the first three pages -- well, some of the

12    first three or four pages are mine.

13        Q.    Which parts?

14        A.    The simplistic-looking parts.  The first page,

15    page 15909, page 15910, page 15911, those were clearly

16    mine.

17        Q.    Well, do you know who prepared the remainder

18    of the document?

19        A.    I don't know for sure, and I think it was

20    probably prepared by multiple people.  I certainly had

21    input into it.  The founding scientists would have had

22    input into it for sure because this would have been

23    tightly reviewed because we were presenting to the

24    partnership about future funds.

Page 156

1          But who actually drafted the overheads

2     and probably took the first shots and maybe the final

3     shots at it, I think would be Andy, George and Kurt.  I

4     would be -- I'm highly probable that Kurt did the

5     financials.  He's a financial guy, and nobody else in

6     the group was really a financially CFO kind of person;

7     so Kurt almost certainly did the financial pieces.

8          The fancy pie charts on 15907 and 908,

9     this looks like Stamford MBA to me.  And so I think this

10    was probably Andy and George's concept about how to

11    present the concept.  And they probably put the

12    overheads together, too, but that's not for sure.  It's

13    likely, but not for sure.

14         But at the end of the day everybody would

15    have reviewed it in detail because of the significance

16    of the presentation.

17    Q.    When you say, Everybody, do you mean the

18    people you just mentioned?

19    A.    Yes.

20    Q.    Anybody else?

21    A.    Art, Raju, Bob, myself, Kurt and Andy and

22    George would have certainly reviewed it; and probably

23    Grant, he would have probably reviewed it before we

24    presented it.

1      Q.    Do you have a specific recollection of them

2    reviewing it?

3      A.    I don't.  There's just no way Raju and Art or

4    Andy and George and Kurt would not have reviewed it

5    since they took part in the whole effort.

6      Q.    A moment ago you referred to some materials

7    that you believed would have been prepared for the

8    partner presentation on September 8, 1989; is this

9    document that?

10     A.    I would think this was it.  Again, I can't

11   tell you for sure, but I was trying to make a connection

12   between my scribbling on the bottom of page 3259 and

13   this document, and there's a possibility these are

14   comments at some point about this document, but not for

15   sure.

16            But as I look at it, this would be the

17   kind of detail that we would give as a presentation for

18   the Mayfield Fund, general overall strategy, market

19   sizes, key business targets, key concepts, the

20   financials, the head count, when would we need funding

21   and what we could accomplish in that time period for

22   that funding.

23            So this is a pretty typical presentation

24   to the partnership and of the right wing, too.

Page 158

1      Q.    So ARS Exhibit 19 is likely the presentation

2    materials for the partner presentation on September 8th,

3    1989?

4      A.    It's likely if it was attached to it.  If

5    you're saying it wasn't attached to it, then I couldn't

6    tell you it was.  When it's attached to it like this,

7    I'm assuming it came together.

8      Q.    Does this document refresh your recollection

9    as to any additional conversations about Skoultchi's

10   idea for gene activation?

11                    (Witness reviewing document)

12     A.    On page 15921, it tells me under proteins,

13   we're going to put two and a half people on it; two FTEs

14   in 1989.  So since it was already September, we would

15   have had to put some people on it pretty quickly.  So it

16   means we're moving forward at least based on this

17   document.

18               Let me just find the protein section

19   here.  At least at this point in time we were

20   considering, seriously considering TPA and EPO and GCSF

21   based on this document.

22     Q.    Which page are you on?

23     A.    I'm on page 15916.  And any human protein

24   which has to be produced in mammalian cells.  It says,

Mark Levin   November 15, 2005

Page 159

1    patent application is being filed, so it sounds like it

2    was in progress.

3        Q.    That refers to Skoultchi's idea for gene

4    activation?

5        A.    Correct, that would be my assumption looking

6    at the order of the documents, looking at the fact it's

7    under TPA, EPO and GCSF, that would almost certainly

8    apply to that.

9                On page 15915, it outlines, I think,

10   pretty succinctly what the overall strategy was, to use

11   homologous recombination to insert regulatory sequences

12   into non-patented DNA.  And the business strategy of

13   course was to obtain development costs and royalties

14   from partners.  And it was clearly, you know, to make

15   proteins where we couldn't make them before based on

16   patent issues.  So this is, I think, a fairly clear

17   description of where we saw it at that point in time.

18                If you look at page 15914, it comes back

19   to this concept of short, middle and long-term projects.

20   That was very important.  We didn't want everything to

21   be out there in cell therapy.  So it just reemphasizes

22   that point.  So those are some of the things that come

23   to mind as we look at it.

