Page 1

1

2    UNITED STATES DISTRICT COURT

3    DISTRICT OF COLUMBIA (Washington, DC)

4    ----------------------------------x

5    CELL GENESYS, INC.

6                        Plaintiff,

7                              Civil Docket No.

8          -against-        1:04-cv-01407-JDB

9    APPLIED RESEARCH SYSTEMS

10    ARS HOLDING N.V.

11                        Defendant.

12    ----------------------------------x

13                        November 13, 2005

14                        9:05 a.m.

15

16          Deposition of ARTHUR I. SKOULTCHI, held

17    at the Marriott Residence Inn, LeCount Place, New

18    Rochelle, New York, pursuant to notice, before

19    Barbara Driscoll, a Notary Public of the State of

20    New York.

21

22

23

24

25

Page 60

1                           Skoultchi

2          as I know.

3              I will make it easy.  There is a

4          declaration that was submitted in connection

5          with one of the European oppositions.  Which

6          one, I am not sure.  I believe it was the

7          initial opposition to the ARS counterpart, not

8          the appeal.  So it is generally directed to

9          your question, but I don't think it was in

10         connection with either the 737 or the 114

11         interference.

12         Q.    Does that refresh your recollection at

13    all about what your declaration was about,

14    Dr. Skoultchi?

15         A.    No.

16         Q.    Do you recall a European opposition

17    proceeding proceeding to an ARS patent for gene

18    activation?

19         A.    Vaguely.

20         Q.    Do you recall being involved at all or

21    having a role with respect to that opposition

22    proceeding?

23         A.    Very vaguely.  You have to understand

24    that I do not -- have not followed very carefully

25    all of the legal steps and interferences, et

Page 61

```
 1                          Skoultchi
 2    cetera, that have taken place.
 3         Q.    I understand.
 4               To the best of your recollection, can
 5    you remember anything about that opposition
 6    proceeding other than the declaration that you
 7    prepared?
 8         A.    No.
 9               MR. KELBER:  I will offer that only if
10         it were responsive to schedule A, we would
11         have produced it notwithstanding its public
12         nature of.
13               MR. NIELSEN:  Is it your position it is
14         not responsive to schedule A?
15               MR. KELBER:  Yes.
16         Q.    Let's go back to the 1989/1990 time
17    frame.
18               THE WITNESS:  I need a short break.
19               (Recess taken.)
20         Q.    Let's go back to the 1989/1990 time
21    frame, Dr. Skoultchi.
22               How did you come up with your idea for
23    gene activation in the 390 patent application?
24         A.    I remember quite distinctly the
25    circumstances surrounding the original conception.
```

1                          Skoultchi

2    I mean, it is one of those things that is kind of

3    a bit of a flash idea that you have.  So you kind

4    of remember the things that surrounded it quite

5    well, even if it was long ago.

6                    As I recall, there was an early meeting

7    of several of us involved in the formation of Cell

8    Genesys in New York at a consulting group called

9    the Wilkerson Group.  As I recall, there were a

10   number of discussions at the meeting about

11   potential projects at Cell Genesys involving

12   cellular therapies and I think particularly, as I

13   recall, discussions about burn -- burns as a

14   potential area for Cell Genesys to approach with

15   therapeutic -- with cellular therapies.

16                   I think that one of the messages that

17   came away from that meeting that was sort of very

18   important to me in terms of the conception of this

19   gene activation concept described in the patent

20   application was the view that Cell Genesys really

21   needed to have a short-term project; that a lot of

22   the projects that Cell Genesys -- that the group

23   tried to move Cell Genesys forward in terms of

24   getting together a business plan, et cetera; that

25   a lot of those projects were longer term projects

Page 63

1                          Skoultchi

2      in which homologous recombination could be used in

3      one way or another for biomedical therapeutic

4      applications.

5                There was some discussion there at that

6      meeting suggesting that Cell Genesys really needed

7      to -- in order to move forward, in order to raise

8      interest, in order to raise sufficient financing

9      to move the company forward, one really needed a

10     shorter term project.

11               I think that it was said at that

12     meeting that one really needed to have something

13     that you could put in a bottle.  You could have a

14     short-term thing that -- you know, similar to --

15     similar in sort of general approach to other

16     activities that were going on successfully in the

17     biotech industry; to have a protein in a bottle;

18     to have a drug in a bottle as opposed to cellular

19     type of therapies which were in an initial focus

20     of Cell Genesys; to do things with cells or do

21     things with animals for therapeutic purposes.  So

22     the idea that one should have a drug or protein

23     that one could put in a bottle.

24               I recall, you know, quite vividly, I

25     think, sort of riding home on the train from --

1                           Skoultchi

2      after that meeting and really trying to think hard

3      about how Cell Genesys might be able to use

4      homologous recombination because after all,

5      homologous recombination was the key technology

6      that Cell Genesys had and was trying to apply and

7      thinking how could one produce a drug, a protein

8      that one could package into a bottle as was being

9      done by, you know, a number of biotech companies

10     and how one could do that basically for important

11     products, therapeutic proteins, if the methods for

12     producing those proteins, if the gene -- the DNA

13     sequence for producing those proteins had already

14     been patented, and it is really the sort of

15     stimulus from that meeting there in New York to

16     try to think about doing something like other

17     biotech companies were doing for producing

18     proteins in a bottle, but doing it in a way which

19     was different from the way in which current

20     approaches for producing therapeutic proteins were

21     being done and particularly taking into account

22     the fact that the genes for a number of important

23     therapeutic proteins were re-cloned and presumably

24     patented or were in the process of being patented

25     and were being protected in some way or another.

Arthur I. Skoultchi   November 13, 2005

Page 65

1                            Skoultchi

2                    And it was really in that way that I

3     had a bit of a flash; came up with the idea of the

4     processing which is -- which are described in this

5     gene activation patent.

6          Q.    Do you recall the date when that flash

7     happened?

8          A.    You know, recently -- I mean, I

9     certainly recalled -- have always recalled it was

10    early in 1989.  My review of the documents that I

11    have indicated that it was February 15, 1989.

12         Q.    Your recollection that it was February

13    15, 1989 is based on the documents and not based

14    on your independent recollection?

15         A.    The specific date February 15, 1989 was

16    jostled in my memory by reviewing the documents.

17                    I have a distinct memory this occurred

18    surrounding -- sorry.  After this meeting which

19    occurred at the Wilkerson Group in New York, you

20    know, where the things that I said previously --

21    some of the things I said previously were

22    discussed.

23         Q.    You didn't come up with that idea at

24    the meeting at the Wilkerson Group?

25         A.    That is correct.

Page 66

1                         Skoultchi

2        Q.     Therefore, you didn't disclose it to

3   anybody at that meeting at the Wilkerson Group?

