Arthur I. Skoultchi  November 13, 2005

Page 140

1                          Skoultchi

2    corrections, written corrections.

3          Q.    Do you recall the date he sent you the

4    draft application?

5          A.    Not precisely, but I believe it was

6    within several weeks to a month or slightly more

7    perhaps, to the July 24, 25 meeting.

8          Q.    Have you looked at a document in

9    preparation for your deposition that indicates

10   when Mr. Rowland sent you that draft application?

11         A.    Yes.

12         Q.    Before we do that, just to get the

13   facts straight, up until Mr. Rowland sent you the

14   draft application, did you have any further

15   communications with him or anyone else concerning

16   your idea for gene activation?

17         A.    I don't recall.

18         Q.    That is with the aid of having looked

19   at documents in preparation for your deposition;

20   you don't recall any further discussions you had

21   concerning your idea before Mr. Rowland sent you

22   that draft application?

23               MR. KELBER:  Objection.

24               You can answer.

25         Q.    Is that correct?

Arthur I. Skoultchi   November 13, 2005

Page 141

```
 1                        Skoultchi
 2            MR. KELBER:  Objection as to form.
 3     A.    At this moment, I don't recall.
 4     Q.    Did you mark up the draft of the
 5  application he sent you?
 6     A.    Yes.
 7     Q.    What did you do then?
 8           You sent it back to him?
 9     A.    Yes, I believe so.
10     Q.    Have you also looked at any documents
11  that indicate when you sent the marked up draft
12  application back to Rowland?
13     A.    I don't believe so.
14     Q.    I will hand you a document that
15  previously was marked as ARS Exhibit 31.
16           My question to you is, have you seen
17  this before?
18     A.    Yes.
19     Q.    Does this document indicate the date on
20  which Dr. Rowland sent you the draft patent
21  application?
22     A.    Mr. Rowland on -- yes.
23     Q.    What date was that?
24     A.    September 6, 1989.
25     Q.    In between July 25, 1989 and September
```

Arthur I. Skoultchi   November 13, 2005

Page 142

```
 1                           Skoultchi
 2     6, 1989, there were no further communications
 3     between you and Dr. Rowland about your idea; is
 4     that correct?
 5          A.     No, I am not sure.
 6          Q.     Do you think there were further
 7     communications?
 8          A.     I think it is possible.
 9          Q.     None that you can recall right now?
10          A.     I don't specifically recall.
11          Q.     Do you remember receiving this letter?
12          A.     I don't specifically recall.
13          Q.     Did this letter come from your files?
14          A.     I don't know.
15          Q.     Did you have any conversations with
16     Mr. Rowland in response to this letter containing
17     the draft patent application?
18          A.     I am not sure.
19          Q.     Do you specifically recall what was in
20     the draft application that he sent you?
21          A.     It is a long document.  I certainly
22     couldn't recite it to you verbatim, but I recall
23     reading it at the time.  I recall making
24     corrections, et cetera.
25          Q.     When did you send those corrections
```

Arthur I. Skoultchi   November 13, 2005

Skoultchi

1
2     back to Mr. Rowland?
3          A.     I don't recall the precise date.
4     Presumably, shortly after September 6.
5          Q.     Do you think it was more than a month
6     afterwards?
7          A.     I am not sure.
8          Q.     Do you think it could have been more
9     than a month and a half after September 6?
10         A.     I think you're asking me to speculate.
11         Q.     You just don't know when you responded
12    to --
13         A.     I don't recall.
14         Q.     Sorry.  I have to finish.
15                You don't know when you provided a
16    marked up application for a response back to
17    Mr. Rowland?
18         A.     I don't recall a specific date.
19         Q.     What is your best estimate of what the
20    date was when you responded to Mr. Rowland?
21         A.     Well, on the one hand, it is a fairly
22    long document and pretty complicated and might
23    require some rereading and researching a bit, et
24    cetera.
25                On the other hand, I am a pretty

Arthur I. Skoultchi  November 13, 2005

Page 144

```
 1                         Skoultchi

 2    responsive person.  So at this point, I would have

 3    to say my best estimate is sometime between the

 4    receipt of the document and the time that it was

 5    submitted to the patent office.

 6         Q.    Did you review it on your own or did

 7    you have someone assist you with that?

 8         A.    I reviewed it on my own.

 9         Q.    Do you know if anybody else reviewed

10    the draft application?

11         A.    Yes, I believe Raju Kucherlapati did.

12         Q.    Anybody else?

13         A.    I don't know.

14               Maybe I can add to the last question.

15    I think it is very likely that Mark Levin would

16    have reviewed it.

17         Q.    I will hand you a document that was

18    previously marked as ARS Deposition Exhibit 31.

19               Take your time to look at it.  My

20    question to you is if you recognize that document.

21         A.    Yes.

22         Q.    Is this something you looked at in the

23    last few days preparing for your deposition?

24         A.    Yes.

25         Q.    What is this document?
```

Arthur I. Skoultchi  November 13, 2005

Page 145

1                           Skoultchi
2          A.     This is a draft of the application here
3    known as cell 3, production of protein using
4    homologous recombination.
5          Q.     What does cell 3 mean?
6          A.     This indicates, I believe, the number
7    of this particular patent application within the
8    portfolio of Cell Genesys' application at the time
9    -- or planned applications at the time.
10         Q.     Does this document appear to be the
11   copy of the draft application that you marked up?
12         A.     Yes.
13         Q.     Is all the handwriting on this yours?
14         A.     No.
15         Q.     If we can just go through this real
16   quickly.  Can you indicate to me which handwriting
17   is yours?
18         A.     I will try to.  I believe the question
19   marks on the left side of the first page are mine.
20         Q.     Not the rest of the handwriting on that
21   page?
22         A.     Correct -- actually, let me look
23   quickly.  Yes, that is correct.
24         Q.     Is that other handwriting on the first
25   page Dr. Kucherlapati?

