IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

--oOo--

CELL GENESYS, INC.,              )
                                 )
     Plaintiff/Counterdefendant, )
                                 )
          vs.                    ) Case No. 05-12448-MLW
                                 )
APPLIED RESEARCH SYSTEMS ARS     )
HOLDING, N.V.,                   )
                                 )
     Defendant/Counterclaimant.  )
_____)


DEPOSITION OF

GEORGE M. SAVAGE, M.D.

_____

Thursday, February 2, 2006

Volume

(Pages 1 - 96)


REPORTED BY:  ANA M. DUB, RMR, CRR, CSR 7445 (03-377383)

1b83991f-2eb3-4ea5-a087-9feecb32c41c

Page 12

1    A.    Yes.

2    Q.    What did you talk about?

3    A.    The only testimony I recall discussing was how

4    we came to light this far out into a very protracted

5    litigation, which was of considerable interest.  And

6    that apparently was Mark Levin's testimony that revealed

7    that we had done some of the work.

8        MR. NIELSEN:  Can you read his answer back,

9    please.

10        (Record read.)

11        MR. NIELSEN:  Q.  So what's your understanding

12    of how -- when you say -- by the way, when you say "we,"

13    do you mean you and Andrew Thompson?

14    A.    Yes.

15    Q.    What's your understanding of how you came to

16    light, so to speak, in this case?

17    A.    My understanding was Mark Levin was deposed

18    and, when asked about many of the documents, said that

19    people should talk to Andy and George, since we had done

20    a lot of the work.

21    Q.    To your knowledge, what else did Mark Levin

22    say in that deposition?

23    A.    Beyond that, I don't know.

24    Q.    Okay.  Did you talk about the testimony of any

25    other witnesses in this case?

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 13

1    A.    Not that I recall.

2    Q.    Okay.  Testimony of Raju Kucherlapati?

3    A.    No.

4    Q.    Arthur Skoultchi?

5    A.    No.

6    Q.    Scott Chappel?

7    A.    No.

8    Q.    Have you ever heard of Scott Chappel before?

9    A.    Not a familiar name, no.

10   Q.    You hadn't heard of him before today?

11   A.    No.

12   Q.    Anything else you can remember discussing with

13   counsel about the deposition of Mark Levin?

14   A.    Not really, no.

15   Q.    Did you discuss with counsel what Mark Levin's

16   recollection of events in 1989 or 1990 was?

17   A.    Only that he recalled that we'd done a lot of

18   the work and counsel should talk to us.

19   Q.    What do you mean when you say that you had

20   done a lot of the work?

21          Let me ask you a better question.  What work

22   are you referring to?

23   A.    The work of the formation of the company.

24   Business planning, that sort of thing.

25   Q.    Did you bring with you the collection of

George M. Savage, M.D.   February 2, 2006

Page 14

1    documents that counsel sent you to use for this

2    deposition?

3        A.    No.

4            MR. NIELSEN:  Steve, we'd request that CGI

5    produce that collection of documents which was sent to

6    Dr. Savage, which apparently -- which the witness has

7    testified has refreshed his recollection.

8            MR. KELBER:  Each and every one has already

9    been produced.  Actually, all of the documents that were

10   reviewed have ARS production numbers on them.

11           MR. NIELSEN:  Q.  Did you say earlier that you

12   believed that you and Andrew Thompson prepared some of

13   the documents which counsel sent you?

14       A.    I'm certain we did.

15       Q.    Why are you certain of that?

16       A.    Because we were involved in founding the

17   company.  It was a very intense period of work, and I

18   recall many of the events surrounding that period

19   vividly.

20       Q.    Why do you remember those events so vividly?

21       A.    It was the first of now many companies that I

22   was involved in starting, having moved my career from

23   one trending towards academic medicine to business by

24   route of Stanford Business School.  And so given I'd set

25   for myself the goal of starting and developing medical

1b83991f-2eb3-4ea5-a087-9feecb32c41c

1    technology-related companies and now had found someone

2    to work for who was quite skilled in that arena, Mark

3    Levin, there were very, very long days and an awful lot

4    of effort to make certain that I did a very good job.

5    And so I remember a lot of it.

6        Q.    Okay.  What other reasons are you aware

7    of -- well, let me ask you a better question.

8            Why else are you certain that you created the

9    documents you referred to?

10       A.    Well, my handwriting is on a number of them in

11   terms of diagrams and handwritten graphs and charts, and

12   Andrew Thompson's handwriting also appears on the same

13   documents.  We have a style, which we originated at

14   Mayfield Fund, of working together.  Now we've been in

15   continuous partnership doing exactly this, I think, for

16   17 years and have continued doing things in more or less

17   the same way.  And so there's a certain look to our work

18   which is distinctive, and then the specifics are

19   recallable as well.

20       Q.    Okay.  What is the look that's distinctive to

21   your work?

22       A.    The manner of formatting, the manner of

23   tables, the way charts are laid out, how we go through

24   processes.  Creating portfolios, for example, of

25   products around a core technology, where you create a

George M. Savage, M.D.    February 2, 2006

Page 16

1    diversification of risk -- in the case of Cell Genesys,

2    it was market risk, technical risk, and clinical risk --

3    in different buckets as a process-driven attempt to

4    maximize the potential for success and realizing a

5    financial return out of a core technology.  And that's

6    the kind of stuff we do.

7         Q.   And is that a style that's unique to you and

8    Mr. Thompson?

9         A.   Reasonably so, within our experience, anyway,

10   of looking at lots of business plans.

11        Q.   Okay.  That's not typical of venture capital

12   documents in general?

13        A.   Well, I mean, I can recognize what I do.

14   Don't know how else to say it.

15        Q.   Even when it's not your own handwriting or

16   Mr. Thompson's?

17        A.   Generally.  When you work 16-hour days long

18   enough writing something, you tend to remember.

19             Would be like asking a novel writer if he can

20   recognize a novel that he wrote.  Odds are he probably

21   can, even though there are many other novel writers.

22        Q.   Okay.  I believe you also said that there were

23   some specifics that were -- I missed part of it, but --

24   identifiable from those documents which indicated to you

25   that they were your own creation.  Forgive me if I'm

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 17

1    mischaracterizing that, but what did you mean when you

2    referred to those specifics?

3        A.    You'd have to phrase that better.  I don't

4    know what you're trying to ask.

5        Q.    Do you remember a few moments ago when you

6    testified that there were some specifics in those

7    documents which indicated to you that they were your own

8    creation?

9        A.    Yes.  Some of the indicators were handwriting,

10   handwritten charts, graphs, images, pictures.  And my

11   handwriting's very distinctive, as is Mr. Thompson's.

12       Q.    What's distinctive about your handwriting?

13       A.    I could give you a sample and you could work

14   it out.  I'm not a graphologist, so I'm not competent to

15   describe it in words.

16       Q.    Do you write in cursive?

17       A.    I write in a variety of -- it's some cursive,

18   some printing.  All over the map.  Usually printing for

19   notes, but depends.

20       Q.    Do you use lowercase or all caps?

21       A.    A mixture.

22       Q.    How about Mr. Thompson?

23       A.    You'd have to look at it.

24       Q.    There's nothing that's distinctive about his

25   handwriting that you can describe right now?

George M. Savage, M.D.    February 2, 2006

Page 18

1       A.    It's very distinctive, but again, as I already

2   indicated, I can declaim on many subjects, but verbal

3   description of handwriting is nothing I'd like to try.

4       Q.    Does he write in cursive or in print?

5       A.    Both.

6       Q.    Anything else that you can describe that's

7   distinctive about your handwriting?

8       A.    I don't think it's a productive thing for me

9   to describe in words.  I know my handwriting when I see

10  it.

11      Q.    Okay.

12      A.    And if you want to compare handwriting that I

13  write now or have somebody who's competent compare it to

14  writing that I wrote then, by all means, go for it.  But

15  I'm having trouble describing it anyway.

16      Q.    Okay.  You're unable to describe anything else

17  that's distinctive about your handwriting?

18      A.    I'm not unable.  I would say unwilling because

19  I am not competent to describe handwriting.

20      Q.    Okay.  Same for Mr. Thompson?

21      A.    You'd have to ask Mr. Thompson.

22      Q.    But you're unable to describe anything that's

23  distinctive about his handwriting?

24      A.    I can recognize it when I see it.

25      Q.    Okay.  Going back to your meeting with counsel

Page 19

1    and Mr. Thompson yesterday, what else did you discuss in

2    that meeting?

3         A.   What else apart from what?

4         Q.   What you described already.

5         A.   I've given you an exhaustive description.

6         Q.   Did you describe any other events that took

7    place in 1989?

8              MR. KELBER:  Can I hear that question back,

9    please.

10             (Record read.)

11             MR. KELBER:  Objection to the form.

12             You can answer.

13             THE WITNESS:  Other events in 1989.  Discussed

14   generally how we came to work on the company.

15             MR. NIELSEN:  Q.  I'm sorry.  And when you say

16   "we" again?

17        A.   Andy and myself.

18        Q.   How did you come to work on the company with

19   Andy?

20        A.   Mark Levin asked us to.

21        Q.   When did he ask you to?

22        A.   Probably around December of 1988.

23        Q.   Are there documents that you're aware of that

24   indicate that date?

25        A.   I'm not aware of any.

George M. Savage, M.D.    February 2, 2006

Page 20

1    Q.    Okay.  Were you in M.B.A. school in 1988?

2    A.    Yes.

3    Q.    Okay.  How were you in contact with Mr. Levin

4    at that time?

5    A.    In the summer of 1988, we -- Andy and

6    myself -- were each consulting for different biomedical

7    companies.  Mark, I believe, was on the board of

8    directors of Neurex, which was the one Andy was

9    consulting for.

10    Q.    So is that how Mr. Thompson knew Mr. Levin?

11    A.    Mm-hmm, that's right.

12    Q.    And how did you know Mr. Levin?

13    A.    Through Andy.

14    Andy and I had formed a partnership called

15    Savage Thompson Management, and we had a concept that

16    based on our observations at the time, a lot of venture

17    investing was going into biotechnology companies that

18    had not had enough strategic groundwork performed at a

19    very low burn rate to work out what they would do once

20    they raised a lot of money.

