CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 98

1           Q.    You don't know who created this drawing on

2     the first page?

3           A.    I do not.

4           Q.    If you turn to the page with the

5     production No. 3231 in the lower, right, about three

6     pages in, is that a drawing at the top?

7           A.    Yes.  I see.

8           Q.    Do you know who created that drawing?

9           A.    I do not.

10          Q.    Okay.  And you don't remember this meeting

11    on July 24th and 25th, you already testified, correct?

12          A.    As I mentioned before, there were a number

13    of meetings that I participated in, that I do not

14    particularly recall this July 24-25 meeting.

15          Q.    This drawing at the top of this page,

16    3231, have you seen an identical drawing anywhere else?

17          A.    I think I've seen, you know, versions of

18    this drawing, but I -- not exactly -- I don't recall

19    seeing exactly this one any other place.

20          Q.    Okay.  And versions of it, where did you

21    see versions of it?

22          A.    It encompasses several ideas here.  One is

23    that it shows that there is a target gene in this

24    particular case, designated as tPA, and it shows a

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 99

1    vector, targeting vector that is shown beneath that,

2    and the components of them that are contained as select

3    markers, which is designated as NEO, N-E-O, that it has

4    position where you can put an enhancer, and TK, which

5    is a negative selectable marker, and DHFR, which is an

6    amplifiable marker.  So, the concepts of having all of

7    these different components to modify human endogenous

8    genes I have seen this in, during the development of

9    Cell Genesys's ideas.

10          Q.   At the top of this diagram, it has a line

11   with box.  It says "tPA."

12          A.   Mm-hmm.

13          Q.   Could that be a gene in a vector?

14          A.   I think this refers to tissue, activator,

15   in the genome.

16          Q.   But, you did not create this drawing?

17          A.   I did not.

18          Q.   Could it also apply to a tPA gene in a

19   vector?

20          A.   I think on the left-hand side, you know

21   you see it says "human diploid fibroblast," and that

22   would suggest to me this refers to the genomic

23   sequence.

24          Q.   Okay.  Could this be a vector that was

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 100

1    inserted into human monoclonal antibody diploid

2    fibroblasts, if this drawing is consistent with that

3    idea?

4            A.    It's possible, but in a general way these

5    are the ways in which you represent -- if you're trying

6    to control a human gene, you know, in the endogenous

7    location, this is the way that we draw them.

8            Q.    If this tPA box represents a gene, it's

9    drawn in the same way as the DHFR gene in the vector

10   bullet?

11           A.    Mm-hmm.

12           Q.    So, again, that tPA box would represent a

13   gene in a vector, yes?

14           MR. KELBER:    Asked and answered.

15           A.    Yes.   It's possible.

16           Q.    If you would turn to the next page, 3232,

17   at the top it says, "CHO step worth it because of FDA

18   considerations."

19           A.    Yes.

20           Q.    I realize you didn't create this.   You

21   didn't write this.   You don't know who wrote this, but

22   does that have meaning to you, that statement?

23           MR. KELBER:    Objection as to form.

24           A.    Yes.   I think that we've seen earlier

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 101

1    references in an earlier document we talked about the

2    fact that normal human diploid fibroblasts might not be

3    the factories that will be used for production of

4    proteins and that at that time therapeutic proteins are

5    produced in Chinese hamster ovary cells, and because of

6    all of the safety issues that might be associated with

7    that, and it was definitely considered in the Cell

8    Genesys's context whether human cells can be directly

9    be used or is it better to transfer the modified locus

10   into Chinese hamster ovary cells?  That would be the

11   factories for producing the protein.

12          Q.   I think I failed to ask you earlier today.

13   You can put that to the side.  I think I failed to ask

14   you earlier today, have you spoken with Art Skoultchi,

15   Dr. Skoultchi about this case, the district court

16   litigation?

17          A.   I have not.

18          MR. FLOWERS:  We'll mark as ARS Deposition

19   Exhibit 14 a document bearing production numbers

20   CGI3236 to 3247.

21               (Document Bates stamped CGI3236

22          to 3247 marked Exhibit 14.)

23          A.   Yes.

24          Q.   Is this a document that you created?

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 102

1          A.    It's in my handwriting.

2          Q.    Specifically on this first page, is all of

3    the writing on this page your handwriting?

4          A.    No.

5          Q.    Okay.  I think you're looking where I'm

6    looking.  Towards the upper right, underneath the

7    July 24, 1989 statement, it says "Cell Genesys," looks

8    like "Raju," then "7/24/89," and I can't quite make out

9    the rest of what it says.  Is that your handwriting?

10         A.    It's not.

11         Q.    Do you have any idea who wrote that?

12         A.    I do not.

13         Q.    Any idea why that was written?

14         A.    I do not.

15         Q.    Can you make out what it says?

16         A.    I can only -- it seems like jungle

17    conception, and I don't know what it says underneath.

18         Q.    Okay.  So, this document -- let me ask

19    another question.  The Cell Genesys, see where I'm

20    pointing here, right above that handwriting where it

21    says "Cell Genesys," then it has a little Cell Genesys

22    trademark?

23                MR. KELBER:  Logo.

24         Q.    Logo.  Did you have that logo for Cell

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 103

1    Genesys back in 1989?

2           A.    Yes.

3           Q.    I didn't see it on any of the other

4    earlier documents.

5           A.    I don't know when the logo came about.

6    That is the only logo that Cell Genesys had, but I

7    think it certainly is after Steve Sherwin joined the

8    company, and so I don't remember the date when.

9           Q.    1990?

10          A.    Then that logo was not there in 1989.

11          Q.    Okay.  So, this document has something

12   that was added to it, at least after you created it, I

13   take it?

