Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

--oOo--

CELL GENESYS, INC.,                    )
                                       )
      Plaintiff/Counterdefendant,)
                                       )
   vs.                                 ) No. 05-12448-MLW
                                       )
APPLIED RESEARCH SYSTEMS ARS           ) No. 04-11810-MLW
HOLDING, N.V,                          )
                                       )
      Defendant/Counterclaimant. )
                                       )
                                       )
APPLIED RESEARCH SYSTEMS ARS           )
HOLDING, N.V,                          )
                                       )
      Plaintiff,                       )
                                       )
   vs.                                 )
                                       )
CELL GENESYS, INC., and                )
TRANSKARYOTIC THERAPIES, INC.,         )
                                       )
      Defendants.                      )
                                       )


DEPOSITION OF ANDREW THOMPSON

VOLUME 1   PAGES 1 - 112

WEDNESDAY, MARCH 8, 2006


REPORTED BY: DIANE M. WINTER, CSR NO. 3186

LegaLink Chicago
1-800-868-0061   www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Page 18

1    Box.   Then I went to Cambridge.   While I was at

2    Cambridge I worked a summer for a company called

3    Booz-Allen & Hamilton, which is an American strategy

4    consulting firm.

5              After university I joined Booz-Allen, and did a

6    series of projects for them that were focused on supply

7    chain management for large multi-national corporations.

8              I left Booz-Allen to go to business school at

9    Stanford.   While I was at Stanford I began consulting

10   with biotechnology companies.   That's how I got to know

11   Mayfield.   Started to work with Mayfield.   Started to

12   work with George Savage, who is my business partner.   So

13   we worked with Mark Levin, a Mayfield founder also, on

14   Cell Genesys.   Then we worked with him on Cyber

15   Therapuetics.

16             Then George and I started a company called

17   CardioRhythm.   And I was the -- eventually the CFO of

18   that company.   I was the VP of business development and

19   CFO.   Then we worked for Medtronic for a couple years

20   once they acquired that company.

21             Then George and I were founders of the company

22   called FemRx, which is a women's healthcare company

23   where I was the CEO.   Eventually that company was

24   acquired by Johnson & Johnson, and I worked for about a

25   year or so for J&J.

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Page 19

1          Then we formed a small venture capital fund and

2     began to replicate that process, and have started a

3     number of companies through that fund.  And currently

4     one of the portfolio companies is a company we started

5     called Proteus Biomedical, P-R-O-T-E-U-S, where I'm the

6     CEO.

7          Q    Can you go through all that one more time for

8     me.

9          A    Okay.

10         Q    Just kidding.  What was your experience with

11    biotechnology before 1989?

12         A    Really very little.

13         Q    Well, I take it that you did some work for Cell

14    Genesys in 1989; is that correct?

15         A    Okay.  So actually before 1989, so I started

16    working for biotechnology companies in 1998 -- sorry,

17    1988, sorry, let's get the decade right, 1988 is when I

18    first started doing work.  So when I came to Stanford in

19    1987 -- maybe it's worth context here.

20              I came to Stanford in 1987.  I determined that

21    I needed to make some money to get through business

22    school because it was expensive, and I had thought that

23    I would be able to find work with traditional tech

24    companies.  You probably don't recall, but tech was in a

25    bust.  And so much of the venture capital industry and

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Page 20

1    the technology industry was in the doldrums, and many

2    people were very interested in biotechnology, and it was

3    the beginning, sort of.  And although I wasn't

4    particularly expert in that field, I think it's fair to

5    say that nobody else was.  And I could, therefore, quite

6    handily get work helping biotechnology companies, which

7    I did.

8        Q    And that was beginning in which year?

9        A    1988.

10       Q    Okay.  And what was your first experience with

11   helping a biotechnology company?

12       A    I worked for a company called Neurex,

13   N-E-U-R-E-X.

14       Q    Okay.  And what was the second biotechnology

15   company that you did work for?

16       A    Good question.  Neurex I did a lot of work for.

17   I can't really -- there is a whole bunch of stuff we did

18   or I did that would have been small stuff.  Neurex was a

19   big project.  There would be a bunch of small stuff.

20   And then Cell Genesys is the next big project.  And I

21   can't recall the names of the other companies

22   in-between.

23       Q    And how was it that you came into contact with

24   Neurex?

25       A    They had a business development person whose

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Page 21

1   name was Pam Versaw who placed an ad for someone to help

2   her do some kind of business development work.  So I

3   contacted her.

4        Q    And this was while you were at -- when you were

5   in MBA school in Stanford?

6        A    That's correct.

7        Q    Was this an internship or a summer job of

8   sorts?

9        A    It started out -- I started to work for them in

10  the spring-summer quarter of my first year of business

11  school, and I continued to work for them during the

12  summer, and then subsequently through the end of that

13  year.  So it's through the back end of -- so I started

14  business school in September '87, and by, let's say, I

15  don't know, May of '88 I was working for Neurex.  And I

16  continued working for them I think through the end of

17  that year, something like that.

18       Q    Can you remember the dates any more

19  specifically for when you started and ended working with

20  Neurex?

21       A    No.  It's sort of around that time.  I mean it

22  would have been -- you know, I arrived in the United

23  States, I kind of figured out which way was up, you

24  know, so it took me a little while to get oriented.

25  Then I got something to do and then I did it.  And I

LegaLink Chicago
1-800-868-0061  www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Page 22

1    think I started to transition out of working with Neurex

2    and more with Mayfield early in 1989.

3         Q    What type of work did you do for Neurex?

4         A    Well, okay.  This was a company that was backed

5    by a group of very well-known venture capital firms.  It

6    had two very distinguished scientific founders, and it

7    needed, in my view -- what I was asked to do was to make

8    an assessment of what their initial product plan would

9    be, which I did.  And that led to then what became very

10   clear as a need, which was for the company to have a

11   more focused business plan that would enable them to

12   recruit a chief executive.  And then I worked on that

13   issue.  And there were a series of iterations around

14   that issue.

15        Q    Okay.  So you primarily worked on developing a

16   product plan and then finding a CEO; is that correct?

17        A    Well, okay.  A lot of my job was to really try

18   and assess and understand the science that underpinned

19   the company, and understand how that science could be

20   applied in such a way that you could create a compelling

21   product platform.  So there is a whole -- I don't want

22   to get into too much of sort of a theoretical debate

23   here, but there is a whole process if you are going to

24   fund a biotechnology company you have to figure out what

25   the story is and how you are going to meaningfully turn

LegaLink Chicago
1-800-868-0061  www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 23

1    dollars invested into science into investment returns.

2    And that's a very important process.

3         And this was very early in the cycle of

4    biotechnology and people were still learning how to do

5    that, and I was very active in that process.  That's

6    what I would do.  I would assess science, think about

7    how science could be deployed in a way that was

8    manageable to create products that could be sold to make

9    money.

10        Q    What was the science specifically that you were

11   assessing for Neurex?

12        A    Well, Neurex was founded by two distinguished

13   neurobiologists, William Ciaranello and Jack Barchus

14   were the two founders there.  They were both

15   distinguished neurologists at Stanford.  They had a lot

16   of ideas about how you could develop very novel

17   peptide-based drugs.  And they had a VP of R&D whose

18   name was Ramachandran, who was a distinguished Indian

19   who ran an institute in India, very clever guy who knew

20   a lot about intra-cellular biology and how you could use

21   novel peptides to change cellular pathways.

22        So there was some very interesting science.

23   There was some real challenges associated with how you

24   would apply that science to create products.  And in

25   particular one of the -- I mean I'll just -- the big

LegaLink Chicago
1-800-868-0061  www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Page 24

1    challenges here was if you were going to discover novel

2    peptides, then there had to be a thesis about what they

3    would do.  And one of the things that I brought to their

4    attention was that you could go buy a book of peptides

5    that weren't novel, that existed, and no one knew what

6    they did.

7              So why were we discovering new ones when we

8    needed to characterize the old ones.  For example, that

9    was a naive question but one that seemed relevant.

10        Q    In general, what was the method or the science

11   that was being contemplated at Neurex for the production

12   of novel peptides?

13        A    Well, it was discovery really.

14        Q    Oh.

15        A    It was discovery of novel peptides.

16        Q    Okay.  Like isolating and purifying proteins?

17        A    Yes.  They wanted -- that's what they wanted to

18   do.  They wanted to do a lot of things.  See, one of the

19   challenges of this company is, on the one hand, they had

20   this idea we're going to do novel peptides, and we're

21   going to discover all these intra-cellular mechanisms

22   and we're going to interfere with what can create

23   therapies for all kinds if chronic diseases.

24              On the other hand, Rowland discovered some

25   interesting data that related to appetite suppression.

