**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
|     Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
|     Defendant/Counterclaimant. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11810-MLW |
| | ) | |
| CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., | ) ) | |
| | ) | |
|     Defendants. | ) | |

**ARS MOTION TO STRIKE PORTIONS OF THE "APPENDICES" ATTACHED TO
CGI'S "JAPAN" MEMORANDUM**

Applied Research Systems ARS Holding, N.V. ("ARS") respectfully moves this Court to strike and/or disregard the eighteen pages of text in the "Appendices" that CGI attached to its memorandum in support of its motion for judgment that its claims 107-109 are not unpatentable over the "Japan" reference, submitted October 2, 2006 (Docket No. 128).

As explained further in the Memorandum submitted concurrently herewith, the Court should strike and/or disregard the eighteen pages of text in the "Appendices" because the inclusion of that text in the "Appendices" is a transparent attempt by CGI to avoid the 20-page limit for motions set out in LR 7.1(b)(4). In the alternative, ARS moves for leave to file an Opposition to CGI's memorandum in excess of the page limit provided for such an opposition in LR 7.1(b)(4).

Dated: October 6, 2006                                  Respectfully submitted,


By: ___/s/ Kevin M. Flowers____
Fred A. Kelly, Jr. (BBO # 544046)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel: 617-345-1000
Fax: 617-345-1300

Kevin M. Flowers (*pro hac vice*)
Matthew C. Nielsen (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

COUNSEL FOR PLAINTIFF APPLIED
RESEARCH SYSTEMS ARS HOLDING,
N.V.