**From:** Steven Kelber [SKelber@merchantgould.com]
**Sent:** Friday, September 29, 2006 5:27 PM
**To:** Matthew Nielsen
**Subject:** Re: CGI v. ARS

Perhaps you rexeived my voice mail. In any event we cannot accept your proposal. Have a great weekend
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Matthew Nielsen <mnielsen@marshallip.com>
To: Steven Kelber <SKelber@merchantgould.com>
CC: Kevin Flowers <kflowers@marshallip.com>; Kelly, Fred <fkelly@nixonpeabody.com>
Sent: Fri Sep 29 17:08:58 2006
Subject: RE: CGI v. ARS

Steve,

We were just able to reach our client and convey your request (her plane caught on fire and had to return to Heathrow!). Our client was not inclined to agree to any extension of the page limit, but because we already agreed to a page limit of 25 pages, we will honor that agreement.

Accordingly, ARS will stipulate to a 25-page limit for the parties' briefs concerning whether CGI claims 107-109 are unpatentable over the Japan reference.

If CGI files a motion requesting a longer page limit, we request that you attach this email thread to it.

Best regards,

Matt


> -----Original Message-----
> From:  Matthew Nielsen
> Sent:  Friday, September 29, 2006 2:37 PM
> To:    'Steven Kelber'
> Cc:    Kevin Flowers; 'Kelly, Fred'
> Subject:    CGI v. ARS
>
> Steve,
>
>     This is in response to your telephone call to me a short while ago this afternoon requesting ARS to stipulate to a 30-page limit for the parties' briefs regarding whether CGI claims 107-109 are unpatentable over the Japan reference.
>
>     We are currently unable to reach our client (from whom we need permission before we can agree to your request) because she left London for the U.S. just before I spoke with you and she will not be available to us until tomorrow.
>
>     However, in the spirit of cooperation, given that Judge Wolf's order requires CGI to serve its brief tomorrow, September 30, we will stipulate to a 25-page limit for those briefs (splitting the difference between the 20-page limit of Local Rule 7.1 and your proposal). I believe we can "sell" this to our client, but without being able to reach her, we cannot agree to more at this time. I hope this suffices.
>
>     Best regards,
>
> Matthew C. Nielsen
> Marshall, Gerstein & Borun LLP
> 233 South Wacker Drive
> 6300 Sears Tower

Chicago, IL 60606-6357
Direct: (312) 474-9572
Fax: (312) 474-0448
mnielsen@marshallip.com

The material in this transmission contains confidential information intended only for the addressee. If you are not the addressee, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies, and notify Marshall, Gerstein & Borun LLP by telephone (312) 474-6300. Thank you.
****************************************************************************