**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11810-MLW |
| | ) | |
| CELL GENESYS, INC., | ) | |
| | ) | |
| Defendant/Counterclaimant, and | ) | |
| | ) | |
| TRANSKARYOTIC THERAPIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ARS MOTION *IN LIMINE* TO EXCLUDE NEW EVIDENCE OFFERED BY CGI IN
SUPPORT OF ITS "JAPAN" MEMORANDUM**

Applied Research Systems ARS Holding, N.V. ("ARS") respectfully moves this Court to exclude from evidence the following documents and testimony offered by Cell Genesys, Inc. ("CGI") in support of its motion requesting the Court to reverse the Board's decision that CGI's claims 107-109 are unpatentable over the "Japan" reference:

- any document from the notebook kept by Dr. Arthur Skoultchi;
- the document bearing a date of July 10, 1989, said to be a "memo" by Mr. Mark Levin;
- the document bearing a date of July 24, 1989, said to be a fax from Mr. Levin to Dr. Bertram Rowland;
- the documents bearing dates of August 26, and September 20, 1989, said to be different iterations of a CGI business plan;
- the document bearing a date of September 8, 1989, said to be part of a "partner presentation;" and
- the document bearing a date of November 1, 1989, said to be a cover letter from Dr. Rowland to Dr. Skoultchi.
- the deposition testimony of Arthur Skoultchi, Mark Levin, George Savage, Raju Kucherlapati, and Andrew Thompson

As explained further in the Memorandum filed concurrently herewith, this Court should not admit these documents or testimony or consider them as evidence supporting Skoultchi's alleged conception or diligence toward constructive reduction to practice of the subject matter of CGI's claims 107-109. Because CGI withheld or suppressed this evidence in the interference proceedings before the Board below, although it unquestionably had knowledge, possession, and

control of or could have obtained and presented it by exercising reasonable diligence, CGI waived its right to present these documents and testimony before this Court.

Dated: October 31, 2006                                   Respectfully submitted,


                                               By: /s/ Kevin M. Flowers
Fred A. Kelly, Jr. (BBO # 544046)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel: 617-345-1000
Fax: 617-345-1300

Kevin M. Flowers (*pro hac vice*)
Matthew C. Nielsen (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

Counsel For Plaintiff APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

      I hereby certify that Cullen N. Pendleton (counsel for ARS) and I separately attempted in good faith to confer with counsel for CGI on October 31, 2006, and were unable to resolve or narrow the issues that are the subject of this motion. Specifically, at 11:45 am I sent an email to counsel for CGI, Mr. Steven Kelber, notifying him of ARS's intent to file this motion today. Having received no response to the email, Mr. Pendleton made a telephone call to Mr. Kelber at about 3:00 p.m. that afternoon; Mr. Kelber informed Mr. Pendleton that he had tried but been unable to contact CGI, and was therefore unable to indicate to ARS whether CGI would object to ARS's motion. In order to preserve its rights, ARS is filing its motion today along with its opposition briefs. If CGI accedes to the relief sought in the motion, ARS will withdraw the motion.

                                                          /s/ Kevin M. Flowers

**CERTIFICATE OF SERVICE**

      I hereby certify that **ARS MOTION *IN LIMINE* TO EXCLUDE NEW EVIDENCE OFFERED BY CGI IN SUPPORT OF ITS "JAPAN" MEMORANDUM**, **ARS MEMORANDUM** in support, **DECLARATION OF MATTHEW C. NIELSEN** and all exhibits referred to therein are being filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on October 31, 2006. Additionally, two courtesy copies are being dispatched via UPS for next business day delivery to the Court.

                                                          /s/ Kevin M. Flowers