# EXHIBIT A

Case 1:04-cv-11810-MLW    Document 137-2    Filed 10/31/2006    Page 1 of 3

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Application of:

SKOULTCHI

| | |
|---|---|
| Serial No.: 08/102,390 | Group Art Unit: 1804 |
| Filed: August 5, 1993 | Examiner: Ziska, S. |
| For: PRODUCTION OF PROTEINS USING HOMOLOGOUS RECOMBINATION | Atty Docket No.: 7639-017/Cell 3.2 |

AMENDMENT UNDER 37 C.F.R. §1.115

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

In response to the outstanding Office Action, dated March 14, 1994, please consider the following amendments and remarks. The Applicants also submit herewith: (a) a Supplemental Information Disclosure Statement accompanied by the appropriate fee; and (b) a Request Under 37 C.F.R. § 1.607 for Interference With A Patent.

**IN THE SPECIFICATION:**

Please amend the specification as follows:

In the specification, after the first line, which reads, "This is a continuation of application serial

---

SC13257  06/14/94  08102390    EXPRESS MAIL CERTIFICATION    330.00CH

"Express Mail" label No. TB 293 996 857 US  Date of Deposit June 1, 1994
I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

RICHARD BORNSTEIN
*Richard Bornstein*

PENY-268725.1

no. 07/787,390, filed November 4, 1991" insert --(abandoned), which is a continuation-in-part of application serial no. 432,069 filed November 6, 1989 (abandoned).--

On page 8, line 35, delete "U.S. Patent No. 4,319,216" and insert in its place --U.S. Patent No. 4,399,216 --.

**IN THE CLAIMS:**

Please amend the claims as follows:

Cancel Claim 1, without prejudice.

26. (amended) A mammalian host cell having a modified endogenous gene comprising [an exogenous] a nucleotide regulatory element different from the wild-type regulatory element normally associated with the endogenous gene integrated, via homologous recombination, into the genome of the mammalian host cell, so that the integrated regulatory element is operatively associated with [an] the endogenous gene of the mammalian host cell and [so that activation and] expression of the endogenous gene [are] is controlled by the [exogenous] integrated regulatory element.

27. (amended) The mammalian host cell of Claim 26 further having an [exogenous] amplifiable gene [operatively associated with the modified gene of Claim 1] integrated into the host cell genome within or proximal to the endogenous

- 2 -

PENY-268725.1