# EXHIBIT E

Claims from which ARS claim 24 depends

18.    A cell line capable of expressing a gene product by a predetermined normally transcriptionally silent gene within the genome of said cell line, said genome having inserted therein a DNA regulatory segment operatively linked with said normally transcriptionally silent gene, said DNA regulatory segment being capable of promoting the expression of a gene product by said cell line.

22.    A cell line in accordance with claim 18 wherein said DNA regulatory segment is one which is capable of promoting the expression of a gene product **normally expressed** by said cell line.

23.    A cell line in accordance with claim 22, **wherein the inserted DNA regulatory segment is part of a DNA construct comprising said DNA regulatory segment and at least one selectable marker gene**.

24.    A cell line in accordance with claim 23, **wherein said DNA construct additionally comprises an amplifiable gene**.