# EXHIBIT G
# Part I

3

# Molecular Cloning

## A LABORATORY MANUAL
### SECOND EDITION

Sambrook · Fritsch · Maniatis

lines of cells that permanently express more modest levels of the transfected genes.

*Genes encoding selectable markers*

DNA, which enters only a small proportion of mammalian cells in a given culture, becomes stably maintained in an even smaller fraction. In a very few cases—for example, when the cells are transformed by an oncogene—stably transfected cells can be identified because they express an altered phenotype such as morphological transformation, loss of contact inhibition, or increased growth rate. However, in the great majority of cases, isolation of cell lines that express the transfected gene is achieved by introduction into the same cells of a second gene that encodes a selectable marker, i.e., an enzymatic activity that confers resistance to an antibiotic or other drug. Some of the markers described below are dominant and can be used with any type of mammalian cell; others must be used with particular cell lines that lack the relevant enzyme activity.

In early experiments, the genes encoding the protein of interest and the selectable marker were included on a single vector. However, Wigler et al. (1979) found that mammalian cells capable of taking up DNA do so efficiently, so that two unlinked plasmids can be cotransfected with high frequency (>90%). Cotransfection, which obviates the need to construct complex recombinants, has become the standard method of introducing a selectable marker (on one plasmid) and the gene of interest (on another plasmid) into mammalian cells. The selectable markers that are currently used include:

- *Thymidine kinase.* The thymidine kinase gene (*tk*), which is expressed in most mammalian cells, codes for an enzyme that is involved in the salvage pathway for synthesis of thymidine nucleotides. A number of $tk^-$ cell lines have been isolated from different mammalian species, including mouse (Ltk$^-$ cells) (Kit et al. 1963; Wigler 1977), human (143tk$^-$ cells) (Bacchetti and Graham 1977), and rat (Rat-2 fibroblast cells) (Topp 1981). These mutant cell lines, in contrast to their wild-type parents, will grow in medium that contains the thymidine analog 5-bromodeoxyuridine. Szybalska and Szybalski (1962) and Littlefield (1964, 1966) developed a selective medium containing hypoxanthine, aminopterin, and thymidine (HAT medium; see Appendix A) in which only cells expressing the *tk* gene will grow. By the appropriate use of this medium, it is therefore possible to select for or against cells that express the *tk* gene.
  Early cotransfection experiments utilized purified fragments of herpes simplex virus (HSV) DNA that contained the viral *tk* gene (Wigler et al. 1977). Subsequent cloning of the *tk* gene both from HSV (Colbère-Garapin et al. 1979) and from chicken cells (Perucho et al. 1980) made it possible to construct plasmids such as that shown in Figure 16.1A for use in cotransfection experiments. The primary limitation of these vectors is that they can be used only in $tk^-$ cell lines.

- *Dihydrofolate reductase.* Mutants of CHO cells that lack the enzyme dihydrofolate reductase (Urlaub and Chasin 1980) cannot synthesize tetrahydrofolate and therefore can grow only in media supplemented with

thymidine, glycine, and purines. Transfection of these cells with vectors that express a cloned copy of the dihydrofolate reductase gene (*dhfr*) gives rise to clones that can grow in the absence of these supplements (Subramani et al. 1981; Kaufman and Sharp 1982a,b; Kaufman et al. 1985; see Figures 16.1B and 16.3C).

DHFR can be inhibited by methotrexate, a folate analog. Progressive selection of cells that are resistant to increasing concentrations of methotrexate leads to amplification of the *dhfr* gene, with concomitant amplification of extensive regions of the DNA that flank the *dhfr* sequences (Schimke 1982). DNAs that are cotransfected with the *dhfr* gene tend to become integrated into the same region of the cellular chromosome and therefore can frequently be coamplified with *dhfr*. Alternatively, cells lacking DHFR activity can be transfected with a recombinant construct containing the gene of interest linked to the *dhfr* gene. The linked gene is then amplified by selecting with successively higher concentrations of methotrexate. The resulting cell lines express very high levels of the desired recombinant protein product (Kaufman and Sharp 1982a,b; Kaufman et al. 1985). This approach is described in more detail on page 16.28.

