# EXHIBIT G
# Part II



**FIGURE 16.1E**
pHyg directs the expression of the *E. coli* gene encoding hygromycin B phosphotransferase ($hyg^r$) using the herpes simplex virus promoter ($P_{tk}$) and polyadenylation site (HSV polyA; AAAA).



**FIGURE 16.1F**
In pSV2*gpt*, the *E. coli* xanthine-guanine phosphoribosyl transferase gene (*gpt*) is expressed using the SV40 early promoter ($P_E$) located in the SV40 origin (SV40 *ori*), the SV40 small T intron, and the SV40 polyadenylation site (polyA; AAAA).

developed that express the Tn5 *neo*<sup>r</sup> gene under the control of SV40 regulatory elements (Chia et al. 1982; Southern and Berg 1982; Okayama and Berg 1983; Van Doren et al. 1984). Vectors such as pSV2-*neo* (Southern and Berg 1982) and pRSVneo (Figure 16.1C), which have been widely used in cotransformation experiments, contain a version of the Tn5 *neo*<sup>r</sup> gene that retains prokaryotic promoter sequences between the eukaryotic promoter and the APH coding sequences. This configuration yields a vector that can confer antibiotic resistance upon both prokaryotic and eukaryotic cells. However, perhaps because the bacterial promoter contributes several upstream AUG codons, the efficiency of translation of APH mRNAs synthesized from these vectors is comparatively low in mammalian cells (Chen and Okayama 1987). Vectors such as pko-neo (Figure 16.1D) (Van Doren et al. 1984) and pcDneo (Okayama and Berg 1983; Chen and Okayama 1987), which lack prokaryotic promoter sequences, are therefore preferred.

- *Hygromycin B phosphotransferase.* The *E. coli* gene encoding hygromycin B phosphotransferase (Gritz and Davies 1983) can be used as a dominant selectable marker in much the same way as the APH gene. When the hygromycin B phosphotransferase gene (*hyg*) is introduced into mammalian cells on an appropriate expression vector (e.g., pHyg, Figure 16.1E) (Sugden et al. 1985), the transfected cells become resistant to the antibiotic hygromycin. Resistance to neomycin and to hygromycin can be selected for independently and simultaneously in cell lines that have been transfected with both genes. Thus, two different vectors can be introduced into one cell line, either simultaneously or sequentially.

- *Xanthine-guanine phosphoribosyl transferase.* The *gpt* gene of *E. coli* encodes the enzyme xanthine-guanine phosphoribosyl transferase (XGPRT), which is the bacterial analog of the mammalian enzyme hypoxanthine-guanine phosphoribosyl transferase (HGPRT). Whereas only hypoxanthine and guanine are substrates for HGPRT, XGPRT will also efficiently convert xanthine into XMP, which is a precursor of GMP. The bacterial *gpt* gene has been cloned and expressed in mammalian cells under the control of an SV40 promoter (Mulligan and Berg 1980, 1981a,b) (see, e.g., Figure 16.1F). Vectors expressing XGPRT restore the ability of mammalian cells lacking HGPRT activity to grow in HAT medium (Szybalska and Szybalski 1962; Littlefield 1964, 1966).

  Of much greater general use is the application of the *gpt* gene as a dominant selection system, which can be applied to any type of cell (Mulligan and Berg 1981a,b). Vectors expressing XGPRT confer upon wild-type mammalian cells the ability to grow in medium containing adenine, xanthine, and the inhibitor mycophenolic acid. Mycophenolic acid blocks the conversion of IMP into XMP and inhibits the de novo synthesis of GMP. The selection can be made more efficient by the addition of aminopterin, which blocks the endogenous pathway of purine biosynthesis.

- *CAD.* A single protein, CAD, possesses the first three enzymatic activities of de novo uridine biosynthesis (carbamyl phosphate synthetase, aspartate transcarbamylase, and dihydroorotase). Transfection of vectors expressing the CAD protein from Syrian hamsters into CAD-deficient (UrdA) mutants of CHO cells allows selection of CAD<sup>+</sup> transfectants that are able to grow in the absence of uridine (Robert de Saint Vincent et al. 1981).

