# EXHIBIT H

# Genetic Engineering

## Principles and Methods

## Volume 9

Edited by

### Jane K. Setlow

Brookhaven National Laboratory
Upton, New York

Plenum Press   New York and London

Cotransformation by CaPO$_4$-mediated DNA transfection is very efficient (70), whereas, when two independent plasmids in two different protoplasts are fused to cells, it is very rare that both plasmids are incorporated into the same cell.

Transient DNA transfection has been frequently used because of the labor-intensive procedure of isolating stable cell lines. In addition, transient expression experiments relieve concerns of the effects of integration sites on expression and of the possibility of selecting for cells which harbor mutations in the transfected DNA. One particularly useful host-vector system for transient expression is based on the use of bacterial plasmids that can replicate and be expressed in SV40-transformed African green monkey kidney cells (COS-1 cells, 10). This transient expression system has been used to identify transcriptional regulatory elements in eukaryotic genes (71). This system has also simplified the investigation of SV40 T antigen, a regulatory protein involved in DNA replication, transcription, and neoplastic transformation (11,12), and has permitted the propagation of pure SV40 recombinant virus stocks that are defective in early viral functions (13). In addition, the ability to express efficiently the desired protein in this vector system has allowed for the convenient positive verification of cDNA clones by expression (72,73), has made possible a rapid analysis of the effect of mutations introduced into cloned DNAs (74), and has made possible the screening of cDNA libraries constructed in COS-1 cell expression vectors in order to isolate cDNAs directly based on expression of a desired activity (75,76).

A variety of COS cell expression vectors has been described. One vector, p91023(B), which gives high levels of expression, utilizes the adenovirus major late promoter for transcription initiation and the adenovirus virus associated (VA) genes to potentiate translation of the mRNA derived from the plasmid (77). This vector has proved to be generally useful. For instance, expression of protein kinase C at levels which are 10 to 20% of the total cell protein synthesis has been obtained in this vector after transfection of COS-1 cells (78). In addition, cDNA expression libraries obtained with this vector can be used to transfect COS-1 cells. The conditioned media harvested from such transfections have been used to screen for an identifiable biological activity. This approach, as shown in Figure 1, has allowed the direct isolation of cDNAs encoding human granulocyte-macrophage colony stimulating factor (76) and human interleukin 3 (79).

## SELECTION OF STABLE TRANSFORMANTS

### Drug Resistance

Drug resistance is the characteristic most widely used to select for stable transformants. There are two classes of

162



**Figure 1.** Scheme for cDNA cloning of colony stimulating factors by transient expression in COS-1 cells. A cDNA library is constructed in the expression vector p91023(B) and used to transform E. coli. Multiple DNA preparations from pools of recombinants grown in E. coli are transfected into COS-1 cells, and samples of the conditioned media taken for assay for colony stimulating factor activity (CSF)(76,79). The master filters for which the assay results are positive are then subdivided and analyzed in a secondary screen. Reprinted from ref. 289, with permission.

drug resistance used: recessive and dominant. Genes conferring recessive drug resistance require a particular host which is deficient in the activity which is being selected. Genes conferring dominant drug resistance can be used independently of the host. Most of the recessive genetic selectable markers are involved in the salvage pathway for purine and pyrimidine biosynthesis. When de novo biosynthesis of purines or pyrimidines is inhibited, the cell can utilize purine and pyrimidine salvage pathways, providing the enzymes (thymidine kinase, hypoxanthine-guanine phosphoribosyl transferase, adenine phosphoribosyl

Case 1:04-cv-11810-MLW    Document 137-10    Filed 10/31/2006    Page 5 of 16

transferase and adenosine kinase) necessary for conversion of the nucleoside precursors to the corresponding nucleotides are present (see Figure 2). Because the enzymes of the salvage pathway are not required for cell growth when de novo purine or pyrimidine



