# EXHIBIT K

00 102330

27949/CELL-3 WO

PRODUCTION OF PROTEINS

USING HOMOLOGOUS RECOMBINATION

## INTRODUCTION

Technical Field

The field of this invention is the expression of mammalian proteins.

Background

The discoveries of restriction enzymes, cloning, sequencing, reverse transcriptase, and monoclonal antibodies has resulted in extraordinary capabilities in isolating, identifying, and manipulating nucleic acid sequences. As a result of these capabilities, numerous genes and their transcriptional control elements have been identified and manipulated. The genes have been used for producing large amounts of a desired protein in heterologous hosts (bacterial and eukaryotic host cell systems).

In many cases, the process of obtaining coding sequences and eliciting their expression has been a long and arduous one. The identification of the coding sequence, either cDNA or genomic DNA, has frequently involved the construction of libraries, identification of fragments of the open reading frame, examining the flanking sequences, and the like. In mammalian genes where introns are frequently encountered, in many instances, the coding region has been only small fraction of the total nucleic acid associated with the gene. In other cases, pseudogenes or multi-membered gene families have obscured the ability to isolate a particular gene of interest. Nevertheless, as techniques have improved, there has

20263638
110590                    1.

been a continuous parade of successful identifications
and isolation of genes of interest.

     In many situations one is primarily
interested in a source of the protein product.  The
5   cell type in the body which produces the protein is
frequently an inadequate source, since the protein may
be produced in low amounts, the protein may only be
produced in a differentiated host cell which is only
difficultly grown in culture, or the host cell,
10  particularly a human cell, is not economic or
efficient in a culture process for production of the
product.  There is, therefore, significant interest in
developing alternative techniques for producing
proteins of interest in culture with cells which
15  provide for economic and efficient production of the
desired protein and, when possible, appropriate
processing of the protein product.

Relevant Literature
20     Mansour et al., Nature, 336:348-352 (1988),
describe a general strategy for targeting mutations to
non-selectable genes.  Weidle et al., Gene, 66:193-
203, (1988), describe amplification of tissue-type
plasminogen activator with a DHFR gene and loss of
25  amplification in the absence of selective pressure.
Murnane and Yezzi, Somatic Cell and Molecular
Genetics, 14:273-286, (1988), describe transformation
of a human cell line with an integrated selectable
gene marker lacking a transcriptional promoter, with
30  tandem duplication and amplification of the gene
marker.  Thomas and Capecchi, Cell, 51:503-512,
(19871, describe site-directed mutagenesis by gene
targeting in mouse embryo-derived stem cells.  Song
et al., Proc. Natl. Acad. Sci. USA, 84:6820-6824,
35  (1987), describe homologous recombination in human
cells by a two staged integration.  Liskay et al.,
"Homologous Recombination Between Repeated Chromosomal
Sequences in Mouse Cells," Cold Spring Harbor, Symp.

_Quant. Biol_. _49_:13-189, (1984), describe integration of two different mutations of the same gene and homologous recombination between the mutant genes. Rubnitz and Subramani, _Mol. and Cell. Biol_. _4_:2253-

5  2258, (1984), describe the minimum amount of homology required for homologous recombination in mammalian cells. Kim and Smithies, _Nucl. Acids. Res_. _16_:8887-8903, (1988), describe an assay for homologous recombination using the polymerase chain reaction.

10

#### SUMMARY OF THE INVENTION

Expression of mammalian proteins of interest is achieved by employing homologous recombination for integration of an amplifiable gene and other

15  regulatory sequences in proximity to a gene of interest without interruption of the production of a proper transcript. The region comprising the amplifiable gene and the gene of interest may be amplified, the genome fragmented and directly or

20  indirectly transferred to an expression host for expression of the target protein. If not previously amplified, the target region is then amplified, and the cell population screened for cells producing the target protein. Cells which produce the target

25  protein at high and stable levels are expanded and used for expression of the target protein.


#### BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 is a diagrammatic illustration of the

30  plasmid pCG.1 showing the sequence of the modified polylinker;

FIG. 2 is a diagrammatic illustration of the construction of the plasmid pCG.HR1;

FIG. 3 is a diagrammatic illustration of the

35  result of targeting the EPO locus by homologous recombination with the DNA from pCG.HR1 cut with NotI;

20263638
110590                3.

FIG. 4 is a diagrammatic illustration of the PCR
amplication fragment produced from cells in which a
homologous recombination event has occurred.

### DESCRIPTION OF SPECIFIC EMBODIMENTS

5          Methods and compositions are provided for
production of mammalian proteins of interest in
culture.  The method employs homologous recombination
in a host cell for integrating an amplifiable gene in
10    the vicinity of a target gene, which target gene
encodes the protein of interest.  The region
comprising both the amplifiable gene and target gene
will be referred to as the amplifiable region.  The
resulting transformed primary cells may now be
15    subjected to conditions which select for
amplification, or the amplification may be performed
subsequently.  "Transform" includes transform,
transfect, transduce, conjugation, fusion,
electroporation or any other technique for introducing
20    DNA into a viable cell.  The chromosomes or DNA of the
transformed cells are then used to transfer the
amplifiable region into the genome of secondary
expression host cells, where the target region, if
not previously amplified sufficiently or at all, is
25    further amplified.  The resulting cell lines are
screened for production of the target protein and
secondary cell lines selected for desired levels of
production, which cells may be expanded and used for
production of the desired protein in culture.

30          The primary cell may be any mammalian cell
of interest, particularly mammalian cells which do not
grow readily in culture, more particularly primate
cells, especially human cells, where the human cells
may be normal cells, including embryonic or neoplastic
35    cells, particularly normal cells.  Various cell types
may be employed as the primary cells, including
fibroblasts, particularly diploid skin fibroblasts,
lymphocytes, epithelial cells, neurons, endothelial

20263638
110590                      4.

cells, or other somatic cells, or germ cells.  Of particular interest are skin fibroblasts, which can be readily propagated to provide for large numbers of normal cells, embryonic kidney cells, and the like.

5    These cells may or may not be expressing the gene of interest.  In those instances where the target gene is inducible or only expressed in certain differentiated cells, one may select cells in which the target gene is expressed, which may require immortalized cells

10    capable of growth in culture.

