# EXHIBIT L

| | | | |
|---|---|---|---|
| Class | Subclass | ISSUE CLASSIFICATION | |

U.S. PATENT AND TRADEMARK OFFICE
RETURN TO
Interference Service Branch
This case is involved in an
Interference Proceeding.
PTO-1056

| UTILITY SERIAL NUMBER 102390 | PATENT DATE | PATENT NUMBER |
|---|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | SUBCLASS | GROUP ART UNIT | EXAMINER |
|---|---|---|---|---|---|
| 08/102,390 | 08/05/93 RULE 60 | 435 | 172.3 | 1804 | Ziska |

APPLICANTS

ARTHUR I. SKOULTCHI, LARCHMONT, NY.

**CONTINUING DATA********************
VERIFIED    THIS APPLN IS A CON OF   07/787,390 11/04/91 ABN   Nov 9/20/93  Ziska

SEJ No SC

**FOREIGN/PCT APPLICATIONS************
VERIFIED

SEJ

FOREIGN FILING LICENSE GRANTED 10/20/93      ***** SMALL ENTITY *****

| Foreign priority claimed ☒ yes ☐ no 35 USC 119 conditions met ☐ yes ☐ no Verified and Acknowledged SEJ Examiner's Initials | AS FILED → | STATE OR COUNTRY | SHEETS DRWGS. | TOTAL CLAIMS | INDEP. CLAIMS | FILING FEE RECEIVED | ATTORNEY'S DOCKET NO. |
|---|---|---|---|---|---|---|---|
| | | NY | 4 | 1 | 1 | $1,164.00 | CELL3.2 |

ADDRESS
SARALYNN MANDEL
DIRECTOR OF INTELLECTUAL PROPERTY
CELL GENESYS, INC.
322 LAKESIDE DR.
FOSTER CITY, CA 94404

Pennie & Edmonds
1155 Avenue of the Americas
New York, New York 10036

TITLE: PRODUCTION OF PROTEINS USING HOMOLOGOUS RECOMBINATION

U.S. DEPT. of COMM.-Pat. & TM Office— PTO-436L (rev. 10-78)

| PARTS OF APPLICATION FILED SEPARATELY | | |
|---|---|---|
| NOTICE OF ALLOWANCE MAILED | | Applications Examiner |
| | Assistant Examiner | CLAIMS ALLOWED |
| | | Total Claims | Print Claim |
| ISSUE FEE | | DRAWING |
| Amount Due | Date Paid | Sheets Drwg. | Figs. Drwg. | Print Fig. |
| Label Area | Primary Examiner | ISSUE BATCH NUMBER |
| | PREPARED FOR ISSUE | |

WARNING: The information disclosed herein may be restricted. Unauthorized disclosure may be prohibited by the United States Code Title 35, Sections 122, 181 and 368. Possession outside the U.S. Patent & Trademark Office is restricted to authorized employees and contractors only.

Form PTO-436A (rev. 8/92)

(FACE)

| BAR CODE LABEL | U.S. PATENT APPLICATION |
|---|---|

| SERIAL NUMBER | FILING DATE | CLASS | GROUP ART UNIT |
|---|---|---|---|
| 08/102,390 | 08/05/93 RULE 60 | 435 | 1804 |

APPLICANT

ARTHUR I. SKOULTCHI, LARCHMONT, NY.

\*\*CONTINUING DATA\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED     THIS APPLN IS A CON OF    07/787,390 11/04/91 ABN

\*\*FOREIGN/PCT APPLICATIONS\*\*\*\*\*\*\*\*\*\*\*\*
VERIFIED

FOREIGN FILING LICENSE GRANTED 10/20/93         \*\*\*\*\* SMALL ENTITY \*\*\*\*\*

| STATE OR COUNTRY | SHEETS DRAWING | TOTAL CLAIMS | INDEPENDENT CLAIMS | FILING FEE RECEIVED | ATTORNEY DOCKET NO. |
|---|---|---|---|---|---|
| NY | 4 | 1 | 1 | $1,164.00 | CELL3.2 |

ADDRESS

SARALYNN MANDEL
DIRECTOR OF INTELLECTUAL PROPERTY
CELL GENESYS, INC.
322 LAKESIDE DR.
FOSTER CITY, CA 94404

TITLE

PRODUCTION OF PROTEINS USING HOMOLOGOUS RECOMBINATION

This is to certify that annexed hereto is a true copy from the records of the United States Patent and Trademark Office of the application which is identified above.
By authority of the
COMMISSIONER OF PATENTS AND TRADEMARKS

Date                    Certifying Officer