**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11810-MLW |
| | ) | |
| CELL GENESYS, INC., | ) | |
| | ) | |
| Defendant/Counterclaimant, and | ) | |
| | ) | |
| TRANSKARYOTIC THERAPIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**ARS MOTION *IN LIMIINE* TO EXCLUDE PREVIOUSLY UNDISCLOSED EVIDENCE
RELIED ON BY CGI IN ITS "INTERFERENCE-IN-FACT" MEMORANDUM**

Applied Research Systems ARS Holding, N.V. ("ARS") respectfully moves this Court to exclude from evidence the following documents on which Cell Genesys, Inc. ("CGI") relies in support of its motion to reverse the Board's decision that there is no interference-in-fact between CGI's Claim 106 and ARS's twenty-one patentable claims (particularly Claim 24):

- U.S. Patent No. 5,024,939 (Exhibit B to the Declaration of Steven B. Kelber ("Kelber Decl.")); and
- Kucherlapati *et al.*, *CRC Crit. Rev. Biochem.* 16(4):349-79 (1984) (Exhibit D to Kelber Decl.).

ARS further requests that this Court bar CGI's expert, Dr. Thea Tlsty, from offering testimony and opinions not disclosed in her previously-submitted Rule 26(a)(2) expert report, and from testifying about documents that she did not consider, disclose, or discuss in her previously-submitted Rule 26(a)(2) expert report, relating to the following:

- CGI's '390 patent application, particularly regarding Claim 106; and
- The purported obviousness of modifying the method of Claim 106 to include inserting a "selectable amplifiable gene."

As explained further in the Memorandum filed in support of this Motion, this Court should bar CGI (pursuant to Fed. R. Civ. P. 37(c)(1)) from relying on these documents and introducing this potential testimony, because CGI violated Fed. R. Civ. P. 26 and 37 by failing to disclose this evidence to ARS, and allowing CGI to rely on such evidence would unfairly prejudice ARS because ARS was denied the opportunity to address those documents or potential opinions during fact or expert discovery in this case.

Dated: October 31, 2006                                       Respectfully submitted,


                                                By: /s/ Kevin M. Flowers
Fred A. Kelly, Jr. (BBO # 544046)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel: 617-345-1000
Fax: 617-345-1300

Kevin M. Flowers (*pro hac vice*)
Matthew C. Nielsen (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

Counsel For Plaintiff APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

     I hereby certify that Cullen N. Pendleton (counsel for ARS) and I separately attempted in good faith to confer with counsel for CGI on October 31, 2006, and were unable to resolve or narrow the issues that are the subject of this motion. Specifically, at 11:45 am I sent an email to counsel for CGI, Mr. Steven Kelber, notifying him of ARS's intent to file this motion today. Having received no response to the email, Mr. Pendleton made a telephone call to Mr. Kelber at about 3:00 p.m. that afternoon; Mr. Kelber informed Mr. Pendleton that he had tried but been unable to contact CGI, and was therefore unable to indicate to ARS whether CGI would object to ARS's motion. In order to preserve its rights, ARS is filing its motion today along with its opposition briefs. If CGI accedes to the relief sought in the motion, ARS will withdraw the motion.

                                                                /s/ Kevin M. Flowers


**CERTIFICATE OF SERVICE**

     I hereby certify that **ARS MOTION *IN LIMIINE* TO EXCLUDE PREVIOUSLY UNDISCLOSED EVIDENCE RELIED ON BY CGI IN ITS "INTERFERENCE-IN-FACT" MEMORANDUM**, and **ARS MEMORANDUM** in support are being filed through the ECF system, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 31, 2006. Additionally, two courtesy copies are being dispatched via UPS for next business day delivery to the Court.

                                                                /s/ Kevin M. Flowers