IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELL GENESYS, INC., | ) |
| Plaintiff/Counterdefendant, | ) |
| v. | ) C.A. No. 05-12448-MLW |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V. | ) |
| Defendant/Counterclaimant. | ) |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) |
| Plaintiff, | ) |
| v. | ) C.A. No. 04 11810 MLW |
| CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC. | ) |
| Defendants. | ) |

**UNOPPOSED MOTION OF CELL GENESYS, INC. TO EXTEND
DEADLINES FOR MEMORANDA RELATING TO ISSUES IDENTIFIED
IN THIS COURT'S AUGUST 9, 2006 SCHEDULING ORDER**

Cell Genesys, Inc. ("CGI") hereby moves for an extension of time to file memoranda related to this Court's August 9, 2006 Order. In particular, CGI moves to (1) extend the deadlines for filing CGI's two reply memoranda and oppositions to ARS's motions *in limine* until November 22, 2006; and (2) extend the deadlines for ARS to file its two sur-reply memoranda and its reply memoranda in support of its three motions *in limine* until December 11, 2006. CGI respectfully submits that the grant of this motion need not affect any other date set out in the August 9 Order.

Applied Research Systems ARS Holding, N.V. ("ARS") has indicated that it does not oppose the grant of this motion.

## FACTUAL BACKGROUND

### Current Briefing Schedule.

This Court's August 9, 2006 Order sets forth a briefing schedule regarding two issues: (1) whether the Board correctly found that CGI's claims 107-109 are unpatentable over the "Japan" reference; and (2) whether the Board correctly held that there is no interference-in-fact between claim 106 in CGI's '390 application and the twenty-one claims of ARS's '071 patent that the Board found patentable. (*See* August 9, 2006 Order at ¶ 2 (Docket No. 124)). On October 2, 2006, CGI submitted its two memoranda on these issues (*see* Docket Nos. 126 - 129), and on October 31, 2006, ARS submitted its corresponding opposition briefs (*See* Docket Nos. 133 - 134). Under the August 9 Order, the current deadlines for filing CGI's reply briefs and ARS's sur-reply briefs are November 17 and December 1, 2006, respectively.

On October 31, 2006, ARS also filed three motions *in limine* directly relating to the substance of CGI's memoranda on the two issues identified by the Court. (*See* Docket Nos. 135, 138, 140). In particular, ARS filed: (1) Motion *In Limine* to Exclude New Evidence Offered by

2

CGI in Support of its "Japan" Memorandum, and a supporting Memorandum and Declaration (Docket Nos. 135-137); (2) Motion *In Limine* to Exclude Hearsay Relied On By CGI in Its "Japan" Memorandum, and a supporting Memorandum (Docket Nos. 138-139); and (3) Motion *In Limine* to Exclude Previously Undisclosed Evidence Relied on by CGI in Its "Interference-in-Fact" Memorandum, and a supporting Memorandum (Docket Nos. 140-141).

**Extenuating Circumstances of CGI's Lead Counsel.**

Steven B. Kelber, Esq.'s (CGI's lead counsel) association with the law firm of Merchant & Gould ended precipitously the week of November 6, 2006. Mr. Kelber is now in the process of transferring his files in this matter, as well as many other pending matters, to a new office.

### ARGUMENT

**I.     CGI Requests an Extension Until November 22, 2006 for the Filing of Its Reply and Opposition Briefs.**

Local Rule 7.1 dictates that CGI's responses to ARS's three motions *in limine* are due on November 14, 2006, three days prior to the deadline for CGI's reply memoranda. Since ARS's recently-filed motions all relate to the issues raised in CGI's memoranda on the two issues enunciated in the Court's August 9, 2006 Order, it will be more efficient to establish one coincidental deadline for the filing of CGI's reply memoranda and opposition briefs.

Consequently, CGI moves for an extension of time to file its reply briefs and opposition memoranda concurrently so that CGI's reply memoranda and opposition briefs will be due on November 22, 2006. The parties have agreed that if the service dates for CGI's replies and oppositions are extended to November 22, ARS's two surreplies and three reply memoranda will be due on December 11, 2006.

In support of this request, CGI states that extenuating circumstances warrant this short extension. In particular, lead counsel for CGI, Steven B. Kelber, has only this past week

3

precipitously ended his association with the law firm of Merchant & Gould. As such, Mr. Kelber needs additional time to transfer his files in this case, as well as his other cases, to his new office. Given this logistical hurdle, it would be extremely difficult, and likely physically impossible, for Mr. Kelber to submit CGI's two reply memoranda by November 17, 2006 and its three opposition briefs by November 14, 2006.

## CONCLUSION

For the reasons stated above, CGI respectfully requests that this Court extend until November 22, 2006 the deadlines for CGI to file and serve its reply memoranda and opposition briefs, and to extend the date for filing and service of ARS's responses thereto until December 11, 2006.

Respectfully submitted,

Dated: November 14, 2006

By: /s/ T. Christopher Donnelly
T. Christopher Donnelly (BBO # 129930)
Jill Brenner Meixel (BBO# 652501)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
Tel: 617-720-2880
Fax: 617-720-3554

Steven Kelber
Arnold & Porter LLP
Room 900A
555 Twelfth Street, NW
Washington, D.C. 20004-1206
Tel: (202) 942-5747
Fax: (202) 942-5999

COUNSEL FOR DEFENDANT
CELL GENESYS, INC.

## Local Rule 7.1 Certification

I hereby certify that counsel for CGI conferred in good faith with Plaintiff's counsel in an effort to narrow or resolve the issues raised in this motion, and ARS's counsel does not oppose this motion.

/s/   T. Christopher Donnelly
T. Christopher Donnelly

## Certificate of Service

I hereby certify that UNOPPOSED MOTION OF CELL GENESYS, INC. TO EXTEND DEADLINES FOR BRIEFING RELATING TO ISSUES IDENTIFIED IN THIS COURT'S AUGUST 9, 2006 SCHEDULING ORDER was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 14, 2006.

/s/   T. Christopher Donnelly
T. Christopher Donnelly