IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V. | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04 11810 MLW |
| | ) | |
| CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF STEVEN B. KELBER IN SUPPORT OF
OPPOSITION OF CELL GENESYS, INC. TO THE ARS MOTION
TO EXCLUDE EVIDENCE RELIED ON IN CGI'S MOTION REGARDING
THE "JAPAN" REFERENCE NOT PRESENTED TO THE BOARD BELOW**

I, Steven B. Kelber, hereby depose and state:

1. I am a licensed attorney and lead counsel for the defendant Cell Genesys, Inc. ("CGI") in this action. I have personal knowledge of the facts set forth in this Declaration.

2. Prior to the filing of this patent interference action under 35 U.S.C. § 146, I spoke with both Dr. Skoultchi and Dr. Kucherlapati. At that time, neither of them had any documents or memory of the issue pertaining to the availability of the Japan reference as prior art.

1

3. Dr. Skoultchi never gave his notebook to me, as counsel for CGI. Rather, his notebook was discovered when CGI was collecting documents responsive to ARS's document requests. Specifically, in response to discovery requests of ARS, requests were given to CGI's in-house counsel and executives to identify anyone that could have responsive documents. It was only then that Skoultchi's notebook was discovered, in and among other documents and files.

4. In approximately March of 2003, I attempted to contact Mark Levin on two different occasions when he was employed as CEO of Millennium Pharmaceuticals. However, I was unable to reach him.

5. Although Drs. Skoultchi and Kucherlapati were consultants to CGI on various issues pertaining to surviving matters of interest to them, their consulting contracts with CGI did not oblige them, in any way, to provide testimony or evidence to or for CGI, and they did not do so.

6. I met, as counsel for CGI, with Drs. Skoultchi and Kucherlapati and Mr. Levin only after they were served with subpoenas in this matter.

7. CGI's counsel was not aware of the existence or location of Mr. Savage and Mr. Thompson until they were identified by Mr. Levin in his deposition, which was taken by ARS.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 22, 2006 in Washington, District of Columbia

/s/   Steven B. Kelber
Steven B. Kelber

2

## Certificate of Service

I hereby certify that this DECLARATION OF STEVEN B. KELBER IN SUPPORT OF OPPOISITON OF CELL GENESYS, INC. TO THE ARS MOTION TO EXCLUDE EVIDENCE RELIED ON IN CGI'S MOTION REGARDING THE "JAPAN" REFERENCE NOT PRESENTED TO THE BOARD BELOW was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 22, 2006.

/s/   Steven B. Kelber
Steven B. Kelber