**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V. | ) ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04 11810-MLW |
| | ) | |
| CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC. | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**ARS STATEMENT REGARDING SCHEDULE FOR JANUARY 16-17 HEARING
(PURSUANT TO ¶ 3 IN AUGUST 9, 2006 SCHEDULING ORDER)**

This Court's August 9, 2006 Order indicates that the parties are to "confer and, by December 1, 2006, state how long they expect the hearing to take if the court takes testimony and if the court does not take testimony." Docket No. 124 at 2, ¶ 3. Counsel for the parties have conferred regarding this issue, but were not able to reach complete agreement. Consequently, the parties are filing separate statements (CGI has indicated that it will file its statement by Monday, December 4, 2006).

ARS believes that the Court should address "the second question" in the August 9 Order (*i.e.*, whether the Board correctly held that there is no interference-in-fact) simultaneously with the "first question" (*i.e.*, whether the Board correctly found that CGI's claims 107-109 are unpatentable over the "Japan" reference). ARS believes that no fact or expert witness testimony is necessary or appropriate for the parties or the Court to address either question at the hearing currently scheduled for January 16-17, 2007.

If no testimony is permitted at the hearing, ARS believes that the Court's reservation of January 16 for the hearing should be sufficient. If the Court permits testimony at the hearing, ARS believes the hearing might extend into the morning of January 17. Until CGI indicates what testimony it might offer at the hearing and how much time it would require for that testimony, ARS cannot determine what testimony it might need to present or how much time it might need for that testimony.

                                                Respectfully submitted,

Dated: December 1, 2006                          /s/ Matthew C. Nielsen
                                                NIXON PEABODY LLP
                                                Fred A. Kelly, Jr. (BBO # 544046)
                                                BBO No. 544046
                                                100 Summer Street
                                                Boston, MA 02110
                                                Tel: (617) 345-1000
                                                Fax: (617) 345-1300

                                                MARSHALL, GERSTEIN & BORUN LLP
                                                Kevin M. Flowers (*pro hac vice*)
                                                Matthew C. Nielsen (*pro hac vice*)
                                                6300 Sears Tower
                                                233 S. Wacker Drive
                                                Chicago, IL 60606-6357
                                                Tel: (312) 474-6300
                                                Fax: (312) 474-0448

                                                Counsel for Plaintiff APPLIED RESEARCH SYSTEMS
                                                ARS HOLDING, N.V

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

I hereby certify that I met-and-conferred in good faith with counsel for CGI on December 1, 2006 regarding this submission.

                                    /s/ Kevin M. Flowers_____
                                    Kevin M. Flowers


**CERTIFICATE OF SERVICE**

    I hereby certify that ARS STATEMENT REGARDING SCHEDULE FOR JANUARY 16-17 HEARING (PURSUANT TO 3 IN AUGUST 9, 2006 SCHEDULING ORDER) was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 1, 2006.

                                    /s/   Matthew C. Nielsen
                                    Matthew C. Nielsen