**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11810-MLW |
| | ) | |
| CELL GENESYS, INC. | ) | |
| | ) | |
| Defendant/Counterclaimant, and | ) | |
| | ) | |
| TRANSKARYOTIC THERAPIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**DECLARATION OF MATTHEW C. NIELSEN**

I, Matthew C. Nielsen, state as follows:

1. I represent Applied Research Systems ARS Holding, N.V. ("ARS") in this action. Statements made herein are based on my personal knowledge. I submit this Declaration in support of the following papers being filed concurrently herewith:

(i) ARS Sur-Reply Regarding CGI's Motion To Reverse The Board's Decision That There Is No Interference-In-Fact;

(ii) ARS Reply Regarding Its Motion *In Limine* To Exclude Hearsay Relied On By CGI In Its "Japan" Memorandum;

(iii) ARS Reply Regarding Its Motion *In Limine* To Exclude Previously-Undisclosed Evidence Relied On By CGI In Its Interference-In-Fact Memorandum; and

(iv) ARS Reply Regarding Its Motion *In Limine* To Exclude New Evidence Offered By CGI In Support Of Its "Japan" Memorandum.

2. Exhibit A is a true and correct copy of pertinent pages from the American Type Culture Collection Catalogue of Cell Lines and Hybridomas, Sixth Edition, 1988.

3. Exhibit B is a true and correct copy of pertinent pages of an "Office Action" dated April 24, 1995, as issued by the U.S. Patent & Trademark Office in connection with U.S. Patent Application Serial No. 08/102,390.

4. Exhibit C is a true and correct copy of pertinent pages from the "Declaration of Mitchell Finer Under C.F.R. § 1.132," dated October 20, 1995, as submitted to the U.S. Patent & Trademark Office in connection with U.S. Patent Application Serial No. 08/102,390.

5.  Exhibit D is a true and correct copy of pertinent pages from "ARS's 37 CFR 1.635/1.656(h) Motion to Suppress (CGI's Exhibit 2040 and Portions of Exhibit 2054)," filed on January 16, 2004 in Interference No. 105,114.

6.  Exhibit E consists of true and correct copies of documents entitled "Supplemental Disclosure Statement of Cell Genesys, Inc. Federal Rule of Civil Procedure 26(e)(1)," dated July 12, 2005 and December 9, 2005, served on ARS by CGI in Civil Action No. 04-1407-JDB (D.D.C.) (which was transferred to this District and designated Civil Action No. 05-12448-MLW) and Civil Action No. 04-11810-MLW, respectively.

7.  Exhibit F is a true and correct copy of pertinent pages from ARS's Second Set of Requests for the Production of Documents and Things, dated August 12, 2005, served on CGI by ARS in Civil Action No. 04-1407-JDB (D.D.C.) (which was transferred to this District and designated Civil Action No. 05-12448-MLW).

8.  Exhibit G is a true and correct copy of pertinent pages from Barbara McCurdy & Susan Christenberry, *Discovery in Interferences*, in PATENT INTERFERENCE PRACTICE UNDER NAFTA AND GATT 7-1, 7-22 (Patent Resources Group, Inc. 1998)

I declare under the penalties of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: December 11, 2006              /s/ Matthew C. Nielsen
                                      Matthew C. Nielsen