# EXHIBIT E

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> v. <br><br> CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC. <br><br> Defendants. | C.A. No. 04 11810 MLW |

**SUPPLEMENTAL DISCLOSURE STATEMENT OF CELL GENESYS, INC.
FEDERAL RULE OF CIVIL PROCEDURE 26(e)(1)**

Pursuant to the provisions of FRCP 26(e)(1) and 26(a), plaintiff Cell Genesys, Inc. herewith supplements the disclosures of people and things made throughout the course of the interference below, Interference 105,114, and identifies further individuals pursuant to FRCP 26(a)(1)(A). No other supplementation of the disclosures made during Interference 105,114 and the pendency of this action, as well as the parallel proceeding in the United States District Court for the District of Columbia, now transferred here (C.A. NO. 04 CV 01407 (JBD)), is appropriate at this time. Cell Genesys, Inc. expressly notes that these prior disclosures and the supplementation made herewith are its full disclosure under Rule 26(a), and Cell Genesys, Inc. may rely on those individuals and things.

FRCP 26(a)(1)(A)

Andrew Thompson
Spring Ridge Ventures
800 El Camino Real, Suite 220
Menlo Park, CA 94025

George Savage, M.D.
Spring Ridge Ventures
800 El Camino Real, Suite 220
Menlo Park, CA 94025

Both of the above-noted individuals may be in possession of information tending to show the events surrounding conception of the subject matter at issue, and diligence toward a reduction to practice, as well as constructive and actual reduction to practice of the same.

                                        CELL GENESYS, INC.

                                        By its attorneys,

                                        Steven B. Kelber
                                        Merchant & Gould
                                        901 Fifteenth Street, N.W.
                                        Suite 850
                                        Washington, DC 20005
                                        Telephone: (202) 326-0300

                                        T. Christopher Donnelly (BBO #129930)
                                        Donnelly, Conroy & Gelhaar, LLP
                                        One Beacon Street, 33rd Floor
                                        Boston, Massachusetts 02108
                                        Telephone: (617) 720-2880

Dated: 12/9/05

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the aforegoing SUPPLEMENTAL DISCLOSURE STATEMENT OF CELL GENESYS, INC. FEDERAL RULE OF CIVIL PROCEDURE 26(e)(1) was served upon Counsel as follows:

Kevin M. Flowers, Ph.D., Esq.
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357

Eric J. Marandett, Esq.
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110

via Federal Express on this ____ day of December, 2005.

Steven B. Kelber

INTERFERENCE 105,114 (District Court Action)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
|    Plaintiff/Counterdefendant | ) | |
| | ) | |
| v. | ) | C.A. NO. 04 CV 01407 (JDB) |
| | ) | |
| APPLIED RESEARCH SYSTEM ARS HOLDING, N.V. | ) ) | |
| | ) | |
|    Defendant/Counterclaimant | ) ) | |

## SUPPLEMENTAL DISCLOSURE STATEMENT OF CELL GENESYS, INC. FEDERAL RULE OF CIVIL PROCEDURE 26(e)(1)

Pursuant to the provisions of FRCP 26(e)(1) and 26(a), plaintiff Cell Genesys, Inc. herewith supplements the disclosures of people and things made throughout the course of the interference below, Interference 105,114, and identifies further individuals pursuant to FRCP 26(a)(1)(A), and documents not previously identified, pursuant to FRCP 26(1)(B). No other supplementation of the disclosures made below is appropriate at this time. Cell Genesys, Inc. expressly notes that the materials and individuals relied on below constitute its full original disclosure under Rule 26(a), and Cell Genesys, Inc. may rely on those individuals and things. FRCP 26(a)(1)(A):

Art Skoultchi
Resnick Professor and Chair
Department of Cell Biology
Albert Einstein College of Medicine
1300 Morris Park Avenue
Bronx, NY 10461

Raju Kucherlapati
Scientific Director at Harvard Medical School
Brigham and Women's Hospital
77 Avenue Louis Pasteur
Suite 250
Boston, Massachusetts 02115


Mark Levin
Chairperson, President and Chief Executive Officer
Millennium Pharmaceuticals, Inc.
40 Landsdowne Street
Cambridge, MA 02139

Mitch Finer
21 Oakhaven Way
Woodside, CA 94062

Oliver Smithies
Excellence Professor
Department of Pathology
Brinhous-Bullitts Blvd. Rm. 701
University of North Carolina
Chapel Hill, NC 27514

Kurt C. Wheeler
General Partner
MPM Capital
601 Gateway, #350
So. San Francisco, CA 94080

Each of the above-noted individuals may be in possession of information tending to show the events surrounding conception of the subject matter at issue, and diligence toward a reduction to practice, as well as constructive and actual reduction to practice of the same.



FRCP 26(1) (B)

Cell Genesys, Inc. has identified a variety of notebooks, memoranda, meeting agendas and notes

from the 1988 - 1989 time frame that Cell Genesys, Inc. may use to support its claims other than

2

impeachment. Theses documents are located in California and are in the custody and control of either Cell Genesys, Inc. or its attorneys.

Respectfully submitted,

MERCHANT & GOULD

Date: July 12, 2005

Steven B. Kelber D.C. Bar No. 358515
901 Fifteenth Street, N.W.
Suite 850
Washington, D.C. 20005
Telephone: (202) 326-0300
Facsimile: (202) 326-0778

*Attorney for Plaintiff Cell Genesys, Inc.*

3

## CERTIFICATE OF SERVICE

I hereby certify that true copies of:

1. SUPPLEMENTAL DISCLOSURE STATEMENT
   OF CELL GENESYS, INC.
   FEDERAL RULE OF CIVIL PROCEDURE 26(e)(1)

2. CERTIFICATE OF SERVICE

were served upon Counsel as follows:

Charles L. Gholz
Oblon, Spivak, McClelland,, Maier & Neustadt, P.C.
1940 Duke Street
Alexandria, Virginia 22314

via _Fed Ex_ on this _12th_ day of JULY, 2005.

_____
STEVEN B. KELBER

ATTORNEY DOCKET NO: 306229-21
INTERFERENCE 105,114 (District Court Action)