# EXHIBIT F

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CELL GENESYS, INC., ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-1407 (JDB) |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Defendant/Counterclaimant. ) | |

**DEFENDANT/COUNTERCLAIMANT ARS'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF**

Defendant/Counterclaimant, Applied Research Systems ARS Holding, N.V. (hereinafter "ARS"), requests that plaintiff/counterdefendant, Cell Genesys, Inc. (hereinafter "CGI"), produce copies of the following documents and things, pursuant to the provisions of Fed. R. Civ. P. 34, at the offices of Marshall, Gerstein & Borun, 233 S. Wacker Driver, 6300 Sears Tower, Chicago, Illinois 60606-6357, by August 26, 2005.

**DEFINITIONS AND INSTRUCTIONS**

As used herein, "the subject matter at issue in this action" means the subject matter claimed in U.S. Patent No. 5,272,071 (entitled "Method for the Modification of the Expression Characteristics of an Endogenous Gene of a Given Cell Line"), which is owned by Applied Research Systems ARS Holding, N.V., and/or U.S. Patent Application No. 08/102,390 (entitled "Production of Proteins Using Homologous Recombination"), which is owned by Cell Genesys, Inc.

As used herein, "CGI" includes Cell Genesys, Inc., its officers, directors, employees, attorneys, agents, consultants, and any other individual through which it acts or has acted with respect to any subject inquired of herein.

1

**REQUEST NO. 8:**

All documents and things relating to or tending to evidence or contradict CGI's allegations in its Complaint that the claims of ARS's '071 patent are unpatentable for lacking an enabling disclosure under 35 U.S.C. § 112, ¶1 (the subject of CGI's Preliminary Motion 3, which the Board denied).

**RESPONSE:**


**REQUEST NO. 9:**

All documents and things relating to or tending to evidence or contradict CGI's allegations in its Complaint that the Board's determination of no interference-in-fact should be reversed.

**RESPONSE:**


**REQUEST NO. 10:**

All documents and things referring or relating to or tending to evidence or contradict ARS's allegations in its Counterclaim/Cross-Action that the Court should reverse the Board's decision that the term "cell line" in ARS's '071 patent claims "does not exclude prokaryotes such as bacteria, single-celled eukaryotes such as yeasts and molds, or any other prokaryotic and eukaryotic microorganisms" and "means nothing more than a cell culture derived from a single cell, preferably a permanent cell culture derived from a single cell."

**RESPONSE:**

**REQUEST NO. 26:**

All documents and things referring or relating to any testing or experimentation that was done or conducted by any person in connection with the conception, development, and reduction to practice of the subject matter claimed in CGI's '390 application, including but not limited to any test or experiments by CGI, Arthur Skoultchi, anyone acting on Arthur Skoultchi's behalf or at his direction, or by another person or entity.

**RESPONSE:**

Dated: August 17, 2005

Respectfully submitted,

By: *Frank J. West*
MARSHALL, GERSTEIN & BORUN LLP
Kevin M. Flowers, Ph.D.
Matthew C. Nielsen
6300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

OBLON, SPIVAK, McCLELLAND,
MAIER & NEUSTADT, P.C.
Charles L. Gholz
Frank J. West
1940 Duke Street
Alexandria, Virginia 22314
Tel: (703) 412-6485
Fax: (703) 413-2220

11

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing **DEFENDANT/ COUNTERCLAIMANT ARS'S SECOND SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF** was duly served upon counsel for plaintiff/counterdefendant by forwarding said copy by hand delivery, on August 17, 2005, to:

> Steven B. Kelber, Esq.
> MERCHANT & GOULD
> 901 Fifteenth Street, N.W.
> Suite 850
> Washington, D.C. 20005
> Telephone: (202) 326-0300
> Fax: (202) 326-0778
>
> COUNSEL FOR PLAINTIFF/COUNTERDEFENDANT
> CELL GENESYS, INC.

*/s/ Frank J. West*

12