IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELL GENESYS, INC., ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | Civil Action No. 05-12448-MLW |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Defendant/Counterclaimant. ) | |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-11810-MLW |
| ) | |
| CELL GENESYS, INC., ) | |
| ) | |
| Defendant/Counterclaimant, and ) | |
| ) | |
| TRANSKARYOTIC THERAPIES, INC., ) | |
| ) | |
| Defendant. ) | |

**ARS UNOPPOSED MOTION FOR LEAVE TO FILE REPLIES
TO CGI'S OPPOSITIONS TO ARS MOTIONS *IN LIMINE***

Pursuant to Local Rule 7.1(b)(3), Applied Research Systems ARS Holding, N.V. ("ARS") respectfully moves this Court for leave to file reply briefs in support of its three pending motions *in limine* (the motions *in limine* are Court Docket Nos. 135, 138 & 140).

1.   On November 14, 2006, CGI filed an unopposed motion "to (1) extend the deadlines for filing CGI's two reply memoranda and oppositions to ARS's motion *in limine* until November 22, 2006; and (2) extend the deadlines for ARS to file its two sur-reply memoranda and its reply memoranda in support of its three motions *in limine* until December 11, 2006." Court Docket No. 142 at 2.

2.    The Court has not yet ruled on CGI's unopposed motion, but in keeping with the proposed dates in that motion, CGI filed its two reply memoranda and oppositions to ARS's three motions *in limine* on November 22, 2006, and ARS is filing its two sur-reply memoranda today, December 11, 2006 (the Court's Order of August 9, 2006 specifically provided for CGI to file reply briefs and ARS to file sur-reply briefs). Court Docket No. 124 at 2, ¶ 2.

3.    In view of the pending motion filed by CGI on November 14, 2006, and the requirements of Local Rule 7.1(b)(3) ("[a]ll other papers not filed as indicated in subsections (b)(1) and (2), whether in the form of a reply brief or otherwise, may be submitted only with leave of court"), ARS respectfully moves for leave to file replies to the oppositions of CGI concerning ARS's three pending motions *in limine*.

5.    Counsel for ARS, Mr. Kevin M. Flowers, conferred with counsel for CGI, Mr. Steven B. Kelber, regarding this motion for leave. Mr. Kelber confirmed that CGI does not oppose grant of this motion.

WHEREFORE, for the foregoing reasons, ARS respectfully requests that the Court grant it leave to file reply briefs in support of its pending motions *in limine*.

Dated: December 11, 2006                             Respectfully submitted,


                                              By: /s/ Kevin M. Flowers
Fred A. Kelly, Jr. (BBO # 544046)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel: 617-345-1000
Fax: 617-345-1300

Kevin M. Flowers (*pro hac vice*)
Matthew C. Nielsen (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL 60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

Counsel For Plaintiff APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

      I hereby certify that on December 7 and December 8, 2006, I conferred via email with counsel for CGI, Mr. Steven B. Kelber, in a good faith attempt to resolve or narrow the issue that is the subject of this motion. Mr. Kelber informed me that CGI has no objection to ARS filing on December 11, 2006 replies to CGI's opposition to ARS's motions *in limine*.

/s/ Kevin M. Flowers

**CERTIFICATE OF SERVICE**

      I hereby certify that **ARS UNOPPOSED MOTION FOR LEAVE TO FILE REPLIES TO CGI'S OPPOSITIONS TO ARS MOTIONS *IN LIMINE*** is being filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on December 11, 2006. Additionally, two courtesy copies are being dispatched via UPS for next business day delivery to the Court.

/s/ Kevin M. Flowers