IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELL GENESYS, INC., ) | |
|     Plaintiff/Counterdefendant, ) | Civil Action No. 05-12448-MLW |
| v. ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., ) | |
|     Defendant/Counterclaimant. ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., ) | Civil Action No. 04-11810-MLW |
|     Plaintiff, ) | |
| v. ) | |
| CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., ) | |
|     Defendants. ) | |

**DEFENDANT TKT'S STATUS REPORT ON SETTLEMENT PROSPECTS**

Further to the Court's August 9, 2006 Order, Defendant Transkaryotic Therapies, Inc. ("TKT") respectfully submits this status report concerning efforts by TKT and Plaintiff Applied Research Systems ARS Holding, N.V. ("ARS") to settle this action.

TKT is a defendant in Count II of this action, as to which this Court stayed all proceedings, including TKT's Answer and fact discovery, pending resolution of Count I of Plaintiff ARS's complaint and Cell Genesys, Inc.'s ("CGI") corresponding counterclaims. TKT is not a party to Count I of ARS's complaint and accordingly (aside from appearing at this

K&E 11537103.1

Court's status conferences) has not participated in the discovery and other proceedings that have taken place to date in this action.

As reported at the August 8, 2006 status conference and in the September 20, 2006 status report, TKT and ARS have engaged in several serious discussions in a good faith effort to settle Count II of ARS's complaint alleging infringement of ARS's '071 patent. As a result of those discussions and as reported in TKT's September 20, 2006 status report, TKT believed it had reached an agreement in principle with ARS. Despite multiple attempts over several months to reduce that agreement to writing, however, the terms ARS was ultimately willing to offer were not acceptable.

At this point, settlement discussions have stalled. TKT remains willing to resume those discussions if progress toward the parties' prior agreement in principle can be made. TKT is available to discuss its position in more detail with the Court if Your Honor deems it appropriate.

Respectfully submitted,

COUNSEL FOR DEFENDANT
TRANSKARYOTIC THERAPIES, INC.

/s/ Eric J. Marandett
Eric J. Marandett (BBO# 561730)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Tel: (617) 248-5000
Fax: (617) 248-4000

Gerald J. Flattmann, Jr.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Tel: (212) 446-4800
Fax: (212) 446-4900

Dated: December 21, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 21, 2006.

/s/ Stacy L. Blasberg
Stacy L. Blasberg

4158085v1