**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11810-MLW |
| | ) | |
| CELL GENESYS, INC., | ) | |
| | ) | |
| Defendant/Counterclaimant, | ) | |
| and | ) | |
| | ) | |
| TRANSKARYOTIC THERAPIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT PURSUANT TO AUGUST 9, 2006 ORDER**

Pursuant to the Court's Order dated August 9, 2006 (Docket No. 124), Applied Research Systems ARS Holding, N.V. ("ARS") and Cell Genesys, Inc. ("CGI") respectfully submit the following Joint Status Report to the Court regarding the prospects for settlement.[1]

Representatives of ARS and Shire plc have had additional discussions since submission of the September 20, 2006 Joint Status Report (Docket No. 125) regarding settling Count II against TKT. Despite their efforts, ARS and Shire plc have been unable to reach a settlement, and ARS does not expect to reach a settlement with TKT in the near future.

Representatives of ARS and CGI have also had further discussions concerning settling the dispute between those parties. ARS and CGI have been unable to reach a settlement, and do not expect to reach a settlement prior to the Court's resolution of the issues which the parties have fully briefed and will present to the Court on January 16, 2007, and, if necessary, January 17, 2007 (*see* Docket No. 124 at ¶2).

---

[1] Transkaryotic Therapies, Inc. ("TKT," now owned by Shire plc) filed its own Status Report earlier today (Docket No. 158).

Respectfully submitted,

| | |
|---|---|
| Dated: December 21, 2006 | Dated: December 21, 2006 |
| By: /s/ Matthew C. Nielsen | By: /s/ Steven B. Kelber |
| Fred A. Kelly, Jr. (BBO # 544046) | T. Christopher Donnelly (BBO # 129930) |
| NIXON PEABODY LLP | DONNELLY, CONROY & GELHAAR, LLP |
| 100 Summer Street | One Beacon Street, 33d Floor |
| Boston, MA 02110 | Boston, MA 02108 |
| Tel: 617-345-1000 | Tel: 617-720-2880 |
| Fax: 617-345-1300 | Fax: 617-720-3554 |
| | |
| Kevin M. Flowers (*pro hac vice*) | Steven B. Kelber (*pro hac vice*) |
| Matthew C. Nielsen (*pro hac vice*) | c/o ARNOLD & PORTER LLP |
| MARSHALL, GERSTEIN & BORUN LLP | 555 Twelfth Str., N.W. |
| 6300 Sears Tower | Room 900A |
| 233 S. Wacker Drive | Washington, D.C. 20004-1206 |
| Chicago, IL  60606-6357 | Tel: (202) 942-5747 |
| Tel: (312) 474-6300 | |
| Fax: (312) 474-0448 | |
| | |
| COUNSEL FOR PLAINTIFF APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V. | COUNSEL FOR DEFENDANT CELL GENESYS, INC. |

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing **JOINT STATUS REPORT PURSUANT TO AUGUST 9, 2006 ORDER** filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 21, 2006.

                                      /s/ Matthew C. Nielsen