IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELL GENESYS, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., <br><br> Defendant/Counterclaimant. | Civil Action No. 05-12448-MLW |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> v. <br><br> CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., <br><br> Defendants. | Civil Action No. 04-11810-MLW |

**LOCAL RULE 85.5.3 MOTION FOR ENTRY OF APPEARANCE *PRO HAC VICE***

Co-defendant Transkaryotic Therapies, Inc. ("TKT") moves for admission *pro hac vice* of Gregory A. Morris as counsel to TKT in this action. The undersigned counsel is serving as TKT's local counsel in Boston, Massachusetts.

4162505v1

TRANSKARYOTIC THERAPIES, INC.

By its attorneys,

/s/ Stacy L. Blasberg
Eric J. Marandett (BBO# 561730)
Stacy L. Blasberg (BBO# 657420)
Choate Hall & Stewart LLP
Two International Place
Boston, MA  02110
(617) 248-5000  (telephone)
(617) 248-4000 (facsimile)

Dated:  January 10, 2007

4162505v1

## CERTIFICATE PURSUANT TO LOCAL RULE 7.1

      I certify that counsel for Transkaryotic Therapies, Inc. conferred on this motion with counsel for Applied Research Systems ARS Holding, N.V. and counsel for Cell Genesys, Inc. on January 9, 2007, and that counsel for Applied Research Systems ARS Holding, N.V., and counsel for Cell Genesys, Inc. both assented to this motion.

      /s/ Stacy L. Blasberg
      Stacy L. Blasberg

## CERTIFICATE OF SERVICE

      I hereby certify that the above document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 10, 2007.

                /s/ Stacy L. Blasberg
                Stacy L. Blasberg

4162505v1