## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELL GENESYS, INC., | ) |
|       Plaintiff/Counterdefendant, | ) ) )   Civil Action No. 05-12448-MLW |
| v. | ) ) |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) ) |
|       Defendant/Counterclaimant. | ) |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) ) |
|       Plaintiff, | ) ) )   Civil Action No. 04-11810-MLW |
| v. | ) ) |
| CELL GENESYS, INC. and TRANSKARYOTIC THERAPIES, INC., | ) ) ) |
|       Defendants. | ) ) ) |

## DECLARATION OF GREGORY A. MORRIS IN SUPPORT OF THE MOTION
## TO APPEAR *PRO HAC VICE*

I, Gregory A. Morris, have personal knowledge of the facts set forth herein, and

declare as follows:

1.      My business address is: Kirkland & Ellis LLP, Citicorp Center, 153 E. 53rd Street,

New York, New York 10022; Telephone: (212) 446-4856; Facsimile: (212) 446-4900.

2.      I have been admitted to practice in the following courts:

| COURT | DATE OF ADMISSION |
|---|---|
| Southern District of New York | 10/18/05 |
| Eastern District of New York | 10/18/05 |

3.      With respect to the bars of all the courts/agencies listed in Section 2, I have been and remain a member in good standing.

4.      There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5.      I am familiar with the Local Rules of the United States District Court of the District of Massachusetts.

6.      I have filed, along with this application, a check for $50.00 representing the filing fee required for motion for leave to appear and practice *pro hac vice* in this Court, and a certificate of good standing from the United States District Court for the Southern District of New York.

        For these reasons, I, Gregory A. Morris, respectfully request the Court to grant this motion to appear *pro hac vice* and allow me to appear before this Court until the conclusion of this case.

        I declare under penalty of perjury that the foregoing is true and correct.

        Executed on January 5, 2007 at New York, New York.

                                                _____
                                                Gregory A. Morris

# United States District Court

## Southern District of New York

# Certificate of
# Good Standing

I, _____ J. Michael McMahon _____ , Clerk of this Court, certify that

GREGORY   A.   MORRIS _____ , Bar #    GM6537 _____

was duly admitted to practice in this Court on

OCTOBER  18th ,  2005 _____ , and is in good standing

as a member of the Bar of this Court.

Dated at    500 Pearl Street
New York, New York _____    on    JANUARY  5th,  2007 _____

**J. MICHAEL McMAHON**
_____
Clerk

by: _____
Deputy Clerk