**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CELL GENESYS, INC., ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | Civil Action No. 05-12448-MLW |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Defendant/Counterclaimant. ) | |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-11810-MLW |
| ) | |
| CELL GENESYS, INC., ) | |
| ) | |
| Defendant/Counterclaimant, and ) | |
| ) | |
| TRANSKARYOTIC THERAPIES, INC., ) | |
| ) | |
| Defendant. ) | |

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, Applied Research Systems ARS Holding, N.V. ("ARS"), by and through undersigned counsel, Fred A. Kelly, Jr., hereby moves for the *pro hac vice* admission of Elliot C. Mendelson, Cullen N. Pendleton, and Nabeela R. McMillian of the firm of Marshall, Gerstein & Borun. ARS submits the Declarations of Elliot C. Mendelson, Cullen N. Pendleton and Nabeela R. McMillian in support of this Motion.

**WHEREFORE**, ARS respectfully requests that the Court grant this Motion.

Dated: January 11, 2007                                  Respectfully submitted,

                                                         By: _/s/ Fred A. Kelly, Jr._____
                                                         Fred A. Kelly, Jr. (BBO # 544046)
                                                         NIXON PEABODY LLP
                                                         100 Summer Street
                                                         Boston, MA 02110
                                                         Tel: 617-345-1000
                                                         Fax: 617-345-1300

                                                         Kevin M. Flowers (*pro hac vice*)
                                                         Matthew C. Nielsen (*pro hac vice*)
                                                         MARSHALL, GERSTEIN & BORUN LLP
                                                         6300 Sears Tower
                                                         233 S. Wacker Drive
                                                         Chicago, IL 60606-6357
                                                         Tel: (312) 474-6300
                                                         Fax: (312) 474-0448

                                                         Counsel For Plaintiff APPLIED RESEARCH
                                                         SYSTEMS ARS HOLDING, N.V.

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)

I hereby certify that counsel for the parties conferred in an attempt to resolve or narrow the issues presented in this motion and that counsel for Cell Genesys, Inc. and counsel for Transkaryotic Therapies, Inc. have assented to this motion.

                                         /s/ Matthew C. Nielsen

### CERTIFICATE OF SERVICE

I hereby certify that **MOTION FOR ADMISSION *PRO HAC VICE*** is being filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on January 11, 2007.

                                         /s/ Fred A. Kelly, Jr.__