### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11810-MLW |
| | ) | |
| CELL GENESYS, INC., | ) | |
| | ) | |
| Defendant/Counterclaimant, and | ) | |
| | ) | |
| TRANSKARYOTIC THERAPIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### DECLARATION OF NABEELA R. MCMILLIAN IN SUPPORT OF THE MOTION TO APPEAR *PRO HAC VICE*

I, Nabeela R. McMillian, certify as follows:

1. I am an attorney at Marshall, Gerstein & Borun, 6300 Sears Tower, 233 S. Wacker Dr., Chicago, Illinois 60606.

2. I am a member in good standing of the bar of the State of Illinois and am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.  I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

5.  I seek to be admitted *pro hac vice* for Applied Research Systems ARS Holding, N.V.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 9, 2007 at Chicago, Illinois.

      __/s/ Nabeela R. McMillian__
      Nabeela R. McMillian