UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-11810

| Applied Research, Inc. | Cell Genesys Inc. |
|---|---|
| PLAINTIFF | Transkaryotic Therapies, Inc. |
| | DEFENDANT |
| Fred Kelly | Christoppher Donnelly, Steven Kelber |
| Kevin Flowers | Eric Marandett, Gerald Flattmann |
| Matthew Nielson | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER Romanow

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 1/17/07 | Court goes over the current status of the case with the parties and gives its tentative views. Court listens to oral arguments from the parties on the pending evidentiary motions. Court recesses for a lunch break and resumes at 1:45. Court continues to listen to oral arguments from the parties on the pending evidentiary motions. Court takes the matter under advisement and will issue a written order. |