**MARSHALL, GERSTEIN & BORUN LLP**

— ATTORNEYS-AT-LAW —

Kevin M. Flowers<br>
Direct: (312) 474-6615<br>
kflowers@marshallip.com

January 19, 2007

Via ECF

The Honorable Chief Judge Mark L. Wolf
United States District Court
  for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    *Applied Research Systems ARS Holding, N.V. v. Cell Genesys, Inc.*,
              (Case Nos. 05-12448-MLW & 04-11810-MLW)

Dear Chief Judge Wolf:

      This is further to the motions hearing held on January 17, 2007 in the above-referenced action. ARS respectfully submits the following documents that were discussed during the hearing, but do not appear to be included in the documents that the parties previously submitted to the Court:

**Exhibit A**
Assignment of U.S. Patent Application Serial No. 07/432,069 from Arthur Skoultchi to Cell Genesys, Inc. (the '069 application is the application which CGI filed with the Patent Office on November 6, 1989, to which CGI's U.S. Patent Application Serial No. 08/102,390 (the subject of this action) claims priority)

**Exhibit B**
Request for Recordation of Assignment and Assignment of U.S. Patent Application Serial No. 07/787,390 from Arthur Skoultchi to Cell Genesys, Inc. (the 08/102,390 application that is the subject of this action also claims priority to, and is a continuation of, the 07/787,390 application)

MARSHALL, GERSTEIN & BORUN LLP

The Honorable Chief Judge Mark L. Wolf
January 19, 2007
Page 2 of 2

    **Exhibit C**
Parties' Joint Statement Requesting Interference Redeclaration, Interference No. 103,737

    **Exhibit D**
Deposition Transcript of Arthur Skoultchi, pages 1, 21-23, & 52-56

    **Exhibit E**
Deposition Transcript of Mark Levin, pages 1 & 22-24

                                 Respectfully submitted,

                                 By: /s/ Kevin M. Flowers_____

                               Counsel for Plaintiff Applied Research Systems
                               ARS Holding, N.V.

cc:    Counsel of Record (via ECF)