

Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, MA 02108
617.720.2880 ph.
617.720.3554 fx.
www.dcglaw.com

T. Christopher Donnelly
tcd@dcglaw.com

January 24, 2007

**BY ECF and COURTESY COPY BY HAND**

Honorable Mark L. Wolf
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Applied Research Holding Systems ARS Holding, N.V.
      v. Cell Genesys, Inc. and Transkaryotic Therapies, Inc.
      United States District Court - District of Massachusetts
      C.A. No. 04-11810-MLW

Dear Chief Judge Wolf:

We write to express the concern of Cell Genesys, Inc. ("CGI") regarding the unauthorized supplemental submissions made by Applied Research Holding Systems ARS Holding, N.V. ("ARS") on January 19, 2007 [Document No. 167].

As discussed at the January 17 hearing, the parties stipulated, and this Court agreed, to proceed on the written record that had been specified in CGI's submission of August 1, 2006, which detailed and summarized the same materials on which CGI relied in its subsequent Court-Ordered memoranda regarding the Japan Reference and Interference-In-Fact questions.

ARS now seeks to suppress that stipulated record by its submission on January 19 of yet more material not agreed to, including testimony that ARS earlier argued could not properly be reviewed by the Court. While CGI respectfully disagrees with the tentative interpretation of 35 U.S.C. 146 articulated by the Court at the January 17 hearing, and the arguments of ARS (which incongruously contends that Sec. 146 prohibits testimony from witnesses not presented at the Board yet itself deposed five such witnesses during discovery in this action), if the Court is inclined to receive further submissions, then CGI respectfully requests that those papers be filed pursuant to a Court Order and established schedule. CGI suggests that the Court allow both parties to file supplemental papers within two weeks, by February 5, 2007.

Honorable. Mark L. Wolf
January 24, 2007
Page 2


      Thank you for your attention to the foregoing.

                                Respectfully,


                                /s/ T. Christopher Donnelly
                              T. Christopher Donnelly

TCD/jlf
cc:    All counsel (by ECF)