**MARSHALL, GERSTEIN & BORUN LLP**

— ATTORNEYS·AT·LAW —

Kevin M. Flowers
Direct: (312) 474-6615
kflowers@marshallip.com

January 25, 2007

Via ECF

The Honorable Chief Judge Mark L. Wolf
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    *Applied Research Systems ARS Holding, N.V. v. Cell Genesys, Inc.*,
                (Case Nos. 05-12448-MLW & 04-11810-MLW)

Dear Chief Judge Wolf:

      This is in response to the letter that CGI filed yesterday (January 24, 2007), in which CGI, purportedly responding to ARS's submission of a cover letter and five documents on January 19, 2007 (Docket No. 167), requested that the Court establish a schedule for "both parties to file supplemental papers within two weeks, by February 5, 2007" regarding ARS's pending motions *in limine*.

      ARS respectfully submits that the Court should deny CGI's request. ARS submitted the cover letter and five documents because those documents were discussed at the hearing on January 17, 2007, but, as undersigned counsel stated at the hearing in response to the Court's inquiry, CGI had not submitted those documents as part of its "record" in this case. At the hearing, ARS committed to collecting and submitting those documents to the Court; CGI did not object. The submission of those documents by ARS, without further argument, does not justify submission by either party of documents not previously referred to in the briefs or at the hearing.

                                      Respectfully submitted,

                                      By: /s/ Kevin M. Flowers
                                      Counsel for Plaintiff Applied Research Systems
                                      ARS Holding, N.V.

cc:    Counsel of Record (via ECF)