## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELL GENESYS, INC. ) | |
| ) | |
|    Plaintiff/Counterdefendant, ) | |
| ) | C.A. NO. 05-12448 MLW |
| v. ) | |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
|    Defendant/Counterclaimant. ) | |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
|    Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | C.A. NO. 04-11810-MLW |
| ) | |
| CELL GENESYS, INC., ) | |
| ) | |
|    Defendant/Counterclaimant, and ) | |
| ) | |
| TRANSKARYOTIC THERAPIES, INC., ) | |
| ) | |
|    Defendant. ) | |
| ) | |

### NOTICE OF APPEARANCE

Please enter the appearance of Jill E. Uhl, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110 for defendant Applied Research Systems ARS Holding, NV in the above-captioned action.

                        Respectfully submitted,

                        /s/ Jill E. Uhl_____
                        Jill E. Uhl (BBO No. 656283)
                        Nixon Peabody LLP
                        100 Summer Street

- 2 -

Boston, MA  02110
Tel:  (617) 345-1000
juhl@nixonpeabody.com

Dated:  August 9, 2007

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify that **NOTICE OF APPEARANCE** is being filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on August 9, 2007.

/s/ Jill E. Uhl