IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELL GENESYS, INC., <br><br> Plaintiff/Counterdefendant <br><br> v. <br><br> APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., <br><br> Defendant/Counterclaimant. | Civil Action No. 05-12448-MLW |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., <br><br> Plaintiff, <br><br> v. <br><br> CELL GENESYS, INC., <br><br> Defendant/Counterclaimant, and <br><br> TRANSKARYOTIC THERAPIES, INC., <br><br> Defendant. | Civil Action No. 04-11810-MLW |

**CELL GENESYS INC.'S MOTION FOR RECONSIDERATION
OR, IN THE ALTERNATIVE, CERTIFICATION,
OF THIS COURT'S AUGUST 13, 2007 ORDER**

Cell Genesys, Inc. ("CGI") respectfully moves for this Court to reconsider, or in the alternative certify, its Order dated August 13, 2007 (the "Order").

As discussed in detail in the accompanying memorandum of law, CGI respectfully requests reconsideration of the Order to the extent that it excludes from consideration the

1

testimony of Mark Levin, George Savage and Andrew Thompson, and the documents these witnesses address, along with the '939 patent and the Kucherlapati Article. While the Order further excludes the testimony of Arthur Skoultchi and Raju Kucherlapati, which CGI also believes is in error for the reasons discussed in the accompanying memorandum, CGI will not seek reconsideration of the exclusion of the testimony of these two witnesses given the uncertain nature of their contractual obligations at the time of Interference 105,114.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), Cell Genesys, Inc. hereby requests oral argument on its Motion.

Respectfully submitted,

Dated: October 1, 2007

/s/ Steven B. Kelber
Steven B. Kelber
Jagtiani+Guttag
10363-A Democracy Lane
Fairfax, Virginia 22030
Tel: 703-563-2011
Fax: 703-591-5907

T. Christopher Donnelly (BBO # 129930)
Jill Brenner Meixel (BBO# 652501)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
Tel: 617-720-2880
Fax: 617-720-3554

COUNSEL FOR DEFENDANT
CELL GENESYS, INC.

## LOCAL RULE 7.1 CERTIFICATE

I hereby certify that counsel for Cell Genesys, Inc. conferred in good faith with counsel for Applied Research Systems ARS Holding, N.V. in an effort to narrow or resolve the issues raised in this motion.

/s/  Steven B. Kelber
Steven B. Kelber

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 1, 2007.

/s/  Jill Brenner Meixel
Jill Brenner Meixel