# **EXHIBIT 4**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS | ) | |
| HOLDING, N.V. | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS | ) | |
| HOLDING, N.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04 11810 MLW |
| | ) | |
| CELL GENESYS, INC. AND | ) | |
| TRANSKARYOTIC THERAPIES, INC. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**REPORT OF CELL GENESYS, INC. REGARDING**
**ISSUES WHOSE BIFURCATION IS APPROPRIATE FOR RESOLUTION**

Cell Genesys, Inc. ("CGI") advances this report responsive to the Order of June 28, 2006,

and in furtherance of the Hearing scheduled for August 8, 2006. Specifically, at Item 4 of the

Order of June 28, 2006, the parties are advised that the Hearing will address "whether it is

appropriate to bifurcate any additional issues for resolution." Item 5 of the Order also invites the

parties to identify "other issues that should be on the agenda for the August 8, 2006 conference."

As indicated in the "Joint Status Report" filed July 14, 2006, it is the position of CGI that this

Court may adjudicate one issue, and dispose of the need for a trial, or even live testimony, before

this Court. See pages 10-11 of that Status Report. Specifically, CGI submits that this case may

1

be resolved by a determination of the relative dates of invention of the named inventor of CGI's involved application, Arthur Skoultchi, and the named inventor of the involved ARS patent, Scott Chappel. Both of these individuals have been examined under oath. If the Court determines that Chappel made the invention that is the subject matter of the Count of Interference 105,114 (ARS claims 2 or 3 in the alternative) prior to the invention thereof by Skoultchi, then CGI cannot prevail on Count I, which seeks determination that CGI is entitled to its claims. CGI's Count I may then be dismissed. CGI would not, under those circumstances, be likely to pursue Count II-IV. The Court could then take up ARS Count II.

If, in the alternative, as CGI believes is the case, the Court finds that Skoultchi was the first to invent the subject matter of the interference Count, then entry of judgment against ARS on Count I would be appropriate, the ARS claims would be invalid, Count II would fail and no further resolution would be required by this Court because CGI is before this Court as an applicant. The remaining issues raised by ARS, including those discussed in the ARS portion of the Joint Status Report, pages 4-9, can and will be resolved in further examination before the U.S. Patent and Trademark Office, on remand from this Court. CGI specifically notes that if, as CGI believes is the case, this Court finds that Skoultchi arrived at his invention before August 29, 1989, the date of availability of a critical prior art reference (the Japanese "Kokai"), then CGI claim 109, which clearly interferes with those of ARS, would be patentable to CGI.

Accordingly, CGI respectfully submits that this Court should determine, in advance of all other issues, the relative dates of invention of the parties as to the Count of Interference 105,114, (ARS claims 2 or 3 in the alternative), and whether in fact the date of invention of CGI's inventor Skoultchi preceded August 29, 1989. If CGI is entitled to the earlier date, then all claims of ARS are unpatentable, ARS Count I may be dismissed, and Count II falls as well.

CGI's application may then be remanded by this Court to the U.S. Patent and Trademark Office for further prosecution in accordance with the judgment of this Court. If in fact ARS is entitled to an earlier date of invention, then CGI's Count I may be disposed of, and the Court may proceed with ARS Count II. In either event, this single issue determination will resolve Count I, and avoid the need to resolve the five issues identified at page 9 by ARS in the Joint Status Report, which are offered as a predicate "to best position this case for early settlement and to preserve judicial resources."

CGI further submits that resolution of date of invention is particularly well-suited for adjudication because no live testimony would be required. The issue of invention date is ripe for determination on a case stated basis. See *Delphi Corp. v. Litex, Inc.*, 394 F.Supp.2d 331, 338-39 (D. Mass. 2005), citing *Continental Grain Co. v. Puerto Rico Mar. Shipping Auth.*, 972 F.2d 426, 429 n. 7 (1st Cir. 1992) and *Boston Five Cents Sav. Bank v. Secretary of Dep't of Hous. & Urban Dev.*, 768 F.2d 5, 11-12 (1st Cir. 1985). As observed in those decisions, resolution of a matter as a case stated promotes judicial efficiency. All of the fact witnesses on whose testimony CGI will rely to establish its date of invention have been cross-examined by ARS, in this proceeding and the interference below. Thus, rather than extend this proceeding unnecessarily, CGI will rely on the sworn testimony of the fact witnesses already taken. In this regard, CGI notes that the testimony was taken by counsel for ARS, and so there is no prejudice to ARS in so proceeding. In particular, each of the witnesses in question was examined after CGI identified them as witnesses in possession of material information with regard to the date of invention by Skoultchi of the subject matter of the interference Count.

CGI would be prepared to file by September 15, 2006 its motion for adjudication of invention date as a case stated, including all supporting evidence. As a proffer of the proof that

3

CGI would advance, CGI submits herewith as Exhibit A a summary of the documents, each of which has been testified to by one or more witnesses, as well as the relevant testimony of the witnesses, which establish a date of invention by Arthur Skoultchi as early as February 15, 1989, and in no event, later than July 24, 1989. A summary timeline regarding the date of invention is attached hereto as Exhibit B. CGI, based on discovery taken and the finding of the Board below, believes ARS cannot advance a date of invention as early as July 24, 1989.

Should the Court require the same, CGI would be happy to submit the documents and testimony referred to in advance of the August 8, 2006 Hearing.

Respectfully submitted,

CELL GENESYS, INC.

By its attorneys,


/s/Steven B. Kelber
Steven B. Kelber
Merchant & Gould
901 Fifteenth Street, N.W.
Suite 850
Washington, DC 20005
Telephone: (202) 326-0300
*Admitted pro hac vice*

T. Christopher Donnelly (BBO #129930)
Donnelly, Conroy & Gelhaar, LLP
One Beacon Street, 33rd Floor
Boston, Massachusetts 02108
Dated: August 1, 2006       Telephone: (617) 720-2880

**<u>Certificate of Service</u>**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 1, 2006.

/s/ T. Christopher Donnelly
T. Christopher Donnelly

## EXHIBIT A

**Summary of Documents & Testimony Establishing CGI's Date of Invention**

| Doc. ID | Document Description | Witness Testimony | Comments |
|---------|---------------------|-------------------|----------|
| CGI 2944-2946 | 3 page agenda for various meetings in several cities and locations.<br><br>CGI 2946,<br>"V. Trip and Schedule Review"<br>• Documents planned meeting with Wilkerson Group<br>"VII. Other"<br>• Patent decisions | **January 5-7, 1989**<br>**Cell Genesys Agenda**<br><br>M. Levin<br>There was to be a meeting in New York at the Wilkerson group. Recalled the meeting, knew there were many discussions between Levin, Kucherlapati, Skoultchi, Savage and Thompson between 2/15 - 724-25/89 on the subject of Skoultchi's invention. 95 - 97, 218 - 220. | Skoultchi testified the 2/15/89 "idea book" invention description was completed immediately following the meeting with the Wilkerson Group on the train home.<br><br>IP protection was an integral consideration of any projects discussed as the company was organizing. Foundation for recognized importance of expeditiously patenting company projects coupled with thorough research on clinical and market risks. |

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | **January 16, 1989**<br>**Letter from M. Levin to Harri Toronto of The Wilkerson Group, Inc. RE: February 15, 1989 Meeting** | | |
| CGI 1939 | This 3 page letter, cc'd to Cell Genesys founders and consultants Art Skoultchi, Raju Kucherlapati, Grant Heidrich and Bob Tepper, sets forth detailed questions and agenda topics concerning potential projects for Cell Genesys to pursue, including:<br>• Skin Transplants<br>• Vascular Grafts<br>• Macular Degeneration<br>• Individualized Cell Transplant | A. Skoultchi: Recalled the meeting - he was invited and attended. 62 - 63.<br><br>M. Levin Recalled the meeting, set it up; Knew Taranto, was at the meeting. 95 - 97.<br><br>R. Kucherlapati Authenticates his notebook. 149 - 151. | This document confirms the meeting date at the Wilkerson Group and provides the details of topics which appear in Art Skoultchi's "idea" book immediately proceeding recordation of his HR Protein Expression invention. The parallel between the topics in this document and Skoultchi's notes support Skoultchi's recollection and testimony of conception of the invention on the way home from the 2/15/89 Wilkerson Group meeting.<br><br>Kucherlapati's notebook similarly documents the topics presented at the Wilkerson Group meeting, as reflected in this document and Skoultchi's notebook (see, CGI 1945-1951). |
| | **February 15, 1989**<br>**R. Kucherlapati's Notes from Meeting at the Wilkerson Group, Inc.** | | |
| CGI 1945- | Raju Kucherlapati's notes taken during the meeting with the Wilkerson Group. Detailed | | Notes reflect technical feasibility but primarily market interest and size, collaboration, existing |

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| 1951 | notes concerning:<br>• Vascular Grafts<br>  o requires 5 years of post-graft data and 9 years out for sales<br>• Burns and Wounds (skin transplants)<br>• Vascular Grafts (again)<br>(competitors listed - Organogenesis, Marion, Bio-Surface) | R. Kucherlapati Authenticates his notebook - was the only one to write in it. 149 - 151 | products and a reference to a sales horizon of 9 years. The projects discussed at this meeting are all long-term projects. Cell Genesys was already evaluating and pursuing long-term projects (universal donor cells, human monoclonal antibodies in mice, retinal pigment epithelium transplants, stem cell transplants, etc.), none of which were short-term projects resulting in a product for sale.<br><br>The content of these notes and those by Skoultchi are reflected in the 5-15-89 draft of the business plan (see, CGI 2988 VII, Competition, Marion, Organogenesis, Bio-Surface). Reflects the thorough consideration by the SAB and Mayfield prior to moving forward with a project. |
| **February 15, 1989**<br>**Art Skoultchi's Notes from Meeting at the Wilkerson Group, Inc.** | | | |
| CGI 4000-4004 | Skoultchi's notes from the Wilkerson Group<br>Meeting identify:<br>Harri Toronto (of Wilkerson)<br>• Vascular Grafts<br>• Skin Transplants<br>(competitors: Organogenesis, Marion, Bio-Surface) | A. Skoultchi Recalls the meeting in particular detail, consistent with his notes. Came away from the meeting with the message that a short-term project | See comments above. Skoultchi's notes are consistent with Kucherlapati's notes and Levin's agenda letter sent to H. Toronto (above). |

