# EXHIBIT 6

```
                                                                    1
 1                              VOLUME 1

 2                              PAGES 1 - 158

 3                              EXHIBITS 1 - 48

 4           IN THE UNITED STATES DISTRICT COURT

 5              FOR THE DISTRICT OF COLUMBIA

 6                              No. 04 CV 01407 (JDB)

 7   - - - - - - - - - - - - - - - - - - - - - -

 8   CELL GENESYS, INC.,

 9                  Plaintiffs

10       vs.

11   APPLIED RESEARCH SYSTEMS,

12   ARS HOLDING, N.V.,

13                  Defendants

14   - - - - - - - - - - - - - - - - - - - - - -

15        DEPOSITION OF RAJU KUCHERLAPATI, Ph.D.

16          Thursday, October 6, 2005 9:10 a.m

17                Harvard Medical School

18      77 Avenue Louis Pasteur, Boston, MA 02115

19

20       Reporter:   Janet M. Konarski, RMR, CRR

21                  LegaLink Boston

22       320 Congress Street, Boston, MA 02210

23                  (617)542-0039

24
```

CONFIDENTIAL - OUTSIDE COUNSEL ONLY
Raju Kucherlapati  October 6, 2005

71

1    A.    It's possible that these are notes of a
2  meeting or that he was trying to summarize what the
3  ideas were at that time, and how those ideas might be
4  translated into a presentation.
5    Q.    Why do you say that?
6    A.    I say that because of the title on Page 1
7  of this document, it says "Overheads."
8    Q.    And do you recall ever seeing overheads
9  that had the information listed after each of the
10 numbers in this document?  Do you have any specific
11 recollection?
12   A.    Certainly I recall seeing documents in
13 which you have described how to produce fully human
14 monoclonal antibodies that is shown in ten, and I've
15 seen a table of human therapeutic proteins that have
16 been approved in the document.
17   Q.    Is that at 11?
18   A.    At 11.
19   Q.    Can you tell me who you think is being
20 referred to here at 11, "George and Andy?"
21   A.    George and Andy.  I don't know exactly
22 what their roles were.  They were young entrepreneurs
23 at Mayfield Fund, and they helped us with some of the
24 diligence on some of these aspects.