**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CELL GENESYS, INC., ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | Civil Action No. 05-12448-MLW |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Defendant/Counterclaimant. ) | |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-11810-MLW |
| ) | |
| CELL GENESYS, INC., ) | |
| ) | |
| Defendant/Counterclaimant, and ) | |
| ) | |
| TRANSKARYOTIC THERAPIES, INC., ) | |
| ) | **SUBMITTED PURSUANT TO THE** |
| Defendant. ) | **COURT'S AUGUST 13, 2007 ORDER** |

**DECLARATION OF MATTHEW C. NIELSEN IN SUPPORT OF ARS REVISED
OPPOSITIONS TO CGI "JAPAN" AND "INTERFERENCE-IN-FACT" MEMORANDA**

I, Matthew C. Nielsen, state as follows:

1. I am a partner at Marshall, Gerstein & Borun, am admitted to practice before all courts in the State of Illinois, and am admitted to practice *pro hac vice* before this Court.

2. I represent Applied Research Systems ARS Holding, N.V. ("ARS") in this action, and submit this Declaration in support of (i) ARS Revised Opposition To CGI's Motion To Reverse The Board's Decision That CGI Claims 107-109 Are Unpatentable Over "Japan"; and (ii) ARS Revised Opposition To CGI's Motion To Reverse The Board's Decision That There Is No Interference-In-Fact.

3. Statements made herein are based on my first-hand, personal knowledge.

4. Exhibit A is a true and correct copy of pertinent pages of "Amendment under 37 C.F.R. § 1.115," dated June 1, 1994, and as submitted to the U.S. Patent & Trademark Office in connection with U.S. Patent Application Serial No. 08/102,390.

5. Exhibit B is a true and correct copy of pertinent pages of the Decision on Preliminary Motions of the U.S. Patent & Trademark Office Board of Patent Appeals and Interferences in Interference No. 105,114. (For a complete copy of the Board's decision, *see* Exhibit 1 to First Amended Complaint, Case No. 04-11810, Court Docket No. 2.)

6. Exhibit C is a true and correct copy of pertinent pages of "Response under 37 C.F.R. § 1.116," dated September 18, 1991, and as submitted to the U.S. Patent & Trademark Office in connection with U.S. Patent Application Serial No. 07/432,069.

7. Exhibit D is a true and correct copy of pertinent pages of "Response," dated May 1, 1991, and as submitted to the U.S. Patent & Trademark Office in connection with U.S. Patent Application Serial No. 07/432,069.

8.  Exhibit E is a true and correct copy of claims 18, 22, 23 and 24 of U.S. Patent No. 5,272,071 ("the '071 patent").

9.  Exhibit F is a true and correct copy of the '071 patent.

10. Exhibit G is a true and correct copy of pertinent pages of *Expression of cloned genes in cultured mammalian cells* (Chapter 16) in MOLECULAR CLONING: A LABORATORY MANUAL, J. Sambrook *et al*. (eds.), 2nd Ed., Cold Spring Harbor Press, Cold Spring Harbor, NY (1989).

11. Exhibit H is a true and correct copy of pertinent pages of Kaufman, R.J., *High level production of proteins in mammalian cells* (Kaufman II) in Genetic Engineering Principals and Methods, Setlow ed., Plenum Press, NY (1987).

12. Exhibit I is a true and correct copy of pertinent pages of "Skoultchi statement of material facts in support of motions," dated November 26, 1996, as submitted in connection with Patent Interference No. 103,737.

13. Exhibit J is a true and correct copy of pertinent pages of "Expert Report of Kirk R. Thomas, Ph.D," dated April 14, 2006, as submitted by CGI in connection with this action.

14. Exhibit K is a true and correct recitation of pending claims 107-109 of CGI's U.S. Patent Application Serial No. 08/102,390.

I declare under the penalties of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.


Dated: October 1, 2007                    /s/ Matthew C. Nielsen
                                          Matthew C. Nielsen