**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
|     Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
|     Defendant/Counterclaimant. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) ) | |
| | ) | |
|     Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11810-MLW |
| | ) | |
| CELL GENESYS, INC., | ) | |
| | ) | |
|     Defendant/Counterclaimant, and | ) | |
| | ) | |
| TRANSKARYOTIC THERAPIES, INC., | ) | |
| | ) | |
|     Defendant. | ) | |

**ARS MOTION TO STRIKE, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE A
RESPONSE TO NEW ARGUMENT AND EVIDENCE IN CGI'S JAPAN AND
INTERFERENCE-IN-FACT BRIEFS**

Applied Research Systems ARS Holding, N.V. ("ARS") respectfully moves to strike, or in the alternative, for leave to file a response to new argument and new evidence which Cell Genesys, Inc. ("CGI") has advanced in its recent briefs (Court Docket Nos. 179 & 180) addressing whether the Board erred in holding (i) CGI claims 107-109 are unpatentable over the "Japan" reference and (ii) there is no interference-in-fact between any of ARS's patentable '071 patent claims and CGI claim 106.

In support of this motion, ARS files an accompanying memorandum.

Dated: October 15, 2007                     Respectfully submitted,


                                            By: /s/ Kevin M. Flowers
                                            Fred A. Kelly, Jr. (BBO # 544046)
                                            Jill E. Uhl (BBO # 656283)
                                            NIXON PEABODY LLP
                                            100 Summer Street
                                            Boston, MA 02110
                                            Tel: 617-345-1000
                                            Fax: 617-345-1300

                                            Kevin M. Flowers (*pro hac vice*)
                                            Matthew C. Nielsen (*pro hac vice*)
                                            Elliot C. Mendelson (*pro hac vice*)
                                            Cullen N. Pendleton (*pro hac vice*)
                                            MARSHALL, GERSTEIN & BORUN LLP
                                            6300 Sears Tower
                                            233 S. Wacker Drive
                                            Chicago, IL  60606-6357
                                            Tel: (312) 474-6300
                                            Fax: (312) 474-0448

                                            Counsel for APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(A)(2)**

      I hereby certify that I conferred with counsel for CGI on October 15, 2007 and attempted in good faith, but was unable, to resolve or narrow the issues that are the subject of this motion.

                                     /s/ Matthew C. Nielsen
                                       Counsel for APPLIED RESEARCH
                                       SYSTEMS ARS HOLDING, N.V.

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing **ARS MOTION TO STRIKE, OR IN THE ALTERNATIVE, FOR LEAVE TO FILE A RESPONSE TO NEW ARGUMENT AND EVIDENCE IN CGI'S JAPAN AND INTERFERENCE-IN-FACT BRIEFS**, and **MEMORANDUM IN SUPPORT** of the same will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

                                       /s/ Kevin M. Flowers
                                       Counsel for APPLIED RESEARCH
                                       SYSTEMS ARS HOLDING, N.V.