# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
| Plaintiff/Counterdefendant, | ) | |
| | ) | |
| v. | ) | C.A. No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V. | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 04 11810 MLW |
| | ) | |
| CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC. | ) | |
| | ) | |
| Defendants. | ) | |

## CELL GENESYS INC.'S DESIGNATION OF EXPERT WITNESSES

Cell Genesys, Inc. ("CGI") may rely on the testimony of the following experts on issues as to which CGI bears the burden of proof, in the above-captioned matter.

In addition, CGI may rely on the testimony of Nancy Craig, Ph.D., Jack Nickoloff, Ph.D. and Michael Heartlein, Ph.D. introduced in the course of Interference 105,114.

## EXPERTS

1.  Gale R. Peterson
    Cox Smith Matthews, Incorporated
    112 East Pecan Street, Suite 1800
    San Antonio, Texas 78205-1521
    Telephone: 210-554-5500

1

2.  Kirk R. Thomas, M.D., Ph.D.
    1922 East Yalecrest Avenue
    Salt Lake City, Utah 84108
    Telephone: 801-583-9352

3.  Thea D. Tlsty, Ph.D.
    UCSF
    Department of Pathology
    513 Parnassus Avenue, HSW 451
    San Francisco, CA 94143-0511
    Telephone: 415-502-6116

                Respectfully submitted,

                CELL GENESYS, INC.

                By its attorneys,

                _____
                Steven B. Kelber
                Merchant & Gould
                901 Fifteenth Street, N.W.
                Suite 850
                Washington, DC 20005
                Telephone: (202) 326-0300

                T. Christopher Donnelly (BBO #129930)
                Donnelly, Conroy & Gelhaar, LLP
                One Beacon Street, 33rd Floor
                Boston, Massachusetts 02108
                Telephone: (617) 720-2880

Dated: March 3, 2006

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing CELL GENESYS INC.'S DESIGNATION OF EXPERT WITNESSES was served upon Counsel as follows:

Kevin M. Flowers, Ph.D., Esq.
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357

Eric J. Marandett, Esq.
Choate Hall & Stewart LLP
Two International Place
Boston, MA 02110

via Federal Express on this 3rd day of March, 2006.

_____
Steven B. Kelber

INTERFERENCE 105,114 (District Court Action)