# EXHIBIT B

Case 1:04-cv-11810-MLW	Document 187-3	Filed 10/15/2007	Page 1 of 4

# Merchant & Gould

An Intellectual Property Law Firm

901 15th Street, NW
Suite 850
Washington, DC
20005 USA
TEL 202-326-0300
FAX 202-326-0778
www.merchant-gould.com

## Fax Transmission

| | | | |
|---|---|---|---|
| To: | Kevin M. Flowers, Ph.D., Esq. | From: | Steven B. Kelber, Esq. |
| Company: | Marshall, Gerstein & Borun LLP | Our Ref.: | CGA v. ARS<br>1:04-CV-01407JDB |
| Your Ref: | | | |
| Fax No.: | 312.474.0448 | Fax No.: | 202.326.0778 |
| Phone No.: | 312.474.6615 | Phone No.: | 202.326.0350 |
| Confirmation Via Mail: ☐ Yes ☒ No | | Total Pages: | 3 (including fax cover sheet) |
| | | E-Mail: | skelber@merchant-gould.com |
| | | Return Fax To: | Eula Cabic |

**Document Transmitted:**

**Message:** Please see our attached two (2) page letter.

This transmission contains information that is confidential and/or legally privileged. It is intended for use only by the person to whom it is directed. If you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us.

If you did NOT receive all of the pages, please call us in the U.S.A. at 612.336.4664 or fax us at 612.332.9081.

# Merchant & Gould

An Intellectual Property Law Firm

901 Fifteenth Street NW
Suite 850
Washington, DC
20005 USA
Tel. 202.326.0300
Fax 202.326.0778
www.merchant-gould.com

A Professional Corporation

Direct Contact | Steven B. Kelber
(202) 326-0333

August 24, 2005

**Via Facsimile**

Kevin M. Flowers, Ph.D., Esq.
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Sears Tower
Chicago, IL 60606-6357

Re:   CGA v. ARS 1:04-CV-01407JDB

Dear Kevin:

Further to our telephone conversation of this morning, this will confirm our openness to seeking to extend all dates from the close of fact discovery set in the outstanding scheduling order. Accordingly, the dates would shift as follows:

Fact Discovery completed by October 16, 2005.

Expert Designation by October 16, 2005, with expert reports on issues on which the propounding party bears the burden of proof served by November 14, 2005.

Depositions of experts on issues raised in initial expert reports completed by December 16, 2005.

Rebuttal expert reports served by January 15, 2006 and depositions of experts on issues addressed therein completed by February 15, 2006.

Dispositive motions to be completed no later than February 28, 2006. Oppositions and replies to follow twenty-eight (28) and fourteen (14) days after service, as indicated.

Minneapolis/St. Paul
Denver
Seattle
Atlanta
Washington, DC

Kevin Flowers
Marshall, Gerstein & Borun LLP
August 24, 2005
Page 2

      I look forward to your confirmation that this proposal is acceptable to you and your client, and will draft an unopposed/consent motion to that effect for your review.

      We also discussed the issue of depositions of those who we did not expect to provide testimony beyond that which was presented during the interference. We will not be presenting additional testimony of Bert Rowland, and we will not be presenting testimony by Oliver Smithies, Ph.D. Based on our discussion, it is my understanding that you will withdraw the subpoenas for those two individuals.

      We also note that Mark Levin has retired from Millennium Pharmaceuticals, Inc., and is currently out of the country, but is expected to return before the close of fact discovery, as extended.

Sincerely,

Steven B. Kelber

SBK/efc
c:    Charles L. Gholtz, Esq. (Via Facsimile)