# EXHIBIT C

**Matthew Nielsen**

**REDACTED**

---

**From:** Steven Kelber[SMTP:SKELBER@MERCHANT-GOULD.COM]
**Sent:** Thursday, August 25, 2005 5:46:02 PM
**To:** Kevin Flowers
**Cc:** Sue Jensen M.D.
**Subject:** CGI v. ARS
**Auto forwarded by a Rule**

Kevin:
As we discussed, we are committing to rescheduling the depositions of the witnesses you have subpoenaed in the DC case, other than Oliver Smithies, and Bert Rowland, whom we have agreed not to present for new testimony beyond that which was introduced in Interference 105,114.

We should have date availabilities for you shortly. Can you advise if there is particular order that you prefer for the witnesses?

*Steven Kelber*
Merchant & Gould
901 Fifteenth Str., N.W.
Suite 850
Washington, D.C. 20005
202-326-0333