IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| | ) | |
| Plaintiff/Counterdefendant | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-12448-MLW |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) | |
| | ) | |
| Defendant/Counterclaimant. | ) | |
| | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11810-MLW |
| | ) | |
| CELL GENESYS, INC., | ) | |
| | ) | |
| Defendant/Counterclaimant, and | ) | |
| | ) | |
| TRANSKARYOTIC THERAPIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## CELL GENESYS, INC.'S MOTION FOR LEAVE TO FILE REPLY BRIEF (NO OPPOSITION)

Pursuant to Local Rule 7.1(B)(3), Cell Genesys, Inc. ("CGI") requests leave to file a reply brief in further support of its Motion for Reconsideration, or in the Alternative Certification, of the Court's Memorandum and Order of August 13, 2007. As grounds for this Motion, CGI states that Applied Research Systems ARS Holding, N.V.'s ("ARS") Opposition raises issues not addressed in CGI's Motion. In addition, ARS does not oppose this motion. CGI's reply brief will aid the Court in its consideration of its

Motion for Reconsideration, or in the Alternative Certification. CGI's proposed reply brief is attached hereto as Exhibit A.

Respectfully submitted,

Dated: October 26, 2007

By: /s/ Steven B. Kelber
Steven B. Kelber
Jagtiani+Guttag
10363-A Democracy Lane
Fairfax, Virginia 22030
Tel: 703-563-2011
Fax: 703-591-5907

T. Christopher Donnelly (BBO # 129930)
Jill Brenner Meixel (BBO# 652501)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
Tel: 617-720-2880
Fax: 617-720-3554

COUNSEL FOR DEFENDANT
CELL GENESYS, INC.

### Local Rule 7.1 Certification

I hereby certify that counsel for CGI conferred in good faith with counsel for ARS in an effort to narrow or resolve the issues raised in this motion, and ARS does not oppose this motion.

/s/ Steven B. Kelber
Steven B. Kelber

### Certificate of Service

I hereby certify that the foregoing document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 26, 2007.

/s/ Jill Brenner Meixel
Jill Brenner Meixel