**MARSHALL, GERSTEIN & BORUN LLP**

— ATTORNEYS·AT·LAW —

Kevin M. Flowers
Direct: (312) 474-6615
kflowers@marshallip.com

October 29, 2007

Via ECF

The Honorable Chief Judge Mark L. Wolf
United States District Court
 for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

    Re:    *Applied Research Systems ARS Holding, N.V. v. Cell Genesys, Inc.*,
           (Case Nos. 05-12448-MLW & 04-11810-MLW)

Dear Chief Judge Wolf:

      This is in regard to the scheduling conference that the Court scheduled in the above-captioned cases for Thursday, November 1, 2007 at 3:00 p.m.

      The following motions are fully-briefed and pending before the Court:

- ARS Motion For Revised Briefing Schedule And Response To Issues Raised In The Court's August 13, 2007 Order (Court Docket No. 173);

- Cell Genesys Inc.'s Motion for Reconsideration Or, In The Alternative, Certification, Of This Court's August 13, 2007 Order (Court Docket No. 175); and

- ARS Motion To Strike, Or In The Alternative, For Leave To File A Response To New Argument And Evidence In CGI's Japan And Interference-In-Fact Briefs (Court Docket No. 185).

MARSHALL, GERSTEIN & BORUN LLP

The Honorable Chief Judge Mark L. Wolf
October 29, 2007
Page 2 of 2


      ARS respectfully submits that the Court's resolution of these motions will materially advance the resolution of these cases, and suggests that the parties and the Court address the issues raised in these motions at the November 1 scheduling conference.

                                          Respectfully submitted,


                                          By: /s/ Kevin M. Flowers
                                          Counsel for APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.

cc:      Counsel of Record (via ECF)