UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CA04-11810
CASE NO.   CA05-12448

| Applied Research Systems, Inc. | Cell Genesys, Inc. et al |
|---|---|
| Cell Genesys, Inc. | Applied Research Systems, Inc. et al |
| PLAINTIFF | DEFENDANT |
| Fred Kelly | Christopher Donnelly, Steven Kelber |
| Kevin Flowers | Eric Marandett |
| Matthew Nielsen | Gerald Flattmann |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE___Wolf_____        CLERK___O'Leary_____        REPORTER___Romanow___

CLERK'S NOTES

| DATES: | Motion Hearing |
|---|---|
| 11/1/07 | Court goes over the current posture of the case.  Court allows defendant CGI's motion for leave to file a |
|  | reply brief (docket no. 188).  Court gives its tentative views on CGI's motion for reconsideration or for |
|  | certification.  Court listens to arguments from the parties on all pending motions.  Court takes the matters under |
|  | advisement.  Court sets a further briefing schedule and sets a further hearing on 1/24/2008 at 2:30. |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |