UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELL GENESYS, INC.,<br>    Plaintiff<br><br>v.<br><br>APPLIED RESEARCH SYSTEMS ARS<br>HOLDING, N.V.,<br>    Defendant | C.A. No. 05-12448-MLW |
| APPLIED RESEARCH SYSTEMS ARS<br>HOLDING, N.V.,<br>    Plaintiff<br><br>v.<br><br>CELL GENESYS, INC,<br><br>    and<br><br>TRANSKARYOTIC THERAPIES, INC.<br>    Defendants | C.A. No. 04-11810-MLW |

ORDER

WOLF, D.J.                                                   November 6, 2007

    As stated in court on November 1, 2007, it is hereby ORDERED that:

    1. Cell Genesys, Inc.'s ("CGI") Motion for Leave to File Reply Brief (Docket No. 188), is ALLOWED.

    2. CGI's Motion for Reconsideration or, in the Alternative, Certification (Docket No. 175), is ALLOWED in part and DENIED in part. The request to reconsider is DENIED, except to the extent that it addresses the decision to exclude U.S. Patent No. 5,024,939 and a 1984 article written by Raju Kucherlapati and others titled "Introduction of Purified Genes into Mammalian Cells," it is taken

under advisement. The request to certify an interlocutory appeal pursuant to 28 U.S.C. §1292(b) is ALLOWED. A separate memorandum and order will issue describing the question to be certified to the Federal Circuit. Proceedings in this case shall not be stayed pending appeal.

3. With regard to Applied Research Systems ARS Holding, N.V.'s ("ARS") Motion to Strike or, in the Alternative, for Leave to File a Response to New Argument and Evidence in CGI's Japan and Interference-in-Fact Briefs (Docket No. 185), ARS shall, by November 19, 2007, file a memorandum addressing the implications of what it characterizes as "new argument and evidence." The court will subsequently decide whether the challenged argument and evidence will be stricken.

4. By November 19, 2007, CGI shall file a memorandum: (a) explaining why its failure to file expert witness reports pursuant to Federal Rule of Civil Procedure 26(a)(2) for Dr. Jac Nickoloff and Dr. Nancy Craig was either substantially justified or was harmless within the meaning of Federal Rule of Civil Procedure 37(c)(1); (b) stating whether Dr. Randal Kaufman is willing to tetify and, if so, addressing the issues discussed at the November 1, 2007, hearing concerning whether CGI should be allowed to present his testimony; and (c) addressing the issue of whether Bertram Rowland should be allowed to testify despite the earlier representation by CGI that he would not do so and ARS's reliance on

that representation in not taking his deposition.

    4.   The parties shall respond to the November 19, 2007, submissions by December 7, 2007.

    5.   Any replies shall be filed by December 17, 2007.

    6.   A hearing on the pending matters will be held on January 24, 2008, at 2:30 p.m.

                                       /s/ Mark L. Wolf
                                       UNITED STATES DISTRICT JUDGE