IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| CELL GENESYS, INC., | ) | |
| Plaintiff/Counterdefendant | ) | |
| v. | ) | Civil Action No. 05-12448-MLW |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) | |
| Defendant/Counterclaimant. | ) | |
| APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V., | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 04-11810-MLW |
| CELL GENESYS, INC., | ) | |
| Defendant/Counterclaimant, and | ) | |
| TRANSKARYOTIC THERAPIES, INC., | ) | |
| Defendant. | ) | |

**DECLARATION OF STEVEN B. KELBER IN SUPPORT OF THE RESPONSE OF CELL GENESYS, INC. TO THE COURT'S ORDER OF NOVEMBER 6, 2007**

I, Steven B. Kelber, being first duly sworn, do hereby depose and state that:

1. I am lead counsel for Cell Genesys, Inc. ("CGI") in the above-captioned consolidated matters. I was also lead counsel for CGI in Interference 105,114 below.

2. Attached hereto as Exhibit 1 is a true and correct copy of CGI's submission pursuant to Fed. R. Civ. P. 26(a), dated July 12, 2005, identifying witnesses and things on which it would rely, which was filed in the action in the United States

District Court for the District of Columbia. The District of Columbia action was subsequently transferred to this Court.

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the January 18, 2006 hearing in the above-captioned matters.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Dr. Nancy Craig, Exhibit 2026 in Interference 105,114.

5. Attached hereto as Exhibit 4 is a true and correct copy of the curriculum vitae of Dr. Nancy Craig, Exhibit 2027 in Interference 105,114.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Jac Nickoloff, Exhibit 2029 in Interference 105,114.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Second Declaration of Jac Nickoloff, Exhibit 2030 in Interference 105,114.

8. Attached hereto as Exhibit 7 is a true and correct copy of the transcript of the deposition of Dr. Nancy Craig, Exhibit 2058 in Interference 105,114.

9. Attached hereto as Exhibit 8 is a true and correct copy of the transcript of the deposition of Jac Nickoloff, Exhibit 2057 in Interference 105,114.

10. Attached hereto as Exhibit 9 is a true and correct copy of the transcript of the deposition of Randal A. Kaufman, Ph.D., Exhibit 5056 in Interference 105,114.

11. On November 15, 2007, I spoke by telephone with Bertram Rowland ("Rowland"), who appeared on behalf of CGI in Interference 105,114. Rowland remembered both the testimony he previously had given, and the events during 1989 on which his testimony centered. He advised me that he would come to Massachusetts to testify as to those matters, as well as any questions posed by this Court, on a date

uncertain but to occur after January 23, 2008. He also agreed to make himself available near his residence in Hillsborough, California for deposition, should any party request the same.

12. On November 8, 12, 15 and 16, I placed telephone calls to the offices of Dr. Randal Kaufman, a Howard Hughes Medical Institute researcher at the University of Michigan Medical Center. I left voice mail messages and spoke with individuals who answered the telephone, but was not able to speak to Dr. Kaufman or anyone in a position to speak for him. I also sent Dr. Kaufman two emails inquiring as to the possibility of his testifying on behalf of CGI in the above-captioned proceeding. To date, I have not received a response. It is possible that the university faculty office is on vacation for Thanksgiving. At this point in time, I cannot advise the Court as to whether Dr. Kaufman would be willing to testify.

I declare under penalty of perjury that the foregoing is true and correct. Subscribed and sworn to, this 19th day of November, in the city of Fairfax, Virginia.

/s/ Steven Kelber
Steven B. Kelber

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 19, 2007.

/s/ Jill Brenner Meixel
Jill Brenner Meixel