# **EXHIBIT 4**

Received Aug-07-03 02:18pm   From-   To-PIPER RUDNICK IPO   Page 09

# NANCY L. CRAIG

Howard Hughes Medical Institute
Department of Molecular Biology & Genetics
Johns Hopkins University School of Medicine

615 P.C.T.B.   725 N. Wolfe Street.
Baltimore, MD 21205

e-mail: ncraig@jhmi.edu   Phone: 410-955-3933   Fax: 443-287-7798

**Education:**

| | |
|---|---|
| 1969 - 1973 | Bryn Mawr College, Bryn Mawr, PA<br>1973 A.B. Biology and Chemistry <u>summa cum laude</u> |
| 1973 - 1980 | Cornell University, Ithaca, NY<br>1980 Ph.D., Biochemistry<br>Graduate Student with Dr. Jeffrey W. Roberts<br>Research: Role of <u>recA</u> Function in the Lysogenic Induction<br>  of Phage Lambda |
| 1980 - 1984 | National Institute of Mental Health, Bethesda, MD<br>Postdoctoral Fellow with Dr. Howard A. Nash<br>Research: Mechanisms of Phage Lambda Site-Specific Recombination |
| 1989 - 1990 | Carnegie Institution of Washington<br>Sabbatical with Dr. Allan C. Spradling<br>Research: Dissection of Drosophila Chromosome Structure and Function Using P Elements |

**Appointments:**

| | | |
|---|---|---|
| 1984 - 1988 | Assistant Professor<br>Department of Microbiology and Immunology<br>Department of Biochemistry and Biophysics<br>Program in Genetics<br>University of California, San Francisco | Research Staff<br>George W. Hooper Foundation |
| 1988 - 1992 | Associate Professor<br>Department of Microbiology and Immunology<br>Department of Biochemistry and Biophysics<br>Program in Genetics<br>University of California, San Francisco | Research Staff<br>George W. Hooper Foundation |
| 1992 - 1993 | Associate Professor<br>Associate Investigatorkk<br>Howard Hughes Medical Institute<br>Department of Molecular Biology & Genetics<br>Johns Hopkins University School of Medicine | |
| 1993 - 1995 | Professor<br>Associate Investigator<br>Howard Hughes Medical Institute<br>Department of Molecular Biology & Genetics<br>Johns Hopkins University School of Medicine | |
| 1995 - Present | Professor<br>Investigator<br>Howard Hughes Medical Institute<br>Department of Molecular Biology & Genetics<br>Johns Hopkins University School of Medicine | |

INTERFERENCE 105,114
ARS V. CELL GENESYS
EXHIBIT 2027

Received  Aug-07-03  02:19pm        From-        To-PIPER RUDNICK IPO        Page 04

CV - Nancy L. Craig - page 2

## Fellowships and Honors:

| | |
|---|---|
| 1973 | A. B. Biology and Chemistry *summa cum laude* |
| 1973 - 1976 | National Science Foundation Predoctoral Fellow |
| 1973 - 1975 | DuPont Graduate Fellowship (declined) |
| 1980 - 1982 | American Cancer Society Postdoctoral Fellowship (declined) |
| 1980 - 1982 | National Research Service Award |
| 1982 - 1984 | Staff Fellow, National Institute of Mental Health |
| 1986 - 1987 | Pre-Tenure Award, UCSF Academic Senate |
| 1990 | American Cancer Society Cancer Scholar |
| 1994 | Co-Chair - Keystone Symposium on Transposition and Site-Specific Recombination Park City, Utah |
| 1995 | Dean's Lecturer, Johns Hopkins School of Medicine |
| 1996 | Fellowship in the American Academy of Microbiology |
| 1996 | Keynote Speaker, Ninth Annual Research Symposium, Beckman Institute, University of Illinois, Champaign, Illinois |
| 1997 - 1999 | Membership in the Foundation for Microbiology Lectures Program |
| 1997 | Recipient of the 1997 Alumni Association Excellence in Teaching Award at Johns Hopkins University |
| 1997 | Co-Chair - Nucleic Acids Gordon Conference, New Hampton, New Hampshire |
| 1998 | Co-Chair - Federation of American Societies for Experimental Biology (FASEB) Summer Research Conference, Saxtons River, Vermont |
| 2000 | Keynote Speaker – Keystone Symposia on Transposition and Site-Specific Recombination, Santa Fe, New Mexico |
| | Division H Lecturer, American Society for Microbiology, 100th General Meeting, Los Angeles, California |
| | Membership in the Year 2000 Leadership Development Program, Johns Hopkins University School of Medicine |
| | Membership in the Speaker's Bureau of The American Society for Cell Biology |
| | The NIH Director's Wednesday Afternoon Lectures, Bethesda, MD |
| 2002 | Steering Committee Member and Investigator for *E. coli* Model Cell Consortium |
| 2002 | Fellow, American Association for the Advancement of Science |

