# EXHIBIT 7, PART 2

Page 82

1  the amount of the polypeptide that was present.
2      Q  When you say that the example "exemplifies
3  the selection of transformed cells using the biocide
4  hygromycin in selection of clones with high levels
5  of t-PA expression, consequent to gene application"
6  and so forth, you're talking first about the primary
7  cell, aren't you?
8      A  Yes.
9      Q  That's what you're checking for resistance
10  to hygromycin?
11     A  Correct.
12     Q  Is there any indication that selection of
13  clones of the primary cells were checked for high
14  levels of t-PA expression?
15     A  No.
16     Q  Were they checked for any levels of PTA --
17  t-PA expression?
18     A  It doesn't specify.
19     Q  PTA is something else. So paragraph 23
20  makes a bit of a quantum leap from the primary cell
21  to the secondary cell in those two steps, does it
22  not?

Page 83

1      MR. KELBER:  Objection as to form,
2  argumentative.
3      THE WITNESS:  Yeah, in 23, that describes
4  sort of the full -- the process in its most extreme
5  form that one could carry out in the sense of doing
6  the incorporation into the primary cell line and
7  then, in fact, doing the second step of putting it
8  into another cell line to actually measure its
9  production.
10     BY MR. ROLLINS:
11     Q  When you say selecting clones with high
12  levels of t-PA expression, does that mean that there
13  are also clones that don't have high levels of t-PA
14  expression, even in the secondary host cells?
15     A  Could happen.
16     Q  Well, from -- if it didn't happen, how
17  would you go about expressing or selecting the
18  clones that do have high levels?
19     A  Select -- I take "selecting" in this
20  context talking about t-PA to be identification, not
21  in the same sense that you select for hygromycin in
22  the sense that you're asking for something to grow

Page 84

1  in the presence of a chemical or as you are in
2  methotrexate. You're selecting by identification.
3      So if you have 100 cell lines, you go
4  through and ask for each of them what's the level of
5  expression, and then you select one or two or
6  however many you want, but have the highest level to
7  proceed with that. So it's not a direct selection.
8  It's selection by identification.
9      Q  But all of the secondary clones have the
10  construct correctly inserted, did they not?
11     A  Not necessarily.
12     Q  Wasn't that what the selection in the
13  first step was designed to accomplish?
14     A  Yes, but evil things could happen between
15  the first and the second step. I mean, there could
16  be other rearrangements, et cetera, that could
17  happen to the DNA. So it's not a given that -- so
18  it's not a given that even if you had high
19  expressors in the first cell line that you would get
20  them in the second cell line. So rearrangements,
21  et cetera, can happen in this process. So you can't
22  be guaranteed. You have to check the results.

Page 85

1      Q  Is that true also with regard to the
2  primary cells?
3      A  Yes. That's the process of going through
4  PPR, et cetera, and making sure that that's the cell
5  line that you're looking for. But then there's also
6  the additional hazard that mutations, et cetera,
7  could occur. So you need to keep assaying for the
8  particular product that you're looking for.
9      Q  Does the example indicate what level of
10  t-PA expression the primary cells possessed?
11     A  No.
12     Q  And I think I probably asked this earlier.
13  Can you conclude from results of tests in the
14  secondary cells whether or not the expression
15  characteristics of the primary cells were altered in
16  any way?
17     MR. KELBER:  Objection as to form. You
18  can answer.
19     THE WITNESS:  No. You can't, for example,
20  conclude that if you saw expression in the secondary
21  cells, you would see it in the primary cells, or if
22  you saw expression in the primary cells, that you

Nancy Craig - September 29, 2003
Applied Research Systems v. Cell Genesys

Page 86

1 would see it in the secondary cells. It doesn't --
2 they're not -- one doesn't follow obligatorily from
3 the other.
4      BY MR. ROLLINS:
5      Q   So can you say from the example that what
6 the expression characteristics of the transformed
7 primary cell were?
8      A   No. You could say something about its
9 potential in the sense that if you put the
10 amplifiable gene next to it you have the potential
11 of increasing its gene dosage, but no guarantees.
12     Q   Well, if you put the amplifiable gene next
13 to it, would you necessarily change the expression
14 characteristics in the primary cell?
15     MR. KELBER: Objection as to form.
16     THE WITNESS: No. You may or you may not.
17     BY MR. ROLLINS:
18     Q   Does the example indicate whether or not
19 the unmodified cell line used as the primary cell
20 line had any expression characteristics?
21     A   No. It says nothing about that.
22     Q   So is it fair to sum up this particular

Page 87

1 part of our discussion by saying that there's no way
2 that you can tell anything about the expression
3 characteristics of the primary cell line from the
4 experimental data or from the disclosure of the
5 example?
6      A   I think from the disclosure in the
7 example, it provides -- it provides a way to
8 potentially change gene expression, and in the
9 particular methodology it suggests is let's take an
10 amplifiable gene, let's put that near our gene of
11 interest, and we'll increase the copy number of the
12 gene, and for many genes, simply that increase in
13 copy number leads to an increased amount of
14 transcript simply because there's the same amount of
15 transcript being made off many more copies of the
16 gene, and that can lead to increased gene --
17 increased amount of the gene product. So it has
18 potential, but it doesn't say that it's obligatory.
19     Q   Does the '069 application describe whether
20 the primary cells prior to transformation expressed
21 t-PA?
22     A   It doesn't say.

Page 88

1      Q   If it did not -- if they did not express
2 t-PA, would the amplifiable gene cause it to express
3 t-PA?
4      A   It depends on what you mean by "express."
5      Q   Well, if you cultured and used the
6 conditions for expression common in the art, would
7 it then come to life and express t-PA?
8      A   So I'll frame your question in what I
9 think is the narrowest possible way. Okay? That
10 is, in the -- or what you're sort of -- the question
11 you're getting at is in the primary cell line before
12 transformation, is there any expression of a gene
13 that takes place. It could be only a very small
14 amount of expression, for example, that wouldn't be
15 enough to do the biological readout of this
16 particular process.
17        So it could be there in relatively small
18 amount, but not enough to actually allow the cells
19 to live, for example. Under those circumstances, if
20 you increase gene dosage and now you're getting a
21 little bit of transcription off of a large number of
22 genes, you could possibly now get enough of the

Page 89

1 material to allow it to -- in the most extreme
2 example, allow the cells to function.
3      Q   Well, what I meant to ask was does the
4 '069 application address whether or not the
5 unmodified primary cell expresses t-PA?
6      A   No. It simply talks about a method for
7 increasing the potential expression.
8      Q   And does the '069 application describe
9 the -- whether or not the modified primary cell
10 expresses t-PA?
11     A   It doesn't address that directly. It may
12 or may not.
13     Q   By "directly," do you mean that it does
14 indirectly address that?
15     A   From my reading of the '069, I understand
16 that you could get increased gene expression, either
17 in the primary cells or in the secondary cells. The
18 specific example that's given goes on to talk about
19 expression in the secondary cells, but I understand
20 from their -- from what they've written that it
21 could also be increased in the primary cells. If
22 they did the amplification in the primary cells, it

Nancy Craig - September 29, 2003
Applied Research Systems  v. Cell Genesys

Page 90

1  could increase the expression of the primary cells.
2      Q  Is there any particular language that you
3  recall from the '069 application on which you base
4  that understanding?
5      A  In the initial sort of descriptions of --
6  let's see. I read the summary of the invention on
7  page 3 to talk about may be amplified and
8  transferred to another expression. If I were doing
9  these experiments, I wouldn't do more than I had to
10  do if I knew that the expression was already
11  increased in the primary cells.
12      On page 4 on line 29, it talks about the
13  primary cells may or may not be expressed in the
14  gene of interest. It then goes on to talk about if
15  it can only be expressed under certain conditions,
16  maybe there are other things you actually have to do
17  to get to the expression of the gene you're
18  interested in, and actually, at the top of page 5,
19  it talks about the amplification signals actually
20  being recognized in the primary cells. So all of
21  those things to me contribute to the notion that you
22  could look at the activity in primary or secondary

Page 91

1  cells.
2      Q  Are you telling me that these things are
3  obvious to you from a reading of the '069
4  application?
5      A  Yes.
6      Q  But they're not explicitly described in
7  the '069 application, are they?
8      A  The phrase "stop at strain 1" never
9  occurred, but I understand -- but I think there are
10  a number of places where it refers to expression or
11  activities in the primary cell line, and the
12  possibility that it would be functional only in some
13  secondary cells. So there is a sense of if it's
14  sufficient in one cell line may or may not be, and
15  if it's not, one could consider transferring it to a
16  secondary cell line.
17      Q  But that only goes to the unmodified cell
18  where they speak of may or may not be expressing;
19  isn't that correct?
20      A  Sorry. Say that again, please. What's
21  the question?
22      Q  The portions of the specification that say

