# EXHIBIT 8, PART 1

# Transcript of the Testimony of **Jac Nickoloff**

**Date:** September 26, 2003
**Volume:** 1

**Case:** ARS v. Cell Genesys

Printed On: October 1, 2003

Ace-Federal Reporters, Inc.
Phone: 202-347-3700
Fax: 202-737-3638
Email: info@acefederal.com
Internet:

INTERFERENCE 105,114
ARS V. CELL GENESYS
EXHIBIT 2057

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 1

1    UNITED STATES PATENT AND TRADEMARK OFFICE

2    ————————

3    BEFORE THE BOARD OF PATENT APPEALS

4    AND INTERFERENCES

5    (Administrative Patent Judge Michael P. Tierney)

6

7    APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.

8    Junior Party

9    (Patent 5,272,071)

10    vs.

11    CELL GENESYS, INC.

12    Junior Party

13    (Application 08/102,390)

14

15    Patent Interference No. 105,114

16    _____

17    DEPOSITION OF JAC A. NICKOLOFF.

18

19

20    Washington, DC

21    Friday, September 26, 2003

22

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

**Page 2**

1    Deposition of JAC A. NICKOLOFF, called for
2    examination pursuant to notice of deposition, on
3    Friday, September 26, 2003, in Washington, DC, at
4    the offices of Piper Rudnick, 1200 19th Street NW,
5    at 9:01 a.m., before SARA EDGINGTON, a Notary Public
6    within and for the District of Columbia, when were
7    present on behalf of the respective parties:
8        JAMES J. KELLY, ESQ.
9        ALTON D. ROLLINS, ESQ.
10       Oblon Spivak McClelland Maier & Neustadt
11       1940 Duke Street
12       Alexandria, Virginia 22314
13       703-413-7058
14       On behalf of Applied Research
15
16       ROGER L. BROWDY, ESQ.
17       Browdy and Neimark
18       624 9th Street NW
19       Washington, DC 20001
20       202-628-5197
21       On behalf of Applied Research
22          --continued--

**Page 3**

1    APPEARANCES (CONTINUED):
2
3        STEVEN B. KELBER, ESQ.
4        PING WANG, ESQ.
5        Piper Rudnick
6        1200 19th Street NW
7        Washington, DC 20036
8        202-861-6675
9        On behalf of Cell Genesys
10
11   ALSO PRESENT:
12       JENNY CARDEN, Video Operator
13
14
15
16
17
18
19
20
21
22

**Page 4**

1           PROCEEDINGS
2        VIDEO OPERATOR:  This is the video
3    deposition of Dr. Jac Nickoloff taken on behalf of
4    the Plaintiff in the matter of Applied Research
5    Systems ARS Holding, NV, versus Cell Genesys,
6    Incorporated, for the U.S. Patent and Trademark
7    Office, Patent Interference Number 105114.
8        This deposition is being held at Piper
9    Rudnick, 1200 19th Street Northwest, Washington,
10   D.C. 20036.  The date is September 26, 2003.  The
11   time is approximately 9:01 a.m.
12       The court reporter today is Sara Edgington
13   from Ace-Federal.  And my name is Jenny Carden, and
14   I'm from Beta Reporting.
15       Will the attorneys please introduce
16   themselves and who they represent.
17       MR. KELLY:  This is Jim Kelly, and I
18   represent ARS Holdings.
19       MR. ROLLINS:  Alton Rollins, ARS Holdings.
20       MR. KELBER:  Steven Kelber for Cell
21   Genesys.
22       MS. WANG:  Ping Wang for Cell Genesys.

**Page 5**

1        VIDEO OPERATOR:  And please swear in the
2    witness.
3    Whereupon,
4           JAC A. NICKOLOFF
5    was called as a witness and, having first been duly
6    sworn, was examined and testified as follows:
7           EXAMINATION
8        BY MR. KELLY:
9        Q   Good morning.
10       A   Good morning.
11       Q   Before we get into the questions, one
12   thing I'm required to do is just remind you -- I
13   will read this directly -- you are to ask me and not
14   Mr. Kelber for any clarifications, definitions, or
15   explanations of any words during the course of the
16   deposition, and -- even though he's more charming
17   than I am.
18       MR. KELBER:  No objection.
19       MR. KELLY:  I'm going to hand
20   Dr. Nickoloff a copy of your CV, which is Cell
21   Genesys Exhibit 2002.
22       MR. KELBER:  Do you have a copy for us?

2 (Pages 2 to 5)

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 6

```
1      MR. KELLY: Yes.
2      BY MR. KELLY:
3      Q  If you wouldn't mind, would you state your
4  name, professional address, and title for the
5  record.
6      A  Right. My name is Jac A. Nickoloff. I'm
7  a professor and chair in the department of
8  microgenetics and microbiology at the University of
9  New Mexico, school of medicine, in Albuquerque.
10      Q  And this is a copy of your CV?
11      A  Yes, it is.
12      Q  In the course of your scientific career,
13  have you studied -- and -- when I say "studied," I
14  mean laboratory direct research as opposed to
15  general literature reading -- gene expression and
16  heterochromatin at any point?
17      MR. KELBER: Could I hear the question
18  back, please.
19      (The reporter read the record as requested.)
20      MR. KELBER: Objection as to form. You
21  can answer.
22      THE WITNESS: No.
```

Page 7

```
1      BY MR. KELLY:
2      Q  So would you agree that you're not an
3  expert on gene expression and heterochromatin?
4      A  That's correct.
5      Q  And so are you familiar with Cell Genesys?
6      A  Not really, no.
7      Q  Do you own stock or stock options in Cell
8  Genesys?
9      A  No, I don't.
10      Q  Does Cell Genesys provide any financial
11  support to your laboratory?
12      A  No, they haven't.
13      Q  Are you familiar with transkaryotic
14  therapies, which is commonly known as TKT?
15      A  No, I'm not --
16      Q  Do you own stock or stock options in TKT?
17      A  No, I don't.
18      Q  And does TKT provide any financial support
19  to your laboratory?
20      A  No, they don't.
21      Q  Okay. Are you being paid for serving as a
22  witness in this interference case?
```

Page 8

```
1      A  Yes, I am.
2      Q  Who is paying you?
3      A  Piper Rudnick has contracted for my
4  services.
5      Q  Okay. And how much are you being paid?
6      A  My rate is $375 an hour, and for time at
7  their offices, $3500 a day.
8      Q  Do you know how much you've been paid to
9  date?
10      A  About -- a little under $6000 to date.
11      Q  Okay. Thank you. I'd like to hand
12  Dr. Nickoloff a copy of U.S. patent 5,272,071, which
13  is the ARS patent in the interference, and it's ARS
14  3004.
15      MR. KELBER: Could we make Roger of
16  record? I don't think he was here when we did
17  introductions.
18      MR. KELLY: Sure. Roger, if you could
19  state your name and the party you represent.
20      MR. BROWDY: Roger Browdy representing
21  ARS.
22      BY MR. KELLY:
```

Page 9

```
1      Q  Funny question, but have you ever seen
2  this patent?
3      MR. KELBER: You haven't handed the
4  witness a copy.
5      THE WITNESS: You gave one to Steve, but
6  not me.
7      MR. KELBER: I would be glad to answer
8  your question.
9      THE WITNESS: Yes, I've seen this patent.
10      BY MR. KELLY:
11      Q  Have you studied this patent in detail?
12      A  Yes, I have.
13      Q  And are you familiar with the claims at
14  the end of the patent? That would be starting, if
15  you want to turn to column 25 --
16      A  You mean all of the claims or just the
17  last claims of the set?
18      Q  If you turn to column 25, starting at the
19  bottom there where it says "what is claimed is" --
20      A  All right.
21      Q  -- going on for the next few pages. So
22  this claim 1 --
```

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 10

1　A　Right.
2　Q　-- through --
3　A　Yes, I'm familiar with the claim.
4　Q　Have you studied the claims in detail?
5　A　Yes, I have.
6　Q　Have you studied or reviewed at all the
7　prosecution history of this patent at the U.S.
8　Patent and Trademark Office?
9　A　No, I have not.
10　Q　So I'd like to hand Dr. Nickoloff a copy
11　of the ARS application. The serial number is
12　07,893,447, as it was originally filed, and that's
13　ARS Exhibit 3014.
14　　It looks like we didn't bring that exhibit
15　with us, so I'd like to go back to ARS Exhibit 3004,
16　the patent that we just looked at.
17　A　Okay.
18　Q　I'd like to ask you to turn to column 5,
19　and if you could read the first sentence of that
20　column. So that goes from beginning at line 1 down
21　to line 3.
22　A　All right. First sentence?

Page 11

1　Q　Yes, please.
2　A　"The present invention provides a method
3　of modifying the expression characteristics of a
4　gene within the genome of a cell line or
5　microorganism."
6　Q　So do you agree that the sentence that you
7　just read makes the distinction between "cell line"
8　and a "microorganism"?
9　　MR. KELBER: Objection.
10　　THE WITNESS: Yes, I would agree.
11　　BY MR. KELLY:
12　Q　Okay. If you could turn to column 4 of
13　the same patent.
14　　MR. KELBER: Hang on one second. I just
15　want to see the front page. Counsel, since the
16　document that the witness has been given doesn't
17　bear an exhibit number and you've been saying "the
18　patent" for a while, could you confirm that we're
19　talking about 5,272,071, which both parties have
20　submitted with different exhibit numbers?
21　　MR. KELLY: Sure, that's 5,272,071, which
22　is -- I'll check our official list -- ARS Exhibit

Page 12

1　3004.
2　　MR. KELBER: Thank you. And it's
3　submitted as Cell Genesys Exhibit 2046.
4　　BY MR. KELLY:
5　Q　If you could turn to column 4, and if you
6　could read the paragraph that begins at line 32.
7　"It is still" are the first three words.
8　A　Uh-huh. "It is still another object of
9　the present invention to provide a method of
10　modifying the expression characteristics of a gene
11　of interest by inserting DNA regulatory segments
12　and/or amplifying segments into the genome of a
13　stable cell line or a cloned microorganism upstream
14　of, within, or otherwise proximal to the native gene
15　of interest."
16　Q　If you could please read the next
17　paragraph beginning at line 39.
18　A　"It is still a further object of the
19　present invention to provide a method for modifying
20　the expression characteristics of a gene which is
21　naturally present within the genome of a stable cell
22　line or cloned microorganism and at the same time

