# EXHIBIT 8, PART 2

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

**Page 98**

1  other.

2  Q  Okay. Do you agree that the sections of

3  the document that you cited in section -- paragraph

4  17, excuse me, of your second declaration relate to

5  gene expression in transgenic mice?

6  A  Could you repeat the question, please?

7  Q  Sure. Do you agree that the sections of

8  the document that you cited in paragraph 17 of your

9  second declaration relate to gene expression in

10  transgenic mice?

11  A  Not exclusively, no.

12  Q  So there's discussion of gene expression

13  in other types of systems?

14  A  Yeah. On page 480, it says "in fact, the

15  MT beta-galactosidase construct is very active when

16  microinjected into fertilized eggs." That's not a

17  transgenic mouse.

18  Q  Okay. Referring to page 479, in the

19  second paragraph under the section that begins on

20  that page, a sentence is highlighted that begins "in

21  general," comma. Would you please read that

22  sentence.

**Page 99**

1  A  "In general, it is our impression that

2  gene expression in transgenic mice resembles the

3  endogenous counterpart more closely than that

4  observed after gene transfer into tissue culture

5  cells."

6  Q  Can you explain in your own words what the

7  authors are trying to convey with that sentence?

8  A  What they're saying is that at least in

9  some contexts, gene expression and tissue culture

10  cells tends to be somewhat more relaxed than in the

11  mouse, and -- I would say this was based on limited

12  observation, but they give some examples that lead

13  to that conclusion.

14  Q  Would you agree that this sentence means

15  that it is the author's opinion, Palmiter and

16  Brinster, that gene expression in transgenic mice is

17  more similar to expression in normal mice as

18  compared to expression in cells and culture?

19  A  Yes.

20  Q  Do you agree with that?

21  A  I can't evaluate it in a general basis,

22  and I would certainly say that it's probably --

**Page 100**

1  well, probably highly unlikely that it would be the

2  case for all genes and with all constructs. As I

3  started out with this section on this paper, this

4  was a new field at the time --

5  Q  At what time?

6  A  At this time it was published, which was

7  in the mid-'80s, 1986. So I think that the

8  transgenic mouse field was just getting off the

9  ground, and there was limited data. So I don't have

10  direct knowledge of statistical, you know --

11  statistics on how many genes have been tried. The

12  other thing you have to keep in mind is when many

13  things don't get reported.

14  So it's hard to say when things aren't

15  successful, they don't get reported oftentimes, so

16  it'd be difficult to come to a conclusion as to how

17  general this statement is -- was then or is now.

18  Q  How about in 1989?

19  A  Yeah, I couldn't guess then, and I can't

20  guess now, and I couldn't guess in 1989 either.

21  Q  There are two sentences that are

22  highlighted beginning at the very bottom of page 479

**Page 101**

1  going over onto page 480, if you could read those

2  two sentences.

3  A  "Many transgenic mice were generated

4  carrying the mouse MT-1 promoter fused to

5  beta-galactosidase, human factor 9, or rat alpha

6  tumor growth factor, see table 2, but in none of

7  them could expression be detected in the liver. In

8  each of these cases, the gene construct was

9  functional when introduced into the tissue culture

10  cells (our unpublished observations)."

11  Q  Could you explain in your own words what

12  teaching these two sentences was intended to convey?

13  A  So the teaching here is that, if you look

14  at these three cases and if you're looking at -- in

15  these three cases, they were able to get expression

16  in tissue culture cells. When they looked in the

17  mouse, transgenic mouse made with these

18  constructs -- transgenic mice made with these

19  constructs, they were able to -- they were unable to

20  see gene expression in this one tissue, the liver,

21  and there's no data to support that conclusion.

22  It's unpublished.

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 102

1    Q   Do you mean there's nothing -- no data
2    explicitly published in the reference?
3    A   They don't describe the experiments or
4    they don't show the blots, for example.
5    Q   Okay.  And that's a common occurrence in
6    scientific publications, to make a statement of a
7    result and not necessarily provide the underlying
8    experimental data?
9    A   It's common in cases where the work is
10   either ongoing or it's considered sort of a
11   secondary importance to the main theme.
12   Q   Okay.  Thank you.  So do you agree that
13   those sentences teach that expression of the genes
14   listed were not detected in the liver of transgenic
15   mice but that those genes were expressed in tissue
16   culture cells?
17   A   Yes.
18   Q   Okay.  Do you agree that the passages of
19   the article that you just read indicate that there
20   may be some difficulties with gene expression in
21   transgenic mice that are much less of a problem in
22   cell lines used in culture?

Page 103

1    A   Yes.
2    Q   Okay.  Did the authors of this publication
3    state explicitly or even suggest that introducing a
4    DNA regulatory segment into the genome of a cell
5    line, eukaryotic cell line by homologous
6    recombination to modify the expression
7    characteristics of a gene within the genome of a
8    cell line is likely to be problematic?
9    MR. KELBER:  Objection; form, compound.
10   THE WITNESS:  When I read this paper
11   recently, it was my understanding that the entire
12   work is based on transgenic mice, not knock-out mice
13   or knock-in mice.  That terminology, "knock-out" and
14   "knock-in" hadn't really been developed at the time
15   that this work was published, but it's now defined
16   relatively clearly, transgenic mice indicating
17   randomly integrated plasmids or episomes, in other
18   words not chromosomal modifications.  So as far as I
19   can recall, this paper doesn't address modification
20   of chromosomal loci at all, other than randomly.
21   BY MR. KELLY:
22   Q   So do you agree that this publication does

Page 104

1    not suggest that introducing a DNA regulatory
2    segment into the genome of a cell line by homologous
3    recombination to modify the expression
4    characteristics of a gene within the genome of that
5    cell is likely to be problematic?
6    A   I think this publication standing alone
7    wouldn't go so far as to say that.  However --
8    Q   Okay.  That's the answer.
9    A   The -- however --
10   MR. KELBER:  Let's call the judge, okay,
11   and we'll get an instruction on this, or let him
12   answer.  We had this once.  If you're going to keep
13   doing this, let's call the judge.  If you want to
14   ask him can you answer this question yes or no, and
15   if you cannot answer it yes or no, then don't answer
16   it, that's fine.
17   MR. KELLY:  Fair enough.
18   BY MR. KELLY:
19   Q   Go ahead.
20   A   However, in the context of our previous
21   discussion about the homologous targeting work done
22   at the beta-globin locus and the difficulties in

Page 105

1    expressing genes in those targeted examples combined
2    with the uncertainties that this work in the
3    Palmiter and Brinster paper point out where gene
4    expression seems to be quite variable depending on
5    whether you're talking about cells themselves, mice,
6    various tissues within the mice, and so on, it's my
7    opinion that the ability to predict this type of --
8    to predict success of expression or nonexpression at
9    any locus is highly doubtful.  It's a difficult
10   prediction to make.
11   Q   Okay.  Would you consider yourself an
12   expert on transgenic mice?
13   A   No.
14   Q   I'd like to hand Dr. Nickoloff a copy of
15   CG's Exhibit 2021.  Do you recognize this document?
16   A   Yes.
17   Q   Have you studied this document?
18   A   Yes.
19   Q   Can you explain the nature of this
20   document?
21   A   This is a small section out of a textbook
22   by Alberts and other group of authors, general cell

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 106

1  biology, molecular biology text from 1989. Anyway,
2  the section in question entitled "heterochromatin
3  contains specially condensed regions of DNA in
4  higher eukaryotic cells." And it describes what was
5  known then about -- actually some history about
6  heterochromatin and what was known about it. In
7  particular that it tends to be nontranscribed
8  regions.
9      Q:  Is this the document you cited in
10 paragraph 17 of your second declaration?
11     A  Yes.
12     Q  And in that declaration, you refer to the
13 final paragraph of section 27. That's about 80
14 percent of the way down on page 7 of your second
15 declaration. And could you show me where -- what is
16 section 27 of this document?
17     A  Yeah, that's not clear. That may be a
18 typographical error.
19     Q  Okay. Thanks. So in your opinion, why
20 would someone reading this reference, a person of
21 ordinary skill in the art in the 1989 time frame,
22 reach the conclusion that targeting a silent gene

Page 107

1  with a DNA regulatory sequence using homologous
2  recombination would be difficult to accomplish?
3      A  From this section and in combination with
4  the --
5      Q  No, this section alone, this section.
6      A  Well, one of ordinary skill in the art
7  would be aware of Smithies's paper describing
8  inability to express a neo gene when targeted to a
9  silent beta-globin locus. So this section here
10 specifically relates to silent DNA. They're not
11 equating the two -- I'm not equating the two in
12 terms of heterochromatin versus potentially other
13 reasons why DNA might be silenced. That's still not
14 understood today. But in any case, it's not a large
15 leap to go from silent DNA in cells -- this section
16 basically just describes that there is a lot of
17 silent DNA, and it describes a little bit about
18 where the silent DNA might exist, like around
19 centromere areas and such, but in other areas as
20 well.
21     So no, you can't from this section alone
22 argue that it's going to be difficult to target or

Page 108

1  to activate a silent gene because it doesn't
2  describe anything to do with targeting. So in the
3  small context, the answer is this section doesn't
4  relate to that question. In the larger context, it
5  relates -- a way of describing that cells contain
6  silent DNA.
7      And the other thing that you can get out
8  of this is that it's very poorly understood. This
9  is not a long section here. It's followed by other
10 sections which we didn't completely copy in our
11 exhibit about exon activation and that sort of
12 thing. And those kinds of studies are still going
13 on today. It's a very active field.
14     Q  This is ARS Exhibit 3024. Have you ever
15 seen this before?
16     A  No.
17     Q  So then you never read this, I take it?
18     A  I don't believe so.
19     Q  Okay.
20     A  No, I don't recognize it.
21     Q  Could you read the title and the abstract
22 to yourself and look at the flow diagram to the

Page 109

1  right of the abstract.
2      A  Okay.
3      (Pause.)
4      Okay.
5      Q  Do you feel like from reading the abstract
6  and the diagram that's next to it that you have a
7  general understanding of the teachings and
8  methodology that's in this admittedly long document?
9      MR. KELBER:  Objection as to form.
10     BY MR. KELLY:
11     Q  If you could turn to page 105.
12     A  Yeah, I have an understanding of it.
13     Q  On page 105, there's what I'll refer to as
14 "example 21" of this application. It starts on page
15 105, and it continues on to the top of page 109, if
16 you could read that, please, to yourself.
17     (Pause.)
18     The figures that are referred to in the
19 text are at the end of the document.
20     A  Okay.
21     (Pause.)
22     Okay.

