**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CELL GENESYS, INC., ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | Civil Action No. 05-12448-MLW |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Defendant/Counterclaimant. ) | |
| ) | |
| APPLIED RESEARCH SYSTEMS ARS ) | |
| HOLDING, N.V., ) | |
| ) | |
| Plaintiff/Counterdefendant, ) | |
| ) | |
| v. ) | Civil Action No. 04-11810-MLW |
| ) | |
| CELL GENESYS, INC., ) | |
| ) | |
| Defendant/Counterclaimant, and ) | |
| ) | |
| TRANSKARYOTIC THERAPIES, INC., ) | **SUBMITTED PURSUANT TO THE** |
| ) | **COURT'S NOVEMBER 6, 2007 ORDER** |
| Defendant. ) | **(COURT DOCKET NO. 192)** |

**DECLARATION OF MATTHEW C. NIELSEN IN SUPPORT OF ARS MEMORANDA
ADDRESSING NEW ARGUMENTS AND EVIDENCE RELIED ON BY CGI IN ITS
"JAPAN" AND "INTERFERENCE-IN-FACT" MEMORANDA**

I, Matthew C. Nielsen, state as follows:

1. I am a partner at Marshall, Gerstein & Borun, am admitted to practice before all courts in the State of Illinois, and am admitted to practice *pro hac vice* before this Court.

2. I represent Applied Research Systems ARS Holding, N.V. ("ARS") in this action, and submit this Declaration in support of (i) ARS Memorandum Addressing New Arguments And Evidence Relied On By CGI In Support Of Its Motion To Reverse The Board's Decision That CGI Claims 107-109 Are Unpatentable Over "Japan"; and (ii) ARS Memorandum Addressing New Evidence And Arguments Relied On By CGI In Support Of Its Motion To Reverse The Board's Decision That There Is No Interference-In-Fact.

3. I make this declaration of my own personal knowledge. If called to testify as to the truth of the matters stated herein, I could and would testify competently.

4. Exhibit A is a true and correct copy of the Decision on Preliminary Motions of the U.S. Patent & Trademark Office Board of Patent Appeals and Interferences in Interference No. 105,114 ("the '114 Interference").

5. Exhibit B is a true and correct copy of ARS Preliminary Motion 12, as filed in the '114 Interference.

6. Exhibit C is a true and correct copy of ARS Preliminary Motion 14, as filed in the '114 Interference.

7. Exhibit D is a true and correct copy of Cell Genesys Opposition 12, as filed in the '114 Interference.

8. Exhibit E is a true and correct copy of U.S. Patent No. 5,272,071 ("the '071 patent").

2

I declare under the penalties of perjury that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: November 19, 2007                                    /s/ Matthew C. Nielsen
                                                            Matthew C. Nielsen