# Exhibit A, Part 2

Interference 105,114

Genesys relies on one or combinations of the following prior art

references:

Japan Patent Publication 1-215280, published August 29, 1989 (Exh. 3009 (Original Japanese); hereafter we refer to ARS's and Genesys's certified English translations of the Japanese publication (Exh. 3010; Exh. 2016));

Nasmyth, K. (Nasmyth I), "At Least 1400 Base Pairs of 5'-Flanking DNA Is Required for the Correct Expression of the HO Gene in Yeast," Cell, Vol. 42, pp. 213-223 (August 1985)(Exh. 2008);

Nasmyth, K. (Nasmyth II), "The Determination of Mother Cell-Specific Mating Type Switching in Yeast by a Specific Regulator of HO Transcription," The EMBO Journal, Vol. 6, No. 1, pp. 243-248 (1987)(Exh. 2009);

Kaufman, R., et al. (Kaufman I), "Coamplification and Coexpression of Human Tissue-Type Plasminogen Activator and Murine Dihydrofolate Reductase Sequences in Chinese Hamster Ovary Cells," Molecular and Cellular Biology, Vol. 5, No. 7, pp. 1750-1759 (July 1985)(Exh. 2014);

Smithies, O., et al. (Smithies), "Insertion of DNA Sequences into the Human Chromosomal β-Globin Locus by Homologous Recombination," Nature, Vol. 317, pp. 230-234 (September 19, 1985)(Exh. 2010);

Raibaud, O., et al. (Raibaud), "A Technique for Integrating Any DNA Fragment into the Chromosome of Escherichia coli," Gene, Vol. 29, 231-241 (1984) (Exh. 2012);

Cid, A., et al. (Cid), "Replacement of the Promoter of the Yeast Plasma Membrane ATPase Gene by a Galactose-Dependent Promoter and its Physiological Consequences," Current Genetics, Vol. 12, pp. 105-110 (1987)(Exh. 2013);

and

Thomas, K., et al. (Thomas), "Site-Directed Mutagenesis by Gene Targeting in Mouse Embryo-Derived Stem Cells," Cell, Vol. 51, pp. 503-512 (November 6, 1987)(Exh. 2011).

-37-

Interference 105,114

Genesys also relies on Le Mouellic, H., et al. (Mouellic), U.S.
Patent 6,528,313 (Exh. 2017), which issued March 4, 2003, from
U.S. Application 08/301,037, filed September 6, 1994.  The '037
application is a continuation of U.S. Application 08/048,056,
filed April 19, 1993.  The '056 application is a continuation of
U.S. Application 07/598,679, filed as PCT/FR90/00185 on March 19,
1990, now abandoned.  Genesys cites Mouellic as prior art under
35 U.S.C. § 102(e) based on the its view that Claims 1-58 of
ARS's '071 patent are not entitled to benefit of the December 22,
1989, filing date of its parent U.S. Application 07/454,783,
which is a continuation-in-part of U.S. Application 07/893,447
from which ARS's '071 patent issued.

    All of the references upon which Genesys relies but two are
prior art under 35 U.S.C. § 102(b) with respect to ARS's '071
patent.  Japanese Patent Publication 1-215280 (Japan), published
August 29, 1989 (Exh. 3010; Exh. 2016), is no less than prior art
under 35 U.S.C. § 102(a).  Japan would be prior art under
35 U.S.C. § 102(b), and Mouellic's U.S. Patent 6,528,313, would
be prior art under 35 U.S.C. § 102(e), if Claims 1-58 of ARS's
'071 patent are not entitled to benefit under 35 U.S.C. § 120 of
the December 22, 1989, filing date of its parent U.S. Application
07/454,783.

Interference 105,114

In ARS's Preliminary Motions 3 (Paper No. 47), 4 (Paper No. 4), and 5 (Paper No. 49) under 37 CFR § 1.633(a), ARS moves for judgment that Claims 105 and 110-112 of Genesys Application 08/102,390, filed August 5, 1993, are unpatentable over prior art under 35 U.S.C. § 102/103. In determining the prior art status of each of the references relied upon by ARS in support of its motions, again we shall presume that Claims 105-112 of Genesys Application 08/102,390 are entitled to benefit under 35 U.S.C. § 120 of the November 6, 1989, filing date of Genesys's parent U.S. Application 07/432,069. In support of its motion, ARS relies on the following prior art references:

> Kaufman, R., et al. (Kaufman I), "Coamplification and Coexpression of Human Tissue-Type Plasminogen Activator and Murine Dihydrofolate Reductase Sequences in Chinese Hamster Ovary Cells," Molecular and Cellular Biology, Vol. 5, No. 7, pp. 1750-1759 (July 1985)(ARS's Exh. 3007 (Paper No. 47); equivalent to Genesys Exh. 2014);

> Raibaud, O., et al. (Raibaud), "A Technique for Integrating Any DNA Fragment into the Chromosome of Escherichia coli," Gene, Vol. 29, 231-241 (1984) (ARS's Exh. 3008 (Paper No. 48); equivalent to Genesys Exh. 2012); and

> Japan Patent Publication 1-215280, published August 29, 1989 (Exh. 3009 (Original Japanese)(Paper No. 49); hereafter we refer to ARS's and Genesys's certified English translations of the Japanese publication (Exh. 3010; Exh. 2016)); and

> Genetic Engineering, Principles and Methods, Vol. 9, Edited by Setlow, J., Plenum Press, New York, 1987; Kaufman, R. (Kaufman II), "High Level Production of Proteins in Mammalian Cells," pp. 155-198 (Exh. 3015).

-39-

Interference 105,114

All of the references upon which ARS relies but one are also prior art under 35 U.S.C. § 102(b) with respect to Genesys's Application 08/102,390. Japanese Patent Publication 1-215280, published August 29, 1989 (Exh. 3010; Exh. 2016), is prior art under 35 U.S.C. § 102(a).

We proceed first to consider the patentability of the subject matter defined by Claims 1-58 of ARS '071 patent and Claims 105-112 of Genesys's involved application over prior art under 35 U.S.C. § 102(b) which Genesys and ARS commonly cite against each other's claims designated as corresponding to the count. Thereafter, we will consider the patentability of Claims 1-58 of ARS's '071 patent over § 102(b) prior art which Genesys alone cites. Finally, we will consider the patentability of the subject matter defined by Claims 1-58 of ARS '071 patent and Claims 105-112 of Genesys's involved application over the teachings of Japanese Patent Publication 1-215,280, published August 29, 1989, commonly cited by Genesys and ARS against each other's claims designated as corresponding to the count, and if necessary, over Mouellic's U.S. Patent 6,528,313.

