UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELL GENESYS, INC.,<br><br>    Plaintiff/Counterdefendant,<br><br>v.<br><br>APPLIED RESEARCH SYSTEMS ARS HOLDINGS, N.V.<br><br>    Defendant/Counterdefendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 05-12448-MLW<br>)<br>)<br>)<br>)<br>)<br>) |
| APPLIED RESEARCH SYSTEMS ARS HOLDINGS, N.V.,<br><br>    Plaintiff,<br><br>v.<br><br>CELL GENESYS, INC. AND TRANSKARYOTIC THERAPIES, INC.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  C.A. No. 04-11810-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

    IT IS STIPULATED, by and among Applied Research Systems ARS Holdings, N.V. and Transkaryotic Therapies, Inc. ("TKT") (collectively referred to as "the Parties"), through their counsel of record and subject to the approval of the Court that:

    (1)    All claims presented by the First Amended Complaint against TKT shall be dismissed with prejudice; and

    (2)    The Parties shall bear their own costs and attorney's fees.

-2-

/s/ Kevin M. Flowers
KEVIN M. FLOWERS
Marshall, Gernstein & Borun
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL  60606-6402
Telephone: (312) 474-6300
Facsimile: (312) 474-0448

*Attorney for Applied Research Systems ARS Holdings, N.V.*


/s/ Gerald J. Flattmann, Jr.
GERALD J. FLATTMANN, JR.
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, New York  10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

/s/ Stacy L. Blasberg
Stacy L. Blasberg (BBO# 657420)
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA  02110
Telephone:  (617) 248-5000
Facsimile:  (617) 248-4000

*Attorneys for Transkaryotic Therapies, Inc.*


SO ORDERED:


_____
HONORABLE  MARK L. WOLF
United States District Court Judge

-3-

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on November 27, 2007.

                                              */s/ Stacy L. Blasberg*
                                              Stacy L. Blasberg

4275237.1