**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| CELL GENESYS, INC., )<br>)<br>   Plaintiff/Counterdefendant, )<br>)<br>v. )<br>)<br>APPLIED RESEARCH SYSTEMS ARS )<br>HOLDING, N.V., )<br>)<br>   Defendant/Counterclaimant. )<br>)<br>APPLIED RESEARCH SYSTEMS ARS )<br>HOLDING, N.V., )<br>)<br>   Plaintiff/Counterdefendant, )<br>)<br>v. )<br>)<br>CELL GENESYS, INC., )<br>)<br>   Defendant/Counterclaimant, and )<br>)<br>TRANSKARYOTIC THERAPIES, INC., )<br>)<br>   Defendant. )<br>) | Civil Action No. 05-12448-MLW<br><br><br><br><br><br><br><br><br><br>Civil Action No. 04-11810-MLW |

**JOINT MOTION FOR EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7.1, Applied Research Systems ARS Holding, N.V. ("ARS") and Cell Genesys, Inc. ("CGI") jointly move the Court for an extension of time through December 21, 2007 for each party to file responses to the other party's respective November 19, 2007 submissions.

The Court's November 6, 2007 Order (Court Docket No. 192) currently requires that each party submit responses by December 7, 2007 to the other party's November 19, 2007 submissions.

WHEREFORE, the parties jointly request that the Court:

(a)  grant an extension of the time through December 21, 2007 for each party to file responses to the other party's respective November 19, 2007 submissions; and

(b)  grant any other relief the Court deems appropriate and just.

Dated: December 6, 2007

Respectfully submitted,

By: /s/ Steven B. Kelber
Steven B. Kelber
JAGTIANI+GUTTAG
10363-A Democracy Lane
Fairfax, VA 22030
Tel: 703-563-2011
Fax: 703-591-5907

T. Christopher Donnelly (BBO # 129930)
Jill Brenner Meixel (BBO# 652501)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
Tel: 617-720-2880A
Fax: 617-720-3554

Counsel for CELL GENESYS, INC

Dated: December 6, 2007

Respectfully submitted,

By: /s/ Matthew C. Nielsen
Fred A. Kelly, Jr. (BBO # 544046)
Jill E. Uhl (BBO # 656283)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel: 617-345-1000
Fax: 617-345-1300

Kevin M. Flowers (*pro hac vice*)
Matthew C. Nielsen (*pro hac vice*)
Elliot C. Mendelson (*pro hac vice*)
Cullen N. Pendleton (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL  60606-6357
Tel: (312) 474-6300
Fax: (312) 474-0448

Counsel for APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.

**CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing **JOINT MOTION FOR EXTENSION OF TIME** will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

                                            /s/ Matthew C. Nielsen
                                            Counsel for APPLIED RESEARCH
                                            SYSTEMS ARS HOLDING, N.V.