## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CELL GENESYS, INC., )<br>)<br>Plaintiff/Counterdefendant, )<br>)<br>v. )<br>)<br>APPLIED RESEARCH SYSTEMS ARS )<br>HOLDING, N.V., )<br>)<br>Defendant/Counterclaimant. ) | Civil Action No. 05-12448-MLW |
| APPLIED RESEARCH SYSTEMS ARS )<br>HOLDING, N.V., )<br>)<br>Plaintiff/Counterdefendant, )<br>)<br>v. )<br>)<br>CELL GENESYS, INC., )<br>)<br>Defendant/Counterclaimant, and )<br>)<br>TRANSKARYOTIC THERAPIES, INC., )<br>)<br>Defendant. )<br>) | Civil Action No. 04-11810-MLW |

### STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is stipulated by Applied Research Systems ARS Holdings, N.V. ("ARS") and Cell Genesys, Inc. ("CGI"), through their counsel of record and subject to the approval of the Court that:

(1)     All counts, claims and counter-claims presented between ARS and CGI in the above-captioned actions shall be dismissed with prejudice; and

(2)     ARS and CGI shall each bear its own costs and attorney's fees.

Dated: December 20, 2007

Respectfully submitted,

By: /s/ Steven B. Kelber
T. Christopher Donnelly (BBO # 129930)
Jill Brenner Meixel (BBO# 652501)
DONNELLY, CONROY & GELHAAR, LLP
One Beacon Street, 33d Floor
Boston, MA 02108
Tel: 617-720-2880A
Fax: 617-720-3554

Steven B. Kelber (*pro hac vice*)
JAGTIANI+GUTTAG
10363-A Democracy Lane
Fairfax, VA 22030
Tel: 703-563-2011
Fax: 703-591-5907

Counsel for CELL GENESYS, INC

Dated: December 20, 2007

Respectfully submitted,

By: /s/ Kevin M. Flowers
Fred A. Kelly, Jr. (BBO # 544046)
Jill E. Uhl (BBO # 656283)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
Tel: 617-345-1000
Fax: 617-345-1300

Kevin M. Flowers (*pro hac vice*)
Matthew C. Nielsen (*pro hac vice*)
Elliot C. Mendelson (*pro hac vice*)
Cullen N. Pendleton (*pro hac vice*)
MARSHALL, GERSTEIN & BORUN LLP
6300 Sears Tower
233 S. Wacker Drive
Chicago, IL  60606-6357
Tel: 312-474-6300
Fax: 312-474-0448

Counsel for APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.

SO ORDERED:

_____
HONORABLE MARK L. WOLF
United States District Court Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the above date.

    /s/ Matthew C. Nielsen
    Counsel for APPLIED RESEARCH
    SYSTEMS ARS HOLDING, N.V.