MR 03-724145
04-11810

NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

MISCELLANEOUS DOCKET NO. 865

CELL GENESYS, INC.,

                        Petitioner,

v.

APPLIED RESEARCH SYSTEMS ARS HOLDING, N.V.,

                        Respondent,

and

TRANSKARYOTIC THERAPIES, INC.,

                        Respondent.

ON MOTION

<u>ORDER</u>

Upon consideration of Cell Genesys, Inc.'s motion to withdraw its petition for permission to appeal,

IT IS ORDERED THAT:

(1)    The motion is granted and the petition is dismissed.

(2)    Each party shall bear its own costs.

                                                  FOR THE COURT

JAN 15 2008
    Date

                                  Jan Horbaly
                                  Clerk

CERTIFIED COPY
THE DOCUMENT IS A TRUE COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: _____ Date: 1/15/08

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT

JAN 15 2008

JAN HORBALY
CLERK

cc: Kevin M. Flowers, Esq.
Steven B. Kelber, Esq.
Ellen Agnes Scordino, Esq.

s20

Misc. 865                                    2