24        Q.    What were the other short-term projects or was

Page 160

1    Skoultchi's idea as a short-term project?

2         A.   As I remember, looking at these other

3    documents, I don't remember other short-term projects.

4    When I say short-term, none of them are truly short

5    term.  In this are industry if it's done in eight years,

6    10 years, that's short-term.

7              So that's the definition of short-term

8    here.

9         Q.   Okay.  So does this refresh your recollection

10   of any additional conversations about Skoultchi's idea

11   for gene activation?

12        A.   No, all it does is confirm we've come a long

13   way on what we're going to do there.  We believe in the

14   markets.  We believe in the IP.  The patent is being

15   written.  We're going to assign people on to it in the

16   lab right away; so we're moving pretty aggressively on

17   it.

18        Q.   It doesn't refresh your recollection as to

19   anything else that was discussed about his idea,

20   Skoultchi's idea, on September 8th, 1989, at the partner

21   presentation?

22        A.   It doesn't.

23        Q.   It doesn't refresh your recollection as to any

24   steps that were being taken to prepare a patent

Page 161

1    application for Skoultchi's idea?

2         A.   All it, again -- trying to remember what page

3    that was on it, it says -- let me just find it; hold on

4    one second.

5                    (Witness reviewing document)

6         A.   Well, on page 15909 under two, it says, being

7    filed, and then it lists three patents:  The universal

8    donor patent, the monoclonal patent, and the protein

9    patent; and I think those were one, two and three, yeah.

10   The monoclonal was Raju's idea.  The protein idea was

11   Arthur's, and the universal donor concept, I can't

12   remember if that was Oliver's idea or Bob's.  I don't

13   remember specifically, but I think that's Cell-1, Cell-2

14   and Cell-3.

15        Q.   Okay.

16        A.   So those are being filed and I think that it

17   mentions that again somewhere else being filed.

18        Q.   15916, I believe?

19        A.   Yeah, that's right.

20        Q.   This doesn't refresh your recollection as to

21   any specific dates on which anyone was attempting to

22   prepare a patent application for Skoultchi's idea?

23        A.   No, I think just -- this is in conjunction

24   with the other things we reviewed about Burt, and Burt's

Page 162

1    notes, and my notes to Burt, et cetera, that in

2    conjunction, clearly there's been a lot of work going

3    on.  But this document itself does not specifically say

4    anything more than they're being worked on.

5        Q.   And it doesn't refresh your memory about any

6    specific dates on which work was being done on this

7    patent application?

8        A.   It does not.

9        Q.   If you take a look at page 5910, do you see

10   where Finer is referenced a third of the way down?

11       A.   I do.

12       Q.   Okay.  Is that Mitch Finer?

13       A.   It is.

14       Q.   And what is that in parentheticals next to

15   him?

16       A.   That's his thesis advisor, who is spelled

17   wrong.  That's Rich Mulligan at the Whitehead, and

18   everybody in parentheses are their advisors.

19       Q.   Does that refresh your memory as to any

20   conversations you had with Mitch Finer about Skoultchi's

21   idea for gene activation?

22       A.   No, it doesn't; just reaffirms what we said

23   before that Aya Jakobovits and Bob DuBridge and Dan

24   Brenner were on board, and we were looking at hiring

Page 163

1    these other people or they were under consideration, but

2    it doesn't tell me anything about what Mitch did on the

3    protein effort.

4        Q.    How about any conversations with Jakobovits

5    DuBridge or Brenner?

6        A.    It doesn't tell me anything, no.  It doesn't

7    remind me of anything.

8              MR. NIELSEN:  54.

9              (Exhibit 54 Marked for Identification)

10   BY MR. NIELSEN:

11       Q.    Court reporter has handed you a document

12   that's been marked as ARS Deposition Exhibit 54.  It

13   bears Bates number CGI 3348 through 3353.  I'll just add

14   that it's substantially identical to what's in the last

15   exhibit we just looked at.  I think there might be one

16   extra thing that I wanted to ask you about.

17                    But at any rate, take your time looking

18   at it; and my question is, have you seen this before?

19                    (Witness reviewing document)

20       A.    I don't remember seeing this yesterday.  I

21   might have; I don't remember.

22       Q.    Okay.  Do you recall seeing it ever before?

23       A.    It's clearly my document, but I don't remember

24   actually generating it, but this is my document.

Page 172

1      Q.    Same with August 29th?

2      A.    That's correct.

3      Q.    And September 6th?

4      A.    Yeah, that's right, except for the previous

5   minutes we reviewed where it says Burt's working on it,

6   Burt's working on it, Burt's working on it.

7      Q.    Okay.  And this document doesn't refresh your

8   memory as to any other specific dates on which Burt

9   Rowland was working on the patent application; is that

10  correct?