4        A.     That is correct, not at that time.

5        Q.     Who was at that meeting?

6        A.     I am pretty sure Mark Levin was there,

7   Raju Kucherlapati, I believe Bob Tepper, myself,

8   maybe some of the other people I mentioned.  I am

9   not positive.

10       Q.     Oliver Smithies?

11       A.     I am not sure about Oliver Smithies.

12              There was somebody there from the

13  Wilkerson Group or several members from the

14  Wilkerson Group.

15       Q.     Why was it that your idea would be

16  short-term in nature?

17       A.     It would be short-term in nature

18  because the product would be a protein in a bottle

19  which generically proteins in a bottle had already

20  existed as products in biotech -- you know,

21  biotech companies as opposed to cellular

22  therapies, cell-based therapies where actually it

23  is the cells that represent the therapeutic mode.

24  Those, to the best of my knowledge, those had

25  really not been developed any place as products.

Arthur I. Skoultchi   November 13, 2005

```
 1                        Skoultchi
 2              One could then sort of assume that
 3    there would be a relatively long time frame for
 4    approval of such cell-based products, whereas
 5    protein products were really coming into the fore
 6    and one understood the processes for getting such
 7    therapeutic proteins approved for therapy in
 8    humans.
 9         Q.     You said that meeting was in New York?
10         A.     Yes, I believe so.
11         Q.     Where in New York?
12         A.     At the Wilkerson Group.
13         Q.     At its building or offices?
14         A.     Yes.  I don't remember the address.
15         Q.     Was that meeting the same day, February
16    15?
17         A.     I believe so.
18         Q.     Do you know how long the meeting was?
19    Was it an all day meeting?
20         A.     Most of the day.  I mean a reasonable
21    length of time, four, five, six hours.
22         Q.     When you came up with the idea, when
23    you had the flash, what did you do then?
24         A.     I was there on the train.  I wrote it
25    in my notebook.
```

Arthur I. Skoultchi   November 13, 2005

Page 68

1                          Skoultchi

2              I mean, I sort of knew it was an

3     important notion.  I wrote it down in my notebook.

4         Q.    What happened next with the idea after

5     you wrote it down in your notebook that day?  What

6     was the next step?

7         A.    At some point, I don't remember exactly

8     when, I would have spoken with Raju Kucherlapati

9     about it.

10        Q.    Do you specifically recall speaking

11    with Raju about it?

12        A.    I don't specifically recall speaking

13    with him about it, but I think it is very, very

14    likely that I did.  It would have been the natural

15    thing for me to do.

16        Q.    Why is that?

17        A.    Because as we have said, he was both a

18    close personal friend and a close associate and

19    because we were really involved together in trying

20    to move Cell Genesys forward, so it would be

21    natural for me to speak with him.

22        Q.    Are you aware of any documents that

23    confirm a conversation like that took place?

24        A.    No.

25        Q.    Do you have any idea when that

Arthur I. Skoultchi   November 13, 2005

Page 69

1                          Skoultchi

2    conversation might -- if it happened, when it took

3    place?

4         A.    I am assuming that it would occur --

5    would have occurred in the next couple of weeks.

6         Q.    Where was Dr. Kucherlapati two weeks

7    after February 15?

8         A.    I believe he was in Chicago.

9         Q.    A better question is, he was work at

10   University of Illinois at Chicago; is that

11   correct?

12        A.    I believe so.

13        Q.    When did he come to Albert Einstein

14   College of Medicine?

15        A.    I don't remember so well.  I think it

16   was at some point in 1989.  Perhaps the middle of

17   1989, but I don't recall so well.

18        Q.    I believe you testified that the next

19   step likely would have been that you spoke with

20   Dr. Kucherlapati about the idea, but you don't

21   specifically remember the conversation happening?

22        A.    Correct.

23        Q.    What did happen next?

24        A.    I don't remember so well the next thing

25   in relation to -- to this patent you mean?

Arthur I. Skoultchi  November 13, 2005

Page 70

1                              Skoultchi

2          Q.     Yes.

3          A.     Many things happened to me next.

4          Q.     The idea for gene activation.

5          A.     At some point I would have also

6    presented it to Mark Levin and possibly Bob Tepper

7    and at some point, I would present it to the group

8    when it would -- when we were together.

9          Q.     Did you, in fact, present it to

10   Dr. Levin at some point?

11         A.     I believe -- I believe I would have

12   spoken with Dr. Levin about it not too long after

13   that original date.

14                Then at some point when we were

15   together, I would have mentioned or perhaps

16   described the idea to who -- to the group of

17   founding people who were present -- who were part

18   of founding Cell Genesys and whoever was present.

19         Q.     What is the first discussion about your

20   idea for gene activation that you recall happening

21   with anyone else?

22         A.     I have a vague recollection of speaking

23   about the general concept of this gene activation

24   idea.  The first sort of recollection that I have

25   now, you know, doing that in person at this time,

Arthur I. Skoultchi   November 13, 2005

Page 71

1                          Skoultchi

2    I think, is at a meeting of the group in Chicago,

3    and thereafter, the most distinct recollection of

4    presentation ever to the group is at a relatively

5    large meeting at Cell Genesys with a number of

6    people present, a number of members, finding

7    members, et cetera, present at Cell Genesys.

8              What is distinct about it is that I

9    distinctly remember going to the white board, I

10   guess it was, and sort of drawing out the basic

11   concept of the idea of gene activation and the way

12   it is formulated in a patent application, drawing

13   out some basic constructs on the white board for

14   the people who were present.

15             I do recall distinctly that included

16   not only some of the people that we have been

17   talking about but also Bert Rowland, the attorney

18   who ultimately wrote the patent.

19        Q.   What was the date of the meeting at

20   Cell Genesys?

21        A.   Which meeting?

22        Q.   The meeting you were just referring to.

23        A.   In general, my recollection of it is

24   that it occurred sometime in 1989 and my review of

25   the documents indicates to me that that event that

Arthur I. Skoultchi   November 13, 2005

Page 72

                              Skoultchi

1

2    I am describing to you occurred -- my review of

3    the documents indicates to me that that event that

4    I just described to you about going to the white

5    board occurred on July 24 -- a meeting on July 24,

6    25, 1989 at Cell Genesys.

7         Q.    When was the meeting in Chicago?

8         A.    I believe it was in the April time

9    frame.

10        Q.    Why do you believe that?

11        A.    My review of copies of my notebook

12   indicate to me that that was the time frame.

13        Q.    Who was at that April meeting?

14        A.    I don't specifically recall, but I

15   believe Mark Levin was there and Raju Kucherlapati

16   and I don't recall whether Oliver Smithies and Bob

17   Tepper were there or not.

18        Q.    Anybody else?

19        A.    I don't recall anybody else.

20        Q.    Bert Rowland would not be at that

21   meeting?

22        A.    No, as I recall, he was not.

23        Q.    What was the purpose of the April 1989

24   meeting that you referred to?