Arthur I. Skoultchi   November 13, 2005

Page 146

```
 1                      Skoultchi
 2        A.    Yes, I believe so.
 3        Q.    Could you go through the document?
 4        A.    You want me to tell you whether, with
 5   every handwriting item is mine or Dr. Kucherlapati
 6   or somebody else's?
 7        Q.    For starters, is most of the
 8   handwriting on this document Dr. Kucherlapati's --
 9              MR. KELBER:   Objection.
10        Q.    -- or yours?
11        A.    It would take me quite a bit of time to
12   answer the question with certainty.
13              I can say to you that it appears that
14   the majority of the handwriting here is either
15   mine or Dr. Kucherlapati's, as far as I know.
16        Q.    Is there any handwriting here that is
17   not yours or Dr. Kucherlapati's?
18        A.    It would take me quite a lot of time to
19   answer that with certainty, so I have to say I
20   don't know.
21        Q.    You have reviewed this in the past few
22   days preparing for your deposition, right?
23        A.    I have looked at it.
24        Q.    Is it fair to say you don't recognize
25   any handwriting that doesn't belong to you or
```

Arthur I. Skoultchi  November 13, 2005

1                          Skoultchi

2     Dr. Kucherlapati?

3          A.     If you would like me to take the time

4     to examine every page and be as certain as I can

5     be that there is no other handwriting here other

6     than mine or Dr. Kucherlapati's, I can do that,

7     but it will take me quite a lot of time to do

8     that.

9          Q.     Do you recognize any handwriting of

10    Mark Levin's on this document?

11         A.     I don't see any handwriting that I

12    recognize here as Mark Levin's.

13         Q.     When were the handwritten notes placed

14    on this document?

15         A.     I don't recall specifically, but I

16    assume it was at some point after September 6,

17    1989.

18         Q.     Can you be any more specific than

19    between September 6, 1989 and November 6, 1989?

20         A.     No.

21         Q.     Does this document refresh your

22    recollection as to any other conversations that

23    you had with anybody about the idea for gene

24    activation in between September 6, 1989 and the

25    filing of the application on November 6, 1989?

Arthur I. Skoultchi  November 13, 2005

Page 148

1                         Skoultchi

2       A.     Looking at the document suggests to me

3    that it is likely that I had a conversation or one

4    or more conversations with Raju Kucherlapati about

5    the gene activation concept and specifically the

6    application, the draft of the application.

7       Q.     Can you recall any specific

8    conversations?

9       A.     I have a general impression -- I will

10   start again.

11             I have a distinct impression of making

12   corrections, marks on the document after receiving

13   it, and I believe that Dr. Kucherlapati and I had

14   one or more consultations together, conversations

15   about this draft.

16      Q.     You can't identify any specific

17   consultations with Dr. Kucherlapati?

18      A.     I can't identify the date of those

19   conversations.

20      Q.     Do you know who marked up the document

21   first, you or Dr. Kucherlapati?

22      A.     I honestly don't specifically recall

23   who worked on the document first.

24             However, I think it is likely that I

25   did and the document contains some evidence

Arthur I. Skoultchi   November 13, 2005

Page 149

1                         Skoultchi

2    suggesting that that is the case.

3         Q.    What evidence is that?

4         A.    For example, on the page -- it is not

5    marked here but the fifth page, there is a circle

6    and some handwriting inside of it which is mine

7    which says Raju?? with two question marks.

8                That suggests to me that I looked at

9    the document, put a question mark there for Raju

10   to look at it subsequently.

11        Q.    Tell me everything that you can

12   remember about the first conversation that you

13   think you had with Dr. Kucherlapati about this

14   draft application.

15        A.    I really don't recall the specifics of

16   that conversation, but it is likely to have

17   involved a number of items pertaining to the

18   question marks and notes that we see on the

19   document.

20        Q.    Are you unable to remember discussing

21   any of the comments or substance of the

22   application with Dr. Kucherlapati in that

23   conversation?

24        A.    State the question again.

25                MR. NIELSEN:  Read it back.

Arthur I. Skoultchi  November 13, 2005

Page 150

1                          Skoultchi

2              (Record read.)

3       A.     Would you rephrase the question,

4  please, or try to?

5       Q.     You said you think there was a

6  conversation that probably took place between you

7  and Dr. Kucherlapati about this application; is

8  that correct?

9       A.     Yes.

10      Q.     What do you remember discussing in that

11  conversation, if anything?

12      A.     I don't remember the specifics of that

13  conversation.

14      Q.     Was that the only conversation?

15      A.     I don't recall.

16      Q.     Do you think there were others?

17      A.     I think that it is likely.

18      Q.     Why would it be likely?

19      A.     Because he and I, as I have mentioned

20  previously, were quite close scientific associates

21  and friends and because he was an expert in

22  homologous recombination and was therefore someone

23  that I would consult with about that, considering

24  his involvement with Cell Genesys, and because it

25  is obvious that we both took a look at this draft

Arthur I. Skoultchi   November 13, 2005

Page 151

1                          Skoultchi

2    and had thoughts about it.  So I think it is very

3    likely that we would have had a conversation

4    because we were not -- we didn't work in isolation

5    from one another.  We spoke when we needed to

6    readily.

7         Q.    Any other reasons why you think you

8    would have had a conversation about this with him?

9         A.    I think I answered that question as

10   completely as I can.

11        Q.    You can't think of any other reasons

12   why you would have spoken with Dr. Kucherlapati

13   about this application?

14        A.    Other than the reasons I have already

15   given you, no.

16        Q.    You think there were other

17   conversations besides the one that you have just

18   referred to possibly happening?

19        A.    I think it is likely.

20        Q.    Do you have any idea how many

21   conversations might have happened?

22        A.    I think it is very likely that it was

23   less than 10 and more than one.