21    We thought it would be valuable to partner

22    with a larger venture capital firm that had a similar

23    goal and had capital under management but needed more

24    people to help.  And so we met with a large number of

25    venture firms to discuss the concept, one of which was

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.   February 2, 2006

Page 21

1    Mayfield Fund, and the connection there was

2    Mr. Thompson's relationship with Mark Levin.

3         Q.   Okay.  When did you begin working for -- well,

4    let me ask you a better question.

5             Did you ultimately go to work at the Mayfield

6    Fund under Mark Levin?

7         A.   Yes.  Savage Thompson Management had a

8    consulting relationship with Mayfield, and we occupied

9    the expansion space in their offices, which was an area

10   reserved for new enterprises.

11        Q.   Okay.  What were the dates of that consulting

12   relationship?

13        A.   Starting in about December of '88 through the

14   late -- well, through early 1991 or late 1990, somewhere

15   right around there.

16        Q.   What happened in late 1990 or early 1991?

17        A.   We left to start another company in the device

18   space on our own.

19        Q.   What company was that?

20        A.   CardioRhythm.

21        Q.   So you and Mr. Thompson were consulting for

22   the Mayfield Fund prior to your graduation from Stanford

23   Business School; is that correct?

24        A.   That's correct.

25        Q.   When did you graduate from Stanford?

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 22

1        A.    I think it was May.

2        Q.    Of 1989?

3        A.    Yes.

4        Q.    Do you know the date?

5        A.    No.

6        Q.    Are you being compensated for your time today

7    at this deposition, Dr. Savage?

8        A.    No.

9        Q.    You're not being compensated by CGI?

10        A.    No.

11        Q.    Mr. Kelber?

12        A.    No.

13        Q.    Are you familiar with Transkaryotic Therapies?

14        A.    No.

15        Q.    So I take it you're not being compensated by

16    TKT for your time today.

17        A.    No.   Not to my knowledge, anyway.

18        Q.    Have you been compensated ever by CGI?

19        A.    Yes.

20        Q.    When was that?

21        A.    1988 through 1990.

22        Q.    Were you an employee of CGI?

23        A.    No.   Savage Thompson Management got paid for

24    consulting services in the process of forming the

25    company.   I'm not certain how Mayfield accounted for it

George M. Savage, M.D.   February 2, 2006

Page 23

1   all, but I'm reasonably certain that much of it was

2   eventually booked to the company, CGI.

3        Q.   Have you had any other financial interest in

4   CGI?

5        A.   No.

6        Q.   How about Mr. Thompson?

7        A.   Same thing for him, as far as I know.

8        Q.   Okay.  Let's take a step back, and I just want

9   to cover your educational background very briefly.

10            Could you just summarize for me your

11   educational background.

12        A.   Starting where?

13        Q.   Post high school.

14        A.   Post high school.  Okay.  Went to Boston

15   University, the School of Engineering there.  I

16   graduated with a degree in biomedical engineering in

17   1981.

18            Then went to Tufts University School of

19   Medicine, where I graduated with a degree in medicine in

20   1985.  Then off to the University of Massachusetts,

21   where I was a PGY1 surgery intern in the 1985-86 year.

22            Then I went to the University of Miami for

23   orthopedic surgery starting in 1986.  However, I left

24   that residency to go to Stanford Business School, having

25   decided not to continue my postgraduate training in

George M. Savage, M.D.    February 2, 2006

Page 24

1    orthopedic surgery.

2             Came out to Stanford in 1987, where I was on

3    the staff at Kaiser Permanente Hospital as an emergency

4    department physician in Redwood City, and also attending

5    the graduate School of Business at Stanford; starting

6    there in 1987, graduating with an M.B.A. in 1989.

7        Q.    What does PGY1 stand for?

8        A.    Postgraduate Year 1.  It's the new term for

9    what traditionally was called intern.

10       Q.    Have you had any training in molecular

11   genetics?

12       A.    Nothing formal.

13       Q.    Anything informal?

14       A.    Sure.  I've read a lot of books.

15       Q.    Which ones?

16       A.    I don't recall.

17       Q.    And when did you read those books on molecular

18   genetics?

19       A.    Oh, back in the '80s, when I was involved in

20   starting biotech companies with Mark Levin.

21       Q.    How about -- I'm sorry.  Have you had any

22   courses in recombinant DNA techniques?

23       A.    No.

24       Q.    Have you done any reading on that?

25       A.    Not for a very long time.

George M. Savage, M.D.    February 2, 2006

Page 25

1    Q.    When do you think the -- well --

2    A.    Back during the formation of these companies I

3    read as much as I could get my hands on, because a large

4    amount of what I was supposed to do was translate what

5    the scientists were saying to various market

6    opportunities and more business-oriented aspects.  So I

7    had to understand what they were saying, even if I

8    couldn't duplicate their thinking or their research in

9    its entirety.  So I did a lot of reading then.

10          Since then, nothing really.  I've been

11   focusing on medical devices.

12   Q.    Have you had experience with biotechnology

13   companies other than Cell Genesys?

14   A.    Yes.

15   Q.    Which ones?

16   A.    After helping Mark start Cell Genesys, we

17   turned our attention to doing similar work for what was

18   then called Cellular Transplants and subsequently

19   renamed CytoTherapuetics.

20   Q.    Any others?

21   A.    By "involvement," you mean what?

22   Q.    During your career in venture capital, have

23   you done any work in connection with any other biotech

24   companies?

25   A.    You'd have to define "work."

George M. Savage, M.D.    February 2, 2006

Page 26

1    Q.    The day-to-day activities that you perform in
2    your job at venture capital firms.
3    A.    Right.  But involvement with -- in other
4    words, does that include reviewing business plans that
5    come across my desk or --
6    Q.    Sure.
7    A.    Oh, yes, absolutely.
8    Q.    To this day?
9    A.    Sure.
10   Q.    Okay.  Are these portfolio companies of
11   venture capital firms that you've been at?
12   A.    I don't understand that.
13   Q.    Okay.  Well, how is it that you happen to read
14   business plans for biotech companies?
15   A.    I'm a partner in a medical venture capital
16   firm, so the entrepreneurs tend to inflict business
17   plans on me, whether I really want to see them or not.
18   Q.    Okay.  Going back to the reading that you said
19   you did on molecular genetics, do you have any idea what
20   the volume of material was that you covered?
21   A.    No.  I mean, clearly, I can state, if you're
22   trying to get to my technical skills in the field, one
23   reason I've spent the bulk of my career on devices is
24   it's an area that I'm a lot more competent at
25   technically by virtue of my formal education.

George M. Savage, M.D.    February 2, 2006

Page 27

1          In the molecular genetic area, I know enough

2     to be able to communicate with the scientists and

3     understand the concepts; but I'm not an expert, by any

4     means.

5          Q.    Were you reading literature on molecular

6     genetics in 1989?

7          A.    Yes.

8          Q.    Can you recall what that literature was at

9     all?

10         A.    Homologous recombination; literature around

11    therapeutic protein production; literature around

12    creating chimeras, human-animal chimeras; literature

13    around creating universal donor cells and the impact of

14    major histocompatibility complex and other antigens on

15    the immune response.  That sort of thing.  All things

16    related to what I had to do for Mark.

17         Q.    Okay.  You said that you and Mr. Thompson

18    formed -- I believe you called it "Thompson Savage

19    Management."  Is that correct?

20         A.    No.  Inverted.  Savage Thompson Management.

21    More alphabetical that way.

22         Q.    Okay.  Do you remember what year it was when

23    that entity was created?

24         A.    Yes.

25         Q.    What year?

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 28

1      A.    1988.

2      Q.    Do you remember the date?

3      A.    I think it was around March when we hatched

4  the idea.  When it actually went on the road to speak to

5  the venture capitalists I referred to would be right

6  after the summer, so the September time frame.

7      Q.    What happened in the September time frame?

8      A.    We went round and spoke to a number of venture

9  capitalists who invested in the medical side of life,

10  pitching the concept of having our little firm work in

11  close collaboration with their firm at creating new

12  medical technology companies.

13      Q.    So was September 1988 the month that

14  Savage and Thompson Management was up and running, so to

15  speak, when it was formed?

16      A.    Don't know.  I mean, depends what you mean by

17  "forming."  A lot of these things evolve over time.

18      Q.    Okay.  We've covered your educational

19  background.  Can you give me a brief summary of your

20  professional background after -- well, your professional

21  background, let's say, beginning with your time at

22  Savage Thompson Management.

23      A.    Okay.  While there, I was simultaneously

24  working in the emergency department at Kaiser, so that

25  was an ongoing activity.

1b83991f-2eb3-4ea5-a087-9feecb32c41c

Page 29

1          In 1991, Andy and I founded a company called

2     CardioRhythm, where I was a director and the

3     vice president of clinical and regulatory affairs; and

4     we were there through 1994.

5          Then founded a company call FemRx, where I was

6     the senior V.P. of research and development and a

7     director.  We were there through the end of 1998.

8          And then retitled Savage Thompson Management

9     Spring Ridge Ventures, raised a pool of capital for a

10    first fund, and began investing in and incubating

11    medical technology companies, which is what we do to

12    this day.  And I've had other operating roles in the

13    process of carrying out those responsibilities.

14         Q.    Which responsibilities?

15         A.    The venture capital fund.

16         Q.    Okay.  Spring Ridge Ventures?

17         A.    Mm-hmm.

18         Q.    When in 1991 was CardioRhythm formed?

19         A.    Let's see.  Well, we were funded -- the

20    venture capitalists funded us in May of '91, so early in

21    the year.

22         Q.    Can't remember the specific date when

23    CardioRhythm was formed?

24         A.    Not exactly.  Again, it's a process.

25         Q.    Can you remember the specific date when

George M. Savage, M.D.   February 2, 2006

Page 30

1    CardioRhythm was funded by venture capital?

2         A.    I remember the month.   May of 1991.

3         Q.    Can't remember a specific date in May?

4         A.    No.

5         Q.    Okay.   And what was the time frame that you

6    were working at Kaiser?