14          A.    It appears so.

15          Q.    Okay.  If you'd turn to --

16          A.    It may be a sticker, somebody making a

17   note.

18          Q.    Do you know why you created this document?

19          A.    I think -- I wasn't in a regular habit of

20   writing everything down.  Certainly sometimes when I

21   would sit down and listen to people while I'm talking

22   about some things or ideas that I would write it down.

23   So, it's possible that this document was created during

24   a meeting.  These may be my meeting notes.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 104

1          Q.    Okay.  You don't have any specific

2    recollection of a meeting at which you took these

3    notes?

4          A.    I do not.

5          Q.    On this first page, it says at the top

6    "Scientific plan for RPE-skin."

7          A.    Yes.

8          Q.    Was that an idea that you had come up

9    with, the RPE skin project?

10         A.    RPE stands for Retinal Pigment Epithelial

11   cells, and skin, and it was a Cell Genesys idea, and I

12   don't know -- this was one of the very earliest ideas,

13   you know, when we were creating, and I wonder whether

14   that was exclusively my idea or other people

15   contributed to it, but I was certainly involved in

16   that.

17         Q.    From the notes on this first page about

18   what appears to be about this RPE skin project that go

19   onto the third, through the third page of this, perhaps

20   the fourth page, I take it you don't have any specific

21   recollection of a presentation where you took these

22   notes?

23         A.    Again, I don't remember this specific

24   meeting on July 24th.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 105

```
1              Q.    If you could turn to the page marked
2    CGI3243 --
3              A.    Yes.
4              Q.    -- I want to make sure we cover the bases
5    here on this document.  Do you have any recollection of
6    the specific meeting at which you wrote down these
7    notes, if they were notes taken at a meeting?
8              A.    Only after looking at this document.
9              Q.    So, you don't have any specific
10   recollection of writing down these notes?
11             A.    No.
12             Q.    Sorry.  I must have asked that several
13   different ways.
14                   MR. FLOWERS:  I'll mark as the next ARS
15   Deposition Exhibit 15 a document bearing Bates No.
16   CGI1856.
17                   (Document Bates stamped CGI1856
18         marked Exhibit 15.)
19   BY MR. FLOWERS:
20             Q.    Do you recognize this document?
21             A.    I think I've seen this document on
22   October 4th.
23             Q.    Okay.  Do you recall having ever seen it
24   before then?
```

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 106

1        A.    I don't recall seeing it before.

2        Q.    The notes up in the top, right corner, it

3  locks like "CGI.KPC."  Do you have any idea what that

4  is or who wrote that?

5        A.    I don't know who wrote that, but that

6  would refer to Cell Genesys and Kleiner Perkins.

7        Q.    So, the KPCB update which is referred to

8  on this document, is that the Kleiner Perkins?

9        A.    That is the full name, Kleiner, Perkins,

10 Caufield & Byers.

11       Q.    But, as far as you know, you did not

12 create this document?

13       A.    I did not.  I don't recall creating this.

14       Q.    And you don't recall having seen it before

15 this month?

16       A.    I might have seen it before, but I know

17 that I've seen it on October 4th.

18       Q.    Okay.  So, this is not a document that you

19 would point to to support any assertion that

20 Dr. Skoultchi had come up with the invention in his

21 patent application as of any specific date?

22             MR. KELBER:  Objection to form.

23       Q.    Is that correct?

24       A.    That's correct.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 107

1              MR. FLOWERS:  I'll mark as ARS Deposition

2     Exhibit 16 a document bearing Bates numbers 1857 to

3     1860.

4                   (Document Bates stamped 1857 to

5              1860 marked Exhibit 16.)

6     BY MR. FLOWERS:

7         Q.   My question to you is:  Do you recall

8     having ever seen this document before this month?

9         A.   I've seen this document October 4th, but I

10    don't recall whether I've seen this document earlier.

11        Q.   Okay.  Do you have any firsthand knowledge

12    as to the circumstances of the creation of this

13    document?

14        A.   I think Mark Levin was very careful,

15    that's his nature in trying to set up agendas and

16    writing summaries and action items, and so that is what

17    this one looks like, for the outcome of that 24th, 25th

18    meeting.

19        Q.   But, you weren't involved in the creation

20    of this document?

21        A.   I was not involved in creating the

22    document.

23        Q.   And you don't recall receiving this

24    document back in 1989?  This document (indicating)?

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 108

1        A.    That's correct.

2        Q.    I'll point you to the second page of this

3   document.  It's got the Production No. 1858.

4        A.    Yes.

5        Q.    At the top, it has a No. 3, "Bone Marrow

6   Project."

7        A.    Mm-hmm.

8        Q.    Next to that it has Oliver and Art listed.

9   Was this bone marrow project one of Art's ideas?

10        A.    Not necessarily.  I think that different

11   people were given different types of responsibilities

12   from the founding group, and so -- and I certainly had

13   conversations with Connie Yves from British Columbia

14   about the possibilities of modifying bone marrow cells,

15   so it says they are responsible for pursuing that or

16   describing that or something like that.

17        Q.    I think you said this is a document that

18   you looked at on October 4th of this year?

19        A.    That's correct.

20        Q.    Is there any particular portion of the

21   document that you focused on --

22        A.    No.

23        Q.    -- October 4th?  Still on the same page,

24   down at the bottom of the page, numbered six, "Protein

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 109

1    Production Project."  Does that refresh your

2    recollection as to what was going on in the protein

3    production project at this time?