LegaLink Chicago
1-800-868-0061  www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Page 25

1    And one of the very specific projects that they asked me

2    to assess was whether or not to do a -- come up with a

3    drug that would be a diet drug.  It was a very broad

4    suite of activity there.

5        Q    Was the production of peptides by recombinant

6    DNA technology a consideration or a focus of your work

7    for Neurex?

8        A    Don't recall.

9        Q    It was mainly isolating and purifying peptides

10   that just are produced naturally?

11       A    Certainly peptides are biological compounds.

12   You know, the focus of this company was not on

13   necessarily recombinant DNA processes, although

14   potentially you might have used those types of

15   techniques to produce the biological, you know, the

16   biologics you wanted.  I mean -- my understanding, you

17   know, of Genentech at that time is it was a production

18   system for human insulin.

19       Q    Okay.  So prior to your experience with CGI had

20   you come into contact with recombinant DNA technology at

21   all?

22       A    Only in the context of it was a very important

23   part of the whole biotechnology industry.

24       Q    Had you read anything in particular on

25   recombinant DNA technology before your experience with

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Page 26

1    CGI?

2        A    I had read a lot about the biotechnology

3    industry.  Because in order to work with these very

4    prestigious venture capital firms you had to be

5    credible.

6        Q    Apart from your readings on the industry itself

7    had you read anything specific about the science?

8        A    Yes, that's what I mean.  You had to be

9    knowledgeable about the science in order to be credible.

10       Q    And that's something you had done prior to your

11   time with CGI, prior to your experience with CGI?

12       A    Sure.  I mean I read a lot.  I was someone who

13   had tried to become somewhat of an expert in

14   biotechnology.

15       Q    Do you remember what you had read?

16       A    No.

17       Q    Textbooks, treatises?

18       A    I just don't remember.  I mean I just have no

19   recollection of all the specifics.  Whatever you would

20   probably get if you went into, you know, a Stanford

21   University library and dug.

22       Q    By the time you began working with Cell Genesys

23   did you consider yourself an expert in biotechnology?

24       A    No.  I think I was very credible as a business

25   person that knew a lot about the industry.  But, I mean,

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 27

1    my definition of an expert would be, you know, Raju,

2    R-A-J-U, Kucherlapati.

3         Q    K-U-C-H-E-R-L-A-P-A-T-I.

4         A    But I could certainly converse with Raju.

5         Q    Was it during your time at Neurex that you came

6    into contact with Mark Levin?

7         A    Yes.

8         Q    And when did you first start working with Cell

9    Genesys?

10        A    Sometime in early 1989.

11        Q    Do you remember the specific date?

12        A    No.

13        Q    How about the month?

14        A    February-March.

15        Q    Can't be any more specific than February-March

16   1989?

17        A    It has to be early in the year.

18        Q    Why is that?

19        A    Because by spring break of that year we were, I

20   mean, working -- I mean my recollection is we spent all

21   of spring break at Mayfield's offices working full-time.

22   And that didn't happen spontaneously.  I mean there was

23   a whole process by which we were inculcated in the

24   formation of that company.  And by that period, the

25   spring break must have been March-April, there was a

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

1  Smithies, Tepper and -- Raju, Oliver, Bob and Art, okay,

2  Art Skoultchi.  So there is four of these very famous

3  guys, and they had this technique called homologous

4  recombination, which is a specific gene splicing

5  technique, how you target it, specific gene splicing

6  technique that enables you to do things with much

7  greater specificity than you could with traditional

8  recombinant DNA technology which was essentially rather

9  random, and therefore only useful in fairly primitive

10 circumstances.

11      And so, okay, interesting.  This is sort of the

12 next, it's the next waive beyond Genentech was the way

13 we discussed it.

14      And so they had some patents, they had some

15 science, they had some very famous people.  They had to

16 figure out, just like we've been trying to figure out at

17 Neurex, how to turn the science into products.  The way

18 I think Mark would have said it is things you could have

19 put in a bottle.  But there had to be a sense that there

20 was a connection between science and products and

21 markets that could lead to cash flows that you could

22 discount so you could value a business.  And that's what

23 he needed to get done.  And that work needed to get done

24 I think with some rigor.

25      Q   Do you remember Mark Levin saying something

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson  March 8, 2006

Page 32

1  specific about CGI needing to put something in a bottle,
2  do you remember him saying that?
3      A    Mark had said a lot of things.  But he used to
4  talk about that and say, look, it's got to be a product.
5  You've got to be able to shrink wrap it.  I don't know
6  if he said shrink wrap it.  But the key was he was to
7  create tangible product strategies.  Essentially a
8  business plan.  I mean it's pretty simple.
9      Q    You can't remember any specific dates when Mark
10 said something to you or others about needing to put
11 something in a bottle?
12     A    That's just so familiar that it could have been
13 at any point from the beginning on.
14     Q    But you can't remember any specific dates when
15 he said that to you?
16     A    No.  Well, probably if I thought about it I
17 could conjure up meetings where he said that.  But I
18 mean it's just a general recollection.
19     Q    Would it be helpful to have some more time to
20 think about that?  Let me ask you a better question.  I
21 mean if you had more time to think about that do you
22 think you could come up with specific dates?
23     A    The way I think about it -- I don't have these
24 documents.  But if you showed me documents and said -- I
25 mean they could jog memories of different meetings and

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 33

1    stuff.   Certainly from my memory of the documents that I

2    saw before this, you know, oh, yeah, I remember that,

3    this and that.

4        Q    Did those documents refresh your memory about

5    specific communications or conversations?

6        A    Yes, to some extent, because it's all there.

7    Oh, yes, I remember that meeting, this meeting, those

8    meetings.   Yeah, they tend to knock your memory a bit.

9        Q    Are you familiar with the idea or ideas in

10   Dr. Skoultchi's patent application that is the subject

11   of this lawsuit?

12           MR. KELBER:   Objection as to form.

13           You can answer.

14           THE WITNESS:   Sorry, ask me the question again.

15       Q    (BY MR. NIELSEN)   Are you familiar with the

16   idea or inventions in Dr. Skoultchi's patent application

17   that's the subject of this lawsuit?

18       A    I think so, yes.

19       Q    What's your understanding of that?

20       A    My memory for Cell Genesys we had three project

21   plans, and this is the plan to manufacture therapeutic

22   human proteins using a technique that would enable you

23   to get around the traditional recombinant DNA patents by

24   using the homologous recombination technique.   And the

25   rationale for this particular idea was that there was

LegaLink Chicago
1-800-868-0061   www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Page 34

1   really no scientific risk, so it could be done.  And the

2   opportunity he was to see whether somebody would want

3   to, probably would want to -- some commercial risk, but

4   it was an attractive way to prove the technology's basic

5   value.

6       Q   When did you first learn of that idea?

7       A   It has to be sometime in the spring, late

8   winter, early spring of '89, because it became part of

9   the business plan.  And the process that we were going

10  through in that time frame was, you know, it was a very

11  structured process that I had worked with Neurex where

12  one identified specific applications of a technology

13  from a product or market standpoint, and then went

14  through a process by which one assessed the extent to

15  which that would be commercially attractive and

16  identified the risk sets associated with each of those

17  programs.

18          And so there was a number we were evaluating.

19  And for it to get into the business plan it would have

20  had to go through a very sort of structured screening

21  process.  That means it must have appeared around the

22  March-April time frame, maybe February.  I don't know.

23  But it's sometime early in that year.

24      Q   Okay.  You think you first learned of

25  Skoultchi's idea sometime around February, March or

LegaLink Chicago
1-800-868-0061   www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson  March 8, 2006

Page 35

1    April of 1989; is that correct?

2         A    Yes, yes.  Because that's when we were, we were

3    going through this process of what are all the

4    applications, what could all the products be, and then

5    applying these technical clinical financial screens to

6    figure out what we'd end up with.

7         Q    Can you be any more specific about the date

8    when you first learned of Dr. Skoultchi's idea for

9    producing proteins using homologous recombination?

10        A    Probably not, no.  I mean it's in that time

11   frame and in that process.

12        Q    Okay.  When did Skoultchi's idea get into the

13   business plan for CGI as you referred to?

14        A    Well, that began drafting early summer.  And

15   that I know, because it was the first really significant

16   draft was done by us in September of '89.  And there

17   were three projects in that plan.  One was the retinal

18   cells, one was the therapeutic proteins, and one was the

19   naked mouse.  And those were the three projects.

20             So if you work backwards from there, I mean you

21   can look at the sequence.  So between say June and

22   September is when that all got really nailed down with

23   great specificity.

24        Q    How was it that you first learned of

25   Skoultchi's idea?

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson    March 8, 2006

Page 36

1        A     Probably at a meeting.  We used to have

2     meetings where we would have Tepper and Skoultchi,

3     Kucherlapati and -- the four founders, in the room, or

4     on the phone or whatever, and we would talk.