The coamplification method has also been adapted for use with cells that synthesize wild-type levels of DHFR. In one approach, the *dhfr* gene was placed under the control of a strong promoter, thereby conferring on transfected cells the ability to grow in concentrations of methotrexate that would be lethal to cells expressing normal, wild-type levels of the enzyme (Murray et al. 1983). Alternatively, cells transfected with a plasmid that carries a dominant selectable marker (e.g., resistance to geneticin [G418]), the *dhfr* gene, and the gene of interest are selected first for their ability to grow in G418 and then for their ability to grow in progressively higher concentrations of methotrexate (Kim and Wold 1985). Finally, an altered form of the *dhfr* gene encoding an enzyme that is more resistant to methotrexate has been utilized as a dominant selectable marker for cotransformation experiments in a broad range of cell types (Spandidos and Siminovitch 1977; O'Hare et al. 1981; Simonsen and Levinson 1983).

*Note:* G418 is now commercially available. Because cultured lines of mammalian cells differ widely in their sensitivity to this antibiotic, the concentration appropriate for the selection of stably transfected cells must be determined empirically.

- *Aminoglycoside phosphotransferase.* The mostly widely used dominant selection system utilizes the bacterial gene encoding aminoglycoside 3′ phosphotransferase (APH). Two distinct APH enzymes, encoded by the bacterial transposons Tn5 and Tn601, confer resistance to aminoglycoside antibiotics such as kanamycin, neomycin, and geneticin, which inhibit protein synthesis in both prokaryotic and eukaryotic cells. Eukaryotic cells do not normally express an endogenous APH activity, but they are capable of expressing the enzymes encoded by the bacterial transposons. When fused to eukaryotic transcriptional regulatory elements, the genes encoding APH can be used as dominant markers to select cells that take up exogenous DNA (Jimenez and Davies 1980; Colbère-Garapin et al. 1981). The first APH (*neo*$^r$) vectors designed for mammalian cells expressed the Tn5 *neo*$^r$ gene under the control of the HSV *tk* promoter and polyadenylation sequences (Colbère-Garapin et al. 1981). Subsequently, vectors were



**FIGURE 16.1A**
pTK2 is a derivative of pBR322 that carries a 3.6-kb *Bam*HI fragment of herpes simplex virus (HSV) encoding thymidine kinase (*tk*). The positions of the *tk* promoter ($P_{tk}$) and the polyadenylation site (polyA; AAAA) are indicated.



**FIGURE 16.1B**
pSV2-*dhfr* carries the SV40 origin (SV40 *ori*) and expresses dihydrofolate reductase (*dhfr*) from the SV40 early promoter ($P_E$). The SV40 small T intron and polyadenylation site (polyA; AAAA) are shown.

*Expression of Cloned Genes in Cultured Mammalian Cells*   **16.11**



**FIGURE 16.1C**
pRSVneo expresses aminoglycoside phosphotransferase (APH) encoded by the bacterial transposon gene Tn5 *neo*$^r$ from the Rous sarcoma virus (RSV) LTR promoter ($P_{LTR}$). The SV40 small T intron and polyadenylation site (polyA; AAAA) are located downstream from Tn5 *neo*.



**FIGURE 16.1D**
pko-neo expresses aminoglycoside phosphotransferase encoded by the bacterial transposon gene Tn5 *neo*$^r$ from the eukaryotic SV40 early promoter ($P_E$) or the prokaryotic *E. coli lac*UV5 promoter ($P_{lac}$). The SV40 origin (SV40 *ori*), SV40 small T intron, and SV40 polyadenylation sites (polyA; AAAA) are present.