L-Phosphonacetyl-L-aspartate (PALA) is a specific inhibitor of the aspartate transcarbamylase activity of CAD. Growth of wild-type or transfected mammalian cells in the presence of increasing concentrations of PALA leads to the amplification of the CAD gene and DNA sequences linked to it (Kempe et al. 1976; Robert de Saint Vincent et al. 1981; Wahl et al. 1984). The *E. coli* gene encoding aspartate transcarbamylase (*pyrB*), when expressed in CHO cells deficient in aspartate transcarbamylase, is also amplified by PALA selection (Ruiz and Wahl 1986).

- *Adenosine deaminase.* Adenosine deaminase (ADA) is present in virtually all animal cells, but it is normally synthesized in minute quantities and is not essential for cell growth. However, because ADA catalyzes the irreversible conversion of cytotoxic adenine nucleosides to their respective nontoxic inosine analogs, cells propagated in the presence of toxic concentrations of adenosine or its analog 9-$\beta$-D-xylofuranosyl adenine (Xyl-A) require ADA for survival (for references and review, see Kaufman 1987). Under conditions where ADA is required for cell growth, amplification of the gene can be achieved in the presence of increasing concentrations of 2'-deoxycoformycin (dCF), a transition-state analog of adenine nucleotides that strongly inhibits the enzyme. In cells selected for their ability to resist high concentrations of 2'-deoxycoformycin, it has been shown that ADA was overproduced 11,400-fold and represented 75% of the soluble protein synthesized by the cells (Ingolia et al. 1985).

- *Asparagine synthetase.* The *E. coli* gene coding for asparagine synthetase (AS) is a potentially useful, dominant, amplifiable marker for mammalian cells. Because the bacterial enzyme uses ammonia as an amide donor—in contrast to the mammalian enzyme, which uses glutamine—cells that express the bacterial AS gene will grow in asparagine-free medium containing the glutamine analog albizziin. Subsequently, the transfected AS gene can be amplified by selection in medium containing increasing concentrations of $\beta$-aspartyl hydroxamate, an analog of aspartic acid.

## *Foreign DNA Sequences*

DNAs encoding the foreign protein of interest are usually cloned as cDNAs that lack all of the controlling elements required for expression in mammalian cells but may contain ancillary sequences introduced during the construction of the cDNA library (e.g., homopolymeric stretches of guanine or cytosine residues, synthetic linkers, etc.). No consensus exists as to whether or not these ancillary sequences need to be removed before the cDNA can be expressed in mammalian cells. However, since such sequences never enhance, and in some circumstances may suppress, the level of expression of foreign DNAs in mammalian cells (Simonsen et al. 1982), most workers prefer to remove as many extraneous sequences as is conveniently possible. Less frequently, DNAs encoding the foreign protein of interest are obtained as a genomic copy in which the coding sequences may be interrupted by one or more introns. A complete genomic copy will have all the controlling sequences necessary for the expression of the protein in some, but not necessarily all, cell types. Because the specificity of these sequences determines the range of cell types in which the gene will be active, replacement

## AMPLIFICATION SYSTEMS

SV40-, BPV-, and EBV-based vectors can all be used to generate cell lines that contain multiple copies of a foreign gene and express moderate amounts of the protein of interest. Larger quantities of foreign protein can be obtained from lines of cells carrying amplified chromosomal copies of the gene of interest. In this method, the foreign gene is attached to a segment of DNA that carries a drug resistance marker and transfected into the cells, or the foreign gene and drug resistance marker are "cotransfected" (see page 16.9) into the cells. When cells carrying such composite structures are exposed to progressively increasing concentrations of the appropriate drug, sublines can be selected in which the number of copies of the drug resistance marker and the foreign gene are greatly amplified. Of the wide variety of available drug resistance markers (see pages 16.9–16.14; for a full listing, see Kaufman 1987), the *dhfr* gene is the most extensively used for coamplification of foreign DNA sequences. After several months of growth in progressively increasing concentrations of methotrexate, cell lines can be obtained that carry up to 1000 copies of the *dhfr* gene (for review, see Schimke 1984, 1988; Stark and Wahl 1984). The DNA unit that is amplified under selective conditions varies from cell line to cell line but is always much larger than the *dhfr* gene itself and may include up to 1000 kb of flanking DNA sequences. The amplified genes can be either stable or unstable when the cells are subsequently grown under nonselective conditions. In stable lines, the amplified genes are integrated into the chromosome and are associated with expanded chromosomal regions termed homogeneously staining regions (HSRs). In contrast, in unstably amplified lines, the *dhfr* genes are present on extrachromosomal, autonomously replicating elements called double-minute chromosomes (DMs), which do not contain centromeres and are rapidly lost upon propagation in the absence of selection. For reasons that are not well understood, hamster cell lines such as CHO generally contain stably amplified, integrated *dhfr* genes, whereas mouse cell lines generally carry the amplified sequences in the form of unstable DMs.