Figure 2. De novo and salvage biosynthetic pathways for purines and pyrimidines involving available selectable markers. Abbreviations for de novo enzymes: DHFR, dihydrofolate reductase; CAD, carbamyl-P synthetase, aspartate transcarbamylase and dihydroorotase (only the latter two activities are indicated in the figure); SHMT, serine hydroxymethyl transferase; TS, thymidylate synthetase; and IMPDH, inosine monophosphate dehydrogenase. Abbreviations for salvage enzymes: TK, thymidine kinase; ADA, adenosine deaminase; PNP, purine nucleoside phosphorylase; AK, adenosine kinase; APRT, adenine phosphoribosyl transferase; HGPRT, hypoxanthine-guanine phosphoribosyl transferase; and XGPRT, E. coli xanthine-guanine phosphoribosyl transferase. Solid arrows indicate single reactions. Dashed arrows indicate multiple reactions. The solid square ( ■ ) indicates reactions that are inhibited by the folate analogues methotrexate and aminopterin. The hatched square ( ▨ ) indicates the principle reaction inhibited by azaserine. The open square ( □ ) indicates the reaction inhibited by mycophenolic acid. Adapted from McCormick and Howard (287), with permission.

R.J. KAUFMAN

biosynthesis is functional, the deficiency of any of these enzymes
does not affect cell growth.  In cells which are deficient for a
particular enzyme required for the salvage pathway, addition of
drugs which inhibit the de novo biosynthesis of purines or pyrimi-
dines results in death because the salvage pathway becomes essen-
tial to provide purines and pyrimidines.  Cells which acquire the
capability to express the deficient activity via gene transfer can
then be selected for growth.  This has become a common selection
technique and is the basis for the thymidine kinase (TK), adenine
phosphoribosyl transferase (APRT) and hypoxanthine-guanine phos-
phoribosyl transferase (HGPRT) selection.  The rationales for the
most commonly used selection markers are described below (see
Figure 2).

### Thymidine Kinase

Thymidine kinase (TK) converts deoxyuridine (dUrd) to deoxy-
uridine monophosphate (dUMP), and thymidine (dThy) to thymidine
monophosphate (dTMP).  TK has become a common recessive selection
marker because it is possible to select TK-deficient cells readily
by propagation in bromodeoxyuridine (BrdUrd).  BrdUrd-resistant
cells    cannot    grow    in    HAT    (Hypoxanthine,    Aminopterin,    and
Thymidine) media unless they acquire a functional TK (80).  This
selection media works as follows.  The folate analogue aminopterin
blocks de novo pyrimidine and purine biosynthesis.  The addition
of hypoxanthine allows AMP and GMP production through the HGPRT
salvage pathway.  Exogenously added thymidine can be converted to
dTMP only if a functional TK is present.  Thus, for cells to grow
in HAT media, they require functional TK and HPRT.  The HAT
selection has been used to isolate mouse L TK⁻ cells containing
exogenous DNA after introduction of a herpes virus TK gene (81).
Transfection of a TK gene fragment without the TK promoter, in
order to express sub-optimal levels of TK, and stringent selection
HAT media containing limiting amounts of thymidine, have yielded
cells that contain a 50-fold amplification of the transfected DNA
(82).  Thus, by modifying the selection conditions and crippling
the TK gene, it has been possible to select subsequently for cells
that contain amplified copies of the transfected DNA.  By limiting
thymidine concentration and by including methotrexate, it has been
reported that TK can be used as a selectable marker in cells which
contain TK (83).  Thus, this approach may prove useful as a method
to use TK as a dominant selectable marker in a variety of cells.

### Adenine Phosphoribosyl Transferase (APRT) and Hypoxanthine-guanine Phosphoribosyl Transferase (HGPRT)

In an analogous manner to TK, cells propagated in azaserine,
which blocks de novo purine biosynthesis, will not grow if they
are deficient in either APRT or HGPRT.  Deficient host cell lines
can be produced by appropriate selection in cytotoxic analogues of

purine precursors. Selection against HGPRT is possible by growth in the presence of 8-azaguanine which is incorporated into DNA as an analogue of guanine. Selection against APRT is possible by growth in the presence of 2, 6-diaminopurine which is incorporated into DNA as an analogue of adenine. By providing exogenous hypoxanthine or adenine in the presence of azaserine, it is possible to select for HGPRT (84) or APRT (85), respectively.