A number of amplifiable genes exist, where by appropriate use of a selection agent, a gene integrated in the genome will be amplified with adjacent flanking DNA.  Amplifiable genes include

15    dihydrofolate reductase, metallothionein-I and -II, preferably primate metallothionein genes, adenosine deaminase, ornithine decarboxylase, etc.  The amplifiable gene will have transcriptional signals which are functional in the secondary or expression

20    host and desirably be functional in the primary host, particularly where amplification is employed in the primary host or the amplifiable gene is used as a marker.

The target genes may be any gene of

25    interest, there already having been a large number of proteins of interest identified and isolated with continual additions to the list.  Proteins of interest include cytokines, such as interleukins 1-10; growth factors such as EGF, FGF, PDGF, and TGF;

30    somatotropins; growth hormones; colony stimulating factors, such as G-, M-, and GM-CSF; erythropoietin; plasminogen activators, such as tissue and urine; enzymes, such as superoxide dismutase; interferons; T-cell receptors; surface membrane proteins; insulin;

35    lipoproteins; $\alpha_1$-antitrypsin; CD proteins, such as CD3, 4, 8, 19; clotting factors, e.g., Factor VIIIc and von Willebrands factor; anticlotting factors, such as Protein C; atrial naturetic factor, tumor necrosis

20263638
110590                    5.

factor; transport proteins; homing receptors;
addressins; regulatory proteins; etc.

For homologous recombination, constructs
will be prepared where the amplifiable gene will be
5    flanked on one or both sides with DNA homologous with
the DNA of the target region.  The homologous DNA will
generally be within 100 kb, usually 50 kb, preferably
about 25 kb, of the transcribed region of the target
gene, more preferably within 2 kb of the target gene.
10    By gene is intended the coding region and those
sequences required for transcription of a mature
mRNA.  The homologous DNA may include the 5'-upstream
region comprising any enhancer sequences,
transcriptional initiation sequences, the region 5' of
15    these sequences, or the like.  The homologous region
may include a portion of the coding region, where the
coding region may be comprised only of an open reading
frame or combination of exons and introns.  The
homologous region may comprise all or a portion of an
20    intron, where all or a portion of one or more exons
may also be present.  Alternatively, the homologous
region may comprise the 3'-region, so as to comprise
all or a portion of the transcription termination
region, or the region 3' of this region.  The
25    homologous regions may extend over all or a portion of
the target gene or be outside the target gene
comprising all or a portion of the transcriptional
regulatory regions and/or the structural gene.  For
the most part, the homologous sequence will be joined
30    to the amplifiable gene, proximally or distally.
Usually a sequence other than the wild-type sequence
normally associated with the target gene will be used
to separate the homologous sequence from the
amplifiable gene on at least one side of the
35    amplifiable gene.  Some portion of the sequence may be
the 5' or 3' sequence associated with the  amplifiable
gene, as a result of the manipulations
associated with the amplifiable gene.

20263638
110590            6.

The homologous regions flanking the
amplifiable gene need not be identical to the target
region, where in vitro mutagenesis is desired.  For
example, one may wish to change the transcriptional
5    initiation region for the target gene, so that a
portion of the homologous region might comprise
nucleotides different from the wild-type 5' region of
the target gene.  Alternatively, one could provide for
insertion of a transcriptional initiation region
10   different from the wild-type initiation region
between the wild-type initiation region and the
structural gene.  Similarly, one might wish to
introduce various mutations into the structural gene,
so that the homologous region would comprise
15   mismatches, resulting in a change in the encoded
protein.  For example, a signal leader sequence would
be introduced in proper reading frame with the target
gene to provide for secretion of the target protein
expression product.  Alternatively, one might change
20   the 3' region, e.g., untranslated region,
polyadenylation site, etc. of the target gene.
Therefore, by homologous recombination, one can
provide for maintaining the integrity of the target
gene, so as to express the wild-type protein under
25   the transcriptional regulation of the wild-type
promoter or one may provide for a change in
transcriptional regulation, processing or sequence of
the target gene. In some instances, one may wish to
introduce an enhancer in relation to the
30   transcriptional initiation region, which can be
provided by, for example, integration of the
amplifiable gene associated with the enhancer in a
region upstream from the transcriptional initiation
regulatory region or in an intron or even downstream
35   from the target gene.

      In order to prepare the subject constructs,
it will be necessary to know the sequence which is
targeted for homologous recombination.  While it is

20263638
110590          7.

reported that a sequence of 14 bases complementary to
a sequence in a genome may provide for homologous
recombination, normally the individual flanking
sequences will be at least about 150 bp, and may be
5    12 kb or more, usually not more than about 8 kb.  The
size of the flanking regions will be determined by the
size of the known sequence, the number of sequences in
the genome which may have homology to the site for
integration, whether mutagenesis is involved and the
10   extent of separation of the regions for mutagenesis,
the particular site for integration, or the like.

        The integrating constructs may be prepared
in accordance with conventional ways, where sequences
may  be synthesized, isolated from natural sources,
15   manipulated, cloned, ligated, subjected to _in vitro_
mutagenesis, primer repair, or the like. At various
stages, the joined sequences may be cloned, and
analyzed by restriction analysis, sequencing, or the
like. Usually the construct will be carried on a
20   cloning vector comprising a replication system
functional in a prokaryotic host, e.g., E. coli, and a
marker for selection, e.g., biocide resistance,
complementation to an auxotrophic host, etc.  Other
functional sequences may also be present, such as
25   polylinkers, for ease of introduction and excision of
the construct or portions thereof, or the like.  A
large number of cloning vectors are available such as
pBR322, the pUC series, etc.

        Once the construct is prepared, it may then
30   be used for homologous recombination in the primary
cell target. Various techniques may be employed for
integrating the construct into the genome of the
primary cell without being joined to a replication
system functional in the primary host.  See for
35   example, U.S. Patent No. 4,319,216, as well as the

references cited in the Relevant Literature section.
Alternatively, the construct may be inserted into an

20263638
110590                    8.

appropriate vector, usually having a viral replication
system, such as SV40, bovine papilloma virus,
adenovirus, or the like.  The linear DNA sequence
vector may also have a selectable marker for

5   identifying transfected cells.  Selectable markers
include the neo gene, allowing for selection with
G418, the herpes tk gene for selection with HAT
medium, gpt gene with mycophenolic acid,
complementation of an auxotrophic host, etc.