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | | was needed. 62 - 65. | |
| CGI 4004 | Page from Art Skoultchi's "idea" book, dated 2/15/89, reflecting conception of the invention. The entry was made on his way home on the train from the Wilkerson Group meeting.<br><br>• "Thinking about shorter term projects for Cell Genesys."<br>• "**something to put in a bottle** – or an animal for research"<br>• "1 Manufacturing of therapeutic proteins without using the patented nucleic acid sequence (cDNA or gene) of that protein."<br>• "2 approaches<br>a) **DHFR amplification** of the gene in a human cell line making small amounts of the protein endogenously | **FEBRUARY 15, 1989**<br><br>**CONCEPTION OF THE GENE ACTIVATION BY HOMOLOGOUS RECOMBINATION INVENTION**<br><br>**INVENTION RECORDED IN ART SKOULTCHI'S NOTEBOOK**<br><br>M. Levin: Confirmed reliability of Skoultchi's date. Recalled encouraging Skoultchi and others to look for a "pill in a bottle" concept. 218 - 220.<br><br>A. Skoultchi: Skoultchi is confident he would have told Kucherlapati the next day or few days. | Claim Elements Disclosed:<br><br>activation of a "silent gene" using a non-native regulatory segment (promoter-enhancer insertion) that is inserted by targeted HR or targeting a gene that is normally expressed (ARS claims 1-2)<br><br>activation by amplification without a separate regulatory element (ARS claim 3)<br><br>On 2/16/89, Skoultchi met with the Turner group at Bowman Gray to discuss RPE transplants (for treating macular degeneration, diabetic retinopathy and other congenital retinal diseases, CGI 4005-4008). RPE was an early focus of CGI. Despite the importance of his new invention, Skoultchi had ongoing commitments related to starting CGI and his full time faculty position, and therefore, his invention could not be given exclusive attention from the moment of conception. Nonetheless, it |

- 4 -

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | b) promoter-enhancer insertion (replacement) + **DHFR** of the human gene in a human cell either making small amts [amounts] or even **inactive gene**"<br><br>"**Both methods use homolog recomb to place elements in the flanking region of the gene** without using the patented sequences."<br><br>"2. After develop of human cell line transfer portion of chromosome to CHO etc." | Wrote it down and included the date knowing it would be important for patenting. 165, 175 - 180.<br><br>R. Kucherlapati Recognized the page as reflecting Skoultchi's invention, and Levin's repeated request for short term projects. 55 - 58. Knew the idea came between 8/88 and 6/89. 59 - 63. | was clearly discussed with CGI founders and Levin prior to the April 1989 meeting and ultimately it was Mayfield's responsibility to move the company forward, including Skoultchi's project. On June 25, 1996, Levin told CGI Counsel (Sam Abrams) that he discussed the 5-15-89 business plan with Skoultchi. "He stated that he talked about the various proposed projects with Skoultchi and Kucherlapati on a continuous basis and is certain that he discussed the gene activation invention with Skoultchi at least by March 1, 1989." (see, CGI 2783, File Memo, Pennie & Edmonds) |

- 5 -

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | | **March 1989**<br>**Documents from Back–Up Disks**<br>**Prepared by Savage and Thompson** | |
| CGI 4175-4177 | Research notes on Wounds (data, company information, market size and cost of treatment) compiled by Savage and Thompson and sent on behalf of the Mayfield Fund. | A. Thompson: Testified that he and G. Savage provided counsel for CGI some back-up discs that are unreadable. Counsel for ARS was advised that Cricket had been engaged to salvage material. 94 - 96. This material was recovered from those discs, and sent to ARS on March 23, 2006. | Note the file path name on the slip sheets provided by the forensic data recovery firm – i.e. variations of "Mayfield consulting" and CGI. |
| | These data correspond to further research related to the subjects addressed at the Wilkerson Group on 2/15/89 and demonstrate early involvement of Savage and Thompson in the early formation of CGI. | | The file date indicates only the last date on which the file was accessed and saved to the back-up disks, but not necessarily the creation date. |
| CGI 4181-4183; 4187-4189; and | Data RE:<br>Sickle Cell Disease<br>Macular Degeneration (MD)<br>Alzheimer's Disease and<br>Parkinson's Disease | | Demonstrates early Savage and Thompson involvement and that significant research efforts were undertaken for any potential CGI "project." |
| | | | Timing (mid-late March) likely parallels spring |

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| 4193-4195 | | | break from the MBA program at Stanford. |
| CGI 4198-4200 | Agenda prepared by Savage and Thompson for a meeting with Mark Levin on March 31, 1989, which indicates Savage and Thompson were soliciting Levin for further consulting work.<br><br>"Take Mark [Levin] through first draft"<br><br>"Additional consulting for Mayfield"<br>"We add more value earlier..."<br>"more work means A.T. abandons one year relationship with Neurex"<br>"we are running short on time"<br>"What we want" ... "to work with Mark"... "negotiation session leading to STMI!!" (Savage Thompson Management) | A. Thompson: (was not shown the document but testified with respect to the meeting)<br><br>Thompson testified about his time with Neurex, where he met Levin. 20-25.<br><br>G. Savage: testified that Thompson met Levin at Neurex 20.<br><br>G. Savage: Precisely this type of document Savage recalled preparing. First of many companies he was involved with, reflects the style they developed. 14- | The "first draft" refers to a draft or outline of the business plan ultimately reflected as the 5-15-89 draft. |
| CGI 4204-4208 | Opportunities for Cell Genesys: Detailed Market / Product information for CGI proposed projects:<br>Universal Donor<br>Skin Replacement<br>Wound Care<br>Autologous Cellular Therapy<br>Cellular Drug Delivery Systems (Alzheimer's and Parkinson's) | | This is the same type of work Savage and Thompson would have undertaken for Skoultchi's protein project, as is reflected, for example, in CGI 15984-15994. Such information was necessary for preparing pitches and the final CGI business plan. Also provided direction for what protein/market/collaborators/license partners CGI should pursue toward a reduction to practice. |

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | | 16. | There are many more examples of the research projects Savage and Thompson performed for Mayfield before being officially named to the CGI start-up team (i.e., research in April, drafting the business plan dated 5-15-89, etc.), but they do not necessarily reflect research on Skoultchi's invention. Rather, they further support Levin's testimony of the continual multi-project evaluation ongoing from early 1989-1990 when Sherwin became CEO – and prior to exhausting the start-up funds from Mayfield. |
| | **April 1989 "Overheads" Notes RE: Various Cell Genesys Projects, Including Skoultchi's Invention for Protein Production using Homologous Recombination** | | |
| CGI 3426-3432 | CGI 3431: (Item 11): "Table of Hu Therap. Proteins Approved – from George/Andy ___" (Item 12): Diagram of Conventional Method for Hu Therap. Protein Production CGI 3432: "Steps in Hu Therap. Protein Production by H.R." (the remainder of the page is blank) | R. Kucherlapati: These are notes from A. Skoultchi prepared for the purposes of drafting a presentation. Recalls seeing overheads with the kind of information identified in the | Although the method steps are not reflected on the same page, this document clearly demonstrates Skoultchi's attention to this project and getting the details together for both a scientific and business plan and a patent (see April 28, 1989 notes), setting forth the comparison between prior art methods and his invention. This document also supports the involvement of George Savage and Andy Thompson prior to joining the start-up team full-time. It also reflects their input on a list of approved therapeutics (ARS |

Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---------|---------------------|-------------------|----------|
|  |  | notes. Specifically recalls seeing the list of approved therapeutic proteins indicated to come from "George and Andy" whom he accurately describes as two "young entrepreneurs at Mayfield funding" helping with diligence on the CGI projects. Skoultchi testified that Skoultchi had possession of the idea of expression of therapeutic proteins by homologous recombination whenever this document was prepared (April, 1989),69 - 72. The table referred | Exhibit 28, CGI 15533 - 15543) reflecting the market research testified to by Savage and Thompson. |

# Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | | to is at CGI 15984 - 15994 described by Kucherlapati at 136 - 137. Savage testified with respect to that analyses, 63, 75 - 76. | |
| CGI 4025 | **April 28, 1989**<br>**Art Skoultchi's Notes RE: Call with Burt Rowland**<br>**RE: HR and "amplification or activation-enhancement"**<br><br>The notebook entry at the bottom of page CGI 4025, documents that on Friday, April 28, 1989, Skoultchi spoke with patent attorney Burt Rowland regarding "**method to express patented proteins by homologous recombination amplification or activation-enhancement in human cell line**."<br><br>"*Looks good for patent - Burt*" | A. Skoultchi<br>Testified the entry reflected Levin's instruction to call Rowland regarding the idea to produce therapeutic proteins. He called Rowland after the Chicago meeting. 181 - 182, 75 - 80. Result seemed | At the SAB meeting in Chicago on April 26th 1989, Skoultchi recorded Burt Rowland's phone number and noted "circumventing patents."<br><br>**Note:** Amplification **OR** activation-enhancement.<br><br>The notation"*? business*" in the notebook is suggests that Skoultchi had questions concerning business-related issues – as opposed to technical or patentability issues. |

Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| CGI 4031 | Following a 5/10/89 meeting, Skoultchi recorded in his notebook "Burt Rowland – Is cDNA patented – then how about genomic." | Skoultchi testified he discussed his invention with Kucherlapati and Levin before April, 1989. 73. M. Levin Told Skoultchi to call Rowland. Looked at following entry in notebook noted they spoke, the project was good. Levin was aware of the continual effort to move this forward. 212 A. Skoultchi Kept one notebook during the period where CGI business and other business was recorded. 97. Authenticated the notebook. 165. | Appears to be a follow-up to Skoultchi's earlier questions about the gene activation invention and avoiding patented sequences. |