CV - Nancy L. Craig – page 3

**University Service:**
(UCSF)
    Medical School Admissions Committee
    Member & Director, Graduate Admissions Committee
    Several Professorial Search Committees

(JHU)
    Member & Director, Graduate Admissions Committee
1993 -     Member & Chair, MBG Department Search Committees
1993 - 1994     Member, Medical School Council*
1994     Member, Faculty Compensation Committee
1994     Search Committee, Head of JHU-SOM Genetics Institute
1994     Women's Leadership Council
1994 - 1995     Vice-Chair - Medical School Council
1994 - 1996     Advisory Board of the Medical Faculty**
1995     Search Committee, Chair of the Department of Radiology
1995 - 1996     Chair - Medical School Council
1995 -     JHU-SOM Discipline Committee
1997 -     Full Professor Promotions Committee
1998 -     JHU-SOM Scientific Advisory Council
2000     Search Committee, Chair of the Department of Pathology
2000 -     Committee Chair – Daniel Nathans Lectureship
2000 - 2002     Search Committee, Chair of Comparative Medicine
2001 -     Graduate Educational Policy Committee

\* Medical School Council = Governance Group including one Faculty Representative from each Department
\*\* Advisory Board – Governance Group including the Chair of each Department and the Chair and Vice Chair of the Medical School Council

**National Service:**
1984 -     Ad hoc Reviewer - Cell, Science, The EMBO Journal, Journal of Molecular Biology, Journal of Bacteriology, Nucleic Acids Research, Genes & Development
    Visiting Committee for the Department of Biology, Haverford College
    Visiting Committee for the Department of Biology, Bryn Mawr College
1994     Co-Chair & Organizer: Keystone Symposium on Transposition and Site-Specific Recombination Park City, Utah
1995 - 1997     National Institutes of Health Microbial Physiology & Genetics Study Section
1995 - 1999     Associate Editor - Genetics
1995-     Associate Editor – Genes to Cells
1996     Organizer - Mid-Atlantic Transposition Meeting, Baltimore, Maryland
1996 - 1999     Genetics Society of America, Board of Directors
1997     Co-Chair & Organizer - Nucleic Acids Gordon Conference, New Hampton, New Hampshire
1998     Co-Chair & Organizer - Federation of American Societies for Experimental Biology (FASEB) Summer Research Conference, Saxtons River, Vermont
1997 -     Editorial Board – Molecular Microbiology
2001     Organizer – Mid-Atlantic Transposition Meeting, Baltimore, Maryland
2003     Member – "Faculty of 1000"

Session Organizer for Numerous Meetings

**Memberships:**
    Genetics Society of America
    American Society for Microbiology
    American Association for the Advancement of Science

CV - Nancy L. Craig – page 4

### Research Interests

My principal research interests are in the mechanism and regulation of DNA rearrangements, chromosome structure and function, and bacterial genomics and pathogenesis.

Part of the work in my lab is focused on understanding the mechanism and control of transposition of the bacterial transposon Tn7. Tn7 is a particularly interesting mobile DNA segment because it can move via 2 different and distinct pathways. In one case, it can transpose at high frequency to a specific target site. In the other case, Tn7 moves at low frequency but is preferentially attracted to plasmids that can move to other cells. This "hitchhiking" mechanism promotes the dispersal of Tn7 and the antibiotic resistance determinants that it encodes through bacterial populations. By contrast, most other elements move only infrequently and generally display little target site selectivity. Our long-range goals are to understand the mechanism of Tn7 transposition at the molecular level and to understand the protein-DNA and protein-protein interactions that underlie this reaction. We are using biochemical methods to dissect Tn7 transposition in the *in vitro* transposition system that we have developed and are using genetic methods to explore transposition *in vivo* and to isolate interesting variants of the transposition machinery.