Page 92

1  that the primary cell may or may not be expressing a
2  particular product, they're talking about the
3  unmodified cell line, aren't they?
4      A  Well, it could actually occur even with
5  the modified cell line if that -- if there's some
6  promoter, for example, a liver promoter, but you're
7  using fibroblast cells, you may not see it expressed
8  in your primary cell line if they're fiberglass. So
9  you may have to move your construct into liver cells
10  to be able to see the expression. So it depends.
11      Q  So did you intend that paragraph 23 to be
12  understood as applying to the primary cells?
13      A  I think it could be applied to the primary
14  cells or to secondary cells. The goal at the end,
15  right, is finding cells that have high t-PA
16  expression because of the gene application strategy,
17  and you could do that in either primary or secondary
18  cells.
19      Q  But I don't see in paragraph 23 where it
20  says could be done or could have been done or
21  anything that sort. When I first read paragraph 23,
22  I thought that it indicated that clones of the

Page 93

1  primary cells were selected for high levels of t-PA
2  expression?
3      A  This -- my sense of the intention in
4  paragraph 23 is to say that it's discussing the use
5  of gene amplification as the particular method of
6  increasing gene expression without specifying
7  whether it's in primary, or primary and then
8  secondary cell lines.
9      Q  In turning to paragraph 24 of your
10  declaration, you state your opinion that one skilled
11  in the art would have readily recognized that the
12  '069 application teaches the individual elements
13  recited in claim 3 of the '069 patent -- I'm sorry,
14  '071 patent.
15      MR. KELBER: We appreciate the status.
16      BY MR. ROLLINS:
17      Q  Does it teach the purpose elements recited
18  in claim 3?
19      A  I don't understand "purpose elements."
20  What do you mean?
21      Q  Okay. For modifying the expression
22  characteristics of a predetermined gene within the

Nancy Craig - September 29, 2003
Applied Research Systems v. Cell Genesys

Page 94

1  genome of a cell line?
2     A   The only reason that's set forth is to get
3  more of the gene product.
4     Q   I'm sorry. Let me see if I understand
5  that. The individual elements recited in claim 3 of
6  the '071 patent are the same steps that were
7  employed in the references that you cited in
8  paragraphs 4 and 6, aren't they?
9     A   It's the same strategy. It's the same --
10  using targeted homologous recombination of providing
11  an amplifying gene as a way to increase promoter
12  copy number as a way to get to expression, increased
13  expression.
14     Q   What do you understand the limitation with
15  regard to -- or the phrase in claim 3 that says you
16  select a promoter or rather an amplifiable gene
17  capable of amplifying the expression of the
18  predetermined gene? Is that set forth in the steps?
19     MR. KELBER: Objection as to form. You
20  can answer.
21     THE WITNESS: Selecting an amplifiable
22  gene, I believe, means having a gene that will

Page 95

1  undergo amplification. Only a relatively small
2  number of genes do this special kind of
3  amplification that, for example, dihydrofolate
4  reductase does. So that's why you have to select
5  one that's going to undergo amplification, and the
6  next question is is it actually going to undergo
7  amplification in the cell lines, et cetera, in which
8  you're going to target it.
9     BY MR. ROLLINS:
10     Q   But the amplifiable gene is selected
11  primarily with a view to its performance in the
12  secondary host cell; isn't that?
13     A   It could be amplified in the primary
14  cells. The selection -- the initial selection is
15  done with the other marker, with hygromycin, for
16  example, but you could try the amplification in the
17  primary cells as well.
18     Q   Is it your opinion that the strategy
19  described by claim 3 includes fragmenting the DNA
20  from the insertion of the construct, transferring it
21  to a secondary host cell and expressing it?
22     MR. KELBER: Objection as to form.

Page 96

1     THE WITNESS: I don't think that's an
2  obligatory step. I think that may be an appropriate
3  step, depending on the characteristics of the
4  primary and secondary cells and the gene you want to
5  express.
6     BY MR. ROLLINS:
7     Q   In your review of the '071 patent, did you
8  find any indication that those steps should be used?
9     A   I don't see that those -- that the patent
10  suggests that those steps always have to be used,
11  all of those steps have to be used. I mean, one
12  wouldn't do an experiment where you started out and
13  did 10 steps, but then might have found what you
14  needed at step 5. I mean, you would check as you
15  went along to see what was sufficient for your
16  needs.
17     So at the very first step of selecting
18  hygromycin resistant cells, there there's some
19  conditions under which providing those resistant
20  cells would be perfectly sufficient. You wouldn't
21  have to have a homologous targeting event and you
22  could stop there. For other things, like this

Page 97

1  strategy, doing the homologous targeting is
2  important, so you would proceed on, but not every
3  experiment where you might want to look at
4  dihydrofolate reductase amplification would
5  necessarily involve doing a homologous targeting
6  experiment.
7     Q   Did you find anything in the '071 patent
8  to suggest transferring the construct, or the
9  reconstructive gene?
10     A   That possibility is mentioned, just as
11  it's mentioned in the '069 application.
12     MR. KELBER: Could you read that answer
13  back for us?
14     (The reporter read the record as requested.)
15     BY MR. ROLLINS:
16     Q   Where is that possibility mentioned in the
17  '071 patent?
18     A   I don't know exactly where that is, but I
19  think that -- I mean, the fundamental that it could
20  work in the primary cell lines, it would work in the
21  secondary cell lines. As I say, reading the '069,
22  both of those possibilities are clear, and I don't

Nancy Craig - September 29, 2003
Applied Research Systems v. Cell Genesys

Page 98

1  take it as obligatory to go on to the second
2  transformation into the secondary cell line. If I
3  was doing the experiment, I would certainly check
4  and look in the primary cells and see if there was
5  sufficient product for my purposes being made there.
6      I might have to go on to the secondary
7  cell lines to get more or to get alternative
8  processing or something like that. But I think this
9  strategy applies to using it looking at it in
10 primary cell lines or in secondary cell lines.
11     Q    Well, aren't you explaining what you would
12 have done rather than what the '069 application says
13 was done and what the '071 patent says was done and
14 should be done?
15     MR. KELBER: Objection as to form.
16     THE WITNESS: I think one of -- I think
17 that those -- those caveats -- well, not caveats,
18 but those potential strategies are there. They talk
19 about may, you know, you may move something into the
20 secondary cells, the genome may be fragmented and
21 moved into secondary cells.
22     BY MR. ROLLINS:

Page 99

1      Q    Where could I -- I'm sorry. Are you
2  finished?
3      A    No -- yeah, sure.
4      Q    Where does it say that --
5      A    Page 3.
6      Q    -- it may be included in the secondary
7  cell?
8      A    So the summary of the invention,
9  "expression of mammalian proteins of interest is
10 achieved by employing homologous recombination for
11 the integration of an amplifiable gene or other
12 regulatory sequences in proximity to the gene of
13 interest without interruption of the production of
14 the proper transcript." That's what is actually
15 specifically supplied here, not targeting in a new
16 promoter or something.
17     "The region comprising the amplifiable
18 gene and the gene of interest may be amplified. The
19 genome fragment indirectly in -- directly or
20 indirectly transferred to an expression host for
21 expression of the target protein."
22     Q    Okay. That's the summary of the

Page 100

1  invention?
2      A    Right.
3      Q    When you look to the description of the
4  specific embodiments on page 4, what do they tell
5  you to do?
6      MR. KELBER: Objection as to form.
7      THE WITNESS: At the bottom, line 25,
8  et cetera, "various cell types may be employed as
9  cells." There are some cells that are readily
10 propagated. It may or may not be expressing the
11 gene of interest. "In those instances where the
12 target gene is induced or only expressed in certain
13 differentiated cells, one may select cells in which
14 the target gene is expressed, secondary cells, which
15 may require immortalized cells capable of growth in
16 culture." So there are other cell lines in which
17 that could occur.
18     BY MR. ROLLINS:
19     Q    But that's referring to the selection of
20 the primary cell, is it not?
21     A    No, because the selection of the primary
22 cell depends only on the neo marker, on the

Page 101

1  hygromycin marker. You don't have to select for the
2  protein of interest to actually put the amplifiable
3  region into the primary cells. There's no
4  evaluation of expression as a part of the
5  construction with the amplifiable region.
6      MR. KELBER: Do we have a lot more?
7  Should we break for lunch?
8      MR. BROWDY: If you're going to indulge me
9  the same indulgence of asking my own questions, I
10 think Al is almost done, and I could pick up after
11 lunch with my own questions.
12     MR. KELBER: All right. Let's do that.
13     BY MR. ROLLINS:
14     Q    In the second sentence in paragraph 24 of
15 your declaration, would you read your opinion stated
16 there?
17     A    "In summary, it is my opinion that one of
18 skill in the art would readily recognize that the
19 '069 application teaches the individual elements
20 recited in claim 3 of the '071 patent, in addition
21 to the same combination of steps as set forth in
22 paragraph 9 above. It is also my opinion that based

Nancy Craig - September 29, 2003
Applied Research Systems v. Cell Genesys

Page 102

1  on the teachings in the '069 application, those of
2  skill in the art in 1989 could conduct the method of
3  claim 3 of the '071 patent by amplifying the
4  endogenous t-PA gene in normal human diploid skin
5  fibroblasts by the targeted insertion of the
6  amplifiable DHFR gene using homologous recombination
7  and expect the method to succeed."
8      Q    Would one have to employ their skill in
9  the art in order to do this?
10     MR. KELBER:  Objection as to form.
11     BY MR. ROLLINS:
12     Q    Does the '069 application tell you to do
13 this?
14     MR. KELBER:  Objection as to form.
15     THE WITNESS:  The '069 application lays
16 out the steps that you would have to consider.
17     BY MR. ROLLINS:
18     Q    And included in those steps are
19 transferring the DNA from the primary cell to the
20 secondary cell prior to expressing the target?
21     A    It points out -- it points out the
22 possibility that some proteins of interest may