Page 13

1　insert characteristics which will aid in the
2　selection of cells which have been properly
3　modified."
4　Q　And if I could also ask you to read the
5　paragraph that begins at line 55 in the same column.
6　A　"It is the further object of the present
7　invention to provide cell lines and microorganisms
8　which include the genomes in accordance with the
9　present invention."
10　Q　Do you agree that the paragraphs that you
11　just read make a distinction between "cell lines"
12　and "microorganisms"?
13　　MR. KELBER: Objection as to form.
14　　THE WITNESS: Yes, I would agree.
15　　MR. KELLY: Okay. Thank you. I'm going
16　to hand Dr. Nickoloff a copy of -- it's going to be
17　ARS Exhibit 3029, and it's a copy of the Patent
18　Cooperation Treaty, PCT, international preliminary
19　examination report for international application,
20　serial number PCT/US 90/07642.
21　　BY MR. KELLY:
22　Q　Would you turn to -- it's about two-thirds

4 (Pages 10 to 13)

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

**Page 14**

1  of the way through the document, the page marked
2  substitute sheet 43.
3      A  Yes.
4      Q  If you could read from the first line on
5  that page down to the comma on line 5, basically the
6  first clause of claim 1 there. When I say read the
7  typewritten text, you can just ignore the
8  handwritten.
9      A  Okay. "1. A method of activating a
10  normally transcriptionally silent gene within the
11  genome of a cell line so as to enable said cell line
12  to express the gene product of said gene."
13      Q  And if I could ask you to go back to the
14  '071 patent, and if you could turn back to the
15  beginning of the claims, which again was on column
16  25 at the bottom, and beginning at about -- it's
17  line 57. Essentially, it's the first clause of
18  what's claim 1 in the patent. It starts "a method
19  of activating." If you could just read that first
20  clause again.
21      MR. KELBER: Counsel, I will let you keep
22  on going, but I think the witness has demonstrated

**Page 15**

1  his proficiency reading English. If you want him to
2  do something with it, I don't know what the point of
3  reading this into the record is.
4      MR. KELLY: We'll get there.
5      MR. KELBER: Well, you misunderstand the
6  nature of my objection.
7      Go ahead and read aloud for counsel.
8      THE WITNESS: So what -- starting at "what
9  is claimed is 1"?
10      BY MR. KELLY:
11      Q  Yes, thank you.
12      A  And how far?
13      Q  To get to the first comma.
14      A  Okay. "A method of activating a
15  predetermined normally transcriptionally silent gene
16  within the genome of a cell line so as to enable
17  said cell line to express the gene product of said
18  gene."
19      Q  Do you agree that the first phrase of
20  claim 1 of Exhibit 3029 that you read differs from
21  the clause of claim 1 of the '071 patent by the
22  deletion of "microorganism or"?

**Page 16**

1      MR. KELBER: Objection as to form. Could
2  I hear that question back?
3      THE WITNESS: Yeah, I don't understand the
4  question.
5      (The reporter read the record as requested.)
6      MR. KELBER: I'm really sorry. I
7  apologize. I want to hear that one more time.
8      MR. KELLY: No, Steve, you're right,
9  you're right.
10      I'd like to hand Dr. Nickoloff a copy of
11  ARS Exhibit 3030. This is a copy of the notice of
12  allowability in serial number -- patent application
13  serial number 07,893,447.
14      BY MR. KELLY:
15      Q  Would you please read the paragraph that
16  bridges pages 2 and 3. If you keep going, there's
17  pages that are at the top marked with a 2 and a 3.
18      A  Okay.
19      Q  It's the paragraph bridging. It starts on
20  page 2 at the bottom and continues over to page 3.
21      A  Okay.
22      MR. KELBER: Do you want him to read this

**Page 17**

1  aloud?
2      MR. KELLY: If you wouldn't mind.
3      MR. KELBER: Note my objection.
4      THE WITNESS: "The following is an
5  Examiner's Statement of Reasons for Allowance: The
6  present invention relates to a method of activating
7  normally transcriptionally silent gene which becomes
8  activated by inserting a DNA construct operatively
9  linked to the gene of interest by homologous
10  recombination. Prior to the present invention there
11  was no evidence in the prior art of a process for
12  the modification of the expression characteristics
13  of a predetermined gene which is normally
14  transcriptionally silent (non-expressed) by
15  targeting a promoter with a DNA construct
16  operatively linked to the gene of interest in a cell
17  line by means of homologous recombination and thus
18  obtaining expression of a silent gene. Upon further
19  search, no other art was found that rendered the
20  claims anticipated or obvious. Therefore, the
21  claimed invention is novel, unobvious and patentable
22  over the prior art of record."

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

**Page 18**

1    BY MR. KELLY:
2    Q   Do you agree that the individual that
3    wrote this believed that the claims of the
4    application were patentable because they recited a
5    cell line --
6    MR. KELBER: I'm sorry. Go ahead.
7    BY MR. KELLY:
8    Q   -- and not a microorganism?
9    MR. KELBER: Objection as to form;
10    objection as to capacity.
11    THE WITNESS: Can you repeat the question?
12    BY MR. KELLY:
13    Q   Do you agree that the individual that
14    wrote this paragraph that you just read agreed to
15    allow the claims of this application because they
16    recited a cell line and not a microorganism?
17    MR. KELBER: Objection. Same objections.
18    THE WITNESS: Well, I'm not going to
19    pretend to understand what the person was thinking
20    when they wrote this. I suppose it's possible.
21    BY MR. KELLY:
22    Q   Okay.

**Page 19**

1    A   But I wouldn't -- I wouldn't necessarily
2    suggest that it would be more likely than an
3    alternative, which they didn't think that the prior
4    art -- it seems just as likely that they would
5    equate microorganism and cell line but did not know
6    about the prior microorganism prior art.
7    Q   Okay. And do you agree that the term
8    "cell line," which we've read in several passages
9    from the '071 patent, doesn't embrace
10    microorganisms?
11    A   The way I would interpret the term "cell
12    line" is in any discussion where the term "cell
13    line" and "microorganism" are used together --
14    distinguished, then there could be a distinction.
15    Where you just use the word "cell" or "cell line,"
16    there's no distinction.
17    Q   Do you agree that the term "microorganism"
18    as used in the '071 patent embraces bacteria and
19    yeast?
20    MR. KELBER: Objection as to capacity.
21    THE WITNESS: Could you repeat the
22    question?

**Page 20**

1    BY MR. KELLY:
2    Q   Do you agree that the term "microorganism"
3    as used in the '071 patent embraces bacteria and
4    yeast?
5    MR. KELBER: Note my objection.
6    THE WITNESS: Yes, I would agree.
7    MR. KELLY: Let the record show that I'm
8    handing Dr. Nickoloff a copy of the declaration of
9    Jac A. Nickoloff, which is Cell Genesys Exhibit
10    2029.
11    BY MR. KELLY:
12    Q   Are you familiar with this document?
13    A   Yes, I am.
14    Q   Did you write or type this document?
15    A   I typed parts of it, edited all of it.
16    Q   Who typed the remainder or wrote the
17    remainder?
18    MR. KELBER: Objection as to form.
19    THE WITNESS: This document was prepared
20    -- cooperation with myself, Dr. Sue Jensen, Piper
21    Rudnick, and Steve Kelber, also Piper Rudnick.
22    BY MR. KELLY:

**Page 21**

1    Q   Who prepared the first draft?
2    A   The first draft was prepared by either
3    Dr. Jensen or Steve Kelber.
4    Q   And how many drafts were there in all?
5    A   Four or five.
6    Q   Okay. Can you just describe the process
7    that led to the declaration as it was filed?
8    A   Right. So patents in question and a
9    number of references of my own -- from my own
10    sources, as well as ones provided to me by Dr.
11    Jensen were materials that I reviewed over a period
12    of weeks, and through discussions over e-mail,
13    telephone calls, various points were laid out. And
14    after that, a draft was sent to me.
15    Q   And what happened after the draft was sent
16    to you?
17    A   Well, that's when I began editing and
18    adding and subtracting materials.
19    Q   Is this your signature at the bottom of
20    page 16?
21    A   Yes, it is.
22    Q   And did you study this document before you

6 (Pages 18 to 21)

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 22

1  signed it?
2      A   Yes, I did.
3      Q   And if you could turn to paragraph 10.
4  And I'd like to refer to this as your "first
5  declaration," if that's okay.
6      A   Uh-huh.
7      Q   And this is a short paragraph. If I could
8  just ask you to read paragraph 10.
9      A   "I also note that the 'cellular genome' or
10 'cell line' that is specified in claims 1-8, 13-25
11 is not otherwise qualified, and therefore, appear to
12 embrace both prokaryotic (e.g., bacteria) and
13 eukaryotic cells."
14     Q   In this paragraph, you're referring to
15 specific claims. Are you referring to the '071
16 patent, the ARS patent in the interference?
17     A   Yes, I am.
18     Q   So based on this paragraph of your first
19 declaration, is it your opinion that prokaryotic
20 cells are cell lines?
21     MR. KELBER:  Objection as to form.
22     THE WITNESS:  As I've mentioned

Page 23

1  previously, the term "cell line" is reasonably vague
2  in this field. It can be described -- either
3  specified as a million or other higher eukaryote or
4  encompass any type of cell. In this context, what
5  I'm talking about is that lack of distinction.
6      BY MR. KELLY:
7      Q   Do you know of any reference from the
8  scientific literature which supports that view?
9      A   Well, I think this is a semantic issue
10 more than anything else. There are people who spend
11 a lot of time discussing the distinctions between
12 cell lines, cell strain, cell whatever. What's
13 known in biology has been known for quite some time,
14 is that even the most primitive cells, bacteria,
15 share an incredible amount of homology in terms of
16 protein structure function with cells of the highest
17 orders.
18     Q   Okay.
19     A   So many biologists, myself included, I
20 believe would agree that a cell is a cell.
21     Q   So from the portions of the '071 patent
22 that you've read, is it clear that the use of the

Page 24

1  term "cell line" is used consistently to exclude
2  microorganisms?
3      A   No, it's not clear.
4      Q   And why isn't it clear?
5      MR. KELBER:  Objection as to form.
6      THE WITNESS:  It's not clear, because in
7  the '071 patent they talk about activating -- any
8  gene or any silent gene in any cell. That's how I
9  read the '071 patent.
10     BY MR. KELLY:
11     Q   So then why doesn't the expression "a cell
12 line or microorganism" as recited in, for example,
13 column 5, line 3, of the '071 patent, how doesn't
14 that exclude microorganisms from the definition of
15 "cell line"?
16     MR. KELBER:  Objection as to form.
17     THE WITNESS:  Which column are we talking
18 about?
19     BY MR. KELLY:
20     Q   That was just an example of the recitation
21 of cell line or microorganism used in the '071
22 patent. It's column 5 at line 3. And again, we had

Page 25

1  looked at portions, I believe at column 4 --
2      A   Could you repeat the question?
3      Q   Well, the question is, how -- as the terms
4  are used in the '071 patent, can you explain how the
5  term "cell line" does not exclude microorganisms?
6      MR. KELBER:  Objection as to form.
7      THE WITNESS:  As I said before, if you
8  write it with both terms and you distinguish between
9  them, you can make a distinction.
10     BY MR. KELLY:
11     Q   Okay. Thanks.
12     A   That's the only way to describe that.
13 When you write a sentence, a cell line or a
14 microorganism, you are encompassing all cells.
15     Q   Okay.
16     A   So in that respect, it's irrelevant
17 whether you distinguish them or not.
18     Q   Okay. Thank you. I'd like to hand
19 Dr. Nickoloff a copy of ARS Exhibit 3019. It's the
20 Darnell, et al., textbook "Molecular Cell Biology."
21 It's ARS Exhibit 3019.
22     Sorry for the delay. Are you familiar

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 26

1  with this textbook?
2    A  No.
3    Q  Okay. These are pages 960 to, I believe,
4  it's 967, if you would like to familiarize yourself
5  with those pages.
6    MR. KELBER: Do you want him to read them
7  all?
8    MR. KELLY: No.
9    BY MR. KELLY:
10    Q  The first question is simply would you
11  agree that these pages from this textbook describe
12  cell lines, properties of cell lines.
13    MR. KELBER: Objection as to form.
14    While the witness is reviewing the
15  document, can I hear that question again, please.
16    (The reporter read the record as requested.)
17    MR. KELBER: Thank you.
18    BY MR. KELLY:
19    Q  And a follow-up question, is there any
20  description in these pages --
21    MR. KELBER: Are you withdrawing the first
22  question?