28 (Pages 106 to 109)

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

**Page 110**

1  Q  Could you just please read the single
2  sentence that begins on line 3, page 105, and ends
3  at line 5 on the same page.
4  A  "The targeting construct pXEPO-13 was made
5  to test the hypothesis that the endogenous hEPO gene
6  could be activated in a human fibroblast cell."
7  Q  If you could turn to page 108 and read the
8  sentence that begins on line 25 and ends on line 28.
9  A  "These results demonstrate that homologous
10  recombination may be used to target a regulatory
11  region to a gene that is normally silent in human
12  fibroblasts, resulting in the functional activation
13  of that gene."
14  Q  So do you agree that in example 21 of this
15  application, a DNA construct containing a DNA
16  regulatory segment capable of modifying the
17  expression characteristics of the human EPO gene was
18  inserted into the genome of the cell by homologous
19  recombination?
20  MR. KELBER:  Objection to the form and
21  relevancy.
22  THE WITNESS:  Yes.

**Page 111**

1  BY MR. KELLY:
2  Q  Do you agree that the DNA construct in
3  this example is called pXEPO-13?
4  MR. KELBER:  Same objections.
5  THE WITNESS:  Yes.
6  BY MR. KELLY:
7  Q  Do you agree that the construct also
8  contains a segment that is homologous to a region
9  within or proximal to the human EPO gene in those
10  cells?
11  MR. KELBER:  Same objections.
12  THE WITNESS:  Yes.
13  BY MR. KELLY:
14  Q  Do you agree that the DNA construct
15  becomes inserted into the genome of the cells so
16  that the DNA regulatory segment is operatively
17  linked to the human EPO gene?
18  MR. KELBER:  Same objections.
19  THE WITNESS:  Yes.
20  MR. KELLY:  What's the objection to the
21  form of the question?
22  MR. KELBER:  If you want to go to the form

**Page 112**

1  of the question, you have to go back to the first
2  question.  If you want to go to the relevance, I
3  think it's clear.
4  MR. ROLLINS:  I think you've objected --
5  MR. KELBER:  Form, that you've excised six
6  pages out of the 150-something page document, ask
7  the witness to testify that the experiment tells --
8  allows you to draw certain conclusions as to a
9  document that wasn't publicly available until May
10  13th, 1993, and then you've asked a series of
11  questions with respect to this experiment without
12  identifying in the subsequent questions what the
13  experiment is.  I think I'm entitled to both
14  objections.
15  Understand, Counsel, that I'm trying to
16  follow the rules.  Every time you ask me to explain
17  it -- ask your questions.
18  BY MR. KELLY:
19  Q  Do you agree in the cells used in this
20  example, the expression characteristics of a
21  predetermined gene within the genome of the cell is
22  modified?

**Page 113**

1  MR. KELBER:  Objection as to form;
2  objection as to relevance.
3  THE WITNESS:  In the sections that I've
4  looked at that you asked me to read there's no
5  description of what expression characteristics of
6  the silent locus were to begin with.  So it's a
7  little difficult to decide whether they were
8  modified or not.  It's implicit, however, based on
9  the initial statement that the purpose of the
10  experiment was to test the hypothesis that a gene
11  could be activated.  So on that basis, one could
12  conclude that they modified the expression of the
13  gene, but on -- I mean, it's not like there's any
14  data to support that.
15  BY MR. KELLY:
16  Q  Do you agree that the human EPO gene is
17  silent in the fibroblast before the DNA construct is
18  inserted?
19  MR. KELBER:  Same objections.
20  THE WITNESS:  It doesn't say that.  One
21  would have to assume that based on that prior
22  statement.

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

**Page 114**

1        BY MR. KELLY:
2        Q   Could you go to page 108 and read the
3    sentence that begins at line 25 and ends at line 28.
4        MR. KELBER: Asked and answered.
5        THE WITNESS: Yeah, that's what we said
6    before. I already read that sentence. It says
7    "these results demonstrate that homologous
8    recombination may be used to target to a regulatory
9    region to a gene that is normally silent."
10       MR. KELBER: You need to slow down for the
11   reporter.
12       MR. KELLY: Limitations on technology.
13       THE WITNESS: "In human fibroblasts,
14   resulting in the functional activation of that
15   gene."
16       What I said was the results as they are
17   described don't say that. They can say that. That
18   doesn't mean the results say that. They say that
19   the results say that.
20       What I'm saying is there's no results to
21   talk about the activation of the gene in the first
22   place, at least not in the section I've read. I

**Page 115**

1    don't know anything about the hEPO gene. It could
2    be active or not. Presumably, it's inactive. So
3    presumably their statement is correct. But I'd need
4    to see the data before I made a conclusion like
5    that.
6        BY MR. KELLY:
7        Q   Do you agree that the methodology used in
8    example 21 falls within the scope of claim 2 of the
9    '071 patent?
10       MR. KELBER: Objection; competence;
11   relevance, capacity.
12       THE WITNESS: Claim 2? Okay. Yes.
13       BY MR. KELLY:
14       Q   Do you agree that example 21 falls within
15   the scope of claim 1 of the same patent?
16       MR. KELBER: Same objections.
17       THE WITNESS: I can't evaluate that. On
18   the basis of my prior statements, I don't have any
19   knowledge of the EPO gene, and there's no data
20   presented in this example. There's only this one
21   statement that they conclude that, but that wouldn't
22   be my conclusion based upon what I've read.

**Page 116**

1        BY MR. KELLY:
2        Q   Do you agree that the inventors named in
3    this application interpreted their results to
4    indicate that the silent gene -- that the EPO gene
5    in the cells was silent and insertion of the DNA
6    regulatory sequence resulted in an activation --
7        A   Yes.
8        Q   -- of that gene?
9        MR. KELBER: Assumes facts not in
10   evidence.
11       BY MR. KELLY:
12       Q   Could you turn to paragraph 29 of your
13   second declaration. That's Exhibit 2030. It's on
14   page 11. Could you please read paragraph 29.
15       A   "Considering the existence of tens of
16   thousands possible target genes in the eukaryotic
17   genome, hundreds to thousands of potential target
18   cell lines, and the choice of hundreds of thousands
19   of possible DNA targeting segments for each target
20   gene in each target cell line, the problem of
21   practicing claims 1 through 3 becomes
22   insurmountable."

**Page 117**

1        Q   I'd like you to answer this question as a
2    yes or no. Do you agree that example 21 that we
3    just discussed demonstrates that practicing the
4    method described in claim 2 of the '071 patent is
5    not insurmountable?
6        MR. KELBER: Can we go off the record for
7    a second, please?
8        VIDEO OPERATOR: Going off the record at
9    approximately 01:46 p.m.
10       (Discussion off the record.)
11       VIDEO OPERATOR: Going back on record at
12   approximately 1:48 p.m.
13       BY MR. KELLY:
14       Q   Do you agree that example 21 that we just
15   discussed demonstrates that practicing the method
16   described in claim 2 of the '071 patent is not
17   insurmountable?
18       A   I'm restricted to yes/no answer? That's
19   what you said before.
20       Q   No. Just answer.
21       A   No restriction. My intention in that
22   statement in paragraph 29 of my document was that

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

**Page 118**

1  teaching in the '071 patent is so limited as to be
2  practically useless, that somebody can take a
3  particular construct, modify a particular gene in a
4  particular cell, and have those features of the '071
5  patent as it's described work. It's not
6  representative of all genes being able to be
7  activated, or all silent genes for that matter, in
8  any cell type by any type of promoter construct.
9      Q  Okay. So then practicing -- do you agree,
10  then, that practicing claim 2 of the '071 patent is
11  not insurmountable?
12      A  Not in every -- not in every aspect of it.
13      Q  So do you agree, then, that there are
14  genes that can be activated or their expression
15  modified by the method that's recited in, say, claim
16  2 of the '071 patent, successfully?
17      A  I agree that that potential existed at the
18  time that the '017 patent was written, and it still
19  exists today.
20      Q  Do you agree that all the techniques
21  needed to practice the subject matter described in
22  the claims of the '071 patent were well known to one

**Page 119**

1  of ordinary skill in the art, the relevant field, in
2  the 1989 time frame?
3      A  To practice the '017 patent requires that
4  you understand the following things. You need to be
5  able to do gene targeting, which was well
6  established at that time. You need to understand
7  basics of promoter operation and gene regulation,
8  which was well known at the time. And you need to
9  combine those two, which had already been done in
10  several cases prior to the issuance of the '017
11  patent.
12      So yes, those pieces are very simple, well
13  established, and had been practiced in cells prior
14  to the issuance of this patent. So I would
15  conclude, then, that one of ordinary skill would
16  piece those together with no difficulty.
17      Q  So then do you agree that one of ordinary
18  skill in the relevant field in the 1989 time frame
19  would have appreciated that the subject matter of
20  the claims of the '071 can be practiced with routine
21  experimentation if one had the motivation to do so?
22      A  Could you repeat the question?

**Page 120**

1      Q  Sure. Do you agree that one of ordinary
2  skill in the relevant field in the 1989 time frame
3  would have appreciated that the subject matter of
4  the claims of the '071 patent could be practiced
5  with routine experimentation if one had the
6  motivation to do so?
7      A  Yes.
8      Q  Okay. Earlier, you said that the -- just
9  now, you've said that the individual pieces of the
10  methodology that goes into practicing the method
11  that's described in the claims of the '071 patent
12  were all known at the time that the patent was
13  filed. Yet, at the same time, you said that the
14  teachings in the '071 patent are worthless. How do
15  you square those two?
16      A  Okay. Let me clarify the first part
17  first. It's not just that the pieces were in place.
18  They were all in place, and good examples existed in
19  yeast. I was practicing them myself. Moving from
20  yeast to another cell type is not a large leap.
21      So it's not just the pieces we're talking
22  about. It's the entire practice that was present

**Page 121**

1  and operating in one cell type, and the general
2  approaches or the understanding of homologous
3  recombination and transcriptional regulation in
4  higher cells, which is the focus of anything we're
5  going to talk about if we want to define cell line
6  as a mammalian cell, for example, those were being
7  appreciated at that time as well. In fact, in the
8  1985 time frame, those basics were understood.
9      Okay. So that's the first part of the
10  answer, which is that it's not just -- it's not just
11  taking known pieces and putting them together in
12  some novel way, which could be patentable or not,
13  depending on your point of view. In this particular
14  case, it's just simply moving from one cell type to
15  another, and having everything working more or less
16  the same, which had already been demonstrated. And
17  so that part of it, I think, is relatively obvious.
18      The second part of your question, if you
19  could repeat it.
20      Q  Yeah. How did -- the question --
21      A  Oh, how did I square that with this bit
22  that it's not teaching? Okay, now that doesn't --