(1)  Kaufman I (Exh. 2014/3007)

### Kaufman I teachings

Kaufman I describes the expression of elevated levels of human tissue-type plasminogen activator (t-PA) in a dihydrofolate

-40-

Interference 105,114

reductase (DHFR)-deficient Chinese hamster ovary (CHO) cell line
by cotransfection and coamplification using a (1) human t-PA cDNA
gene including an upstream simian virus 40 (SV40) enhancer and
(2) a mouse DHFR cDNA gene.  See Exh. 2014: p. 1750, abstract;
p. 1751, cols. 1-2; p. 1752, Fig. 1, col. 1, last para., and
col. 2, first para.  Kaufman I states, (Exh. 2014, p. 1757,
col. 1, first para.; emphasis added):

> The purpose of this investigation was to apply
> gene amplification to the development of a mammalian
> cell line which produces high levels of t-PA, a potential
> thrombolytic agent. . . . [A] cotransfection method was
> used which yields cells containing the t-PA sequences
> closely linked to the DHFR sequences.  Thus, selection
> for DHFR gene amplification by increasing MTX
> [(methotrexate cytotoxin)] resistance provided for
> the coamplification of t-PA sequences.  The DHFR
> transcription unit was constructed without an enhancer
> element. . . . However, cotransfection of the DHFR unit
> with a t-PA transcription unit containing an enhancer
> dramatically increased the efficiency of DHFR
> transformation.  This appeared to occur by in vivo
> ligation of the two separate transcription units,
> resulting in enhancement of DHFR expression by the
> t-PA-associated enhancer element.  Efficient DHFR
> expression was thus dependent on continued association
> with the enhancer from the t-PA transcription unit.

Kaufman I states (Exh. 2014, p. 1757, col. 2):

> Since the continued presence of the enhancer element
> from the t-PA cDNA gene was necessary for efficient
> DHFR expression, a high percentage of this subset is
> expected to have coamplified t-PA sequences and to
> thus express t-PA at high levels.  Our results are
> consistent with this scheme.

-41-

Interference 105,114

Kaufman I adds (Exh. 2014, p. 1758, col. 1):

> It appears that this approach will prove generally
> applicable to the development of cell lines producing
> high levels of a variety of proteins which may prove
> therapeutically useful but which have been previously
> difficult to obtain in sufficient quantities.

### Findings based on teachings of Kaufman I

We find in Kaufman I no teaching or reasonable suggestion to
insert a DNA regulatory segment or amplifiable gene into the
genome of a cell line by homogeneous recombination, as
Claims 1-16 and 28-51 of ARS's '071 patent require.

We find in Kaufman I no teaching or reasonable suggestion
of a DNA construct comprising a DNA regulatory segment or
amplifiable gene capable of stimulating or modifying expression
of a target gene within the genome of a host cell line and a DNA
targeting segment homologous to a region of the target gene, as
Claims 26 and 27 of ARS's '071 patent require.

We find in Kaufman I no teaching or reasonable suggestion
of a genome of a cell line having a DNA regulatory segment
operatively linked with a gene naturally occurring in the genome
of the cell line at a genome-insertion site characterized by a
predetermined DNA sequence, as Claim 17 of ARS's '071 patent
requires.

We find in Kaufman I no teaching or reasonable suggestion of
a cell line expressing a product encoded by a gene normally

-42-

Interference 105,114

silent within the genome of the cell line, wherein the genome has inserted therein a DNA regulatory segment operatively linked with said normally silent gene which stimulates the expression characteristics thereof, as Claims 18, 22-24, and 56-58 of ARS's '071 patent require.

We find in Kaufman I no teaching or reasonable suggestion of a cell line showing enhanced expression of a product encoded by a target gene within the genome of the cell line, wherein the genome has inserted therein an exogenous DNA regulatory segment and/or amplifiable gene operatively linked with said target gene which stimulates its expression characteristics, as Claims 19-21, and 52-55 of ARS's '071 patent require.

We find in Kaufman I no teaching or reasonable suggestion to insert an heterologous DNA regulatory sequence or amplifiable gene into the genome of a cell line by homogeneous recombination, as Claims 107-109 of Genesys's Application 08/102,390 require.

We find in Kaufman I no teaching or reasonable suggestion of a human 293 embryonal kidney cell having inserted in its genome a cytomegalovirus promoter or enhancer operatively associated with a human erythropoietin gene, as Claim 106 of Genesys's Application 08/102,390 requires.

However, we find that Kaufman I describes a DHFR-deficient Chinese hamster ovary (CHO) cell line, i.e., the cell line of a

-43-

Interference 105,114

mammalian host. Kaufman I teaches that the DHFR-deficient CHO
cell line was made to express a DHFR gene which is not normally
expressed within the genome of the DHFR-deficient CHO cell line
and a human t-PA gene which is not normally expressed within the
genome of the DHFR-deficient CHO cell line. Abnormal expression
of the DHFR gene product within the genome of the DHFR-deficient
Chinese hamster ovary cell line is said to have resulted from
insertion of the SV40 enhancer (heterologous regulatory sequence)
in the vicinity of, and operatively associated with, a coinserted
exogenous DHFR cDNA target gene not normally expressed within the
genome of the DHFR-deficient CHO cell line. Abnormal expression
of the t-PA gene product within the genome of DHFR-deficient
Chinese hamster ovary cell line is said to have resulted from
insertion of the amplifiable DHFR cDNA gene in the vicinity of,
and operatively associated with, a coinserted exogenous t-DNA
cDNA target gene not normally expressed in sufficient quantities
within the genome of the DHFR-deficient CHO cell line. Thus,
we find that Kaufman I describes subject matter encompassed by
Claims 105, 110 and 111 of Genesys's Application 08/102,390.

We find in Kaufman I no teaching or reasonable suggestion of
a cell which expresses a gene not normally expressed therein,
wherein the genome of the cell has an heterologous amplifiable
gene or DNA regulatory sequence inserted through homologous

-44-

Interference 105,114

recombination in the vicinity of the gene not normally expressed

so to stimulate expression thereof, as Claim 112 of Genesys's

Application 08/102,390 requires.

However, ARS argues (Paper No. 47, p. 13, first para.):

[I]nserting the heterologous DNA into the cell line via
homologous recombination does not confer any specific or
distinguishing characteristics to the cells. Homologous
recombination can target essentially any sequence in the
genome of the cell. Therefore, without a description in the
claim of the specific sequence targeted in the cell, one
cannot distinguish whether a cell in which the DNA was
inserted by homologous recombination, or another process,
such as a random insertion procedure. Exhibit 3002 ¶ 274.