11     A.    It doesn't.  You know, as I look at this, I

12  think it's the monthly -- a typical monthly bill, and it

13  talks on what he did for a very specific period of time.

14  And so what he did the previous months and what he did

15  future months would not clearly be on this document.

16                 So this is an invoice for time spent by

17  Rowland on CGI work from at least August 25th through

18  September 25th, 1989; is that correct?

19     A.    You know, I actually don't know that, though.

20  You say, August 25th to September 25th?

21     Q.    Yes.

22     A.    I see where it says, Professional services

23  rendered through September 25th.  So without Burt's

24  entire records, it's hard for me to really say exactly

Page 173

1   what period this was for.

2        Q.   Does this document refresh your recollection

3   as to any other activities concerning Skoultchi's idea

4   for gene activation?

5                      (Witness reviewing document)

6        A.   Not above and beyond what we've talked about,

7   no.

8        Q.   Okay.  The writing just under your initials,

9   is that your handwriting as well?

10       A.   No.

11       Q.   Do you know whose that is?

12       A.   I don't.

13       Q.   How about on the very last page?

14                      (Witness reviewing document)

15       A.   It's not mine.

16       Q.   You don't know whose it is?

17       A.   I don't.  It could be Grant's or it could be

18  the CFO of the fund at the time.  It could be a lot of

19  people.  It would be somebody inside Mayfield probably.

20       Q.   I see on the first page it says, Attention:

21  Mr. Mark Levin.  Do you see that?

22       A.   I do.

23       Q.   So did Mr. Rowland send his invoice directly

24  to you?

Page 174

1        A.    That would have been common practice, yeah.

2              (Exhibit 56 Marked for Identification)

3    BY MR. NIELSEN:

4        Q.    The court reporter has handed you a document

5    that has been marked as ARS Deposition Exhibit 56.   It

6    has four sides to it.   It's dated October 25th, 1989,

7    from the law offices of Leydig, Voit & Mayer.   Take as

8    much time as you need to look at it.

9                   My question is, have you seen this

10   before?

11       A.    I think I saw it yesterday.

12       Q.    Did you see it before yesterday?

13       A.    Well, I signed it on the front; my initials of

14   MGL; then I put CGI underneath it.   So I don't recall

15   specifically seeing it, but I signed it that I did, so I

16   certainly did.

17       Q.    Was this sent to you?

18       A.    It says, Attention:  Mark Levin, and I signed

19   it, so I assume so.

20       Q.    You don't remember receiving it, though?

21       A.    Not specifically, no.

22       Q.    Does this document refresh your recollection

23   as to any conversations about Skoultchi's idea for gene

24   activation?

Page 175

1      A.    The only thing I see immediately is somebody

2    worked on 9/5/89, review and revise application.   I

3    think the initials there are ES.   I don't know who that

4    is.   I don't see anything else on here at the moment.

5    I'm looking; that's all I see.

6      Q.    Okay.   It doesn't bring to mind any other

7    conversations about Skoultchi's patent application?

8      A.    It doesn't.

9      Q.    Okay.   It doesn't refresh your recollection

10   about any other activities concerning his idea for gene

11   activation?

12     A.    It doesn't.

13     Q.    And it doesn't indicate to you specific dates

14   other than September 5th, 1989 on which someone

15   worked -- someone prepared a patent application for

16   Skoultchi's idea?

17                  (Witness reviewing document)

18     A.    I don't see any other date on here.   It

19   doesn't remind me of anything above and beyond the fact

20   that somebody worked on it on 9/05/89.

21     Q.    And other than the document indicating that,

22   do you have any independent knowledge of that?

23     A.    I don't.

24            MR. NIELSEN:   57.

Page 176

1              (Exhibit 57 Marked for Identification)

2    BY MR. NIELSEN:

3        Q.    Okay.   The court reporter has handed you

4    another document; this time marked as ARS Deposition

5    Exhibit 57.   It's another billing invoice.   This time

6    dated November 25th, 1989, again from Leydig, Voit &

7    Mayer.

8                     Take as much time as you need, Mr. Levin;

9    and have you seen this document?

10                   (Witness reviewing document)

11       A.    I may have seen this yesterday.

12       Q.    Do you recall seeing it before yesterday?

13       A.    Well, it's to my attention and I did sign it

14   and signed off on it for payment.

15       Q.    What's the date you signed off on it for

16   payment?

17       A.    I signed off on 1/2/1990.

18       Q.    Does this document refresh your recollection

19   of any conversations about Mr. Skoultchi's idea for gene

20   activation?

21                   (Witness reviewing document)

22       A.    Well, I see on the front page that, although

23   it doesn't say specifically, it says on 10/27 and 11/06,

24   Art and Burt talked.   So it's probably about the topic,

Mark Levin    November 15, 2005

Page 186

1    application?