25        A.    General, one of the planning sessions

Arthur I. Skoultchi   November 13, 2005

Page 73

1                    Skoultchi

2    for moving Cell Genesys forward.  You can call it

3    a business/science planning session.

4         Q.     Correct me if I am wrong, but that

5    April 1989 meeting in Chicago, that is the first

6    specific recollection that you have of disclosing

7    your idea for gene activation to anybody else; is

8    that correct?

9         A.     Not correct.

10        Q.     When is the first?

11        A.     As I said, I believe I discussed the

12   concept not too long after its conception, within

13   weeks, with Mark Levin and Roger Kucherlapati and

14   possibly Bob Tepper.

15        Q.     Did you say earlier you couldn't recall

16   those specific conversations?

17        A.     I said I can't pinpoint those

18   conversations, yes.

19        Q.     You can't recall specific dates for

20   those conversations?

21        A.     Correct.

22        Q.     You can't actually recall those

23   conversations taking place but you think they

24   would have; is that correct?

25        A.     That is correct.  I think it is likely

Arthur I. Skoultchi   November 13, 2005

Page 74

1                              Skoultchi

2      that I would have spoken with them over the phone

3      about this idea.

4           Q.    Can you tell me everything that you can

5      remember about those conversations that you think

6      would have happened leading up to the April 1989

7      meeting?

8                     MR. KELBER:   Objection as to form.

9                     You can answer.

10          A.    I don't recall very much about those.

11     I don't recall them specifically, the details of

12     them.

13                    So I am sort of saying that I believe

14     that I would have spoken with both, you know, my

15     sort of closest scientific colleague and Mark

16     Levin who was really leading the effort for Cell

17     Genesys because it was really as a result of the

18     meeting led by Mark Levin that the concept -- that

19     the conception came to me.

20                    It may have even been, though I can't

21     specifically recall, that it was Mark Levin who

22     sort of said Cell Genesys -- being a short-term

23     project, Cell Genesys needs to have something in a

24     bottle.  That may have been his words, in fact,

25     possibly at that meeting in New York in February

Arthur I. Skoultchi   November 13, 2005

Page 75

1                          Skoultchi

2     that stimulated it.  So I am sort of assuming I

3     would speak to him and Kucherlapati and possibly

4     Tepper also about this idea.

5          Q.    Is there anything else that you can

6     recall about the conversations that you think

7     would have happened with any of Levin,

8     Kucherlapati, Tepper or anyone else about your

9     idea going into that April 1989 meeting in

10    Chicago?

11         A.    No.

12         Q.    What do you recall about the April 1989

13    meeting in Chicago other than you mentioned it was

14    one of the meetings to discuss what next or what

15    the plan was for Cell Genesys?  I am paraphrasing.

16              What do you remember discussing about

17    your idea for gene activation at that meeting?

18         A.    I don't have a very clear recollection

19    of the circumstances or details about my

20    conveyance of the idea to people who were present,

21    but my review of my notes sort of jogged my memory

22    that that meeting occurred, and indicated in those

23    notes is that I was supposed to call Bert Rowland

24    about this idea, and indicated in those notes is

25    the fact that I did have such a conversation with

Arthur I. Skoultchi   November 13, 2005

Page 76

1                            Skoultchi

2    Bert Rowland a couple of days later about the

3    concept of this patent and some discussion with

4    him about his feelings about whether or not it

5    would be a good patentable -- a good idea.

6         Q.    What else do you recall about the

7    Chicago meeting of April 1989?

8         A.    Without referring to my notes, not a

9    lot that I can tell you at this time.

10         Q.    There are notes that would refresh your

11   recollection or would tell you more about what

12   happened at that meeting?

13         A.    Perhaps, yes.

14         Q.    But right now, you can't remember

15   anything else about what happened at that meeting

16   in April of 1989?

17         A.    Not specifically.  It is a business

18   planning session.  There were many ideas being

19   floated around.

20              I do remember -- I have certain

21   memories of distinct -- difference of opinion that

22   occurred at these various meetings during

23   formulation of ideas about the scientific and

24   business plan and, you know, what I can't be sure

25   is whether one of those ideas in particular that I

Arthur I. Skoultchi   November 13, 2005

Page 77

```
 1                         Skoultchi
 2   am thinking about, unrelated to gene activation,
 3   occurred at that particular meeting or not.
 4              It is so far back, it is hard to place
 5   this multitude of discussions and events at a
 6   particular meeting without referring back to my
 7   notes.  The things that sort of very directly
 8   involve my actions, my participation, some of
 9   those things are quite distinct.
10       Q.    What else was discussed about your idea
11   at that April 1989 meeting in Chicago?
12       A.    I think the conclusion of those
13   discussions was that it was potentially a good
14   idea and that we really should consult with
15   proposed patent counsel about it; that I should.
16       Q.    Right now, can you recall anything else
17   about that meeting in April of 1989?
18       A.    Anything else?
19       Q.    Right.
20       A.    Not very vividly, no.
21       Q.    In general, is there anything else that
22   comes to mind?
23       A.    Not with certainty.  It is quite
24   possible that if I was shown my notes, my memory
25   would be jogged better.
```

Arthur I. Skoultchi   November 13, 2005

```
 1                      Skoultchi
 2        Q.    Are there documents reflecting the
 3   April 1989 meeting in Chicago?
 4        A.    I believe so.
 5        Q.    Are you aware of any documents
 6   reflecting disclosure of your idea at that April
 7   1989 meeting?
 8        A.    Can you clarify the question?
 9        Q.    Are there any documents confirming that
10   you conveyed your idea about gene activation at
11   that April 1989 meeting other than your own notes?
12        A.    Other than my own notes, not that I am
13   aware of.
14        Q.    After that April 1989 meeting in
15   Chicago, then you talked to Bert Rowland; is that
16   correct?
17        A.    My notes indicate I did, yes.
18        Q.    Do you recall your conversation with
19   Bert Rowland?
20        A.    Vaguely.
21        Q.    Tell me everything that you can
22   remember about it, please.
23        A.    I believe I described the basic concept
24   of the gene activation idea in brief and asked him
25   what he thought about it from a patent
```

Arthur I. Skoultchi   November 13, 2005

Page 79

```
 1                        Skoultchi
 2   perspective.
 3               I believe that we had sort of some
 4   discussion about how a patent side stepping
 5   approach, which this constituted to some extent in
 6   that it attempted to use a method which would
 7   avoid the use of any patented DNA sequences, you
 8   know, how that would be received by attorneys, by
 9   pharmaceutical companies, et cetera.
10        Q.   When did that meeting take place with
11   Bert Rowland?
12        A.   A telephone conversation.
13        Q.   When was that telephone conversation?
14        A.   Following the meeting in Chicago.
15        Q.   Do you recall the date?
16        A.   I don't recall the date at this time.
17   My notes indicated that it was a couple of days
18   after the meeting in Chicago.
19               Actually, now that I think about it, my
20   notes indicated that the meeting took place on
21   April 26, 1989 and that the phone conversation
22   took place on April 28, 1989.
23        Q.   Were you still in Chicago for the April
24   28 teleconference?
25        A.   I believe I was back in New York.
```

Arthur I. Skoultchi   November 13, 2005

Page 80

1                           Skoultchi

2        Q.    Do you know where Bert Rowland was?

3        A.    In California.

4        Q.    You called him?

5        A.    Yes, I believe so.

6        Q.    Do you recall anything else about that

7    telephone conversation with Bert Rowland on April

8    28, 1989?