24        Q.    But you don't know that you and

25   Dr. Kucherlapati had a specific conversation about

Arthur I. Skoultchi   November 13, 2005

Page 152

1                          Skoultchi
2     this application; is that correct?
3          A.    I don't recall.
4          Q.    You don't recall having a specific
5     conversation with Dr. Kucherlapati about this
6     application?
7               MR. KELBER:  Objection to the form.
8               You can answer.
9          A.    I don't recall having a specific
10    conversation.
11         Q.    How about with Mark Levin?
12         A.    I don't recall having a specific
13    conversation with Mark Levin, but again, I think
14    it is likely that I did.
15         Q.    What happened after you and
16    Dr. Kucherlapati marked up this application?
17         A.    I believe it was returned to Bert
18    Rowland.
19         Q.    You don't know what date that would
20    have been; is that right?
21         A.    I don't recall.
22         Q.    Do you think you spoke about the
23    application with Bert Rowland before returning the
24    application to him?
25         A.    I don't recall.

Page 153

```
1                            Skoultchi
2          Q.     How about Bob Tepper?
3          A.     I don't recall.
4          Q.     Oliver Smithies?
5          A.     I don't recall.
6          Q.     Who sent the application to Bert
7    Rowland?  Was it you?
8          A.     I don't recall.
9          Q.     Might it have been Dr. Kucherlapati?
10         A.     Possible.
11         Q.     Are you unable to recall actually
12   sending the marked up draft application back to
13   Bert Rowland?
14         A.     Yes.
15         Q.     In between marking up the draft
16   application and the filing of the application on
17   November 6, 1989, did you have any additional
18   communications with anybody about the application
19   or your idea for gene activation?
20         A.     I don't recall.
21         Q.     None that you can remember right now?
22         A.     Correct.
23         Q.     Is it fair to say, as far as you know,
24   Bert Rowland received the mark-up of the draft
25   application and later filed that application in
```

Arthur I. Skoultchi  November 13, 2005

Page 154

1                         Skoultchi

2    the patent office without having any further

3    contact with you?

4         A.     If I remember correctly, I would have

5    thought that in the process of filing, he would

6    require something further from me.

7                    MR. NIELSEN:  I will have marked as ARS

8            Exhibit 50, CGI 3656 and 3657.

9                    (ARS Exhibit 50, CGI 3656 and 3657,

10           marked for identification, as of this date.)

11        Q.     I am handing you a document marked as

12   Exhibit 50.

13                 Have you seen this before?

14        A.     Yes.

15        Q.     Did you review that document in

16   preparation for your deposition?

17        A.     I believe I looked at it.

18        Q.     Was that produced from your files?

19        A.     I don't know.

20        Q.     Does this refresh your recollection

21   about a later communication?

22        A.     I think what you referred to by

23   Mr. Rowland prior to the filing of the

24   application, when I said he would need something

25   more from me, I was thinking about my signature on

Page 155

1                         Skoultchi

2     something or other.

3          Q.     Did Mr. Rowland send with this letter a

4     draft patent application to you prior to filing?

5          A.      The document states that a final draft

6     is enclosed.

7          Q.     Did you have any more comments to that

8     draft?

9          A.     I don't recall.

10         Q.     You don't recall having any more

11    comments for that draft?

12         A.      Correct.

13         Q.      Other than this communication between

14    you and Mr. Rowland, can you think of any others

15    other than what we have discussed already today

16    leading up to the final of your application on

17    November 6, 1989?

18         A.     Any other what, please?

19         Q.     Communications between you and

20    Mr. Rowland about your application or your idea.

21         A.      I cannot specifically recall additional

22    conversations.

23         Q.     Do you actually remember receiving this

24    letter?

25         A.     Only vaguely.

Page 156

```
 1                        Skoultchi
 2        Q.     Independent of reviewing the document
 3   in the last month in preparation for your
 4   deposition, do you recall having received the
 5   document?
 6        A.     I have a vague recollection of getting
 7   something back from Bert Rowland at some point
 8   after I had returned my comments to him.
 9        Q.     Do you specifically recall what was in
10   the draft of the application that was enclosed
11   with this?
12        A.     It is a very long document.  So I
13   recall many things about the application, I
14   suppose, but if you ask me to recite it to you
15   verbatim, I wouldn't be able to do that.
16        Q.     Did you keep a copy of the application
17   that was enclosed with this letter?
18        A.     I don't recall.
19        Q.     I take it then that you haven't seen a
20   draft application enclosed with this letter since
21   having received this on or around November 1,
22   1989?
23        A.     Sorry.  Would you clarify the question?
24        Q.     I will try to ask you a better
25   question.
```

Page 157

```
 1                          Skoultchi
 2              Assuming that a draft application was
 3      enclosed with this, I take it you haven't seen a
 4      copy of that draft since that time, since the time
 5      of receiving this?
 6          A.     I believe I have.
 7          Q.     When?
 8          A.     Sorry.  A copy of the draft or a copy
 9      of the application that was submitted to the
10      patent office.
11          Q.     How about a copy of the draft, the
12      draft that was enclosed with this?
13          A.     I don't recall.
14          Q.     Have you seen a copy of the application
15      as filed with the patent office?
16          A.     Yes.
17          Q.     When was that?
18          A.     I don't recall but a number of years
19      ago.
20          Q.     Did Mr. Rowland send you a copy of the
21      application as filed after it was filed?
22          A.     I am assuming that he did.
23          Q.     How much time did you spend working on
24      the draft application that Mr. Rowland sent you?
25          A.     You mean the one that I returned my
```

Arthur I. Skoultchi   November 13, 2005

Page 158

1                     Skoultchi

2    comments on?   A number of hours.

3         Q.    Can you specify?

4         A.    I would think something in the order of

5    10 hours.

6         Q.    Is it fair to say no more than 10

7    hours?

8         A.    Specifically, with regard to the draft

9    that had my handwritten comments on it, I think 10

10   hours is a pretty good rough estimate.

11        Q.    Did you do any work on the application

12   other than making the mark-ups or the handwritten

13   comments on the draft that we looked at?

14             I am trying to get an understanding if

15   you spent any additional time working on it.

16        A.    As I believe I mentioned, I had some

17   conversations with Raju Kucherlapati, more than

18   likely a conversation with Bert Rowland, more than

19   likely a conversation with Mark Levin which would

20   represent additional time.   I am certain that I

21   also read, once again, the final draft when I

22   received it.