7         A.    Kaiser?   Let's see.   I started working there

8    in August of 1987, and I stopped working there in

9    January of 1992.

10        Q.    And you were practicing medicine at Kaiser?

11        A.    That's right.

12        Q.    While you were both going to M.B.A. school and

13   running Thompson Management -- I'm sorry -- Savage

14   Thompson Management?

15        A.    That's right.

16        Q.    Must have been some long days.

17        A.    That's fair.

18             MR. KELBER:   It's good to be young.

19             MR. NIELSEN:   Q.   How many hours a week were

20   you working at Kaiser during your -- well, how

21   many -- how many hours a week were you working at Kaiser

22   during the time that your consulting company was

23   consulting for CGI?

24        A.    H'm.   Difficult to say.   I'm more confident

25   about the hours during business school.   At least one

George M. Savage, M.D.   February 2, 2006

Page 31

1   14-hour shift a week I think is pretty reliable.   I did

2   more than that in school, but in order to do what I

3   needed to for Cell Genesys and Mark and the other

4   things, that had to be cut back.   So usually I would

5   work Friday nights, so from 6:00 p.m. till 8:00 a.m. the

6   following Saturday.

7        Q.   So you were practicing medicine at Kaiser

8   during the entire time that you were consulting for CGI;

9   is that right?

10        A.   That's right.

11        Q.   How many hours per week, on average, did you

12   spend time consulting for CGI during that time frame?

13        A.   Well, it's easier to say when we arrived and

14   when we left.   We used to try to beat Mark into the

15   office, which was a real challenge because although he

16   lived in San Francisco, he'd often -- usually arrive by

17   6:30.   So you'd have to get there by 6:15 or 6:00 a.m.

18   to beat Mark, and that was the goal.   And many times

19   after work we'd go for runs in the dark around the

20   Stanford foothills, and that was usually around

21   9:00 p.m. or 9:30.   So they were very long days.

22        Q.   How many days a week did you keep that

23   schedule?

24        A.   Five days a week, except for Friday, when I

25   would have to get over to the hospital.

1b83991f-2eb3-4ea5-a087-9feecb32c41c

Page 32

1    Q.    Okay.  So I take it that you never held a
2    position with the Mayfield Fund formally; is that
3    correct?

4    A.    That's correct.

5    Q.    Same with Andrew Thompson?

6    A.    Mm-hmm, that's right.

7    Q.    Okay.  What was the date that you began
8    consulting for CGI?

9    A.    It was around about December of 1988.

10   Q.    Okay.  And what were the projects for CGI that
11   you were consulting on?

12   A.    Well, the project was CGI.  So, I mean, it
13   was -- this wasn't a company that could make -- assign
14   projects.  This was a technology in search of a company.
15   So it was forming the company.

16   Q.    Are you familiar with a Life Sciences Group at
17   the Mayfield Fund from 1989 to 1991?

18   A.    There wasn't one at that point formally.  That
19   happened subsequently.

20   Q.    When did that happen?

21   A.    Well, maybe I misspeak, in the sense that
22   Mayfield was historically a technology firm that started
23   doing more in the medical arena when tech investing
24   slowed down in the '80s.  And Mark Levin was hired to
25   really bolster that effort, and I think the Life

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 33

1    Sciences Group, the head would be Grant Heidrich and

2    that Mike Levinthal was also involved with part of his

3    time.

4            However, the addition of real life science

5    investment professionals who had that as their core

6    function and making that a general partner track

7    happened subsequently, with the arrival of Wende Hutton

8    and Russell Hirsch, after the departure of the other

9    folks who had sort of rotated through.

10        Q.    Okay.  And do you remember when that was?

11        A.    When what was?

12        Q.    When Wende Hutton and Russell Hirsch came

13    aboard and the others left that you referred to?

14        A.    Yeah.  Sometime around '91, '92.  The

15    progression was Andy and I working with Mark; then Steve

16    Rowe and Kurt Wheeler working with Mark; then Mark --

17    you know, we depart; Steve and Kurt depart; Mark

18    departs.  Then in come the next crop of Wende and

19    Russell, and then they move to the general partner track

20    rather than rotating in.

21        Q.    So you were never a member of the Life

22    Sciences Group at the Mayfield Fund from '89 to '91?

23        A.    I don't know how they would define it.

24    Clearly, we did a lot of work that a life sciences group

25    member would do.  If business plans came in and they

1b83991f-2eb3-4ea5-a087-9feecb32c41c

Page 34

1    wanted somebody, say, from a medical perspective to take

2    a look at it, I would do that or, you know, Andy might

3    do work on things.  So they may have represented us as

4    such.  I don't know.  I certainly was -- we were in

5    their offices, and we were doing -- felt like we were

6    members of the team, but we weren't formally employees

7    of the fund.  So I don't know how that nets out.

8        Q.    Okay.  So when you started consulting for CGI

9    in 1988, what did your responsibilities entail?

10       A.    Working on a business plan.  Business

11   planning, I should say.  The plan was the end result,

12   the document; but the planning process was the

13   key -- key requirement.

14       Q.    And can you describe that to me?  What --

15       A.    Sure.  The argument behind Savage Thompson and

16   what attracted Mayfield to us, given they had the same

17   analysis when we approached them, was that you needed to

18   have a lot more process and strategy and work before you

19   funded scientists with great ideas, because that way you

20   were much more able to apply analytical frameworks and

21   real process to crafting what a business was and where

22   it would be heading, what it would be doing before you

23   had a big burn rate to have to, you know, justify.

24            So in the case of Cell Genesys, you had a

25   talented group of founders with a very exciting new

1    technology who had approached Mayfield with a clinical

2    application that from a business standpoint was not

3    attractive.  And our task was to try to look at the

4    entire universe of what that technology could be applied

5    to and work out in some detail what the most -- or more

6    attractive applications were and why, and then try to

7    distill down into, as I think I mentioned early on, this

8    sort of risk-diversified portfolio of opportunities that

9    were simultaneously not so broad as to defocus the

10   efforts of the start-up, which has to be very focused,

11   but still gave you more than one shot on goal in terms

12   of ability of one or the other projects not to work and

13   to still have value in the company.

14           And that was a very lengthy process and

15   involved learning the literature in a variety of fields,

16   learning procedure volumes, technical characteristics of

17   what the technology was capable of, interviewing expert

18   physicians in different arenas, working with the

19   founders and getting their thoughts and distilling all

20   that into multiple iterations around analyses of what we

21   could do with this technology that eventually, say in

22   the summer of 1989, resulted in a formal business plan

23   that arrived out of that planning process.

24       Q.   When in the summer of 1989 was that formal

25   business plan arrived at?

1      A.    Sometime, you know, in the middle of the

2    summer.   There were earlier drafts, but that's when

3    things got more formal.   That's when we'd locked in on a

4    business and were working to lease a facility and hire

5    employees and all that sort of thing.

6      Q.    Okay.   Was that a final plan that was prepared

7    in the summer of 1989?

8      A.    It got final over time.   I don't know if it

9    was final in the summer or in the end of the summer,

10   September time frame.   I don't know when it was

11   finalized.   But it was being iterated all throughout the

12   spring and summer.

13     Q.    It was finalized sometime during that time

14   frame?

15     A.    Mm-hmm.

16     Q.    Okay.

17     A.    Yes.

18     Q.    Can't be any more specific about a date?

19     A.    Very difficult because of the use of the word

20   "final."   I mean, business plans are never final in

21   start-ups.   They always evolve.   So, hard to say.

22     Q.    What was the purpose of that business plan?

23     A.    Well, business plans have multiple purposes.

24   You know, you can list a whole array of them.

25     Q.    Did you prepare it for submission to

Page 37

1    investors?

2        A.    Prepared for multiple reasons as well.

3        Q.    Was it submitted -- was the formal business

4    plan that you referred to submitted to somebody in 1989?

5        A.    Sure.

6        Q.    Who?

7        A.    Well, it certainly was reviewed by Mark, and

8    it was used by the folks at Mayfield to make their

9    initial funding decisions around Cell Genesys, and then

10    it was used as the basis for raising the syndicated

11    Series B round with additional venture investors.  And

12    so it was the basis of investment.

13            The reason for stating multiple purposes, of

14    course, raising funding isn't the sole purpose of the

15    document.  It's not only a marketing document.  It's

16    also a considered plan that the company is going to use

17    to execute on when everyone is very busy trying to make

18    progress.

19        Q.    I'm sorry.  You mentioned it was a Series B

20    round of investment.  Is that how you described it?

21        A.    Mm-hmm.

22        Q.    Was that a second round of venture capital

23    funding?

24        A.    Yes.  And I could be wrong here, but my -- I

25    know that Mayfield seeded the company, and I believe

1    that they did that through a Series A preferred stock

2    purchase, and then I believe that the next larger round

3    of funding that included outside investors,

4    non-Mayfield, was the Series B preferred stock.  Could

5    have my letters wrong, but that was the progression.

6         Q.    Okay.   Was it the same final formal business

7    plan that was submitted to the people -- or the groups

8    you just mentioned, so to the Mayfield Fund and the

9    investors for the Series B round of investment?

10        A.    I'm not sure if I know what you mean.

11        Q.    Well, the formal business plan that you

12   prepared.

13        A.    Yeah.   There are different financings at a

14   point in time.   The A, which was Mayfield, and the B

15   happened at different points in time.   And so the plan

16   would change to reflect, for example, the addition of a

17   permanent CEO, Steve Sherwin, the addition of employees,

18   the acquisition at least of a leasehold on a facility in

19   the process of being built out, and all those other

20   things.   And so you'd have one version of the plan

21   earlier and then another one later reflecting those

22   developments.

23        Q.    Okay.   What specifically was the version of

24   the business plan that you said was finalized in, I

25   believe you said, summer to September of 1989?   What

George M. Savage, M.D.    February 2, 2006

Page 39

1    stage of investment or of the business plan was that

2    finalized for?

3         A.    That was for the A and for formalizing the

4    company beginning operations and proceeding towards

5    raising the B.