4          A.    I think as they indicated to -- as I've

5    indicated to you earlier, we wanted to write patent

6    applications on different platforms that Cell Genesys

7    would use, and so the responsibilities for doing that

8    is Art and Bert, and to do due diligence is this other,

9    George and Andy that we referred to earlier, and I

10   don't remember this third item well, but I would

11   believe that this probably is Tom Kiley at Genentech,

12   and where Mark came from Genentech, and whether Mark

13   could talk to him about what the marketing

14   opportunities are possibly, and I don't know.  Isonet

15   GI and that could be -- GI has Genetics Institute has

16   programs for producing therapeutic proteins, and I

17   don't know Ison that is being referred to here.

18          Q.    I notice you're listed as a -- under this

19   middle column, which on the first page says "respon

20   person."  I take it that is responsible person.  If we

21   assume that is what it is, I know you're also listed on

22   some of these other projects.  You're not listed on

23   this protein production project.  Is that consistent

24   with your recollection you didn't have any primary

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 110

1   responsibilities on that project?

2          A.   At that time, I was involved either

3   informally or formally with virtually everything that

4   was going on at Cell Genesys, so but in this particular

5   one seems like specific responsibilities.  Specific

6   individuals given responsibilities to do different

7   things.

8          Q.   So, here is my same question on this

9   document.  Is this a document that you would rely upon

10  to support any assertion that Dr. Skoultchi came up

11  with his invention at a specific time?

12              MR. KELBER:  Objection as to form.

13         A.   I do not.

14              MR. FLOWERS:  I'm mark as ARS Deposition

15  Exhibit 17 a document bearing production numbers

16  CGI3260 to CGI3313.

17              (Document Bates stamped CGI3260

18         to CGI3313 marked Exhibit 17.)

19  BY MR. FLOWERS:

20         Q.   Do you recognize this document?

21         A.   I have seen this documents on October 4.

22         Q.   Do you recall having seen it before

23  October 4 of this year?

24         A.   I do not.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 111

1          Q.    Okay.   Did you create this document?

2          A.    I'm sure I played a part in it, but I

3    don't think I was the one who wrote it.

4          Q.    Okay.   Is any of the handwriting on the

5    first page yours?

6          A.    No, it's not.

7          Q.    It looks like perhaps a Post-It note was

8    on the original of this document before it was copied

9    on this first page.   It appears to say "Redacted

10   version produced at depo."

11         A.    That is not written by me.

12         Q.    Any idea what that means?

13         A.    I don't know.

14         Q.    If you'll turn to the -- I believe it's

15   the fourth page in the document.   It bears production

16   No. 3263.

17         A.    Yes.

18         Q.    There is a paragraph towards the bottom

19   which begins, "Cell Genesys has developed three major

20   projects."

21         A.    Mm-hmm.

22         Q.    And it lists three projects, apparently.

23   Did you play any role in writing that section of this

24   document?

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 112

```
 1              A.   As I mentioned earlier, I'm sure that I
 2     contributed to this document, but I don't recall
 3     specifically writing --
 4              Q.   Any portion of it?
 5              A.   -- any portion of it.
 6              Q.   Okay.  That takes care of some of my
 7     questions.  If you'll turn to the seventh page in, 3266
 8     in the lower, right --
 9              A.   Yes.
10              Q.   -- it says "Technology" at the top?
11              A.   Yes.
12              Q.   And it has a sentence in the second
13     paragraph that says, "Cell Genesys has the capability
14     to inactivate, replace or insert genes in mammalian
15     cells without affecting other genes question."  Do you
16     see that?
17              A.   Yes, I do.
18              Q.   None of those three capabilities relates
19     to the insertion of an amplifiable gene or a regulatory
20     element to regulate the expression of an endogenous
21     gene, do they?
22                   MR. KELBER:  Objection, form.
23              A.   I think this statement refers to, in a
24     general term, what the capabilities of homologous
```

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 113

```
 1    recombination is.  You're asking a much more specific
 2    question.  So, this doesn't address that issue.
 3             Q.   You said, this says at least as of
 4    August 26, 1989, at least the date on the front of the
 5    document at least says, "Cell Genesys has the
 6    capability to inactivate, replace or insert genes in
 7    mammalian cells without affecting other genes."  That
 8    doesn't include the insertion of, for example, an
 9    amplifiable gene to affect the expression of another
10    gene in a mammalian cell, does it?
11             MR. KELBER:   Objection, form.
12             A.   I don't want to comment on what it does or
13    doesn't include.
14             Q.   If you turn to the page, a few pages in,
15    3269, in the lower, right-hand corner, it has
16    production of human proteins at the top.
17             A.   Yes.
18             Q.   If you could just look at those first two
19    paragraphs on that page.
20             A.   Yes.
21             Q.   Nothing in those two paragraphs would
22    support an assertion that this was specifically talking
23    about the insertion of an amplifiable gene or a
24    regulatory element into a genome to affect the
```

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 125

1    company or not.

2           Q.    If you look on 3339, is that where you're

3    looking?

4           A.    I'm looking at 3337.

5           Q.    If you look on 3339, minutes of CEO

6    founders meeting it's titled "January 20, 1990."   It

7    lists "S. Sherwin."  Is that Steve Sherwin?

8           A.    That is Steve Sherwin.

9           Q.    Does that indicate to you by this point he

10   was the CEO?

11          A.    That's correct.

12          Q.    So, after he came on as CEO, which appears

13   to be in January of 1990, were you still involved in

14   the regular laboratory meetings?

15          A.    Yes.   I was involved in the same types of

16   involvement that I had described to you, listening to

17   scientists describe the projects and progress and

18   commenting on the projects and giving strategic ideas.

19   And after he became CEO, and as the company grew, my

20   involvement gradually decreased.