5             And the idea in this early phase in the

6     beginning of the year was to lay out what are all the

7     things we could do and be challenging, you know, and we

8     looked at all kinds of different things.  You know, we

9     looked at muscular dystrophy.  The idea was to get the

10    full opportunities out on the table.  So it would have

11    been in one of those discussions.

12       Q    You can't remember a specific meeting when you

13    first learned of Skoultchi's idea?

14       A    No.

15       Q    Can you remember any specific conversations

16    about Skoultchi's idea in 1989?

17       A    Well, the most specific would be the time that

18    we had -- there was a scientific advisors meeting in

19    July, I believe, the time -- it was around the time of

20    my birthday, so there you go, I can remember my

21    birthday.  I can't remember the date of the meeting.  I

22    just remember I didn't have a nice birthday because I

23    had to work.

24       Q    When is your birthday?

25       A    July the 18th.

LegaLink Chicago
1-800-868-0061   www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 37

1        Q    I'm sorry.  So --

2        A    So around that time there was a scientific

3    advisors meeting, I remember, where everyone was

4    present.

5        Q    And when was that?

6        A    July '89, middle of July 1989.

7        Q    Can't remember the specific date in July?

8        A    20th.  I mean I honestly don't know.  I mean it

9    has to be.

10       Q    And you recall a discussion about Skoultchi's

11   idea at that July 20th meeting?

12       A    I can be very specific, which is that he sat

13   next to Burt Rowland at that meeting.  If you walked

14   into Mayfield's conference room he was on the -- if you

15   turned and faced the conference room table, he was on

16   the right-hand side of the table looking out the

17   windows.  Burt Rowland sat next to him.  Mark Levin

18   wanted him to disclose for the purposes of getting a

19   patent written, and Burt Rowland was there for that

20   reason.  And Burt sat next to Art and George took notes,

21   and he began that process of getting the patent done at

22   that meeting.

23       Q    Okay.  What else do you remember about that

24   meeting?

25       A    My memory is that the team was there.  It was a

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Page 38

1    very important meeting because we were finalizing what

2    the projects were going to be.  George took a lot of

3    technical notes.  I took a lot of business notes.  And

4    it was very important event in the sense that it

5    crystalized what the business plan needed to look like.

6         Q    Do you remember anything else from that

7    meeting?

8         A    I think it was an all-day meeting.  I mean we

9    discussed all of the different projects in the business

10   plan.  I mean it was a big sort of scientific and

11   clinical economic -- I mean there was a lot of

12   discussions that went on.

13        Q    Do you remember anything that anyone

14   specifically said at that July meeting?

15        A    I remember we -- I think we talked about

16   facilities, and I think Kurt Wheeler had joined the team

17   at that time.  We were talking about doing a build-out,

18   doing the leases.  We talked about Steve Sherwin and the

19   recruitment process, we talked about financing, about

20   timing of the financing, about what needed to get done

21   by when.  We probably talked about Helen Blau and

22   muscular dystrophy.  I mean there was, you know.

23        Q    Okay.  Do you remember discussions about those

24   specific topics, or do you think that or do you believe

25   that --

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 39

1    A    No, those were things I remember we discussed.

2    Q    Anything else that you remember being

3    discussed?

4    A    I mean I, I would have to really think and sort

5    of -- I mean I remember there were all these issues

6    associated with the business plan, about the timing,

7    about recruiting the CEO, about the facility, about the

8    project plans.  I mean I don't know how much more

9    specific you want me to be.  I mean I could tell you who

10   was sitting where.

11   Q    Do you remember other -- I'm sorry, go ahead.

12   A    I remember, for example, there was a white

13   board at one end and a white board at the other end.  We

14   used all the white boards.  Various people made -- I

15   mean I don't know if you --

16   Q    Do you remember other details about where

17   people were sitting?

18   A    I sat on the other side of the table to Burt,

19   and I think George sat close to Burt.  I think Raju was

20   on the same side of the table as me.  Mark was on the

21   other side of the table.  It was a very sunny day, that

22   I remember.

23   Q    Was there any particular reason why your

24   recollection of that day where people were sitting, the

25   weather, is so vivid?

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 40

1    A    That was an extremely important meeting because

2    it marked the beginning of the end of that process in

3    the sense that that was when we made decisions about

4    projects and about what was going in the business plan,

5    and indeed that's why the patent for that particular

6    program was so important.  Because to be in the business

7    plan it had to be protectable.

8    Q    I'm sorry, the beginning of the end of that

9    process?

10   A    Meaning we worked through a process to create a

11   plan for the company, and there was then at that point a

12   real sense of urgency that the company had to get

13   financed.  And to get financed it had to have a CEO and

14   a business plan.  And the business plan was going to get

15   written by me and George.  I mean not -- we were going

16   to collate -- we were the, sort of the hub of that

17   process.

18   Q    Can you -- well, any other reasons why your

19   memory of that day is so specific?

20   A    Well, so that translates into me figuring out

21   what the next piece of my life would look like because

22   it would be very intense.  So it's an important event in

23   the sense that that whole series of things then happened

24   as a result of that meeting.

25   Q    Do you remember anything else that was said

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 41

1    about Skoultchi's idea for producing proteins using

2    homologous recombination at that meeting?

3         A    There was discussion about what proteins should

4    be produced.  And there was discussion about which

5    companies might find it attractive to produce them.  So,

6    for example, a specific discussion was about whether

7    Lily might want to compete with Genentech.

8         Q    Do you remember the specific discussion about

9    potential proteins?

10        A    Yeah.

11        Q    Were there specific proteins that were

12   discussed?

13        A    Well, insulin clearly was discussed.

14        Q    Do you remember people discussing insulin that

15   day?

16        A    Uh-huh.

17        Q    What other proteins?

18        A    Insulin, oh, growth hormone.

19        Q    Any others?

20        A    Can't remember.  I mean those two definitely

21   stick out.  Because I think those two were already being

22   produced.

23        Q    Okay.  And how about other companies other than

24   Lily?

25        A    Roche came up.

LegaLink Chicago
1-800-868-0061   www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson  March 8, 2006

Page 42

1      Q    Do you remember that, do you remember remember
2  somebody actually mentioning Roche on that day?
3      A    Oh, sure, Roche came up.   Probably Boehringer
4  Mannhein came up, J&J.
5      Q    Any other companies?
6      A    Can't remember.
7      Q    Okay.   What else do you remember being
8  discussed specifically about Skoultchi's idea for
9  homologous recombination that day?
10      A    It had to be protected, so we had to have a
11  patent.   And we had to have a sense that if we could
12  create these therapeutic proteins and get around the
13  intellectual property of firms who were already
14  producing them, that they would be commercially
15  valuable.
16          And part of what I had to do was to make
17  assessments of who we might work with from a commercial
18  standpoint to do that.   Or whether, for example, we
19  might become a company that -- or the company might
20  become an organization that would commercialize those
21  products itself.   And so part of the go-forward action
22  steps they wanted to really make sure we had that
23  nailed.
24      Q    Do you remember anything specifically being
25  discussed about the technology underlying Skoultchi's

LegaLink Chicago
1-800-868-0061   www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Page 43

1    idea on that day?

2        A    My recollection is that he, on the white board,

3    described how it would work.

4        Q    And what do you remember of his explanation

5    that day?

6        A    Not much.

7        Q    Okay.  You can't remember Skoultchi actually

8    explaining the idea?

9        A    Well, see, because I worked with George a lot

10   and he, in my view, has somewhat of a photographic

11   memory and is extremely technical, I am certain that as

12   a group we were relying on him to annotate and remember

13   a lot of that work.  And my job, as you can see from

14   what I'm recording here, related to, okay, if this can

15   work technically then what does it mean commercially.

16          But there were a lot of technical discussions

17   at that meeting about how we would -- in order for us to

18   have anything in the business plan that was going to be

19   a program, the science had to get explained.  And the

20   founding scientists had to be able to credibly, in front

21   of their peers, say this can work and here is how, which

22   they did.

23       Q    So is it fair to say that you can't remember

24   anything specifically about the technology that was

25   discussed that day?

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson  March 8, 2006

Page 44

1    A    I remember he drew some pictures, he showed,

2    you know, genes and this and that and you splice it here

3    and you take out there and that kind of stuff.

4    Q    Is that all you remember about what Skoultchi

5    explained that day?

6    A    What else did he do?  Yeah, I don't really have

7    a very strong technical recollection.  I mean it was a

8    discussion clearly.  But I couldn't take you through

9    exactly what he was, you know.

10    Q    Were you less interested in the underlying

11    science and relying on George for that and more focused

12    on the business implications as you were attending that

13    meeting?