CHO cells that are deficient in DHFR (DUKX-B11 cells; Urlaub and Chasin 1980) can be transformed with a cloned *dhfr* gene and amplified as described above. This approach has been used to establish lines of CHO cells that express very high levels of proteins encoded by a number of cloned cDNAs (for review, see Kaufman 1987). To extend the *dhfr* amplification system to different cell types, a mutant *dhfr* gene that encodes a protein with a reduced sensitivity to methotrexate can be used to generate methotrexate-resistant derivatives of cell lines that contain normal numbers of the endogenous wild-type *dhfr* gene (see, e.g., Simonsen and Levinson 1983). However, the extent of amplification of this altered gene is limited by the high concentration of methotrexate required to inhibit the mutant *dhfr* gene. Thus, in practice, expression of foreign proteins from amplified gene copies has relied heavily upon the DHFR-deficient line of CHO cells. In principle, however, this method can be extended to any cell line by cotransfecting the *dhfr* gene and the foreign DNA together with a dominant selectable marker, for example, neo$^r$ (Kim and Wold 1985). Cells that become resistant to neomycin are then exposed to progressively increasing concentrations of methotrexate as described above.

Foreign DNA sequences can be introduced into cells (1) as part of a simple *dhfr* vector such as pSV2-*dhfr* (see Figure 16.1B), (2) as part of a separate plasmid that is cotransfected with the *dhfr* vector, or (3) as part of a complex vector (e.g., pMT2) that can also be used to obtain transient expression in transfected COS cells. pMT2 (see Figure 16.3C) (Kaufman et al. 1989), which is described in detail on pages 16.20 and 16.22, contains the sequences coding for murine DHFR immediately downstream from the site at which foreign cDNAs are inserted. This arrangement results in the production of a dicistronic mRNA that carries the *dhfr* sequences towards its 3' terminus. Originally, the *dhfr* sequences were placed in this position because they appeared to enhance the stability of the hybrid mRNA (Kaufman et al. 1985, 1986b; R. Kaufman, unpubl.). In these experiments, the separate plasmid pAdD26SV(A)-3 (Kaufman and Sharp 1982a,b), which contains a monocistronic *dhfr* transcription unit lacking an enhancer element, was cotransfected with a derivative of pMT2 [p91023(B)] containing the cDNA of interest. Under these conditions, it was believed that efficient expression of DHFR was dependent on continued physical association of the *dhfr* sequences with the enhancer provided by the p91023(B). Resistance to high concentrations of methotrexate would therefore require coamplification of the two separate transcription units. More recently, it has been shown that the *dhfr* gene can be translated from the distal region of the dicistronic transcript expressed from p91023(B), obviating the need for the second *dhfr* vector (Kaufman et al. 1987).

Two general procedures have been used to obtain cell lines carrying amplified copies of the foreign DNA sequences. First, individual clones of DHFR$^+$ transformants can be screened for expression of the heterologous gene and then amplified separately by growth in increasing concentrations of methotrexate. Alternatively, DHFR$^+$ transformants can be pooled, screened for expression of the gene of interest, and then grown en masse in the presence of progressively higher concentrations of methotrexate. In either case, the cells are then cloned, and the level of expression of the foreign protein in individual cell lines is measured. Although both of these procedures yield cell lines that produce large quantities of the protein of interest, Kaufman et al. (1985) found the second procedure to be better, perhaps because the mass selection favors clones that readily amplify the newly acquired DNA rather than clones that merely receive large amounts of DNA during transfection.

Although it has not yet been used frequently, an alternative amplification system based on selection for adenosine deaminase (ADA; see page 16.15) shows great promise (see, e.g., Yeung et al. 1985; Kaufman et al. 1986a). In contrast to *dhfr*, the gene encoding ADA is a dominant selectable marker and its use is therefore not limited to particular types of mammalian cells. An ADA coamplification vector has been constructed in which a transcription unit encoding ADA (Orkin et al. 1985) expressed from the SV40 early promoter has been introduced into a pMT2-based expression plasmid (Bonthron et al. 1986). The resultant expression vector is pMT3SV2.