### Xanthine-guanine Phosphoribosyl Transferase (XGPRT)

The E. coli enzyme XGPRT converts xanthine to xanthine monophosphate (XMP). This reaction is carried out poorly by the mammalian enzyme and so it is possible to use bacterial XGPRT as a dominant selection marker by forcing cells to utilize xanthine (86). In the presence of HGPRT, hypoxanthine is converted to GMP and AMP. In order to use XGPRT as a dominant selection marker, the conversion of IMP to XMP by IMP dehydrogenase needs to be blocked by mycophenolic acid. In this way the only GMP produced is via xanthine conversion to XMP, carried out by XGPRT. Thus, the components required for XGPRT as a dominant selectable marker are hypoxanthine, xanthine, and mycophenolic acid. It has been possible to select for cells that have a ten-fold amplification of the XGPRT gene by propagation in limiting amounts of xanthine (87).

### Dihydrofolate Reductase (DHFR)

DHFR catalyzes the conversion of folate to tetrahydrofolate (FH4). FH4 is required for the biosynthesis of glycine from serine, for the biosynthesis of thymidine monophosphate from deoxyuridine monophosphate, and for purine biosynthesis. Chinese hamster ovary (CHO) cells that are deficient in DHFR were isolated after ethyl methanesulfonate and UV irradiation-induced mutagenesis and selection in high specific activity [$^3$H]dUrd (88). Cells containing functional DHFR convert [$^3$H]dUrd to [$^3$H]dTMP, which is incorporated into DNA. This incorporation into DNA is lethal due to disruption of the DNA by radioactive damage. DHFR-deficient cells require the addition of thymidine, glycine and hypoxanthine to the media, and do not grow in the absence of added nucleosides unless they acquire a functional DHFR gene.

The primary advantage of the DHFR selection system is the ability to select for cells which contain an amplified copy number of DHFR genes. Methotrexate, a folate analogue, binds and inhibits DHFR, thereby leading to cell death. When cells are selected for growth in methotrexate, the surviving population contains increased levels of DHFR which results from an amplification of the DHFR gene (89-92). Upon further increases in the methotrexate concentration, cells are obtained that contain higher degrees of DHFR gene amplification. Highly methotrexate-resistant cells have been obtained that contain several thousand copies of the DHFR

gene and express several thousand-fold elevated levels of DHFR. When DHFR is used as a cotransformation selection marker in DHFR-deficient CHO cells, it is possible to coamplify and co-express the heterologous gene by selection of the transformants in increasing concentrations of methotrexate. Thus, the DHFR-deficient CHO cells have proven a useful host for gene transfer experiments devoted towards high-level expression of heterologous genes due to the ability to coamplify the heterologous gene with the DHFR gene.

Although most frequently used as a recessive marker in the DHFR-deficient CHO cells, there have been several adaptations which have made DHFR a useful dominant selectable and amplifiable genetic marker. One approach has been to use a strong promoter for transcription of the foreign DHFR gene, thereby conferring on foreign DHFR-containing cells the ability to grow in moderate concentrations of methotrexatate as a result of DNA incorporation and not as a result of amplification of the endogenous DHFR gene (93). Another approach has been to cotransfect with another dominant selectable marker (for example, for G418 resistance) and to pool the resultant transformants and select in moderate levels of methotrexate. It appears that frequently the foreign DHFR gene is preferentially amplified over the endogenous DHFR gene (94). Finally, a methotrexate-resistant DHFR has been cloned which contains a single amino acid change from a leucine to an arginine at position 22. This altered enzyme has a 270-fold elevated $K_i$ relative to the wild-type enzyme. Thus, it is possible to select for the presence of this enzyme directly by growth in moderate levels of methotrexate (95). In addition, the transfected DNA can be amplified by further selection in increasing concentrations of methotrexate. However, the altered enzyme also has a lowered ability to reduce folate and so higher levels of the altered DHFR are required for cell survival.