10       The vector may or may not be capable of
stable maintenance in the host.  Where the vector is
capable of stable maintenance, the cells will be
screened for homologous integration of the vector into
the genome of the host, where various techniques for

15   curing the cells may be employed.  Where the vector is
not capable of stable maintenance, for example, where
a temperature sensitive replication system is
employed, one may change the temperature from the
permissive temperature to the non-permissive

20   temperature, so that the cells may be cured of the
vector.  In this case, only those cells having
integration of the construct comprising the
amplifiable gene and, when present, the selectable
marker, will be able to survive selection.

25       Where a selectable marker is present, one
may select for the presence of the construct by means
of the selectable marker.  Where the selectable marker
is not present, one may select for the presence of the
construct by the amplifiable gene.  For the neo gene

30   or the herpes tk gene, one could employ a medium for
growth of the transformants of about 0.1-1 g/ml of
G418 or HAT medium respectively.  Where DHFR is the
amplifiable gene, the selective medium may include
from about 0.01-0.25 $\mu$M of methotrexate.

35       In carrying out the homologous
recombination, the DNA will be introduced into the
primary cells.  Techniques which may be used include
calcium phosphate/DNA co-precipitates, microinjection

20263638
110590                    9.

of DNA into the nucleus, electroporation, bacterial
protoplast fusion with intact cells, transfection,
polycations, e.g., polybrene, polyornithine, etc., or
the like.  The DNA may be single or double stranded

5   DNA, linear or circular. For various techniques for
transforming mammalian cells, see Keown et al.,
Methods in Enzymology (1989), Keown et al., Methods
and Enzymology (1990) Vol. 185, pp. 527-537 and
Mansour et al., Nature, 336:348-352, (1988).

10          Upstream and/or downstream from the target
region construct may be a gene which provides for
identification of whether a double crossover has
occurred.  For this purpose, the herpes simplex virus
thymidine kinase gene may be employed since the

15  presence of the thymidine kinase gene may be detected
by the use of nucleoside analogs, such as acyclovir or
gancyclovir, for their cytotoxic effects on cells that
contain a functional HSV-tk gene.  The absence of
sensitivity to these nucleoside analogs indicates the

20  absence of the thymidine kinase and, therefore, where
homologous recombination has occurred, that a double
crossover event has also occurred.

            The presence of the marker gene as evidenced
by resistance to a biocide or growth in a medium which

25  selects for the presence of the marker gene,
establishes the presence and integration of the target
construct into the host genome.  No further selection
need be made at this time, since the selection will be
made in the secondary expression host, where

30  expression of the amplified target gene may be
detected.  If one wishes, one can determine whether
homologous recombination has occurred by employing PCR
and sequencing the resulting amplified DNA sequences.
If desired, amplification may be performed at this

35  time by stressing the primary cells with the
appropriate amplifying reagent, so that multi-copies
of the target gene are obtained.  Alternatively,

20263638
110590                    10.

amplification may await transfer to the secondary cell
expression host.

High molecular weight DNA, greater than
about 20kb, preferably greater than about 50kb DNA or
5    preferably metaphase chromosomes are prepared from the
primary recipient cell strain having the appropriate
integration of the amplification vector.  Preparation
and isolation techniques are described by Nelson and
Housman, In Gene Transfer (ed. R. Kucherlapati) Plenum
10   Press, 1986.  The DNA may then be introduced in the
same manner as described above into the secondary host
expression cells, using the same or different
techniques than employed for the primary cells.
Various mammalian expression hosts are available and
15   may be employed.  These hosts include CHO cells,
monkey kidney cells, C127 mouse fibroblasts, 3T3 mouse
cells, Vero cells, etc.  Desirably the hosts will have
a negative background for the amplifiable gene or a
gene which is substantially less responsive to the
20   amplifying agent.

The transformed cells are grown in selective
medium containing about 0.01-0.5 $\mu$M methotrexate and,
where another marker is present, e.g., the neo gene,
the medium may contain from about 0.1-1 mg/ml G418.
25   The resistant colonies are isolated and may then be
analyzed for the presence of the construct in
juxtaposition to the target gene.  This may be as a
result of detection of expression of the target gene
product, where there will normally be a negative
30   background for the target gene product, use of PCR,
Southern hybridization, or the like.

The cells containing the construct are then
expanded and subjected to selection and amplification
with media containing progressively higher
35   concentrations of the amplifying reagent, for
example, 0.5-200 $\mu$M of methotrexate for the DHFR gene,
and may be analyzed at each selection step for
production of the target product.  Expansing will

20263638
110590                11.

include at least duplication and may result in at
least 5 copies, preferably 10 copies or more in a
tandem relationship. Thus protein production will be
increased at least 1.5 fold from expression from a
5    single copy usually at least 3 fold, preferably at
least 5 fold.

The various clones may then be screened for
optimum stable production of the target product and
these clones may then be expanded and used
10   commercially for production in culture. In this
manner, high yields of a product may be obtained,
without the necessity of isolating the message and
doing the various manipulations associated with
genetic engineering or isolating the genomic gene,
15   where very large genes can be a major research and
development effort.

The following examples are offered by way of
illustration and not by way of limitation.


20                      EXPERIMENTAL


Cells

Normal human diploid skin fibroblasts,
("primary recipient") are propagated in EEMEM medium
25   supplemented with 20% fetal calf serum. Dihydrofolate
reductase (DHFR) deficient Chinese hamster ovary (CHO)
DUKX-B11 cells (Urlaub and Chasin, Proc. Natl. Acad.
Sci. USA 77:4216-4220 (1980)) ("secondary recipient")
are propagated in alpha-medium supplemented with 10%
30   dialyzed fetal bovine serum.


DNA Vector

The amplification vector is constructed
from pUC19 (Yanisch-Perron et al., Gene 33:103-119
35   (1985)). A 1.8 kb HaeII fragment containing a
hygromycin B phosphotransferase gene (hph) driven by
the herpes simplex virus thymidine kinase (HSV tk)
promoter is isolated from pHyg (Sugden et al., Mol.