- 11 -

# Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| CGI 2964-3008 | **May 15, 1989 Draft CGI Business Plan**<br><br>Authors: Savage and Thompson with input/review by SAB and Mayfield (Levin and Wheeler)<br><br>Handwritten date at top right of page: "5-15-89"<br><br>Three project markets are identified in this draft:<br>1) Universal Donor Products (e.g., RPE, burns)<br>2) Gene Therapy Products (e.g., gene correction, Sickle Cell Disease)<br>3) Protein Delivery System (gene insertion)<br><br>Under F. "Proprietary Strategy:"<br><br>• identifies Dr. B. Rowland as patent counsel for CGI (CGI 2970).<br><br>• Rowland "has filed" the Universal Cell Donor Patent and RK's gene modification patent (later known as Cell-1 and Cell-2).<br><br>On CGI 2974, Item 8: Proprietary Strategy: Status, "Burt Rowland is company patent attorney. Patents filed in above areas and two more are being written" | | Levin told CGI counsel Sam Abrams that his secretary, Barbara White, wrote the date on the front page to track different versions of the draft business plan, which was evolving continually until the final draft (*see*, CGI 2783).<br><br>Note that project (3), Protein Delivery Systems, is not referring to Skoultchi's gene activation invention, but rather cellular delivery of an HR-inserted gene of interest for *in vivo* expression, which was another long-term project contemplated early by CGI.<br><br>RE: CGI 2974, Item 8: The patent applications referenced here are not referring to Skoultchi's invention. However, this further supports Levin's testimony that Mayfield and CGI's SAB was very focused on protecting intellectual property – particularly those projects that the company would present to potential investors and candidate employee (scientist/project leaders).<br><br>Compare against August 26, 1989 draft Business Plan |

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | **June 12, 1989** | | |
| | **Memo from Levin to "Raju, Art, Bob, Oliver, Grant and Kurt"** | | |
| | **Increasing Company Effort and Scheduling SAB meetings including July 24-25, 1989 at Mayfield** | | |
| CGI 3009-3010 | 2 page memo with notes by Levin<br><br>CGI 3009:<br>• "Need to pick up the level of our efforts to successfully start up the company"<br>• Outlines Levin's thoughts on timing and tasks, soliciting available dates for several meetings between June and Sept., 1989.<br><br>CGI 3011<br>• Notes in Levin's handwriting on Mayfield Fund paper indicating July 24-25 are good dates for the July meeting. | M. Levin: His memo, his handwriting. By June 12, 1989, Skoulichi's idea had received a lot of attention, might have become the number 1 project at CGI. 85 - 87.<br><br>G. Savage Testified as to substantially continuous work by him and Thompson on CGI and its business plan no later than the spring of 1989. 20 - 23, 31 - 36. | Note that the memo is addressed to the founders by first name only ("e.g., Raju, Art…"). The next memo, July 10, 1989, is much more detailed and formal in tone. This reflects both the urgency to get the company going and the change from the part-time effort of Savage and Thompson at Mayfield to 100+% of time after completing their MBA's. Note also that Levin testified the bullet-point outline was his style – compare against the detailed meeting minutes prepared by Savage and Thompson. Also explains the general paucity of memoranda between Mayfield and the CGI founders prior to June 1989.<br><br>Supports Levin's testimony that he and the founders were in "constant" communication and were pushing hard by June 1989 to get the company going. |

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| CGI 1852-1855 | **July 10, 1989**<br>**Memo from Levin to Founders/SAB and Consultants**<br>(Dr. Raju Kucherlapati, Dr. Arthur Skoultchi, Dr. Oliver Smithies, Dr. Robert Tepper, Grant Heidrich, Andy Thompson, George Savage, Kurt Wheeler)<br>**RE: Expediting Company Start-up and Action Items**<br><br>Detailed memo on varied start-up related topics.<br><br>CGI 1853:<br>Savage have joined our startup team."<br>under section A, item 8: "Thompson and<br><br>**Section B:**<br>• July 24-25 meeting scheduled in SF<br>• "we have to accomplish the following in order to raise our funds by September . . ."<br>• Item 3. "Scientific plan for Art's idea – Art to meet with Rowland"<br><br>**Section C –** July 24/25 meeting Agenda<br>(CGI 1854):<br>• The outline set forth comports with the minutes from that meeting and the notes made by Kucherlapati and Skoultchi in their notebooks.<br><br>• CGI 1855, 9:30-11:00 – Time allotted for Art's presentation "new idea on | M. Levin:<br>Prepared this memo as a corporate record. Dated all documents on the date they were prepared. Reference on 1853 is to Skoultchi's idea. It's the only idea Skoultchi had for CGI where he was to work with Rowland on a patent application. 87 - 95, 99, 220 -221. | Diversity of topics in the memo supports Levin's testimony on the numerous distinct activities simultaneously underway by July 1989 with respect to organizing the company, locating space, equipment, scientists, and formalizing a business plan, including the new focus on Art's project. The "start-up frenzy" provides a reasonable explanation of why the founders would not have vivid recollection of when, exactly, in 1989 different meetings and telephone discussions occurred.<br><br>1[st] time Savage and Thompson are named recipients of CGI memos and their involvement fulltime at Mayfield as members of the Cell Genesys start-up team is announced.<br><br>Running out of money and needed funding by September. Spending money on patent counsel to discuss Skoultchi's idea, prepare and attend a meeting for several hours was a significant expenditure for the company at this juncture.<br><br>No later than July 10th, Skoultchi's idea had been |

Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | Expressing Protein" – "Rowland to attend" Additional time scheduled for discussing patents for the other early projects contained in the business plan. | G. Savage: Reflects that Skoultchi was to meet with Rowland so needed the scientific plan. Consistent with his memory. 91 - 92. R. Kucherlapati: Testified with respect to the document. Important to the company and Levin to get IP straight. They had selected Bert Rowland. It was important to get Rowland and Skoultchi together to get the application going. 82 - 85 | disclosed to Levin and others. Support for pursuing the project was at least sufficient to justify patent counsel's involvement by this date. Thus, prior to the July 24th-25th meeting, Skoultchi's invention had been disclosed to others and must have been considered technically feasible for Rowland to become involved. |

# Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---------|---------------------|-------------------|----------|
| CGI 4266-4283 | Muscular Dystrophy (MD)<br><br>July 22, 1989<br>Discussion Drafts<br>prepared by Savage and Thompson (document dated for July 24, 1989 meeting) | A. Thompson: Testified that he and G. Savage provided counsel for CGI some back-up discs that are unreadable. Counsel for ARS was advised that Cricket had been engaged to salvage material off the discs. 94 - 96. This material was recovered from those discs, and sent to ARS on March 23, 2006. | These MD and Transgenic Animal discussion drafts are highly detailed analyses of project CGI was strongly considering prior to the July 24th - 25th meeting and are reflected in the "collaborations" section of the draft business plan.<br><br>These are mentioned here to demonstrate that prior to the July 24-25 meeting, the entire start-up team was aggressively working on other CGI issues. Immediately after the meeting, Savage and Thompson turned their attentions to Art's invention and researching candidate proteins, competition, business risk, etc. |
| CGI 4302- | Transgenic Animals | | |

- 16 -

# Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | **July 24, 1989** | | |
| | **Fax of Art Skoultchi's Invention from Mark Levin to Patent Attorney Bertram (Burt) Rowland** | | |
| CGI 3650-3654 | 5 pages, including fax cover. The 4 page detailed scientific plan for Skoultchi's invention faxed to Burt Rowland by Mark Levin on the morning of July 24, 1989. The fax cover time is "8:15 AM" and the time stamp on the fax itself shows "07:59" – from the Mayfield Fund.<br><br>*[See comment section (right) for footnotes inserted below. Emphasis and bracketed subheadings supplied below are NOT in original text.]* | A. Skoultchi:<br>He prepared handwritten notes from which this document was made. Reflects his thoughts. Prepared it in response to Levin's repeated request to provide the same. Reflects his ideas. 193 - 197. | Remember – this document is responsive to Levin's July 10th request for a detailed scientific plan and Skoultchi already knew from that memo that Rowland was attending. Thus, the content reflects both "patent" related material and that relevant for potential investors who would be primarily interested in risk, FDA approval, and timeline issues. It was not intended as a comprehensive invention disclosure. Nonetheless, **every element of ARS claims 1-3 is met by descriptions in this document.** |
| | CGI 3651, Summary of the Invention<br>1st sentence:<br>"Mammalian cells are produced which contain amplified copies of a specific region of that species or another species genome,[1] including the gene for a desired therapeutic protein." | M. Levin:<br>Was prepared by his office from information provided. Asked Skoultchi to provide the information. Sent it to Rowland on | Summary of the Invention:<br>[1] reference to "that species or another species genome" clearly indicates Skoultchi's intention to amplify a gene in the primary cell – that is, the same cell undergoing targeted insertion of the expression/amplification vector. For example, if the species was a normal human diploid cell the gene is amplified in that cell OR it is transferred to |
| July 24, 1989 cont. | 2nd sentence:<br>"**The specific region has been amplified by integration of a marker gene near the gene of interest by introduction of homologous DNA sequences and** | | another species genome, like a CHO cell. See also, |

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| July 24, 1989 cont. | **homologous recombination followed by selection procedures for amplification of the marker gene and DNA sequences surrounding the integration site.**[2] | the 24th because he wasn't coming on the invention. | Skoultchi's edits to the 8/29/89 draft patent application – "primary" is not intended to refer to a cell type but rather to the cell undergoing transfection with the DNA vector. |
| | 3rd sentence "The resulting cells may be used to produce **the protein encoded by the gene.**"[3] | Reflects a continuous focus on the invention. 110 – 113. | [2] Provides language comparable to that in Chappel claim 3. The method steps and elements of the vector are parallel. The term "marker gene" is used to mean "amplifiable gene" and the context renders that interpretation unambiguous. |
| | 4th sentence "Alternatively the DNA from cells containing the marker gene, either **before or after amplification**, may be used to prepare secondary cell lines containing amplified copies of the marker gene and the gene of interest."[4] | R. Kucherlapati: Confirmed the document describes Skoultchi's idea for the expression of therapeutic proteins using homologous recombination. | [3] Satisfies the ARS claims calling for production of the protein from the modified cells. |
| | CGI 3652 (continuation of "Strategy" section) (paraphrase): Overall strategy is to produce a mammalian cell line expressing a protein by integrating an amplifiable gene either up/down stream of the gene of interest using HR. | Further confirmed that the discussion of transfer to "secondary" cells was based on a concern that the human cells (fibroblasts) might not be acceptable as | Unequivocal description of amplification in the primary cell, which refutes ARS's position (and its expert's testimony below) that Skoultchi did not conceive of (nor the application convey a description of) amplification in the primary cell. Note also that the 2nd sentence also provides a description generic for where the amplification step occurs, that is, it could take place in the primary cell or secondary cell. |
| | "The resulting primary cells which have the integrated marker gene in the appropriate site **could be used in two ways to produce the protein** of interest." ["Amplification in the Primary Cell] | | See also, top section of p. 3652 |