The mechanism of Tn7 transposition is closely related to the integration of retroviruses, both in reaction chemistry and in the structures of the proteins that execute DNA breakage and joining in each reaction. Indeed, virtually all the transposition systems that have been explored at the mechanistic level to date use related mechanisms. However, there are many mobile elements whose transposases are not obviously related to retroviral integrases. To understand such transposition reactions that likely occur by different mechanisms, we have begun to analyze the transposition of several hAT family transposons. These elements are found in fungi, worms, Drosophila, plants, mice and humans. Indeed, in some cases, these elements comprise substantial fractions of these genomes. Our long-term goal is to dissect how hAT transposition occurs in molecular detail. Our current approach is to isolate certain hAT transposases and explore their activities *in vitro*.

An important issue for cell growth is that the double stranded gap left in the donor chromosome after a transposon excises and translocates must be repaired. We have already shown that in *E. coli*, the gap left by Tn7 upon excision is repaired by homologous recombination. By contrast, analysis of hAT element transposition suggests that the gap they generate is repaired by "Non-Homologous End Joining", the DNA repair pathway that plays a critical role in repairing double strand breaks that arise from ionizing irradiation. We will study hAT elements *in vivo* to further probe the mechanism of Non-Homologous End Joining.

Remarkably little is known about the intracellular architecture of bacterial chromosomes. The DNA is highly condensed within the nucleoid but the forces and structures that underlie this condensed state are not known. We are using accessibility to Tn7 insertion as probe to explore various chromosomal regions under a variety of conditions.

Received  Aug-07-03  02:19pm      From-                      To-PIPER RUDNICK IPO      Page 07

CV - Nancy L. Craig – page 5

In addition to being an excellent laboratory "animal", E. coli can also be a serious pathogen that can cause diseases ranging from diarrhea to meningitis. We have begun to study the pathogenic E. coli RS218 that is the leading cause of human neonatal meningitis. We are using Tn7 as a tool to manipulate the RS218 genome to identify determinants required for commensalism and pathogenicity and also probe the roles of the many open reading frames whose functions are not revealed by sequence analysis. Significant new information about both the basic biology of E. coli as well as new information about pathogenesis will be gained from this study and complementary studies of other E. coli strains. I am particularly interested in how the genomic islands of pathogenicity determinants in such strains are formed and exchanged between strains.

I spent a sabbatical in Allan Spradling's laboratory learning about Drosophila. The main focus on my work was to participate in the development of a novel strategy for P-element mutagenesis. We determined that "local hopping," i.e. transposition to nearby intrachromosomal sites, occurs at high frequency and can be exploited to generate many insertions in the neighborhood of a gene of interest.

As a postdoctoral fellow, I studied phage lambda site-specific recombination. I demonstrated that the phage-encoded Integrase protein executes strand exchange through a topoisomerase-mediated mechanism and that the bacterial-encoded accessory protein Integration Host Factor which is now known to play a role in many cellular activities is a sequence-specific DNA binding protein.

As a graduate student, I studied the basis of an E. coli response to stress, in particular the SOS response to DNA damage. I showed that a key event in this response is the proteolytic destruction of prophage repressors by RecA protein in a novel reaction that depends on ATP and DNA such that these phages enter their lytic growth cycle so as to avoid "death" in the damaged cell. This work suggested that the DNA damage dependent expression of many cellular genes that encode DNA repair functions also depends upon RecA-mediated destruction of repressors of these genes.

Received    Aug-07-03  02:19pm    From-                    To-PIPER RUDNICK IPO    Page 08

CV - Nancy L. Craig – page 6

**Research Publications:**

1. Roberts, J.W., C. W. Roberts, and N.L. Craig (1978) The E. coli recA gene product inactivates phage lambda repressor. Proc Natl Acad Sci USA 73:4714-4718

2. Roberts, J.W., C.W. Roberts, and N.L. Craig (1978) The E. coli recA gene product promotes proteolytic cleavage of bacteriophage lambda repressor. In: **Limited Proteolysis in Microorganisms** (ed. G. Cohen and H. Holzer) DHEW/NIH Publications 70-1591, pp. 157-158

3. Roberts, J.W., C. W. Roberts, N.L. Craig and E.M. Phizicky (1979) Activity of the E. coli recA gene product. Cold Spring Harbor Symp Quant Biol 43:917-920