Page 103

1  require being expressed in secondary cells.  My
2  understanding -- my sense is that one of skill in
3  the art would appreciate that this is a multistep --
4  there are multiple steps involved.  Simply selecting
5  transformants, selecting homologous integrants,
6  assessing whether this primary cell that you've
7  selected is sufficient for your needs, does
8  amplification go on, does the amplification result
9  in increased expression, then if not moving on to a
10 secondary cell line.
11     I think that one of skill in the art would
12 read the patent -- would read this procedure that
13 way, and there are issues pointed out at each level
14 what kinds of selectable markers could you use, how
15 would you make sure you had homologous integrant,
16 how would you go about doing the amplification, and
17 points out it could be used for many, many, many
18 proteins and provides an example of here is one
19 protein that could be assayed -- how one could assay
20 it by an ELISA assay.
21     Q    Would you summarize the '069 application
22 as describing a process which is primarily directed

Page 104

1  to increasing the expression characteristics of a
2  primary cell but under some circumstances might
3  require transferring the DNA from the primary cell
4  to the secondary cell and then expressing it?
5      A    I'm not sure I would say that it is
6  primarily directed at finding expressions in primary
7  cells.  I would say its focus is the strategy of
8  using amplification of the gene to provide the
9  possibility of increasing gene expression, and that
10 might be in the primary cells and it might be in
11 secondary cells.  The goal is increased gene
12 expression, and the path to get there that I think
13 is novel here is homologous targeting of
14 unamplifiable genes.
15     Q    And you think that the steps of
16 transferring the DNA from the primary cell to the
17 secondary cell are essentially optional; anybody
18 would know when you need to employ them?
19     A    I think that it depends on the outcome;
20 right?  If you do step 1 and you have enough protein
21 for what you need, you could stop at step 1 -- or
22 going into the primary cells.  If you don't have

Page 105

1  what you want and you still want the product, then
2  you have to try something else, and the something
3  else could be trying different amplicons.  You might
4  get different copy numbers.  You could try different
5  cell lines that could affect the activity of the
6  promoter, that could affect the message stability,
7  that could affect protein processing.
8      Q    And is that what the example illustrates?
9      A    The given example talks about moving into
10 secondary cells using -- well, they take it to going
11 all the way through the procedure.  They don't stop
12 and say well, you might under these conditions as
13 they write that out, but I think -- but as I say, as
14 I read that, I think anyone would understand that
15 you assay these things as you go along and make an
16 evaluation as to the necessity to do the next steps.
17     Q    With apologies to the Eagles, they simply
18 took it to the limit in the illustrative example and
19 put it through all of the steps?
20     A    Yeah, because they raised the caveats all
21 the way along, you might have to do this, you might
22 have to do this, and so now they in their specific

Nancy Craig - September 29, 2003
Applied Research Systems v. Cell Genesys

Page 106

1  example include that.
2  Q. Where in the example does it describe
3  their evaluation of the primary cell to see whether
4  it was giving them the kind of result that they
5  wanted?
6      MR. KELBER: Asked and answered several
7  times.
8      THE WITNESS: They don't.
9      MR. ROLLINS: I'm sorry?
10     MR. KELBER: Asked and answered several
11 times. She answered that same question three times
12 with the same answer. If we're going to switch
13 counsel, let's not keep asking the same question
14 with hopes of getting the same answer.
15     BY MR. ROLLINS:
16 Q  Just refresh my recollection --
17     MR. KELBER: If you need your recollection
18 refreshed that badly now, maybe we should switch
19 counsel.
20     MR. BROWDY: She just analyzed it, maybe
21 we could reread it.
22     MR. KELBER: She answered it the same way.

Page 107

1      MR. ROLLINS: I think her answers didn't
2  really show where in the application.
3      MR. KELBER: I'm not going to debate it
4  with you. I ask you to confine your next question
5  to a question that hasn't already been answered.
6  That's all.
7      BY MR. ROLLINS:
8  Q  Would you indulge me and answer that
9  question?
10     MR. KELBER: She answered this question.
11 You can have the reporter read it back.
12     MR. ROLLINS: Are you instructing her not
13 to answer?
14     MR. BROWDY: Al, she answered. You just
15 didn't hear. Steve was talking. Let's let the
16 reporter read it back.
17     (The reporter read the record as requested.)
18     MR. ROLLINS: I'm sorry. I just didn't
19 hear.
20     BY MR. ROLLINS:
21 Q  Would you explain what you mean by the
22 final sentence in paragraph 24?

Page 108

1  A  Let me make sure I have their copy, this
2  other copy. I understand that as the '069 -- as
3  this application doesn't specify -- or describes a
4  general strategy for carrying out this kind of --
5  searching for increased gene expression, the general
6  strategy being this incorporation of the amplifiable
7  sequences. They discuss some particular cell lines,
8  particular proteins, particular amplicons,
9  et cetera, in detail, but the general strategy would
10 be -- is appropriate to many different target genes,
11 though no guarantees it would work. You could
12 get -- likely you would get the amplicon in, but no
13 guarantees it would get you the increased
14 expression.
15 Q  And that general strategy doesn't
16 necessarily include the transfer to the secondary
17 cell?
18 A  I don't think it has to, no. You could
19 end up with the unfortunate situation of
20 transferring it to a secondary cell that was less
21 active than the primary cell.
22 Q  Does the '069 application explain that

Page 109

1  under those circumstances, you shouldn't transfer it
2  to a secondary cell?
3  A  It doesn't say don't transfer. It says
4  there might be other cell lines where the expression
5  would work better, and you should be aware of those
6  sorts of possibilities, but I don't think it says
7  there will be other cell lines -- there necessarily
8  are other cell lines in which expression will be
9  better. It points out those possibilities that
10 transfer to another cell line might be useful but
11 not essential and not guaranteed to be any better.
12     MR. ROLLINS: I think that's all I have.
13 Do you want to --
14     MR. KELBER: I don't know how long you
15 have? Do you want to break?
16     MR. BROWDY: I definitely want to break
17 for lunch.
18     VIDEO OPERATOR: Going off the record at
19 approximately 12:23 p.m.
20     (Whereupon, at 12:23 p.m., the hearing was
21 recessed, to be reconvened at 1:00 p.m. this same
22 day.)

Nancy Craig - September 29, 2003
Applied Research Systems v. Cell Genesys

Page 110

1       AFTERNOON SESSION       (12:51 p.m.)
2   Whereupon,
3           NANCY L. CRAIG
4   resumed the stand and, having been previously duly
5   sworn, was examined and testified further as
6   follows:
7       VIDEO OPERATOR: Okay. This is tape 4.
8   We're back on the record, and the time is
9   approximately 12:51 p.m.
10          EXAMINATION
11  BY MR. BROWDY:
12      Q   You've testified as to your opinion as to
13  what would be obvious to be done to obtain the
14  protein of interest by one of ordinary skill in the
15  art reading the '069 application. I would like to
16  just clarify a bit further the specific written part
17  of the application that supports this.
18      And the first part that you've referred to
19  is page 3 of the '069 application, lines 21 to 24,
20  which reads "the region comprising the amplifiable
21  gene and the gene of interest may be amplified. The
22  genome fragmented, and directly or indirectly

Page 111

1   transferred to an expression host for expression of
2   the target protein."
3       My understanding is that you have
4   interpreted this sentence such that the word "may,"
5   which appears before "be amplified," also applies to
6   the genome fragmented and directly or indirectly
7   transferred to an expression host. Am I
8   characterizing your testimony correctly?
9       A   Yes.
10      Q   I think that this is subject to another
11  interpretation, so I want to explore from the rest
12  of the specification whether you believe that the
13  rest of the specification supports your
14  interpretation. I would suggest another
15  interpretation is that "may be amplified" is the
16  only optional part and that the genome fragmented
17  and directly or indirectly transferred is something
18  that the specification teaches is required,
19  regardless of whether it might be obvious to do
20  otherwise.
21      I direct your attention to the following
22  sentence beginning at line 25 that reads "If not

Page 112

1   previously amplified, the target region is then
2   amplified, and the cell population screened for
3   cells producing the target protein."
4       What is your understanding of what that
5   means?
6       A   That the amplification can be carried out
7   and then cells screened for producing whatever the
8   target protein is.
9       Q   Carried out in the primary or the
10  secondary? Let's -- I just want to clarify the
11  terminology I'm going to be using --
12      A   Right.
13      Q   -- to shortcut. When I say "primary host
14  cell," you understand that this means the original
15  cell in which the homologous recombination events
16  occur?
17      A   In which the initial homologous
18  recombination events occur.
19      Q   Are there other homologous recombination
20  events?
21      A   Well, transferring it to the secondary
22  cells.