Page 27

1    MR. KELLY: No.
2    MR. KELBER: Let's let the witness answer
3  the first question, then, please.
4    THE WITNESS: Yeah, these pages describe
5  some aspects of cell lines.
6    BY MR. KELLY:
7    Q  Okay. Thank you. Is there any
8  description of prokaryotic cells within these pages?
9    A  Not that I can see.
10    Q  Would you agree that all of the cells
11  described in these pages are eukaryotic cells?
12    A  They appear to be,
13    Q  Okay. Thank you. Is there any
14  description of yeast or yeast cells in these pages?
15    A  These pages focus on -- they begin with a
16  introductory paragraph, has to do with cell cultures
17  and cancer research. So it's not surprising that
18  since yeast cells don't get cancer that there's not
19  going to be any discussion of those types of cells.
20  That's not to say that yeast cells are not important
21  in cancer research, because I've been funded to do
22  yeast cell research by NCI for more than 10 years

Page 28

1  now.
2    Q  Okay.
3    MR. KELLY: I'd like to hand Dr. Nickoloff
4  a copy of the ATCC Catalogue of Cell Line &
5  Hybridomas, it's the 7th Edition, and this will be
6  Exhibit ARS 3025, and I apologize for the size.
7    BY MR. KELLY:
8    Q  Can you identify this book?
9    A  I'm familiar with ATCC and what they do.
10    Q  Okay. Just briefly describe the contents
11  of this book.
12    MR. KELBER: Note my objection to
13  requiring a brief description of over 530 pages of
14  text.
15    MR. ROLLINS: Can we go off the record for
16  a moment.
17    VIDEO OPERATOR: Going off the record at
18  approximately 9:39 a.m.
19    (Discussion off the record.)
20    VIDEO OPERATOR: Going back on the record
21  at approximately 9:40 a.m.
22    BY MR. KELLY:

Page 29

1    Q  I will withdraw the last question. What
2  is the nature of this document?
3    A  Is this a catalog of cell lines and
4  hybridomas provided by the ATCC. And it's published
5  in 1992.
6    Q  Can you explain what the ATCC is and what
7  its function is?
8    A  Well, I'm not completely sure. I think
9  it's a nonprofit, basically a cell line repository.
10  It's a company that provides cell lines and other
11  materials, plasma, DNAs. I've sent my own yeast
12  cell cultures to ATTC. They're on record in there.
13  It's a general holding company of a sort for
14  distributing scientific materials -- not just cell
15  lines but many other types of biologicals -- out to
16  scientists, at modest fees.
17    Q  Would you agree the ATCC is a worldwide
18  authority, worldwide recognized authority for the
19  deposit and storage of biological materials?
20    A  Yeah, I would agree with that.
21    Q  Okay. Now, I recognize this book is 3
22  pounds, and there's a lot of text in it. There's a

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 30

1  lot of deposited cells. Are any of the cells
2  described in this book prokaryotic cells? And I
3  note that there's a species index in the back of the
4  book that begins on page 464. It categorizes the
5  cells that are listed in this book, obviously by
6  their species, and it continues on to page 477.
7      A    Okay. What was the question?
8      Q    The question, are any of the cell lines
9  described in this book prokaryotic cells?
10     A    No, they don't appear to be.
11     Q    Okay. Are any of the cell lines described
12  in this book bacterial cells, bacteria cells?
13     A    Bacteria would be prokaryotic.
14     Q    Are any of the cell lines described in
15  this book yeast?
16     A    Not according to that index.
17     Q    Okay. Thank you. I'd like to hand
18  Dr. Nickoloff a copy of the book entitled "ATCC
19  Yeasts." It's going to be ARS Exhibit 3026. Could
20  you describe the nature of this document?
21     A    This is much like the last one, only now
22  we're focusing on various species of yeast.

Page 31

1      Q    Have you ever used this book in the course
2  of your scientific research?
3      A    I've used on-line versions of it, I
4  believe. I mean, I assume that what they publish
5  and print on-line is more or less the same.
6      Q    Do you think you've ordered from this
7  catalog in an on-line version?
8      A    I'm not sure I've ordered yeast strains,
9  but I know that they have vectors at the end, and I
10  have ordered yeast vectors.
11     Q    Is there any use of the term "cell line"
12  in describing the yeast that are listed in this
13  catalog?
14         MR. KELBER: Objection as to form.
15         THE WITNESS: I have no idea.
16     BY MR. KELLY:
17     Q    I ask you to turn to page 1. Would you
18  agree that the yeasts that are described within the
19  following pages of this catalog are generally
20  referred to as strains, based on what's at the top
21  of the page?
22         MR. KELBER: Can I hear that question

Page 32

1  back, please,
2         (The reporter read the record as requested.)
3         MR. KELBER: Objection as to form.
4         THE WITNESS: Yes.
5         MR. KELLY: Okay. Thank you. I'd like to
6  hand Dr. Nickoloff a copy of what will be ARS
7  Exhibit 2031. This is a copy of the ATCC catalog of
8  bacteria and bacteriophages.
9      BY MR. KELLY:
10     Q    Can you identify the general nature of
11  this book?
12     A    As the ones before, it's another catalog
13  dealing with cell types from, in this case,
14  bacteria, and it also appears to include
15  bacteriophages, which are viruses that infect
16  bacteria. This was published in 1989.
17     Q    Okay. If you would turn to the table of
18  contents, which is small III. It's marked
19  "contents" at the top.
20     A    Uh-huh.
21     Q    Is the term "cell line" used anywhere
22  within this table of contents on this page?

Page 33

1      A    No.
2      Q    Have you ever ordered any items from this
3  catalog in the course of your scientific research?
4      A    No.
5      Q    Are any of the bacteria that are described
6  in this catalog described as cell lines?
7      A    I would have no idea.
8      Q    If you turn to page 1, just a few pages in
9  from there. Are any of the cells described on page
10  1 described as cell lines?
11         MR. KELBER: Objection as to form.
12         THE WITNESS: Actually, they're not
13  described as either cell lines or strains for that
14  matter.
15     BY MR. KELLY:
16     Q    Would you agree based on the --
17     A    They're described as species.
18     Q    Based upon what's written in bold at the
19  top, "bacteria" --
20     A    They're described as bacteria.
21     Q    Okay. Not cell lines?
22     A    That's correct.

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 34

1    Q   Do you agree that the ATCC has published
2  separate catalogs for bacteria, yeast, and cell
3  lines?
4    A   Yes.
5    Q   Okay. And wouldn't you agree that the
6  fact that ATCC publishes separate catalogs for
7  bacteria, yeast, and cell lines indicates, means
8  that yeast and bacteria are not cell lines?
9        MR. KELBER: Objection as to form and
10  capacity.
11       THE WITNESS: In their opinion, I suppose
12  you could conclude that. In my opinion, a cell is a
13  cell.
14     BY MR. KELLY:
15    Q   Do you agree that yeast are
16  microorganisms?
17    A   Yes.
18    Q   And do you agree that bacteria are
19  microorganisms?
20    A   Yes.
21       MR. KELLY: I note that we've gone for 50
22  minutes. Do you want to take a break or keep going?

Page 35

1        MR. KELBER: It depends upon how the
2  witness feels.
3        THE WITNESS: We're fine.
4        MR. KELLY: Okay.
5        MR. KELBER: But I do appreciate the
6  offer.
7        MR. KELLY: I'd like to hand Dr. Nickoloff
8  a copy of the Nasmyth publications, which are Cell
9  Genesys Exhibits 2008 and 2009.
10     BY MR. KELLY:
11    Q   Do you recognize both of these documents?
12    A   Yes, I do.
13    Q   Okay. Have you studied these documents?
14    A   Yes.
15    Q   Do these documents, references, relate to
16  gene expression in yeast?
17    A   Yes.
18    Q   Is gene expression in any other organism
19  other than yeast described in these -- in either of
20  these documents?
21       MR. KELBER: Objection; compound.
22       THE WITNESS: I don't believe so.

Page 36

1     BY MR. KELLY:
2    Q   Okay. And what gene was Nasmyth targeting
3  in what I like to refer to as the Nasmyth 1985
4  document, which is Exhibit 2008?
5        MR. KELBER: Objection as to form.
6        THE WITNESS: This gene is called HO.
7     BY MR. KELLY:
8    Q   And what gene was Nasmyth targeting in the
9  1987 publication, which is Exhibit 2009?
10       MR. KELBER: Same objections.
11       THE WITNESS: The same gene.
12     BY MR. KELLY:
13    Q   Okay. HO?
14    A   Yes.
15    Q   Thank you. Could you describe the nature
16  of the experiments described in the Nasmyth
17  documents?
18    A   Yes. The basic plan here is to replace
19  the native or part of the native promoter from the
20  HO gene with other regulatory elements. I know in
21  one case, they use a GAL promoter, a very common
22  promoter in yeast work.