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 122

1  so the teachings at any one example are there. My
2  statements as to the insurmountable difficulties
3  have to do with the fact that it doesn't teach,
4  perhaps, in the majority of cases how to go about
5  doing this. And that's because there's still to
6  this day too much unknown about any one locus.
7      So you can find examples where things work
8  at particular loci and they won't work at other
9  cases. One of the difficulties there is that you're
10 not going to see reports on the ones that don't
11 work. So there's no way to judge how often, you
12 know, a technique like this is going to work for
13 you. That's where the statements in the second
14 document, in my second declaration come from.
15     Q   So you just stated that perhaps in the
16 majority of cases, that it may not work. How are
17 you able to quantify majority/minority?
18     A   Well, I'm not quantifying it. I'm
19 qualifying it. With the word "perhaps."
20     Q   Well, if you say "majority," it's at least
21 50 percent?
22     A   If I'm saying "perhaps," it's perhaps --

Page 123

1  at least 50 percent.
2      Q   So then you don't know what the percentage
3  is?
4      A   I just said, you can't know because you're
5  not going to hear the reports of things that fail.
6  People tend not to report that information. But any
7  bench scientist will tell you that a good success
8  rate in a project is, you know, on the order of 75
9  percent. If three-quarters of the things worked in
10 my lab all the time, I'd be extremely happy. Okay?
11     So I'm basing it on that information. I'm
12 not -- I'm also basing it on the following. I have
13 not done a lot of mammalian gene targeting myself.
14 I've done a lot of yeast gene targeting. And if you
15 read the literature, what you learn is that the
16 yeast gene targeting is like shooting fish in a
17 barrel compared to mammalian gene targeting.
18     I also know how difficult yeast gene
19 targeting can be. I have lots of personal
20 experience of failures, which I do not record in my
21 literature as well. So even in a situation where
22 it's optimal -- the best systems around, yeast gene

Page 124

1  targeting, it's not as cut and dried as you might
2  read.
3      The other reason I've come to that
4  conclusion is because I've done a significant amount
5  of grant reviewing over the years, and I can tell
6  you that study sections like the one I sit on -- or
7  at least the one I sit on, are very loathe to fund
8  research that involves gene-targeting mammalian
9  cells because it's considered quite risky. So the
10 typical comment in these types of --
11     Q   Just to interject a question, when you say
12 "quite risky," can you just explain what you mean by
13 "risky"?
14     A   Let's say you design an experiment that --
15 you're going to test some hypothesis that requires
16 you to build a cell line that has some gene-targeted
17 modification in that cell line. NIH usually will
18 not provide the money to do that. What they ask for
19 instead is you first show me the preliminary data
20 that says you have the cell line, and then we'll let
21 you do the experimentation on that cell line, or
22 mouse or whatever it is you're making, that involves

Page 125

1  gene targeting. This type of preliminary data is
2  commonly called for.
3      The reason we characterize it as risky, to
4  propose experiments like this without having a cell
5  line already built, or having done similar kinds of
6  constructs at the same locus, in the past, is
7  because if you can't get that targeting to work, you
8  have no experiment. They don't want to fund
9  experiments that can't be done.
10     So in our parlance, we call those risky
11 experiments. They're not impossible. People do
12 them all the time. But since we don't know -- since
13 you don't hear the reports of failures, it's
14 difficult to really quantify the percent success
15 rate in that venue.
16     Q   So then just to clarify, then, if
17 something doesn't work, if an experiment in this
18 area of gene targeting fails, then that result,
19 generally speaking, is not reported in the
20 literature; is that correct?
21     A   In the early days, these were reported,
22 because they were important pieces of information

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

**Page 126**

1  for people to build a framework around which we will
2  design future experiments. That's a lot of what
3  Smithies presented in his work and Capecchi and
4  those people in the early stages. There's very
5  little venue out there for reporting negative
6  results. It's difficult.
7      Q   So then if the negative results aren't
8  reported, how can you arrive at a conclusion as to
9  what percentage of experiments would be predicted to
10 fail?
11     MR. KELBER:  Asked and answered.
12     THE WITNESS: I think the question is
13 directed at coming up with an estimate or a number,
14 percent failure rate. I think my point has been all
15 along that you can't really know -- and it's
16 particularly locus-dependent. This is what we learn
17 in yeast. Very similar constructs go into different
18 places, don't work the same.
19     So you can't know, and given that -- given
20 that -- well, let me put it this way. If gene
21 targeting mammalian cells was that easy, there would
22 be a lot more of it going on, than is going on now.

**Page 127**

1  I certainly wouldn't do the work I'm doing the way I
2  do it if I could target all of my constructs,
3  which -- it's a significant amount of work to build
4  these things, and significant risk.
5  BY MR. KELLY:
6      Q   Is it only the failures that are not
7  reported in the literature?
8      A   At this point, people don't even
9  necessarily report the successes, because it's such
10 a trivial part of the work. Nobody's funding
11 research or reporting research on homologous
12 recombination, gene targeting -- I mean, there's a
13 couple groups that still do this. But for the most
14 part, gene targeting work is done to get to
15 somewhere else, they're asking some relevant
16 biological question. They're not focusing on the
17 targeting issue itself.
18     There are labs that do that to this day.
19 And we're designing experiments to do that, because
20 we have specific drug compounds, for example, that
21 we believe might assist in repressing the random
22 integration and, perhaps, enhancing the targeting

**Page 128**

1  efficiency. But we wouldn't be doing that if we
2  thought that targeting was easy to begin with.
3      Q   Don't researchers frequently keep good
4  results quiet?
5      A   You know, I got out of the plant field for
6  that very reason. In the health-related fields and
7  outside of private industry, it's an extremely open
8  environment, and people are just as likely to report
9  their failures at meetings as -- and in poster
10 formats and such, private conversations as their
11 successes. Yeah, there are people that keep their
12 results quiet, but I tend not to associate with
13 them.
14     Q   Would you describe the experiments that
15 would go into gene targeting in the manner described
16 in the '071 patent to be high risk, in 1989?
17     A   On two levels, I would consider them high
18 risk. One, in the basic gene targeting itself,
19 okay, that is somewhat risky. More risky in the
20 mammalian cells than in yeast cells. And I know the
21 risks associated with yeast cells.
22     I think it's been pretty well established

**Page 129**

1  that it's locus-dependent. It certainly isn't
2  yeast. Probably also a problem in mammalian cells,
3  depending on your locus. So some loci are going to
4  be better than others.
5      There's been a big expansion of work going
6  on in chicken DT40 cells, over the last five or so
7  years. And this is specifically because, here's a
8  vertebrate cell line, so it's more or less like our
9  type of cells, and yet has this amazing capacity to
10 allow -- to do gene targeting very efficiently.
11 That's the -- one reason people use it. They tout
12 this all the time at the beginning of any proposal
13 or paper. And so you can go in, you rapidly knock
14 out genes and -- there's a Japanese group that does
15 this a lot. And other people have been taking it up
16 in a big way.
17     The second level of risk associated with
18 the '071 patent has to do with the specific claims
19 that concern the targeting of silent genes, and
20 activation of those genes, and I don't think that at
21 this point -- if you go back to the example we were
22 talking about in the -- is this the TKT patent or

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

**Page 130**

1  whatever this thing is? This example 21 we were
2  talking about earlier, this particular case, the neo
3  gene was put in and selected -- targeting was
4  selected through a neo construct, as far as I can
5  tell.
6      In the prior work described, I believe, by
7  Smithies, where they were targeting the beta-globin
8  locus and were unable to show targeting there, using
9  the same construct either in cells that have
10  expressed locus or not, to me argues that -- this
11  example 21 with the neo construct, it may be that
12  they were able to activate the HPO, PPO gene
13  specifically because that particular locus also
14  allowed transcription of the neo gene, which is what
15  they were selecting for.
16      So the risks are at those two levels, one
17  just targeting itself; second, targeting to
18  transcriptionally silent regions. I have never seen
19  a study, and there may not have been one, that
20  looked at targeting a lot of different silent loci.
21  But if that were done and it were shown to be
22  effective in 70 percent or 90 percent or whatever,

**Page 131**

1  then I would say the '017 patent is -- has a better
2  likelihood of succeeding than not. But without that
3  data, I would say that the entire operation is
4  risky, for the silent loci.
5      Q  I want to introduce ARS Exhibit 3034.
6  Have you seen this paper before?
7      A  No, I haven't.
8      Q  Could you read the title and the abstract
9  and anything else of the article that you think you
10  need to read to gain a functional understanding of
11  the teachings.
12      A  Okay.
13      (Pause.)
14      Q  Would you read out loud the first sentence
15  of the abstract.
16      A  "Here we report the use of random
17  activation of gene expression (RAGE) to create
18  genome-wide protein expression libraries."
19      Q  Can you read the second sentence of the
20  abstract.
21      A  "RAGE libraries containing only 5 million
22  individual clones were found to express every gene

**Page 132**

1  tested, including genes that are normally silent in
2  the parent cell line."
3      Q  Could you explain in your own words the
4  methodology that's described in this journal
5  article?
6      A  Okay. So what they do is they take a --
7  looks like a piece of DNA that's got a promoter.
8  Does it say which promoter? They say that they use
9  a series of these pieces of DNA. So it might be a
10  series of different promoters.
11      Anyway, these promoters are connected to
12  an exon and a splice donor, and that's integrated
13  randomly into the genome. And the promoter
14  essentially bypasses -- this new construct --
15  essentially bypasses the control regions of the
16  endogenous gene, turning on -- and there's an
17  example shown in figure 31 -- the gene that's
18  normally off, and it's turning it on. So that's the
19  point of the paper.
20      Q  Okay.
21      A  They say in the abstract that gene
22  expression was found in every gene tested, but I

**Page 133**

1  can't tell you how many that would be without
2  looking more carefully.
3      Q  Would you turn to page 441, and in the
4  first or left column, if you could read the text
5  that begins at the second line. It's the first full
6  paragraph, "a series of," and -- you don't need to
7  read whole -- I was just going to ask you to read
8  down to the sentence that ends before "furthermore,"
9  comma.
10      A  Okay. "A series of RAGE vectors (figure
11  2C; XI through 10) was used to create a library of 5
12  million clones in the human cell line, HT1080. To
13  test the complexity of the RAGE library, we surveyed
14  the activation status of 19 silent and 2
15  transcriptionally active genes using reverse
16  transcription RT-PCR (see experimental protocol).
17  Despite their undetectable expression in the
18  parental cell line, each of the 19 silent genes was
19  activated in at least one library pool and many
20  genes were activated in multiple library pools
21  (table 1). The ability to activate all 21 of the
22  genes tested indicates that RAGE libraries of modest

34 (Pages 130 to 133)