ARS's argument is taken from paragraph 274 of the "First

Declaration of Randal Kaufman" (Exh. 3002, para. 274). Randal

Kaufman's statement is unsupported. As such, it does not satisfy

ARS's initial burden to show that it is entitled to the relief

sought in ARS's Preliminary Motion 3 (Paper No. 47). See 37 CFR

§ 1.637(a)("A party filing a motion has the burden of proof to

show that it is entitled to the relief sought in the motion.")

Kaufman's unsupported declaration that one skilled in the

art cannot distinguish between a cell in which DNA was inserted

by random insertion and a cell in which DNA was inserted by

homologous itself is insufficient to shift the burden to Genesys

to establish anew that Claim 112 is patentable over the teaching

of Kaufman I. Suffice it to say that DNA randomly inserted into

the genome of a cell does not carry terminal sequences which are

-45-

Interference 105,114

homologous, but not identical, to a predetermined portion of a
target sequence. The homologous terminal sequences guide the DNA
to be inserted toward an area in the vicinity of the target
sequence, as required for insertion by homologous recombination.
How much, if any, of the homologous terminal targeting sequence
or sequences is inserted into the cell genome at the targeting
site, its identity, and precisely how it is inserted, are not
fully understood and determinable without comparative sequencing
of genes modified by homologous and random recombination
insertion procedures and resultant expression activities.

ARS's arguments also appear to be inconsistent with its view
of the relevance of the teaching of Kaufman I to the subject
encompassed by Claims 18, 22-25 and 57-58 (Paper No. 47, pp. 15)
and Claims 26-27 (Paper No. 47, p. 16) of ARS's '071 patent.
Moreover, ARS's arguments do not appear to be supported by the
teaching of ARS's '071 patent itself (ARS's '071 patent, col. 7,
l. 8, to col. 8, l. 47). For example, ARS' '071 patent
specification suggests that pieces of the "targeting DNA
sequences" terminally attached to a potential insert sequence
will be inserted by homologous recombination into the target
sequence of the genome along with the desirable foreign DNA
insert (ARS's '071 patent, col. 7, l. 67, to col. 8, l. 37),
although the mechanism is not completely understood (ARS's '071

-46-

Interference 105,114

patent, col. 7, l. 23-24). Suffice it to say that ARS has not
satisfied its burden to show it is entitled to the relief it
seeks for Claim 112 of Genesys's involved application.

We find Claims 105, 110 and 111 of Genesys's Application
08/102,390 to be unpatentable under 35 U.S.C. § 102(b) over
subject matter described by Kaufman I.

We conclude that Claims 105, 110 and 111 of Genesys's
Application 08/102,390 are unpatentable under 35 U.S.C. § 103 in
view of the teaching of Kaufman I.

(2)    <u>Raibaud (Exh. 2012/3008)</u>

<u>Raibaud teachings</u>

Raibaud describes a technique for integrating foreign
DNA into the chromosome of <u>Escherichia coli</u> via homologous
recombination (Exh. 3008, p. 231, Title & Summary). According
to Raibaud, the foreign DNA is inserted into a chromosome of
<u>E. coli</u> at the <u>Eco</u>RI site within an endogenous promoter for
the structural gene encoding production of amylomaltase.
Segments of the endogenous promoter must flank the foreign DNA
insert, thus providing the targeting homologous sequences
required for homologous recombination (Exh. 3008, p. 231,
Summary; p. 238, Fig. 5). Correct positioning of the foreign DNA
insert into the chromosome is shown by assaying for amylomaltase,
the expression product of the endogenous structural gene encoding

-47-

Interference 105,114

amylomaltase now operatively associated with a new promoter

either consisting of, or associated with, the foreign DNA insert

(Exh. 3008, p. 231, Summary).

Raibaud depicts insertions comprising the foreign structural

genes for colicin E3 (ceaC) and its immunity protein (ceiC) . . .

(Exh. 3008, p. 238, Fig. 5). Raibaud teaches (Exh. 3008,

p. 237, col. 1, to p. 239, col. 1):

> (d) Transposition into the chromosome of an EcoRI fragment
> containing the genes encoding colicin E3 and its immunity
> protein.
>
>     . . . The first application has been the transposition
> onto the chromosome of a 3-kb EcoRI fragment obtained from
> the ColE3 plasmid and containing the genes encoding colicin
> E3 (ceaC) and its immunity protein (ceiC)(Fig. 5a). The
> objective was to construct a strain carrying the ceiC
> gene on the chromosome, and therefore immune to colicin E3.
> . . . .
>
>     . . . When the ColE3 fragment is in the proper
> orientation, the malPQ operon should be put under the
> control of the colicin promoter, and its expression should
> be induced by MC. This was indeed the case . . . .
> The amounts of amylomaltase and colicin E3 found in the
> different strains before and after MC induction are shown
> in Table II. . . . .

Raibaud adds the following discussion (Exh. 3008,

pp. 239-240)(emphasis added):

> In this paper we have described a technique which
> should allow, theoretically, the transposition of almost
> any DNA fragment, whatever its origin, onto the chromosome
> of E. coli, at the EcoRI site within the malPp^a promoter.

. . . . .

-48-

Interference 105,114

     . . . When the fragment contains a properly positioned promoter, the insertion of this fragment (i) inactivates the chromosomal <u>malPQ</u> promoter and (ii) <u>puts the malPQ operon under the control of the foreign promoter located in the fragment</u>. . . . [I]t can be concluded that the level of amylomaltase synthesis provides a true reflection of the activity of the [new] promoter located in the inserted fragment.  In the examples presented in this paper we have used amylomaltase synthesis as a measure of the activities of promoters controlling the synthesis of colicin E3 and the <u>lac</u> operon of <u>E. coli</u>. . . . .

Findings based on Raibaud's teachings

We find that Raibaud describes a technique for modifying the expression characteristics of the endogenous structural gene encoding amylomaltase in the genome of a prokaryotic cell line (<u>E. coli</u>) comprising inserting a DNA construct (the ColE3 DNA fragment within a <u>malPp</u>[a] promoter) by homologous recombination, said DNA construct comprising a DNA regulatory segment (colicin promoter within the ColE3 fragment) capable of modifying the expression characteristics of the native amylomaltase structural gene when operatively linked thereto, and a DNA targeting segment homologous (the terminal segments of the <u>malPp</u>[a] promoter containing the ColE3 DNA fragment) to a region of the genome (the native <u>malPp</u>[a] promoter) proximal to the native amylomaltase structural gene, wherein said DNA construct (the ColE3 DNA fragment within the <u>malPp</u>[a] promoter) is inserted such that said a new regulatory segment (colicin promoter within the ColE3

-49-

Interference 105,114

fragment) is operatively linked to said amylomaltase structural
gene of interest.