2          A.    It doesn't.

3          Q.    And it doesn't refresh your recollection as to

4    any specific dates on which other activities were -- let

5    me just ask you a better question.

6                Does it refresh your recollection as to

7    any other activities concerning Skoultchi's idea for

8    gene activation?

9          A.    It doesn't.

10         Q.    I'm going to hand you a document that's been

11   previously marked in this action as ARS Deposition

12   Exhibit 22.  I think you'll see it's a copy, at least

13   most part, of the first two pages of what we were just

14   looking at.

15               At any rate, have you seen this document

16   before?

17         A.    I don't know.  I may have seen it yesterday.

18   I'm not sure.

19         Q.    Is that your handwriting?

20         A.    My handwriting says, Page 22, VII, Alt.  It's

21   not my handwriting at the top of the page.

22         Q.    What does that mean?

23         A.    Which one?

24         Q.    Any of it -- well, your handwriting?

Mark Levin    November 15, 2005

Page 187

1    A.    I don't know what it means.  There may be a

2    document on page two under No. 7.  We need to add Fred

3    Alt to; something like that.  Oh, there it is.  It's on

4    the back.  Go ahead.

5    Q.    That did not have anything to do with

6    Skoultchi's idea for gene activation?

7    A.    No, Fred was not involved in that, as I

8    remember.  He was involved in the human monoclonal

9    project very specifically.

10    Q.    Okay.  I'm handling you a document that has

11    been marked previously in this litigation as ARS

12    Exhibit 24.  Have you seen that document before?

13    A.    I may have seen it yesterday.  I don't

14    remember.

15    Q.    Okay.  What is this document?

16    A.    It's an agenda for a patent meeting either on

17    October 30 or 31st, and it was to review ongoing patents

18    that we were working on.

19    Q.    Did you prepare this?

20                    (Witness reviewing document)

21    A.    Probably.

22    Q.    Do you remember preparing it?

23    A.    It's not as clear.  It would have to be longer

24    for me to tell.

ede2967c-6e65-4cdc-85af-16dfc6d58787

Mark Levin    November 15, 2005

Page 188

1    Q.   It doesn't have the hallmarks?

2    A.   Well, it looks like it.  If it went on for a

3  few pages, it would definitely be mine.  It's probably

4  mine, but not necessarily.

5    Q.   Do you remember preparing it?

6    A.   I don't.

7    Q.   Okay.  Does this refresh your memory of any

8  additional conversations about Skoultchi's idea for gene

9  activation?

10    A.   No, I think it's consistent with the other

11  documents we reviewed about this is the time frame we

12  were finalizing the patent and Burt filed it, as I

13  remember, some short period after this.  It comes back

14  and confirms that TPA and EPO were certainly on the list

15  with other proteins.

16           So it more or less confirms we're

17  continuing to work on things we talked about in the

18  past.

19    Q.   Well, do you remember a patent meeting taking

20  place in on October 30th or 31st?

21    A.   I don't know.

22    Q.   So I gather you don't remember specific

23  conversations about these items?

24    A.   I don't; not on this particular date, no.

ede2967c-6e65-4cdc-85af-16dfc6d58787

Mark Levin    November 15, 2005

Page 189

1     Q.    On any particular date?

2     A.    Well, as I've said, it was an ongoing effort

3     to, one, sort of identify the idea, to work on it from a

4     market standpoint, IP standpoint, regulatory, technology

5     business development; and this is just a continuum as

6     part of that.  This is now saying we're going to

7     finalize the patent application in the near term, and we

8     want to continue to work on TPA and EPO, and get some

9     recommendation of projects we would take on first

10    because we're finishing the business plan; and are there

11    any other proteins we need to look at?  Because when we

12    finish the business plan and go out to the venture

13    capitalists, we need to be very specific about things we

14    think are important.

15    Q.    Independent of the document, is that your

16    recollection of the discussion or any discussions during

17    1989?

18    A.    It's consistent with what I said throughout

19    the day about this continuum.  I couldn't tell you it

20    was on October 30th.  It's just consistent with what we

21    were doing.

22    Q.    This doesn't refresh your recollection as to

23    the specific date of any other conversations about

24    Skoultchi's ideas; is that correct?

ede2967c-6e65-4cdc-85af-16dfc6d58787

Mark Levin   November 15, 2005

Page 190

1          A.   It does not.

2          Q.   You see at the bottom, Art will be here from

3     1:00 p.m.?

4                    (Witness reviewing document)

5          A.   (No verbal response).

6          Q.   Does that refresh your recollection at all?

7          A.   No.

8          Q.   Does this refresh your recollection of any

9     other specific dates on which Rowland or anyone else was

10    working on a patent application for Skoultchi's idea?