9        A.    I remember Bert being sort of somewhat

10   skeptical would be the way to characterize it with

11   regard to the significance of this as a business

12   opportunity.

13       Q.    Do you remember why he was skeptical?

14       A.    I think it may -- I am not very

15   certain, but it may involve the fact that it --

16   that some groups might be -- might not be so

17   positive about a patent side stepping approach.

18       Q.    Any other reasons or is that it?

19       A.    I think that is primarily it.

20       Q.    Can you recall anything else about the

21   conversation with Rowland?

22       A.    No.

23       Q.    After your April 28 telephone

24   conference with Bert Rowland about your idea, what

25   happened next with respect to your idea?

Page 81

1                         Skoultchi

2        A.    What I recall was -- sort of the next

3   thing that happened was a meeting at Cell Genesys

4   subsequently at which, again, a number of people

5   were present, a couple day meeting, a number of

6   people present and many ideas discussed, many

7   plans discussed, needs discussed, what next steps,

8   et cetera, and, you know, with regard to the gene

9   activation patent, I remember distinctly going to

10  the white board and basically putting on the white

11  board a diagram of the basic strategy for carrying

12  out gene activation through homologous

13  recombination.

14       Q.    That meeting was the July 24 to 25

15  meeting in San Francisco?

16       A.    That is correct.  That is what my notes

17  indicate.

18       Q.    You didn't talk to Bert Rowland about

19  your idea from April 28 through to that July 24

20  meeting?

21       A.    I don't recall doing that.  I am not

22  saying I didn't.  I am just saying I don't recall

23  doing that.

24       Q.    How about anybody else?

25       A.    I believe I probably had more than one

Arthur I. Skoultchi  November 13, 2005

Page 82

1                        Skoultchi

2    conversation with Mark Levin about it, about the

3    idea in that time frame leading up to the meeting

4    in July.

5         Q.    Any that you recall specifically?

6         A.    No.

7         Q.    Any dates that you can remember for

8    conversations like that?

9         A.    No.

10        Q.    Going back to the April meeting in

11   Chicago, have you told me everything that you can

12   remember happening or relating to that meeting?

13        A.    From my memory, yes.

14        Q.    There is absolutely nothing more about

15   that April 26, 1989 meeting in Chicago that you

16   can recall and tell me right now; is that correct?

17        A.    Without referring to my notes, no.

18        Q.    For the April 28 telephone conversation

19   with Bert Rowland, is there anything else at all

20   that you can remember about that conversation?

21        A.    I believe I told you everything that I

22   remember.

23        Q.    The next time the idea was discussed

24   amongst those at CGI was the July 24, 25 meeting

25   in San Francisco; is that correct?

Arthur I. Skoultchi   November 13, 2005

Page 83

1                        Skoultchi

2        A.    In the next meeting that I remember

3    where several people were present is that one,

4    yes.

5        Q.    From the time you came up with the idea

6    on April 15, 1989 through to the Chicago meeting

7    on --

8        A.    Sorry.

9        Q.    February 15?

10       A.    Correct.

11       Q.    I will ask you a better question.

12             From the time you came up with the idea

13   on February 15 through April 26, did you take any

14   steps or conduct any work towards practicing your

15   idea?

16       A.    By practicing you mean what -- please

17   clarify.

18       Q.    To see if it worked.

19       A.    No.

20       Q.    Are you aware of anybody else who took

21   any steps to determine if your idea worked in

22   between February 15 and April 26, 1989?

23       A.    No.

24       Q.    From April 26, 1989 through to the July

25   24, 25 meeting in San Francisco, did you take any

Arthur I. Skoultchi   November 13, 2005

Page 84

1                          Skoultchi

2      steps to determine if your idea worked?

3           A.    No.

4           Q.    Are you aware of anybody else who took

5      any steps or attempted to determine if it worked?

6           A.    No.

7           Q.    Just to confirm, was Bert Rowland at

8      the July 24, 25, 1989 meeting in San Francisco?

9           A.    I believe he was there the second day

10     only.  He certainly was there at the time I

11     presented the -- at the time that I went to the

12     white board that I described to you.

13          Q.    Which specific day was that?

14          A.    I believe it was the second day, July

15     25.

16          Q.    You didn't have any further

17     conversations with Bert Rowland in between April

18     28, 1989 and that July 25 meeting; is that

19     correct?

20          A.    Not that I recall.

21          Q.    In addition to conversations, any

22     communications that took place between the two of

23     you; letters, for example?

24          A.    Not that I recall.

25          Q.    How about during that time frame

Page 85

1                          Skoultchi

2    between you and anybody else at CGI?

3         A.    What are you asking about?

4         Q.    From April 26, 1989 through the July 24

5    meeting, do you recall having any discussions or

6    communications with anyone else at CGI concerning

7    your idea for gene activation?

8         A.    I don't specifically recall, but I

9    think it is likely that I did.  The reason I say

10   that is because I know that Bert Rowland was

11   invited to attend the July 24, 25 meeting and

12   that, you know, I was on the agenda to present and

13   that it seems very unlikely that I would not have

14   had some discussions with Mark Levin or

15   Dr. Kucherlapati in that -- leading up -- in the

16   time period leading up to the July 24, 25 meeting.

17   It seems likely that I would have had telephone

18   conversations at the least.

19        Q.    Do you know what, if anything, Bert

20   Rowland did with your idea in between April 28,

21   1989 and July 25, 1989?

22        A.    I don't know what he did.

23        Q.    You don't have any idea if he started

24   to prepare a patent application?

25        A.    I don't know.

Page 86

                          Skoultchi
1
2       Q.    Do you have any idea what anybody else
3   at CGI might have done with your idea during that
4   time frame from April 26 through July 24, 1989?
5       A.    I think it very likely that Mark Levin
6   would have done something, but I don't know
7   specifically.
8       Q.    As we sit here today, you don't recall
9   anything that Mark Levin did with your idea during
10  that April to July 24 time frame?
11      A.    My reviewing of documents indicates to
12  me that Mark Levin did send something to Bert
13  Rowland in preparation for the meeting which is a
14  document I have seen and which is a rather
15  detailed and fairly complete description of the
16  basic concept of the gene activation idea.
17      Q.    Who prepared that?
18      A.    Based upon my reading of documents, I
19  -- it indicates to me that Mark Levin or someone
20  working with him prepared it, yes.
21      Q.    But you don't know, in fact, that Mark
22  Levin prepared that document?
23      A.    I don't.  I do have a vague
24  recollection of the need for me to prepare some
25  materials, some written materials for Mark Levin

Arthur I. Skoultchi   November 13, 2005

Page 98

1                        Skoultchi

2    activities -- scientific activities in my

3    laboratory.