23        Q.    Why are you certain of that?

24        A.    It is just my nature to be thorough and

25   to take responsibility for things that I am

Arthur I. Skoultchi  November 13, 2005

Page 159

1                          Skoultchi

2    involved in.

3         Q.     What dates did you work on the draft

4    application, or date?

5         A.     I don't recall the specific dates.

6         Q.     Could it have been anywhere between

7    September 6, 1989 and November 1, 1989 when

8    Mr. Rowland sent you a follow-up draft?

9         A.     Yes.

10        Q.     Do you have a personal calendar from

11   that time period?

12        A.     I am unable to find it.

13        Q.     You think you have one somewhere

14   though?

15        A.     I was not able to find it.

16        Q.     Did you search for it in connection

17   with this litigation?

18        A.     I did.

19        Q.     You searched for it at home?

20        A.     Correct.

21        Q.     Do you think it might exist anywhere

22   else other than -- anywhere else?

23        A.     Could be, yeah.

24        Q.     Was it a hard copy of a calendar or was

25   this something you kept on a computer?

Page 163

```
 1                        Skoultchi
 2             MR. KELBER:   Objection as to form.
 3             You can answer.
 4        A.     Could you clarify?
 5        Q.     Based on the billing records, is it
 6   correct to say that you couldn't confirm any dates
 7   that Mr. Rowland worked on your application?
 8        A.     I have very little information or
 9   recollection of the billing records.  I just know
10   there were a couple of pieces of paper that
11   existed in the rather large set of documents that
12   counsel provided that I flipped through.  So I
13   can't answer the question based upon information
14   in billing records.
15        Q.     You didn't receive those billing
16   records in 1989?
17        A.     That is correct.
18        Q.     Do you know who did?
19        A.     I would imagine Cell Genesys would
20   receive them.  It would be inappropriate for me to
21   receive them.
22        Q.     Who at Cell Genesys?
23        A.     Mark Levin.
24        Q.     You don't have firsthand knowledge of
25   when Bert Rowland worked on the application for
```

Arthur I. Skoultchi  November 13, 2005

1                          Skoultchi

2     your gene activation idea; is that right?

3          A.     Well, I mean by worked on -- can you

4     define what you mean by worked on?

5          Q.     For example, drafting the application,

6     drafting the claims, thinking about it.

7          A.     I don't have specific information about

8     those dates, but of course he did in a sense work

9     on the application when we first had a phone

10    conversation in April, and he worked on the

11    application when we sat together in July at Cell

12    Genesys and he was working on the application in a

13    sense, working on the idea, the conception with

14    us, but subsequent to the July meeting, I don't

15    know the specific dates on which he worked on the

16    application.

17               I am assuming that they lie between the

18    July 24, 25 meeting and the time that he returned

19    the draft to me for corrections.

20         Q.     Other than April 28 and July 25, you

21    don't have independent knowledge of when Bert

22    Rowland worked on your application; is that

23    correct?

24         A.     About when he worked on the

25    application?

Arthur I. Skoultchi   November 13, 2005

Page 165

1                          Skoultchi

2        Q.     Correct.

3        A.     No, only that it must have occurred

4   between July 25 and the time that he returned the

5   draft to me -- sent the draft to me.  Excuse me.

6              MR. NIELSEN:  Mark this document as

7        Exhibit 51.  It is Bates stamped CGI 4000

8        through 4174.

9              (ARS Exhibit 51, Bates numbers CGI 4000

10        through 4174, marked for identification, as of

11        this date.)

12       Q.     I am handing you a document that was

13   marked as ARS Exhibit 51.  It bears Bates number

14   CGI 4000 through 4174.

15             Take your time looking through it and

16   my question to you is, have you seen that before?

17       A.     Yes.

18       Q.     What is it?

19       A.     It is a notebook of mine -- a copy of a

20   notebook of mine.

21       Q.     Is this the 1989 notebook that we have

22   been discussing today in the deposition or a copy

23   of it?

24       A.     Copy of the book covering the period

25   February 1989 to August 1990.

Arthur I. Skoultchi  November 13, 2005

1                        Skoultchi

2        Q.    You looked at this document in

3    preparation for your deposition?

4        A.    Yes.

5        Q.    Is this a complete version of the

6    original notebook you kept in the relevant time

7    frame?

8        A.    Well, the document contains 174 pages.

9    It is large, but I couldn't tell you that a page

10   wasn't missing.

11             MR. NIELSEN:  I might be able to

12        shortcut this by just asking whether any pages

13        have been withheld from this notebook in

14        production.

15             MR. KELBER:  No.  No pages have been

16        redacted or otherwise withheld.

17             MR. NIELSEN:  I believe I saw an

18        original or a folder containing an original

19        that we can inspect today.

20             Can we take a look at that?

21             MR. KELBER:  Yes.

22        Q.    Was this document found in your files

23    in connection with this litigation?

24        A.    I am not sure, honestly, whether it was

25    found in connection with this litigation, but it

Arthur I. Skoultchi   November 13, 2005

Page 167

```
 1                    Skoultchi
 2   was found in my files by me.
 3        Q.     When was that?
 4        A.     I don't know, but I believe sometime
 5   back.
 6        Q.     Was it in the past year?
 7        A.     No.
 8        Q.     Earlier than that?
 9        A.     I don't believe it was in the past
10   year.
11        Q.     Did you send it to counsel, not
12   necessarily Mr. Kelber or Dr. Jensen?
13        A.     Yes, I believe I gave it to counsel.
14        Q.     Do you remember who?
15        A.     I think it may have been either Sam
16   Abrams or Laura Coruzzi possibly, counsel from
17   sometime back.  I am not certain of that.
18        Q.     Do you know what law firm they worked
19   out of?
20        A.     I did at one time know the name.
21        Q.     Penny & Edmonds, perhaps?
22        A.     I believe they did work there at one
23   time, yes.
24        Q.     You think you sent this document to Sam
25   Abrams or Laura Coruzzi?
```