6         Q.    Okay.  And can you remember a specific date

7    that the formal business plan was finalized for that A

8    round of financing in 1989?

9         A.    Well, no, because, you know, that

10    recalls -- or, rather, requires knowledge of a

11    triggering event, the A, which was sort of a rolling

12    thing.  Mayfield was funding this on an ongoing basis

13    and at some point elected to capitalize the company and

14    potentially even put more money in the bank.  I'm not

15    aware of the details.  Mark Levin and Grant Heidrich

16    would certainly know, but not me.  I just know Mayfield

17    paid the bills.

18         Q.    So you're not aware of a specific date when

19    that formal business plan was finalized for the A round

20    of financing in 1989; is that correct?

21         A.    I would say it differently.  I'm not aware of

22    any specific date on which the A round was finalized.

23    So it's hard to say when a business plan would be

24    finalized to catalyze an event of which I'm not aware of

25    when it happened.

Page 40

1    Q.   How many different iterations of the business

2    plan for CGI did you prepare?  And I'm not including

3    drafts in that.

4    A.   H'm.  Hard to say.  I mean, if you're not

5    including drafts, we iterated it a lot, but I don't

6    know.

7    Q.   Well, at least once for the Series A

8    financing; right?

9    A.   Mm-hmm.

10   Q.   And then another time for Series B financing?

11   A.   It was a lot more fluid than that.  Many

12   analyses were prepared of many different alternatives to

13   use as the key projects for the plan.

14        Once we locked in to the three that we're

15   going to go to market with or go be financed with and

16   begin to execute on, that was pretty much set and

17   finalized with that draft.  And then what was required

18   was refining the project plans and a process of

19   refinement.  But the plan didn't change substantially in

20   terms of what the company was being founded to do.

21        And so what you see is a progressive -- we

22   call it a funnel, where there's a very wide opportunity

23   set that the company is able to address early on -- you

24   know, the company could do this, it could do that, it

25   could do -- I think Mark has a draft of the plan which

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

1    he had at the time we started working with him which

2    listed an entire laundry list of things the company

3    could do.  And then when we got to our first draft that

4    got circulated, we had, through meetings with the

5    principals and working through all the data and lots of

6    informal sort of sessions, winnowed it down to the three

7    projects that then, to my knowledge, didn't change but

8    just got more refinement around the project plans and

9    the resource executing against those plans, that kind of

10   thing.

11        Q.    What three projects were those?

12        A.    Retinal -- pigmented retinal epithelial cells

13   for the treatment of retinitis pigmentosa, universal

14   donor cells; and the second area was the human

15   monoclonal mouse, meaning a mouse with a human immune

16   system to produce monoclonal antibodies; and the third

17   was the ability to produce useful human therapeutic

18   proteins in a manner that would sidestep existing

19   intellectual property protections.

20        Q.    Okay.  I'm sorry.  The first was pigmented

21   retinal epithelial cells?

22        A.    That's right.  Or --

23        Q.    Go ahead.

24        A.    Or retinal pigmented epithelial cells, I guess

25   is the right way to say it.

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.   February 2, 2006

Page 42

1    Q.   I think I got the third down.  It was the
2    production of therapeutic proteins to sidestep
3    intellectual property?
4    A.   Mm-hmm.
5    Q.   I'm sorry.  What was your answer?
6    A.   Oh, yes.
7    Q.   Okay.  Thanks.
8         And I was confused about the second.  I
9    believe you mentioned donor cells, but then also human
10   monoclonal antibodies.
11   A.   Yes.  The second was creating a mouse with a
12   human immune system such that you could produce
13   therapeutic antibodies in an animal model that would be
14   fully human, and that has numerous advantages.
15   Q.   Okay.  Earlier you referred to a clinical
16   application that was -- that was discussed that was
17   unattractive at the time.
18   A.   Mm-hmm.
19   Q.   Do you remember that?
20   A.   Yes.
21   Q.   What was the clinical application?
22   A.   A universal donor skin for burn victims.
23   Q.   Was that related to Cell Genesys?
24   A.   Yes.
25        MR. KELBER:  Would you like some fresh coffee?

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.   February 2, 2006

Page 43

1          THE WITNESS:  Oh, no thanks.

2          MR. NIELSEN:  I was remiss in not telling you

3    at the very beginning of the deposition, too, that if at

4    any time you feel like a break, by all means, say so,

5    and we can take a break whenever you need one.

6          THE WITNESS:  Okay.

7          MR. NIELSEN:  Q.  Okay.  How did you first

8    learn of the project for the production of therapeutic

9    proteins so as to sidestep intellectual property?

10       A.   Early in 1989, it was one of the concepts that

11   existed for us to consider.  And I'm not certain, but I

12   recall brainstorming meetings with scientists, with

13   medical people, the founders, Mark Levin, Andy, myself,

14   not starting with the technology, but starting with

15   different risks that we could take.

16          And I think that a challenge was made that

17   what we needed was market risk -- in other words,

18   something that would be a slam dunk technically and that

19   clinically would be very valuable but where the risk was

20   finding an appropriate partner, business risk in terms

21   of doing an appropriate licensing deal -- and that that

22   would be very attractive and was there anything that we

23   could do.

24          And then Art Skoultchi mentioned the idea of

25   trying to make proteins in such a way that you would not

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.   February 2, 2006

Page 44

1   infringe on patents that existed around those proteins.

2   They would have the necessary attributes.  If one were

3   to go after tPA or EPO or some of those others, they

4   were proven value in the clinic; and if one believed

5   that homologous recombinant techniques worked at all,

6   they should be able to successfully do that.

7          And then the key thing would be, commercially,

8   would there be a market for this new way of producing

9   these useful proteins?

10   Q.   Are you aware that Arthur Skoultchi was a

11   named inventor on a patent application that CGI filed

12   relating to homologous recombination?

13   A.   I know Art was working with Burt Roland on a

14   patent around the idea I just described in 1989 and that

15   was on our to-do list.  I don't know -- I never saw the

16   output of all that.

17   Q.   Do you have an understanding what the subject

18   matter disputed in this case is?

19   A.   I don't, beyond the fact that I assume in some

20   way Serono or the other party believes that Art's method

21   of producing therapeutic proteins belongs to you rather

22   than to Cell Genesys.  But I -- that's it.  I mean, I

23   just know it very generally.

24   Q.   What's your understanding of Art's method of

25   producing therapeutic proteins?

George M. Savage, M.D.    February 2, 2006

Page 45

1        A.    I don't recall it in detail.  You know, I

2   wrote notes at a scientific advisory board meeting,

3   which I looked at briefly yesterday, where I copied it

4   all down.  And I remember at the time understanding it,

5   but you know, I don't recall in detail.

6            Something about using homologous techniques to

7   specifically determine where you -- where you insert the

8   gene of interest and putting in promoters, amplifiers,

9   et cetera, et cetera; but I don't recall the details

10  now.

11       Q.    Do you have any further understanding of

12  Skoultchi's method beyond that?

13       A.    Not anymore.

14       Q.    Tell me everything you remember hearing about

15  Skoultchi's idea in 1989.

16       A.    Okay.  The idea was that one could use

17  homologous recombination to produce human therapeutic

18  proteins in a manner that would not infringe on the

19  existing patents that protected other processes for

20  producing these human therapeutic proteins.

21            And my understanding at the time was that

22  these human proteins themselves, as entities, were not

23  patentable.  What was patentable is the means of making

24  them.  And so if you made them by a new, novel way that

25  would not infringe on the existing patents, then you

Page 46

1    would have a clear route to producing competing

2    products.  That's pretty much it.

3        Q.   Anything else you can remember

4    about -- anything else you can remember hearing about

5    Skoultchi's idea for this in 1989?

6        A.   Just that it was on the table from very early

7    on in 1989 as one of the approaches for us to consider,

8    along with a whole lot of others.

9        Q.   Do you remember any specific discussions?

10       A.   Well, sure.  I remember a number of

11   brainstorming meetings with Mark and with the

12   scientists, talking about it in sort of a general

13   manner.

14           In looking at my notes from the scientific

15   advisory board meeting in July, yesterday, I recall that

16   meeting well where, you know, Art went up to the board

17   and described it all in detail to the assembled company.

18   And that was a much more formal process, since we'd

19   already locked into a business plan and the company was

20   getting more formal.  So I remember that one.

21       Q.   Any other meetings that you remember?

22       A.   Not as clearly.  We had a meeting every day on

23   this sort of thing, "we" being Mark and Andy and myself.

24       Q.   Do you remember meeting every day to discuss

25   this particular idea of Dr. Skoultchi's?

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 47

1    A.    Every day to discuss the panoply of
2 opportunities that are outlined in some of the documents
3 around it, the things Cell Genesys could pursue.  And
4 this, of course, was one of the winning three, so it
5 would be discussed a lot.  But I can't, you know, say on
6 this day we discussed it and on that day we discussed
7 something else.
8    Q.    You said this particular meeting where
9 Dr. Skoultchi walked up to a board was in July of 1989?
10    A.    I believe that's right, according to the
11 notes.
12    Q.    What specific date in July?
13    A.    I thought it was the 27th or 24th.  I'd have
14 to look at the document.
15    Q.    You don't remember independent of the
16 document?
17    A.    No.
18    Q.    And you don't recall specific meetings where
19 Art's idea for homologous recombination was discussed
20 other than that July meeting; is that correct?
21    A.    Well, as far as it goes, I do recall
22 discussing it quite often.  That's how it got into our
23 drafts of the business plan and why we had analysis of
24 all the different proteins that one could make.  A lot
25 of detailed work went into it that I recall doing all

George M. Savage, M.D.   February 2, 2006

Page 48

1   throughout the cold months of 1989, leading towards the

2   second draft of the business plan, which then led to

3   more money and hiring employees and the scientific

4   advisory board meeting.  So . . .  But beyond that, I

5   don't recall the specific date.

6          Q.   Can you remember anything that was

7   specifically said at any of those other meetings about

8   or in connection with Skoultchi's idea for homologous

9   recombination?