21          Q.    Okay.   It would be relevant to some of the

22   documents we're going to look at in a few minutes.   Do

23   you recall ever looking at any of the laboratory

24   notebooks of individuals, who were working on the

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati  October 6, 2005

Page 126

1    laboratory procedures to implement Dr. Skoultchi's

2    invention at Cell Genesys?

3         A.   I do not believe that I have seen lab

4    notebooks.

5         Q.   Did you look at any lab notebooks from

6    such scientific employees at Cell Genesys on

7    October 4th of this year?

8         A.   I did not.

9              MR. FLOWERS:   ARS Deposition Exhibit 23 --

10             MR. KELBER:   Twenty-four.

11             MR. FLOWERS:   -- twenty-four has

12   Production No. CGI3344.

13                  (Document Bates stamped CGI3344

14        marked Exhibit 24.)

15        A.   Yes.

16        Q.   Do you recognize this document?

17        A.   Not specifically.

18        Q.   Okay.  Do you recall being involved in any

19   patent meetings at Cell Genesys in October of 1989?

20        A.   I was involved in many patent meetings at

21   Cell Genesys.  I cannot say that specifically during

22   October.

23        Q.   Okay.  Under attendees or next to

24   attendees on this document it lists Art Skoultchi, CGI

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 127

1    scientist, Mark Levin and Kurt Wheeler.

2         A.   That's correct.

3         Q.   None of those are you, huh?

4         A.   That's correct.

5         Q.   It says under Section 2, "Protein Patent

6    Strategy, finalize patent application, analysis of

7    tPA, EPO and recommendation on what to pursue, other

8    proteins that we should get."

9         Do you specifically recall any meeting at

10   Cell Genesys in October of 1989 where those issues were

11   discussed?  As you sit here today, do you recall

12   specifically any such a meeting?

13        A.   We have seen in an earlier document that

14   you provided those big circular diagrams, in which many

15   different proteins were indicated, so those --

16   varieties of different proteins were considered.

17        Q.   That's ARS Exhibit 19, at least dated

18   September 8, 1989.  That is the exhibit you're

19   referring to?

20        A.   That's correct.

21        Q.   And that refers to a number of different

22   proteins, possible targets?

23        A.   So, if you see on CGI15907, it says "human

24   therapeutics," starting with the center "HR homologous

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati  October 6, 2005

Page 128

1    recombination."  Then it says "human therapeutics" on

2    top.  On top it says "protein", then the top of that

3    says "simple."  Then you have a number of different

4    proteins, tPA, EPO, Gcsf, factor 8, albumin, so all of

5    these different proteins were thought about.  Whether

6    they're -- how much of them were under detailed

7    consideration that went into each of them, I can't say.

8          Q.   Okay.  I guess my question on Exhibit 24

9    is do you recall a patent meeting, do you recall being

10   involved in a patent meeting at this time, October,

11   1989, where these three issues were discussed,

12   finalizing a patent application, analysis of tPA or EPO

13   and representations on what to pursue and other

14   proteins that folks at CGI should get, it says?  Any

15   specific recollection of such a meeting?

16         A.   Based upon this document, it would suggest

17   that I wasn't there at this meeting.  So, I would not

18   have been able to be directly knowledgeable about any

19   things, particular items that were discussed at that

20   meeting.

21         Q.   Okay.  I'm trying to go a little bit

22   beyond this and say do you recall specifically any

23   meeting at that time period; for example, October,

24   1989, do you have any specific recollection of sitting

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 129

1    in a meeting where these three things were discussed as

2    listed on this page?

3             A.    We had -- I participated in meetings with

4    Bert Rowland, and in which we would discuss the status

5    of the patent applications with whatever amount of time

6    and whatever detail that we went into.  But, I don't

7    particularly recall any conversations dealing with tPA,

8    EPO or other types of molecules.

9             Q.    In terms of finalizing a patent

10   application, do you recall the dates of any specific

11   meetings that you might have had regarding finalizing a

12   patent application in this time period?

13            A.    I don't remember the specific dates, but

14   as I mentioned before, I distinctly remember marking up

15   a draft of the patent application that was written by

16   Bert Rowland, sent it back, and I would have been

17   involved in discussions about filing those patents,

18   because those are all special events, filing the

19   patents and so on, but I don't recall the date.

20            Q.    Okay.

21            A.    In which those events have occurred.

22            Q.    Okay.  Fair enough.

23            MR. FLOWERS:  ARS Deposition Exhibit 25.

24   It has Production Nos. CGI3345 to 3346.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 130

1                    (Document Bates stamped CGI3345

2           to 3346 marked Exhibit 25.)

3           A.   Yes.

4           Q.   Do you recognize this document?

5           A.   Not specifically.

6           Q.   Do you recall seeing this document before

7    October 4th of this year?

8           A.   I do not specifically recall.

9           Q.   At the top of the first page, it says,

10   "Cell Genesys Incorporated, operations meeting,

11   December 15, 1989."

12          A.   Yes.

13          Q.   Were you involved in operations meetings

14   in this time frame at CGI that you recall?

15          A.   I was not involved in operations meetings.

16               MR. FLOWERS:  You can put that to the

17   side.  ARS Deposition Exhibit 26 has production numbers

18   CGI3151 to 3163.

19                    (Document Bates stamped CGI3151

20          to 3163 marked Exhibit 26.)

21          A.   Yes.

22          Q.   Do you recognize this document?

23          A.   Yes.  I do recognize this document.

24          Q.   Okay.  What were the circumstances

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 131

1   surrounding creating this document?