14    A    Uh-huh.

15    Q    I'm sorry, what was your answer?

16    A    Sorry, yes, that's correct.  So it's not that I

17    wouldn't have had an interest in the science, it's just

18    that there was a process by which we were, from a role

19    standpoint, I was more focused on the business and he

20    was more focused on the clinical and technical end of

21    it.

22    Q    So you were less focused on the technical end

23    of some of the issues?

24    A    That's correct.

25    Q    Can you remember anything else, anything at all

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson    March 8, 2006

Page 45

1    about what Skoultchi specifically discussed or explained

2    that day?

3        A    He made a presentation.  My recollection is he

4    made a presentation on how it would work.  He discussed

5    some of the applications that he thought might be

6    interesting, what proteins could be made.  There was

7    some lively debate about how it would work or might not

8    work.  I recall he sat next to Burt Rowland at some

9    point during the meeting and actually made some

10   dictation to Burt Rowland.  I think there was some

11   discussion with Burt about potential conflict of

12   interest that he might have at some point in that

13   meeting.  But, you know, I was on the other side of the

14   table at that point.

15       Q    I'm sorry, what do you mean you were on the

16   other side of the table?

17       A    So I was here and he was there, so --

18       Q    All right.

19       A    Just physically.  I mean just so I remember

20   that going on, but I wasn't necessarily in that narrow

21   space.

22       Q    Okay.  You couldn't hear some of the

23   discussions that Rowland and Skoultchi were having that

24   day?

25       A    Not in detail, no.  So there was some work he

LegaLink Chicago
1-800-868-0061   www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson  March 8, 2006

Page 46

1    did at the white board explaining to everybody, and then

2    there was another period, I recall, where I think he was

3    talking to Burt Rowland and they were actually doing

4    something to do with the patent in the meeting.  And I

5    believe that the purpose of Rowland -- Burt being at the

6    meeting, was to ensure that we get the patent done.

7         Q    Have you spoken with counsel for Cell Genesys

8    about testifying at trial in this case?

9         A    No.

10         Q    Okay.  Well, I'll represent to you that Cell

11    Genesys has indicated that it might call you to testify

12    at trial in this case if this case goes to trial.  And

13    it's very likely that if you do, you'll be called to

14    testify about some of the conversations and events

15    surrounding this particular meeting in July of 1989.  So

16    when you do, if the case does go to trial, you'll

17    testify in a courtroom, the judge will be seated next to

18    you, people will be asking you questions.

19         And it's very important that during your

20    deposition today we find out the complete extent of your

21    memory and your recollection of those events in 1989.

22    So that's one of the reasons why I'm asking you these

23    questions.  If the case goes to trial and you testify

24    about, you know, a conversation that didn't come up

25    today, I don't want to be surprised for starters.  And

LegaLink Chicago
1-800-868-0061  www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 47

1   if, you know, you testify as to something new that day

2   that didn't come up today, then we're going to ask you,

3   why didn't -- why couldn't you recall that a few months

4   ago when we took your deposition.  So that's one of the

5   reasons why I'm asking you these very specific

6   questions.

7           MR. KELBER:  Counsel, I appreciate the Perry

8   Mason delivery, but did you have a question for the

9   witness in connection with your description of what you

10  believe the courtroom would look like?

11          Q    (BY MR. NIELSEN)  My question is do you

12  remember anything else that Dr. Skoultchi said that day

13  about his idea, anything else, anything at all, even if

14  it's the slightest detail?

15          A    I think it's fair to say that I'm trying to dig

16  back to 1989, so it's a long time ago.  I have some

17  memory that's being jogged by a discussion and a set of

18  documents.  I haven't really spent any time thinking

19  about this other than look, I spent ten minutes before I

20  came into this room.  If you think -- if this process

21  continues over another several months and I'm engaged in

22  other discussions, I think it's likely I will remember

23  other things.  That's the nature of memory.

24          And so it's unfortunate, but I think it's fair

25  to say that if I'm called to testify at a hearing and

LegaLink Chicago
1-800-868-0061   www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 48

1  that's several months from now, it's quite likely that

2  my recollection will be more fulsome, because that's

3  just how memory works.  I mean I haven't, you know, I

4  haven't tried to open all these files in my memory banks

5  for a very long time, so --

6       Q    Okay.  Do you recall meeting with Mr. Kelber

7  and Dr. Savage on February 1st in connection with this

8  case, pardon me, in connection with this case?

9       A    Specifically February the 1st this year, no.

10  But I did say we did have a meeting, I think.

11      Q    Okay.  Do you remember how long that was?

12      A    Probably less than an hour.  I mean half an

13  hour, hour.

14      Q    Okay.  Well, I'll represent to you that

15  Dr. Savage testified that that meeting lasted about an

16  hour-and-a-half.  Does that refresh your recollection as

17  to, you know, how long you discussed these events and

18  thought about them about a month ago or so?

19      A    It may have been.  I think -- did this, well,

20  did this meeting take place in my office?  I think it

21  was the meeting, this is the meeting in my office.  I'm

22  sorry.

23           MR. KELBER:  The rules keep me from answering

24  your question.

25           THE WITNESS:  I can't remember.  But it's

LegaLink Chicago
1-800-868-0061   www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 49

1    possible.  So if -- I think there was a meeting in my

2    office.  And if that's the case, my recollection here is

3    that most of the handwritten notes on these papers are

4    George's.  And it's -- and I think this was at my office

5    at Proteus Biomedical.

6         Part of my recollection of the meeting being

7    shorter than George's is because I suspect I was doing

8    other things at the same time.  So, I mean, just -- you

9    have to accept here that it's very clear that most of

10   the handwritten stuff is, certainly all the technical

11   stuff is his notes.  And yeah, I just -- so I'm, you

12   know, I'm probably paying less attention in that

13   meeting.  And I'm certain since I've got a bunch of

14   employees and things going on that -- and I think Steve

15   can be clearer.

16        Part of why there was some difficulty in

17   arranging that meeting was because I was in the process

18   of closing financing, closing a strategic partner --

19   I've been very busy for the first few weeks of this

20   year, so --

21        Q    (BY MR. NIELSEN)  Did Mr. Kelber leave you with

22   any documents at that meeting?

23        A    I don't know whether we, we gave them back or

24   whether we still have them actually.

25        Q    Do you still have the documents that you've

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson  March 8, 2006

Page 50

1    reviewed at some point?

2        A    I don't think so.  I don't know actually.

3        Q    Did you review any documents in the past week

4    in preparing for this deposition?

5        A    No.

6        Q    Okay.  But you had reviewed them prior to a

7    meeting with Mr. Kelber in early February?

8        A    We were sent a set of documents that I believe

9    related to discovery, and the initial question was do we

10   know whose handwriting this is.

11       Q    Okay.  Let's go back to that July 1989 meeting.

12   Is there anything -- well, do you have any recollection

13   as to what Arthur Skoultchi specifically drew on the

14   white board that day?

15       A    I couldn't draw it today.  But I believe it was

16   a series of diagrams in which he drew out gene

17   sequences, and then he sort of showed how you drop this

18   in, take that out and that kind of thing, and the

19   methods that you would use.  I mean you make notes and

20   he sort of showed us his process.

21       Q    Do you remember anything more specific about

22   those drawings than that, anything at all?

23       A    Well, I think it's fair to say that my

24   recollection of the notes that I've seen that may

25   pertain to that meeting is that George didn't write that

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 51

1    up in the meeting notes.

2        Q    I'm sorry, so you remember that George was

3    taking notes that day?

4        A    He took, yes, yeah.

5        Q    Okay.  But you can't remember anything more

6    specific about what Skoultchi -- well, independent of

7    George's notes, can you remember anything else about

8    what Dr. Skoultchi drew on the white board that day in

9    July?

10       A    I would have to think about it.  I can't

11   remember now, no.

12       Q    Okay.  Can you remember anything else about

13   what Dr. Skoultchi said in connection with his idea that

14   day in July, other than what you've mentioned already?

15       A    I'm having trouble recalling what I mentioned

16   already.  I mean we discussed it.  I mean it was -- and

17   it wasn't a new idea at that meeting.  It had been,

18   because it was on the table at that meeting, it must

19   have been an idea that came up, we discussed early

20   March, maybe April time, but probably February-March.

21   And it had been relatively well fleshed out.

22            Because it was reasonably fleshed out and

23   looked like it was going to be part of the business plan

24   there was some urgency at that meeting with respect to

25   intellectual property.

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 52

1      Q    So you can't remember anything else

2   specifically that Dr. Skoultchi said that day in July?

3      A    I don't know, I would have to -- I mean, you

4   know, if I looked at what I've already told you and I

5   thought about it I might be able to come up with some

6   more specifics, but it's very hard.