### Carbamyl Phosphate Synthetase—Aspartate Transcarbamylase—Dihydroorotase (CAD)

CAD is a multifunctional protein that catalyzes the first three steps in UMP biosynthesis. The complex includes carbamyl-phosphate synthetase, aspartate transcarbamylase and dihydroorotase. PALA (N-phosphonacetyl-L-aspartate) is a transition state analogue inhibitor of the aspartate transcarbamylase. Addition of PALA to cells results in cell death as a result of a depletion of UMP. Selection for growth in sequentially increasing concentrations of PALA has been used to select for amplification of the CAD gene (96). In practice the use of this selection system has been limited to CAD-deficient CHO cells (97). The full-length cDNA for the mammalian gene has not been isolated intact, due to its large size. A cloned copy of the genomic CAD gene has been introduced into CAD-deficient CHO mutants (Urd-A, 98) by selection for growth in the absence of uridine (99). Individual transformants

transformants selected for growth in increasing concentrations of PALA exhibit amplification of the introduced CAD gene (97). DNA transfer experiments have also demonstrated that the E. coli aspartate transcarbamylase (pyrB) gene in a eukaryotic expression plasmid is expressed and amplified by PALA selection in aspartate transcarbamylase-deficient CHO cells (100). However, the utility of either the eukaryotic or prokaryotic CAD gene as a dominant selectable marker has not been demonstrated.

### Adenosine Deaminase (ADA)

Adenosine deaminase has been demonstrated to be a useful dominant selectable and highly amplifiable genetic marker for mammalian cells (101). Although ADA is present in virtually all mammalian cells, it is not an essential enzyme for cell growth. However, it has been possible to establish growth conditions in which the cells require ADA (102-105). Since ADA catalyzes the irreversible conversion of cytotoxic adenine nucleosides to their respective nontoxic inosine analogues, cells propagated in the presence of cytotoxic concentrations of adenosine or cytotoxic adenosine analogues such as 9-B-D-xylofuranosyl adenine (Xyl-A) require ADA to detoxify the cytotoxic agent. Once functional ADA is required for cell growth, then 2'-deoxycoformycin (dCF), a tight-binding transition-state analogue inhibitor of ADA, can be used to select for amplification of the ADA gene. As a result of one selection protocol, ADA was overproduced 11,400-fold and represented 75% of the soluble protein synthesis of the cell (106). This demonstrates that ADA can function as a dominant selectable and amplifiable genetic marker (101). The reason ADA can function well as a dominant selectable marker is that most cells synthesize minute quantities of ADA. Thus, by introduction of an ADA gene on an efficient expression vector, it is possible to select for those cells expressing the foreign ADA gene as opposed to those containing amplifications of the endogenous gene.

### Tn5 Aminoglycoside Phosphotransferase (neo$^r$)

The aminoglycoside phosphotransferase gene (neo$^r$) isolated from the bacterial transposon Tn5 can confer resistance to neomycin, kanamycin, and similar compounds in bacterial cells. G418 is a compound related to neomycin, which blocks translation in mammalian cells, to which resistance can be conferred by neo$^r$ expression. Thus, the neo$^r$ gene from Tn5 can confer resistance to G418 in mammalian cells (107). Similarly, the hygromycin B phosphotransferase gene from E. coli, when introduced into mammalian cells in an appropriate expression vector, can confer resistance to the antibiotic hygromycin (6,108). These two selection schemes are independent, and both resistance genes can be selected for in cells transfected with both genes.