20263638
110590                  12.

*Cell. Biol.* 5:410-413 (1985)) by digestion with HaeII
and gel electrophoresis.  Synthetic adaptors are added
onto this fragment to convert the HaeII ends into
HindIII ends and the resulting fragment is joined to

5 pUC19 digested with HindIII.  The resulting plasmid
pUCH contains the hygromycin cassette such that
transcription of hph and beta-lactamase are in the
opposite orientation.  A 1.3 kb SalI fragment
containing a DHFR gene driven by SV40 transcriptional

10 signals is isolated from pTND (Connors *et al.*, DNA
7:651-661 (1988)) by digestion with SalI and gel
electrophoresis.  This fragment is ligated to pUCH
digested with SalI.  The resulting plasmid pUCD
contains the DHFR cassette such that DHFR and are

15 transcribed in the same direction.  A 1.76 kb BamHI
fragment from the phage F15 (Friezner Degen *et al.*, J.
Biol. Chem. 261:6972-6985 (1986)) which contains 1.45
kb of DNA flanking the transcriptional start of human
tissue plasminogen activator (t-PA) in addition to the

20 first exon and part of the first intron is isolated by
gel electrophoresis after BamHI digestion.  This
fragment is joined to pUCD following digestion of the
latter with BamHI.  The resulting plasmid pUCG has
the promoter of the t-PA fragment oriented opposite to

25 that of the DHFR cassette. The t-PA fragment contains
a single NcoI site, which is not unique to pUCG.  A
partial NcoI digest is carried out and a NotI linker
is inserted. The resulting plasmid pCG contains a
unique NotI site in the t-PA fragment which allows the

30 plasmid to be linearized prior to transformation of
the primary human diploid fibroblasts in order to
increase the frequency of homologous recombination
(Kucherlapati *et al.*, Proc. Natl. Acad. Sci. USA
81:3153-3157 (1984)).

35

Preparation of Primary Recipients

 The plasmid pCG linearized with NotI is
introduced into the primary recipients by

20263638
110590   13.

electroporation employing DNA at 10nM. The resulting
cells are then grown in selective medium (EEMEM with
200 μg/ml hygromycin B). Resistant colonies are
isolated and analyzed by PCR (Kim and Smithies,
5   Nucleic Acids Res. 16:8887-8903 (1988)) using as
primers the sequences GCGGCCTCGGCCTCTGCATA and
CATCTCCCCTCTGGAGTGGA to distinguish homologous
integrants from random ones. Amplification of
cellular DNA by PCR using these two primers yields a
10   fragment of 1.9 kb only when DNA from correctly
targeted cells is present. Cells comprising the DHFR
gene integrated into the t-PA region are expanded and
used as a source of genetic material for preparation
of secondary recipients.

15

Preparation of Secondary Recipients

     Metaphase chromosomes are prepared Nelson et
al., J. Mol. Appl. Genet. 2:563-577 (1984)) from
recipients demonstrating homologous recombination with
20   the DHFR and are then transformed in DHFR-deficient
CHO cells by calcium phosphate mediated gene transfer
(Nelson et al., J. Mol. Appl. Genet. 2:563-577
(1984)). The cells are then grown in selective medium
(alpha-medium containing 200 μg/ml hygromycin B).
25   Resistant colonies are isolated and analyzed for
expression of human t-PA (Kaufman et al., Mol. Cell.
Biol. 5:1750-1759 (1985)). The cell clones are then
grown in selective medium containing progressively
higher concentrations of methotrexate (.02-80 μM, with
30   steps of 4-fold increases in concentration). After
this amplification procedure, the cells are harvested
and the human t-PA is analyzed employing an ELISA
assay with a monoclonal antibody specific for t-PA
(Weidle and Buckel, Gene 51:31-41 (1987)). Clones
35   providing for high levels of expression of t-PA are
stored for subsequent use.

20263638
110590           14.

### Isolation of a Genomic Clone Containing
### Sequences for Targeting
### Erythropoietin

A clone was obtained by screening a human

5  placental DNA genomic library (Clontech) in EMBL 3-
SP6/T7 using two 36 bp oligonucleotide probes 5'-
CTGGGTTGCTGAGTTCCGCAAAGTAGCTGGGTCTGG-3' and 5'-
CGGGGGTCGGGGCTGTTATCTGCATGTGTGCGTGCG-3' to the
presumed promoter region of human erythropoietin.

10  From this clone two subclones were created in pSP72
(Krieg and Melton (1987) Meth. Enzymol. <u>155</u>, 397-415),
one containing a 5 kb BamHI-HindIII fragment from the
region upstream to the coding region of EPO (pTD.1)
and one containing a 5 kb HindIII-BamHI fragment

15  coding for EPO (pTD.2).

### Construction of DNA Fragment for
### Targeting Erythropoietin

A plasmid pCG.1 was constructed by

20  replacement of the polylinker of pBluescript SK(-)
(Stratagene) between the SacI and KpnI sites with a
synthetic double stranded 72 base pair DNA fragment
(FIG. 1). Referring to FIG. 2, into pCG.1 was cloned
between the HindIII and XbaI sites a 678 bp fragment

25  containing the enhancer and promoter of the immediate
early gene of human cytomegalovirus (CMV, Boshart <u>et</u>
<u>al</u> (1985) Cell <u>41</u>, 521-530) obtained by a PCR
amplification of the plasmid pUCH.CMV (gift of
M. Calos, Stanford U.) using the oligonucleotide

30  primers 5'-
CGCCAAGCTTGGCCATTGCATACGTT-3' and 5'-
GAGGTCTAGACGGTTCACTAAACGAGCTCT-3' in order to engineer
HindIII and XbaI sites respectively onto the ends of
the resultant fragment. The resultant plasmid pCG.CMV

35  was used for further constructions.