- 18 -

# Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| July 24, 1989 cont. | "One method would be to **subject these cells to procedures which will select for cells with amplified copies of the marker gene.** It is expected that during amplification of the marker gene the surrounding DNA including the gene of interest also will be amplified, leading to higher levels of expression of the desired protein."[5] <br><br> [*Amplification in the Secondary Cell] <br><br> "The alternative strategy would be to transfer genomic DNA from the primary cells, probably before amplification, to a different cell line (e.g., CHO cells). When this transfer is done ...., it is expected that the secondary recipient cell will have incorporated both the marker gene and extensive portions of the DNA flanking the marker gene including the gene of interest. These secondary cells can then be subjected to the amplification procedure."[6] <br><br> 1st full paragraph addresses **potential disadvantages of amplifying in the primary cell,** especially where the target protein is human. <br><br> "They derive primarily from the assumption that **the FDA is not likely to allow manufacturing of therapeutic proteins in human cells other than normal, diploid cells.** If this is the case | "factories" for the therapeutics. 92-93. <br><br> A. Thompson: Recalled discussion about the importance of getting Art's disclosure and making sure it was patentable. Recalled there was a communication via fax relating to that disclosure. 74 | [5] Unambiguous description of amplification in the primary cell (the cell transfected with the HR-amplification vector) for the purpose of amplifying the gene of interest and increasing protein expression. <br><br> [6] Description of amplification in the secondary cell line, which follows the steps of transfecting a mammalian cell with an HR-amplification vector, Note the language "probably before" – which does not exclude the option of amplifying the marker gene and gene of interest *before* transferring DNA into the secondary cell. <br><br> [7] This first concern only applies to human proteins and is driven by FDA approval and manufacturing concerns. The statement is not related to "lack of |

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| July 24, 1989 cont. | such cells are not desirable for manufacturing purposes.'<br><br>[*Lack of Enablement Concern and Solution for Human Genes: (1) Activating Silent Genes and (2) Amplification/protein production in normal diploid cells]<br><br>"It is not clear that these cells [referring to normal, diploid cells] can be subjected successfully to the amplification procedure nor that they can produce efficiently any specific protein that they do not ordinarily express."[8]<br><br>"The use of an established rodent cell line...as a secondary recipient for DNA from a primary human cell transfectant solves all of these problems."<br><br>2nd full paragraph on p. 3652: Goal of approach is to sidestep patents covering traditional recombinant methods. From a commercial standpoint, the sidestepping issue may provide for entry into established markets.<br><br>Page 3653: "Outline of Experimental Steps" | | enablement" and would not be applicable to other non-human cell types (covered by CGI and ARS claims) or non-mammalian cells covered in ARS claims.<br><br>[8]  Several important issues: (1) Most importantly, this passage provides the corresponding descriptions for ARS's "silent gene" and "gene that is normally expressed," as recited in claims 1 and 2. (2) Raises to potential technical problems that can be addressed by secondary cell transfer. (a), a target gene of interest may not be successfully amplified in a diploid cell – Tisty's report and her publication expressly validate this concern of Skoultchi's and Skoultchi provides a solution for this problem; and (b) the expectation that some silent genes will not be rendered expressibly simply by amplifying them in the primary cell. Note that Skoultchi does not indicate amplification may not work – only that amplification alone may not be sufficient to overcome the cellular/nuclear controls that render the gene silent. |

Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| July 24, 1989 cont. | **\*\*This description meets every element (A-F) in the '071 patent construct.**<br><br>This section describes transfecting mammalian (human) cell with a DNA construct that includes:<br>(1) **targeting sequences** (for the human TPA gene); and<br>(2) an "**expressible amplifiable gene**, and a promoter therefore" (DHFR mutant gene, which has an increased Km for MTX, and is driven by SV40 transcription signals).<br><br>In addition, the outline teaches that the vector may include "one or more of":<br>(3) **a positive selection marker** gene (SVneo);<br>(4) a **negative selection marker** gene (Herpes TK);<br>(5) **a regulatory sequence** ("one or more copies of a transcriptional enhancer sequence (e.g. SV40 enhancer) which may stimulate expression of the TPA gene after integration of the vector"), in accordance with the definition set forth in the '071 patent.<br><br>[Transfection, Transfer and Screening] | | [9] Given that this document reflects the detailed scientific plan requested by Levin in his memo of July 10, 1989, which was for the purposes of completing the business plan that would be used to generate funding, it is not surprising that the example described by Skoultchi involved amplification in the secondary cell. For funding purposes, the company was interested in human |

- 21 -

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | CGI 3654 – Includes description of how to select and screen transfectants with properly integrated vectors (e.g., Southern blot and PCR). This section details the transfer process to a secondary cell, followed by amplification in the secondary cell.[9] Positive and/or negative selection genes are employed in screening the primary transfected cell. Screening in the secondary cell is via resistance to MTX and production of human TPA.

"RISKS" This section identifies as potential problems (1) low frequency of HR[10], and (2), "possible low expression of endogenous promoter (inherent or down regulated in CHO) requiring promoter modification or exchange." | | therapeutic proteins "in a bottle" (see, e.g., 1st paragraph on p. 3651 – "The field of the subject invention is the preparation of mammalian cells producing a protein (usually of human origin) to be administered to humans") and specifically addresses FDA regulatory issues that arise in aneuploid human cells (such as the GH3 cells used in the '071 patent). Any savvy VC group or fund would have FDA approval as a foremost concern.

[10]    Martin testified the low frequency issue is not a problem and is to be expected, requiring only more extensive screening. Recall that Thomas' criticisms concerning low frequency problems pertained to the lack of teaching in the '071 and the confusing instructions with respect to amplification. Furthermore, the parent application, which does not include the example, does not mention screening at all. |

# Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | **July 24-25, 1989** | | |
| | **Minutes from the Scientific Advisory Board Meeting held July 24 and 25, 1989, Cell Genesys, Inc.** | | |
| CGI 3224-3234 | CGI 3230 – Beginning of topics discussed on July 25th, the day Art Skoultchi presented his HR protein production invention to the SAB and Burt Rowland.<br><br>CGI 3231 – Art Skoultchi's presentation. The drawing reflected on this page was drawn by George Savage, M.D., as Skoultchi was writing on the board in the conference room at the Mayfield Fund.<br><br>The schematic and notes contain at least the following:<br><br>(1) Protein production in mammalian cells without cloning the TPA gene.<br><br>(2) Focus: known therapeutic proteins "key: sidesteps patents"<br><br>(3) A DNA vector with targeting segments for insertion into a human diploid fibroblast cell either upstream or downstream of the TPA (target) gene. | G. Savage: Vivid recollection of this meeting, Skoultchi's presentation of the protein production project at the board in front of the SAB and others, and recording a rendering of what was drawn on the board for inclusion in the minutes. Also recalls Burt Rowland's attendance and where he sat during the meeting. 50 – 55. Continually asked for his notes, | Note Art's notebook entries (undated, CGI 4038-4041 – which appear to reflect Skoultchi's notes from the meeting. Kucherlapati's knockout diagram appears, notes re: Bob Tepper's presentation on Sickle Cell and Bone Marrow, and other items that mirror the order and content of the July 24-25, 1989 meeting minutes. |

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | a. DHFR mutant gene<br>b. Enhancer for increasing expression<br>c. Neo as a positive selection marker gene<br>d. TK as a negative selection marker gene<br><br>(4) Transfer into CHO cells<br><br>(5) Expose to increasing concentrations of methotrexate which leads to amplification of DHFR and nearby TPA gene. | which were not provided. 80 - 82. <br><br>A. Thompson: Recognizes the handwriting and drawing in the minutes as George Savage's. 51 - 52.<br><br>Also recalls Skoultchi | |
| | The transfer step (from primary transfectants to CHO cells) was considered "worth it" because of FDA considerations. | presenting at the board and Burt Rowland's attendance. 43 - 46, 50 -53. | |
| | Following Skoultchi's presentation, patent attorney Bertram Rowland (Burt) addressed the SAB with his advice about what proteins and cDNA sequences were patented (or not) and what questions remained about DNA patents, process and method of use claims. | Rowland and Skoultchi had a conversation on the side because Bert was going to write it up. 50 - 53. | |
| | Burt Rowland was planning to leave Leydig Voit to work in-house at the biotech company Systemics, which was discussed. | M. Levin: Was present at | |

- 24 -

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | the meeting, was a regular meeting. The drawing on page 3231 is a reflection of Skoultchi's idea. This idea, its patentability and freedom from other patents were discussed. 121 | A. Skoultchi: Has a very vivid memory of going to the whiteboard at the Mayfield Fund conference room and drawing his invention out and the discussion surrounding it. 70 - 71, 81, 84, 105, 107 - 110. 121. The document reflects his presentation. 128 | |

Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | | - 131. Decision was made on 7/25 for Rowland to prepare a patent application.<br><br>B. Rowland: Specifically recalled the meeting, and Skoultchi's presentation. Would not have been familiar with many of the names in the minutes - was only there on the 25th to hear Skoultchi's presentation. 2054, ¶2. Felt the presentation was absolutely clear - when presented, was absolutely clear it would work. 34 - 35.<br><br>R. Kucherlapati: | |