4. Craig, N.L. and J.W. Roberts (1980) Escherichia coli recA protein-directed cleavage of phage lambda repressor requires polynucleotide. Nature 283:26-30

5. Craig, N.L. and J.W. Roberts (1981) Function of nucleotide triphosphate and polynucleotide in Escherichia coli recA protein-directed cleavage of phage lambda repressor. J Biol Chem. 256:8039-8044

6. Craig, N.L. and H.A. Nash (1983) The mechanism of phage lambda site-specific recombination: Collision versus sliding in att site juxtaposition. In: **Mechanisms of DNA Replication and Recombination**, UCLA Symposia on Molecular and Cell Biology, New Series X (ed. N. Cozzarelli). New York: Alan R. Liss, Inc. pp. 617-630

7. Craig, N.L. and H.A. Nash (1983) The mechanism of phage lambda site-specific recombination: Site specific breakage of DNA by Int topoisomerase. Cell 35:795-803

8. Craig, N.L. and H.A. Nash (1984) E. coli integration host factor binds to specific sites in DNA. Cell 39:707-716

9. McKown, R., C. Waddell, L. Arciszewska and N.L. Craig (1987) Identification of a Transposon Tn7-Dependent DNA Binding Activity that Recognizes the Ends of Tn7. Proc Natl Acad Sci USA 84:7807-7811

10. McKown, R., K. Orle, T. Chen and N.L. Craig (1988) Sequence Requirements of Escherichia coli attTn7, a Specific Site of Transposon Tn7 Insertion. J Bacteriol. 170:352-358

11. Waddell, C. and N.L. Craig (1988) Tn7 Transposition: Two Transposition Pathways Directed by Five Tn7-encoded Genes. Genes Devel 2:137-149

12. Gringauz, E., K. Orle, C. Waddell and N.L. Craig (1988) Recognition of Escherichia coli attTn7 by Transposon Tn7: Lack of Specific Sequence Requirements at the Point of Tn7 Insertion. J Bacteriol. 170:2832-2840

13. Arciszewska, L., D. Drake and N.L. Craig (1989) Transposon Tn7: cis-acting Sequences in Transposition and Transposition Immunity. J Mol Biol 207:35-52

14. Waddell, C. and N.L. Craig (1989) Tn7 Transposition: Recognition of the attTn7 target sequence. Proc Natl Acad Sci USA 86:3958-3962

15. Kubo, K. and N.L. Craig (1990) Bacterial Transposon Tn7 Utilizes Two Different Classes of Target Sites. J Bacteriol. 172:2774-2778

16. Bainton, R., P. Gamas, and N.L. Craig (1991) Tn7 Transposition In Vitro Proceeds through an Excised Transposon Intermediate Generated by Staggered Breaks in DNA. Cell 65:805-816

17. Orle, K.A. and N.L. Craig (1991) Identification of transposition proteins encoded by the bacterial transposon Tn7. **Gene** 104:125-131

18. Arciszewska, L., R.L. McKown and N.L. Craig (1991) Purification of TnsB, a Transposition Protein That Binds to the Ends of Tn7. **J Biol Chem** 266:21736-21744

19. Arciszewska, L. and N.L. Craig (1991) Interaction of the Tn7-encoded protein TnsB with the ends of the transposon. **Nucleic Acids Res** 19:5021-5029

20. Craig, N.L. (1991) Tn7: a target site-specific transposon. **Mol Microbiol.** 5:2569-2573

21. Gamas, P. and N.L. Craig (1992) Purification and characterization of TnsC, a Tn7 transposition protein that binds ATP and DNA. **Nucleic Acids Res** 10:2525-2532

22. Hagemann, A. and N.L. Craig (1993) Tn7 transposition creates a hotspot for homologous recombination at the transposon donor site. **Genetics** 133:9-16

23. Tower, J., G.H. Karpen, N.L. Craig and A.C. Spradling (1993) Preferential transposition of Drosophila P elements to nearby chromosomal sites. **Genetics** 133: 347-359

24. Bainton, R., K. Kubo, J.-N. Feng and N.L. Craig (1993) Tn7 Transposition: Target DNA Recognition is Mediated by Multiple Tn7-encoded Proteins in a Purified in vitro System. **Cell** 72:931-943

25. Gary, P.A., M.C. Biery, R.J. Bainton, N.L. Craig (1996) Multiple DNA processing reactions underlie Tn7 transposition **J Mol Biol** 257:301-316