Page 113

1       Q   Does that have anything to do with
2   homologous recombination?
3       A   Well, it may or it may not.
4       Q   How could it? Where is there anything
5   targeted?
6       A   Well, if you're moving a piece of DNA from
7   the primary cells to secondary cells --
8       Q   Different species usually; correct?
9       A   That depends. In some cases yes; in other
10  cases, no.
11      Q   I mean, the --
12      A   If you depended upon moving it to
13  secondary cells, the chances of moving the entire
14  gene and the amplifiable region could, in fact, be
15  very, very small. So you have to do something to
16  select -- you have to somehow establish in the
17  secondary cell line that, in fact, you still have
18  the amplifiable region and the target gene.
19      Q   My understanding is -- correct me if I'm
20  wrong -- you fragment the genome, you put the
21  fragments into the secondary cells, and then the
22  secondary cells are selected for, for example -- in

29 (Pages 110 to 113)

Nancy Craig - September 29, 2003
Applied Research Systems v. Cell Genesys

Page 114

1  the example for hygromycin resistance, and
2  eventually it's tested for t-PA expression, and that
3  determines which ones of those secondary host cells
4  into which the relevant portion of the genome has
5  been transferred?
6  MR. KELBER: Objection as to form.
7  THE WITNESS: Well, you speak of one of
8  the possible outcomes; right? It could be that the
9  DNA is fragmented, transferred in by hygromycin
10  resistance, and you may not incorporate it
11  homologously. You may not incorporate all of the
12  target gene.
13  So in fact, there could be very, very many
14  cells that don't have the marker at the t-PA locus.
15  So to get it back to the t-PA locus, you have to do
16  homologous recombination again. That's the
17  homologous targeting part.
18  BY MR. BROWDY:
19  Q   Could you find me in the specification
20  anywhere where it talks about homologous
21  incorporation -- homologous recombination into the
22  second cells?

Page 115

1  A   So if you take the DNA --
2  Q   I'm looking for words, I'm sorry.
3  MR. KELBER: Let the witness answer.
4  MR. BROWDY: I wanted to make sure she
5  understood the question.
6  THE WITNESS: If you take the DNA, right,
7  and so here's our modified genome right here and we
8  fragment it, we might get this piece, this piece,
9  all these very many pieces, and one's faced with the
10  difficulty of finding now the secondary
11  transformant, which has, if you're going to select
12  for hygromycin, has hygromycin, has DHFR and has the
13  entire t-PA gene. Okay?
14  So one way to ensure that that happens is
15  to use the same homologous recombination trick that
16  you have already done in the primary cell line.
17  BY MR. BROWDY:
18  Q   I understand that this is your opinion as
19  an expert of how you would do it. But the question
20  that I've asked you is if you would please look, for
21  example, beginning at page 10, line 24, where it
22  speaks about transferring to the secondary cells in

Page 116

1  generalities as opposed to the specific example.
2  Please read that over -- please read the words over
3  to yourself and let me know if you see anything
4  about the possibility of homologous recombination
5  into the secondary host.
6  A   On the bottom of the page, it says, line
7  31, "the DNA may then be introduced in the same
8  manner as described above into the secondary host
9  expression cells using the same -- or different
10  techniques that employ for the primary cells."
11  Q   Going back to page 3, line 25 reads -- I'm
12  sorry. I asked you that.
13  "If not previously amplified," are we
14  talking there about the primary cells exclusively,
15  "if not previously amplified"?
16  A   Yes. I think the key here is that you
17  do -- is that the increased protein expression will
18  be coupled to the amplification. So that's going to
19  be the strategy -- sorry, the amplification will
20  result in increased expression. So you're going to
21  need to amplify to look for the increased
22  expression.

Page 117

1  Q   So this sentence says that you can either
2  amplify in the primary cells or in the secondary
3  cells; is that the meaning of this sentence?
4  A   I would take it to mean that, yes.
5  Q   "The target region -- if not previously
6  amplified, the target region is then amplified,"
7  which is referring to the region that has been
8  directly or indirectly transferred to an expression
9  host for expression of the target protein, i.e., the
10  secondary host?
11  A   The target region is the region where you
12  did the homologous recombination. That's how it's
13  always spoken of. So my understanding is that the
14  expression host could in fact be the primary or
15  secondary cell lines. You may never need to go to
16  the secondary cell lines. If the primary cell line
17  is going to be the expression site, then that's
18  where you're going to do the amplification of the
19  genes.
20  Q   The target region in this sense is that
21  region that you inserted by homologous recombination
22  and then has been pulled out of the primary genome

Page 118

1  and put into the secondary genome, right, because
2  that means -- because that's then amplified?
3      A   The target region is the region of the
4  genome that gets modified by homologous
5  recombination. They also talk about targeting
6  segments. There's another phrase in here, we'll say
7  one of skill in the art will recognize that the
8  target region is -- that's the part, for example,
9  the t-PA gene that's cloned onto the -- onto the
10 vector so that it can be recognized -- so it will
11 recognize the homologous recombination in the
12 genome.
13     Q   It doesn't make sense to me, and I need
14 you to explain to me, if not previously amplified,
15 the target region is then amplified. If the target
16 region doesn't mean the region where the amplifiable
17 gene is, whether in the primary or the secondary
18 cell, what does it mean that the target region is
19 then amplified? When?
20     A   So when -- my understanding is so you do
21 the initial screen for hygromycin resistance; right?
22 Then you do a screen for homology, for the

Page 119

1  homologous integration. None of that depends upon
2  amplification of the gene. Then you do the gene
3  amplification, and you can ask does the increase --
4  does the amount of the protein actually increase --
5  or then you ask, because the assumption is that
6  bringing in just the amplifiable DNA without
7  subjecting it to the selection for amplification
8  won't give you an increased production of the
9  protein.
10     Q   If not previously amplified, what's that
11 mean?
12     A   That's never -- it has not -- you didn't
13 use it in any -- at any point up until here.
14     Q   Use it?
15     A   You never amplified it. You could amplify
16 it and transform it to a secondary cell line simply
17 because you would get more copies of the gene. That
18 would increase the chance that you would have more
19 DNA to do the reaction with. But --
20     Q   In that case the target region would
21 actually be in the secondary cell -- the target
22 region referred to in this sentence?

Page 120

1      A   No. I think the target region always
2  refers back to the region that's adjacent -- or it's
3  the region where you're bringing in the amplifiable
4  gene and you're using the homologous -- you're using
5  it as a part of homologous recombination. That's
6  the target region. That's the t-PA gene.
7      Q   So the "previously amplified" must mean
8  amplified before you do homologous recombination,
9  and if not previously amplified, then you do it in
10 the primary cell after you've targeted it? Is that
11 what it means?
12     A   That's right. You can amplify -- you can
13 amplify in the primary cell line after the targeting
14 steps, after the two steps of doing the selection --
15 well, you do the transformation with the DNA and
16 some of the integrants will be by homologous
17 recombination at the t-PA gene. The vast majority
18 will not. So you sort among them by PCR or whatever
19 to find the ones that you're interested in. Then
20 once you know that you've incorporated the
21 amplifiable gene, then you can go ahead and amplify
22 it.

Page 121

1      Q   Let's look at the paragraph beginning on
2  page 10, line 8. "The presence of the marker gene
3  as evidenced by resistance to a biocide or growth in
4  a medium which selects for the presence of the
5  marker gene establishes the presence and integration
6  of the target construct into the host genome."
7      A   Sorry. What line are you at?
8      Q   I started with line 8.
9      A   Page 8, line 8?
10     Q   No, I'm sorry, page 10.
11     A   Sorry.
12     Q   Catch up to me.
13     A   I am.
14     Q   We're talking about the host genome being
15 the primary cell, host cell; is that correct?
16     A   Yes.
17     Q   "No further selection need be made at this
18 time since the selection will be made in the
19 secondary expression host where expression of the
20 amplified target gene may be detected. If one
21 wishes, one can determine whether homologous
22 recombination has occurred by employing PCR and

Nancy Craig - September 29, 2003
Applied Research Systems v. Cell Genesys

Page 122

1 sequencing the resulting amplified DNA sequences."
2    So this step here is an optional step, if
3 one wishes? That would be an optional step in the
4 primary cells; correct?
5    A    There's a tree of sort of possible steps
6 here, and one could imagine that these different
7 steps might be more or less efficient. That's one
8 thing you could do.
9    Q    Going on, "if desired, amplification may
10 be performed at this time by stressing the primary
11 cells with the appropriate amplifying reagent so
12 that multicopies of the target gene are obtained.
13 Alternatively, amplification may await transfer to
14 the secondary cell expression host."
15    So the amplification can be either in the
16 primary cells and/or in the secondary cells,
17 according to the teaching of those lines; is that
18 correct?
19    A    Yes.
20    Q    Does -- understanding that paragraph, does
21 that help to understand the line -- page 3, line 25,
22 "if not previously amplified, the target region is

Page 123

1 then amplified, and the cell population screened for
2 cells producing the target protein"?
3    MR. KELBER: Objection as to form.
4    THE WITNESS: So if desired, amplification
5 may be performed at this time by stressing the
6 primary cells with the appropriate amplifying
7 reagents so that multicopy -- multicopies of the
8 target gene are obtained.
9    So in the primary cells, you increase the
10 copy number of the gene, or you can increase the
11 copy number of the gene in secondary cells.
12 Actually, there are three potential outcomes --
13 well, you can do it in either the primary cells or
14 the secondary cells.
15    BY MR. BROWDY:
16    Q    Going back to page 3, line 25, "if not
17 previously amplified, the target region is then
18 amplified, and the cell population screened for
19 cells producing the target protein."
20    Does the reading of page 10 that we just
21 finished change your opinion as to what this
22 sentence means on page 3?