Page 37

1    Q   Okay. Can you explain why, the purpose
2  why Nasmyth was performing these experiments?
3    A   The purpose of the experiments are to
4  understand how the HO gene expression is regulated
5  through its promoter elements. It turns out that
6  it's a very complicated gene expression pattern and
7  has three different components, and Nasmyth was
8  interested in dissecting those three components at
9  the promoter level.
10    Q   Are these experiments related to what's
11  known as mate type switching in yeasts?
12    A   Mating type switching.
13    Q   Thank you. Is that a phenomenon that
14  occurs in eukaryotic cells?
15    A   Mating type switching is a form of -- at
16  its heart is a form of gene regulation that involves
17  homologous recombination. That's very common in all
18  organisms. It's seen in trypanosomes, which are
19  microorganisms. It's another type of microorganism
20  that's seen during immune development in mammalian
21  cells.
22     The basic process involves a double-strand

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 38

1  break at a locus made by an enzyme, in this case HO,
2  and then there's some repair events that occur. And
3  that leads to rearrangements of your genome, of that
4  particular genome. And those rearrangements lead to
5  altered changes in gene expression. And the field
6  is quite large.
7     Q  Does it occur in eukaryotic cells?
8     A  Mating-type switching, per se?
9     Q  Yes.
10    A  Yes.
11    Q  Can you identify what types of cells?
12    A  Yeast cells.
13    Q  I'm sorry, eukaryotic cells other than
14 yeast.
15    A  Okay. This yeast is called
16 Schizosaccharomyces. There's another species called
17 Schizosaccharomyces pombe also called a yeast, but
18 actually quite different evolutionary from this
19 yeast, and it also occurs there. I don't know of
20 other organisms where it would occur or doesn't
21 occur.
22    Q  Does it occur in mammalian cells?

Page 39

1     A  Not that I know of.
2     Q  Does the product of the HO gene that you
3  just told us that they're targeting within these
4  documents, does it have any therapeutic utility that
5  was known to those skilled in the field in 1989?
6     MR. KELBER: Objection; form and scope.
7     THE WITNESS: In 1989, this enzyme was
8  recognized by myself and many other people for
9  having the interesting property of being able to
10 cleave DNA at what amounts to an extremely large
11 restriction cite, much larger than your average
12 restriction enzyme. Because of its large size,
13 it -- statistically this cite would occur at
14 extremely low frequencies.
15    In fact, it can be calculated that enzymes
16 of this class -- and now there are several known --
17 have less than one chance of cleaving per genome,
18 even in the largest known genomes, mammalian
19 genomes, for example. This ability to make breaks
20 at a specific site was recognized early as a very
21 powerful tool for -- potentially in -- for modifying
22 genomes through homologous recombination. At that

Page 40

1  time it was also known that double strand breaks
2  made by enzymes like this were highly
3  recombinogenic.
4     So the HO nuclease gene, that nuclease
5  that's produced, wasn't thought up in terms of
6  therapeutics like you would think of insulin or
7  other types of proteins that might be deficient in a
8  particular patient, but its utility as a potential
9  genome modifying agent was recognized in a much
10 broader sense for therapeutic value.
11    BY MR. KELLY:
12    Q  Okay. Thank you. Would you please
13 describe the techniques of genetic manipulations
14 that Nasmyth used to modify the yeasts that are
15 described in these documents.
16    MR. KELBER: Objection as to form. You
17 can answer.
18    THE WITNESS: At this time he was using
19 standard technology to target the native HO gene
20 which exists on -- I don't know which chromosome,
21 but had been cloned, sequenced. The ability to do
22 gene targeting in yeast have been around for some

Page 41

1  time at that point, and he did a simple -- there's
2  two basic types of gene targeting that people do in
3  yeast, in any cell for that matter.
4     I'm not sure exactly which of the two he
5  used here, but ultimately it leads to replacement of
6  the native sequencing with some other sequences. In
7  this case the GAL sequences are replacing a part of
8  the natural HO nuclease promoter.
9     BY MR. KELLY:
10    Q  So in this procedure, how many homologous
11 recombination steps are used?
12    A  If you're talking about the final stage
13 where you're actually doing the targeting --
14    Q  Start to finish.
15    A  Start to finish you need to do recombinant
16 DNA in bacteria, in plasmas, so there's a number
17 of -- those aren't homologous recombination steps.
18    Q  Is the question specifically toward homologous --
19    Q  Yeah, the question is how many homologous
20 recombination steps are carried out in the yeast, in
21 the yeast only?
22    A  Either one or two.

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 42

1    Q   Is it one or two?
2    A   It depends on which of the two techniques
3    you use. One's called replacement or
4    transplacement, and that's a single-step, ends-out
5    homologous recombination procedure where the two
6    ends -- where the incoming DNA replaces the DNA
7    present in a single step. In the second procedure,
8    which is often called two-step replacement, you use
9    an ends-in vector. It produces a duplication, and
10   then subsequently, the yeast performs secondary
11   spontaneous homologous recombination event to --
12   where the duplication is resolved back into a single
13   copy, and replacement occurs at that stage.
14   Q   Okay. Referring to the paragraph in small
15   text under table 1 in the 1987 Nasmyth publication
16   that's Exhibit 2009 and the table above. How many
17   homologous recombination steps were used to make the
18   yeast described within that table?
19       MR. KELBER:  Objection as to form.
20       THE WITNESS:  It doesn't specify. To
21   determine that, I would have to look at the
22   materials and methods section.

Page 43

1        BY MR. KELLY:
2    Q   Okay. Could you please do that?
3    A   Okay. Well, that's a short section. It
4    refers back to the 1985 paper.
5    Q   And if you could refer back to the 90 --
6    or the '85 publication as necessary.
7        MR. KELBER:  Referring to Exhibit 2008?
8        MR. KELLY:  2008.
9        THE WITNESS:  Okay. On page 220.
10       BY MR. KELLY:
11   Q   In which?
12   A   On the various --
13   Q   In 2008?
14   A   Yeah. Exhibit 2008 on page 220 in the
15   second column under "experimental procedures," the
16   first paragraph is "yeast media, genetics, and
17   transformation," and the second paragraph within
18   that paragraph, "all HO transplacements were
19   performed by cotransformation." And use of the term
20   "transplacement" indicates that it was a single-step
21   replacement involving ends-out recombination
22   vectors.

Page 44

1        Q   Okay. Do you agree that in the
2    methodology used to arrive at the modified yeast
3    that are described in the 2009 reference, that
4    there's a first homologous recombination step in
5    which the HO gene is disrupted? And again, please
6    feel free to take your time and look at either or
7    both of the references.
8    A   Repeat that question, please.
9    Q   Do you agree that in the methodology that
10   was used to arrive at the modified yeast in the
11   Nasmyth 1987 publication, 2009, was there a first
12   homologous recombination step carried out in which
13   the HO gene was disrupted?
14   A   Okay. One more time the question.
15       (The reporter read the record as requested.)
16       THE WITNESS:  Yes.
17       BY MR. KELLY:
18   Q   Okay. Do you agree that in the same
19   methodology used to arrive at the yeast in the
20   Exhibit 2009, that there was a second step of
21   homologous recombination in which the GAL promoter
22   was inserted again by homologous recombination which

Page 45

1    resulted in essentially the uninterruption,
2    undisruption of the gene that allowed it to be
3    expressed?
4        MR. KELBER:  Objection as to form.
5        THE WITNESS:  It appears that after the
6    first HO knock-out, he came back in and used
7    homologous recombination to introduce his promoter
8    infusions and other variations on that.
9        BY MR. KELLY:
10   Q   Okay. Thanks. I'd like to show
11   Dr. Nickoloff a copy of what will be ARS Exhibit
12   3027, figure 1. Dr. Nickoloff, would you agree that
13   the figure shown here is a pictorial representation
14   of the first step -- the first homologous
15   recombination step that Nasmyth used to arrive at
16   the yeasts that are described in the 1987
17   publication, the Exhibit 2009?
18   A   Yes, it appears to be a close
19   approximation of what he described in his paper.
20   Q   Okay. I'd like to also show Dr. Nickoloff
21   what will be ARS Exhibit 3028, figure 2. This is
22   ARS Exhibit 3028, figure 2. And would you agree

12 (Pages 42 to 45)

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 46

1  that this is, again, a pictorial representation of
2  the second homologous recombination step that
3  Nasmyth describes to arrive at the yeast in the 1987
4  publication, Exhibit 2009?
5     A   Yes, it appears to be.
6     Q   Are there two separate homologous
7  recombination steps like those described by Nasmyth
8  described in the '071 patent?
9     MR. KELBER:  Objection as to form.
10    THE WITNESS:  No, but I should -- I'd like
11 to go on record as saying that this two-step
12 procedure is completely unnecessary.
13    BY MR. KELLY:
14    Q   Okay.  So how many homologous
15 recombination steps are there in the methodology
16 described in the '071 patent?
17    MR. KELBER:  Objection as to form.
18    THE WITNESS:  As shown in Exhibit 3028
19 where you get a replacement of a locus with a
20 modified locus, it can be done in one step.
21    BY MR. KELLY:
22    Q   The question I asked is, how many

Page 47

1  homologous recombination steps are there in the
2  methodology described in the '071 patent?
3     A   One step.
4     Q   One step.  Okay.  Thank you.
5        So would you agree that the manipulations
6  described by Nasmyth are not exactly the same as the
7  manipulations described in the '071 patent?
8     A   No.  As I said, they are exactly the same.
9  What Nasmyth did in two steps he could have easily
10 accomplished in one.
11    Q   But it was done in two steps?
12    A   The reason he did it in two steps, as he
13 describes it at some length, is more of a
14 convenience issue.  It's not an essential feature of
15 the system.  In fact, prior to the Nasmyth paper,
16 people had shown that you could do these one-step
17 replacements.
18        And in fact, the second step of Nasmyth is
19 a one-step replacement.  He happens to have
20 previously disrupted the locus, but that's a
21 specific feature of that system.  It's not a
22 necessary requirement of the gene targeting

Page 48

1  strategy, per se.
2     Q   Okay.  Thank you.  Referring to your first
3  declaration, Exhibit 2029, in paragraph 15, there's
4  a sentence that reads "Instead, the understood
5  importance was that a silent gene could be activated
6  using a heterologous DNA regulatory segment."
7        Could you show me where in either of the
8  two Nasmyth documents that's 2008 or 2009 that that
9  statement's made?
10    MR. KELBER:  Objection as to form.
11    THE WITNESS:  So in the Nasmyth paper --
12    BY MR. KELLY:
13    Q   So the question is, can you find where
14 either of these documents state that the understood
15 importance is that a silent gene could be activated
16 using a heterologous DNA regulatory segment.
17    A   That statement is my statement.  It's not
18 Nasmyth's statement.
19    Q   It's not stated in Nasmyth, then?
20    A   No.  It's understood in Nasmyth.  It's not
21 stated.  It's a clear implication.  His focus was on
22 the regulation.