Page 134

1 size are complex and contain a large number of
2 activated genes."
3 Q So then do you agree that there were 19
4 silent genes that were analyzed?
5 MR. KELBER: Objection as to form.
6 THE WITNESS: All I can say is that they
7 describe these as silent, but I don't know what
8 their criteria for silence is. So it's difficult to
9 really --
10 BY MR. KELLY:
11 Q Do you agree that the authors state that
12 the genes were silent as detected by RT-PCR?
13 A Yes, I agree.
14 Q So do you agree that there were 19 silent
15 genes which the authors analyzed or surveyed?
16 A Yes, I agree with that.
17 Q And out of those 19 genes, how many were
18 activated?
19 A Well, they state that 19 of them were
20 activated, but I don't see the data. So it's --
21 Q Do you agree that the data is in table 1?
22 A What table 1 lists are the PCR-positive

Page 135

1 pools, and what you see is that typically, one or a
2 few pools out of 200 pools tested will show some
3 activation. So -- but that's not data. That's just
4 a summary of data. The data would be the actual
5 RT-PCR results on a gel.
6 Q And what journal was this published in?
7 A This was in Nature, or Nature group. What
8 journal is this? Nature Biotechnology, I guess.
9 Q Is that different from Nature?
10 A It's the same publishing group.
11 Q Okay. And would you agree that the
12 articles that are published in Nature or Nature
13 Biotechnology are generally of very high quality?
14 A Some of our friends say that the papers
15 that are published in the highest-profile journals
16 only have a 50 percent chance of being wrong. So --
17 actually, there's quite a bit of interesting
18 comments about this. I mean, the top journals
19 certainly publish the -- some of the more -- they
20 publish high-profile work, which tends to be
21 sometimes incorrect because people are pushing the
22 boundaries.

Page 136

1 But that's not to say that this paper has
2 any problems with its data. I should qualify that
3 this table was probably backed up by data that the
4 reviewer saw, and to their satisfaction, that these
5 data are fine. I'm not arguing that point. I think
6 it's probably fine. It's probably a reasonable
7 summary of the data. I think if you look at the
8 data on its face value, it's pretty clear that most
9 of the time they're not getting activation of these
10 genes.
11 I mean, if you're only getting one or a
12 couple pools showing positive out of 200 pools
13 tested, my interpretation of that is it doesn't work
14 most of the time. So again, this is not to say that
15 you cannot activate a silent gene. I just don't
16 think this paper addresses my earlier comment about
17 how easily or how frequently one can activate a
18 silent gene.
19 Q Okay. So if 19 silent genes are surveyed
20 and 19 silent genes are activated, what percentage
21 of the silent genes were activated?
22 A Well, 19 genes were activated at a rate of

Page 137

1 one or a few per 200. So I would call that half a
2 percent, 1 percent, 2 percent.
3 Basically, I think what it comes down to
4 is that if you look hard enough, you can find cells
5 that have activated a silent gene.
6 Q So do you agree, then, that in these 19
7 genes, cells were found in which each one was
8 activated?
9 A Yes.
10 Q Okay. So then what was the percent
11 success rate of finding cells that contained these
12 activated genes?
13 A 100 percent in this case.
14 Q Okay. Can you explain the difference
15 between random activation and targeted homologous
16 recombination?
17 A I think there's potentially a couple of
18 differences. Other than the obvious difference that
19 one involves a homologous recombination which
20 requires homologous sequences on the incoming
21 vector, and random integration, which doesn't
22 require that, in fact it excludes it, that's the

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 138

1  first difference.
2      The other difference is that in homologous
3  recombination, in order to do homologous
4  recombination, you need to know about the gene
5  you're talking about. You need to have those
6  sequences out and in hand in order to modify them
7  and then put them back in in their modified form.
8      For random integration, these elements can
9  integrate anywhere. They actually don't know where
10 they integrate, and all they say is that some random
11 integrations are going to activate silent genes.
12      If you were to -- I don't think you can
13 take this and extrapolate, then, to the targeting
14 situation in the way that you would extrapolate that
15 19 out of 19 targeted silent genes would be
16 activated. There's features of random integration
17 which are unknown, by definition.
18      The fact that they're removing the first
19 exon -- at least in their construct here, they're
20 removing the first exon and the regulatory sequence
21 is completely from the -- in this random situation
22 here, that's how they're diagraming it. I don't

Page 139

1  know if that's a limitation, an optimal situation,
2  or what, or if that's just their easy way of drawing
3  it.
4      I don't see that they went in and
5  characterized each one of these random integrations
6  other than RT-PCR. Perhaps they did in later
7  sections of this paper, but I didn't read that far
8  through it. So there's really, at least in the
9  beginning here, there's no knowledge of why these
10 things are activated.
11      The other thing I'd like to point out is
12 that cells are not homogeneous. People talk about
13 clonal populations of cells, but there's some really
14 nice work published, it made the cover of Science,
15 showing some bacterial expression patterns using
16 fluorescent tags and interesting cell biology
17 techniques. And they showed what would have in the
18 old days, five years ago, been considered clonal
19 populations of cells, and they had very widely
20 ranging gene expression patterns shown by this
21 fluorescent assay.
22      So you'd look at a whole bunch of cells in

Page 140

1  a microscopic field and there's some that are on,
2  some that are off, some that are halfway on, and
3  it's just -- you have this whole range of
4  expression. So it's very possible that the ones
5  that they're picking up in these silent genes, they
6  call it a normally silent gene, but within any
7  population of cells, you might have the occasional
8  activation of that gene, enough, perhaps, to get
9  integration, activation, selection -- your
10 selectable marker goes in, whatever it is you're
11 doing.
12      So how does that relate to the '017
13 patent? I think it relates in the following way:
14 When you're doing gene targeting, you're not able to
15 look at 5 million examples. You don't have 5
16 million targeted clones to look at. You don't even
17 have a million. You don't even have 1000. You have
18 one out of a thousand that are actually targeted.
19      So in these kinds of procedures that are
20 described in this Harrington Nature Biotech paper,
21 they have the natural advantage of really opening up
22 the floodgates. I mean, they can see all sorts of

Page 141

1  things that because of the -- they're just
2  blanketing the cells with all sorts of random
3  integrations, and the ones that they're going to
4  pull out are -- I mean, you can screen or select for
5  ones that you can find.
6      In a homologous recombination experiment,
7  you don't have that luxury. You're going after a
8  specific locus. It takes many months to create a
9  single targeting vector, much less create many of
10 them to figure out which ones are going to work.
11      So that's why I don't see how this relates
12 too directly to the issue of being able to activate
13 any silent gene in any cell by homologous
14 recombination, any silent gene in any cell by
15 homologous recombination.
16 Q  Doesn't this Harrington paper suggest that
17 heterochromatin will not be a problem in activating
18 silent genes?
19 A  My comments I just made relate to whether
20 you talk about silent genes inactivated in
21 heterochromatin or any other way. What I said was
22 that within a cell population, there may be the

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 142

1  occasional cell where the gene, which is normally
2  silent, has been activated enough that you can get
3  the random integration to activate it further. In a
4  homologous recombination experiment, you don't have
5  that luxury.
6      So I'm not trying to suggest that any
7  silent gene can never be activated or that even many
8  of them could never be activated. I would never say
9  never, ever. Okay? It doesn't exist, okay?
10     So yeah, I think it's -- these kinds of
11 strategies, these can provide you with new insights
12 into the way things work, but each strategy has its
13 own limitations and advantages. This one has the
14 advantage of not having any selection, and an
15 ability to really look at a wide range of genetic
16 modifications, some of which are going to activate,
17 but perhaps many do not.
18     MR. KELBER: Is this an opportune time for
19 a break?
20     MR. KELLY: I've been getting nasty notes
21 that the tape's running out.
22     VIDEO OPERATOR: We're going off the

Page 143

1  record at approximately 2:30 p.m.
2      (Recess.)
3      VIDEO OPERATOR: And going back on record.
4  This is tape 4, and the time is approximately 2:42
5  p.m.
6      EXAMINATION
7  BY MR. BROWDY:
8      Q  Referring to your second declaration --
9  before we start, it's been brought to my attention
10 that you previously possibly misspoke about the
11 number of the patent, calling it the '017 patent
12 rather than calling it the '071 patent.
13     A  Right.
14     Q  Was it your intention every time you did
15 so to refer to the '071 patent?
16     A  That's correct.
17     Q  Referring to your second declaration,
18 paragraph 16.
19     A  Okay.
20     Q  You state in the last sentence that "Gregg
21 et al. described that gene activation is not
22 possible at silent loci." This is a -- this is your

Page 144

1  statement of what Gregg described. Is it also your
2  present opinion?
3      A  I gave my present opinion earlier when I
4  said that I think the intention and the reading of
5  Gregg is that gene activation may not be possible at
6  silent loci.
7      Q  But leaving Gregg aside for now, is it
8  your testimony that gene activation is not possible
9  at silent loci?
10     A  No, that's not. I would say gene
11 activation is possible at some silent loci.
12     Q  Is it your testimony that gene activation
13 is not possible if the location is silent because of
14 heterochromatin?
15     A  My testimony is that silent in any form,
16 whether heterochromatin-based or some other
17 mechanism that we don't know about, is silent. So
18 I'm not restricting it to heterochromatin or -- I'm
19 just leaving it as silent by whatever mechanism.
20     Q  The issue that I'm trying to address is
21 whether or not gene activation is possible there.
22 So I'm making --

Page 145

1      A  It's possible at some silent loci. That's
2  clear today. It's still not clear whether it's
3  possible at all silent loci, and it's still not
4  clear whether how you define silent loci, whether
5  they're truly silent or not. I mean, I think that
6  any gene has the ability to be transcribed in any
7  particular cell at some low, undetectable level. So
8  it really depends on how you define "silent."
9      Q  If the claims were directed only to
10 increasing the expression of a gene that already
11 expresses in the particular target cell line, would
12 it be your position that then it would be expected
13 that every one of such genes could be made to
14 increase its expression by use of targeted
15 homologous recombination?
16     A  I would say that it would be possible -- I
17 would say that perhaps most of those cases would be
18 likely to succeed.
19     Q  So that would -- would it be correct for
20 me to say that that would be the expectation, and if
21 it didn't happen, that would be the exception?
22     A  Yeah. That's what I mean by "most."