   Raibaud also teaches that the expression characteristics of
the native amylomaltase structural gene were modified when the
malPQ operon was driven by the colicin promoter insert, and
likely would be enhanced by an insert comprising a relatively
stronger promoter.  Raibaud explicitly states (Exh. 3008, p. 239,
col. 1, first full para.):

>    The amount of amylomaltase found when the malPQ operon
>    was driven by the promoter of the colicin gene was similar
>    to that obtained after induction with maltose in the
>    wild-type strain C600.  This result indicates that the
>    efficiency of the colicin promoter is similar to that
>    of the malPQ operon.

Raibaud states that, "in such constructions[,] the level of
amylomaltase is proportional to the strengths of the promoter"
(Exh. 3008, p. 239, col. 2).  "Therefore, it can be concluded
that the level of amylomaltase synthesis provides a true
reflection of the activity of the promoter located in the
inserted fragment" (Exh. 3008, p. 240, cols. 1-2, bridging
para.).  Accordingly, we find that Raibaud expressly teaches, and
we conclude that Raibaud reasonably would have suggested, subject
matter encompassed by Claims 2, 17, 19, 20, 26, 28, 31, 52, 53
and 54 of ARS's '071 patent to persons having ordinary skill in
the art.

-50-

Interference 105,114

On the other hand, Genesys has not shown that Raibaud discloses or would have taught methods of "activating a predetermined normally transcriptionally silent gene within the genome of a cell line," as required by Claims 1, 5-16, 18, 22-25, and 56-58 of ARS' '071 patent.  We interpret the phrase "normally transcriptionally silent gene within the genome of a cell line" to refer to a gene endogenous to the cell line.

Nor has Genesys shown that Raibaud discloses or reasonably would have suggested methods of modifying the expression characteristics of a target gene within the genome of a cell line which comprises insertion of a DNA construct comprising an "expressible, amplifiable gene" which amplifies the target gene within the genome of the cell line when it is amplified, as required by Claims 3, 4, 19, 21, 27, 40-51, and 53-56 of ARS's '071 patent.[4]

Moreover, Genesys has not shown that Raibaud discloses or reasonably would have suggested methods for activating or modifying the expression characteristics of a gene within the genome of an eukaryotic cell line, as required by Claims 9-12, 32-35 and 44-47 of ARS's '071 patent.

---

[4]    We are unable to find antecedent basis in Claim 3 for the references to "said regulatory segment" in Claims 40, 41 and 43 of ARS's '071 patent which depend from Claim 3.

-51-

Interference 105,114

   Genesys has not shown that Raibaud discloses or reasonably
would have suggested methods for activating or modifying the
expression characteristics of a gene within the genome of a cell
line using a DNA construct comprising a selectable marker, as
required by Claims 4, 6, 7, 13-16, 23, 24, 29, 30, 36-39, 41, 48-
51, 57 and 58 of ARS's '071 patent.

   We find that Raibaud does not disclose or teach a mammalian
host cell or cell line, or methods for activating or modifying
the expression characteristics of a gene within the genome of a
mammalian host cell or cell line, as required by Claims 105-109
of Genesys's Application 08/102,390.

   However, we find that Raibaud describes a cell of E. coli
transformed to express a gene encoding colicin.  Genes encoding
colicin are not normally expressed by E. coli.  The cell is said
to have been transformed by insertion of an heterologous DNA
fragment comprising a gene encoding colicin in proximity to its
normal regulatory sequence (a colicin promoter) into the genome
of an E. coli cell within its endogenous malPp promoter by
homologous recombination.  Therefore, we find that Raibaud
describes subject matter encompassed by Claims 110 and 112 of
Genesys's Application 08/102,390.

   We also find that Raibaud describes a cell of E. coli
transformed to express a gene encoding colicin at higher levels

-52-

Interference 105,114

than that normally expressed.  Genes encoding colicin which
Raibaud describes are not normally expressed by E. coli at any
level.  E. coli cells are said to have been transformed by
insertion of an heterologous DNA fragment comprising a gene
encoding colicin in proximity to its normal regulatory sequence
(a colicin promoter) into the genome of E. coli cells by
homologous recombination within an endogenous malPp promoter.
Accordingly, we find that Raibaud also describes subject matter
encompassed by Claim 111 of Genesys's Application 08/102,390.

    Furthermore, we find that Raibaud teaches that cells of
E. coli can be transformed to express the expression product of
an endogenous gene encoding amylomaltase by inserting a foreign
regulatory sequence effective to promote expression of the
amylomaltase gene in association with a foreign gene (e.g., a
colicin promoter) into the genome of an E. coli cell within an
endogenous malPp promoter by homologous recombination.  While the
active foreign colicin promoter insert Raibaud describes is
"similar" in strength to the endogenous malPp promoter, Raibaud
teaches that the level of amylomaltase expressed by transformed
E. coli is proportional to the strength of the active foreign
promoter inserted.  Accordingly, we conclude that Raibaud
reasonably would have suggested subject matter encompassed by
Claim 111 of Genesys's Application 08/102,390.

-53-

Interference 105,114

Therefore:

Claims 2, 17, 19, 20, 26, 28, 31, 52, 53 and 54 of ARS's '071 patent are unpatentable under 35 U.S.C. § 102(b) over subject matter described by Raibaud, or under 35 U.S.C. § 103 in view of the teaching of Raibaud; and

Claims 110-112 of Genesys's Application 08/102,390 are unpatentable under 35 U.S.C. § 102(b) over subject matter described by Raibaud, or under 35 U.S.C. § 103 in view of the teaching of Raibaud.

    (3)   <u>Nasmyth I and II (Exh. 2008; Exh. 2009)</u>

<u>Nasmyth II teachings</u>

Nasmyth II teaches (Exh. 2009, p. 243, cols. 1-2; emphasis added):

> Switching is thought to be initiated by a specific double strand cleavage of mating type DNA by an endonuclease encoded by the <u>HO</u> gene. . . . Two lines of evidence suggest that the <u>failure of [haploid homothallic budding yeast] daughter cells to switch [its mating type as do mother cells] is due to the absence of HO endonuclease in such cells</u>. First, neither the endonuclease activity nor its mRNA are made during the first cell cycle of $G_0$ stationary phase daughters upon their inoculation into fresh medium, whereas they are both produced in a cell cycle-dependent fashion in mother cells under the same circumstances. . . . Moreover, neither the endonuclease nor its mRNA are sufficiently stable to be transferred to a daughter cell after their synthesis in a mother cell.