11         A.   It does not.

12         Q.   And at this point is it correct that CGI

13    hadn't actually begun attempts to perform Skoultchi's

14    idea for gene activation?

15              MR. KELBER:  Objection as to form.  You can

16         answer.

17         A.   I'm not positive.  I'd have to -- I don't

18    remember.  I don't think we had a lab up and running by

19    then.  I mean that's easily gotten out of the documents

20    here.  But unless we had a lab up and running, I'm

21    pretty sure we didn't do this with outside people.

22                   And it does, you know, say, Talk to Kurt

23    or Daniel, and with Art coming and the protein patent

24    strategy as a focus, it just reconfirmed Daniel's

```
 1   involvement in this; very likely involved.  But I don't
 2   remember the day the lab started up on, so I would have
 3   to look at that to really tell.
 4        Q.   Where it says, analysis of TPA, EPO, and
 5   recommendation on what to pursue, was that referring to
 6   considerations about which proteins to try and express
 7   using Skoultchi's idea, not necessarily attempts to
 8   express those proteins?
 9        A.   Correct.
10             MR. KELBER:  We've been going for another two
11        hours.  Do you have a feel of where we're going to
12        be?
13             MR. NIELSEN:  Off the record.
14                  (Off Record Discussion)
15             MR. NIELSEN:  59.
16        (Exhibit 59 Marked for Identification)
17   BY MR. NIELSEN:
18        Q.   Okay.  The court reporter has handed you a
19   document that's been marked as ARS Deposition
20   Exhibit 59.  It bears Bates No. CGI 3658.
21             Have you seen that document before,
22   Mr. Levin?
23        A.   I don't recall seeing it yesterday, but it's
24   possible.
```

Mark Levin   November 15, 2005

Page 192

1        Q.    Do you remember seeing it before, any time

2    before yesterday?

3        A.    I don't.  It's addressed to me, so I almost

4    certainly saw it, but I can't tell you that I did for

5    sure.

6        Q.    Do you remember receiving this document?

7        A.    I don't.

8        Q.    Okay.  Does this document refresh your

9    recollection as to any additional conversations you

10   might have had about Skoultchi's idea for gene

11   activation including a patent application for it?

12       A.    No, the only thing it tells me is that on

13   November 1st, Burt feels he has the final draft, and he

14   sent me a copy, which I would have reviewed in general;

15   certainly not all the technical aspects of it.  And that

16   I would have since I got the only copy it looks like I

17   would have forwarded it on to the team for review;

18   certainly Art for sure.

19                  That's the only thing it tells me

20   time-wise.

21       Q.    Do you actually remember doing any of those

22   things?

23       A.    I don't remember specifically doing it, but I

24   mean it would have been lack of whatever.  I would have

1    been shot or done something too if I didn't look at the

2    patent application and forwarded it on to Art, so we can

3    be move it forward.  It was high priority.

4          Q.   Do you know if you had any conversations with

5    Rowland or Skoultchi following receipt of this letter?

6          A.   I don't remember.

7          Q.   Do you know how much time, if any, you spent

8    reviewing the patent application?

9          A.   I do not remember.

10          Q.   Do you know if Skoultchi and Rowland had any

11    conversations about the patent application around this

12    time frame?

13          A.   I can't comment on any of that specifically.

14    Arthur is a real outstanding scientist, a stickler for

15    review, and I would be surprised if they didn't talk, if

16    they didn't spend time on it.  I certainly would have

17    spent time on it, but I can't tell you specifically that

18    it occurred.

19          Q.   Handing to you a document that's been

20    previously marked as ARS Deposition Exhibit 50, have you

21    seen that document before?

22          A.   I may have seen it yesterday.  I don't

23    remember.

24          Q.   Okay.  Do you recall seeing it before

Page 194

1    yesterday?

2         A.    I don't.

3         Q.    Does this refresh your memory about whether

4    Skoultchi and Rowland had any additional conversations

5    about the patent application for Skoultchi's idea?

6                        (Witness reviewing document)

7         A.    It just tells me now that Art specifically got

8    a copy, and he wants Art to take a look at it, and if

9    there were any questions, to call him.  I don't know if

10   there were any questions and I don't know if there was a

11   call, but I know that Art would have called him if he

12   had any questions.

13        Q.    So you don't know of any additional

14   conversations?

15        A.    I don't.

16        Q.    And this doesn't refresh your memory as to any

17   additional activities concerning Skoultchi's idea apart

18   from what you've described already?

19        A.    It does not.

20              MR. NIELSEN:  Off the record.

21                        (Off Record Discussion)

22                        (Recess from 3:37 - 3:53 p.m.)