4         Q.    The notebook we have been discussing,

5    that is the only notebook that you were keeping

6    for your academic and scientific and business

7    endeavors during that time frame?

8         A.    Yes, I believe so.

9         Q.    Were you in the habit of letting

10   anybody else see that notebook?

11        A.    Not in the habit of having people

12   review it, no.

13        Q.    Did you show anybody else the notebook

14   from the time you came up with your invention

15   through to July 24 or July 25, 1989?

16        A.    I can't recall whether I showed anybody

17   any page of that notebook or not.

18        Q.    Is it fair to say you don't recall

19   showing anybody any page of your notebook from the

20   time you came up with your idea through to that

21   July --

22        A.    Yes.

23        Q.    Nobody witnessed your notebook when you

24   were making entries in it during the 1989 time

25   period; is that fair to say?

Arthur I. Skoultchi   November 13, 2005

Page 99

1                       Skoultchi
2        A.    Yes.
3        Q.    When was the first time you showed
4    anybody any part of that notebook?
5        A.    I don't recall.
6        Q.    Do you think it would have been years
7    later?
8        A.    Yes.
9        Q.    Is it fair to say you didn't show
10   anybody your 1989 lab notebook during that year?
11       A.    During 1989, I think it is likely, yes
12   -- I am sorry.  I should clarify.
13             I cannot state that I didn't show
14   anyone a page in that notebook during 1989.  I may
15   have shown someone a page in that notebook during
16   1989, for example, one of my lab members because
17   there were lab meeting notes in that notebook and
18   notes of seminars, et cetera, et cetera.
19             I can't say it wasn't open and that I
20   pointed to -- a particular page to someone in
21   1989.
22       Q.    But sitting here right now, you don't
23   recall any specific instances of showing anybody
24   any part of your notebook in 1989?
25       A.    Correct.

Page 103

1                              Skoultchi

2          A.     In 1989, I am not sure.

3          Q.     How about any other professors; are

4     there any other professors or faculty who can

5     confirm that you made the entries you have

6     referred to in your notebook in 1989?

7          A.     Which entries?

8          Q.     The ones we discussed today concerning

9     gene activation.

10         A.     I am not stating that the graduate

11    students in my laboratory could confirm that I

12    made the entries in 1989 with regard to any

13    matters with regard to Cell Genesys, only that it

14    was my habit -- they could testify perhaps only

15    that it was my habit to keep a notebook and to

16    keep notes from lab meeting proceedings, et

17    cetera, on those occasions.

18         Q.     I understand.  So the individuals you

19    have referred to could not confirm that you made

20    entries in your notebook in 1989 regarding gene

21    activation; is that correct?

22         A.     Correct.

23         Q.     And you can't think of anybody else who

24    would be able to do that right now either?

25         A.     To confirm the entries with regard to

Page 104

1                          Skoultchi

2    gene activation?

3         Q.     That you actually made those in 1989;

4    is that correct?

5         A.     Yes, that is correct.

6         Q.     Going back again from the time you came

7    up with your idea for your invention up through

8    July 24 to July 25, 1989, anyone else who you can

9    recall mentioning or disclosing your idea to?

10        A.     No.

11        Q.     We are finally at July 24, 25, 1989.

12               You testified, I believe, that you

13   explained your idea to people at a meeting on

14   those dates or on July 25; is that correct?

15        A.     Correct.

16        Q.     How did that happen?

17        A.     How did that happen?

18        Q.     Not necessarily that you wrote it on a

19   white board, but what were the facts and

20   circumstances leading up to your presentation at

21   the July 25 meeting; why was this on the agenda?

22        A.     Can you clarify the question?  These

23   are difficult questions.  They are rather

24   nonspecific and very sort of broad.

25               I don't know exactly what you're asking

Arthur I. Skoultchi   November 13, 2005

Page 105

1                      Skoultchi

2    because in part, you seem to be asking me to

3    provide a narrative of events -- a detailed

4    narrative of events that were 15 or more years ago

5    and it is difficult for me to provide a detailed

6    narrative of events.  If something stands out --

7    but I need more specific questions.

8         Q.    I will try to do a better job.

9              Did you know going to that meeting that

10   your idea for gene activation was going to be a

11   topic for discussion?

12        A.    Yes.

13        Q.    Why was that?

14        A.    Because it was on the agenda and

15   because, as I said, I have this recollection of

16   actually preparing some materials, I believe, for

17   Mark Levin.  So I was prepared to some extent --

18   preparing to some extent.

19        Q.    Did Mark Levin ask you to present your

20   idea to the group at that meeting?

21        A.    Yes.

22        Q.    Did you present it on only July 25?

23        A.    I believe so.  I believe that that was

24   the time when that idea and my responsibility to

25   present it was on the agenda.

Arthur I. Skoultchi   November 13, 2005

Page 106

1                          Skoultchi

2        Q.    So there was no discussion for gene

3   activation on July 24; is that --

4        A.    I don't recall whether that is correct

5   or not.

6        Q.    But it was scheduled for discussion on

7   July 25?

8        A.    I believe so.

9        Q.    Do you recall that independent of

10  documents that you have looked at?

11       A.    I don't recall the date independent of

12  documents I looked at, no.

13             As I mentioned, I recall distinctly

14  going to the white board at Cell Genesys and

15  drawing a diagram of the concept.

16       Q.    Did you just refer to a document

17  something like an agenda, setting the agenda?

18       A.    Yes, I believe there was an agenda for

19  that meeting.

20       Q.    Was that circulated before the meeting?

21       A.    I believe it was.

22       Q.    Any other documents that you can think

23  of leading up to that meeting that relate to your

24  idea for gene activation?

25       A.    No.

1                        Skoultchi

2        Q.      What did you explain on July 25 to the

3    group?

4        A.      As I recall, going to the white board

5    and basically drawing a diagram which described

6    the introduction through homologous recombination

7    of foreign sequences that could serve as

8    regulatory elements for expression of the gene

9    near the insertion site of the foreign DNA by

10   homologous recombination; that such regulatory

11   elements would be capable of either activating or

12   boosting the expression of the gene lying near the

13   site of insertion of these regulatory elements and

14   would also include this -- this diagram would

15   indicate that such targeting vector would also

16   include an amplifiable gene such as the DHFR gene

17   and a selectable marker such as a marker for

18   neomycin resistance; might -- it might also

19   include a selectable marker such as the herpes

20   virus simplex thumidine kinase gene that could be

21   used to select for the gene targeting events as

22   opposed to random integration events and to

23   include -- such information on the white board

24   would or did include an indication that -- a

25   description of a process whereby one could carry

Page 108

1                              Skoultchi

2    out the procedures that I just described in a

3    primary cell recipient, a human cell, targeting a

4    human gene and that one might want to use transfer

5    of that targeted gene to -- or a chromosome

6    bearing that targeted gene to a secondary host,

7    so-called secondary recipient or secondary host

8    which could preferably be Chinese hamster ovary

9    cells which were both well known at that time to

10   be usable for gene activation -- sorry, take that

11   back.