Arthur I. Skoultchi  November 13, 2005

Page 168

```
 1                        Skoultchi
 2       A.     It is possible that I either sent it to
 3   them or gave it to them.
 4       Q.     At any rate, it was something you found
 5   before the past year?
 6       A.     Yes, I believe so.
 7       Q.     Do you know the year when you sent it
 8   to them?
 9       A.     I don't.
10       Q.     Before the year 2000?
11       A.     I am not sure.
12       Q.     Is there anything in this notebook that
13   reflects any communications you had with anyone
14   concerning your idea for gene activation other
15   than what we have discussed today?
16              MR. KELBER:  Objection to the form of
17       the question.
18              You can answer.
19       A.     For me to accurately answer the
20   question, it would take me a great deal of time to
21   review each and every page of this document and
22   probably for you also to give me a list of the
23   items that we have discussed today so that I am
24   certain which items we agree we have discussed
25   today.  Then I would be able to perhaps tell you
```

Arthur I. Skoultchi   November 13, 2005

Page 169

1                       Skoultchi

2   tomorrow exactly whether there were additional

3   things that we didn't discuss today that are in

4   this notebook that are pertinent to gene

5   activation patent.

6          Q.     You have reviewed this in preparation

7   for your deposition, right?

8          A.     I viewed it.  I didn't study it.  I

9   didn't look at every page.  I just sort of viewed

10  it.

11         Q.     Did you look at it about a month ago in

12  preparation for your deposition?

13         A.     Yes, I believe I did.

14         Q.     On Friday?

15         A.     I believe I did.

16         Q.     How about yesterday?

17         A.     Not yesterday.

18         Q.     Did you review this with counsel,

19  Mr. Kelber or Dr. Jensen?

20         A.     Yes, to some extent.

21         Q.     I am looking at the original of your

22  notebook and it has several pages that have been

23  flagged or tabbed.  Were these tabbed by you?

24         A.     You will have to hand it to me for me

25  to tell you whether they were tabbed by me.  I

Arthur I. Skoultchi  November 13, 2005

Page 170

```
 1                        Skoultchi
 2    can't tell from this distance.
 3              MR. NIELSEN:  Mark this original
 4         notebook, please --
 5              MR. KELBER:  No, we are not marking the
 6         original notebook.  The original notebook is
 7         an original document.  We will have it at
 8         court if you want it, but we are not marking
 9         it as a separate exhibit.
10              MR. FLOWERS:  We are not marking it for
11         the purpose of keeping it --
12              MR. KELBER:  We are not marking it.
13         That would change it from being the original
14         notebook.  The original notebook has -- it has
15         been testified to.  If you want the witness to
16         confirm for you that what he sees in the
17         original notebook is identical to what is in
18         Exhibit 51, fine, but the originals, you want
19         to preserve them for trial.
20              MR. NIELSEN:  Can you tell us who
21         tabbed these pages?
22              MR. KELBER:  You have that outstanding
23         question to the witness.
24         Q.    Can you answer it?
25         A.    I need to examine the notebook.
```

Arthur I. Skoultchi   November 13, 2005

Page 171

1                          Skoultchi

2              MR. KELBER:  I don't see what the

3        problem is, truly.

4              MR. FLOWERS:  There is no problem.

5        A.    Just hand it to me and I will give you

6     my best opinion as to who tabbed it.

7              From looking at the notebook, I can't

8     tell you who tabbed it.

9        Q.    You definitely did not tab it?

10       A.    I can't say that with certainty.  I

11    don't know.

12             MR. NIELSEN:  What I am trying to get

13       at here, if the tabbed pages are pertinent to

14       what you have looked at.  Can you just tell us

15       if you tabbed them?

16             MR. KELBER:  Yes.  They are tabs we got

17       when we came across the original notebook.

18       Those are tabs that were there.

19             I have absolutely no objection to you

20       asking him specifically about the tabbed

21       pages.  It is not our tabbing.  Otherwise, we

22       wouldn't have delivered it in that condition.

23             MR. NIELSEN:  Fair enough.

24       Q.    You did review some pages of your

25    notebook in preparation for your deposition?

Arthur I. Skoultchi  November 13, 2005

Page 172

1                          Skoultchi

2        A.     A copy of the notebook.

3        Q.     Let's go to the copy.

4               Which pages did you review with

5    counsel?

6        A.     For me to accurately answer you, I

7    would have to look at each page and determine

8    whether we reviewed it with counsel.

9               Do you wish me to do that?

10       Q.     You don't remember -- you can't just

11   flip to the specific pages that --

12       A.     Not to give you an accurate -- sorry.

13       Q.     You can't just flip to the specific

14   pages that you focused on in preparing for your

15   deposition?

16       A.     To give you an accurate answer to which

17   pages I looked at in the presence of counsel, I

18   have to look at each page and determine whether it

19   was a page that I looked at in the presence of

20   counsel.

21              Maybe I should clarify.  My job, my

22   career is based upon being an accurate person.  So

23   I want to give you an accurate answer to your

24   question.  I honestly believe I couldn't give you

25   a fully accurate answer without flipping through

Arthur I. Skoultchi  November 13, 2005

Page 173

```
 1                        Skoultchi
 2    each page and then reciting to you the numbers of
 3    the pages that I did, in fact, look at in the
 4    presence of counsel, truly.
 5         Q.    I appreciate that.  I understand.
 6               I think maybe the way to go about this
 7    is, I have a good idea of pages that are pertinent
 8    or at least we can look at for starters.
 9               If I can direct your attention to page
10    4001.  Does that page refresh your recollection as
11    to any events relating to how you came up with
12    your idea for gene activation that we haven't
13    discussed already today?
14         A.    It refreshes my memory of some
15    individuals who we haven't spoken about today who
16    were present at the meeting at the Wilkerson Group
17    in New York prior to the train ride home that I
18    described to you in which I conceived of the gene
19    activation concept.
20         Q.    Who is that?
21         A.    Well, particularly Harri Taronto.  I
22    also mention Steven Shapiro, but I particularly
23    recall the name Harri Taronto.  He was a member of
24    the Wilkerson Group, if I recall correctly, and he
25    was someone who was present at that meeting to
```

Arthur I. Skoultchi  November 13, 2005

Page 174

1                         Skoultchi

2    advise the founding group that was also present at

3    the meeting.