10         A.   Just the notion that what we needed -- you

11  know, what I've already told you.  We could really use

12  another risk platform, because our -- again, what I was

13  concerned about was market bridges between technology

14  and application.

15              And one of the big issues with biotech

16  companies in general is the risk of a binary outcome.

17  You invest $50 million, say, and you either do very well

18  and have a great therapy and patients are happy and

19  investors are happy or nothing.  And so we wanted to

20  make certain we had some ability to credibly represent

21  that this company had not all of its eggs in one basket.

22              So the goal was clinical risk somewhere where

23  the technology would certainly work but you're not sure

24  if the application would; an area where potentially you

25  were pushing the limits of the recombinant technology

George M. Savage, M.D.    February 2, 2006

Page 49

1    but clinically it would certainly be valuable; and then

2    what we thought would be very strongly advisable was a

3    market risk bucket where the technology would work, we

4    know it's valuable, and the key is:  Can you do an

5    appropriate deal with someone?

6            And we would bang on about that a lot, and

7    this idea was constantly brought up as a way of -- you

8    know, one means of doing that.  And so we did a lot of

9    analytical work on what the implications of that would

10   be from a market perspective.

11           What I never really did was any technical work

12   to assess whether it was feasible or not.  We took it

13   for granted that if homologous recombination had any

14   value, then what Art says it should be able to do it

15   should be able to do.  And so I didn't really dig into

16   it.  I mean, he's the expert on that.  So I -- you know,

17   but that was the level at which we were involved in the

18   idea.

19      Q.    Do you remember the first time that you heard

20   about Dr. Skoultchi's idea for producing therapeutic

21   proteins?

22      A.    Not specifically.

23      Q.    You can't remember learning of it before that

24   July meeting that you referred to earlier?

25      A.    Well, I don't recall a specific date, which

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.   February 2, 2006

Page 50

1   was your previous question.  I know that I knew about it

2   earlier than that because we had done a whole lot of

3   work.

4              At the time of that formal SAB meeting, the

5   company was now entering a formal mode of operation.

6   We'd already locked in on the three projects, of which

7   that was one; and we were hiring people and renting

8   facilities, et cetera, et cetera, et cetera, and hence,

9   you know, starting to have agendas, more typewritten

10  kind of documents, rather than all just crowding

11  together in Mark's office to have a meeting.

12       Q.   How is it that you know you were familiar with

13  the idea before that July 1989 meeting?

14       A.   Because we did an awful lot of work in the

15  winter of 1989 leading to the plan and the process in

16  the meeting of '89.  And I remember, you know, visually

17  the meeting itself, the scientific advisory board

18  meeting in the summer.  And that was -- we'd all -- we

19  were presenting the result of an awful lot of work that

20  had gone on in the previous months in a more formal

21  manner; and this was part of it, a big part of it.

22       Q.   The summer meeting was the July 1989 meeting?

23       A.   Mm-hmm.

24       Q.   Did you present anything at that meeting?

25       A.   No.  I recall I took notes.

George M. Savage, M.D.    February 2, 2006

Page 51

1    Q.    Did Andrew Thom- -- was Andrew Thompson there?

2    A.    Yes, he was.

3    Q.    Who all was at that meeting?

4    A.    Well, I recall Andy was there; I was there;

5    the four founders of the company, which would be Oliver

6    Smithies, Bob Tepper, Raju Kucherlapati, and Art

7    Skoultchi; Mark Levin; Burt Roland.  I'm not sure if

8    Barb White was there or not.  She's Mark's secretary.

9    And I'm not certain who else.  There may have been a

10    couple more.

11    Q.    Barb White?

12    A.    Mm-hmm.

13    Q.    Anyone else at that meeting that you can

14    remember?

15    A.    There may have been, but no one stands out

16    vividly.

17    Q.    How long did that meeting last?

18    A.    Several hours.

19    Q.    Just one day?

20    A.    Mm-hmm.  Well, I don't know.  It may have been

21    over two.  It was a formal SAB meeting.  I'd have to

22    review the notes.

23    Q.    Could it have been longer than two days?

24    A.    It's possible.  I'd have to look at the notes.

25    Q.    You don't have a recollection, independent of

George M. Savage, M.D.    February 2, 2006

Page 52

1    the notes, how long the meeting was?

2         A.    Not really.  I remember where I was sitting,

3    and I remember where some other people were sitting.  I

4    remember Raju at the whiteboard.  You know, certain

5    visual snatches of things.  Looking at my notes briefly

6    yesterday, I remember drawing, you know, figures that I

7    drew and typing up the transcription of my handwritten

8    notes; but I don't recall, you know, how many days.

9         Q.    Where was the meeting at?

10        A.    It was in the Mayfield conference room, across

11   from the kitchen at 2200 Sand Hill Road.

12        Q.    Where were you sitting?

13        A.    As you walk in the door, it's a big oval

14   table, and I was -- immediately walk in -- on the right

15   side of the table.

16        Q.    And you say you remember where others sat?

17        A.    I remember Burt Roland and Art were seated

18   next to each other, diagonally across on the other end

19   of the table, and Raju was somewhere near me.

20        Q.    Okay.  You say that Raju went up to the

21   whiteboard?

22        A.    He did early on, to describe the universal

23   donor cells.  As I recall, this was a review of all the

24   projects and the science behind them in a fairly formal

25   fashion.  So I wouldn't have been surprised if some of

George M. Savage, M.D.   February 2, 2006

Page 53

1    the Mayfield partners were there as well -- Grant

2    Heidrich, for example -- but I don't have a specific

3    recollection.  And if it went over multiple days, they

4    probably wouldn't be there for the whole thing anyways.

5         Q.   Okay.  And did Skoultchi go to the whiteboard

6    as well?

7         A.   I believe so.

8         Q.   What day?

9         A.   I don't know.

10        Q.   What else do you remember about that meeting?

11        A.   Just that the scientists went to the board,

12   presented their approaches and why it would work.  And

13   there was a lot of Q and A around the scientific

14   approach, the applications, what the risk factors were,

15   the IP considerations -- by "IP," I mean intellectual

16   property -- that sort of thing; hence, Burt being there,

17   since he was patent counsel.

18        Q.   Anything else?

19        A.   I don't recall a lot right now.

20        Q.   Which scientists went up to the board?

21        A.   Well, I remember Raju and I remember Art.  I

22   don't know if Bob Tepper went, and I don't know if

23   Oliver Smithies did or not.  I have to look at my notes.

24        Q.   Did you say earlier that Oliver Smithies was a

25   founder of Cell Genesys?

George M. Savage, M.D.    February 2, 2006

Page 54

1        A.    That's my understanding.

2        Q.    Do you remember anything that anyone

3    specifically said at that meeting in July 1989?

4        A.    You mean like a quote?

5        Q.    Sure.

6        A.    No.

7        Q.    What do you remember about what people said?

8        A.    Well, there were presentations again on the

9    science.  So presentations around RPE cells, the

10    therapeutic protein thing, the human monoclonal antibody

11    stuff, the projects that went into the company, as you

12    would expect in a formal scientific advisory board

13    review of the company's now projects, which had been

14    determined and pretty much locked in.  And so

15    formalizing, as a result, a very long, informal process

16    of spooling through everything from targeting muscular

17    dystrophy, for example, to the burn concept that

18    everyone started with.  And now we have these three

19    projects, and so the scientific advisory group would go

20    through each one.

21        Q.    Do you remember anything that anyone

22    specifically said in connection with Skoultchi's idea

23    for therapeutic proteins?

24        A.    Not independent of my notes, no.

25        Q.    Do you remember who actually spoke with regard

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 55

1    to Skoultchi's idea for therapeutic proteins at that

2    meeting?

3        A.    I think Skoultchi spoke about it, would be my

4    vague recollection, but it's not vivid.  I have a vivid,

5    you know, vision of Raju drawing his stuff; but I just

6    vaguely recall Art discussing his stuff, so it's not as

7    clear.

8        Q.    Can't remember anyone else saying anything?

9        A.    Not specifically.  I mean, if I look through

10    my notes, it might help, but not just sitting here.

11        Q.    Okay.  And do you remember whether Skoultchi

12    drew something at that meeting?

13        A.    Well, I think he did, but I'm not sure.

14        Q.    You can't remember whether he did or not?

15        A.    No.

16        Q.    Were there any handouts that went along with

17    that meeting?

18        A.    I don't know.

19        Q.    Any presentation materials of any sort?

20        A.    I don't know.  It wouldn't have been unlikely,

21    but I don't know.

22            MR. NIELSEN:  Off the record.

23            (Recess taken.)

24            MR. NIELSEN:  Back on the record.

25        Q.    Did you take any notes in preparation for your

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.   February 2, 2006

Page 56

1   deposition today?

2        A.   No.

3        Q.   Didn't take any notes from your meeting with

4   counsel yesterday?

5        A.   I don't think so, no.

6        Q.   Did you take any notes on your own while you

7   were reviewing documents?

8        A.   No.

9        Q.   Did you spend time reviewing the documents

10  that counsel sent you?

11       A.   Not really.  I mean, by "time," I flipped

12  through them, you know, for all of a few minutes and

13  just saw that yep, you know, this is mine, that looks

14  like mine, this one doesn't look like mine; that sort of

15  determination.  And that was it.  I didn't spend any

16  more time than that.

17       Q.   Okay.  You understand that you might be called

18  as a witness to testify in this case if it goes to

19  trial?

20       A.   That wasn't made clear to me, but I wouldn't

21  be surprised.  I figured if you give a deposition,

22  that's a possibility.

23       Q.   Has anyone -- well, has anyone spoken with you

24  about testifying at trial in this case?

25       A.   No.

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 57

1       Q.    Well, Cell Genesys has indicated to us that it

2    might rely on you at trial for certain facts that CGI

3    alleges to be true.  So I just want to explain to you

4    that although I'm asking you about some details and some

5    things that you might consider to be minutia, it's all

6    very important to what we're trying to do in this case,

7    which is partly to determine what Dr. Skoultchi invented

8    and when he invented whatever that was.  So all of your

9    answers are very important here for all of us to get an

10   understanding of what the truth ultimately is.