2          A.    I think this would be an investor

3   presentation, and I think one of the comments with the

4   presentation at that time, and I don't know exactly

5   what the date of that is, is that it was too dry, no

6   pictures and that it would be important to have

7   pictures and that also that people don't really

8   immediately understand what homologous recombination

9   is, and whether it would be good to put together simple

10  diagrams that would help us to show what it is.  So, I

11  think that in the context of that, that I was putting

12  together a presentation, and so this first page here

13  seems to describe the outline of what each of the

14  slides would look like.

15         Q.    Okay.  So, you created this document?

16         A.    What I can say for sure is that I have

17  created the document that is CGI3154, CGI3155, 3156,

18  3161, and 3163.

19         Q.    Okay.  So, you created the graphics in

20  this document?

21         A.    Yes.

22         Q.    Yes.  Okay.

23         A.    And also conceptually.

24         Q.    Okay.  Putting together this presentation?

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati    October 6, 2005

Page 132

1          A.    Those particular ones definitely are

2     (indicating).

3          Q.    You came up with the idea for those

4     graphics?

5          A.    That's correct.

6          Q.    You believe you created those graphics?

7          A.    I know I did, because I can -- these

8     drawings are in my handwriting.

9          Q.    Gotcha.  Okay.  Do you know when you

10    created these graphics?

11         A.    This is most likely for Series B financing

12    for Cell Genesys.  This is for Series B financing.

13    Steve Sherwin and I were on the road, and so I would

14    present technology.  He would present business aspects

15    of the company.

16         Q.    So, this is after Steve Sherwin joined the

17    company that these documents were created?

18         A.    I believe so.

19         Q.    Okay.  So that is, as we've seen before,

20    that is at least January, 1990?

21         A.    That's correct.

22         Q.    And the fax header at the top of this,

23    sent by Kutcher LaPotti, March 13, 1990, is consistent

24    with that?

714ac87f-98db-4641-b875-5f7805134bc8

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati    October 6, 2005

Page 133

1        A.    That's correct.

2        Q.    Okay.  So, to the best of your knowledge,

3    this was not created before January, 1990, this

4    document?

5              MR. KELBER:  Could I hear that question

6    back again.

7              (The pending question was read by the

8        reporter as requested.)

9              MR. KELBER:  Objection as to form.  You

10    can answer.

11        A.    It's possible that some of the drawings

12    were created earlier, but for this presentation, I

13    don't remember exactly the dates when those drawings

14    were made.  But, you see that some of these slides here

15    were slides that we have seen in earlier presentations,

16    and those were prepared before January, 1990.  So, we

17    took a combination of slides that were used in an

18    earlier presentation and some new graphics and new

19    things to put together for this presentation.

20        Q.    Okay.  So, then, as far as those graphics

21    go, you just don't know exactly when they were created?

22        A.    I don't know exactly when they were

23    created.

24        Q.    Okay.

714ac87f-98db-4641-b875-5f7805134bc8

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 134

1            MR. FLOWERS:   ARS Deposition Exhibit 27

2    has Production Nos. CGI3166 to 3182.

3                 (Document Bates stamped CGI3166

4            to 3182 marked Exhibit 27.)

5            A.   Yes.

6            Q.   The first page, at least, looks to have

7    the same or very similar text as on ARS 26 that we just

8    looked at.   It has some handwritten arrows and such on

9    it.   This second page and onward through the document

10   has a fax header at the top which is from March 15,

11   1990, which is two days later than ARS 26 that we just

12   looked at.   It looks like there are some additional

13   slides.

14           Can you tell me whether this document was

15   created after the one we just looked at, ARS

16   Exhibit 26?

17           A.   I can't tell.   I doubt it.

18           Q.   Okay.   Why do you say that?

19           A.   I think that some of these pictures have

20   more of a signature of Mark Levin than Steve Sherwin,

21   but I can't tell.

22           Q.   So, you don't know when this document was

23   created?

24           A.   No.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati  October 6, 2005

Page 135

1          Q.    On 3168, it has some handwritten markups?

2          A.    Yes.

3          Q.    Do you know whose handwriting that is?

4          A.    This notation says, "What happened to

5     cellular confrontation?"  That is my handwriting.  I

6     don't know whose handwriting is the rest of it.

7          Q.    Can you turn to 3173.

8          A.    Yes.

9          Q.    "Summary of Patents."  Was this document

10    created for investor presentations, as well?

11         A.    First of all, I think that this first page

12    and the rest of it are not related to each other.

13         Q.    Okay.

14         A.    And I can answer your question.  3173, I

15    do not recall what the context in which this was

16    created, whether it was an investor presentation.

17         Q.    Did you create this table on 3173?

18         A.    I do not believe that I created this

19    table.

20         Q.    Do you know who did?

21         A.    I do not.

22         Q.    In the third column, it has "Status of

23    invention, concept and practice."  It has two

24    subcolumns within that.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 136

1        A.    Yes.

2        Q.    I realize you didn't create this.

3        A.    I did not.

4        Q.    In discussions with anyone else, do you

5   know what those refer to, concept and practice?

6        A.    I think that the way that those patents

7   were at that time were considered was that they'd be

8   prophetic patents and then reduction to practice, and I

9   think that is what they mean here.

10            MR. FLOWERS:   You can put that to the

11   side.  ARS Deposition Exhibit 28, it has Production

12   Nos. CGI15533 through 15543.

13              (Document Bates stamped CGI15533

14              through 15543 marked Exhibit 28.)

15   BY MR. FLOWERS:

16        Q.    My question to you is going to be:  Do you

17   have any idea when this document was created?

18        A.    I don't recall ever seeing this document.

19        Q.    Okay.  On the first page in the upper,

20   left-hand corner, it says, appears to say, at least,

21   From PKG.  Sent by RK, perhaps?

22        A.    Yes.

23        Q.    Do you have any idea what that refers to?

24        A.    RK would refer to me.  But, I don't recall

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 137

1    seeing this document.