7      Q    You know, in general, do you remember anything,

8   any quotes that Dr. Skoultchi specifically said that day

9   in July 1989, other than just a general recollection of

10  general issues or topics that --

11     A    More words that he said?

12     Q    Yes, exactly.

13     A    No, I can't.

14     Q    Okay.  I think we've been focusing on what

15  Dr. Skoultchi specifically said that day for awhile.

16  How about -- and you mentioned that Dr. -- I'm sorry,

17  Burt Rowland and Dr. Skoultchi were having a

18  conversation on the side.  Can you remember anything

19  else that anyone else who was at that meeting

20  specifically said?

21     A    As it pertains to this particular issue or

22  just --

23     Q    Dr. Skoultchi's idea for using homologous

24  recombination for producing proteins.

25     A    I seem to recall Mr. Rowland thought it was

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 53

1   patentable and that it would be clear of other art, that

2   it was a novel idea.  Because obviously that was an

3   important point.  And obviously Burt was the guy who had

4   written the Cohen & Boyer patent, and he was a famous

5   guy who was very well respected and his opinion matters

6   a lot is my recollection.

7            So there was this issue of novelty, there was

8   this issue of freedom to operate, you know, all the

9   basic patent issues.  And then there was a process by

10  which Burt was going to get it written up.

11       Q    Do you remember any specific words that

12  Dr. Rowland uttered that day about those issues?

13       A    I couldn't quote him, no.  I couldn't quote him

14  verbatim.  I mean these were in, people were talking

15  about these things.

16       Q    You have a specific recollection of those

17  issues being discussed that day?

18       A    It's my recollection that they came up at this

19  meeting, yes.

20       Q    Anything else that anyone else discussed

21  relating to Skoultchi's idea that day in July?  Anything

22  at all?

23       A    Okay.  I would have to -- it's very -- I mean I

24  think it's fair to say I discussed, that we discussed

25  the application of the technology from a product

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 54

1   standpoint, what that meant from a business standpoint.

2   We discussed the extent to which it was patentable,

3   protectable.  I think we discussed potential

4   competition.  I mean we discussed all the elements that

5   you would expect to be discussed that relate to whether

6   or not something is going to be part of a business plan.

7        Q    Okay.  And other than what you described

8   already, I take it you can't remember anything else

9   specifically that was discussed or mentioned that day;

10  is that fair?

11       A    At this time it would be fair to say, I mean if

12  I went away and thought about it and really tried to

13  remember, maybe you showed me documents I could remember

14  more stuff, but it's --

15       Q    But sitting --

16       A    Right now I mean I just -- I'm trying, you

17  know.

18       Q    You are unable to recall anything else right

19  now --

20       A    Right.

21       Q    I'm sorry, if you could just let me finish.

22       A    I'm sorry.

23       Q    It's okay.  We tend to talk at the same time.

24  If you could just let me finish so the court reporter

25  can take it down.

LegaLink Chicago
1-800-868-0061   www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 55

1        So just to recap, sitting here right now, you

2    can't recall anything else about what anyone attending

3    that meeting in July specifically said in connection

4    with Skoultchi's idea; is that fair?

5        A    I think that's a fair characterization at this

6    time, yes.

7        Q    Did anyone else go to the white board and

8    explain anything at that meeting?

9        A    Yes.

10       Q    Who?

11       A    Raju certainly did.  I think probably Bob

12   Tepper did, too.  I can't remember who all did.  Mark

13   certainly used the white board.

14       Q    You can't remember anyone else going to the

15   white board?

16       A    Well, there was some presentations made using

17   the overhead projector.  And there were some that were

18   made where people sort of wrote on the board.  There was

19   sort of a mixture of those two sort of modes going on.

20       Q    Did you or Dr. Savage make any presentations at

21   that meeting?

22       A    I was just trying to remember that, because I

23   was thinking that would be next.  We might have done.

24   I'm just going to have to think about that.

25       Q    You can't recall anything right now?

Andrew Thompson  March 8, 2006

Page 56

1        A    Right now, no.  I'm just going back on that.

2   It's a good question.  I'm trying to remember if we did

3   present any material.  I can't remember right now.  I

4   mean I'll have to --

5        Q    Okay.  So --

6        A    I think it's fair to say a good deal of the

7   material that Mark was using we had generated for Mark.

8        Q    Do you remember specific material that Mark was

9   using at that meeting?

10       A    I don't know, I don't know whether it was at

11  this meeting, but there is a chart in the business plan

12  which has the sort of the homologous recombination

13  universe, where -- have you seen that chart?

14       Q    Uh-huh.

15       A    Now I am told, George insists that I invented

16  that, and it's likely that I did.  And I can't remember

17  exactly when that came out.  But that would have been a

18  tool that I would have used with those scientists to

19  help them, to help facilitate this process of getting

20  out okay.  So if this is the universe, where are we

21  going to move in the universe.  So I suspect that was

22  one of the tools that was used at that meeting, in my

23  memory.

24       Q    You can't recall it specifically being used at

25  that meeting, though?

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Page 57

1      A    I think it was.  I think it was very early

2   tool.

3      Q    Do you remember the date when you -- well, do

4   you remember creating that diagram that you are

5   referring to?

6      A    So the truth is, from my perspective, I would

7   have facilitated the creation of that diagram.  So I

8   would have drawn something and said, look, it looks like

9   this, and these four scientists would have said that's a

10  lot of rubbish, it looks like this, and that would have

11  been great because I would have gotten then what I

12  wanted.  I would have given them credit for authorship.

13  The framework is something I would done, my memory on

14  that is probably it was April or May that that first

15  came into existence.

16     Q    Okay.  Other than believing that's how the

17  process probably took place, do you have a specific

18  memory of creating that particular diagram or the

19  precursor to it?

20     A    Not right now.

21     Q    You can't remember a specific date when you

22  created that?

23     A    Well, so the way it's instantiated today is

24  that computer graphic.  And it would have existed as a

25  handdrawn graphic well before then, so -- I can't

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 58

1    remember exactly when I drew it out.

2         Q    Was that diagram in one of the business plans

3    for Cell Genesys that you referred to earlier today, or

4    was that in another document?

5         A    My memory is that it's in the -- by September

6    there was a draft business plan that we had created, and

7    it was in that business plan.  There was a picture, a

8    computer graphic of that thing in the business plan.

9    And that was in September.

10        Q    Were you involved at all with the work to

11   prepare a patent application for Dr. Skoultchi's idea?

12        A    I guess it depends what you mean by involved in

13   the work.

14        Q    Do you have any discussions with anyone about

15   patent application for that idea after this July

16   meeting?

17        A    I mean the topic of patents certainly would

18   have come up.  I don't recall that I was ever involved

19   in meetings with counsel after that.  Although counsel

20   was at meetings.  So I remember being at meetings at

21   Cell Genesys.  Once they moved to their facility in

22   Foster City where -- Burt Rowland was in attendance.

23   But I mean I wasn't going to Burt's office, you know.  I

24   don't know, but I'm assuming since we discussed in our

25   project team updates IP, and then progression of IP,

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 59

1    that that was going on with Mark and with Art and with

2    various other folks.

3              MR. KELBER:  Counsel, if we're moving away from

4    that eventful day in July could we take just a

5    five-minute break?

6              MR. NIELSEN:  That's fine.

7              (Recess taken from 11:18 to 11:33)

8         Q    (BY MR. NIELSEN)  Mr. Thompson, have you

9    retained counsel for your deposition today?

10        A    If you mean have I separately, other than just

11   being contacted by Mr. Kelber, no.

12        Q    Have you retained Mr. Kelber as your lawyer?

13        A    I'm not sure I actually know the answer to that

14   question.  So I just don't, I don't know whether --

15             MR. KELBER:  If it helps the record, we are

16   representing Mr. Thompson, but he has not retained us.

17             THE WITNESS:  I mean I don't know what the -- I

18   don't know what it means when you say retained counsel.

19   I haven't signed any paperwork.  I'm assuming for

20   purposes of this discussion he's my counsel.

21        Q    (BY MR. NIELSEN)  Okay.  Coming into the

22   deposition today did you have an understanding that

23   Mr. Kelber would represent you in this deposition, as

24   opposed to representing Cell Genesys?

25        A    I guess the way I thought about this was that

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 72

1    discussion was that it didn't matter what had been

2    written on as long as, you know, you could write it on a

3    piece of paper and staple it into your notebook, but you

4    had to have the written stuff and it had to be sort

5    of --

6            And I think part of the issue here is these

7    were very busy guys working a lot of things and they

8    weren't always sitting in the lab saying ah-ha, the

9    light bulb has gone off and I'll put that in my

10   notebook.  They might be sitting in the back of a taxi

11   in New York and have the ah-ha go off in which case you

12   can write it on the back of your taxi ticket, but you

13   better get it written in your notebook.

14       Q   Do you know if anyone confirmed or signed off

15   on Skoultchi's idea to record this disclosure?