R.J. KAUFMAN

## Multi-drug Resistance

Cell lines have been obtained which are cross-resistant to a variety of chemotherapeutic agents such as adriamycin, colchicine and vincristine. The mechanism for resistance is overproduction of a plasma membrane glycoprotein of 170 kD as a result of gene amplification (109). This membrane protein is involved in transport of these drugs out of the cell (110-112). The cDNA has been cloned and has been demonstrated to be a useful dominant and amplifiable selection marker (113). However, the degree of gene amplification may be limited. To date, cells exhibiting high levels of resistance contain only 50 copies of the gp 170 gene.

## Other Strategies for Transformant Selection

Morphological selection has been used to isolate cells transfected with transforming genes. Morphological parameters have included foci formation and growth in soft agar. This approach has been used to isolate a variety of oncogenes associated with human tumor cell lines and has also been used to isolate cells harboring BPV recombinants.

Transformants can be selected on the basis of expression of surface antigens, for example, the T-cell antigen leu-2 (114) and the transferrin receptor (115), by cell sorting with a fluorescence-activated cell sorter and specific antibodies. In addition, sequential selection for positively fluorescent cells yields cells that amplify the gene for the surface antigen (116). Other fluorescently labelled compounds that can be used to select cells include a fluorescent conjugate of methotrexate to select for elevated DHFR levels (117) or aryl hydrocarbons to select for cells exhibiting elevated levels of aryl hydrocarbon hydroxylase (118).

## OPTIMIZING EXPRESSION OF HETEROLOGOUS GENES

The level of protein expression from heterologous genes introduced into mammalian cells depends upon multiple factors including DNA copy number, efficiency of transcription, mRNA processing, mRNA transport, mRNA stability and translational efficiency, and protein processing, secretion and stability. The rate-limiting step for high-level expression may be different for different genes. Controls at each one of these levels will be discussed in turn.

## Modulation of DNA Copy Number

Viral replication signals. The use of SV40, polyoma and BPV has rendered cells capable of harboring multicopy, episomal plasmids. The use of SV40 and polyoma for the development of stable cell lines has been limited because the high-level replication of

AN

· a
.ne
.on
:ne
is—
:en
:nd
:ne
.gh

the foreign DNA to greater than 50,000 copies/cell is not compat-
ible with cell growth. One approach to overcome this has been the
development of COS monkey cells which express a temperature-
sensitive SV40 T antigen (119). Growth at the non-permissive
temperature (40°) yields a non-functional T antigen and so repli-
cation of foreign DNA linked to an SV40 origin of replication is
restricted. Upon shift to a lower temperature (33°), functional T
antigen promotes the replication of plasmids containing the SV40
origin of replication, or of integrated DNA that is adjacent to an
SV40 origin of replication. Multiple rounds of replication of a
chromosomal sequence results in a so-called "onion skin" configur-
ation. Recombination events within the onion skin may result in
the excision of the replicated DNA from the chromosome (120).