The 620 bp BstEII-XbaI fragment from the
pTD.2 was joined by the use of a BstEII-XbaI adapter
to pCG.CMV restricted with XbaI to create the plasmid

20263638
110590                    15.

pCG.CMV/EPO, in which the BstEII site of the EPO
fragment is next to the promoter end of the CMV
fragment.  Into pCG.CMV/EPO was cloned successively a
1.94 kb fragment encoding methotrexate resistance from
5    the plasmid pSV2dhfr (Subramani et al (1981) Mol.
Cell. Biol. 1, 854-864) and a 1.15 kb fragment
encoding G418 resistance from the plasmid pMC1neo
polyA (Thomas and Capecchi (1987) Cell 51, 503-512).
The neo gene was obtained as an XhoI-SalI fragment and
10   the dhfr gene was obtained by PCR amplification using
the primers 5'-
GGACGCGTGGATCCAGACATGATAAGATA-3' and 5'-
GGACGCGTCAGCTGTGGAATGTGTGTCAG-3' designed to add MluI
sites at the ends of the resultant fragment.  The neo
15   and dhfr genes were cloned into the XhoI and MluI
sites respectively of pCG.CMV/EPO to give the plasmids
pCG.CMV/EPO/DHFR and pCG.CMV/EPO/Neo/DHFR such that
their transcription is in the same orientation as that
of CMV.  Finally, the 5 kb BamHI-HindIII fragment from
20   pTD.1 was added via ClaI adapters at the ClaI site of
pCG.CMV/EPO/Neo/DHFR to give pCG.HR1.  In pCG.HR1, the
5' 5kb EPO fragment is in the same orientation as that
of the 620 bp BstEII-XbaI fragment with respect to the
original lambda clone.
25          A 9.54 kb fragment containing the 5' 5kb
BamHI-HindIII EPO fragment, the dhfr and G418 markers,
the CMV enhancer/promoter and the 620 bp BstEII-XbaI
EPO fragment can be released from pCG.HR1 as a NotI or
SacII fragment.  This NotI fragment can be used for
30   homologous recombination as it is designed to serve as
an omega structure in recombination having 5 kb and
620 bp of homology to facilitate the event (FIG. 3).
          For electroporation, the DNA was first cut
with NotI, then extracted with phenol/chloroform and
35   precipitated by the addition of ethanol before
centrifugation.  The resultant DNA pellet was
resuspended at a concentration of 2 mg/ml in a volume
(10 µl) of 10 mM Tris-HCl, 1 mM EDTA (TE).

20263638
110590                      16.

Introduction of DNA into cells

Transformed primary human 293 embryonal
kidney cells (ATCC CRL 1573) were cultured in Cellgro
5    DMEM H16 (Mediatech) supplemented with 10% calf serum,
glutamine (2 mM) and penicillin
(100 U/ml)/streptomycin (0.1 mg/ml) and grown at 37°C
in 5% $CO_2$. At 90% confluency, cells were prepared for
electroporation by trypsinization, concentration by
10    brief centrifugation and resuspension in PBS at $10^7$
cells/0.8 ml. The cells were equilibrated at 4°C, and
DNA (50 μg) restricted with NotI (as described above)
was added. The mixture was electroporated at 960 μF
and 260 V with a BioRad Gene Pulser and then iced
15    again for 10 min before plating onto a 10 cm dish.
After incubation at 37°C for 48 hr, the cells from a
10 cm dish were split equally among 5 24-well plates
in media containig G418 at 0.6 mg/ml (effective
concentration). Under these electroporation
20    conditions, 4-10 colonies/well survive drug selection
after 2 weeks.

Detection of Homologous Recombination by PCR Analysis

Using NotI restricted DNA from pCG.HR1,
25    successful homologous recombination is obtained by
insertion of the 3.8 kb construct at the targeted EPO
locus while simultaneously deleting 1.2 kb of genomic
sequence (FIG. 3). PCR is used to detect unique
targeting events versus random integration of the DNA
30    as diagrammed in FIG. 4. Two primers are synthesized,
one to the 3' end of CMV and the other to the region
3' to the XbaI site used for the 620 bp BstEII-XbaI
fragment in the targeting DNA. A homologous
recombination event generates a DNA target in the
35    genome from which these primers produce an
amplification product of 860 bp.

In order to detect the targeting event,
pools of clones (from the electroporated 293 cells)

20263638
110590                      17.

from 4 wells each (representing about 16 colonies) were generated by trypsinizing wells and using 90% of each well for the pool. The remaining 10% of each well was then reseeded back into the well. Genomic

5  DNA was then prepared from each pool as follows. The cells in each pool were pelleted by centrifugation for 2 min. in a 1.5 ml microcentrifuge tube, resuspended in PBS (20 $\mu$l), and treated for 1 hr at 37°C with a solution (400 $\mu$l) containing 10 mM Tris-HCl (pH7.5),

10  100 mM NaCl, 5 mM EDTA, 1% SDS and RNase A (40 $\mu$g/ml). Proteinase K (10 $\mu$l, 10 mg/ml) was then added, and the samples were incubated for 4 hr at 50°C before extractions by vigorous vortexing with phenol/chloroform (200 $\mu$l each), then with chloroform

15  (400 $\mu$l), the addition of ethanol (800 $\mu$l), and centrifugation at 25°C for 10 min. The DNA pellets were washed with 70% ethanol, dried and resuspended in TE (20 $\mu$l). An average of 40 $\mu$g of genomic DNA was obtained from each sample.

20        Approximately 1 $\mu$g from each sample of genomic DNA was used for PCR analysis. The DNA in a volume (10 $\mu$l) of TE was boiled for 10 min. prior to the addition of PCR mix (40 $\mu$l). The reaction (50 $\mu$l) contained 10 mM Tris-HCl (pH 9.0 at 25°C), 50 mM KCl,

25  1.5 mM MgCl$_2$, 0.01% gelatin, 0.1% Triton X-100, 200 $\mu$M dNTPs, 1 $\mu$M each of the primers 5'-AAGCAGAGCTCGTTTAGTGAACCG-3' and 5'-TGAGCGTGAGTTCTGTGGAATGTG-3', and 1.5 U of Taq DNA polymerase (Promega). Following an initial incubation

30  of 94°C for 3 min, the samples were subjected to 45 cycles of denaturation at 94°C for 1 min., annealing at 66°C for 1.5 min. and extension at 72°C for 2 min. At the end of the 45 cycles, the samples were incubated an additional 5 min. at 72°C. A portion

35  (20 $\mu$l) of each sample was analyzed on a 1% agarose gel run in TBE and stained with ethidium bromide. Out of the 90 pools analyzed from 3 electroporations, two samples were identified which exhibited the correct

20263638
110590           18.

size fragment by ethidium bromide staining.  The DNA
from the PCR reaction was recovered and subjected to
restriction mapping with XbaI.  The correct
amplification product should upon treatment with XbaI

5    yield two fragments, 669bp and 191bp.  The samples
from the two pools both yield fragments of the correct
sizes.  In addition, the sample from pool 1 exhibits
other bands in the uncut material.