**Summary of Documents & Testimony Establishing CGI's Date of Invention**

| Doc. ID | Document Description | Witness Testimony | Comments |
|---------|---------------------|-------------------|----------|
| | | Recognized the document reflected Skoultchi's idea at 3231. Confirmed transfer to secondary cells worth it because of FDA concerns. 94 - 101. | |
| CGI 3248 | Kucherlapati's notes taken during Art Skoultchi's presentation at the SAB meeting on July 25th, 1989.<br><br>The schematic mirrors that recorded by George Savage in the meeting minutes.<br><br>Additional information in these notes include:<br>(1) Transfer of high molecular weight (mw) DNA or metaphase chromosomes into a CHO cell line<br>(2) Selection for neo or DHFR.<br>(3) The notation for insertion of the DNA vector by homologous recombination is clearly shown (the "x" connecting the | R. Kucherlapati: Confirms the document is in his own handwriting, that they reflect his meeting notes. 103 - 105. | Note that CGI 3235-3247 includes notes from both July 24-25, 1989 and CGI 3243 is a duplicate of CGI 3248.<br><br>These pages reflect content parallel to the meeting minutes and the agenda of July 10, 1989. |

**Summary of Documents & Testimony Establishing CGI's Date of Invention**

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | vector with the region upstream of the targeted TPA gene). | | |
| | Notes also reflect that Burt Rowland addressed the SAB after Skoultchi's presentation. | | |
| CGI 3236-3247 | July 24-25, 1989<br>Notes taken by Raju Kucherlapati<br>Parallel the Minutes of the July 24-25, 1989 Meeting | R. Kucherlapati: Confirmed his notes, his notebook maintenance. 149. | |
| | Kucherlapati's detailed notes from both days of the July 24-25, 1989 meeting, including drawings. | | |
| | CGI 3243 is a duplicate of 3248, reflecting the drawing Skoultchi put on the board the day of the meeting (as reflected in the minutes). | | |
| | CGI 3244 reflects the decisions on various projects:<br><br>1. UD RPE Skin – include in plan<br>2. stem cells, marrow – collaboration with Oliver<br>3. Human Monoclonals – include in plan<br>4. Animal Models – **Hold**<br>5. Plants – **Hold**<br>6. TIL cells – Hold | | Note: "Patent Busting" refers to Skoultchi's protein production invention |

- 28 -

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | 7. Neural cells – Hold<br>8. **Patent Busting** | | |
| CGI 4038-4041 | **Undated Skoultchi Notebook Entries that Parallel the Order and Content of the July 24-25, 1989 Meeting**<br><br>Skoultchi's notebook entries reflect the notes he recorded at the July 24-25, 1989 meeting.<br><br>Includes:<br>• Kucherlapati's knockout diagram (including the "1,2,3,4" diagram);<br>• Bob Tepper's presentation on Sickle Cell and Bone Marrow;<br>• and SAB/Levin decisions about the fate of various proposed projects:<br><br>1. UD-RPE, Skin, "Go Internal + NIH myoblasts"<br>2. Bone Marrow Stem "Go Oliver + another?"<br>3. Human Monoclonals "Go Internal"<br>4. DMD "talk to people"<br>5. Animal Models "**Hold**"<br>6. Plants "**Hold**"<br>7. TIL cells "**Hold**"<br>8. NGF "Park's and Alz" (Parkinson's and Alzheimer's Disease projects) | A. Skoultchi | These notes resolve confusion created by a misdated page in Skoultchi's notebook (CGI 4042) that suggests Skoultchi was at a lab meeting (in NYC) on July 25, 1989.  Compare with the notes CGI 3236-3247 (e.g. the go/hold decisions on CGI 3244), which are uniformly found in the minutes and Kucherlapati's notes from the meeting.<br><br>These notebook entries are flanked by pages dated 6/13/89 and "Shetail Lab Meeting 7/25/89" - note, however, that the number "7" appears to have been written over with the number "8", reflecting an 8/25/89 meeting (original document is clearer than the photocopied production).  See also, Skoultchi deposition testimony. |

- 29 -

**Summary of Documents & Testimony Establishing CGI's Date of Invention**

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| Cont. CGI 4038-4041 | **9. Amplified Mammalian Cell Lines "Patent Busting"**<br><br>Also, includes a schematic of the company organization SAB + consultants reflected in the minutes (CGI 3233). | | |
| CGI 1856 | Outline format<br><br>I. Seed Round Accomplishments<br>B. Status - July 1989<br>    **4. Patents**<br><br>II. Project Plan<br><br>  **B. Protein Production**<br>  C. Human MAB<br>  D. Universal Donors<br>  E. Other Options | **July 31, 1989**<br>**Cell Genesys KPCB Update**<br><br>M. Levin: Testifies that the memo was specifically prepared by him and refers to Art's idea that is the subject of the patent application. Skoultchi was clearly in possession of his idea before July 15, 1989. 121. | Document reflects the ongoing emphasis of patents in starting the company and the order in which the core projects are listed now reflect the emphasis on the "short-term" HR-protein production project of Art Skoultchi. |

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | **July 27, 1989 - August 2, 1989**<br>**Draft – Cell Genesys Business Plan**<br>**Skoultchi's Invention Included** | | |
| CGI 4346-4558 | Business Plan Outline recovered from Savage and Thompson back-up disks.<br><br>The date on document was saved to disk (file date) was August 2, 1989, however, the document itself is dated July 27, 1989, suggesting this was the first date the draft was prepared.<br><br>In contrast to the 5-15-89 version of the business plan, this document sets forth parameters (subject matter, organization of each section, page length, person(s) responsible and status/due dates for each section. Many were largely drafted (e.g., executive summary, 4349), others were not yet started.<br><br>Executive Summary (4349)<br>Under 2, technology: "Importance of HR in the context of other developing technologies in the pharmaceutical industry, (e.g.: drug delivery, **therapeutic proteins** etc.).<br><br>Project Plans (4352)<br>• Skin and Human Proteins projects assigned to Andy | A. Thompson:<br>Testified that he and G. Savage provided counsel for CGI some back-up discs that are unreadable.<br>Counsel for ARS was advised that Cricket had been engaged to salvage material off the discs. 94 - 96. This material was recovered from those discs, and sent to ARS on March 23, 2006.<br>A. Thompson:<br>Testified generally as to the nature of the business plans he and Savage | Note that on the front page, the text box with "Date Due for First Draft_____", suggests the early versions of the business plan written by Savage and Thompson, shared only with Levin/Mayfield, were not the same documents referred to as "draft 1" and "draft 2" and dated subsequent to August 2, 1989.<br><br>The appendices (e.g., resumes, facilities, etc.) further demonstrate the amount of work undertaken between August 2, 1989 and the end of October (i.e., diligence). Not every task was specific for the protein project, however, many were essential to start the company, hence the protein project, including:<br>recruiting/interviewing/hiring<br>financing and preparing documents for meetings<br>facility/equipment projects and procurement<br>and other corporate issues. |

- 31 -

Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | • "Need to combine existing material with results of meeting of 24/25 July."<br>• Projects:<br>1. Universal Donor Tissues (RPE, skin)<br>2. Human Monoclonals<br>3. **Production of Human Proteins**<br><br>Also sets forth all information that must be compiled for each project, which accounts for time lapsing between the hard copy drafts available when this information was being researched and compiled.<br><br>Patent Strategy (4355)<br>Assigned to Wheeler with Levin and Rowland Some material already in existing CG plan, first draft due date set for 8-12-89<br><br>The proposed seven sections, which closely parallel the final plan, include:<br>Introduction<br>Project Plans<br>Research Collaborations<br>Management<br>Patent Strategy<br>Regulatory Issues<br>Financial Strategy<br>Appendices:<br>Facilities Plan<br>Recruitment Plan | rendered).<br>Testified he originated the Homologous Recombination graphic. 56. Probably first done in April or May. 57.<br>The idea was conveyed to him and others in February/March at the latest, began to incorporate it in business plans. 40, 79, 81 - 82.<br>The idea was discussed all the time, recalls Skoultchi discussing it. 80<br><br>G. Savage: Described the progression of the business plan evolution, for funding purposes. | |

Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | Technology Overview<br>Disease Summaries<br>Resumes<br>Glossary | Described a funnel, where the opportunities presented were winnowed down and refined. Winnowed down to three projects. RPE, mouse with human immune system, method to produce useful therapeutic proteins that would sidestep existing intellectual property (recalled this without looking at a document). 39 - 44. | |

# Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| CGI 1857-1860 | 4 page memo from Mark Levin to "Art, Bob, Oliver, Raju, Kurt, Andy, George" <br><br> **August 10, 1989** <br> **Memo from Levin to SAB and Savage and Thompson** <br> **RE: Action Items from July 24-25, 1989 Meeting** <br><br> CGI 1858, Item 6 - **Protein Production Project** <br> Action Items / Responsible Persons/ Due Date <br><br> **July 24 and 25 Meeting – Action Items** <br><br> • Search literature and write patent ("Art and Burt"), by September 15th. <br><br> • Research patented protein and recommend collaborator (Burt, George, Andy) by September 1st. <br><br> This document also details the action items and due dates for numerous other projects with deadlines between Aug-Sept 15, 1989, including facilities/equipment, technical research, project specific tasks for the bone marrow, human monoclonal and universal donor cell projects that were addressed at the July 24-25th, 1989 meeting. <br><br> In addition, Item 7 (CGI 1859) outlines additional patent-related items for Burt Rowland with target | M. Levin: Prepared the memo. Standard method of operating, but were moving forward on the invention as rapidly as possible. Rowland was now working on the patent application. 129 - 130. <br><br> R. Kucherlapati: Received the memo - notes from M. Levin for follow up on SAB | As with earlier memoranda, the action items set forth support Levin's testimony as to the plurality of projects and assignments and explains why it is reasonable for the founding members to have general recollections about the timing of events. <br><br> No later than the date of this memo, Levin conveyed that Rowland was expected to draft the patent with a goal completion date of September 15th. <br><br> Note also that despite the other items tasked to Burt Rowland, with due dates earlier that that assigned for the Skoultchi patent, the first draft of the patent was completed and sent to Skoultchi by September 6th, 1989 (see, CGI 3659, cover letter from Rowland to Skoultchi and Appendix C to Rowland Declaration showing billing time entries on August 25, 29 and September 6, 1989 and annotated draft dated August 29, 1989). |