26. May, E.W., N.L. Craig (1996) Switching from cut-and-paste to replicative Tn7 transposition **Science** 272:401-404

27. Wolkow, C.A., R.T. DeBoy, N.L. Craig (1996) Conjugating Plasmids are Preferred Targets for Tn7. **Genes Dev** 10:2145-2157

28. Sarnovsky, R., E.W. May, N.L. Craig (1996) The Tn7 Transposase is a Heteromeric Complex in which DNA Breakage and Joining Activities are Distributed Between Different Gene Products. **EMBO J** 15:6348-6361

29. DeBoy, R.T., N.L. Craig (1996) Tn7 transposition as a probe of cis-interactions between widely separated (190 Kilobases apart) DNA sites in the *Escherichia coli* chromosome **J Bacteriol** 178:6184-6191

30. Stellwagen, A.E., N.L. Craig (1997) Gain-of-Function Mutations in TnsC, an ATP-Dependent Transposition Protein that Activates the Bacterial Transposon Tn7 **Genetics** 145:573-585

31. Gwinn, M.L., A.E. Stellwagen, N.L. Craig, J.-F. Tomb, H.O. Smith (1997) In Vitro Tn7 Mutagenesis of *Haemophilus influenzae* Rd and Characterization of the Role of *atpA* in Transformation **J Bacteriol** 179:7315-7320

32. Stellwagen, A.E., N.L. Craig (1997) Avoiding Self: Two Tn7-encoded proteins mediate target immunity in Tn7 transposition **EMBO J** 16:6823-6834

33. Oppon, J.C., R.J. Sarnovsky, N.L. Craig, D.E. Rawlings (1998) A Tn7-like transposon is present in the *glmUS* region of the obligately chemoautolithotrophic bacterium *Thiobacillus ferrooxidans* **J Bacteriol** 180: 3007-3012

34. Sharpe, P.L., N.L. Craig (1998) Host Proteins can Stimulate Tn7 Transposition: A Novel Role for the Ribosomal Protein L29 and the Acyl Carrier Protein **EMBO J** 17:5822-5831

Received Aug-07-03 02:18pm        From-                    To-PIPER RUDNICK IPO       Page 10

CV - Nancy L. Craig – page 8

35. Biery, M.C., F.J. Steward, A.E. Stellwagen, E.A. Raleigh, N.L. Craig (2000) A Simple in vitro Tn7-based Transposition System with Low Target Site Selectivity for Genome and Gene Analysis **Nucleic Acids Res 28**:1067-1077

36. Biery, M.C., M. Lopata, N.L. Craig (2000) A Minimal System for Tn7 Transposition: The Transposon-encoded Proteins TnsA and TnsB can execute DNA breakage and joining reactions that generate circularized Tn7 species **J Mol Biol 297**:25-37

37. Rao, J.E., P.E. Miller, N.L. Craig (2000) Recognition of triple-helical DNA structures by transposon Tn7 **Proc Natl Acad Sci USA 97**:3936-3941

38. DeBoy, R.T., N.L. Craig (2000) Target Site Selection by Tn7: attTn7 Transcription and Target Activity **J Bacteriol 182**:3310-3313

39. Lu, F., N.L. Craig (2000) Isolation and characterization of Tn7 transposase gain-of-function mutants: a model for transposase activation **EMBO J 19**:3446-3457

40. Hickman, A.B., Y. Li, S.V. Mathew, E.W. May, N.L. Craig, F. Dyda (2000) Unexpected Structural Diversity in DNA Recombination: The Restriction Endonuclease Connection **Molecular Cell 5**:1025-1034

41. Peters, J.E., N.L. Craig (2000) Tn7 transposes proximal to DNA double-strand breaks and into regions where chromosomal DNA replication terminates **Mol Cell 6**:573-582

42. Stellwagen, A.E., N.L. Craig (2001) Analysis of Gain of Function Mutants of an ATP-dependent Regulator of Tn7 Transposition **J Mol Biol 305**:633-642

43. Kuduvalli, P.N., J.E. Rao, N.L. Craig (2001) Target DNA Structure Plays a Critical Role in Tn7 Transposition **EMBO J 20**:924-932

44. Peters, J.E., N.L. Craig (2001) Tn7 recognizes target structures associated with DNA replication using the DNA binding protein TnsE **Genes Dev 15**:737-747