Page 124

1    A    No, because I don't think that the DNA
2 necessarily has to be amplified to be able to do the
3 transformation into the secondary cell lines.
4    Q    Right. But this sentence excludes the
5 possibility of amplification in the second -- or
6 does not include the possibility of amplification in
7 the secondary host, according to your
8 interpretation?
9    MR. KELBER: Could I hear that question
10 back, please.
11    MR. BROWDY: Strike it. Let me rephrase
12 it.
13    BY MR. BROWDY:
14    Q    This sentence does not speak to the
15 possibility of amplifying in the secondary host,
16 according to your interpretation?
17    A    I think this and also on page 10 speaks to
18 amplifying in either the primary host or the
19 secondary host, primary lines or secondary lines.
20    Q    So your definition of the target region,
21 you previously said that because it says "target
22 region," that could only refer to the primary cell.

Page 125

1 Perhaps it does mean the secondary host cells?
2    A    The target gene --
3    Q    Target region.
4    A    Target region. In order for the
5 amplifiable gene to have some effect on the gene of
6 interest, it has to be physically linked to the
7 target gene. So that is the region that one is
8 seeking amplification of. So you have to have the
9 target region and the amplifiable gene physically
10 linked to each other.
11    Q    Either in the primary cells or in the
12 secondary cells?
13    A    Correct, because only those cells where
14 it's physically linked is that going to be where the
15 potential for increase in gene number leads to the
16 potential for the increase in gene expression.
17    Q    With that understanding, going back to
18 line 21, "the region comprising the amplifiable gene
19 and the gene of interest may be amplified, the
20 genome fragmented, and directly or indirectly
21 transferred to an expression host for expression of
22 the target protein," are we talking about may be

Nancy Craig - September 29, 2003
Applied Research Systems v. Cell Genesys

Page 126

1  amplified in the primary cell as the next sentence
2  goes on "if not previously amplified, then it's
3  amplified in the secondary cell."
4      MR. KELBER:  Objection as to form.  You
5  can answer.
6      THE WITNESS:  There are, in fact, three
7  uses of the amplification.  One would be you
8  transform into the primary cell line, you amplify in
9  the primary cell line, and look for production of
10 the protein.  The second case would be you do the
11 transformation -- you have the primary cell line,
12 you amplify so that you increase the number of
13 copies of the gene in that DNA.  Then you transfer
14 that amplified DNA into the secondary cell lines.
15     Or you use either the DNA from the
16 unamplified primary cell line or from the amplified
17 cell line, transform into the secondary cell line;
18 however, there's a big hazard in the secondary cell
19 line to make sure that you actually have the target
20 gene still physically linked to the amplifiable
21 gene.
22     BY MR. BROWDY:

Page 127

1      Q  Right.
2      A  So there are no -- so there are multiple
3  possibilities here.
4      Q  Three, you mentioned.  And the second and
5  the third one I can see.  The first one I want to
6  explore with you whether that's actually written
7  here.  On page 4, the second example that you cited
8  to support your interpretation that it is a written
9  description for that first alternative, you point to
10 line 29, "these cells may or may not be expressing
11 the gene of interest"; correct?
12     A  Uh-huh.
13     Q  And if I understood your earlier
14 testimony, you were speaking of -- you interpreted
15 this sentence as meaning after having been
16 transformed by homologous recombination.
17     MR. KELBER:  Objection as to form.
18     BY MR. BROWDY:
19     Q  Is that correct?  Am I remembering your
20 testimony correctly or not?  Please read the whole
21 paragraph.
22     A  No, no.  I'm trying to think of how -- the

Page 128

1  question of expressing the gene of interest is a
2  delicate matter, because there might be a very small
3  amount of expression in that cell which is not
4  sufficient for the purpose that you want to use the
5  cell for.  However, it's still expressing that gene;
6  right?  There is still some gene expression there,
7  though, for example, if it would be an essential
8  gene, not enough for the organism to live; right?
9  So under those circumstances, whether you're talking
10 about expression is not -- sort of not 100 percent,
11 right, because it has to do with what the level of
12 expression actually is.
13     Q  Okay.  You're anticipating another
14 question.  My question here was these cells, "these
15 cells may or may not be expressing the gene of
16 interest."  These cells --
17     A  For example --
18     Q  Are these cells the cells before or
19 after -- I get to finish my question.  Are these
20 cells the cells before or after homologous
21 recombination?
22     A  These are the primary cell lines which may

Page 129

1  or may not be expressing the gene of interest, and
2  the simple -- let's see.
3      When you do the homologous recombination,
4  there's no guarantee that simply doing the
5  homologous recombination is going to actually
6  increase the copy number of the genes, hence the
7  interest in amplifying these regions.  So you're
8  providing the amplifiable region by doing the
9  homologous recombination.
10     Q  My question was, "these cells may or may
11 not be expressed in the gene of interest."  Are we
12 talking about -- are you understanding this sentence
13 as being the cells after you have performed
14 homologous recombination, whether successful or
15 unsuccessful, but after performing homologous
16 recombination?
17     A  Yes, because it's referring to the primary
18 cells in which you have done homologous
19 recombination.  So now these are the -- this is
20 the -- these primary cells are the cells that result
21 from the homologous recombination event, the initial
22 to get primary cells.

Nancy Craig - September 29, 2003
Applied Research Systems v. Cell Genesys

Page 130

1      Q   Somebody who wants to do the procedure of
2   the '069 application, the very first thing he has to
3   do is to decide which primary cell he's going to use
4   as a starting point; correct? I think that maybe
5   Mr. Rollins unfortunately used a term you have to
6   "select" the primary cell. Let's leave the word
7   "select" out, because select can have two different
8   meanings.
9        I'm saying you have to decide which
10  primary cells you want to start with. At line 18 it
11  says "the primary cell may be any mammalian cell of
12  interest, particularly mammalian cells which do not
13  grow readily in culture;" et cetera. That
14  sentence -- is that referring to the primary cells
15  that you decide on initially, or are we talking
16  about the primary cells after there has been the
17  homologous recombination step done?
18     A   I read this as different kinds of cells
19  into which the homologous recombination may be done.
20     Q   So that's before the homologous
21  recombination?
22     A   Yeah, that you're making all those --

Page 131

1   there's a wide variety of different kinds of cells
2   that you could consider doing the homologous
3   recombination into.
4      Q   Now, read to yourself --
5      A   -- the homologous recombination.
6      Q   Read that paragraph to yourself and tell
7   me where the emphasis changed between that sentence
8   and the sentence that these cells may or may not be
9   expressing the genes of interest with respect to
10  whether we're talking about cells before or after
11  the homologous recombination?
12     A   Sorry. I lost track of what you want me
13  to look at here.
14     Q   You said the first sentence are the cells
15  you can start with.
16     A   The primary cell up here, right.
17     Q   And then down on line 29 where it says
18  "these cells may or may not be expressing the genes
19  of interest," you said those cells are the cells
20  after the homologous recombination step has been
21  performed. I want to know where the definition of
22  cell between the beginning of the paragraph and the

Page 132

1   middle of it changed?
2      A   These cells --
3      Q   Just read the whole paragraph first.
4      A   No, no, I understand. My sense here of
5   what has gone on is to say that the paragraph above
6   describes the general strategy of moving in an
7   amplicon into mammalian cells. Now we're going back
8   and sort of saying well, let's consider what kinds
9   of cells one might do this experiment with, and the
10  cells may or may not be expressing the gene of
11  interest. It may be totally off at the time of
12  homologous recombination, but yet -- not totally
13  off. It may be virtually off at the time you do the
14  homologous recombination, but by the time you do the
15  amplification, the gene copy number has increased
16  enough that now you have a significant amount of
17  expression. So I think this -- I think this
18  paragraph is referring back and saying now, what are
19  we going to use and what are some of the
20  consequences of that.
21     Q   Now I'm confused, because I've heard you
22  say two things as to that sentence that reads "these

Page 133

1   cells may or may not be expressed in the gene of
2   interest." Are these the cells that may be used, or
3   are these the cells in which you're measuring the
4   expression after you've done homologous
5   recombination?
6      A   Both. But there's also the step of
7   considering the amplified, what the readout is when
8   it's amplified. So you could --
9      Q   In this paragraph?
10     A   No. This is going -- this is the whole --
11  the paragraph above that says here's the quick --
12  you know, the quick overview of what we're going to
13  do. And now this is going back to describe some of
14  the details of those steps.
15     Q   The first detail being which cell to
16  select?
17     A   That's right, now what kind of cell are we
18  going to use. Then they're going to talk about what
19  kind of amplifiable gene shall we use, et cetera.
20     Q   I'm only talking about the paragraph that
21  you say has to do with which cell can we use.
22     A   Okay; yeah.