Page 49

1     Q   No, I think that's --
2     MR. KELBER:  You've got to let the witness
3  complete the answer.  You cannot cut off the
4  witness.
5     MR. ROLLINS:  He did answer the question.
6     MR. KELBER:  No, sir.  You interrupted him
7  in mid-sentence.  You ask the question and you let
8  him answer the question or we can stop now and ask
9  the Judge for an instruction.  That much is clear
10 even from the standard Federal Rules of Evidence.
11 If you want to ask and let him answer, let him
12 answer.  Otherwise, don't ask him the question.
13    BY MR. KELLY:
14    Q   Go ahead.
15    A   So the way this paper reads, you have a
16 gene that's under high -- strong regulations,
17 usually silent, in, like I said, it's got
18 cell cycle control, mother/daughter control, and
19 there's another level of control.  So aspects of
20 this gene -- in certain types of cells or certain
21 situations, this gene is silent.
22        By modifying that promoter by homologous

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 50

1 recombination, Nasmyth removed elements of that
2 control. In other words, he activated that gene at
3 a time when it normally wasn't activated -- it
4 normally wouldn't be active under its normal
5 promoter situation.
6     So by modifying the promoter, he was able
7 to activate a gene -- you can talk about silent
8 genes or active genes. It gets very murky. This
9 particular gene is silent in most yeast cells most
10 of the time. It has a very narrow window of
11 expression. By modifying that promoter, he altered
12 that. So it's no longer under those controls as
13 tightly as it used to be. That's what the Nasmyth
14 paper says.
15     As I mentioned, the fact that it was two
16 homologous recombination steps to create that
17 targeted situation is irrelevant, because it was
18 simply a convenience. I think he did it probably
19 because he was doing many different targeting steps.
20 So he did the initial targeting to make the
21 secondary targeting steps more convenient.
22     Q  Okay. Thank you. You said you think he

Page 51

1 did it because he was doing many different targeting
2 steps. Have you ever discussed these experiments
3 with Nasmyth directly?
4     A  No, but this is a very common thing that I
5 do in my own laboratory.
6     Q  Okay.
7     A  If we're interested in doing something
8 once, we don't worry about it too much. If we're
9 doing something multiple times -- and in these types
10 of experiments, it's very typical. You're going to
11 be doing targeting many different elements. The
12 whole idea is to make it convenient. You do a
13 little bit of work up front to make the secondary
14 step easier.
15     Q  Okay. Do either of these Nasmyth
16 documents, either the 1985 or the 1987 document,
17 describe inserting into the yeast by the genetic
18 manipulations that we've been discussing what one
19 skilled in the art in 1989 would have recognized as
20 an amplifiable gene?
21     A  In 1989, amplifiable genes were known.
22     Q  Is there an amplifiable gene described in

Page 52

1 either of the Nasmyth --
2     A  I'm still answering the first question.
3 So in 1989, the amplifiable genes were known. And
4 just as I've discussed -- you can make things
5 complicated, or you can make things simple. So you
6 can describe cells and cell lines and strains and
7 such in any way you'd like, but in my view, a cell
8 is a cell and a gene is a gene. And an amplifiable
9 gene or regulatory element, these are all
10 essentially interchangeable pieces.
11     So within Nasmyth, there is not any
12 explicit statement about amplifiable genes.
13 However, what he is doing is replacing one piece of
14 a genome -- he's changing a genome in a directed
15 fashion to alter the expression. So given that you
16 have the ability to modify genomes in this way and
17 given that you have these tool sets, promoters,
18 amplifiable genes, repressors in essentially
19 cassette-like form, it's relatively straight forward
20 to extrapolate to modification of using this type of
21 technology to introduce any type of element,
22 amplifiable gene or otherwise.

Page 53

1     Q  Do either of these documents describe
2 inserting into the yeast what one skilled in the art
3 in 1989 would have recognized was a selectable
4 marker gene?
5     A  Yes. I think Nasmyth uses the LEU 2 gene
6 and also the SUP4-0 system. Those are both
7 selectable systems.
8     Q  Do either of these documents describe
9 inserting what one skilled in the art would have
10 recognized in 1989 was a negative selectable marker
11 gene?
12     A  The SUB4-0 is negatively selected as well.
13     Q  And do either of these Nasmyth documents
14 describe -- directly describe the collection of the
15 product of the HO gene expression?
16     A  If by "collection" you mean purification
17 of a protein, no. If you mean by "collection" to
18 assay the function of a protein in vivo, then yes.
19     Q  Can you show me where the latter is shown
20 in the Nasmyth documents?
21     A  Okay. So in table 1 -- I think it's
22 Exhibit 2009.

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 54

1    Q    The 1987 Nasmyth?
2    A    1987. You have HO RNA levels are measured
3  and switching, which is an outcome of the protein
4  expression itself are described.
5    Q    Is there direct measurement of the
6  protein?
7    A    Well, there's many different -- there's
8  many measurements of protein, for example "western
9  blotting." You could isolate the protein purified
10 from the cell and measure it by various protein
11 assays. Those types of things are not described,
12 but the function of a protein in a biological sense
13 is described, and that is a measure of protein.
14    Q    So then you would agree that there's no
15 direct isolation and quantification of the HO
16 protein described in these documents?
17    A    That's correct.
18    Q    Turning back to the reason for these
19 experiments that we had discussed before, would you
20 agree that the primary thrust of the Nasmyth 1987
21 paper was studying the switching and finding out --
22 mate type switching and finding out if that

Page 55

1  phenomenon was confined to the mother cells.
2    MR. KELBER: Could I hear that question
3  back, please.
4    (The reporter read the record as requested.)
5    MR. KELBER: Objection as to form.
6    THE WITNESS: Yes, that was a purpose that
7  Nasmyth set out to. That was the purpose of the
8  experiment, correct.
9    MR. KELBER: If you're leaving these
10 references, this would be a good time for a break.
11 If you're going to continue with these references --
12    MR. KELLY: This is a good time for a
13 break.
14    VIDEO OPERATOR: Going off the record at
15 approximately 10:26 a.m.
16    (Recess.)
17    VIDEO OPERATOR: Going back on record.
18 This is tape 2, and the time is approximately 10:37
19 a.m.
20    BY MR. KELLY:
21    Q    I will show Dr. Nickoloff a copy of ARS
22 Exhibits 3009 and 3010. Do you recognize these

Page 56

1  documents?
2    A    Yes.
3    Q    Can you describe the identity of these
4  documents, simply what they are?
5    A    This is a Japanese patent application, and
6  it's a translation.
7    Q    If we could, I'd like to refer to the
8  documents in general as JP 280, if that's clear to
9  you.
10    A    Okay.
11    Q    Have you studied both of these documents?
12    A    Only the translation.
13    Q    Could you please turn to page 6 of Exhibit
14 3010, if you could read the first line on that page,
15 line 1 of page 6.
16    A    The first sentence?
17    Q    Just the first line.
18    A    "This invention can be applied to a
19 microorganism which already possesses a gene."
20    Q    Okay. Thank you. Do you agree that JP
21 280 relates to gene expression in microorganisms?
22    A    Yes.

Page 57

1    Q    Okay. If you could turn -- I'm sorry,
2  still on page 6, beginning at line 6, there's a
3  sentence that begins "as concrete." Would you
4  please read that sentence?
5    A    "As concrete examples of the microorganism
6  answering this description, the microorganisms
7  belonging to the genus Bacillus, genus Escherichia,
8  genus Seratia, genus Pseudomonas, genus
9  Brevibacterium, genus Corynebacterium, et cetera,
10 may be cited."
11    Q    Are all of those microorganisms in the
12 list that you just read prokaryotic?
13    A    I believe so.
14    Q    Still on page 6, would you read the
15 paragraph, I believe it's a single sentence, that
16 begins mid-page, "the target substances"?
17    A    "The target substances which are produced
18 by the method of this invention can be proteins or
19 polypeptides such as, for example, varying species
20 of enzymes such as, for example, protease, amylase,
21 glucose isomerase, cellulase, and tryptophan
22 synthetase which are products of direct expression

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 58

1  of genes; various species of peptide-like hormones
2  such as, for example, insulin, growth hormones,
3  encephalin, and somatostatin; various species of
4  antigens such as, for example, hepatitis vaccine,
5  polio vaccine, and Herpes vaccine; and various
6  species of lymphokine such as, for example,
7  interferon and interleucine."
8      Q   Thank you. Do you agree that JP 280
9  describes producing these target substances using
10  homologous recombination in prokaryotic
11  microorganisms and not eukaryotic cell lines?
12      MR. KELBER: Can I hear the question back,
13  please.
14      (The reporter read the record as requested.)
15      MR. KELBER: Objection as to form.
16      THE WITNESS: Yes, I agree.
17      BY MR. KELLY:
18      Q   Okay. Do you agree that at least one of
19  the target substances described in this sentence is
20  produced by eukaryotic cell and not by a
21  microorganism?
22      A   Yes.

Page 59

1      Q   Okay. Could you identify one of those
2  target substances?
3      A   Insulin is an example.
4      Q   Thank you. Do you agree that when the
5  target substance such as insulin is one that is not
6  naturally -- is naturally produced by eukaryotic
7  cell line and not by a microorganism that the method
8  described in JP 280 involves producing that target
9  substance in a microorganism and not a cell line?
10      MR. KELBER: Objection as to form.
11      THE WITNESS: No, I don't agree.
12      BY MR. KELLY:
13      Q   Can you explain why?
14      A   Well, because I've already described that
15  the term "cell line" is vague, at best.
16      Q   Okay. Would you agree that the reference
17  doesn't describe producing such a target substance
18  in a eukaryotic cell line?
19      A   I do agree, yes.
20      Q   Do you agree that the microorganisms
21  described in JP 280 do not naturally express
22  proteins which are expressed in eukaryotic cells but

Page 60

1  not prokaryotic cells?
2      A   Not exclusively, if I remember the
3  question correctly.
4      Q   Do you agree that the microorganisms
5  described in JP 280 do not naturally express
6  proteins which are expressed in eukaryotic cells but
7  not prokaryotic cells?
8      MR. KELBER: Objection as to form.
9      THE WITNESS: Okay. Let me think -- let
10  me see if I understand the question.
11      BY MR. KELLY:
12      Q   Okay.
13      A   If you're asking me do prokaryotes
14  express -- not express proteins that are expressed
15  in eukaryotes, that's not correct, because they do.
16  Some proteins are expressed in both types of cells.
17      Q   That wasn't the question. The question
18  is, in a case of a protein that's expressed by a
19  eukaryotic cell and not a prokaryotic cell --
20  insulin would be a good example of that.
21      A   Okay.
22      Q   Is that protein naturally expressed by the

Page 61

1  microorganisms that JP 280 describes at the top of
2  page 6 which we've just listed?
3      A   I think you've answered your own question.
4  It's within your question. You say if a protein is
5  not expressed, is it not expressed. That was the
6  question.
7      Q   Okay. Thank you. Do you agree that the
8  method described in JP 280 is going to be used to
9  express a protein that is expressed in eukaryotic
10  cells naturally but not naturally by prokaryotic
11  cells, that the gene coding that protein must be
12  first cloned into one of the microorganisms that's
13  described in the reference in JP 280?
14      MR. KELBER: Objection as to form.
15      THE WITNESS: If you mean by the term
16  "clone" "introduced," then yes.
17      BY MR. KELLY:
18      Q   Okay. Thank you.
19      A   "Clone" is another word that's badly used
20  in a lot of different things.
21      Q   Do you agree JP 280 would not have
22  suggested producing a target substance which is

16 (Pages 58 to 61)

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 62

1  naturally produced by a eukaryotic cell and not a
2  prokaryotic cell in a cell line, a eukaryotic cell
3  line? Let me withdraw it.
4      Do you agree that JP 280 would not have
5  suggested producing a target substance which is
6  naturally produced by a eukaryotic cell, but not a
7  prokaryotic cell in a eukaryotic cell line?
8      MR. KELBER: Objection as to form.
9      THE WITNESS: JP 280 speaks exclusively to
10 microorganisms. However, your question was phrased
11 as follows, does JP 280 suggest the following.
12 And that word "suggest" is crucial, because the
13 genetic elements and the various types of
14 manipulations of those elements are reasonably
15 generic even at the time -- in this time frame that
16 was known.
17     So it's not a giant leap to move from the
18 microorganisms in JP 280 to any eukaryotic situation
19 you would care to describe. Thus, I think the
20 answer to your question is yes, JP 280 does suggest
21 that this type of thing could be done in a cell
22 line.