Jac Nickoloff - September 26, 2003
ARS v. Cell Geneays

Page 146

1    Q   But you do not take that position when the
2 claim talks about transcriptionally silent genes?
3    A   I don't really have enough information to
4 put a number on the situation of silent genes. I'm
5 not even really so much with the active genes.
6 These are just impressions that I would get from the
7 literature.
8    Q   I'm not asking for numbers. I'm just
9 trying to determine the general expectation.
10    A   Most mean more than 50 percent or less
11 means less than --
12    Q   As a scientist, if you're entering into an
13 experiment and saying I want to express this
14 particular gene that I'm going to need for some NIH
15 grant that I'm going to apply to and I want to prove
16 that I can get this construct first, going into it,
17 would the expectation be that he would be able to
18 get it if it was silent in the original cell line?
19    A   I think that the expectation would be you
20 would have less of an expectation in the case where
21 it's silent. I want to clarify one point. It's not
22 simply a matter of the ability to target or even the

Page 147

1 ability to activate the gene. You can very well
2 activate the gene and kill the cell. There may be
3 reasons why genes are silent in particular cells,
4 and I think it could be very dependent on the type
5 of cell you choose. There's a lot of examples out
6 there where you express genes, foreign genes in
7 cells. These aren't foreign genes we're talking
8 about. These are normally present genes, but plenty
9 of literature on foreign genes killing cells, and
10 people go to great lengths to produce regulated
11 promoter situations so that they can have the gene
12 in an active state, grow up the culture to a point
13 where they can purify the protein, and then turn on
14 the gene at the last minute or the last several
15 hours, and in that way, the cells die anyway, and
16 you get your protein out.
17    In the case of a silent gene, you know,
18 there's a lot of reasons why genes are silenced, and
19 I don't think we understand them too well. But
20 that's how I form the basis of my opinion that a
21 silent gene would be less likely to succeed than
22 activating an already active gene.

Page 148

1    Q   My question was really only about
2 activation and not being able to maintain the cells
3 alive. If it's activated and kills the cells, it's
4 still producing the protein; right? That's what
5 kills the cell?
6    A   Right. But it depends on the time frame.
7 Some genes can kill cells very quickly.
8 Apoptosis-inducing genes, for example, can kill
9 cells very quickly. Other cells -- other proteins
10 when expressed may have toxic properties that have
11 only seen after accumulation. So again, it's a
12 mixed bag.
13    Q   But if it's not transcribed, nothing's
14 there to kill the cell? If it's a silent gene and
15 you can't make it express, the cell will live?
16    A   Right. And that's why there's a risk, a
17 somewhat larger risk of trying to express a silent
18 gene in any cell type.
19    Q   Do you agree it is the general state of
20 knowledge today that transcriptional activating
21 agents such as enhancers and promoters have the
22 general property of overcoming silence by

Page 149

1 heterochromatin?
2    MR. KELBER:  Objection as to form.
3    MR. BROWDY:  I'm sorry. I didn't hear
4 you.
5    MR. KELBER:  Objection as to form.
6    THE WITNESS:  I don't have an opinion on
7 that.
8    BY MR. KELLY:
9    Q   Do you keep up with the state of the art
10 on heterochromatin and its effect on transcription?
11    A   No, I don't. I should qualify. I
12 recently initiated experiments, none of which have
13 been published or even close at this point,
14 concerning chromatin structure function, and not in
15 relation to transcription, although I'm working with
16 a person who studies that aspect of it, but in
17 relation to DNA repair. And from my limited reading
18 in the field and discussions with this -- with an
19 acknowledged expert in that field, it's my
20 impression that the entire chromatin field is --
21 it's been fairly active but is incredibly complex.
22 I mean, what we have is a huge number of known

38 (Pages 146 to 149)

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 150

1  proteins. Probably many unknown proteins have
2  modified chromatin structure by methylation,
3  acetylation, phosphorylation. It's becoming clear
4  that these are very dynamic changes that occur, and
5  chromatin, heterochromatin, open chromatin, these
6  are all, in my view, fairly poorly defined concepts.
7      Q   In your paragraph 16 that we referred to
8  earlier in your second declaration, within the text,
9  you state that "genes falling within the third
10 category exist in a repressed chromatin confirmation
11 due to heterochromatin structure." Do you recall
12 testifying to that effect?
13     A   Uh-huh; yes.
14     Q   Is it your expert opinion that inserting a
15 regulatory element that is active -- for example,
16 that is active for a cell that is expressed -- for a
17 gene that is expressed in that particular cell
18 line -- inserting that type of regulatory element
19 before a gene that is in the third category cannot
20 cause that gene to express?
21     MR. KELBER:  Objection as to form.
22     THE WITNESS:  I could imagine it going

Page 151

1  either way. It depends on whether the element that
2  we insert has the property of disrupting the local
3  chromatin environment, perhaps by preventing
4  nucleosomes from forming in the region in question
5  or some other effect, preventing the nucleosomes
6  that are there from condensing in particular ways
7  through the -- by their ability -- by that region to
8  track or exclude chromosome modifying structures.
9  So I don't have any specific knowledge about any
10 particular locus, or all of them for that matter,
11 that are in these silent regions.
12     Heterochromatin -- some of the recent
13 literature I've read on this suggests that
14 particular sequences can have an effect that's
15 spread across fairly large regions of DNA. Whether
16 those controlling regions, which are out here, you
17 know, say upstream of region can be influenced by
18 downstream changes that we're making, I'm not sure
19 has been studied carefully. I also can't speak to
20 the type of modifications we're talking about.
21     So promoters come in a lot of different
22 shapes and sizes. They bring with them various

Page 152

1  kinds of elements that are themselves poorly
2  understood, these upstream activating sequences or
3  UASs. The promoter itself with its TATA boxes and
4  various transcription factor binding sites. In the
5  early days, my impression of promoter structure was
6  that it was fairly well-defined, and what's -- and
7  in a recent lecture, I heard from Mark Ptashne, he
8  was characterizing it as a very mushy business, at
9  best.
10     So you have all these proteins that have
11 not specific binding sites either to the sequence or
12 to themselves, but really just surfaces that tend to
13 interact in quite -- in quite a gradient fashion.
14 So it's a -- you can't say a promoter is a promoter.
15 When I said earlier that a gene is a gene, what I
16 was really talking about is you have a coding
17 sequence. How those coding sequences are activated
18 by what factors is quite a complex issue for any one
19 promoter or set of promoter elements. It's
20 incredibly complex when you consider the genome as a
21 whole.
22     Layered onto all of this is the complexity

Page 153

1  that -- the structure or the -- yeah, the structure
2  of chromatin in DNA that's transcribed or turned off
3  is constantly changing throughout development,
4  through the cell cycle for many loci. So it's a
5  really complex issue that can't be characterized in
6  any kind of simple manner. So I don't think -- so
7  because of that, I don't think you can say that a
8  particular regulatory element is going to activate
9  DNA that's in heterochromatin or not. It depends on
10 the type, the magnitude of the change you're talking
11 about. If you're replacing the natural promoter,
12 which is 100 base pairs, with another promoter
13 that's a couple hundred base pairs, you may not have
14 any effect at all on the heterochromatin. If you
15 put in 7 or 10 kilobases, you might have a huge
16 effect.
17     I personally have never done that kind of
18 experimentation, and I'm not that familiar. I'm
19 just giving you my opinion based on the way I view
20 biology, which is it's still an incredibly
21 mysterious business, and that's why I like it, in
22 fact.

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 154

1  Q  It's mostly based on your speculation,
2  though, on what might happen?
3  A  Uh-huh; that's correct.
4  Q  You discussed earlier about in your own
5  experiments you found locus dependency in yeast with
6  homologous recombination. That locus dependency in
7  yeast has nothing to do with heterochromatin, does
8  it?
9  A  Not that I know of. None of the genes
10  that I was targeting had -- were thought to exist in
11  a silent state. There's limited silent DNA around
12  telomeres, and we weren't targeting there. There's
13  silent DNA at HMI, HMR, and we're not targeting
14  there either.
15  Q  Can I draw your attention to Exhibit 2010,
16  ARS Exhibit 2010.
17  MR. KELBER:  Is there an ARS Exhibit 2010?
18  There's a CGI.
19  MR. BROWDY:  CGI. He's going to hand you
20  one. Sorry.
21  BY MR. BROWDY:
22  Q  Referring to your first declaration,

Page 155

1  paragraph 22. Before I specifically get to that
2  paragraph, let me digress just one moment. You
3  recall the discussion we had about the Gregg
4  reference. Do you agree that the experiments
5  reported in this Smithies reference that you talked
6  about in your first declaration are the same
7  experiments as are in the Gregg reference from your
8  second declaration?
9  A  Right; that's correct.
10  Q  You state in paragraph 22 of your first
11  declaration that "in 1985, modification of a
12  targeted mammalian gene by homologous recombination
13  was disclosed by Smithies. The human beta-globin
14  locus was the target gene whose expression was
15  modified in mammalian cells by homologous
16  recombination." What is the modification of
17  expression that you're talking about there? Where
18  is that in Smithies?
19  MR. KELBER:  Objection as to form.
20  BY MR. BROWDY:
21  Q  I understand it says abstract in figure I
22  legend, but would you explain to me why that

Page 156

1  establishes that the target gene has had its
2  expression modified?
3  MR. KELBER:  Objection as to form.
4  THE WITNESS:  So in this particular case,
5  we have a targeting vector with a neo gene within
6  it. Homologous recombination inserts the neo gene
7  into the middle of the beta-globin locus, and in my
8  opinion, when you stick another gene inside of a
9  gene, you tend to modify its expression. Now, if
10  you want to talk about modifying -- if you want to
11  restrict your discussion to modification of
12  expression through promoter elements or that sort of
13  thing, enhancers, this reference doesn't speak to
14  that.
15  But if you have a gene that's in the cell
16  and we know that it's expressed and you stick
17  another gene in the middle of it, it shuts off that
18  expression, essentially kills the cell by
19  insertional inactivation. So that's how I would
20  characterize my statement. It's modifying the
21  expression.
22  BY MR. BROWDY:

Page 157

1  Q  So what you characterized as expression of
2  modification is effectively knocking out the gene by
3  homologous recombination?
4  A  Knock-out, right.
5  Q  And this experiment of figure 1, the gene
6  was expressed before the gene was inserted?
7  A  I believe that's the case because they had
8  difficulty targeting genes in cell types that were
9  not expressed.
10  Q  You point out that Smithies states that
11  the assay data indicate that the modification was
12  achieved whether or not the target gene was active;
13  is that correct?
14  A  Right; right.
15  Q  And yet, when you were speaking about
16  Gregg, which are the same experiments, you pointed
17  out that -- correct me if I'm wrong -- once you
18  obtained the homologous recombination, the insertion
19  of the neo gene into its particular spot, that
20  doesn't necessarily mean that it will be active at
21  that spot?
22  A  I believe the distinction here has to do