> The second piece of evidence concerns the analysis of <u>cells carrying a recombinant HO gene whose transcription is driven by the GAL upstream promoter element</u>, which is presumably active in both mother and daughter cells . . . . In the presence of galactose, which activates the <u>GAL</u>

-54-

Interference 105,114

upstream promoter element . . . <u>daughter cells are now
observed to switch as frequently as mother cells</u>. the
interpretation of this experiment is complicated, however,
by the fact that this <u>GAL/HO</u> fusion causes a 50- to 100-
fold overproduction of the <u>HO</u> endonuclease. Nevertheless,
it is a reasonable working hypothesis that the failure of
daughter cells to switch their mating type is due to an
underlying failure to transcribe the <u>HO</u> gene throughout
their cell cycle.

In its Discussion, Nasmyth II instructs (Exh. 2009, p. 246,

cols. 1-2; emphasis added)):

This paper describes the construction and
characterization of a hybrid promoter composed by replacing
the <u>HO</u> upstream activation sequence by that of the <u>GAL</u>
promoter. The hybrid <u>GAL/OH</u> promoter is only active in
cells grown in galactose, suggesting that the <u>GAL UAS</u> is
playing an essential role, but it nevertheless retains the
transcriptional start points, the <u>a</u>/α repression and cell
cycle dependence characteristics of the parental <u>HO</u>
promoter.

A crucial difference between the <u>HO</u> and <u>GAL/HO</u>
promoters is that the later is active in daughter cells
whereas the former is not. <u>GAL/HO</u> produces in both mother
and daughter cells the sort of <u>HO</u> transcription normally
(i.e. from <u>HO</u>) only seen in mother cells. Daughter
cells normally never switch their mating type, but as a
consequence of the alteration in <u>HO</u> transcription caused by
<u>GAL/HO</u>, they now switch almost as frequently as mother
cells. This implies that transcription of <u>HO</u> is the major
rate-limiting event for switching which is <u>normally absent
in daughter cells</u>. It should be pointed out that the <u>GAL/HO
promoter appears to cause mother cells to switch slightly
more frequently than daughter cells</u>: 52 versus 38%. . . . .

In Fig. 1. "The genotype and phenotype of important <u>HO</u>

deletions and substitutions," specifically for the <u>GAL/HO</u> hybrid,

Nasmyth II states, "All constructions were made and transplaced

into the <u>HO</u> locus in yeast as described by Nasmyth (1985a)"

-55-

Interference 105,114

(Exh. 2009, p. 244, Fig. 1). The Nasmyth (1985a) article to which Nasmyth II (Exh. 2009) refers is Nasmyth I of record (Exh. 2008). In the section of Nasmyth I entitled, "The Transfer of Mutations into the HO Locus," the author explains that "Such replacements are of course only readily obtained if the transforming fragments possess sequences homologous to those on both sides of the deletion/fusion in the genome (100bp is sufficient)" (Exh. 2008, p. 221, col. 1), i.e., constructions enabling homologous recombination.

<u>Findings based on teachings of Nasmyth II/I</u>

We find that Nasmyth II describes, or reasonably would have suggested, a method for activating expression, and thus modifying the expression characteristics, of the native HO gene encoding endonuclease in haploid homothallic budding yeast daughter cells. The HO gene normally is transcriptionally silent in haploid homothallic budding yeast daughter cells. The method comprises insertion of a GAL/OH promoter construct comprising the GAL promoter sequence within flanking, targeting HO fragments into the genome of yeast daughter cells by homologous recombination. Thereby, the inactive, endogenous HO promoter is replaced by the active GAL/OH promoter and expression of the OH gene encoding endonuclease is activated. Claims 1, 2, 5, 9, 17, 18, 25, 26, 28 and 32 of ARS's '071 patent encompass subject matter which is

-56-

Interference 105,114

described by Nasmyth II, and/or reasonably would have been suggested by Nasmyth II, optionally in view of Nasmyth I.

We find that Nasmyth II describes, or reasonably would have suggested, a method for modifying the expression characteristics of the HO gene encoding endonuclease in haploid homothallic budding yeast mother cells by insertion of a GAL/OH promoter construct comprising the GAL promoter within flanking, targeting HO fragments into the genome of the yeast mother cells by homologous recombination. Thereby, the endogenous HO promoter is replaced and expression of the HO gene encoding endonuclease is enhanced. Claims 2, 9, 17, 18, 22, 25, 26, 28 and 32 of ARS's '071 patent encompass subject matter described by Nasmyth II, and/or reasonably suggested by Nasmyth II, optionally in view of Nasmyth I.

We find that Nasmyth II describes a HO yeast daughter cell expressing an HO gene encoding endonuclease not normally expressed by that cell comprising heterologous DNA comprising a regulatory sequence GAL/HO inserted in the HO yeast daughter cell by homologous recombination whereby the HO gene encoding endonuclease is amplified and expressed, as required by Claims 110-112 of Genesys's Application 08/102,390.

We find that Nasmyth II describes a HO yeast mother cell expressing an HO gene encoding endonuclease which expresses the

-57-

Interference 105,114

HO gene encoding endonuclease at higher levels than normally

expressed by that cell comprising heterologous DNA comprising a

regulatory sequence GAL/HO inserted in the HO yeast mother cell

by homologous recombination whereby the HO gene encoding

endonuclease is amplified and expressed, as required by

Claim 111 of Genesys's Application 08/102,390.

Therefore:

Claims 1, 2, 5, 9, 17, 18, 22, 25, 26, 28 and 32 of ARS's

'071 patent are unpatentable under 35 U.S.C. § 102(b) over

subject matter described by Nasmyth II, or under 35 U.S.C. § 103

in view of the teaching of Nasmyth II, optionally combined with

Nasmyth I.

Claims 110-112 of Genesys's Application 08/102,390 are

unpatentable under 35 U.S.C. § 102(b) over subject matter

described by Nasmyth II, or under 35 U.S.C. § 103 in view of the

teaching of Nasmyth II, optionally in view of Nasmyth I.

(4)    Smithies (Exh. 2010)

Smithies's teachings

Smithies teaches (Exh. 2010, p. 230, col. 1, para. 2-4;

citations omitted; emphasis added):

> The series of experiments reported here shows that
> homologous recombination between exogenous DNA and a
> chromosomal gene does occur in cultured mammalian cells and
> can allow the stable insertion of defined DNA sequences into
> the [target] human β-globin locus in a predictable fashion.
> Although the frequency of success (~$10^{-3}$ of transformed

-58-

Interference 105,114

cells) is at present modest, the data show unequivocally
that the planned modification of a specific human gene is
possible <u>in vivo</u>.

We chose the human β-globin locus as a target for gene
modification . . . .