23   BY MR. NIELSEN:

24        Q.    Forgive me if I asked this already, Mr. Levin,

Page 195

1    but you're not under contract with CGI right now?

2         A.    I'm not.  I did get lunch today, though.

3         Q.    Are you being paid by CGI in connection with

4    your testimony today?

5         A.    I'm not.

6         Q.    Did you review a declaration prepared by Burt

7    Rowland for the underlying interference in preparation

8    for your deposition today?

9         A.    You have to give me a little more detail.

10   Burt prepared something recently.  I'm not sure what

11   we're talking about.

12        Q.    I'm not sure of the date of it, but I'll

13   represent to you that in the interference, which this

14   action stems from, a declaration was submitted by or on

15   behalf of Burt Rowland.

16               My question to you is --

17        A.    Who's They?

18        Q.    It was on behalf of CGI.

19        A.    Okay.

20        Q.    Okay.  My question to you is, did you look at

21   that in preparation for your deposition?

22        A.    I don't know what it is and I'm not sure what

23   we're talking about, so I don't think I did.

24        Q.    Have you reviewed any testimony of Burt

Mark Levin   November 15, 2005

Page 210

1    commercial group.  So it would be unlikely they went in

2    without me, but I don't remember this specific day and

3    the specific conversation.

4              But these were the kind of things we were

5    trying to get a handle on about skin transplants and

6    vascular grafts and some of the other areas we were

7    talking about.  And as we look at February 15th, Art's

8    note that follows that, it's certainly very likely, and

9    as I mentioned, before one of the biggest concerns were

10   transplanting skin and transplanting cells inside

11   arteries, exciting concepts but a long way off, and we

12   were looking for the pill in the bottle.

13             So it's certainly possible, and I don't

14   remember that day specifically, but that day generated

15   Art's concern about longer-term cellular

16   transplantation, although it continued to be an

17   important part of the plan.  And as I talked to him

18   before about it, and he talked to me, just put something

19   in the bottle.

20             So this could follow very nicely from

21   that conversation about what is commercially relevant.

22       Q.   As you sit here today independent of this

23   document, can you remember meeting with the Wilkerson

24   Group on February 15, 1989?

Mark Levin   November 15, 2005

Page 211

1        A.    No, not on that specific date, no.

2        Q.    How about concerning Skoultchi's idea for gene

3    activation?

4        A.    Specifically on February 15th?

5        Q.    Yes.

6        A.    Not specifically on February 15th, but

7    independent of this, which I know Art put in the

8    notebook because it's here, the timeline that you see in

9    the minutes fits nicely with this date as far as how we

10   would talk about it, research it, write the business

11   plan, do the commercial, it fits nicely in that time

12   frame.

13       Q.    All right.  If I could direct your attention

14   to page CGI 4025.  You see that page where at the top it

15   says, Chicago, April 26?

16       A.    I do.

17       Q.    Does this refresh your memory as to any

18   additional conversations about Skoultchi's idea for gene

19   activation?

20       A.    Chicago April 26, 1989.  I see Burt's name in

21   the middle of the document.  I'm trying to see what it

22   says next to it.  Something about patents.  So I don't

23   know what that word is right now.  I'd have to look back

24   at these minutes to see if in fact this is when I asked

1    Arthur to call Burt.

2              I don't know if the minutes agree with

3    this or not, but at some point I asked Art to call Burt

4    or Burt to call Art.

5        Q.   Are there any additional minutes --

6        A.   Oh, here it is.  I'm sorry, talk to Burt on

7    Friday, April 28 regarding methods to express patented

8    proteins, homologous recombination application and

9    activation, and human cell line, looks good for patent.

10   So yeah, this fits nicely into that time frame.

11       Q.   Do you remember being at a meeting in Chicago

12   on April 26?

13       A.   I remember being in Chicago a lot.  I don't

14   remember April 26, 1989, no.

15       Q.   And this doesn't refresh your recollection as

16   to any additional conversations or the details of any

17   additional conversation about Skoultchi's idea for gene

18   activation?

19       A.   No, it just confirms he would not have called

20   Burt without me asking him to.  He didn't know Burt.  So

21   evidently I asked him to call Burt with the idea.  So it

22   goes well with him writing his ideas down in February.

23              We probably talked with him and Raju and

24   potentially other people on the team.  I suggested he

 1    call Burt.  I don't know if we had Burt on board as our

 2    patent counsel by then.  He called Burt on April 26;

 3    talked to Burt about it.  Burt said it's a good idea; I

 4    think that's what it says.  Looks good for patent; Burt

 5    question mark.

 6              But he's talking to Burt about it and

 7    kicking the idea around, so it fits nicely with all the

 8    minutes.