12            Usable for gene amplification with the

13   DHFR gene and that the sequences surrounding it

14   would be amplified and that CHL cells that were

15   good cell lines for high level expression of human

16   proteins -- human genes introduced into them via

17   more conventional methods.  I think the diagrams

18   provided there sort of described those features.

19      Q.    Do you recall doing that independently

20   of any documents you looked at in the past month

21   or --

22      A.    Yes, very distinctly recall going to

23   the white board and laying out those elements that

24   I have just described to you.

25      Q.    Where was that meeting?

Arthur I. Skoultchi   November 13, 2005

Page 109

Skoultchi

1

2      A.    In California at Cell Genesys.

3      Q.    Where specifically was that?

4      A.    I believe it was in Palo Alto.

5      Q.    Cell Genesys had facilities of its own

6   by then?

7      A.    It was using for certain meetings --

8   sorry.  I think that was in Foster City.

9      Q.    Foster City, California?

10     A.    Yes.

11     Q.    Why there?

12     A.    Sorry.  I am not certain of the

13  location.

14     Q.    You don't remember where the July 24,

15  25 meeting was?

16     A.    Not at this time.  It was in

17  California.

18     Q.    You recall there was a white board,

19  correct?

20     A.    Yes.

21     Q.    Can you describe the room in any -- was

22  it a hotel room --

23     A.    No.

24     Q.    -- conference room?

25     A.    It was a fair sized conference room.

Arthur I. Skoultchi   November 13, 2005

Page 110

1                              Skoultchi

2         Q.    Can you describe the building you were

3    in?  Was it an office building or hotel?

4         A.    I believe it was an office building.

5         Q.    But you can't remember whose office it

6    was?

7         A.    Not at this time.

8         Q.    Why is it that you recall so vividly

9    the memory of going up to the white board and

10   explaining this?

11        A.    You know, it is -- there are rather few

12   events that stand out in your mind from time to

13   time.  It is just there.  I remember going up to

14   the white board and drawing a diagram.

15             You know, probably because a patent

16   attorney was there -- I mean, it is interesting.

17   I can indeed picture the room at this moment.  I

18   am feeling a little badly that I can't tell you

19   exactly which facility that was in because I can

20   actually distinctly picture the room and the white

21   board and the sort of whole event -- the whole

22   incident and I am just trying to stretch my memory

23   as to, you know, which facility that conference

24   room was in.

25        Q.    What else do you remember about the

Arthur I. Skoultchi   November 13, 2005

Page 111

1                        Skoultchi

2    room?

3         A.    I remember it was a fairly large room

4    with a relatively large conference table.

5         Q.    Anything else about it?

6         A.    No.

7         Q.    Who was at the meeting?

8         A.    As I recall, Mark Levin, Raju

9    Kucherlapati, Bob Tepper, Bert Rowland and

10   possibly one or two people associated with Mark

11   Levin.

12        Q.    People who would have worked at the

13   Mayfield Fund?

14        A.    Yeah.

15        Q.    Can you recall their names?

16        A.    I do remember that one of Mark Levin's

17   assistants was a woman by the name of Betty White,

18   but I don't recall specifically whether she was

19   there.

20        Q.    Nobody else that you can recall being

21   there other than Levin, Kucherlapati, Tepper,

22   possibly Betty White and yourself?

23        A.    Not that I can recall.

24        Q.    Nothing else about the room that you

25   can think of?

Page 112

1                          Skoultchi

2        A.      Nothing distinct.  It had a window.

3        Q.      You wrote on the white board in general

4    what you just described, right?

5        A.      Yes.

6        Q.      Did you provide any written hand-out or

7    document to go along with that?

8        A.      I don't believe so.

9        Q.      You don't recall any document that was

10   -- well, that you prepared that day relating to

11   your idea.

12               Do you recall anybody at the meeting

13   taking notes?

14       A.      I am sure that people at the meeting

15   took notes.

16       Q.      Have you seen any of those notes in

17   preparation for this deposition?

18       A.      Yes.

19       Q.      Whose notes were those?

20       A.      Those that I have seen?

21       Q.      Or that you can remember.

22       A.      I saw some notes taken -- you know,

23   extensive notes taken of the whole meeting of

24   those two days.  I don't know the author of those

25   notes.  I did see a note from Raju Kucherlapati

Page 119

Skoultchi

1

2    or your illustration?

3        A.    I recall a generally positive response.

4    I think my most distinct other recollections have

5    to do with the issue of how a patent side stepping

6    strategy would be received by others.

7        Q.    Any particular comments that anybody

8    made about patent side stepping that you can

9    remember?

10       A.    Nothing further that I can tell you at

11   this time.

12       Q.    Because you can't remember anything

13   else at this time?

14       A.    Nothing specific.

15       Q.    Just in general that there was a

16   discussion about side stepping patents and how

17   that would be received; nothing beyond that?

18       A.    Well, and --

19       Q.    And that there was concern?

20       A.    Yes, there was concern and there was

21   discussion.

22       Q.    Was there any discussion that day about

23   whether or not proteins would be discussed in the

24   primary recipient versus the secondary recipient?

25       A.    I don't recall specifically about the

Arthur I. Skoultchi   November 13, 2005

Page 120

1                         Skoultchi

2     discussion that day.

3               I know at some point there was

4     discussion about the possibility that the primary

5     recipient might -- could either express the gene

6     or not express the gene target -- the gene that is

7     being targeted.

8          Q.    When were those discussions?

9          A.    I am saying, you know, it might have

10    been on that day.  It might have been at another

11    time.

12         Q.    Can you recall any specific

13    conversations or discussions about that particular

14    issue?

15         A.    I believe I discussed that issue with

16    Bert Rowland, but I don't remember precisely when

17    I discussed that.

18         Q.    Do you know if it was before the filing

19    of the very first application for your idea or

20    might it have occurred after that?

21         A.    I think it was very likely before.

22         Q.    But you can't recall specifically

23    discussing that topic with Bert Rowland?

24         A.    I can't recall when I did that, but the

25    topic was discussed.

Page 121

1                          Skoultchi

2        Q.     Anything else about the July 24 and 25

3    meeting with respect to your idea that you can

4    recall, any other questions or comments that

5    anyone had, any other notes anybody made, anything

6    else that might have come up, anything at all?