4              I suppose I could add that -- because

5    we didn't discuss it previously, that the -- the

6    notes indicate that there was a substantial amount

7    of discussion about certain types of cellular

8    therapy, cellular therapy applications where

9    modified cells might be useful, including

10   treatment of burn patients.  And at the meeting, I

11   think various individuals recognized that these

12   were rather long-term projects with an uncertain

13   approval rate, FDA approval rate, for example, and

14   that really provides some of the origins for one

15   of the concluding thoughts at the meeting which is

16   that it would be well -- it would be good if Cell

17   Genesys would have a project that would lead to a

18   product in a bottle, such as a therapeutic

19   protein.

20        Q.    Have you gone back and made additional

21   comments to your notebook entries after making the

22   original entry?

23        A.    Additional comments?

24        Q.    Additional writings.

25        A.    On which page?

Arthur I. Skoultchi   November 13, 2005

Page 175

1                           Skoultchi
2          Q.     First of all, do you recall doing that
3    at all with your notebook?
4          A.     I don't recall.
5          Q.     Is it common for you to go back and
6    fill in gaps or make additional comments to your
7    notebook entries?
8          A.     Not very common, no.
9          Q.     Please look at CGI 4004.  Have you seen
10   that page before?
11         A.     Yes.
12         Q.     What is that?
13         A.     That is the -- my notes in respect to
14   the conception of the gene activation patent made
15   on the date indicated.
16         Q.     Are these the notes that you said you
17   made when you had the flash for your idea?
18         A.     That is correct, coming back on the
19   train.
20         Q.     On page CGI 4004, was everything on
21   that page written on February 15, 1989?
22         A.     Yes.
23         Q.     How do you know?
24         A.     It is dated February 15, 1989.
25                It also has on the same page notes

Arthur I. Skoultchi  November 13, 2005

Page 176

1                          Skoultchi

2     regarding discussions I referred to a few moments

3     ago with regard to burns -- a potential burn

4     project that occurred during the course of

5     discussions at the Wilkerson Group also on

6     February 15, 1989.

7          Q.    I will hand you back the original

8     version of your notebook.

9               Do you see in the upper part of that

10    page where it looks like allo has been written, A

11    L L O, in a different pen?

12         A.    Yes.

13         Q.    Was that written after February 15,

14    1989?

15         A.    I don't recall.  I doubt it.

16         Q.    Why is that?

17         A.    I doubt it because it is a very minor

18    addition -- it is a very minor addition to the

19    notes there and not likely to, you know, have made

20    such an addition at a later time because of the

21    minor nature of it.

22         Q.    Sorry.  What does the nature of minor

23    versus major have to do with when you actually

24    made it?

25         A.    What I mean to say is that it is just

Arthur I. Skoultchi  November 13, 2005

Page 177

1                           Skoultchi

2      less likely to have tried to modify that minor

3      point at a later time; more likely to have

4      occurred at the meeting.

5           Q.     The line that is drawn through the page

6      about February 15, 1989, why is that?

7                   MR. KELBER:  Objection as to form.

8                   You can answer.

9           Q.     Why did you do that?

10          A.     I don't know precisely.  Generally

11     speaking, I would sometimes separate notes about

12     different topics with a line.

13          Q.     Now that you have seen that different

14     marking on page 4004, can you say with certainty

15     that everything on that page was dated February

16     15, 1989?

17                  MR. KELBER:  Can I hear the question

18          back?

19                  (Record read.)

20                  MR. NIELSEN:  I will ask a better

21          question.

22          Q.     Are you sure everything written on that

23     page was written on February 15, 1989?

24          A.     The only thing which could possibly

25     have been written on a date other than February

Arthur I. Skoultchi   November 13, 2005

Page 178
1                           Skoultchi
2      15, 1989 is the prefix allo, but I reiterate that
3      because of the minor nature of that, I think it is
4      unlikely.  I think it is likely it was written at
5      that time.
6           Q.    On the following page, the very top
7      entry says February 6, 1989 -- is it 1988 or 1989?
8           A.    It says February 16, 1988.
9           Q.    Why is there a page dated 1988
10     following 1989?
11          A.    It appears to be an error in the dating
12     of the year.  I think this happens to me
13     sometimes.  I often find that when I am writing
14     checks at the beginning of the year, I write the
15     previous year.  I think it is a common problem
16     perhaps.
17          Q.    What is the reference next to that
18     date?
19          A.    It refers to a visit to Bowman Gray
20     University and the group of James Turner, a visit
21     in which, among other topics, the potential -- the
22     science behind and the potential for therapeutic
23     applications of retinal pigmented epithelial cells
24     or RPE was discussed.
25          Q.    Let's go to page 4002 in the original

Page 179

1                          Skoultchi

2     copy of your notebook.  Do you see where arterial

3     is written at the top?

4          A.     Yes.

5          Q.     Was that written after February 15,

6     1989?

7          A.     I doubt it.

8          Q.     Why is that?

9          A.     It is a topic that I don't know very

10    much about and consequently, it is unlikely that I

11    would introduce a modifying word at a later time.

12                 I think the same probably should be

13    said about the allo.  It is much more likely that

14    these couple of things, the couple of words which

15    appear to have been written in a different pen for

16    most of the page occurred at the time of the

17    meeting as, you know, someone -- perhaps during

18    the course of the meeting, someone else used the

19    -- there was further discussion; someone else used

20    the term in a slightly different way and not being

21    an expert in that area, I took those additional

22    words that the person provided and incorporated

23    them into my notes.

24          Q.     That is your handwriting where it says

25    arterial?

Arthur I. Skoultchi   November 13, 2005

Page 180

1                          Skoultchi

2          A.      Yes, I believe so.

3          Q.      Same on two pages later where it says

4     allo; that corresponds to page 4004?