11          Do you understand that in general?

12      A.    Okay, sure.

13      Q.    So I want to ask you, if you can cast your

14   mind back to 1989, what was your understanding of

15   Skoultchi's invention for therapeutic proteins?

16      A.    Okay.  Again, I don't have a whole lot more

17   detail than what I told you because, as I'll try to make

18   clear, my focus was on analyzing the market implications

19   of markets for therapeutic proteins, potential corporate

20   partners, and trying to rank the application, assuming

21   the invention was a given.  My understanding of the

22   invention was that -- let me back up.

23          Therapeutic proteins could be produced

24   recombinantly.  And some were being produced

25   therapeutically and seemed to show great promise, and

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 61

1      A.    It's possible.

2      Q.    The summer?

3      A.    No.

4      Q.    Why not summer?  Why can you rule that out?

5      A.    Because we'd already decided in the summer and

6   were hiring people and renting facilities and all that.

7   You only do that once you've made up your mind.

8      Q.    When in the summer did you make up your mind?

9      A.    Well, I think it was earlier.  In spring

10  break, we worked full-time in Mayfield rather than

11  taking a vacation.  And that's when we were very

12  intensively work on the business plan.  So that would

13  be -- I'd have to go back and look at when Stanford took

14  off.  I think it was March, something like that.  That's

15  when, certainly, it was -- it was well known to us.

16     Q.    So you think you knew about Skoultchi's idea

17  by March of 1989?

18     A.    I'd say that would be the latest.

19     Q.    Okay.

20     A.    But again, that's not a specific recollection.

21  That's just based on what we had to know in order to do

22  what we did in the time frame we did it.

23     Q.    Do you recall any specific conversations that

24  you had with Skoultchi about his idea?

25     A.    No, I don't.

George M. Savage, M.D.    February 2, 2006

Page 62

1    Q.    And other than it was an idea for producing

2    therapeutic proteins in a way that avoided intellectual

3    property, do you remember any further detail about what

4    Skoultchi's invention was?

5    A.    Well, it was using homologous recombination.

6    So you could target just where you were going to go, and

7    you could attain high levels of expression by inserting

8    a promoter gene exactly where you wanted it to go.  And

9    I think that was the essence of it.  I could be wrong

10   because I haven't thought about this in a very long

11   time.  I could never begin to tell you right now how it

12   worked.

13   Q.    Why not?  Just length of time, or you never

14   fully understood it?

15   A.    Length of time.

16   Q.    Okay.

17   A.    I could have told you all you wanted to know

18   about it 15 years ago.

19   Q.    Anything else that you can remember about what

20   Skoultchi's invention was?

21   A.    That's pretty much it, as far as I know.

22   Q.    Okay.  And can you remember a specific

23   conversation with Mark Levin when he might have

24   disclosed to you Skoultchi's idea?

25   A.    No.  It's pretty hard to pin down specific

George M. Savage, M.D.    February 2, 2006

Page 63

1    conversations with Mark.  Because we spent so much time

2    together for so many months, it's a blur.

3        Q.   Is the first conversation about Skoultchi's

4    idea that you remember the July 1989 meeting that you

5    referred to earlier?

6        A.   You mean in terms of a specific memory of a

7    specific conversation?

8        Q.   Yes.

9        A.   Mm-hmm, yes, I think that's fair to say.

10       Q.   Do you have a specific memory of seeing any

11   documents prior to that July 1989 meeting that set forth

12   Skoultchi's idea?

13       A.   Well, just the things that I wrote.  I mean,

14   business plan, market analyses, that kind of stuff.

15       Q.   Well, did you prepare anything in connection

16   with Skoultchi's idea prior to that July 1989 meeting?

17       A.   Sure.

18       Q.   What did you prepare?

19       A.   A business plan.

20       Q.   Anything else?

21       A.   No.  Well, let me amend that.  The market

22   analyses I just referred to, based on what you could do

23   with his idea.

24       Q.   These were specific documents that you

25   prepared?

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 64

1      A.    Yeah.

2      Q.    Did you see them in preparation for your

3   deposition?

4      A.    I saw a couple.

5      Q.    What was it that you saw?

6      A.    I saw some tables of potential market sizes

7   for different proteins, that sort of thing.  Also saw an

8   agenda, which Barb White would have typed for Mark,

9   assigning me the task of doing all of that.

10      Q.    Okay.  What was the date of that agenda?

11      A.    I don't recall.

12      Q.    Was it before the late July 1989 meeting?

13      A.    I'd have to look.

14      Q.    Can't remember independent of looking at the

15   document?

16      A.    I can't remember what the agenda said.  I knew

17   that -- independently, I know that I did all this work

18   before that meeting.

19      Q.    And the business plan that you looked at, was

20   that prepared prior to the July 1989 meeting?

21      A.    Yes.

22      Q.    Was the version that you looked at in

23   preparation for your deposition, was that finalized

24   before that July 1989 meeting?

25      A.    Yes.

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.   February 2, 2006

Page 65

1      Q.   How do you know that?

2      A.   I just -- I remember doing it.  You wouldn't

3  be having formal meetings, hiring employees, leasing a

4  building until you got funded, and you don't get funded

5  without a business plan.  So that was an earlier version

6  because it has handwritten tables and all the rest and

7  was circulated to Mark for comments before it was

8  finalized.

9      Q.   Do you know if the document was dated prior to

10 the July 1989 meeting?

11     A.   I don't know.  I'd have to look.

12     Q.   Did -- well, have you ever seen any notebooks

13 kept by Art Skoultchi?

14     A.   Not that I recall.

15     Q.   Did you review any in preparation for this

16 deposition?

17     A.   One of the documents shown to me is supposed

18 to be a page from his notebook.

19     Q.   Had you seen that before?

20     A.   No.

21     Q.   Did you see any pages from Arthur Skoultchi's

22 notebooks in 1989?

23     A.   Not that I can ever recall.

24     Q.   How about Raju Kucherlapati?

25     A.   No memory of that either.

George M. Savage, M.D.   February 2, 2006

Page 73

1    Q.    That includes Art Skoultchi, I take it.  You

2    have no idea if he was trying to get his invention to

3    work in 1989?

4    A.    Yeah, no.  My concern, as I mentioned, was the

5    whole planning process.  Let's assume it works.  Let's

6    plan the company.  And then after, you know, I was

7    finished with Cell Genesys, I moved on to cellular

8    transplants and was doing the same thing on another

9    company in parallel with winding up my work with Cell

10   Genesys.

11   Q.    Do you know if anyone else was involved in

12   preparing a patent application for Skoultchi's idea

13   other than Burt Roland?

14   A.    Burt's the only patent counsel I remember at

15   the time, so that's the only memory I have relating to

16   patent counsel working on that.

17   Q.    Okay.  You don't know if Kucherlapati spent

18   any time in connection with that application?

19   A.    No.  I think Raju's ideas were more in the

20   other two areas, the monoclonal mouse and the universal

21   donor RPE cells or whatever else other kind of cells you

22   wanted.  So I don't think he'd be involved in Art's

23   idea, but I don't know.

24   Q.    Do you have any knowledge of time Skoultchi

25   spent in connection with preparing a patent application?

George M. Savage, M.D.    February 2, 2006

Page 74

1         A.    No.   Mark would be interacting with the

2    founders at that level in terms of their time allocation

3    to the company, not me.

4         Q.    Okay.   Can you tell me again, you know, as

5    complete as possible, if you can cast your mind back to

6    1989, what was your complete understanding of

7    Skoultchi's invention?

8              MR. KELBER:   Asked and answered.

9              You can answer again.

10             THE WITNESS:   Okay.   I think I did it twice.

11   I'll do it -- try a third time or maybe more.   Hopefully

12   I'm consistent.

13             My understanding was that Art had a

14   methodology of using homologous recombination to

15   manufacture human therapeutic proteins that were

16   commercially valuable, and to do so in such a way that

17   it sidestepped existing intellectual property protection

18   around the current methods of doing that.

19             And my understanding was that current methods

20   are based on random recombinant approaches, and he had a

21   specific homologous recombinant approach whereby one

22   could put a promoter, let's say, or an amplifying

23   gene -- I can't recall the details -- somewhere upstream

24   of the region of interest or somewhere associated with

25   the region of interest and thereby cause high levels of

George M. Savage, M.D.    February 2, 2006

Page 75

1    expression of the gene of interest in such a way that

2    you don't interfere with existing intellectual property.

3    Something like that.  And I probably have the details

4    wrong because it's fuzzy and it was a long time ago.

5            But I do recall the implication.  The

6    implication was that if you look around at human insulin

7    or erythropoietin or tissue plasminogen activator, tPA,

8    and a variety of other proteins, there were existing

9    markets for many of these.  And maybe some came

10   afterwards.  I can't recall.  But I know tPA and EPO

11   were things that we were thinking of at the time.

12           And these are markets that exist today and are

13   projected to get large.  Some companies play -- or

14   company or companies play in this field.  Other

15   companies may want to play in that field to compete with

16   those who already have product in that arena, and what

17   they're missing potentially is an intellectually

18   protectable, commercially valuable method of producing

19   these proteins in a way that doesn't infringe on their

20   would-be competitors' intellectual property.

21           So by embarking on a project in this arena,

22   what we needed to work out was what proteins to target

23   as the initial one or ones to go after and who the

24   likely partner -- what the partner matrix would be, who

25   you would approach to do a deal with.

George M. Savage, M.D.     February 2, 2006

Page 76

1           And again, the assumption was that
2   technically, homologous recombination in this instance
3   would work.  I was told by the founders that it was a
4   slam dunk technically; it would work.  And clinically
5   the proteins are valuable.  We know that already.  And
6   so, again, the market risk would be the only risk there.
7   Could you get Roche or whoever you were going to
8   approach to do a deal with you to license this
9   technology from you after you've invested time and
10  effort in reducing it to practice?  That's my
11  understanding.
12          And so, again, it goes mainly to the business
13  application, assuming that Art has an independent
14  protectable idea, which I assumed he did.  I did not bet
15  whether this was freedom to operate or anything of that
16  kind.
17          MR. NIELSEN:  Q.  Okay.  Thank you.  Who told
18  you that it was a slam dunk and would work?
19      A.   That was the reigning sort of view within the
20  founding group, both of the scientists and Mark and all
21  of us.
22      Q.   Okay.  Do you remember any specific
23  conversations about Skoultchi's idea being a slam dunk
24  and working?
25      A.   Not specific, but it was central to everything

George M. Savage, M.D.    February 2, 2006

Page 77

1    we were trying to do.  I think that if homologous

2    recombination couldn't deliver at that level, it was

3    unlikely to deliver much else.  So the assumption was it

4    would work.