2         Q.    Do you know whose handwriting it is?

3         A.    That is not my handwriting.  I don't know

4    whose handwriting it is.

5         Q.    So, you wouldn't rely on this document to

6    support any assertion as to when Dr. Skoultchi made his

7    invention?

8              MR. KELBER:   Objection as to form.

9         Q.    Take whatever time you need to look

10   through it.

11        A.    This seems to be a detailed description

12   how to produce therapeutic proteins using homologous

13   recombination, but it doesn't say anything about who

14   invented the idea.

15        Q.    So, you wouldn't rely on it to support any

16   assertion as to when Dr. Skoultchi made his invention?

17             MR. KELBER:   Objection as to form.

18        A.    I would not.

19             MR. FLOWERS:   ARS Deposition Exhibit 29

20   has Production Nos. CGI1690 to 1759.

21              (Document Bates stamped CGI1690

22        to 1759 marked Exhibit 29.)

23        Q.    The same question.  Do you know when this

24   document was created?

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 138

```
 1          A.    I don't recall specifically when this
 2   document was created.
 3          Q.    Is there any indication as to a general
 4   time, an approximate time as to when it was created?
 5          A.    This seems to be a draft of a
 6   presentation, not the actual presentation.  I'm not
 7   sure that all of these pages here are produced at the
 8   same time.
 9          Q.    Okay.
10          A.    It seems to be a mixture of documents
11   within this package here.  Some of them seem to be very
12   early in the history of Cell Genesys, and some of them
13   seem to be later in the history of Cell Genesys.
14          Q.    What is the earliest date that you can
15   point to as to when any part of this document was
16   created?
17          A.    I vaguely recall that people asking me
18   about homologous recombination and how -- what the
19   history of it was, and what is the role that we and
20   other people have played in it, and that seems to me --
21   I can't place exactly when, because this particular
22   document, like the first documents, really involve some
23   papers that had been published in 1989.  I presume this
24   document is after that period, but I don't remember
```

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 139

1    exactly when this was created.

2          Q.   Okay.  I didn't ask you before.  The first

3    two pages, 1690 and 1691, is that your handwriting?

4          A.   It is my handwriting.

5          Q.   All of it is your handwriting?

6          A.   It is all my handwriting.

7          Q.   If you turn to 1694, the same question?

8          A.   That is all my handwriting.

9          Q.   And 1719 and 1720, the same question?

10         A.   That's my handwriting.

11         Q.   In particular, 1719 to 1720, I think you

12   have it open there now, is there anything on those two

13   pages that relates to Dr. Skoultchi's invention for

14   producing therapeutic proteins?

15         A.   No.

16         Q.   So, is there anything in this document

17   that you would point to to support an assertion that

18   Dr. Skoultchi had his invention as of a certain date?

19              MR. KELBER:  Objection as to form.

20         A.   I do not believe so.

21              MR. FLOWERS:  Okay.  You can put that

22   aside.  ARS Deposition Exhibit 30 has Production Nos.

23   CGI3637 to 3649.

24         A.   Yes.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati    October 6, 2005

Page 140

1        Q.    I believe you referred -- well, let me

2    back up.  Is this a declaration submitted in the

3    interference that you were referring to earlier today?

4        A.    I believe so.

5        Q.    Okay.  I just want to ask you some

6    questions about the creation of this document.  Do you

7    remember who it was that first contacted you about the

8    possibility of your preparing and submitting this

9    declaration?

10       A.    I think it's counsel, either Laura or Sam.

11   I don't remember which ones.

12       Q.    Okay.  And on the last two pages, 3648, is

13   that your signature?

14       A.    That's my signature.

15       Q.    February 21, 1997?

16       A.    That's correct.

17       Q.    Okay.  Is that consistent with your

18   recollection that that was when this was submitted?  Or

19   do you remember at all?

20       A.    I don't remember.  I remember this

21   declaration, but I don't remember.

22       Q.    Did you look at this on October 4 of this

23   year?

24       A.    This was part of the documents that -- I

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati    October 6, 2005

Page 141

1   didn't read it.

2           Q.    How much time did you spend with the

3   lawyers at Penny and Edmonds working on this

4   declaration?

5           A.    I certainly had one meeting with them.  I

6   might are have had more than one meeting with them, and

7   that afterwards they based upon those conversations, I

8   think they prepared the document.  I reviewed the

9   document, and so I -- each of those meetings, a few

10  hours.

11          Q.    Okay.  Did you draft any of the actual

12  language in this declaration yourself?

13          A.    I think that the document was prepared by

14  counsel.

15          Q.    And then you reviewed it and then you

16  signed it?

17          A.    Yes.

18          Q.    I want to direct your attention to Page 5,

19  Paragraphs 10 and 11 on that page.  If you could just

20  read through those now, and let me know when you're

21  done.

22          A.    Yes.

23          Q.    Was it your opinion when you signed this

24  declaration that the idea of using homologous

714ac87f-98db-4641-b875-5f7805134bc8

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 142

1    recombination to insert a heterologous regulatory

2    sequence or an amplifiable gene so as to activate the

3    expression of an endogenous gene was obvious to one of

4    ordinary skill in 1989?

5              MR. KELBER:   Objection.   Foundation.

6         A.   I stand behind this declaration.

7         Q.   Okay.  Either before -- well, start with

8    before.  Before this declaration was submitted in the

9    interference, did you discuss the subject matter of it

10   with Dr. Skoultchi?

11        A.   I think I might have had conversations to

12   indicate that I was putting a declaration, but I don't

13   remember talking to him about any of the specifics

14   here.