16       A   I don't have a detailed recollection of that

17   other than this issue of when and how it had been done

18   and making sure that it was disclosed properly, that

19   Rowland saw it, et cetera, et cetera.  That happened

20   clearly before that meeting in July.

21       Q   Okay.  And do you know if Rowland did see or

22   learn of the idea or confirm the idea?

23       A   Well, in July he was there to make drafting

24   notes so he could prepare a patent.  And so there must

25   have been disclosure before that meeting.

LegaLink Chicago
1-800-868-0061   www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson    March 8, 2006

Page 73

1      Q   Are you aware of any communication that Burt

2  Rowland had with anyone else about Skoultchi's idea

3  before that July 1989 meeting?

4      A   Specific, no.  But generally there was clearly

5  discussion, I mean that wasn't -- Burt didn't just show

6  up that day out of -- so there was discussion about Burt

7  Rowland and his involvement with the company well before

8  that.

9      Q   Did he show up, did he discuss other

10  intellectual property or intellectual property for other

11  ideas besides Skoultchi's idea at that July 1989

12  meeting?

13      A   So that we had this -- the RPE thing with

14  the -- was it the Cambridge rat?  It was a certain type

15  of rat anyway.  And we had the naked mouse.  And I think

16  my recollection was that the -- I think the naked mouse

17  stuff was fairly well advanced by then, or at least

18  there was -- fairly high degree of comfort around that

19  IP.  I can't remember much about the rat, the rat stuff,

20  actually.  And then there was this --

21      So there would have been other discussions

22  about IP because there were other patents on file.  And

23  of course they were the foundational patents that

24  related to homologous recombination and to how you would

25  apply those technologies, so --

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson  March 8, 2006

Page 74

1    Q    You mentioned that there were some, you believe

2    there were some faxes back and forth.

3    A    I think so.

4    Q    Do you remember seeing those faxes?

5    A    I certainly remember seeing faxes.  I mean

6    again this is pre-email.  So there was a lot of fax

7    communication.

8    Q    Do you remember seeing a fax transmittal of

9    reflecting Skoultchi's idea before that July 1989

10   meeting?

11   A    I'm digging deep now.  I seem to recall there

12   was this discussion about disclosure and about the

13   importance of this idea, and if it was going into the

14   business plan that we had to make sure that it was

15   patentable and had Art disclosed it.  And I believe

16   there was some kind of communication and fax about that.

17   That would have predated the July meeting probably by

18   many weeks.

19   Q    So can you remember seeing any faxes on this

20   particular issue in 1989?

21   A    Specifically, no.  But generally, I mean I

22   remember there being lots of faxes that this was an

23   issue, so I don't know, that's about as specific as I

24   can get right now.

25   Q    And do you remember the dates of or the date of

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 75

1    this discussion of disclosure, as you refer to it?

2         A    No.   It's probably sometime in April.   I mean

3    if, if we said that, look, sometime around February,

4    March, April was when this idea came up.   And pretty

5    soon after the idea coming up I would have, you know,

6    we'd have done this clinical economic, you know, put it

7    in the screen.   If it comes out on the screen that this

8    is really interesting, and we went to Mark and did our

9    Monday morning meeting and said, you know, Mark, we

10   think that's good, then Mark probably would have said,

11   okay, then we better make sure we have a patent on that.

12        Q    Could the discussion of disclosure -- again,

13   forgive me if we've already covered this, but who

14   participated in this discussion on the issue of the

15   disclosure of Skoultchi's idea?   You said Mark Levin.

16   Anyone else?

17        A    There could have -- Grant Heidrich could have

18   been on these discussions.

19        Q    Who do you specifically remember, if anyone,

20   participating in such a discussion?

21        A    Me, Mark and George.

22        Q    Do you remember specific conversation with

23   Levin and Savage about this issue?

24        A    No.   I mean not specificity it was on this day

25   on this time.   You know, I have many specific

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 76

1    recollections of Mark sitting in his cube on the floor

2    with paper all around him and all that.  But I mean I

3    can't piece it together much beyond where I'm right now.

4         Q    Okay.  So is the first time you recall seeing

5    something that reflected Skoultchi's idea, let me try to

6    ask you a better question.

7              Was this July 1989 meeting when Skoultchi went

8    up to the white board the first instance of -- that you

9    recall of seeing something in writing reflecting

10   Skoultchi's idea?

11        A    No.

12        Q    When did it happen before that?

13        A    I guess let me go back to the previous

14   testimony.  I think I said look, this had to have been

15   disclosed or discussed March, April, February, March,

16   April, that kind of time frame.  There would have been

17   stuff in writing that described generally what the idea

18   was.

19             The issue here is that to have a strong patent

20   you've obviously got to be able to reduce to practice --

21   it's got to be teachable art.  Art had to teach the art,

22   so to speak.  And so what he was doing on that day, you

23   know -- Burt was a very, very clever guy.  He was a

24   patent lawyer but also a Ph.D. in macrobiology.  I mean

25   Burt was a very, very clever guy with a very deep silo

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 77

1    of knowledge from a patent and a technical perspective.

2         And so, you know, in my own case where I've

3    done patent disclosure now, amazingly, you know, I tend

4    to disclose things, here is a very simple idea, and then

5    of course I get annihilated by the patent attorney

6    because you have this thing -- they have critique, you

7    know.

8         So this was a process with Burt at that meeting

9    where, okay, teach me how to do this art.  And Art was

10   at a very high level so he would say it's obvious you

11   are, you do this and this and this.  And Burt would say

12   get more specific, you know, a lab assistant.

13        What Burt wanted was absolutely explicitly a

14   rendition of this technique such that it could be taught

15   and you could read the patent and sort of a bachelor's

16   degree in biology could go do it.  At which point you

17   have a pretty good patent.

18        And so my experience with disclosure is it's a

19   process where you begin with, well, here is the idea,

20   you know, three lines about what it is, or a couple

21   diagrams, and then over a period of time if you are

22   going to create a really good patent then of course you

23   have to flush that out.

24        Q    Do you remember a discussion of that sort

25   specifically happening between Rowland and Skoultchi at

LegaLink Chicago
1-800-868-0061   www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson  March 8, 2006

Page 78

1   this July meeting?

2        A    Yeah, I think that's part of what was going to

3   go on, because Burt was going to go away and draft.

4        Q    Do you remember anything that they specifically

5   said along those lines?

6        A    Well, I mean there was a back and forth and

7   Burt was asking questions.

8        Q    But do you remember any of those specific

9   questions?

10       A    How do you do that, could you do it this way

11  and that way.

12       Q    Do you remember him asking those questions?

13       A    Yeah.  I mean there was that whole dialogue.

14       Q    Okay.  Can you remember anything more specific

15  about this dialogue between Rowland and Skoultchi that

16  day, anything at all, even though it might seem like

17  it's minutia?

18       A    It would be very hard for me to do that.

19       Q    Okay.

20       A    One of the problems here is I unfortunately

21  described how I work with George who has this very

22  technical, very specific mind.  So unfortunately he

23  became a bit of a crutch, because I knew he would

24  remember.  And so I -- but, I mean -- and if he was here

25  maybe we would have a conversation that would spark my

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson  March 8, 2006

Page 79

1   memory.  But I can't remember it now.

2       Q   Okay.  Other than what you've referred to, you

3   can't remember it in any more specific detail?

4       A   No.  I mean it's -- I guess I can just remember

5   the process I've discussed, whether it's disclosure that

6   leads to a patent and there is a whole process

7   in-between where you've got to flush it out.

8       Q   Okay.  I just want to confirm, is the first

9   specific date that you can recall a discussion or a

10  reflection of Skoultchi's idea for homologous

11  recombination this July meeting of the Scientific

12  Advisory Board that you referred to?

13      A   Ask me that again.

14      Q   Okay.  All I'm trying to understand is the

15  first specific recollection you have, the first specific

16  date, where Skoultchi's idea was discussed or you saw it

17  in writing.  I know you have this general recollection

18  that you believe it would have happened, but --

19      A   It did happen in February-March -- I think

20  April is unlikely --

21      Q   But you can't remember?

22          MR. KELBER:  Let the witness answer, then you

23  get to ask the question.

24          THE WITNESS:  Yeah, it's a must, February or

25  March was when it first came up.  And I may not have

LegaLink Chicago
1-800-868-0061  www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 80

1  heard it directly from Art.  It may have come to us from

2  Mark as an idea, what do you think of this.  And then

3  there was discussion about disclosure and patentability.

4        One of the things I'm remembering that relates

5  to the July meeting is I believe one of the issues that

6  related to disclosure and getting it done was that there

7  was some issue of publication about meetings that were

8  coming up and papers that were going to get published.

9  And I don't recall whether that was Art or somebody in

10  his lab.  But there were other people working in similar

11  areas.  And so, I mean, by July it was very urgent.