is—
ive
.ch
.th
.ls

of
ind
:s—
·n,
.ls
·r—
.n—
·a—
.ls
·

        This temperature induction of replication has been used to
develop cell lines that express influenza virus non-structural
proteins upon temperature shift to 33° (121). Stable monkey cell
lines were selected after cotransfection with a neomycin select-
able marker gene, the influenza virus NS1 and NS2 genes adjacent
to an SV40 origin of replication, and a transcription unit encod-
ing the temperature-sensitive SV40 large T antigen. Upon shift to
the permissive temperature, the integrated DNA replicated, excised
from the chromosome, and resulted in a 20- to 65-fold induction in
the expression of NS1 and NS2 proteins.
        A similar approach has been developed for polyoma replication
in murine cells (122). Cell lines expressing a polyoma tempera-
ture-sensitive large T antigen were constructed to contain the
bacterial genes encoding chloramphenicol acetyltransferase (CAT)
or neomycin phosphotransferase ($neo^r$) with a polyoma origin of
replication. Upon shift to the permissive temperature, plasmid
replication resulted in production of 1000 to 2000 copies/cell.
These authors also reported proportional increases in $neo^r$-speci-
fic mRNA and in CAT activity. In situ hybridization indicated
that approximately 20% of the cells in the population contained
amplified DNA. This approach may be particularly useful to
express heterologous genes which are toxic to the cell. However,
there is a potential to generate altered gene sequences, which
result from amplification, recombination, and excision of repli-
cating chomosomally integrated DNA (120). The development of
monkey cells that inducibly express SV40 large T antigen under
control of the metallothionein promoter has provided an alterna-
tive means to induce T-antigen dependent replication (123).
        BPV is a useful vector system since it can maintain itself as
an episome at approximately 10 to 100 copies/cell. There are both
cis and trans components required for the stable episomal mainte-
nance of BPV plasmids in mammalian cells. Two cis-acting elements
which support extrachromosomal replication lie within the viral
genome and have been termed plasmid maintenance sequences (PMS)
(124). Further analysis has indicated two complementation
groups that encode trans-acting factors. The 3' portion of the
E1 open reading frame is a positive factor required for plasmid

.es
·rs
.NA
.al
·he
or
be

PV
s—
·le
of

replication. Mutations in this region result in integration of
the viral DNA (125,126). Mutations in the E6/7 gene result in low
plasmid copy number (127). The 5' portion of the E1 open-reading
frame produces a negative factor regulating its own replication
(128). Selection for increased copy number by methotrexate resis-
tance in cells which contain BPV derivatives that express DHFR, or
by zinc resistance of cells that express metallothionein from a
BPV vector, resulted in integration of the amplified DNA with loss
of the episomal copies. This may be interpreted as a titration of
negative replication control factors which results in overreplica-
tion of episomal DNA, leading to cell death. Upon selection some
cells, which have integrated copies of the episomal DNA and are
amplified as chromosomal DNA, survive (129). Introduction of the
DNA replication regulatory regions into SV40 origin-containing
vectors confers the ability to transfect COS-1 cells stably and
obtain cells that maintain 500 to 1000 copies of the plasmid in an
episomal state (130). These experiments demonstrated that BPV
contains three negative regulating sequences (the two PMSs and the
5' part of the E1 open-reading frame) that act to repress replica-
tion of SV40 origin-containing plasmids.

Gene amplification (Reviews: 91,92). One frequently used
approach to obtain high copy number is to amplify the transfected
DNA with appropriate drug selection. Studies on the mechanism by
which cells become resistant to the chemotherapeutic agent metho-
trexate have demonstrated that the most frequent mechanism is
overproduction of dihydrofolate reductase (DHFR), which results
from an amplification of the DHFR gene. It now appears that gene
amplification is ubiquitous in nature and that many, if not all,
genes become amplified at some frequency (approximately $1/10^4$,
although this number can vary extensively). Upon appropriate
selection conditions, where the growth of cells containing an
amplification of a particular gene is favored, a population of
cells that contain the selected gene amplification will outgrow
the general population. To date a variety of selection conditions
has been established that can select for amplification of dif-
ferent genes. Table 1 lists genes for which amplification is
known or is likely to be responsible for drug resistance.
Gene amplification may be stable or unstable upon propagation
in the absence of drug selection. One useful method to analyze
stability of amplified DHFR genes relies on the ability to stain
cells quantitatively for DHFR with a fluorescent derivative of
methotrexate (117). Analysis of a cell population after satura-
tion with this analogue by a fluorescence-activated cell sorter
(FACS) yields information on the DHFR content, i.e., DHFR gene
copy number per cell. The pattern of the histogram can be used to
predict the stability of the cell population (DM). In addition,
it is possible to isolate individual viable cells on the basis of
their DHFR content and follow them upon continued passage in order
to monitor changes in their DNA copy number (152-154).