      Following the procedure described

10    previously, metaphase chromosomes are prepared from
the recipients demonstrating homologous recombination
with DHFR and transformed in DHFR deficient CHO cells.
After isolating resistant colonies and analyzing for
expression of EPO, the cell clones are grown in

15    selective medium containing progressively higher
concentrations of methotrexate (.02-80 $\mu M$) with steps
of 4-fold increases in concentration.  The cells are
then harvested, cloned and screened for production of
EPO.  Clones providing for at least 2-fold enhancement

20    of EPO production are isolated.

      It is evident from the above results, that
the subject method provides for a novel approach to
expression of a wide variety of mammalian genes of
interest.  The method is simple, only requires the

25    knowledge of a sequence of about 300 bp or more in the
region of a target gene, and one may then use
substantially conventional techniques for transferring
the amplifiable region to an expression host, and
production of the desired product in high yield.

30          All publications and patent applications
cited in this specification are herein incorporated by
reference as if each individual publication or patent
application were specifically and individually
indicated to be incorporated by reference.

35          Although the foregoing invention has been
described in some detail by way of illustration and
example for purposes of clarity of understanding, it
will be readily apparent to those of ordinary skill in

20263638
110590                    19.

the art in light of the teachings of this invention
that certain changes and modifications may be made
thereto without departing from the spirit or scope of
the appended claims.

5

20263638
110590                          20.

WHAT IS CLAIMED IS:

1.    A method for producing mammalian
proteins comprising:
    growing mammalian secondary expression host
cells comprising multiple copies of an amplifiable
region comprising a target gene heterologous to said
secondary expression host and expressing a protein of
interest and an amplifiable gene, whereby said target
gene is expressed and said protein is produced;
    wherein said secondary host expression cells
are produced by the method comprising:
    transforming primary mammalian cells
comprising said target gene with a construct
comprising an amplifiable gene and at least one
flanking region of a total of at least about 150 bp
homologous with a DNA sequence at the locus of the
coding region of said target gene to provide
amplification of said target gene, wherein said
amplifiable gene is at a site which does not
interfere with the expression of said target gene,
whereby said construct becomes homologously integrated
into the genome of said primary cells to define an
amplifiable region;
    selecting for primary cells comprising said
construct by means of said amplifiable gene or other
marker present in said construct;
    isolating DNA portions of said genome from
said primary cells, wherein said portions are large
enough to include all of said amplifiable region;
    transforming secondary expression host cells
with said primary cell DNA portions and cloning said
transformed secondary expression host cells to
produce clones of said secondary expression host
cells differing in said DNA portions present in said
secondary expression host cells;

20263638
110590                          21.

selecting clones of said mammalian secondary
expression host cells comprising said amplifiable
region; and

amplifying said amplifiable region by means
of an amplifying agent, wherein said amplifying is
prior to said isolating or after said selecting and
prior to said growing.

2. A method according to Claim 1, wherein
said amplifiable gene is a mammalian DHFR gene.

3. A method according to Claim 1, wherein
said portions are metaphase chromosomes.

4. A method according to Claim 1, wherein
said portions are restriction fragments.

5. A method according to Claim 1, wherein
said primary cells are human cells.

6. A method according to Claim 5, wherein
said human cells are fibroblast cells.

7. A method according to Claim 1, wherein
said construct comprises a biocidal marker providing
resistance to a biocide for said primary host cells.

8. A method for producing mammalian
proteins comprising:

transforming mammalian primary mammalian
cells comprising said target gene with a construct
comprising an amplifiable gene and at least one
flanking region of at least about 150 bp homologous
with a DNA sequence within 50 kb of the coding region
of said target gene, wherein said amplifiable gene is
at a site which does not interfere with the
expression of said target gene, whereby said
construct becomes homologously integrated into the
genome of said primary cells to define an amplifiable
region comprising said amplifiable gene and said
target gene in said genome;

selecting for primary cells comprising said
construct by means of said amplifiable gene or other
marker present in said construct;

20263638
110590                    22.

isolating DNA portions of said genome from
said primary cells, wherein said portions are large
enough to include all of said amplifiable region;

transforming mammalian secondary expression
host cells with said primary cell DNA portions,
wherein said secondary expression host cells are of a
different species from said primary host cells, and
cloning said transformed secondary expression host
cells to produce clones of said secondary expression
host cells differing in said DNA portions present in
said secondary expression host cells;

selecting clones of said mammalian secondary
expression host cells comprising said amplifiable
region;

amplifying said amplifiable region by means
of an amplifying agent, wherein said amplifying is
prior to said isolating or after said selecting; and

groing said secondary expression host cells
comprising multiple copies of said amplifiable region,
whereby said target gene is expressed and said protein
is produced.

9.    A method according to Claim 8, wherein
said amplifying is with said secondary expression host
cells.

10.    A method according to Claim 8, wherein
said primary cells are human cells.

11. A method according to Claim 10, wherein
said human cells are diploid fibroblast cells.

12.    A method according to Claim 8, wherein
said  amplifiable gene is a mutated DHFR gene having a
higher Km than the wild-type gene.

13.    A method according to Claim 12, wherein
said secondary host expression cell is DHFR deficient.

14.    A method according to Claim 8, wherein
said construct further comprises a marker gene
separated from said amplifiable region by an
homologous flanking region.

20263638
110590                      23.

U.S. DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

*THIS IS TO CERTIFY that page (s)* _____ 24 _____ *is missing from the U.S. Patent and Trademark Office microform records.*

P. R. Brant

**Certifying Officer**

MAY – 8 1996

**DATE**

isolating DNA portions of said genome from said primary cells, wherein said portions are large enough to include all of said amplifiable region;

transforming mammalian secondary expression host cells with said primary cell DNA portions, wherein said secondary expression host cells are of a different species from said primary host cells, and cloning said transformed secondary expression host cells to produce clones of said secondary expression host cells differing in said DNA portions present in said secondary expression host cells;

selecting clones of said mammalian secondary expression host cells comprising said amplifiable region; and amplifying said amplifiable region by means of an amplifying agent, wherein said amplifying is either prior to said isolating or after said selecting.