- 34 -

**Summary of Documents & Testimony Establishing CGI's Date of Invention**

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | due dates of August 11, August 15, August 20, and September 1. | meeting of the 24 - 25. Process for therapeutic protein production is documented. 107 - 109. | |
| CGI 3260-3313 | This draft of the business plan includes Art Skoultchi's gene activation (production of human proteins) invention. Moreover, the detailed analysis of the project set forth reflects diligence toward completing the patent application (CGI 3304), obtaining funding for the project and regulatory considerations rendering the secondary CHO cell embodiment preferred from a corporate position (details below).<br><br>(CGI 3264): Identifies the 3 major projects intended to produce the company's first products:<br><br>• **Project 3 is the Production of Human Proteins** – "development of a technique to produce already approved therapeutic proteins without infringing on existing patents" | **August 26, 1989**<br>**"Draft #2"**<br>**Business Plan**<br><br>G. Savage: Testified at length depo regarding the document, he prepared it with A. Thompson. Noted edits by M. Levin. Recalls preparing all of it, 8/26 is reasonable. Skoultchi's work clearly came much earlier. 82 - 89. | The handwritten note "redacted version produced at depo" does not refer to either Interference 105,114 or the present §146 Action.<br><br>The handwritten notes at the bottom of the first page are Art Skoultchi's and demonstrate the shift in focus to put the short-term "products in a bottle" as project #1 for the company, moving cellular therapy to #3.<br><br>CGI 3272 – Seeking funding, which includes compiling the detailed information in the CGI business plan, in order to support development of Art's idea (prior to filing) is part of the diligence prior to filing the application. |

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | Handwritten notes show to reverse the order of the projects and **list Art's protein project as Project #1.**<br><br>• "(3) Production of Human Proteins"<br><br>CGI 3274: "Three main projects have been selected"<br><br>Six criteria evaluated in selecting the projects:<br>• Technical feasibility – scientific risks well defined.<br>• Market Size/Potential – clear clinical need, little market development needed.<br>• Uniqueness of HR approach – HR the dominant technology in developing a viable therapy.<br>• Development Time – time required to develop products as short as possible<br>• Portfolio Fit – each project independent but complementary.<br>• FDA Requirements – approval products as straightforward as possible<br><br>CGI 3272: Lists milestones expected if equity financing is received. Development of Art's invention and licensing to a corporate partner was expected. | A. Thompson: Recalls having a business plan in place by September. Had the graphic of HR in it. Monitored the progress of the patent applications. 57 - 58. Recalls Skoultchi talking about CHO cells in the context of the business plan. 104. Remembers that he first heard about Skoultchi's invention for producing therapeutic proteins sometime in late Spring (Feb. - April) 1989. 34 - 36, 51 -52. | Under Selection Criteria, note the importance (and consensus) that Art's project was technically feasible with short development time and could meet FDA requirements in a "straightforward" way – meaning the CHO step was a preferred embodiment because of regulatory and company financing implications – not lack of recognition.<br><br>RE: CGI 3289: "**has completed** an examination of the patents..." Supports diligence between the July 24-25 meeting and preparation of the second draft of the business plan. |

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | Detailed Description of the "Production of Human Protein" Project at CGI 3288-3292 | M. Levin: Business plan was prepared by Thompson and Savage, reflects the date of preparation and the status of the projects, 138 - 140. | |
| | • CGI 3289: Patent Searches: | | |
| | "The company has completed an examination of the patents covering the production of TPA and EPO. Cell Genesys has been advised by its patent counsel, Dr. Bertram Rowland ... that it will be possible to produce all of these products using the CG technique without infringing upon existing patents." | R. Kucherlapati: Generally recognized the document as a CGI business plan, 110 - 111. | |
| | • Under "Opportunity Development:" | Would not rely on it to identify a date on which Skoultchi had his invention because it does not identify the inventors (he took the question literally). | |
| | "Cell Genesys has applied for a patent for its technique of producing human proteins using engineered mammalian cell lines, created using HR" | | |
| | "In addition, the company will file additional patents to cover the production of specific proteins using this technique wherever this is possible" | | |
| | CGI 3292: "Goal of hiring 2 scientists to work on the production of human proteins in 1989", thus the interview process itself is part of diligence (see, e.g., CGI 3302, reference to Daniel Brenner and others being recruited) | | |

- 37 -

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | Projected Timeline (CGI 3290): shows goal of establishing cell lines and DNA vectors in 1989. | | |
| | Key Tasks and Milestones (CGI 3291): identifies the embodiment intended for development first – human diploid fibroblasts for primary recipients of the amplification vector and secondary recipients will be CHO. | | |
| | Expected revenue from Art's invention (CGI 3311): revenue expected by 1990. Assumption 7 (bottom of page) "Human Proteins sold by corporate partners – CG receives 10% royalty." | | |
| | Summary of Headcount and Uses of Funds (CGI 3312): Reflects commitment to providing funding for Art's Protein Project in 1989. | | |
| | Summary of Key Operating and Financial Milestones (CGI 3313): Human Proteins, product sales anticipated by 1992 with development in 1990. | | |

Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| Exhibit B to Rowland Declaration on (Ex. 2054) | **August 29, 1989**<br><br>**Draft Patent Application**<br>**Sent to Skoultchi on September 6, 1989**<br><br>This document is dated August 29, 1989, which comports with Rowland's invoices showing drafting activities on 8/25 and 8/29, 1989. In particular note that the 8/29/89 invoice entry specifically includes claim drafting. Claims are present in this document and edited by Skoultchi.<br><br>Art's corrections and comments are written on the draft.<br><br>"…integration of amplifiable **and other regulatory sequences**" (page 3, line 15)<br><br>"…**primary should refer to 1st step, not cell of origin**" (page 3, margin at line 32)<br><br>expand types of amplifiable gene: "…adenosine deaminase, ornithine decarboxylase…" (page 4, last line).<br><br>The discussion concerning modifying transcriptional initiation regions (i.e., native regulatory sequences) expanded to include | M. Levin: Confirms that Rowland had carried out his assignment, and that a draft of the application had been finished. Reflects a tremendous amount of continuous discussion and work. 144<br><br>A. Skoultchi This is the draft he received and marked up and returned to Rowland. Kuchedapati also | This document further clarifies that Skoultchi did not intend the term "primary", as used in the application, to reference primary cells (cell strains according to ARS), but rather the cell undergoing transformation with the disclosed DNA vector. |

- 39 -

# Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | modification to native 3' untranslated and poly A sequences (page 6, right margin).<br><br>Several edits reflect Art's concern over the Cappechi patent (e.g., using HSV-tk as negative selection marker). This further demonstrates that Skoultchi was focused on circumventing patented technology from a corporate standpoint – not a technical one.<br><br>"? Should claims also contain claims for alteration of the transcriptional promoter region and the 3' untranslated region, and poly A site and coding or intron regions of the target gene?<br><br>- similarly addition of new enhancer sequence to the target gene" (last page following claims). | B. Rowland:<br>Authenticates the draft as one completed by him for information and review. 2054, ¶3. He and his secretary sent it out. Transcript 23 - 24.<br><br>R. Kucherlapati:<br>Testified he received a draft application and marked it up. 129, 144. He made | |
| | | marked it up. 145 - 146. Remembers make the corrections - always a work in progress. 148 - 152. | |

- 40 -

Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | | changes on the document. 144 - 149. | |
| CGI 3659-3660 | **September 6, 1989**<br>**Cover letter from Burt Rowland to Art Skoultchi re: Completed Draft Patent Application**<br><br>Cover letter re: "**Draft of Patent Application for Production of Proteins using Homologous Recombination**"<br><br>Inventor: Skoultchi<br>Ref. No. 27949 / **Cell-3**<br><br>cc to Levin<br><br>Indicates a paper example (β-actin) included by Rowland.<br><br>Requests review and resolution of Rowland's questions. | B. Rowland: Confirms he sent the draft application out with a cover letter on September 6, 1989. 2054,¶3. | |
| CGI 3316-3317 | **September 7-8, 1989**<br>**Agenda for Team Meeting, Cell Genesys, Inc.**<br><br>2 page detailed agenda for several meetings held on September 8-9, 1989 Agenda. 152.<br>Sep. 7th. | M. Levin: Wrote the Agenda. 152. | The August 10, 1989 memo from Levin, item 4, indicates Levin would get new patent counsel for the human monoclonal project only. 11-27-89 |

- 41 -

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | III. Bill Smith – Patent Attorney<br><br>Sept. 8th:<br>III. Team Meeting    10:30-12 noon<br>- Burt Rowland<br>IV. Burt Rowland    12-2 pm<br>(see comments) | B. Rowland:<br>Confirms the invoice of 9/25 reflects his work on the application (Cell-3). Got comments back by Nov. 1). 2054 ¶ 4-5 Reflects his activity. Three month progression from disclosure to filing. Standard. 2054, ¶ 5. | notes in Skoultchi's notebook identify Bill Smith of Townsend and Townsend (CGI 4094) and the prior page (4093) includes notes on an infringement analysis as engaged to conduct infringement analysis.<br><br>RE: IV - The September 25, 1989 invoice from Rowland (Ex. C to Rowland Declaration) shows a billing entry on 9/8/89 for "conference" billed to the general CGI correspondence matter number. |
| CGI 4070 | "Get comments on plan to Andy / George"<br><br>"Compare w/ old plan" | **September 7-8, 1989**<br>**Art Skoultchi's Notes to Self**<br>**for September 7-8, 1989 CGI Meeting** | There was pressure to finalize the business plan and this page provides a dated entry of Skoultchi's intention to review the current business plan and compare against the earlier draft in order to meet that objective. |

Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| CGI 15906-15925 | Detailed Presentation to Mayfield Fund Partners<br><br>**September 8, 1989**<br>**[Mayfield] Partner Presentation**<br>**of Cell Genesys, Inc.**<br><br>The HR "wheel" was prepared by Savage and Thompson to presents visually the concept of basing the company on homologous recombination technology and the envisioned applications of the technology.<br><br>CGI 15908 – modified version of the "wheel" showing the company focus on human therapeutic proteins using Skoultchi's method for with candidate proteins identified (e.g., TPA and EPO).<br><br>CGI 15090: Seed Round Accomplishments:<br><br>II. "File two patents and three more in progress."<br><br>    • Being filed – "protein"<br><br>IV. Project Plan<br>**Three well designed and evaluated projects**<br><br>CGI 15912-15920 (PowerPoint-type "slides") prepared by Savage and Thompson: | M. Levin:<br>He wrote the memo - a presentation to the investment partners. Savage and Thompson would have contributed the fancier parts. 158 - 161.<br><br>R. Kucherlapati:<br>The business plan included a variety of different proteins that had been researched and considered. Each of them was a human therapeutic for consideration in Skoultchi's idea. 127 - 128 |  |

Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | • Product Development Strategy Short, Middle and Long Term Projects<br><br>• "A Powerful New Method For Producing Human Therapeutic Proteins"<br>  ○ Generate a novel method to produce proteins without manipulating patented DNA sequences<br>  ○ Use HR to insert Regulatory Sequences into non Patented DNA located close to the Gene<br><br>• Key Business Targets: **TPA EPO**<br>• Future Business Targets: "**Any Human Protein Which has to be Produced in Mammalian Cells**"<br>• Proprietary Position: **Patent Application Being Filed**<br><br>• CGI 15921: Headcount Projections for Protein Project for 1989 through 1994<br><br>• CGI 15922: Proforma Income Statement for Protein Project 1989-1996<br>  • Anticipated Operating expenses beginning 1990 for Protein Project | | |

- 44 -

**Summary of Documents & Testimony Establishing CGI's Date of Invention**

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | CGI 15925: Key Milestones for Protein Project<br>• Proteins Expressed: 1990-91<br>• FDA Approval of Proteins: 1993-94 | | |
| CGI 3314-3315 | Agenda includes patents, project reviews, experimental design, facilities and equipment, and personnel<br><br>September 8, 1989<br>Agenda for CGI Company Meeting, 5:00 p.m. | M. Levin: Wrote the agenda. Reflected the constant course of business at CGI, and Levin's method. The agenda specifically reflects the need to focus on patents and applications, 149 - 150. | |
| CGI 4415- | Recovered from Savage and Thompson back-up disks. Note that the file name indicates the<br><br>September 20, 1989<br>**Final Drawing**<br>**(for Business Plan)** | A. Thompson: Testified that he | There is a technical problem with how gene targeting is represented. In essence, as drawn, the |

- 45 -

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| 4416 | drawing was for the CG business plan. Shows a schematic of Gene Targeting by homologous recombination. (see comments) | and G. Savage provided counsel for CGI some back-up discs that are unreadable. Counsel for ARS was advised that Cricket had been engaged to salvage material. off the discs. 94 - 96. This material was recovered from those discs, and sent to ARS on March 23, 2006. | insert disrupts the endogenous gene, which they did not intend. Note, however, that Skoultchi recognized this error in his review of the draft final business (page CGI 4922, first page of the document is CGI 4861). The original document is a spiral bound copy of the plan with cover date of September 20, 1989 and stamped "DRAFT." There is a similar spiral bound copy marked "GMS (master)," which includes Savage's edits to the final draft. |
| CGI 4419-4423 | Recovered from Savage and Thompson back-up disks. Note that the file name indicates the glossary was for the CG business plan. | **September 22, 1989 Glossary to CGI Business Plan** <br><br> A. Thompson: Testified that he and G. Savage provided counsel for CGI some back-up discs that are unreadable. | |

Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | | Counsel for ARS was advised that Cricket had been engaged to salvage material. off the discs. 94 - 96. This material was recovered from those discs, and sent to ARS on March 23, 2006. | |
| CGI 4429-4464 | 35 page version of the business plan recovered from Savage and Thompson back-up disks. Note that the file name indicates the document was for the CG business plan.<br><br>Executive Summary (CGI 4433) 1st company project listed is "**Production of Therapeutic Proteins**," which comports with Art's notations written on the August 26, 1989 draft to switch the order of the three CG projects. | **September 22, 1989**<br>**CG Business Plan**<br>**Plan Dated 9/20/89**<br>**File Name: NEW-9_23-Part 1**<br><br>G. Savage/ A. Thompson: See earlier descriptions of constant focus by Savage and Thompson of revising the business s plan for CGI. This reflects a | Note the header on CGI 4432: All data in the plan based on Savage-Thompson Management/Mayfield Fund analysis… |

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | Summary of Production of Therapeutic Protein Project (CGI 4435): <br>• Purpose <br>  o Production of approved therapeutic proteins without infringing upon existing patents. <br>• Market Opportunity <br>• Opportunity Development | cumulative effort, and reflects a focus on A. Skoultchi's invention. Most of the work reflects work done by Savage and Thompson to further the scientific contributions of the inventors and founders. Thompson 34 - 36. Savage testifies extensively on the process of creating the business plan, 34 - 47. | RE: Market Opportunities: bolded text "specific regulatory elements" mirrors ARS claim language. <br><br>Also, note the CG effort in patent searching – further diligence prior to filing. |
| | Market Opportunities (CGI 4441): <br>Production of Therapeutic Proteins <br>"**By inserting specific genetic regulatory elements into mammalian cells, Cell Genesys** has the capability to develop systems for *in vitro* production of human proteins. **CG processes will be designed to produce FDA approved therapeutic proteins without infringing upon** existing DNA patents....**Cell Genesys has conducted patent searches on several approved therapeutic proteins.** The company has been advised by legal counsel that it will be able to produce these proteins using Homologous Recombination without violating any existing patent." | | FDA reference again supports the company's decision to pursue the 2-step process for regulatory reasons, which does not detract from Skoultchi's teaching that insertion/amplification and/or expression can occur in the primarily transfected cell. |
| | Funds Sought (CGI 4445) <br>Equity financing sought, which will be used to fund production methodology for the first therapeutic protein according to Skoultchi's invention. | A. Thompson: Testified that he and G. Savage provided counsel for CGI some back-up discs that are unreadable. | |

- 48 -

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | Seven Project Selection Criteria (CGI 4447) Technical Feasibility, etc. as reflected in earlier drafts. | Counsel for ARS was advised that Cricket had been engaged to salvage material. | |
| | **Detailed Project Plan for Art's Invention** (CGI 4449-4454) <br><br> • EPO and TPA as first targets <br> • Estimated Market Potential Chart <br> • Legal Issues (Burt Rowland) <br> • **Patents** <br><br> "Cell Genesys has applied for a patent for its technique of producing human proteins using engineered mammalian cell lines, created using Homologous Recombination. In addition, the company will file additional patents to cover the production of specific proteins using this technique wherever this is possible" <br><br> • Production Timeline <br>   shows patent searches as first task in 1989 <br> • Key Tasks and Milestones <br>   Provides details of each step for <br>     o DNA vector preparation, <br><br> "The amplification vector is constructed using well-understood techniques." | off the discs. 94 - 96. This material was recovered from those discs, and sent to ARS on March 23, 2006. | Same as Market Potential Chart of CGI 15986 |

- 49 -

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | o    isolation and characterization of primary recipients,<br><br>"DNA preparations of the amplification vector are isolated and introduced into human diploid fibroblasts by microinjection. Cell demonstrating integration of the vector in sites flanking the target gene are then used as a source of genetic material for preparation of secondary recipients."<br><br>o    isolation and characterization of secondary recipients,<br><br>"...prepared from a primary recipient cell strain that has appropriate integration of the amplification vector. The material will be subsequently introduced into CHO cells...grown and selected for production of the therapeutic protein of interest."<br><br>o    identification of purchasers,<br>o    FDA approval cycle, and<br>o    product sales.<br><br>Estimated Resource Requirements (4453): Anticipated CG will hire 3 scientists to work on the protein project in 1989. | | |

- 50 -

Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---------|---------------------|-------------------|----------|
| CGI 4465-4504 | **September 22, 1989**<br>**CG Business Plan**<br>**Plan Dated 9/20/89**<br>**File Name: NEW-9_23-Part 2**<br><br>Appears to be a continuation of the business plan described above (Part I). This document was recovered from Savage and Thompson back-up disks. Note that the file name indicates the drawing was for the CG business plan.<br><br>**Patent Strategy** (CGI 4480):<br>Summary table shows the patent application for Skoultchi's invention is being prepared and identifies Burt Rowland as patent counsel.<br><br>**Regulatory Strategy** (CGI 4483):<br>The production of therapeutic proteins are considered "straightforward" from a regulatory standpoint"<br><br>**Financial Strategy** (CGI 4486):<br>Therapeutic Proteins: Development funded by corporate partners on a cost plus benchmark payment basis. Protein production systems sold to these partners with Cell Genesys retaining rights to royalties.<br><br>CG will manage its corporate relationships very | A. Thompson: Testified that he and G. Savage provided counsel for CGI some back-up discs that are unreadable. Counsel for ARS was advised that Cricket had been engaged to salvage material. 94 - 96. This material was recovered from those discs, and sent to ARS on March 23, 2006.<br><br>A. Thompson: The CGIO Business plan was finalized in | Again, the CHO step valued from a regulatory standpoint, not an enablement issue. |

– 51 –

# Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | carefully...." **"The first of these will be in the area of 'Therapeutic Proteins'"** Headcount and Proforma Income Statement (CGI 4487) Project 3 employees by 1989 and estimated income from Therapeutic Protein project beginning in 1990. | September. There was a series of earlier versions in 1989 that he saw. Have a unique presentation. 97 - 99. | |
| **September 22, 1989** <br> **Resumes for the Business Plan** | | | |
| CGI 4521-4533; 4775-4783; and 4784-4792 | Resumes provided to Mayfield for inclusion in the business plan: <br><br> Raju Kucherlapati <br> Art Skoultchi <br> Bob Tepper | | In Skoultchi's annotated copy of the "final" business plan, he revised some of the information in the resume, hence obtaining/modifying resumes for inclusion in the business plan are part of diligence in August-October, 1989. |
| **September 25, 1989** <br> **Invoice from Burt Rowland of Leydig, Voit & Mayer, Ltd.** | | | |
| Exhibit C to Rowland Declaration, Exhibit 2054 <br> * see comments | Charges concerning Cell-3, Production of Proteins Using Homologous Recombination, Skoultchi, begins at page 3. <br><br> 8/25/89 Drafting application <br> 8/29/89 Drafting application and claims <br> * see comments | B. Rowland: Confirms his work on the patent application. 2054, ¶4, Exhibit D. | The October 25th invoice also shows the application was reviewed and revised on 9/05/89. Hence, the revisions were done prior to the scheduled September 7-9 CGI meetings. The handwriting on the front of each invoice is Levin's (initials MJL and CGI). All legal bills in |

Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | 9/06/89 Review and revise | M. Levin: Received, acknowledged and authorized for payment by initialing. 174. | 1989 were sent to Levin at the Mayfield Fund. Skoultchi prepared a revised example on 10/30/89 for the application (Ex. B to Rowland declaration). The application was further reviewed (11/1/89) and discussed with Skoultchi (11/3/89) prior to filing on 11-6-89. (See, Exhibit C to Rowland Declaration). Ex. C also shows calls with Skoultchi on 10/27/89 and 11/6/89 billed under the general correspondence matter number. |
| | **After September 23 but Prior to Final Plan**<br>**Mark-up of Draft "Final" Business Plan**<br>**by Savage and Skoultchi** | | |
| CGI 4861-4964 and 4865-5069 | Two complete versions of the business plan (cover dated September 20, 1989). The first is Art's and contains his edits to the document. The second is Savage's (marked "master") and includes his edits. The originals are spiral bound. The importance of these documents is that they reflect continued diligence on completing the business plan beyond September 22, 1989. These copies include all appendices and are bound, hence, they must have been compiled after September 22-23, corresponding to the "new" | | |

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | Part I and II documents saved on the back-up disks saved on 9/23/89. Also, the glossary and resumes were saved to disk on 9/22/89.<br><br>Also, Skoultchi noted the error in the schematic of gene targeting. He did not want it indicating the endogenous gene was disrupted. | | |
| | **October 30 or 31 (1989) Patent Meeting Agenda** | | |
| CGI 15554<br><br>(same as ARS Ex. 24, with Bates No. CGI 3344) | Content confirms the agenda is from October 1989.<br><br>Reference to assignments of an October 20th meeting.<br><br>Protein Patent Strategy:<br>A. Finalize patent application<br>B. Analysis of TPA, EPO and recommendation on what to pursue<br>C. Other proteins<br><br>Attendees: Skoultchi, Levin, Wheeler and "CGI Scientists" | M. Levin: Believes he prepared the agenda. Confirms it was consistent with the finalizing of the patent application by Rowland. Confirms they were working continuously. Consistent with continuous effort on all aspects of the project. Reconfirms that Daniel Brenner | Only evidence of a Meeting on October 20, 1989.<br><br>Note reference to "CGI Scientists" – Daniel Brenner, first to work on the protein project and assigned to discuss the project at the October 31, 1989 meeting.<br><br>CGI 15984-15994 are not included in the chart (cannot confirm date prepared), however, these are the results of Savage and Thompson research on a variety of candidate proteins, including EPO and TPA. Also shown is a list of amplifiable genes. The table of estimated Market Potential in the business plan is reproduced here as 15986. |

- 54 -

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | | has been hired to be involved on the project. Consideration of what proteins to express. 188 - 191. | |
| CGI 4806-4807 | Recovered from Savage and Thompson back-up disks. File pathname shows this was for the business plan. | **October 17, 1989 CG Plan Revised Timeline** A. Thompson: Testified that he and G. Savage provided counsel for CGI some back-up discs that are unreadable. Counsel for ARS was advised that Cricket had been engaged to salvage material. off the discs. 94 - 96. This material was recovered from those discs, and sent to ARS on March 23, 2006. | The draft plan annotated by Skoultchi, which is undated, would likely have been completed no later than October 18, 1989. |
| | Status and persons responsible for finalizing the business plan, showing target for final review and velobinding by October 27, 1989. | | |
| | Feedback had been reviewed and additional scientist feedback was due for completion by October 18, 1989. | | |

# Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | **October 30, 1989**<br>**Art Skoultchi's Notebook Entries for Cell Genesys** | | |
| CGI 4076 | Notes concern: DNA expression vectors, TPA and composition of matter claims, licensing (Genetics Institute, Schering cross license, Sandoz), GMCSF ("But arguing ? open") EGF, FGF, Factor IX for composition of matter claims EPO | A. Skoultchi: Confirmed he kept a notebook with CGI matters entered into it, this is drawn from that notebook. | The 8-26-89 business plan makes indicates the intention to file additional patent applications to cover specific proteins manufactured according to Skoultchi's invention. These notes appear to indicate addition research done by Burt Rowland to ascertain patent / license status of several proteins of interest. |
| | **October 30, 1989**<br>**Experimental Section for Patent Application**<br>**Art Skoultchi** | | |
| Part of Exhibit B to Rowland Declaration (after draft comments) | "Protein patent 10/30/89" Sets forth a revised version of the example, using TPA (rather than β-actin) Skoultchi refers to primary and secondary "recipients" rather than "cells," which mirrors the comments in written on the draft application indicating the term "primary" is intended to reflect the cell being transformed by the vector and not the type of cell undergoing | A. Skoultchi: Made the necessary revisions to the patent application draft provided, and returned it to Rowland. Provided before the filing date and appears in the | |

# Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | transformation. (see, Ex. B, page 3, bottom of right margin). | application as filed. 140 - 141. | |
| CGI 3332-3333 | Agenda outline includes:<br><br>Protein Project (presented by Daniel)<br>Next Steps<br>Tom Kiely, other consultants<br><br>Also,<br>Facility<br>Finances<br>Candidates<br>Finer<br>and other projects (UD and mAbs) | October 31, 1989<br>Cell Genesys, Inc.<br>OPS Meeting | "OPS" — operations meeting (see 12-15-89 agenda)<br><br>Daniel is assumed to be Daniel Brenner, previously identified as a candidate for the protein project (interviewing diligence)<br><br>Tom Kiely's name appears in Skoultchi's notebook on 11-27-89 (4091) followed by notes on protein overview, strategic, general protein patent, business (infringement suits, license issues) etc. and Bill Smith's name appears following these notes, perhaps a recommendation for new patent counsel from Kiely? |
| CGI 3335-3336 | Annotated copy of the Agenda (above).<br><br>Comments written adjacent to the "Protein Project" include -- SBIR? Kaman | October 31, 1989<br>Cell Genesys, Inc.<br>(annotated) OPS Meeting<br><br>M. Levin:<br>Confirms the agenda is his.<br>ARS Exhibit 23 | SBIR notation suggests interest in pursuing funding via the Small Business Innovation Research program. |

Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | | | includes many other pages that are not part of this document. | Note: Pages from the January 20, 1989 Agenda were inadvertently stapled to unrelated documents during production copying (or were received that way). The other pages are from an SAB meeting in NY, which did include updates from Skoultchi on the Human therapeutic protein project and meeting with Steve Sherwin, newly appointed: CEO replacing Levin.

Of interest on CGI 3341 – "Carryover of human DNA from primary target cell to CHO recipient. **May be an inescapable necessity to ensure patent protection.** |
| CGI 3656-3657 | Letter indicates a copy of the final draft of the Skoultchi Cell-3 patent application was sent to Skoultchi by Burt Rowland on November 1, 1989, along with formal papers (POA/assignment). | **November 1, 1989**<br>**Cover Letter to Final Draft of Patent Application**<br>**Inventor: Arthur Skoultchi**<br>**Reference: Cell-3**<br><br>A. Skoultchi: Vaguely recalls receiving it, knew his signature was needed and sent it to Rowland. This was after his comments. 154-157. | |

- 58 -

## Summary of Documents & Testimony Establishing CGI's Date of Invention

| Doc. ID | Document Description | Witness Testimony | Comments |
|---|---|---|---|
| | | M. Levin: Confirms that final draft had been prepared by Rowland - Levin would have reviewed it. Item was a high priority. 192 - 193. | |
| | November 6, 1989<br><br>Skoultchi's Patent Application is Filed<br><br>"Production of Proteins Using Homologous Recombination" filed with the USPTO<br><br>B. Rowland | | |

- 59 -

**<u>EXHIBIT B</u>**



**2-15-89** Meeting at Wilkerson Group – CGI needs investment funding and CEO wants a short term project – 'something to put in a bottle' for investors.

**2-15-89** Ari Skoultchi conceives of his gene activation by homologous recombination invention on the train home from the meeting, a method of making proteins with short development horizon to provide revenue from product 'in a bottle' that does not infringe existing DNA / protein patents and is separately patentable for CGI. Skoultchi was already familiar with IP issues for a start-up company and knew the importance of recording his idea and dating his notes.

**4-28-89** Following discussions with CGI founders, company wants to move forward with Skoultchi's HR-protein project and CEO (Levin) requests input from patent attorney Burt Rowland. Skoultchi discusses his idea with Rowland and documents the discussion in his notebook.

**7-24-89** One day before Skoultchi presents his scientific plan to CGI founders, start-up team (Levin, Savage, Thompson) and CGI's patent counsel, Burt Rowland, Levin faxes a detailed written scientific plan prepared by Skoultchi to Burt Rowland.

**7-25-89** Skoultchi gives a detailed presentation to co-founders and start-up team. Burt Rowland's attendance is documented in the meeting minutes and independently by CGI co-founders Skoultchi and Kucherlapati (Levin July 10, 1989 memo also documents the plan for Rowland to attend and prompts Skoultchi to complete his scientific plan). Meeting was held at a conference room at the Mayfield Fund (Levin/Savage/Thompson). Rowland is also tasked with other CGI projects. The need to finish the CGI business plan is pressing as funding needs are critical. The market potential and feasibility had already been investigated. This had become the number one project at the company, and protection became paramount. CGI decides that filing a patent application is a pressing 'action item' at the meeting.

**8-26-89** CGI draft business plan, required for presentation to potential investors includes Skoultchi's invention as one of three projects the company will focus on.

**8-29-89** Rowland writes a patent application disclosing Skoultchi's gene activation invention.

**Sept-Oct 1989** Continuous company efforts to complete the CGI business plan, obtain funding and lab space, recruit personnel, scientific advisors and consultants. September 20, 1989 draft of the business plan shows Skoultchi's invention as the first project CGI will focus on, with patent status shown as "being filed."

**11-6-89** Skoultchi's patent application is filed at the USPTO.

**Timeline of Critical Dates in 1989**

February 15    April 28    July 24    July 25    August 26-29    Sept.-Oct.    November 6