45. Rao, J.E., N.L. Craig (2001) Selective recognition of pyrimidine motif triplexes by a protein encoded by the bacterial transposon Tn7 **J Mol Biol 307**:1161-1170

46. Bachman, N., M. Biery, J.D. Boeke, N.L. Craig (2002) Tn7-mediated mutagenesis of Saccharomyces cerevisiae genomic DNA in vitro **Methods in Enzymology 350**:230-247

47. Skelding, Z., R. Sarnovsky, N.L. Craig (2002) Formation of a nucleoprotein complex containing Tn7 and its target DNA regulates transposition initiation **EMBO J 21**:3494-3504

48. Peters, J.E., T.E. Thate, N.L. Craig (2003) Definition of the Escherichia coli MC4100 Genome by Use of a DNA Array **J Bact 185**(6):2017-2021

49. Uhl, M.A., M. Biery, N. Craig, A.D. Johnson (2003) Haploinsufficiency-based large-scale forward genetic analysis of filamentous growth in the diploid human funga pathogen C. albicans **EMBO J 22**(11):1-11

CV - Nancy L. Craig – page 9

### Invited Reviews and Book Chapters

1. Craig, N.L. (1984) DNA recombination: Resolution of intermediates. **Nature** 311:706-707

2. Craig, N.L. (1985) Site-specific inversion: enhancers, recombination proteins and mechanism. **Cell** 41:649-650

3. Craig, N.L. and N. Kleckner (1987) Transposition and site-specific recombination. In: **Escherichia coli and Salmonella typhimurium: Cellular and Molecular Biology** (eds. Neidhardt, F., J. Ingraham, K. Low, B. Magasanik, M. Schaechter and M. Umbarger), American Society for Microbiology, Washington, D.C. pp. 1054-1070

4. Craig, N.L. (1988) The Mechanism of Conservative Site-Specific Recombination. **Annu Rev Genet** 22:77-105

5. Craig, N.L. (1989) Transposon Tn7. In: **Mobile DNA** (ed. D. Berg and M. Howe), American Society for Microbiology, Washington, DC., pp. 211-225

6. Craig, N.L. (1990) P Element Transposition. **Cell** 62:399-402

7. Craig, N.L. (1991) Understanding how transcriptional enhancers work. **Curr Biol** 1:100-102

8. Craig, N.L. (1995) Unity in transposition reactions. **Science** 270:253-254

9. Craig, N.L. (1996) Transposon Tn7. **Curr Top in Microbiol Immunol** 204:27-48

10. Craig, N.L. (1996) Transposition In: **Escherichia coli and Salmonella typhimurium: Cellular and Molecular Biology II** (eds. Neidhardt, F. et al) Amer. Society for Microbiology, Washington, D.C., pp. 2339-2362

11. Craig, N.L. (1996) V(D)J Recombination and Transposition: Closer Than Expected **Science** 271:1512

12. Craig, N.L. (1997) Target Site Selection in Transposition **Annu Rev Biochem** 66:437-474

13. Roth, D.B., N.L. Craig (1998) VDJ Recombination: A Transposase Goes to Work **Cell** 94:411-414

14. Stellwagen, A.E., N.L. Craig (1998) Mobile DNA elements: controlling transposition with ATP-dependent molecular switches **Trends Biochem Sci** 23:486-490

15. Craig, N.L. (1999) in Encyclopedia of Molecular Biology (ed. Thomas E. Creighton) London, England
    Autonomous Controlling Elements, pp. 222-223;
    Controlling Elements, pp. 575-576;
    Hybrid Dysgenesis, pp. 1175-1176;
    Immunity, Transposon, pp. 1220-1221;
    Insertion Sequence Elements, pp. 1266-1267;
    Inverted Terminal Repeat, pp. 1310-1311;
    Jumping Gene, pp 1332-1333;
    Mobile Element, pp. 1520-1521
    Mu Phage, pp. 1547-1548;
    Nonautonomous Controlling Elements, pp. 1630;
    P Elements, pp. 1743;
    Retrotransposons, pp. 2148-2149;
    Transposable Elements, pp. 2650-2652;
    Transposase, pp. 2652-2653;
    Transposition, pp. 2653-2654;
    Transposon, pp. 2654-2655;
    Ty Elements, pp. 2705;

Received   Aug-07-03  02:19pm       From-                    To-PIPER RUDNICK IPO        Page 12