Nancy Craig - September 29, 2003
Applied Research Systems v. Cell Genesys

Page 134

1    Q   And that sentence that's in that
2  paragraph, "these cells may or may not be expressed
3  in the gene of interest," that's talking about what
4  cell can be used, not what are the expression
5  characteristics after you've done amplification?
6    A   Right. So these cells, before you use
7  them, they may or may not express the protein that
8  you ultimately want to look at.
9    Q   So that sentence may or may not support
10 some other things that Cell Genesys is trying to
11 establish.
12   MR. KELBER:  Okay, okay, okay. Let's just
13 ask the witness questions.
14   BY MR. BROWDY:
15   Q   That sentence does not support your thesis
16 as you originally said, that there is disclosure in
17 the specification -- that there's disclosure -- that
18 this sentence supports the statement that there's
19 written description of amplifying in the primary
20 cells?
21   MR. KELBER:  Objection;
22 mischaracterization, form.

Page 135

1    MR. BROWDY:  Let me strike that.
2    BY MR. BROWDY:
3    Q   In your original testimony, you referred
4  to this sentence as evidence of written description
5  which you testified supports your opinion that the
6  expression may take place from the primary cells.
7    A   Uh-huh.
8    Q   But now you're saying that this sentence
9  talks about what kind of cells can be used to start
10 with.
11   A   And I don't see that those two things are
12 incompatible. If you use a cell line where the gene
13 is actually expressed, then detecting that,
14 especially after amplification in the primary cell
15 line, could certainly be done. If, however, you
16 have chosen a cell line in which you cannot detect
17 expression of this gene to do the homologous
18 recombination, then you're going to have to face the
19 problem of now how do you put it into some cells
20 where you could detect its expression, where the
21 expression could occur, not just that you could
22 detect it, but that it could occur.

Page 136

1    Q   Moving to page 10 of the specification, I
2  refer you to the section beginning at line 24. I
3  wonder if you could read to yourself that paragraph
4  and the following one, please.
5    A   Yes.
6    Q   Does this section indicate that it is
7  optional to do the fragmentation and transfer to the
8  secondary host?
9    A   I read it as optional, not obligatory.
10   Q   What part of this would indicate to you
11 that fact?
12   A   For example, in the paragraph above,
13 starting at line 18, "If desired, amplification may
14 be performed at this time by stressing the primary
15 cells amplifying with the appropriate agent so that
16 multicopies of the gene target are obtained." So
17 then -- or you may not amplify it. You may go
18 through these other steps, but then once you start
19 the amplification process, then as described below
20 in -- sorry, on the next page, on page 11, now you
21 can evaluate -- here are the details of how to do
22 the amplification. Now here's how to look at the

Page 137

1  expression of the clones.
2    Q   Where are you pointing when you're saying
3  "here"?
4    A   Sorry. On the selective medium, page 5 --
5  sorry, page 11, line 5.
6    Q   Of the three alternatives that you
7  testified earlier, the second one being -- the
8  second or third one, now I've forgotten, one of them
9  being that you amplify in the primary cells to make
10 multicopies and then transfer to the secondary cells
11 so that you'll have a better chance of having a
12 portion with an appropriate copy, then either
13 amplifying again to further do it or not amplifying
14 again. The sentence that you read beginning at line
15 18 of page 10 is fully consistent with those two, is
16 it not?
17   A   Yes.
18   Q   Looking at the experimental section
19 beginning at page 12, this is an experiment of
20 something that the inventors purportedly did. So
21 I'm not asking you here about what you might learn
22 from this. I just want to know what they did. What

Nancy Craig - September 29, 2003
Applied Research Systems v. Cell Genesys

Page 138

1 is the selectable marker that they actually used?
2    MR. KELBER: Objection as to form. You
3 can answer.
4    THE WITNESS: Hygromycin.
5    BY MR. BROWDY:
6    Q   The marker is the hygromycin transfer
7 gene?
8    A   Whatever hygromycin is, yes.
9    Q   I thought hygromycin was an antibiotic?
10    A   Well, but in the initial transformation,
11 when they bring in the plasmid DNA, the plasmid
12 carries a hygromycin marker.
13    Q   I'm looking at line 17.
14    A   "The plasmid is linearized." Are we in
15 the right place?
16    Q   Page 12.
17    A   Page 12, line --
18    Q   17.
19    A   Line 17, yes. They can select for
20 hygromycin resistance with that.
21    Q   Just so we're using consistent
22 terminology, we're talking about inserting the --

Page 139

1 what they did was inserted the hph gene, which can
2 then be used to select for antibiotic resistance,
3 the hygromycin resistance?
4    A   They can use it to select for mammalian
5 cells that have received this DNA.
6    Q   And how do they select for it?
7    A   They plate on media that contains
8 hygromycin.
9    Q   So they'll live if they have it and
10 they'll die if they don't have it?
11    A   Correct.
12    Q   Was there any amplification done in the
13 primary cells in this example?
14    A   Let's see. I have to look. No. This one
15 they refer only going to the DHFR minus CHO cells.
16    Q   Okay. Is it possible to use the DHFR gene
17 to amplify if the cell into which it's inserted is
18 not DHFR minus?
19    A   Yes, I believe it would be.
20    Q   At page 14, line 15, it says "clones
21 providing for high levels of expression of t-PA are
22 stored for subsequent use." I'm sorry. Let's go to

Page 140

1 the previous sentence. "After this amplification
2 procedure, the cells are harvested, and the human
3 t-PA is analyzed employing an ELISA assay with a
4 monoclonal antibody. Clones providing for high
5 levels of expression of t-PA are scored for
6 subsequent use." This is speaking of analyzing the
7 secondary host cells in this particular example; is
8 that correct?
9    A   Correct.
10    Q   So they determined whether or not the
11 proper part of the chromosome has been inserted by
12 actually selecting for t-PA production?
13    A   No, they don't.
14    Q   That's part of it?
15    A   They identify, okay, they identify by
16 examining many, many independent -- I would guess --
17 well, they examine by identifying among a number of
18 different clones of cells or different -- they said
19 they select for hygromycin resistance. Then they
20 undergo the amplification procedure. Then they look
21 and see are there any cells that are resistant to
22 t-PA -- or expressing t-PA.

Page 141

1    Q   On paragraph 1 of your declaration, you
2 state your familiarity with DNA recombination in
3 microorganisms, fungi, for example, yeast, insect,
4 plant and mammalian and nonmammalian cells. Is
5 yeast a fungi?
6    A   Yes.
7    Q   Is yeast a microorganism?
8    A   Yes.
9    Q   Is yeast a plant?
10    A   No.
11    Q   Is yeast an animal?
12    A   Often grouped with animals.
13    Q   All fungi are grouped with animals or just
14 yeast?
15    A   Yeast is a particular kind of fungi. It
16 depends what evolutionary tree you would like to
17 follow.
18    Q   I'm sorry. Did you say that it's just
19 yeast that is sometimes classified as an animal or
20 all fungi?
21    A   All fungi are. All fungi can be depending
22 upon what you're --

Nancy Craig - September 29, 2003
Applied Research Systems  v. Cell Genesys

Page 142

1    Q    Depending on how many kingdoms?
2    A    Well, depending upon whether you want to
emphasize whether we're related to mammalian cells
or eukaryotes in general.
5    Q    Is bacteria a microorganism?
6    A    Yes.
7    Q    Is bacteria a fungi?
8    A    No.
9    Q    Is bacteria a plant?
10    A    No.
11    Q    Is bacteria an animal?
12    A    No.
13    Q    In paragraph 12 of your declaration, you
14   state that the '069 application discloses that the
15   host cells may be any primary mammalian cells or
16   established mammalian cell lines, including CHO
17   cells, monkey kidney cells, and myself and human
18   fibroblasts.
19    MR. KELBER:  Objection; mischaracterizes
20   the testimony.  You can answer.
21    THE WITNESS:  Yes.
22    BY MR. BROWDY:

Page 143

1    Q    I haven't asked yet. What is a host cell
2    as you have used it in this paragraph?
3    A    The host cells that are described here are
4    a variety of different kind of mammalian cells.
5    Q    Is there any distinction -- in the term
6    "host cell," is there any distinction between
7    primary hosts and secondary hosts?
8    A    I think the primary here has to do with
9    the issue of cells that exist as long-established
10   cell lines that could be propagated versus making
11   individual cultures from new isolates of the cells.
12   So it's a --
13    Q    And you're referring to the word "primary"
14   in line 2?
15    A    Correct.
16    Q    I'm leaving that aside and sticking with
17   the definition that we were talking before of the
18   primary host cells versus the secondary host cells.
19   The part that refers to Exhibit 2028, the '069
20   application, page 4, lines 8 to 22, that's referring
21   to what we've been talking about as primary host
22   cells up until now; is that not correct?