Page 63

1      BY MR. KELLY:
2      Q  So then why did the inventors of the
3  280 -- the JP 280 application use microorganisms to
4  produce the proteins and not a eukaryotic cell?
5      MR. KELBER: Objection as to form and
6  capacity.
7      THE WITNESS: Well, I certainly don't know
8  why they did that, but I could speculate.
9      BY MR. KELLY:
10     Q  Why do you think they didn't use a
11 eukaryotic cell?
12     MR. KELBER: Objection to directing the
13 witness to speculate.
14     THE WITNESS: There are probably experts
15 in microorganisms.
16     BY MR. KELLY:
17     Q  Are you aware of any problems that one
18 skilled in the art would have encountered
19 producing -- using such a method in a eukaryotic
20 cell in the 1989 time frame?
21     A  No, I mean, it's been -- it was
22 well-established that this type of work could be

Page 64

1  done in yeast. That's a eukaryotic cell. It was
2  also well-established that the basic elements that
3  one would use to do this type of work worked, albeit
4  inefficiently in mammalian cells in that time frame.
5      Q  I'd like to hand Dr. Nickoloff a copy of
6  Cell Genesys 2017. Have you ever seen this patent
7  before?
8      A  Yes, I have.
9      Q  Have you studied this patent in detail?
10     A  I'm familiar with the basic outline.
11     Q  Okay. Does this patent describe
12 expressing a gene and isolating a product of that
13 gene expression?
14     MR. KELBER: Objection as to form.
15     THE WITNESS: Yes, I do, I agree.
16     BY MR. KELLY:
17     Q  Can you show me where in the patent it
18 describes that?
19     A  Okay. So the general statement is at the
20 beginning, the very first page of the patent.
21     Q  Which column?
22     A  Column 2 under "abstract," it describes

Page 65

1  how "the present invention relates to a process for
2  targeted replacement of at least part of an
3  endogenous gene by at least part of a foreign gene
4  or targeted insertion of at least part of a foreign
5  gene, at a targeted site in an endogenous gene in a
6  cell by homologous recombination." So in that
7  statement, it's all cells and any gene, any gene
8  regulatory element.
9      The second part of your question concerned
10 whether the patent dealt with the purification or
11 production of materials, and as I stated earlier,
12 one could limit that to protein purification, or you
13 could talk about other types of functions. In this
14 particular patent, they're also talking about
15 inactivating genes as well. But to get to your
16 specific point about production of a product, let me
17 see here. At column 8 --
18     Q  Which line?
19     A  Line 3, it states "the technique of the
20 invention also lends itself to studies of the
21 activity of pharmaceutical products." Actually, let
22 me --

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 66

1   Q   Take your time.  When you're finished
2   answering, just tell me.
3   A   So in that particular example, they're
4   talking about using mouse knock-outs essentially to
5   study pharmaceutical activities, but that's not what
6   I was -- that's not the way I read it the first time
7   I read it.  So let me --
8   Q   Take your time.
9   A   In the very next paragraph, starting at
10  line 11, it says that "the invention will be
11  illustrated by making reference to the plasmid pGN
12  and its use in the targeted insertion of a foreign
13  gene (lac Z, coding for the enzyme
14  beta-galactosidase of E. coli) into the genome of a
15  E.S. cell of mice.  The lac Z gene was selected on
16  account of the fact that its expression may be
17  easily detected and is simply used for purposes of
18  illustration."
19      Here's an example of using the invention
20  to produce a protein, in this case lac Z, which can
21  be monitored.  That, in a broad sense, is production
22  of a protein and monitoring its activity.  It

Page 67

1   doesn't explicitly state purification of that
2   protein, but it's not a leap to go to the next step.
3   Q   Okay.  So do you agree that there's no
4   teaching in this patent of direct physical isolation
5   of the product of the gene expression that's
6   described in this patent?  And again, take your
7   time.  It's not a short document.
8   A   Yes, I would agree, they do not describe
9   protein purification.
10  Q   When you say they "don't describe protein
11  purification," do you agree that that's not in any
12  form, whether it's sort of the low-level
13  purification on gel to the ultimate, which would be,
14  say, protein pure as the driven snow in the bottom
15  of an eppendorf 2?
16  MR. KELBER:  Objection as to form.
17  THE WITNESS:  Right.  That's what I mean
18  by "protein purification."
19  BY MR. KELLY:
20  Q   Okay.  Thank you.
21      I hand Dr. Nickoloff a copy of second
22  declaration of Jac A. Nickoloff, PhD, Cell Genesys

Page 68

1   Exhibit 2030.  You may hear me refer to this just
2   colloquially as your second declaration.  Please ask
3   me to clarify if you're not sure.
4   A   That's fine.
5   Q   Was this declaration prepared in the same
6   way that you described the preparation of your first
7   declaration?
8   A   Yes.
9   Q   Okay.  Do you remember the approximate
10  date when the declaration was finished?
11  A   July/August 2003.
12  Q   Okay.  Do you know if the opinions that
13  you expressed in your second declaration have been
14  expressed by any other scientist before you finished
15  this declaration?
16  MR. KELBER:  Objection as to form.
17  THE WITNESS:  I have no idea what you're
18  asking me.
19  BY MR. KELLY:
20  Q   Are you aware that -- are you aware if any
21  other type of similar document, declaration, has
22  been prepared with the same general opinions and

Page 69

1   signed by another scientist?
2   MR. KELBER:  Objection as to form.
3   THE WITNESS:  No, I'm not aware.
4   BY MR. KELLY:
5   Q   Okay.  Thank you.  If you could turn to
6   paragraph 16 of your declaration.  It starts at the
7   bottom of page 6, if you could read that paragraph,
8   please.
9   A   "The mechanism of regulation of the latter
10  two categories is known to be quite different.
11  Inducible genes are regulated by the interaction of
12  cis-acting regulatory elements in their DNA sequence
13  with trans-acting transcription factors, for
14  example, hormone receptors.  In contrast, genes
15  falling within the third category exist in a
16  repressed chromatin" -- conformation, it should say.
17  It says "confirmation."  That's a typographical
18  error.  "Due to heterochromatin structure.  In
19  interphase vertebrate cells, the majority of the
20  genome is in the more condensed region of the
21  chromatin which is not transcriptionally active.
22  For example, Gregg et al. described that gene

18 (Pages 66 to 69)

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 70

1  activation is not possible at silent loci."
2  Q   You can skip the citation. I'm handing
3  Dr. Nickoloff a copy of Cell Genesys Exhibit 2018.
4  Do you recognize this document?
5  A   Yes.
6  Q   Have you studied this document?
7  A   Yes.
8  Q   Who are the authors of the document?
9  A   R.G. Gregg, I'm not familiar with him.
10  Oliver Smithies, he's one of the pioneers of
11  homologous recombination in mammalian cells.
12  Q   Okay. Thank you. Is this the document
13  that you cited at the end of paragraph 16 of your
14  declaration that we've just read?
15  A   Yes.
16  Q   Do you agree that you cited column -- the
17  right column, column 2, at paragraph 1095, lines 1
18  to 6 of this Gregg et al. document?
19  A   Yes.
20  Q   Could you please read those lines of the
21  reference beginning on line 1 where it starts "this
22  suggested"?

Page 71

1  A   "This suggested to us that a neo gene
2  introduced into the beta-globin locus of bladder
3  carcinoma cells might be nonfunctional because it is
4  introduced into an inactive part of the chromosome
5  (the beta-globin gene in these cells is not
6  expressed)."
7  Q   Can you show me where in those lines that
8  this publication describes that "gene activation is
9  not possible at silent loci"?
10  MR. KELBER: Objection as to form;
11  mischaracterizes the testimony.
12  THE WITNESS: So the only difference
13  between what's stated in the paper and what I stated
14  is the term "is" or "might." So to clarify, in this
15  reference, it's suggested that targeting to
16  silent -- to silent regions may not be possible, and
17  that was the intent of my statement on page 7 of my
18  second declaration.
19  BY MR. KELLY:
20  Q   Can you show me where in these first six
21  lines on the right column of page 1095 that the
22  reference suggests that it may not be possible to

Page 72

1  activate genes in silent loci?
2  MR. KELBER: Objection as to form.
3  THE WITNESS: Okay. So on page 1095 at
4  lines 1 through 6, it states that a neo gene, which
5  is known to be an active gene when placed at some
6  locations, might be nonfunctional because when it is
7  introduced into an inactive part of the chromosome.
8  The beta-globin gene, which is hard to locus in this
9  particular example, is known to be inactive in the
10  particular cell type that they're using.
11  So the experimental data that led to this
12  statement is exactly that. When they introduced
13  this neo gene into a silent locus, it was not
14  necessarily active. What I stated is essentially
15  that. Gene inactivation is not possible with silent
16  loci, and I would modify that slightly to say gene
17  activation may not be possible in silent loci. I
18  don't pretend to extrapolate to all situations at
19  all times in all cell types.
20  Q   Would you characterize that number as
21  being a small number of genes that would be affected
22  by that?