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 158

1  with G418 selection, but I'm not completely sure
2  about that. It's a -- these two papers, as was the
3  style in those days -- and to some extent perhaps
4  continues to this day -- the Cold Spring Harbor
5  reference, this is a group of papers that are
6  invited, and oftentimes, you'll see kind of
7  replicated DNA -- or replicated data in two types of
8  publications. The original 1985 paper in Science, I
9  believe, is -- or Nature is -- it's interesting that
10  they would argue that they could get integration
11  whether or not it was expressed but then later come
12  back in 1986 and said that they could not get it.
13  This may also be dependent on the type of targeting
14  vector. I have to look more carefully to discern
15  that.
16      There are these two types of targeting
17  vectors. It could be experimental variability. I
18  mean, if you remember the Gregg paper, there was a
19  limited data set. The difference between the active
20  gene targeting system and the inactive one was a
21  difference between zero out of several thousand and
22  six out of several thousand, something along that

Page 159

1  order. So these are not huge numbers to begin with.
2      Anyway, if your question is directed
3  towards the issue of whether you could do targeting
4  in silent genes, I don't think that's much of a
5  question. I think there is -- you can do that. My
6  problems with the '071 patent don't stem so much
7  from the targeting aspects as from the activation
8  aspects. Keep in mind that at the beginning of the
9  '071 patent, it states right out at the outset
10  there's no novelty to the targeting part of this
11  patent. That's not really a part of the patent.
12      Q  So you'll agree that anybody who wanted to
13  target any predetermined gene could target?
14      A  With difficulty.
15      Q  Reading the '071 patent and being aware of
16  the state of the art at the time, 1989?
17      A  Right. In other words, if you were set
18  out to do it, you could certainly come up with a
19  plan that potentially would work. It wouldn't
20  necessarily be an easy thing to do, and even today,
21  it's not an easy thing to do. But the proof of
22  principle was laid out in 1985 at least.

Page 160

1      Q  It may be a substantial amount of work to
2  get that construct and have it work, but it should
3  be routine experimentation?
4      A  The targeting part.
5      Q  The targeting part.
6      A  Right.
7      Q  So you can get it targeted without more
8  than routine experimentation, even though it may be
9  a substantial amount of work, even though it's high
10  risk?
11      A  I mean, the way I would characterize it is
12  that perhaps most loci could be targeted with a
13  substantial amount of work. It doesn't suggest that
14  all of them were -- it doesn't really characterize
15  how much work you're talking about.
16      Q  Well, a person of "ordinary skill" in this
17  art, you have testified, in the field of homologous
18  recombination as it pertains to introducing
19  heterologous DNA into cells and gene expression
20  prior to 1989 in paragraph 6 of your first
21  declaration, say it "would be a person having a PhD
22  in molecular biology, biochemistry, genetics or

Page 161

1  related fields and at least two years of experience
2  with DNA recombination and gene expression. Such an
3  individual would be well-versed in methods for
4  isolating, manipulating, and characterizing RNA,
5  DNA, and proteins, in addition to understanding the
6  relationships of DNA regulatory segments (e.g.,
7  promoters, etc) and coding regions of genes, whether
8  native or exogenous to the cell in which they are
9  studied."
10      Such a person of ordinary skill in the
11  art, granted I fully agree with you it's a lot of
12  work, but would that person of ordinary skill in the
13  art be able to conduct that work as a matter of
14  routine experimentation in his lab?
15      A  Let me distinguish between being able to
16  come up with a plan and even executing it and
17  succeeding, because those are different things. I
18  think on paper, these things work really well.
19      Q  I'm just talking about targeting.
20      A  That's exactly what I'm talking about. So
21  you could come up with a plan to target. If you had
22  the necessary knowledge about the locus you wanted

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 162

1  to target, you were to pull that out, remember, I
2  think all this predates PCR. So it wasn't all that
3  easy to pull out the sequences in question. But if
4  you had them in hand, you could develop targeting
5  vectors without any difficulty, and you could
6  certainly put them into cells without any
7  difficulty. Whether they would work or not would
8  be -- is the question.
9       But that's where the difficulty lies.
10 It's not in the -- the ordinary skill part is in the
11 manipulation of the vectors, and getting them into
12 the cells, and even screening for the ones that are
13 targeted. All of that's relatively routine.
14      Q  Paragraph 18 of your first declaration,
15 you state that the Ramabhadran reference had
16 "reported that a gene of interest (i.e., bovine
17 growth hormone gene, bGH) that was not expressed
18 when under control of the native bGH promoter in
19 CV-1 monkey cells could, in fact, be expressed by
20 replacing the native bGH promoter with the mouse
21 metallothioein-1 promoter."
22      I just wanted to -- I will give you a copy

Page 163

1  of this reference to look at it. This is CG Exhibit
2  2005. I wanted you to clarify for the record for me
3  whether or not there's any homologous recombination
4  being used in this paper.
5       A  I believe there's no homologous
6  recombination in this paper.
7       Q  How was the native promoter replaced?
8  What are the differences in the processes?
9       A  Well, they've cloned out the gene, and
10 they've -- from a lambda library, and then they
11 basically made two kinds of constructs, ones with
12 the full gene in its native promoter, and then they
13 replaced the native promoter with the MT promoter.
14 Then they put either of these back into cells
15 randomly. And in the one case, there was no
16 expression in the native promoter, and then with the
17 MT promoter, they were able to get expression.
18      Q  Paragraph 26 of your first dec -- I'm
19 sorry. I've already asked that question.
20      Turning now to your second declaration,
21 paragraph 23. It says that "it is well known to one
22 skilled in the art that gene expression in cultured

Page 164

1  cells may vary under different culture conditions
2  and over different cell passage numbers, and that
3  information such as the cell culture and conditions
4  and what constitute expression characteristics of
5  the target gene such as expression levels,
6  inducibility, suppressibility, et cetera, is absent
7  from the disclosure of the '071 patent." You state
8  that "without restraints on the culture conditions
9  and expression characteristics, it is impossible for
10 one skilled in the art to choose a cell line in
11 which the expression characteristics of the target
12 gene may be modified."
13      Is that an accurate paraphrase?
14      A  Yes.
15      Q  When it comes to cultured cells and
16 culture conditions in passages, isn't all that
17 something that's within the skill of that person of
18 ordinary skill in the art we were talking about?
19      A  It's certainly within the skill for
20 somebody to figure out how to grow cells, to follow
21 established procedures to grow cells, but for any
22 particular gene you might be looking at, it would

Page 165

1  require a considerable amount of experimentation to
2  figure out how different culture conditions might
3  influence the expression of that gene, whether it's
4  in its premodified state or post-modified state.
5       Q  Again, for any given gene, any
6  predetermined gene that the person of ordinary skill
7  in the art decides to work on, would it not be
8  within his skill to determine the cell culture
9  conditions to -- within which to make the homologous
10 recombination?
11      MR. KELBER: Objection as to form.
12      THE WITNESS: For any particular gene,
13 depending on the level of knowledge about that gene,
14 one can certainly figure out how to grow it and how
15 to modify its expression and even determine whether
16 it was modified. The purpose of the statement is to
17 point out that there's such a broad range of gene
18 expression profiles that one might see in -- when
19 you consider all genes, not just any particular
20 gene, so yes, within any particular gene, one that
21 has been well studied, is relatively straightforward
22 for one skilled in the art to go forward without any

42 (Pages 162 to 165)

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 166

1  knowledge of a gene up front, it's not a simple
2  matter, to do either the targeting or the expression
3  work.
4      BY MR. BROWDY:
5      Q   In paragraph 26, you state that the
6  specification of the '071 patent provides
7  contradictory statements.  On the one hand, the
8  specification describes that "the size of the
9  targeting regions, i.e. the regions of homology is
10  not critical."  On the other hand, the specification
11  also describes that short target region is less
12  efficient for homologous recombination and that the
13  optimal results are achieved with large target
14  regions."  Why do you consider that to be a
15  contradiction?
16      A   Well, the first statement says the size of
17  the targeting regions is not critical.  Given the
18  difficulties in gene targeting, even under what
19  people consider optimal conditions, to go down to
20  the lower limits where it's -- was clearly shown
21  that it's less efficient, you're just taking a bad
22  situation and making it worse.

Page 167

1      So it's either critical or it's not, and
2  in my view, it's critical.  The same type of thing
3  has been -- in my own hands been, you know,
4  confirmed over actually quite recently.  Gene
5  targeting in yeast, there was -- originally, it was
6  done with large pieces of homology.  And then
7  somebody came up with the clever idea of using PCR
8  and actually incorporating the homology into the
9  original PCR parameters.
10      So what you do is you take the small
11  pieces of homology, and they did a nice study where
12  they took homology from 20 to 70 base pairs.  And on
13  those 70 base pair they attached the PCR parts to
14  amplify some selectable marker that's in a plasma
15  usually.  That PCR product is then transferred into
16  yeast cells, and what they showed is a nice more or
17  less linear relationship between efficiency of
18  targeting and size.  And it dropped off quite
19  substantially below 50 base pairs of homology.
20      In the mammalian literature, I was not
21  aware of any minimum requirement prior to
22  investigating this -- doing the work for this

Page 168

1  deposition, that you could do targeting in mammalian
2  cells with things as small as 25 base pair arms.  I
3  found that pretty amazing.
4      But anyway, I think it speaks largely to
5  position effects in addition to other factors.  I
6  think you can always find an example where something
7  will work.  But whether it will work generally, and
8  I think that's what the '071 patent is attempting to
9  say, is that it's -- that this is a general method
10  and it's not critical, and yet, I'll bet you it's
11  highly critical.  And so in fact, they go on to say
12  that it's -- that the longer arms are going to work
13  better.  So it seemed odd that they would make the
14  statement that it's not critical.  But I would
15  suggest that perhaps it's correct in saying it's not
16  critical at every locus, but I would say it's
17  critical at most loci.
18      Q   If 100 base pairs work, would you expect
19  that 200 base pairs would work?
20      A   Speaking from my own experience in yeast
21  where targeting is well characterized, very
22  efficient compared to mammalian cells, I can say

Page 169

1  that we've been using 50 to 70 base pair range with
2  very poor success rates, and compare that to our
3  normal targeting, several hundred base pairs usually
4  works quite well.  So I think it doesn't take orders
5  of magnitude differences to have pretty strong
6  effects, and we're talking about the same locus
7  being targeted.
8      Q   But my -- I'll go back to my original
9  question and just change the number.  If several
10  hundred, 400 -- is that an average one that you'd
11  use in yeast?
12      A   Yeah, that's an average size, sure.
13      Q   If 400 works, would you expect that 800
14  would also work?
15      A   Yes.
16      Q   So to that extent, the size of the
17  targeting region is not critical?
18      A   Correct.  So my statement was really
19  speaking to the -- to this business about 25 base
20  pairs.
21      Q   The fact that something is less efficient
22  doesn't necessarily mean it's inoperable?