<u>The rationale used to direct the incoming DNA to the
β-globin locus is derived from experiments in yeast . . .
showing that recombination between DNA sequences and
homologous sequences within the genome can direct the
exogenous DNA to the desired locus</u>.  A refinement . . . is
to cut the incoming DNA within the region of homology using
a suitable restriction enzyme.  In a previous study, we
showed that the provision of such recombinogenic ends
greatly increases homologous recombination between plasmids
in mammalian somatic cells.  This suggests that cutting
within the region of homology may also significantly
increase the frequency of directed gene modification in
mammalian cells.

In the experiments, Smithies describes the use of test

plasmid pΔβ117 and identifies it as having four elements

(Exh. 2010, p. 230, col. 1, Detecting target gene modification,

through p. 231, col. 2, first full para.):

Figure 1 shows the planned modification of the human
β-globin locus, that is, the integration by homologous
recombination of a single copy of a test plasmid into the
locus at a defined position.  To achieve this modification,
we constructed a special test plasmid, pΔβ117 . . . .

The test plasmid pΔβ117 incorporates four important
elements.  The first is 4.6 kilobases (kb) of DNA from the
human the β-globin locus, including the 5' part of the adult
human β-globin gene but lacking the second intervening
sequence (IVS-2) and remaining 3' portion of the gene.
This DNA provides sequences in the incoming test plasmid
that can recombine with homologous target sequences in
the β-globin locus of the recipient cell to accomplish
the planned modification.  Within the 4.6-kb element is a

-59-

Interference 105,114

single BstXI site used to cut the incoming plasmid in the region homologous with the target.

The second element is sequences from the plasmid pSV2Neo . . . that specify the neo gene and associated transcriptional signals. These sequences can confer resistance to G418 (an antibiotic related to neomycin) on mammalian cells. In some experiments, we used G418 to select recipient cells that had incorporated the test plasmid in a configuration in which the neo gene was functional.

The third element . . . is the supF gene, which encodes tyrosine transfer RNA that suppresses several amber mutations in Escherichia coli and its bacteriophages. When this suppressor gene is inserted into a mutant bacteriophage, carrying amber mutations preventing the phage from growing, the amber mutations will be suppressed and the phage will grow. . . . Only those phages that have rescued the supF gene will, in principle, grow on a wild-type strain of E. coli . . . that lacks amber suppressors. (. . . [T]hese phages do not contain any globin sequences and so do not compromise the assay).

The fourth important element . . . is a site for the restriction endonuclease XbaI located upstream of the supF gene relative to the human β-globin sequences. . . . .

Regarding the focal transformation, Smithies teaches

(Exh. 2010, p. 232, col. 2, full para. 1-2; citations omitted):

The second set of tests required a clonable recipient cell expressing the human adult β-globin gene. A cell line described by Zavodny et al. meets these criteria. It was made by fusing hypoxanthine phosphoribosyltransferase-deficient tetraploid mouse erythroleukaemia cells to diploid human fibroblasts bearing an X;11 translocation chromosome . . . . The resulting hybrid cell line, which we term the Hu 11 hybrid, expresses the adult β-globin gene on human chromosome 11 at a measurable level in the absence of induction, and at a high level after induction with dimethylsulfoxide.

-60-

Interference 105,114

> Hu 11 hybrid cells were transformed to G418 resistance by
> pΔβ117 cut with BstXI using electroporation as described in
> Table 1. . . . .

Smithies expressly concludes, "The experiments reported here
establish that the planned modification of a specific human
gene can be accomplished in mammalian cells by homologous
recombination without detectably affecting other parts of the
genome" (Exh. 2010, p. 234).

### Findings based on Smithies's teachings

Genesys has not shown that Smithies teaches "activating a
predetermined normally transcriptionally silent gene within the
genome of a cell line so as to enable said cell line to express
the product of said gene," as Claim 1 of ARS's '071 patent
requires.

Genesys has not shown that Smithies teaches "modifying the
expression characteristics of a predetermined gene within the
genome of a cell line," as Claims 2 and 3 of ARS's '071 patent
require.

Genesys has not shown that Smithies teaches insertion into a
predetermined cell line of "a DNA regulatory segment capable of
modifying the expression characteristics of genes in the host
cell line," as Claim 26 of ARS's '071 patent requires.

Genesys has not shown that Smithies teaches inserting into a
predetermined cell line "an expressible, amplifiable gene capable

Interference 105,114

of modifying the expression characteristics of genes in the host cell line," as required by Claim 26 of ARS's '071 patent.

Genesys has not shown that Smithies teaches "a cell capable of expressing a gene product by a predetermined normally transcriptionally silent gene within the genome of said cell line," as Claim 18 of ARS's '071 patent requires.

Genesys has not shown that Smithies teaches "a cell capable of enhanced expression of a gene product compared to the cell line from which it is derived, said gene product being the expression product of a predetermined endogenous gene," as Claim 19 of ARS's '071 patent requires.

Nor has Genesys shown that Smithies describes a genome of a cell line[, i.e., Hu 11 hybrid cells] . . . having a regulatory segment, i.e., sequences of the second element of the pΔβ117 test plasmid, that specify the neo gene and exogenous associated transcriptional signals (Exh. 2010, p. 231, col. 1, second full para.), operatively linked with a predetermined naturally occurring β-globin gene at an insertion site characterized by a predetermined DNA sequence. While the first element of the pΔβ117 test plasmid comprises "4.6 kilobases (kb) of the DNA from the human β-globin locus, including the 5' part of the adult human β-globin gene," it lacks the second intervening sequence (IVS-2) and the remaining 3' portion of the gene, i.e., it is not

-62-

Interference 105,114

a naturally occurring β-globin gene.  While this DNA to be

inserted provides replacement sequences in the incoming test

plasmid that can recombine with homologous target sequences in

the β-globin locus of the recipient cell to accomplish the

planned modification by homologous recombination]" (Exh. 2010,

p. 231, col. 1, first full para.), the DNA insert is not

operatively linked to a naturally occurring β-globin gene.

Moreover, Smithies' concludes that "[t]he experiments reported

here establish that the planned modification of a specific human

gene can be accomplished in mammalian cells by homologous

recombination without detectably affecting other parts of the

genome" (Exh. 2010, p. 234).  Accordingly, we find that Smithies

neither describes, nor reasonably would have suggested, subject

matter encompassed by Claim 17 of ARS's '071 patent.

      However, Smithies describes, and/or reasonably would have

suggested, subject matter encompassed by Claims 105, 110, 111 and

112 of Genesys's Application 08/102,390.