 9        Q.   But you can't recall any of those

10    conversations taking place; is that correct?

11        A.   I remember conversations taking place, as I

12    said, and I know you know this.  This is 16 years ago.

13    I'm also 16 years older.  And I literally couldn't tell

14    you what I did two months ago on a particular day, let

15    alone 16 years ago.

16              I remember my first start up with Cell

17    Genesys.  I spent a lot of time on it.  I remember a

18    continuum of activity over this time frame, and it all

19    fits nicely together with the minutes.  I can't tell you

20    it happened on April 26.  It happened in that time

21    frame, plus or minus.

22        Q.   Okay.  A moment ago you mentioned the minutes

23    that you've looked at.

24              Are there any other meeting that you're

Mark Levin  November 15, 2005

Page 214

1   aware of that reflect or refresh your recollection as to

2   any conversations in 1989 about Skoultchi's idea?

3        A.    There are not; none that I'm aware of.

4        Q.    Okay.  Other than what we've talked about

5   already today, do you recall any other conversations in

6   1989 about Skoultchi's idea?

7        A.    I don't.

8        Q.    Do you recall any details of any other

9   conversations about Skoultchi's idea in 1989, no matter

10  how insignificant they might be?  Can you remember

11  anything else?

12       A.    I can't.  The only thing I can remember, what

13  I said was, we were tremendously excited about it.  And

14  early on we were really trying to understand whether

15  this was patentable or not, and Burt confirmed it and we

16  immediately moved it up front as the project that we

17  thought would be the hook for getting venture

18  capitalists interested simply because of its reality and

19  the only other things I mentioned; but nothing other

20  than we've we talked about today.

21       Q.    You can't remember any other details about

22  conversations concerning Skoultchi's idea in 1989?

23       A.    I can't.

24       Q.    Is there anything else that you can remember

Mark Levin   November 15, 2005

Page 215

1    about specific dates on which anyone spent time

2    preparing patent application for Skoultchi's idea in

3    1989?

4        A.   I can't, above and beyond what we have in

5    front of us, I cannot.

6        Q.   Can you recall any other specific dates where

7    activities regarding Skoultchi's ideas took place in

8    1989, whether they be patent-action related, you know,

9    commercial application, thinking about them, kicking

10   them around, anything else?

11       A.   No, again, the reason I take minutes, I don't

12   know if they're all here or not, is to remind people

13   what needs to be done in the present, and certainly what

14   we've done in the past.  And so this would be my best

15   set of memories along with Art's notebook and other

16   relevant documents about what happened in 1989.

17       Q.   Nothing beyond what we've spoken about today?

18       A.   Nothing, nothing.

19           MR. NIELSEN:  I have no further questions.

20           MR. KELBER:  Give us just five minutes to

21       talk.

22                   (Recess from 4:31 - 4:40 p.m.)

23

24

Page 216

1                EXAMINATION BY MR. KELBER:

2

3        Q.   Mr. Levin, can you see if you can find

4   Exhibit 55; it's a statement from Leydig, Voit & Mayer?

5        A.   I have it.

6        Q.   Do you remember answering a few questions

7   about this earlier today?

8        A.   I do.

9        Q.   If you would turn to what is the third page of

10  that document under the matter Cell-3?  You remember

11  being asked certain questions about the dates that

12  appear under that indication?

13       A.   I do.

14       Q.   Without losing sight of Exhibit 55, could I

15  ask you please to see if you can find Exhibit 32,

16  that's --

17       A.   I have it.

18       Q.   Looking at the front of Exhibit 32, is there

19  any information there that you can correlate with a date

20  that appears on Exhibit 55 under Cell-3?

21       A.   Well, let me read the first page.

22                      (Witness reviewing document)

23       A.   Well, I do see on the document, I guess 32,

24  the date 8/29/89, regarding the draft of the patent, and

Page 217

1    I see on the bill, Draft application and claims, 8/29/89

2    next to Burt Rowland's name.  So it looks like those

3    dates correspond to the dates on the patent application.

4        Q.   And just so I'm clear on your testimony, does

5    Exhibit 32 appear to you to correspond to a draft

6    application and claims?

7        A.    It does.

8        Q.    See if you can find Exhibit 31?  It's actually

9    a two-page letter.

10       A.    Okay.  My filing system is beginning to

11   breakdown, but I'm looking.  It's 31?

12       Q.    That is correct.

13       A.    And at what point --

14       Q.    Maybe we can shortcut this.  I'm going to hand

15   this to you.

16           MR. KELBER:  Do you mind if I hand him this

17       copy?  It's pretty clean.