7        A.     I remember we came away from the

8    meeting with a plan to produce a patent

9    application, for Bert to produce a draft.

10                I believe we also indicated that we

11   might want to consult some other individuals with

12   regard to the issue of -- the patent side stepping

13   issue.

14       Q.     Do you remember who those people might

15   have been?  Was there anybody in mind?

16       A.     Yes.  Mark Levin had a variety of

17   consultants that he called upon in the biotech

18   industry, et cetera.

19                I do remember one individual in

20   particular that he had a high regard for and his

21   experience and opinions and that was Tom Kiley, I

22   think that is his name.  I don't believe it is K I

23   L E Y -- maybe it is K I L E Y or something close

24   to that.

25       Q.     He wasn't at the Mayfield Fund?

Page 122

1                        Skoultchi

2        A.    I don't believe so.

3        Q.    Do you know where he was?

4        A.    I believe he worked in the biotech

5   industry, possibly at Genetech in that time frame,

6   G E N E T E C H, but I don't know at that time.  I

7   believe that is where Mark Levin originally met

8   him, at Genetech.

9        Q.    What was the concern at the meeting,

10  the July meeting, about side stepping patents?

11  Why was that an issue?

12       A.    The issue was what the reaction would

13  be in potential pharmaceutical partners as to

14  whether or not they would wish to use this

15  strategy to produce a protein for which the DNA

16  sequences encoding that protein had been patented;

17  whether they would wish to enter a market in which

18  there was someone already in the marketplace or

19  approaching the marketplace.

20       Q.    Was there any concern expressed that

21  this idea for expressing proteins wasn't going to

22  be as effective or as efficient as other ways of

23  producing proteins in the field?

24       A.    I mean, as with any project, we were

25  evaluating there were concerns about risks that

Page 123

1                         Skoultchi

2    there might be.

3              Certainly, the side stepping issue, you

4    know, as we call it, that was a potential risk.

5    With regard to scientific risks -- I am trying to

6    think whether -- you're speaking specifically at

7    that meeting, was there any discussion of

8    scientific -- of risks that could be successfully

9    performed?

10        Q.    Correct, at the meeting, but more than

11   that, whether or not it was going to be as

12   desirable or efficient a method for producing

13   proteins as other methods known in the field?

14        A.    As I recall, there was certainly a view

15   that the targets for production this way would

16   best not be -- would be better if not proteins

17   that were possible to produce in bacteria by then

18   conventional or competent DNA methods because the

19   efficiencies of production in bacteria are very

20   high and costs are very low, and that any method

21   which utilizes Mammalian cells for production of a

22   therapeutic protein cannot really -- a particular

23   protein can't really compete in terms of

24   efficiency and cost and an amount of protein which

25   can be produced with a method that produces an

Arthur I. Skoultchi    November 13, 2005

Page 124

1                          Skoultchi

2      E.Coli.

3              So I think there was clearly a

4      recognition of the fact that the target proteins

5      for this methodology would really be proteins that

6      were not either currently being produced in

7      bacteria or were proteins, which for reasons of

8      function or other reasons, didn't need to undergo

9      post translation modifications such as

10     glycosylation particularly, which bacteria can't

11     do to Mammalian proteins and which Mammalian cells

12     can do to Mammalian proteins.

13             So this was a method particularly for

14     proteins that need to be glycosylated; for

15     proteins that can't be produced well in bacteria.

16     That would be a major sort of -- not risk but a

17     major way in which to structure the list of

18     targets you might choose.

19         Q.    Was that something that was also

20     discussed to some degree at the July 24, July 25

21     meeting, to the extent that you remember?

22         A.    I don't remember -- I think -- I don't

23     remember whether it was specifically discussed,

24     though I wouldn't be at all surprised if, you

25     know, if that was a topic that received some

046f8c6e-9d4f-4930-bf3b-5c931a52b84b

Arthur I. Skoultchi    November 13, 2005

Page 125

1                          Skoultchi

2    amount of attention at that meting and certainly

3    at subsequent meetings also, I suppose.

4          Q.    At what stage of the method was gene

5    amplification discussed, in the primary recipient

6    or in the secondary --

7          A.    You said at what stage of the method?

8          Q.    Well, the first step, I believe you

9    referred to, was in a primary cell using

10   homologous recombination and then transferring

11   genetic elements to a secondary recipient; is that

12   correct?

13         A.    Yes.

14         Q.    Do you recall any discussions -- what

15   were the discussions that day about at which stage

16   gene amplification would be affected?

17         A.    Would be carried out you mean?

18         Q.    Yes.

19         A.    I believe that I probably indicated

20   gene amplification could be carried out at either

21   stage as is logical, although I believe I knew at

22   the time it was readily carried out at the second

23   step if there was a second step.

24         Q.    But you don't know for sure that it was

25   discussed for either step?

046f8c6e-9d4f-4930-bf3b-5c931a52b84b

Page 126

1                              Skoultchi

2       A.      Could you rephrase, please, the

3   question?

4       Q.      I believe you just testified that you

5   believe that it would have been discussed for

6   both.

7               My question to you is, you don't know

8   for sure that gene amplification was discussed

9   that day in both the primary recipient and the

10  secondary recipient; is that correct?

11      A.      I think it is very likely that it was

12  discussed that day.

13      Q.      But you don't know for sure?

14      A.      You know, it is very hard to know

15  something for sure from 15 years or so ago.  You

16  can't imagine the number of facts that have passed

17  through my head, as they probably have through

18  yours, since 1989.  You know, it is why I keep

19  notes to remind myself.  I don't always keep the

20  best of notes, but I do my best.

21              Clearly, those types of issues were in

22  my mind, and so I think at the -- at the time

23  throughout this sort of period.  So I think it is

24  very likely we discussed it at the meeting.

25              Can I present you evidence myself that

Arthur I. Skoultchi   November 13, 2005

Page 127

1                          Skoultchi

2   they were?   I don't have that today.

3              MR. KELBER:   Off the record.

4              (Discussion off the record.)

5              (Luncheon recess:   1:30 p.m.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 128

1                          Skoultchi

2          A F T E R N O O N    S E S S I O N

3              (Time noted:  2:15 p.m.)

4    A R T H U R   I.  S K O U L T C H I, resumed and

5        testified as follows:

6    CONTINUED EXAMINATION

7    MR. NIELSEN:

8        Q.    I am handing you a document that

9    previously was marked in this litigation as ARS

10   Deposition Exhibit 13.  Take your time to look at

11   it, but my question to you is, have you seen this

12   document before?

13              MR. KELBER:  For the record, I object

14       to the document.  I think the double sided

15       copying produced a combined document.

16       A.    Yes.

17       Q.    Is this document extensive notes that

18   you were referring to earlier today?