5          A.      Yes, I believe so.

6          Q.      Let's go back to the copy of your

7     notebook, Dr. Skoultchi.   Please go to the page

8     marked CGI 4025.

9          A.      Yes.

10         Q.      Have you looked at this page in

11    preparation for your deposition today?

12         A.      I did take a look at it.

13         Q.      Does this page of your notebook refresh

14    your recollection as to any events or

15    communications regarding your idea for gene

16    activation that we haven't discussed already

17    today?

18         A.      I believe we discussed somewhat the --

19    some items on this page that are related to the

20    gene activation concept.   Whether we discussed all

21    pertinent information that is here on this page

22    previously today, I am not certain.

23         Q.      Looking at this page, do you recollect

24    anything more about any of the conversations that

25    you had concerning your idea for gene activation?

Arthur I. Skoultchi  November 13, 2005

Page 181

```
 1                          Skoultchi
 2        A.      Well, reading the contents of these
 3   notes indicates to me that there was a meeting in
 4   Chicago on April 26 at which I was given Bert
 5   Rowland's telephone number and I believe
 6   directed -- requested probably by Mark Levin to
 7   contact him and have a discussion about the basic
 8   aspects of the gene activation idea.  The notes
 9   indicate that I did that on April 28 with some
10   information indicated there with regard to the
11   technical approaches to doing that.
12              It indicates that the conclusion of
13   that conversation with Bert Rowland is that the
14   patent looks like it might be a good idea -- it
15   states, looks good for patent and that perhaps
16   Bert Rowland -- not perhaps.  It looks like Bert
17   Rowland at that time perhaps raised a question
18   about the sort of business aspects as we have
19   discussed previously of a patent side stepping
20   strategy.
21              It states there Bert, question mark,
22   business, which to me implies that he probably
23   questioned himself the issue that we have
24   discussed somewhat previously about the gene
25   activation, having the capacity to side step
```

Arthur I. Skoultchi  November 13, 2005

Page 182

1                         Skoultchi

2    patented DNA sequences.

3              MR. KELBER:  We have been going six and

4         a half hours real time with this witness.  We

5         will go the full seven hours, but we are not

6         going beyond that.

7         Q.    Does the entry on that page which you

8    just referred to jog your memory any further as to

9    any other part of your conversation or anything

10   else that came up in your conversation on April 28

11   with Bert Rowland other than what you have

12   described?

13        A.    The notes indicate that I did discuss

14   with Bert that homologous recombination would be

15   used to express a previously patented protein in

16   human cells by using a strategy which would lead

17   to amplification or activation and enhancement via

18   enhancers of gene expression.

19             So it appears that, you know, I did

20   spell out to him in some detail the types of steps

21   that could be taken to achieve the desired goal.

22        Q.    Can you recall anything else about that

23   conversation?

24        A.    Nothing more than we have already

25   mentioned.

Arthur I. Skoultchi   November 13, 2005

Page 183

1                            Skoultchi

2         Q.      Let's go to the page marked CGI 4042.

3                 Is this a page you reviewed in

4    preparation for your deposition?

5         A.      I think I may have glanced at it.

6         Q.      Can you read the top line?

7         A.      Shefali lab meeting, 7/20/89.

8         Q.      Shefali was a post-doc working in your

9    lab?

10        A.      He was a technician.

11        Q.      Does this confirm that you had a

12   meeting with your lab technician Shefali on July

13   25, 1989?

14        A.      It appears to indicate there was a lab

15   meeting on July 25, 1989.

16        Q.      Including you?

17        A.      Yes.  Yes, I have notes here from it in

18   my handwriting.

19                Actually, looking at this carefully, it

20   does appear to be somewhat ambiguous about the

21   month, so it appears to be two numbers written

22   there.

23                MR. NIELSEN:  Let's take a short break.

24                (Recess taken.)

25        Q.      I will hand you back the original

Arthur I. Skoultchi   November 13, 2005

Page 184

1                           Skoultchi

2    version of your notebook.  I am directing your

3    attention to the entry that we just discussed

4    dated 7/25/89, Shefali lab meeting.

5                Can you tell me whether or not that is

6    the original entry for that date or has that been

7    corrected later?

8        A.    I don't believe it has been corrected

9    later.  It looks like somehow there was an

10   ambiguous dating of the month for this particular

11   entry.  It appears to contain both a seven and an

12   eight in the position of the month.

13       Q.    Dr. Skoultchi, do you have any direct

14   knowledge of the efforts to reduce to practice

15   your idea for gene activation?

16                MR. KELBER:  Objection as to form.

17                You can answer.

18       A.    If you're asking me do I recall

19   activities occurring at Cell Genesys attempting to

20   reduce the practice of the gene activation

21   concept, the answer is yes.

22       Q.    What was your involvement with those

23   activities?

24       A.    At various stages along the way, I was,

25   you know, involved fairly deeply in terms of

Arthur I. Skoultchi   November 13, 2005

Page 191

1                              Skoultchi

2        15 minutes.

3                MR. FLOWERS:  What were the needs?

4                MR. KELBER:  Ordinarily, I think we

5        would have been given time to have a sit down

6        meal.

7                MR. NIELSEN:  We didn't deprive you of

8        a sit down meal.

9                MR. KELBER:  I said we expedited

10       matters to accommodate you.

11               MR. FLOWERS:  How?

12               MR. KELBER:  We have been going a long

13       time with this witness.  We are going past the

14       seven hours, but I am asking you to finish it

15       up.

16               The court reporter said several times

17       she was under the same impression we were.

18               MR. FLOWERS:  As to what?

19               MR. KELBER:  We are wasting time.

20       Finish up.

21       Q.    You don't recollect anybody by the name

22    of Nora playing a part in preparing the

23    application for your gene activation idea; is that

24    correct?