5         Q.    And I take it you mean it would work for

6    Skoultchi's particular idea; is that --

7         A.    Yes, mm-hmm.

8         Q.    Okay.  Whose view was that other than

9    Skoultchi?

10        A.    The found- -- the whole founding team.

11        Q.    Raju Kucherlapati?

12        A.    My sense was the founding team.  I don't have

13   a specific -- you know, I don't recall sending out a

14   poll, for example; but our -- the sense of the group was

15   that this would absolutely work and that the risk we

16   were taking -- and again, now I'm on my ground -- the

17   risk we were taking was market only.

18            If I thought there was significant technical

19   risk, it wouldn't have been in the business plan,

20   because we were trying to have, as much as we could,

21   pure play risk:  clinical, technical, market.  This

22   was market.  And if there was significant technical

23   risk, it wouldn't be there.

24        Q.    Okay.  Just a little confused because you just

25   referred to the founding team.  I know there were the

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 78

1    founding members.  I just want to make sure I'm on the

2    same page as you.

3              Is there someone else on the founding team who

4    was not among the founding members of Kucherlapati,

5    Skoultchi, Tepper, and -- I'm forgetting someone.

6         A.   Smithies.

7         Q.   Smithies.

8         A.   Yes.  There's Mark Levin, who's very involved,

9    and then there's us.  We're not technically founders,

10   but we were doing an awful lot of work there.  And then,

11   later on, Kurt Wheeler came along, mainly to lease a

12   building and do CFO work but also contributing ideas

13   around agricultural possibilities, that sort of thing.

14        Q.   When you say "us," you mean you and

15   Mr. Thompson; is that correct?

16        A.   Yes, mm-hmm.

17        Q.   Okay.  You testified earlier that you reviewed

18   a document that relates to this late July 1989

19   scientific advisory meeting; is that correct?

20        A.   Perhaps not entirely.  It depends on your

21   definition of the word "review."  I glanced at it, kind

22   of flipped through the pages and said, "Yep, I remember

23   doing this."

24        Q.   And you believe you prepared that document?

25        A.   Oh, I know I did.

1b83991f-2eb3-4ea5-a087-9feecb32c41c

Page 79

1    Q.    All of it?

2    A.    Yes.

3    Q.    Okay.  The typewritten text as well as the

4  handwritten information?

5    A.    Absolutely, yes.

6    Q.    Okay.  And you testified also that

7  Dr. Kucherlapati went to a board and described something

8  or illustrated something; is that correct?

9    A.    I think so, yeah.  I have a visual view of him

10 at the whiteboard drawing, I believe, what's the first

11 diagram on the first page of these notes.

12   Q.    Okay.  And do you remember what he was

13 explaining?

14   A.    I think it was RPE cells, but I really would

15 prefer to look at the notes before I say.

16   Q.    It was your practice to prepare meeting

17 minutes for Cell Genesys in 1989?

18   A.    Well, Cell Genesys didn't have an awful lot of

19 formal meetings.  I think this was the first and

20 biggest.  It's been my practice, since before then till

21 now, that when I'm at important meetings, I take good

22 notes.  And given my handwriting isn't the neatest, I'll

23 often do just what you see there, which is to retype

24 them for distribution and then draw in the portions

25 which can't be typewritten.

George M. Savage, M.D.   February 2, 2006

Page 80

1    Q.   Did you remember preparing any other minutes

2  or agendas for Cell Genesys meetings in 1989?

3    A.   Not specifically, no.  We were a good deal

4  less formal earlier in the year.  I think this was the

5  first formal meeting of this sort.

6    Q.   Are the minutes for the July 1989 meeting the

7  only minutes that you can recall preparing for Cell

8  Genesys in 1989?

9    A.   The only ones I can think of, without seeing

10  them.  If you have others that you'd like to show me, I

11  can tell you whether I did them or not.  That would

12  probably be a better way to go.

13    Q.   Okay.  Earlier you explained that you had a

14  vivid recollection from something taking place at that

15  July 1989 meeting; is that right?

16    A.   I have a vivid recollection of the scene of

17  the meeting and little snippets of stuff happening.

18    Q.   What is the vivid recollection of the snippets

19  of stuff happening?

20    A.   Okay.  Vivid recollection of the room, the

21  layout, people around the table -- Burt, Art, Raju --

22  Raju at the whiteboard, drawing and talking about his

23  technology.  That's a visual.

24    Q.   Okay.  How about -- well, do you have a vivid

25  recollection of anything specifically that was said that

George M. Savage, M.D.   February 2, 2006

Page 81

1    day or days?

2        A.    No, nothing like that.   That wouldn't be

3    visual.   But I don't recall what words people were

4    saying.   I can -- you know, I just have this very vivid

5    recollection of the room, the fact that it was sunny and

6    all the trees were green.   It was an important meeting,

7    so it stuck in my brain.

8        Q.    Do you have a recollection of other specific

9    topics that were discussed at that meeting other than

10   Skoultchi's idea for therapeutic proteins?

11       A.    Sure.   As I said earlier, we went through the

12   entire program for the company scientifically, probably

13   discussed other things regarding the state of

14   development of the company, but we went through all of

15   our development projects.

16       Q.    Okay.   What were all of those development

17   projects?

18       A.    Okay.   Again, they were the RPE cells, the

19   human mouse and the -- or the mouse with the human

20   immune system, and the therapeutic proteins.   And we may

21   have discussed other possibilities as well.   I can't say

22   without looking at my notes.

23            But it was meant to be a review of the

24   scientific program for the company, and as part of that,

25   one would talk about IP, as I think I said earlier, and

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.   February 2, 2006

Page 82

1    probably other things too.  And as I said, if I reviewed

2    the notes in detail, I'd probably know now, but I don't

3    know the specifics without looking at it.

4         Q.   Okay.  When were you first contacted about the

5    dispute between Cell Genesys and the other party in this

6    case, Applied Research Systems?  Was it this year?

7         A.   Applied Research Systems?  That's the other

8    party?

9         Q.   Yes.

10        A.   Okay.  I don't know.  It's sometime in the

11   last few months.  I mean, I don't know if it was after

12   the new year or just before the new year or -- but

13   somewhere around here.  Probably before the new year.

14        Q.   Do you recall if going into the July 1989

15   meeting, if people on the founding team were assigned

16   specific responsibilities or specific topics for which

17   they were going to lead the discussion at that meeting?

18        A.   Sure.  I think they all had their own area.

19        Q.   And were you or Andy Thompson assigned with

20   any specific topics?

21        A.   We might have been.  I'd have to look at the

22   notes.

23        Q.   You can't remember making a presentation or

24   leading the discussion on a topic at that July 1989

25   meeting?

George M. Savage, M.D.    February 2, 2006

Page 83

1    A.    No.    But I mean, it would be very reasonable

2   that we would, you know, collectively have presented our

3   market research and details on the business implications

4   of what the science was, but I don't specifically recall

5   doing it.

6    Q.    How many business plans did you -- well, let

7   me ask you a better question.    How many different

8   versions of business plans did you review in preparation

9   for your deposition?    And I use the word "review"

10   loosely.    How many did you see?

11    A.    I saw two.

12    Q.    Okay.    Do you recall what the dates were?

13    A.    No.

14    Q.    Dr. Savage, I'm handing you a document that's

15   been previously marked in this case as ARS Deposition

16   Exhibit 17.

17    A.    Okay.

18    Q.    Take as much time as you'd like to look at the

19   document, and my question for you is:    Does that

20   document look familiar to you?

21    A.    It does.

22    Q.    Did you take a look at this document in

23   preparation for your deposition?

24    A.    I don't know if it was this one, but it was

25   one that looked like this.

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 84

1    Q.    Do you know who prepared this document?

2    A.    Yes.

3    Q.    Who was that?

4    A.    That would be Andrew Thompson and George

5    Savage.

6    Q.    Anyone else?

7    A.    No, with the possible exception of, if you're

8    counting the edits, it looks like Mark Levin has written

9    on it.

10    Q.    Can you point out the page you were just

11    looking at when you said that?

12    A.    When I said what?

13    Q.    That it looks like Mark Levin edited it.

14    A.    Well, there's a lot of writing on it with

15    suggestions and comments; and I'm assuming -- it seems

16    reasonable to assume that these are Mark's edits.

17    Q.    Can you tell me the pages that you're

18    referring to, please.

19    A.    Okay.  The cover page, page 3263 on your

20    nomenclature; the marginalia on the next page, 3264,

21    -65, -66, -67, -68.

22    Q.    Okay.  I don't mean to belabor this.  I think

23    I get the drift.

24    A.    Okay.

25    Q.    Thank you.

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.   February 2, 2006

Page 85

1          How about page 3279?  Do you recognize that

2    writing?

3          A.    I do.

4          Q.    Whose is that?

5          A.    Mine.

6          Q.    Okay.  Do you recall preparing that page?

7          A.    Yes.

8          Q.    Okay.  And if I could direct your attention to

9    3286.

10         A.    Mm-hmm.

11         Q.    Is that your handwriting as well?

12         A.    Yes.

13         Q.    Other than probably at the top where "from"

14   has been crossed out and "then" was written.

15         A.    Also, "activity" isn't mine, and the headers

16   aren't mine.  Andy prepared the table and I filled it

17   in.  So it's Andy Thompson's handwriting across the top

18   of the table.