15        Q.   Okay.  And after it was submitted, did you

16   ever talk to Dr. Skoultchi about the substance of this

17   declaration?

18        A.   No.  We didn't.  We never did.

19        Q.   Have you talked to anyone else about the

20   substance of this declaration since it was submitted

21   back in 1997?

22        A.   I have not.

23             MR. FLOWERS:   Just one more.   ARS

24   Deposition Exhibit 31 bears production numbers CGI3659

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 143

1    to 3660.

2              (Document Bates stamped CGI3637

3         to 3649 marked Exhibit 31.)

4         A.    Yes.

5         Q.    It appears at least to be a letter from

6    Bert Rowland to Dr. Skoultchi forwarding a draft copy

7    of a patent application?

8         A.    That's what it seems.

9         Q.    On the back, on the second page, there is

10   a CC to Mark Levin.  Do you have any such letters in

11   your file regarding or indicating that Mr. Rowland

12   forwarded a draft copy of that patent application to

13   you during this time period?

14             MR. KELBER:  Objection as to form.

15        A.    I do not.

16        Q.    At this time in September of 1989, were

17   you at Albert Einstein?

18        A.    In September of '89, I was at Einstein.

19        Q.    If Mr. Rowland were to have sent you a

20   draft copy of the application, would he have sent it to

21   you at Einstein?

22             MR. KELBER:  Objection as to form.

23        A.    I don't know.  I would imagine that he

24   knew where I was.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 144

1           Q.    Okay.  He wouldn't have sent it to you at

2    Cell Genesys in California, would he?

3           A.    No.

4           Q.    Okay.

5           A.    But, I have, as I mentioned, I've seen a

6    draft.

7           Q.    Okay.

8                 MR. FLOWERS:   ARS Deposition Exhibit 32.

9    It doesn't bear any production numbers.

10                     (Document with handwritten

11           comments

12           marked Exhibit 32.)

13           A.    Yes.

14           Q.    Did you look at this document on October 4

15    of this year?

16           A.    Yes, I did.

17           Q.    Did you read through this document on

18    October 4th?

19           A.    I did not.

20           Q.    Do you recall seeing this document, this

21    specific document prior to October 4th of this year?

22           A.    Yes, but not in a specific way.

23           Q.    It's an important point.  It's an

24    important distinction.  Looking at this document, with

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 145

1    these what appear to be handwritten notations in and

2    amongst the text, do you have a specific recollection

3    of having seen this document prior to October 4 of this

4    year, this very document?

5         A.   This document has comments and changes in

6    my handwriting, and so, therefore, I have made those

7    changes.

8         Q.   Okay.

9         A.   And my recollection is that both Art

10   Skoultchi and I looked at this document and made

11   changes, and that was sent back.

12        Q.   Okay.  As you sit here today, and we'll go

13   through this to see what, which of these handwritten

14   notations were yours?

15        A.   Right.

16        Q.   As you sit here today, though, can you

17   tell me what date you made any of these notations on

18   this document?

19             MR. KELBER:  Objection.  Form.

20        A.   I made these changes only once.  But, I

21   can't recall exactly what the date on which that I made

22   those changes.

23        Q.   Okay.  What can you recall about the date?

24   You said "exactly."  Can you recall anything about the

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 146

1    date or the time period when you made any of these

2    indications on this document?

3              A.   I think this is a draft of the patent

4    application, and, therefore, this document would

5    precede the time when the patent was filed.

6              Q.   Okay.

7              A.   So, I don't know what the date would be.

8              Q.   So, your best estimation of when you made

9    any notations on this document is limited to it being

10   before the application was filed?

11             A.   That's correct.

12             Q.   Okay.  So --

13             MR. KELBER:   Stay on the record for a

14   minute, because this is the first document that doesn't

15   have production numbers, although you have this in a

16   production number.  There is yellow highlighting on

17   what is the official documents.  I don't know if you

18   wanted that to be part of it.

19             MR. FLOWERS:   No.

20             MR. KELBER:   Okay.

21             (Discussion off the record.)

22             MR. FLOWERS:   We've now substituted an

23   unhighlighted copy of ARS Exhibit 32.  Could you tell

24   me on the first page of this exhibit what notations are

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 147

1   yours.

2          A.   I think the Line 25 says "bacterial and

3   mammalian host cells systems," that is my handwriting.

4   On Line 27, "eliciting their" is, as a suggestion, to

5   replace that with "for obtaining."  That is my

6   handwriting.  Line 30, "Construction" was my

7   handwriting.  Line 31, "Examining the planking

8   sequences" is my handwriting.

9          Q.   On the next page, Page 2, are all of these

10  your handwriting?

11         A.   I can't say about the squiggles, but on

12  Line 6, the handwriting is mine.  On Line 13,

13  handwriting is mine.  I think the right-hand notation

14  says, "? How" something, that's -- I believe that's

15  Skoultchi's handwriting.  And I don't know how detailed

16  you want to go into this.  I have this general tendency

17  of the squiggly stuff to remove things, like on

18  Page 21, that may not be relevant, but Line 26, that is

19  my notation.

20         Q.   Do you still ascribe to that view today?

21         A.   I still do that.

22         Q.   On Page 3?

23         A.   On Page 3, that upper, right-hand notation

24  is mine.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 148

1        Q.    Is there any of it that is not yours?

2   Maybe that is faster.

3        A.    Yes.   This comment says "question

4   amplify."   It looks like something is missing here, and

5   that second no indication says, you know, "Two routes."

6   That comment is not mine.   Others are Skoultchi's.   On

7   the left-hand side, "amp selection, cell population,"

8   that is Art Skoultchi's.   On the right-hand side,

9   "primary should refer to first step," that is Art

10  Skoultchi's.   Do you want to go through the entire

11  document this way?