12     Q    Okay.  Do you remember Skoultchi specifically

13  saying anything about his idea leading up to that July

14  meeting?

15     A    Here's the question, do I remember having a

16  conversation with Art Skoultchi about this idea,

17  specifically a date and time?

18     Q    Do you remember Skoultchi having a discussion

19  with anyone about his idea going into that July 1989

20  meeting?

21     A    Sure.

22     Q    Okay.

23     A    Also it was discussed all the time.  So I mean

24  this is a very intense process where we're trying to

25  figure out what to do with a bunch of technology.  So it

1    was discussed.

2            So when the idea came up and I was asked to go

3    and figure out does this mean something from a business

4    standpoint.  I almost certainly would have had a

5    conversation with Art, well, describe to me what it is

6    you think you can do here and why that would have been

7    useful.  That would have been the first place I would

8    have started.

9        Q    You can't recall any specific dates before that

10   July 1989 meeting, though, for a discussion along those

11   lines?

12       A    You are asking me to say if I described that

13   process, or that discussion, do I remember the date that

14   it happened?  The answer is it must have happened in

15   February or March, probably, maybe April at the latest.

16   But I must have had those discussions with him at that

17   time, February or March, I think.

18       Q    But you can't recall the specific date?

19       A    Specific date, no, that would be really pushing

20   me.  But I mean if you have papers, I mean we could

21   probably figure it out, because it will just start to

22   show up.

23       Q    Can you recall any specific communications

24   about Skoultchi's idea in February of 1989?

25       A    No.  Other than look, we were having these

Andrew Thompson    March 8, 2006

Page 82

1    regular meetings, no.

2        Q    Can you recall seeing any documents reflecting

3    Skoultchi's idea in February 1989?

4        A    It started to be in the radar in February or

5    March is my recollection.  And it would have been

6    reflected in meeting minutes or in notes that George and

7    I were taking.  I mean it's there in the process.  If

8    there are any precursors to the business plan, as soon

9    as this became something that was discussed, there would

10   be --

11       Q    I understand that you believe that things took

12   place in certain months and certain time frame.  My

13   question to you is specifically do you remember a

14   specific, seeing a document in February of 1989 that

15   reflected Skoultchi's idea?

16       A    I haven't seen one yet, no, I don't think.

17       Q    Okay.  How about -- all right.  Do you remember

18   any communications in March of 1989 concerning

19   Skoultchi's idea?

20       A    I'm just trying to remember when spring break

21   was.  Because my guess is it was certainly on the table

22   at spring break.  I don't know.  It may not be March.  I

23   don't know.

24       Q    You can't recall any specific conversations

25   taking place about Skoultchi's idea in March of 1989?

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 83

1           MR. KELBER:  Objection, asked and answered.

2      Q    (BY MR. NIELSEN)  Is that correct?

3           MR. KELBER:  Same objection.

4           THE WITNESS:  Yeah, I mean I can't piece it all

5      together.  I mean there is so much going on, so --

6      Q    (BY MR. NIELSEN)  Yeah, I understand it's been

7      a long time.  Okay.  Is it fair to say as well that you

8      can't recall seeing any documents in March of 1989

9      reflecting Skoultchi's idea?

10     A    What's fair to say, because I mean the more you

11     sort of parse it the more difficult it becomes to sort

12     of answer fairly.  So the fair answer is that this was

13     an issue, there were discussions about it, I remember

14     issues about disclosure and about had it been disclosed

15     well before the July meeting, that we had worked on it

16     before the July meeting.  And that, you know, July then

17     it all sort of was supposed to come together.  And there

18     were clearly documents.  We discussed this issue, there

19     were faxes that went back and forth.

20     Q    Okay.  But you can't recall any specific

21     instances in March of 1989 of you seeing something

22     reflecting Skoultchi's idea; is that correct?

23     A    I can't recall specific documents, no.

24     Q    Can you recall any specific instances in April

25     of 1989 where there was a discussion about Skoultchi's

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 84

1    idea or you saw a document about Skoultchi's idea?

2        A    Well, so, again, I haven't seen the document

3    discovery you've done.  So I mean -- but there were all

4    sorts of meeting minutes and notes, and so I recall

5    those.  And I just can't recall when it started to go

6    into those notes.

7        Q    So you can't recall any specific instances in

8    April of 1989?

9        A    That's fair to say.

10       Q    How about May of 1989?

11       A    No.

12       Q    You can't recall any conversations or seen any

13   documents about Skoultchi's idea in May of 1989?

14       A    Okay.  So I mean the problem here is that the

15   July meeting stands out because it was an important

16   meeting, it was a big meeting and there were lots of

17   people there.  Before that there was what I'm going to

18   call this process where they were -- so it's just all

19   blurs into one long blob.

20       Q    Again, I understand that, you know, the idea of

21   it blurring together.  What I'm trying to do is just get

22   an understanding of month-by-month any specific

23   recollections you have of the idea being discussed or

24   having seen the idea.  So is it fair to say that in May

25   you have no such, you know, specific recollection?

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 91

1       A    That's right, October, November.

2       Q    And when Steve Sherwin came on board as CEO of

3    Cell Genesys --

4       A    Uh-huh.

5       Q    -- did you quit working on CGI all together or

6    did you still have some involvement?

7       A    No, no, we still had stuff to do.

8       Q    Okay.  Do you have any knowledge of dates on

9    which anyone attempted to perform Skoultchi's idea in a

10   lab?

11      A    No.

12      Q    You weren't involved with that?

13      A    Well, I mean we were involved in the build-out

14   of their first facility.  We knew the scientists that

15   were going to be working there.  We were walking through

16   the lab, I remember the lab being finished.  I remember

17   meetings at the Foster City facility with Burt and

18   various members of the scientific team.  But, I mean,

19   you know, I wasn't checking up who was doing what in

20   what petri dish.

21      Q    Was that somebody else's responsibility?

22      A    No.  I mean I don't know how you track who is

23   doing what in the petri dish in the lab.  I mean there

24   was a process by which they, you know, recruited the

25   management team and, I mean, you know, I don't know.  I

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 92

1    don't have specific knowledge of that.

2         Q    Okay.  Do you know -- well, do you know who in

3    connection with CGI first attempted to get Skoultchi's

4    idea to work?

5         A    No, no.

6         Q    Okay.  Do you have any idea when efforts were

7    first started to perform Skoultchi's idea?

8         A    No.

9         Q    Okay.  Following that July 1989 meeting, do you

10   recall any other specific discussions or documents

11   reflecting Skoultchi's idea?

12        A    So in the fall when they had the facility and

13   we were building it out Steve Sherwin became CEO, Kurt

14   Wheeler was either the chief operating officer or VP of

15   operations, or something like that, and essentially

16   Steve, for the purposes of doing the financing, wanted

17   to remake or recast the plan we'd written in a way that

18   made it his own.

19             And I believe that the project plans were

20   tweaked.  I think there was an additional project that

21   was added at that time.  And there was a new quote

22   unquote "business plan" written that was really, you

23   know, take on document, recast it, make it Steve's, and

24   it's his plan.  And I think there was --

25             We had three projects, and I believe that the

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Page 93

1   original plan that was financed in Robertson Stevens, I

2   think it was Kathy Behrens who led the reround, or led

3   the first, I don't know how they cast it, A or B, but

4   Mayfield was the C investor, and I think Robertson

5   Stevens was the lead investor of the first round, my

6   memory it was Kathy Behrens.  That plan had four

7   projects, I believe.

8       Q    Okay.  So do you remember Skoultchi's idea

9   being reflected in the business plan that you referred

10  to in the fall of '89?

11      A    I think it was in that plan, yes, I believe.

12  It was certainly in our plan.

13      Q    Okay.  And was that the September 1989 plan?

14      A    That's correct.  There is a September draft

15  that was the first clean, clear this is the consensus of

16  this team with respect to this business.  This is what

17  we're going to do.  And it was a -- I guess it was Mark

18  Twain who said something about sorry for the length of

19  this note, but I didn't have the time to write less.

20          So this was less in the sense that this was an

21  extremely succinct distillation of all the work that had

22  come previously.

23      Q    Did you see that document in preparation for

24  your deposition?

25      A    I hunted for it because in the process of

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 94

1   incubating another company sometime ago, a 2001 company

2   that we incubated, with the entrepreneur who we were

3   working with, I recall giving him a copy of that plan

4   because it's a very succinct look, this is how you can

5   create a company.

6         When we started working with Mayfield we wrote

7   down a series of presentations how we would approach the

8   process of creating a company.  And part of why we were

9   hired was because George and I had had some experience

10  going through that and thinking about that, and so we

11  set up a very structured process for approaching

12  technology and markets and how you can create a

13  financeable plan out of a set of components.