Table 1

Gene Amplification in Drug-Resistant Mammalian Cells

| Selection | Protein | Ref-erence |
|---|---|---|
| Methotrexate | Dihydrofolate reductase | 89-91 |
| PALA | CAD | 131 |
| Cadmium | Metallothionein I | 132 |
| 6-Azauridine | UMP synthetase | 133 |
| Xyl-A or adenosine, alanosine, and 2'-deoxycoformycin | Adenosine deaminase | 105,134 |
| Adenine, azaserine, and coformycin | Adenylate deaminase | 135,136 |
| Hypoxanthine, aminopterin, and thymidine (HAT) | Mutant hypoxanthine-guanine phosphoribosyl transferase and mutant thymidine kinase | 137 |
| Mycophenolic acid | IMP-5'-dehydrogenase | 82 |
| Mycophenolic acid with limiting xanthine | E. coli xanthine-guanine phosphoribosyl transferase | 138 |
| Methionine sulfoximine | Glutamine synthetase | 218 |
| Compactin | HMG CoA reductase | 139 |
| 5-Fluorodeoxyuridine | Thymidylate synthetase | 140-142 |
| B-Aspartyl hydroxamate or albizzin | Asparagine synthetase | 143 |
| Aphidicolin* | Ribonucleotide reductase | 144,145 |
| a-Methyl- or a-difluoromethyl-ornithine | Ornithine decarboxylase | 146 |
| Tunicamycin* | N-acetyl-glucosaminyl transferase | 147 |
| Borrelidin* | Threonyl-tRNA synthetase | 148 |
| Multiple drugs** | 170K P-glycoprotein | 149 |
| Canavanine | Arginosuccinate synthetase | 109-113 |
| Ouabain | Na+-K+ ATPase | 150 |
| | | 151 |

*Examples of increased enzyme activity likely resulting from gene amplification.

**Adriamycin, vincristine, colchicine, actinomycin D, puromycin, cytocholasin B, emetine, maytansine, Baker's antifolate.

The degree of stability of the amplified genes frequently correlates with the chromosomal location of the amplified genes and the complexity of the associated karyotypic alterations. The more complex the chromosomal alteration, the greater likelihood for increased instability. When the amplified genes are on extra-

chromosomal elements, termed double minute chromosomes, they are
rapidly lost upon propagation in the absence of selection (152).
Double minute chromosomes are small, paired chromosomal elements
that lack centromeric function and thus segregate randomly at
mitosis.  In contrast, when the amplified genes are chromosomally
located they are associated with expanded chromosomal regions
termed homogeneously staining regions (HSRs) (155).  This term
comes from the lack of banding in these regions after trypsin-
Giemsa banding procedures.  Typically, when mouse fibroblasts are
selected for methotrexate resistance, the endogenous amplified
genes are associated with double minute chromosomes (156).  In
contrast, when Chinese hamster ovary cells are selected for metho-
trexate resistance, the endogenous amplified genes are associated
with expanded chromosomal regions.  When heterologous DHFR genes
are selected for and amplified in mouse fibroblasts, the genes are
also associated with double minute chromosomes (93).  Similarly,
when heterologous DHFR genes are selected for and amplified in
Chinese hamster ovary cells, they are localized to expanded
chromosomal regions.  In a few cases, the amplified transfected
DNA may be present with little cytological perturbation (157).
This may reflect a smaller size of the amplified unit within a
chromosome. Frequently, cells selected for amplified sequences
become tetraploid, a characteristic possibly associated with
increased instability.  Further analysis of the HSRs in CHO cells
after DHFR cDNA gene transfection and amplification demonstrated
that the amplified DNA may be either AT or GC rich (157).  Thus,
there may be qualitative differences in the composition of the DNA
surrounding the amplified sequences in the resulting HSRs.