21. A method according to Claim 20, wherein said amplifying is with said secondary expression host cells.

22. A method according to Claim 20, wherein said primary cells are human cells.

23. A method according to Claim 22, wherein said human cells are diploid fibroblast cells.

24. A method according to Claim 20, wherein said amplifiable gene is a mutated DHFR gene having a higher Km than the wild-type gene.

25. A method according to Claim 24, wherein said secondary host expression cell is DHFR deficient.

20263638
110590
25.

27949/CELL-3 WO

08/10239

PRODUCTION OF PROTEINS
USING HOMOLOGOUS RECOMBINATION

5

ABSTRACT OF THE DISCLOSURE

Methods and compositions are provided for
expression of mammalian genes in culture.  An
amplifiable gene is introduced by homologous
10   recombination in juxtaposition to a target gene, the
resulting combination of amplifiable gene and target
gene transferred to a convenient host and the target
gene amplified by means of the amplifiable gene.  The
resulting expression host may then be grown in culture
15   with enhanced expression of the target gene.

APP/27949

20263638
110590                    26.



PRINT OF DRAWINGS
AS ORIGINALLY FILED

1804/435/172.3

102340

Ziska
1 of 4



Synthetic Polylinker

| NotI SacII | ClaI | MluI | XhoI | HindIII | XbaI | BstEII | NotI SacII |

TGCGGCCGCGGTTATCGATGACGCGTCCTCGAGCAAGCTTCTCTAGACGGTCACCTTCCGCGGCCGCTGTAC
TCGAACGCCGGCGCCAATAGCTACTGCGCAGGAGCTCGTTCGAAGAGATCTGCCAGTGGAAGGCGCCGGCGA

FIG. 1

PRINT OF DRAWINGS
AS ORIGINALLY FILED



FIG. 2

PRINT OF DRAWINGS
AS ORIGINALLY FILED





Human Erythropoetin gene

CMV Enhancer/Promoter

MCI Neo

Homologous Recombination

Targeting Vector

SV2 DHFR

EPO upstream seq.

P

Targeted human cell line

FIG. 3

PRINT OF DRAWINGS
AS ORIGINALLY FILED

Targetting of EPO
for Gene Activation



FIG. 4



DECLARATION AND POWER OF ATTORNEY
FOR PATENT APPLICATION

As a below-named inventor, I hereby declare that:

My residence, post office address and citizenship are as stated below next to my name.

I believe I am the original, first and sole inventor (if only one name is listed below) or an original, first
and joint inventor (if plural names are listed below) of the subject matter which is claimed and for which
a patent is sought on the invention entitled <u>PRODUCTION OF PROTEINS USING HOMOLOGOUS RECOMBINATION</u>, the
specification of which

(check     ☐    is attached hereto.
one)
           ☒    was filed on <u>November 4, 1991</u> as
                Application Serial No. <u>07/787,390</u>
                and was amended on _____.
                                      (if applicable)

I hereby state that I have reviewed and understand the contents of the above-identified specification,
including the claims, as amended by any amendment referred to above.

I acknowledge the duty to disclose information which is material to the examination of this application in
accordance with Title 37, Code of Federal Regulations, §1.56(a).

I hereby claim foreign priority benefits under Title 35, United States Code, §119 of any foreign application(s)
for patent or inventor's certificate listed below and have also identified below any foreign application
for patent or inventor's certificate having a filing date before that of the application on which priority
is claimed:

| Prior Foreign Application(s) | | | Priority Claimed | |
| --- | --- | --- | --- | --- |
| | | | Yes | No |
| <u>US90/06436</u> | <u>PCT</u> | <u>06 November, 1990</u> | ☒ | ☐ |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
| | | | ☐ | ☐ |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |
| | | | ☐ | ☐ |
| (Number) | (Country) | (Day/Month/Year Filed) | Yes | No |

I hereby claim the benefit under Title 35, United States Code, §120 of any United States application(s)
listed below and, insofar as the subject matter of each of the claims of this application is not disclosed
in the prior United States application in the manner provided by the first paragraph of Title 35, United
States Code, §112, I acknowledge the duty to disclose material information as defined in Title 37, Code
of Federal Regulation, §1.56(a) which occurred between the filing date of the prior application and the
national or PCT international filing date of this application:

| <u>07/432,069</u> | <u>November 6, 1989</u> | <u>Pending.</u> |
| --- | --- | --- |
| (Application Serial No.) | (Filing Date) | (Status) |
| | | (patented, pending, abandoned) |
| | | |
| (Application Serial No.) | (Filing Date) | (Status) |
| | | (patented, pending, abandoned) |

Form No. 1.01                          Page 1                          03/81

I hereby appoint the following attorneys to prosecute this application and to transact all business in the Patent and Trademark Office connected therewith: Harold C. Hohbach, Reg. No. 17,757; Aldo J. Test, Reg. No. 18,048; Thomas O. Herbert, Reg. No. 18,812; Donald N. MacIntosh, Reg. No. 20,316; Jerry G. Wright, Reg. No. 20,165; Edward S. Wright, Reg. No. 24,903; David J. Brezner, Reg. No. 24,774; Richard E. Backus, Reg. No. 22,701; James A. Sheridan, Reg. No. 25,435; Robert B. Chickering, Reg. No. 24,286; Willis E. Higgins, Reg. No. 23,025; Gary S. Williams, Reg. No. 31,086; Richard F. Trecartin, Reg. No. 31,801; Stephen C. Durant, Reg. No. 31,506; C. Michael Zimmerman, Reg. No. 20,451; Walter H. Dreger, Reg. No. 24,190; Bertram I. Rowland, Reg. No. 20,015; _____; provided that if any one of said attorneys ceases being affiliated with the law firm of Flehr, Hohbach, Test, Albritton & Herbert as partner, employee or of counsel, such attorney's appointment as attorney and all powers derived therefrom shall terminate on the date such attorney ceases being so affiliated.