CV - Nancy L. Craig – page 10

16. Peters, J.E., N.L. Craig (2001) Tn7: Smarter Than We Thought  **Nat Reviews/Mol Cell Biol** 2:806-814

17. Craig, N.L. (2002) Transposases and Integrases  **Encyclopedia of Life Sciences**  (Macmillan Reference Ltd.) 18:522-529

18. Craig, N.L. (2002) Chapter 1 Mobile DNA: an Introduction. In **Mobile DNA II,** (N.L. Craig et al. ed.) ASM Press, Washington, D.C. pp. 3-11

19. Craig, N.L. (2002) Tn7. In **Mobile DNA II,** (N.L. Craig et al. ed.) ASM Press, Washington, D.C. pp. 423-454

20. Craig, N.L. (2003) Site-Specific Recombination. In **The Bacterial Chromosome,** (N.P. Higgins ed) ASM Press, Washington, D.C. (in preparation)

21. Craig, N.L. (2003) Transposase Genetics  **Annu Rev Genet**  (in preparation)

Books

1. Craig, N.L., R. Craigie, M. Gellert, A. Lambowitz, Editors (2002) **Mobile DNA II** - American Society for Microbiology, Washington D.C.

2. Craig, N.L., C. Greider, R. Green, G. Storz, C. Wolberger  **Molecular Biology** New Science Press (a text book under contract and in preparation)

CV - Nancy L. Craig - page 11

## Invited Talks (since 1994 only):

| | |
|---|---|
| June 1994 | EMBO Workshop on Recombination, Seillac, France |
| | |
| January 1995 | Keystone Symposium on Bacterial Chromosomes, Santa Fe, NM |
| February 1995 | The Lorne Genome Conference, Victoria, Australia |
| March 1995 | University of Connecticut, Health Sciences Center, Farmington, CT |
| April 1995 | University of Massachusetts, Worcester, MA |
| May 1995 | State University of New York, Albany, NY |
| June 1995 | Nucleic Acids Gordon Conference, New Hampton, NH |
| July 1995 | Plasmid and Chromosomes Dynamics Gordon Conference, Plymouth, NH |
| August 1995 | FASEB Conference on Genetic Recombination & Genome Rearrangements, Snowmass, CO |
| October 1995 | Georgetown University, Washington, D.C. |
| November 1995 | University of Maryland, College Park, MD |
| | San Diego State University, San Diego, CA |
| December 1995 | West Coast Bacterial Physiologists Asilomar Conference, CA |
| | |
| February 1996 | Keystone Symposia on Molecular Mechanisms in DNA Replication and Recombination, Taos, NM |
| April 1996 | New Jersey Medical School, Newark, NJ |
| September 1996 | Ninth Annual Research Symposium, (Keynote Speaker), Beckman Institute, University of Illinois, Champaign, IL |
| | 1996 Workshop on Site-Specific Recombination and Transposition, Woods Hole, MA |
| | 1996 E. coli & Related Small Genome Meeting, Arrowhead, CA |
| November 1996 | New England Biolabs, Boston, MA |
| | Duke University, Durham, NC |
| | |
| March 1997 | Keystone Symposia on Transposition and Site-Specific Recombination, Santa Fe, NM |
| | Texas A&M University, College Station, TX |
| | University of Texas, Austin, TX |
| | Albert Einstein College of Medicine, New York, NY |
| June 1997 | Nucleic Acids Gordon Conference (Co-chairperson), New Hampton, NH |
| August 1997 | 1997 FASEB Summer Research Conference, Snowmass, CO |
| October 1997 | Indiana University, Bloomington, IN |
| | |
| January 1998 | University of California, San Francisco, San Francisco, CA |
| February 1998 | National Institutes of Health, Bethesda, MD |
| March 1998 | Carnegie Institution of Washington, Baltimore, MD |
| | Stanford University, Stanford, CA |
| April 1998 | Indiana Branch of the American Society of Microbiology, Marshall, IN |
| | University of Seattle, Seattle, WA |
| | Louisiana State University, Baton Rouge, LA |
| June 1998 | FASEB Summer Research Conference (Co-chairperson), Saxtons River, VT |
| | Nucleic Acids Gordon Conference, Newport, RI |
| September 1998 | International Workshop of Site-Specific Recombination and Transposition, Oxford, UK |