Page 144

1    MR. KELBER:  Objection as to form;
2    objection as to characterization.  You can answer.
3    THE WITNESS:  In the particular example we
4    talked about, in the application it's the human
5    fibroblasts, the established cell lines that are
6    described for being used as the primary cells.
7    BY MR. BROWDY:
8    Q    In your testimony as written in paragraph
9    12, you refer to the '069 application, page 4, lines
10   18 to 22.  Could we please turn to that and see what
11   it says?  The quotation in paragraph 12 is
12   "particularly mammalian cells which do not grow
13   readily in culture, more particularly primate cells,
14   especially human cells, where the human cells may be
15   normal cells or neoplastic cells."  Is that
16   quotation from page 4, lines 18 to 22, referring to
17   the primary host cells that we may use?
18    A    Yes.
19    Q    Now, the end of this same sentence says
20   "or established" -- same sentence of paragraph 12 of
21   your declaration reads "or established mammalian
22   cells, including CHO cells, hamster, monkey kidney

Page 145

1    cells, and mouse and human fibroblasts refers to
2    page 10, line 35." So let's turn to page 10, line
3    35.  You might want to look in the previous sentence
4    where it says "the DNA may then be introduced in the
5    same manner as described above into the secondary
6    host expression cells using the same or different
7    techniques than employed for the primary cells and
8    various mammalian expression hosts are available and
9    may be employed."  Does that refer to the secondary
10   host expression cells?
11    A    These are referring to some -- to cell
12   lines, established cell lines that might be useful
13   to use as the secondary host.  That is, once you're
14   done the selection for the DHFR gene in one set of
15   cells, then given that these particular cell lines
16   grow very well in culture, it could be advantageous
17   to use them.
18    Q    So the CHO cells, for example, that's
19   referred to here, they're talking about what may be
20   advantageous to be used as the secondary host
21   expression cell?
22    A    In the specification, yeah.

Nancy Craig - September 29, 2003
Applied Research Systems  v. Cell Genesys

Page 146

1    Q   And the paragraph 12 at the end refers to
2  "page 12, line 1, is supporting this part of the
3  section." What did you mean by that?
4    A   Well, page 12, line 1 is the example of
5  here's a cell line that is going to be used to be
6  the recipient of the transformation, i.e., the
7  homologous recombination is going to be carried out
8  in the fibroblast, the initial event.
9    Q   So page 1, line 1, is not just referring
10  to the word experimental? You intended that refer
11  to the entire section --
12    A   Oh, sorry.  I was talking about the word
13  "fibroblasts," so I made a wrong connection.
14  Experimental?
15    Q   This is your testimony. You said page 12,
16  line 1. I'm just trying to understand it.
17    A   Oh, oh, oh, oh, sorry.
18    Q   Or is it a typo?
19    A   I think it must be.  Well, that line
20  should refer to -- be referring to simply examples
21  of particular mammalian cells that could be used --
22  named different kinds of cells that are

Page 147

1  well-established in culture.  So this was -- the
2  sense of paragraph 12 was supposed to be the first
3  ones.  Some cells may not do particularly well in
4  culture, some other cells do.  One could make
5  choices among them as to what to actually use for
6  the transformation steps.
7    Q   Turning to paragraph 13 of your
8  declaration, it quotes the '069 application as
9  stating that "The amplifiable gene will have
10  transcription signals which are functional in the
11  secondary or expression host." Is it possible to
12  choose an amplifiable gene that has transcription
13  signals that are functional in the secondary or
14  expression host but are not functional in the
15  primary host, as a theoretical matter?
16    A   I think in theory, you could.
17    Q   Is it possible to choose an amplifiable
18  gene that has transcription signals that are
19  functional in the primary host but not functional in
20  the secondary host? Do they exist?
21    A   In theory, they could.
22    Q   So depending on whether you want to get

Page 148

1  amplification in the primary or the secondary host,
2  you should choose an appropriate amplifiable gene?
3    A   Uh-huh.
4    Q   Turning to paragraph 19 of your
5  declaration, the first sentence says "my
6  understanding is that claim 3 of the '071 patent
7  does not require amplification or expression of the
8  target gene." This is your testimony and yet you've
9  also testified earlier that you're not familiar with
10  patent claims -- what part of the application they
11  cover.  The record will speak for itself.  Do you
12  feel yourself sufficiently competent as far as
13  patent claim interpretation is concerned to venture
14  an opinion as to whether or not it requires
15  amplification or expression of the target gene?
16    MR. KELBER:  I have to object to that
17  entire line of questioning.  It was unnecessary,
18  argumentative.  You can answer this question.
19    THE WITNESS:  The application deals with
20  the strategy of introducing an amplifiable region by
21  homologous recombination.
22    BY MR. BROWDY:

Page 149

1    Q   I'm sorry.  Which application?
2    A   The -- well, the '069 and the '071, right.
3  The strategy, the suggestion is incorporate an
4  amplifiable region next to the gene you're
5  interested in.  This might result in increased
6  expression of the target gene, but to do that step,
7  to increase -- to insert the homologous region -- to
8  insert the amplifiable region, you're not depending
9  upon amplification of the gene.
10    Q   This sentence refers specifically only to
11  claim 3 of the '071 patent.  It doesn't refer to the
12  '069 application.  So I'd like to direct your
13  attention only to claim 3 of the '071 patent and the
14  question of what that claim requires, because the
15  sentence says in your understanding of that claim,
16  which is at column -- your understanding of that
17  claim is that it does not require amplification or
18  expression of the target gene.  The claim, if you'll
19  turn to the back of the application, it's at the top
20  of column 27, if you can read that claim to
21  yourself.
22    A   Yes.

Page 150

1    Q Okay. You say that your understanding is
2 that this claim does not require amplification or
3 expression of the target gene. I would like to know
4 on what you base that understanding.
5    A I -- my understanding, okay, is that the
6 suggestion here is that one strategy for achieving
7 overexpression of the gene would be to insert an
8 amplifiable region. Now, the trick is, it may turn
9 out not to be amplifiable, which may or may not --
10 and if it's not amplifiable, it's not going to
11 result in the increased expression, but using
12 homologous recombination to integrate, specifically
13 integrate an amplifiable region, is the significant
14 point.
15    Q Do you know whether t-PA is normally
16 expressed by normal human diploid skin fibroblasts?
17    A I don't.
18    Q Do you know whether normal human diploid
19 skin fibroblasts can be made to culture t-PA if
20 under the proper conditions?
21    A I don't.
22    Q Forgive me if you've answered this, but

Page 151

1 I'm going to ask that one more time.
2    A No problem.
3    MR. KELBER: Please state that to me.
4    BY MR. BROWDY:
5    Q If there is no transcription, no MRNA
6 being produced, it's a totally transcriptional
7 silent gene, can an amplifiable gene inserted in the
8 vicinity of that gene followed by amplification
9 cause the transformed cell to express that gene?
10    A Yes.
11    Q Under what circumstances would that be
12 possible?
13    A Let's say, for example, that the promoter
14 is repressed by some particular protein in the cell.
15 When I increase the copy number of the DNA by
16 amplifying that region, now there's not enough of
17 the repressor to turn up all the copies. So there,
18 the simple act of amplification could activate a
19 gene which is not normally being expressed.
20    Q Are you aware of any occasions in the
21 literature where that might have happened?
22    A It happens tons of times in bacteria doing

Page 152

1 transformation reactions all the time, using similar
2 multicopy plasmids.
3    Q There are some genes in bacteria that
4 don't normally express?
5    A Yeah. They're present in single copy.
6 They're off. But you put them in 200 copies per
7 cell, and they're on, simply because there's not
8 enough repressor protein to go around. And I can't
9 imagine that doesn't happen in mammalian cells.
10    Q In the example -- in the experiment in the
11 '069 application, does the insertion of the
12 construct by homologous recombination in the primary
13 cells change any of the regulatory elements of the
14 primary cell of that particular gene, targeted gene?
15    MR. KELBER: Could I hear that question,
16 please.
17    (The reporter read the record as requested.)
18    BY MR. BROWDY:
19    Q Let me clarify. I'm speaking of the
20 regulatory elements of the endogenous t-PA.
21    A Uh-huh; uh-huh. There's -- it's not
22 planned to do that, right. It's not removing any of

Page 153

1 the t-PA sequences, for example.
2    Q It's not replacing it?
3    A It's not replacing any of them. It's
4 simply incorporating -- it's simply using the t-PA
5 sequences to bring in other sequences, but it's not
6 excising any portion of them or damaging them in any
7 way.
8    Q Is it true that if one used an amplifiable
9 gene chosen to have transcriptional signals which
10 are functional in the secondary or expression host,
11 and that chosen amplifiable gene happened not to
12 have transcription signals that are functional in
13 the primary host, the result would be perfectly
14 operable for the disclosed process of the '069
15 patent but would not work to enhance the expression
16 characteristics of the targeted gene in the primary
17 host?
18    A Correct.
19    Q And the example of the '069 patent, did
20 the cells that resulted from homologous
21 recombination give rise to progeny that were at any
22 time amplified and expressed?