Page 73

1  MR. KELBER: Objection as to form.
2  THE WITNESS: I wouldn't characterize
3  anything to do with genes as small in terms of
4  number.
5  BY MR. KELLY:
6  Q   Why not?
7  A   The number of genes is vast, even in a
8  single cell.
9  Q   Sure.
10  A   Human cells have -- we have no idea how
11  many genes we have.
12  Q   But of those genes, what percentage do you
13  think would be affected by this phenomenon?
14  MR. KELBER: Objection as to form.
15  THE WITNESS: It's going to depend
16  completely on cell type, cell state. It's
17  essentially impossible to come to an answer. You
18  can't even make a reasonable estimate.
19  BY MR. KELLY:
20  Q   How about an embryonic kidney cell, human
21  embryonic kidney cell?
22  MR. KELBER: Objection as to form.

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 74

1      THE WITNESS: It's the same answer.
2      BY MR. KELLY:
3      Q   Just for the record, what makes it
4   difficult?
5      A   Since we don't know how many genes there
6   are, it's difficult to come to a number.  Not only
7   do we not know how many genes there are, we don't
8   know what form they're in in any particular cell
9   type, much less in all cell types.
10      Even if you were to restrict it to a
11   single cell type, nobody has studied any cell well
12   enough to understand how many genes might be in a
13   silent form compared to an active form.  Plus, you
14   also have to add the complexities of cell culture
15   and cell culture conditions or whatever state the
16   cells are in.
17      Some cells are silent under certain
18   culture conditions and can be activated under other
19   conditions.  Other types of genes are silent in
20   certain parts of the cell cycle and activated at
21   other types of the cell cycle.  Other genes can be
22   activated by various treatments, the radiation

Page 75

1   exposure, you name it.
2      So gene regulation can't be characterized
3   in any way as simple, and silent genes are a part of
4   that universe of complexity.
5      Q   Okay.  So if you could turn to page --
6   same page, sorry, 1095, the first column, there's a
7   paragraph that begins above table 1, "a possible."
8   If you could read from "a possible" down to the
9   beginning of a citation of a reference that ends
10   that sentence.
11      A   "A possible -- but we emphasize not
12   proven -- explanation for failing to find the
13   desired recombinants in these experiments with a
14   natural gene, when we had succeeded with the
15   artificial target, is suggested by one of our
16   earlier studies (Roginski et al. 1983),"
17      Q   So doesn't this sentence by Gregg et al.
18   make it clear that the suggestion that we've just
19   discussed at lines 1 to 6 in the second column on
20   the same page is only a possible explanation, but
21   they emphasize themselves within the reference that
22   it's not been proven?

Page 76

1      A   That's correct.
2      Q   Okay.  Would you agree that part of the
3   experiments described in Gregg et al. concern the
4   targeting of the beta-globin locus?
5      A   Yes.
6      Q   Do you agree that these experiments had as
7   their goal a modification of the human beta-globin
8   locus in a targeted fashion using a screening assay
9   to detect cells containing the desired modification?
10      A   I'm not sure.  It's restrictive in this
11   paper, but I know in their work, other and
12   potentially in this work as well, that they describe
13   both screening and selective procedures.
14      Q   Okay.  Would you agree with the statement
15   that the experiments followed a general outline, a
16   target plasmid containing a homologous recombination
17   region, and the dominant selectable neo gene was
18   introduced into these cells -- into the cells?
19      MR. KELBER: Let me hear that question
20   back, please.
21      (The reporter read the record as requested.)
22      MR. KELBER: Objection as to form.

Page 77

1      THE WITNESS: In figure 2, they describe
2   exactly what you suggested, which is the use of a
3   targeting vector with homologous recombination arms
4   and neo gene.  In figure 1 of the same paper, they
5   describe it in more general terms where they just
6   describe the incoming DNA as foreign.
7      BY MR. KELLY:
8      Q   Okay.  Thank you.  Would you agree that
9   cells that had integrated the plasmid and expressed
10   the dominant neo gene were selected using the
11   antibiotic G418?
12      MR. KELBER: Objection as to form.
13      THE WITNESS: Could you read the question?
14      BY MR. KELLY:
15      Q   Sure.  Do you agree that the cells which
16   had integrated the plasmid and expressed the
17   dominant neo gene were selected by means of the
18   antibiotic G418?
19      A   Yes.
20      Q   Would you agree that the G418 resistance
21   cells were allowed to grow into colonies?
22      A   Yes.

20 (Pages 74 to 77)

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 78

1  Q  Do you agree that DNA he was extracted
2  from pooled G418 resistant colonies and subsequently
3  cloned into bacteriophages for the characterization
4  of integration events?
5  A  Yes.
6  Q  Would you agree that two different types
7  of cells were used -- cells able to express the
8  human beta-globin locus and cells not able to
9  express the human beta-globin locus?
10  A  Yes.
11  Q  Do you agree that the cells that were able
12  to express the human beta-globin locus are
13  designated as HU-11?
14  A  Could you repeat the question?
15  Q  Do you agree that the cells described in
16  the reference that were able to express the human
17  beta-globin locus were expressed as HU-11 cells?
18  A  Yes.
19  Q  Okay.  And do you agree that the cells
20  that were not able to express the human beta-globin
21  locus were designated as EJ cells?
22  A  Yes.

Page 79

1  Q  Do you agree the following transfection
2  and G418 selection; DNA was extracted from 700 G418
3  resistant EJ colonies and from 4400 G418 resistant
4  HU-11 colonies?
5  A  Yes.
6  Q  Do you agree that the DNA -- do you agree
7  that the extracted DNA was then cloned in phages?
8  MR. KELBER:  Could I hear the question
9  back, please.
10  (The reporter read the record as requested.)
11  MR. KELBER:  I'm going to object as to
12  form.
13  THE WITNESS:  It states here that the
14  detection of the diagnostic fragment, in this case
15  diagnostic for homologous recombination, is
16  facilitated by inclusion of the tester -- in the
17  tester plasma of a marker that can be rescued by
18  suitable bacteriophages.  And I believe they -- so
19  there's a variety of ways that that can be done, and
20  I'm not familiar with the details in this particular
21  paper, but it certainly could be done by pulling
22  those fragments into phage, correct.

Page 80

1  BY MR. KELLY:
2  Q  Okay.  Do you agree that of the phages
3  derived from the transfection of the HU-11 cells,
4  that six contained a diagnostic fragment indicative
5  of homologous recombination?
6  A  Six out of 4400 -- well, six out of 900
7  phages that were originally derived from 4400 G418
8  colonies, correct.
9  Q  Of the phages derived from the
10  transfection of the EJ cells, do you agree that none
11  were found to contain the diagnostic fragment?
12  A  That's correct.  Zero out of 100 phages
13  had the diagnostic fragment.
14  Q  Do you agree that in the experiments
15  described in the Gregg et al. publication, no
16  evidence was found of a targeting event in G418
17  resistant EJ bladder carcinoma cell colonies?
18  MR. KELBER:  Can I hear the question back.
19  (The reporter read the record as requested.)
20  MR. KELBER:  Objection as to form.
21  THE WITNESS:  I agree that no evidence was
22  found, but that certainly doesn't rule out that it

Page 81

1  happened.
2  BY MR. KELLY:
3  Q  Did the authors of the publication
4  hypothesize that it might not be possible to obtain
5  expression of a gene if it were introduced into a
6  silent locus via homologous recombination?
7  A  Yes.
8  Q  Do you agree that the experiments
9  described in this publication are not designed to
10  prove whether or not it was possible to express a
11  gene inserted into a silent locus?
12  A  Could you repeat the question, please?
13  Q  Do you agree that the experiments
14  described in this publication are not designed to
15  prove whether or not it was possible to express a
16  gene inserted into a silent locus?
17  A  No, I don't agree.
18  Q  Why don't you agree?
19  MR. KELBER:  Objection as to form.
20  THE WITNESS:  Well, they stated that their
21  goal -- in the beginning of this paper, they state
22  that their goal -- "our experiments have as their

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 82

1  main goal the modification of human and other
2  mammalian chromosomal genes." So you could say that
3  was their main goal.
4      But certainly their experimental design
5  using two cell lines that explicitly express or
6  don't express a particular gene and targeting to
7  that gene, that particular part of the experimental
8  design is specifically set up to address the
9  question of whether you could target a silent locus
10 and express a gene in that locus.
11     BY MR. KELLY:
12     Q  Do you agree that the authors of the
13 document expressed their own reservations about
14 drawing the conclusion that gene expression in the
15 silent locus is not possible from the experiments
16 described in that publication?
17     A  Yes, I agree.
18     Q  And do you agree that the possibility of
19 being unable to express a gene in a silent locus was
20 a hypothesis that was a possibility, but it wasn't
21 proven?
22     MR. KELBER: Objection as to form.

Page 83

1      THE WITNESS: Yes.
2      BY MR. KELLY:
3      Q  Do the authors of this publication state
4  that the experiments described in this document
5  could be generalized to all genes that are present
6  within silent loci?
7      A  Repeat the question, please.
8      Q  Sure. Do the authors of this publication
9  state that the experiments described in this
10 document could be generalized to all genes that are
11 present within silent loci?
12     A  Yes. On page 1095 of Gregg et al., column
13 2, the very last sentence of the paragraph that
14 starts at the top or split at the top, "these
15 considerations suggest that G418 selection might
16 only be useful as an enrichment procedure if the
17 natural target gene was in an active state." By
18 using the term the "natural target gene" rather than
19 specifying beta-globin in this case, they are, in
20 fact, generalizing this conclusion or this possible
21 conclusion to all genes.
22     Q  But isn't that statement, the reference to

Page 84

1  a "natural target gene," just a simple reference
2  back to the beta-globin?
3      MR. KELBER: Objection as to form.
4      THE WITNESS: At the time this paper was
5  written, gene targeting was a highly -- I mean, it
6  was a very important goal for people to achieve, and
7  these people were the pioneers. Hasty's group and
8  Capecchi's group and a couple others, and there was
9  very little known about how it's going to work, how
10 well it would work.
11     At that early stage in the development of
12 a technology like this, it's natural for scientists
13 to generalize outward. They're clearly just putting
14 out a hypothesis. They're not drawing a conclusion.
15 They're being appropriately conservative in putting
16 in this caveat that this is not a proven concept.
17     But the implication to me is very clear.
18 At that time, with no knowledge to the contrary and
19 really limited data to support it, it was still a
20 very important thing to be -- to put out there so
21 that people can think about that particular
22 question.