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 170

1    A    That's correct.
2    Q    In paragraph 27, going down to the third
3 sentence where you say here, the only qualifier, "as
4 long as the regulatable segment F can be operatively
5 linked to the gene of interest," is of little use
6 because it describes something one can only find out
7 after the experiment, not prior to the experiment.
8        Isn't it common in scientific research
9 that you want to do some preliminary experiments in
10 order to find out what parameter works best before
11 you insert that parameter into your larger
12 experiment?
13    A    I'm not clear on the question.
14    Q    The regulatable segment F is the promoter,
15 right?
16    A    Correct.
17    Q    And the specification that you were
18 quoting there says that as long as the promoter can
19 be operatively linked to the gene of interest, there
20 is no limit to the size of the targeting region,
21 going back to the previous paragraph where you have
22 the rest of the quote. Correct?

Page 171

1    A    That's correct.
2    Q    But you say, by qualifying that as long as
3 it can be operatively linked, that's worthless or of
4 little use because it describes something that one
5 can only find out after the experiment, not prior to
6 the experiment. Isn't it common to perform a number
7 of experiments, varying the parameters, in order to
8 find the one that has a parameter that works or
9 works best?
10    A    Okay. So what is meant here and I think
11 it lays out pretty clearly, is that you must do
12 experiment in many or most of these targeting-type
13 experiments to figure out if you can get -- there's
14 so many factors that are involved here that we have
15 to experiment on each of them. So we have to pick a
16 promoter, and we have to put it in front of a gene,
17 but there's no easy way to do that. You could start
18 with your standard promoters, but as we've seen,
19 sometimes they don't -- even a promoter that's known
20 to work in many types of cells won't always activate
21 when targeted to, for example, a silent region.
22 Sometimes it will; sometimes it won't.

Page 172

1        So you're going to need some additional
2 experimentation, maybe additional activation
3 sequences or something like that. Okay. This
4 paragraph -- if gene targeting itself were a simple
5 matter, this paragraph wouldn't exist. What we're
6 doing is you're compounding the problem. You take a
7 difficult problem and make it more difficult by
8 providing little information about how to go about
9 doing it. The problem is that there is no way to
10 even tell people how to go about doing it. So in --
11 in a broad sense. So yeah, you can find examples
12 that work. You can spend a lot of time on any one
13 example.
14        But it's difficult -- it becomes -- if
15 you're talking about the normal process of
16 experimentation, that being a difficultness, six
17 months, a year-long time frame to look at any or a
18 few small number of examples, to spend that much
19 time working it up, you would want to have a
20 reasonable expectation of success. So you have
21 these different problems that are sort of
22 compounding. You have to choose a promoter that's

Page 173

1 going to work. You have to link it to the gene in
2 such a way that it activates that gene. Then you
3 have to build targeting arms around it that they
4 work and that they work in an efficient enough
5 manner that you don't spend all your time screening
6 through thousands of candidates to find the guy that
7 actually targeted.
8        So it's a -- you start adding risk on top
9 of risk basically, and then it becomes not
10 impossible, and to better characterize the gene at
11 the outset, the better your chance at success. The
12 '071 patent doesn't limit the genes here to genes
13 that are well characterized. It just says any gene,
14 any cell.
15    Q    Your first declaration does conclude that
16 making the constructs, targeting, producing, and
17 collecting gene products is all within the skill of
18 the art in 1989 -- anybody could have done our
19 invention.
20    A    Right, with the caveat that you have a
21 reasonably well-characterized locus. You have to
22 have the gene out. You have to know that it's

44 (Pages 170 to 173)

Jac Nickoloff – September 26, 2003
ARS v. Cell Genesys

Page 174

1  silent if you're going after a particular one that's
2  silent. You have to -- you have to find its own
3  promoter region, and you have to replace it with one
4  that you will, by experiment, figure out works.
5      It's that second part which is the
6  targeting with the promoter; it's the two difficult
7  steps compounding. So it's like any kind of power
8  calculation. If it's one in 100 and the other
9  example is one in 1000 or one in 50, one in 1000,
10  whatever, you're multiplying your chance of failure
11  to a perhaps intolerable level. So, the steps are
12  routine; that's correct, in terms of putting it out
13  on paper, but as anybody knows, paper science is
14  much easier than bench science.
15      Q  Especially patent attorneys know that.
16      MR. KELBER: Or we'd still be scientists.
17      THE WITNESS: Right.
18      BY MR. BROWDY:
19      Q  If you wanted to decrease the amount of
20  expression of a particular gene using the kind of
21  targeted homologous recombination described in the
22  '071 patent, how would you go about doing that?

Page 175

1      A  Well, in the 1989 time frame and even
2  today with different systems but the same basic
3  principle would apply, I would use a system that
4  would be similar to the GAU promoter system. The
5  nice thing about that particular system is it allows
6  not only reduction but repression. In the case --
7  so there are genes that are essential, and if you
8  put in your -- if you're modifying the expression of
9  a gene that needs to be at some level, you can
10  control it in an oil fashion and then shut it down
11  and study the effect that way. You keep the cells
12  alive by having it on, and you can shut it off by
13  changing the media or putting in some repressor
14  element. In the case of the promoter GAU, the
15  repressor is glucose. So those sorts of things
16  exist today.
17      The Tet-On and Tet-Off systems are
18  examples of that. At the time of this patent, I
19  don't know that there was any comparable system in
20  terms of a regulated promoter system. I know that
21  most people have studied inducible promoters.
22  People like myself were studying MMTB which could be

Page 176

1  turned on. There's been a general problem in the
2  field of being able to turn things off. Most
3  promoters tend to be leaky.
4      That being said, what you could
5  theoretically do is you could identify things that
6  were expressed at low levels, very low levels, take
7  their promoters, and replace them, and that would be
8  one way of turning down a gene level of expression.
9  So it's a relatively straightforward thing to think
10  about.
11      MR. BROWDY: If we could take another
12  break here for about 10 minutes and find us a place
13  to talk a little bit and see if that's it, and then
14  we'll turn it over to you.
15      MR. KELBER: Let me take you on the yellow
16  brick road.
17      VIDEO OPERATOR: Going off the record at
18  approximately 3:38.
19      (Recess.)
20      VIDEO OPERATOR: Back on the record at
21  approximately 3:49 p.m.
22      BY MR. BROWDY:

Page 177

1      Q  Is yeast a member of the animal or plant
2  kingdom?
3      A  That's funny, because according to NFS,
4  yeast is a plant, yes, but most people would
5  consider it not a plant.
6      Q  Does it fall into the kingdom plantae?
7      A  I'm not sure if they classify it that way.
8  It's most commonly characterized as a fungi, kingdom
9  fungi.
10      Q  Would you consider SV 40 to be a mammalian
11  promoter?
12      A  It's a viral promoter that operates on
13  mammalian cells. It may have been originally --
14  well, it's not clear where viruses came from, but if
15  they came originally from the cells that they
16  infect, then you could consider it that.
17      Q  How about thymidin kinase?
18      A  That would be a mammalian gene and
19  promoter.
20      Q  That's not a viral promoter?
21      A  Actually, there's two types. There's the
22  TK gene that's endogenous of mammalian cells. The

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

**Page 178**

1  HSV, that's a herpes simplex virus. That's a
2  different TKG. It's a related family member.
3      Q    The TK promoter that people usually talk
4  about, is that a viral promoter, or is that a
5  mammalian promoter?
6      A    Normally, we would be talking about the
7  viral promoter.
8      Q    When you spoke -- when you testified
9  earlier about the three categories of genes, the
10  housekeeping, the inducible, silent, which category
11  of those genes does the second X chromosome fit?
12      A    First of all, those classifications are
13  not meant to be mutually exclusive. They're just
14  sort of operational definitions of a particular gene
15  and a particular cell at a particular time. The X
16  chromosome, one of them largely active. The other
17  is largely inactive. So it's the same genes on the
18  same homologous -- these two homologous chromosomes.
19  One of those chromosomes is chosen by mysterious
20  mechanisms to be silenced, and the other chromosome
21  is active. It's a gene dosage problem. The cells
22  really don't do well when you have two copies of X

**Page 179**

1  chromosome being activated. Male cells, you solve
2  the problem by having only one X chromosome present,
3  and the Y chromosome has a very limited number of
4  genes on it.
5      Q    I don't have copies to hand out, so I
6  shouldn't quote it, I guess. I'm just talking about
7  your motion number 3.
8      MR. KELBER: Do your best. We'll object,
9  but you do your best. You quoted the standing order
10  at me. So --
11      BY MR. BROWDY:
12      Q    In the motion which relies upon your
13  testimony, it states that "invariably, position
14  effects prevented the transfected gene from being
15  adequately expressed. This is because local
16  repressive chromatin environment overrides positive
17  expression features within the inserted transgene."
18      Now, do you agree with that statement?
19      A    I don't have an opinion about that.
20      Q    In paragraph 27 of your second
21  declaration, the last sentence, you state
22  "positional information is absolutely critical and.

**Page 180**

1  would include knowing where to insert the regulatory
2  segment. Yet, the '071 patent fails to teach how to
3  achieve such placement, and one of skill could not
4  supplement this deficiency by looking to the prior
5  art."
6      Why do you say that one of skill could not
7  supplement this alleged deficiency by looking to the
8  prior art?
9      A    I think -- my opinion on that comes from
10  what's known today about promoter elements in genes.
11  You can certainly put them in front of -- you can
12  put promoters in front of genes and they will work.
13  But one of the problems with -- let me give you an
14  example from my own experience. So one of the
15  common constructs that's used in the field is a
16  plasmid called PSV 2 neo, developed by Paul Bird in
17  the mid-1980s, and at that time it wasn't
18  appreciated that the promoter element and the coding
19  sequence, what that positional information is --
20  what relevance it has or not.
21      There was a series of studies -- I can't
22  remember the name of the person, but I believe they

**Page 181**

1  were out of Pittsburgh, and what they showed was
2  that in mammalian cells, oftentimes, if not the
3  majority of times, a promoter will start where
4  transcription starts, or that's a part of the
5  promoter element is where the transcription starts.
6  And then you read off into your coding sequence, and
7  you have your message with your coding sequence.
8  But if there are AUG start sites, there's a --
9  there's the AUG start site that is in frame with the
10  rest of your coding sequence. If there are
11  additional AUG start sites between that one and
12  where your message actually starts, oftentimes those
13  upstream AUGs will be where translation will start,
14  and you'll get truncated messages because they'll be
15  out of frame, or you'll get some kind of larger
16  fusion protein where you have additional amino
17  acids.
18      So oftentimes people, what they'll do is
19  they'll get rid of all those additional AUG sites.
20  Interesting thing about PSV 2 neo is it's got a
21  whole bunch of AUG sites between the promoter. It's
22  got several hundred base pairs. You can calculate

46 (Pages 178 to 181)

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 182

1  on average that any triplet codon sequence, AUG
2  being one of them, will occur on average every 120
3  base pairs or something. It's a very common kind of
4  thing. So you have a several-hundred base pair
5  piece of extra DNA between your real start side and
6  where your promoter is starting your transcription.
7  You have a good chance of having additional AUGs in
8  there.
9       So in some contexts, those additional AUGs
10 completely wipe out expression under protein,
11 because you get this premature start at these
12 earlier AUG sites. In other contexts, it doesn't
13 seem to matter. So if you went at this blind and
14 you just stuck your promoter, you didn't care about
15 being careful about engineering that promoter open
16 read frame construct, it's going to be a hit and
17 miss situation, and I don't -- I think that's one of
18 the deficiencies in the '071 patent.
19      So one of skill could look to the prior
20 art and by experimentation work out a way to hook up
21 a promoter to a gene, but it would have been
22 useful -- I'm not sure if this was known in the 1989.