      Smithies describes, or reasonably would have suggested, a

mammalian Hu 11 hybrid host cell that expresses a gene product

encoded by the exogenous target neo gene which is not normally

expressed within the genome of the cell line, said genome having

inserted therein a heterologous regulatory sequence operatively

associated with said exogenous target neo gene, so that the Hu 11

-63-

Interference 105,114

hybrid host cell expresses the product encoded by the exogenous target _neo_ gene (Exh. 2010, p. 231, col. 1, second full para.); _i.e._, subject matter within the scope of Claim 105 of Genesys's Application 08/102,390.  As previously noted, Genesys's Application 08/102,390 expressly states that the "target gene may be any gene of interest . . ." (Exh. 2047, p. 5, l. 24-25).

Smithies also describes, or reasonably would have suggested, a Hu 11 hybrid cell capable of expressing a _neo_ gene not normally expressed by that cell comprising an heterologous regulatory sequence, _i.e._, transcriptional signals associated with said _neo_ gene, inserted by homologous recombination in said cell's genome in a region in the vicinity of said _neo_ gene, whereby the gene may be expressed (Exh. 2010, pp. 231-233).  The cell Smithies describes is encompassed by Claims 110 and 112 of Genesys's Application 08/102,390.

Smithies also describes, or reasonably would have suggested, a Hu 11 hybrid cell capable of expressing a _neo_ gene at higher levels than normally expressed by that cell, comprising an heterologous regulatory sequence, _i.e._, transcriptional signals associated with said _neo_ gene, inserted in said cells genome in a region in the vicinity of said _neo_ gene whereby the gene may be expressed (Exh. 2010, pp. 231-233).  The cell Smithies describes is encompassed by Claim 111 of Genesys's Application 08/102,390.

-64-

Interference 105,114

Therefore:

Claims 105 and 110-112 of Genesys's Application 08/102,390 are unpatentable under 35 U.S.C. § 102(b) over subject matter described by Smithies, or under 35 U.S.C. § 103 in view of the teaching of Smithies.

(5)   Cid (Exh. 2013)

Cid's teachings

Cid teaches (Exh. 2013, p. 105, col. 2; citations omitted; emphasis added):

> As a first step in our mutational analysis of the yeast ATPase, the gene was cloned and a large deletion was shown to be lethal.  In this work we have replaced the constitutive promoter of the ATPase gene by a galactose-dependent promoter.  The physiological consequences of removing galactose from the growth medium are consistent with the essential role of the enzyme and with its participation in proton and amino acid transport.

According to Cid, "transformation must occur by integration into the yeast genome resulting from homologous recombination" (Exh. 2013, p. 106, col. 2).  Cid describes its integration method as follows (Id., citations omitted; emphasis added):

> In order to target the recombination to the ATPase sequences we treated the plasmid with XbaI, which cuts within the ATPase fragment, because restriction enzyme digestion within the region of homology greatly enhances the efficiency of integration.  Integration at the ATPase locus results in a constitutive promoter in front of a truncated coding region and the galactose-dependent promoter in front of a complete coding region.

-65-

Interference 105,114

## Findings based on Cid's teachings

Genesys has not shown that Cid describes, or reasonably would have suggested, activating a predetermined normally transcriptionally silent gene within the genome of a cell line or modifying the expression characteristics of a predetermined gene within the genome of a cell line by inserting an amplifiable gene capable of amplifying the predetermined gene, or enhancing the expression characteristics of a predetermined gene within the genome of a cell line, as Claims 1, 3, 18, 19 and 27 of ARS's '071 patent.

However, we find that Cid describes, or reasonably would have suggested, a method for modifying the expression characteristics of the endogenous target ATPase gene in an eukaryotic yeast cell by inserting a galactose-dependent promoter operatively linked to the endogenous ATPase gene. The galactose-dependent promoter is inserted into the yeast cell genome by homologous recombination within ATPase fragments, thereby replacing the constitutive promoter of the ATPase gene with an operable galactose-dependent promoter. The DNA construct comprising a DNA regulatory segment is capable of modifying the expression characteristics of the ATPase gene. While Cid's method reduced the natural expression characteristics of the ATPase gene and yeast growth using a DNA construct comprising a

-66-

Interference 105,114

new galactose-dependent DNA regulatory segment, the new

regulatory segment was operatively linked to the ATPase gene and

did not terminate expression of the ATPase gene.  ARS's '071

patent specification defines "[t]he term 'modification of

expression' as used throughout the specification and claims,

. ... as excluding termination of expression by inserting by

homologous recombination . . . to prevent the product of interest

from being expressed" (ARS's '071 patent, col. 24, l. 6-12;

emphasis added).  Accordingly, Cid describes, or reasonably would

have suggested, subject matter encompassed by Claims 2, 17 and 26

of ARS's '071 patent.

    Cid does not appear to describe, or reasonably suggest,

subject matter defined by any of Claims 105-109 of Genesys's

Application 08/102,390.  The host cell transformed in accordance

with Genesys's Claims 105-109 is mammalian, not merely eukaryotic

yeast.  However, while the expression characteristics of the

target ATPase gene of Genesys's Claims 110-112 are neither

activated from silence nor enhanced, the exogenous yeast URA3

and ampicillin resistance marker genes inserted via the pRS-61

plasmid into the yeast cells by homologous recombination, genes

not normally expressed by the yeast cell, are newly expressed by

the yeast cell line.  The exogenous URA3 and ampicillin

resistance marker genes, which Cid reports to have inserted by

-67-

Interference 105,114

homologous recombination into the genome of yeast cells via the

pRS-61 plasmid (Exh. 2013, p. 105, col. 2, Plasmids, last

sentence; Exh. 2013, p 106, col. 2, Results), are expressed in

the yeast cells. Therefore, Cid describes, or reasonably would

have suggested subject matter encompassed by Claims 110-112 of

Genesys's Application 08/102,390.

Therefore:

Claims 2, 17, and 26 of ARS's '071 patent are unpatentable

under 35 U.S.C. § 102(b) over subject matter described by Cid, or

under 35 U.S.C. § 103 in view of the teaching of Cid.

Claims 110-112 of Genesys's Application 08/102,390 are

unpatentable under 35 U.S.C. § 102(b) over subject matter

described by Cid, or under 35 U.S.C. § 103 in view of the

teaching of Cid.

(6)    Thomas (Exh. 2011)

Thomas's teachings

Thomas generally states (Exh. 2011, p. 503, col. 1, first

para.; citations omitted):

> Gene targeting-the homologous recombination of DNA
> sequences residing in the chromosome with newly introduced
> DNA sequences-provides a means for systematically altering
> the mammalian genome.