18           MR. NIELSEN:  That's fine.

19   BY MR. KELBER:

20       Q.    I'm going to hand you my copy of Exhibit 31.

21       A.    I've found it.

22       Q.    Of course.

23              Is there any information on Exhibit 31

24   that you can correlate with the date or information that

Mark Levin  November 15, 2005

Page 218

1    appears on Exhibit 55 under the heading, Cell-3?

2         A.   Again, on Exhibit 31, the date, September 6,

3    1989 is on there regarding a draft patent application;

4    and it's a letter to Art about the draft.  And then as I

5    look at Burt's bill on Exhibit 55, I see a bill for

6    review and revise on 9/6/89 seeming to correspond with

7    the letter to Art about what he has done.

8         Q.   You can put 55 down; I appreciate it.

9              You testified this morning in connection

10   with Art Skoultchi's writing down of his idea that he

11   was coming back on a train.  Do you remember that

12   testimony?

13        A.   I remember talking -- I think I remember

14   talking about it, yeah.  It was based on a conversation

15   that we had yesterday, as I remember.

16             MR. NIELSEN:  I'll object to the extent that

17        mischaracterizes the testimony.

18   BY MR. KELBER:

19        Q.   Do you have any idea where Art Skoultchi was

20   coming back from?

21        A.   Well, it would be based on a discussion that

22   we just had looking at Art's notebook.  If we go to

23   Art's notebook, let me do that, and I look at the

24   Wilkerson meeting on February 15, 1989, and then I look

Page 219

1    at February 15, 1989, when Art writes his idea down, I

2    think as I said a few minutes ago, but clearly not

3    clearly, it's a very strong likelihood that the

4    Wilkerson Group, which is a commercial group, we had

5    lots of discussion, and Harri may have been involved in

6    that, about what about pills and bottles?  Because the

7    Wilkerson Group is a very traditional pharmaceutical

8    consulting group for all the major pharmacompanies.

9             So coming out of that meeting, it

10   wouldn't be surprising to me at all that that prompted

11   Art to think about, well, what can we do with homologous

12   recombination that gets more to pills in a bottle and

13   shorter term projects?  And it looks like he did that on

14   the same day coming back from the Wilkerson Group.

15        Q.    Thanks.

16             A new locating challenge for you, can you

17   find Exhibit 11?

18        A.    Okay.  Now my filing system, I have disrupted

19   it now, but I will have to look.  I have it.

20        Q.    Do you remember testifying earlier today about

21   this document?

22        A.    I do.

23        Q.    Does this document indicate where the meeting

24   on July 24 and 25 will be held?

Mark Levin   November 15, 2005

Page 220

```
 1                    (Witness reviewing document)

 2        A.   Let's see.  It does on page 1853B, it says

 3   we've scheduled a meeting on July 24, July 25 in San

 4   Francisco.  During this two-day meeting we have to

 5   accomplish the following in order to raise our funds by

 6   September.

 7        Q.   So the meeting that's referred to would have

 8   been scheduled in -- where would it have been scheduled?

 9        A.   We would have done it at the Mayfield Fund in

10   one of the conference rooms there which we used whenever

11   we were in San Francisco.

12        Q.   This document and a variety of other documents

13   you've described -- I'm sorry, that you've testified

14   with respect to today, were prepared by you and bear a

15   date.  You see the date assigned to this particular

16   document?

17        A.   Which date are you referring to?

18        Q.   The date that the document is given at the

19   top.

20        A.   The date it was actually written, July 10,

21   1989.

22        Q.   And that stole the question out of my mouth.

23   That date there indicates to you the date it was

24   written?
```

Mark Levin  November 15, 2005

Page 221

1       A.   It does.

2       Q.   As the author of this document, would you have

3   assigned it that day?

4       A.   I would have.

5       Q.   In your role as CEO for Cell Genesys in the

6   1989 time frame, did you assign any particular

7   importance to dating materials?

8       A.   I did.  I dated them for several reasons.  One

9   of them is to let people know the date I wrote the

10  document on to make sure we're all working on the same

11  kind of reference.  I put dates next to things in the

12  past that we accomplished so people knew what was done

13  at a certain time frame.  I put dates on future items to

14  make sure people knew that we need to get certain things

15  done by a certain date.  I put dates on things from an

16  intellectual property standpoint which I had experience

17  with in the past at Genentech that it was important to

18  date things based on new ideas come up, you wanted to

19  have those dated clearly.

20           So it's just a matter of making sure we

21  knew what we were doing and where we were going and

22  where we had been, and certainly from an IP standpoint

23  making sure we got those things down on paper.

24           MR. KELBER:  Give me one second; nothing

Mark Levin   November 15, 2005

Page 222

1          further.

2                   MR. NIELSEN:   I have nothing further.

3                   (Deposition concluded at 4:50 p.m.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24