19       A.    Yes.

20       Q.    Does Deposition Exhibit 13 refresh your

21   recollection at all about anything else that

22   happened at the July meeting with respect to your

23   idea of gene activation that you haven't told me

24   already?

25       A.    Well, there are some details which I

Arthur I. Skoultchi   November 13, 2005

Page 129

1                              Skoultchi

2    didn't mention to you in my previous descriptions

3    to you about my presentation at the meeting that

4    are contained here.  So there are a few details

5    that, in addition to what I -- with regard to the

6    specifics of things that I didn't mention to you

7    in the previous description.

8         Q.     What are those?

9         A.     There is a diagram containing what is

10   known as a TPA gene.  I believe previously, I

11   didn't discuss with you which specific genes might

12   be -- were discussed as targets.  Most certainly,

13   the TPA gene was an important target.

14              There are other details, such as the

15   use of a DHFR mutant gene which I didn't

16   specifically mention in the previous description,

17   but this is a mutant of the DHFR gene which is

18   resistant to methotrexate and allows one to

19   amplify sequences which are adjacent to the

20   targeted sequences to a higher level than what

21   would be if one didn't -- if one used a wild type

22   DHFR gene.

23              I believe I didn't mention to you in

24   the previous description that there is a way in

25   which one might amplify -- how exactly one might

Page 130

1                              Skoultchi

2     amplify the DNA sequences following the

3     introduction of the DHFR gene and it is indicated

4     here that methotrexate can be used.

5               These are specific aspects that were

6     well known to me at the time and undoubtedly

7     incorporated into my presentation at the time

8     which I didn't mention to you in the previous

9     general description that I gave you; details.

10         Q.    You don't know who created Exhibit 13;

11    is that correct?

12         A.    Who created Exhibit 13?  Who wrote

13    Exhibit 13?

14         Q.    Who prepared it?

15         A.    No, I don't.

16         Q.    That includes the handwritten notes on

17    the page that is marked CGI 3231; that is the

18    drawing that I believe you were just referring to?

19         A.    No, I don't know who created that

20    drawing or produced that drawing.

21         Q.    It definitely wasn't you that created

22    that drawing and those handwritten notes?

23         A.    Not in these notes, no.

24         Q.    Any other notes in this document?

25         A.    No.

Page 131

1                          Skoultchi

2        Q.    Do you know whose handwriting that is?

3        A.    I don't.

4        Q.    This drawing isn't identical to the

5    drawing you put on the white board on July 25; is

6    that correct?

7                MR. KELBER:  Read that back.

8                (Record read.)

9        A.    Well, it certainly contains many of the

10   elements that I would have used in the drawing

11   that I put on the white board, but whether or not

12   it is identical in form to precisely what I put on

13   the white board, I can't say at this time.

14       Q.    Is there anything else in this document

15   that refreshes your recollection about what was

16   discussed concerning your idea that day?

17       A.    There are a number of specific things,

18   statements or -- statements that are assigned to

19   individuals, particularly Bert Rowland that I

20   haven't talked with you about; didn't relate to

21   you during the previous descriptions of that

22   period at the meeting.  There are a number of

23   specific statements here which I didn't put into

24   the description that I gave you previously.

25       Q.    Do you remember any of those specific

Page 132

1                            Skoultchi

2    statements being discussed on July 25, 1989?

3         A.    Looking at this document now, it seems

4    natural that a number of the topics which are

5    related here would have been discussed at that

6    time and I would say in particular that one that

7    stands out is the issue -- it is not the issue,

8    but the statement in regard to, is the CHO step

9    worth it because of FDA considerations?

10            This stands out very distinctly in my

11   mind as an issue which I felt in conception of the

12   idea was an important aspect of -- potentially

13   important aspect of the invention and of its

14   practice.

15            So I would say that that idea, is the

16   CHO step worth it because of FDA considerations,

17   is certainly one that had its origins in my

18   thinking; rings a bell with me in terms of my own

19   thinking particularly.  So it is a sort of a

20   technical/practical issue that is clearly part of

21   my own thinking from the very beginning.

22        Q.    Do you recall the CHO step and the

23   significance with respect to the FDA being a topic

24   of discussion that day?

25        A.    Yes, and naturally so.  I mean, it

Page 133

1                        Skoultchi

2    would be expected to be.

3         Q.    What else in this document do you

4    recall discussing that day with respect to your

5    idea for gene activation that we haven't covered

6    already?

7         A.    I recall there was a good deal of

8    discussion with Bert Rowland about specific issues

9    with regard to this concept and patent matters in

10   general and so there was a good deal of discussion

11   about that at this meeting, relying on Bert

12   Rowland particularly for expert opinion.  And one

13   can see in the document, statements which are

14   attributed to him which pertain to those kinds of

15   issues, such as, you know, cannot patent natural

16   protein per se, doesn't matter if you change it

17   subtly, those kinds of statements.

18               I recall we discussed a variety of

19   issues surrounding the patenting process and what

20   could be stated in a patent, et cetera, and there

21   was a good deal of discussion about patents at

22   that time.

23        Q.    Anything else you specifically remember

24   coming up in connection with your idea for gene

25   activation?

Page 138

1                         Skoultchi

2    discussed today?

3         Q.    Correct.

4         A.    I don't believe so.

5         Q.    What would you have to change in the

6    drawing in this exhibit to make it match the

7    drawing that you drew on the white board on

8    July 25?

9         A.    You're asking me about the diagram I

10   drew on the white board?

11        Q.    That is correct.

12        A.    I don't see anything at this time.

13        Q.    On page 3231 at the bottom, the

14   drawing, towards the bottom it says, after

15   transferring to CHO cells methotrexate, there is

16   an arrow pointing up next to concentration and

17   then it says amplification of DHFR.  Do you see

18   that?

19        A.    I didn't see the word after.

20        Q.    That was my injection.

21              Do you see the portion of the drawing I

22   am referring to?

23        A.    Repeat which portion you're referring

24   to.

25        Q.    Towards the bottom of the drawing where

Arthur I. Skoultchi   November 13, 2005

Page 139

1                          Skoultchi

2    it says methotrexate.

3         A.    Yes.

4         Q.    Does that refresh your recollection as

5    to what step or what recipient you contemplated as

6    the subject of amplification?

7         A.    Well, this indicates that the

8    amplification will occur after the transfer to CHO

9    cells.

10        Q.    We made it through July 25, 1989.

11              What do you recall taking place next in

12   CGI with respect to your idea?

13        A.    I believe, to the best of my

14   recollection, that the next steps were for Bert

15   Rowland to prepare an application which would

16   describe this invention.

17        Q.    Was that decision made at the July 25,

18   1989 meeting?

19        A.    I believe so.

20        Q.    I take it Mr. Rowland did prepare an

21   application following that meeting?

22        A.    Yes.

23        Q.    What was your involvement with his

24   preparation of the application?

25        A.    He sent a draft to me and I sent him