25       A.    I don't.

Arthur I. Skoultchi   November 13, 2005

Page 192

```
 1                      Skoultchi
 2       Q.     I am handing you a document that was
 3   previously marked as ARS Deposition Exhibit 12.
 4   You can take your time to look at it.  My question
 5   to you is, have you seen this document before?
 6            Did you look at that document in
 7   preparation for your deposition, Dr. Skoultchi?
 8       A.     I didn't answer your first question
 9   yet.
10       Q.     Have you looked at that in preparation
11   for your deposition?
12       A.     Would you please tell me which question
13   you would like me to answer?  You asked me two
14   questions, I believe.
15       Q.     The question I am asking you is, have
16   you looked at this document, ARS Exhibit 12, in
17   preparation for your deposition?
18       A.     Yes.
19       Q.     When did you look at it?
20       A.     I believe I looked at it on Friday and
21   a month ago approximately.
22       Q.     Did you discuss this document with
23   counsel?
24       A.     Yes.
25       Q.     Did you write any part of this
```

Arthur I. Skoultchi   November 13, 2005

Page 193

                              Skoultchi
1
2    document?
3         A.     My impression is that I contributed to
4    it, of course not only in the original conception
5    of the idea, the gene activation idea, but also at
6    a time up to the preparation of the document.
7         Q.     Had you seen this document before you
8    prepared for your deposition?
9         A.     I don't recall.
10        Q.     You don't remember having ever seen
11   this document before preparing for your
12   deposition?
13        A.     I don't recall whether I have seen it
14   or not prior to preparation for the deposition a
15   month ago.
16        Q.     Can you identify anything in this
17   document that is your writing?
18             MR. KELBER:  Objection as to form.
19        Q.     Or that has been borrowed for something
20   that you prepared?
21             MR. KELBER:  Objection as to form.
22             You can answer.
23        A.     As I said, I mean a number of the --
24   clearly the concepts that are annunciated in this
25   document encompass the original concept of the

Arthur I. Skoultchi   November 13, 2005

Page 194

```
 1                        Skoultchi
 2    gene activation patent idea as I conceived it.
 3              I believe that there are contained
 4    within the document some subtle ideas or opinions
 5    expressed that represent my views at the time and
 6    therefore, I feel that it is likely that I
 7    contributed to -- provided something that
 8    contributed to the preparation of the document.
 9         Q.    Did you write this document?
10         A.    I don't believe so.
11         Q.    Did you tell someone else to write it?
12         A.    I don't know.
13         Q.    You don't recognize any of this as your
14    own writing or dictation, do you?
15         A.    As I said, I think there are some
16    thoughts in here that I do recognize as mine.
17              You know, to get to the bottom line, I
18    have a vague recollection of preparing handwritten
19    materials that I believe very likely were used to
20    prepare this.
21         Q.    Can you identify any portion of this
22    that reflects your handwritten materials that you
23    believe you prepared?
24              I am not talking about just concepts or
25    ideas now that you and the author of this might
```

Arthur I. Skoultchi   November 13, 2005

Page 195

```
 1                          Skoultchi
 2    have known, but your specific handwriting that is
 3    reflected -- your specific writing that is
 4    reflected in this document.
 5         A.    At the bottom of page 3, for example,
 6    it states:  As mentioned, the procedure also may
 7    be useful for expressing proteins from large
 8    genes.  For example, factor HC, but I am not sure
 9    how important this will be.
10              This is a thought which I believe I can
11    attribute to myself.
12         Q.    The thought or the writing?
13         A.    The thought.
14         Q.    So you're not responsible for that
15    writing?
16              MR. KELBER:  Objection as to form.
17              You can answer.
18         A.    I am not certain about that sentence,
19    for example.
20         Q.    Do you have firsthand knowledge of
21    exactly when this document was created?
22         A.    The attached fact sheet says it was
23    transmitted from Mark Levin to Bert Rowland on
24    July 24, 1989.
25         Q.    Other than looking at that, do you have
```

Arthur I. Skoultchi   November 13, 2005

Page 196

```
1                    Skoultchi
2    firsthand knowledge of when this document was
3    created?
4        A.    I can't testify to the precise date,
5    but as I said, I have a vague recollection of
6    preparing handwritten notes that I believe could
7    have served for preparation of portions of this
8    document.
9        Q.    You have no firsthand knowledge of the
10   date this document was written, correct?
11              I will ask another question.
12              You have no firsthand knowledge of the
13   date this document was prepared, correct?
14       A.    I am sorry.  I am actually not clear on
15   what firsthand knowledge means.
16       Q.    Other than looking at the date on the
17   front page now in 2005 and the fax line, you don't
18   have other knowledge of the date on which this
19   document was prepared; is that right?
20       A.    Yes, that is correct.
21       Q.    Same for the author of the document?
22       A.    You know, I don't wish to answer yes or
23   no because I have some vague impressions about how
24   this document arose and I believe it came from
25   Mark Levin and I believe I contributed to its
```

Arthur I. Skoultchi  November 13, 2005

Page 197

1                          Skoultchi

2    preparation by giving to Mark Levin or sending to

3    Mark Levin some handwritten notes that, you know,

4    are represented here in part, maybe even to a

5    large extent.

6              MR. KELBER:  Off the record.

7              (Discussion off the record.)

8              MR. NIELSEN:  For the time being at

9        least, I have no further questions.

10             MR. KELBER:  I have no questions,

11       Dr. Skoultchi.  Thank you.

12             Before we leave the record, are we

13       going to handle the exhibits the way we did

14       with Dr. Kucherlapati; they are all going to

15       the reporter?

16             (Continued on next page.)

17

18

19

20

21

22

23

24

25

Arthur I. Skoultchi   November 13, 2005

Page 198

```
 1
 2          MR. NIELSEN:  I think we ended up with
 3     the original exhibits.  We might have left
 4     copies with the court reporter, but either way
 5     is fine for us.
 6          MR. FLOWERS:  We are going to keep
 7     control of the original exhibits.
 8          (Time noted:  5:10 p.m.)
 9
10
11               ARTHUR I. SKOULTCHI
12
13     Subscribed and sworn to before me
14     this        day of         , 2005.
15
16
17     (Notary Public)              My Commission
18     Expires:
19
20
21
22
23
24
25
```