19         Q.    And how about page 3290, Dr. Savage?

20         A.    That's all Andy Thompson.

21         Q.    Okay.  And page 3304?

22         A.    That's Andy Thompson.

23         Q.    Is all of it Andy Thompson's?

24         A.    Yes.

25         Q.    How about the last three pages, 3311 through

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 86

1    3313?

2         A.    Andy Thompson, except for the final page,

3    3313, is me for a lot of it with Andy for some of the

4    headers.  So, again, it's a blend, where Andy's written

5    some headers, I've written -- for example, he's written

6    "Company Formation," "Project Definition," "Retinal

7    Transplants."  I then write "Cell Line Establishment,"

8    "First In Activation," "Second In Activation,"

9    et cetera, down to "Monoclonal Antibodies," which is his

10   writing.  And you can follow the different handwriting

11   all the way down yourself.

12        Q.    And do you recall preparing parts of this

13   document?

14        A.    I recall preparing all of it, essentially,

15   with Andy.

16        Q.    Do you remember the date or dates when you

17   prepared it?

18        A.    This specific one, I don't know.  We were

19   working on various versions of this for months.

20        Q.    Okay.  Do you have any reason to believe that

21   the date is something other than August 26, 1989 on the

22   first page?

23        A.    That seems reasonable.

24        Q.    Does the copy of the Post-it note, it appears

25   to be, where it says "Redacted Version Produced At

George M. Savage, M.D.   February 2, 2006

Page 87

1    Depo," does that mean anything to you?

2         A.    No.

3         Q.    Do you know if, in fact, all of these pages in

4    this exhibit existed as of August 26, 1989?

5         A.    Yes.

6         Q.    Why do you know that?

7         A.    Because I recall us writing it.

8         Q.    But you can't recall the specific dates when

9    you wrote it?

10        A.    You mean each word or each page or --

11        Q.    You can't -- I believe you said earlier that

12   you can't recall the specific dates when you prepared

13   it, or date.

14        A.    This particular version, no.

15        Q.    Is this a document that you would rely upon to

16   explain when Dr. Skoultchi came up with his idea?

17        A.    No.

18        Q.    Why not?

19        A.    Because this is a product of that idea and the

20   other ideas which had been informing all the analytic

21   work going on throughout 1989.  So this is the

22   culmination of all that work.

23        Q.    So you wouldn't rely on this document for a

24   date when Dr. Skoultchi came up with his idea?

25        A.    No.  It was clearly much earlier.

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 88

1      Q.    Does this document set forth Dr. Skoultchi's
2    idea?
3      A.    Well, let's see.  I think so.
4      Q.    Where does it do that?
5      A.    Production of human proteins, page 3269.  I
6    think the first paragraph covers it.
7      Q.    Okay.
8      A.    And also -- no, that's it.
9      Q.    Okay.
10     A.    This also detailed project plans further on.
11     Q.    Where are those?
12     A.    3288, "Production of Human Proteins," goes
13   into more detail.
14           "Scientific Purpose:  Prove the
15           efficacy of Homologous Recombination
16           for gene insertion by creating
17           genetically engineered cell lines
18           that express significant amounts of
19           therapeutic human proteins."
20     Q.    I'm sorry.  Where are you reading from,
21   Doctor?
22     A.    3288.  So earlier when I said "that's it," I
23   was referring to the introductory part of the business
24   plan; but the detail is starting on 3288 and continuing
25   3289, 3290, 3291, 3292.

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 89

1    Q.    Okay.  Do you recall how you obtained the

2    information for therapeutic proteins that is set forth

3    in this report?

4    A.    Which information?

5    Q.    Any of it?

6    A.    The market research we got from -- well, it's

7    sourced here, Cable Howse & Ragen.  Various analysts.

8    We had a search firm that Mayfield would use that would

9    help look up scientific literature we needed to find and

10   get copies to us.  They would do that on both financial

11   and technical issues.  There's certainly interaction

12   with the founders and with Mark over a long period of

13   time for the -- for the further part of it.

14   Q.    Any specific interactions with the founders

15   and Mark that you can recall other than what you've

16   described already?

17   A.    No.

18   Q.    Okay.  If I can hand you another document

19   that's been previously marked in this case, Dr. Savage,

20   it's ARS Deposition Exhibit 11.

21   A.    Okay.

22   Q.    Take your time to look at that, and again, my

23   question for you is if that document looks familiar to

24   you.

25   A.    It's not familiar to me, no.  I recall many of

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 90

1    the issues it's describing.

2        Q.    Okay.  This isn't a document that you saw in

3    preparation for your deposition?

4        A.    I think I saw it.

5            MR. NIELSEN:  Off the record.

6            (Recess taken.)

7            MR. NIELSEN:  Back on the record.

8        Q.    I think that we can wrap this up fairly

9    quickly here, Dr. Savage.  I just have a few last

10   questions for you.

11           And again, I want to just stress the

12   importance to all of us of your testimony.  We

13   appreciate you taking your time to testify here today

14   because what you say is very important for determining,

15   you know, the ultimate resolution of this case that CGI

16   is a party to.

17           So I just want to make sure that I haven't

18   missed anything that you might be able to recall later

19   or testify to at trial later.  And I appreciate that

20   it's going back a few years, but going back to 1989

21   again, if I could cast your mind back to 1989 again,

22   we've talked about Burt Roland and a patent application

23   for Skoultchi's idea.  Is there -- is there anything

24   else that you can remember about any conversations that

25   you might have been privy to between -- between

George M. Savage, M.D.    February 2, 2006

Page 91

1    Dr. -- between Burt Roland and anyone at Cell Genesys

2    about preparing a patent application?

3        A.    No.    I mean, just to restate what I've already

4    said, it was on our list of things to do.    Burt was at

5    the SAB meeting.    Burt was tasked with preparing patent

6    applications, I think in the plural, and this was an

7    area of concern that this get done.    But beyond that, I

8    wasn't part of drafting the patent or discussing

9    details.

10       Q.    Do you have any knowledge of any work done in

11   connection with a patent application for Skoultchi's

12   idea prior to that SAB July 1989 meeting?

13       A.    No.

14       Q.    How about after that meeting?

15       A.    Nothing apart from what I've seen in here,

16   indicating -- and also in the business plan, that this

17   was a task that needed to be done.

18       Q.    Okay.    And the documents that you're referring

19   to are, I believe, ARS Deposition Exhibit 17.

20       A.    Yes.    In the plan and also the scientific

21   advisory board minutes you showed me earlier, or I guess

22   you didn't show them to me but we were referring to

23   them.

24       Q.    Was this this document, ARS 11?

25       A.    Okay.    Well, that's an agenda.    Oh, here it

1b83991f-2eb3-4ea5-a087-9feecb32c41c

George M. Savage, M.D.    February 2, 2006

Page 92

1    is.  It's under the court reporter's . . .

2        Q.    That's dated July 10th, 1989?

3        A.    Yeah.  Art to meet with Roland, so scientific

4    plan for Art's idea.  That would be it.

5        Q.    Do those documents, ARS Exhibits 11 and 17,

6    refresh your recollection at all as to any further work,

7    meetings, discussions, time spent relating to a patent

8    application for Skoultchi's idea?

9        A.    No, no.  I think -- I wouldn't have been in

10   the loop around looking at drafts.  I'm sure Mark Levin

11   would be, but not me.

12       Q.    Okay.  How about looking at anything -- how

13   about looking at anything other than a draft that might

14   have existed that was part of the preparation of the

15   patent application?  Do you have any recollection of

16   doing anything like that?

17       A.    No.

18       Q.    Okay.  Throughout 1989?

19       A.    Yeah, I don't have any recollection of working

20   on a patent.  I was more, as I said, focusing on

21   assuming this works, what can you do with it?

22       Q.    Okay.  And you don't have any further

23   recollection of any conversations or communications that

24   Roland might have had with Mark Levin; is that correct?

25       A.    Mm-hmm, I don't.

George M. Savage, M.D.    February 2, 2006

Page 93

1    Q.    And same with Art Skoultchi?

2    A.    Same what?  I'm confused.

3    Q.    You don't have any further recollection of any

4 conversations or communications between Burt Roland and

5 Art Skoultchi about a patent application for his idea?

6    A.    No, not specifically.

7    Q.    Okay.  And again, just to confirm, you don't

8 have any personal knowledge of efforts to perform

9 Skoultchi's idea in a lab, any lab work to get his idea

10 to work; is that correct?

11    A.    Essentially.  I think what I said before is

12 that as we were hiring employees later, I assume, you

13 know, they were working on different projects, one of

14 which would be reducing this to practice, but I don't

15 have any detail knowledge of the progress or time line

16 around any of that.

17        MR. NIELSEN:  I'm sorry.  Can you read the

18 answer back.

19        (Record read.)

20        MR. NIELSEN:  Q.  So you don't have any

21 knowledge of any specific dates in 1989 when anyone may

22 have attempted to do lab work to perform Skoultchi's

23 idea.  Is that fair?

24    A.    That's fair.

25    Q.    To your knowledge, was Andy Thompson involved

George M. Savage, M.D.    February 2, 2006

Page 94

1    at all with any efforts to prepare a patent application

2    for Skoultchi's idea in 1989?

3        A.    Not to my knowledge, but you'd have to ask

4    him.

5        Q.    To your knowledge, was Andy Thompson involved

6    at all with efforts to perform lab work to get

7    Skoultchi's idea to work in 1989?

8        A.    Only tangentially.

9        Q.    How so?

10       A.    Andy was involved in leasing the facility, and

11   as part of that, I think he worked out how to have the

12   tenant improvements leased, which at that time was

13   innovative.  Those TIs were lab facilities.  So

14   tangentially, that could be related to it, but I think

15   that was it.

16       Q.    Do you know who, if anyone, at CGI was

17   attempting in 1989 or 1990 to perform Skoultchi's idea

18   in a lab?

19       A.    Not for certain.  I'd say it would be one of

20   the early employees.  Brenner, Finer somebody like that.

21   But that's speculation.  I mean, I know they were there,

22   and they were all assigned to projects, and I can't

23   recall who was doing what.

24            MR. NIELSEN:  All right.  I have no further

25   questions at this point.

1b83991f-2eb3-4ea5-a087-9feecb32c41c