12       Q.    How about this:   Can you look at these

13  pages of this document and tell me if there is any

14  markings on here that you don't recognize as yours or

15  Art Skoultchi's?

16       A.    Okay.   This doesn't have a page number

17  here, but it starts -- at the top it says "Target."

18       Q.    Okay.   I'm there.

19       A.    And there is a comment at the bottom that

20  "includes the HAT."   I don't know whose handwriting

21  that is.   Line 36, says "HAT-medium."   I don't know

22  whose that is, and there may be other things, like on

23  Line 14, "HAT-medium" and then above it says "TK."

24  Whoever wrote that also did the diagram.   On the next

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 149

1  page, that starts with about .01 to 0125, there is a

2  comment there that, "Struck out, check Raju."  I don't

3  know who that is.  That's all my comments about that.

4            MR. FLOWERS:  Off the record.

5            (Discussion off the record.)

6  BY MR. FLOWERS:

7       Q.   There is one laboratory notebook that I

8  would like some substantive comment on, but really only

9  as to your confirmation that this is a document that

10  you created.  You can tell me, did you look through

11  this on October 4th of this year?

12       A.   No.  I did not.  I've seen it, but I have

13  not gone through it.

14       Q.   Do you recall the last time that you have

15  seen it?

16       A.   No.  I do not recall the last time I've

17  seen it.

18       Q.   Okay.

19       A.   I think I would say that the contents of

20  this, all the handwritten stuff, is substantively mine.

21  I can't, unless I go through every page and see if

22  somebody else has written anything here, I can't say,

23  but much of this is my handwriting.

24       Q.   Okay.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 150

1          A.   Do you want me to -- like this one here

2    (indicating), I'm not sure if it is mine or not.

3          Q.   What is the page number?

4          A.   14987.  I'm not completely sure this box

5    here, swamp is defective -- it may be mine.  I can't be

6    sure.  Most of it is mine.  There are other things here

7    that are typewritten things.

8          Q.   To the best of your knowledge, you

9    inserted those into the notebook, the things that are

10   in your handwriting?

11         A.   I would probably insert them into my

12   notebook, but those are not necessarily things that I

13   have created.

14         Q.   As you look through it, if you could just

15   tell me if there is anything -- we didn't see anything,

16   but if you can tell me if there is anything you would

17   rely on to support any assertion that Dr. Skoultchi had

18   his invention at any specific time?

19         A.   Do you want me to go through this?

20         Q.   If you could.

21              (The pending question was read by the

22        reporter as requested.)

23         A.   The answer is no.

24              MR. KELBER:  It is No. --

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 151

```
 1              MR.  FLOWERS:   Thirty-three.
 2                   (Laboratory notebook Bates
 3         stamped 14974 through 15082
 4         marked Exhibit 33.)
 5              MR. KELBER:  Just so we're all on the same
 6    page, that is 14974 through 15082.
 7              MR.  FLOWERS:  Yes.
 8              MR. KELBER:  Thank you.
 9                   (Laboratory notebooks
10         marked Exhibit 34 through 48.)
11              MR.  FLOWERS:  We've marked a series of
12    laboratory notebooks and excerpts from laboratory
13    notebooks that were produced to us by Cell Genesys as
14    ARS deposition Exhibits 34 through 48.  I would like to
15    put these in front of you, Dr. Kucherlapati, and if you
16    could tell me if you recall seeing any of these before.
17    If so, just point out which one.  Just to let you know,
18    if there is anything that you want to speak about
19    substantively within any of these documents, we'll ask
20    our inhouse counsel, who is present here to, leave the
21    room, as they've been identified and marked as Outside
22    Counsel Eyes Only.
23         A.   The answer is it's possible that I have
24    seen some contents of those notebooks, but I have never
```

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 152

1    seen the notebooks.

2              Q.   Do you believe there is anything in those

3    laboratory notebooks that you would rely upon to

4    support an assertion that Dr. Skoultchi had made his

5    invention as of a certain date?

6              MR. KELBER:   Objection.  Form and

7    foundation.

8              A.   I don't think I can fairly answer that

9    question, because this one has a thousand pages or so,

10   and whether there is anything in there that addresses

11   that issue, I can't speak to that.

12             (Discussion off the record.)

13             Q.   In looking at those laboratory notebooks,

14   does it refresh your recollection as to having had any

15   direct, hands-on involvement in the reduction of the

16   actual reduction to practice of Dr. Skoultchi's

17   invention?

18             A.   I cannot speak to that.

19             Q.   Well, just what you did look at, did any

20   of it refresh your recollection?

21             A.   I just looked to see if I recognized

22   anything.  I just flipped through a few pages in each

23   case, and I don't recognize anything.

24             Q.   Okay.  That is fair enough.

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati   October 6, 2005

Page 153

1          A.    They're not my notebooks.  I'm not the

2    author of these lab notebooks, so I can't speak to the

3    contents of them.

4          Q.    Okay.

5                (A recess was taken.)

6    BY MR. FLOWERS:

7          Q.    Do you actually know who is paying

8    Mr. Kelber's fees for representing you here today?

9          A.    I do not.

10         Q.    So, you don't know whether it's Cell

11   Genesys or not?

12         A.    I do not.

13         Q.    But, it's not you?

14         A.    I'm not.

15         Q.    And you don't intend to?

16         A.    If he sends me an invoice, I'll consider

17   it.

18         Q.    Have you been asked to serve as an expert

19   witness in this case?

20         A.    I have not been asked to serve as an

21   expert witness.

22         Q.    Have there been any discussions about that

23   topic with you?

24         A.    No.