14        You know, we gave that plan to this

15  entrepreneur, and I remembered that.  And I wanted to

16  see if I could find it.  So I did see it then.

17     Q    Were you asked to search for documents in

18  connection with this case?

19     A    Yes, we were asked if we had anything.

20     Q    I'm sorry?

21     A    We were asked if we had anything.

22     Q    And did you have anything?

23     A    I believe that George has sent some Macintosh

24  disks that are unreadable, but I don't know, I actually

25  don't know what the status is on them.  They are old

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson    March 8, 2006

Page 95

1    disks.

2              MR. KELBER:  For the record, Counsel, we have

3    received some disks.  We have engaged Cricket

4    Technologists to see if they can salvage anything off

5    them.  They are, you know, they are the problem of old

6    technology.  If we get anything off of them we will

7    certainly produce them.  If we don't get them we will

8    make photocopies of what we got, send you photocopies.

9         Q    (BY MR. NIELSEN)  Okay.  When were those disks

10   sent to counsel for CGI?

11        A    I don't know.

12        Q    Dr. Savage sent them?

13        A    I remember him telling me sometime in the last

14   few weeks that he thought he'd found some old Macintosh

15   disks that were around, you know, of this time period.

16   They may not have -- they may have nothing on them that

17   relates to CGI.  They may even be a year -- I mean they

18   may be all his business papers for all I know.

19        Q    You couldn't find anything else from your

20   search?

21        A    No.  Well, I did say to Steve we'll take

22   another look.  I mean this is not top of my, you know,

23   we have an office and it's full of stuff that goes back

24   years.  I did try to find the specific plan that I gave

25   to this entrepreneur and I could not find that.

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 96

1    Q    Were you unavailable for deposition before
2  today?
3    A    Well, I wouldn't say that I was unavailable.  I
4  just -- we did try various other dates, and I have other
5  responsibilities, and so I just, I mean I think we
6  suggested a number of dates that haven't worked out for
7  various reasons, so --
8    Q    Is it true that you were unwilling or unable to
9  appear for a deposition in-between February 2nd and
10  today, March 8th?
11    A    I was perfectly willing.  Just, I'm just a busy
12  guy.  I mean I'm not trying to be difficult, but I got,
13  I mean, just a lot to do.
14        MR. KELBER:  And I think, Counsel, history
15  shows that there has been no slight of hand in this
16  case.  But if you are going to ask the witness questions
17  that attempt to characterize history in a way that you
18  absolutely personally know is contrary, we would take
19  exception to that.  The witness did give you dates that
20  he was available.  You weren't.  So let's be careful.
21    Q    (BY MR. NIELSEN)  So you were willing to appear
22  for deposition in-between -- on some other dates
23  in-between February 2nd and today; is that correct?
24    A    What is today's date, March 7th?
25    Q    March 8th.

b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson  March 8, 2006

Page 97

1          A    My recollection is I did send some emails

2    suggesting various dates, and there were some earlier

3    dates.  I believe that there was, when I suggested

4    certain dates then there was a lag time.  Then I got --

5    I mean so I think I was available and then it took a

6    week.  In-between being available somebody stuck in

7    travel and I was in LA.

8          So I'm not -- I don't want to be difficult.  I

9    don't think I'm a difficult guy.  It's just this

10   happened 20 years ago.  I have a whole bunch of other

11   things.  I've got five kids, a bunch of companies, so

12   look, I mean it has to fit into a schedule.  I'm not

13   getting paid for this and I'm trying to be, you know,

14   Mark Levin is a good friend and will do him a favor, but

15   there is just a degree of reasonableness.

16         Q    I understand, and I'm not trying to harass you

17   about unavailability.  I know that you've got a lot

18   going on.  I was just interested in whether or not you

19   indicated to counsel that you were available to sit for

20   a deposition, you know, any time before today in the

21   last few weeks?

22         A    There was -- well, I think I did.  That would

23   be my memory.  I do believe we have exchanged emails

24   about that, at least Steven and I have, Mr. Kelber and I

25   have.  And the original date I think was sometime in

LegaLink Chicago
1-800-868-0061  www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 98

1    late January.  I think I explained that I couldn't do

2    that week because I had two board meetings and I was

3    closing the financing.  So it's just -- and I believe

4    the request was that we make a day available.  And

5    that's very hard to do.

6         Q    I understand.  Fair enough.  The business plan

7    that you refer to that was finalized in September of

8    1989, is that correct?  It was, I think you --

9         A    The thing that became sort of the -- yeah, the

10   basic -- the key is our work product, yeah.

11        Q    Did you see any prior drafts of that business

12   plan in preparation for your deposition?

13        A    In the document set that we were sent by

14   Merchant & Gould I believe there were stuff that

15   purported to be drafts of the business plan.

16        Q    Do you remember the dates of those draft

17   business plans or plan?

18        A    Earlier in 1989, specific dates I don't recall

19   in those documents.  And I didn't look at them and

20   really do a big sort of -- I mean I just looked through

21   them.  The question we were asked is whose handwriting

22   is it.  I mean there was stuff there that was sort of

23   the precursor to a business plan.

24        Q    Is there anything particularly unique about the

25   business plans that you and Dr. Savage prepared in 1989,

LegaLink Chicago
1-800-868-0061   www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 99

1    other than the substance of them?   Is there any

2    particular formatting or anything, anything unique to

3    your business plans?

4         A    They were really good.   The specific that we

5    did with this one was to create a bust.   So one of the

6    objections for the biotechnology company, apart from the

7    plan simply just being sort of a science text, was that

8    you were taking binary risks.   So this plan had three

9    projects in it, because that way you could mitigate risk

10   and each project had a specific purpose to the company,

11   and a specific risk profile.   So there was a sort of a

12   purpose of this project, its commercial objective and

13   the risk that we would take.   And it was very clearly

14   constructed in a specific way to address risk issues

15   that financial investors would raise.

16        Q    And did you consider that analysis somewhat

17   unique to you and Dr. Savage?

18        A    I think it's fair to say that as entrepreneurs

19   and slash investors it's part of the intellectual

20   capital that we bring -- well, what we bring we call

21   this process, it's what we call market bridging.   The

22   process by which you would define how to take a

23   technology to market is a bridge, and we could talk

24   about how you want the bridge to be narrow and short.

25   And it's okay for a bridge to be narrow and long, but

LegaLink Chicago
1-800-868-0061   www.legalink.com
b03f1f17-ed7e-4d2e-a991-e9aae6d15171

Andrew Thompson   March 8, 2006

Page 100

1    it's absolutely disastrous for a bridge to be wide and

2    long.  Because wide implies breadth.  Breadth implies

3    lack of progress towards the market, that becomes

4    nonfinanceable.

5            And so there is a whole set of intellectual

6    capital that I think is -- we would be hard pushed to

7    say it's proprietary, but I think we're very -- we are

8    unusually capable in describing and framing out how that

9    works.  But I, you know, I wouldn't want to -- there is

10   plenty of other people who think they are a lot cleverer

11   than we are and they probably are.

12       Q    Do you remember when CGI obtained space for

13   facilities?

14       A    Must have been in August or September.

15       Q    Of what year?

16       A    Of '89.

17       Q    Really?

18       A    Yeah, must have been in '89.  Because they --

19   for awhile Mitch Finer worked at my desk at Mayfield.

20   And having been gone for a period of time and came back

21   and he'd been using my desk.  Kurt Wheeler, we

22   negotiated a build-out, you know.  And I think one of

23   the things we did was to lease the TIs on the space.

24   And I remember that I introduced the people to the

25   leasing company that did that.  And I think Sal Gutary,

Andrew Thompson  March 8, 2006

Page 101

1    G-U-T -- I can't remember how to spell it, but he's

2    still in business, Western Technology, they did those

3    leases.

4        Q    You think it was September or October of '89

5    when CGI obtained its space?

6        A    I don't know when they read the lease.  I

7    remember looking at the facility.  The was in Foster

8    City.  It was a new thing.  They got it custom built

9    out.  Once they were hiring scientists they had to have

10   someone for the ventures.

11       Q    Did you have any knowledge of whether Skoultchi

12   or any other scientists were attempting to perform his

13   idea for homologous recombination in 1989?

14       A    You mean in the lab?

15       Q    Yes.

16       A    Don't know.

17            MR. NIELSEN:  Off the record.

18            (Recess taken from 12:36 to 12:41)

19       Q    (BY MR. NIELSEN)  Mr. Thompson, you explained

20   today how there were discussions and there was work

21   relating to Skoultchi's idea in 1989.  What do you

22   remember his idea was for homologous recombination in

23   1989?

24       A    Well, it wasn't that he had one idea.  But the

25   specific project that I believe we're talking about is

b03f1f17-ed7e-4d2e-a991-e9aae6d15171