Generally CHO cells selected for amplification of hetero-
logous DHFR genes have proven to be very stable upon propagation
in the absence of methotrexate (158).  Frequently, transfected and
amplified DNA is found in HSRs associated with dicentric chromo-
somes (Figure 3).  This finding has led to the proposal that
bridge-breakage-fusion cycles (157,159,160) may be involved in
some gene amplifications.  The loss of telomeric function with
subsequent bridge-breakage-fusion cycles could be important in
generating chromosome aberrations and perhaps duplication and
instability in DNA transfer experiments.  Recombination of exo-
genous DNA with a chromosome might displace or disturb function of
a telomere, thus rendering the chromosome susceptible to instabi-
lity (Figure 3).  After chromosome replication, both sister chrom-
atids would contain abnormal termini which might spontaneously
fuse to form chromosomal loops or circles, and eventually dicen-
tric chromosomes.  Repeated cycles would generate duplicated
inverted chromosomal regions, and stabilization could result from
acquisition of telomere function, perhaps by chromosome transloca-
tion.  Chromosomal inversions and translocations have been ob-
served in DNA transfection experiments (157,161-163).

The ability of transfected DNA to integrate into differ-
ent chromosomal locations has allowed the comparison of the

HIGH LEVEL PRODUCTION OF PROTEINS IN MAMMALIAN CELLS     173





DNA Incorporation and Bridge-Breakage-Fusion Cycles

**Figure 3.** Chromosomal regions containing transfected and amplified DNA. Panel A represents a Chinese hamster ovary cell metaphase spread with a homogeneously staining region in a dicentric chromosome, containing 500 copies of transfected DNA, stained with Giemsa-trypsin. Panel B represents a metaphase spread from a similar cell line that is stained with quinacrine and which contains a chromatid break in a dicentric chromosome. Panel C depicts a hypothetical scheme for DNA incorporation and bridge-breakage-fusion cycles. Reprinted with permission from Kaufman et al. (157).

amplification of DNA in different chromosomal locations. Results demonstrate that DNA sequences in different chromosomal locations have dramatically different potentials for amplification (97, 164). It is not known if this reflects the proximity of the integration site to some specific sequence or to its general location in the chromosome. Transfected sequences which are more unstably associated with the host DNA appear to be amplified preferentially to those which are stably associated (164). For any one transformant, either a subset or all of the transfected sequences present may be amplified (158,164). The latter result is consistent with a hypothesis that a gradient of DNA amplification exists (165). Transfected sequences at the center of the gradient may be amplified frequently, whereas those more distal would be less likely to be amplified. It is not known what sequences determine the center of the gradient, but they might function as an origin of replication.

In order to coamplify a particular DNA sequence, it is important that the DNA sequence or its products do not interfere with amplification or be toxic to the cell. Since a minor subset of cells from the total population survives during each step of the selection process, it is possible to select for mutations in the coamplified gene which allow cell viability. Thus, the protein expressed at a high level may be different from the native protein. One example of a mutation occurring upon selection for amplification is the coamplification of the SV40 small t-antigen in CHO cells (164). Highly methotrexate-resistant cells were selected that expressed SV40 small t-antigen at 15% of the total protein synthesis. However, the t-antigen migrated at a molecular weight 2000 less than that of the wild-type t-antigen from cells expressing lower levels of the protein. Although the basis for this change is not understood, it demonstrates the potential difficulty in assuring the fidelity of proteins produced after selection for gene amplification.

Coamplification of heterologous genes with DHFR has been successfully used to obtain a number of cell lines that express high levels of a protein from heterologous genes. Some examples include human tissue plasminogen activator (158), human gamma interferon (166,167), human beta interferon (191), human factor IX (168), the herpes simplex glycoprotein D (169), the alpha and beta subunits of bovine luteinizing hormone (170).


## VECTORS FOR EXPRESSION OF cDNA GENES

The primary elements relevant for vector construction are the transcriptional promoter, RNA processing signals, and mRNA translation signals. Most vectors have been constructed with cDNAs as opposed to genomic clones of the desired gene. This is primarily due to the greater ease of manipulating cDNAs in vitro, as opposed to the longer genomic clones.