Direct all telephone calls to BERTRAM I. ROWLAND at (415) 494-8700.

Address all correspondence to:

> FLEHR, HOHBACH, TEST,
> ALBRITTON & HERBERT
> Suite 3400, Four Embarcadero Center
> San Francisco, California 94111

File No. A-55129-1/BIR  CELL-003/1

I hereby declare that all statements made herein of my own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Title 18, United States Code, §1001 and that such willful false statements may jeopardize the validity of the application or any patent issued thereon.

| | |
|---|---|
| Full name of sole or first inventor: | Arthur I. SKOULTCHI |
| Inventor's signature: | *[signature]* |
| Date: | 11/11/91 |
| Residence: | 73 North Chatsworth Avenue; Larchmont, NY  10538 |
| Citizenship: | UNITED STATES OF AMERICA |
| Post Office Address: | 73 North Chatsworth Avenue |
| | Larchmont, NY  10538 |

DECLARATION AND POWER OF ATTORNEY<br>FOR PATENT APPLICATION<br>Page 2

Form No. 1.01

03/91

08 102890  #1,164.00 -161

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

Art Unit and Classification of this application:

Class (subclass)_____

_____

_____

Prior application:

Examiner _Ziska, S._

Art Unit _1804_

Honorable Commissioner of Patents and Trademarks
Washington, D.C. 20231

Sir:

This is a request for filing a ☒continuation  ☐divisional application under 37 CFR § 1.60, of pending prior application serial no. 07/787,390 filed on November 4, 1991.

of _Arthur Skoultchi_
                              (inventor(s) currently of record in prior application)

for _Production of Proteins Using Homologous Recombination_
                              (title of invention)

1.    ☒    Enclosed is a copy of the prior application, including the oath or declaration, as originally filed. I hereby verify that the enclosed is a true copy of the prior application.

2.    ☐    Enclosed is a copy of the prior application, including the oath or declaration as originally filed and an affidavit or declaration verifying it as a true copy.

3.    ☒    The filing fee is calculated below:

## CLAIMS AS FILED IN THE PRIOR APPLICATION, LESS ANY CLAIMS
## CANCELLED BY AMENDMENT BELOW

### EXPRESS MAIL CERTIFICATION

"Express Mail" label No._TB32785158X_    Date of Deposit_AUGUST 5, 1993_
I hereby certify that this paper or fee is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 C.F.R. 1.10 on the date indicated above and is addressed to the Commissioner of Patents and Trademarks, Washington, D.C. 20231.

_SUSAN M. MORAN_
                              (Type or print name of person mailing paper or fee)

_Susan M. Moran_
                              (Signature of person mailing paper or fee)

DOCKET NO.  CELL 3.2

PATENT APPLICATION FEE VALUE

| TYPE | NO. FILED | LESS | EXTRA | EXTRA RATE | FEE |
|------|-----------|------|-------|------------|-----|
| Total Claims | 73 | -20 | 53 | $22.00 each | 1,166.00 |
| Independent | 6 | -3 | 3 | $74.00 each | 222.00 |

|  |  |
|--|--|
| Basic Fee | 710.00 |
| Multiple Dependency Fee If Applicable ($230.00) | 230.00 |
| **Total** | 2,328.00 |
| 50% Reduction for Independent Inventor, Nonprofit Organization or Small Business Concern | 1,164.00 |
| **Total Filing Fee** | $ 1,164.00 |

4.  ☒  Our check in the amount of $1,164.00 is enclosed for the filing fee.

5.  ☒  The Commissioner is hereby authorized to charge any additional fees which may be required, including extension fees, or credit any overpayment to Deposit Account No. 03-1154. A copy of this sheet is enclosed.

6.  ☒  Cancel in this application original claims 2 through 25 of the prior application and add new claims 26 through 71 by preliminary amendment before calculating the filing fee (At least one original independent claim must be retained for filing purposes).

7   ☒  Amend the specification by inserting before the first line the following sentence: This is a ☒ continuation, ☐ division, of application serial no. 07/787,390, filed November 4, 1991.

8a  ☒  Transfer the drawings from the prior application to this application and abandon the prior application as of the filing date accorded this application. A duplicate copy of this sheet is enclosed for filing in the prior application file.

8b.  ☐  New formal drawings are enclosed.

8c.  ☐  Informal drawings are enclosed.

9a.  ☒  Priority of application serial no. 07/787,390 filed on November 4, 1991 in the United States is claimed under 35 U.S.C. §119.

9b.  ☐  The certified copy has been filed in prior application serial no. , filed .

10.  ☒  The prior application is assigned of record to Cell Genesys, Inc.

11a  ☒  The Power of Attorney appears in the original papers in the prior application serial no. 07/787,390, filed November 4, 1991.

2

DOCKET NO.  CELL 3.2

11b.  ☐   Since the Power of Attorney does not appear in the original papers, a copy of the Power in prior application serial no. , filed  is enclosed.

12.   ☒   A preliminary amendment is enclosed.

13.   ☐   A preliminary amendment will be filed after issuance of the filing receipt.

14a.  ☒   Small entity status was established in prior application serial no. 07/787,390 filed November 4, 1991, and is still proper and desired.

14b.  ☐   A verified statement claiming small entity status is enclosed.

15.   ☐   Additional enclosures or instructions.

16    ☒   Address all future communications to :

          SaraLynn Mandel
          Director of Intellectual Property
          Cell Genesys, Inc.
          322 Lakeside Dr.
          Foster City, CA   94404
          (415) 358-9600, Extension 345

The undersigned declares further that all statements made herein of her own knowledge are true and that all statements made on information and belief are believed to be true; and further that these statements were made with knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the application or any patent issuing thereon.

_____4|5|93_____          _____Sarahynn Mandel_____
     (date)                    (signature)
                          Reg. No. 31, 853

Name and address of signator:          _____Inventor(s)

SaraLynn Mandel_____          _____Assignee of complete interest

Cell Genesys, Inc._____          ___X___Attorney or agent of record

322 Lakeside Drive_____          ___X___Filed under rule 34(a)

Foster City, CA   94404_____

Tel. No.  (415) 358-9600 Extension 345

3