Nancy Craig - September 29, 2003
Applied Research Systems v. Cell Genesys

Page 154

1    MR. KELBER: Were at any time --
2    MR. BROWDY: Amplified and expressed.
3    THE WITNESS: They don't talk explicitly
4  about doing the amplification until in this
5  particular case the secondary cells.
6    BY MR. BROWDY:
7    Q  So the answer is no?
8    A  Correct.
9    Q  Is there explicit written description
10 anywhere in the '069 application disclosing
11 expression from the primary cells of the protein
12 encoded by the targeted gene after being transformed
13 by homologous recombination?
14    MR. KELBER: Objection as to form.
15    THE WITNESS: I think there's several
16 points at which it lays out the possibility that one
17 could detect those -- that is a possibility, that
18 there could be expression in the primary cells.
19    BY MR. BROWDY:
20    Q  Okay. Understanding that it's a
21 possibility, understanding that it's your opinion
22 that it would be obvious to do so, my question was

Page 155

1  is there written description -- specific written
2  description anywhere in the '069 application of
3  expression from the primary cells?
4    MR. KELBER: Objection;
5  mischaracterization. Objection as to form. You can
6  answer.
7    THE WITNESS: I think there's several
8  sections that I mentioned earlier that I think
9  certainly make those obvious possibilities that you
10 could get expression -- that there are several
11 different conditions under which you could get
12 expression, but it's not written as a road map to
13 say stop here if X.
14    BY MR. BROWDY:
15    Q  The Cell Genesys preliminary motion 7
16 alleges support for claim 107 of the '069
17 application, which is directed to a method of
18 causing a mammalian cell to express a gene of that
19 cell's genome encoding protein not normally
20 expressed by said cell. Did anyone related to Cell
21 Genesys at any time ask you for your opinion as to
22 whether or not that claim is suspected by the '069

Page 156

1  application?
2    MR. KELBER: Can you elucidate for me how
3  this is related to the scope of her direct
4  testimony? She doesn't talk about either of the
5  things that you mentioned in your question.
6    MR. BROWDY: She testified -- her
7  declaration was used in support of preliminary
8  motion number 7.
9    MR. KELBER: It may well be, but you're
10 confined to her direct testimony, not what we write
11 in our motions. You can ask her about her
12 testimony. If this is testimony contained in the
13 documents that are referenced in her declaration or
14 her declaration, ask her about that, but don't pluck
15 some quote out of some other document that has
16 nothing to do with what she said. Ask her about
17 what it is you're concerned about that she said or
18 wrote in this particular case.
19    BY MR. BROWDY:
20    Q  Turning to paragraph 6 of your
21 declaration, the last sentence states "these
22 teachings were recognized as widely applicable to

Page 157

1  targeting exogenous DNA into a particular location
2  in a cell's genome, including the cells of yeast,
3  microorganisms, and mammals." And in Cell Genesys's
4  preliminary motion number 8, paragraph 6 and 7 of
5  your declaration were used to support the sentence
6  "one of ordinary skill in the art would be well
7  equipped to practice the homologous recombination
8  technology of the '069 application in 1989."
9    In your opinion, if a person of ordinary
10 skill in the art in 1989 were asked to modify the
11 expression characteristics of any given gene in a
12 mammalian cell line by inserting, by homologous
13 recombination, a promoter known to be active in that
14 cell line upstream and in reading frame with the
15 gene of interest, with or without an accompanying
16 amplifiable gene, he or she would be able to do that
17 using no more than routine experimentation?
18    MR. KELBER: Could we hear that one back
19 slowly.
20    (The reporter read the record as requested.)
21    THE WITNESS: I wasn't asked to comment
22 about that.

Nancy Craig - September 29, 2003
Applied Research Systems v. Cell Genesys

Page 158

BY MR. BROWDY:
1
2    Q   You were asked to comment about whether or
3    not homologous recombination was widely
4    applicable -- people knew how to use the techniques
5    of homologous recombination in 1989; right?
6    A   Uh-huh.
7    Q   So your answer is that you're not -- you
8    don't feel that you can answer this question?
9    MR. KELBER: Which question, Counsel? You
10   pointed to something.
11   MR. BROWDY: I'm sorry. The previous
12   question that was just read.
13   THE WITNESS: So what I was asked to
14   comment about was the notion of homologous
15   recombination to introduce amplifiable regions, not
16   to change the endogenous regulatory signals,
17   promoters, enhancers, et cetera, et cetera of any
18   particular gene.
19   BY MR. BROWDY:
20   Q   So you have no opinion is the question?
21   A   I wasn't asked to comment on it.
22   Q   I'm asking you to answer it.

Page 159

1    MR. KELBER: Can we go off the record? I
2    have an instruction I don't think you'll object to.
3    VIDEO OPERATOR: Off the record at
4    approximately 2:03 p.m.
5    (Discussion off the record.)
6    VIDEO OPERATOR: This is tape 5, and the
7    time is approximately 2:03 p.m.
8    THE WITNESS: Changing the regulatory
9    sequences of a gene would certainly be one way to
10   consider changing the regulation -- changing the
11   expression of that gene, and certainly it has been a
12   strategy people have used to try and control the
13   expression of a lot of genes.
14   BY MR. BROWDY:
15   Q   In your opinion, if a person of ordinary
16   skill in the art in 1989 were asked to do this,
17   would he or she be able to do that using no more
18   than routine experimentation for any given gene?
19   A   You mean to change a promoter?
20   Q   To put the promoter in by homologous
21   recombination to change the promoter?
22   A   Yes.

Page 160

1    Q   If a person of ordinary skill in the art
2    in 1989 were asked to activate a gene that is
3    normally transcriptionally silent in a mammalian
4    cell line by inserting a promoter known to be active
5    in that cell line upstream, and in reading frame
6    with the gene of interest by homologous
7    recombination, would he or she be able to do that
8    using no more than routine experimentation?
9    MR. KELBER: Beyond the scope. You can
10   answer.
11   THE WITNESS: You don't put promoters in
12   in a reading frame. The position of the promoter is
13   independent of what the exact reading frame is of
14   the gene, of the protein.
15   BY MR. BROWDY:
16   Q   Then we'll strike "and in reading frame"
17   from the sentence. -
18   A   I'm sorry. Could you -- I mean, that's
19   not something I was asked to comment about, whether
20   one could or could not use that strategy.
21   Q   Just to be clear. The question isn't
22   whether or not he could or whether or not it would

Page 161

1    be obvious. It was just whether or not knowing the
2    techniques available in 1989 of homologous
3    recombination about which you've opined, would a
4    person of ordinary skill in the art who was asked to
5    activate a gene that is normally transcriptionally
6    silent in a mammalian cell line by inserting a
7    promoter known to be active in that cell line, would
8    he or she be able to do that using no more than
9    routine experimentation?
10   MR. KELBER: Way beyond the scope. You
11   can answer if you want to.
12   THE WITNESS: The methodology for doing
13   those things would be possible, but as with so many
14   things, it's the idea of what to do that actually
15   makes a difference, that it's the strategy. It's
16   not the let's put this solution in here. It's the
17   idea of putting steps together to do particular
18   things.
19   So the idea of inserting a new promoter is
20   the key part, not whether the -- you could actually
21   make the homologous recombination work at this
22   point. That's what your question is sort of

Nancy Craig - September 29, 2003
Applied Research Systems v. Cell Genesys

Page 162

1  speaking to. Say, well, I can do homologous
2  recombination -- okay, well, put in a
3  promoter. Putting in a promoter is the novel part.
4  Not the let's do homologous recombination.
5      BY MR. BROWDY:
6      Q  Anybody could put in that promoter if
7  they --
8      A  Yeah. The idea is getting the right one,
9  or have the idea to use the promoter to make a
10 better terminator, whatever.
11     MR. KELBER: If you want a lot more focus,
12 address questions than she has in her declaration --
13     MR. BROWDY: No. I concede that it wasn't
14 addressed.
15     MR. BROWDY: I'm just about done. I think
16 I need a 10-minute break.
17     VIDEO OPERATOR: Going off the record at
18 approximately 2:08 p.m.
19     (Recess.)
20     VIDEO OPERATOR: Okay. We're going back
21 on the record, and the time is approximately 2:17
22 p.m.

Page 163

1      MR. BROWDY: We have no further questions.
2          EXAMINATION
3      BY MR. KELBER:
4      Q  Dr. Craig, on the basis of your education,
5  your experience, and literature you may have read,
6  do you have an opinion as to the relative degree of
7  robustness in terms of cell culture conditions
8  contrasting a Chinese hamster ovary cell with, for
9  instance, a human neuron cell?
10     A  I know there's a vast range as to how well
11 different cells grow in culture. What in particular
12 grows better, I don't know. I think Chinese hamster
13 ovary cells are pretty robust.
14     Q  Could strength of cell culture growth be
15 one reason for selecting the secondary cell pathway
16 that is described in the '069 application?
17     A  Could be.
18     MR. KELBER: Nothing further.
19     MR. BROWDY: Thank you very much.
20     VIDEO OPERATOR: This concludes the
21 deposition of Nancy Craig. This is tape 5, and the
22 time is approximately 2:18 p.m.

Page 164

1      (Whereupon, at 2:18 p.m., the deposition
2  was concluded.)
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

Page 165

1      I HEREBY CERTIFY that I have read this
2  transcript of my deposition and that this transcript
3  accurately states the testimony given by me, with
4  the changes or corrections, if any, as noted.
5
6
7              X
8
9
10
11 Subscribed and sworn to before me this    day of
12          , 20
13
14
15
16              X
17              Notary Public
18
19
20
21 My commission expires:
22

Nancy Craig – September 29, 2003
Applied Research Systems v. Cell Genesys

Page 166

1
2
3    CONTENTS
4    WITNESS
5    NANCY L. CRAIG          EXAMINATION
6      by Mr. Rollins                5
7      by Mr. Browdy              110
8      by Mr. Kelber              163
9
10
11
12
13
14
15
16
17
18
19
20
21
22