Page 85

1      BY MR. KELLY:
2      Q  Okay. Is it possible that the neo gene
3  was expressed, but it was expressed at a level that
4  was too low to confer antibiotic resistance to the
5  G418?
6      MR. KELBER: Objection as to form.
7      THE WITNESS: Yes, that's possible, but
8  one thing for my own research that's very clear,
9  I've been working with the neo gene extensively for
10 many years, and one of the -- our common tools is to
11 hook the neo gene up to an inducible promoter.
12     This particular promoter is from an MT
13 mouse memory tumor virus. It's inducible by a
14 synthetic hormone called dexamethasone. With the
15 absence of dexamethasone, the gene is expressed at
16 very low levels, practically undetectable at the
17 message level. It can be induced to very high
18 levels with dexamethasone.
19     When this -- however, if this regulatory
20 element is put in front of the neo gene and put
21 into, in our case, hamster cell lines, the level of
22 G418 resistance that we get is exactly the same

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 86

1 whether you induce this promoter or not.
2 So from that I conclude that neo
3 expression at very low levels is sufficient to
4 confer resistance to G418. That certainly doesn't
5 exclude the possibility that at lower levels than
6 that, you would not achieve G418 resistance, but
7 that concept of low-level expression being
8 sufficient to provide resistance to that antibiotic
9 is laid out explicitly in at least one or two of my
10 papers.
11 BY MR. KELLY:
12 Q Okay.
13 A My publications.
14 Q Thank you. I'm going to hand
15 Dr. Nickoloff a copy of ARS Exhibit 3033. It's a
16 publication by Reik, et al. Have you ever seen this
17 publication before?
18 A No, I have not.
19 Q Would you please read the abstract.
20 There's no need to read it out loud.
21 (Pause.)
22 A Okay.

Page 87

1 Q Do you feel from reading the abstract that
2 you have a general understanding of what the
3 publication sets out to teach?
4 A Uh-huh; yes.
5 Q Would you agree that this document
6 demonstrates that it's possible to obtain expression
7 of a gene inserted by homologous recombination into
8 an unexpressed locus?
9 A I wouldn't be able to conclude that from
10 the abstract.
11 Q I'd ask you to turn to page 5994 of this
12 document. The first or left column under the
13 section that's designated "results," could you read
14 the paragraph that starts off in bold "experimental
15 strategy"?
16 A "Experimental strategy. The DT40 shuttle
17 system was used to generate targeted mutations in
18 the human beta-globin LCR. In this system, human
19 chromosome 11 is introduced into the chicken
20 pre-B-cell line DT40, which exhibits highly
21 efficient gene targeting. As shown previously, the
22 chicken/human hybrids are viable, stable, and

Page 88

1 recombination proficient. The human beta-globin
2 genes are not expressed in DT40, and, of the LCR
3 HSs, only 5'HS2 is formed, consistent with a closed
4 chromatin structure. Human chromosome 11 retains
5 its potential to express the beta-globin genes when
6 it is transferred back into the erythroid background
7 of MEL cells."
8 Q Thank you. Would you agree that after
9 targeting of the DT40 cells with a neo vector and
10 section for G418 resistance, that correct
11 integration was confirmed by Southern blot in four
12 G418-resistant colonies -- clones, and again, please
13 take your time.
14 MR. KELBER: Objection as to form.
15 THE WITNESS: Well, they don't -- I
16 haven't seen any mention to G418, neo, or anything
17 else in my reading.
18 BY MR. KELLY:
19 Q Okay.
20 A If you want me to read the paper --
21 Q Sure.
22 A -- that would take awhile.

Page 89

1 Q Go ahead.
2 MR. KELBER: Do you want him to read this
3 whole paper now, Counsel?
4 MR. KELLY: My co-counsel suggested
5 breaking for lunch and coming back to this.
6 MR. KELBER: Let's go to 12:00. He'll
7 read the paper, if he can, during the break. Or do
8 you want to break for an hour and a half?
9 MR. KELLY: Let's go to 12:00.
10 MR. KELBER: Okay.
11 THE WITNESS: Let me take a quick look at
12 this one figure here.
13 (Pause.)
14 Okay. Can you repeat the question now?
15 BY MR. KELLY:
16 Q Do you agree that after targeting of DT40
17 cells with a neo vector and selection for G418
18 resistance, the correct integration was confirmed by
19 Southern blot in four G418 resistant clones?
20 MR. KELBER: This is with respect to --
21 THE WITNESS: Yes, I agree.
22 BY MR. KELLY:

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 90

1    Q   Do you agree that the results described in
2    this paper demonstrate that neo was expressed after
3    being inserted into a silent locus?
4        MR. KELBER:  Object as to form.
5        THE WITNESS:  If I take it at face value,
6    which we're relying on reference 13 A, unpublished
7    data, it states that the human chromosome 11 put
8    into DT40 is stable and cells are viable and that
9    the -- and the beta-globin genes are not expressed.
10   There's no information as to what they mean by "not
11   expressed." They don't talk about whether that's
12   expression at the MRNA level, protein level, or
13   what, so it's a little difficult to evaluate.
14       If you just use the term "expression" in
15   its vague form, we can say that yes, this paper
16   demonstrates the expression of neo as shown by G418
17   resistance, and what one might characterize as a
18   silent locus, although it's pretty difficult to
19   evaluate.  As I said, there's no data.  There's not
20   even any description of what they mean by
21   expression, at least of the beta-globin locus.  I
22   know what G418 resistance is.

Page 91

1        BY MR. KELLY:
2        Q   Okay.  So how are the results that are
3    described in the Relk, et al. document reference --
4    excuse me, Exhibit Number 3033 conform to your
5    analysis of the Gregg and Sinithies publication that
6    we discussed a few moments ago?
7        MR. KELBER:  Objection as to form.
8        THE WITNESS:  If you mean by "conform" is
9    there general agreement between these two
10   publications?  Not surprisingly, there isn't.  I
11   think we're talking about completely different cell
12   systems.  I mean, it's really hard to extrapolate
13   from a human cell system to a chicken cell system,
14   even though it's got a human chromosome in it, and
15   differences of this type are not unexpected.
16       BY MR. KELLY:
17       Q   Differences of what type?
18       A   When you start to change that many
19   variables, anything goes.  Let's keep in mind that
20   the Gregg et al. paper is a single example, and a
21   rather limited one at that of the inability to
22   target a silent locus or to have a gene activated in

Page 92

1    a silent locus.
2        That's why I said in my own declaration
3    that there are examples where it may be difficult,
4    if not impossible, to activate a gene in a silent
5    locus, but that's not meant to be restrictive.  It
6    is just that, an example.
7        Q   Okay.  Thank you.  Has it ever been
8    reported in the scientific literature -- let me
9    withdraw that.
10       Was it reported in the scientific
11   literature by 1989 that inserting a DNA regulatory
12   sequence into a silent locus affected chromatin
13   structure?
14       MR. KELBER:  Objection as to form.
15       THE WITNESS:  I don't have any knowledge
16   of that.
17       BY MR. KELLY:
18       Q   Okay.  Are you aware of any reported cases
19   in which transcription of the DNA of the silent gene
20   by an appropriate promoter was prevented by
21   heterochromatin?
22       A   Repeat the question, please.

Page 93

1        Q   Are you aware of any reported cases in
2    which transcription of the DNA of a silent gene by
3    an appropriate promoter was prevented by
4    heterochromatin?
5        A   No.
6        Q   Okay.
7        MR. ROLLINS:  Is this a good breaking
8    point?
9        MR. KELLY:  That's fine with me.
10       VIDEO OPERATOR:  Going off the record at
11   approximately 11:46 a.m.
12       (Whereupon, at 11:46 a.m., the deposition
13   was recessed, to be reconvened at 1:00 p.m. this
14   same day.)
15
16
17
18
19
20
21
22

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 94

1      AFTERNOON SESSION      (1:02 p.m.)
2   Whereupon,
3          JAC A. NICKOLOFF
4   resumed the stand and, having been previously duly
5   sworn, was examined and testified further as
6   follows:
7      VIDEO OPERATOR: This is tape 3, and we're
8   going back on the record at approximately 1:02 p.m.
9      EXAMINATION (Continued)
10     BY MR. KELLY:
11     Q   Welcome back. While we were on break, did
12  you confer with your counsel?
13     A   No.
14     Q   If we could go back to a discussion of
15  Exhibit 2018, the Gregg, Smithies article. And the
16  question is, do the authors of this publication
17  state that introducing a DNA regulatory segment into
18  the genome of a cell line by a homologous
19  recombination to modify the expression
20  characteristics of a gene within the genome of the
21  cell is likely to be problematic?
22     MR. KELBER: Objection as to form.

Page 95

1      MR. KELLY: What's the nature of the
2   objection?
3      MR. KELBER: I'm not allowed to say in
4   front of the witness. But you asked do they say,
5   and it's not apparent from your question whether
6   you're looking for a quote or a conclusion. You say
7   is usually a quotation. If that's what you're
8   looking for, I find the question highly irrelevant.
9      MR. KELLY: Noted.
10     THE WITNESS: Yeah, at this time it would
11  be considered problematic, or it would potentially
12  be problematic.
13     BY MR. KELLY:
14     Q   And where is that statement in the
15  reference?
16     A   At the conclusion on page 1099 it says
17  "targeted modification of the human chromosomal
18  beta-globin gene and isolation of the resulting
19  modified cells has been achieved by a relatively
20  laborious screening procedure."
21     And then the data at this time and
22  actually to date, it's still extremely difficult

Page 96

1   procedure, often considered quite risky, and the
2   typical numbers that this paper cites -- and I mean,
3   it's a typical of the era. As one in a thousand of
4   targeted events.
5      Q   That will be successful?
6      A   To be -- successful targeting events
7   versus nontargeted events.
8      Q   Okay. Thank you.
9      I'm handing Dr. Nickoloff a copy of Cell
10  Genesys Exhibit 2020.
11     Dr. Nickoloff, do you recognize this
12  document?
13     A   Yes, I do.
14     Q   And what is the nature of this document?
15     A   This is a review article entitled
16  "germ-line transformation of mice," and the subject
17  matter is -- restricted to the production of
18  transgenic mice. There's sections on gene
19  expression, in particular tissue-specific gene
20  expression, how you modulate gene expression, some
21  of the unusual features that they've found at this
22  time. This was pretty early in the field, and I

Page 97

1   think it was written to lay out many of the problems
2   as much as to review the current successes such as
3   they were.
4      Q   Do you agree you cited several portions of
5   this article in paragraph 17 of your second
6   declaration, Exhibit 2030?
7      A   Yes.
8      Q   Okay. If you could turn to page 479.
9      MR. KELBER: Counsel, there's highlighting
10  on the document the witness is looking at and
11  certainly the one that you've handed me. I trust
12  that's not a part of the original?
13     MR. KELLY: No, it's not.
14     BY MR. KELLY:
15     Q   Could you read the title, just the title,
16  the one-line title of this section that begins on
17  page 479.
18     A   "Unusual aspects of gene expression in
19  transgenic mice."
20     Q   Are transgenic mice and eukaryotic cell
21  lines used in culture the same thing?
22     A   No, although one is derived from the

25 (Pages 94 to 97)