Page 183

1  time frame, what I just described about premature
2  start, because I learned about this when I -- I
3  believe around 1990 myself, I mean when I started my
4  own lab at Harvard, I was working a lot with PSV 2
5  neo, and it came to my attention that this potential
6  problem could be -- we thought about getting rid of
7  these additional AUG sites, and we decided not to do
8  it because we found that they were -- that this
9  thing worked fine. Again, this goes back perhaps to
10 the previous discussion we had about how much neo
11 expression do you need to get resistance. We were
12 only looking for resistance in the small amount is
13 clearly all that was required.
14      Q  How does that answer square with your
15 previous statements that all of the elements to
16 practice this invention were in place; all that
17 anyone needed was motivation?
18      A  It squares in the same way that I've been
19 describing all along, which is that for any one gene
20 in any one situation, with enough knowledge and
21 perhaps a little bit of experimentation, you could
22 get this thing to work. When you're talking about

Page 184

1  all genes or any promoter, any cell, it becomes a
2  much more difficult matter. Remember, we're talking
3  about adding complexity on top of complexity or
4  difficulty on top of difficulty, so that you've
5  got -- you've got to choose a promoter. You've got
6  to do that construct well.
7       And then you've got to stick on these
8  targeting arms, and you've got to make sure that
9  works. If it doesn't work, you've got to go back to
10 the drawing board. You can maybe optimize each of
11 these steps individually. You could come up with
12 good targeting systems and then sequentially work
13 out the promoter details, but it's a considerable
14 amount of experimentation before you could get an
15 unknown gene or uncharacterized gene to work.
16      MR. BROWDY: We have no more questions.
17      EXAMINATION
18 BY MR. KELBER:
19      Q  Dr. Nickoloff, you spent a little time
20 this morning discussing prokaryotes and eukaryotes.
21 Is it generally accurate to say that the world of
22 cells that we know of divides into two distinct

Page 185

1  classes, one being prokaryotic, the other being
2  eukaryotic?
3       A  Yeah, that's correct.
4       Q  If you would take a look at the '071
5  patent, which I think you have as probably Exhibit
6  3004. You spent some time talking to Mr. Kelly this
7  morning about your understanding of what is meant by
8  the words "cell line." Do you recall that
9  discussion?
10      A  Yes.
11      Q  Take a look at claim 9, which appears at
12 column 27, lines 40 and 41. Do you see where it
13 indicates that the cell line is a eukaryotic cell
14 line?
15      A  Yes, it does.
16      Q  If I ask you to assume for the moment that
17 claim 9 embraces less than claim 1, can you draw a
18 conclusion as to whether claim 1 embraces cell lines
19 other than eukaryotic?
20      A  Claim 9 is restricted to eukaryotic cell
21 lines.
22      Q  Does that give you any information as to

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 186

1 whether claim 1 contemplates cell lines that are not
2 eukaryotic lines?
3    A    Right. It suggests that the earlier claim
4 would be more broad, that this one would be
5 restricting. Therefore, if you're going to go more
6 broad than eukaryote, you would have to include
7 prokaryote. That's the only way you could go more
8 broad.
9    Q    Take a look at Exhibit 2021. That's the
10 copy of a couple of pages out of a textbook. It
11 looks like this. You've got it right on top.
12    A    There it is. Okay.
13    Q    Do you remember being asked -- oh, okay,
14 sure.
15        MR. BROWDY: Go ahead.
16        BY MR. KELBER:
17    Q    Do you remember being asked in connection
18 with this exhibit what is section 27?
19    A    Correct.
20    Q    Take a look at the bolded title at the
21 very top of page 577, and my question to you is, do
22 you see an indication 27 in that title?

Page 187

1    A    Yes. It looks like a footnote.
2    Q    It does look like a footnote. Take a look
3 at the next bolded language in the text, not the
4 caption for the figure.
5    A    Right.
6    Q    But it's about the last one-third of the
7 text.
8    A    Right. It's another title about inactive
9 X, and it's got a similar notation 28.
10    Q    Do the notations 27 and 28 provide you any
11 information at all as to what you may have meant by
12 section 27?
13    A    Right. I think it would be that the first
14 section would be section 27.
15    Q    You also discussed with Mr. Kelly this
16 morning U.S. patent 6,528,313, which I think you
17 have as Exhibit 2017.
18    A    '313?
19    Q    Yeah, the '313 patent.
20    A    Uh-huh.
21    Q    You can look at any part of this, but I
22 have some -- a couple of questions with respect to

Page 188

1 the paragraph at column 16 about lines 6 to 10.
2 Bear with me one second. Does that paragraph
3 provide you any information as to whether actual
4 expression of the lac.Z gene in the modified cells
5 addressed was observed?
6    A    According to this paragraph, lac.Z
7 expression was illustrated -- when lac.Z was placed
8 into the homogenous 3.1.
9    Q    Do you have any familiarity with -- do you
10 have an opinion, sir, sorry, as to whether having
11 identified the presence of lac.Z in a cell by
12 determination of fluorescence, one of skill in the
13 art would be able to disrupt that cell to collect
14 the lac.Z without undue experimentation?
15    A    Yeah, that would be fairly standard. I
16 think each protein presents its own problems, but
17 lac.Z certainly is a well-studied protein. It
18 doesn't present any problems.
19    Q    To the best of your knowledge, is your
20 payment for services in connection with your first
21 and second declaration and your other services in
22 connection with this interference outcome dependent

Page 189

1 in any way?
2    A    Not in any way.
3    Q    In the course of receiving questions and
4 answering questions today, has any portion of your
5 first or second declaration been brought to your
6 attention which you think now should be changed?
7    A    Just the one section with regard to
8 interpretation of the Gregg et al. paper and whether
9 any silent gene could be activated, and the
10 statement was that the data suggested that in no
11 case could any silent gene be activated. And I
12 would modify that to say that for any particular
13 gene, it may be activatable or may not be
14 activatable.
15    Q    Anything else in your first or second
16 declaration that you would change?
17    A    Not that I recall. I think everything
18 else --
19        MR. KELBER: I have nothing else.
20        EXAMINATION
21        BY MR. BROWDY:
22    Q    Going back to that question about the

48 (Pages 186 to 189)

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 190

1  breadth of cell line in the claim from which claim 9
2  depends, would you take your copy of the '071
3  patent, column 22, first full paragraph. "The
4  present invention is not limited to the cell line
5  that is described herein. All cell lines have
6  genetic information which is normally silent or
7  inert. Most are able to express only certain genes.
8  However, a normally transcriptionally silent or
9  inert gene of any such cell line can be activated to
10  express the gene product in accordance with the
11  present invention, and any gene of the genome may
12  have its expression characteristics modified in
13  accordance with the present invention."
14       I'll skip a sentence so I don't read too
15  much. "The cell line may be animal or plant,
16  primary, continuous or immortal. Of course, it is
17  desirable that any cell line be stable and immortal
18  so that after treatment with the technique in
19  accordance with the present invention, expression
20  can be commercialized." The final sentence of that
21  paragraph reads "Cloned microorganisms, whether
22  prokaryotic or eukaryotic, may also be treated by

Page 191

1  the technique of the present invention."
2       I don't want to mischaracterize your
3  previous testimony, but I believe you said that when
4  the context shows that cell lines in microorganisms
5  are to be distinguished, then indeed cell lines
6  don't include microorganisms. Am I characterizing
7  correctly?
8    A   That's correct.
9    Q   So in the context of this paragraph and in
10  conjunction with those other lines that we talked
11  about earlier, would you say that the '071 patent
12  specification itself distinguishes cell lines and
13  microorganisms so that a microorganism isn't a cell
14  line and a cell line isn't a microorganism?
15    A   The '071 patent in this particular
16  paragraph and perhaps elsewhere, but I couldn't
17  speak to it in all places makes that distinction.
18  What it also does is embraces all of those types in
19  its method. In fact, in this very paragraph, it
20  does so.
21    Q   Not through the word cell line but by the
22  fact that it talks about cell lines and

Page 192

1  microorganisms.
2    A   That's right. It basically covers all
3  cells of any source.
4    Q   Correct.
5       MR. BROWDY: Okay. I think we're
6  finished.
7       MR. KELBER: Thank you, Dr. Nickoloff. We
8  have to run through this, but to the extent rule 672
9  is applicable, he will make the corrections on the
10  written transcript. He doesn't have to do it in
11  front of a notary, and the parties are free to
12  submit the corrected transcript, either one. Is
13  that acceptable to you?
14       MR. BROWDY: Sure.
15       MR. KELBER: Excellent. Thank you,
16  Doctor. Thank you, Sara.
17       VIDEO OPERATOR: This concludes the
18  deposition of Dr. Jac Nickoloff. This is tape 4,
19  and the time is approximately 4:17 p.m.
20       (Whereupon, at 4:17 p.m., the deposition
21  was concluded.)
22

Page 193

1       I HEREBY CERTIFY that I have read this
2  transcript of my deposition and that this transcript
3  accurately states the testimony given by me, with
4  the changes or corrections, if any, as noted.
5
6
7
8             X
9
10
11  Subscribed and sworn to before me this      day of
12       , 20
13
14
15
16
17            X
18            Notary Public
19
20
21  My commission expires:
22

Jac Nickoloff - September 26, 2003
ARS v. Cell Genesys

Page 194

```
1
2          C O N T E N T S
3      WITNESS                    EXAMINATION
4      JAC A. NICKOLOFF
5        by Mr. Kelly                  5
6        by Mr. Browdy             143, 189
7        by Mr. Kelber               184
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Ace-Federal Reporters, Inc.

800-336-6646