Here, Thomas extends what appears to be a conventional gene

targeting procedure "by using an endogenous gene as the target

and by using embryo-derived stem (ES) cells as the recipient

-68-

Interference 105,114

cell line" (Exh. 2011, p. 503, col. 2, first full para.).  "The

target gene is hypoxanthine phosphoribosyl transferase (Hprt)"

(Exh. 2011, p. 503, col. 2, second full para.).  "ES cells were

chosen for these experiments because, following inactivation of a

chosen gene by gene targeting, they should provide the means to

generate mice with the desired mutation" (Exh. 2011, p. 503,

col. 2, third full para.).

        Thomas more particularly describes the "site-directed

inactivation of the endogenous Hprt gene in male ES cells by gene

targeting" (Exh. 2011, pp. 503-504, col. 2, bridging para.) as

follows:

> In Figure 1 we illustrate our strategies for inactivating
> the Hprt gene.  The eight exon in a cloned fragment of
> Hprt is disrupted by inserting the neo gene.  Following
> introduction of this DNA onto ES cells, homologous
> recombination transfers this disruption into the endogenous
> Hprt gene, rendering the cells neo-Hprt⁻ and therefore
> resistant to the drug G418 and the base analog 6-TG.
>
>     Using gene targeting in yeast as a paradigm, we
> constructed two classes of vectors that we believed would
> disrupt the Hprt gene either by replacing endogenous
> sequences or by inserting into the endogenous sequences.
> We termed these recombinant neo-Hprt⁻ vectors replacement
> vectors (RV) and insertion vectors (IV).  [(Exh. 2011,
> p. 504, col. 2, first two para.; citations omitted);]
>
> In the schemes outlined in Figure 1 for site-specific
> mutagenesis of the Hprt gene, the neo genes were used both
> to disrupt the coding sequence of the target gene and as a
> tag to monitor the integration of the newly introduced DNA
> into the recipient genome.  Effective use of the neo gene
> as a tag requires expression of the gene in the Hprt locus.
> In general, if the neo gene is to be used in a similar
> fashion to inactivate other genes, it must be expressed

-69-

Interference 105,114

    in as many chromosomal sites as possible. [(Exh. 2011, p. 504, col. 2, third para.).]

    Thomas "redesigned the neo gene to optimize expression in ES cells while maintaining it size at a minimum" (Exh. 2011, p. 504, col. 2, to p. 505, col. 1, bridging para.).  The redesigned neo gene is designated pMC1Neo.

    The structural and control elements of pMC1Neo are described in Figure 2 and are said to comprise (Exh. 2011, p. 504, col. 2, to p. 505, col. 1, bridging para. including Figure 2; citations omitted):

> The neomycin protein coding sequence (d)[, the neo structural gene,] is from the bacterial transposon Tn5. The promoter (b) that drives the neo gene is derived from the herpes simplex virus thymidine kinase gene (HSV-tk). This promoter appears to be effective in embryonal carcinoma (EC) cells.  To increase the efficiency of the tk promoter, we introduced a duplication of a synthetic 65 bp fragment (a) derived from the PyF441 polyoma virus enhancer.

Thomas explains:

> We have used electroporation to introduce the neo-Hprt⁻ recombinant vectors into ES cells. . . . Of a dozen G418 cell lines analyzed by Southern transfer, each contained a single copy of pMC1Neo integrated in the mouse genome . . . [(Exh. 2011, p. 505, col. 2, Second full para.)].

> In all vectors, the 1 kb neo cassette from pMC1Neo has been inserted into the eighth exon of the Hprt gene. . . . [(Exh. 2011, p. 506m col. 1, first sentence)].

>     Sequence replacement vectors were designed such that upon linearization, the vector Hprt sequences would remain colinear with the endogenous Hprt sequences.  In other words, the 5'and 3' ends of the vector would correspond to the 5' and 3' extents of sequence homology with the

-70-

Interference 105,114

endogenous gene . . . . [(Exh. 2011, p. 506, col. 1, first
full para.)].

    To show that the G418, 6-TG phenotypes were the
result of gene-targeting events, the Hprt genes from
23 independently isolated G418, 6-TG cell lines were
characterized by Souther analysis. In every instance
(23/23) the cells were shown to contain a single copy
of the Hprt gene harboring the neo gene in exon 8. . . .
Also, as expected, Hprt enzymatic activity could not be
detected in these cell lines. . . . [(Exh. 2011, p. 507,
col. 1, second full para.)].

According to Thomas:

We have analyzed 38 independent G418, 6-TG ES cell lines.
Each of these cell lines was shown to have arisen from
inactivation of the endogenous Hprt gene by homologous
recombination with the introduced neo-Hprt⁻ fragment. . . .
[(Exh. 2011, p. 510, col. 1, first full para.)].

    . . . The parameters that we believe influenced the
success of these experiments include using a neo gene that
is efficiently expressed in ES cells, maintaining the size
of the neo gene at a minimum, [and] using extensive homology
between the homing sequence and the target sequence . . . .
[(Exh. 2011, p. 510, col. 1, third full para.)].

Thomas concludes (Exh. 2011, pp. 510, concluding para.):

We have demonstrated that we can inactivate by gene
targeting a specific locus in the mouse genome.  The
protocol we have developed to inactivate the endogenous
Hprt gene should be adaptable to other genes as well.
. . . It is hoped that this combination of using ES
cells as the recipient cell line and site-specific
mutagenesis achieved by gene targeting will provide the
means for generating mice of any desired genotype.

                 Findings based on Thomas's teachings

    Genesys has not shown that Thomas describes, or reasonably

would have suggested, "activating a predetermined normally

transcriptionally silent gene within the genome of a cell line,"

                              -71-

Interference 105,114

as Claims 1 and 18 and claims dependent on Claims 1 and 18 of
ARS's '071 patent require.

Genesys has not shown that Thomas describes, or reasonably
would have suggested, "modifying the expression characteristics
of a predetermined gene within the genome of a cell line" by
inserting a DNA construct "comprising an expressible, amplifiable
gene capable of amplifying said gene," as Claims 3 and 27 and
claims dependent on Claims 3 and 27 of ARS's '071 patent require.

Genesys has not shown that Thomas describes, or reasonably
would have suggested, "modifying the expression characteristics
of a predetermined gene within the genome of a cell line,
comprising inserting a DNA construct into said genome . . .
wherein said construct is inserted such that said regulatory
segment is operatively linked to said gene of interest," as
Claim 2 of ARS's '071 patent and all claims dependent thereon
require.

Genesys has not shown that Thomas describes, or reasonably
would have suggested, a cell line "capable of enhanced expression
of a gene product compared to the cell line from which it is
derived" as Claim 19 of ARS's '071 patent and all claims
dependent thereon require.

Furthermore, Genesys has not shown that Thomas describes, or
reasonably would have suggested, a genome of a cell line

-72-